**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RUSS McCULLOUGH, a/k/a "Big Russ McCullough," RYAN SAKODA, and MATTHEW R. WIESE, a/k/a "Luther Reigns," individually and on behalf of all others similarly situated,** | : : : : : | **LEAD CONSOLIDATED CASE NO. 3:15-CV-01074-VLB** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : : | |
| | : | |
| **Defendant.** | : | **AUGUST 6, 2015** |

## TABLE OF CONTENTS

**Exhibit A**   **July 30, 2015 Email from Jerry McDevitt to Bill Bloss**

**Exhibit B**   **June 25, 2015 Opinion and Order from United States Magistrate Judge in the District of Oregon**

**Exhibit C**   **July 27, 2015 Order from United States District Judge in the District of Oregon**