UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 3:15-cv-01074-VLB |

DECLARATION OF WILLIAM M. BLOSS IN SUPPORT OF
PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT
WORLD WRESTLING ENTERTAINMENT, INC.'S
<u>MOTION TO DISMISS SECOND AMENDED COMPLAINT</u>

Pursuant to 28 U.S.C. § 1746, I, William M. Bloss, Esq., declare as follows under penalty of perjury:

1.  I am an attorney with the law firm of Koskoff, Koskoff and Bieder, P.C., counsel for Plaintiffs. I have been advised of the matters set forth herein by co-counsel in this litigation.

2.  I submit this declaration in support of Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss Second Amended Complaint.

3.  Attached as Exhibit A hereto is a true and correct copy of the transcript of Stephanie McMahon Levesque's testimony before the Committee on Oversight and Government Reform of the U.S. House of Representatives on December 14, 2007.

4.	Attached hereto as Exhibit B is a true and correct copy of the article entitled "Ex-Steeler Long drank antifreeze to commit suicide" (available at http://sports.espn.go.com/nfl/ news/story?id=2307003) and published on January 26, 2006.

5.	Attached hereto as Exhibit C is a true and correct copy of the article entitled "Heavyweight Champions," which was published in the Pittsburgh City Paper on December 2, 2010.

Executed on this 10th day August, 2015

                                            *s/ William M. Bloss*
                                            **William M. Bloss**