**B. John Casey**, OSB #120025
Email: john.casey@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97258
Tel.: (503) 228-3200
Fax: (503) 248-9085

**Jerry S. McDevitt** *(pro hac vice)*
Email: jerry.mcdevitt@klgates.com
**Curtis B. Krasik** *(pro hac vice)*
Email: curtis.krasik@klgates.com
K&L GATES LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222
Tel.: (412) 355-6500
Fax: (412) 355-6501

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| WILLIAM ALBERT HAYNES III, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 3:14-cv-01689-ST<br><br>**DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

I, B. John Casey, declare:

    1.    I am over the age of 18. I make this Declaration based on my personal knowledge, and it is true to the best of my knowledge, information and belief. I am prepared to testify to the matters discussed herein.

PAGE 1 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
PO-372367 v1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

2. I am an attorney with K & L Gates LLP and I represent defendant World Wrestling Entertainment, Inc. in this action.

3. Attached as Exhibit A hereto is a true and correct copy of the manuscript for the article: Ann C. McKee et al., "Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy following Repetitive Head Injury," *Journal of Neuropathology & Experimental Neurology*, vol. 68, no. 7, pp. 709–735, 2009.

4. Attached as Exhibit B hereto is a true and correct copy of the article: Bennet I. Omalu, et al., "Chronic Traumatic Encephalopathy, Suicides and Parasuicides in Professional American Athletes: the Role of the Forensic Pathologist," *American Journal of Forensic Medicine and Pathology*, vol. 31, no. 1, pp. 1–3, 2010.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 31st day of March, 2015.

By: /s/ B. John Casey
B. John Casey, OSB #120025

PAGE 2 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2015, I served a copy of the foregoing DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS on the following parties via the Court's CM/ECF System:

Steve D. Larson
Joshua L. Ross
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR  97204
Email: slarson@stollberne.com; jross@stollberne.com
    Attorneys for Plaintiffs William Albert Haynes III, et al.

Pro Hac Vice admitted attorneys for Plaintiffs:

| | |
|---|---|
| Konstantine Kyros<br>Kyros Law Offices, PC<br>kon@kyroslaw.com | Taylor Asen<br>Cuneo Gilbert & LaDuca, LLP<br>tasen@cuneolaw.com |
| Erica Mirabella<br>Mirabella LLC<br>erica@mirabellaLLC.com | Scott Moriarity<br>Lockridge Grindal Nauen PLLP<br>samoriarity@locklaw.com |
| Brendan Thompson<br>Cuneo Gilbert & LaDuca, LLP<br>brendant@cuneolaw.com | Robert Shelquist<br>Lockridge Grindal Nauen PLLP<br>rkshelquist@locklaw.com |
| Charles LaDuca<br>Cuneo Gilbert & LaDuca, LLP<br>charles@cuneolaw.com | |

DATED this 31st day of March, 2015.

        /s/ B. John Casey
        B. John Casey

CERTIFICATE OF SERVICE