**Steve D. Larson,** OSB No. 863540
Email: slarson@stollberne.com
**Joshua L. Ross**, OSB No. 034387
Email: jross@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:     (503) 227-1600

**Charles J. LaDuca** (Admitted *Pro Hac Vice*)
Email: charles@cuneolaw.com
**Brendan S. Thompson** (Admitted *Pro Hac Vice*)
Email: brendant@cuneolaw.com
**Taylor Asen** (Admitted *Pro Hac Vice*)
Email: tasen@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone:     (202) 789-3960

**Attorneys for Plaintiff
William Albert Haynes III**


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLIAM ALBERT HAYNES III, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>                    v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                            Defendant. | Case No. 3:14-CV-01689-ST<br><br>DECLARATION OF WILLIAM ALBERT HAYNES III IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT WWE'S MOTION TO DISMISS |

I, William Albert Haynes, declare under penalty of perjury as follows:

1. I am the named plaintiff in the above captioned matter.

2. I have lived in Portland, Oregon for all times relevant to this litigation.

3. My relationship with the WWE began when Vince McMahon contacted me by telephone at my residence in Oregon. We negotiated the terms of my relationship with the WWE during that conversation.

4. Through my trainer, the above-referenced conversation with Vince McMahon, and other sources, I was given the understanding that I was employed by the WWE in order to expand its influence in Oregon, whose wrestling market was then largely controlled by other regional wrestling organizations.

5. While in the WWE's employ, I participated in at least 4 matches in Oregon.

6. During these events, I suffered numerous blows to the head.

7. I received letters from the WWE at my home in Oregon in at least 2013 and 2014.

8. A true and exact copy of one such letter is appended to this affidavit as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 11th day of May, 2015.

s/William Albert Haynes III
William Albert Haynes III