# EXHIBIT A



**WWE**
1241 East Main Street
Stamford, CT 06902

November 7, 2014

William Haynes
7403 SE Insley St.
Portland, OR 97206

**Re: WWE Former Talent Drug and Alcohol Rehabilitation Assistance Program**

Dear William,

As part of WWE's commitment to its former WWE Superstars and referees, WWE continues to offer drug and alcohol assistance through a program entitled "The WWE Former Talent Drug and Alcohol Rehabilitation Assistance Program" ("Program").

The Program, in effect since 2007, is available to: (i) former WWE Superstars with a prior WWE booking contract; or (ii) former referees with a prior WWE referee contract. Family members and/or friends are not eligible to receive assistance or treatment under the Program. For eligible participants, the Program is fully funded by WWE; there is no cost to the participants. The Program is supervised by Bob Killar, a WWE consultant and addiction specialist. Mr. Killar has thirty (30) years of experience counseling clients with addiction related issues and developing long-term treatment options.

Access to the Program is available on a 24/7 basis. Any communication via the help line is confidential. Help will be provided to eligible participants regardless of the reason for departure from WWE or the amount of time performed for WWE.

If you are in need of assistance, or know of a former WWE Superstar/referee who needs support, please call the help line at **1-888-668-4826**. Note: If calling from outside the United States, please call the helpline at +44 1 865 392 221.

Very truly yours,

*[signature]*

Paul Levesque
EVP, Talent and Live Events