# EXHIBIT 1

Case 3:15-cv-01074-WHA   Document 69-1   Filed 06/15/15   Page 2 of 3

JOIN / LOG IN          WWE NETWORK          COMMUNITY          SHOP          AUCTION          WORLDWIDE          Search...

SHOWS     SUPERSTARS     VIDEOS     PHOTOS     NEWS     TICKETS



W NETWORK
SIGN IN   GET MAY FREE

**MAR**
**15**
**SUN**

3:00pm
Moda Center
Portland, OR

BUY TICKETS

BACK TO SEARCH »



Wwe Work
(Hiring Now)

Find Wwe Work Now.
Hiring immediately -
Apply Here!

## INCLUDED SUPERSTARS

ALL SUPERSTARS SUBJECT TO CHANGE



Roman Reigns          Daniel Bryan          Dean Ambrose

Kane          Bad News Barrett          Big Show

Like  146   f Share  26   Tweet  8   g+1  1

### WHAT'S HOT ON WWE.COM



**Duel of the Superstars**
See what WWE Superstars
would look like as "Star
Wars" combatants. »



**Reigns' 'Mania moment**
Watch Reigns share an
embrace with Mr. McMahon
in this clip from "WWE 24"
on WWE Network.. »



**Inside the Dungeon**
Bret Hart separates fact
from fiction in this exclusive
interview about Stu Hart's
legendary Dungeon. »

- Raw results, photos and videos
- **WATCH:** Superstars' first Raw matches
- NXT Superstar undergoing MRI
- **PHOTOS:** Funniest photo shoot outtakes
- New champs making cats sad across nation
- **WATCH:** Superstars thrown from the stage
- Fatal 4-Way Match made for WWE Payback
- **PHOTOS:** Classic pics of your favorite Divas
- Alex Riley undergoing knee surgery

### WWE SHOWS

Raw
SmackDown
WWE Main Event
WWE Total Divas
WWE Tribute to the Troops
WWE on Hulu Plus

### WWE NETWORK SERIES

WrestleMania Rewind
WWE Countdown
WWE NXT
WWE Superstars
Raw Pre-Show
Raw Backstage Pass
Monday Night War
WWE Legends' House
WWE Rivalries
WWE 24

### WWE NETWORK

Watch Now
Get May Free
View Programming Schedule
Country Availability
Get More Info
WWE Network Help

### PAY-PER-VIEW EVENTS

Royal Rumble
WWE Fastlane
WrestleMania
Extreme Rules
WWE Payback
Money in the Bank
WWE Battleground
SummerSlam
Night of Champions
WWE Hell in a Cell
Survivor Series
WWE TLC: Tables, Ladders & Chairs

### SUPERSTARS

Champions
Divas
Hall of Famers
Alumni

### TICKETS

Full Ticket Schedule
WWE VIP Experience

### VIDEOS

Entrance Videos
Raw
SmackDown

### PHOTOS

Raw
SmackDown

### CLASSICS

WWE
WCW
ECW
AWA
WCCW
Where Are They Now?

### TITLE HISTORY

WWE World Heavyweight Title
Intercontinental Title
United States Title
WWE Tag Team Titles
Divas Title
Retired Titles

### MORE FROM WWE

WWE News
Play Games
Superstar Appearances
Extreme Rules 2015 results

---

**WWE SHOP**
**WWE MOBILE**
**WWE WORLDWIDE**
**WWE MUSIC**
**WWE DVD**
**WWE STUDIOS**
**WWE SLAM CITY**

**COMMUNITY OUTREACH**
**BE A STAR ANTI-BULLY**
**OVER THE ROPES**
**WWE MATTEL**
**WWE 2K15**
**CORPORATE**
**WWE PARENTS**

CONTACT US
CORPORATE FAQ
PRIVACY
COPYRIGHT
TERMS & CONDITIONS
DATA PREFERENCES

Follow us on your social network

---

All WWE programming, talent names, images, likenesses, slogans, wrestling moves, trademarks, logos and copyrights are the exclusive property of World Wrestling Entertainment, Inc. and its subsidiaries ("WWE"). All other trademarks, logos and copyrights are the property of their respective owners. © 2015 WWE All Rights Reserved. This website is based in the United States. By submitting personal information to this website you consent to your information being maintained in the U.S., subject to applicable U.S. laws. U.S. law may be different than the law of your home country. WrestleMania logo TM & © 2015 WWE. All Rights Reserved.