# EXHIBIT 2

| JOIN / LOG IN | WWE NETWORK | COMMUNITY | SHOP | AUCTION | WORLDWIDE | Search… |
|---|---|---|---|---|---|---|

| W | SHOWS | SUPERSTARS | VIDEOS | PHOTOS | NEWS | TICKETS | W NETWORK SIGN IN  GET MAY FREE |

**FEB**
**26**
**SUN**



5:00pm
Matthew Knight Arena
Eugene, OR

BACK TO SEARCH »

BUY TICKETS



**INCLUDED SUPERSTARS**

ALL SUPERSTARS SUBJECT TO CHANGE



CM Punk    Chris Jericho    The Miz

R-Truth    Kane    Kofi Kingston

Like 0   Share 0   Tweet 0   g+1 0



**WHAT'S HOT ON WWE.COM**



**Duel of the Superstars**
See what WWE Superstars would look like as "Star Wars" combatants. »



**Reigns' 'Mania moment**
Watch Reigns share an embrace with Mr. McMahon in this clip from "WWE 24" on WWE Network. »



**Ryback on Tough Enough?!**
See The Big Guy and four other Superstars you didn't know were on 'WWE Tough Enough.' »

- Raw results, photos and videos
- **WATCH:** Superstars' first Raw matches
- NXT Superstar undergoing MRI
- **PHOTOS:** Funniest photo shoot outtakes
- New champs making cats sad across nation
- **WATCH:** Superstars thrown from the stage
- Fatal 4-Way Match made for WWE Payback
- **PHOTOS:** Classic pics of your favorite Divas

### WWE SHOWS

Raw
SmackDown
WWE Main Event
WWE Total Divas
WWE Tribute to the Troops
WWE on Hulu Plus

### WWE NETWORK SERIES

WrestleMania Rewind
WWE Countdown
WWE NXT
WWE Superstars
Raw Pre-Show
Raw Backstage Pass
Monday Night War
WWE Legends' House
WWE Rivalries
WWE 24

### WWE NETWORK

Watch Now
Get May Free
View Programming Schedule
Country Availability
Get More Info
WWE Network Help

### PAY-PER-VIEW EVENTS

Royal Rumble
WWE Fastlane
WrestleMania
Extreme Rules
WWE Payback
Money in the Bank
WWE Battleground
SummerSlam
Night of Champions
WWE Hell in a Cell
Survivor Series
WWE TLC: Tables, Ladders & Chairs

### SUPERSTARS

Champions
Divas
Hall of Famers
Alumni

### TICKETS

Full Ticket Schedule
WWE VIP Experience

### VIDEOS

Entrance Videos
Raw
SmackDown

### PHOTOS

Raw
SmackDown

### CLASSICS

WWE
WCW
ECW
AWA
WCCW
Where Are They Now?

### TITLE HISTORY

WWE World Heavyweight Title
Intercontinental Title
United States Title
WWE Tag Team Titles
Divas Title
Retired Titles

### MORE FROM WWE

WWE News
Play Games
Superstar Appearances
Extreme Rules 2015 results

---

**WWE SHOP**
**WWE MOBILE**
**WWE WORLDWIDE**
**WWE MUSIC**
**WWE DVD**
**WWE STUDIOS**
**WWE SLAM CITY**

**COMMUNITY OUTREACH**
**BE A STAR ANTI-BULLY**
**OVER THE ROPES**
**WWE MATTEL**
**WWE 2K15**
**CORPORATE**
**WWE PARENTS**

CONTACT US
CORPORATE FAQ
PRIVACY
COPYRIGHT
TERMS & CONDITIONS
DATA PREFERENCES

Follow us on your social network

---

All WWE programming, talent names, images, likenesses, slogans, wrestling moves, trademarks, logos and copyrights are the exclusive property of World Wrestling Entertainment, Inc. and its subsidiaries ("WWE"). All other trademarks, logos and copyrights are the property of their respective owners. © 2015 WWE All Rights Reserved. This website is based in the United States. By submitting personal information to this website you consent to your information being maintained in the U.S., subject to applicable U.S. laws. U.S. law may be different than the law of your home country. WrestleMania logo TM & © 2015 WWE. All Rights Reserved.