**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MICHELLE JAMES**, as mother and next friend of **MATTHEW OSBORNE**, a Minor Child and **TEAGAN OSBORNE**, a Minor Child<br><br>     Plaintiff,<br><br>vs.<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.**,<br><br>     **Defendant.** | Case No.  3:15-CV-01305-VLB<br><br><br>September 11, 2015 |

# EXHIBIT 2E
# TO DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S MOTION FOR SANCTIONS

# STATE OF TENNESSEE
## Office of Vital Records

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

037968 — STATE FILE NUMBER

**DECEDENT**

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Nelson Lee Frazier, Jr.
2. SEX: male
3. DATE OF DEATH (Month, Day, Year): February 18, 2014
4. TIME OF DEATH (Approx.): 7:50 PM
5a. AGE-Last Birthday (Years): 43
5b. UNDER 1 YEAR — Months / Days
5c. UNDER 1 DAY — Hours / Minutes
6. DATE OF BIRTH (Month, Day, Year): February 14, 1971
7. BIRTHPLACE (City and State or Foreign Country): Goldsboro, NC

8a. PLACE OF DEATH (Check only one)
IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☒ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other residence ☐ Other (Specify)

8b. FACILITY NAME (If not institution, give street and number): Methodist North ER
8c. CITY OR TOWN: Memphis
8d. COUNTY OF DEATH: Shelby

9. MARITAL STATUS: ☒ Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☐ Never married ☐ Unknown
10. SURVIVING SPOUSE (If wife, give name prior to first marriage): Cassandra Branch
11a. DECEDENT'S USUAL OCCUPATION: Pro Wrestler
11b. KIND OF BUSINESS/INDUSTRY: Entertainment

12. SOCIAL SECURITY NUMBER: 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
13a. RESIDENCE-STATE OR FOREIGN COUNTRY: Tennessee
13b. COUNTY: Shelby
13c. CITY OR TOWN: Memphis
13d. STREET AND NUMBER: 3820 Lakehurst Drive
13e. INSIDE CITY LIMITS: ☒ Yes ☐ No
13f. ZIP CODE: 38128
14. WAS DECEDENT EVER IN US ARMED FORCES?: ☐ Yes ☒ No

15. DECEDENT'S EDUCATION: ☒ High school graduate or GED completed

16. DECEDENT OF HISPANIC ORIGIN?: ☒ No, not Spanish/Hispanic/Latino

17. DECEDENT'S RACE: ☒ Black or African American

**PARENTS**

18. FATHER'S NAME: Nelson Lee Frazier, Sr.
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Mary Reid

20a. INFORMANT'S NAME: Cassandra Frazier
20b. RELATIONSHIP TO DECEDENT: wife
20c. MAILING ADDRESS: 3820 Lakehurst Dr Memphis, TN 38128

**DISPOSITION**

21a. METHOD OF DISPOSITION: ☒ Cremation ☐ Burial ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other
21b. PLACE OF DISPOSITION: Toombs Trade Service
21c. LOCATION: Jonesboro, AR

22a. SIGNATURE OF FUNERAL DIRECTOR: Jerry Smith
22b. LICENSE NUMBER: 3020
22c. SIGNATURE OF EMBALMER: N/A

23a. NAME AND ADDRESS OF FUNERAL HOME: Wilson Funeral Home POB 337 Osceola, AR 72370
23b. LICENSE NUMBER OF FUNERAL HOME: 309

**REGISTRAR**

24. REGISTRAR'S SIGNATURE: Regina Seal D
25. DATE FILED: MAR 0 5 2014

**CERTIFIER**

26. CERTIFIER: ☒ MEDICAL EXAMINER
27b. LICENSE NUMBER: MD41907
27c. DATE SIGNED: February 20, 2014
27d. NAME AND ADDRESS: Marco A Ross, M.D.; 637 Poplar Ave, Memphis, TN 38105, MEC2014-0229

**MEDICAL CERTIFICATION**

28. PART I.
a. IMMEDIATE CAUSE: Hypertensive cardiovascular disease

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.:
Morbid obesity, diabetes mellitus

29a. WAS AN AUTOPSY PERFORMED?: ☒ No
29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: ☐ Yes ☐ No

30. MANNER OF DEATH: ☒ Natural
31. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ Unknown
32. IF FEMALE: —

PH-1659 (Rev. 9/2011) — RDA 1399

---

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

7978814

R. Benton McDonough, JD
STATE REGISTRAR

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

O'Connell
Local Registrar

Apr 8 2014
Date Issued

**CERTIFICATION OF VITAL RECORD**

