UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE JAMES, as mother and next friend of MATTHEW OSBORNE, a Minor Child and TEAGAN OSBORNE, a Minor Child<br><br>                Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                Defendant. | Case No.  3:15-CV-01305-VLB<br><br><br>September 11, 2015 |

# EXHIBIT 2F
# TO DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S MOTION FOR SANCTIONS

| | |
|---|---|
| **From:** | McDevitt, Jerry |
| **Sent:** | Thursday, May 28, 2015 12:19 PM |
| **To:** | Konstantine Kyros; Erica Mirabella; Shelquist, Robert K.; <charles@cuneolaw.com> LaDuca; william bloss (bbloss@koskoff.com) |
| **Subject:** | The Amended complaint in Lograsso |

I am writing regarding the events of last week and about certain issues arising from those events. As all of you no doubt know, Mr. Lograsso last Thursday published yet another improper solicitation to former performers to join into his class action case, with the continuing theme that there was money to be made by doing so. He even listed the phone number of Mr. Kyros in his solicitation. The next day, however, all the class action allegations in his lawsuit were abandoned by the filing of an amended complaint. As has now become a familiar pattern, that amended complaint also abandoned some categorically false allegations that were made originally and replaced those allegations with equally false allegations. We do not intend to have our client's rights adjudicated amidst such false and reckless allegations, and we solicit your response to the following matters before the scheduled conference with the court on June 8th.

First, in light of your withdrawal of the class allegations in the Conn case, please advise if you intend to withdraw the class allegations in the Haynes case in Oregon and the McCullough case in California. Spare me the pretext of pretending Mr. Kyros is not behind the California case filing, as we know better. If the class allegations are not going to be withdrawn in the other actions, why were they withdrawn in the matter before the Connecticut court? It appears to us that this is another calculated step to circumvent the jurisdiction of the Connecticut Court after agreeing it was an appropriate forum.

Second, we note that you have finally withdrawn the false allegations in the original complaint regarding Mr. Singleton that you were notified about months ago. Those false allegations were that WWE discouraged him from seeing a neurologist and cleared him to wrestle after inadequate rest time, when in fact as he well knew he never performed again after his match with Eric Rowen and was seen by a parade of specialists, including neurologists. Now, however, Mr. Singleton falsely claims that ten months after that match he was diagnosed as having an intracranial hemorrhage. That is as untrue as the now withdrawn statements. Mr. Singleton was sent to the University Diagnostic Institute Center for Advanced Medical Diagnosis on Nov 29, 2012. Thereafter, the neuroradiologist reported, and I quote, "Functional and structural MRI examinations of the brain are otherwise within normal limits with no evidence of intracranial hemorrhage or microhemorrhage and no abnormalities of diffusion on DTI sequences".  We realize that Mr. Singleton has evidently told subsequent people, including at least one subsequent Dr., that he was diagnosed with a brain hemorrhage. Repeating a lie does not make it true. Please advise whether you intend to withdraw this latest false allegation about Mr. Singleton and his treatment.

Third, your use of footnotes in a complaint is contrary to rules of pleading. Moreover, your use of footnotes does not allege facts, but rather are used improperly to avoid making necessary allegations. In footnote 1 for example, WWE is defined to include all predecessor companies, which you define to include World Championship Wrestling, Inc. and Extreme Championship Wrestling. Neither of those two companies are predecessor companies to WWE, and during their existence were owned and operated by other persons and entities, including Turner Broadcasting in the case of WCW. WWE did not purchase WCW in 2001, as you falsely allege in conclusory fashion in para 15.
 Mr. Lograsso performed for both of those entities. Thus, by defining WWE as you did, it is impossible to ascertain whether the subsequent allegations involving Mr. Lograsso involve things that occurred while he was performing for completely different entities. Please advise how you intend to correct this issue.

Lastly, paragraphs 63-72 are a deliberate attempt to distort facts and the chronology of events, and particularly disturbing because all of you, except for Mr. Bloss, were on the conference about the similar allegations made in the original Complaint in Haynes, where you falsely accused WWE of never requesting Benoit's records from the

1

researchers. You were told then that there was a written trail of requests to see the chain of custody records which would establish that the tissue on the relevant slides was in fact that of Chris Benoit. Thereafter, you withdrew those false allegations in Oregon.

That false allegation has now been replaced by an entirely concocted fabrication starting with the allegations in para 63, which have to do with Dr. Omalu's studies about two Pittsburgh Steelers. The very next paragraph alleges that, like the NFL, "WWE attempted to discredit these studies".  The ensuing paragraph then recites Dr. Maroon's statements about Terry Long.  Dr. Maroon had no association with WWE  whatsoever at that time, nor did WWE ever say one syllable about the findings regarding Webster or Long and would have had no reason to do so. The next paragraph tries to distort the timeline by opening with "WWE responded on ESPN", as if that was WWE responding to something about the 2005 events involving Long previously described. In fact, those comments were made following the death of Andrew Martin in 2009, and had nothing to do with Webster or Long. Your previous complaints plead the date of Martins death, so there is no question that the drafter of your pleading deliberately distorted the timeline of events. In the remark quoted by WWE, it was pointed out that WWE had been asking to see the research and tests results for years in the case of Benoit and had not been supplied with them. That is exactly the same point I made to you during the Oregon conference and there are writings which prove WWE's repeated requests to examine records, including in particular, the chain of custody records showing that the tissue on slides presented by Dr Omalu was in fact that of Benoit. Not then, and not to this day has any such evidence ever been produced by Dr. Omalu or anybody else. The distinction between chain of custody evidence of biological specimens, and the actual specimens, is one any first year lawyer realizes. Despite these facts, which I previously told you about, in para 67 you falsely accuse WWE of feigning requests to examine the research and tests because Dr. Omalu showed the slides to Dr. Maroon, citing to a blog website maintained by one Irv Muchnick, from whom you evidently derive the substance of your allegations. Mr. Muchnick has had to retract various falsehoods published through the years, but since you were on his website you should have easily been able to access the letter sent to him by me on Dec 16, 2010 which documented the actual facts about the same phony narrative you have now incorporated into a legal pleading. The issue isn't and never has been whether Dr. Omalu has presented slides of tissues he claims are from Chris Benoit. The issue always was whether he had evidence showing the chain of custody to demonstrate that the tissue on those slides was in fact tissue from the brain of Benoit.

There is no place for this kind of reckless and deliberately false style of pleading, and we will address it with the court if need be and if not addressed in principled fashion by you. We await your prompt response.



**Jerry S. McDevitt**
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: 412-355-8608
Cell: 412-708-9328
Fax: 412-355-6501
jerry.mcdevitt@klgates.com
www.klgates.com