UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, a/k/a "Big Russ McCullough," RYAN SAKODA, and MATTHEW R. WIESE, a/k/a "Luther Reigns," individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                Defendant. | LEAD CONSOLIDATED CASE NO. 3:15-cv-01074-VLB |

### AFFIDAVIT OF CURTIS B. KRASIK

I, Curtis B. Krasik, being first duly sworn, hereby depose and say:

1. I am over eighteen (18) years of age. I have personal knowledge of the matters set forth herein.

2. I am an attorney duly authorized and admitted to practice law before this Court. I am a partner with the law firm K&L Gates LLP and one of the attorneys of record for World Wrestling Entertainment, Inc. ("WWE") in this action.

3. I submit this affidavit in support of WWE's Opposition to Defendants' Motion to Dismiss the declaratory judgment action styled as *World Wrestling Entertainment, Inc. v. Windham et al.*, Case No. 3:15-cv-00994.

4. Attached hereto as Exhibit 1 is a true and accurate copy of Kyros Law's webpage entitled "Konstantine William Kyros" available online from Kyros Law at http://www.kyroslawoffices.com/team-view/konstantine-william-kyros/ (last visited Nov. 4, 2015).

5. Attached hereto as Exhibit 2 is a true and accurate copy of Kyros Law's webpage entitled "Recent Cases" available online from Kyros Law at http://www.kyroslawoffices.com/representative-actions/ (last visited Nov. 5, 2015).

6. Attached hereto as Exhibit 3 is a true and accurate copy of Kyros Law's webpage entitled "About Kyros Law" available online from Kyros Law at http://www.kyroslawoffices.com/about/ (last visited Nov. 4, 2015).

7. Attached hereto as Exhibit 4 is a true and accurate copy of Robert Windham's Facebook post dated May 14, 2015.

8. Attached hereto as Exhibit 5 is a true and accurate copy of an email sent from William Albert Haynes III a/k/a "Billy Jack Haynes" to Billy Graham dated June 23, 2015.

9. Attached hereto as Exhibit 6 is a true and accurate copy of Billy Jack Haynes' Facebook post dated April 30, 2015.

10. Attached hereto as Exhibit 7 is a true and accurate copy of a transcript of an interview with Konstantine Kyros during a March 27, 2015, "Radio Takedown" Podcast. The entire podcast is available for listening at http://www.blogtalkradio.com/theradiotakedownnetwork/2015/03/27/drt--ep36--attorney-konstantine-kyros-educates-you-his-filing-on-wwe-lawsuits (last visited Nov. 4, 2015).

11. Attached hereto as Exhibit 8 is a true and accurate copy of a Kyros Law solicitation entitled "WWE Wrestler Compensation Lawsuit" available online from Lawyer Views at http://www.lawyerviews.com/WWE-concussion-lawsuit.html (last visited Nov. 4, 2015).

12.     Attached hereto as Exhibit 9 is a true and accurate copy of Billy Jack Haynes' Facebook post dated May 7, 2015.

13.     Attached hereto as Exhibit 10 is a true and accurate copy of a March 5, 2012 article entitled "When The Bell Has Rung, The 'Sharks' Will Come" available online from Sport-in-Law at http://sportinlaw.com/2012/03/05/when-the-bell-has-rung-the-sharks-will-come/ (last visited Nov. 4, 2015).

14.     Attached hereto as Exhibit 11 is a true and accurate copy of the Affidavit of Terry Budd.

15.     Attached hereto as Exhibit 12 is a true and accurate copy of Vito LoGrasso's Facebook post dated May 20, 2015.

16.     Attached hereto as Exhibit 13 is a true and accurate copy of Del Wilkes' Facebook post dated September 22, 2015.

17.     Attached hereto as Exhibit 14 is a true and accurate copy of a March 17, 2013 article entitled "Billy Jack Haynes hospitalized" available online from Examiner.com at http://www.examiner.com/article/billy-jack-haynes-hospitalized (last visited Nov. 4, 2015).

18.     Attached hereto as Exhibit 15 is a true and accurate copy of a Billy Jack Haynes' Wikipedia profile available online from Wikipedia at https://en.wikipedia.org/wiki/Billy_Jack_Haynes (last visited Nov. 4, 2015).

19.     Attached hereto as Exhibit 16 is a true and accurate copy of the results of Google searches for the phrases "billy jack haynes" and "wwe concussion lawsuit" dated February 25, 2015.

20. Attached hereto as Exhibit 17 is a true and accurate copy of a transcript of an interview with Konstantine Kyros during a January 26, 2015 Legal Broadcast Network Podcast. The entire podcast is available for listening at http://legalbroadcastnetwork.com/the-lbn-blog/2015/1/26/wrestlers-file-concussion-lawsuit-against-wwe-an-interview-with-konstantine-kyros (last visited Nov. 4, 2015).

21. Attached hereto as Exhibit 18 is a true and accurate copy of a January 22, 2015 article entitled "Former WWE Fighters Suing Over Alleged Brain Damage" available online from NPR at http://www.npr.org/sections/thetwo-way/2015/01/22/379113898/former-wwe-fighters-suing-over-alleged-brain-damage (last visited Nov. 4, 2015).

22. Attached hereto as Exhibit 19 is a true and accurate copy of the Declaration of B. John Casey In Support of WWE's Motion for Sanctions in *Haynes III et al v. World Wrestling Entertainment, Inc.* served on opposing counsel on March 25, 2015.

23. Attached hereto as Exhibit 20 is a true and accurate copy of various emails between WWE's counsel and opposing counsel ranging in date from January 23, 2015 through May 28, 2015.

24. Attached hereto as Exhibit 21 is a true and accurate copy of the Certificate of Death issued by the State of Tennessee for Nelson Lee Frazier Jr. dated February 20, 2014.

25.   Attached hereto as Exhibit 22 is a true and accurate copy of various emails between WWE's counsel and opposing counsel ranging in date from April 20, 2015 through May 28, 2015.

26.   Attached hereto as Exhibit 23 is a true and accurate copy of May 21, 2015 online media reports from SEScoops, 411Mania, and Wrestlezone.

27.   Attached hereto as Exhibit 24 is a true and accurate copy of a April 18, 2001 article entitled "Borne no longer a Maniac or Clown" available online from SLAM! at http://slam.canoe.com/SlamWrestlingBiosB/borne_01apr-can.html (last visited Nov. 4, 2015).

28.   Attached hereto as Exhibit 25 is a true and accurate copy of a July 1, 2015 article entitled "WWE Seeking to Block Concussion-Related Lawsuits" available online from the New York Times at http://www.nytimes.com/aponline/2015/07/01/us/ap-wre-wwe-concussion-lawsuits.html?_r=0 (last visited Sept. 21, 2015).

29.   Attached hereto as Exhibit 26 is a true and accurate copy of a Bill Anderson's Facebook post dated July 7, 2015.

Executed this 10th day of November, 2015 in Pittsburgh, Pennsylvania.

_____
Curtis B. Krasik

Subscribed and sworn to before me
this _____ day of November, 2015.

_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tamara Ann Harding, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 14, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

5