# EXHIBIT 5

From: charlie hanes <mitch19531953@yahoo.com>
To: superstarbg77 <superstarbg77@aol.com>
Sent: Tue, Jun 23, 2015 1:55 pm
Subject: WWE LAWSUIT

  Billy I hope your as well as can be expected?......First if I seemed pushy and angry it was not meant towards you but at VKM, at first it was just me alone filing suit against WWF/E and I was laughed at by Vince and McDevit, now that I have the same attorneys that beat the NFL union for $1.2Billion they laugh no more, also 2 wrongful death suits have been filed through the same 20+ attorney group we have within statute, Chavo Guerreo Sr has filed wrongful death suit versusVKM with late brother Eddie Guerreo, many more on the way. Since we talked last we have grown to near 50 litigants in a mega million dollar lawsuit versus WWWF/WWF/WWE class action lawsuit. Men you know Ivan Koloff, Ken Patera, blackjack Mulligan, Bruno has sold out for $4-$5Million the figure I heard to Vince, we miss the one big name who will fold the deal up and that is you Billy SUPERSTAR BILLY GRAHAM! Dynamite kid, coco beware,Paul Roma, Jim powers, Patriot del wilkes, Rip Oliver, we are going to put WWE out of business, it time for Vince to go Billy! Even Angelo Mosca sr, and Gypsy joe is on board, Vince can't wait for the old school to die out! bILLY PLEASE JOIN THIS CLASS ACTION LAWSUIT, Ken just signed on everyone remains un-signed please SUPERSTAR call me at th # listed below for class action:....................bjh  971-295- 3629 , please call me asap!