# EXHIBIT 16

•••••  AT&T 🛜   11:56 AM   ⌁ ✳ 77% 🔋

🔒  **billy jack haynes**   ↻

---

# Google  billy jack haynes ✕  🔍

**Web**   Videos   Images   Shopping   More ▾

### WWF Concussion Lawsuit - Join the WWE/WWF Lawsuit ⓘ
**Ad**  www.wweconcussionlawsuit.com/
Retired wrestler? Call Our Law Firm

---

### Billy Jack Haynes - Wikipedia, the free encyclopedia
en.m.wikipedia.org/.../**Billy_Jack_Haynes**
William Albert **Haynes** III (born July 10, 1953 in Portland, Oregon) is a retired American professional wrestler better ...
Career - Personal life - In wrestling

---

In the news

### Ex-WWE Wrestler


  

wwe concussion lawsuit - Google Search     https://www.google.com/?gws_rd=ssl#q=wwe+concussion+lawsuit

Google   wwe concussion lawsuit    S

Web   News   Videos   Images   Shopping   More   Search tools

About 83,000 results (0.30 seconds)

**WWF Concussion Lawsuit - Join the WWE/WWF Lawsuit**
Ad www.wweconcussionlawsuit.com/
Retired wrestler? Call Our Law Firm

This ad is based on your current search terms.

Visit Google's Ads Settings to learn more or opt out.

**Former Wrestlers File Concussion Lawsuit Against V**
abcnews.go.com › Sports   ABC News
Jan 21, 2015 - Two former professional wrestlers accused the **WWE** of ic **concussions**, having performers do dangerous stunts that left them with ...

**The WWE Concussion Lawsuit Is Cheap Heat | VICE Sports**
https://sports.vice.com/article/the-**wwe**-**concussion**-**lawsuit**-is-cheap-heat
Jan 23, 2015 - No one disputes that pro wrestling is dangerous, but the **concussion lawsuit** brought against **WWE** is missing an awful lot of evidence.

**Two ex-WWE wrestlers file lawsuit over concussions**
www.cnbc.com/id/102353313   CNBC
Jan 20, 2015 - Two former **WWE** wrestlers say they have serious brain injuries after suffering repeated **concussions** in the ring.

**Two Former WWE Superstars File Concussion Lawsuits ...**
www.inquisitr.com/.../wwe-news-two-former-wwe-superstars-file-concus...
Jan 18, 2015 - According to Daily Wrestling News, former **WWE** Superstars Big Vito and Adam Mercer recently filed **concussion lawsuits** against **WWE** and the ...

**Two Former WWE Wrestlers File Class-Action 'Concussion ...**
www.wrestlinginc.com/.../two-former-wwe-wrestlers-file-class-action-co...
Jan 17, 2015 - Former **WWE** stars Vito Lograsso (Big Vito) and Evan Singleton (Adam Mercer in developmental) have filed a class-action "**concussion lawsuit**" ...

**Two ex-WWE wrestlers file lawsuit over concussions | Reuters**
www.reuters.com/.../wrestling-lawsuit-idUSL1N0UZ25D2015012...   Reuters
Jan 20, 2015 - Jan 20 (Reuters) - Two former **WWE** professional wrestlers say they have serious brain injuries after suffering repeated **concussions** in the ring ...

**Wrestler called Skull Von Crush leads WWE concussion ...**
www.dailymail.co.uk/.../Former-pro-wrestlers-sue-WWE-concus...   Daily Mail
Jan 20, 2015 - Wrestler called Skull Von Crush leads **WWE concussion lawsuit** accusing the organization of 'selling violence' and ignoring injuries. The WWE ...

**Ex-pro wrestlers sue WWE over concussions that caused ...**
www.foxnews.com/.../ex-pro-wrestlers-sue-wwe-over-...   Fox News Channel
Jan 22, 2015 - Ex-pro wrestlers sue **WWE** over **concussions** that caused injury ... The **lawsuit** accuses the **WWE** of downplaying the seriousness of head ...

**Wrestling With Danger? « CBS Philly**
philadelphia.cbslocal.com/2015/01/.../health-wrestling-with-danger...   KYW
Jan 28, 2015 - Pogust says the **WWE** knew or should have known the risks, and done something to prevent injuries. "In the NFL, if you have a **concussion** they ...

**Former WWE Wrestlers File Class Action Concussion Lawsuit**
www.wrestlezone.com/.../544113-former-wwe-wrestlers-file-class-action...
Jan 18, 2015 - According to F4WOnline.com, former **WWE** wrestlers "Big" Vito Lograsso

and Evan Singleton, known as Adam Mercer in **WWE** developmental, ...

### Lawsuit Settlement Money
Ad   www.personalinjury-law.com/ ▼   (866) 677-2846
File an injury **lawsuit** now for your injuries. Free case evaluation!
100% Free Evaluation · Nationwide Assistance
Free Evaluation - Slip and Fall - Do you have a case? - Auto Accident

### Searches related to wwe concussion lawsuit

| | |
|---|---|
| concussion lawsuit **high school** | concussion lawsuit **soccer** |
| concussion lawsuit **car accident** | concussion lawsuit **against nhl** |
| **nfl** concussion lawsuit | concussion lawsuit **against fifa** |
| concussion lawsuit **against ncaa** | concussion lawsuit **nfl settlement** |

**1** 2 3 4 5 6 7 8 9 10        Next

California - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms