# EXHIBIT 17

Transcription of video "*Wrestlers file concussion lawsuit against WWE: An interview with Konstantine Kyros*", LB [Legal Broadcast] Network, LBN Blog Editorial Staff, 01/26/2015

| Scott DRAKE, Host (herein **DRAKE**) | Two former professional wrestlers accuse the WWE of ignoring concussions and having performers do dangerous stunts that left them with serious brain injuries. Konstantine Kyros, the Plaintiff's attorney, said there are striking parallels between the NFL's litigation and his client's complaint. Konstantine, welcome. So, how did this litigation come about? |
|---|---|
| Konstantine Kyros (herein **KYROS**) | The lawsuit came about, as you might surmise, because of the publicity that was surrounding the NFL concussion lawsuit, and in that case, I was fortunate enough to be able to represent a number of former NFL football players that had sustained neurological damage from the concussions they had received while they were playing. And, in working with those guys, I came to how serious these head injuries were, and it occurred to me that the wrestlers might be in similar circumstances with some of these health concerns. So, I did some outreach, had some very good partners that I work with, colleagues around the country, who are interested in unique and new types of litigation, and so we decided to take a look into this case. I came into contact with a wrestler from the original era – Wrestle Mania III. He was one of the big stars, and his name is Billy Jack Haynes. Mr. Haynes and I corresponded, and we decided that he would be a good candidate to sort of get this suit rolling. So we filed his case in federal court in Oregon in October of 2014. That was sort of our opening case. We explored possibilities of bringing other wrestlers into the case, and that was how this present case came to be. |
| **DRAKE** | So, will you be using the NFL cases as a guideline here? |
| **KYROS** | Well, there's substantial – there's a lot of similarities to the NFL case. Overall, the concept is similar. The number of head injuries that the wrestlers sustained is a repetitive, ongoing issue, and wrestlers wrestle a lot more than NFL football players. Wrestlers are oft expected to practice every day, will wrestle three to five times a week. In Haynes's example, I believe the complaint stated that he was in 19 – I forgot the year, I think it was 86 or 87 – but he wrestled 317 out of 365 days, some incredible number. So, the sub-concussive, meaning the head blows that are not all necessarily concussions, have caused, we believe (and the medical staff certainly will support this) a neurological degeneration of his brain because of all these hits. You know, in the NFL, that's the case. And as people age, the problems manifest themselves, especially as they reach middle or later age. |
| **DRAKE** | Does the WWE have an existing concussion policy? |
| **KYROS** | Well, they now have a concussion policy, and they've had various concussion policies since, I believe they say, in 2008. They may have had concussion policies before. The evidence that we've been gathering – and the discussions and the interviews and the clients we are be representing – in my view, and based on the allegations in the lawsuit show that those policies, if any, were totally and completely inadequate to address the safety challenges of these wrestlers. The basic allegations |

| | |
|---|---|
| | that we confront and that are in the complaint are that, when these guys were injured, they were more or less thought there was no protocol to clear them or not clear them, that they were more or less encouraged to just continue to wrestle. The health and safety protocols such as they existed, if any, just didn't address head injuries, and they weren't designed to do so. They are, of course, maintaining that they were and that they were "ahead of their time", but that seems at variance with the people we represent, as well as the evidence we've been able to get out of this to this date. |
| **DRAKE** | Well, finally, in the last few seconds, what kinds of damages are you looking for? |
| **KYROS** | Well, obviously we are looking first for compensatory damages for the injuries for these individual wrestlers, but one of our main goals is to get medical monitoring so that there can be long term health care for these guys that really don't have a lot of options. |
| **DRAKE** | My guest has been Attorney Konstantine Kyros. I'm Scott Drake. You're watching the Legal Broadcast Network |

[End of video.]

[END TRANSCRIPTION]

2

February 25, 2015