# EXHIBIT 19

**B. John Casey**, OSB #120025
Email: john.casey@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97258
Tel.: (503) 228-3200 / Fax: (503) 248-9085

**Jerry S. McDevitt** *(pro hac vice)*
Email: jerry.mcdevitt@klgates.com
**Curtis B. Krasik** *(pro hac vice)*
Email: curtis.krasik@klgates.com
K&L GATES LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222
Tel.: (412) 355-6500 / Fax: (412) 355-6501

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| WILLIAM ALBERT HAYNES III, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 3:14-cv-01689-ST<br><br>**DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS** |

I, B. John Casey, declare:

1. I am over the age of 18. I make this Declaration based on my personal knowledge, and it is true to the best of my knowledge, information and belief. I am prepared to testify to the matters discussed herein.

2. I am an attorney with K & L Gates LLP and I represent defendant World Wrestling Entertainment, Inc. in this action.

PAGE 1 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF
DEFENDANT'S MOTION FOR SANCTIONS
PO-372370 v1

3. On December 22, 2014, I, together with my colleague Jerry McDevitt, conferred telephonically with Plaintiff's counsel pursuant to LR 7-1. During that conversation, Mr. McDevitt explained that all of Plaintiff's claims were time-barred. He further explained that Plaintiff had failed to adequately plead certain of his claims, that Plaintiff's medical monitoring claim was not recognized as a cause of action under Oregon Law, and that WWE would move to strike certain scandalous allegations in the Complaint if the Court did not grant its motion to dismiss in full.

4. During that call, Plaintiff's counsel provided virtually no substantive responses to any of these contentions, including Mr. McDevitt's question of whether they were aware of Oregon's statute of repose in ORS 12.115. Plaintiff's counsel also did not provide any substantive response to the question of which of Plaintiff's five law firms actually drafted and/or was responsible for the Complaint. Instead, the responses from Plaintiff's counsel were generally long periods of complete silence, followed by a comment that counsel would take Mr. McDevitt's requests under advisement.

5. Attached as Exhibit A hereto is a true and correct copy of a December 26, 2014, email from Jerry McDevitt to Robert Shelquist (copying others) regarding Rule 11 violations.

6. Attached as Exhibit B hereto is a true and correct copy of an October 29, 2014, article published by TMZ titled "Ex-WWE Wrestler Sues – I GOT HEPATITIS C During Bloody Wrestling Match." The article is also accessible at http://www.tmz.com/2014/10/29/ex-wwe-wrestler-sues-i-got-hepatitus-c-during-bloody-wrestling-match/ (last accessed March 20, 2015). User commentary has been excluded from the copy attached hereto.

7. Attached as Exhibit C hereto is a true and correct copy of an October 29, 2014, article published by UPROXX titled "Billy Jack Haynes Is Suing WWE For Allegedly Giving Him Hep C." The article is also accessible at http://uproxx.com/prowrestling/2014/10/billy-jack-haynes-is-suing-wwe-for-allegedly-giving-him-hep-c/ (last accessed March 20, 2015). User commentary has been excluded from the copy attached hereto.

PAGE 2 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF
DEFENDANT'S MOTION FOR SANCTIONS

8. Attached as Exhibit D hereto is a true and correct copy of an October 30, 2014, article published by PerezHilton.com titled "Wrestler Billy Jack Haynes Is Suing The WWE After He Contracted Hepatitis C!" The article is also accessible at http://perezhilton.com/fitperez/2014-10-30-wrestling-fighting-blood-hepatitis-violence-wwe-billy-jack-haynes-cocaine (last accessed March 20, 2015). User commentary has been excluded from the copy attached hereto.

9. Attached as Exhibit E hereto is a true and correct copy of a website created by the Kyros Law Firm: http://www.wweconcussionlawsuit.com/ (last accessed March 20, 2015). This website has been publicly available—with the same or virtually the same content—since at least July 26, 2014, well before any concussion-related lawsuit had been filed against WWE. The version in July of 2014, like the version online at the time of this Declaration, stated: "Our Law Firm wants to speak to former/retired WWF/WWE Wrestlers interested in joining the lawsuits being brought against the WWE for ignoring the health and safety of its athletes" and that "[o]ur law firm is bringing lawsuits against the WWE on behalf of former wrestlers and their families." The website also stated in July of 2014, like it does now, that "these lawsuits are happening now. Do not wait until it is too late."

10. Attached as Exhibit F hereto is a true and correct copy of a screenshot showing a paid advertisement for Kyros' website (www.wweconcussionlawsuit.com) being displayed when the search term "wwe concussion lawsuit" is entered into the Google search bar.

11. Attached as Exhibit G hereto is a true and correct copy of a screenshot showing a paid advertisement for Kyros' website (www.wweconcussionlawsuit.com) being displayed when the search term "billy jack haynes" is entered into the Google search bar.

12. Attached as Exhibit H hereto is a true and correct copy of the Complaint filed on January 16, 2015, in the matter *Singleton et al. v. World Wrestling Entertainment, Inc.*, No. 5:15-cv-00223-LS, ECF No. 1, in the United States District Court for the Eastern District of Pennsylvania.

PAGE 3 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

13.     Attached as Exhibit I hereto is a true and correct copy of the Complaint filed on February 18, 2015, in the matter *Frazier v. World Wrestling Entertainment, Inc.*, No. CT-000702-15, in the Circuit Court of Shelby County, Tennessee.

14.     Attached as Exhibit J hereto is a true and correct copy of an article published by the Legal Broadcast Network titled "Wrestlers File Concussion Lawsuit Against WWE: An Interview With Konstantine Kyros." This website, and the embedded video interview, is accessible at http://legalbroadcastnetwork.com/the-lbn-blog/2015/1/26/wrestlers-file-concussion-lawsuit-against-wwe-an-interview-with-konstantine-kyros (last accessed March 20, 2015). In that interview, Mr. Kyros explains that he decided Plaintiff Haynes "would be a good candidate to sort of get this suit [against WWE] rolling" and he described Mr. Haynes' lawsuit as "sort of our opening case." These comments begin about 1:20 into the video.

15.     Attached as Exhibit K hereto is a true and correct copy of a January 22, 2015, article published by NPR titled "Former WWE Fighters Suing Over Alleged Brain Damage." This article is also accessible at http://www.npr.org/blogs/thetwo-way/2015/01/22/379113898/former-wwe-fighters-suing-over-alleged-brain-damage (last accessed March 20, 2015).

16.     On March 24, 2015, in compliance with the notice obligations set forth in Rule 11(c)(2), WWE served a copy of its Motion for Sanctions on each of Haynes' attorneys of record. A true and correct copy of the cover letter, motion, and memorandum served on Haynes' attorneys is attached hereto as Exhibit L.

17.     Attached as Exhibit M hereto is a true and correct copy of Judge Diamond's March 9, 2015, decision imposing sanctions on the law firm Hagens Berman Sobol Shapiro LLP, in the matter of *Johnson v. Smithkline Beecham Corp.*, No. 11-5782, in the United States District Court for the Eastern District of Pennsylvania.

18.     Attached as Exhibit N hereto is a true and correct copy of a transcript of a 2006 "Shoot Interview" with Plaintiff Haynes, produced by RF Video.

PAGE 4 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF
DEFENDANT'S MOTION FOR SANCTIONS

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

19. Attached as Exhibit O hereto is a true and correct copy of a press release issued by Kyros Law on January 21, 2015. The press release is also accessible at http://www.kyroslawoffices.com/lawsuits/kyros-law-files-second-wwe-concussion-injury-lawsuit-on-behalf-of-former-wrestlers/ (last accessed March 20, 2015).

20. Attached as Exhibit P hereto is a true and correct copy of a website created by the Kyros Law Firm: http://www.kyroslawoffices.com/ (last accessed March 22, 2015).

21. Attached as Exhibit P hereto is a true and correct copy of "When The Bell Has Rung, The 'Sharks' Will Come," written by Paul D. Anderson.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this ___ day of ___, 2015.

By: _____
B. John Casey, OSB #120025

PAGE 5 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2015, I caused a copy of the foregoing DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS to be served on the following parties via electronic mail:

Steve D. Larson
Joshua L. Ross
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Email: slarson@stollberne.com; jross@stollberne.com
    Attorneys for Plaintiffs William Albert Haynes III, et al.

Pro Hac Vice admitted attorneys for Plaintiffs:

| | |
|---|---|
| Konstantine Kyros<br>Kyros Law Offices, PC<br>kon@kyroslaw.com | Taylor Asen<br>Cuneo Gilbert & LaDuca, LLP<br>tasen@cuneolaw.com |
| Erica Mirabella<br>Mirabella LLC<br>erica@mirabellaLLC.com | Scott Moriarity<br>Lockridge Grindal Nauen PLLP<br>samoriarity@locklaw.com |
| Brendan Thompson<br>Cuneo Gilbert & LaDuca, LLP<br>brendant@cuneolaw.com | Robert Shelquist<br>Lockridge Grindal Nauen PLLP<br>rkshelquist@locklaw.com |
| Charles LaDuca<br>Cuneo Gilbert & LaDuca, LLP<br>charles@cuneolaw.com | |

DATED this 24th day of March, 2015.

                                      *s/B. John Casey*
                                      B. John Casey

CERTIFICATE OF SERVICE

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200