# EXHIBIT 21

# STATE OF TENNESSEE
## Office of Vital Records

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 037968

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Nelson Lee Frazier, Jr. |
| 2. Sex | male |
| 3. Date of Death | February 18, 2014 |
| 4. Time of Death | 7:50 PM |
| 5a. Age - Last Birthday (Years) | 43 |
| 6. Date of Birth | February 14, 1971 |
| 7. Birthplace | Goldsboro, NC |
| 8a. Place of Death | ER/Outpatient |
| 8b. Facility Name | Methodist North ER |
| 8c. City or Town | Memphis |
| 8d. County of Death | Shelby |
| 9. Marital Status | Married |
| 10. Surviving Spouse | Cassandra Branch |
| 11a. Usual Occupation | Pro Wrestler |
| 11b. Kind of Business/Industry | Entertainment |
| 12. Social Security Number | 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 |
| 13a. Residence - State | Tennessee |
| 13b. County | Shelby |
| 13c. City or Town | Memphis |
| 13d. Street and Number | 3820 Lakehurst Drive |
| 13e. Inside City Limits | Yes |
| 13f. Zip Code | 38128 |
| 14. Armed Forces | No |
| 15. Education | High school graduate or GED completed |
| 16. Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 17. Race | Black or African American |
| 18. Father's Name | Nelson Lee Frazier, Sr. |
| 19. Mother's Name | Mary Reid |
| 20a. Informant's Name | Cassandra Frazier |
| 20b. Relationship | wife |
| 20c. Mailing Address | 3820 Lakehurst Dr, Memphis, TN 38128 |
| 21a. Method of Disposition | Cremation |
| 21b. Place of Disposition | Toombs Trade Service |
| 21c. Location | Jonesboro, AR |
| 22a. Signature of Funeral Director | Jerry Smith |
| 22b. License Number | 3020 |
| 22c. Signature of Embalmer | N/A |
| 23a. Name and Address of Funeral Home | Wilson Funeral Home POB 337 Osceola, AR 72370 |
| 23b. License Number | 309 |
| 25. Date Filed | MAR 0 5 2014 |

26. Certifier: Medical Examiner - On the basis of examination and/or investigation, in my opinion, death occurred at the date, and place and due to the cause(s) and manner stated

27b. License Number: MD41907
27c. Date Signed: February 20, 2014
27d. Name and Address: Marco A Ross, M.D.; 637 Poplar Ave, Memphis, TN 38105, MEC2014-0229

28. PART I.
a. Immediate Cause: Hypertensive cardiovascular disease

PART II. Other significant conditions contributing to death: Morbid obesity, diabetes mellitus

29a. Autopsy Performed: No
30. Manner of Death: Natural
31. Did Tobacco Use Contribute to Death: Unknown

PH-1859 (Rev. 9/2011)
ROA 1393

7978814

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

R. Benton McDonough, JD
STATE REGISTRAR

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

Date Issued: Apr 8 2015

Local Registrar

**CERTIFICATION OF VITAL RECORD**