# EXHIBIT 23



HOME   WWE   NXT   ROH   TNA   LUCHA   NJPW   GFW   RESULTS   MMA NEWS                                              Search

Home / Latest News / WWE News / Big Vito Asks Former Superstars To Join His Class Action Lawsuit Against WWE

# Big Vito Asks Former Superstars To Join His Class Action Lawsuit Against WWE

*By Brad Davis on May 21, 2015     @sescoops*

Former WWE and WCW wrestler Big Vito LoGrasso is calling on other former WWE Superstars to join his class action lawsuit against WWE.

He posted the following on Facebook:

> ATTENTION TO ALL FORMER WWF, ECW, WCW, WWE WRESTLERS.
>
> I know all have there view points on this lawsuit. But, if you never stick up for your self, you never know what can be and what cant. If you were in DEEP SOUTH and OVW as a developmental talent, you also have rights. If you have problems and think you need help, Please join the lawsuit I am in litigation in. If you have medical records, you are positively ahead of the game.
>
> IF YOU WERE A ENHANCEMENT TALENT IN THE WWF, you also qualify.
>
> If you think you are irritating the WWE and think if you join, you will ruin your chances, the bussiness has changed guys, if they have not called you in 5 years, they are not calling you. This is a chance for benefits, the same as in the NFL lawsuit. No one knew, but a Billion dollars divided up for the guys who put there time in and have some issues, now have relief. I am standing up for myself, and all of you. I was never a follower always a leader. So follow me guys and join.
>
> I hope the internet guys post this to there sites, TMZ . The WWE will definitely see this and to know that I will be going on TV soon in a tell all, is just proof that you gotta believe in you and the sacrafices you made in life. As you know, you had to be tuff, never say your hurt, if you were , you lost your spot. There are some good people and some WWE HOFers involved and signed on as well. I hope this post makes it back to the right people.
>
> I will be heard and know one thing, I dont bullshit and I speak the truth, when the truth comes out, it isnt a very nice place. Here is the name of the lawyer, his name is Bill Kyros , his number is 1 617 833 3727. Call him and tell him I sent you. Good luck guys and join the fight for rights you deserve. This is a brotherhood that we all seem to have forgotten about.

- Download the SEScoops Mobile App for iOS (Android coming soon):

 

← Previous Story                                        Next Story →

ADVERTISEMENT



**LATEST NEWS**

SEScoops Mailbag: Seth Rollins As Babyface, WWE's Next African American World Champion & More

 Austin Vents On His 10/19 Raw Appearance, Speaks On CMT Shows

 WWE Calling In Top Names To Return On Monday's Raw

 Update On Seth Rollins' Injury And How It Will Impact WWE's Creative Plans

 Seth Rollins Out 6-9 Months, Tournament To Crown New WWE Champion At Survivor Series

 HBO Developing Andre The Giant Documentary

 Nia Jax On Her Past As A Plus-Size Model, Journey To WWE, NXT Women's Division

 Georges St-Pierre Preparing For UFC Comeback With Mini-Training Camp



# 411MANIA

- Movies / tv
    - News
    - Reviews
    - Columns
- Music
    - News
    - Reviews
    - Columns
- Wrestling
    - News
    - Columns
    - TV reports
    - Video Reviews
    - The Dunn List
    - Csonka Reviews
    - Hall of Fame
- Games
    - News
    - Previews
    - Reviews
    - Columns
- Mma
    - News
    - Reports
    - Columns
- Contact
- About

# Sling TV & Chromecast

Own a Chromecast? Get 2 months free of Sling TV. Sign up today!

**Explore Twitter**
Catch Up On Everything That Matters To You. Only On Twitter.

wrestling / News

# Vito LoGrasso Wants Other Wrestlers To Join Class Action Lawsuit Against WWE

May 21, 2015 | Posted by Joseph Lee



Share on twitter Share on facebook



In a post on Facebook, Vito LoGrasso called for wrestlers to join his class action lawsuit against the WWE. He wrote:

*ATTENTION TO ALL FORMER WWF, ECW, WCW, WWE WRESTLERS.*

*I know all have there view points on this lawsuit. But, if you never stick up for your self, you never know what can be and what cant. If you were in DEEP SOUTH and OVW as a developmental talent, you also have rights. If you have problems and think you need help, Please join the lawsuit I am in litigation in. If you have medical records, you are positively ahead of the game. IF YOU WERE A ENHANCEMENT TALENT IN THE WWF, you also qualify. If you think you are irritating the WWE and think if you join, you will ruin your chances, the bussiness has changed guys, if they have not called you in 5 years, they are not calling you. This is a chance for benefits, the same as in the NFL lawsuit. No one knew, but a Billion dollars divided up for the guys who put there time in and have some issues, now have relief. I am standing up for myself, and all of you. I was never a follower always a leader. So follow me guys and join. I hope the internet guys post this to there sites, TMZ. The WWE will definitely see this and to know that I will be going on TV soon in a tell all, is just proof that you gotta believe in you and the sacrafices you made in life. As you know, you had to be tuff, never say your hurt, if you were, you lost your spot. There are some good people and some WWE HOFers involved and signed on as well. I hope this post makes it back to the right people. I will be heard and know one thing, I dont bulls--t and I speak the truth, when the truth comes out, it isnt a very nice place. Here is the name of the lawyer, his name is Bill Kyros, his number is 1 617 833 3727. Call him and tell him I sent you. Good luck guys and join the fight for rights you deserve. This is a brotherhood that we all seem to have forgotten about.*

Share on twitter Share on facebook



 

# Vito LoGrasso Urging Other Wrestlers to Join Class Action Lawsuit Against WWE

Nick Paglino

◎ May 21, 2015

As noted, former WWE and WCW star Big Vito LoGrasso has filed a class action lawsuit, along with Adam Mercer, against WWE.

LoGrasso has posted the following on Facebook, urging other wrestlers to join the class action suit:

> ATTENTION TO ALL FORMER WWF, ECW, WCW, WWE WRESTLERS.
>
> I know all have there view points on this lawsuit. But, if you never stick up for your self, you never know what can be and what cant. If you were in DEEP SOUTH and OVW as a developmental talent, you also have rights. If you have problems and think you need help, Please join the lawsuit I am in litigation in. If you have medical records, you are positively ahead of the game. IF YOU WERE A ENHANCEMENT TALENT IN THE WWF, you also qualify. If you think you are irritating the WWE and think if you join, you will ruin your chances, the bussiness has changed guys, if they have not called you in 5 years, they are not calling you. This is a chance for benefits, the same as in the NFL lawsuit. No one knew, but a Billion dollars divided up for the guys who put there time in and have some issues, now have relief. I am standing up for myself, and all of you. I was never a follower always a leader. So follow me guys and join. I hope the internet guys post this to there sites, TMZ . The WWE will definitely see this and to know that I will be going on TV soon in a tell all, is just proof that you gotta believe in you and the sacrafices you made in life. As you know, you had to be tuff, never say your hurt, if you were , you lost your spot. There are some good people and some WWE HOFers involved and signed on as well. I hope this post makes it back to the right people. I will be heard and know one thing, I dont bulls-t and I speak the truth, when the truth comes out, it isnt a very nice place. Here is the name of the lawyer, his name is Bill Kyros , his number is 1 617 833 3727. Call him and tell him I sent you. Good luck guys and join the fight for rights you deserve. This is a brotherhood that we all seem to have forgotten about.