# EXHIBIT 26



**Bill Anderson** @feeling blessed
July 7 · Edited

Warning! I am going on a small rant here!! There is a major lawsuit going on, instigated by Billy Jack Haynes against WWE and Vince McMahon! BJH says he has some other notable names from the old days of wrestling, to join in a class action lawsuit against the WWE. I too, have been contacted by BJH to join in! This will not be worded as eloquently as my colleague Dan Spivey put it. But as simply as I can say it, I became a wrestler in the early 70's because I loved it, money was almost always a secondary factor! I traveled to over 30 countries because of wrestling, and saw things that would not have been possible, but for wrestling. I wrestled my heroes and a few idiots in a 30 year career. I have had many broken bones, stitches and major back surgery because of wrestling. I have lost wife's and had my family broken up, which I still try to this day to make amends for and ask God for forgiveness for! All this is on me, can't blame wrestling! MY CAREER CHOICE! Now, I work two jobs, and live with great memories of the men and women I've met through life. My story isn't much different than a lot of people! Not looking for any sympathy. I have lost a chunk of my heart with my friends that have left their earthly body, most way before what was right! Many of them made their choices also. That was them, and this is me! Could I use an extra $ million to supplement my income, yes, LOL! There will will be no participation by me, for any law suit against WWE from me! My scars are well deserved in my mind and body! I pay the price for my decisions, not Vince McMahon, because he is a near $ billionaire! BJH messaged me four times in 2 minutes getting mad at me because I can't call him NOW! I work a regular job, like a lot of people! Can't just pick up the cell phone and start chatting about lawsuits! Many of you don't know anything about this lawsuit over concussions and working hurt etc.....! I just heard about it two weeks ago from Superstar BG, (he wants no part of it also)! OK folks, for those of you that actually read all of this, you must be a hell of a friend of mine! Rant over my friends! God bless!