# Exhibit 2

 **Matt Wade Osborne**
August 1, 2012

I love you Rena Osborne , Teagan James ,Matthew James , and of course my oldest son Anthony Osborne. I live for the four of you!!!!

Share