# Exhibit 3

 **Matt Wade Osborne**
June 2, 2013

A rollg stone I am. I've relocated to Sringfield Mo. Why you ask ? Dont ask....Maybe to be closer to one of my heroes Harley Race.

Share