# Exhibit 4

**canoe network ··· SLAM!**

July 19, 2013

# Wrestler Doink the Clown died of accidental drug overdose
By WENN.com

Former wrestling star Doink the Clown died from an accidental drug overdose, according to his autopsy results.

The body of the retired grappler, whose real name is Matt Osborne, was discovered by his girlfriend in her Texas home on June 28. It has been determined he passed away after taking a lethal cocktail of opiates morphine and hydrocodone.

The Collin County medical examiner also found the 55-year-old had been suffering from heart disease, which was a "significant and contributory factor" in his death, according to TMZ.

Osborne, who previously struggled with substance abuse, left the World Wrestling Federation in 1993.

He would have celebrated his 56th birthday next week.



Doink the Clown (Matt Borne) at the Legends of the Ring convention October 16, 2010, at the Crowne Plaza Hotel in Monroe, NJ (Mike Coons).