# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, a/k/a "Big Russ McCullough," RYAN SAKODA, and MATTHEW R. WIESE, a/k/a "Luther Reigns," individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>            Defendant. | LEAD CONSOLIDATED CASE NO. 3:15-cv-01074-VLB |

## AFFIDAVIT OF C. SCOTT AMANN

State of Connecticut      )
                                    ) ss:
County of Fairfield       )

I, C. Scott Amann, being first duly sworn, hereby depose and say:

1.    I am over eighteen (18) years of age. I have personal knowledge of the matters set forth herein or, where indicated, have reviewed WWE corporate records, and am competent to testify thereto.

2.    I am employed as the Vice President, Legal and Business Affairs of World Wrestling Entertainment, Inc. ("WWE"). In that capacity, I provide legal counsel to, among other areas, the WWE talent relations department and I have gained direct and substantial knowledge of such areas of WWE's business.

BOS-3447108 v2

3. I am familiar with former-WWE talent, Matthew Osborne ("Osborne") and have reviewed WWE business records relating to Osborne that are maintained in WWE's Legal and Business Affairs department.

4. WWE's last booking contract with Osborne dated October 31, 1992 listed an address for Osborne in Duluth, Georgia.

5. In its subsequent dealings with Osborne, WWE directed correspondence to Osborne at residences in Pennsylvania, Ohio, New Jersey and Oregon, but never Texas.

6. In or around September 2007, WWE determined to offer to pay for drug and/or alcohol rehabilitation at a certified treatment center for any former performer who once had a contract with WWE and needed such assistance.

7. In February 2008, Osborne contacted WWE personnel seeking assistance for an addiction to drugs.

8. Osborne then communicated with WWE personnel to coordinate his enrollment in a treatment program.

9. In or around February 2008, Osborne entered an in-patient treatment program at the Menninger Clinic in Houston, Texas.

10. WWE personnel working out of WWE's Connecticut headquarters made all of the logistical and financial arrangements to facilitate Osborne's participation in that program.

11. Upon Osborne's discharge from the Menninger Clinic in or around May 2008, WWE personnel working out of WWE's Connecticut headquarters

again made all of the logistical and financial arrangements for Osborne to enter a ninety (90) day post-treatment program at J Walker Lodge in Colorado.

12. Invoices for Osborne's treatment at both Menninger Clinic and J Walker Lodge were sent to, and paid out of, WWE's Connecticut headquarters.

13. I have reviewed the first amended complaint filed in the lawsuit originally styled *James v. World Wrestling Entertainment, Inc.* and, in particular, paragraph 183 which alleges that "WWE provided and paid for Matthew Osborne to attend a drug rehabilitation program at White Deer Run in or around 1999." This allegation is false. WWE has no record of having paid for Osborne to attend a drug rehabilitation program at White Deer Run in or around 1999. As indicated, WWE did not start offering to pay for drug and/or alcohol rehabilitation for former performers until in or around September 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of December, 2015.

_____
G. Scott Amann

Subscribed and sworn to before me
this 17th day of December, 2015.

_____
Notary Public
My Commission Expires:

AMY L. ANNUCCI
NOTARY PUBLIC
MY COMMISSION EXPIRES NOVEMBER 30, 2018