UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH, a/k/a "Big Russ McCullough," RYAN SAKODA, and MATTHEW R. WIESE, a/k/a "Luther Reigns," individually and on behalf of all others similarly situated,** | : | **CIVIL ACTION NO. 3:15-CV-01074-VLB LEAD CASE** |
| Plaintiffs, | : | |
| VS. | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| Defendant. | : | **APRIL 5, 2016** |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | **CIVIL ACTION NO. 3:15-CV-00994-VLB CONSOLIDATED CASE** |
| Plaintiff, | : | |
| VS. | : | |
| **ROBERT WINDHAM, THOMAS BILLINGTON, JAMES WARE, OREAL PERRAS, and VARIOUS JOHN DOE'S,** | : | |
| Defendants. | : | **APRIL 5, 2016** |

## MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING THE *WINDHAM* ACTION

Pursuant to Local Rule of Civil Procedure 7(c), Plaintiff World Wrestling Entertainment, Inc. ("WWE") respectfully moves for reconsideration of the Court's order (Doc. No. 117) with respect to *World Wrestling Entertainment, Inc. v. Windham et al.*, No. 3:15-CV-00994-VLB ("*Windham* Action").

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

As set forth in the accompanying Memorandum of Law in support of this motion, WWE respectfully submits that the Court should reconsider its order because: (i) the Court erred in granting the Defendants' motion to dismiss the *Windham* Action for lack of subject matter jurisdiction; (ii) the Court erred in granting the Defendants' motion to dismiss the *Windham* Action based on its ruling in the *Singleton* Action; and (iii) the Court erred in denying WWE's motion for expedited discovery in the *Windham* Action as moot.

WHEREFORE, the Court should grant WWE's motion for reconsideration, deny the Defendants' motion to dismiss the *Windham* Action, and grant WWE's motion for expedited discovery in that action.

        **WORLD WRESTLING ENTERTAINMENT, INC.,**

By: */s/ Jerry S. McDevitt*
    Jerry S. McDevitt (*pro hac vice*)
    Terry Budd (*pro hac vice*)
    Curtis B. Krasik (*pro hac vice*)
    **K&L GATES LLP**
    K&L Gates Center
    210 Sixth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 355-6500
    Fax: (412) 355-6501
    Email: jerry.mcdevitt@klgates.com
    Email: terry.budd@klgates.com
    Email: curtis.krasik@klgates.com

    Thomas D. Goldberg (ct04386)
    Jonathan B. Tropp (ct11295)
    Jeffrey P. Mueller (ct27870)
    **DAY PITNEY LLP**
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: tgoldberg@daypitney.com
    Email: jbtropp@daypitney.com
    Email: jmueller@daypitney.com

## CERTIFICATION OF SERVICE

    I hereby certify that, on April 5, 2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Jeffrey P. Mueller*
        Jeffrey P. Mueller (ct27870)