UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH,** *et al.*, | : | No. 3:15-CV-01074 (VLB) |
| | : | LEAD CASE |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.**, | : | |
| | : | |
| Defendant. | : | APRIL 20, 2016 |

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO LOGRASSO,** | : | NO. 3:15-CV-00425 (VLB) |
| | : | CONSOLIDATED CASE |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.**, | : | |
| | : | |
| Defendant. | : | APRIL 20, 2016 |

**EXHIBITS FOR DEFENDANT'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO PLAINTIFFS EVAN SINGLETON AND VITO LOGRASSO**

A.  Evan Singleton Instagram Post Dated June 9, 2015 at 1:50 p.m.

B.  Evan Singleton Instagram Post Dated June 9, 2015 at 1:53 p.m.

C.  Evan Singleton Instagram Post Dated June 8, 2015 at 9:38 p.m.

D.  Evan Singleton Instagram Post Dated June 8, 2015 at 9:46 p.m.

E.  Plaintiff Vito LoGrasso's Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First and Second Interrogatories Dated March 30, 2016.

F. Plaintiff Evan Singleton's Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First and Second Interrogatories Dated March 30, 2016.

G. Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Request for the Production of Documents Directed to Plaintiff Vito LoGrasso Dated March 30, 2016.

H. Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Request for the Production of Documents Directed to Plaintiff Evan Singleton Dated March 30, 2016.

I. "From Wrestling Mats to Body Slams – Penn Manor Grad Looks to Throw Down with the Pros" Dated October 19, 2011.

J. "CZW Academy Student Signs With WWE" Dated December 31, 2011.

K. Email from Vito LoGrasso Dated May 6, 2009.

L. Post from Vito LoGrasso Dated March 8, 2014.

M. "Big Vito Talks About Wanting to Work with Jeff Jarrett, and Much More" Dated February 23, 2014.

N. Facebook Post from Vito LoGrasso Dated April 9, 2014.

O. Facebook Post from Vito LoGrasso Dated May 20, 2015.

P. Facebook Post from Vito LoGrasso Dated May 21, 2015.