# EXHIBIT K

# RE: Training with FCW - Vito LoGrasso



**From:** Vito Bookings [mailto:vitobookings@yahoo.com]
**Sent:** Wednesday, May 06, 2009 4:04 PM
**To:** john.laurinatis@wwecorp.com; Bailey, Ty; sgaton1010@aol.com
**Subject:** Training with FCW - Vito LoGrasso

To John, Ty, and Steve,

Today, after meeting with Steve Keirn and speaking with him at lenght about the possibility of joining the staff as a trainer, I am sending this email to express my continued interest in doing such.

I have just returned from a 3 month tour of Europe and have realized that the days of wrestling for me are over but this does not mean that I don't maintain the passion for the business. After 19 years of being in it, I feel that I can impart all the knowledge and experience that I have on the up-and-coming talent at FCW to their benefit. While in Europe I was able to work with many fresh faces to the business and would like to become an asset to FCW's management.

You probably already know this but just to give you a brief background, I began at the Unpredictable Johnny Rodz School in Brooklyn. I started working on television in 1991 for WCW and then to WWF as an extra. From there, I worked for AllStar Wrestling in Puerto Rico with Hugo Savanovich. My first tour of Japan was in 1992 For NOW with Kendo Nagasaki and went on to the Dominican Republic for Jack Venenno and then to USWA with Jerry Lawler in 1995. From 1996 to 1998, I worked for the WWC with Carlos Colon. From there I went to another tour of Japan for All Japan with Giant Baba. In 1998, which at the time Johnny was as the booker, I went to ECW For Paul E for one year then it was on to WCW 1999 to 2000 with Vince Russo. I also worked for the XWF with Jimmy Hart in 2001. I have done overseas work for Tony St.Claire in Hanover. The list goes on and on and is very extensive, I had a short stint at TNA before ending up at WWE from 2005 to 2007. Since being released, I continued to wrestle independently. While wrestling I spent a lot of time training and realize that this is where my passion has grown and lies.

I will definitely do what it takes to be part of the team. As I told Steve, I will work with FCW during the house shows behind the scenes doing whatever is necessary to be an asset to FCW. I also spoke with Dusty Rhodes, Dr. Tom Pritchard and Norman Smiley. They can all attest to my work ethic so I would become a part of your team.

If you need anything further or have questions, please call me at 917-887-6062. I live locally in Tampa and can start as soon as possible.

I look forward to hearing from you.

Best regards,

Vito LoGrasso

WWE_SING00002133