UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  3:15-cv-001074 (VLB)<br>:  Lead Case<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEAL

Notice is hereby given that RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 117) and Memorandum of Decision (Dkt. 116) entered in this action on March 21 and 22, 2016 granting Defendant World Wrestling Entertainment Inc.'s ("WWE") Motion to Dismiss the Amended Complaint brought by Plaintiffs McCullough, Sakoda, and Wiese (Dkt. 95).

Dated:  April 20, 2016

Respectfully Submitted,

*s/ Michael J. Flannery*
Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
Telephone:     (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

Konstantine W. Kyros
**KYROS LAW OFFICES**
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Charles J. LaDuca
**CUNEO GILBERT & LADUCA, LLP**
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

William M. Bloss
Federal Bar No: CT01008
**KOSKOFF, KOSKOFF & BIEDER**
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust, Esquire
Pogust Braslow & Millrood,LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

Erica Mirabella
CT Fed. Bar #: phv07432
**MIRABELLA LAW LLC**

2

**132 Boylston Street, 5th Floor**
**Boston, MA 02116**
**Telephone: 617-580-8270**
**Facsimile: 617-580-8270**
**Erica@mirabellaLLC.com**

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2016, a copy of foregoing NOTICE OF APPEAL was served in accordance with Federal Rule of Civil Procedure Rule 5, via electronic mail to the following counsel of record:

Jeffrey Mueller, Esquire
Day Pitney
242 Trumbull Street
Hartford, CT 06103-1212

Jerry S. McDevitt, Esquire
K&L Gates
210 Sixth Avenue
Pittsburgh, PA 15222-2613

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

*s/ Michael J. Flannery*
Michael J. Flannery
