UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,** : : : : : | |
| **Plaintiffs,** : | |
| **v.** : : | **CIVIL ACTION NO. 3:15-cv-001074 (VLB) Lead Case** |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** : : : | |
| **Defendant.** : | |

**PLAINTIFFS EVAN SINGLETON AND VITO LOGRASSO'S
<u>MOTION FOR EXTENSION OF DISCOVERY PERIOD</u>**

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVAN SINGLETON and VITO LOGRASSO,<br><br>      Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      Defendant | Lead Case No. 3:15-cv-1074-VLB |

## NOTICE OF RULE 30(b)(6) DEPOSITION OF
## WORLD WRESTLING ENTERTAINMENT, INC.

**PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs will take the oral deposition of Defendant WORLD WRESTLING ENTERTAINMENT, INC. ("WWE") on May 31, 2016 beginning at 9:00 a.m. at the offices of KOSKOFF, KOSKOFF & BIEDER, 350 Fairfield Avenue, Bridgeport, Connecticut before a certified court reporter or other competent authority authorized to administer oaths. The deposition will be recorded by audio, audiovisual, videographic, and/or stenographic means.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, WWE shall (a) designate and produce one or more officers, directors, managing agents, or other sufficiently knowledgeable representatives, as may be required, who consent to testify on behalf of WWE concerning the topics identified below and (b) set forth, for each person so designated, the matters upon which they will testify. The person(s) so designated and produced are required to testify as to matters known or reasonably available to WWE.

503414.1

**1.  WWE's policies and procedures regarding the health, safety, and welfare of WWE wrestlers.**

**2.  WWE's prior and current knowledge of the risks of head, brain. and/or neurological injury to the WWE wrestlers, including, but not limited to, concussions, Chronic Traumatic Encephalopathy, and/or sub-concussive blows to the head.**

**3.  WWE's records of any WWE wrestler that has or is suspected to have suffered head, brain, and/or neurological injury, including concussions, Chronic Traumatic Encephalopathy, and sub-concussive blows to the head.**

**4.  WWE's training of its employees and contractors on the treatment and prevention of head, brain, and/or neurological injury to the WWE wrestlers, including concussions, Chronic Traumatic Encephalopathy, and sub-concussive blows to the head.**

**5.  WWE's screening of its wrestlers for head, brain, and/or neurological injury.**

**6.  Any worker compensation claims received by WWE relating to former WWE wrestlers resulting from concussions, Chronic Traumatic Encephalopathy, or sub-concussive blows to the head.**

**7.  WWE's concussion-management and return-to-wrestle policies, including all versions and/or updated policies.**

**8.  WWE's public statements and press releases on the risk of head, brain, and/or neurological injury to the WWE wrestlers, including**

concussions, Chronic Traumatic Encephalopathy, or injuries caused by sub-concussive blows to the head.

9.  Any marketing, advertising, and/or public statements concerning the existence and/or risk of head, brain, and/or neurological injury to the WWE wrestlers, including concussions, Chronic Traumatic Encephalopathy, or injuries caused by sub-concussive blows to the head.

10. The identity of all persons who drafted (in whole or in part), edited, or otherwise provided information concerning or related to each and every draft (final or otherwise) or written policy which was denominated or became the "Wellness Policy" as testified about during Congressional Hearings.

The deposition will continue from day to day until completed, and may be recorded by stenographic means.

Dated:  April 29, 2016                    Respectfully Submitted,

*s/ Konstantine Kyros*
Konstantine W. Kyros
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

**Michael J. Flannery**
**CUNEO GILBERT & LADUCA, LLP**
**7733 Forsyth Boulevard, Suite 1675**
**St. Louis, MO  63105**
**Telephone:      (314) 226-1015**
**Facsimile: (202) 789-1813**
**mflannery@cuneolaw.com**

**William M. Bloss**
**Federal Bar No: CT01008**
**KOSKOFF, KOSKOFF & BIEDER**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**
**Telephone: 203-336-4421**
**Facsimile: 203-368-3244**


**Robert K. Shelquist**
**Scott Moriarity**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**100 Washington Ave., S., Suite 2200**
**Minneapolis, MN 55401-2179**
**Telephone: (612) 339-6900**
**Facsimile: (612) 339-0981**
**rkshelquist@locklaw.com**
**samoriarity@locklaw.com**

**Harris L. Pogust, Esquire**
**Pogust Braslow & Millrood, LLC**
**Eight Tower Bridge**
**161 Washington Street Suite 940**
**Conshohocken, PA 19428**
**Telephone: (610) 941-4204**
**Facsimile: (610) 941-4245**
**hpogust@pbmattorneys.com**

4

**Erica Mirabella**
**CT Fed. Bar #: phv07432**
**MIRABELLA LAW LLC**
**132 Boylston Street, 5th Floor**
**Boston, MA 02116**
**Telephone: 617-580-8270**
**Facsimile: 617-580-8270**
**Erica@mirabellaLLC.com**

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2016, a copy of foregoing NOTICE OF RULE 30(b)(6) DEPOSITION OF WORLD WRESTLING ENTERTAINMENT, INC. was served in accordance with Federal Rule of Civil Procedure Rule 5, via electronic mail to the following counsel of record:

Jeffrey Mueller, Esquire
Day Pitney
242 Trumbull Street
Hartford, CT 06103-1212
jmueller@daypitney.com

Jerry S. McDevitt, Esquire
K&L Gates
210 Sixth Avenue
Pittsburgh, PA 15222-2613
jerry.mcdevitt@klgates.com

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

*s/ Konstantine Kyros*
Konstantine W. Kyros