# Exhibit 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH,** *et al.,* | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO LOGRASSO,** | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF MANUAL FILING

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed a copy of a DVD that is Exhibit 1 to its Emergency Motion for Protective Order With Respect to Unilaterally-Noticed Depositions because it cannot be filed electronically. The DVD has been manually served on all parties.

-2-

DEFENDANT WORLD WRESTLING
ENTERTAINMENT, INC.,

By: /s/ Jerry S. McDevitt
    Jerry S. McDevitt (*pro hac vice*)
    Terry Budd (*pro hac vice*)
    Curtis B. Krasik (*pro hac vice*)
    K&L GATES LLP
    K&L Gates Center
    210 Sixth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 355-6500
    Fax: (412) 355-6501
    Email: jerry.mcdevitt@klgates.com
    Email: terry.budd@klgates.com
    Email: curtis.krasik@klgates.com

    Thomas D. Goldberg (ct04386)
    Jonathan B. Tropp (ct11295)
    Jeffrey P. Mueller (ct27870)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: tgoldberg@daypitney.com
    Email: jbtropp@daypitney.com
    Email: jmueller@daypitney.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 11, 2016 date, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    /s/ Jeffrey P. Mueller
    Jeffrey P. Mueller