# Exhibit 4

**From:** Katie Van Dyck [mailto:kvandyck@cuneolaw.com]
**Sent:** Sunday, May 01, 2016 10:04 PM
**To:** Mueller, Jeff; 'McDevitt, Jerry'
**Cc:** Charles LaDuca; Michael Flannery; 'Robert K. Shelquist (rkshelquist@locklaw.com)'; 'Konstantine Kyros'; 'Harris L. Pogust'; 'Bill Bloss'; 'Andrew Sciolla (asciolla@pbmattorneys.com)'
**Subject:** RE: Singleton v. WWE - Discovery Requests

Counsel,

Attached are interrogatories and requests for production, which are being served by Plaintiffs on WWE pursuant to Rules 26, 33, and 36.

Regards,

Katie

Cuneo Gilbert & LaDuca, LLP
507 C Street NE
Washington, D.C. 20002
Direct: (202) 742-5708
Main: (202) 789-3960
Fax: (202) 789-1813
http://www.cuneolaw.com/

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.

---

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

****************************************************************************************