# Exhibit 5

**From:** Katie Van Dyck [mailto:kvandyck@cuneolaw.com]
**Sent:** Friday, May 06, 2016 6:42 PM
**To:** 'McDevitt, Jerry'; Mueller, Jeff; Krasik, Curtis B.
**Cc:** Michael Flannery; Konstantine Kyros; Charles LaDuca; Bill Bloss; Harris L. Pogust; Robert K. Shelquist (rkshelquist@locklaw.com); emirabella@gnemlaw.com
**Subject:** Singleton v . WWE

Counsel,

Attached are notices of depositions for Vince McMahon, Mark Lovell, Joseph Maroon, Christopher Amann, and Bill Demott. We understand that Bill Demott is no longer associated with WWE but, for the remainder of these witnesses, are wondering whether (1) WWE will voluntarily make them available for their depositions or (2) you are authorized to accept service of subpoenas on their behalves. Please let us know at your earliest convenience, so we can arrange for personal service if necessary.

In addition, we have yet to receive the numerous medical records pertaining to Mr. LoGrasso and Mr. Singleton, yet their depositions are imminent. If WWE does not intend to produce these, we will have to file a motion to compel their production.

Finally, I await an answer as to your availability for a meet and confer regarding WWE's document production. I am available at any time Monday, or Tuesday if necessary.

Regards,

Katie

Katherine Van Dyck
Cuneo Gilbert & LaDuca, LLP
507 C Street NE
Washington, D.C. 20002
Direct: (202) 742-5708
Main: (202) 789-3960
Fax: (202) 789-1813
http://www.cuneolaw.com/

The information contained in this message may be attorney-client or work-product privileged and should

1

be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.

---

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**********************************************************************************

---