# Exhibit 6

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| EVAN SINGLETON and VITO LOGRASSO<br>*Plaintiff*<br>v.<br>WORLD WRESTLING ENTERTAINMENT, INC.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 3:15-cv-1074-VLB |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: William C. DeMott
*(Name of person to whom this subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: Rule 26 and 30(b)(1)

| Place: Milestone Reporting, 315 East Robinson Street, Suite 240, Orlando, Florida | Date and Time:<br>May 17, 2016 at 9:00am |
|---|---|

The deposition will be recorded by this method: audio, audiovisual, videographic, and/or stenographic means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/09/2016

CLERK OF COURT

OR

_____      s/Michael J. Flannery
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Michael J. Flannery
7733 Forsyth Blvd, Suite 1675, Clayton, MO 63105, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:15-cv-1074-VLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*
on *(date)* 5/10/16 .

☒ I served the subpoena by delivering a copy to the named individual as follows:
William C. Demott
on *(date)* 5/10/16  8:07 pm ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 5/10/16

Server's signature: Anthy K

Printed name and title:
ANTHONY KO
OC Special Process Server # 7949
SC Certified Process Server # 0508.KO
c/o P.O. Box 195242
Winter Springs, FL 32719
321-276-1302

Server's address

Additional information regarding attempted service, etc.: