# Exhibit 7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, et al., | : | No. 3:15-CV-01074 (VLB) |
| | : | LEAD CASE |
| Plaintiffs, | : | |
| VS. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | NO. 3:15-CV-00425 (VLB) |
| | : | CONSOLIDATED CASE |
| Plaintiffs, | : | |
| VS. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | |

## DECLARATION OF BILL DEMOTT

I, Bill DeMott, hereby declare under penalty of perjury as follows:

1. On the night of May 10th, I was served at my home with a subpoena asking me to appear for a deposition on May 17, 2016.

2. The subpoena appears to be from lawyers for Mr. Singleton and/or Mr. LoGrasso. Those lawyers had not tried in any way to contact me previously to ask about my schedule or availability to give a deposition.

3. Next week would be an extremely difficult week for me to appear for a deposition and particularly on such short notice as I have several significant matters already scheduled for next week, including for May 17, 2016.

4. First, I have meetings with the Florida State Highway Patrol regarding my work as a spokesperson on Drunken Driving issues. My daughter had been tragically killed by a drunken driver and one of my key areas of community work these days is bringing awareness to and lecturing on Drunken Driving issues. Although my meetings with the Florida State Highway Department are later in the week, I have a great deal of preparation work I need to do early in the week, including on Tuesday, May 17, 2016, to get ready for these meetings which are very important to me.

5. Secondly, during the days I am working on building a business as a host of a podcast and developing a YouTube program which I presently will be doing on Tuesday, May 17, 2016. The short notice that I have been given for this request for my deposition creates difficulties for me for my efforts building my podcast and YouTube business.

I hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 11, 2016
_____, Florida

_William C. DeMott jr (Bill DeMott)_

Bill DeMott