# Exhibit 8

Bike Tours with Wilderness Voyageurs

## Wilderness Voyageurs Bike Tour Invoice Confirmation

Thank you for booking your bike tour with Wilderness Voyageurs! Your fun is about to begin! Please check the links listed at the bottom of this confirmation for details regarding our cancellation policy, medical issues and other good-to-know tid bits.

**Please click here to complete your Bike Tour registration form.** Please complete the form as soon as possible. **Every participant in your group must complete their own form.** If you have any questions, please call us at 800-272-4141.

**Please click here to shop for necessary items.** Use the **code "gobiking" for 15% off your order!**

Joe Maroon
REDACTED

| Reservation #: | 51189 |
| --- | --- |
| Reserved On: | 3/9/2016 3:49:00 PM |
| Arrival: | 5/22/2016 |
| As of: | 4/14/2016 |
| Status: | Reserved |

| Adult | Youth | Units | Comps | Description | Subtotal | Discounts | Fees | Item Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Packages** | | | | | | | | |
| **Sunday 5/22/2016** | | | | | | | | |
| 2 | 0 | 0 | 0 | Bike Pittsburgh to Washington DC - 6 Day | $3,210.00 | $0.00 | $0.00 | $3,210.00 |
| 2 | 0 | 0 | 0 | Rent a Bike for your Tour | $150.00 | $0.00 | $9.00 | $159.00 |

**Payment Schedule**

| Date | Amount |
| --- | --- |
| Wednesday 3/16/2016 | $0.00 |
| Wednesday 3/16/2016 | $0.00 |
| Wednesday 3/23/2016 | $0.00 |

**Payment Activity**

| Date | Method | Amount | Customer |
| --- | --- | --- | --- |
| | WVO: | | |
| 4/14/2016 | Check II | $3,369.00 | Joe Maroon |

Thank you, Joe!

| SUBTOTAL: | $3,360.00 |
| --- | --- |
| TAXES/FEES: | $9.00 |
| DISCOUNTS: | $0.00 |
| TOTAL: | $3,369.00 |
| PAYMENTS: | $3,369.00 |
| BALANCE: | $0.00 |

**Customer Notes**

Useful Links to make a payment or view reservation & cancellation policies:

Make your payment Online!
Check the above information for your balance and then click the link below
Click here to make your payment online

Click here to complete your registration form and waiver. Everyone MUST COMPLETE this form.

**Bike Tour Reservation, Cancellation And Refund Policy**

A $250 per person non-refundable deposit is required to secure your reservation. Reservations made within 90 days of

the trip departure date require full payment at the time of booking. Full payment for all trips must be made 90 days prior to the trip departure date. Reservations not paid in full prior to 90 days of the trip departure date are subject to cancellation. Trip prices are per person and based on double occupancy. Payment of deposit implies agreement with Bike Tour Policies and Conditions. <u>Please click here to read the full policy</u>

<u>Wilderness Voyageurs Outfitters Ohiopyle, PA</u>
<u>Wilderness Voyageurs Outfitters, Inc</u>
<u>PO Box 97</u>
<u>103 Garrett St</u>
<u>Ohiopyle, PA 15470</u>
<u>800-272-4141</u>