UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:15-CV-00425 (VLB)<br>Consolidated Case |

**PLAINTIFFS EVAN SINGLETON AND VITO LOGRASSO'S
FIRST EMERGENCY MOTION TO COMPEL COMPLIANCE WITH ORDER
DENYING DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S
<u>EMERGENCY MOTION FOR PROTECTIVE ORDER</u>**

　　Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs Evan Singleton and Vito LoGrasso respectfully request that this Court enter an order compelling Defendant World Wrestling Entertainment, Inc. ("WWE") to comply with its May 13, 2016 Order Denying Motion for Protective Order entered on May

13, 2016 (Dkt. 134) and sanctioning it for "fail[ing] to obey an order to provide or permit discovery."  Fed. R. Civ. P. 37(b)(2)(A).

Shortly after the entry of this Court's order, WWE informed counsel that it would not produce two of the witnesses – specifically Stephanie McMahon and Paul Levesque – for the Rule 30(b)(1) depositions previously noticed by Plaintiffs and that it would not produce Dr. Joseph Maroon for more than four hours of the Rule 30(b)(1) deposition previously noticed by Plaintiffs.  All of these depositions were the subject of the motion for protective order brought by WWE and denied by this Court, and the reasons WWE gives for its refusal to comply with this Court's order are the very arguments this Court rejected.  These witnesses are WWE's officers and managing agents, WWE has indicated through counsel that it controls them, and WWE is responsible for producing them for their depositions.  For all these reasons, Plaintiffs submit that an order compelling WWE to produce these witness for up to seven hours of depositions pursuant to Rule 30(b)(1) is required and that sanctions under both Rule 37 of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 37 are appropriate and necessary

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Dated:  May 16, 2016                               Respectfully Submitted,

*s/ Michael J. Flannery*
Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
Telephone:  (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Konstantine W. Kyros
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust, Esquire
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

Erica Mirabella
CT Fed. Bar #: phv07432

MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2016, a copy of the foregoing Plaintiffs' First Motion for Compel was served via this Court's electronic case filing system.

*s/Michael J. Flannery*
Michael J. Flannery
