# EXHIBIT B



# EXECUTIVE OFFICERS



**Vincent K. McMahon**
*Chairman & CEO*

Vince McMahon, Chairman of the Board & Chief Executive Officer of WWE, Inc. (WWE), is a third generation promoter who has made WWE into the global phenomenon it is today.

As a pioneer in the television syndication business, a recognized television personality throughout the world, a visionary promoter and a fearless marketer, he continues to make his presence known as a leader within the broadcast and entertainment industries. In 1972, McMahon joined his father's company, Capitol Wrestling Corporation, on a full-time basis. By 1979, the company had syndicated programming to 30 television stations. In 1982, he purchased the Capitol Wrestling Corporation from his father and decided to take what had been a regional operation and turn it into a national venture.

McMahon soon became a pioneer in the cable television industry by leveraging the new technologies of pay-per-view and closed-circuit television for the first WrestleMania in 1985. Now, not only had he built a brand that people would watch in syndication, he had built the WWE into a brand that people would pay to watch. WrestleMania III in 1987 attracted 93,173 fans to the Pontiac Silverdome, setting an indoor attendance record that still stands. In April 2000, more than a million fans purchased WrestleMania X-6, at the time making it the most watched non-boxing event in pay-per-view history. In February 2014, WWE Network, the first-ever 24/7 direct-to-consumer network, launched live in the U.S.
Today, WWE produces new television programming 52 weeks a year. Programs such as "Monday Night Raw" and "WWE SmackDown" are ratings successes that can be seen in more than 180 countries and heard in 25 languages. In addition, WWE delivers fans a revolutionary second screen experience during its flagship programming via the WWE App, which has more than 21 million downloads globally. As the television audience has grown exponentially, so has the live event audience.

In 2014, WWE performed 318 live events, including 54 international events, entertaining nearly 2 million fans. Under McMahon's leadership, WWE has developed into one of the most popular and sophisticated forms of global entertainment today. WWE is an integrated media and entertainment company that features a portfolio of specialized businesses that creates and delivers original content for a cultivated, passionate and intensely loyal customer base. The company markets and distributes this original content on a global basis via broadcast, syndication and cable television, publications, mobile phones, and the Internet. Ancillary businesses include licensing, merchandising, home video, e-commerce, catalog sales and films. In addition to its headquarters in Stamford, Conn., WWE has offices in New York City, Los Angeles, Miami, London, Mumbai, Shanghai, Singapore, Munich and Tokyo. WWE trades on the New York Stock Exchange under the symbol WWE.

For his accomplishments in entertainment, television, and pay-per-view, McMahon, one of the longest running personalities on television, was awarded a star on the Hollywood Walk of Fame in 2008. He also has received a Promax/BDA Lifetime Achievement Award and has been inducted into the 2008 CableFAX Hall of Fame. In recognition of WWE's work to support children over the past 30 years, McMahon, in 2005, was appointed to The Make-A-Wish Foundation of America National Advisory Council. He is a tireless supporter of the U.S. military, bringing WWE Superstars to war zones in Iraq and Afghanistan

since 2002 to entertain the troops. WWE was the recipient of the USO of Metropolitan Washington's first ever "Legacy of Hope" award for WWE's extensive support of our troops and the USO's Operation Care Package program. In 2006, WWE and McMahon received the Secretary of Defense Exceptional Public Service Award for its support of deployed service members in Iraq and Afghanistan. In 2008, the company received the GI Film Festival's Corporate Patriot Award.



**George Barrios**
*Chief Strategy & Financial Officer*

George A. Barrios is Chief Strategy & Financial Officer of WWE, Inc. a publicly traded (NYSE) global entertainment company.

Mr. Barrios joined the company in 2008 and is responsible for the company's strategy, financial planning and management, corporate and media technology and travel operations. From 2002 to 2008 Mr. Barrios worked at The New York Times Company and beginning in 2007 served as Vice President and Treasurer of the company. In this role he was responsible for managing the company's capital structure, liquidity, risk, investments, and corporate financial analysis. Prior to his role as Treasurer, Mr. Barrios served as Chief Financial Officer for the New England Media Group, a $700MM division of the company. From 2000 to 2001 Mr. Barrios served as President and Chief Operating Officer of Netsilicon, a publicly traded semiconductor company. From 1994 to 2000, Mr. Barrios served in several financial and general management roles at Praxair, Inc., a Fortune 500 manufacturer. In his last role at Praxair he had dual responsibilities as the financial leader for the global semiconductor materials business unit as well as serving as General Manager for the North American operations of that business. Prior to 1994, Mr. Barrios worked at Time Warner, Inc. where he served in several financial management roles for HBO, Inc. and CHI Energy.

George is a member of the Board of Directors for both the Make-A-Wish Foundation and the digital media company, Tout, Inc. Mr. Barrios is a first generation Cuban-American from Queens, NY. He is a CPA and holds a BA and MBA from the University of Conn.



**Paul Levesque**
*Executive Vice President, Talent, Live Events & Creative*

Paul "Triple H" Levesque is WWE's Executive Vice President, Talent, Live Events & Creative. In this role, he oversees the talent relations and talent development departments, training of WWE Superstars and Divas and management of worldwide recruitment and live global events. In addition to his talent and live event duties, Levesque has continually had an integral role behind-the-scenes. As a Director and Producer, he works to shape the creative direction and storylines of WWE's programming.In 2013, Levesque oversaw the development of the state-of-the-art WWE Performance Center in Orlando, FL, serving as the new home to WWE's talent developmental system, NXT. Equipped with a world-class training facility with seven training rings and 5,500 square-foot training room, the Performance Center gives WWE the ability to train more potential performers than ever.

In addition to the new Performance Center, Levesque has helped expand WWE's global presence to more countries than ever before. Under his guidance, WWE reached new milestones by holding live events in Abu Dhabi, Russia, Egypt and Brazil for the first time. In 2014, WWE performed 318 live events, including 54 international events, entertaining nearly 2 million fans.

Levesque debuted as a WWE Superstar in 1995. To this day, he still competes in the ring as Triple H and is one of the most prolific performers in WWE history. He has captured every major championship, headlined thousands of WWE events and entertained millions around the world.



**Stephanie McMahon**
*Chief Brand Officer*

Stephanie McMahon is Chief Brand Officer for WWE and was named to its Board of Directors in 2015. Stephanie is responsible for working with WWE's business units to support key growth initiatives and represents WWE as its global brand ambassador among key constituencies including government, advertisers, media, business partners and investors. She is the primary spokesperson for WWE's CSR initiatives, including Special Olympics, Susan G. Komen and Be a STAR, WWE's anti-bullying program. In 2014, Stephanie and her husband, Paul Levesque, established Connor's Cure, a fund dedicated to furthering Pediatric cancer research. Stephanie is also a TV personality, appearing regularly on WWE's flagship programming.

In 2015, Stephanie was named one of nine U.S. leaders participating in the prestigious Eisenhower Fellowship, an international leadership exchange program for outstanding professionals chaired by General Colin L. Powell, USA (Retired).

Prior to being named Chief Brand Officer, Stephanie was Executive Vice President, Creative and was responsible for overseeing the Digital and Creative Departments, as well as the creative development of all WWE television, pay-per-view programming, print, digital and social media content.  She has also managed WWE's Talent Relations, Talent Brand Management and Live Events businesses.

Stephanie is also a member of the Board of Directors for the USO Metropolitan Washington and Children's Hospital of Pittsburgh Foundation. She has been recognized as one of the "Most Powerful Women in Cable" by CableFAX magazine for the past five years. In 2013, Stephanie was named to Ad Age's "40 Under 40" and was also named one of Multichannel News's "Women to Watch." In May of 2014, she was named as one of Broadcasting & Cable and Multichannel News's "Women in the Game."  Most recently, Stephanie was recognized as a "Wonder Woman" by Multichannel News for 2016 and was named to the second annual Variety Digital Entertainment Impact List: 30 Execs to Watch.

Stephanie is a working mother of three daughters ages 9, 7 and 5.



**Michelle D. Wilson**
*Chief Revenue & Marketing Officer*

Michelle D. Wilson oversees all of the company's revenue lines, including Consumer Products, Sponsorship Sales, WWE Network and New Business Development. Wilson also oversees Marketing, Corporate Communications, Creative Services, Entertainment Relations, Special Events, Research and Community Relations. In addition, Wilson spearheaded the company's efforts to launch WWE Network, a direct-to-consumer subscription service.

Wilson has transformed the Company's approach to annual tent pole events, growing them significantly from single-day occurrences into week-long, revenue-generating events that attract attendees from across the county and around the world.  Additionally, Wilson has ushered in a new approach for WWE in sales and sponsorships and has worked to secure key partnerships with blue-chip brands and companies including General Mills, Frito-Lay, Pepsi, Kraft Foods, General Motors, Mars, Colgate, Nestle and 7-Eleven.  She has also continued to expand WWE's partnership with the Make-A-Wish Foundation in which WWE performers have granted more than 4,000 wishes for children with life-threatening illnesses. Wilson has been instrumental in forging new partnerships with Susan G. Komen, Special Olympics, KaBOOM! and Hire Heroes USA.

Prior to WWE, Wilson was the Chief Marketing Officer of the United States Tennis Association, where she was instrumental in making the US Open the highest attended annual sporting event in the world. Wilson developed innovative advertising and promotional campaigns that significantly elevated the image and awareness of tennis in the United States resulting in record television viewership and ticket sales. She was also a pivotal player in the implementation of several innovations for the sport, including in-stadium video screens, blue courts, instant replay and the 2004 launch of the US Open Series.

Wilson oversaw all marketing efforts for the launch of the XFL football league, a partnership between WWE and NBC, prior to working for the USTA. She also held positions at the National Basketball Association (NBA) in its domestic and international consumer products groups. Before her career in the sports industry, Wilson held brand management positions at Nabisco.

In 2009, Wilson was among the "Next Wave of Leaders" recognized by Broadcasting & Cable and was named one of the "Most Powerful Women in Cable" by CableFAX magazine.  In 2010, Continental Magazine called Wilson a "Wonder Woman and Driving Force Behind WWE's Success."  In October 2011, Wilson was also recognized as a "Game Changer: Women in Sports Business" by SportsBusiness Journal and was honored as one of Multichannel News's "Women to Watch."  In 2013, Wilson was recognized on Sports Illustrated's list of the 10 most influential women in sports.

Wilson sits on the Board of Directors for the Ad Council and the Stamford, Connecticut Chamber of Commerce.

Wilson is a cum laude graduate of the University of Pennsylvania and holds an MBA from Harvard Business School.



**Michael Luisi**
*President, WWE Studios*

Michael Luisi was named President, WWE Studios in September 2011. In this role, Luisi develops worldwide strategy for the Studios and oversees its operations. He also manages development, production, distribution and marketing of all film releases. In addition, Luisi oversees business development and strategic initiatives, as well as business and legal affairs across all units at WWE.

He joined WWE in January 2011 as Executive Vice President of Business Development & General Counsel & Secretary. Prior to joining WWE, Luisi spent twelve years with Miramax Films, most recently as Executive Vice President, Worldwide Operations. In that position, he oversaw the day to day operations of Miramax, as well as serving as the principal business advisor to the President of Miramax and primary liaison with then parent company Disney.Luisi was an entertainment lawyer at Frankfurt, Kurnit, Klein & Selz prior to Miramax. During his tenure there, he specialized in individual talent and production company representation across the motion picture, television and advertising industries. He has also held positions at Weil Gotshal & Manges and New Line Cinema.Since 2004, Luisi has served as an adjunct professor in the Entertainment, Media and Technology (EMT) program at New York University Stern School of Business.Luisi holds a Bachelor of Fine Arts degree from New York University Tisch School of the Arts and a Juris Doctor degree from New York University School of Law.

**Kevin Dunn**
*Executive Vice President, Television Production*

Kevin Dunn, a fixture at WWE for more than 20 years, can trace his roots in the television industry to his early childhood. His father, Dennis Dunn, served as Executive Producer of Intermedia Productions, a program producer and syndicator first commissioned by Vince McMahon, Sr. to handle all WWE production beginning in 1972.After learning the ropes of the TV business at his father's knee and through more formal education at Towson State University, Dunn was hired full-time by Vince McMahon, Jr. in 1984. He functioned as an associate producer of all domestic WWE programming from 1984-1987.During this period, Dunn had the rare opportunity to hone his producing and directing skills on some of the landmark telecasts in wrestling history. He was an integral part of the production team which brought a radical concept called "WrestleMania" from the drawing board to reality. This event not only signaled the dawn of the modern wrestling era, it served as a benchmark for the later development of the entire pay-per-view industry.

He also functioned as Line Producer on one of the most successful live events in television history, WrestleMania III, which drew an unprecedented 93,000 fans to the Pontiac Silverdome and countless more via pay-per-view.Dunn's early successes were not confined strictly to the wrestling arena. His talents received mainstream media exposure working on projects like "The Slammy Awards," a product of the then fledgling MTV Network in 1986. Soon after, he began working on an immensely popular late night show airing on NBC called "Saturday Night's Main Event." It was at this time that he had the unique opportunity to work hand in hand with Dick Ebersol, now President of NBC Sports.Dunn's career growth continued as he relocated to Stamford, Connecticut in 1987 to work as the Line Producer at WWE's new

$10 million state of the art TV facility. During the ensuing two years, he continued to produce all signature programming for WWE. In 1989, he was promoted to Producer, Domestic Television.In an effort to free Dunn from some of the day to day rigors of show production, he was promoted to Supervising Producer, Domestic Television in 1991. Under his leadership, WWE revived its successful late night series, "Saturday Night's Main Event" this time in concert with the FOX Network. This period of Dunn's tenure also marked the beginning of WWE's brief foray into the bodybuilding milieu, when he was actively involved in the TV production of WBF Championship productions in 1991 and 1992.In 1993, Dunn was named Executive Producer of all WWE programming, both domestic and international. Through use of the latest television technology, as well as the savvy management of his staff, Dunn has created a production environment that produces six hours of original weekly prime time programming, 52 weeks per year with no re-runs. Today, WWE produces "Monday Night RAW," "WWE SmackDown," and "NXT" which are ratings successes and are seen in 180 countries and heard in 25 languages.Dunn was promoted to Executive Vice President, Television Production in June, 2003, and manages a state of the art television studio with a production team of 140 people. Despite his many management responsibilities, he continues to direct projects both in the studio and out in the field. He has remained Line Producer of all live WWE telecasts since 1988. In 2008, Dunn joined WWE's Board of Directors.

WWE.com | Contacts | FAQ

The names of all WWE televised and live programming, talent names, images, likenesses, slogans and wrestling moves and all WWE logos are trademarks which are the exclusive property of WWE All other trademarks are the property of their respective owners. © 2016 WWE All Rights Reserved.

Copyright   Privacy Policy