# EXHIBIT E

Evan Singleton and Vito LoGrasso v. World Wrestling Entertainment, Inc.  
**WORLD WRESTLING ENTERTAINMENT, INC.'s PRIVILEGE LOG**

April 15, 2016

| Bates Range | Date | Author | Addressee(s) | Copyee(s) | DocType | Description | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| | 9/24/2007 | WWE Legal | | | Document and Handwritten notes | Draft communication reflecting advice from attorney regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 10/30/2009 | John Laurinaitis | Stephanie McMahon | Vince McMahon; Brad Blum; Jared Bartie; Scott Amann, Esq.; Jerry McDevitt, Esq. | Email and attachment | Email and attachment from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | | WWE Legal | | | Document and Handwritten notes | Draft document from WWE legal file for purpose of providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 9/2/2010 | Ty Bailey | Scott Amann, Esq.; John Laurinaitis | | Email | Email from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 10/30/2009 | John Laurinaitis | Stephanie McMahon | Vince McMahon; Brad Blum; Jared Bartie, Esq.; Scott Amann, Esq.; Jerry McDevitt, Esq. | Email and attachment | Email and attachment from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 1/29/2010 | Ty Bailey | Stephanie McMahon; Scott Amann, Esq.; John Laurinaitis | Jaime Bickford; Nicole Dorazio | Email and attachment | Email and attachments from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| WWE_SING00000495-497 | 2/11/2010 | Jerry McDevitt, Esq. | Jared Bartie, Esq.; Donna Goldsmith; Vince McMahon | | Email | Redaction reflects communications from counsel to client for purpose of providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| WWE_SING00000498-500 | 2/18/2010 | Jerry McDevitt, Esq. | Vince McMahon; Donna Goldsmith; Jared Bartie, Esq. | | Email | Redaction reflects communications from counsel to client for purpose of providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| WWE_SING00000501 | 1/19/2010 | Jerry McDevitt, Esq. | Jared Bartie, Esq.; Donna Goldsmith; Brad Blum; Vince McMahon | | Email | Redaction reflects communications from counsel to client for purpose of providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 1/15/2010 | Jerry McDevitt, Esq. | Brad Blum; Vince McMahon; Donna Goldsmith; Jared Bartie, Esq. | | Email and attachment | Email and attached draft documents from attorney to client for purpose of providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |

*Evan Singleton and Vito LoGrasso v. World Wrestling Entertainment, Inc.* April 15, 2016
**WORLD WRESTLING ENTERTAINMENT, INC.'s PRIVILEGE LOG**

| Bates Range | Date | Author | Addressee(s) | Copyee(s) | DocType | Description | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| | 1/31/2011 | Robert Zimmerman | Brad Blum; Michelle Wilson; Michael Luisi, Esq.; Jerry McDevitt, Esq. | | Email | Email from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 1/31/2011 | Robert Zimmerman | Brad Blum; Michelle Wilson; Michael Luisi, Esq.; Jerry McDevitt, Esq. | | Email | Email from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 2/9/2010 | Jared Bartie, Esq. | Jim Coplit; Scott Amann, Esq.; Jim Langham, Esq. | | Email | Email correspondence between client and attorney for purpose of seeking and providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 2/9/2010 | Mike Archer | Jared Bartie, Esq. | | Email and attachment | Email correspondence with attachment between client and attorney for purpose of seeking and providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 1/25/2010 | Jaime Bickford | Donna Goldsmith; Jared Bartie, Esq. | Stephanie McMahon | Email and attachment | Email and attachment from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 9/24/2007 | WWE Legal | | | Document | Draft communication regarding talent Wellness Program | Attorney-Client |
| | 6/28/2007 | Louis Rios | Ed Kaufman, Esq. | Richard Hering | Email | Email from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 9/11/2007 | Louis Rios | Ed Kaufman, Esq. | | Email | Email from client to attorney for purpose of seeking legal advice regarding medical reporting issues | Attorney-Client |
| | 9/21/2007 | Louis Rios | Richard Hering; Ed Kaufman, Esq.; John Laurinaitis | Chris Brannan; Larry Heck; Jason Crivello | Email | Email from client to attorney for purpose of seeking legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 10/31/2009 | Joseph Maroon | Jerry McDevitt, Esq. | | Email and attachment | Email and attachment from client to attorney regarding concussion management | Attorney-Client |
| | 1/8/2010 | Joseph Maroon | Jerry McDevitt, Esq. | | Email | Email correspondence between client and attorney regarding concussion matters | Attorney-Client |

*Evan Singleton and Vito LoGrasso v. World Wrestling Entertainment, Inc.*  April 15, 2016
**WORLD WRESTLING ENTERTAINMENT, INC.'s PRIVILEGE LOG**

| Bates Range | Date | Author | Addressee(s) | Copyee(s) | DocType | Description | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| | 9/18/2010 | Brad Blum | Jerry McDevitt, Esq. | | Email and attachments | Email correspondence with attachment between client and attorney for purpose of seeking and providing legal advice relating to draft publication regarding concussions | Attorney-Client |
| | 5/14/2012 | Karen Hlavac | Chris Amann; John Laurinaitis; Jane Geddes; Jerry McDevitt, Esq.; Mark Lovell; Michael Sampson | | Email and attachments | Email and attachments from client to attorney transmitting scientific articles regarding CTE | Attorney-Client |
| | 8/21/2009 | Joseph Maroon | Chris Amann; Stephanie McMahon; John Laurinaitis; Ty Bailey; Jerry McDevitt, Esq. | | Email and attachment | Email and attachment from client to attorney transmitting scientific article regarding CTE | Attorney-Client |
| | 7/16/2007 | Geof Rochester | Danielle Fisher; Richard Hering; Ed Kaufman, Esq.; Shane McMahon; Stephanie McMahon; Michael Sileck; Jerry McDevitt, Esq. | Gary Davis; Jennifer McIntosh | Email | Email from client to attorney regarding Wellness Program enhancements | Attorney-Client |
| | 9/5/2007 | Matthew Sepp | Gary Davis; Vince McMahon | Jerry McDevitt, Esq. | Email | Email from attorney to client relating to press release regarding Chris Benoit | Attorney-Client |
| | 9/18/2010 | Jeff Bost | Joseph Maroon; Jerry McDevitt, Esq. | | Email and attachment | Email correspondence and attachment between client and attorney regarding publication of article | Attorney-Client |
| | 9/17/2010 | Brad Blum | Jerry McDevitt, Esq. | | Email | Email correspondence between client and attorney regarding publication of article | Attorney-Client |
| | 10/16/2013 | Stacy DePolo | Jeff Bost | | Email | Email correspondence reflecting legal advice regarding Singleton | Attorney-Client |
| | 10/16/2013 | Jeff Bost | Stacy DePolo | | Email | Email correspondence reflecting legal advice regarding Singleton | Attorney-Client |
| | 10/16/2013 | Stacy DePolo | Jeff Bost | | Email | Email correspondence reflecting legal advice regarding Singleton | Attorney-Client |
| IMPACT_SING00001698-1699 | 9/5/2010 | Jeff Bost | Chris Amann; Joseph Maroon | | Email | Redaction reflects legal advice from counsel | Attorney-Client |
| | 8/25/2010 | Jeff Bost | Kristin Altman; Chris Amann; Scott Amann, Esq.; Ty Bailey John Laurinaitis | Joseph Maroon | Email and attachment | Email and attachment from client to attorney for purpose of seeking legal advice regarding publication of an article | Attorney-Client |
| IMPACT_SING00001800-1801 | 9/5/2010 | Jeff Bost | Chris Amann; Joseph Maroon | | Email | Redaction reflects legal advice from counsel | Attorney-Client |

*Evan Singleton and Vito LoGrasso v. World Wrestling Entertainment, Inc.*                                April 15, 2016
**WORLD WRESTLING ENTERTAINMENT, INC.'s PRIVILEGE LOG**

| Bates Range | Date | Author | Addressee(s) | Copyee(s) | DocType | Description | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| | 3/23/2009 | John Laurinaitis | Joseph Maroon; Jeff Bost; Ty Bailey | Nicole Dorazio | Email | Email reflecting communications with legal department regarding enhancements to Wellness Program | Attorney-Client |
| | 6/29/2010 | Ty Bailey | Scott Amann, Esq. | John Laurinaitis | Email | Email from client to attorney relating to CTE finding in Chris Henry | Attorney-Client |
| | 9/15/2010 | Ty Bailey | Scott Amann, Esq.; John Laurinaitis; Robert Zimmerman | Brad Blum; Jaime Bickford; Nicole Dorazio | Email | Email from client to attorney relating to CTE finding in Owen Thomas | Attorney-Client |
| | 1/10/2013 | Jane Geddes | Scott Amann, Esq. | | Email | Email correspondence between client and attorney relating to CTE finding in Junior Seau | Attorney-Client |
| | 1/10/2013 | Jane Geddes | Scott Amann, Esq.; Brian Flinn | | Email | Email from client to attorney relating to CTE finding in Junior Seau | Attorney-Client |
| | 1/31/2011 | Michael Luisi, Esq. | Scott Amann, Esq. | | Email | Email from attorney to attorney relating to article regarding Chris Nowinski | Attorney-Client |
| | 10/13/2014 | Scott Amann, Esq. | Stacy DePolo | Canyon Ceman | Email | Email from attorney to client for purposes of providing legal advice regarding Singleton | Attorney-Client |
| WWE_SING00001117 | 12/1/2011 | Scott Amann, Esq. | John Laurinaitis | | Email | Redaction reflect communications from counsel regarding statements from LoGrasso in produced website article | Attorney-Client |
| | 12/18/2007 | Joe Bogdan, Esq. | John Laurinaitis | Ed Kaufman, Esq. | Email | Email from attorney to client for purposes of providing legal advice regarding LoGrasso use of WWE IP | Attorney-Client |
| | 10/22/2013 | Adam Hopkins | Scott Amann, Esq. | | Email | Email from client to attorney for purpose of seeking legal advice regarding accuracy of third-party publication on Nowinski/SLI | Attorney-Client |
| | 9/26/2014 | George Walden | Scott Amann, Esq. | Claudia Kaufman; Maria Clark; Richard Hering | Email | Email correspondence between attorney and insurance broker prepared in anticipation of litigation and for purposes of seeking and providing legal advice regarding Singleton Worker's Compensation claim | Attorney-Client; Work Product |
| | 10/30/2013 | Stacy DePolo | Scott Amann, Esq. | | Email and attachment | Email and attachment from client to attorney for purpose of seeking legal advice regarding Singleton | Attorney-Client |
| | 5/2/2012 | Scott Amann, Esq. | Stacy DePolo | | Email | Email correspondence between attorney and client for purpose of seeking and providing legal advice regarding Singleton | Attorney-Client |

*Evan Singleton and Vito LoGrasso v. World Wrestling Entertainment, Inc.*
**WORLD WRESTLING ENTERTAINMENT, INC.'s PRIVILEGE LOG**

April 15, 2016

| Bates Range | Date | Author | Addressee(s) | Copyee(s) | DocType | Description | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| | 1/2/2008 | Lauren Middlen, Esq. | Joe Bogdan, Esq. | | Email | Email from attorney to attorney for purposes of providing legal advice regarding LoGrasso use of WWE IP | Attorney-Client |
| | 1/2/2008 | Joe Bogdan, Esq. | John Laurinaitis | | Email | Email correspondence between attorney and client for purposes of providing and seeking legal advice regarding LoGrasso use of WWE IP | Attorney-Client |
| | 8/23/2006 | Christopher Spagnuolo | Shawn Blake; Sheryl Ann Yamuder, Esq. | Ed Kaufman, Esq.; Joe Bogdan, Esq. | Email and attachment | Email correspondence and attachment between attorney and client for purposes of providing and seeking legal advice regarding LoGrasso contract to appear in Playgirl magazine | Attorney-Client |
| | 8/24/2006 | Joe Bogdan, Esq. | Shawn Blake | | Email and attachments | Email correspondence and attachments between attorney and client for purposes of providing and seeking legal advice regarding LoGrasso contract to appear in Playgirl magazine | Attorney-Client |
| | 11/4/2013 | Stacy DePolo | Scott Amann, Esq. | | Email and attachment | Email and attachment from client to attorney for purpose of seeking legal advice regarding Singleton | Attorney-Client |
| | 3/19/2013 | Canyon Ceman | Jane Geddes | Scott Amann, Esq. | Email and attachments | Email and attachments from client to attorney for purpose of seeking legal advice regarding Singleton | Attorney-Client |
| | 10/22/2013 | Vince McMahon | Brad Blum | | Email | Email from client to client reflecting legal advice requested from counsel regarding third-party publication on Nowinski/SLI | Attorney-Client |
| | 10/22/2013 | Brian Flinn | Brad Blum; Michelle Wilson | Jennifer Barry; Carolyn Harniman | Email | Email from client to client reflecting legal advice requested from counsel regarding third-party publication on Nowinski/SLI | Attorney-Client |
| | 9/4/2007 | Gary Davis | Jerry McDevitt, Esq.; Vince McMahon | Linda McMahon; Brad Blum | Email | Email from client to attorney providing factual background incidental to legal advice regarding Chris Benoit | Attorney-Client |
| | 9/21/2010 | Jerry McDevitt, Esq. | Brad Blum; Vince McMahon | | Email and attachment | Email and attachment from attorney to client for purpose of providing legal advice regarding Chris Benoit matter | Attorney-Client; Work Product |

*Evan Singleton and Vito LoGrasso v. World Wrestling Entertainment, Inc.*   April 15, 2016
**WORLD WRESTLING ENTERTAINMENT, INC.'s PRIVILEGE LOG**

| Bates Range | Date | Author | Addressee(s) | Copyee(s) | DocType | Description | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| | 1/5/2010 | Brad Blum | Stephanie McMahon; Michelle Wilson | Robert Zimmerman; Jaime Bickford; Jennifer Barry | Email and attachment | Email correspondence circulating factual information subject to legal advice | Attorney-Client |
| | 9/16/2010 | Jerry McDevitt, Esq. | Brad Blum; Vince McMahon; Robert Zimmerman | | Email and attachment | Email and attachment from attorney to client providing legal advice regarding Chris Benoit matter | Attorney-Client |
| WWE_SING00002267-2268 | 11/1/2013 | Chris Amann | Stacy DePolo; Canyon Ceman; Jane Geddes | | Email | Redaction reflects communication of legal advice regarding Singleton | Attorney-Client |
| WWE_SING00002301-2302 | 9/5/2010 | Jeff Bost | Chris Amann; Joseph Maroon | | Email | Redaction reflects legal advice from counsel | Attorney-Client |
| | 10/16/2013 | Chris Amann | Stacy DePolo | | Email | Email correspondence reflecting legal advice regarding Singleton | Attorney-Client |
| | 11/1/2013 | Chris Amann | Canyon Ceman; Stacy DePolo; Jane Geddes | | Email and attachment | Email correspondence and attachment reflecting legal advice to be sought regarding Singleton | Attorney-Client |
| | 10/16/2013 | Stacy DePolo | Chris Amann | | Email and attachment | Email correspondence and attachment reflecting legal advice regarding Singleton | Attorney-Client |
| | 11/1/2013 | Stacy DePolo | Chris Amann; Canyon Ceman; Jane Geddes | | Email | Email correspondence reflecting legal advice to be sought regarding Singleton | Attorney-Client |
| | | WWE Legal | | | Document | Document created at request of counsel for purposes of providing legal advice regarding Singleton | Attorney-Client; Work Product |
| | | WWE Legal | | | Document | Document created at request of counsel for purposes of providing legal advice regarding Singleton | Attorney-Client; Work Product |
| | | WWE Legal | | | Document | Document created at request of counsel for purposes of providing legal advice regarding Singleton | Attorney-Client; Work Product |
| | | WWE Legal | | | Document | Document created at request of counsel for purposes of providing legal advice regarding Singleton | Attorney-Client; Work Product |
| | 8/27/2010 | Jerry McDevitt, Esq. | Vince McMahon | Brad Blum | Email and attachment | Email correspondence and attachment from attorney to client regarding publication of article | Attorney-Client |
| | 1/5/2010 | Jerry McDevitt, Esq. | Brad Blum; Vince McMahon | | Email and attachment | Email and attachment from attorney to client for purposes of providing legal advice regarding testimony before Congress in 2010 | Attorney-Client |
| | 6/28/2010 | Jerry McDevitt, Esq. | Vince McMahon; Donna Goldsmith; Robert Zimmerman | | Email and attachment | Email and attachment from attorney to client regarding CTE matters | Attorney-Client |
| | 6/16/2010 | Jerry McDevitt, Esq. | Vince McMahon | | Email | Email from attorney to client for purposes of providing legal advice regarding issues relating to concussions and CTE | Attorney-Client |

*Evan Singleton and Vito LoGrasso v. World Wrestling Entertainment, Inc.*
**WORLD WRESTLING ENTERTAINMENT, INC.'s PRIVILEGE LOG**

April 15, 2016

| Bates Range | Date | Author | Addressee(s) | Copyee(s) | DocType | Description | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| WWE_SING00002561-2562 | 5/22/2011 | Vince McMahon | Jerry McDevitt, Esq. | Brad Blum | Email | Redaction reflects communications from client to attorney for purposes of seeking legal advice regarding Nowinski/SLI | Attorney-Client |
| | 10/31/2009 | Jerry McDevitt, Esq. | Vince McMahon | | Email and attachment | Email correspondence and attachment between attorney and client for purposes of seeking and providing legal advice regarding issues relating to concussions or mild traumatic brain injuries | Attorney-Client |
| | 9/5/2007 | Jerry McDevitt, Esq. | Linda McMahon; Vince McMahon; Gary Davis | | Email and attachment | Email and attachment from attorney to client for purposes of providing legal advice regarding Chris Benoit matter | Attorney-Client |
| | 8/23/2010 | Jerry McDevitt, Esq. | Vince McMahon | | Email and attachments | Email and attachments from attorney to client for purposes of providing legal advice regarding Chris Benoit matter | Attorney-Client |
| | 9/5/2007 | Matthew Sepp | Vince McMahon; Gary Davis | Jerry McDevitt, Esq. | Email | Email from attorney to client for purposes of providing legal advice regarding Chris Benoit matter | Attorney-Client |
| | 5/5/2013 | Michael Sampson | Chris Amann | | Email | Email correspondence reflecting legal advice regarding Singleton | Attorney-Client |
| | 6/28/2007 | Louis Rios | Ed Kaufman, Esq. | Richard Hering | Email | Email from client to attorney for purposes of seeking legal advice regarding Chris Benoit matter | Attorney-Client |
| | 1/6/2010 | Jerry McDevitt, Esq. | John Laurinaitis; Vince McMahon | | Email and attachment | Email and attachment from attorney to client for purposes of providing legal advice regarding Congressional matter | Attorney-Client |
| | 9/21/2010 | Jerry McDevitt, Esq. | Paul Levesque | | Email and attachment | Email and attachment from attorney to client for purposes of providing legal advice regarding Chris Benoit | Attorney-Client |
| | 9/21/2010 | Jerry McDevitt, Esq. | Stephanie McMahon; Harry Saxon | | Email and attachment | Email and attachment from attorney to client for purposes of providing legal advice regarding Chris Benoit | Attorney-Client |
| | 12/1/2010 | Jerry McDevitt, Esq. | Vince McMahon; Stephanie McMahon | | Email and attachment | Email and attachment from attorney to client for purposes of providing legal advice regarding CTE matters | Attorney-Client |