# Exhibit 1

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
------------------------------x
RUSS McCULLOUGH, et al.,      No. 3:15-cv-01074 (VLB)
                              Lead Case
        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendant.
------------------------------x
EVAN SINGLETON and VITO       No. 3:15-cv-00425 (VLB)
LOGRASSO,                     Consolidated Case

        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendants.
------------------------------x

VIDEOTAPED DEPOSITION OF

EVAN M. SINGLETON

Philadelphia, Pennsylvania

May 11, 2016

9:29 a.m.

Reported by:
Josephine H. Fassett, RPR, CCR
Job No. 44298

## Page 2

```
 1              May 11, 2016
 2           Philadelphia, Pennsylvania
 3                  9:29 a.m.
 4
 5        T R A N S C R I P T  of the Videotaped
 6   Deposition of EVAN M. SINGLETON, pursuant to the
 7   Federal Rules of Civil Procedure, held at the offices
 8   of Kleinbard LLC, One Liberty Place, 1650 Market
 9   Street, Philadelphia, Pennsylvania, on Wednesday, May
10   11, 2016, commencing at approximately 9:29 a.m.,
11   before Josephine H. Fassett, a Registered
12   Professional Reporter, Certified Court Reporter and
13   Notary Public.
```

## Page 3

```
 1   APPEARANCES:
 2
 3   ATTORNEYS FOR PLAINTIFFS:
 4      POGUST BRASLOW & MILLROOD LLC
 5      Eight Tower Bridge
 6      161 Washington Street
 7      Suite 940
 8      Conshohocken, Pennsylvania 19428
 9      610.941.4204
10      BY:  HARRIS L. POGUST, ESQ.
11           hpogust@pbmattorneys.com
12
13           -and-
14
15   ATTORNEYS FOR PLAINTIFFS:
16      KYROS LAW OFFICES
17      17 Miles Road
18      Hingham, Massachusetts 02043
19      800.934.2921
20      BY:  KONSTANTINE W. KYROS, ESQ.
21           kon@kyroslaw.com
```

## Page 4

```
 1   A P P E A R A N C E S (cont'd.):
 2
 3   ATTORNEYS FOR DEFENDANT:
 4      K&L GATES LLP
 5      210 Sixth Avenue
 6      Pittsburgh, Pennsylvania 15222
 7      412.355.6500
 8      BY:  JERRY S. McDEVITT, ESQ.
 9           jerry.mcdevitt@klgates.com
10           STEFANIE M. LACY, ESQ.
11           stefanie.lacy@klgates.com
12
13
14   A L S O   P R E S E N T:
15      JOSEPH WILLS, Videographer
```

## Page 5

```
 1   -----------------------INDEX-----------------------
 2   WITNESS                                     PAGE
 3   EVAN M. SINGLETON
 4     By Mr. McDevitt                           9, 284
 5     By Mr. Pogust                             277
 6
 7          AFTERNOON SESSION - 189
 8
 9   ---------------------EXHIBITS----------------------
10   SINGLETON   DESCRIPTION                     PAGE
11   Exhibit 1   MRI Report for Exam Date        48
12               11/14/2012
13   Exhibit 2   MRI Report for Exam Date        50
14               11/29/2012
15   Exhibit 3   MRI Report for Exam Date        53
16               2/24/2015
17   Exhibit 4   Followup Note on Evan Singleton 55
18               dated December 10, 2012
19   Exhibit 5   Neurological Examination dated  58
20               2/17/2015
21   Exhibit 6   Neurological Examination dated  61
22               3/23/2015
23   Exhibit 7   Emergency Room Visit 11/15/2014 75
24               Report
```

| | 6 |
|---|---|
| 1 | ----------EXHIBITS---------- |
| 2 | SINGLETON   DESCRIPTION                                    PAGE |
| 3 | Exhibit 8   Adam Mercer @MercerWWE Twitter        135 |
| 4 |              Tweets |
| 5 | Exhibit 9   Adam Mercer @WWEMercer Twitter        140 |
| 6 |              Tweets |
| 7 | Exhibit 10  Evan Singleton Talent                  143 |
| 8 |              Questionnaire |
| 9 | Exhibit 11  World Wrestling Entertainment,        145 |
| 10 |              Inc. Booking Contract |
| 11 | Exhibit 12  Letter dated May 21, 2012             148 |
| 12 | |
| 13 | Exhibit 13  Candace Renshaw Facebook Page         150 |
| 14 | Exhibit 14  Class Action Complaint                159 |
| 15 | Exhibit 15  Plaintiffs' First Amended              183 |
| 16 |              Complaint |
| 17 | Exhibit 16  Plaintiffs' Second Amended             209 |
| 18 |              Complaint |
| 19 | Exhibit 17  Concussion Evaluation dated           219 |
| 20 |              2/21/2013 |
| 21 | Exhibit 18  Followup Note on Evan Singleton       228 |
| 22 |              dated January 18, 2013 |
| 23 | Exhibit 19  E-mail dated October 1, 2012          229 |
| 24 | Exhibit 20  Singleton vs. Erick Rowan             237 |
| 25 |              6/17/2012 and 9/27/2012 CD |

| | 7 |
|---|---|
| 1 | ----------EXHIBITS---------- |
| 2 | SINGLETON   DESCRIPTION                                    PAGE |
| 3 | Exhibit 21  Singleton Leg Twitching CD            249 |
| 4 | Exhibit 22  Evan Singleton Instagram Account      249 |
| 5 |              Page |
| 6 | Exhibit 23  Evan Singleton Instagram Account      252 |
| 7 |              Page |
| 8 | Exhibit 24  Evan Singleton Instagram Account      256 |
| 9 |              Page |
| 10 | Exhibit 25  Evan Singleton Instagram Account      258 |
| 11 |              Page |
| 12 | Exhibit 26  Evan Singleton Instagram Account      259 |
| 13 |              Page |
| 14 | Exhibit 27  Evan Singleton Facebook Account       263 |
| 15 |              Page |
| 16 | Exhibit 28  Evan Singleton Instagram Account      265 |
| 17 |              Page Photograph |
| 18 | Exhibit 29  Evan Singleton Instagram Account      268 |
| 19 |              Page |
| 20 | Exhibit 30  Evan Singleton Instagram Account      268 |
| 21 |              Page |
| 22 | Exhibit 31  Evan Singleton Instagram Account      270 |
| 23 |              Page |
| 24 | Exhibit 32  Multiple Photographs                  271 |
| 25 | Exhibit 33  CD                                    274 |

| | 8 |
|---|---|
| 1 | (Whereupon, on the video record.) |
| 2 | THE VIDEOGRAPHER:  We're now on the |
| 3 | record. |
| 4 | My name is Joseph Wills, the videographer |
| 5 | from David Feldman Worldwide. |
| 6 | This is a video deposition in the United |
| 7 | States District Court for the District of |
| 8 | Connecticut. |
| 9 | Today's date is May 11, 2016.  The video |
| 10 | time is 9:29 a.m. |
| 11 | This deposition is being held at 1650 |
| 12 | Market Street, Philadelphia, Pennsylvania, in |
| 13 | the matters of McCullough, et al. versus World |
| 14 | Wrestling Entertainment, Incorporated, and |
| 15 | Singleton and LoGrasso versus World Wrestling |
| 16 | Entertainment, Incorporated. |
| 17 | The deponent is Evan Singleton. |
| 18 | Would all counsel please identify |
| 19 | themselves. |
| 20 | MR. McDEVITT:  I'm Jerry McDevitt.  I |
| 21 | represent WWE. |
| 22 | MR. POGUST:  Harris Pogust, Pogust |
| 23 | Braslow & Millrood, on behalf of the |
| 24 | plaintiffs. |
| 25 | MR. KYROS:  Konstantine Kyros, Kyros Law, |

| | 9 |
|---|---|
| 1 | on behalf of the plaintiffs. |
| 2 | THE VIDEOGRAPHER:  Will the court |
| 3 | reporter please swear in the witness. |
| 4 | E V A N  M.  S I N G L E T O N, the witness, having |
| 5 | been duly sworn, was examined and testified |
| 6 | under oath as follows: |
| 7 | EXAMINATION BY |
| 8 | MR. McDEVITT: |
| 9 | Q.   Mr. Singleton, my name is Jerry McDevitt. |
| 10 | I represent the WWE, so I'll be asking you questions |
| 11 | today. |
| 12 | A.   Okay. |
| 13 | Q.   And I'd like to begin by asking you to |
| 14 | state formally your name and address. |
| 15 | A.   My name is Evan Mitchell Singleton.  My |
| 16 | address is 5201 Summerfield Drive, Mount Joy, |
| 17 | Pennsylvania 17552. |
| 18 | Q.   How far is Mount Joy from here? |
| 19 | A.   About an hour and a half. |
| 20 | Q.   Is that a small town? |
| 21 | A.   Uhm... little bit, yes. |
| 22 | Q.   How many people live there? |
| 23 | A.   I don't know offhand. |
| 24 | Q.   You the biggest guy in town? |
| 25 | A.   If not, I'm pretty close. |

```
                                    162
 1      A.  What happened to me wasn't right.
 2      Q.  Wasn't right in what way?
 3      A.  How I was treated.
 4      Q.  And how were you mistreated?
 5      A.  Well, I was bullied by Bill DeMott and
 6  staff. It took a while before I had any kind of real
 7  medical attention given to me. Just things of that
 8  nature.
 9      Q.  Anything else?
10      A.  Off the top of my head, no.
11      Q.  Not off the top of your head, you brought
12  the lawsuit and I want to know every reason what you
13  think your claim is here.
14      A.  Off the top of my head, that's all I --
15  that's all I have off the top of my head.
16      Q.  Did WWE intentionally cause you to be
17  injured when you did the move with the performer on
18  September 27th that injured you?
19      A.  I'm sorry?
20      Q.  Strike that.
21          You acknowledge, I take it, that you were
22  injured by an accident, correct?
23      A.  Yes.
24      Q.  You don't think anybody deliberately
25  tried to injure you, do you?

                                    163
 1      A.  When performing the choke slam, you're
 2  supposed to fall. When you're the one getting
 3  slammed, you're supposed to fall. I felt there was a
 4  little bit more force behind it than just a fall, but
 5  still an accident nonetheless.
 6      Q.  Right. And the kind of thing that you
 7  knew from the minute you walked in the ring those
 8  kind of things can happen, right?
 9      A.  Not this serious.
10      Q.  You didn't think you could get a serious
11  concussion?
12      A.  Not this bad, no.
13      Q.  But you realized you could hit your head
14  and get injured?
15      A.  Yes.
16      Q.  Now, you say it took a while to get
17  medical attention. Isn't it true that you were told
18  to go home and rest?
19      A.  Yes.
20      Q.  And then you were seen by Dr. Amann?
21      A.  I guess, I don't know.
22      Q.  You don't know?
23      A.  I don't remember.
24      Q.  Well, how long did it take you to get
25  medical attention?

                                    164
 1      A.  The first MRI I got was like a month
 2  later.
 3      Q.  Well, before MRIs, did you have medical
 4  attention?
 5      A.  I was going back to the training facility
 6  to meet with the on-site trainer. That's the extent
 7  of my medical treatment.
 8      Q.  Do you realize you're claiming fraud in
 9  this case?
10      A.  No.
11      Q.  You don't realize you're making a fraud
12  claim?
13      A.  No.
14      Q.  Can you tell me who you think, if
15  anybody, committed a fraud on you?
16      A.  I'm sorry?
17      Q.  Who do you think, if anybody, at WWE
18  committed a fraud on you?
19      A.  I don't know.
20      Q.  Did anybody at WWE fail to tell you
21  something that you think you should have known?
22      A.  I don't know.
23      Q.  Did anybody tell you to go back in the
24  ring and perform despite the fact that your head was
25  injured?

                                    165
 1      A.  I don't remember.
 2      Q.  Well, you'd know if somebody told you to
 3  go back in the ring. I mean, you already testified
 4  that nobody sent you back into the ring after your
 5  injury, right?
 6      A.  Yeah.
 7      Q.  And do you think that was the correct and
 8  right thing for them to do given what you were
 9  reporting as your symptoms?
10      A.  Yes.
11      Q.  And for two years they paid for that,
12  right?
13      A.  Yes.
14      Q.  So, as you sit here today, you can't
15  identify a single act or anything done or not done by
16  WWE that you consider to be fraudulent to you?
17      A.  I don't know.
18      Q.  Well, you're the one who is bringing that
19  lawsuit, sir, so I'm asking you: Do you have
20  anything that you considered that was done that was
21  fraudulent to you?
22      A.  I don't know.
23      Q.  Do you -- did you like Dr. Amann?
24      A.  From what I remember, he was okay, I
25  guess.
```