UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:15-cv-001074 (VLB)<br>: Lead Case<br>:<br>: USCA NO.<br>: 16-1231<br>:<br>: |

## INDEX TO THE RECORD ON APPEAL

| | Document No. |
|---|---|
| **Complaint** | 1 |
| **Notice of Deficiencies in Attorney Case Opening** | 5 |
| **Order Consolidating Cases** | 41 |
| **Notice of Consolidation** | 49 |
| **Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction by World Wrestling Entertainment, Inc.** | 64 |
| **Declaration of B. John Casey** | 65 |
| **Affidavit of James W. Langham** | 66 |

| | |
|---|---|
| **Amended Complaint against World Wrestling Entertainment, Inc.** | 73 |
| **Order Denying Motion for Order** | 78 |
| **Memorandum in Support re Motion to Dismiss Motion to Dismiss for Lack of Jurisdiction filed by World Wrestling Entertainment, Inc.** | 84 |
| **Supplemental Response re Motion to Dismiss Motion to Dismiss for Lack of Jurisdiction filed by William Albert Haynes, III** | 86 |
| **Motion to Dismiss Amended Complaint by World Wrestling Entertainment, Inc.** | 95 |
| **Response to Motion to Dismiss Amended Complaint filed by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese** | 100 |
| **First Exhibit A by Russ McCullough re Objection** | 101 |
| **Reply to Response to Motion to Dismiss Amended Complaint filed by World Wrestling Entertainment, Inc.** | 102 |
| **Order granting Motions to Dismiss** | 116 |
| **Order granting Motion to Dismiss** | 117 |

**Dated: May 17, 2016**                    Respectfully Submitted,

<u>*s/ Michael J. Flannery*</u>
**Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
Telephone:  (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com**

**Charles J. LaDuca**
**CUNEO GILBERT & LADUCA, LLP**
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

**Konstantine W. Kyros**
**KYROS LAW OFFICES**
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

**William M. Bloss**
Federal Bar No: CT01008
**KOSKOFF, KOSKOFF & BIEDER**
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

**Robert K. Shelquist**
**Scott Moriarity**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

**Harris L. Pogust, Esquire**
**Pogust Braslow & Millrood, LLC**
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204

**Facsimile: (610) 941-4245**
**hpogust@pbmattorneys.com**

**Erica Mirabella**
**CT Fed. Bar #: phv07432**
**MIRABELLA LAW LLC**
**132 Boylston Street, 5th Floor**
**Boston, MA 02116**
**Telephone: 617-580-8270**
**Facsimile: 617-580-8270**
**Erica@mirabellaLLC.com**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2016, a copy of the foregoing Index to the Record on Appeal was served via this Court's electronic case filing system.

*s/Michael J. Flannery*
Michael J. Flannery