UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:15-CV-00425 (VLB)<br>Consolidated Case |

**MOTION TO SEAL PLAINTIFFS' SECOND EMERGENCY
<u>MOTION TO COMPEL AND EXHIBITS</u>**

Plaintiffs Evan Singleton and Vito LoGrasso ("Plaintiffs") bring this motion pursuant to Local Civil Rule 5(e)(4) to file under seal Plaintiffs' Second Emergency Motion to Compel and Exhibits. In support thereof, Plaintiffs state as follows:

Page 1 of 4

1. Exhibits C and D to Plaintiffs' Second Emergency Motion to Compel were marked "CONFIDENTIAL" pursuant to this Court's Standing Protective Order by Defendant World Wrestling Entertainment, Inc. ("WWE")

2. Local Civil Rule 5(e) permits the filing of documents under seal upon a finding that the "sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." L.R. 5(e)(3). "[C]ourt documents may be sealed if 'specific, on the record findings are made demonstrating that 'closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Travelers Indem. Co. v. Excalibur Reinsurance Corp.*, No. 11-cv-1209, 2013 WL 4012772, at *3 (D. Conn. Aug. 5, 2013) (quoting *Press–Enterprise Co. v. Superior Court,* 478 U.S. 1, 13–14 (1986)). "Improperly designating documents as confidential places an enormous burden on both the parties and, through the overuse of sealed filings, on the Court," and Plaintiffs do not necessarily believe that WWE's designations are consistent with these requirements. *Humphreys v. Regents of the Univ. of Cal.*, No. C-04-03808 SI, 2006 WL 3020902, at *2 (N.D. Cal. Oct. 23, 2006).

3. Plaintiffs therefore seek to file the Second Emergency Motion to Compel and Exhibits under seal in order to comply with the Standing Protective Order entered in this action. Plaintiffs see no reason that this motion should be granted and believe an unredacted version of the Second Emergency Motion to Compel and Exhibits should be filed in the public record.

**Dated: May 17, 2016**  **Respectfully Submitted,**

*s/ Michael J. Flannery*
**Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
Telephone:  (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com**

**Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com**

**Konstantine W. Kyros
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com**

**William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244**

**Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com**

Harris L. Pogust, Esquire
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2016, a copy of the foregoing Motion to Seal was served via this Court's electronic case filing system.

*s/Michael J. Flannery*
Michael J. Flannery