UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:15-CV-00425 (VLB)<br>Consolidated Case |

**SECOND EMERGENCY MOTION TO COMPEL DEFENDANT
WORLD WRESTLING ENTERTAINMENT, INC.'S RESPONSES TO
PLAINTIFFS EVAN SINGLETON AND VITO LOGRASSO'S CORRECTED
<u>FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs Evan Singleton and Vito LoGrasso respectfully request that this Court enter an order compelling Defendant World Wrestling Entertainment, Inc. ("WWE") to provide complete responses to Plaintiffs' Corrected First Requests for Production of Documents, which were served on February 12, 2016.   WWE's document

production, which Plaintiffs received more than a week after the extended deadline approved by this Court, fall far short of the requirements of Rule 26 and Rule 34, and the objections are based on an overly restrictive reading of this Court's order partially lifting its stay of discovery.  Consistent with its prior efforts to avoid discovery in this matter, WWE has withheld documents directly relevant to this litigation, prejudicing Plaintiffs' ability to notice and take meaningful depositions in this matter.  Plaintiffs therefore respectfully request this Court grant their motion to compel complete responses.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

**Dated:  May 17, 2016**          **Respectfully Submitted,**

*s/ Michael J. Flannery*
**Michael J. Flannery**
**CUNEO GILBERT & LADUCA, LLP**
**7733 Forsyth Boulevard, Suite 1675**
**St. Louis, MO  63105**
**Telephone:  (314) 226-1015**
**Facsimile: (202) 789-1813**
**mflannery@cuneolaw.com**

**Charles J. LaDuca**
**CUNEO GILBERT & LADUCA, LLP**
**8120 Woodmont Avenue, Suite 810**
**Bethesda, MD 20814**
**Telephone: (202) 789-3960**
**Facsimile: (202) 789-1813**
**charles@cuneolaw.com**

**Konstantine W. Kyros**
**KYROS LAW OFFICES**
**17 Miles Rd.**
**Hingham, MA 02043**
**Telephone: (800) 934-2921**

Facsimile: 617-583-1905
kon@kyroslaw.com

William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust, Esquire
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2016, a copy of the foregoing Motion for Compel was served via this Court's electronic case filing system.

<u>*s/Michael J. Flannery*</u>
**Michael J. Flannery**