# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
---------------------------x
RUSS McCULLOUGH, et al.,    No. 3:15-cv-01074 (VLB)
                            Lead Case
         Plaintiffs,

         -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

         Defendant.
---------------------------x
EVAN SINGLETON and VITO     No. 3:15-cv-00425 (VLB)
LOGRASSO,                   Consolidated Case

         Plaintiffs,

         -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

         Defendants.
---------------------------x

VIDEOTAPED DEPOSITION OF

EVAN M. SINGLETON

Philadelphia, Pennsylvania

May 11, 2016

9:29 a.m.


Reported by:
Josephine H. Fassett, RPR, CCR
Job No. 44298

18

1  Q. Did you attend any presentations given by
2  Dr. Maroon when you were in Florida?
3  A. Not that I remember, no.
4  Q. Not that you remember. Did you happen to
5  watch a tape that's been produced in this litigation
6  of a presentation he gave?
7      MR. POGUST: Objection.
8  A. Not that I remember, no.
9  Q. You didn't watch the tape?
10 A. Not that I remember, no.
11 Q. In the course of preparing for this
12 deposition, nobody showed you a tape of a
13 presentation?
14 A. No.
15 Q. In the last couple of weeks, nobody's
16 shown you a tape of a presentation that Dr. Maroon
17 gave to all talent down in Florida?
18     MR. POGUST: Objection.
19 A. No.
20 Q. Were you in Florida in August of 2012?
21 A. Yes.
22 Q. So you don't deny or admit that you were
23 at that presentation, you claim you don't remember
24 either way?
25 A. I don't remember.

19

1  Q. Do you remember him speaking to you about
2  concussions?
3  A. No.
4  Q. Have you ever read any congressional
5  testimony by anybody?
6  A. I'm sorry, I don't -- congressional
7  testimony.
8  Q. Of any kind.
9  A. What is that?
10 Q. Did you ever read any testimony that
11 anybody gave before a committee of Congress?
12 A. I don't know.
13 Q. Well, you'd know, did you do it or didn't
14 you?
15     MR. POGUST: Objection.
16 A. No.
17 Q. Did you ever read any testimony of
18 Stephanie McMahon?
19 A. No.
20 Q. Did you ever watch any television
21 programs where Vince and Linda McMahon -- well, first
22 of all, let me ask you: Do you know who Vince and
23 Linda McMahon are?
24 A. Yes.
25 Q. Who are they?

20

1  A. They're the owners of WWE.
2  Q. Did you ever watch any television
3  programs where Mr. and Mrs. McMahon were being
4  interviewed regarding the Chris Benoit situation?
5  A. No.
6  Q. Never?
7      MR. POGUST: You have to answer --
8  Q. You have to respond verbally.
9  A. No.
10 Q. Did you ever watch any television
11 programs about the Chris Benoit murder?
12 A. Yes.
13 Q. What programs did you watch?
14 A. Local news.
15 Q. Local news?
16 A. Yeah.
17 Q. And what did you learn by watching those?
18 A. I got from the news article that I saw
19 that it was about steroid and anti-depressant abuse.
20 Q. And when did you read that?
21     MR. POGUST: Objection.
22 A. I don't remember.
23 Q. Did you follow the story as it developed?
24 A. No.
25 Q. So did you follow the story as it was

21

1  reported that he had brain damage?
2  A. No.
3  Q. You missed that somehow?
4  A. (Nods.)
5  Q. Is that a yes?
6  A. Yes.
7  Q. So you missed all the news coverage of
8  that, of that story?
9  A. Yes.
10 Q. Even though you'd been a wrestling fan
11 all your life?
12 A. Yes.
13 Q. When did you first learn that Chris
14 Benoit supposedly had brain damage?
15 A. I didn't. I didn't, I don't know. I
16 didn't know that.
17 Q. So this is the first time you've heard of
18 that?
19 A. Yeah.
20 Q. Today?
21 A. Yeah.
22 Q. Up until the moment you walked in this
23 room, you never heard that Chris Benoit had brain
24 damage?
25 A. Yes.

6 (Pages 18 to 21)

**166**

1  Q. Did he seem to be concerned about your
2  health?
3  A. I guess.
4  Q. Well, did he do anything that indicated
5  he was taking your reports cavalierly?
6  A. Not that I remember. I don't, I don't
7  remember.
8  Q. I think you indicated that when you were
9  at WWE you did know that as long as you claimed you
10 were symptomatic of a concussion that they would not
11 allow you to go back in the ring. Do you remember
12 that testimony?
13 A. Yes.
14 Q. And would it be fair to say you learned
15 that before September 27th, the day you got injured?
16 A. Yes.
17 Q. All right. So you would have learned by
18 definition, then, that you can get a concussion doing
19 this, and if you get a concussion, you will not be
20 allowed back in the ring, correct?
21 A. I don't know.
22 Q. Well, I mean, doesn't that flow from
23 that, sir, if you're told that if you get a
24 concussion you will not be allowed back in the ring,
25 and you knew that before you went in the ring on

**167**

1  September 27th of 2012, right?
2  A. Yes.
3  Q. So you knew going into the ring that day
4  that you could get a concussion?
5  A. I don't know.
6  Q. You can't put those two together?
7  MR. POGUST: Objection.
8  Q. If somebody is telling you that if you
9  get a concussion, you will not be allowed back in the
10 ring and then you make a choice to go into the ring,
11 right?
12 A. I -- I don't know.
13 Q. Was there somebody else I could ask about
14 what you know other than you?
15 A. I don't know.
16 Q. When you went down there in January, did
17 you watch a videotape of Dr. Maroon giving a
18 presentation?
19 A. I don't remember one, no.
20 Q. Do you recall ever being talked to about
21 a drug called spice?
22 A. No.
23 Q. Do you recall seeing a presentation about
24 a drug called spice?
25 A. No.

**168**

1  Q. When you were talking to Dr. Amann, did
2  you have the opportunity to ask him any questions you
3  wanted to ask him?
4  A. Yes.
5  Q. And did you ask him any questions?
6  A. I don't remember.
7  Q. And you also -- well, do you have any
8  reason to think that Dr. Amann didn't answer your
9  questions honestly?
10 A. I don't remember.
11 Q. Well, as you sit there today, can you
12 identify anything he said to you that wasn't true or
13 accurate?
14 A. I don't remember.
15 Q. Well, I'm not asking what you remember,
16 I'm asking: Can you, as you're sitting there today,
17 say anything that Dr. Amann told you that was false?
18 A. I don't know.
19 Q. So then, you don't know anything, right,
20 that you can identify that he told you was false,
21 right?
22 MR. POGUST: Because he doesn't remember
23 it.
24 MR. McDEVITT: Well, if he doesn't
25 remember it, then he can't say it.

**169**

1  Q. I mean, you know, why do we have to have
2  this constant I don't remember. You either remember
3  something or you don't. If you don't, then you can't
4  identify it.
5  Can you identify anything, as you sit
6  there, that Dr. Amann told you that was false?
7  A. I don't know.
8  Q. How about Dr. Maroon?
9  A. I don't know.
10 Q. Can you identify a single thing that he
11 told you that was false?
12 A. I don't know.
13 Q. How about any of the medical providers
14 that you saw?
15 A. I don't know.
16 Q. So you can't identify a single thing
17 anybody told you that was false as you sit here
18 today, right?
19 A. I don't know.
20 Q. Well, you know, you just can't identify
21 anything. You know if you can identify something,
22 sir. Can you --
23 MR. POGUST: Objection.
24 MR. McDEVITT: He does --
25 MR. POGUST: Asked and answered.

```
                                    274                                          276
 1   your memory as to whether you saw it.  Okay?   1      Q.  Do you remember Teon, your roommate,
 2      A.  Okay.                                   2   talking about this presentation with you?
 3          MS. LACY:  They already have one of them 3      A.  No.
 4   because it was produced.                       4      Q.  Do you remember whether the wrestlers
 5          MR. POGUST:  Yeah.  All right.  If you  5   were talking about the presentation?
 6   need it, it's not --                           6      A.  No.
 7          MR. McDEVITT:  I mean, this is one you  7      Q.  And am I correct that what you heard him
 8   have, so.                                      8   say there about won't be returned to the ring if
 9          MR. POGUST:  Yeah, that's fine.  We're  9   you're symptomatic is the same thing that Dr. Amann
10   going to mark it, though?                    10   told you that you previously testified?
11          MS. LACY:  Do you want to mark it as an 11     A.  Yes.
12   exhibit?                                     12         MR. McDEVITT:  All right.  I think at
13          MR. POGUST:  You probably should.     13   this time I don't have any further questions,
14          MR. McDEVITT:  Yeah, we'll mark this. 14   Mr. Singleton.
15          (CD marked as Singleton Exhibit 33, as 15        Depending on the outcome of what happens,
16   of this date.)                               16   I may have some more I want to ask in the
17          MR. McDEVITT:  For the record --      17   future.
18          MS. LACY:  The time is going to be 15:30, 18       You have, I'm sure your lawyers will tell
19   but don't play it yet.                       19   you, the right to review the transcript of your
20          MR. McDEVITT:  And for the record, we're 20  testimony to make sure it accurately reflects
21   going to move the tape ahead to the part of the 21  what you said.  Okay.  You also have the right
22   presentation where he talks about head       22   to change your testimony, but if you do, you're
23   injuries.  All right?                        23   subject to being recalled to be questioned
24          And I'd like you to watch it with the 24   about it.
25   idea of seeing if it refreshes your memory as 25       THE WITNESS:  Okay.

                                    275                                          277
 1   to whether you were there or not.             1         MR. McDEVITT:  So your counsel will talk
 2          THE WITNESS:  Okay.                    2   to you about that.  And, in the meantime, I
 3          (Whereupon, CD played.)                3   have no further questions.
 4   BY MR. McDEVITT:                              4         MR. POGUST:  We have a couple of
 5      Q.  Does it trigger any recollection on your 5  follow-ups.
 6   part as to whether you were there during that 6   EXAMINATION BY
 7   presentation?                                 7   MR. POGUST:
 8      A.  No.                                    8      Q.  Evan, you testified earlier today
 9          MR. POGUST:  Live you mean.  Didn't watch 9  regarding an exhibit which I believe was marked as
10   the video but was actually in the audience?  10   Singleton 16.  It's the Plaintiffs' Second Amended
11          MR. McDEVITT:  Actually in the audience. 11  Complaint.
12      A.  No.                                   12         Mr. McDevitt asked you a question about
13      Q.  Could have been, could not have been, you 13 at the time that this was filed back in June of 2015
14   just don't remember one way or the other?    14   whether you were able to drive or were driving, and
15      A.  I never remember that, no.            15   you testified that you were.  Was that answer
16      Q.  Did you see the heads of some of the  16   correct?
17   people sitting in the audience?              17      A.  No.
18      A.  Oh, it was kind of -- oh, the heads of 18      Q.  So why did you say that then?
19   the audience, yeah.                          19      A.  I misheard him when he asked the
20      Q.  Did you recognize any of them?        20   question.  I thought he said this year, May of this
21      A.  Erick Rowan was in there.             21   year.
22      Q.  Erick who?                            22      Q.  Okay.  And when did you -- when did you
23      A.  Erick Rowan.                          23   first start to drive after, after your accident?
24      Q.  Okay.  Anybody else did you recognize? 24     A.  The specific time I don't remember.
25      A.  Not really too-too much, no.          25      Q.  How long ago from today?  Months?  A year
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

282

1  lawyer and have them review it to make sure that
2  everything looks okay, and then if it's okay to sign
3  it and send it back?
4      A.  No.
5      Q.  What was told to you?
6      A.  Sign it. Send it back. FedEx it back.
7      Q.  And tell -- and what did you do when you
8  got the agreement?
9      A.  I skimmed through it and then I signed
10 it. Had someone notarize it and then I Fedexed it
11 back.
12     Q.  How soon after you got the agreement did
13 you do that?
14     A.  I don't remember.
15     Q.  Days? Months? Weeks?
16     A.  Days.
17     Q.  How were you feeling when you got the
18 agreement?
19     A.  Excited. I was 18 years old and offered
20 a contract from WWE, that's almost unheard of. I was
21 excited. I was happy.
22     Q.  You were just shown a video of some -- of
23 a, for a better word, a seminar that was going on at
24 WWE regarding concussions.
25     A.  Yes.

283

1      Q.  Amongst other things.
2      A.  Yes.
3      Q.  Do you recall receiving any information
4  from WWE regarding head injuries and concussions?
5      A.  No.
6      Q.  Do you remember ever talking to anybody
7  about the long-term effect of concussions when you
8  were working for the WWE?
9      A.  No.
10     Q.  Were you ever told by anybody from the
11 WWE that concussions, even one concussion, can have a
12 long-term or permanent effect on you?
13     A.  Not to my recollection.
14        MR. McDEVITT: Object to the form and
15     foundation.
16     A.  Not to my recollection.
17        MR. POGUST: I think that's all we have.
18     Hold on. Almost.
19 BY MR. POGUST:
20     Q.  I think -- you testified about, about
21 your weight lifting. Tell us, how did that make you
22 feel when you were lifting the weights?
23     A.  Lifting weights now to me is the only
24 time of day dealing with my anxiety and my depression
25 and everything that's going on in my life, lifting

284

1  weights to me is the only time where I'm feeling
2  truly happy. It's the only time that I don't have to
3  worry about anything. I don't feel anxious. I don't
4  feel depressed. I just go in there and I lift. And
5  it's -- to me it's ecstasy. It's weird to say, but
6  to me -- it's a little corny -- but to me it's
7  ecstasy. I love it.
8      Q.  It's like your therapy?
9      A.  It's better than therapy.
10        MR. POGUST: Okay. That's all I have.
11 FURTHER EXAMINATION BY
12    MR. McDEVITT:
13     Q.  You say nobody ever told you the danger
14 of a choke slam in the sense that you could be
15 seriously hurt if you did it wrong?
16     A.  Permanently, yes.
17     Q.  Why do you think they taught you to tuck
18 your head?
19     A.  That's how the move was performed.
20     Q.  Do you think that had something to do
21 with protecting your head from injury?
22     A.  I don't know.
23     Q.  You couldn't figure out why they would
24 tell you to tuck your head so your head didn't hit
25 the mat was to protect against injury?

285

1      A.  I don't know. Maybe it was to help, help
2  with the, the impact. Like the same thing that you
3  stretch out your arms when you do a bump.
4      Q.  Well, so did you think then it would be a
5  good idea to hit your head on the mat?
6      A.  No.
7      Q.  You could figure that out, can't you,
8  Mr. Singleton, that it's not a good idea to land on
9  your head?
10     A.  Yes.
11     Q.  You knew that before you ever started
12 wrestling with WWE, didn't you?
13     A.  Yes.
14     Q.  You don't need somebody to tell you that,
15 do you?
16     A.  I need to learn how to do the move
17 correctly.
18     Q.  And you were taught how to do the move
19 correctly, right? And you did it correctly in June,
20 didn't you?
21     A.  I don't really remember that, but.
22     Q.  You just saw it on tape, didn't you?
23     A.  Yeah.
24     Q.  And you did it correctly, didn't you?
25     A.  Yeah.