# EXHIBIT C

# CONFIDENTIAL