# EXHIBIT D

# CONFIDENTIAL