# EXHIBIT G

# WWE & ImPACT Concussion Management Program

WHAT

- An ImPACT test is a computerized neurocognitive assessment tool that measures the effects of a concussion through cognitive testing.
- ImPACT results are evaluated by Dr. Mark Lovell, clinical neuropsychologist and director of the University of Pittsburgh Medical Center Sports Medicine Concussion Program.

WHO

- All WWE Talent* have been given a baseline ImPACT test.
- WWE Talent are given repeat baseline ImPACT tests annually.
- Baseline ImPACT tests are mandatory for all prospective talent during pre-contract screening.

RETURN GUIDELINES

- If a WWE Talent show symptoms of a concussion or has suffered a concussion, then that WWE Talent will not be cleared to return to wrestling until he/she passes an ImPACT test and is clinically cleared by a certified physician.
- ImPACT tests are typically administered within 24-48 hours from the time the talent's symptoms have resolved.
- If the post-injury ImPACT results are not comparable with the talent's baseline test, then that WWE Talent will not be cleared until he/she retakes the ImPACT test. Repeat ImPACT tests are usually administered 2-3 days after the first post-injury ImPACT test.
- If the WWE Talent's ImPACT score is comparable with their baseline score, then the talent is put through a graded exertion test to see if physical activity will retrigger the talents concussion symptoms. If the WWE Talent is asymptomatic with both physical and contact activity then that talent is clinically cleared to return to wrestling.
- If symptoms dictate and/or ImPACT scores warrant, WWE will send a WWE Talent for a direct consultation with Dr. Lovell at the University of Pittsburgh Medical Center.
- Any talent that suffers a second concussion within an annual year from said talents first concussion, that talent will not return to in-ring work until after a one on one neuropsychological evaluation by Dr. Mark Lovell.

PREVENTION PROGRAMS & INITIATIVES

- The WWE conducts a yearly educational seminar for all talent, referees, producers & medical personal that addresses the topic of concussions. The seminar covers concussion awareness, the WWE protocols for treatment and the latest medical information regarding this area. The seminars are conducted by either WWE's Medical Director Dr. Joseph Maroon or SLI's Christopher Nowinski.

- Developmental: In addition to education, the WWE has modified their training program to emphasize techniques and timing of maneuvers to prevent unnecessary blows to the head.
- The WWE has eliminated using folding metal chairs to "strike" an opponent in the head.
- The WWE penalizes through fine and/or suspension the following:
    - The intentional use of a folding metal chair to "strike" an opponent in the head.
    - Any blow to the head that is deemed an INTENTIONAL act
- The fine and/or suspension will be directed by the EVP of Talent, Live Events and Creative.

*WWE Talent is defined as all talent under contract to WWE who regularly perform in ring services as a professional sports entertainer*