UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | MAY 23, 2016 |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | MAY 23, 2016 |

**MOTION TO SEAL EXHIBIT 1 TO DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF MARCH 21, 2016 ORDER WITH RESPECT TO *SINGLETON and LOGRASSO V. WORLD WRESTLING ENTERTAINMENT, INC.***

Pursuant to Local Civil Rule 5(e), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves to file under seal Exhibit 1 to the Reply in Support of its Motion for Reconsideration of the March 21, 2016 Order with respect to *Singleton and LoGrasso v. World Wrestling Entertainment, Inc.*

Exhibit 1 contains material that has been designated as CONFIDENTIAL pursuant to the Court's Standing Protective Order governing this action. Exhibit

1 contains proprietary business information of WWE that has not been made by public by WWE.

    Accordingly, WWE requests permission to file an unredacted version of Exhibit 1 under seal.  WWE has served an unredacted version of Exhibit 1 on the Plaintiffs and has filed the same under seal with the Court in accordance with Local Civil Rule 5(e).  A redacted version of Exhibit 1 has been filed electronically.

    DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,

By:  */s/ Jerry S. McDevitt*
Jerry S. McDevitt (pro hac vice)
Terry Budd (pro hac vice)
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: terry.budd@klgates.com
Email: curtis.krasik@klgates.com

Thomas D. Goldberg (ct04386)
Jonathan B. Tropp (ct11295)
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: tgoldberg@daypitney.com
Email: jbtropp@daypitney.com
Email: jmueller@daypitney.com

Its Attorneys.

## CERTIFICATION OF SERVICE

I hereby certify that on May 23, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on May 23, 2016, a copy of this Motion to Seal and the document referenced herein were served on the following counsel by email.

William M. Bloss
Federal Bar No: CT01008
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
bbloss@koskoff.com
Telephone: 203-336-4421
Facsimile: 203-368-3244

Charles J. LaDuca
Michael Flannery
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com
mflannery@cuneolaw.com

Konstantine W. Kyros
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com

Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: 610-941-4204
Facsimile: 610-941-4245
hpogust@pbmattorneys.com

/s/ Jeffrey P. Mueller