# Exhibit 4

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
---------------------------x
RUSS McCULLOUGH, et al.,       No. 3:15-cv-01074 (VLB)
                               Lead Case
        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendant.
---------------------------x
EVAN SINGLETON and VITO        No. 3:15-cv-00425 (VLB)
LOGRASSO,                      Consolidated Case

        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendants.
---------------------------x

VIDEOTAPED DEPOSITION OF

EVAN M. SINGLETON

Philadelphia, Pennsylvania

May 11, 2016

9:29 a.m.


Reported by:
Josephine H. Fassett, RPR, CCR
Job No. 44298

Page 2:

```
                    May 11, 2016
                Philadelphia, Pennsylvania
                      9:29 a.m.

         T R A N S C R I P T  of the Videotaped
  Deposition of EVAN M. SINGLETON, pursuant to the
  Federal Rules of Civil Procedure, held at the offices
  of Kleinbard LLC, One Liberty Place, 1650 Market
  Street, Philadelphia, Pennsylvania, on Wednesday, May
  11, 2016, commencing at approximately 9:29 a.m.,
  before Josephine H. Fassett, a Registered
  Professional Reporter, Certified Court Reporter and
  Notary Public.
```

Page 3:

APPEARANCES:

ATTORNEYS FOR PLAINTIFFS:
  POGUST BRASLOW & MILLROOD LLC
  Eight Tower Bridge
  161 Washington Street
  Suite 940
  Conshohocken, Pennsylvania 19428
  610.941.4204
  BY: HARRIS L. POGUST, ESQ.
      hpogust@pbmattorneys.com

       -and-

ATTORNEYS FOR PLAINTIFFS:
  KYROS LAW OFFICES
  17 Miles Road
  Hingham, Massachusetts 02043
  800.934.2921
  BY: KONSTANTINE W. KYROS, ESQ.
      kon@kyroslaw.com

Page 4:

A P P E A R A N C E S (cont'd.):

ATTORNEYS FOR DEFENDANT:
  K&L GATES LLP
  210 Sixth Avenue
  Pittsburgh, Pennsylvania 15222
  412.355.6500
  BY: JERRY S. McDEVITT, ESQ.
      jerry.mcdevitt@klgates.com
      STEFANIE M. LACY, ESQ.
      stefanie.lacy@klgates.com


A L S O  P R E S E N T:
  JOSEPH WILLS, Videographer

Page 5:

------------------------INDEX------------------------
WITNESS                                     PAGE
EVAN M. SINGLETON
  By Mr. McDevitt                           9, 284
  By Mr. Pogust                             277

         AFTERNOON SESSION - 189

----------------------EXHIBITS----------------------
SINGLETON   DESCRIPTION                      PAGE
Exhibit 1   MRI Report for Exam Date          48
            11/14/2012
Exhibit 2   MRI Report for Exam Date          50
            11/29/2012
Exhibit 3   MRI Report for Exam Date          53
            2/24/2015
Exhibit 4   Followup Note on Evan Singleton   55
            dated December 10, 2012
Exhibit 5   Neurological Examination dated    58
            2/17/2015
Exhibit 6   Neurological Examination dated    61
            3/23/2015
Exhibit 7   Emergency Room Visit 11/15/2014   75
            Report

```
                                          6
 1    ----------------------EXHIBITS----------------------
 2    SINGLETON    DESCRIPTION                      PAGE
 3    Exhibit 8    Adam Mercer @MercerWWE Twitter    135
 4                 Tweets
 5    Exhibit 9    Adam Mercer @WWEMercer Twitter    140
 6                 Tweets
 7    Exhibit 10   Evan Singleton Talent             143
 8                 Questionnaire
 9    Exhibit 11   World Wrestling Entertainment,    145
10                 Inc. Booking Contract
11    Exhibit 12   Letter dated May 21, 2012         148
12
13    Exhibit 13   Candace Renshaw Facebook Page     150
14    Exhibit 14   Class Action Complaint            159
15    Exhibit 15   Plaintiffs' First Amended         183
16                 Complaint
17    Exhibit 16   Plaintiffs' Second Amended        209
18                 Complaint
19    Exhibit 17   Concussion Evaluation dated       219
20                 2/21/2013
21    Exhibit 18   Followup Note on Evan Singleton   228
22                 dated January 18, 2013
23    Exhibit 19   E-mail dated October 1, 2012      229
24    Exhibit 20   Singleton vs. Erick Rowan         237
25                 6/17/2012 and 9/27/2012 CD
```

```
                                          7
 1    ----------------------EXHIBITS----------------------
 2    SINGLETON    DESCRIPTION                      PAGE
 3    Exhibit 21   Singleton Leg Twitching CD        249
 4    Exhibit 22   Evan Singleton Instagram Account  249
 5                 Page
 6    Exhibit 23   Evan Singleton Instagram Account  252
 7                 Page
 8    Exhibit 24   Evan Singleton Instagram Account  256
 9                 Page
10    Exhibit 25   Evan Singleton Instagram Account  258
11                 Page
12    Exhibit 26   Evan Singleton Instagram Account  259
13                 Page
14    Exhibit 27   Evan Singleton Facebook Account   263
15                 Page
16    Exhibit 28   Evan Singleton Instagram Account  265
17                 Page Photograph
18    Exhibit 29   Evan Singleton Instagram Account  268
19                 Page
20    Exhibit 30   Evan Singleton Instagram Account  268
21                 Page
22    Exhibit 31   Evan Singleton Instagram Account  270
23                 Page
24    Exhibit 32   Multiple Photographs              271
25    Exhibit 33   CD                                274
```

```
                                                    8
 1         (Whereupon, on the video record.)
 2         THE VIDEOGRAPHER:  We're now on the
 3    record.
 4         My name is Joseph Wills, the videographer
 5    from David Feldman Worldwide.
 6         This is a video deposition in the United
 7    States District Court for the District of
 8    Connecticut.
 9         Today's date is May 11, 2016.  The video
10    time is 9:29 a.m.
11         This deposition is being held at 1650
12    Market Street, Philadelphia, Pennsylvania, in
13    the matters of McCullough, et al. versus World
14    Wrestling Entertainment, Incorporated, and
15    Singleton and LoGrasso versus World Wrestling
16    Entertainment, Incorporated.
17         The deponent is Evan Singleton.
18         Would all counsel please identify
19    themselves.
20         MR. McDEVITT:  I'm Jerry McDevitt.  I
21    represent WWE.
22         MR. POGUST:  Harris Pogust, Pogust
23    Braslow & Millrood, on behalf of the
24    plaintiffs.
25         MR. KYROS:  Konstantine Kyros, Kyros Law,
```

```
                                                    9
 1    on behalf of the plaintiffs.
 2         THE VIDEOGRAPHER:  Will the court
 3    reporter please swear in the witness.
 4    E V A N  M.  S I N G L E T O N, the witness, having
 5    been duly sworn, was examined and testified
 6    under oath as follows:
 7    EXAMINATION BY
 8    MR. McDEVITT:
 9         Q.   Mr. Singleton, my name is Jerry McDevitt.
10    I represent the WWE, so I'll be asking you questions
11    today.
12         A.   Okay.
13         Q.   And I'd like to begin by asking you to
14    state formally your name and address.
15         A.   My name is Evan Mitchell Singleton.  My
16    address is 5201 Summerfield Drive, Mount Joy,
17    Pennsylvania 17552.
18         Q.   How far is Mount Joy from here?
19         A.   About an hour and a half.
20         Q.   Is that a small town?
21         A.   Uhm... little bit, yes.
22         Q.   How many people live there?
23         A.   I don't know offhand.
24         Q.   You the biggest guy in town?
25         A.   If not, I'm pretty close.
```

3 (Pages 6 to 9)

142

1  FCW/NXT in Florida, did they have athletic trainers
2  there?
3      A.   Athletic trainers being like what?
4      Q.   Athletic trainers.
5      A.   What's an athletic trainer?
6           MR. POGUST:  If you don't understand --
7      A.   I don't understand the question.
8      Q.   People that attend to medical ailments
9  and --
10     A.   Oh, okay, okay.  Yes.
11     Q.   And who were they?
12     A.   I remember they had one trainer, his name
13 was Brian, I don't remember his last name.
14     Q.   And did you deal with him much?
15     A.   Not really.
16     Q.   All right.  Aside from the September 27th
17 head injury that you reported to WWE, did you report
18 any other head injury to WWE doctors or trainers
19 while you were performing?
20     A.   I don't know.
21     Q.   Well, as you sit here today, can you
22 identify any other time that you told them that you
23 had a head injury?
24     A.   No.
25     Q.   As you sit there today, aside from the

143

1  September 27th episode that we're here about, do you
2  recall any instance where you had a head injury?
3      A.   No.
4      Q.   And is the, to your knowledge, the injury
5  you sustained on the 27th to your head, is that the
6  only time in your life you have ever had a
7  concussion?
8      A.   Yes.
9      Q.   Have you ever been in a street fight?
10     A.   No.
11     Q.   So you've never gotten punched in the
12 head in a real fight?
13     A.   No.
14     Q.   And you, I think indicated, you never had
15 a concussion playing football?
16     A.   No.
17     Q.   Did you ever land on your head doing
18 amateur wrestling?
19     A.   No.
20     Q.   Never had a concussion there either?
21     A.   No.
22          (Evan Singleton Talent Questionnaire
23     marked as Singleton Exhibit 10, as of this
24     date.)
25

144

1  BY MR. McDEVITT:
2      Q.   Mr. Singleton, I've handed you what's
3  been marked as Exhibit 10.
4           Do you recognize the second, third and
5  fourth pages here as something you submitted to the
6  WWE in connection with trying to get a position with
7  WWE?
8      A.   Yes.
9      Q.   And did you fill this out?
10     A.   I remember mine written down, but.
11     Q.   All right.  And if you go to page 2997 at
12 the bottom there, am I correct it indicates your
13 interest in hobbies was watching wrestling matches?
14     A.   Where's that at?  Okay.  Yes.
15     Q.   At the very bottom of this when it says
16 do you have any hidden talents or passions, what did
17 you write?
18     A.   I am a talented artist and have a great
19 memory .
20     Q.   Does that refresh your recollection that
21 you claim to have a great memory?
22     A.   No.
23     Q.   And then at the top of the page, it says:
24 Why did you get into wrestling?  And what did you
25 answer?

145

1           MR. POGUST:  The next page?
2           MR. McDEVITT:  Yes.
3      A.   You want me to read it?
4      Q.   Yes.
5      A.   I always wanted to be a wrestler since my
6  dad and I watched WCW when I was growing up.  The
7  rest is history.  I just love everything about the
8  business.
9      Q.   What was it about the business that you
10 love?
11     A.   The entertainment factor.
12     Q.   What did you find about it to be so
13 entertaining?
14     A.   The storylines.  The storylines really
15 had a way of just entrancing me when I was at that
16 age.
17     Q.   Any particular storylines that you
18 remember?
19     A.   No, nothing specific, just big picture.
20          (World Wrestling Entertainment, Inc.
21     Booking Contract marked as Singleton Exhibit
22     11, as of this date.)
23 BY MR. McDEVITT:
24     Q.   I've just handed you what's been marked
25 as Exhibit 11.  Do you recognize that document,