# Exhibit 5

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

--------------------------x
RUSS McCULLOUGH, et al.,      No. 3:15-cv-01074 (VLB)
                              Lead Case

          Plaintiffs,


          -v-


WORLD WRESTLING
ENTERTAINMENT, INC.,

          Defendant.
--------------------------x
EVAN SINGLETON and VITO       No. 3:15-cv-00425 (VLB)
LOGRASSO,                      Consolidated Case

          Plaintiffs,


          -v-


WORLD WRESTLING
ENTERTAINMENT, INC.,

          Defendants.
--------------------------x

VIDEOTAPED DEPOSITION OF

EVAN M. SINGLETON

Philadelphia, Pennsylvania

May 11, 2016

9:29 a.m.



Reported by:
Josephine H. Fassett, RPR, CCR
Job No. 44298

**2**

```
 1              May 11, 2016
 2          Philadelphia, Pennsylvania
 3                9:29 a.m.
 4
 5          T R A N S C R I P T of the Videotaped
 6  Deposition of EVAN M. SINGLETON, pursuant to the
 7  Federal Rules of Civil Procedure, held at the offices
 8  of Kleinbard LLC, One Liberty Place, 1650 Market
 9  Street, Philadelphia, Pennsylvania, on Wednesday, May
10  11, 2016, commencing at approximately 9:29 a.m.,
11  before Josephine H. Fassett, a Registered
12  Professional Reporter, Certified Court Reporter and
13  Notary Public.
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1          A P P E A R A N C E S :
 2
 3  ATTORNEYS FOR PLAINTIFFS:
 4      POGUST BRASLOW & MILLROOD LLC
 5      Eight Tower Bridge
 6      161 Washington Street
 7      Suite 940
 8      Conshohocken, Pennsylvania 19428
 9      610.941.4204
10      BY: HARRIS L. POGUST, ESQ.
11          hpogust@pbmattorneys.com
12
13          -and-
14
15  ATTORNEYS FOR PLAINTIFFS:
16      KYROS LAW OFFICES
17      17 Miles Road
18      Hingham, Massachusetts 02043
19      800.934.2921
20      BY: KONSTANTINE W. KYROS, ESQ.
21          kon@kyroslaw.com
22
23
24
25
```

**4**

```
 1  A P P E A R A N C E S (cont'd.):
 2
 3  ATTORNEYS FOR DEFENDANT:
 4      K&L GATES LLP
 5      210 Sixth Avenue
 6      Pittsburgh, Pennsylvania 15222
 7      412.355.6500
 8      BY: JERRY S. McDEVITT, ESQ.
 9          jerry.mcdevitt@klgates.com
10          STEFANIE M. LACY, ESQ.
11          stefanie.lacy@klgates.com
12
13
14  A L S O   P R E S E N T :
15      JOSEPH WILLS, Videographer
16
17
18
19
20
21
22
23
24
25
```

**5**

```
 1  ----------------INDEX----------------
 2  WITNESS                            PAGE
 3  EVAN M. SINGLETON
 4      By Mr. McDevitt               9, 284
 5      By Mr. Pogust                  277
 6
 7          AFTERNOON SESSION - 189
 8
 9  -------------------EXHIBITS-------------------
10  SINGLETON  DESCRIPTION             PAGE
11  Exhibit 1  MRI Report for Exam Date   48
12          11/14/2012
13  Exhibit 2  MRI Report for Exam Date   50
14          11/29/2012
15  Exhibit 3  MRI Report for Exam Date   53
16          2/24/2015
17  Exhibit 4  Followup Note on Evan Singleton   55
18          dated December 10, 2012
19  Exhibit 5  Neurological Examination dated   58
20          2/17/2015
21  Exhibit 6  Neurological Examination dated   61
22          3/23/2015
23  Exhibit 7  Emergency Room Visit 11/15/2014   75
24          Report
25
```

2  (Pages 2 to 5)

6

1    ----------------------EXHIBITS----------------------
2    SINGLETON   DESCRIPTION              PAGE
3    Exhibit 8  Adam Mercer @MercerWWE Twitter    135
4        Tweets
5    Exhibit 9  Adam Mercer @WWEMercer Twitter    140
6        Tweets
7    Exhibit 10  Evan Singleton Talent            143
8        Questionnaire
9    Exhibit 11  World Wrestling Entertainment,   145
10       Inc. Booking Contract
11   Exhibit 12  Letter dated May 21, 2012        148
12
13   Exhibit 13  Candace Renshaw Facebook Page    150
14   Exhibit 14  Class Action Complaint           159
15   Exhibit 15  Plaintiffs' First Amended        183
16       Complaint
17   Exhibit 16  Plaintiffs' Second Amended       209
18       Complaint
19   Exhibit 17  Concussion Evaluation dated      219
20       2/21/2013
21   Exhibit 18  Followup Note on Evan Singleton  228
22       dated January 18, 2013
23   Exhibit 19  E-mail dated October 1, 2012     229
24   Exhibit 20  Singleton vs. Erick Rowan        237
25       6/17/2012 and 9/27/2012 CD

7

1    ----------------------EXHIBITS----------------------
2    SINGLETON   DESCRIPTION              PAGE
3    Exhibit 21  Singleton Leg Twitching CD       249
4    Exhibit 22  Evan Singleton Instagram Account 249
5        Page
6    Exhibit 23  Evan Singleton Instagram Account 252
7        Page
8    Exhibit 24  Evan Singleton Instagram Account 256
9        Page
10   Exhibit 25  Evan Singleton Instagram Account 258
11       Page
12   Exhibit 26  Evan Singleton Instagram Account 259
13       Page
14   Exhibit 27  Evan Singleton Facebook Account  263
15       Page
16   Exhibit 28  Evan Singleton Instagram Account 265
17       Page Photograph
18   Exhibit 29  Evan Singleton Instagram Account 268
19       Page
20   Exhibit 30  Evan Singleton Instagram Account 268
21       Page
22   Exhibit 31  Evan Singleton Instagram Account 270
23       Page
24   Exhibit 32  Multiple Photographs             271
25   Exhibit 33  CD                               274

8

```
1        (Whereupon, on the video record.)
2        THE VIDEOGRAPHER:  We're now on the
3  record.
4        My name is Joseph Wills, the videographer
5  from David Feldman Worldwide.
6        This is a video deposition in the United
7  States District Court for the District of
8  Connecticut.
9        Today's date is May 11, 2016.  The video
10 time is 9:29 a.m.
11       This deposition is being held at 1650
12 Market Street, Philadelphia, Pennsylvania, in
13 the matters of McCullough, et al. versus World
14 Wrestling Entertainment, Incorporated, and
15 Singleton and LoGrasso versus World Wrestling
16 Entertainment, Incorporated.
17       The deponent is Evan Singleton.
18       Would all counsel please identify
19 themselves.
20       MR. McDEVITT:  I'm Jerry McDevitt.  I
21 represent WWE.
22       MR. POGUST:  Harris Pogust, Pogust
23 Braslow & Millrood, on behalf of the
24 plaintiffs.
25       MR. KYROS:  Konstantine Kyros, Kyros Law,
```

9

```
1  on behalf of the plaintiffs.
2        THE VIDEOGRAPHER:  Will the court
3  reporter please swear in the witness.
4  E V A N  M.  S I N G L E T O N, the witness, having
5        been duly sworn, was examined and testified
6        under oath as follows:
7  EXAMINATION BY
8  MR. McDEVITT:
9        Q.  Mr. Singleton, my name is Jerry McDevitt.
10 I represent the WWE, so I'll be asking you questions
11 today.
12       A.  Okay.
13       Q.  And I'd like to begin by asking you to
14 state formally your name and address.
15       A.  My name is Evan Mitchell Singleton.  My
16 address is 5201 Summerfield Drive, Mount Joy,
17 Pennsylvania 17552.
18       Q.  How far is Mount Joy from here?
19       A.  About an hour and a half.
20       Q.  Is that a small town?
21       A.  Uhm... little bit, yes.
22       Q.  How many people live there?
23       A.  I don't know offhand.
24       Q.  You the biggest guy in town?
25       A.  If not, I'm pretty close.
```

3  (Pages 6 to 9)

162

1      A.   What happened to me wasn't right.
2      **Q.   Wasn't right in what way?**
3      A.   How I was treated.
4      **Q.   And how were you mistreated?**
5      A.   Well, I was bullied by Bill DeMott and
6   staff.  It took a while before I had any kind of real
7   medical attention given to me.  Just things of that
8   nature.
9      **Q.   Anything else?**
10     A.   Off the top of my head, no.
11     **Q.   Not off the top of your head, you brought**
12  **the lawsuit and I want to know every reason what you**
13  **think your claim is here.**
14     A.   Off the top of my head, that's all I --
15  that's all I have off the top of my head.
16     **Q.   Did WWE intentionally cause you to be**
17  **injured when you did the move with the performer on**
18  **September 27th that injured you?**
19     A.   I'm sorry?
20     **Q.   Strike that.**
21        **You acknowledge, I take it, that you were**
22  **injured by an accident, correct?**
23     A.   Yes.
24     **Q.   You don't think anybody deliberately**
25  **tried to injure you, do you?**

163

1      A.   When performing the choke slam, you're
2   supposed to fall.  When you're the one getting
3   slammed, you're supposed to fall.  I felt there was a
4   little bit more force behind it than just a fall, but
5   still an accident nonetheless.
6      **Q.   Right.  And the kind of thing that you**
7   **knew from the minute you walked in the ring those**
8   **kind of things can happen, right?**
9      A.   Not this serious.
10     **Q.   You didn't think you could get a serious**
11  **concussion?**
12     A.   Not this bad, no.
13     **Q.   But you realized you could hit your head**
14  **and get injured?**
15     A.   Yes.
16     **Q.   Now, you say it took a while to get**
17  **medical attention.  Isn't it true that you were told**
18  **to go home and rest?**
19     A.   Yes.
20     **Q.   And then you were seen by Dr. Amann?**
21     A.   I guess, I don't know.
22     **Q.   You don't know?**
23     A.   I don't remember.
24     **Q.   Well, how long did it take you to get**
25  **medical attention?**

164

1      A.   The first MRI I got was like a month
2   later.
3      **Q.   Well, before MRIs, did you have medical**
4   **attention?**
5      A.   I was going back to the training facility
6   to meet with the on-site trainer.  That's the extent
7   of my medical treatment.
8      **Q.   Do you realize you're claiming fraud in**
9   **this case?**
10     A.   No.
11     **Q.   You don't realize you're making a fraud**
12  **claim?**
13     A.   No.
14     **Q.   Can you tell me who you think, if**
15  **anybody, committed a fraud on you?**
16     A.   I'm sorry?
17     **Q.   Who do you think, if anybody, at WWE**
18  **committed a fraud on you?**
19     A.   I don't know.
20     **Q.   Did anybody at WWE fail to tell you**
21  **something that you think you should have known?**
22     A.   I don't know.
23     **Q.   Did anybody tell you to go back in the**
24  **ring and perform despite the fact that your head was**
25  **injured?**

165

1      A.   I don't remember.
2      **Q.   Well, you'd know if somebody told you to**
3   **go back in the ring.  I mean, you already testified**
4   **that nobody sent you back into the ring after your**
5   **injury, right?**
6      A.   Yeah.
7      **Q.   And do you think that was the correct and**
8   **right thing for them to do given what you were**
9   **reporting as your symptoms?**
10     A.   Yes.
11     **Q.   And for two years they paid for that,**
12  **right?**
13     A.   Yes.
14     **Q.   So, as you sit here today, you can't**
15  **identify a single act or anything done or not done by**
16  **WWE that you consider to be fraudulent to you?**
17     A.   I don't know.
18     **Q.   Well, you're the one who is bringing that**
19  **lawsuit, sir, so I'm asking you:  Do you have**
20  **anything that you considered that was done that was**
21  **fraudulent to you?**
22     A.   I don't know.
23     **Q.   Do you -- did you like Dr. Amann?**
24     A.   From what I remember, he was okay, I
25  guess.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099