# Exhibit 6

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------x
RUSS MCCULLOUGH, et al.,

       Plaintiff,

       vs.                     No. 3:15-cv-01074 (VLB)

WORLD WRESTLING ENTERTAINMENT, INC.,


       Defendant.
---------------------------------x
EVAN SINGLETON and VITO LOGRASSO,

       Plaintiffs,

       vs.                     No. 3:15-cv-00425 (VLB)

WORLD WRESTLING ENTERTAINMENT, INC.,


       Defendant.
---------------------------------x


VIDEOTAPED DEPOSITION OF VITO LOGRASSO

Philadelphia, Pennsylvania

May 18, 2016

9:35 a.m.


Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 44300

**Page 2**

May 18, 2016
9:35 a.m.

Videotaped Deposition of VITO LOGRASSO, held at the offices of Kleinbard, LLC, 1650 Market Street, Philadelphia, Pennsylvania, pursuant to notice, before Jennifer Ocampo-Guzman, a Certified Real-Time Shorthand Reporter and Notary Public of the Commonwealth of Pennsylvania.

**Page 3**

APPEARANCES:

Attorneys for Plaintiff Vito LoGrasso
   POGUST BRASLOW MILLROOD, LLC
   Eight Tower Bridge
   161 Washington St., Suite 1520
   Conshohocken, Pennsylvania 19428
   BY:  ANDREW J. SCIOLLA, ESQ.
      asciolla@pbmattorneys.com

Attorneys for Plaintiff Vito LoGrasso
   KYROS LAW OFFICES
   17 Miles Road
   Hingham, Massachusetts 02043
   BY:  KONSTANTINE W. KYROS, ESQ.
      kon@kyroslaw.com
      ANTHONY NORRIS, ESQ.

**Page 4**

APPEARANCES (Cont.d):

Attorneys for Defendant
   K&L GATES, LLP
   210 Sixth Avenue
   Pittsburgh, Pennsylvania 15222
   BY:  JERRY McDEVITT, ESQ.
      jerry.mcdevitt@klgates.com
      STEFANIE M. LACY, ESQ.
      stefanie.lacy@klgates.com

ALSO PRESENT:
   JOSEPH WILLS, Videographer

**Page 5**

THE VIDEOGRAPHER: We are now on the record.

My name is Joseph Wills, the videographer obtained by David Feldman Worldwide. This is a video deposition for the United States District Court for the District of Connecticut. Today's date is May 18, 2016, and the video time is 9:35 a.m.

This deposition is being held at 1650 Market Street, Philadelphia, Pennsylvania, in the matters of McCullough, et al., versus World Wrestling Entertainment Incorporated and Singleton and LoGrasso versus World Wrestling Entertainment Incorporated. The deponent is Vito LoGrasso.

Will all counsel please identify themselves.

MR. SCIOLLA: Andrew Sciolla from Pogust Braslow Millrood, on behalf the plaintiff, Vito LoGrasso.

MR. KYROS: Konstantine Kyros, Kyros Law Offices, for the plaintiff, Vito LoGrasso.

```
                                                6
 1        MR. NORRIS: Anthony Norris, Kyros
 2   Law Offices, for the plaintiff.
 3        MR. McDEVITT: Jerry McDevitt for
 4   WWE.
 5        MS. LACY: Stefanie Lacy for WWE.
 6   V I T O  J.  L O G R A S S O, called
 7   as a witness, having been duly sworn, was
 8   examined and testified as follows:
 9   EXAMINATION BY
10   MR. McDEVITT:
11     Q.  Would you state your name for the
12   record, please?
13     A.  Veto J. LoGrasso.
14     Q.  Have you ever testified under oath
15   before?
16     A.  No, sir.
17     Q.  Do you understand the oath you've
18   just taken?
19     A.  Yes, sir.
20     Q.  And you understand it obligates you
21   to tell the truth, even if telling the truth
22   is against your interest?
23     A.  Yes.
24     Q.  And even if the truth is contrary
25   to what you said in court pleadings?

                                                7
 1     A.  Yes, sir.
 2     Q.  What's your date of birth, sir?
 3     A.  6/18/64.
 4     Q.  And what is your current address?
 5     A.  12 Flemming Drive, Coatesville,
 6   Pennsylvania, 19320.
 7     Q.  Do you own that property?
 8     A.  No, I do not. My wife does.
 9     Q.  How long have you lived there?
10     A.  Two years, I think.
11     Q.  Does anybody else live there
12   besides you and your wife?
13     A.  No, just us.
14     Q.  What is your wife's name?
15     A.  Becca, B-E-C-A -- C-C-A.
16     Q.  What was her maiden name?
17     A.  Ford.
18     Q.  And am I correct, she was also a
19   previous performer in the wrestling business?
20     A.  Yes, sir.
21     Q.  But not with WWE, correct?
22     A.  No.
23     Q.  She was with WCW?
24     A.  No.
25     Q.  Who did she perform for?

                                                8
 1     A.  She was more of an indie wrestler.
 2     Q.  When were you married?
 3     A.  September 27, 2014.
 4         If I got that wrong, I die.
 5     Q.  We're going ask her whether you
 6   were right.
 7         MR. SCIOLLA: Jerry, I don't meant
 8   interrupt, but as you can see, he's
 9   leaning toward you. As much as you can,
10   keep your voice up so that he can hear.
11         MR. McDEVITT: If you can't hear or
12   understand any question I ask you, just
13   tell me and I will be glad to raise my
14   voice, but I don't want to appear like
15   I'm yelling at you.
16         I may yell at you anyway, but --
17         THE WITNESS: It's okay.
18     Q.  But seriously, if you cannot hear
19   me, tell me.
20     A.  Okay.
21     Q.  Is your wife disabled?
22     A.  Yes.
23     Q.  And what's the nature of her
24   disability?
25     A.  She has three herniated disks and

                                                9
 1   spinal stenosis.
 2     Q.  And prior to moving to
 3   Pennsylvania, you lived in Florida?
 4     A.  Yes, sir.
 5     Q.  When did you move to Pennsylvania?
 6     A.  Let's see. I'm not sure of the
 7   day. I know it was in 2014, I think.
 8     Q.  The year is fine. The year 2014?
 9     A.  I think so, yeah.
10     Q.  Why did you move back to
11   Pennsylvania?
12     A.  Because I closed my wrestling
13   school, and I decided to get married.
14     Q.  Why couldn't you stay in Florida?
15     A.  My wife lives here, and she has two
16   children here.
17     Q.  Is it true you hate living in
18   Pennsylvania?
19     A.  Say that one more time?
20     Q.  You hate living in Pennsylvania?
21     A.  I'm not fond of Pennsylvania. The
22   people are nice, but I'm not too fond of
23   Pennsylvania.
24     Q.  Have you told some of your
25   healthcare providers you hate living in
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                                 250
 1   on the weeks that I was off.
 2       Q.  Was DeMott a Facebook friend of
 3   yours?
 4       A.  No.
 5       Q.  Never?
 6       A.  He was at one time, I believe.
 7       Q.  And when was that?
 8       A.  I'm not even sure.
 9       Q.  Did you ever read any congressional
10   testimony in the Benoit matter?
11       A.  Read congressional testimony?
12       Q.  Yeah.
13       A.  No.
14       Q.  Are you a boxing fan?
15       A.  A boxing fan?
16       Q.  Yes.
17       A.  Yes, sir.
18       Q.  And do you follow Muhammad Ali?
19       A.  Pretty much.
20       Q.  And have you followed his
21   deterioration in health?
22       A.  I know of it.  I don't follow it,
23   as per se.
24       Q.  And what is your understanding of
25   what caused his deterioration?

                                                 251
 1           MR. SCIOLLA:  Objection, calls for
 2       speculation.
 3       A.  It's a lot of blows to the head.
 4       Q.  Did you see him light the Olympic
 5   torch in Atlanta several years ago?
 6       A.  I might have.
 7       Q.  Did you generally watch the
 8   Olympics?
 9       A.  I watched the Olympics.  I might
10   have watched him do it.  I'm not sure.
11       Q.  Are you familiar with what I'm
12   talking about?  How he came out and lit the
13   Olympic torch in Atlanta in 1996?
14       A.  Vaguely.
15       Q.  And if you watched that in 1996 and
16   you watched Muhammad Ali, did you conclude
17   that he was suffering from brain damage?
18           MR. SCIOLLA:  Objection, calls for
19       speculation.
20       A.  I don't know because I didn't watch
21   the tape, so I don't know.  Again, I can't
22   answer that.
23       Q.  Have you seen him in public where
24   he shakes?
25       A.  I've seen him with the shakes.

                                                 252
 1       Q.  And he didn't seen talk any more,
 2   does he?
 3       A.  Not that I know of, sir.
 4           MR. SCIOLLA:  Objection, calls for
 5       speculation.
 6       Q.  And he's been that way for quite a
 7   while, hasn't he?
 8           MR. SCIOLLA:  Objection.
 9       A.  I think so.
10       Q.  And that's another instance where
11   you could have deduced that that man suffered
12   brain damage from blows to the head, right?
13           MR. SCIOLLA:  Objection.
14       A.  I would assume so.
15       Q.  You indicated I think --
16           MR. McDEVITT:  Strike that.
17       Q.  When did you say your last match in
18   2007 with WWE in the main roster was?
19       A.  I didn't.
20       Q.  When was that?
21       A.  I'm not sure.
22       Q.  It was prior to June though, wasn't
23   it.
24           I mean, you were gone by the time
25   Benoit had murdered his wife, right?

                                                 253
 1       A.  Yes.
 2       Q.  Did you talk to him in that part of
 3   2007, prior to the murders?
 4       A.  Locker room talk?
 5       Q.  Yeah.
 6       A.  "How are you doing, what's going
 7   on."
 8       Q.  Right.
 9       A.  I mean before Eddie Guerrero died,
10   we were talking this, me, Nunzio, Chavo,
11   Benoit and Eddie, we used to go to the gym
12   all the time at the same time, and we all
13   used to meet.
14           So you're asking me if I was
15   friendly with him, during train or after
16   shows, yes.
17           Have an extensive conversations
18   with him, no.
19       Q.  Do you remember the last time you
20   talked to him?
21       A.  Not at all.
22       Q.  Have you ever known any 85-year-old
23   people with dementia?
24       A.  85-year-old people with the
25   dementia?
```

64 (Pages 250 to 253)

254

1  Q. Around 85 years old. Have you ever
2  known anybody with dementia?
3  A. I know one or two people.
4  Q. And how old are they?
5  A. I could say the one person I know
6  is 50 or 60.
7  Q. And how far along is their
8  dementia?
9  A. I really don't keep up with him. I
10 know him, when I see him I'm nice to him. I
11 say, hello, how are you doing today. It
12 doesn't look very well but, you know.
13 Q. Is he capable of managing his
14 affairs?
15 A. Is he capable of what?
16 Q. Capable of managing his own
17 affairs?
18 A. No.
19 Q. Would he be capable, for example,
20 of getting on a plane and flying to a strange
21 city?
22     MR. SCIOLLA: Objection, calls for
23 speculation.
24 A. No.
25 Q. Did the Chris Benoit that you knew

255

1  before you left WWE strike you as an 85 year
2  old with dementia?
3  A. No.
4  Q. No.
5     And nobody who knew him would have
6  thought he had dementia on a scale of an
7  85 year old dementia, would they?
8     MR. SCIOLLA: Objection, calls for
9  speculation.
10 A. It wasn't even a thought.
11 Q. And so if somebody had said to you
12 back in 2007 when Chris Benoit did what he
13 did, "Vito, he's like an 85-year-old with
14 dementia," what would you have said to that?
15     MR. SCIOLLA: Objection, calls for
16 a hypothetical.
17 A. I would say that it's a standard no
18 way, I can't believe it. But that's I think
19 everybody's reaction.
20 Q. And if you had said that, would you
21 think you would be committing some kind of
22 fraud by expressing your opinion that you
23 didn't believe that?
24     MR. SCIOLLA: Objection, calls for
25 speculation.

256

1  A. You're talking like in general
2  circles about your own opinion about
3  different people. So I mean you know it's
4  not about being any kind of thing like fraud,
5  but it's what you think about that person.
6  Q. So that, in your mind, if you
7  express your truthful opinion, based on your
8  knowledge of Chris Benoit, no way; you don't
9  think you're trying to deceive anybody.
10 You're just expressing your opinion about
11 what you knew about the man?
12     MR. SCIOLLA: Object to the form.
13 Q. Is that fair to say?
14 A. Fair, fair statement.
15 Q. Back in 2007, after Benoit, after
16 the initial discovery of the murders, do you
17 recall, there was a lot of discussion about
18 whether that was associated with steroid
19 rage?
20 A. That's what they said it was part
21 of.
22 Q. Right after the murder.
23    And did that concern you as a
24 steroid user?
25 A. Well, when you are on steroids like

257

1  that, you know, you do have these bits of
2  rage. So I mean, it is possible.
3  Q. So did that make you more
4  interested in the story as to whether or not
5  that could have been the cause?
6  A. There's a difference between taking
7  steroids and taking testosterone replacement.
8  Q. Understood.
9  A. So I mean when you are taking
10 testosterone replacement, you are replacing
11 testosterone because you have a deficiency.
12 When you are taking steroids, you're taking
13 them for other gains and goals.
14    So when you are on a mild dose, you
15 know, the effect of having those rages are
16 very limited. You do get irritable. I'm not
17 saying that. But they're much greater when
18 you're actually taking steroids.
19 Q. But is the fact that steroids were
20 put in play in this case something that made
21 you more interested in the story?
22 A. No. Like I said -- like I said,
23 you know, like him doing that and everything
24 that happened, my interest of it was, okay,
25 it's a shock value, but after that, it really