UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| *vs.* | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | MAY 27, 2016 |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| *vs.* | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | MAY 27, 2016 |

**MOTION TO SEAL EXHIBITS TO MEMORANDUM OF LAW IN OPPOSITION TO SECOND EMERGENCY MOTION TO COMPEL DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S RESPONSES TO PLAINTIFFS EVAN SINGLETON AND VITO LOGRASSO'S CORRECTED FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Local Civil Rule 5(e), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves to file under seal Exhibits 5, 6, 9, & 16 to its Memorandum of Law in Opposition to the Second Emergency Motion to Compel Responses to Plaintiffs Evan Singleton and Vito LoGrasso's Corrected First Requests for Production of Documents.

Exhibits 5, 6, 9, & 16 contain material that has been designated as CONFIDENTIAL pursuant to the Court's Standing Protective Order governing this action. These exhibits contains proprietary business information of WWE that has not been made by public by WWE.

Accordingly, WWE requests permission to file an unredacted version of Exhibits 5, 6, 9, & 16 under seal. WWE has served an unredacted versions of these documents on Plaintiffs and has filed them under seal with the Court in accordance with Local Civil Rule 5(e). Redacted versions of these documents have been filed electronically.

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,**

By: /s/ Jerry S. McDevitt
Jerry S. McDevitt (pro hac vice)
Terry Budd (pro hac vice)
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: terry.budd@klgates.com
Email: curtis.krasik@klgates.com

Thomas D. Goldberg (ct04386)
Jonathan B. Tropp (ct11295)
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: tgoldberg@daypitney.com
Email: jbtropp@daypitney.com
Email: jmueller@daypitney.com

## CERTIFICATION OF SERVICE

  I hereby certify that on May 27, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  I further certify that on May 27, 2016, a copy of this Motion to Seal and the document referenced herein were served on the following counsel by email.

| | |
|---|---|
| **William M. Bloss**<br>**Federal Bar No: CT01008**<br>**Koskoff, Koskoff & Bieder**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604**<br>**bbloss@koskoff.com**<br>**Telephone: 203-336-4421**<br>**Facsimile: 203-368-3244** | **Charles J. LaDuca**<br>**Michael Flannery**<br>**CUNEO GILBERT & LADUCA, LLP**<br>**8120 Woodmont Avenue, Suite 810**<br>**Bethesda, MD 20814**<br>**Telephone: (202) 789-3960**<br>**Facsimile: (202) 789-1813**<br>**charles@cuneolaw.com**<br>**mflannery@cuneolaw.com** |
| **Konstantine W. Kyros**<br>**KYROS LAW OFFICES**<br>**17 Miles Rd.**<br>**Hingham, MA 02043**<br>**Telephone: (800) 934-2921**<br>**Facsimile: 617-583-1905**<br>**kon@kyroslaw.com** | **Erica Mirabella**<br>**CT Fed. Bar #: phv07432**<br>**MIRABELLA LAW LLC**<br>**132 Boylston Street, 5th Floor**<br>**Boston, MA 02116**<br>**Telephone: 617-580-8270**<br>**Facsimile: 617-580-8270**<br>**Erica@mirabellaLLC.com** |
| **Robert K. Shelquist**<br>**Scott Moriarity**<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>**100 Washington Ave., S., Suite 2200**<br>**Minneapolis, MN 55401-2179**<br>**Telephone: (612) 339-6900**<br>**Facsimile: (612) 339-0981**<br>**rkshelquist@locklaw.com**<br>**samoriarity@locklaw.com** | **Harris L. Pogust**<br>**Pogust Braslow & Millrood, LLC**<br>**Eight Tower Bridge**<br>**161 Washington Street Suite 940**<br>**Conshohocken, PA 19428**<br>**Telephone: 610-941-4204**<br>**Facsimile: 610-941-4245**<br>**hpogust@pbmattorneys.com** |

                _/s/ Jeffrey P. Mueller_____