# Exhibit 1

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
---------------------------x
RUSS McCULLOUGH, et al.,    No. 3:15-cv-01074 (VLB)
                            Lead Case
        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendant.
---------------------------x
EVAN SINGLETON and VITO     No. 3:15-cv-00425 (VLB)
LOGRASSO,                   Consolidated Case

        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendants.
---------------------------x

VIDEOTAPED DEPOSITION OF

EVAN M. SINGLETON

Philadelphia, Pennsylvania

May 11, 2016

9:29 a.m.


Reported by:
Josephine H. Fassett, RPR, CCR
Job No. 44298

```
                                                    2                                                          4
 1           May 11, 2016                                1    A P P E A R A N C E S (cont'd.) :
 2         Philadelphia, Pennsylvania                    2
 3              9:29 a.m.                                3    ATTORNEYS FOR DEFENDANT:
 4                                                       4       K&L GATES LLP
 5        T R A N S C R I P T  of the Videotaped         5       210 Sixth Avenue
 6   Deposition of EVAN M. SINGLETON, pursuant to the    6       Pittsburgh, Pennsylvania 15222
 7   Federal Rules of Civil Procedure, held at the offices 7     412.355.6500
 8   of Kleinbard LLC, One Liberty Place, 1650 Market    8       BY:  JERRY S. McDEVITT, ESQ.
 9   Street, Philadelphia, Pennsylvania, on Wednesday, May 9         jerry.mcdevitt@klgates.com
10   11, 2016, commencing at approximately 9:29 a.m.,   10          STEFANIE M. LACY, ESQ.
11   before Josephine H. Fassett, a Registered          11          stefanie.lacy@klgates.com
12   Professional Reporter, Certified Court Reporter and 12
13   Notary Public.                                     13
14                                                      14    A L S O   P R E S E N T:
15                                                      15       JOSEPH WILLS, Videographer
16                                                      16
...
25                                                      25
```

```
                                                    3                                                          5
 1   APPEARANCES:                                        1    ----------------------INDEX----------------------
 2                                                       2    WITNESS                              PAGE
 3   ATTORNEYS FOR PLAINTIFFS:                           3    EVAN M. SINGLETON
 4      POGUST BRASLOW & MILLROOD LLC                    4       By Mr. McDevitt                   9, 284
 5      Eight Tower Bridge                               5       By Mr. Pogust                     277
 6      161 Washington Street                            6
 7      Suite 940                                        7           AFTERNOON SESSION - 189
 8      Conshohocken, Pennsylvania 19428                 8
 9      610.941.4204                                     9    ---------------------EXHIBITS---------------------
10      BY:  HARRIS L. POGUST, ESQ.                     10    SINGLETON   DESCRIPTION                      PAGE
11         hpogust@pbmattorneys.com                     11    Exhibit 1   MRI Report for Exam Date          48
12                                                      12         11/14/2012
13         -and-                                        13    Exhibit 2   MRI Report for Exam Date          50
14                                                      14         11/29/2012
15   ATTORNEYS FOR PLAINTIFFS:                          15    Exhibit 3   MRI Report for Exam Date          53
16      KYROS LAW OFFICES                               16         2/24/2015
17      17 Miles Road                                   17    Exhibit 4   Followup Note on Evan Singleton  55
18      Hingham, Massachusetts 02043                    18         dated December 10, 2012
19      800.934.2921                                    19    Exhibit 5   Neurological Examination dated    58
20      BY:  KONSTANTINE W. KYROS, ESQ.                 20         2/17/2015
21         kon@kyroslaw.com                             21    Exhibit 6   Neurological Examination dated    61
22                                                      22         3/23/2015
23                                                      23    Exhibit 7   Emergency Room Visit 11/15/2014   75
24                                                      24         Report
25                                                      25
```

```
                                                     6
1     ----------------------EXHIBITS----------------------
2     SINGLETON   DESCRIPTION                          PAGE
3     Exhibit 8   Adam Mercer @MercerWWE Twitter        135
4                 Tweets
5     Exhibit 9   Adam Mercer @WWEMercer Twitter        140
6                 Tweets
7     Exhibit 10  Evan Singleton Talent                 143
8                 Questionnaire
9     Exhibit 11  World Wrestling Entertainment,        145
10                Inc. Booking Contract
11    Exhibit 12  Letter dated May 21, 2012             148
12
13    Exhibit 13  Candace Renshaw Facebook Page         150
14    Exhibit 14  Class Action Complaint                159
15    Exhibit 15  Plaintiffs' First Amended             183
16                Complaint
17    Exhibit 16  Plaintiffs' Second Amended            209
18                Complaint
19    Exhibit 17  Concussion Evaluation dated           219
20                2/21/2013
21    Exhibit 18  Followup Note on Evan Singleton       228
22                dated January 18, 2013
23    Exhibit 19  E-mail dated October 1, 2012          229
24    Exhibit 20  Singleton vs. Erick Rowan             237
25                6/17/2012 and 9/27/2012 CD
```

```
                                                     7
1     ----------------------EXHIBITS----------------------
2     SINGLETON   DESCRIPTION                          PAGE
3     Exhibit 21  Singleton Leg Twitching CD            249
4     Exhibit 22  Evan Singleton Instagram Account      249
5                 Page
6     Exhibit 23  Evan Singleton Instagram Account      252
7                 Page
8     Exhibit 24  Evan Singleton Instagram Account      256
9                 Page
10    Exhibit 25  Evan Singleton Instagram Account      258
11                Page
12    Exhibit 26  Evan Singleton Instagram Account      259
13                Page
14    Exhibit 27  Evan Singleton Facebook Account       263
15                Page
16    Exhibit 28  Evan Singleton Instagram Account      265
17                Page Photograph
18    Exhibit 29  Evan Singleton Instagram Account      268
19                Page
20    Exhibit 30  Evan Singleton Instagram Account      268
21                Page
22    Exhibit 31  Evan Singleton Instagram Account      270
23                Page
24    Exhibit 32  Multiple Photographs                  271
25    Exhibit 33  CD                                    274
```

```
                                                     8
1           (Whereupon, on the video record.)
2           THE VIDEOGRAPHER:  We're now on the
3     record.
4           My name is Joseph Wills, the videographer
5     from David Feldman Worldwide.
6           This is a video deposition in the United
7     States District Court for the District of
8     Connecticut.
9           Today's date is May 11, 2016.  The video
10    time is 9:29 a.m.
11          This deposition is being held at 1650
12    Market Street, Philadelphia, Pennsylvania, in
13    the matters of McCullough, et al. versus World
14    Wrestling Entertainment, Incorporated, and
15    Singleton and LoGrasso versus World Wrestling
16    Entertainment, Incorporated.
17          The deponent is Evan Singleton.
18          Would all counsel please identify
19    themselves.
20          MR. McDEVITT:  I'm Jerry McDevitt.  I
21    represent WWE.
22          MR. POGUST:  Harris Pogust, Pogust
23    Braslow & Millrood, on behalf of the
24    plaintiffs.
25          MR. KYROS:  Konstantine Kyros, Kyros Law,
```

```
                                                     9
1     on behalf of the plaintiffs.
2           THE VIDEOGRAPHER:  Will the court
3     reporter please swear in the witness.
4     E V A N  M.  S I N G L E T O N, the witness, having
5           been duly sworn, was examined and testified
6           under oath as follows:
7     EXAMINATION BY
8     MR. McDEVITT:
9           Q.   Mr. Singleton, my name is Jerry McDevitt.
10    I represent the WWE, so I'll be asking you questions
11    today.
12          A.   Okay.
13          Q.   And I'd like to begin by asking you to
14    state formally your name and address.
15          A.   My name is Evan Mitchell Singleton.  My
16    address is 5201 Summerfield Drive, Mount Joy,
17    Pennsylvania 17552.
18          Q.   How far is Mount Joy from here?
19          A.   About an hour and a half.
20          Q.   Is that a small town?
21          A.   Uhm... little bit, yes.
22          Q.   How many people live there?
23          A.   I don't know offhand.
24          Q.   You the biggest guy in town?
25          A.   If not, I'm pretty close.
```

3 (Pages 6 to 9)

```
                                                38                                                          40
 1      A.   Yeah.                                            1  men?
 2      Q.   And you go down and you sign a contract          2      A.   No.
 3  with WWE, correct?                                        3      Q.   And all of those men went through the
 4      A.   Yes, sir.                                        4  same program you went through, right?
 5      Q.   And in that contract you indicated that          5      A.   Yes.
 6  you agreed to the proposition that wrestling had          6      Q.   And they made it and you didn't, right?
 7  inherent risk and that you accepted those risks,          7      A.   Yes.
 8  correct?                                                  8      Q.   Why do you think that is?
 9      A.   Yes.                                             9      A.   I don't know.
10      Q.   And you promised in that contract that         10      Q.   Do you think they wanted it more than you
11  you would not try to hold WWE responsible if you got    11  did?
12  injured because of those risks, correct?                12      A.   No.
13      A.   Yes.                                           13      Q.   Do you think they were better than you?
14      Q.   And you got injured doing exactly what         14      A.   No.
15  you signed up to do, didn't you?                        15      Q.   Do you think they were tougher than you?
16      A.   Yes.                                           16      A.   No.
17      Q.   And yet you're suing WWE, correct?             17      Q.   But they made it and you didn't, right?
18      A.   Yes.                                           18      A.   Yes.
19      Q.   Why is that?                                   19      Q.   And after you got -- or, strike that.
20      A.   I don't know.                                  20           You claim that you got injured on
21      Q.   You don't know why you're suing WWE?           21  September 27, 2012, right?
22           Have you been promised any money for           22      A.   Yes.
23  suing WWE?                                              23      Q.   And you claim you got a concussion that
24      A.   No.                                            24  day, right?
25      Q.   Have you been given any money for suing        25      A.   Yes.

                                                39                                                          41
 1  WWE?                                                     1      Q.   And after you got that concussion, am I
 2      A.   No.                                             2  correct that the WWE sent you to various doctors to
 3      Q.   When you went down to WWE -- when I say         3  see if they could find out what was wrong with you?
 4  WWE, you were actually working with FCW for a while      4      A.   Yes.
 5  and then NXT, correct?                                   5      Q.   How many doctors did they send you to?
 6      A.   Yes.                                            6      A.   I don't remember all of them.
 7      Q.   And those are, for lack of a better word,       7      Q.   Multiple neurologists, correct?
 8  the minor leagues, right?                                8      A.   Yes.
 9      A.   Yes.                                            9      Q.   Neuropsychologists, correct?
10      Q.   And the object of everybody who goes down     10      A.   Yes.
11  there is to get good enough to make it to the WWE      11      Q.   Epilepsy specialists?
12  main roster, correct?                                  12      A.   Yes.
13      A.   Yes.                                          13      Q.   Do you remember Dr. Greenberg?
14      Q.   That's what you wanted to do when you         14      A.   No.
15  went there, wasn't it?                                 15      Q.   You don't remember a neurologist by the
16      A.   Yes.                                          16  name of Greenberg you treated with down in Florida
17      Q.   Who were some of the people that you          17  that cleared you to go back and participate?
18  worked with down there that have since made the main   18      A.   No.
19  roster?                                                19      Q.   Do you recall him telling you the results
20      A.   I don't know all of them because I don't      20  of MRIs?
21  follow it anymore.  I know Big E Langston is on the    21      A.   No.
22  main roster now.  Erick Rowan is on the roster.  Bray  22      Q.   How many MRIs have been done on your
23  Wyatt is on the main roster.  To the best of my        23  brain to date?
24  knowledge, that's all I know.                          24      A.   I don't remember.
25      Q.   Do you stay in contact with any of those      25      Q.   Do you remember any of them that have
```

11 (Pages 38 to 41)

```
                                        162                                               164
 1     A.   What happened to me wasn't right.       1     A.   The first MRI I got was like a month
 2     Q.   Wasn't right in what way?               2   later.
 3     A.   How I was treated.                      3     Q.   Well, before MRIs, did you have medical
 4     Q.   And how were you mistreated?            4   attention?
 5     A.   Well, I was bullied by Bill DeMott and  5     A.   I was going back to the training facility
 6   staff.  It took a while before I had any kind of real   6   to meet with the on-site trainer.  That's the extent
 7   medical attention given to me.  Just things of that    7   of my medical treatment.
 8   nature.                                        8     Q.   Do you realize you're claiming fraud in
 9     Q.   Anything else?                          9   this case?
10     A.   Off the top of my head, no.            10     A.   No.
11     Q.   Not off the top of your head, you brought 11     Q.   You don't realize you're making a fraud
12   the lawsuit and I want to know every reason what you 12  claim?
13   think your claim is here.                     13     A.   No.
14     A.   Off the top of my head, that's all I -- 14     Q.   Can you tell me who you think, if
15   that's all I have off the top of my head.     15   anybody, committed a fraud on you?
16     Q.   Did WWE intentionally cause you to be  16     A.   I'm sorry?
17   injured when you did the move with the performer on 17     Q.   Who do you think, if anybody, at WWE
18   September 27th that injured you?              18   committed a fraud on you?
19     A.   I'm sorry?                             19     A.   I don't know.
20     Q.   Strike that.                           20     Q.   Did anybody at WWE fail to tell you
21         You acknowledge, I take it, that you were 21  something that you think you should have known?
22   injured by an accident, correct?              22     A.   I don't know.
23     A.   Yes.                                   23     Q.   Did anybody tell you to go back in the
24     Q.   You don't think anybody deliberately   24   ring and perform despite the fact that your head was
25   tried to injure you, do you?                  25   injured?

                                        163                                               165
 1     A.   When performing the choke slam, you're  1     A.   I don't remember.
 2   supposed to fall.  When you're the one getting    2     Q.   Well, you'd know if somebody told you to
 3   slammed, you're supposed to fall.  I felt there was a  3   go back in the ring.  I mean, you already testified
 4   little bit more force behind it than just a fall, but  4   that nobody sent you back into the ring after your
 5   still an accident nonetheless.                 5   injury, right?
 6     Q.   Right.  And the kind of thing that you  6     A.   Yeah.
 7   knew from the minute you walked in the ring those 7     Q.   And do you think that was the correct and
 8   kind of things can happen, right?              8   right thing for them to do given what you were
 9     A.   Not this serious.                       9   reporting as your symptoms?
10     Q.   You didn't think you could get a serious 10    A.   Yes.
11   concussion?                                   11     Q.   And for two years they paid for that,
12     A.   Not this bad, no.                      12   right?
13     Q.   But you realized you could hit your head 13    A.   Yes.
14   and get injured?                              14     Q.   So, as you sit here today, you can't
15     A.   Yes.                                   15   identify a single act or anything done or not done by
16     Q.   Now, you say it took a while to get    16   WWE that you consider to be fraudulent to you?
17   medical attention.  Isn't it true that you were told 17    A.   I don't know.
18   to go home and rest?                          18     Q.   Well, you're the one who is bringing that
19     A.   Yes.                                   19   lawsuit, sir, so I'm asking you:  Do you have
20     Q.   And then you were seen by Dr. Amann?   20   anything that you considered that was done that was
21     A.   I guess, I don't know.                 21   fraudulent to you?
22     Q.   You don't know?                        22     A.   I don't know.
23     A.   I don't remember.                      23     Q.   Do you -- did you like Dr. Amann?
24     Q.   Well, how long did it take you to get  24     A.   From what I remember, he was okay, I
25   medical attention?                            25   guess.
```