# Exhibit 1

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
---------------------------x
RUSS McCULLOUGH, et al.,     No. 3:15-cv-01074 (VLB)
                             Lead Case
        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendant.
---------------------------x
EVAN SINGLETON and VITO      No. 3:15-cv-00425 (VLB)
LOGRASSO,                    Consolidated Case

        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendants.
---------------------------x

VIDEOTAPED DEPOSITION OF

EVAN M. SINGLETON

Philadelphia, Pennsylvania

May 11, 2016

9:29 a.m.


Reported by:
Josephine H. Fassett, RPR, CCR
Job No. 44298

## Page 2

    May 11, 2016
    Philadelphia, Pennsylvania
    9:29 a.m.

    T R A N S C R I P T of the Videotaped Deposition of EVAN M. SINGLETON, pursuant to the Federal Rules of Civil Procedure, held at the offices of Kleinbard LLC, One Liberty Place, 1650 Market Street, Philadelphia, Pennsylvania, on Wednesday, May 11, 2016, commencing at approximately 9:29 a.m., before Josephine H. Fassett, a Registered Professional Reporter, Certified Court Reporter and Notary Public.

## Page 4

APPEARANCES (cont'd.):

ATTORNEYS FOR DEFENDANT:
  K&L GATES LLP
  210 Sixth Avenue
  Pittsburgh, Pennsylvania 15222
  412.355.6500
  BY: JERRY S. McDEVITT, ESQ.
     jerry.mcdevitt@klgates.com
     STEFANIE M. LACY, ESQ.
     stefanie.lacy@klgates.com

A L S O   P R E S E N T:
  JOSEPH WILLS, Videographer

## Page 3

APPEARANCES:

ATTORNEYS FOR PLAINTIFFS:
  POGUST BRASLOW & MILLROOD LLC
  Eight Tower Bridge
  161 Washington Street
  Suite 940
  Conshohocken, Pennsylvania 19428
  610.941.4204
  BY: HARRIS L. POGUST, ESQ.
     hpogust@pbmattorneys.com

     -and-

ATTORNEYS FOR PLAINTIFFS:
  KYROS LAW OFFICES
  17 Miles Road
  Hingham, Massachusetts 02043
  800.934.2921
  BY: KONSTANTINE W. KYROS, ESQ.
     kon@kyroslaw.com

## Page 5

-----------------------INDEX----------------------

| WITNESS | PAGE |
|---|---|
| EVAN M. SINGLETON | |
| By Mr. McDevitt | 9, 284 |
| By Mr. Pogust | 277 |

AFTERNOON SESSION - 189

---------------------EXHIBITS----------------------

| SINGLETON | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | MRI Report for Exam Date 11/14/2012 | 48 |
| Exhibit 2 | MRI Report for Exam Date 11/29/2012 | 50 |
| Exhibit 3 | MRI Report for Exam Date 2/24/2015 | 53 |
| Exhibit 4 | Followup Note on Evan Singleton dated December 10, 2012 | 55 |
| Exhibit 5 | Neurological Examination dated 2/17/2015 | 58 |
| Exhibit 6 | Neurological Examination dated 3/23/2015 | 61 |
| Exhibit 7 | Emergency Room Visit 11/15/2014 Report | 75 |

2 (Pages 2 to 5)

|   | 6 |
|---|---|
| 1 | ----------------------EXHIBITS---------------------- |
| 2 | SINGLETON   DESCRIPTION                    PAGE |
| 3 | Exhibit 8   Adam Mercer @MercerWWE Twitter    135 |
| 4 |     Tweets |
| 5 | Exhibit 9   Adam Mercer @WWEMercer Twitter    140 |
| 6 |     Tweets |
| 7 | Exhibit 10  Evan Singleton Talent             143 |
| 8 |     Questionnaire |
| 9 | Exhibit 11  World Wrestling Entertainment,    145 |
| 10 |     Inc. Booking Contract |
| 11 | Exhibit 12  Letter dated May 21, 2012          148 |
| 13 | Exhibit 13  Candace Renshaw Facebook Page     150 |
| 14 | Exhibit 14  Class Action Complaint            159 |
| 15 | Exhibit 15  Plaintiffs' First Amended          183 |
| 16 |     Complaint |
| 17 | Exhibit 16  Plaintiffs' Second Amended         209 |
| 18 |     Complaint |
| 19 | Exhibit 17  Concussion Evaluation dated        219 |
| 20 |     2/21/2013 |
| 21 | Exhibit 18  Followup Note on Evan Singleton   228 |
| 22 |     dated January 18, 2013 |
| 23 | Exhibit 19  E-mail dated October 1, 2012       229 |
| 24 | Exhibit 20  Singleton vs. Erick Rowan          237 |
| 25 |     6/17/2012 and 9/27/2012 CD |

|   | 7 |
|---|---|
| 1 | ----------------------EXHIBITS---------------------- |
| 2 | SINGLETON   DESCRIPTION                    PAGE |
| 3 | Exhibit 21  Singleton Leg Twitching CD         249 |
| 4 | Exhibit 22  Evan Singleton Instagram Account  249 |
| 5 |     Page |
| 6 | Exhibit 23  Evan Singleton Instagram Account  252 |
| 7 |     Page |
| 8 | Exhibit 24  Evan Singleton Instagram Account  256 |
| 9 |     Page |
| 10 | Exhibit 25  Evan Singleton Instagram Account  258 |
| 11 |     Page |
| 12 | Exhibit 26  Evan Singleton Instagram Account  259 |
| 13 |     Page |
| 14 | Exhibit 27  Evan Singleton Facebook Account   263 |
| 15 |     Page |
| 16 | Exhibit 28  Evan Singleton Instagram Account  265 |
| 17 |     Page Photograph |
| 18 | Exhibit 29  Evan Singleton Instagram Account  268 |
| 19 |     Page |
| 20 | Exhibit 30  Evan Singleton Instagram Account  268 |
| 21 |     Page |
| 22 | Exhibit 31  Evan Singleton Instagram Account  270 |
| 23 |     Page |
| 24 | Exhibit 32  Multiple Photographs              271 |
| 25 | Exhibit 33  CD                                274 |

|   | 8 |
|---|---|
| 1 | (Whereupon, on the video record.) |
| 2 |     THE VIDEOGRAPHER:  We're now on the |
| 3 | record. |
| 4 |     My name is Joseph Wills, the videographer |
| 5 | from David Feldman Worldwide. |
| 6 |     This is a video deposition in the United |
| 7 | States District Court for the District of |
| 8 | Connecticut. |
| 9 |     Today's date is May 11, 2016.  The video |
| 10 | time is 9:29 a.m. |
| 11 |     This deposition is being held at 1650 |
| 12 | Market Street, Philadelphia, Pennsylvania, in |
| 13 | the matters of McCullough, et al. versus World |
| 14 | Wrestling Entertainment, Incorporated, and |
| 15 | Singleton and LoGrasso versus World Wrestling |
| 16 | Entertainment, Incorporated. |
| 17 |     The deponent is Evan Singleton. |
| 18 |     Would all counsel please identify |
| 19 | themselves. |
| 20 |     MR. McDEVITT:  I'm Jerry McDevitt.  I |
| 21 | represent WWE. |
| 22 |     MR. POGUST:  Harris Pogust, Pogust |
| 23 | Braslow & Millrood, on behalf of the |
| 24 | plaintiffs. |
| 25 |     MR. KYROS:  Konstantine Kyros, Kyros Law, |

|   | 9 |
|---|---|
| 1 | on behalf of the plaintiffs. |
| 2 |     THE VIDEOGRAPHER:  Will the court |
| 3 | reporter please swear in the witness. |
| 4 | E V A N  M.  S I N G L E T O N, the witness, having |
| 5 |     been duly sworn, was examined and testified |
| 6 |     under oath as follows: |
| 7 | EXAMINATION BY |
| 8 | MR. McDEVITT: |
| 9 |     Q.   Mr. Singleton, my name is Jerry McDevitt. |
| 10 | I represent the WWE, so I'll be asking you questions |
| 11 | today. |
| 12 |     A.   Okay. |
| 13 |     Q.   And I'd like to begin by asking you to |
| 14 | state formally your name and address. |
| 15 |     A.   My name is Evan Mitchell Singleton.  My |
| 16 | address is 5201 Summerfield Drive, Mount Joy, |
| 17 | Pennsylvania 17552. |
| 18 |     Q.   How far is Mount Joy from here? |
| 19 |     A.   About an hour and a half. |
| 20 |     Q.   Is that a small town? |
| 21 |     A.   Uhm... little bit, yes. |
| 22 |     Q.   How many people live there? |
| 23 |     A.   I don't know offhand. |
| 24 |     Q.   You the biggest guy in town? |
| 25 |     A.   If not, I'm pretty close. |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                              38                                                    40
 1       A.   Yeah.                                      1   men?
 2       Q.   And you go down and you sign a contract    2       A.   No.
 3   with WWE, correct?                                  3       Q.   And all of those men went through the
 4       A.   Yes, sir.                                  4   same program you went through, right?
 5       Q.   And in that contract you indicated that    5       A.   Yes.
 6   you agreed to the proposition that wrestling had    6       Q.   And they made it and you didn't, right?
 7   inherent risk and that you accepted those risks,    7       A.   Yes.
 8   correct?                                            8       Q.   Why do you think that is?
 9       A.   Yes.                                       9       A.   I don't know.
10       Q.   And you promised in that contract that   10       Q.   Do you think they wanted it more than you
11   you would not try to hold WWE responsible if you   11   did?
     got
12   injured because of those risks, correct?          12       A.   No.
13       A.   Yes.                                     13       Q.   Do you think they were better than you?
14       Q.   And you got injured doing exactly what   14       A.   No.
15   you signed up to do, didn't you?                  15       Q.   Do you think they were tougher than you?
16       A.   Yes.                                     16       A.   No.
17       Q.   And yet you're suing WWE, correct?       17       Q.   But they made it and you didn't, right?
18       A.   Yes.                                     18       A.   Yes.
19       Q.   Why is that?                             19       Q.   And after you got -- or, strike that.
20       A.   I don't know.                            20           You claim that you got injured on
21       Q.   You don't know why you're suing WWE?     21   September 27, 2012, right?
22           Have you been promised any money for      22       A.   Yes.
23   suing WWE?                                        23       Q.   And you claim you got a concussion that
24       A.   No.                                      24   day, right?
25       Q.   Have you been given any money for suing  25       A.   Yes.

                                              39                                                    41
 1   WWE?                                                1       Q.   And after you got that concussion, am I
 2       A.   No.                                        2   correct that the WWE sent you to various doctors to
 3       Q.   When you went down to WWE -- when I say    3   see if they could find out what was wrong with you?
 4   WWE, you were actually working with FCW for a while 4       A.   Yes.
 5   and then NXT, correct?                              5       Q.   How many doctors did they send you to?
 6       A.   Yes.                                       6       A.   I don't remember all of them.
 7       Q.   And those are, for lack of a better word,  7       Q.   Multiple neurologists, correct?
 8   the minor leagues, right?                           8       A.   Yes.
 9       A.   Yes.                                       9       Q.   Neuropsychologists, correct?
10       Q.   And the object of everybody who goes down 10       A.   Yes.
11   there is to get good enough to make it to the WWE  11       Q.   Epilepsy specialists?
12   main roster, correct?                              12       A.   Yes.
13       A.   Yes.                                      13       Q.   Do you remember Dr. Greenberg?
14       Q.   That's what you wanted to do when you     14       A.   No.
15   went there, wasn't it?                             15       Q.   You don't remember a neurologist by the
16       A.   Yes.                                      16   name of Greenberg you treated with down in Florida
17       Q.   Who were some of the people that you      17   that cleared you to go back and participate?
18   worked with down there that have since made the    18       A.   No.
     main
19   roster?                                            19       Q.   Do you recall him telling you the results
20       A.   I don't know all of them because I don't  20   of MRIs?
21   follow it anymore.  I know Big E Langston is on the 21      A.   No.
22   main roster now.  Erick Rowan is on the roster.    22       Q.   How many MRIs have been done on your
     Bray
23   Wyatt is on the main roster.  To the best of my    23   brain to date?
24   knowledge, that's all I know.                      24       A.   I don't remember.
25       Q.   Do you stay in contact with any of those  25       Q.   Do you remember any of them that have
```

11 (Pages 38 to 41)

162

1  A.  What happened to me wasn't right.
2  Q.  Wasn't right in what way?
3  A.  How I was treated.
4  Q.  And how were you mistreated?
5  A.  Well, I was bullied by Bill DeMott and
6  staff. It took a while before I had any kind of real
7  medical attention given to me. Just things of that
8  nature.
9  Q.  Anything else?
10 A.  Off the top of my head, no.
11 Q.  Not off the top of your head, you brought
12 the lawsuit and I want to know every reason what you
13 think your claim is here.
14 A.  Off the top of my head, that's all I --
15 that's all I have off the top of my head.
16 Q.  Did WWE intentionally cause you to be
17 injured when you did the move with the performer on
18 September 27th that injured you?
19 A.  I'm sorry?
20 Q.  Strike that.
21     You acknowledge, I take it, that you were
22 injured by an accident, correct?
23 A.  Yes.
24 Q.  You don't think anybody deliberately
25 tried to injure you, do you?

163

1  A.  When performing the choke slam, you're
2  supposed to fall. When you're the one getting
3  slammed, you're supposed to fall. I felt there was a
4  little bit more force behind it than just a fall, but
5  still an accident nonetheless.
6  Q.  Right. And the kind of thing that you
7  knew from the minute you walked in the ring those
8  kind of things can happen, right?
9  A.  Not this serious.
10 Q.  You didn't think you could get a serious
11 concussion?
12 A.  Not this bad, no.
13 Q.  But you realized you could hit your head
14 and get injured?
15 A.  Yes.
16 Q.  Now, you say it took a while to get
17 medical attention. Isn't it true that you were told
18 to go home and rest?
19 A.  Yes.
20 Q.  And then you were seen by Dr. Amann?
21 A.  I guess, I don't know.
22 Q.  You don't know?
23 A.  I don't remember.
24 Q.  Well, how long did it take you to get
25 medical attention?

164

1  A.  The first MRI I got was like a month
2  later.
3  Q.  Well, before MRIs, did you have medical
4  attention?
5  A.  I was going back to the training facility
6  to meet with the on-site trainer. That's the extent
7  of my medical treatment.
8  Q.  Do you realize you're claiming fraud in
9  this case?
10 A.  No.
11 Q.  You don't realize you're making a fraud
12 claim?
13 A.  No.
14 Q.  Can you tell me who you think, if
15 anybody, committed a fraud on you?
16 A.  I'm sorry?
17 Q.  Who do you think, if anybody, at WWE
18 committed a fraud on you?
19 A.  I don't know.
20 Q.  Did anybody at WWE fail to tell you
21 something that you think you should have known?
22 A.  I don't know.
23 Q.  Did anybody tell you to go back in the
24 ring and perform despite the fact that your head was
25 injured?

165

1  A.  I don't remember.
2  Q.  Well, you'd know if somebody told you to
3  go back in the ring. I mean, you already testified
4  that nobody sent you back into the ring after your
5  injury, right?
6  A.  Yeah.
7  Q.  And do you think that was the correct and
8  right thing for them to do given what you were
9  reporting as your symptoms?
10 A.  Yes.
11 Q.  And for two years they paid for that,
12 right?
13 A.  Yes.
14 Q.  So, as you sit here today, you can't
15 identify a single act or anything done or not done by
16 WWE that you consider to be fraudulent to you?
17 A.  I don't know.
18 Q.  Well, you're the one who is bringing that
19 lawsuit, sir, so I'm asking you: Do you have
20 anything that you considered that was done that was
21 fraudulent to you?
22 A.  I don't know.
23 Q.  Do you -- did you like Dr. Amann?
24 A.  From what I remember, he was okay, I
25 guess.