# Exhibit 3

```
                                                                    1
              UNITED STATES DISTRICT COURT

                DISTRICT OF CONNECTICUT
     ---------------------------x
     RUSS McCULLOUGH, et al.,      No. 3:15-cv-01074 (VLB)
                                   Lead Case
              Plaintiffs,

              -v-

     WORLD WRESTLING
     ENTERTAINMENT, INC.,

              Defendant.
     ---------------------------x
     EVAN SINGLETON and VITO       No. 3:15-cv-00425 (VLB)
     LOGRASSO,                     Consolidated Case

              Plaintiffs,

              -v-

     WORLD WRESTLING
     ENTERTAINMENT, INC.,

              Defendants.
     ---------------------------x

                VIDEOTAPED DEPOSITION OF

                   EVAN M. SINGLETON

               Philadelphia, Pennsylvania

                    May 11, 2016

                     9:29 a.m.



     Reported by:
     Josephine H. Fassett, RPR, CCR
     Job No. 44298
```

```
                                          2                                                    4
 1         May 11, 2016                          1    A P P E A R A N C E S (cont'd.) :
 2       Philadelphia, Pennsylvania              2
 3           9:29 a.m.                           3    ATTORNEYS FOR DEFENDANT:
 4                                               4      K&L GATES LLP
 5      T R A N S C R I P T  of the Videotaped   5      210 Sixth Avenue
 6  Deposition of EVAN M. SINGLETON, pursuant to the 6  Pittsburgh, Pennsylvania 15222
 7  Federal Rules of Civil Procedure, held at the offices 7  412.355.6500
 8  of Kleinbard LLC, One Liberty Place, 1650 Market 8   BY:  JERRY S. McDEVITT, ESQ.
 9  Street, Philadelphia, Pennsylvania, on Wednesday, May 9    jerry.mcdevitt@klgates.com
10  11, 2016, commencing at approximately 9:29 a.m., 10       STEFANIE M. LACY, ESQ.
11  before Josephine H. Fassett, a Registered      11          stefanie.lacy@klgates.com
12  Professional Reporter, Certified Court Reporter and 12
13  Notary Public.                                 13
14                                                 14   A L S O   P R E S E N T:
15                                                 15      JOSEPH WILLS, Videographer
```

```
                                          3                                                    5
 1   A P P E A R A N C E S :                      1   ----------------------INDEX----------------------
 2                                                2   WITNESS                              PAGE
 3   ATTORNEYS FOR PLAINTIFFS:                    3   EVAN M. SINGLETON
 4      POGUST BRASLOW & MILLROOD LLC             4     By Mr. McDevitt                    9, 284
 5      Eight Tower Bridge                        5     By Mr. Pogust                      277
 6      161 Washington Street                     6
 7      Suite 940                                 7         AFTERNOON SESSION - 189
 8      Conshohocken, Pennsylvania 19428          8
 9      610.941.4204                              9   ---------------------EXHIBITS---------------------
10      BY:  HARRIS L. POGUST, ESQ.              10   SINGLETON   DESCRIPTION                PAGE
11          hpogust@pbmattorneys.com             11   Exhibit 1   MRI Report for Exam Date   48
12                                               12           11/14/2012
13           -and-                               13   Exhibit 2   MRI Report for Exam Date   50
14                                               14           11/29/2012
15   ATTORNEYS FOR PLAINTIFFS:                   15   Exhibit 3   MRI Report for Exam Date   53
16      KYROS LAW OFFICES                        16           2/24/2015
17      17 Miles Road                            17   Exhibit 4   Followup Note on Evan Singleton  55
18      Hingham, Massachusetts 02043             18           dated December 10, 2012
19      800.934.2921                             19   Exhibit 5   Neurological Examination dated   58
20      BY:  KONSTANTINE W. KYROS, ESQ.          20           2/17/2015
21          kon@kyroslaw.com                     21   Exhibit 6   Neurological Examination dated   61
22                                               22           3/23/2015
23                                               23   Exhibit 7   Emergency Room Visit 11/15/2014  75
24                                               24           Report
25                                               25
```

|   | 6 |
|---|---|
| 1 | ----------------------EXHIBITS---------------------- |
| 2 | SINGLETON   DESCRIPTION                         PAGE |
| 3 | Exhibit 8   Adam Mercer @MercerWWE Twitter    135 |
| 4 |             Tweets |
| 5 | Exhibit 9   Adam Mercer @WWEMercer Twitter    140 |
| 6 |             Tweets |
| 7 | Exhibit 10  Evan Singleton Talent             143 |
| 8 |             Questionnaire |
| 9 | Exhibit 11  World Wrestling Entertainment,    145 |
| 10 |            Inc. Booking Contract |
| 11 | Exhibit 12  Letter dated May 21, 2012          148 |
| 12 |  |
| 13 | Exhibit 13  Candace Renshaw Facebook Page      150 |
| 14 | Exhibit 14  Class Action Complaint             159 |
| 15 | Exhibit 15  Plaintiffs' First Amended           183 |
| 16 |            Complaint |
| 17 | Exhibit 16  Plaintiffs' Second Amended          209 |
| 18 |            Complaint |
| 19 | Exhibit 17  Concussion Evaluation dated         219 |
| 20 |            2/21/2013 |
| 21 | Exhibit 18  Followup Note on Evan Singleton     228 |
| 22 |            dated January 18, 2013 |
| 23 | Exhibit 19  E-mail dated October 1, 2012        229 |
| 24 | Exhibit 20  Singleton vs. Erick Rowan           237 |
| 25 |            6/17/2012 and 9/27/2012 CD |

|   | 7 |
|---|---|
| 1 | ----------------------EXHIBITS---------------------- |
| 2 | SINGLETON   DESCRIPTION                         PAGE |
| 3 | Exhibit 21  Singleton Leg Twitching CD          249 |
| 4 | Exhibit 22  Evan Singleton Instagram Account    249 |
| 5 |            Page |
| 6 | Exhibit 23  Evan Singleton Instagram Account    252 |
| 7 |            Page |
| 8 | Exhibit 24  Evan Singleton Instagram Account    256 |
| 9 |            Page |
| 10 | Exhibit 25  Evan Singleton Instagram Account    258 |
| 11 |            Page |
| 12 | Exhibit 26  Evan Singleton Instagram Account    259 |
| 13 |            Page |
| 14 | Exhibit 27  Evan Singleton Facebook Account     263 |
| 15 |            Page |
| 16 | Exhibit 28  Evan Singleton Instagram Account    265 |
| 17 |            Page Photograph |
| 18 | Exhibit 29  Evan Singleton Instagram Account    268 |
| 19 |            Page |
| 20 | Exhibit 30  Evan Singleton Instagram Account    268 |
| 21 |            Page |
| 22 | Exhibit 31  Evan Singleton Instagram Account    270 |
| 23 |            Page |
| 24 | Exhibit 32  Multiple Photographs                271 |
| 25 | Exhibit 33  CD                                  274 |

|   | 8 |
|---|---|
| 1 | (Whereupon, on the video record.) |
| 2 | THE VIDEOGRAPHER:  We're now on the |
| 3 | record. |
| 4 | My name is Joseph Wills, the videographer |
| 5 | from David Feldman Worldwide. |
| 6 | This is a video deposition in the United |
| 7 | States District Court for the District of |
| 8 | Connecticut. |
| 9 | Today's date is May 11, 2016.  The video |
| 10 | time is 9:29 a.m. |
| 11 | This deposition is being held at 1650 |
| 12 | Market Street, Philadelphia, Pennsylvania, in |
| 13 | the matters of McCullough, et al. versus World |
| 14 | Wrestling Entertainment, Incorporated, and |
| 15 | Singleton and LoGrasso versus World Wrestling |
| 16 | Entertainment, Incorporated. |
| 17 | The deponent is Evan Singleton. |
| 18 | Would all counsel please identify |
| 19 | themselves. |
| 20 | MR. McDEVITT:  I'm Jerry McDevitt.  I |
| 21 | represent WWE. |
| 22 | MR. POGUST:  Harris Pogust, Pogust |
| 23 | Braslow & Millrood, on behalf of the |
| 24 | plaintiffs. |
| 25 | MR. KYROS:  Konstantine Kyros, Kyros Law, |

|   | 9 |
|---|---|
| 1 | on behalf of the plaintiffs. |
| 2 | THE VIDEOGRAPHER:  Will the court |
| 3 | reporter please swear in the witness. |
| 4 | E V A N  M.  S I N G L E T O N, the witness, having |
| 5 | been duly sworn, was examined and testified |
| 6 | under oath as follows: |
| 7 | EXAMINATION BY |
| 8 | MR. McDEVITT: |
| 9 | Q.   Mr. Singleton, my name is Jerry McDevitt. |
| 10 | I represent the WWE, so I'll be asking you questions |
| 11 | today. |
| 12 | A.   Okay. |
| 13 | Q.   And I'd like to begin by asking you to |
| 14 | state formally your name and address. |
| 15 | A.   My name is Evan Mitchell Singleton.  My |
| 16 | address is 5201 Summerfield Drive, Mount Joy, |
| 17 | Pennsylvania 17552. |
| 18 | Q.   How far is Mount Joy from here? |
| 19 | A.   About an hour and a half. |
| 20 | Q.   Is that a small town? |
| 21 | A.   Uhm... little bit, yes. |
| 22 | Q.   How many people live there? |
| 23 | A.   I don't know offhand. |
| 24 | Q.   You the biggest guy in town? |
| 25 | A.   If not, I'm pretty close. |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                                18                                                        20
 1     Q.   Did you attend any presentations given by    1     A.   They're the owners of WWE.
 2   Dr. Maroon when you were in Florida?                2     Q.   Did you ever watch any television
 3     A.   Not that I remember, no.                     3   programs where Mr. and Mrs. McMahon were being
 4     Q.   Not that you remember.  Did you happen to    4   interviewed regarding the Chris Benoit situation?
 5   watch a tape that's been produced in this litigation 5    A.   No.
 6   of a presentation he gave?                          6     Q.   Never?
 7          MR. POGUST:  Objection.                      7          MR. POGUST:  You have to answer --
 8     A.   Not that I remember, no.                     8     Q.   You have to respond verbally.
 9     Q.   You didn't watch the tape?                   9     A.   No.
10     A.   Not that I remember, no.                    10     Q.   Did you ever watch any television
11     Q.   In the course of preparing for this         11   programs about the Chris Benoit murder?
12   deposition, nobody showed you a tape of a          12     A.   Yes.
13   presentation?                                      13     Q.   What programs did you watch?
14     A.   No.                                         14     A.   Local news.
15     Q.   In the last couple of weeks, nobody's       15     Q.   Local news?
16   shown you a tape of a presentation that Dr. Maroon 16     A.   Yeah.
17   gave to all talent down in Florida?                17     Q.   And what did you learn by watching those?
18          MR. POGUST:  Objection.                     18     A.   I got from the news article that I saw
19     A.   No.                                         19   that it was about steroid and anti-depressant abuse.
20     Q.   Were you in Florida in August of 2012?      20     Q.   And when did you read that?
21     A.   Yes.                                        21          MR. POGUST:  Objection.
22     Q.   So you don't deny or admit that you were    22     A.   I don't remember.
23   at that presentation, you claim you don't remember 23     Q.   Did you follow the story as it developed?
24   either way?                                        24     A.   No.
25     A.   I don't remember.                           25     Q.   So did you follow the story as it was

                                                19                                                        21
 1     Q.   Do you remember him speaking to you about    1   reported that he had brain damage?
 2   concussions?                                        2     A.   No.
 3     A.   No.                                          3     Q.   You missed that somehow?
 4     Q.   Have you ever read any congressional         4     A.   (Nods.)
 5   testimony by anybody?                               5     Q.   Is that a yes?
 6     A.   I'm sorry, I don't -- congressional          6     A.   Yes.
 7   testimony.                                          7     Q.   So you missed all the news coverage of
 8     Q.   Of any kind.                                 8   that, of that story?
 9     A.   What is that?                                9     A.   Yes.
10     Q.   Did you ever read any testimony that        10     Q.   Even though you'd been a wrestling fan
11   anybody gave before a committee of Congress?       11   all your life?
12     A.   I don't know.                               12     A.   Yes.
13     Q.   Well, you'd know, did you do it or didn't   13     Q.   When did you first learn that Chris
14   you?                                               14   Benoit supposedly had brain damage?
15          MR. POGUST:  Objection.                     15     A.   I didn't.  I didn't, I don't know.  I
16     A.   No.                                         16   didn't know that.
17     Q.   Did you ever read any testimony of          17     Q.   So this is the first time you've heard of
18   Stephanie McMahon?                                 18   that?
19     A.   No.                                         19     A.   Yeah.
20     Q.   Did you ever watch any television           20     Q.   Today?
21   programs where Vince and Linda McMahon -- well, first 21  A.   Yeah.
22   of all, let me ask you:  Do you know who Vince and 22     Q.   Up until the moment you walked in this
23   Linda McMahon are?                                 23   room, you never heard that Chris Benoit had brain
24     A.   Yes.                                        24   damage?
25     Q.   Who are they?                               25     A.   Yes.
```