# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH**, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.**, | : | |
| | : | |
| Defendant. | : | MAY 27, 2016 |

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO LOGRASSO**, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.**, | : | |
| | : | |
| Defendant. | : | MAY 27, 2016 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed a copy of a DVD that is Exhibit 4 to its Memorandum of Law in Opposition to Second Emergency Motion to Compel Defendant World Wrestling Entertainment, Inc.'s Responses to Plaintiffs Evan Singleton and Vito LoGrasso's Corrected First Requests For Production of Documents because it cannot be filed electronically. The DVD has been manually served on all parties.