# Exhibit 8

```
            UNITED STATES DISTRICT COURT

              DISTRICT OF CONNECTICUT
---------------------------x
RUSS McCULLOUGH, et al.,    No. 3:15-cv-01074 (VLB)
                            Lead Case
        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendant.
---------------------------x
EVAN SINGLETON and VITO     No. 3:15-cv-00425 (VLB)
LOGRASSO,                   Consolidated Case

        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendants.
---------------------------x

           VIDEOTAPED DEPOSITION OF

              EVAN M. SINGLETON

           Philadelphia, Pennsylvania

                May 11, 2016

                 9:29 a.m.


Reported by:
Josephine H. Fassett, RPR, CCR
Job No. 44298
```

## Page 2

```
 1         May 11, 2016
 2         Philadelphia, Pennsylvania
 3         9:29 a.m.
 4
 5      T R A N S C R I P T  of the Videotaped
 6   Deposition of EVAN M. SINGLETON, pursuant to the
 7   Federal Rules of Civil Procedure, held at the offices
 8   of Kleinbard LLC, One Liberty Place, 1650 Market
 9   Street, Philadelphia, Pennsylvania, on Wednesday, May
10   11, 2016, commencing at approximately 9:29 a.m.,
11   before Josephine H. Fassett, a Registered
12   Professional Reporter, Certified Court Reporter and
13   Notary Public.
```

## Page 3

```
 1   A P P E A R A N C E S :
 2
 3   ATTORNEYS FOR PLAINTIFFS:
 4      POGUST BRASLOW & MILLROOD LLC
 5      Eight Tower Bridge
 6      161 Washington Street
 7      Suite 940
 8      Conshohocken, Pennsylvania 19428
 9      610.941.4204
10      BY:  HARRIS L. POGUST, ESQ.
11         hpogust@pbmattorneys.com
12
13         -and-
14
15   ATTORNEYS FOR PLAINTIFFS:
16      KYROS LAW OFFICES
17      17 Miles Road
18      Hingham, Massachusetts 02043
19      800.934.2921
20      BY:  KONSTANTINE W. KYROS, ESQ.
21         kon@kyroslaw.com
```

## Page 4

```
 1   A P P E A R A N C E S  (cont'd.) :
 2
 3   ATTORNEYS FOR DEFENDANT:
 4      K&L GATES LLP
 5      210 Sixth Avenue
 6      Pittsburgh, Pennsylvania 15222
 7      412.355.6500
 8      BY:  JERRY S. McDEVITT, ESQ.
 9         jerry.mcdevitt@klgates.com
10         STEFANIE M. LACY, ESQ.
11         stefanie.lacy@klgates.com
12
13
14   A L S O   P R E S E N T :
15      JOSEPH WILLS, Videographer
```

## Page 5

```
             -----------------------INDEX----------------------
WITNESS                                              PAGE
EVAN M. SINGLETON
  By Mr. McDevitt                                    9, 284
  By Mr. Pogust                                      277

             AFTERNOON SESSION - 189

             ---------------------EXHIBITS----------------------
SINGLETON   DESCRIPTION                              PAGE
Exhibit 1   MRI Report for Exam Date                 48
            11/14/2012
Exhibit 2   MRI Report for Exam Date                 50
            11/29/2012
Exhibit 3   MRI Report for Exam Date                 53
            2/24/2015
Exhibit 4   Followup Note on Evan Singleton          55
            dated December 10, 2012
Exhibit 5   Neurological Examination dated           58
            2/17/2015
Exhibit 6   Neurological Examination dated           61
            3/23/2015
Exhibit 7   Emergency Room Visit 11/15/2014          75
            Report
```

6

| | EXHIBITS | |
|---|---|---|
| | SINGLETON   DESCRIPTION | PAGE |
| Exhibit 8 | Adam Mercer @MercerWWE Twitter Tweets | 135 |
| Exhibit 9 | Adam Mercer @WWEMercer Twitter Tweets | 140 |
| Exhibit 10 | Evan Singleton Talent Questionnaire | 143 |
| Exhibit 11 | World Wrestling Entertainment, Inc. Booking Contract | 145 |
| Exhibit 12 | Letter dated May 21, 2012 | 148 |
| Exhibit 13 | Candace Renshaw Facebook Page | 150 |
| Exhibit 14 | Class Action Complaint | 159 |
| Exhibit 15 | Plaintiffs' First Amended Complaint | 183 |
| Exhibit 16 | Plaintiffs' Second Amended Complaint | 209 |
| Exhibit 17 | Concussion Evaluation dated 2/21/2013 | 219 |
| Exhibit 18 | Followup Note on Evan Singleton dated January 18, 2013 | 228 |
| Exhibit 19 | E-mail dated October 1, 2012 | 229 |
| Exhibit 20 | Singleton vs. Erick Rowan 6/17/2012 and 9/27/2012 CD | 237 |

7

| | EXHIBITS | |
|---|---|---|
| | SINGLETON   DESCRIPTION | PAGE |
| Exhibit 21 | Singleton Leg Twitching CD | 249 |
| Exhibit 22 | Evan Singleton Instagram Account Page | 249 |
| Exhibit 23 | Evan Singleton Instagram Account Page | 252 |
| Exhibit 24 | Evan Singleton Instagram Account Page | 256 |
| Exhibit 25 | Evan Singleton Instagram Account Page | 258 |
| Exhibit 26 | Evan Singleton Instagram Account Page | 259 |
| Exhibit 27 | Evan Singleton Facebook Account Page | 263 |
| Exhibit 28 | Evan Singleton Instagram Account Page Photograph | 265 |
| Exhibit 29 | Evan Singleton Instagram Account Page | 268 |
| Exhibit 30 | Evan Singleton Instagram Account Page | 268 |
| Exhibit 31 | Evan Singleton Instagram Account Page | 270 |
| Exhibit 32 | Multiple Photographs | 271 |
| Exhibit 33 | CD | 274 |

8

(Whereupon, on the video record.)

THE VIDEOGRAPHER: We're now on the record.

My name is Joseph Wills, the videographer from David Feldman Worldwide.

This is a video deposition in the United States District Court for the District of Connecticut.

Today's date is May 11, 2016.  The video time is 9:29 a.m.

This deposition is being held at 1650 Market Street, Philadelphia, Pennsylvania, in the matters of McCullough, et al. versus World Wrestling Entertainment, Incorporated, and Singleton and LoGrasso versus World Wrestling Entertainment, Incorporated.

The deponent is Evan Singleton.

Would all counsel please identify themselves.

MR. McDEVITT:  I'm Jerry McDevitt.  I represent WWE.

MR. POGUST:  Harris Pogust, Pogust Braslow & Millrood, on behalf of the plaintiffs.

MR. KYROS:  Konstantine Kyros, Kyros Law,

9

on behalf of the plaintiffs.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

E V A N  M.  S I N G L E T O N, the witness, having been duly sworn, was examined and testified under oath as follows:

EXAMINATION BY
MR. McDEVITT:

Q. Mr. Singleton, my name is Jerry McDevitt.  I represent the WWE, so I'll be asking you questions today.

A. Okay.

Q. And I'd like to begin by asking you to state formally your name and address.

A. My name is Evan Mitchell Singleton.  My address is 5201 Summerfield Drive, Mount Joy, Pennsylvania 17552.

Q. How far is Mount Joy from here?

A. About an hour and a half.

Q. Is that a small town?

A. Uhm... little bit, yes.

Q. How many people live there?

A. I don't know offhand.

Q. You the biggest guy in town?

A. If not, I'm pretty close.

3 (Pages 6 to 9)

142

1  FCW/NXT in Florida, did they have athletic trainers
2  there?
3     A.  Athletic trainers being like what?
4     Q.  Athletic trainers.
5     A.  What's an athletic trainer?
6        MR. POGUST:  If you don't understand --
7     A.  I don't understand the question.
8     Q.  People that attend to medical ailments
9  and --
10    A.  Oh, okay, okay.  Yes.
11    Q.  And who were they?
12    A.  I remember they had one trainer, his name
13 was Brian, I don't remember his last name.
14    Q.  And did you deal with him much?
15    A.  Not really.
16    Q.  All right.  Aside from the September 27th
17 head injury that you reported to WWE, did you report
18 any other head injury to WWE doctors or trainers
19 while you were performing?
20    A.  I don't know.
21    Q.  Well, as you sit here today, can you
22 identify any other time that you told them that you
23 had a head injury?
24    A.  No.
25    Q.  As you sit there today, aside from the

143

1  September 27th episode that we're here about, do you
2  recall any instance where you had a head injury?
3     A.  No.
4     Q.  And is the, to your knowledge, the injury
5  you sustained on the 27th to your head, is that the
6  only time in your life you have ever had a
7  concussion?
8     A.  Yes.
9     Q.  Have you ever been in a street fight?
10    A.  No.
11    Q.  So you've never gotten punched in the
12 head in a real fight?
13    A.  No.
14    Q.  And you, I think indicated, you never had
15 a concussion playing football?
16    A.  No.
17    Q.  Did you ever land on your head doing
18 amateur wrestling?
19    A.  No.
20    Q.  Never had a concussion there either?
21    A.  No.
22        (Evan Singleton Talent Questionnaire
23    marked as Singleton Exhibit 10, as of this
24    date.)
25

144

1  BY MR. McDEVITT:
2     Q.  Mr. Singleton, I've handed you what's
3  been marked as Exhibit 10.
4        Do you recognize the second, third and
5  fourth pages here as something you submitted to the
6  WWE in connection with trying to get a position with
7  WWE?
8     A.  Yes.
9     Q.  And did you fill this out?
10    A.  I remember mine written down, but.
11    Q.  All right.  And if you go to page 2997 at
12 the bottom there, am I correct it indicates your
13 interest in hobbies was watching wrestling matches?
14    A.  Where's that at?  Okay.  Yes.
15    Q.  At the very bottom of this when it says
16 do you have any hidden talents or passions, what did
17 you write?
18    A.  I am a talented artist and have a great
19 memory .
20    Q.  Does that refresh your recollection that
21 you claim to have a great memory?
22    A.  No.
23    Q.  And then at the top of the page, it says:
24 Why did you get into wrestling?  And what did you
25 answer?

145

1        MR. POGUST:  The next page?
2        MR. McDEVITT:  Yes.
3     A.  You want me to read it?
4     Q.  Yes.
5     A.  I always wanted to be a wrestler since my
6  dad and I watched WCW when I was growing up.  The
7  rest is history.  I just love everything about the
8  business.
9     Q.  What was it about the business that you
10 love?
11    A.  The entertainment factor.
12    Q.  What did you find about it to be so
13 entertaining?
14    A.  The storylines.  The storylines really
15 had a way of just entrancing me when I was at that
16 age.
17    Q.  Any particular storylines that you
18 remember?
19    A.  No, nothing specific, just big picture.
20       (World Wrestling Entertainment, Inc.
21    Booking Contract marked as Singleton Exhibit
22    11, as of this date.)
23 BY MR. McDEVITT:
24    Q.  I've just handed you what's been marked
25 as Exhibit 11.  Do you recognize that document,

                                                                    174

1    THE WITNESS:  Oh, that's on 28.  Oh.  I
2    was on page 27.
3    MR. POGUST:  Yeah, yeah, start here.
4   BY MR. McDEVITT:
5    Q.  Do you see Paragraph 123 there?
6    A.  Yep.
7    Q.  Am I correct that I have read that last
8   sentence of Paragraph 123 correctly?
9    A.  Yes.
10   Q.  And you make the allegation there that
11  WWE discouraged you from seeking additional
12  appropriate medical help, for example, from a
13  neurologist.  The reality is, they sent you to a
14  neurologist, didn't they?
15   A.  Yes.
16   Q.  Many of them?
17   A.  Yes.
18   Q.  So why did you allege that they
19  discouraged you from seeing neurologists when, in
20  fact, you knew they had sent you to see neurologists?
21   A.  They were all neurologists that were
22  given to me.  I didn't have the option of picking my
23  own neurologist.
24   Q.  That's not what you allege, though.  You
25  allege that they discouraged you from seeking

                                                                    175

1   appropriate medical help.
2    A.  Yeah.
3    Q.  Did you ever tell them you wanted to see
4   an independent neurologist?
5    A.  Yeah.
6    Q.  Did you have some reason to think
7   Dr. Greenberg wasn't?
8    A.  No.
9    Q.  Who did you tell you wanted to see an
10  independent neurologist?
11   A.  Stacy DePolo.
12   Q.  And when did you tell her that?
13   A.  I don't know.
14   Q.  Did you communicate that to her in
15  writing?
16   A.  No.
17   Q.  Did you do that before or after you saw
18  Dr. Greenberg?
19   A.  I don't remember.
20   Q.  Do you have some reason to think
21  Dr. Greenberg was a hack and incompetent?
22   A.  I don't, I don't know.
23   Q.  Well, why did you want to see an
24  independent neurologist?
25   A.  I wanted to ask someone their personal

                                                                    176

1   opinion of my choice.
2    Q.  And what did you want to ask them?
3    A.  I wanted to ask them their opinion.
4    Q.  But did -- did you ask Dr. Greenberg his
5   opinion?
6    A.  I don't remember.
7    Q.  Well, and you say you couldn't get your
8   own neurologist, why couldn't you get your own
9   neurologist?
10   A.  It was required of me to go to the ones
11  they were appointing to me.
12   Q.  But you were perfectly capable of calling
13  any neurologist and saying "I want a second opinion,"
14  weren't you?
15   A.  I don't know.
16   Q.  Did you do that?
17   A.  No.
18   Q.  But the WWE didn't discourage you from
19  seeing a neurologist, did they, they sent you to
20  neurologists?
21   A.  Yes.
22   Q.  Paragraph 124 of this document says:
23  After approximately 15 matches during which he
24  sustained multiple traumas he suffered a serious head
25  injury during a match with Erick Rowan.  The WWE

                                                                    177

1   cleared him to continue wrestling after inadequate
2   rest time and downplayed his injury.  Do you see
3   that?
4    A.  Yes.
5    Q.  The WWE never cleared you to wrestle
6   again, did they?
7    A.  I don't remember.
8    Q.  Well, you just testified you never
9   wrestled again.
10   A.  I didn't.
11   Q.  And so how did they clear you to continue
12  wrestling when you never wrestled again?
13   A.  I don't remember.
14   Q.  Well, who do you contend cleared you to
15  wrestle?
16   A.  I don't know.
17   Q.  Well, you made this allegation that WWE
18  cleared him to continue wrestling.  Who -- who
19  cleared you to continue wrestling?
20   A.  I don't know.
21   Q.  What was the basis of that statement
22  then?
23   A.  I don't know.
24   Q.  Did you provide that to your lawyers?
25   A.  I don't remember.