# Exhibit 12

```
                                                                    1
                   UNITED STATES DISTRICT COURT

                     DISTRICT OF CONNECTICUT
         --------------------------------x
         RUSS MCCULLOUGH, et al.,

                    Plaintiff,

                vs.                         No. 3:15-cv-01074 (VLB)

         WORLD WRESTLING ENTERTAINMENT, INC.,


                    Defendant.
         --------------------------------x
         EVAN SINGLETON and VITO LOGRASSO,

                    Plaintiffs,

                vs.                         No. 3:15-cv-00425 (VLB)

         WORLD WRESTLING ENTERTAINMENT, INC.,


                    Defendant.
         --------------------------------x



             VIDEOTAPED DEPOSITION OF VITO LOGRASSO

                    Philadelphia, Pennsylvania

                         May 18, 2016

                           9:35 a.m.



         Reported by:
         Jennifer Ocampo-Guzman, CRR, CLR
         JOB NO. 44300
```

```
                                            2
                                                        4
                                                 APPEARANCES (Cont.d):


                                                 Attorneys for Defendant
                                                    K&L GATES, LLP
                                                    210 Sixth Avenue
            May 18, 2016                            Pittsburgh, Pennsylvania 15222
            9:35 a.m.                            BY:  JERRY McDEVITT, ESQ.
                                                      jerry.mcdevitt@klgates.com
      Videotaped Deposition of VITO                   STEFANIE M. LACY, ESQ.
LOGRASSO, held at the offices of                      stefanie.lacy@klgates.com
Kleinbard, LLC, 1650 Market Street,
Philadelphia, Pennsylvania, pursuant to          ALSO PRESENT:
notice, before Jennifer Ocampo-Guzman,              JOSEPH WILLS, Videographer
a Certified Real-Time Shorthand
Reporter and Notary Public of the
Commonwealth of Pennsylvania.
```

```
                                            3                                          5
  APPEARANCES:                                      THE VIDEOGRAPHER:  We are now on
                                                 the record.
                                                    My name is Joseph Wills, the
  Attorneys for Plaintiff Vito LoGrasso           videographer obtained by David Feldman
     POGUST BRASLOW MILLROOD, LLC                 Worldwide.  This is a video deposition
     Eight Tower Bridge                           for the United States District Court for
     161 Washington St., Suite 1520               the District of Connecticut.  Today's
     Conshohocken, Pennsylvania 19428             date is May 18, 2016, and the video time
     BY:  ANDREW J. SCIOLLA, ESQ.                 is 9:35 a.m.
          asciolla@pbmattorneys.com                  This deposition is being held at
                                                  1650 Market Street, Philadelphia,
                                                  Pennsylvania, in the matters of
  Attorneys for Plaintiff Vito LoGrasso           McCullough, et al., versus World
     KYROS LAW OFFICES                            Wrestling Entertainment Incorporated and
     17 Miles Road                                Singleton and LoGrasso versus World
     Hingham, Massachusetts 02043                 Wrestling Entertainment Incorporated.
     BY:  KONSTANTINE W. KYROS, ESQ.              The deponent is Vito LoGrasso.
          kon@kyroslaw.com                           Will all counsel please identify
          ANTHONY NORRIS, ESQ.                    themselves.
                                                     MR. SCIOLLA:  Andrew Sciolla from
                                                  Pogust Braslow Millrood, on behalf the
                                                  plaintiff, Vito LoGrasso.
                                                     MR. KYROS:  Konstantine Kyros,
                                                  Kyros Law Offices, for the plaintiff,
                                                  Vito LoGrasso.
```

```
                                       6                                            8
 1      MR. NORRIS: Anthony Norris, Kyros    1    A.  She was more of an indie wrestler.
 2   Law Offices, for the plaintiff.          2    Q.  When were you married?
 3      MR. McDEVITT: Jerry McDevitt for      3    A.  September 27, 2014.
 4   WWE.                                     4        If I got that wrong, I die.
 5      MS. LACY: Stefanie Lacy for WWE.      5    Q.  We're going ask her whether you
 6   V I T O   J.   L O G R A S S O, called   6   were right.
 7   as a witness, having been duly sworn, was 7       MR. SCIOLLA: Jerry, I don't meant
 8   examined and testified as follows:       8   interrupt, but as you can see, he's
 9   EXAMINATION BY                            9   leaning toward you. As much as you can,
10   MR. McDEVITT:                            10   keep your voice up so that he can hear.
11       Q.  Would you state your name for the 11      MR. McDEVITT: If you can't hear or
12   record, please?                          12   understand any question I ask you, just
13       A.  Veto J. LoGrasso.                13   tell me and I will be glad to raise my
14       Q.  Have you ever testified under oath 14  voice, but I don't want to appear like
15   before?                                  15   I'm yelling at you.
16       A.  No, sir.                         16       I may yell at you anyway, but --
17       Q.  Do you understand the oath you've 17      THE WITNESS: It's okay.
18   just taken?                              18       Q.  But seriously, if you cannot hear
19       A.  Yes, sir.                        19   me, tell me.
20       Q.  And you understand it obligates you 20   A.  Okay.
21   to tell the truth, even if telling the truth 21  Q.  Is your wife disabled?
22   is against your interest?                22       A.  Yes.
23       A.  Yes.                             23       Q.  And what's the nature of her
24       Q.  And even if the truth is contrary 24   disability?
25   to what you said in court pleadings?     25       A.  She has three herniated disks and

                                       7                                            9
 1       A.  Yes, sir.                         1   spinal stenosis.
 2       Q.  What's your date of birth, sir?   2       Q.  And prior to moving to
 3       A.  6/18/64.                          3   Pennsylvania, you lived in Florida?
 4       Q.  And what is your current address? 4       A.  Yes, sir.
 5       A.  12 Flemming Drive, Coatesville,   5       Q.  When did you move to Pennsylvania?
 6   Pennsylvania, 19320.                      6       A.  Let's see. I'm not sure of the
 7       Q.  Do you own that property?         7   day. I know it was in 2014, I think.
 8       A.  No, I do not. My wife does.      8       Q.  The year is fine. The year 2014?
 9       Q.  How long have you lived there?   9       A.  I think so, yeah.
10       A.  Two years, I think.              10       Q.  Why did you move back to
11       Q.  Does anybody else live there     11   Pennsylvania?
12   besides you and your wife?               12       A.  Because I closed my wrestling
13       A.  No, just us.                     13   school, and I decided to get married.
14       Q.  What is your wife's name?        14       Q.  Why couldn't you stay in Florida?
15       A.  Becca, B-E-C-A -- C-C-A.         15       A.  My wife lives here, and she has two
16       Q.  What was her maiden name?        16   children here.
17       A.  Ford.                            17       Q.  Is it true you hate living in
18       Q.  And am I correct, she was also a 18   Pennsylvania?
19   previous performer in the wrestling business? 19  A.  Say that one more time?
20       A.  Yes, sir.                        20       Q.  You hate living in Pennsylvania?
21       Q.  But not with WWE, correct?       21       A.  I'm not fond of Pennsylvania. The
22       A.  No.                              22   people are nice, but I'm not too fond of
23       Q.  She was with WCW?                23   Pennsylvania.
24       A.  No.                              24       Q.  Have you told some of your
25       Q.  Who did she perform for?         25   healthcare providers you hate living in
```

```
                                              30
 1       Q.  Anybody else?
 2       A.  My doctors.
 3       Q.  I'm talking about people who used
 4   to work for WWE.
 5           Your wife didn't work for WWE, I
 6   mean you've already testified --
 7       A.  I'm just giving you a general
 8   answer.  No.
 9       Q.  When did you first decide that the
10   symptoms you now claim to have had for years
11   are caused by brain injuries?
12           MR. SCIOLLA:  Object to the form.
13           MR. McDEVITT:  What's the
14       objection?
15           MR. SCIOLLA:  Your characterization
16       that he had all the same symptoms for
17       years and that there wasn't any
18       progression of his symptoms and their
19       severity.
20           MR. McDEVITT:  I didn't make any
21       such characterization at all.
22           Would you like the question read
23       back?
24           MR. SCIOLLA:  Sure, read it back.
25           (A portion of the record was read.)
```

```
                                              31
 1           MR. SCIOLLA:  Same objection.
 2           You can answer.
 3       A.  So I get it right.  Can you repeat
 4   it for me one more time?  I'd appreciate it.
 5       Q.  Yes.  When did you first determine
 6   that the symptoms you now claim to have were
 7   associated with brain injuries suffered while
 8   you performed for WWE?
 9           MR. SCIOLLA:  Same objection.
10       A.  That would be the year 2014.
11       Q.  All right.  And what was it in 2014
12   that made you come to that conclusion?
13       A.  When I started going to the
14   doctors, and they started telling me that I
15   had all these symptoms that I was suffering
16   from, you know, these things that I'm dealing
17   with.  So that's when, you know, I started to
18   put two and two together that I had
19   concussion syndrome, and as part of that I
20   might have a brain injury.
21       Q.  Did any doctor tell you in 2014
22   that you had brain injuries caused by
23   wrestling?
24       A.  My neurologist, Dr. Handler.
25       Q.  You say he told that you in 2014?
```

```
                                              32
 1       A.  When I started seeing Dr. Handler.
 2       Q.  I'm not saying when you started
 3   seeing him.
 4           Is it your testimony that he told
 5   you that in 2014?
 6       A.  No, you asked -- if you asked me if
 7   there was anybody who told you -- told me.
 8   And when I seen my neurologist, and you asked
 9   me the people who said this, and it was the
10   neurologist who told me.
11       Q.  No.  My question is very precise,
12   Mr. LoGrasso.
13           In 2014, did any doctor tell you
14   that the symptoms you had were associated
15   with brain injuries while you were performing
16   for WWE?
17       A.  I tried to -- I'm trying to gauge
18   when I saw Dr. Handler.  I'm not sure if I
19   saw him in 2014, or was it '15.
20       Q.  Did you have --
21       A.  I'm not sure.
22       Q.  By 2008, your complaint alleges
23   that you had pounding headaches; is that
24   correct?
25       A.  In 2008?
```

```
                                              33
 1       Q.  Yes.
 2       A.  Who alleged that I had that?
 3       Q.  You did.
 4       A.  Would you repeat the question
 5   again.
 6       Q.  Is it true that by 2008 you had
 7   pounding headaches?
 8       A.  I started dealing with headaches.
 9       Q.  Was that in 2008?
10       A.  That's been all along, since maybe,
11   I started with the headaches in 2000 -- 2006.
12       Q.  2006.
13       A.  Yeah.
14       Q.  Did you get headaches when you were
15   performing for WCW and getting hit over the
16   head with chairs?
17       A.  I don't recall.
18       Q.  Did you get headaches when you were
19   performing for ECW and getting hit over the
20   head with chairs?
21       A.  I don't recall.
22       Q.  What I just said is true, isn't it?
23   You did get hit over the head with chairs in
24   ECW and WCW, didn't you?
25           MR. SCIOLLA:  Object to the form.
```

```
                                          34                                              36
 1      A.  I did get hit with chairs in WCW       1      Q.  And that's when you're saying your
 2   and in ECW.                                   2   headaches started, because you got your head
 3      Q.  And by the way, the matches you        3   hit in that match?
 4   identified that you got hurt in WWE, there    4      A.  Uh-huh.
 5   were no chairs involved in any of those       5      Q.  You have to say yes or no.  That's
 6   matches, were there?                          6   all he writes down is words, not shaking your
 7      A.  No, sir.                               7   head.
 8      Q.  Those were conventional wrestling      8      A.  I'm listening and --
 9   matches, right?                               9      Q.  I understand.
10         MR. SCIOLLA:  Object to the form.      10      A.  -- those are the same stairs that
11      A.  Conventional in what manner?          11   we used, yes.
12      Q.  Well, there were no other objects.    12      Q.  And you're saying that when you hit
13   It was you and another performer wrestling,  13   your head on those stairs in that match with
14   correct?                                     14   Steven Regal is when these headaches really
15      A.  Except for the steel steps and the    15   began?
16   mat and the posts and the ring, those are all 16      A.  That's when they started, that's --
17   objects you hit your head against.           17   after I got hit, after I hit my head in that
18      Q.  But those are all part of a normal    18   match, that's when my headaches became -- I
19   wrestling match, correct?                    19   didn't understand why I was getting them, and
20      A.  Stairs are not part of the            20   that's when things changed for me and my
21   wrestling match, and the table is not, you   21   health changed with my head.
22   know -- when you go against tables or the    22      Q.  So that match with Steve Regal,
23   announce tables or the barriers.  Those are  23   then, where you claim he threw you into the
24   all part of it, too.                         24   stairs was sort of a turning point for you,
25      Q.  And you claim you did that in any     25   wasn't it, in the sense that these headaches

                                          35                                              37
 1   of the matches you identified as hurting      1   that you now claim, that's when the genesis
 2   yourself in WWE?                              2   of this is?
 3      A.  One more time?  I'm sorry.             3         MR. SCIOLLA:  Object to the form.
 4      Q.  Are you claiming you got thrown        4   Mischaracterizes his testimony.
 5   through a table in any WWE match?             5         You can answer.
 6      A.  No, I didn't say that.                 6      A.  Can you repeat the question?
 7      Q.  And are you claiming you got hurt      7      Q.  Well, prior to that episode that
 8   by thrown into a barrier at a WWE match?      8   you've just described where you claim Steven
 9      A.  I just didn't say.  You asked me if    9   Regal threw you into the steps, in the match
10   there was a conventional match and what was 10   you've identified in this case, is it your
11   used, and that's what I'm saying.  We used  11   testimony you didn't have headaches before
12   the ring, we used the posts, we used all of 12   that event?
13   that stuff, and it's all part of the        13         MR. SCIOLLA:  Object to the form.
14   conventional thing.                         14   Mischaracterizes his testimony.
15      Q.  So your headaches started in 2006.  15      A.  Not that I recall.
16         And then did they continue            16      Q.  So that in all the matches with
17   thereafter?                                 17   ECW -- and by the way, you were with the ECW
18      A.  They -- it was 2006, after -- after 18   before WWE, right?
19   I got hit, when I hit my head against the   19      A.  No.  Actually I was in WWF before I
20   stairs; and that's when things started to,  20   was in ECW.
21   started to go different, started to change. 21      Q.  Didn't you go from ECW to WCW?
22      Q.  And the stairs being the same one    22      A.  No, sir, I started my career in
23   we're talking about in the Steve Regal match 23  WWF.
24   that you identified as the one --           24      Q.  Well, when you were a job -- I
25      A.  Steel chairs, steel, yes.            25   understand you were a jobber for couple years
```

10 (Pages 34 to 37)