# Exhibit 13

```
                                                               1
              UNITED STATES DISTRICT COURT

                 DISTRICT OF CONNECTICUT
     ---------------------------------x
     RUSS MCCULLOUGH, et al.,

               Plaintiff,

             vs.                     No. 3:15-cv-01074 (VLB)

     WORLD WRESTLING ENTERTAINMENT, INC.,


               Defendant.
     ---------------------------------x
     EVAN SINGLETON and VITO LOGRASSO,

               Plaintiffs,

             vs.                     No. 3:15-cv-00425 (VLB)

     WORLD WRESTLING ENTERTAINMENT, INC.,


               Defendant.
     ---------------------------------x



         VIDEOTAPED DEPOSITION OF VITO LOGRASSO

              Philadelphia, Pennsylvania

                   May 18, 2016

                    9:35 a.m.



     Reported by:
     Jennifer Ocampo-Guzman, CRR, CLR
     JOB NO. 44300
```

## Page 2

May 18, 2016
9:35 a.m.

Videotaped Deposition of VITO LOGRASSO, held at the offices of Kleinbard, LLC, 1650 Market Street, Philadelphia, Pennsylvania, pursuant to notice, before Jennifer Ocampo-Guzman, a Certified Real-Time Shorthand Reporter and Notary Public of the Commonwealth of Pennsylvania.

## Page 3

APPEARANCES:

Attorneys for Plaintiff Vito LoGrasso
   POGUST BRASLOW MILLROOD, LLC
   Eight Tower Bridge
   161 Washington St., Suite 1520
   Conshohocken, Pennsylvania 19428
   BY:  ANDREW J. SCIOLLA, ESQ.
     asciolla@pbmattorneys.com

Attorneys for Plaintiff Vito LoGrasso
   KYROS LAW OFFICES
   17 Miles Road
   Hingham, Massachusetts 02043
   BY:  KONSTANTINE W. KYROS, ESQ.
     kon@kyroslaw.com
     ANTHONY NORRIS, ESQ.

## Page 4

APPEARANCES (Cont.d):

Attorneys for Defendant
   K&L GATES, LLP
   210 Sixth Avenue
   Pittsburgh, Pennsylvania 15222
   BY:  JERRY McDEVITT, ESQ.
     jerry.mcdevitt@klgates.com
     STEFANIE M. LACY, ESQ.
     stefanie.lacy@klgates.com

ALSO PRESENT:
   JOSEPH WILLS, Videographer

## Page 5

THE VIDEOGRAPHER:  We are now on the record.

My name is Joseph Wills, the videographer obtained by David Feldman Worldwide.  This is a video deposition for the United States District Court for the District of Connecticut.  Today's date is May 18, 2016, and the video time is 9:35 a.m.

This deposition is being held at 1650 Market Street, Philadelphia, Pennsylvania, in the matters of McCullough, et al., versus World Wrestling Entertainment Incorporated and Singleton and LoGrasso versus World Wrestling Entertainment Incorporated.  The deponent is Vito LoGrasso.

Will all counsel please identify themselves.

MR. SCIOLLA:  Andrew Sciolla from Pogust Braslow Millrood, on behalf the plaintiff, Vito LoGrasso.

MR. KYROS:  Konstantine Kyros, Kyros Law Offices, for the plaintiff, Vito LoGrasso.

**Page 6**

1   MR. NORRIS: Anthony Norris, Kyros
2   Law Offices, for the plaintiff.
3   MR. McDEVITT: Jerry McDevitt for
4   WWE.
5   MS. LACY: Stefanie Lacy for WWE.
6   V I T O  J.  L O G R A S S O, called
7   as a witness, having been duly sworn, was
8   examined and testified as follows:
9   EXAMINATION BY
10  MR. McDEVITT:
11      Q.  Would you state your name for the
12  record, please?
13      A.  Veto J. LoGrasso.
14      Q.  Have you ever testified under oath
15  before?
16      A.  No, sir.
17      Q.  Do you understand the oath you've
18  just taken?
19      A.  Yes, sir.
20      Q.  And you understand it obligates you
21  to tell the truth, even if telling the truth
22  is against your interest?
23      A.  Yes.
24      Q.  And even if the truth is contrary
25  to what you said in court pleadings?

**Page 7**

1       A.  Yes, sir.
2       Q.  What's your date of birth, sir?
3       A.  6/18/64.
4       Q.  And what is your current address?
5       A.  12 Flemming Drive, Coatesville,
6   Pennsylvania, 19320.
7       Q.  Do you own that property?
8       A.  No, I do not. My wife does.
9       Q.  How long have you lived there?
10      A.  Two years, I think.
11      Q.  Does anybody else live there
12  besides you and your wife?
13      A.  No, just us.
14      Q.  What is your wife's name?
15      A.  Becca, B-E-C-A -- C-C-A.
16      Q.  What was her maiden name?
17      A.  Ford.
18      Q.  And am I correct, she was also a
19  previous performer in the wrestling business?
20      A.  Yes, sir.
21      Q.  But not with WWE, correct?
22      A.  No.
23      Q.  She was with WCW?
24      A.  No.
25      Q.  Who did she perform for?

**Page 8**

1       A.  She was more of an indie wrestler.
2       Q.  When were you married?
3       A.  September 27, 2014.
4           If I got that wrong, I die.
5       Q.  We're going ask her whether you
6   were right.
7           MR. SCIOLLA: Jerry, I don't meant
8   interrupt, but as you can see, he's
9   leaning toward you. As much as you can,
10  keep your voice up so that he can hear.
11          MR. McDEVITT: If you can't hear or
12  understand any question I ask you, just
13  tell me and I will be glad to raise my
14  voice, but I don't want to appear like
15  I'm yelling at you.
16          I may yell at you anyway, but --
17          THE WITNESS: It's okay.
18      Q.  But seriously, if you cannot hear
19  me, tell me.
20      A.  Okay.
21      Q.  Is your wife disabled?
22      A.  Yes.
23      Q.  And what's the nature of her
24  disability?
25      A.  She has three herniated disks and

**Page 9**

1   spinal stenosis.
2       Q.  And prior to moving to
3   Pennsylvania, you lived in Florida?
4       A.  Yes, sir.
5       Q.  When did you move to Pennsylvania?
6       A.  Let's see. I'm not sure of the
7   day. I know it was in 2014, I think.
8       Q.  The year is fine. The year 2014?
9       A.  I think so, yeah.
10      Q.  Why did you move back to
11  Pennsylvania?
12      A.  Because I closed my wrestling
13  school, and I decided to get married.
14      Q.  Why couldn't you stay in Florida?
15      A.  My wife lives here, and she has two
16  children here.
17      Q.  Is it true you hate living in
18  Pennsylvania?
19      A.  Say that one more time?
20      Q.  You hate living in Pennsylvania?
21      A.  I'm not fond of Pennsylvania. The
22  people are nice, but I'm not too fond of
23  Pennsylvania.
24      Q.  Have you told some of your
25  healthcare providers you hate living in

3 (Pages 6 to 9)

                                                                234
```
 1  se.
 2       Q.  And what was your understanding of
 3  what happened to Chris Nowinski?
 4       A.  I'm not sure.
 5       Q.  Did you ever hear he got
 6  concussions?
 7       A.  Not that I was aware of.
 8       Q.  You never heard Chris Nowinski got
 9  concussions?
10       A.  I know he runs this foundation.
11       Q.  And when did you learn that, when
12  did you learn that?
13       A.  A concussion foundation.
14       Q.  When did you learn that?
15       A.  I'm not sure.
16       Q.  But your testimony is that you
17  never heard in the locker rooms or anywhere
18  that Chris Nowinski had to retire from the
19  WWE wrestling because of concussions that he
20  received?
21       A.  I didn't know he had to retire
22  because of a concussion.
23       Q.  Did you know that he got
24  concussions?
25       A.  I don't recall if he got a
```

                                                                235
```
 1  concussion.
 2       Q.  Did you know that he went into the
 3  area of concussion research?
 4       A.  I know he was into the research.
 5       Q.  Did you know that in 2005, 2006?
 6       A.  No.
 7       Q.  Did you know he wrote a book?
 8       A.  No.
 9       Q.  So your testimony is you had no
10  knowledge whatsoever of this wrestler who
11  went into concussion research that led to all
12  these scientific discoveries of what we're
13  here to talk about?
14       A.  I'm sorry, I don't read books.
15       Q.  Did you know Chris Benoit?
16       A.  Yes.
17       Q.  Was he a friend of yours?
18       A.  I guess you could say he was a
19  friend.  We worked together.
20       Q.  And you're aware what happened
21  shortly after you left -- by the way, did you
22  know his wife?
23       A.  Nancy, right?
24       Q.  Yes.
25       A.  Uh-huh.
```

                                                                236
```
 1       Q.  Did you know her, too?
 2       A.  Yeah, I knew her.  Yeah.
 3       Q.  And did you know Dr. Aston?
 4       A.  Dr. Aston I don't think I met.
 5       Q.  Did you know that's the person who
 6  was supplying him drugs down in Georgia?
 7       A.  No.  Person life like that, I don't
 8  know.
 9       Q.  So you were aware of Chris Benoit
10  murdering his wife and his son and then
11  committing suicide in 2007, weren't you?
12       A.  Yes, sir.
13       Q.  And would you agree with me that
14  was a huge story --
15       A.  Yes, sir.
16       Q.  -- just about everywhere when it
17  happened, wasn't it?  National news, USA
18  Today, People magazine, well-known in
19  wrestling business, wasn't it?
20       A.  Yeah, it was well known.  I mean --
21       Q.  And you followed that story, didn't
22  you?
23       A.  All I know is that she, they said
24  he had CTE, he had brain damage.  They said
25  it could have been a steroid range -- rage,
```

                                                                237
```
 1  excuse me.
 2          WWE had said that it had nothing to
 3  do with wrestling.
 4       Q.  Where did WWE say that?
 5       A.  I don't recall.
 6       Q.  Then why did you say that, if you
 7  don't recall?
 8       A.  Because that's what I remember.  If
 9  you're asking me.  I remember that you guys
10  took him off, you guys took him off all of
11  your programming, and he was abolished, and
12  he's a memory in the WWE.
13       Q.  What does that have to do with the
14  WWE supposedly saying that it nothing to do
15  with wrestling?
16       A.  Because I believe that's what you
17  guys had said.
18       Q.  Where?
19       A.  I don't remember where, but it had
20  nothing to do with wrestling.  You know, he
21  was just -- he went out of his mind.  He
22  could have had CTE, it could have been a
23  steroid rage.
24       Q.  So when did you hear that he could
25  have had CTE?
```

238

1    A.  Well, at the same time he was
2  having all of these problems when the story
3  came out.
4    Q.  And that was 2007, right?
5    A.  I think it was after 2007.  I'm not
6  sure.
7    Q.  Well, do you recall there being a
8  big press conference that announced he had
9  CLE (sic)?  It was all over the news.
10        MR. SCIOLLA:  CLE?
11        MS. LACY:  CTE.
12        MR. SCIOLLA:  It's not legal
13    classes.
14    Q.  CTE.  Do you remember there being a
15  news conference announcing this and making a
16  whole lot of publicity about the fact that
17  this wrestler who had murdered his wife and
18  his child had this supposed CTE?
19    A.  I mean I feel story that he did
20  that, and I knew Nancy and I knew him and I
21  knew the son, and I feel bad.
22    Q.  I'm sure we all do, Mr. LoGrasso,
23  but my question is:  Did you hear about the
24  press conference where there was this
25  announcement that he had CTE?

239

1    A.  No, I did not.
2    Q.  But you knew it was said publicly
3  in or around the time of that murder that he
4  had CTE?
5    A.  Right.
6    Q.  And that was, frankly, a big story
7  in the wrestling business, wasn't it?
8        MR. SCIOLLA:  Objection, asked and
9    answered.
10    A.  It was.
11    Q.  And there probably wasn't anybody
12  that ever wrestled in that time frame that
13  did not know Chris Benoit had been supposedly
14  diagnosed with CTE?
15        MR. SCIOLLA:  Objection, calls for
16    speculation.
17    Q.  Would you agree with that?
18    A.  It was a big story, like you said.
19    Q.  And people were talking about it in
20  locker rooms, because they were concerned
21  about what does that mean about me; is that
22  fair to say?
23        MR. SCIOLLA:  Object to form.
24    A.  There was a lot of talk at that
25  time.  Like, you know, nobody knew for sure.

240

1  He could have went into a steroid rage,
2  because he was on the gas.  He could have, it
3  could have been, who knows?  You know, I was
4  there, nobody knows for sure what the hell
5  happened.  All I know is that it happened,
6  and it was a shock to the wrestling world.
7    Q.  And a lot of people were wondering
8  about the CTE aspect, weren't they?
9        MR. SCIOLLA:  Objection, calls for
10    speculation.
11    A.  I guess so.  I'm not sure.
12    Q.  Well, what was his finishing move?
13    A.  Flying head butt off the top of, if
14  I remember.  Cripple cross fist.
15    Q.  But in terms of flying head butt,
16  wasn't that a lot of discussion about whether
17  that particular move is what contributed to
18  his alleged head trauma and CTE?
19        MR. SCIOLLA:  Objection, calls for
20    speculation.
21    Q.  Do you recall --
22    A.  It could have been something that
23  he did every night.
24    Q.  And you recall that being part of
25  the discussion as to whether that was part of

241

1  what caused it?
2    A.  No, I don't recall.
3    Q.  Do you know how many newspaper
4  articles and media stories were out there
5  about Chris Benoit and CTE?
6    A.  No, I don't, sir.
7    Q.  But you would agree a lot, right?
8        MR. SCIOLLA:  Objection.
9    A.  I would assume so.  It was a pretty
10  big story.
11    Q.  Well, when you heard that story,
12  did you go to your doctor, your personal
13  doctor and say, do I have anything to worry
14  about?
15    A.  No, because it wasn't until 2014
16  that I started to get myself checked out and
17  realized that something could possibly be
18  wrong.
19        So whatever Chris Benoit did or how
20  or that stuff didn't pertain to me at the
21  time, because I didn't think it was me.  But
22  it wasn't until I started going to these
23  doctors, and they started telling me that I
24  had these symptoms, that I thought that it
25  could be me.  And that's when I started to do