# Exhibit 17

<u>RPTS MERCHANT</u>

<u>DCMN MAYER</u>

COMMITTEE ON OVERSIGHT AND

GOVERNMENT REFORM,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.

INTERVIEW OF:   VINCENT KENNEDY McMAHON

Friday, December 14, 2007

Washington, D.C.

The interview in the above matter was held at 2157 Rayburn Lounge commencing at 1:50 p.m.

Appearances:

For COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM:

DAVID J. LEVISS, SENIOR INVESTIGATIVE COUNSEL

BRIAN A. COHEN, SENIOR INVESTIGATOR

SAM BUFFONE, PROFESSIONAL STAFF

SARAH DESPRES, SENIOR COUNSEL

BENJAMIN CHANCE, MINORITY PROFESSIONAL STAFF

JENNIFER SAFAVIAN, MINORITY PROFESSIONAL STAFF


For MR. McMAHON:

JERRY S. McDEVITT, ESQ.

GEORGE W. KOCH, ESQ.

MICHAEL J. O'NEIL, ESQ.

K&L GATES

1601 K Street NW

Washington, DC 20006-1600

SINGLETON_0000402

　　Mr. Leviss.  Welcome.

　　This is a transcribed interview of Mr. Vince McMahon by the Committee on Oversight and Government Reform.  The chairman of the committee sought this transcribed interview as part of the committee's investigation into allegations regarding the abuse of steroids and illegal drugs in professional wrestling.

　　Would the witness please state your full name for the record.

　　Mr. McMahon.  Vincent Kennedy McMahon.

　　Mr. Leviss.  Behalf of the Committee on Oversight and Government Reform, I welcome you and I thank you for joining us today.

　　I am David Leviss.  I am a Senior Investigative Counsel with the majority staff of the committee.  There are many of us here in the room, so I'm going to ask everybody to go around and introduce themselves and give their affiliation so to speak.

　　Mr. Cohen.  My name is a Brian Cohen, and I am a Senior Investigator with the majority staff of the committee.

　　Mr. Buffone.  Sam Buffone for the majority staff of the committee.

　　Ms. Despres.  Sarah Despres, Senior House Counsel with the majority staff.

　　Mr. Chance.  Benjamin Chance, Republican staff.

　　Ms. Safavian.  Jennifer Safavian, Republican staff.

      Mr. <u>McMahon.</u>  Oh, I beg your pardon.

         BY MS. DESPRES:

  Q   And, actually, the cardiac -- we do know about the cardiac program, and that is one of the things I was wondering, is, why did you choose -- let me step back.

      The wellness policy consists of a drug testing component, which is a fairly significant component of the policy, and a cardiac wellness policy component.  Why those two as the focus?

  A   Well, the heart is a major portion of the body, and it is needed to pump blood through the body so you can perform daily duties, and the heart is extremely important in everything that you do.  A lot of cardiovascular testing is being done now with various sports, things of that nature.

      So it was important for us, you know, in terms of our athletes, to make sure -- as a matter of fact, we had one instance lately in which the new wellness program, in terms of the testing, actually found a significant problem in one of our performers.  Subsequently it was fixed.  The individual was taken off the roster, in terms of his performance, at the time until subsequently he was released by a medical physician and the problem had been fixed.

      So I think it is a logical extension, if you're trying to do a wellness policy, that you'd certainly include the heart.

  Q   Do you include neurological -- is there a neurological component to the wellness program?

  A No, there isn't.  It is something we're considering though, in our wellness program.

  Q What about orthopedic?

  A What is orthopedic?

  Q I'm just thinking wrestlers probably are at increased risk for all kinds of, you know, hip issues and knee issues, ankles, elbows, shoulders.  Is that component included in the wellness program, as well?

  Mr. McDevitt.  Why don't you ask them where we send people for orthopedic problems when they get hurt.  That might answer your question.

    BY MS. DESPRES:

  Q I would like that, but just in terms of, if I could, in terms of understanding the wellness program, is there a specific orthopedic component to the wellness program?

  A I don't exactly understand your line of questioning.  We have problems sometimes because of the nature of our business, you know, that require things to be fixed.  I had a double quad tear on both legs.

  You're sympathetic with that.  Thank you.  If only it were genuine.

  But there are a lot of problems that you have, broken ribs, things of that nature.  It is the nature of our business.  Other than saying, "Don't go out there and perform," I don't know where you're going with this.

SINGLETON_0000458