# Exhibit 18

1

```
           UNITED STATES DISTRICT COURT

             DISTRICT OF CONNECTICUT
---------------------------x
RUSS McCULLOUGH, et al.,    No. 3:15-cv-01074 (VLB)
                            Lead Case
        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendant.
---------------------------x
EVAN SINGLETON and VITO     No. 3:15-cv-00425 (VLB)
LOGRASSO,                   Consolidated Case

        Plaintiffs,

        -v-

WORLD WRESTLING
ENTERTAINMENT, INC.,

        Defendants.
---------------------------x

              VIDEOTAPED DEPOSITION OF

                 EVAN M. SINGLETON

             Philadelphia, Pennsylvania

                   May 11, 2016

                    9:29 a.m.



 Reported by:
 Josephine H. Fassett, RPR, CCR
 Job No. 44298
```

###### Page 2

 1    May 11, 2016
 2    Philadelphia, Pennsylvania
 3    9:29 a.m.
 4
 5        T R A N S C R I P T  of the Videotaped
 6    Deposition of EVAN M. SINGLETON, pursuant to the
 7    Federal Rules of Civil Procedure, held at the offices
 8    of Kleinbard LLC, One Liberty Place, 1650 Market
 9    Street, Philadelphia, Pennsylvania, on Wednesday, May
10    11, 2016, commencing at approximately 9:29 a.m.,
11    before Josephine H. Fassett, a Registered
12    Professional Reporter, Certified Court Reporter and
13    Notary Public.

###### Page 4

 1    A P P E A R A N C E S  (cont'd) :
 2
 3    ATTORNEYS FOR DEFENDANT:
 4      K&L GATES LLP
 5      210 Sixth Avenue
 6      Pittsburgh, Pennsylvania 15222
 7      412.355.6500
 8      BY:  JERRY S. McDEVITT, ESQ.
 9         jerry.mcdevitt@klgates.com
10         STEFANIE M. LACY, ESQ.
11         stefanie.lacy@klgates.com
12
13
14    A L S O   P R E S E N T:
15      JOSEPH WILLS, Videographer

###### Page 3

 1    A P P E A R A N C E S :
 2
 3    ATTORNEYS FOR PLAINTIFFS:
 4      POGUST BRASLOW & MILLROOD LLC
 5      Eight Tower Bridge
 6      161 Washington Street
 7      Suite 940
 8      Conshohocken, Pennsylvania 19428
 9      610.941.4204
10      BY:  HARRIS L. POGUST, ESQ.
11         hpogust@pbmattorneys.com
12
13         -and-
14
15    ATTORNEYS FOR PLAINTIFFS:
16      KYROS LAW OFFICES
17      17 Miles Road
18      Hingham, Massachusetts 02043
19      800.934.2921
20      BY:  KONSTANTINE W. KYROS, ESQ.
21         kon@kyroslaw.com

###### Page 5

```
-----------------------INDEX-----------------------
WITNESS                                       PAGE
EVAN M. SINGLETON
  By Mr. McDevitt                            9, 284
  By Mr. Pogust                                 277

          AFTERNOON SESSION - 189

---------------------EXHIBITS----------------------
SINGLETON  DESCRIPTION                        PAGE
Exhibit 1   MRI Report for Exam Date            48
            11/14/2012
Exhibit 2   MRI Report for Exam Date            50
            11/29/2012
Exhibit 3   MRI Report for Exam Date            53
            2/24/2015
Exhibit 4   Followup Note on Evan Singleton     55
            dated December 10, 2012
Exhibit 5   Neurological Examination dated      58
            2/17/2015
Exhibit 6   Neurological Examination dated      61
            3/23/2015
Exhibit 7   Emergency Room Visit 11/15/2014     75
            Report
```

```
                                                          6
  1    ----------------------EXHIBITS----------------------
  2    SINGLETON    DESCRIPTION                        PAGE
  3    Exhibit 8   Adam Mercer @MercerWWE Twitter       135
  4        Tweets
  5    Exhibit 9   Adam Mercer @WWEMercer Twitter       140
  6        Tweets
  7    Exhibit 10  Evan Singleton Talent                143
  8        Questionnaire
  9    Exhibit 11  World Wrestling Entertainment,       145
 10        Inc. Booking Contract
 11    Exhibit 12  Letter dated May 21, 2012            148
 12
 13    Exhibit 13  Candace Renshaw Facebook Page        150
 14    Exhibit 14  Class Action Complaint               159
 15    Exhibit 15  Plaintiffs' First Amended            183
 16        Complaint
 17    Exhibit 16  Plaintiffs' Second Amended           209
 18        Complaint
 19    Exhibit 17  Concussion Evaluation dated          219
 20        2/21/2013
 21    Exhibit 18  Followup Note on Evan Singleton     228
 22        dated January 18, 2013
 23    Exhibit 19  E-mail dated October 1, 2012         229
 24    Exhibit 20  Singleton vs. Erick Rowan            237
 25        6/17/2012 and 9/27/2012 CD
```

```
                                                          7
  1    ----------------------EXHIBITS----------------------
  2    SINGLETON    DESCRIPTION                        PAGE
  3    Exhibit 21  Singleton Leg Twitching CD           249
  4    Exhibit 22  Evan Singleton Instagram Account     249
  5        Page
  6    Exhibit 23  Evan Singleton Instagram Account     252
  7        Page
  8    Exhibit 24  Evan Singleton Instagram Account     256
  9        Page
 10    Exhibit 25  Evan Singleton Instagram Account     258
 11        Page
 12    Exhibit 26  Evan Singleton Instagram Account     259
 13        Page
 14    Exhibit 27  Evan Singleton Facebook Account      263
 15        Page
 16    Exhibit 28  Evan Singleton Instagram Account     265
 17        Page Photograph
 18    Exhibit 29  Evan Singleton Instagram Account     268
 19        Page
 20    Exhibit 30  Evan Singleton Instagram Account     268
 21        Page
 22    Exhibit 31  Evan Singleton Instagram Account     270
 23        Page
 24    Exhibit 32  Multiple Photographs                 271
 25    Exhibit 33  CD                                   274
```

```
                                                          8
  1         (Whereupon, on the video record.)
  2         THE VIDEOGRAPHER:  We're now on the
  3    record.
  4         My name is Joseph Wills, the videographer
  5    from David Feldman Worldwide.
  6         This is a video deposition in the United
  7    States District Court for the District of
  8    Connecticut.
  9         Today's date is May 11, 2016.  The video
 10    time is 9:29 a.m.
 11         This deposition is being held at 1650
 12    Market Street, Philadelphia, Pennsylvania, in
 13    the matters of McCullough, et al. versus World
 14    Wrestling Entertainment, Incorporated, and
 15    Singleton and LoGrasso versus World Wrestling
 16    Entertainment, Incorporated.
 17         The deponent is Evan Singleton.
 18         Would all counsel please identify
 19    themselves.
 20         MR. McDEVITT:  I'm Jerry McDevitt.  I
 21    represent WWE.
 22         MR. POGUST:  Harris Pogust, Pogust
 23    Braslow & Millrood, on behalf of the
 24    plaintiffs.
 25         MR. KYROS:  Konstantine Kyros, Kyros Law,
```

```
                                                          9
  1    on behalf of the plaintiffs.
  2         THE VIDEOGRAPHER:  Will the court
  3    reporter please swear in the witness.
  4    E V A N  M.  S I N G L E T O N, the witness, having
  5        been duly sworn, was examined and testified
  6        under oath as follows:
  7    EXAMINATION BY
  8    MR. McDEVITT:
  9         Q.  Mr. Singleton, my name is Jerry McDevitt.
 10    I represent the WWE, so I'll be asking you questions
 11    today.
 12         A.  Okay.
 13         Q.  And I'd like to begin by asking you to
 14    state formally your name and address.
 15         A.  My name is Evan Mitchell Singleton.  My
 16    address is 5201 Summerfield Drive, Mount Joy,
 17    Pennsylvania 17552.
 18         Q.  How far is Mount Joy from here?
 19         A.  About an hour and a half.
 20         Q.  Is that a small town?
 21         A.  Uhm... little bit, yes.
 22         Q.  How many people live there?
 23         A.  I don't know offhand.
 24         Q.  You the biggest guy in town?
 25         A.  If not, I'm pretty close.
```

3 (Pages 6 to 9)

```
                                          26                                              28
 1     Q.   Were you the biggest person that you    1   hurt?
 2   competed against -- or, strike that.           2       MR. POGUST:  Objection.
 3        Was anybody bigger than you that you      3     A.   I don't remember, no.
 4   competed against?                              4     Q.   Did you tuck your chin?
 5     A.   Yes.                                    5     A.   Not that I remember.
 6     Q.   And how did you do in the state?        6     Q.   So if you didn't tuck your chin, you're
 7     A.   I ended up taking eighth in states.     7   going to get hurt, right?
 8     Q.   Eighth.  Okay.                          8     A.   Yeah.
 9        And after you did high school wrestling,  9     Q.   And you were told that, right?
10   you then went and trained somewhere else before you 10  A.   No.
11   went to WWE, correct?                         11     Q.   You weren't told to tuck your chin when
12     A.   Yes.                                   12   you executed the move, that's what --
13     Q.   What was the name of that outfit?      13     A.   No, I was.
14     A.   CZW, Combat Zone Wrestling.            14     Q.   You were?
15     Q.   And how long did you train with them?  15     A.   Yeah.
16     A.   Couple of months.                      16     Q.   So you knew before that you were doing
17     Q.   And what was the nature of your training? 17  that move that the key in not getting hurt was to
18     A.   Very basic in-ring activity.  Running the 18  tuck your chin.
19   ropes.  Learn -- learning how to do simple moves, 19      MR. POGUST:  Objection.
20   stuff like that, working on my skills.        20     Q.   Right?
21     Q.   What kind of moves did you learn?      21     A.   Yes.
22     A.   Clothesline.  How to throw a punch.  How 22    Q.   And you didn't tuck your chin and you got
23   to kick.  How to roll.  Just the basic stuff like 23  hurt, right?
24   that.                                         24     A.   I don't -- I don't remember.  I -- I
25     Q.   Did you learn flat back?               25   don't remember.

                                          27                                              29
 1     A.   Yes.                                    1     Q.   Well, did you understand, Mr. Singleton,
 2     Q.   What is a flat back?                    2   when you walked into a wrestling ring that there was
 3     A.   It's a bump.                            3   a risk of injury?
 4     Q.   What's that mean?                       4     A.   Yes.
 5     A.   Falling flat on your back or crawling and 5    Q.   And you knew that the minute you walk in
 6   spreading your arms out.                       6   a ring, right?
 7     Q.   So as not to hurt yourself?             7     A.   Yes.
 8     A.   Right.                                  8     Q.   You know that if you don't perform moves
 9     Q.   And when you do that move, what are you 9   correctly, you could hurt your opponent, right?
10   supposed to do with your head?                10     A.   Yes.
11     A.   Tuck it.                               11     Q.   And you know if they don't perform them
12     Q.   Tuck your chin?                        12   correctly, they can hurt you?
13     A.   Yes.                                   13     A.   Yes.
14     Q.   Correct?  The same thing you're supposed 14    Q.   And that's not the object, is it, it's
15   to do when you get choke slammed, right?      15   not to hurt each another?
16     A.   Yes.                                   16     A.   No.
17     Q.   And you didn't do that when you got hurt, 17   Q.   It's supposed to be entertainment, right?
18   right?                                        18     A.   Yes.
19     A.   I don't --                             19     Q.   You're not really punching the person,
20       MR. POGUST:  Objection.                   20   you're simulating that you're punching the person,
21     A.   I don't remember.                      21   correct?
22     Q.   Did you make the move wrong when you got 22    A.   Yes.
23   hurt?                                         23     Q.   And what does the term selling mean to
24     A.   I'm sorry?                             24   you?
25     Q.   Did you make the move wrong when you got 25    A.   Selling is if somebody throws one of
```