UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | JUNE 3, 2016 |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | JUNE 3, 2016 |

**MOTION TO SEAL DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA AND EXHIBIT A TO MEMORANDUM OF LAW**

Pursuant to Local Civil Rule 5(e), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves to file under seal (1) an unredacted version of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File Motion to Compel Compliance with Deposition Subpoena ("Opposition") and (2) Exhibit A to the Opposition.

The Opposition and Exhibit A contain material that has been designated as CONFIDENTIAL pursuant to the Court's Standing Protective Order governing this

action including proprietary business information of WWE that has not been made by public by WWE.

Accordingly, WWE requests permission to file unredacted versions of the Opposition and Exhibit A under seal. WWE has served unredacted versions of these documents on Plaintiffs and has filed them under seal with the Court in accordance with Local Civil Rule 5(e). Redacted versions of these documents have been filed electronically.

DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,

By: /s/ Jerry S. McDevitt
Jerry S. McDevitt (pro hac vice)
Terry Budd (pro hac vice)
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: terry.budd@klgates.com
Email: curtis.krasik@klgates.com

Thomas D. Goldberg (ct04386)
Jonathan B. Tropp (ct11295)
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: tgoldberg@daypitney.com
Email: jbtropp@daypitney.com
Email: jmueller@daypitney.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 3, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on June 3, 2016, a copy of this Motion to Seal and the document referenced herein were served on the following counsel by email.

**Konstantine W. Kyros**
**KYROS LAW OFFICES**
**17 Miles Road**
**Hingham, MA  02043**
**kon@kyroslaw.com**

**Charles J. LaDuca**
**Brendan Thompson**
**CUNEO GILBERT & LADUCA, LLP**
**8120 Woodmont Avenue, Suite 810**
**Bethesda, MD  20814**
**charles@cuneolaw.com**
**brendant@cuneolaw.com**

**Michael J. Flannery**
**CUNEO GILBERT & LADUCA, LLP**
**7733 Forsyth Boulevard, Suite 1675**
**St. Louis, MO  63105**
**mflannery@cuneolaw.com**

**William M. Bloss**
**KOSKOFF, KOSKOFF & BEIDER**
**350 Fairfield Avenue**
**Bridgeport, CT  06604**
**bbloss@koskoff.com**

**Robert K. Shelquist**
**Scott Moriarity**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**100 Washington Avenue, S., Suite 2200**
**Minneapolis, MN  55401-2179**
**rkshelquist@locklaw.com**
**samoriarity@locklaw.com**

**Harris L. Pogust**
**Pogust Braslow & Millrood, LLC**
**Eight Tower Bridge**
**161 Washington Street, Suite 940**
**Conshohocken, PA  19428**
**hpogust@pbmattorneys.com**

**Erica Mirabella**
**MIRABELLA LAW LLC**
**132 Boylston Street, 5th Floor**
**Boston, MA  02116**
**Erica@mirabellaLLC.com**

**Katherine Van Dyck**
**CUNEO GILBERT & LADUCA, LLP**
**507 C Street NE**
**Washington, D.C. 20002**
**kvandyck@cuneolaw.com**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jeffrey P. Mueller
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey P. Mueller (ct27870)