UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVAN SINGLETON and VITO LOGRASSO, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION <br> : NO. 3:15-CV-001074 <br> : <br> : <br> : <br> : |

## AFFIDAVIT OF BRIAN P. DUNPHY, ESQ.

Pursuant to 28 U.S.C. § 1746, I, Brian Dunphy, declare as follows under penalty of perjury:

1. I am an attorney with Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., and counsel for non-party Christopher Nowinski. I make this Affidavit on personal knowledge. I submit this Affidavit in support of Non-Party Christopher Nowinski's Opposition to Plaintiffs' Motion for Leave to File Motion to Compel Compliance with Deposition Subpoena.

2. Attached to this Affidavit as Exhibit A is a copy of the letter I sent to Plaintiffs' counsel on May 27, 2016. The descriptions of my conversations with Plaintiffs' counsel described in my May 27, 2016 letter (Exhibit A) are true and accurate to the best of my knowledge and belief.

Sworn to under the pains and penalties of perjury on this 3rd day of June, 2016.

/s/ Brian P. Dunphy

**Brian P. Dunphy, Esq.**

**MINTZ, LEVIN, COHN, FERRIS,**
 **GLOVSKY AND POPEO, P.C.**
**One Financial Center**
**Boston, MA 02111**
**Tel: (617) 542-6000**
**Fax: (617) 542-2241**
**BDunphy@mintz.com**

48364962v.1