# Exhibit 6

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
---------------------------------x
RUSS MCCULLOUGH, et al.,

        Plaintiff,

    vs.                             No. 3:15-cv-01074 (VLB)

WORLD WRESTLING ENTERTAINMENT, INC.,


        Defendant.
---------------------------------x
EVAN SINGLETON and VITO LOGRASSO,

        Plaintiffs,

    vs.                             No. 3:15-cv-00425 (VLB)

WORLD WRESTLING ENTERTAINMENT, INC.,


        Defendant.
---------------------------------x



VIDEOTAPED DEPOSITION OF VITO LOGRASSO

Philadelphia, Pennsylvania

May 18, 2016

9:35 a.m.




Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 44300

```
                                    2                                              4
                                         1   APPEARANCES (Cont.d):
                                         2
                                         3
                                         4   Attorneys for Defendant
                                         5     K&L GATES, LLP
                                         6     210 Sixth Avenue
                                         7     Pittsburgh, Pennsylvania 15222
       May 18, 2016                      8     BY:  JERRY McDEVITT, ESQ.
       9:35 a.m.                         9          jerry.mcdevitt@klgates.com
                                        10          STEFANIE M. LACY, ESQ.
   Videotaped Deposition of VITO        11          stefanie.lacy@klgates.com
LOGRASSO, held at the offices of        12
Kleinbard, LLC, 1650 Market Street,     13
Philadelphia, Pennsylvania, pursuant to 14   ALSO PRESENT:
notice, before Jennifer Ocampo-Guzman,  15     JOSEPH WILLS, Videographer
a Certified Real-Time Shorthand
Reporter and Notary Public of the
Commonwealth of Pennsylvania.
```

```
                                    3                                              5
1   APPEARANCES:                         1         THE VIDEOGRAPHER:  We are now on
                                         2   the record.
                                         3         My name is Joseph Wills, the
    Attorneys for Plaintiff Vito LoGrasso 4  videographer obtained by David Feldman
       POGUST BRASLOW MILLROOD, LLC      5   Worldwide.  This is a video deposition
       Eight Tower Bridge                6   for the United States District Court for
       161 Washington St., Suite 1520    7   the District of Connecticut.  Today's
       Conshohocken, Pennsylvania 19428  8   date is May 18, 2016, and the video time
       BY:  ANDREW J. SCIOLLA, ESQ.      9   is 9:35 a.m.
            asciolla@pbmattorneys.com   10         This deposition is being held at
                                        11   1650 Market Street, Philadelphia,
                                        12   Pennsylvania, in the matters of
    Attorneys for Plaintiff Vito LoGrasso 13 McCullough, et al., versus World
       KYROS LAW OFFICES                14   Wrestling Entertainment Incorporated and
       17 Miles Road                    15   Singleton and LoGrasso versus World
       Hingham, Massachusetts 02043     16   Wrestling Entertainment Incorporated.
       BY:  KONSTANTINE W. KYROS, ESQ.  17   The deponent is Vito LoGrasso.
            kon@kyroslaw.com            18         Will all counsel please identify
            ANTHONY NORRIS, ESQ.        19   themselves.
                                        20         MR. SCIOLLA:  Andrew Sciolla from
                                        21   Pogust Braslow Millrood, on behalf the
                                        22   plaintiff, Vito LoGrasso.
                                        23         MR. KYROS:  Konstantine Kyros,
                                        24   Kyros Law Offices, for the plaintiff,
                                        25   Vito LoGrasso.
```

2 (Pages 2 to 5)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                        6                                              8
 1        MR. NORRIS: Anthony Norris, Kyros    1     A.  She was more of an indie wrestler.
 2   Law Offices, for the plaintiff.           2     Q.  When were you married?
 3        MR. McDEVITT: Jerry McDevitt for     3     A.  September 27, 2014.
 4   WWE.                                      4         If I got that wrong, I die.
 5        MS. LACY: Stefanie Lacy for WWE.     5     Q.  We're going ask her whether you
 6   V I T O  J.  L O G R A S S O, called      6   were right.
 7   as a witness, having been duly sworn, was 7         MR. SCIOLLA: Jerry, I don't meant
 8   examined and testified as follows:        8   interrupt, but as you can see, he's
 9   EXAMINATION BY                            9   leaning toward you.  As much as you can,
10   MR. McDEVITT:                            10   keep your voice up so that he can hear.
11     Q.  Would you state your name for the  11         MR. McDEVITT: If you can't hear or
12   record, please?                          12   understand any question I ask you, just
13     A.  Veto J. LoGrasso.                  13   tell me and I will be glad to raise my
14     Q.  Have you ever testified under oath 14   voice, but I don't want to appear like
15   before?                                  15   I'm yelling at you.
16     A.  No, sir.                           16         I may yell at you anyway, but --
17     Q.  Do you understand the oath you've  17         THE WITNESS: It's okay.
18   just taken?                              18     Q.  But seriously, if you cannot hear
19     A.  Yes, sir.                          19   me, tell me.
20     Q.  And you understand it obligates you 20    A.  Okay.
21   to tell the truth, even if telling the truth  REDACTED
22   is against your interest?
23     A.  Yes.
24     Q.  And even if the truth is contrary
25   to what you said in court pleadings?

                                        7                                              9
 1     A.  Yes, sir.
     REDACTED                                  2     Q.  And prior to moving to
                                               3   Pennsylvania, you lived in Florida?
                                               4     A.  Yes, sir.
                                               5     Q.  When did you move to Pennsylvania?
                                               6     A.  Let's see.  I'm not sure of the
 7     Q.  Do you own that property?           7   day.  I know it was in 2014, I think.
 8     A.  No, I do not.  My wife does.        8     Q.  The year is fine.  The year 2014?
 9     Q.  How long have you lived there?      9     A.  I think so, yeah.
10     A.  Two years, I think.                10     Q.  Why did you move back to
11     Q.  Does anybody else live there       11   Pennsylvania?
12   besides you and your wife?               12     A.  Because I closed my wrestling
13     A.  No, just us.                       13   school, and I decided to get married.
14     Q.  What is your wife's name?          14     Q.  Why couldn't you stay in Florida?
15     A.  Becca, B-E-C-A -- C-C-A.           15     A.  My wife lives here, and she has two
16     Q.  What was her maiden name?          16   children here.
17     A.  Ford.                              17     Q.  Is it true you hate living in
18     Q.  And am I correct, she was also a   18   Pennsylvania?
19   previous performer in the wrestling business? 19    A.  Say that one more time?
20     A.  Yes, sir.                          20     Q.  You hate living in Pennsylvania?
21     Q.  But not with WWE, correct?         21     A.  I'm not fond of Pennsylvania.  The
22     A.  No.                                22   people are nice, but I'm not too fond of
23     Q.  She was with WCW?                  23   Pennsylvania.
24     A.  No.                                24     Q.  Have you told some of your
25     Q.  Who did she perform for?           25   healthcare providers you hate living in
```

3 (Pages 6 to 9)

**Page 250**

```
1    on the weeks that I was off.
2        Q.  Was DeMott a Facebook friend of
3    yours?
4        A.  No.
5        Q.  Never?
6        A.  He was at one time, I believe.
7        Q.  And when was that?
8        A.  I'm not even sure.
9        Q.  Did you ever read any congressional
10   testimony in the Benoit matter?
11       A.  Read congressional testimony?
12       Q.  Yeah.
13       A.  No.
14       Q.  Are you a boxing fan?
15       A.  A boxing fan?
16       Q.  Yes.
17       A.  Yes, sir.
18       Q.  And do you follow Muhammad Ali?
19       A.  Pretty much.
20       Q.  And have you followed his
21   deterioration in health?
22       A.  I know of it.  I don't follow it,
23   as per se.
24       Q.  And what is your understanding of
25   what caused his deterioration?
```

**Page 251**

```
1            MR. SCIOLLA:  Objection, calls for
2        speculation.
3        A.  It's a lot of blows to the head.
4        Q.  Did you see him light the Olympic
5    torch in Atlanta several years ago?
6        A.  I might have.
7        Q.  Did you generally watch the
8    Olympics?
9        A.  I watched the Olympics.  I might
10   have watched him do it.  I'm not sure.
11       Q.  Are you familiar with what I'm
12   talking about?  How he came out and lit the
13   Olympic torch in Atlanta in 1996?
14       A.  Vaguely.
15       Q.  And if you watched that in 1996 and
16   you watched Muhammad Ali, did you conclude
17   that he was suffering from brain damage?
18           MR. SCIOLLA:  Objection, calls for
19       speculation.
20       A.  I don't know because I didn't watch
21   the tape, so I don't know.  Again, I can't
22   answer that.
23       Q.  Have you seen him in public where
24   he shakes?
25       A.  I've seen him with the shakes.
```

**Page 252**

```
1        Q.  And he didn't seen talk any more,
2    does he?
3        A.  Not that I know of, sir.
4            MR. SCIOLLA:  Objection, calls for
5        speculation.
6        Q.  And he's been that way for quite a
7    while, hasn't he?
8            MR. SCIOLLA:  Objection.
9        A.  I think so.
10       Q.  And that's another instance where
11   you could have deduced that that man suffered
12   brain damage from blows to the head, right?
13           MR. SCIOLLA:  Objection.
14       A.  I would assume so.
15       Q.  You indicated I think --
16           MR. McDEVITT:  Strike that.
17       Q.  When did you say your last match in
18   2007 with WWE in the main roster was?
19       A.  I didn't.
20       Q.  When was that?
21       A.  I'm not sure.
22       Q.  It was prior to June though, wasn't
23   it.
24           I mean, you were gone by the time
25   Benoit had murdered his wife, right?
```

**Page 253**

```
1        A.  Yes.
2        Q.  Did you talk to him in that part of
3    2007, prior to the murders?
4        A.  Locker room talk?
5        Q.  Yeah.
6        A.  "How are you doing, what's going
7    on."
8        Q.  Right.
9        A.  I mean before Eddie Guerrero died,
10   we were talking this, me, Nunzio, Chavo,
11   Benoit and Eddie, we used to go to the gym
12   all the time at the same time, and we all
13   used to meet.
14           So you're asking me if I was
15   friendly with him, during train or after
16   shows, yes.
17           Have an extensive conversations
18   with him, no.
19       Q.  Do you remember the last time you
20   talked to him?
21       A.  Not at all.
22       Q.  Have you ever known any 85-year-old
23   people with dementia?
24       A.  85-year-old people with the
25   dementia?
```

64 (Pages 250 to 253)

| 254 | 256 |
|---|---|
| 1  Q. Around 85 years old. Have you ever<br>2 known anybody with dementia?<br>3  A. I know one or two people.<br>4  Q. And how old are they?<br>5  A. I could say the one person I know<br>6 is 50 or 60.<br>7  Q. And how far along is their<br>8 dementia?<br>9  A. I really don't keep up with him. I<br>10 know him, when I see him I'm nice to him. I<br>11 say, hello, how are you doing today. It<br>12 doesn't look very well but, you know.<br>13  Q. Is he capable of managing his<br>14 affairs?<br>15  A. Is he capable of what?<br>16  Q. Capable of managing his own<br>17 affairs?<br>18  A. No.<br>19  Q. Would he be capable, for example,<br>20 of getting on a plane and flying to a strange<br>21 city?<br>22    MR. SCIOLLA: Objection, calls for<br>23 speculation.<br>24  A. No.<br>25  Q. Did the Chris Benoit that you knew | 1  A. You're talking like in general<br>2 circles about your own opinion about<br>3 different people. So I mean you know it's<br>4 not about being any kind of thing like fraud,<br>5 but it's what you think about that person.<br>6  Q. So that, in your mind, if you<br>7 express your truthful opinion, based on your<br>8 knowledge of Chris Benoit, no way; you don't<br>9 think you're trying to deceive anybody.<br>10 You're just expressing your opinion about<br>11 what you knew about the man?<br>12    MR. SCIOLLA: Object to the form.<br>13  Q. Is that fair to say?<br>14  A. Fair, fair statement.<br>15  Q. Back in 2007, after Benoit, after<br>16 the initial discovery of the murders, do you<br>17 recall, there was a lot of discussion about<br>18 whether that was associated with steroid<br>19 rage?<br>20  A. That's what they said it was part<br>21 of.<br>22  Q. Right after the murder.<br>23    And did that concern you as a<br>24 steroid user?<br>25  A. Well, when you are on steroids like |

| 255 | 257 |
|---|---|
| 1 before you left WWE strike you as an 85 year<br>2 old with dementia?<br>3  A. No.<br>4  Q. No.<br>5    And nobody who knew him would have<br>6 thought he had dementia on a scale of an<br>7 85 year old dementia, would they?<br>8    MR. SCIOLLA: Objection, calls for<br>9 speculation.<br>10  A. It wasn't even a thought.<br>11  Q. And so if somebody had said to you<br>12 back in 2007 when Chris Benoit did what he<br>13 did, "Vito, he's like an 85-year-old with<br>14 dementia," what would you have said to that?<br>15    MR. SCIOLLA: Objection, calls for<br>16 a hypothetical.<br>17  A. I would say that it's a standard no<br>18 way, I can't believe it. But that's I think<br>19 everybody's reaction.<br>20  Q. And if you had said that, would you<br>21 think you would be committing some kind of<br>22 fraud by expressing your opinion that you<br>23 didn't believe that?<br>24    MR. SCIOLLA: Objection, calls for<br>25 speculation. | 1 that, you know, you do have these bits of<br>2 rage. So I mean, it is possible.<br>3  Q. So did that make you more<br>4 interested in the story as to whether or not<br>5 that could have been the cause?<br>6  A. There's a difference between taking<br>7 steroids and taking testosterone replacement.<br>8  Q. Understood.<br>9  A. So I mean when you are taking<br>10 testosterone replacement, you are replacing<br>11 testosterone because you have a deficiency.<br>12 When you are taking steroids, you're taking<br>13 them for other gains and goals.<br>14    So when you are on a mild dose, you<br>15 know, the effect of having those rages are<br>16 very limited. You do get irritable. I'm not<br>17 saying that. But they're much greater when<br>18 you're actually taking steroids.<br>19  Q. But is the fact that steroids were<br>20 put in play in this case something that made<br>21 you more interested in the story?<br>22  A. No. Like I said -- like I said,<br>23 you know, like him doing that and everything<br>24 that happened, my interest of it was, okay,<br>25 it's a shock value, but after that, it really |