# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:15-cv-001074 (VLB) <br> Lead Case |
| EVAN SINGLETON and VITO LOGRASSO, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:15-CV-00425 (VLB) <br> Consolidated Case |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA

Pursuant to Local Rule of Civil Procedure 7(c), Plaintiffs Evan Singleton and Vito LoGrasso ("Plaintiffs") respectfully move for reconsideration of the Court's Order (Doc. No. 171) denying Plaintiffs' Motion for Leave of this Court to Reopen Discovery so that Plaintiffs may file a Motion to Compel Compliance with the Deposition Subpoena of Chris Nowinski in Massachusetts.

As set forth in the accompanying Memorandum of Law in support of this motion, Plaintiffs respectfully submit that the Court should reconsider its order because the Court erred in denying the Plaintiffs' motion and not granting Plaintiffs a brief extension of the discovery period to enforce their timely served subpoena and conduct the deposition of Mr. Chris Nowinski. A similar two-week extension was granted by the Court for the deposition of Stephanie McMahon; nevertheless, Plaintiffs finalized that deposition on the exact same day as the Court's Order granting the extension. As such, it should be clear that Plaintiffs have no desire to prolong discovery or delay this litigation for any longer than absolutely necessary. As discussed in detail in the accompanying Memorandum of Law, Mr. Nowinski possesses critical information related to Plaintiffs' claims, and Defendant's repeated attempts to frustrate and side-step all of Plaintiffs' discovery requests related to Mr. Nowinski have so far prove successful and are the true cause of the delay despite Plaintiffs' diligent efforts to conduct relevant and appropriate discovery.

Accordingly, for good reasons shown, the Court should grant Plaintiffs' motion for reconsideration, briefly reopen discovery, and grant Plaintiffs' motion for leave of court to compel Mr. Nowinski's appearance at his properly noticed and subpoenaed deposition.

            */s/ Andrew J. Sciolla*
            **Andrew J. Sciolla, Esquire**
            **Harris L. Pogust, Esquire**
            **Pogust Braslow & Millrood, LLC**
            **Eight Tower Bridge, Suite 940**
            **161 Washington Street**
            **Conshohocken, PA 19428**
            **Telephone: (610) 941-4204**
            **Facsimile: (610) 941-4245**
            **asciolla@pbmattorneys.com**
            **hpogust@pbmattorneys.com**

            **Konstantine W. Kyros**
            **Anthony M. Norris**

**KYROS LAW OFFICES**
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com
anorris@kyroslaw.com

Charles J. LaDuca
**CUNEO GILBERT & LADUCA, LLP**
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
Telephone:  (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

William M. Bloss
Federal Bar No: CT01008
**KOSKOFF, KOSKOFF & BIEDER**
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com


Erica Mirabella
CT Fed. Bar #: phv07432
**MIRABELLA LAW LLC**

**132 Boylston Street, 5th Floor**
**Boston, MA 02116**
**Telephone: 617-580-8270**
**Facsimile: 617-580-8270**
**Erica@mirabellaLLC.com**

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of June, 2016, a copy of the foregoing Motion for Reconsideration was served via this Court's electronic case filing system to all counsel of record.

                                      */s/Andrew J. Sciolla*
                                      **Andrew J. Sciolla**