# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EVAN SINGLETON and VITO LOGRASSO,**<br><br>Plaintiffs,<br><br>v.<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.,**<br><br>Defendant | Lead Case No. 3:15-cv-1074-VLB |

## NOTICE OF DEPOSITION OF CHRISTOPHER NOWINSKI

PLEASE TAKE NOTICE, that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the oral deposition of CHRISTOPHER NOWINSKI on June 1, 2016 beginning at 10:30 a.m. at the offices of Mirabella Law, 132 Boylston Street, 5th Floor, Boston, Massachusetts before a certified court reporter or other competent authority authorized to administer oaths. The deposition will continue from day to day until completed and will be recorded by audio, audiovisual, videographic, and/or stenographic means.

| | |
|---|---|
| **Dated: May 10, 2016** | **Respectfully Submitted,**<br><br>*s/ Erica Mirabella*<br><br>Erica C. Mirabella<br>CT Fed. Bar #: phv07432<br>MIRABELLA LAW LLC<br>132 Boylston Street, 5th Flr<br>Boston, MA 02116<br>Telephone: 617-580-8270<br>Facsimile: 617-583-1905<br>erica@mirabellaLLC.com |

1

Konstantine W. Kyros
**KYROS LAW OFFICES**
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Charles J. LaDuca
**CUNEO GILBERT & LADUCA, LLP**
8120 Woodmont Avenue,
Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**
7733 Forsyth Boulevard,
Suite 1675
St. Louis, MO  63105
Telephone: (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

William M. Bloss
Federal Bar No: CT01008
**KOSKOFF, KOSKOFF & BIEDER**
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
**LOCKRIDGE GRINDAL NAUEN**
100 Washington Ave., S.,
Suite 2200
Minneapolis, MN 55401-2179

2

Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2016, a copy of the foregoing NOTICE OF DEPOSITION OF CHRISTOPHER NOWINSKI was served in accordance with Federal Rule of Civil Procedure Rule 5, via electronic mail to the following counsel of record:

Jeffrey Mueller, Esquire
Day Pitney
242 Trumbull Street
Hartford, CT 06103-1212
jmueller@daypitney.com

Jerry S. McDevitt, Esquire
K&L Gates
210 Sixth Avenue
Pittsburgh, PA 15222-2613
jerry.mcdevitt@klgates.com

**I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.**

*s/ Erica Mirabella*
**Erica C. Mirabella**

4