UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE,<br>individually and on behalf of all others similarly situated, | :<br>:<br>: | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:15-cv-001074 (VLB) |
| v. | : | Lead Case |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | :<br>: | |
| Defendant. | | |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | :<br>:<br>: | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:15-CV-00425 (VLB) |
| | : | Consolidated Case |
| WORLD WRESTLING ENTERTAINMENT, INC., | :<br>: | |
| Defendant. | | |

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs submit this Notice of Supplemental Authority in further support of their Motion for Reconsideration seeking leave to depose Chris Nowinski after the close of discovery. As Plaintiffs argued in their underlying motion, Mr. Nowinski has significant connections with WWE that relate specifically to WWE's "a specific knowledge of OR an appreciable risk of a link between wrestling activity and permanent degenerative neurological conditions." Order Granting in Part

and Denying in Part Plaintiffs' Motions to Compel (Dkt. 160).  Mr. Nowinski suffered repeated concussions during his tenure as a WWE wrestler; he was actively researching and authoring a book regarding the long-term effects of concussions when he was employed by WWE following his retirement in 2008; and his concussion research organization, Concussion Legacy Foundation, has received significant financial contributions from WWE.  *See* Memorandum of Law in Support of Motion for Reconsideration at 2-7 (Dkt. 174-1).

After Plaintiffs filed their motion, the Boston Globe published an article examining Mr. Nowinski and his foundation's relationship with WWE and the conflict of interest it has created.  *See* Exhibit A, Bob Hohler, *Ex-Wrestlers Say One Of Their Own Sells Them Short*, Boston Globe, June 12, 2016, *available at* http://tinyurl.com/jz5h7xyl (last visited June 14, 2016).  Since WWE agreed to donate $2.7 million to the foundation in 2013, "Nowinski and his foundation staff have reached out to the families of 12 deceased athletes to acquire their brains for researchers to study for links between repetitive head blows and [CTE], . . . [b]ut none of those brains belonged to a professional wrestler, *despite nearly 100 of them dying since the WWE's initial gift to Nowinski's foundation.*"  *Id*. at 2 (emphasis added).  In addition, a noted neuropathologist and CTE researcher told the Boston Globe that, while she "has examined nearly all the brains Nowinski and his team have obtained *since 2008*, . . . only one them belonged to a professional wrestler."  *Id*. at 5 (emphasis added).  In short, this article outlines the very same relevant knowledge Mr. Nowinski possesses and which Plaintiffs seek to explore.  Plaintiffs therefore respectfully request that this Court

reconsider its Order on Plaintiffs' Motion for Leave to File Motion to Compel Compliance with Deposition Subpoena..

Dated:  June 14, 2016                    Respectfully Submitted,

*s/ Andrew J. Sciolla*
**Andrew J. Sciolla, Esquire**
**Harris L. Pogust, Esquire**
**Pogust Braslow & Millrood, LLC**
**Eight Tower Bridge, Suite 940**
**161 Washington Street**
**Conshohocken, PA 19428**
**Telephone: (610) 941-4204**
**Facsimile: (610) 941-4245**
**asciolla@pbmattorneys.com**
**hpogust@pbmattorneys.com**

**Konstantine W. Kyros**
**KYROS LAW OFFICES**
**17 Miles Rd.**
**Hingham, MA 02043**
**Telephone: (800) 934-2921**
**Facsimile: 617-583-1905**
**kon@kyroslaw.com**

**Michael J. Flannery**
**CUNEO GILBERT & LADUCA, LLP**
**7733 Forsyth Boulevard, Suite 1675**
**St. Louis, MO  63105**
**Telephone:  (314) 226-1015**
**Facsimile: (202) 789-1813**
**mflannery@cuneolaw.com**

**Charles J. LaDuca**
**CUNEO GILBERT & LADUCA, LLP**
**8120 Woodmont Avenue, Suite 810**
**Bethesda, MD 20814**
**Telephone: (202) 789-3960**
**Facsimile: (202) 789-1813**
**charles@cuneolaw.com**

**William M. Bloss**
**Federal Bar No: CT01008**
**KOSKOFF, KOSKOFF & BIEDER**
**350 Fairfield Avenue**

**Bridgeport, CT 06604**
**Telephone: 203-336-4421**
**Facsimile: 203-368-3244**

**Robert K. Shelquist**
**Scott Moriarity**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**100 Washington Ave., S., Suite 2200**
**Minneapolis, MN 55401-2179**
**Telephone: (612) 339-6900**
**Facsimile: (612) 339-0981**
**rkshelquist@locklaw.com**
**samoriarity@locklaw.com**

**Erica Mirabella**
**CT Fed. Bar #: phv07432**
**MIRABELLA LAW LLC**
**132 Boylston Street, 5th Floor**
**Boston, MA 02116**
**Telephone: 617-580-8270**
**Facsimile: 617-580-8270**
**Erica@mirabellaLLC.com**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2016, a copy of the foregoing Notice of Supplemental Authority was served via this Court's electronic case filing system.

*s/ Andrew J. Sciolla*
**Andrew J. Sciolla, Esquire**
