# Exhibit B

| | |
|---|---|
| EVAN SINGLETON and VITO LOGRASSO, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, <br><br> Defendant. | CIVIL ACTION <br> NO. 3:15-CV-001074 |

## AFFIDAVIT OF CHRISTOPHER NOWINSKI

Pursuant to 28 U.S.C. § 1746, I, Christopher Nowinski, declare as follows under penalty of perjury:

1. I was never an employee of World Wrestling Entertainment. I was an independent contractor.

2. After I retired from wrestling in 2003, I occasionally participated in WWE programs as an independent contractor through independent contractor agreements. As my LinkedIn profile indicates, I primarily participated in programs designed to increase youth voter turnout in political elections.

3. I did not work at WWE corporate headquarters as part of my participation in these programs. I did not have "regular interactions with WWE executives," as Plaintiffs assert, as part of my participation in these programs.

4. After 2003, I was living in Boston, MA and began doing my own independent research for the book that I eventually published in

**2006, entitled *Head Games*, *Football's Concussion Crisis from the NFL to Youth Leagues*. By 2007, I was working to form a non-profit organization called the Sports Legacy Institute (now called the Concussion Legacy Foundation).**

**Sworn to under the pains and penalties of perjury that the foregoing is true and correct on this 20th day of June, 2016.**

                                        **/s/ Christopher Nowinski**

                                        **Christopher Nowinski**

49659211