UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, *et al.*, | : NO. 3:15-CV-01074-VLB |
| | : LEAD CASE |
| Plaintiffs, | : |
| | : |
| VS. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| | : |
| | : |
| Defendant. | : JULY 21, 2016 |

## NOTICE OF FILING OF NOTICE OF RELATED CASES

Pursuant to Local Rule of Civil Procedure 40(b)(2), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby provides notice that it has filed the attached Notice of Related Cases ("Notice") in the case captioned *Laurinaitis, et al. v. World Wrestling Entertainment, Inc., et al.*, No. 3:16-CV-01209-WWE ("*Laurinaitis* Action"), which was filed on July 18, 2016, and initially assigned to the Honorable Warren W. Eginton.  The Notice requests the transfer of the *Laurinaitis* Action to the Honorable Vanessa L. Bryant because it is related to the already pending cases in this Consolidated Action.

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,**

**By: /s/ Jeffrey P. Mueller**
**Jerry S. McDevitt (*pro hac vice*)**
**Terry Budd (*pro hac vice*)**
**Curtis B. Krasik *(pro hac vice*)**
**K&L GATES LLP**
**K&L Gates Center**
**210 Sixth Avenue**
**Pittsburgh, PA 15222**
**Phone: (412) 355-6500**
**Fax: (412) 355-6501**
**Email: jerry.mcdevitt@klgates.com**
**Email: terry.budd@klgates.com**
**Email: curtis.krasik@klgates.com**

**Thomas D. Goldberg (ct04386)**
**Jonathan B. Tropp (ct11295)**
**Jeffrey P. Mueller (ct27870)**
**DAY PITNEY LLP**
**242 Trumbull Street**
**Hartford, CT 06103**
**Phone: (860) 275-0100**
**Fax: (860) 275-0343**
**Email: tgoldberg@daypitney.com**
**Email: jbtropp@daypitney.com**
**Email: jmueller@daypitney.com**

**Its Attorneys**

.

-3-

## CERTIFICATION OF SERVICE

     I hereby certify that on July 21, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             */s/ Jeffrey P. Mueller*
                                             Jeffrey P. Mueller (ct27870)