# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| vs. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | August 1, 2016 |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| vs. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | August 1, 2016 |

### MOTION TO SEAL WORLD WRESTLING ENTERTAINMENT, INC.'S LOCAL RULE 56(a)(1) STATEMENT AND APPENDIX TABS TO LOCAL RULE 56(a)(1) STATEMENT

Pursuant to Local Civil Rule 5(e), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves to file under seal (1) an unredacted version of Defendant's Local Rule 56(a)(1) Statement ("Statement"), and (2) Appendix Tabs 5, 6, 8-11, 12, 14, 21, 22, 25-31, 47, 49-74, 80-85, & 86-92 to its Local Rule 56(a)(1) Statement.

Defendant's Statement and Appendix Tabs 5, 6, 8-11, 12, 14, 21, 22, 25-31, 47, 49-74, 80-85, & 86-92 contain material that has been designated as

CONFIDENTIAL pursuant to the Court's Standing Protective Order governing this action. The Statement and exhibits contain proprietary business information of WWE that has not been made public by WWE.

Accordingly, WWE requests permission to file an unredacted version of the Statement and Appendix Tabs 5, 6, 8-11, 12, 14, 21, 22, 25-31, 47, 49-74, 80-85, & 86-92 under seal. WWE has served an unredacted version of these documents on Plaintiffs and has filed them under seal with the Court in accordance with Local Civil Rule 5(e). Redacted versions of these documents have been filed electronically.

DEFENDANT WORLD WRESTLING
ENTERTAINMENT, INC.,

By: /s/ Jerry S. McDevitt
Jerry S. McDevitt (pro hac vice)
Terry Budd (pro hac vice)
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: terry.budd@klgates.com
Email: curtis.krasik@klgates.com

Thomas D. Goldberg (ct04386)
Jonathan B. Tropp (ct11295)
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: tgoldberg@daypitney.com
Email: jbtropp@daypitney.com
Email: jmueller@daypitney.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 1, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I further certify that on August 1, 2016, a copy of this Motion to Seal and the documents referenced herein were served on lead counsel by First Class Mail.

> Konstantine W. Kyros
> **KYROS LAW OFFICES**
> 17 Miles Rd.
> Hingham, MA 02043
> Telephone: (800) 934-2921
> Facsimile: 617-583-1905
> kon@kyroslaw.com

*/s/ Jeffrey P. Mueller*