# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH**, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| **Plaintiffs,** | : | |
| vs. | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| **Defendant.** | : | |

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO LOGRASSO,** | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| **Plaintiffs,** | : | |
| vs. | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| **Defendant.** | : | |

# APPENDIX TO
# DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S
# <u>LOCAL RULE 56(a)(1) STATEMENT</u>

## INDEX

| App. Tab # | Description |
|---|---|
| 1. | **Plaintiff Vito LoGrasso's Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Set of Requests for Admission, dated April 14, 2016** |
| 2. | **Plaintiff Evan Singleton's Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Set of Requests for Admission, dated April 14, 2016** |
| 3. | **Exhibits to Defendant World Wrestling Entertainment, Inc.'s First Set of Requests for Admission, dated February 8, 2016**<br><br>**(CDs containing exhibits 18, 31, 94 filed manually)** |
| 4. | **Transcript of Deposition of Vito LoGrasso, taken May 18, 2016** |
| 5. | **May 6, 2009 Email from Vito LoGrasso to John Laurinaitis, Ty Bailey, Steve Keirn, produced by Defendant at WWE_SING00002132-133, marked as LoGrasso Depo. Ex. 3**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 6. | **Vito LoGrasso Booking Contract, dated June 28, 2005, marked as LoGrasso Depo. Ex. 19, produced by Defendant at WWE_SING00000307-332**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 7. | **Affidavit of George Germanakos, dated June 22, 2016**<br><br>**(CD containing Exhibits 1-2 filed manually)** |
| 8. | **May 16, 2007 letter from Joe Bogdan to Vito LoGrasso, produced by Defendant at WWE_SING00000305-306**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 9. | **Excerpted testimony from the 30(b)(6) deposition of Paul Levesque, taken May 31, 2016**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |

| App. Tab # | Description |
|---|---|
| 10. | **Excerpted testimony from the deposition of Stephanie McMahon, taken May 26, 2016**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 11. | **Declaration of John Laurinaitis**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 12. | **Excerpted testimony from the deposition of Vincent McMahon, taken May 27, 2016**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 13. | **Plaintiff Vito LoGrasso's Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First and Second Set of Interrogatories, dated March 30, 2016** |
| 14. | **Treatment notes of Vito LoGrasso, marked as LoGrasso Depo. Ex. 21, produced by Defendant at WWE_SING00000517-520**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 15. | **Slow motion footage from October 10, 2006 match, marked as LoGrasso Depo. Ex. 20**<br>**(DVD filed manually)** |
| 16. | **Video footage of August 29, 2006 match, marked as LoGrasso Depo. Ex. 17**<br>**(DVD filed manually)** |
| 17. | **Letter from Vincent McMahon to Vito LoGrasso, dated January 20, 2011, produced by Defendant at WWE_SING00000507** |
| 18. | **Letter from Vincent McMahon to Vito LoGrasso, dated February 19, 2010, produced by Defendant at WWE_SING00000508** |
| 19. | **Letter from Vincent McMahon to Vito LoGrasso, dated August 1, 2008, produced by Defendant at WWE_SING00000509-510** |
| 20. | **Letter from Vincent McMahon to Vito LoGrasso, dated March 24, 2009, produced by Defendant at WWE_SING00000511** |

| App. Tab # | Description |
|---|---|
| 21. | **Excerpted testimony from the deposition of William DeMott, Jr., taken May 17, 2016**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 22. | **Medical report of Vito LoGrasso appointment with Dr. Joseph Handler, dated March 2, 2015, produced by Dr. Handler in response to subpoena**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 23. | **Article titled "Big Vito talks about wanting to work with Jeff Jarrett, and much more" from onlineworldofwrestling.com, dated February 28, 2014, marked as LoGrasso Depo. Ex. 7** |
| 24. | **AngryMarks Podcast Network - The Undisputed Wrestling Show - Episode 6 with Big Vito LoGrasso & CZW's Lucky 13, dated February 11, 2014, marked as LoGrasso Depo. Ex. 8**<br><br>**(DVD filed manually)** |
| 25. | **History and Physical medical report of Vito LoGrasso appointment with Dr. Mariotti, dated May 17, 2012, produced by Dr. Smith in response to subpoena**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 26. | **Standard Commission History and Physical Examination Record for License as a Wrestler, dated July 12, 2005, produced by Defendant at WWE_SING00003014-15**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 27. | **Medical report of Vito LoGrasso appointment with Dr. Adams, dated May 5, 2015, marked as Adams Depo. Ex. 9, produced by Human Services Inc. in response to subpoena**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 28. | **Medical report of Vito LoGrasso appointment with Dr. Kerr, dated July 13, 2015, marked as Adams Depo. Ex. 6, produced by Human Services Inc. in response to subpoena**<br><br>**[Designated Confidential pursuant to the Standing Protective Order]** |

| App. Tab # | Description |
| --- | --- |
| 29. | Excerpted testimony from the deposition of Dr. George Adams, taken May 6, 2016<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 30. | Patient information, MRI report, CT report, dated March 8 & 10, 2015, produced by Brandywine Hospital in response to subpoena<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 31. | MRI report, dated April 28, 2015, produced by Delaware County Open MRI in response to subpoena<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 32. | Mayo Clinic web page, referenced in Plaintiffs' Second Amended Complaint |
| 33. | 2005 article authored by Bennet Omalu, et al., "Chronic Traumatic Encephalopathy in a National Football League Player" |
| 34. | Sports Legacy Institute press release, "Sports Legacy Institute Announces Findings of Forensic Examinations on Wrestler Chris Benoit's Brain," dated September 5, 2007, produced by Defendant at WWE_SING00000550-570 |
| 35. | Letter and certified mail receipt from Jerry McDevitt, Esq. to Chris Nowinski, dated September 25, 2007, produced by Defendant at WWE_SING00000575-578 |
| 36. | Letter and attachment from Jerry McDevitt, Esq. to Julian Bailes, dated January 19, 2010, produced by Defendant at WWE_SING00000579-583 |
| 37. | Email attaching letter from Jerry McDevitt, Esq. to Julian Bailes, dated January 19, 2010, produced by Defendant at WWE_SING00000584-589 |
| 38. | Letter from Robert Fitzsimmons, Esq. to Jerry McDevitt, Esq., dated February 17, 2010, produced by Defendant at WWE_SING00000590-591 |

-6-

| App. Tab # | Description |
| --- | --- |
| 39. | Email exchange between Robert Fitzsimmons, Esq. and Jerry McDevitt, Esq., dated between February 8-11, 2010, produced by Defendant at WWE_SING00000592-594 |
| 40. | [Intentionally left blank] |
| 41. | Email from Jerry McDevitt, Esq. to Robert Fitzsimmons, Esq., dated January 27, 2010, produced by Defendant at WWE_SING00000619-620 |
| 42. | Emailed letter from Robert Fitzsimmons, Esq. to Jerry McDevitt, Esq., dated January 26, 2010, produced by Defendant at WWE_SING00000621-623 |
| 43. | 2010 article authored by Bennet Omalu, et al., "Chronic traumatic encephalopathy in a professional American wrestler" |
| 44. | Transcript of CNN interview from CNN.com, November 7, 2007, referenced in Plaintiffs' Second Amended Complaint |
| 45. | DVD depicting video of excerpted testimony from the deposition of Vito LoGrasso, taken May 18, 2016<br><br>(DVD filed manually) |
| 46. | Transcript of Deposition of Evan Singleton, taken May 11, 2016 |
| 47. | Evan Singleton Booking Contract, dated December 16, 2011, marked as Singleton Depo. Ex. 11, produced by Defendant at WWE_SING00000334-358<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 48. | DVD depicting video of excerpted testimony from the deposition of Evan Singleton, taken May 11, 2016<br><br>(DVD filed manually) |
| 49. | Master Services Agreement between WWE and ImPACT Applications, Inc., dated March 10, 2008, produced by Defendant at WWE_SING00000277-297<br><br>[Designated Confidential pursuant to the Standing Protective Order] |

| App. Tab # | Description |
|---|---|
| 50. | **Excerpted testimony from the deposition of Dr. Joseph Maroon, taken May 20, 2016**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 51. | **Excerpted testimony from the deposition of Mark Lovell, Ph.D., taken May 24, 2016**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 52. | **Evan Singleton baseline ImPACT test clinical report, dated December 1, 2011, marked as Maroon Depo. Ex. 18, produced by Defendant at WWE_SING00000006-10**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 53. | **WWE Talent Relations Newsletter, dated February 2009, produced by Defendant at WWE_SING00000056-79**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 54. | **Presentation to wrestlers, dated January 25, 2010, produced by Defendant at IMPACT_SING00001875-888**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |
| 55. | **Videotaped presentation to wrestlers, dated January 25, 2010, produced by Defendant at WWE_SING00002999**<br>**[Designated Confidential pursuant to the Standing Protective Order]**<br>**(DVD filed manually)** |
| 56. | **Videotaped presentation to wrestlers, dated January 26, 2010, produced by Defendant at WWE_SING00003000**<br>**[Designated Confidential pursuant to the Standing Protective Order]**<br>**(DVD filed manually)** |
| 57. | **Presentation to wrestlers, dated April 4, 2011, produced by Defendant at WWE_SING00000909-942**<br>**[Designated Confidential pursuant to the Standing Protective Order]** |

| App. Tab # | Description |
|---|---|
| 58. | Videotaped presentation to wrestlers, dated April 4, 2011, produced by Defendant at WWE_SING00003002 |
| | [Designated Confidential pursuant to the Standing Protective Order] |
| | (DVD filed manually) |
| 59. | Email from John Laurinaitis to Stephanie McMahon and Paul Levesque, dated May 5, 2011, produced by Defendant at WWE_SING00002111 |
| | [Designated Confidential pursuant to the Standing Protective Order] |
| 60. | Email exchange between Kristin Altman and Matt Martlaro, dated May 11, 2011, produced by Defendant at WWE_SING00000904 |
| | [Designated Confidential pursuant to the Standing Protective Order] |
| 61. | Presentation to wrestlers, dated July 30, 2012, produced by Defendant at IMPACT_SING00001004-40 |
| | [Designated Confidential pursuant to the Standing Protective Order] |
| 62. | Videotaped presentation to wrestlers, dated August 9, 2012, produced by Defendant at WWE_SING00003004 |
| | [Designated Confidential pursuant to the Standing Protective Order] |
| | (DVD filed manually) |
| 63. | Videotaped presentation to wrestlers, dated July 8, 2013, produced by Defendant at WWE_SING00003005 |
| | [Designated Confidential pursuant to the Standing Protective Order] |
| | (DVD filed manually) |
| 64. | WWE Professional Development Program Overview, dated October 2015, produced by Defendant at WWE_SING00000107-126 |
| | [Designated Confidential pursuant to the Standing Protective Order] |

Case 3:15-cv-01074-VLB   Document 192   Filed 08/01/16   Page 9 of 12

-9-

| App. Tab # | Description |
|---|---|
| 65. | Videotaped presentation to wrestlers, dated September 16, 2013, produced by Defendant at WWE_SING00003006<br><br>[Designated Confidential pursuant to the Standing Protective Order]<br><br>(DVD filed manually) |
| 66. | Presentation to wrestlers, at various dates in 2014, produced by Defendant at WWE_SING00002869-890<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 67. | New Developmental Talent Orientation document, dated January 16-17, 2014, produced by Defendant at WWE_SING00001042-65<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 68. | New Developmental Talent Orientation document, dated May 5-6, 2014, produced by Defendant at WWE_SING00001066-98<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 69. | Email exchange between Stacy DePolo and Chris Nowinski, dated between July 24-August 25, 2014, produced by Defendant at WWE_SING00002825-827<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 70. | Email from Kristin Altman, dated October 15, 2014, produced by Defendant at WWE_SING00000106<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 71. | Rookie Orientation Agenda, dated October 27-28, 2014, produced by Defendant at WWE_SING00000103<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 72. | New Talent Orientation document, dated October 27-28, 2014, produced by Defendant at WWE_SING00000731-792<br><br>[Designated Confidential pursuant to the Standing Protective Order] |

| App. Tab # | Description |
|---|---|
| 73. | Presentation to wrestlers, dated November 30, 2015, produced by Defendant at IMPACT_SING00000112-144<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 74. | Email from Kristin Altman to Bill DeMott, dated August 3, 2012, produced by Defendant at WWE_SING00000096<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 75. | Printout of Twitter account for @MercerWWE, marked as Singleton Depo. Ex. 8 |
| 76. | Affidavit of Amanda Tustian, dated July 8, 2016 |
| 77. | Affidavit of Rob Naylor, dated July 9, 2016 |
| 78. | Plaintiff Evan Singleton's Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First and Second Set of Interrogatories, dated March 30, 2016 |
| 79. | Printout of Facebook account of Candace Renshaw, marked as Singleton Depo. Ex. 13 |
| 80. | Dr. Greenberg Followup Note on Evan Singleton, dated January 18, 2013, produced by Dr. Greenberg in response to subpoena<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 81. | Dr. Greenberg note clearing Evan Singleton to return to normal activity, dated January 18, 2013, produced by Defendant at WWE_SING00000419<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 82. | Email exchange between Brian Duncan, Chris Amann, and Stacy DePolo, dated February 12, 2013, produced by Defendant at WWE_SING00002236-237<br><br>[Designated Confidential pursuant to the Standing Protective Order] |

| App. Tab # | Description |
|---|---|
| 83. | Email exchange between Brian Duncan, Canyon Ceman, and Chris Amann, dated March 7, 2013, produced by Defendant at WWE_SING00002243-244<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 84. | Email exchange between Brian Duncan, Canyon Ceman, Chris Amann, Jane Geddes, and Stacy DePolo, dated between March 7-14, 2013, produced by Defendant at WWE_SING00002247-249<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 85. | Affidavit of Stacy DePolo, dated July 27, 2016<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 86. | MRI report dated November 14, 2012, produced by Dr. Rodgers-Neame in response to subpoena<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 87. | Excerpted testimony from the deposition of Dr. Michelle Mattingly, taken April 26, 2016<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 88. | Excerpted testimony from the deposition of Dr. Nancy Rodgers-Neame, taken April 29, 2016<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 89. | Report of examination by Dr. Lovell of Evan Singleton on October 22, 2012, produced by Defendant at WWE_SING00000416-417<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 90. | Summary of Consultation and Treatment by Dr. Unterberg, dated October 7, 2013, produced by Defendant at IMPACT_SING00000634-638<br><br>[Designated Confidential pursuant to the Standing Protective Order] |

| App. Tab # | Description |
|---|---|
| 91. | Consultation report by Dr. Maroon, dated December 5, 2013, produced by Defendant at IMPACT_SING00000572-575<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 92. | Concussion Evaluation by Dr. Mattingly of Evan Singleton, dated February 21, 2013, marked as Mattingly Depo. Ex. 28, produced by Dr. Mattingly in response to subpoena<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 93. | Excerpts from transcript of Hearing before The Honorable Vanessa L. Bryant, dated June 8, 2015 |
| 94. | DVD depicting video of excerpted testimony from the deposition of Evan Singleton, taken May 11, 2016<br><br>(DVD filed manually) |
| 95. | Declaration of Mark R. Lovell, dated July 27, 2016 |