# App. Tab 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSS McCULLOUGH, a/k/a "Big Russ McCullough," RYAN SAKODA, and MATTHEW R. WIESE, a/k/a "Luther Reigns," individually and on behalf of all others similarly situated,**<br><br>      **Plaintiffs,**<br><br>**vs.**<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.,**<br><br>      **Defendant.** | **LEAD CONSOLIDATED CASE NO. 3:15-cv-01074-VLB**<br><br><br><br>**FEBRUARY 8, 2016** |

## EXHIBITS TO

## DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S FIRST SET OF REQUESTS FOR ADMISSION <u>DIRECTED TO PLAINTIFF VITO LOGRASSO</u>

# EXHIBIT 1



# EXHIBIT 2

Home → Collections → Football

ALEX MARVEZ INSIDE THE RING

# Nowinski made smart decision after his concussion

January 5, 2007 | ALEX MARVEZ INSIDE THE RING

Chris Nowinski said he has splitting headaches, doesn't sleep well and is no longer able to work out intensely.

And this is 3 1/2 years after his last match inside a World Wrestling Entertainment ring.

Nowinski parlayed a stint on the Tough Enough reality series into a promising WWE career as the snooty Chris Harvard, a character that played off his legitimate Ivy League education. But Nowinski suffered a concussion during the annual Royal Rumble in January 2003 and continued to wrestle for six months without knowing the damage he was causing.

Plagued by post-concussion syndrome, an ailing Nowinski struggled through his matches before finally failing altogether to gain WWE medical clearance. Nowinski said the effects of his problems still linger today as he works as a consultant for a Boston-area pharmaceutical and biotechnical consulting company.

"It's reached a point where I can work at a regular job, but it's not ever going to be what it was," Nowinski said in a recent telephone interview. "My memory is mostly back. When I don't have headaches, I don't ever think about it. When I have to try and slog through the day, I can't help but wish it hadn't happened."

Nowinski now hopes to give football players a heads up to avoid the same fate.

While researching his medical problems, Nowinski became enough of an expert on the subject to write Head Games: Football's Concussion Crisis (The Drummond Publishing Group; $14.95). Nowinski tells his own story while also documenting alarming statistics about the impact of concussions on football players.

"When you watch a game, you sometimes see multiple cases of players being put back in when they're obviously impaired, which is absolutely not the way a guy should be treated," said Nowinski, who was unaware until properly diagnosed that he had suffered at least four previous concussions while playing football at Harvard and during wrestling training.

## Related Articles

Welch agrees to donate brain
October 1, 2008

Brain-injury Plea Heard Over Hype
February 5, 2010

Wwe's Daredevil Brothers Get Another Tag -- Authors
April 11, 2003

Mom's mission personalizes danger of concussions to young...
November 13, 2012

Thomas' Head Injury Lingers
August 11, 1999

## Find More Stories About

Football

Concussion

Headaches

# Food Stamp Cell Phone

qlinkwireless.com/Food-Stamp-Phone

On Food Stamps? Get a Free Phone! 100% Free Gov't Phone. Get it Now.

"At the youth level, the biggest problem is not so much the treatment they get but many of them don't have access to it. The majority of schools don't have medical people. ... Research shows that most players at that age don't even know what the injury is or what a concussion means."

Nowinski hasn't completely severed ties with WWE, as he serves as a "political correspondent" for the promotion's Smackdown the Vote campaign. Aimed at raising voter turnout among 18- to 30-year-olds, Nowinski has interviewed such personalities as California U.S. Rep. and House Minority Leader Barbara Pelosi, White House spokesman Tony Snow and comedian Carlos Mencia about "issues that were important to young people in the elections."

While grateful for the opportunity to remain affiliated with WWE, Nowinski admitted his view of wrestling and football has markedly changed from when he competed in them.

"I can't enjoy the big hits of football like I used to before I understood the downside to them," Nowinski said. "I don't necessarily enjoy some of the stuff we do in wrestling as much just because when I was younger I was all about high-risk stuff. Now that I've kind of gotten burnt by it, I want to look out for the guys doing it now. I hate to see guys getting hurt."

For more information on Head Games, visit www.concussioncrisis.com or www .chrisharvard.net.

**Upcoming show**

The Lifeguards vs. Black Market headlines a Division I Pro Wrestling show at 7:30 p.m. Saturday at the Davie P.A.L. Gym, 4300 SW 57th Terrace. Call 954-554-7688 or visit www.d1pw.com.

More of the Chris Nowinski interview can be found at www.wrestlingobserver.com. Questions can be sent to Alex Marvez c/o the South Florida Sun-Sentinel, 200 E. Las Olas Blvd., Fort Lauderdale, FL 33301, or e-mailed to amarvez@sun-sentinel.com. Please include your full name and city of residence. Because of volume, no phone calls will be accepted and letters will not receive a written reply.

**MORE:**

Do Heat appreciate magnitude of Game 5?

Could Heat find value in NBA free agency?

Would Heat give Peace a chance?

Can Bosh, Wade break out of their funk?

Do nicknames on jerseys go against Heat "sacrifice" mantra?

Does Wade retain edge on Stephenson?

Index by Keyword  |  Index by Date  |  Privacy Policy  |  Terms of Service

Please note the green-lined linked article text has been applied commercially without any involvement from our newsroom editors, reporters or any other editorial staff.

# EXHIBIT 3

# The New York Times

**PRO FOOTBALL**

# Expert Ties Ex-Player's Suicide to Brain Damage

**By ALAN SCHWARZ**   JAN. 18, 2007

Since the former National Football League player Andre Waters killed himself in November, an explanation for his suicide has remained a mystery. But after examining remains of Mr. Waters's brain, a neuropathologist in Pittsburgh is claiming that Mr. Waters had sustained brain damage from playing football and he says that led to his depression and ultimate death.

The neuropathologist, Dr. Bennet Omalu of the University of Pittsburgh, a leading expert in forensic pathology, determined that Mr. Waters's brain tissue had degenerated into that of an 85-year-old man with similar characteristics as those of early-stage Alzheimer's victims. Dr. Omalu said he believed that the damage was either caused or drastically expedited by successive concussions Mr. Waters, 44, had sustained playing football.

In a telephone interview, Dr. Omalu said that brain trauma "is the significant contributory factor" to Mr. Waters's brain damage, "no matter how you look at it, distort it, bend it. It's the significant forensic factor given the global scenario."

He added that although he planned further investigation, the depression that family members recalled Mr. Waters exhibiting in his final years was almost certainly exacerbated, if not caused, by the state of his brain — and that

if he had lived, within 10 or 15 years "Andre Waters would have been fully incapacitated."

Dr. Omalu's claims of Mr. Waters's brain deterioration — which have not been corroborated or reviewed — add to the mounting scientific debate over whether victims of multiple concussions, and specifically longtime N.F.L. players who may or may not know their full history of brain trauma, are at heightened risk of depression, dementia and suicide as early as midlife.

The N.F.L. declined to comment on Mr. Waters's case specifically. A member of the league's mild traumatic brain injury committee, Dr. Andrew Tucker, said that the N.F.L. was beginning a study of retired players later this year to examine the more general issue of football concussions and subsequent depression.

"The picture is not really complete until we have the opportunity to look at the same group of people over time," said Dr. Tucker, also team physician of the Baltimore Ravens.

The Waters discovery began solely on the hunch of Chris Nowinski, a former Harvard football player and professional wrestler whose repeated concussions ended his career, left him with severe **migraines** and depression, and compelled him to expose the effects of contact-sport brain trauma. After hearing of the suicide, Mr. Nowinski phoned Mr. Waters's sister Sandra Pinkney with a ghoulish request: to borrow the remains of her brother's brain.

The condition that Mr. Nowinski suspected might be found in Mr. Waters's brain cannot be revealed by a scan of a living person; brain tissue must be examined under a microscope. "You don't usually get brains to examine of 44-year-old ex-football players who likely had depression and who have committed suicide," Mr. Nowinski said. "It's extremely rare."

As Ms. Pinkney listened to Mr. Nowinski explain his rationale, she realized that the request was less creepy than credible. Her family wondered

why Mr. Waters, a hard-hitting N.F.L. safety from 1984 to 1995 known as a generally gregarious and giving man, spiraled down to the point of killing himself.

Ms. Pinkney signed the release forms in mid-December, allowing Mr. Nowinski to have four pieces of Mr. Waters's brain shipped overnight in formaldehyde from the Hillsborough County, Fla., medical examiner's office to Dr. Omalu in Pittsburgh for examination.

He chose Dr. Omalu both for his expertise in the field of neuropathology and for his rare experience in the football industry. Because he was coincidentally situated in Pittsburgh, he had examined the brains of two former Pittsburgh Steelers players who were discovered to have had postconcussive brain dysfunction: Mike Webster, who became homeless and cognitively impaired before dying of heart failure in 2002; and Terry Long, who committed suicide in 2005.

Mr. Nowinski, a former World Wrestling Entertainment star working in Boston as a pharmaceutical consultant, and the Waters family have spent the last six weeks becoming unlikely friends and allies. Each wants to sound an alarm to athletes and their families that repeated concussions can, some 20 years after the fact, have devastating consequences if left unrecognized and untreated — a stance already taken in some scientific journals.

"The young kids need to understand; the parents need to be taught," said Kwana Pittman, 31, Mr. Waters's niece and an administrator at the water company near her home in Pahokee, Fla. "I just want there to be more teaching and for them to take the proper steps as far as treating them.

"Don't send them back out on these fields. They boost it up in their heads that, you know, 'You tough, you tough.' "

Mr. Nowinski was one of those tough kids. As an all-Ivy League defensive tackle at Harvard in the late 1990s, he sustained two concussions, though like

many athletes he did not report them to his coaches because he neither understood their severity nor wanted to appear weak. As a professional wrestler he sustained four more, forcing him to retire in 2004. After he developed severe migraines and depression, he wanted to learn more about concussions and their effects.

That research resulted in a book published last year, "Head Games: Football's Concussion Crisis," in which he detailed both public misunderstanding of concussions as well as what he called "the N.F.L.'s tobacco-industry-like refusal to acknowledge the depths of the problem."

Football's machismo has long euphemized concussions as bell-ringers or dings, but what also alarmed Mr. Nowinski, 28, was that studies conducted by the N.F.L. on the effects of concussions in players "went against just about every study on sports concussions published in the last 20 years."

Studies of more than 2,500 former N.F.L. players by the Center for the Study of Retired Athletes, based at the University of North Carolina, found that cognitive impairment, Alzheimer's-like symptoms and depression rose proportionately with the number of concussions they had sustained. That information, combined with the revelations that Mr. Webster and Mr. Long suffered from mental impairment before their deaths, compelled Mr. Nowinski to promote awareness of brain trauma's latent effects.

Then, while at work on Nov. 20, he read on Sports Illustrated's Web site, si.com, that Mr. Waters had shot himself in the head in his home in Tampa, Fla., early that morning. He read appraisals that Mr. Waters, who retired in 1995 and had spent many years as an assistant coach at several small colleges — including Fort Valley (Ga.) State last fall — had been an outwardly happy person despite his disappointment at not landing a coaching job in the N.F.L.

Remembering Mr. Waters's reputation as one of football's hardest-hitting defensive players while with the Philadelphia Eagles, and knowing what he did about the psychological effects of concussions, Mr. Nowinski searched the

Internet for any such history Mr. Waters might have had.

It was striking, Mr. Nowinski said. Asked in 1994 by The Philadelphia Inquirer to count his career concussions, Mr. Waters replied, "I think I lost count at 15." He later added: "I just wouldn't say anything. I'd sniff some smelling salts, then go back in there."

Mr. Nowinski also found a note in the Inquirer in 1991 about how Mr. Waters had been hospitalized after sustaining a concussion in a game against Tampa Bay and experiencing a seizure-like episode on the team plane that was later diagnosed as body cramps; Mr. Waters played the next week.

Because of Dr. Omalu's experience on the Webster and Long cases, Mr. Nowinski wanted him to examine the remaining pieces of Mr. Waters's brain — each about the size of a small plum — for signs of chronic traumatic encephalopathy, the tangled threads of abnormal proteins that have been found to cause cognitive and intellectual dysfunction, including major depression. Mr. Nowinski tracked down the local medical examiner responsible for Mr. Waters's body, Dr. Leszek Chrostowski, who via e-mail initially doubted that concussions and suicide could be related.

Mr. Nowinski forwarded the Center for the Study of Retired Athletes' studies and other materials, and after several weeks of back-and-forth was told that the few remains of Mr. Waters's brain — which because Waters had committed suicide had been preserved for procedural forensic purposes before the burial — would be released only with his family's permission.

Mr. Nowinski said his call to Mr. Waters's mother, Willie Ola Perry, was "the most difficult cold-call I've ever been a part of."

When Mr. Waters's sister Tracy Lane returned Mr. Nowinski's message, he told her, "I think there's an outside chance that there might be more to the story."

"I explained who I was, what I've been doing, and told her about Terry Long — and said there's a long shot that this is a similar case," Mr. Nowinski said.

Ms. Lane and another sister, Sandra Pinkney, researched Mr. Nowinski's background, his expertise and experience with concussions, and decided to trust his desire to help other players.

"I said, 'You know what, the only reason I'm doing this is because you were a victim,' " said Ms. Pittman, Mr. Waters's niece. "I feel like when people have been through things that similar or same as another person, they can relate and their heart is in it more. Because they can feel what this other person is going through."

Three weeks later, on Jan. 4, Dr. Omalu's tests revealed that Mr. Waters's brain resembled that of an octogenarian Alzheimer's patient. Nowinski said he felt a dual rush — of sadness and success.

"Certainly a very large part of me was saddened," he said. "I can only imagine with that much physical damage in your brain, what that must have felt like for him." Then again, Mr. Nowinski does have an inkling.

"I have maybe a small window of understanding that other people don't, just because I have certain bad days that when I know my brain doesn't work as well as it does on other days — and I can tell," he said. "But I know and I understand, and that helps me deal with it because I know it'll probably be fine tomorrow. I don't know what I would do if I didn't know."

When informed of the Waters findings, Dr. Julian Bailes, medical director for the Center for the Study of Retired Athletes and the chairman of the department of neurosurgery at West Virginia University, said, "Unfortunately, I'm not shocked."

In a survey of more than 2,500 former players, the Center for the Study of

Retired Athletes found that those who had sustained three or more concussions were three times more likely to experience "significant memory problems" and five times more likely to develop earlier onset of Alzheimer's disease. A new study, to be published later this year, finds a similar relationship between sustaining three or more concussions and clinical depression.

Dr. Bailes and other experts have claimed the N.F.L. has minimized the risks of brain trauma at all levels of football by allowing players who sustain a concussion in games — like Jets wide receiver Laveranues Coles last month — to return to play the same day if they appear to have recovered. The N.F.L.'s mild traumatic brain injury committee has published several papers in the journal Neurosurgery defending that practice and unveiling its research that players from 1996 through 2001 who sustained three or more concussions "did not demonstrate evidence of neurocognitive decline."

A primary criticism of these papers has been that the N.F.L. studied only active players, not retirees who had reached middle age. Dr. Mark Lovell, another member of the league's committee, responded that a study using long-term testing and monitoring of the same players from relative youth to adulthood was necessary to properly assess the issue.

"We want to apply scientific rigor to this issue to make sure that we're really getting at the underlying cause of what's happening," Dr. Lovell said. "You cannot tell that from a survey."

Dr. Kevin Guskiewicz is the director of the Center for the Study of Retired Athletes and a member of U.N.C.'s department of exercise and sport science. He defended his organization's research: "I think that some of the folks within the N.F.L. have chosen to ignore some of these earlier findings, and I question how many more, be it a large study like ours, or single-case studies like Terry Long, Mike Webster, whomever it may be, it will take for them to wake up."

The N.F.L. players' association, which helps finance the Center for the

Study of Retired Athletes, did not return a phone call seeking comment on the Waters findings. But Merril Hoge, a former Pittsburgh Steelers running back and current ESPN analyst whose career was ended by severe concussions, said that all players — from retirees to active players to those in youth leagues — need better education about the risks of brain trauma.

"We understand, as players, the ramifications and dangers of paralysis for one reason — we see a person in a wheelchair and can identify with that visually," said Mr. Hoge, 41, who played on the Steelers with Mr. Webster and Mr. Long. "When somebody has had brain trauma to a level that they do not function normally, we don't see that. We don't witness a person walking around lost or drooling or confused, because they can't be out in society."

Clearly, not all players with long concussion histories have met gruesome ends — the star quarterbacks Steve Young and Troy Aikman, for example, were forced to retire early after successive brain trauma and have not publicly acknowledged any problems. But the experiences of Mr. Hoge, Al Toon (the former Jets receiver who considered suicide after repeated concussions) and the unnamed retired players interviewed by the Center for the Study of Retired Athletes suggest that others have not sidestepped a collision with football's less glorified legacy.

"We always had the question of why — why did my uncle do this?" said Ms. Pittman, Mr. Waters's niece. "Chris told me to trust him with all these tests on the brain, that we could find out more and help other people. And he kept his word."

A version of this article appears in print on , on page A1 of the New York edition with the headline: Expert Ties Ex-Player's Suicide To Brain Damage From Football.

© 2016 The New York Times Company

# EXHIBIT 4



OVER 1,700 BOX SIZES
ALWAYS IN STOCK
ORDER BY 6 PM FOR SAME DAY SHIPPING
ULINE
FOR CATALOG
1-800-295-5510

**Tampa Bay Times**

| Home | News | Politics | Opinion | Sports | Things to Do | Business | Features | Blogs | Weather | Traffic | Classifieds | Jobs | Real Estate | Cars | Site Map |

Search [ ] ● Site ○ Web ○ Archives - back to 1987 ○ Google Newspaper Archive - back to 1901 powered by Google [go]

**Tampa Bay Times**

Sports | Bucs                                    🖶 Print    ✉ Email story    💬 Comment    ✉ Email editor

**Bucs**

Doctor links NFL injuries to suicides

Bucs hire veteran defensive assistant

Path to Super Bowl winds through home

**Special report**

Last mission to repair the Hubble telescope



Hubble space telescope discoveries have enriched our understanding of the cosmos. In this special report, you will see facts about the Hubble space telescope, discoveries it has made and what the last mission's goals are.

More special reports

**Video report**

For their own good

Fifty years ago, they were screwed-up kids sent to the Florida School for Boys to be straightened out. But now they are screwed-up men, scarred by the whippings they endured. Read the story and see a video and portrait gallery.

More video reports

**Multimedia report**

Rays fan guide to the Trop

Here are some insider tips to Tropicana Field and area information.

More multimedia reports

# Doctor links NFL injuries to suicides

### Specialists debate if brain damage started a process that led Andre Waters to kill himself.

By DAVE SCHEIBER
Published January 19, 2007

Did the pounding Andre Waters absorbed in the NFL leave him with brain damage that ultimately led to his depression and subsequent suicide in November?

That is the claim made by a Pittsburgh neuropathologist, Dr. Bennet Omalu, in a story in Thursday's New York Times. But several prominent members of the medical community, including the Tampa doctor who performed the autopsy on Waters, reacted to the article with skepticism.

Omalu, who is an authority on suicide and forensic pathology at the University of Pittsburgh, examined a portion of Waters' brain and concluded trauma to it "is the single contributing factor" to the damage sustained by the hard-hitting former safety for the Eagles. Waters, who committed suicide in his North Tampa home, played 12 seasons in the NFL, the first 10 with Philadelphia starting in 1984.

Further, Omalu asserted the depression was either caused or made worse by the damage, which he said left Waters, 44, with the brain tissue of an 85-year-old exhibiting symptoms of Alzheimer's disease in the early stages.

Dr. Leszek Chrostowski, associate medical examiner for the Hillsborough County Medical Examiner's Office, said Thursday that he had no basis to comment on any scientific findings Omalu made in his microscopic examination of Waters' brain tissue. But he doubted the claim that Waters' brain was akin to that of an 85-year-old with Alzheimer's.

"My work here is aimed at determining cause and manner of death, which in Mr. Waters' case was gunshot wound to the head and manner was suicide," he said. "I don't do research. But the gross examination of the brain showed it was a normal brain of a person his age.

"I did not do a microscopic examination. So I cannot tell you whether there were, indeed, changes characteristic of Alzheimer's disease, even though I doubt it."

Chrostowski said the comparison "is exaggerated" because "an 85-year-old person would have atrophy in the brain. Mr. Waters had none."

In addition, he said, "Linking the suicide with the prior brain injury, scientifically speaking, is risky because there is no statistical evidence that would back such a claim."

Emotional factors in a person's life cannot be overlooked in the discussion of suicide, apart from considerations of brain injury, stressed Dr. Yehuda Ben-Yishay, director of the Brain Injury Day Treatment Program at New York University, who has studied suicide for 40 years.

"There are many people who have minor concussions," he said. "And a multiplicity of minor concussions can lead up to a great disturbance later on.

"However, the point really is, in all the cases that come to my mind about people who committed suicide in the last 30 years (studied) in my program, in every instance that I personally know, the situation and emotional factors have been major contributors. And the vast majority of brain injured individuals don't do it."

**Familiar symptoms**

Waters, a former USF assistant coach (1997-2000), faced an array of emotionally difficult issues: a painful and prolonged custody battle over his young daughter, deep bouts of depression hidden from most of his family but observed by several who lived with him in recent years and bitter frustration over the direction of his coaching career and inability to break back into the NFL.

Upon reading about Waters' death, however, former professional wrestler and Harvard University football player Chris Nowinski believed the situation sounded all too familiar. Nowinski's wrestling career, according to the New York Times story, was ended by numerous concussions, resulting in migraines and depression.

He wanted to spread awareness of the dangers of repeated concussions if they are not recognized and properly treated.

Subscribe to the Times

Click here for daily delivery of the St. Petersburg Times.

**Email Newsletters**
Be the first to know.
Register for free breaking news alerts and morning headlines.



MICROSOFT PERFECTED OFFICE 365™?

We perfected managing it.

FIND OUT HOW ►

rackspace
the #1 managed cloud company

Nowinski contacted one of Waters' sisters and his mother and got permission for several small samples of Waters' brain to be sent from the Medical Examiner's Office in Tampa to Omalu in Pittsburgh.

Omalu had examined the brains of former Steelers Terry Long and Mike Webster. Long committed suicide in 2005. Webster became homeless and died of heart failure in 2002, and both were found by Omalu to have suffered "postconcussive brain dysfunction."

Omalu, in his work with the Allegheny County Coroner's Office, conducted a two-year study of the physiological aspects of suicide, according to the Pittsburgh Post-Gazette, and looked at the growing number of suicides in the county between 1990-99.

The study of suicide remains a driving force for the 38-year-old Nigerian-born doctor, who has testified as an expert forensic witness in dozens of cases. He co-authored a paper on Webster in the medical journal Neurosurgery and submitted another paper, wrote the Post-Gazette, for peer review comparing the cases of the two late Steelers.

When it was discovered Long died from ingesting anti-freeze, Omalu argued that his head injuries in football laid the foundation for intense depression and his suicidal state. Another doctor, however, objected to that claim: Dr. Joseph Maroon, vice chairman of the neurosurgery department at the University of Pittsburgh Medical Center and neurosurgeon for the Steelers for more than two decades.

"I think it's fallacious reasoning, and I don't think it's plausible at all," he told the Post-Gazette. "To go back and say that he was depressed from playing in the NFL and that led to his death 14 years later, I think, is purely speculative."

**Safety first, NFL says**

Concussions and their effect continue to be a hot topic in the NFL. Thursday afternoon, the league issued a statement:

"Whatever its cause, Andre Waters' suicide is a tragic incident. ... The subject of concussions is complex. We are devoting substantial resources to independent medical research of current and retired players, strict enforcement of enhanced player safety rules, development and testing of better equipment and comprehensive medical management of this injury.

"This work over the past decade has contributed significantly to the understanding of concussions and the advancement of player safety. We will continue with all these initiatives and maintain our focus on player health and safety."

Harry Bellamy, the second-oldest of the Waters' 10 siblings and his oldest brother, did not learn of Omalu's test until Thursday.

"There may be some validation from the medical study because the science of it sounds plausible and maybe it can help people understand concussions better," said the retired military intelligence officer in Michigan. "But right now, the family just wants to have some peace."

Dave Scheiber can be reached at (727) 893-8541 or scheiber@sptimes.com.

[Last modified January 18, 2007, 23:24:03]



Share your thoughts on this story       Read our guidelines for comments

First Name (only)

Location

Comment (May be published online and/or in print)

You have 250 characters left to comment.

Send

[an error occurred while processing this directive]



HARRY'S    HANDSOMER    SHARPENER    LESS EXPENSIVER    TRY HARRY'S



Tampa Bay Times   tbt   PolitiFact.com

© 2011 · All Rights Reserved · Tampa Bay Times
490 First Avenue South · St. Petersburg, FL 33701 · 727-893-8111
Contact Us | Join Us | Advertise with Us | Subscribe to the Times
Privacy Policy | Standard of Accuracy | Terms, Conditions & Copyright

# EXHIBIT 5

# *`I don't want anyone to end up like me' Plagued by post-concussion syndrome and battling an amphetamine addiction, former Patriots linebacker Ted Johnson is a shell of his former self - Correction Appended*

The Boston Globe

February 2, 2007 Friday, THIRD EDITION

► **Correction Appended**

Copyright 2007 Globe Newspaper Company All Rights Reserved
**Section:** SPORTS; Pg. E1
**Length:** 2546 words
**Byline:** Jackie MacMullan GLOBE STAFF

## Body

It has all unraveled; his career, his marriage, his health, his reputation. Former Patriots linebacker Ted Johnson was once a Super Bowl champion and a fan favorite, admired for his jarring hits and thoughtful approach to a violent game.

But now he is a struggling ex-athlete who has become unreliable and unreachable - making promises and commitments he does not keep - the subject of steamy tabloid gossip, shunned for an alleged domestic abuse incident involving his wife.

Johnson, 34, suffers from such severe depression that some mornings he literally cannot pull himself out of bed. When the crippling malaise overtakes him, he lies in a darkened room, unwilling to communicate with his closest family members.

The 10-year NFL veteran believes his current state is a direct result of a career in which he absorbed "countless" head injuries, including back-to-back concussions suffered within days during the 2002 season, when he says the Patriots didn't give him proper time to recover.

He has tried to make himself well. He has been in counseling, taken antidepressants (Prozac and Wellbutrin). When they made him feel sluggish, he began taking Adderall, an amphetamine. He developed an addiction to the stimulant and was admitted to McLean Hospital in the summer of 2005 to receive psychiatric care. The doctors took films of his brain, he said, but they were not conclusive.

Desperate for answers, Johnson scheduled an appointment to receive electric shock treatment before deciding at the last moment to forgo that option.

"Officially, I've probably only been listed as having three or four concussions in my career," Johnson said. "But the real number is closer to 30, maybe even more. I've been dinged so many times I've lost count."

The numerous head traumas, said Dr. Robert Cantu, co-director of the Neurological Sports Injury Center at Brigham and Women's Hospital, have left Johnson with post-concussion syndrome as well as signs of early brain damage that Cantu fears is permanent.

Johnson's multiple symptoms include depression, dizziness, excessive drowsiness, fatigue, irritability, memory loss, poor concentration, ringing in the ears, and acute sensitivity to noise.

According to Cantu, who has been treating Johnson since last May, post-concussion syndrome can occur from a single concussion, but is more likely to occur after multiple concussions, and most likely to occur when the patient has endured back-to-back concussions without time for the first concussion to clear.

Johnson toyed with going public with his story before. He shared his struggles with the Globe last summer, but later requested his comments be put on hold. The recent suicide of former NFL defensive back Andre Waters, who had multiple concussions and suffered from depression, finally prompted Johnson to come forward.

`I don't want anyone to end up like me' Plagued by post-concussion syndrome and battling an amphetamine addiction, former Patriots linebacker Ted Johnson is a s....

"I want people to realize that you don't have to `black out' to have a concussion," he said. "Most times, the symptoms of a concussion don't show up for hours, sometimes days. And this isn't just happening in the NFL. High school kids get concussions, and aren't properly monitored.

"Every day there is a new study linking concussions to depression, as well as early onset of Alzheimer's disease. It doesn't have to happen. It shouldn't happen.

"I don't want anyone to end up like me."

Premature return

Johnson said he can pinpoint the beginning of the decline in his health to Saturday, Aug. 10, 2002, in an exhibition game against the New York Giants.

Giants running back Sean Bennett had just caught the ball in the flat, and Johnson steeled himself for the head-on contact.

"It was a terrific collision," Johnson recalled. "I think I blacked out for a second. The guys could tell right away I was in trouble, so they pulled me off the field immediately. The trainer [Jim Whalen] asked me a few questions on the sidelines. I don't even remember what he said. The team doctor [Bert Zarins] might have come over, too, but honestly, I was out of it."

The Patriots' medical staff ruled Johnson out for the remainder of the game. When he arrived at the stadium four days later, he said, he expected to find a red jersey, signifying minimal contact, in his locker. Instead, a blue jersey - signifying full contact - was dangling from a hanger.

"I grabbed Jim Whalen right away," Johnson said. "I asked him, `Is this right? Should I be wearing a blue jersey?' Jim immediately said, `No, no, that's wrong. You are not cleared for contact.'"

Johnson pulled on the red jersey and took the field for stretching and individual skills. Shortly before the team was about to engage in their 9-on-7 drill, which is one of their more physical exercises, Johnson said an assistant trainer hurried up to him and handed him a blue jersey.

"I looked at the trainer and said, `Who told you to give me this?'" Johnson said. "He just walked away. He didn't want to say. But I knew who it was. It was Bill [Belichick]. I was so mad I wanted to scream. But I put the damn thing on anyway. I had my pride. They weren't going to beat me."

Reached yesterday, Belichick said his team's protocol for working players back after an injury has been the same for seven seasons. They test players in a controlled environment (i.e. practice) before promoting them to game action. Belichick said he had no indication from Johnson in practice that day that he was uncomfortable with participating in the drill.

"If Ted felt so strongly that he didn't feel he was ready to practice with us, he should have told me," Belichick said.

In the 9-on-7 drill, running back J.R. Redmond barreled up the middle, where Johnson was waiting. Although the two only made mild contact, Johnson said he immediately began experiencing the warm, hazy sensation of a concussion.

"I knew right away," Johnson said. "You get this feeling that overtakes your body, then everything slows way down to a point where you can't really focus."

Johnson said he confronted Whalen, who conceded Belichick had called for the blue jersey. When Johnson told the trainer he had just suffered another concussion, Whalen's face blanched.

"He knew they had screwed up," Johnson said. "He sent me to Mass. General right away."

Whalen was not allowed by the Patriots to comment for this story. Two players corroborated Johnson's version of what transpired. Former linebacker Roman Phifer said, "What they did to Ted was just wrong."

`I don't want anyone to end up like me' Plagued by post-concussion syndrome and battling an amphetamine addiction, former Patriots linebacker Ted Johnson is a s....

One other player, who remains on the Patriots roster and asked not to be identified, said, "I'm not saying what the team did is right. But if Ted thought his health was in danger, he never should have put on that blue jersey. You have to be your own advocate."

That, say experts, is easier said than done. Pressure to perform in a sport where there are no guaranteed contracts and where being "soft" is the worst moniker that can be thrust upon you creates a culture in which players feel they must play through almost anything.

Confronting Belichick

After his second concussion, Johnson was held out two weeks. When he returned to practice, he said, he noticed a shift in attitude toward him. When the team went through a light practice at the beginning of the week to prepare for the Sept. 9 season opener against Pittsburgh, Johnson did not take reps with the regulars. He surmised - correctly - he would be inactive for the first game of the year.

Johnson was stunned. After practice, he grabbed a garbage bag, dumped all of his belongings from his locker into it, and took off.

"[Former defensive backs coach Eric Mangini] saw me leaving," Johnson said. "He asked me, `Where are you going?' I said, `Far from here.'"

Johnson arrived home and told his wife, Jackie, he was retiring. Belichick called and Johnson asked for his release. The coach refused.

The next morning, Johnson said, Larry Izzo and Tedy Bruschi came to his home to try to persuade him to return to the team.

"I told them what happened in August," Johnson said. "Larry said, `Hey, I'm sorry, but c'mon, you gotta get back to practice.' Tedy was different. He said, `That's wrong. You have a right to be upset. I support you.'"

After conferring with his agent and the Players Association, it soon became apparent to Johnson he had no recourse. The team sent him a certified letter stating if he did not return in five days, his contract would be voided. He reluctantly reported back to work, but his relationship with Belichick remained strained. It wasn't until a few weeks later, when the coach asked him to join him in his office for a meeting, that Johnson confronted him.

"I told him, `You played God with my health,'" Johnson said. "`You knew I shouldn't have been cleared to play, and you gave me that blue jersey anyway.'

"Bill said, `I had to see if you could play.' That's when I lost it. I told him, `After all these years, you had to see if I could play?'

"Bill finally admitted, `Hey, Ted, I [expletive]. I made a mistake.'"

Belichick said he remembers the meeting with Johnson well. The two had been at odds, he said, and he hoped they could clear the air.

"It was a watershed meeting for us," Belichick said. "We had a long conversation and we both tried to see the other's position.

"I'm sure in part of that conversation I apologized for things I said or did, as he did for his actions and his emotions following his decision to leave the team. If I made a mistake or hurt Ted in any way, I don't feel good about that.

"I felt as though we left that meeting saying, `We've both made mistakes. Let's move forward and get on a higher level.' And that's what we did.

"In fact, I remember seeing Ted in the weight room a few weeks later and him saying, `I'm glad we had that talk. I feel a lot better about how things are.'"

`I don't want anyone to end up like me' Plagued by post-concussion syndrome and battling an amphetamine addiction, former Patriots linebacker Ted Johnson is a s....

Although Johnson was reinstated, the balance of the 2002 season was a challenge. He returned to action against the New York Jets in Week 2, Sept. 15, a game the Patriots won, 44-7, but he said during huge chunks of the game, he was unable to focus on his assignments, hampered by a persistent "fuzziness."

"The one touchdown the Jets scored was my fault," Johnson said. "I adjusted incorrectly. I was supposed to be the play caller, the middle linebacker, and half the time I didn't know what the hell was going on. On the very first play of the game, the tight end got open for a big gain because I vacated the spot in the zone where I was supposed to be.

"Our safety, Lawyer Milloy, was waving his arms at me, trying to direct me, but I was so confused I didn't know where to go."

There were more incidents of memory loss and confusion. His teammates, he said, often covered for him out on the field.

"I remember one game when I was in the completely wrong coverage," Johnson said. "I'm yelling to Mike Vrabel to go outside, and he's looking at me like I'm crazy. I was telling him the exact opposite of what he should have been doing."

Johnson estimates he had at least a "half-dozen" concussions in his final three seasons, but reported only one, fearing his reputation as an injury-prone player would be perpetuated.

At the beginning of each season, he said, he would brace himself for that familiar, warm sensation that he knew would come with the first hit of the spring.

"Looking back, it was stupid not to tell anyone," Johnson said. "But I didn't know then that every time you have a concussion, you are four to six times more susceptible the next time. I had no idea the damage I was causing myself."

Decision to retire

Chris Nowinski is a Harvard graduate and former World Wrestling Entertainment wrestler. He was forced to retire in 2003 after suffering multiple concussions that resulted in severe migraines, memory impairment, and depression.

He did not seek help until one night, while sleeping in a hotel, he woke his girlfriend up by trying to climb the wall of the room. She shouted to him and grabbed him in an effort to wake him, but he remained in his trance-like state, jumping off the bed and crashing through a nightstand.

He awoke 15 seconds later, surrounded by broken glass, his girlfriend screaming his name.

Nowinski sought treatment, then began researching athletes and concussions. He wrote a book, "Mind Games," and, after meeting Ted Johnson through a friend, commissioned the former Patriot to write the foreward. But, as Nowinski's book went to print last fall, Johnson, not ready to tell his story, abruptly yanked his foreward.

"It's difficult to watch how much Ted struggles with the aftereffects of his concussions," Nowinski said. "He can trace his troubles back to those two in a row in 2002. I can do the same with my history. It's heartbreaking how much it has cost him."

Johnson finished second on the team in tackles that 2002 season, and came back to play eight games the next season (he missed the final eight with a foot injury) and 16 games in 2004. Johnson planned on suiting up in 2005, but, he said, the thought of absorbing that first hit "made me physically sick." On the eve before training camp, he contacted owner Robert Kraft and informed him he was retiring.

"I told Mr. Kraft everything," Johnson said. "I told him about the two concussions. He was shocked. He told me I needed to do what was best for me and my family. He was incredibly supportive."

Kraft, who declined to be interviewed for this story, allowed Johnson to keep his roster bonus of $400,000. He also held a halftime ceremony in his honor.

"Robert has always cared for him," said a team official. "But Ted Johnson is a very sick young man. We've been aware of the emotional issues he's had for years. You can't blame all of his behavior on concussions."

`I don't want anyone to end up like me' Plagued by post-concussion syndrome and battling an amphetamine addiction,
former Patriots linebacker Ted Johnson is a s....

That, said Cantu, is open to debate. Head trauma can alter people's personalities drastically, he said. So can the stress of such a nebulous condition.

Last July 16, Weston police were called to the Johnson home and arrested both Ted and his wife for assault and battery. Jackie told police she and her husband argued, then Ted grabbed her wrist, twisted it behind her back, and repeatedly pushed her head into a bookcase. She later recanted her comments in an emotional television interview. Ted and Jackie Johnson divorced last fall.

Seeking change

Earlier this week, Johnson requested his medical records from the Patriots. He was pleased the concussion he suffered in that game against the Giants in 2002 was documented, along with notations he was not cleared to play. The subsequent concussion he suffered in practice four days later is also on record.

He wants the NFL to establish specific rules about how and when teams should hold out players with head trauma. Cantu said the NFL should fund studies on concussions, but then leave the actual research to the experts.

"It's a huge, inherent conflict of interest otherwise," Cantu said.

"It's not just the New England Patriots that need to change how they do things," Johnson said. "It's the entire culture of the NFL."

Last spring, Ted Johnson, who missed football and his teammates, was invited to play in a Patriots charity golf tournament. He happily accepted, and agreed to emcee the program that would follow.

On the day of the event, Johnson was a no-show. Repeated phone calls to his home and his cellphone went unanswered.

Only later did the team learn what happened. It was one of those dark, dark days when Ted Johnson simply could not drag himself out of bed.

Jackie MacMullan can be reached at _macmullan@globe.com_.

## Correction

Because of a reporting error, a story on former Patriots linebacker Ted Johnson in Friday's Sports section gave an incorrect title for a book written by former professional wrestler Chris Nowinski. The book is titled "Head Games: Football's Concussion Crisis."
**Correction-Date:** February 7, 2007

## Graphic

Ted Johnson, who had angrily left the Patriots after learning he would be inactive for the season opener in 2002, talked with coach Bill Belichick at practice just days after his return.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:** CONCUSSIONS (89%); DEPRESSION (89%); SPORTS INJURIES (89%); HEAD INJURIES (89%); BRAIN INJURIES (89%); MARRIAGE (78%); ATHLETES (78%); NEUROSCIENCE (78%); SPORTS & RECREATION EVENTS

`I don't want anyone to end up like me' Plagued by post-concussion syndrome and battling an amphetamine addiction, former Patriots linebacker Ted Johnson is a s....

(78%); WOUNDS & INJURIES (78%); DOMESTIC VIOLENCE (77%); SPORTS MEDICINE (77%); PSYCHIATRY (75%); MEMORY DISORDERS (73%); NEUROLOGICAL DISORDERS & INJURIES (73%); DOMESTIC OFFENSES (72%); METHAMPHETAMINE (71%); SUICIDE (70%); BRAIN (70%)

**Organization:** NEW ENGLAND PATRIOTS (94%)

**Industry:** ANTIDEPRESSANTS (90%); SPORTS MEDICINE (77%); PSYCHIATRY (75%); MATERNITY HOSPITALS (70%); CENTRAL NERVOUS SYSTEM DRUGS (68%)

**Load-Date:** February 7, 2007

# EXHIBIT 6

# The Washington Post

## 'Brain Chaser' Tackles Effects of NFL Hits

Advertisement

By Les Carpenter
Washington Post Staff Writer
Wednesday, April 25, 2007

PITTSBURGH -- Bennet Omalu knows why his phone calls often bring silence on the other end. He introduces himself as a forensic pathologist, which means he is trained to examine dead people. He explains that he's also a neuropathologist, which means he is trained to examine dead people's brains. He says all this through a thick accent that is the result of a childhood spent in Nigeria.

Then there is the matter of what he is seeking in those calls: the brains of recently deceased professional football players.

Coming over the phone in slightly broken English, with a complicated explanation of a medical phenomena that most coroners have never heard of or believe to be true, the request to have the brain pulled from the freshly deceased player's head and shipped here to be studied might as well come from Mars.

"They insult me," Omalu said. "They say, 'What do you think you are doing?' " Then they say no.

Omalu, 37, a man who knew nothing about football and was a soccer goalie in his homeland, believes he has proven that repeated concussions in football lead to early-onset dementia, very similar to the boxing ailment known as "punch-drunk syndrome," possibly leading to dementia and depression.

Omalu has been able to examine four brains -- those of former Philadelphia Eagles defensive back Andre Waters, former Pittsburgh Steelers offensive linemen Mike Webster and Terry Long and former Denver Broncos running back Damien Nash. Webster, Long and Waters all showed signs of severe punch-drunk syndrome, and Long and Waters committed suicide. Nash, who died Feb. 24 after collapsing following a charity basketball game, did not. But he was just 24 and barely had played in the NFL.

And while the link between Webster, Long and Waters, who all suffered emotionally and intellectually in their post-football lives, has encouraged some researchers, others question the validity of Omalu's work, suggesting his research is sloppy and the evidence is insufficient. Either way, he needs more brains.

That is not easy to accomplish.

"Just call me a brain chaser. That's what I do," Omalu said with a laugh.

He is a smallish man with a wide face and a big smile who favors pinstriped suits and chats without the detached air of many doctors. He came to the United States in 1994 to do his residency at the University of Washington. He was drawn to pathology because he never really liked any other field of medicine. He found it all too boring. Along the way, he discovered he loved to study the brain.

Five years ago, while working at the Allegheny County medical examiner's office, he came to work and discovered Webster's body on the slab. The former Steelers center caused a stir in the coroner's office mainly because he was one of the most beloved Pittsburgh players of the 1970s and '80s. But Webster had fallen on hard times after football; he seemed scattered and irritable, eventually lost all of his money and distanced himself from his family.

Watching coverage of Webster's death (the cause was not released), Omalu was shocked that the people who talked about him on television mocked his intelligence. Omalu wondered if perhaps Webster suffered from dementia pugilistica, or punch-drunk syndrome. When he arrived at work and discovered he would be doing the autopsy on Webster, he pulled out the brain and found it to look unblemished. Still, he wanted a further look.

When slides were made of the matter, then magnified 200 times, the telltale red flecks of abnormal protein appeared. The proteins appear when the brain is hit, Omalu said, but disappear as the healthy brain cells devour them, leading to recovery. Yet when the brain suffers too many blows, the brain cells can't keep up with the protein and eventually give up and die, leaving just the red flecks.

"No brain of a 40- or 50-year-old should look like this," Omalu said. The only people who would have such markings, he added, were boxers, very old people with Alzheimer's disease or someone who had suffered a severe head wound. Webster was only 50.

There is a good chance that Omalu is the only person who would have thought to check Webster's brain for punch-drunk syndrome. Since few pathologists are trained as neuropathologists, they never would have seen the textbook pictures of the abnormal proteins that Omalu had observed in medical school.

"Another doctor would have cut up the brain," Omalu said.

Omalu was on duty when Long killed himself. Once again, Omalu preserved the brain, had slides made up and discovered the same red flecks. He also faced a skeptical medical field that shrugged off Webster's problems as non-football related. But by then, he had made a believer of Christopher Nowinski, a former football player at Harvard who had wrestled in World Wrestling Entertainment under the name Chris Harvard. Nowinski had been forced to retire from wrestling in 2003 because of numerous concussions and wrote a book on the ordeal called "Head Games: Football's Concussion Crisis."

When Nowinski heard of Waters's suicide last fall, he called the medical examiner in Florida, requesting the brain for Omalu. When the coroner refused, Nowinski contacted Omalu, who discovered that the brain mostly had been destroyed.

After getting permission from Waters's family, Omalu was able to salvage small chunks of Waters's brain. Upon examination, Omalu found the same red streaks as in the brains of Webster and Long.

"In medicine, three cases make a series," said Julian Bailes, the chairman of the neurosurgery department at West Virginia University and a leading concussion researcher. "You can report that. When they published the findings about Mike Webster, a skeptic could say, 'This is a chance occurrence.' Then Terry Long died and was brought, serendipitously, to the same medical examiner's office, but people could say 'maybe that was a coincidence.' But a third case makes a series."

All of which prompts Bailes to call Omalu's work "breakthrough research."

Others are not so sure. Ira Casson, the co-chair of the NFL's Committee on Mild Traumatic Brain Injury and a neurologist at Long Island Jewish Hospital, said Omalu has not provided complete medical histories on Webster and Long, relying instead on anecdotal evidence from the families rather than actual records. He also questions whether a real diagnosis can be made on Waters from such small fragments.

Casson also said there were "glaring deficiencies" in an article Omalu published on Webster, claiming that Omalu made Webster's brain trauma seem worse after being questioned on his initial findings. He said Omalu needs to have a wider sampling than just football players to prove his thesis.

Omalu has heard many of these criticisms. He realizes there are not many people who would make the calls he has, but he also can't let go of the red flecks he saw on the slides and the effects they have had on the families of those players. He still can feel the warmth of the embrace Waters's mother, Willie Ola Perry, gave him when he told her what he found inside her son's brain.

"She was so glad to know that [he] didn't do this on his own, he was sick," Omalu said.

Every time he seems unsure of what he's doing and frets that another coroner is going to mock his request, he thinks of that hug or the smile Webster's son Garrett gave him and picks up the phone.

He'll read of a former NFL player dying, especially under suspicious circumstances, and he'll make a call, first to the coroner and then to the family. He looks for candidates who might want to donate their brains when they die. He even said he phoned the office of boxer Muhammad Ali, whose Parkinson's disease is believed to have been caused by too many blows to the head. But Ali's people were so horrified at the thought of discussing the possibility of the boxer's death they quickly ended the call.

He realizes his inquiries are going to put off people and is certain his accent is a burden. He thinks people are convinced he is out to ruin football and are threatened the moment they pick up the phone.

"They seem to think: 'A foreigner is coming in to teach something of value to us. Is he telling us to stop playing football? Who is he?' " Omalu said. "It's not about the game, it's about the science."

When he thinks his accent might get in the way, he asks Nowinski to make the calls.

"It's extremely awkward to ask," Nowinski said. "I spend 15 minutes before picking up the phone to practice how actually I am going to put it. You only get one chance."

When he first called the Waters family after Andre's death, they told him no. In the time he was able to finally persuade them to say yes, the full brain already had been destroyed. Nowinski and Omalu were fortunate the medical examiner's office had kept some small parts of the brain that could be examined.

It shows the urgency Nowinski and Omalu feel to make sure they don't let any further opportunities slip away.

"Calling people within days of a passing is not comfortable," Nowinski said. "But the long-term good is better than the negatives of the call. It gives the answers to strange behaviors. And it's helped give meaning to a tragic situation. By doing what they've done, they've helped a whole lot of people."

Omalu is hopeful he soon will have another brain to examine, though he will not provide the name of the deceased former player whose family has given him permission to look at the brain. It will be someone people will know, he said. He is certain he will find the same red streaks in this brain as he did in the others. And when he releases those findings, he is sure more people will answer when he and Nowinski call about brains.

"You kind of can't stop because of the importance of the findings," Nowinski said. "To not keep going would hurt a lot of people."

<u>View all comments</u> that have been posted about this article.

© 2007 The Washington Post Company

# EXHIBIT 7

    [Print without images] 

**Friday, June 29, 2007**
**Updated: June 30, 9:57 AM ET**

# Head-trauma researchers want to study Benoit's brain

By Peter Keating and Shaun Assael
ESPN The Magazine

The double-murder and suicide involving pro wrestler Chris Benoit, already marked by a series of bizarre developments, is taking another macabre turn.

Researchers involved with the study of brain trauma in deceased NFL players are seeking permission to look at Benoit's brain to try to learn whether head trauma might have played a role in Benoit's condition.

"We don't know, but we would like to find out," said Julian Bailes, chairman of neurosurgery at the University of West Virginia and medical director of the Center for the Study of Retired Athletes. "We could be talking about the effects of head trauma, or the effects of head trauma in conjunction with substance abuse, or something else.

"We have seen repeated concussions associated with changes in the brain. These are abnormal changes in former football players who behaved in extreme and destructive ways. We need to ask if this is part of the same syndrome."



Brain-trauma researchers believe Chris Benoit might have suffered the kind of concussion-related dementia that marked some NFL players' declines.

The researchers -- the same group who conducted postmortems on former NFL players Andre Waters and Justin Strzelczyk -- believe it is possible Benoit suffered the kind of concussion-related dementia that marked the other athletes' declines.

A source told ESPN.com, however, that even if the researchers' request is granted, the brain might be too damaged to examine. By the time police found Benoit's body on Monday, it had been lying in the 93-degree heat for at least a day. According to a source familiar with the local coroner's exam, it was virtually "liquefied." Still, the researchers hope they can obtain enough tissue to determine whether repeated concussions damaged Benoit's brain and perhaps played a role in his behavior.

Early reports in the Benoit case focused on the possibility that anabolic steroids, which were found in Benoit's home in Fayetteville, Ga., might have contributed to the tragedy by causing "roid rage" in the veteran wrestler known as "The Canadian Crippler." On Wednesday night, federal agents raided the office of Dr. Phil Astin, a Carrollton, Ga., physician who reportedly had prescribed testosterone for Benoit.

Benoit committed suicide on Sunday, the day he was supposed to wrestle a pay-per-view event in Houston. He already had strangled his wife, Nancy, and son, Daniel, and placed Bibles next to each victim. Police were notified when Benoit sent a series of cryptic text messages telling co-workers about his location and where they could find his dogs.

Despite speculation about his steroid use, Benoit was never one of the bulkiest wrestlers in the business.

2/5/2016
Case 3:15-cv-01074-JAM Document 193-3 Filed 08/01/16 Page 33 of 339
ESPN.com: Dead athletes' brains show damage from concussions Benoit brain

In fact, his gimmick was his workmanship. Benoit's signature move was an aerial leap off the top of the ring post, which sent him airborne toward his opponent, who invariably was lying on the mat. It was designed to look as if he were spearing his rival. But Benoit pulled up just before impact, absorbing most of the stress himself. That caused his neck to become so fragile that he underwent surgery in 2001 to fuse his vertebrae. It kept him out of wrestling for nearly a year.

When he returned, he resumed the move and continued to take repeated shots to the head with chairs, said Mike Mooneyham, co-author of "Sex, Lies, and Headlocks," a book about the WWE. "His friends told him to lay off, but that wasn't Chris," Mooneyham says.

Scientists are still trying to piece together the links between blows to the head, physical changes to the brain and cognitive impairment, which can lead to depression, memory loss and abnormal behavior. Doctors affiliated with the NFL have heatedly denied a connection between football-related concussions and full-blown chronic traumatic encephalopathy, the dementia seen in punch-drunk boxers.

Bennet Omalu, a Pittsburgh pathologist, examined Waters' brain after the former NFL player committed suicide in November. Omalu found that Waters' brain looked as if it belonged to an 85-year-old man with signs of Alzheimer's disease. Omalu also found unusual tangles in the brain and concluded that multiple concussions had caused, or severely worsened, Waters' neurological problems. Last month, Omalu also examined Strzelczyk, who died in a massive car wreck in 2004, and found the same tangles he had seen in Waters.

Now, Bailes, Omalu and Christopher Nowinski, a former professional wrestler who obtained permission to examine Waters' brain and who worked with Benoit, have formed the Sports Legacy Institute to formalize the postmortem study of athletes' brains. If samples from Benoit become available, the group will get a chance to see where one wrestler's brain fits into the overall spectrum of the long-term effects of concussions.

"The first reports were that it was in no condition to be looked at," said a source familiar with the group's request, "but there's still a possibility a sample could be retrieved."

*Peter Keating and Shaun Assael are senior writers for ESPN The Magazine. Assael is also the co-author of "Sex, Lies, and Headlocks: The Real Story of Vince McMahon and World Wrestling Entertainment," which is available here.*

# EXHIBIT 8



a; OPINION
**May wrestler and his family rest in peace**

317 words
30 June 2007
The Daily Journal
13
English
(c) Copyright 2007, The Daily Journal, Vineland. All Rights Reserved.

For the past week, the one major topic that the media have focused on wasn't Paris Hilton getting out of jail, but about the double murder-suicide of the **Benoit** family.

I've been a fan of the WWE all my life. When I was watching RAW on Monday, I was expecting the continuation of the "death" of Mr. McMahon. Instead, it turned into a tribute to Chris **Benoit** and his family. I'm not ashamed to admit that I cried along with some of the wrestlers, like Dean Malenko and Chave Guerrero.

Then the gruesome facts came out the next day. I was shocked. I wondered what set **Benoit** off? I also watched the segments about the WWE honoring **Benoit**, who police say murdered his family. Yes, Mr. McMahon offered a public apology, but the reason **Benoit** was honored like that on Monday was because the WWE didn't have all the facts, and because **Benoit** was a really great wrestler.

It is truly sad when a wrestler (or anyone else, for that matter) dies in such a horrific manner. My heart goes out to his friends and family. The reason that I think that he did what he did was because him and his wife were having an argument over the care of their son, and probably the fact that he never did get over the death of Eddie Guerrero.

But, it could be that **Benoit** was suffering from a mental illness brought on by repeated shots to the head over the years, which would affect his behavior. Chris **Nowinski** (from the first Tough Enough) has suggested to the authorities that they check his brain.

Whatever the cause, before anyone judges **Benoit**, please do some research about him. He was a great wrestler. May he and his family rest in peace.

Elora Malat

Vineland

Document DJNJ000020070704e36u0002k

2007 Factiva, Inc. All rights reserved.

# EXHIBIT 9

# Benoit's shocking death raises question of fans' complicity

By **Childs Walker**
Sun reporter

JUNE 30, 2007

**T**his might be hard for non-wrestling fans to understand, but to those who loved Chris Benoit's work, his grisly double-killing and suicide was as shocking as if Peyton Manning or Tim Duncan or Derek Jeter had committed the same acts.

He was that good at what he did and that respected by fans and peers for doing everything the right way.

As such, accounts of the way he strangled his wife, smothered his child and hanged himself are as disturbing as any I've encountered. They raise countless questions about drugs, the vagaries of the mind and our propensity for glorifying risk. They offer answers to none of them.

First off, shame on all the news hosts who've spent the past few days screaming "'roid rage," as if there's ever a simple explanation when a man kills his family and himself.

The sad episode does raise questions about links between steroid use, the frenetic lifestyle of wrestlers and mental instability. Benoit's employer, World Wrestling Entertainment, has tried to steer coverage away from his possible steroid use (authorities found prescribed anabolic steroids while searching his home).

The deliberate nature of his actions suggested anything but a rage, the company said in a news release. Chairman Vince McMahon reiterated that position on NBC's Today show, noting that Benoit tested negative for drug use in April.

The company's points may be true as far as they go (though McMahon failed to acknowledge loopholes in the testing policy that allow steroid use with a prescription). But depression is much more common among steroid users than "'roid rage," said Dr. William Howard, founder of Union Memorial Sports Medicine.

"That's by far the most common psychological side effect of steroid use," he said. "You'll find an amazing number of these users having domestic problems related to depression."

Former wrestler Chris Nowinski, a spokesman on the dangers of concussions, has suggested that Benoit might have suffered brain trauma. One of Benoit's signature moves was a diving head butt off the top

rope.

Whatever the cause, his end left different feelings from those that followed past tragedies in the profession.

There is a stereotypical wrestler death. Benoit's great friend and rival, Eddie Guerrero, demonstrated it two years ago when he was found dead of a heart attack in his hotel room on the day he was to win the world championship.

Fans mourned Guerrero, remembering his astonishing bag of physical tricks and the outlaw mirth in his eyes and smile. But given his long history of steroid and pain-pill use, his lonely death at 38 fit expectations. It echoed those of so many contemporaries, including Brian Pillman, Curt Hennig and Davey Boy Smith.

Benoit's death proved far more disquieting, especially given that he was the model wrestler.

In the ring, he could do anything, appearing just as comfortable in a fast-paced match full of intricate moves as in a pitched brawl dominated by bruising kicks and skin-busting head butts.

He never missed a date or loafed through a performance. He came off as reserved but unfailingly appreciative of those who enjoyed his work. He enforced tradition and respect in the locker room.

Even his suspected steroid use seemed understandable. He was 5 feet 10 and had a body meant for 170 or 180 pounds. But he fell in love with a business in which the most glorified performers stood well over 6 feet and packed 250 to 300 muscular pounds.

Benoit acknowledged the pressure over the years, once telling the Pro Wrestling Torch newsletter that steroids for wrestlers were like cigarettes in the 1950s. Many used them, and few contemplated the risks.

That was Benoit's context, one in which stoic men loved their craft so much that they warped and eventually broke their bodies. When he won the world title at Wrestlemania, fans cried and cheered because the moment seemed to suggest that passion and work and resilience might be enough in this life.

That his wife, Nancy, had filed for divorce and a restraining order less than a year earlier (she later dropped both filings) wasn't known to fans. In fact, he invited his family into the ring to celebrate and often spoke of how he wanted to get home more often.

All of that explains why fans feel so shaken.

We don't know that wrestling led Benoit to the terrible events of last weekend. We will never know what

ran through his mind.

Some people dismiss wrestling all too easily because of its carnival roots and ridiculous plots. But really, what's so rational about dressing up in colored armor and beating your fellow man as half-naked women cheer you on at the coliseum? I've just described the nation's most popular sport, professional football.

And we know that football shatters the bodies of its greatest heroes. Johnny Unitas' scarred knees and gnarled hands told us so.

We know that tens of thousands of punches to the head slow the steps and slur the words of courageous boxers. We're reminded every time Muhammad Ali appears in public.

We know that a car traveling 200 mph can spin out of control even when guided by the most skilled hand. Dale Earnhardt's demise at Daytona attested to that.

No, it won't do to dismiss the implications of Benoit's death simply because he was a wrestler.

As a culture, we've decided that consenting adults are allowed to push themselves past safe limits for our entertainment. Drug testing and better medical care and safety precautions can lessen many of these risks but cannot stamp them out.

I don't know about you, but when a boxer loses his life in the ring, or a football player is crippled, or a wrestler turns up dead in his hotel room, I feel complicit.

If I know these acts are so destructive, why do I watch? Do I lack the moral fortitude to look past my desire to be entertained? I fear the answer is yes.

In the past few days, scores of wrestling fans have said on message boards that Benoit's death will kill their love of the spectacle. Many more have said that one man's deranged acts shouldn't end an art loved by so many. I agree with the latter, and yet I wonder.

### childs.walker@baltsun.com

Copyright © 2016, The Baltimore Sun

**This article is related to:** Wrestling, Death, Sports, Health, Medicine, Family, Hotels and Accommodations

# EXHIBIT 10



SPORTS
**There's more to Benoit tragedy**

STEVE FEITL
568 words
1 July 2007
Home News Tribune
English
(c) Copyright 2007, Home News Tribune. All Rights Reserved.

By STEVE FEITL

Commentary

Many people didn't know who Chris **Benoit** was prior to Monday afternoon.

Now we all know far too much and not nearly enough as his double-murder/suicide makes for eye-popping headlines, yet continues to defy explanation.

The mainstream media is doing its best to get to know the man wrestling fans knew as, "The Canadian Crippler." But it's tough on a group of reporters that only parachute in on the professional wrestling industry two or three times a year when Donald Trump shows up to overact, Vince McMahon decides to run a football league or another wrestler dies under dubious circumstances.

You see, pro wrestling is the unwanted child of the media. The entertainment and sports writers don't think it belongs in their respective sections and news writers can't seem to differentiate between the all-too-real death of the **Benoit** family and the ridiculous staged death of Mr. McMahon. (I guess we can't blame the media for that one — it was a bad idea in the first place.)

So the world of wrestling exists in this purgatory, doomed to only make the nightly news with a perfectly planned publicity stunt or a sensationally gruesome tragedy. This time, it's obviously the latter and the media will do its best to follow the story for the few weeks before this story fades away in the endless 24-hour news cycle.

But pro wrestling is a flawed industry where far too many of its performers die young and it goes beyond the damaging effects of steroids. If mainstream media truly wants to get to the bottom of this tragedy and bring about positive change in the business, here are three less obvious angles that need to be focused on.

First the media should recognize there's no offseason in professional wrestling, but there should be. It puts tremendous stress on the grapplers, both physically and mentally. World Wrestling Entertainment doesn't need to go dark. Just stagger the time off among the wrestlers because six weeks off twice a year would go a long way toward easing the stresses of everyday life — such as raising a special-needs child. Not to mention the stress of a marriage.

From there, a push should be made to learn more about wrestling concussions — just like is happening in the NFL. At the forefront of the research is a Harvard graduate named Christopher **Nowinski**, author of "Head Games: Football's Concussion Crisis." He's pushing to have **Benoit**'s brain examined to see if it matches the condition that may have contributed to former Eagle Andre Waters' suicide. And **Nowinski** is familiar with WWE, especially since he used to wrestle there until concussions ended his career.

Finally, the media needs to realize there's one more key to cleaning up the wrestling business — and that's the media. It can't go away like it usually does. Not this time.

Changes need to be made by McMahon and his company, and the media needs to keep the pressure on for the sake of the business, the sake of the performers, the sake of the fans.

And the sake of the next Nancy and Daniel **Benoit**.

Read Steve Feitl's Mets blog at  www.thnt.com/steve  . Reach him at sfeitl@thnt.com.

Document HNTR000020070702e37100011

2007 Factiva, Inc. All rights reserved.

# EXHIBIT 11



**CNN**

EDITION: U.S.

U.S. | World | Politics | Money | Opinion | Health | Entertainment | Style | Travel | Sports | Video

Live TV    U.S. Edition +   menu

TV:
CNN
CNNi
CNN en Español
HLN

Sign up
Log in

SEARCH

Home
TV & Video
CNN Trends
U.S.
World
Politics
Justice
Entertainment
Tech
Health
Living
Travel
Opinion
iReport
Money
Sports

# TRANSCRIPTS   Transcript Providers

Shows By Category:

Return to Transcripts main page

## NANCY GRACE

**Wrestler's Doctor Indicted**

Aired July 2, 2007 - 20:00:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

JANE VELEZ-MITCHELL, GUEST HOST: Tonight, breaking news in the case of the superstar WWE wrestler and his entire family found dead inside their upscale gated community in the Atlanta suburbs. Headlines tonight. Federal charges come down against the personal doctor of Chris Benoit after two raids by DEA agents and local sheriffs at his office and home. The doctor now faces charges of improperly prescribing painkillers and other drugs. While theories fly that Benoit himself was actually murdered, police still believe it was a double murder/suicide.
And now yet another shocker. The local DA in Georgia is casting doubt on whether the dead son ever had any mental disability called fragile X syndrome, raising a possibility that the 7-year-old boy was perfectly healthy when he was killed.

Meanwhile, the clock is still ticking on toxicology results. Funeral plans are under way. And tonight, police ramp up their investigation into just how the crime spree made its way on line hours before the bodies were discovered. The alleged hoaxster behind the on-line posting comes under questioning and could face criminal charges.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: The personal physician of pro wrestler Chris Benoit turned himself in today to face a federal drug charge. Dr. Phil Astin's been charged with a single count of improperly prescribing medication and is expected to appear at a hearing later today. Two raids have been conducted on Dr. Astin's office since Benoit and his family were found dead last month. A Georgia prosecutor says he has no plans to file criminal charges in Chris Benoit's death.

(END VIDEO CLIP)

VELEZ-MITCHELL: Good evening. I'm Jane Velez-Mitchell, in tonight for Nancy Grace.

Tonight, federal drug charges handed down in the case of a superstar WWE wrestler found dead along with his entire family. Pro wrestling great Chris Benoit is believed to have murdered his wife and their 7-year-old disabled son inside their Atlanta-area home before hanging himself with weight-lifting equipment. And of course, there's a

question as to whether his son, now, was even disabled. And now also Chris Benoit`s personal doctor has turned himself in to the feds and been ordered to surrender his medical license.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Following the double murder/suicide of Chris Benoit and his family, the feds have been turning up the heat on his doctor, Dr. Phil Astin turning himself in today to face drug charges. Now, federal drug agents raided his office twice last week. They wanted to know if he improperly prescribed testosterone and other drugs to Benoit, who strangled his wife and son and hung himself last month. Well, now Dr. Astin has been hit with seven counts of improperly dispensing painkillers to other patients. Today`s indictment does not mention Benoit. A sealed criminal complaint involving steroids was also filed today.

UNIDENTIFIED MALE: Allegations have been made against him, where they compare him to some type of street-level drug dealer, which is ridiculous. He`s a doctor. We`re going to fight the charges. And it`s going to come down to medical experts, whether the prescriptions he wrote were appropriate based on the need of the patient. That`s it.

(END VIDEO CLIP)

VELEZ-MITCHELL: So many developments on so many fronts tonight. One stunning new twist is the grand jury indictment of Benoit`s personal doctor after a series of raids on his Georgia office.

Let`s go straight out to reporter Alex Marvez of "The South Florida Sun-Sentinel." Alex, what is the very latest?

ALEX MARVEZ, "SOUTH FLORIDA SUN-SENTINEL": Yes, Dr. Astin having that indictment come down today. And the big new out of this thing to me was the Associated Press story saying that Chris Benoit was prescribed 10 months` worth of steroids every three to four weeks by Dr. Astin for a one- year period. That`s an incredible amount of steroids. It makes you wonder, was Chris Benoit using all those steroids? Was Chris Benoit giving them to some of his friends in the pro wrestling world? An absolutely stunning development. Not to mention that this Dr. Astin apparently prescribed one million doses of controlled substances over a two-year period. That`s an awful lot of stuff.

VELEZ-MITCHELL: You are absolutely right, and the press release that the feds release was shocking and so colorful, saying -- basically, alleging he`s a dirty doctor and saying he was handing out drugs like they were candy.

Let`s go straight out to Dr. Marc Siegel, who`s an internist and also author of "False Alarm," a former ER doctor, as well, at NYU Bellevue (ph). You`ve been hearing all of this really shocking information, Doctor. Can you try to explain what it all means? Because a 10-month supply of anabolic steroids distributed every three to four weeks to one individual sounds like an awful lot to us civilians.

DR. MARC SIEGEL, INTERNIST, AUTHOR, "FALSE ALARM": Well, I mean, look, Jane, that is really shocking news. Unless somebody has a pituitary problem or adrenal problem, a real, real terrible deficiency, this is absolutely something you would never do. Doctors should not be prescribing because they`re friends of a patient or because a patient is demanding something. We have a Hippocratic oath. We`re not supposed to put our pen to the paper unless it`s something that`s medically indicated. This amount of drugs does not sound like it was indicated at all.

VELEZ-MITCHELL: Well, yes. And Carlos Ashenoff is a professional wrestler and a friend of Benoit`s. And he goes by the name Conan. Who could forget that, Conan? Carlos Ashenoff, thank you for joining us tonight. I know this is difficult for you because you are a friend and were a friend for a long time of Benoit`s. But something doesn`t add up here. The dates that they`re talking about, where Benoit allegedly received all of these steroids, is smack in the middle of the time where the WWE says that he passed a test this past April. So somebody is not getting the story right. Who do you think it is? What`s your analysis of it?

CARLOS ASHENOFF, PROFESSIONAL WRESTLER: Well, first let me preface the conversation by stating that I hope that my appearance here raise awareness of what`s happening in our industry and brings about change. The wrestling industry is not regulated. There`s no pension plan, no retirement plan, no union. We work the whole year. And you know, in baseball, there was a congressional investigation to alleged steroid usage, and we`ve had actual deaths, and nothing`s happened.

Now, getting back to the question, you know, there`s basically -- WWE, it doesn`t behoove them to take their biggest revenue makers, you know, out of the ring. They`re going to lose money, you know? So obviously, they turned -- you know, they turned a blind eye.

VELEZ-MITCHELL: Yes. And of course, we have to say that we have made repeated calls to the WWE today seeking their side of the story. We haven`t gotten any comment from them today, but we reiterate we want to hear both sides and all sides of the story. So anybody from the WWE, we want to hear from you, and we`ll keep calling until we get your side of the story.

Let`s go to Mike Brooks, who is here on set with me -- I`m delighted to have him -- CNN law enforcement analyst, former D.C. police officer, for some perspective. Because what I found very odd about all this, Mike, is that we`ve heard in this press release all this talk about Benoit getting all these steroids, but in the actual indictment it`s two other individuals whose initials are not Benoit`s initials, and it`s not steroids, it`s a bunch of other drugs.

MIKE BROOKS, CNN LAW ENFORCEMENT ANALYST: No, it`s initials "O.G." and "M.J." But they said in one of the indictments that he had been doing -- all the drugs we`re hearing about, all the steroids, apparently, he had been (INAUDIBLE).

They`re also looking at another pharmacy, the Signature pharmacy in Orlando, because apparently, he was getting mail order steroids from them also. And they have been in the news. It`s not the first time they`ve had some contact.

But I think we`re just seeing a little bit, just a tip of this investigation, Jane. They did two search warrants on his office. They went in, they found out -- found some things they were looking for. Then they went back again because, in my opinion as an investigator, you don`t go back unless you feel like, OK, well, we took a look at this. Let`s go back and take a look at some additional -- because what they found apparently led to something else, and they wanted to go back and get some additional evidence.

VELEZ-MITCHELL: So Mike, you`re saying it`s not like they didn`t find anything connecting them to Benoit, it`s just that they`re putting their case together and more will be revealed, as they say.

And we`re very delighted to have with us Manny Arora, who is this doctor`s attorney, Dr. Phil Astin`s attorney. Thank you for joining us. This was a very harsh day for your client, sir, bond set at $125,000. Upon release, and if he gets released, he must wear an electronic monitoring device and remain at home, only leaving for medical treatment or religious services. And the biggest blow of all, perhaps, he must surrender his license. What do you have to say for your client tonight?

MANNY ARORA, ATTORNEY FOR DR. PHIL ASTIN: Look, this had nothing to do with Chris Benoit`s case. If you read the indictment, there`s nothing mentioned in there. There`s no steroids mentioned in there. They went through his office once, took all the records, all the patient records, looked at them, made a decision that there was a rumor that he was selling Demerol out of the office. So they went back to check to see if there`s any storage of Demerol there. They didn`t find any. Then they went to his parents` home, checked there, didn`t find any.

This is a straightforward case -- we've had dozens of them before -- where doctors are being prosecuted for allegedly writing false prescriptions or prescriptions without a medical basis. That's all this case is about. It's got nothing to do with the wrestler, as the indictment clearly indicates.

VELEZ-MITCHELL: We are going to unleash the lawyers right now, prosecutor Eleanor Dixon and Alex Sanchez, defense attorney. Please go at it because I would guess, being Mr. Defense Attorney, Alex, you're going to say he's some kind of scapegoat.

ALEX SANCHEZ, DEFENSE ATTORNEY: I think this case has all the ingredients of an absolute publicity nightmare for the DEA. First of all, they smash open his house or his office in front of cameras. Don't you think they were saying to themselves, We better go in there and we had better find some information linking this guy to the death of Benoit? So go in there. They search the place. They find nothing. And all of a sudden, they find some alleged information linking him to some sales of other individuals who only go by initials. And you know, it begins to raise a question in my mind about whether or not the DA is playing some type of catchup game here.

VELEZ-MITCHELL: Or Eleanor Dixon, is it possible, because the man who was believed to be responsible for these deaths killed himself, there's really nobody to blame and there's all of this outrage across the nation, and somebody's going to pay for it.

ELEANOR DIXON, PROSECUTOR: Well, but you've got to remember that those officers had to have probable cause to get a search warrant to go into the house. And there was evidence that they had that Chris Benoit was linked to this doctor. So I think they did the right thing. They went in, and guess what they found? Evidence of a crime. And he was indicted by the federal government. You know, it doesn't get any easier than that. Obviously, something was going on here at this doctor's office

VELEZ-MITCHELL: And Mike Brooks, they also want him to forfeit all his profits and property. How would that work? He'd literally lose his office?

BROOKS: Yes, just like if you were arrested, you're pulled over, you're found with drugs in your car, you're going to forfeit your car. It's all having to do with asset forfeiture laws. And if they can prove that the money he made by the sale of these alleged illegal narcotics and steroids -- if they can prove that he made profit off of those and then used those profits, they can take everything that he has that they believe that -- or is linked to that.

So what they'll do is, the DEA, along with the Internal Revenue Service, the IRS criminal investigation division, they're going to go back and they're going to take a look at all the money he's made, and then they'll decide exactly what assets that they will be able to take as -- that he might have made off the sale of these drugs.

VELEZ-MITCHELL: And you know, I got to say, thinking about all of this, there's nobody better to comment than somebody who's actually been in the ring, been in this world, and we have him tonight with us. His name is Conan, also known as Carlos Ashenoff. And I want to ask you a tough question, Carlos. You've expressed doubts about the WWE's sincerity in this matter. Have you ever taken steroids? Tell us about it, if you have.

ASHENOFF: Yes, I have. But all you have to do is watch their program. They have a show on Monday, Tuesday and Friday. Look at the condition the guys are in. There's no way you can maintain that condition year-round if you're not on them.

VELEZ-MITCHELL: So you're saying that -- and this was something I wondered, as just a person who's seen these guys in action. They seem larger, physically larger than normal human beings. And you're saying if somebody's physically larger than a normal human being and their muscles are bulging to a point that they seem almost superhuman, they're on steroids?

ASHENOFF: Well, do you see normal people walking around like that on the streets year-round? It's impossible to achieve or attain that look without steroids. I mean, I'm pretty well versed on them because I used them for a long time because in this industry, there's a premium on that look. You're rewarded for looking that way. And you know, it's just a shame because now we're starting to find out that all these people, you know, all these wrestlers are dying due to enlarged hearts. It hardens arteries. You're having all these people that are -- you know, all these wrestlers that are dying...

VELEZ-MITCHELL: What did you feel when you were doing it? Happened to you physically?

ASHENOFF: Oh, I got bigger, stronger, you know, more aggressive. You know...

VELEZ-MITCHELL: Did you get into fights?

ASHENOFF: No, not really. I mean, you know, I didn't have that 'roid rage that you hear about, but you know, I have seen people that have gone into 'roid rages.

VELEZ-MITCHELL: So Luis Fernando Llosa, senior investigative reporter for "Sports Illustrated," there's obviously some kind of disconnect here because the WWE is saying that he passed the test in April, which is the very time that the feds are now saying he was being supplied anabolic steroids. Anabolic steroids were found in his home. My question to you is, what is the testing? Because they say he passed this test. What kind of tests are they? Are they reliable? Who's monitoring them? Is there any oversight?

LUIS FERNANDO LLOSA, "SPORTS ILLUSTRATED": Well, yes, there are different factors involved here. One is if somebody gets advance warning of a test -- I'm not saying he did, but you can give advanced warning of a test. The test can be for a specific steroid but not cover all steroids. There are masking agents that can be used to cover up the usage of the steroids. You can go off them, if you have that advanced warning I was talking about. There are many ways to beat a test.

I'm not saying that Benoit did or didn't, but the quantity of steroids that he has is phenomenal. The question that was raised earlier is, was -- is it possible that somebody like him to be supplying other people with steroids? I mean, that's a lot of steroids.

And what the WWE told me on the evening that this news was breaking out is that his own personal physician was prescribing steroids to him for a treatment and that that treatment was a low testosterone level. Well, the amount of steroids he was receiving, if this information is accurate, has nothing to do with somebody having a low testosterone level. That's a truckload.

VELEZ-MITCHELL: Yes, it is a truckload, and it's a huge shocker. I mean, what a shocking press release today.

Mary in Pennsylvania, you are one of the callers. The phone lines are lighting up. What's your question?

UNIDENTIFIED FEMALE: Thank you for taking my call. My question is, Chris was at the doctor's office that Friday before he went home and killed his family. Is it a possibility that the doctor gave him something to cause all this rage?

VELEZ-MITCHELL: Well, let's go to Mike Brooks because you've been tracking this. And obviously, they did not specifically charge him with this, but they keep talking about all the evidence they have.

BROOKS: They say they have a lot of evidence, Jane, and it's going to take the toxicology report as part of the medical examiner's report. That could take several weeks, but that will be the proof of, you know, was he on something? Did the doctor -- you know, to answer her question, you know, what -- did he prescribe something that would put him into this rage? And I've talked to some people who've said that they -- yes, there are -- there is 'roid rage from using steroids. Bureaucracy was he given something else? That remains to be seen. And we'll find out. It could take a couple weeks. Toxicology test results are going to be the key in this investigation.

VELEZ-MITCHELL: And you know, we`re going to get to the next huge shocker, which is this report and a news release by the local DA`s office saying that they`ve investigated this whole notion that this child, the 7- year-old boy who died, Daniel, had suffered from this mental disability called fragile X syndrome, and they`re not finding any evidence of it at all, which is a stunner because the entire media of the United States has been discussing fragile X syndrome now for the past week, based on some statements by the WWE that they believed that the couple, Mr. and Mrs. Benoit, were arguing over how to care for the child, given that he had fragile X syndrome. What a stunning development. We`re going to get right into it.

To tonight`s "Case Alert." Police release surveillance video in the search for the parents of an abandoned toddler left outside a Delaware hospital. The video shows the little boy shopping with his parents at a local New Jersey grocery store. The outing is the last known sighting of 27-year-old Amy Giordano, and just two days before little Michael DiGiralamo is left alone at the hospital. The biological dad, Rosario Roy DiGiralamo, is now a person of interesting in Giordano`s disappearance and wanted on charges of abandoning the little boy. If you have any information, please call the Delaware police, 302-834-2620, or New Jersey state police at 609-594-5000.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: The last few times I saw Chris, physically, he looked like he was as good -- you know, still had some good years -- a lot of good years left in him. But I will say that the very last time I watched Chris wrestle, which is only a few weeks ago, I made a mental note in my head when I was watching him work that he didn`t seem to have that light in his eyes. He didn`t have the passion in the match that I was watching.

(END VIDEO CLIP)

VELEZ-MITCHELL: I`m Jane Velez-Mitchell, in tonight for Nancy Grace. The parents of murder victim Nancy Benoit say a memorial service for Nancy and 7-year-old Daniel will be held on Saturday, July 14, at 1:00 PM in Daytona Beach, Florida. The attorney for Nancy`s parents confirmed they are considering civil lawsuits, but they`re waiting to see where the evidence leads them.

Given that her husband, her suspected killer, is dead, I want to ask the attorneys who are the likely candidates for a lawsuit? Let`s give it to Eleanor Dixon, prosecutor. Who are the likely candidates for a lawsuit?

DIXON: I would say the first place I`d look is the wrestling federation, and perhaps say tacitly, if it comes back that there`s steroids in his system, perhaps they approved of this in some manner, supplied it in some manner. Right now, we don`t have the doctor linked to Benoit, but then again, there`s still some more digging to do in the doctor`s records.

VELEZ-MITCHELL: And Dr. Robi Ludwig, psychotherapist and author of "Till Death Do Us Part," it`s not just drugs we`re talking about her. And of course, the toxicology reports on Mr. Benoit are not back yet, so we`re still speculating about the possible steroid use in that term. But there`s also the alcohol factor. Ten empty beer cans were found in the home, as well as an empty bottle of wine right near where his body was found. What does that tell you?

ROBI LUDWIG, PSYCHOTHERAPIST: Well, you know, when you use steroids or abuse steroids, it interferes with mood regulation, so it`s not uncommon for steroid abuse to cause depression, rage, paranoia, irritability, mania. So it`s very possible he was kind of stuck in this abusive cycle and using the alcohol to self-medicate in some way, and he was just an absolute mess.

And I do think that the wrestling industry should take some responsibility if they are encouraging and supporting this type of, you know, steroid abuse. It`s like the athletes are being exploited because of the finances that they bring in, and that`s a problem.

VELEZ-MITCHELL: Yes. And you know, when they say you combine drugs and alcohol, it`s not one plus one equals two, it`s one plus one equals 15 or 20.

We`ve got the phone lines lit up. Hang in there. We`ll get to you in a moment.

To tonight`s "Case Alert." The prime suspect in the death of Jessie Davis, a young Ohio mom who was 9 months pregnant and just weeks from giving birth to a second child, waives a preliminary hearing today. The case against Bobby Cutts, Jr., now goes before a grand jury. Cutts, the baby`s biological dad, accused of murdering Davis and her unborn child inside Davis`s home. The grand jury will now determine what charges should be filed.

The case of a second suspect, Cutts`s alleged accomplice, Myisha Ferrell, also headed to a grand jury, Ferrell facing charges of obstructing justice, and she is accused of helping Cutts hide Davis`s body. Sadly, Jessie Davis was due to deliver her baby girl, who was to be named Chloe, tomorrow.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: The wrestling world itself is probably more shocked and dismayed because they`ve been living this story on and off for a decade now. Horrible as this crime was, up until, you know, Monday morning, Chris Benoit was one of the most loved guys in the business.

(END VIDEO CLIP)

VELEZ-MITCHELL: I`m Jane Velez-Mitchell, in tonight for Nancy Grace, as we try to make sense of an incomprehensible triple death, a famous, handsome, successful pro wrestler who is believed to have killed his wife, child and himself. The whole country outraged and baffled.

The phone lines lit up. Kimberly from Alabama, your question, ma`am?

UNIDENTIFIED FEMALE: Yes. What kind of punishment could the doctor face if it is proven that the drugs he prescribed caused him to snap and do this to his family?

VELEZ-MITCHELL: All right. Well, it`s a good question for Mike Brooks. What are the penalties, and can he be criminally prosecuted in those terms?

BROOKS: It`s going to take a lot of evidence to prosecute him on that particular charge (INAUDIBLE) to say, OK, was he responsible for the death of these people and his suicide? But I think again, Jane, it`s going to go back -- it`s going to come back to the toxicology report. What exactly was in his system at the time of his death? What was in his wife`s system, and what was in his son`s system? You know, there was talk early on that he may have given them some drugs, too. So it`s going to take the toxicology report of all three to decide whether or not charges will be filed.

VELEZ-MITCHELL: And you know, I think there is also going to be increasing calls for a congressional investigation. When we come back, let`s talk about that because a lot of people are saying, Well, should it just be about professional wrestling, or should it be about our drug culture, our prescription drug culture, where we`ve got these doctors prescribing things illegally?

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: The memorial outside the Benoit family home continues to grow, as more fans come by wanting to pay their respects, but also seeking answers to their questions, especially what caused this tragedy, and could it have been avoided?

Chris Benoit worked out here in this Peachtree City gym just a day before investigators say he murdered his wife, Nancy. Sources say the gym has surveillance video of Benoit inside, doing his usual workout and socializing with other people. Fayette County investigators say they are aware of this video and could be interested in it, if for nothing else to observe Benoit`s state of mind.

(END VIDEO CLIP)

VELEZ-MITCHELL: I`m Jane Velez-Mitchell in tonight for Nancy Grace. A heart wrenching double murder-suicide, pro wrestling great Chris Benoit is believed to have murdered his wife and their 7-year-old son, Daniel, before wrapping a cord from a weightlifting machine around his own neck and releasing 240 pounds of weight, thereby committing suicide. Now, another really bizarre twist: Police say they know who the person is who went onto Wikipedia, that Internet encyclopedia, and anonymously wrote that Nancy Benoit had died more than a dozen hours before police found the bodies.

Mike Brooks, why are police now calling this mini-investigation an unbelievable hindrance to them?

MIKE BROOKS, FORMER D.C. POLICE: That`s a good question, because this is a totally separate investigation. What did this guy know? Who did he know? What connection did he have with Benoit or his wife? That`s my question, as an investigator.

OK, you knew this information. You put it on here. What brought you to put the information on there? And I tell you, I don`t know why they would say it`s a hindrance. To me, it would just be putting together part of the timeline to see whether or not this person is involved in any way whatsoever.

VELEZ-MITCHELL: There are so many aspects of this case that we`ve got to get through. Alex Marvez of the "South Florida Sun Sentinel," then there`s the whole question of whether the son was mentally disabled. The district attorney`s released this shocking press release that said they investigated it, they talked to educators, they talked to doctors, they talked to everybody, they cannot find any evidence that Benoit`s son had Fragile X syndrome. What do you know?

ALEX MARVEZ, "SOUTH FLORIDA SUN SENTINEL": Yes, this is what`s so amazing about this, because you talk to friends of the Benoit family, some of them, and they thought that there was something a little bit askew with Daniel Benoit, you know, that he was a shy, reclusive kid and showed maybe some of the symptoms of having at least a mild form of autism, maybe indeed Fragile X. The reality is that, if he didn`t have it, it just puts another horrific twist to this that Chris Benoit could murder his son who was actually mentally healthy.

VELEZ-MITCHELL: Yes, but what about the WWE? In their statement -- and let`s go to Luis Fernando Llosa with this, a senior investigative reporter at "Sports Illustrated" -- the WWE said, quote, "They were constantly struggling" -- meaning the Benoits -- "with the difficulties of raising a child who, from all indications, may well have had Fragile X syndrome. It`s very difficult to raise a child this way. There`s a lot of guilt." Somebody`s wrong.

LUIS FERNANDO LLOSA, "SPORTS ILLUSTRATED": Yes, that`s a good question. I mean, I don`t really know specifically of who -- I`d heard that perhaps the WWE had learned about this problem that the kid had from Benoit himself, when he was asking for some time off, but, frankly, that`s a good question. What I`m really interested, though, is what you mentioned earlier, about the need for a congressional hearing and the whole issue of doctors prescribing on the Internet human growth hormone and steroids. And there was in the case that we were looking into earlier, an Arizona doctor who the D.A. was investigating, who allegedly prescribed 3,879, wrote that many prescriptions in a five-month period. That same doctor, in our investigation, we linked to three pro wrestlers, one of them Eddie Guerrero, who died of an enlarged heart in 2005. I mean, it`s a systemic problem that needs to be addressed.

VELEZ-MITCHELL: Yes, but let me ask Dr. Marc Siegel, who is an internist and author of "False Alarm" and former E.R. doctor at Bellevue, if there`s a congressional investigation, should it be about pro wrestling or should it be about our entire culture, where we have so many doctors prescribing unnecessary drugs to their patients and basically turning into glorified pushers?

DR. MARC SIEGEL, ASSOCIATE PROFESSOR OF MEDICINE, NYU: Oh, I agree with that completely, Jane. What it needs to be is a look at why a doctor is prescribing medicines in the first place for an indication that doesn`t exist.

You know, as Dr. Ludwig said before, you start with one medicine, then you need another one to counteract it. If you`re given anabolic steroids, you can`t sleep at night, so then you have to drink alcohol to sleep. It becomes a vicious cycle. And then there`s certain doctors, perhaps like this Dr. Astin, if you look at his indictment, he`s -- one patient is getting 120 Percocet, bang, another one is getting 120 Xanax. I mean, we should really look very hard at who is prescribing what for whom. If you start seeing a lot of muscles building up, that`s not because there`s a medical problem. That`s because somebody is doing something recreationally, and doctors are participating in this way too often.

VELEZ-MITCHELL: And, Dr. Robi Ludwig, psychotherapist, does it go way beyond steroids? I mean, we heard all these other drugs that were mentioned, Percocet, Xanax, Lorcet, Vicoprofen, all sorts of names. I don`t even know what half of them mean. Are we a culture of syrup- swizzling and pill-popping, script-writing addicts?

DR. ROBI LUDWIG, PSYCHOTHERAPIST: Well, one would think so. You know, I would hope not, but we are not a culture that embraces tolerating a broad range of feelings and learning how to deal with the more difficult feelings in life. And for those people who are really afraid to look at themselves, they might be more inclined to just medicate everything away so they can feel good.

What we are is -- and especially in the wrestling world -- it appears to be a culture of bigger is better, and it doesn`t matter how you get there. It`s just important that you`re the best, and that`s a problem. We have to somehow incorporate integrity into our culture.

VELEZ-MITCHELL: Yes, and I think that if there is a congressional investigation -- and I definitely think there should be -- it should be across the board, beyond professional wrestling, to all these Internet sites that are prescribing all these drugs, that people can call and get a doctor online apparently, which is a complete shocker, that people are using drugs in greater quantities than they should. They`re self- medicating with these drugs. There should be a congressional investigation into everybody

I think it`s fair to say that all of us know at least a couple of people that are using drugs, prescription drugs, in a way that we wonder, "Hmm, is that really necessary?" The phone lines are lighting up. Leeann in Missouri, your question?

CALLER: Yes, I`d like to know, do you think maybe now this will prompt the federal government to step in and regulate this sport for drugs, like it has others? And if so, how will it affect wrestling?

VELEZ-MITCHELL: Well, Alex Marvez, "South Florida Sun Sentinel," has been studying this industry for a long time. How would a congressional investigation affect

pro wrestling?

MARVEZ: I mean, I think it would embarrass it. The whole thing is that these wrestlers have been dying of steroid abuse, at least maybe as a contributing factor to their bad health, for some time. You look at the rash of young deaths in this industry, yet fans continue to tune in and they continue to watch the product.

I think the way that WWE could really address this issue is just by not pushing wrestlers that look like they`re on steroids. This is not an athletic performance, so to speak. It is sports entertainment. It is pre- scripted. They can decide who gets a push and who doesn`t. So don`t make giving a guy a push on the basis of anabolic steroids. If you look that big, don`t do it. Don`t run that risk.

VELEZ-MITCHELL: And Carlos Ashenoff, also known as Conan, according to some claims and reports, it goes beyond steroids into other drugs. The "Daily News" is saying that some of the people who are engaged in the pro wrestling world have been known to use GHB, which is also known as the date rape drug. Have you ever heard anything about this?

CARLOS ASHENOFF, PROFESSIONAL WRESTLER: Yes, that`s like liquid ecstasy. That was very, very popular in the `90s, and it helps you get ripped. It gives you a buzz. I mean, it`s very hard because, like I said before, you`re on the road the whole year, so you`re hurt, you`re depressed, you need something to pick you up, something to bring you down, something to keep you strong, so it`s a lot of recreational drugs, steroids and pain killers.

What Vince McMahon needs to do is actually fine people, suspend people or fire people if he has to, if he finds them on steroids, like Alex Marvez says, or pain killer, because they`re just giving us a lot of lip service. After Eddie Guerrero died last year, who was like a brother to me, you know, they started implementing steroid testing again to make sure they could quash or quell any media uproar, but they picked a couple patsies, and that was it. I mean, he`s got to do something about this. He`s got to b responsible.

VELEZ-MITCHELL: Yes, but when you say that they instituted this, are you saying that these tests are meaningless? Because Benoit passed the test in April, at the very time -- and I`m repeating myself, but this is a crucial fact -- at the very time that authorities are saying he was being given huge quantities of steroids.

ASHENOFF: Well, like I said earlier, you know, it doesn`t benefit them to take some of their biggest revenue makers out of the ring, so they just basically police themselves. If anybody`s showing up late or anybody showing any signs of drug abuse, they put them in rehab.

VELEZ-MITCHELL: Let me jump in here. What is the test? I mean, what exactly do they do to test that is so questionable at this point?

ASHENOFF: It`s a urine test, but, you know, they just pick a couple people, make an example out of them, and everybody else polices themselves.

VELEZ-MITCHELL: Are you saying people use the whizzinator? I don`t want to tell anybody what that is, but they can use their imagination to figure it out. You can fake a urine test. It`s called a whizzinator.

ASHENOFF: Yes, right, I know exactly what it is. The bottom line is you don`t have to, because they never bust the top guys. That`s just it. You know, they make an example of a couple people so the media doesn`t say that they`re not doing anything, and that`s what`s happening. They give a lot of lip service.

(COMMERCIAL BREAK)

(NEWSBREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: A preliminary review of Dr. Astin`s prescription- writing activity indicates that he authorized approximately 1 million dosage units of various pharmaceutical controlled substances in the past two years, including significant quantities of an injectable anabolic steroid.

UNIDENTIFIED MALE: Allegations have been made against him where they compare him to some type of street-level drug dealer, which is ridiculous. There`s nothing sensational (INAUDIBLE) about this case. It`s straightforward. The records will show what pills were prescribed. They were very specific about what pills they think wer improperly prescribed. I don`t know who it is that`s giving them the information where they think it`s improperly done. We will look to have it reviewed by good experts from universities to see if the documentation and the prescription is appropriate. And that`s how we`re going to defend this case.

(END VIDEO CLIP)

VELEZ-MITCHELL: I`m Jane Velez-Mitchell in tonight for Nancy Grace. As we continue to dig deep into the tragic double murder-suicide of the Benoit family, a flood of disturbing, new information coming in from the indictment of Benoit`s personal doctor, to word from the local D.A.`s office that the little boy, Daniel, may not have been mentally or physically disabled after all. That shocking statement seems to contradict what an attorney for the WWE first said, and I`m going to repeat it again. We want to hear the WWE`s side of the story. We`ve been trying to reach them, and we offer them a chance to come on and give their side of the story.

But Alex Marvez, with the "South Florida Sun Sentinel," you spoke to the WWE apparently about this issue. What did they say about the little boy`s mental condition?

MARVEZ: Yes, I spoke to Jerry McDevitt, the WWE attorney, last week and he said that, you know, Nancy Benoit had called Dr. Astin on Thursday before the murder was done and had said, hey, you know, we`re having problems with our little boy, then went ahead and said Friday that Chris Benoit, the purpose of his visit to see Dr. Astin was to go ahead and talk about Daniel Benoit. And at that time, Jerry McDevitt told me that Dr. Astin prescribed Chris Benoit some Zoloft.

Now, whether or not Chris Benoit took the Zoloft or not, I don`t know, but there`s a litany of prescription drugs found in that house. If you combine these types of drugs with anabolic steroids and then alcohol, I don`t know what type of mental picture you`re painting there.

VELEZ-MITCHELL: Well, we`re also talking about what this little boy might have experienced. Let`s go to the attorney for Dr. Phil Astin, Manny Arora. And, of course we remind our viewers that Dr. Phil Astin has not been convicted of anything. He deserves the presumption of innocence, but he has been arrested on some very serious charges.

Dr. Arora, what do you know about this boy and your client, Dr. Astin, and what he may or may not have prescribed to the child?

MANNY ARORA, ATTORNEY FOR PHIL ASTIN: I`m not aware of what the issues are with the young boy, but what I want to emphasize -- what I hear the panel talking about is somehow that this doctor is responsible for steroids and whatnot. There`s nothing in the indictment that puts it there.

If you look at the actual indictment, the way it`s charged, it`s approximately every three to six months one of two patients that are listed are getting these drugs. That`s a regular visit from a regular patient every three to four to six months. They`re elderly patients, and the whole issue should be a doctor needs to review these to determine whether the amount of pills being given was appropriate.

The other thing the panelists don't want to talk about is the fact that a lot of these prescriptions didn't have dates on them. Therefore, the pharmacies would not have actually filled out those prescriptions, so the numbers can be added up, since 2004, come out to about 3,000 pills for two patients. If you look at any competent doctor that's dealing with pain management of elderly patients, perhaps some with cancer, that's not uncommon. We've already done our homework on those issues.

VELEZ-MITCHELL: All right. Well, defense attorney Alex Sanchez I believe agrees with you to the extent that, while everybody's talking about his connection with Benoit and the fact that Benoit visited this doctor on the very afternoon before he apparently killed his wife, it's not in the actual indictment.

ALEX SANCHEZ, DEFENSE ATTORNEY: Yes, I mean, just because he visited the doctor -- these wrestlers get injured all the time, and so they have good reason to go to the doctors to determine what, if anything, is wrong with them.

But the question I have is, where were the authorities for the many, many months or even years? Isn't there some authority over there in Georgia that determines whether or not some physician is over-prescribing medication? And how come this information only came out after this Benoit tragedy? And doesn't the authorities bear some responsibility for not intervening before this date?

VELEZ-MITCHELL: Well, Eleanor Dixon, what say you?

ELEANOR DIXON, PROSECUTOR: Well, they sound like defense lawyers to me. But what they missed, the point is he's charged with distributing these medications for something other than a legitimate medical purpose. And in a way, thank goodness they caught him for this, if true, because Chris Benoit was linked to him. That's how they got to the doctor in the first place. So I don't think we're sitting here talking about Mr. Innocent. Something finally was pointed his way.

VELEZ-MITCHELL: All right, Dr. Marc Siegel, I have to ask you about this one horrifying aspect about this. There were reports that the little boy allegedly -- and nobody's been in the room except the authorities, so this is just reports -- allegedly had track marks. The little boy allegedly had track marks on his arm and there was a question as to whether he was getting human growth hormone. Given that now the D.A. is saying he can't find any evidence that this child had Fragile X, it's incomprehensible. What do you make of it?

SIEGEL: That's really a horrifying report. You know, we have to be clear about this Fragile X syndrome. One in 4,000 males get this. And it's not an iffy proposition. It's really clear. I mean, it's the number- one cause of an inherited mental retardation in the world, and that's the protein that's involved there. And if he has that, he has a one in five chance of being autistic.

There is no real treatment for this, so he wouldn't be getting injected human growth hormone. I mean, there's treatment for the symptoms of Fragile X, but you really can't cure it. So it's going to have to be cleared up over the next few weeks, and I'm sure it will be, whether he really had Fragile X or not. But when males get it, they get it.

VELEZ-MITCHELL: Right. Well, I guess hopefully the tests will show one way or another. Mitra in New York, your question?

CALLER: Hi, I'm from New York, and in New York prescriptions are regulated. So how did the pharmacy allow the doctor to prescribe such a large volume of steroids, on multiple occasions, to one individual?

VELEZ-MITCHELL: Mike Brooks, what do you think?

BROOKS: I'll tell you what, that's a great question, and I think that's what the investigation all comes down to. They went back. They're going in to take a look to see exactly, you know, what he was prescribing, to whom, when and how much, but it's a great question. And, you know, I really can't tell you. It sounds like he wasn't doing the right thing.

VELEZ-MITCHELL: Carlos Ashenoff, Conan, you said you've seen guys with 'roid rage. What does it look like?

ASHENOFF: Well, you know, they get uncontrollable rage. They get very violent. They want to fight. They want to break stuff and, you know, just very aggressive.

VELEZ-MITCHELL: Yes, but everybody said that Chris Benoit was soft- spoken. Everybody says this, that he was such a sweet guy who wouldn't hurt a fly.

ASHENOFF: Well, he was. You know, I don't think it was 'roid rage, because, you know, what he did sounded a little bit more deliberate, and it was over a three-day span, and 'roid rage is kind of just bouts and fits of rage for, you know, five minutes, ten minutes, whatever. But he was very kind, you know, very uncharacteristic of him. I would have never thought that he would have done anything like this. He was a gentleman.

VELEZ-MITCHELL: What do you think? I mean, you're saying that it's a big problem, that things need to be cleaned up, but now you're saying, well, you don't think it's 'roid rage?

ASHENOFF: Well, I'm saying...

VELEZ-MITCHELL: Why do you think he did it?

(CROSSTALK)

ASHENOFF: I have absolutely no idea. He obviously snapped, but the bottom line is, is that, you know, wrestlers are taking a lot of pain killers, steroids and recreational drugs, and it needs to be cleaned up and needs to be regulated.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: The personal physician of pro wrestler Chris Benoit turned himself in today to face a federal drug charge. Dr. Phil Astin has been charged with a single count of improperly prescribing medication and is expected to appear at a hearing later today. Two raids have been conducted on Dr. Astin's office since Benoit and his family were found dead last month. A Georgia prosecutor says he has no plans to file criminal charges in Benoit's death.

(END VIDEO CLIP)

VELEZ-MITCHELL: I'm Jane Velez-Mitchell tonight for Nancy Grace. And we've been talking about this crisis in the world of professional wrestling. We're very happy to have with us tonight Conan, also known as Carlos Ashenoff.

You've admitted to us that you've taken steroids and now you have health problems. Tell us about it.

ASHENOFF: Yes, it wasn't from the steroids. It was more from the pain killers, due to the fact that I had to use pain killers, because I needed a hip replacement operation

and the company that I was with, TNA, wouldn`t pay for it. I had to get on pain killers and, due to the continued use of that, it shut down my kidneys, and now I have to get a kidney transplant.

VELEZ-MITCHELL: Oh, I`m so sorry to hear that. When is that coming up?

ASHENOFF: Hopefully next week. But let me tell you something. You had asked me before what I thought the thing was with Chris Benoit. There seems to be a correlation between undiagnosed concussions and football players who, after they retire, they commit suicide. He might have had an undiagnosed concussion.

VELEZ-MITCHELL: Well, that`s as good a guess as any. And, again, when we get the toxicology results back, we will know for sure whether he was on steroids and whether it was `roid rage or whatever it was, but we do know one thing. It was a horrible tragedy, and we as a nation need to look at this issue of unnecessary drug use.

Tonight, let`s stop to remember Senior Airman William "Willy" Newman, just 23, from Kingston Springs, Tennessee, killed in Iraq. An explosive specialist, Newman gave his life dismantling a bomb to save nearby Iraqi civilians. He loved sketching, reading, break dancing, attending church, and Korean food. Newman dreamed of writing a book, finishing his college studies for a career in medicine or engineering. A newlywed, Newman leaves behind his grieving widow, so young. The two were just two weeks away from a belated honeymoon in Maui, and leaves he behind his grieving parents, Matthew and Gerri. William Newman, an American hero.

We want to thank all of our guests tonight for their insights and thanks to you at home for tracking these very important cases with us. I`m Jane Velez-Mitchell tonight for Nancy Grace. Hope to see you right here tomorrow night, 8:00 sharp Eastern. Until then, have a wonderful and a safe evening.

END



Search CNN



| U.S. | WORLD | POLITICS | MONEY | OPINION | HEALTH | ENTERTAINMENT |
|---|---|---|---|---|---|---|
| CRIME + JUSTICE | AFRICA | 2016 ELECTION | MARKETS | POLITICAL OP-EDS | DIET + FITNESS | CELEBRITY WATCH |
| ENERGY + ENVIRONMENT | AMERICAS | WASHINGTON | TECH | SOCIAL COMMENTARY | LIVING WELL | TV + WEB |
| EXTREME WEATHER | ASIA | NATION | MEDIA | | PARENTING + FAMILY | MOVIES + MUSIC |
| SPACE + SCIENCE | EUROPE | WORLD | PERSONAL FINANCE | | | |
| | MIDDLE EAST | | LUXURY | | | |

| TECH | STYLE | TRAVEL | SPORTS | LIVING | VIDEO | MORE... |
|---|---|---|---|---|---|---|
| GADGETS | FASHION | BEST OF TRAVEL | PRO FOOTBALL | FOOD | LIVE TV | PHOTOS |
| CYBER SECURITY | DESIGN | SLEEPS + EATS | COLLEGE FOOTBALL | RELATIONSHIPS | DIGITAL STUDIOS | LONGFORM |
| INNOVATION NATION | ARCHITECTURE | BUSINESS TRAVEL | BASKETBALL | RELIGION | CNN FILMS | INVESTIGATIONS |
| | AUTOS | AVIATION + BEYOND | BASEBALL | | TV SCHEDULE | IREPORT |
| | LUXURY | | SOCCER | | TV SHOWS A-Z | CNN PROFILES |
| | | | | | | CNN LEADERSHIP |

CNN  U.S. Edition ⌄

© 2016 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved

Terms of Use | Privacy Policy | AdChoices | Advertise with us | About us | Work for us | Help | Transcripts | License Footage | CNN Newsource

# EXHIBIT 12

# PRO WRESTLING TORCH

## What now?

### The Benoit Family Tragedy must lead to change
Wrestlers, mainstream media, investigators, politicians all play role

INSIDE 24 PAGE SPECIAL DOUBLE ISSUE
•News: Benoit Story Developments (pgs. 2-9)
•Quotebook: Colleagues speak (pgs. 10-11)
•Keller: Where to go from here (pgs. 12-15)
•Mitchell, McNeill, Caldwell (pgs. 16-19)
•Letters: Readers react to tragedy (pgs. 21-23)



BBL
By WADE KELLER

## Acceptable ratio

## INTRODUCTION
By Wade Keller, Torch editor

Two weeks after the bodies of Chris Benoit, Nancy Benoit, and Daniel Benoit were found, it's still among the most talked about stories in the country. New angles, revelations, retractions, and investigator actions have kept this story alive longer than any pro wrestling story in history. Change may finally be inevitable. There is a sense right now that the breaking point was reached, that what's wrong cannot be shoved aside until the next inevitable tragedy, and that wishy-washy, hemming and hawing is not acceptable anymore.

The crescendo came on Thursday night, July 5 on CNN Headline News's prime time "Nancy Grace" show. Marc Mero and Steve Blackman were guests. They had been guest together several times on different talk shows over the previous week.

The discussion was going the usual way it had with those two. Mero was calling for a change in the industry—something to stop the tragedies. Blackman was writing it off, essentially, as bad individual choices being made by individuals without the dedication, principles, and restraint he showed by not taking steroids when he was in WWE. As Blackman began talking about a variety of circumstances causing Benoit to snap, Mero interrupted.

"Steve, I've gotta step in," said Mero. "Steve, you've gotta get off the fence. We've got a platform here to make a difference in many lives. Do you know how many lives have been destroyed by professional wrestling deaths? Wives and husbands and children. We've got an opportunity now to make a change. If we don't say there's a problem in professional wrestling and (instead we) keep sugar coating it—no, it was bad, we did steroids and pain killers and all kinds of drugs, we did whatever it took to make it to the show to keep our spot on national television. Let's be honest just once. Please!"

Blackman responded: "Hang on a second. You can't deny that I've been honest with everything I've said. We've done a few shows together."

Mero got worked up and yelled: "You're so worried about people pointing the finger at you taking steroids. It doesn't matter what you did... Every time I'm on the show with you, you talk about how you didn't do steroids. Who gives a damn! People are dying. Let's do something about it."

Blackman yelled and showed more passion than he ever did in WWE on camera. "I never took any steroids in WWF. Let me finish. Stop



CHRIS BENOIT

Artist: Neal Obermeyer

interrupting me for a second." Mero asked if he ever took steroids. He said he did in 1987 and '88 until he had an allergic reaction in 1989. Mero said, "So we can agree we all did steroids." He said the last time he did steroids was in 1994. Mero said, "Admit you took steroids. Then we can all move on and make changes... This sport needs to be regulated... You're given this opportunity to make changes in people's lives. In life it's about stepping up to the plate to do the right thing."

Blackman said: "Okay, well, you're all wound up here. Yeah, a lot of the guy's families have been destroyed. I agree it does need to be regulated. Everyone in there is still an adult. We do suck it up and we all live in pain and live on pain killers trying to make it through this horrible business. It doesn't change that everyone is an adult here and they're making their own choice. They're not putting it on a platter and shoving it down your throat, so you have to take a little bit of responsibility yourself."

Perhaps for the first time all week, there was a meaningful debate on TV. One knowledgeable person calling out another for doing what too many people are still doing: creating excuses for the pile of dead bodies and broken lives that the pro wrestling culture has created.

This is not, and should not, be an argument

"That is why we are here today. We believe that the pattern of injuries and deaths ...today is unreasonable and should be greatly reduced. We also believe the potential solutions are economically and technologically feasible. Implementing those solutions will take strong leadership–leadership from this committee and strong leadership at the highest levels."
–David Pittle, Ph.D., Sr. V.P. of Technical Policy, Consumers Union, discussing SUV rollovers and SUV–on–pedestrian deaths before the Senate Committee on Commerce, Science, and Transportation, Feb. 26, 2003.

Stronger leadership at the highest levels, indeed. For the pro wrestling industry to change, it must change at the highest levels. The unacceptable death rate, the hidden and less talked about frequency of broken families, marriages, health, vitality, and general well-being has gone on too long.

There is a sense, today, July 8, 2007 that change may finally occur. There are wrestlers at the very top of the industry's food chain who I've heard are fed up and ready to shake things up. (Will they really take action, though?) There is less of an indication that Vince McMahon has finally decided, whether out of prudence or panic or compassion, to finally change.

The system as it now stands is built to destroy lives. Not all lives. The vast majority of pro wrestlers live. Some build up great savings accounts and get out with their health and well-being in tact, a happy family waiting for them at home, and a sense of pride in what they accomplished in their career. But not many.

As was the case when SUV rollovers and pedestrian accidents were examined, it wasn't the number or percentage of SUVs that didn't tip over or the number of pedestrians who survived a run-in with an SUV bumper that mattered, it was the number of SUVs that did rollover, it was the number of serious pedestrian injuries that counted. It was the ratio *compared* to other vehicles that become unacceptable.

In pro wrestling, there are too many ratios that have been deemed acceptable. There are flaws in every list created to cite the number of premature deaths of pro wrestlers the past 25 years. Now, though, is not the time for parsing for imperfections. Now is the time to state the

—COVER STORY continued on pg. 24

—KELLER continued on pg. 12

BENOIT  FAMILY TRAGEDY

*Week two of the developments following the discovery of the bodies of Chris Benoit, his wife Nancy, and his seven year old son Daniel included media-driving twists and turns, most prominent of which was the indictment of Benoit's personal physician, Dr. Phil Astin III. The following pages chronicle various aspects of the situation ranging from Astin's indictment to a WWE press release backfiring badly to a twist in the Fragile X angle to Chris's mother speaking out to media outcry for regulation or change in the industry. We begin with a look at the Astin development and follow-up with a potential bombshell that could propel the story to another level even before toxicology reports are released. –Wade Keller, editor.*

## DR. ASTIN INDICTED

•Dr. Phil Astin III was indicted on Monday, June 2 on seven counts of "Distributing a Controlled Substance for Other Than a Legitimate Medical Reason" in a Georgia court. Those drugs were not distributed to Chris Benoit, but rather two individuals with initials O.G. and M.J. While Benoit was not named in the indictment, a search warrant document states that excessive amounts of steroids were prescribed to him by Astin—the equivalent of a one year supply every three weeks. Nothing more specific was given in terms of what that quantity actually was.

•The indictment lists 1,050 tablets of Percocet and Lorcet prescribed to an O.G. and a much larger quantity of Percocet, Adderall, Lorcet, Xanax, and Vicoprofen to an M.J. The date and drug breakdown is listed as follows:

–April 2004: Provided Percocet, Vicoprofen, and Xanax to "M.J. in Carrollton"

–July 2004: Provided Percocet, Lorcet, and Xanax to "M.J. in Carrollton"

–October 2004: Provided Percocet, Lorcet, Vicoprofen, and Xanax to "M.J. in Carrollton"

–March 2005: Provided Percocet to "O.G. in Carrollton"

–March 2005: Provided Percocet and Lorcet to "M.J. in Carrollton"

–July 2005: provided Adderall, Percocet, and Lorcet to "M.J. in Carrollton"

–September 2005: Provided Percocet and Lorcet to "O.G. in Carrollton"

•Key aspects of the Dr. Phil Astin III complaint filings:

-Criminal Complaint, words of DEA agent Anissa M. Jones: "A preliminary review of Dr. Astin's prescription writing activity indicates that he authorized approximately one million dosage units of various pharmaceutical controlled substances in the last two years. The prescriptions also included significant quantities of injectable Testosterone cypionate, an anabolic steroid. In my training and experience, this is an excessive amount of prescriptions for a sole practitioner medical office in a rural location such as Carrollton."

-Search Warrant: "In a DEA investigation of RX Weight Loss currently being prosecuted in the Northern District of George, Mr. Benoit was previously identified as an excessive purchaser of injectable steroids, a Schedule III controlled

substance. DA Diversion indices provided by the Office of Diversion Control, as well as evidence found at the crime scene by the Fayette County, Georgia Sheriff's Office, identified Dr. Astin as the supplier of various pharmaceutical controlled substances, including injectable anabolic steroids, that were found in Mr. Benoit's residence."

-Search Warrant: "Through prescription records for Chris Benoit maintained at Jones Pharmacy, located (in) Fayetteville, Georgia, Dr. Astin has been identified as prescribing, on average, a 10 month supply of anabolic steroids to Mr. Benoit every three to four weeks from May 4, 2006 to May 9, 2007. My basis for identifying the customary dosage and use of anabolic steroids arises from conversations an officer had with Ralph Balchin, the pharmacist at Jones Pharmacy, who reviewed these prescriptions."

•There has been no statement by authorities that O.G. and M.J. are pro wrestlers. Media notes follow:

Jerry McDevitt on Fox News on Tuesday July 3 on whether he heard of wrestlers going to Dr. Astin other than Benoit: "No. I don't think so. From what we understand, he was principally Chris's family doctor."

Fox 5 report from July 3: "Federal investigators have in their possession, right now, medical records of other professional wrestlers who were also patients of Dr. Phil Astin. Those pro wrestler records were among the files seized during two raids at the doctor's office in Carrolton (Ga.) last week."

On July 3, Fox 5's Doug Evans reported that federal investigators have medical records of other professional wrestlers who were also patients of Dr. Phil Astin. He said those were among the files seized from the doctor's office the previous week. "We've learned, though, that investigators seized records of specific wrestlers after they saw photographs of those wrestlers on the walls of Dr. Astin's office." He said DEA agents are sifting through the names to determine who's who because some wrestlers don't use their real names on TV.

Evans said it was through records of pharmacies in Fayetteville that drug agents determined Dr. Astin was overprescribing anabolic steroids to Benoit. He said the Internet has gone crazy with speculation over who those other wrestlers are. He said homicide detectives in Fayetteville, Ga. are awaiting toxicology reports. He said he was told those toxicology reports are key to any charges to Dr. Astin in the drug investigation.

An article in the Atlanta Journal Constitution about the June 2 indictment of Dr. Astin revealed new details on the initial government raid of Dr. Astin's office on Wednesday, June 27. When the police busted down the door to Astin's office, he had Chris Benoit's medical file in his hands at the time, leading investigators to wonder whether he was in the process of tampering with Benoit's records, possibly trying to get rid of incriminating information.

From the AJC article: "Assistant U.S. Attorney John Horn said that when agents raided the doctor's office on Wednesday, Astin was carrying Benoit's medical file and may have been trying to tamper with evidence."

Astin's attorney, Manny Arora, said the doctor

had brought the file because he thought the authorities would want it. He had asked that Astin be released on his own recognizance.

•Atlanta media reported late last week that Dr. Astin may have prescribed drugs to the late Johnny Grunge (Mike Durham). Grunge was a neighbor and good friend of Benoit's.

•Dr. Astin's character was brought into question as his past was investigated. Reports surfaced that Dr. Astin was investigated for three separate domestic abuse incidents from 2003 to 2007. Complaints in May 2003 and July 2005 resulted in no charges being filed. The most recent, in February 2007, resulted in charges of "simple assault" by a neighbor about Dr. Astin threatened to kill him. This came after his wife was diagnosed with terminal cancer.

The CBS affiliate in Atlanta ran a story on its website about Dr. Astin, with quotes from two of his family members.

One family member supported Astin and said that he's a good doctor: "He only prescribes what you need, and I've never known him to over–prescribe anything."

The other family member took the opposite stance: "This guy was a legal drug dealer, really, and he kind of took advantage of people who had addiction problems… There's a lot of people that have drug problems that come here. This place is known on the low level, this place is known as the place to get drugs."

A TV reporter said people in the community were shocked as Dr. Astin was well–known. Astin put a sign up on his office that they are on vacation until July 6. Apparently Dr. Astin stayed with mother on and off, thus the raid of her house.

Dr. Astin's father, Dr. Phil Astin II, had his medical license suspended for illegally prescribing pain killers to 14 patients from the 1970s to 1989, reports the Atlanta Journal–Constitution. He agreed to pay a fine, accept a 30 day suspension of his medical license, follow strict rules with writing prescriptions with strict board oversight, and never treat patients for weight loss again. He eventually had his license restored, but in 2005, committed suicide by shooting himself.

## MYSTERIOUS INITIALS

•Authorities have been coy about whether the O.G. and M.J. initials represent pro wrestlers. Various media reports have speculated and reported on the rumors.

Late last week, TMZ.com reported the initials stood for Rey Mysterio (real name Oscar Guttierez) and former WCW and WWE wrestler Mark Jindrak, but retracted the story minutes later. A TMZ editor said they had strong indications it was them, but felt their sources weren't strong enough to say so for sure, thus the story was pulled quickly.

Former WCW announcer (and previously a PWTorch columnist) reported on his ESPN radio show in Pittsburgh that he believed the initials stood for Mysterio and Jindrak.

Several wrestlers tell PWTorch that is the prevailing belief in WWE and wrestling circles outside of WWE, especially among those with

connections to the doctor and drug market in Atlanta where WCW was based. One wrestler tells PWTorch he spoke to one of those two wrestlers and that wrestler expressed concern about the situation, while confirming both he and the other wrestler were customers of the doctor and the prescriptions named were familiar to him.

If Rey Mysterio is one of the two referenced in the document, WWE is covered in terms of its Wellness Policy since the prescriptions pre-date the implementation of the Wellness Policy. From a legal ramification standpoint, the DEA has made it clear it is going after suppliers, not users, so charges are unlikely to be brought against anyone who was prescribed drugs outside the realm of what is considered legitimate and safe medical application.

Currently, the governing bodies involved in the investigation are not commenting on names or what specific evidence they discovered during the raids. According to TV reports, they do have records of specific wrestlers, but they were not named in the indictment against Dr. Astin handed down on Monday that included "O.G." and "M.J."

•**Madden spoke about the O.G. and M.K. initials in a monologue on his ESPN 1250 radio show in Pittsburgh, Pa. on July 2.** Here's what he said:

I wanna re-open the Benoit tragedy again, because this ain't over. This is FAR from over. Here's the latest development, and I know a little more than most. Benoit's steroid doctor was giving him 10 months worth of juice every 3–4 weeks. I'm no physician, but that may have been unhealthy. Anyway, the initials O.G. and M.J. were discovered on the doctor's books. This doctor's lawyer says, oh, those are just two old people. Sounds familiar, doesn't it, Dr. Rydze? Anyway, I've been told that O.G. is actually Oscar Guttierez, better known to WWE fans as Rey Mysterio. Rey is the little guy, the kids' hero, and it doesn't take much steroid knowledge to see that little Rey-Rey looks like one of those hot dogs that plumps when you cook 'em, except he's been left in the microwave a bit too long. This is the kids' hero, and he's obviously 'roided up like a maniac. I've debated a bit as to whether to reveal this information, which I got from another wrestler, that OG is really Rey Mysterio. But should the kids' hero be 'roided up? And even though Oscar is another guy I consider a friend, and he might be mad I ratted him out, if it comes down to Oscar being mad or Oscar dying, it's an easy choice. At this point, it's an incredibly easy choice.

We are as close right now to the collapse of the wrestling industry as we've ever been. Wait until the gov't gets involved. And yet Vince McMahon… in his utter disdain and arrogance… keeps pushing guys like Bobby Lashley, who may be the most 'roided up of them all. Hey, Vince… how did Benoit pass his steroid test in April when he was getting ten times the normal dosage from that doctor? And what about the informal "rule" your agents tell your wrestlers… don't all go to the same steroid doctor, that way one bust can't wreck the whole company? Some wellness program you got there, Vince. Some wellness program.

The juice, the painkillers… it's always been looked on as part of the business, and I admit, I turned a blind eye to it, just like Peter Gammons with McGwire and Sosa. But now too many people are dead. It's got to stop. The government has *got* to get involved.

Wrestling existed before steroids. In fact, if it wasn't for Vince's fetish for musclemen, it would have never come close to this point.

## FRAGILE X DISPUTED

•**The parents of the late Nancy Benoit are disputing reports that their only grandson, Daniel, had Fragile X disease or any medical condition of mental retardation.** The reports of Daniel having that condition began when a woman in Vancouver told a radio station that she knew of Daniel having Fragile X syndrome and asked Chris and Nancy to help bring awareness to the syndrome; she said Chris declined, citing privacy reasons. It was considered confirmed when WWE attorney Jerry Devitt was quoted acknowledging that Daniel had the syndrome and implied strongly it was a source of marital strife. Since then, nobody has come forward to say they ever knew that Daniel had the disorder, although Chris Jericho said he recognized a lot of the Fragile X traits in retrospect matching up with Daniel's behavior and appearance. Article Excerpt:

The parents of Nancy Benoit were contesting a widely-reported aspect of the case — that Daniel Benoit had an inherited genetic developmental disability.

On Friday, Nancy Benoit's parents said through their attorney that they were unaware that their grandson had a rare medical condition called Fragile X Syndrome, an inherited form of mental retardation often accompanied by autism.

On Thursday, Jerry McDevitt, an attorney for Chris Benoit's employer, World Wrestling Entertainment, said Daniel Benoit had the condition, and added that Chris and Nancy Benoit had argued over whether he should stay home more to take care of their son.

But Atlanta-based lawyer Richard Decker, who represents Paul and Maureen Toffoloni, told ESPN.com's Elizabeth Merrill that the grandparents babysat often for Daniel and noticed no medical issues.

"To them, he's always been a normal, healthy, happy child with no signs of illness," Decker said. "And that's not from a distance. That's from day-to-day contact.

"There has been a lot of speculation and rumor in the media that is doing nothing to advance the investigation and doing everything to cause the Toffolonis intense pain."

The Toffolonis, Decker told Merrill, are "grieving and trying to keep a low profile." They have asked Decker to investigate a possible civil lawsuit, and he is waiting for the investigation to conclude.

"We're trying to stay out of their way right now," Decker said. "In the meantime, Maureen and Paul and Sandra [Nancy's sister] have asked me to ask members of the media and public to remember that this is an investigation of the death of their daughter and only grandchild. And even though Chris and Nancy led public lives, the family, specifically Daniel, did not lead a public life."

Quoted in an AP article that was reported in USA Today, WWE spokesman Gary Davis backed away from WWE attorney Jerry McDevitt's reasonably assured opinion early last week that Chris Benoit's son, Daniel, suffered from a form of Fragile X.

Just days earlier, WWE tried to deflect criticism away from the issue of steroids in a press release last week by offering the Fragile X condition as gospel truth. This week, WWE blamed others for getting

caught up in that story, while finally deferring the official report to the District Attorney in Georgia.

"A lot of people got caught up in the idea that Daniel had Fragile X syndrome," Davis told the AP. "We were just as caught up as everyone else… I think we have to go with what the district attorney has said as being the best, up-to-date information available right now."

Secondary opinions in the article include quotes from Nancy Benoit's former attorney, Joseph Saia, who said he noticed nothing abnormal about Daniel when working with Nancy on a divorce complaint against Chris in 2003. By comparison, a neighbor and friend of the Benoits said Nancy spoke with her about Daniel's medical problems the year before she died.

The neighbor's legal counsel said, "I know that there were some problems—problems and issues that she said the son had."

On Fox News, Geraldo Rivera said he believes the excuse of Fragile–X is "propaganda being put out by the WWE" to distract from other aspects of the story.

*James Caldwell Analysis: That toxicology report can't come soon enough, as this has turned into a game of he-said, she-said on whether or not Daniel had Fragile X syndrome. WWE's basis for pushing that issue so hard was to show that Chris could not have been on a so-called roid rage bend, since he was supposedly showing mercy to Daniel by "putting him to sleep." The idea was to show that Chris was motivated to act as he did to be sure that his son would not grow up without a father and mother to take care of his special needs, since Nancy would be dead and Chris would be in jail.*

## WWE ATTORNEY SPEAKS

•**WWE kept a low profile throughout the media storm for the most part.** Other than two high-profile appearances on network morning shows by Vince McMahon and Linda McMahon, a press release, and some informal blogs entries, WWE was quiet, WWE attorney Jerry McDevitt was the only speaker representing WWE officially during the first two weeks after the apparent murder-murder-suicide was discovered.

He appeared on Fox News's Greta Van Susteren two days after the bodies were found and talked about Fragile X as likely a prominent contributor to Benoit's state of mind and actions, while also addressing the controversial press release WWE issued.

McDevitt said: "The information that has come to light in the last couple of days indicates the child care problem was a continuing source of tension between Nancy and Chris. The information we have available now—the best information—indicates the child may have a very rare thing called the Fragile X Syndrome. It is a genetic defect that leads to special education needs. The information we have unearthed in the last couple of days from people who are very close to Chris and we have passed along on to people doing the investigation is that as recent as Thursday, the day before the deaths, Nancy called Dr. Astin—he also indicated today he prescribed steroids to Chris—in any event, the Thursday before the deaths, Nancy had called the Dr. Astin asking for help on where they would

satisfy this child's special education needs. They were very acute at the time because they had just moved into a new district and were trying to figure out where the child could go to school. Friday morning, Chris had also gone down to Dr. Astin's office for an appointment. What we've been told is he went into the lobby and was signing autographs. He spoke to Dr. Astin. Dr. Astin can speak better for what was discussed there, but we have reason to believe that he also discussed the family problems and the depression he was feeling over the inability to come up with a relax to tensions, if you will, over how they were going to care for his child with special education needs. We know now the first murder occurred shortly thereafter when he got home."

Regarding Dr. Astin, McDevitt said: "From what I understand, Dr. Astin is a family friend, a treating physician for the whole family and I imagine also the young boy... I think in a statement he released today, he prescribed them because he had a low testosterone count. If a doctor prescribes an anabolic steroid for a legitimate medical purposes, it's a perfectly legal transaction in America. When this thing first came out, there was all of this roid rage sort of talk that I don't think really the evidence really supported when you look at the forensic evidence."

Susteren said: "I thought it was unusual that WWE was so out front with why this wasn't steroids when we didn't have the toxicology report back yet and steroids were in the house. Frankly, I would have put on the brakes and laid low until I had the facts. It was weird that they came out and said, 'No, no, it's not that.'"

McDevitt jumped in: "If I could explain, Greta, frankly, right after, if you listen to the press conference, the district attorney was very responsible and did not link this to steroids in any way. Some of the early reporting coming out of the original press conference, particularly to be honest with you Fox reporting, was a little over the top on that. The reason we put out that press statement was to try to inject some sensibility and look at the facts. This was not a rage killings. These are things that took place over the course of several day. Be that as it may, what we know now is after the first killing of Nancy is that he was in the house with this young boy that they had struggled with what they were going to do with this child, the wife is now dead, you can imagine what Chris was probably thinking about."

Greta interrupted to say they were out of time, but added that said she totally agreed it would be wrong to assume it was steroids at that point, "but you investigate because they were there (in the home)."

A panel then discussed the possibility that growth hormone may have been given to Daniel to help him grow. They also discussed the potential influence of "roid rage."

*WK ANALYSIS: In light of the latest information bringing into doubt whether Daniel actually had Fragile X, WWE has since withdrawn and backed off on the Fragile X claim, saying they have to go with the latest info coming from the D.A., who has said there are no school records corroborating Daniel had a disability and Nancy's*

parents who said the same (yet a neighbor who was friends with Nancy has since told USA Today that she did talk with Nancy about problems with Daniel, but didn't know the medical terminology).

*The problem with this is that it appears McDevitt relied last week on (a) a woman in Canada saying Daniel had Fragile X, (b) "information from people very close to Chris," and (c) Dr. Astin (assuming he's not the "people very close to Chris") saying Daniel had special needs and it was a cause of marital tension between Chris and Nancy. Astin has since been indicted on improper distribution of prescription drugs to an O.G. and an M.J., and DEA officials say they found anabolic steroid prescriptions of ten times normal dosages for Benoit in Astin's files.*

*So there's a doctor, who has a lot to lose if the steroids he prescribed to Benoit in massive doses (ten times normal) are found to have contributed to his state of mind before killing his wife, son and himself. This doctor has incredible incentive to turn the story into one of marital tension boiling over due to Daniel's supposed condition.*

*There's WWE's attorney citing this doctor as his only named source for drawing a picture and outright saying that it appears it's more a case of Daniel causing marital problems, not steroids, that led to the string of deaths that weekend.*

*I'll just say that looks really, really bad given what's happened and what we've learned since. No amount of spinning changes the impression left from the initial seizing of the Fragile X angle by WWE personnel, which Greta Van Susteren caught on to and commented on, that WWE was too quickly ruling out steroids before evidence was in, or that WWE was too quick to perpetuate the theory that Daniel's condition prompted Benoit's actions.*

•On July 3, MSNBC's "Scarborough Country" with guest host Dan Abrams, he interviewed longtime WWE attorney Jerry McDevitt. The following are key excerpts:

Abrams began by reading McDevitt an excerpt of the now-infamous WWE press release: "Steroids were not and could not be related to the cause of death... It is entirely wrong for speculators to suggest that steroids had anything to do with these senseless acts."

McDevitt said he in large part drafted the press release. He said the media characterizations of it have been "somewhat mischaracterized." Abrams said he just read it. McDevitt said he didn't read "the important part of it." McDevitt asked if he could answer his question. Abrams said: "The problem is I'm asking a very specific question. You said steroids were not and could not be related to the cause of death, and I'm just wondering how you know that."

McDevitt said: "That's not what we know. It's what they said at the press conference. The lieutenant said that at the press conference. What we were putting out here was immediately following the press conference that Lt. Pope and the district attorney had. There was rampant speculation about roid rage. If you read the statement, it actually says this is what the officer said at the press conference. He actually said that, that they could not relate steroids to the manner of death because of the cause and manner of death was asphyxiation. What we were trying to do

then and now is urge that the speculation and innuendo cease until all of the evidence is in. Nobody knows what happened in that house that day. That's the only true thing that can be said right now. None of the investigative results have been released by them. Our point then and now is to stop the innuendo and stop all the disinformation and wait for the evidence to be in and then we'll analyze it."

Abrams said it was a fair position to take. He moved on to the three hour celebration of Benoit's wife on Raw. Abrams said WWE didn't know the circumstances at the time, but now they know and there hasn't been an apology yet. He asked, "Are you sorry?"

McDevitt said nobody knew anything other than three people were dead. He said Mr. McMahon went on television and apologized. Abrams said: "But he didn't apologize." McDevitt said they didn't know what they know now. Abrams said they haven't yet said, "We blew it, if we knew then what we knew now, we wouldn't have done it." McDevitt said the next night he said that in essence.

[For the record, here's what McMahon said: "Good evening ladies and gentleman. Last night on Monday Night Raw, the WWE presented a special tribute show recognizing the career of Chris Benoit. However, now some 26 hours later, the facts of this horrific tragedy are now apparent. Therefore, other than my comments, there will be no mention of Mr. Benoit's name tonight. On the contrary, tonight's show will be dedicated to everyone who has been affected by this terrible incident. This evening marks the first step of this healing process. Tonight WWE performers will do what they do better than anyone else in the world—entertain you."]

Abrams quoted McDevitt regarding Fragile X: "It became pretty obvious from several different sources that Nancy and Chris had tension in their relationship ... they were constantly struggling with the difficulties of raising a child who, from all indications, may well have had Fragile X syndrome."

Abrams then quoted the D.A. saying medical records and teachers say Benoit didn't have Fragile X syndrome.

McDevitt said a lady in Canada the day after the murders were discovered went on a radio show indicating she and her husband talked with Chris about this syndrome because her child had it and wanted him to be a spokesman. McDevitt said around the same time that day, certain information came to their attention about their family situation. He said all indications were there were issues they were having with their son that were a source of tension. He said he has been consistent in saying that whether Daniel had Fragile X can be tested for, so why speculate. "So let's do that and find out the answer," he said.

Abrams responded: "Well, look, you put in your press release 'may well have had Fragile X syndrome.' Don't accuse us of speculating. It was in your press release."

McDevitt said he said Daniel "may well have had" it, not that he knew he did. He said they should let science reveal the truth.

Abrams laughed and said: "But again, just a moment ago you said we shouldn't speculate, and

the reason we speculated is you put it in your press release."

McDevitt said it was in a conversation he had with a reporter, not in a press release.

After a commercial break, they aired a quote from Vince McMahon on "The Today Show" saying WWE doesn't create an environment that creates "monsters" like Benoit.

McDevitt said: "The drug testing program, we believe, is working. The drug testing program was implemented in February of 2006. It has had an impact. It had an impact on Chris. These people who want to speculate on that, it's going to be a part of it. All we can talk about is the effort that we are making and continuing to make to do our part to try to detect when there is abuse of drugs, correct it, and if you cannot correct it, discipline it, and if discipline does not work, have them exit the organizaton. That is all any company can do. As far as this notion of wrestlers dying and all the rest of that, we've heard various lists but nobody ever shows what list they're talking about."

Abrams interrupted and cited USA Today statistics, including a seven times higher death rate among wrestlers under 45 than the general population and that wrestlers are 12 times more likely to die of heart disease. McDevitt said a lot of people on the list of sixty names have never been associated with WWE. "We don't even know who they are," he said. He said the number of people who have died prematurely while under WWE contract is "far smaller than that number." He said regarding Davey Boy Smith, for instance, his autopsy report revealed he didn't have steroids in his system when he died. Abrams ran out of time and thanked him for his time.

*WK ANALYSIS: Abrams asked good questions of McDevitt about the premature claim about steroids, and McDevitt's defense of it muddied the waters but didn't really rebutt the bottom line of their hasty, ill-advised, ultimately media-fuelling backfiring statement. You have to really be prepared to deal with McDevitt, whose professional life's success is in part based on catching loopholes in arguments and being more prepared and informed than his adversaries.*

*Abrams was combative when it came to McDevitt preaching against speculation when McDevitt himself admitted to introducing an unproven claim about Daniel having Fragile X syndrome into a statement he made. McDevitt fired back with a good point, which is that McDevitt didn't issue a press release with the Fragile X comment (as Abrams said) in a calculated, deliberate way, but instead was merely answering a reporter's questions when asked about it. He said what he felt was the case, which is this woman in Canada would have no reason to lie and people in WWE seemed to think it sounded plausible based on a lot of surfacing info about problems they had in their marriage and over parenting.*

*The question about whether WWE "creates monsters like Benoit," something McMahon denied on the Today show, McDevitt gave the typical WWE answer of WWE having no culpability. Abrams didn't have the time or info to ask the follow-up questions that would have pinpointed better answers from McDevitt. For instance, had Abrams*

known just enough about the T/E ratios of 1:1, 4:1, and 10:1 (which were brought up later which discredit the good-faith argument WWE attempts to make about their steroid testing) to ask McDevitt specifically about it, I wonder what McDevitt's response would have been. If Abrams had a list of the differences in WWE's drug policy compared to the NFL, MLB, and Olympic standards would have been a phenomenal comeback to McDevitt's claim that WWE is doing all it can be expected to.

*All Abrams would need to do for his viewers is put up pictures of four of WWE's top acts right now: Bobby Lashley, Batista, John Cena, Triple H, and Edge, then ask what message that sends to the rest of wrestlers striving to get to the top. It would absolutely blow away the general viewing audience if they saw current pictures of those wrestlers and then listened to WWE claim they have effectively rid WWE of steroid usage or encouragement to "get big." It would also be good to get a bodybuilding expert on the show to discuss growth hormone, which when used with testosterone and insulin, can help a wrestler gain a superhuman build without anabolic steroids. It's too expensive of a program for all but the top wrestlers, but top wrestlers can afford it. Then ask a WWE guest what the company is doing to diligently search for abuse of growth hormone?*

*Another on screen graphic for WWE to answer to would be the correlation between massive mainstream media scrutiny and government investigations and their starting drug testing, then the discontinuing of drug testing when media scrutiny and government attention dissipates, then testing bring brought back after the death of Eddie Guerrero and the resulting media scrutiny. It might sound cynical, but the pattern speaks for itself.*

*This story is not cut and dried and easy to grasp instantly. But there is a lot of history to draw from, a lot of reasons published here worthy of debate. The mainstream media, with MSNBC leading the way in terms of quantity of coverage on TV (Abrams reports, plus hourly updates during the day with a top veteran correspondent updating developments), has spent more than the usual few days discussing a pro wrestling story. The more anyone in the mainstream media looks into this, the more they realize is worthy of scrutiny and outrage. The fact that pro wrestling is one of the most popular passtimes of kids and has survived the onslaught of alternatives such as video games, You Tube, and the iPod shows that it is important to discuss and scrutinize on a regular basis, not just for two or three days after each of the more famous wrestlers dies.*

*Ultimately, though, it's going to be up to wrestlers to stand up and take action for themselves, collectively demanding change of Vince McMahon. If they wait for the media or government to save them, in a way, they get what they have coming—as tragic as that is (either in the form of death, broken marriages, lost time with kids or elderly parents, a lack of secure retirement, long-term vitality, etc).*

**•McDevitt also appeared that evening on Fox News's "On the Record with Greta Van Susteren.** The following are key excerpts:

Dr. Astin's arrest: "The WWE knows nothing about the facts that are alleged against the doctor. We receive the same information you do from the media

and whatnot about the nature of the allegations, which is what they are at this point."

-On whether he heard of wrestlers going to him other than Benoit: "No. I don't think so. From what we understand, he was principally Chris's family doctor. I heard on one of the other shows, I think his lawyer indicated he met a couple of the other wrestlers. From what I gather he was a family practitioner in rural Georgia.

-On the AP reporting that the D.A. is questioning WWE's claim that Chris Benoit's son had a form of mental retardation or a disability, with Greta adding: "I guess under the theory that, in the D.A.'s mind, WWE is promoting the cause of the murders and suicide was stress over the child and not steroids.": "What we've told the D.A. in writing and what we've told Det. Pope and other investigators is the issue of whether Daniel had Fragile X Sydrome is not something that should be speculated about or subpositioned. It's a matter of science. It's a very easy thing to determine by the proper preparation of slides during the autopsy process and examination by the geneticist."

-On why it's an issue unless it's considered provocation for the double-homicide: "The one thing we know for sure is that nobody knows what happened in that house. It's going to take a careful reconstruction of what happened in that family, and Daniel is part of that family. There were, and I'll stand by what I said, and my characterization of what I think will ultimately be proven. There were tensions within that family that were associated with Daniel... We really don't know what the forensic evidence is, what the crime scene evidence is, and nobody can answer the question—which is what is the trigger that caused this to occur. And that, unfortunately, there's no witnesses. We'll have to do that with a careful reconstruction of the evidence."

-On whether he can confirm whether Benoit passed a drug test in April: "He tested negative. He was tested for steroids. All of the drug tests—that's another thing, there's a lot of speculation and people who know nothing about our drug testing program given air time about it—but, yes, from the inception of the drug testing program in February 2006, the tests have always been for steroids and other drugs of abuse. The policy has been posted at the WWE website for all these people who claim they don't know what it is. All they have to do is go look at it."

*WK ANALYSIS: Pretty basic, non-inflammatory stuff. No "foot in mouth" moments; no "revealing new facts." WWE's policy on Fragile X sounds like common sense. The perception WWE is fighting is that they jumped on the first sign of another contributor to Benoit's actions other than "roid rage" with as much vigor and eagerness as the mainstream media did the idea that "roid rage" was the ultimate answer to Benoit's actions. McDevitt simply answered a question a reporter asked him about a report out of Canada that we here at PWTorch.com and others cited. From there, wrestlers went public including Chris Jericho who knew Daniel corroborating he had symptoms and traits that correlated strongly with Fragile X disease.*

*It took several days, but eventually the family*

came out disputing it. The D.A. has said there are no public records in the school system that say he had the condition. I did receive an email from someone active in promoting awareness of Fragile X who said it would be in the family's interest to deny Daniel had any condition because it could hurt their civil case, if they planned one, against WWE. It could also be why McDevitt is talking about how simple science can prove Daniel did have the condition. It was also noted in the email sent to me that if Daniel had been diagnosed with Fragile X, it wouldn't be unheard of for it to not be explicitly listed as such because insurance companies in the U.S. don't recognize it or cover it, so it would have been recorded in another way. However, there are no indications that are any school records of Daniel having any special needs or conditions. The question still looms: Why did Daniel have old needle marks on his arms? Was he undersized and given growth hormone to boost his growth process?

There are two people who can help clear this up. The woman in Canada can speak again about her confidence level that she remembers correctly that her late husband talked to Chris about Daniels having Fragile X. The neighbor of the Benoits who surfaced who was friends with Nancy and Daniel can step forward and give her first-hand account of whether Nancy ever spoke of Daniel having any special conditions or whether she observed any herself.

## LINDA ON FRAGILE X

•To get an idea of how hard WWE was pushing the Fragile X angle as the cause of Benoit's actions, coinciding with their attempts to discourage steroids being targeted as a likely cause, look at the June 27 "Good Morning America" interview with Linda McMahon. It began with a focus on Daniel Benoit having Fragile X during an intro piece. It was talked about as a "given," not something that might be true but wasn't corroborated yet by ABC.

The interview began with Linda McMahon being asked if Benoit was about to be demoted to a coach role on a lesser brand. Linda said that wasn't the case at all and she wasn't sure where that came from. She shifted talk to saying Benoit was a good friend, mild-mannered, and a locker room leader.

"As we've found out in the last 48 hours, we found out about Daniel's illness," she said. "We weren't aware of that before. We weren't aware of any tension in the home, nor were we likely to have been."

She recounted how she said they had never seen Chris with Daniel in anything other than appearing to be a loving father. "We do understand now the focus of this is turning to the tension that must have been happening between a husband and wife over the management and the schooling and the rearing of this child who had the mental retardation. We've learned that Nancy wanted Chris home more, but his job was on the road."

She said they've learned that Chris would actually fly home just to spend four or five hours with Daniel. She said Chris asked for time off in 2006 and he took four months off (right after the Wellness Policy was launched, and shortly after the

death of Johnny Grunge, a good friend and neighbor of his.) She said WWE is happy to give time off to any wrestlers any time they ask for it.

Regarding estimates that steroids are abused by up to 75 percent of wrestlers, Linda said they have always had a drug policy since the late-'80s. She said it morphed from street drug testing to steroid testing to more comprehensive testing. She said the current Wellness Policy tests for steroids, misuse of prescription drugs, and cardiovascular health. "I can tell you we've had some positive tests. Our goal is to eliminate that. Steroids used improperly without prescriptions are illegal and we're not going to condone or tolerate that." She said 75 percent is stretching it. "We've had some positive tests that would range four-to-six percent," she said. She said there's a three-tiered approach—30 day suspension, 60 day suspension, "third time you're out."

WK ANALYSIS Linda was even more overt than Jerry McDevitt was in trying to steer the story away from other possibilities that would be potentially more damaging to WWE and toward Daniel's alleged condition being the source of marital strife. It was pretty callous in the context of WWE's backing down now on how sure they ever were that Daniel had the condition.

Whether or not it turns out that Daniel had Fragile X Syndrome, WWE came off shamefully eager to direct attention there with very little info very early in the game. It's similar to the mainstream media jumping on roid rage as a possible all-encompassing reason for Benoit's actions. Both were hasty and self-serving. One, though, leaves a worse taste in mouth than the other and removes WWE from any moral high ground in criticizing the media for jumping too quickly into speculation territory when new angles emerge on this or any story.

As for WWE always having a drug policy since the late-'80s, that would be news to WWE wrestlers during long stretches of time in the late-'80s to early-'90s and mid-'90s through 2006 who were never randomly tested for anything. That's a very loose use of the term "drug policy."

Linda chose her words carefully, it appears, when speaking out steroids, and how steroids used improperly without a prescription are illegal and that they were not going to condone or tolerate that. That implies steroid usage with a prescription used properly (whatever that means, exactly, in application of their policy) is okay.

This idea that WWE is "happy" to give time off to any wrestler who asks for it misses the point. If wrestlers don't believe that, and I've never talked to a wrestler who did, it's a moot policy. Wrestlers aren't going to ask for time off any more than an eight year old unsupervised in a candy store is going to stop at two piece of chocolate or a looter is going to stop at just one DVD when others are grabbing handfuls through a broken display window. WWE is a "dog eat dog" environment, every man for himself, hardest and most reliable workers get ahead and earn the most. Look no further than Benoit's push after his four months off. He was buried on Smackdown, poorly utilized, almost never given interview time, and practically discarded. It was only after some time in purgatory—about a year—that he was in for a renewed push. That message sent to

wrestlers was clear, whether intended or not (I have my belief).

## CHRIS'S MOM BLAMES DEA

•Chris Benoit's mother told the Associated Press last week that she wonders if the deaths could have been prevented had the DEA been more aggressive when they discovered Benoit's name on drug-dealing doctors' customer lists. When Benoit's name surfaced, he was not charged, and his supply of steroids was replenished continuously until May.

The DEA told the AP, "It's ridiculous for anyone to think we could have known that anything like that could have happened." However, Benoit's mother points to previous investigations of Dr. Phil Astin, which revealed to local authorities that he may have been improperly prescribing medications to patients. The obvious link is that there were two separate investigations that revealed problems with Benoit and Dr. Astin.

Asked if the authorities taking action could have helped Chris deal with his issues, she said, "We would certainly hope so. We just don't know. We're dealing with so many things. It's incredible."

The DEA said it usually takes years to build a case from investigations to formally arrest or charge offenders. "You don't run out and arrest a doctor for making one prescription that is questionable," the DEA told the AP. "There's just not enough evidence to arrest or bring charges. We want to bring charges that are legitimate. Cases take time."

## PRESS RELEASE UPROAR

•The following is the complete text of the press release WWE issued just minutes after local D.A. told the media steroids were found in the Benoit residence.

STAMFORD, Conn., June 26, 2007—World Wrestling Entertainment is stunned and saddened by the details released by local authorities concerning the double homicide–suicide involving Chris Benoit, his wife, Nancy, and his son, Daniel.

However, WWE is concerned with the sensationalistic reporting and speculation being undertaken by some members of the media following the press conference held by the Fayette County Sheriff's Department and the District Attorney. During the press conference, the investigating authorities made the following points, all of which run contrary to the media speculation that "roid rage" was a factor in the senseless murders and suicide:

1. The authorities stated that all drugs found in the house were believed to be legal prescriptions.

2. Steroids were not, and could not, be related to the cause of death (asphyxiation). Authorities had no factual basis to speculate as to Benoit's state of mind, and rightly did not do so.

3. Toxicology tests have not even been completed, so there is no current evidence that Benoit even had steroids or any other substance in his body. In that regard, on the last test done on Benoit by WWE's independently administered drug testing program, done on April 10, 2007, Benoit tested negative.

4. The physical findings announced by authorities indicate deliberation, not rage. The wife's feet and hands were bound and she was asphyxiated, not



beaten to death. By the account of the authorities, there were substantial periods of time between the death of the wife and the death of the son, again suggesting deliberate thought, not rage. The presence of a Bible by each is also not an act of rage.

5. WWE strongly suggests that it is entirely wrong for speculators to suggest that steroids had anything to do with these senseless acts, especially when the authorities plainly stated there is no evidence that Benoit had steroids in his body, pending the toxicological reports, and that they had no evidence at this time as to the motive for these acts.

WWE is continuing to monitor the ongoing investigation being conducted by local authorities.

Since that was issued, media reacted with scorn at WWE for jumping to a conclusion that could not be proven, reading the quote "steroids were not, and could not, be related to the cause of death" over and over. As an example of how the press release backfired, Arthur Aidala, a former prosecutor and Fox News analyst, said: "Absolutely. They are covering their tracks as we speak. They're retracting prior statements that they made... They know they're in some trouble and their backs are against the wall. McMahon is a shrewd guy and he's going to do everything he can to protect himself and his enterprise."

Financial news website TheStreet.com ran a weekend review article on the effect of "tabloid headlines" on financial markets. The article looked at WWE after the Chris Benoit family tragedy rocked headlines across the country this week. "WWE had some issues on its hands, ones that should have unfolded in a containable fashion over a long period of time as the investigation progressed." The article says the business world jumped on the story, instead of allowing time for the investigation to play out, as newspapers were buzzing with "innuendo, blame-shifting and headlines, headlines, headlines." It characterized WWE as having made "made one of the larger mistakes in the history of press releases" when they possibly fell under the weight of pressure to fight the media rather than let the stories pass. The result was more news coverage and headlines, based on WWE's press release claiming steroids could not have been involved, when the media wanted to focus squarely on the issue of steroids. The article concluded: "With WWE, it is that the business has enormous troubles on its hands—in terms of steroids and off-kilter employees—and this will affect the loyalty of its fan base."

The Sports Business News website analyzed Vince McMahon's interview on "The Today Show" NBC, saying McMahon's body language did not give viewers confidence, when investors are looking for something to grasp hold of from WWE. That change from his usual stoic demeanor to looking "tired, upset, and haggard" was revealing about how the company is handling a crisis that could severely affect WWE's business going forward. Also, the article stated: "If these events result in significant advertisers moving away from the brand and consumers moving away from buying pay-per-view programming, it is possible that the WWE could be the latest company to see a substantial effect to its long-term value from

real-life events out of its control." As of closing on Friday, July 6, WWE stock was valued at 16.52 per share, losing all of the gains it had achieved since early April. It did rebound from dipping below 16.00 per share a week earlier.

*WK ANALYSIS: Vince McMahon and Jerry McDevitt tried to clarify the context both on the Today show and in cable interviews. They sounded as if they were saying they didn't say something they obviously said. The reporters weren't buying it. They've both looked ridiculous in the process. But they, in fact, are right. Sort of.*

*Here's the deal. When both Merideth Vierra last Thursday and Dan Abrams last night read from WWE's press release, Vince McMahon said "I didn't say that" and Jerry McDevitt said it was being "misconstrued." It seems absurd to say something wasn't said when it was written in their press release and the reporters were simply reading from the press release, but McMahon and McDevitt are right: The top of the press release provides important context that the reporters were overlooking:*

*The WWE press release said: "During the press conference, the investigating authorities made the following points, all of which run contrary to the media speculation that 'roid rage' was a factor in the senseless murders and suicide:"*

*From there, they listed five points. The second was (remember the context is that the investigating authorities said this, not that WWE is asserting this themselves): "Steroids were not, and could not, be related to the cause of death."*

*That was part of a list of things authorities said, such as all drugs found in the house were believed to be legal prescriptions, toxicology reports hadn't been completed yet, physical findings indicate deliberation and not rage, etc.*

*So, WWE should feel frustrated that reporters are seeing "steroids were not and could not be related to the death" as their words. They weren't presented as their words, they were presented as what authorities were saying.*

*It was just a poorly-worded, hastily written, ill-advised press release, but WWE has gotten a bad rap for it so far. I'm actually surprised McMahon and McDevitt didn't do a better job clearing that up. It was just me rereading it that caused me to "get" their defense by seeing the language in the context they intended. They should have written in the press release. "2. Authorities also said steroids were not and could not be related to the accuse of death." They didn't write that. They left off "authorities also said." It was confusing, to be sure, as worded.*

*Now, that said, I watched the press conference in its entirety, and I would disagree with some the conclusions WWE says in its press release were made by authorities. The idea that authorities ruled out roid rage because there were three deaths over two or three days is stretching it. While they said asphyxiation was the cause of death, what caused Benoit to asphyxiate his wife and son could have been due to roid rage (more likely his wife than his son, of course). Authorities didn't rule it out by any means. WWE's wording was too strong in a self-serving way that made them look too eager to dismiss steroids as a contributing factor in Benoit's actions.*

*Also, from a pure presentation format, if the five points they listed (they were numbered one through five) were supposedly WWE recapping assertions by the authorities, the fifth point wasn't even close to fitting that description. The fifth point began: "5. WWE strongly suggests that it is entirely wrong for speculators to suggest that steroids had anything to do with these senseless acts..."*

*If WWE wants to know why the media has been confused by their press release this past week, that's part of the reason why. Item five begins with "WWE strongly suggests that it is..." so by the time anyone is done reading the press release, the concept that the five points began as merely a recap of assertions made by the local authorities is lost because WWE itself strayed from that format by the end of a relatively short press release.*

*That statement was too important to rush through without several people, including some who know how to communicate to everyday people. Maybe a journalist instead of a lawyer. (Hey, I have undergraduate college degrees in both journalism and pre-law, so I speak from experience about those two worlds of communication.)*

*That press release has caused WWE a lot of headaches this week. Wording matters. Clarity matters.*

*Even if WWE had been clear, there's still the impression given that they wanted to quickly rule out steroids as a contributing cause. They should have seemed to care about wanting to find out the truth, not quickly rule out a possible truth that they didn't want to face up to. WWE has a bad habit of showing their cards at times. Appearing to sincerely want to get to the truth should override their frustration with the media and their eager desire to preserve business-as-usual for their world.*

*In fact, instead of pretending they want to get to the truth, it's easier to just really want to get to the truth and then act consistent with that goal. The truth is, Benoit may have been on steroids that weekend. He may have killed his wife in a rage brought on by a combination of factors fuelled in part by steroids. That can't be ruled out. Finding out if Benoit was on steroids should have been a more prominent goal of WWE than asserting authorities said there was no way steroids could have contributed to it—knowing Benoit's house was full of them and nobody was going to buy the idea he wasn't on them without proof beyond a two-months-ago questionable WWE drug test.*

## INTENSE MEDIA SCRUTINY

•The media scrutiny came at WWE in week two perhaps more vociferously than it had in week one. The media attention included hourly updates on developments in the case during the morning and afternoon newscasts on Fox News Channel and MSNBC, while their evening shows dedicated 10-15 minute segments on the saga every day. The media attention also included text articles in newspapers and online blogs, some taking strong editorial stands against the way WWE operates and has reacted to the Benoit tragedies. Examples follow.

•Politco.com, a major website covering politics, featured an article by Kevin B.

**Blackstone on the Benoit–WWE saga. Key excerpts:**

-"If only professional wrestling weren't fake. Sportswriters would cover it. The public would cringe. Moreover, Congress would react by putting the amusement's principals and participants in a collective headlock and demanding that they shape up or shut down."

-"(N)o athletic organization in this country is more in need of such questioning than pro wrestling. When it comes to illicit drug use, wrestling makes our other leagues look like Biddy Ball. Wrestlers aren't cheating their sport like steroid users in baseball are accused of doing. Wrestlers can't. Their sport's results are made up. Instead, and worse, they're cheating life. There is nothing fictitious about the coroners' reports... The deadly problem wrestling hasn't been able to pin is far worse than anything baseball, football or Olympic sports are facing. Furthermore, wrestling is without any independent body like the World Anti–Doping Agency to reel in the abuse."

-"And just like their legitimate brethren, hulking pro wrestlers are idolized and emulated by the young, maybe even more so today. A study published in 2003 by University of South Carolina sport and entertainment professor Matthew J. Bernthal showed that wrestling was gaining teenaged viewers, to whom it is heavily marketed, while traditional sports were losing them."

-"What positive lessons, however, are being taught by the histrionics of pro wrestling that far too often turn out to be American tragedies? It is another billion–dollar industry in need of reform that only lawmakers can bring forth."

-"Somebody on Capitol Hill needs to steal a page from Teddy Roosevelt's playbook right now and lay down the law with wrestling."

*WK ANALYSIS: Eight days in and new, influential media outlets began jumping into the mix. With a new story each day feeding the media's interest in this, and the media growing more educated every day that goes by, this story may not go away. The fact that pro wrestling is popular with teenagers is an additional reason this story will remain relevant and covered perhaps well into next week, if not beyond until the toxicology reports come out. The Teddy Roosevelt reference, by the way, is in reference to government getting involved in football injuries 100 years ago when it was first popularized across the country.*

**•The Calgary Sun reported that the chairman of the Calgary Combative Sports Commission (described as "the top dog" of the commission) wants to have pro wrestlers independently drug–tested at wrestling events in Calgary, including wrestlers on WWE events.**

The Calgary Combative Sports Commission currently only governs boxing, MMA, and kickboxing, not pro wrestling, but commission chairman Candy Schacter wants to change that.

Schacter says that she is serious enough about this that if she gets pro wrestling added to the commission's jurisdiction and if WWE subsequently refuses to allow independent drug testing of WWE wrestlers when the company runs events in Calgary, she would be willing to miss out on the business that WWE brings to Calgary. Quotes from Schacter in the article include:

-"We govern combative sports. Wrestlers are grappling, they're fighting. I don't care if it's choreographed. These are athletes. I've seen them in the gym. I've trained with them in the gym. I would love to see wrestling brought back to the commission."

-"Everything needs to be discussed, everything, including drug testing. I would want it, absolutely. I don't see why fans wouldn't want us to do it."

"I'm sorry. But I've seen too many friends die. They say they do random drug testing. I still see a number of unusually large individuals."

"They [WWE] have the right to appear before city council. They can argue to their heart's content. We're here to represent the city of Calgary and to protect people... They don't want to come to Calgary, they don't have to come to Calgary. They're more than welcome... Come to Calgary. But pass the test. I can guarantee you I'm not the only one on the commission who feels this way."

**•The AP reported on June 30 that a senator from Georgia has already informed his staff to gather information on the culture of death, at Wilson's urging, to determine whether evidence should be presented to the state's Health Committee on the issue of steroids.**

"I'm not going to start speculating on federal regulation of wrestling," Senator Johnny Isakson said. "The issue is anabolic steroids, which are a significant problem and are known to cause significant difficulties. It's a health issue that's appropriate for us to discuss, regardless of the profession."

Also, AP columnist Jim Litke wrote: "Hucksters make their living ahead of the curve, or at the very least, by selling that illusion. So there was something satisfying about watching pro wrestling czar Vince McMahon being forced to come clean, if only this once... There's no question he knows the difference between truth and lies, and now is hardly the time to be disingenuous. If there's a hysteria around his "sport," all he has to do is pause in front of a mirror to find the huckster who's responsible."

**•The Fox Sports website ran an article questioning the "independent contractor classification" of pro wrestlers in WWE:** Excerpt: "Wrestlers are independent contractors. They are responsible for their own medical coverage. Though Vince McMahon's organization is a publicly traded $1.1 billion corporation, wrestlers have no pensions. The WWE—not the only employer of wrestlers, of course, but by far the biggest—pays for the costs of 'injuries sustained by talent while performing in the ring.' The company, according to a statement received last night, also pays 'for costs associated with injury treatment and will also continue to provide base pay during the time of injury and recovery.' Still, as far as a wrestler's long–term health goes, the policy leaves something to be desired. According to WWE spokesman Gary Davis: 'There is no company disability coverage for retired performers. They either obtained insurance to cover their retirement needs or are eligible for government programs.' Maybe that's adequate if you type for a living, but not if you spent the prime of your life

jumping off turnbuckles."

**•Phil Mushnick, who has been reporting and commenting on the premature deaths of pro wrestlers for 15 years, chimed in with his view on the Benoit Family Tragedy in his latest New York Post column.**

He said it took 25 years of wrestlers dying, but "for the first time, the news media began to note a pattern: Pro wrestlers do drugs, go crazy and die young. Well, whattya know."

He then called out powerful people who associate with WWE despite what he believes are disqualifying traits of the company. Excerpt:

And aside from a news media that are just now waking up to McMahon—in addition to the deaths, his WWE TV shows rely on fringe pornography that's in large part aimed at kids and teens—McMahon has long been enabled by friends in very high places.

Lowell Weicker, a former governor and senator from Connecticut, where the WWE is headquartered, is a major WWE stockholder and sits on its board of directors. Weicker also serves as president of the board of Trust for America's Health, a health policy research group. Hmmm.

Then there's Dick Ebersol, head of NBC and USA Network sports, who has long been in McMahon's corner, both as a business partner and buddy. It was Ebersol who turned NBC over to McMahon in the form of the XFL, an obscene blend of pro football and WWE that also died young, but from embarrassment.

Joe Lieberman, the senator from Connecticut who has famously targeted the entertainment industry for its reliance on garbage—especially when thrown at kids—helped fund his last campaign with donations from the McMahon family.

Then there are big shots such as Trump, happy to throw in with McMahon for all the attention they can generate together.

When Congress subpoenas MLB about steroids, that's huge news, as it should be. But imagine if every season four or five big–league players died drug–related, performance–related and institution–related deaths. Well, it happens in pro wrestling.

Imagine if there were a long–running, scripted TV series in which recurring characters kept dropping dead, for real, in their 20s, 30s and 40s. That would be the most scandalous story in TV history. But it has been happening in pro wrestling.

**•Jason Whitlock, one of the most influential sportswriters in America, wrote an in–depth column in the Kansas City Star on the government oversight that would be in wrestling if the sport were considered "legitimate" compared to baseball, basketball, and football.** Whitlock wrote: "I've often argued that pro wrestling would be legitimized if Vince McMahon hired skating judges to rate the performances at the end of the match. Maybe, with that teeny bit of legitimacy, we would then see wrestlers as human beings and Congress would hold steroids hearings on pro wrestling."

He also wrote about the current plight in the NFL with former players trying to reorganize pension plans to cover for post–career injuries and health issues. Compare that to wrestling, which has

no post–career coverage, and complaints from former NFL players makes them seem ungrateful. Whitlock writes, "Pro wrestlers have virtually no rights. They certainly don't have a union. They work year round, crisscrossing the globe and abusing their bodies for our enjoyment. Performance–enhancing drugs, painkillers and recreational drugs are all abused. They suffer depression. Their unpadded 'sport' is far more physical and damaging than football. … No one cares."

## BENOIT–WWE NOTEBOOK

•**Woman says she discovered bodies before authorities:** The Boston Herald reported July 3 information about the discovery of the bodies of the Benoit family. It reported for the first time that a neighbor who knew Nancy and Daniel well actually discovered the bodies. Police feared attempts to get past the Benoits' two German shepherds, but she knew the dogs well, so she volunteered to use the house key she had to check out the house. According to George Regan, speaking on her behalf, she is shaken up by the discovery. "Holly knew the dogs and they knew her so she went in alone," Regan said. "She found the body of the wife and son and ran screaming from the house." She also said she spoke to Chris on Saturday and he said Nancy and Daniel were sick. "He told her this big, long story about how sick they were," Regan said. "At the time she was thinking that it was way too much information." McFague said she liked Nancy and Daniel, but didn't like Chris. She found him to be odd. Her children played with Daniel. The article says matter–of–factly that Daniel had Fragile X, but that may have been based on media reports, as it doesn't site the neighbor actually confirming that.

•**WWE issued a statement to the New York Daily News defending its Wellness Policy:** "The WWE Wellness Policy is 'one of the most aggressive of its kind compared to testing programs initiated by competitive sports organizations, and is unique for an entertainment company'." WWE added that it "will make any improvements necessary to maintain it as a state–of–the–art program to the utmost betterment of our performers, fans, and business partners. The Wellness Policy was 'designed to send a very clear message that WWE finds the abuse of drugs and steroids to be unacceptable.'"

•**WWE issued a press release in response to a UK Sun article publishing a list of 104 wrestlers who have died under the age of 50 over the last ten years:** "We are in the process of reviewing this list and the many others that are circulating around the Internet. We intend to comment on these lists in the near future"…

The Atlanta Fox affiliate interviewed a neighbor, James Robison, who said he talked to Chris, Nancy, and Daniel Benoit a few hours before the timing of the tragedies. Robison said he talked to the family about keeping the Fourth of July date open for a get–together. He said Chris told him he would be out on the road and he would talk to him when he gets back. "I analyzed that conversation over and over, and there was nothing strange," Robison said. "Nothing peculiar about it. Just a

typical conversation that you would have." They interviewed the pastor at the church where Nancy and Daniel were attending. Rev. George Dillard said Nancy had approached him about spiritual counselling, but marriage counselling was not sought. Dillard and Robison said that there were no warning signs from the family prior to the deaths. Robison said the alleged crimes don't fit the person he knew for eight years. Dillard recounted a story of Nancy coming to him a few weeks ago to ask about a cross necklace she bought for Chris to encourage him in his spiritual life…

•**The New York Daily News introduced GHB as a possible contributor to Benoit's state of mind when he killed his wife and son:** GHB was a popular drug in the late–'90s, but has been less prevalent in recent years. A Benoit family friend was quoted as saying Benoit was into the drug at one point.

•**The AP reported that the U.S. Olympic Committee had just announced that they are pumping more money and effort into researching a more aggressive approach to its anti–doping strategy:** The article discusses the efforts to clean up cycling, while referencing the Chris Benoit story. Jim Scherr, CEO of the USOC, said they are undertaking this initiative because it is a prevalent problem in baseball and pro wrestling that threatens to undermine all of sports. "There's a big problem in this country, a big problem in sports," Scherr said. "Someone needs to step up, say enough is enough, and we're going to do what we can do to combat that problem"…

•**On Saturday morning, June 30, WWE Hall of Famer "Rowdy" Roddy Piper was on The Pain Clinic pro wrestling talk show:** Piper talked about having dinners with Chris Benoit over the years, including after Eddie Guerrero's funeral. Roddy said he "should have had the damn dinner" in response to Benoit recently asking Piper to go to dinner with him to talk. Piper said he will attend Chris Benoit's funeral, which will be his first funeral since Adrian Adonis's because he "can't handle them." Piper calls Chris Benoit his "brother" and says he will stay on Benoit's "side until the very end." Piper said, "I stand behind Chris Benoit a hundred percent, I'll be at his funeral, and we'll wait and see what comes back (from the toxicology reports)."

•**CBS Sportsline reported on potential athletic commission regulation:** It said that the Nevada State Athletic commission said it doesn't plan to regulate pro wrestling, while New Jersey's athletic commission said it is in favor of regulation, but it would take federal regulation to make a difference because WWE could cherry pick the states it ran events and avoid regulated states…

•**Chris Jericho told Fox News steroids aren't a requirement to succeed in pro wrestling:** When asked about the WWE drug policy, Jericho said it's a random test done by an outside source that has nothing to do with WWE. He reiterated the position that Benoit was "clean of steroids" based on the results of the test in April. When asked whether he's glad to be out of the business where he doesn't have to experience the pressures of a rigorous travel schedule and physical demands, Jericho said, "Absolutely not." He said wrestling is a great job where wrestlers get to entertain fans and be part of a

"very loving family" within the WWE despite the pressure–filled lifestyle. He said steroids and drugs are absolutely not required to be part of the business.

•**ESPN.com has an article on the possibility of researching Chris Benoit's head to determine whether he suffered from some form of brain trauma that could possibly explain what triggered the alleged murders of his wife and son:** However, a source told ESPN that Benoit's brain might be too damaged to examine. Investigators found the bodies of the Benoit family on Monday afternoon, and Benoit's body had already been in a state of decomposition for over one day following his alleged suicide on Sunday morning. They said the sweltering 93–degree heat in the basement/weight room where Benoit was found hung from a piece of exercise equipment hastened the rate of decomposition. ESPN.com writes that a source close to the local coroner's exam, the body was virtually "liquefied." A group of researches, including former WWE wrestler Christopher Nowinski, have asked for a sample of the brain to study the state of the brain at the time of death. They were told initially that the brain was in no condition to be examined, but they hope to obtain enough brain tissue to conduct a study, similar to the study they performed on former NFL player Andre Waters's brain. That study yielded results that showed he had the equivalent brain of an 85–year–old man with Alzheimer's disease. They concluded that several concussions had "severely worsened" Waters's neurological state.

•**An Italian newspaper reports that Italy 1 TV has cancelled WWE programming due to the Benoit Family Tragedy.** It noted that as details emerge, it paints an alarming picture. It also noted the Wikipedia entry which said Nancy had died 12 hours before authorities found her body.

•**Other Notes:** WWE ratings went back to the normal range this past week. Raw drew a 3.7… Larry King Live was scheduled to feature John Cena, Jericho, and Mero as guests on Monday, July 9… Rumors that Nancy Benoit left a note in a safe deposit box stating that "if something happened to her, Chris did it" turned out not to be true, as authorities revealed nothing unusual was found in the contents… The Wrestling Observer reported that Nancy told a friend shortly before she died that she was upset that Chris had taken out a life insurance policy naming his ex-wife and first two kids as beneficiaries… Kevin Nash was a guest on Fox News's "Hannity and Colmes" and said he has never seen or experienced roid rage. He questioned why alcohol hadn't been brought up more often by the media as a contributor to Benoit's actions… [James Caldwell contributed to this report]

## QUOTEBOOK

# Array of media comments on Benoit Tragedy

*The following are a random assortment of noteworthy quotes from wrestlers regarding the Benoit Family Tragedy the past two weeks. They tell a story and reveal the diverse reaction and approach being taken from those who have walked, to some extent, in Chris's boots.*

Jim Ross to The Oklahoman: "I would never condone what Chris allegedly did even if you put a gun to my head. It was a terrible, inexcusable act. But it's an act that I don't think anybody down here on Earth will completely understand or know why it happened."

Dean Malenko in People: "He wasn't a monster. We're talking about a guy who, a month ago, was in Jacksonville and rather than drive down to Orlando, where he needed to be the next day, he took a flight to be home with [his son] Daniel."

(Ultimate) Warrior on Fox News: "Oh, steroids are used throughout the industry all the way through. It's easier to point out the guys who aren't on steroids than are. I don't have a stupid button on me you can push to get stupid. I can't hide what my eyes can see. There's a difference between use and abuse."

Bret Hart on Fox News: "Everyone in the wrestling business is reeling from this. Nobody would have expected this to come from Chris Benoit. He was an easy-going lovable guy. I don't remember him being moody or bad-tempered or violent in any way at all. He was a guy who was a very caring, supportive guy. He supported me in a lot of situations. It's a shock to everybody."

Steve Blackman on CNN Headline: "Yeah, a lot of the guy's families have been destroyed. I agree it does need to be regulated. Everyone in there is still an adult. We do suck it up and we all live in pain and live on pain killers trying to make it through this horrible business. It doesn't change that everyone is an adult here and they're making their own choice. You're not putting it on a platter and shoving it down your throat, so you have to take a little bit of responsibility yourself."

Marc Mero: "We need to do something about it. We need other wrestlers to stand up and say enough is enough. We need this sport regulated. There has to be an off-season."

Bruno Sammartino to the Philadelphia Daily News: "I finally got disgusted and walked away because it seems like nobody cares. People keep dying, keep dying, keep dying. But nobody cares. It blows my mind that there are all these investigations in baseball, football and what have you… and yet when it comes to wrestling, it just goes on like it doesn't matter, it's not important, it doesn't exist."

Jim Ross to The Oklahoman: "I was in absolute shock. There was a numbness that came over me. It was like a mule kicking you. I've been kicked by a horse. I've been kicked by a milk cow. And it hurts. But no pain that I've ever encountered hurt like that. It's almost like an out-of-body experience. You know you're sitting there and you're hearing this information, but part of your heart and your soul is detached because you're trying to process all this information, and

it's tough."

Chris Jericho on CNN Headline: "It's almost a tale of two cities, a tale of two people. There was the Chris Benoit that had these horrendous acts of extreme psychopathic lunacy in the last days of his life. Then there's the Benoit I myself travelled with, lived with, said I love you to on many occasions; he was my mentor, one of my best friends, and was a brother to me in so many ways. The 15 years I knew him and the two days he did these horrible horrible acts, it's hard to kind of discern the two. That's why we have to find out what would make a mild-mannered, polite, influential, tremendous person and performer to do such things. Is steroids a reason? I think it goes much deeper than that. I think we're seeing a man with some severe psychological, troubled issues and held them in for far too long and they combined to cause him to snap in such a horrible way."

Michael Benoit, Chris's father, to the Atlanta Journal–Constitution: "It's a horrible, horrible event that's happened. We have no understanding why it happened. It's going to take us a long time to come to terms with this, and we may never come to terms with it. Our thoughts and prayers are with Nancy's family. We're very concerned about the long-term affects on her family. There are no words to describe the loss we feel."

Konnan to the New York Daily News: "Everybody—I can guarantee you, 100 percent from top to bottom—everybody's either on steroids, painkillers, they drink, or they take recreational drugs, and, in the case of half the guys, all four."

Bruce Hart to the Toronto Sun: "The last time I saw him he was in pretty rough shape mentally. I didn't know all the details, but I knew it wasn't good. I was not at all shocked (by what happened). If I could see and determine that in a few visits, how the hell could they (World Wrestling Entertainment) not have known something was wrong? (In my opinion) I think the WWE needs to re-evaluate what it is doing here."

Hulk Hogan to US Weekly: "She [Nancy] was into devil-worship stuff. It was part of her [wrestling] character, but [she was] somebody who gets so close to their character, someone who gets into their character too much. Sometimes these people believe their own publicity."

New Jack (Jerome Young) to Atlanta's ABC news: "Any wrestler in this business, they got a doctor they can call 24–7 and say, 'This is what I need.'"

JBL on his blog at WWE.com: "I want to say my thoughts and prayers are with all those affected by the horrific events that happened this past weekend with the Benoit family. I have never been this close to a tragedy of this scale, and still have no understanding how this incomprehensible thing could have happened. I knew the family well, and I don't want to add my speculation to what happened. I just want to say, I wish it never had. I think it is deplorable and my heart is broken that it did."

Bret Hart on Fox News: "He was great. He was one of the best. He was a guy who was loved by everybody in the dressing room. Even the really tough guys in the dressing room respected Chris

Benoit. He was a guy who reached down and helped the young guys starting out. He had a lot of respect for the guys who worked really hard. In the dressing room, he would have been a leader who worked really hard and set the example for everyone else.

Matt Hardy on his blog: "I haven't always agreed with every decision Vince McMahon has made, but I do agree with everything he's done dealing with this situation thus far. Out of respect for the sudden death of Benoit's family and his contributions to the business, I think Vince did the right thing by cancelling the scheduled Raw. When the decision was made to make Raw a Chris Benoit tribute show, the WWE was only doing what seemed respectful and right at that time. When more information was discovered, the WWE took a different and appropriate stance towards their programming. The ECW and Smackdown shows this week were dedicated to our great fans. Wrestling fans who were grieving and confused over this tragedy needed us, including me, to entertain them. I feel it is my responsibility, as well as my pleasure, to put smiles on people's faces and give them an escape from reality. I know Vince feels that way as well.

Bill Watts to ESPN: "You've got to realize that athletes generally handle their problems physically, so we're probably not the best with relationships. But here's the problem with athletes: It's not the fear of hope or reward that guides you, it's the fear of loss. You're always trying to look for the edge, to do whatever you can to maintain it so you push all the parameters. You can't live this persona and turn it off when you go home and read the newspaper or watch the news. It becomes you."

Warrior on Fox News: "There are sacrifices pro athletes choose to make to succeed at the business they participate it… Roid rage for me is a pie in the sky theory that's thought of by people who have no business discussing the frame of mind of an elite physical athlete."

Chris Jericho on Fox News: "Could steroids have been one of the reasons? Absolutely. Was it the only reason? I doubt it. I think this is more about a man who had some severe mental, psychological problems. It's very easy to hang your hat on steroids and wrap it up in a nice Christmas bow and say 'this is the reason.' I think it's many, many reasons. Could steroids be one of them? Absolutely, it could be one of them, but I think there's so much more beneath the surface here. Hopefully we'll find out, but we may never know."

Jim Ross to The Oklahoman: "All anybody wants to hit is the negatives and the 'evil world' of wrestling. Some of the news reports of the Geraldos, the Nancy Graces, the Greta Van Susterens, the Hannity and Colmes—people I used to watch with a modicum of respect. I look at those news shows in an entirely different light."

Richard Decker, an attorney for Nancy's parents, Paul and Maureen Toffoloni, to ESPN: "They had a normal son–in–law relationship with Chris. They didn't treat him as a superstar, and he didn't want to be treated as a superstar. He took out the trash and they treated him as anyone would treat a son in law. (The couple) had a close

and loving relationship as far as they knew."

Konnan to the New York Daily News: "In our business it was almost like 'omerta,' like in the Mafia. You don't snitch. They say 'you're burying the industry.' I'm like, 'F—— you, guys. Guys are dying, they're leaving families. If anything, I'm trying to make changes to our sport so that Vince won't force you to take steroids."

Victoria on her blog: "Everyone who knew anything about wrestling knew of his in-ring contributions. I truly don't know what I can say and not get in trouble with the WWE. Anyone who reads my blogs regularly knows how much I love wrestling, and being part of the WWE. But I think what I have to say is more important. His son, Daniel, came to many shows. We bonded. He a was a cute little boy. What Chris did was selfish and hurtful. I fear that him being a superstar in some way glamorizes the situation. That's not what suicide is. It is selfish and hurtful. As long as you have a breath to breathe, you can make change to improve your life. You can talk to family, or friends, or clergy."

Jim Ross to The Oklahoman: "We're all trying to get over our broken hearts. That's something maybe not all of us will be able to accomplish."

Bret Hart on Fox News: "I'm sure he used [steroids] through his career. I never saw him personally take them. My understanding, and I have no reason to blur the truth, I think when Eddie Guerrero died a year and a half ago, WWE put in a really strict drug testing policy and they've been trying to stamp out steroids. I know from talking to other wrestlers, a lot of them were really careful not to have anything in their system. It seemed to be a real serious test. So I'm of the conviction at this point that steroids, if they were in his house, they were for something he had stockpiled or was planning on using. If they tested him a few months ago and he was clean, I suspect that he was obliging the tests and following the rules."

Matt Hardy on his blog: "Chris Benoit was always kind, considerate, and professional when I interacted with him. Like everyone else, I was shocked when everything came out. I can't believe Chris Benoit and his wife and child are dead as I type this. As of now, all of the strange pieces of this puzzle haven't been put together yet. My thoughts and prayers go out to Benoit's other two children as well as the immediate family and friends of the deceased. More than anything, I feel terrible for little Daniel. He was as innocent as any human being could possibly be. This is a terrible and sad tragedy."

Bruce Hart to the Toronto Sun: "Almost all the people we started out with (who did steroids) began breaking down around 40... A lot of the steroid users start getting liver and kidney problems around the age of 40. There are a lot of wrestlers out there who are dead that you never heard about whose bodies broke down. I've known others who had looming health issues and went a little crazy. Maybe this caused him to go off."

Warrior on Fox News: "The drug test is a ruse. It's an artifice specifically designed for the sensationalized, high-profile tragedies when people come forward and they make reasonable allegations that the talent is using drugs. It's this simple for me. For me to believe that the drug tests on the live bodies are legit, I have to believe all the autopsies on the dead bodies are lies."

Jim Ross to The Oklahoman: "It's impossible. You can't reconcile it. You can't figure out what a guy that is one of the leaders, and a guy that would step up and help correct young wrestlers, would do that. He would sit down with them and say 'Look, here's what you're doing wrong and here's the perception that you got to get over. You can't do this. This is locker room protocol.'"

Bruce Hart to the Toronto Sun: "I've known too many wrestlers who couldn't separate the character they play on television from their real life. Wrestlers start believing their press clippings and what is said on television. It's like an actor leaving the set but still playing the part. There's a delusional element to this. I've seen it over and over again. Some people can't separate the character from real life, and Chris was one of those people. From my experience, that has been quite prevalent with wrestlers and that becomes exacerbated by steroids, drugs, painkillers and failing health."

Jillian on her blog: "Well, by now the whole world knows of the horrible news that took place this week. With all of the comments and messages from people saying how sorry they are for our loss, I figured I would speak in general. I am 100 percent in agreement with WWE and Mr. McMahon on completely erasing all tributes to Chris Benoit. While he had always been nice and polite to me and most of the WWE talent, what he did is completely disgusting and unforgivable! This man who could have been a legend has demolished his reputation. My heart goes out to Nancy and the adorable Daniel and the family and friends they left behind!"

Bruce Hart to the Toronto Sun: "Not that long ago I was talking to Hillbilly Jim and we were reminiscing a little. I told him I was worried about Chris."

Chris Jericho on CNN Headline: "No. See, this is why I really wanted to come talk to you, Nancy, and talk about Chris Benoit the man to some of the people who don't know anything about wrestling or him and the millions of fans or hundreds of co-workers he influenced in such a positive way. Chris was a very quiet man, but not a recluse and not a hermit. He minded his own business. In all of the years I was with him, I never once saw anything. If I went nuts and wanted to beat somebody up, he was the guy who would contain me. A lot of people can tell you that.

Michael Benoit, Chris's father, to the Associated Press: "We have no understanding of why it happened. We need some time to gather our thoughts and wait and see. There's still more information that's going to come out from toxicology tests that will give us some understanding of why this happened. Chris seemed fine when we spoke on Father's Day and had even said he regretted having to work instead of spending the day with his family. That really wouldn't give you an indication of someone who would do what he did a week later,"

Superstar Graham on Fox News: "Chris Benoit is an adult, Vince McMahon is not a babysitter. These are grown men and women and they have to be accountable to themselves. I also submit this is far beyond the supposed overhyped roid rage. I'm a 25 year user of steroids; I started using steroids

with Arnold Schwarzenegger in 1967."

Debra Marshall on Fox News: "They're excellent at deflecting the heat on them. I think they're trying to insert other stories to get it away from the steroid rage. I know for a fact when Steve Austin was pounding on me the last time with his steroid rage, pounding on me, his eyes were bugging out of his head in a rage; it was the most horrifying thing you've seen. When I called the cops, he ran out the door, yanked the phone lines out, unplugged the garage door openers, and yanked the wires out so I couldn't leave. So there's a very similar reaction to all of this."

Warrior on Fox News: "Wrestlers take steroids so they can look healthy on the outside, but they do everything else that makes them rotten on the inside. The autopsies that reveal they have enlarged hearts and enlarged organs often organs that have been affected by the steroids, that's the reason why—because they don't live healthy lives overall."

Bruce Hart to the Toronto Sun: "Imagine if Wayne Gretzky, Mario Lemieux, and Mark Messier were all dead in their 40s. Imagine what the reaction would be? There would be investigations and more investigations. Wouldn't people want to know what happened and why?"

Chris Jericho on CNN Headline: "I love Chris Benoit. I hate the fact of what he did,"

Bruno Sammartino to the Philadelphia Daily News: "If the head of the organization is known to be a steroid user like that, can anyone believe the inside drug testing that the organization does? I find it extremely difficult for anybody to take that seriously."

Matt Hardy on his blog: "I am very disappointed with how many media outlets are lapping the entire population of professional wrestlers into this situation. There are many outstanding, wonderful people that do so many great things for the world that I work and wrestle with. It's not fair or accurate."

Chris Jericho on CNN Headline: "As far as knowing Daniel's condition, it wouldn't surprise me—and I'm saying this seriously—if even his parents didn't even know. If Chris had decided he wanted to keep it to himself, you wouldn't have been able to pry it out of him for anything. I don't know anybody, myself or any of his close friends, his co-workers, his boss, who knew or suspected anything about him having Fragile X. Yet as soon as I read the symptoms of Fragile X, it fit Daniel to a T all across the board. The lack of social skills, hard to make eye contact, intense shyness, flapping the hands, ADHD, and even to the point of his ears being a little bigger, his head being a little larger. You don't think much about that; some kids grow into themselves over the years. But now that you read it, you can kind of see where this all ties in."

Bruce Hart to the Toronto Sun: "I kept hearing 'He was a nice guy, a great guy' and I knew him when he was a kid. But all I know now is he's a murderer... (F)or them to do a tribute show was disgraceful."

Chris Jericho on CNN Headline: "Was it steroids? Maybe. But I don't want to hang everything on that. This is something that had been building in him for many years to snap like that and take away the most important thing in his life."

## BELOW THE BOTTOM LINE



By Wade Keller
Torch edition

### KELLER from pg. 1

obvious. Whether it's been 25 or 50 who have died too soon because of the culture and the system, of which Vince McMahon is the predominant leader, isn't important. Whatever the number, we know this week better than ever it's too many. What has been an acceptable ratio has now to be considered unacceptable.

Vince McMahon said on "The Today Show" two weeks ago that only five wrestlers have died while under contract to WWE as active wrestlers. Sure, Curt Hennig, Big Bossman, Chris Candido, Bam Bam Bigelow, and Rick Rude weren't under contract to WWE when they died. They were, though, a product of the culture of the wrestling industry, and the culture is set from the top down, not the bottom up. McMahon's at the top.

There is, admittedly, some inertia to the industry. There are things so disgusting about how the industry works that some people who get a taste of it want out right away. The Calgary Stampede promotion in the late-'80s, of which Chris Benoit, British Bulldog, and Owen Hart were a product and are now dead, wasn't an easy place to survive. Minneapolis's top prospect at the time, Ricky Rice, lasted all of several days before turning his car around, driving home, and deciding the pro wrestling industry might not be for him. Others grinded it out, paid their (sick) dues, got immersed in the culture, and changed who they were, their values, what was acceptable.

Chris Benoit changed. He became a different person than he would have been if not for the industry. It changes people in different ways. Inevitably, there are going to be some who get out in time because it's not for them (Ricky Rice), some who get cut before they're destroyed (Steve Blackman), some who have the constitution and personality to thrive (JBL), and others who do everything they can to get to the top and collapse and die from the effort (Eddie Guerrero).

The culture, as sick and wrong as it is, resists change. In the past two weeks, I've talked to a number of twentysomething wrestlers who don't see what the big deal is. Sure, they've watched this older guy they looked up to snap or crack, but they don't really see it having much to do with them. After all, they don't expect to end up like Chris and Eddie, or like Rocco and Johnny, or like Rick and Curt, or like Bam Bam and Bossman, or like Adrian and Yoko, or like Pillman and Gilbert, or like Sherri and Elizabeth, or like Chris and Gino, or like Brady and Renegade, or like David and Kerry and Mike and Chris, or like Louie and Leroy, or like Brody or Nancy, or like Terry or Davey Boy, or like Crash and Candido, or like Hercules and Hawk.

They're sure of it. Most of them are right. Many of them might be wrong.

But at twentysomething, it's all so new and exciting. They made it, and everyone else in their training camp didn't. They are on TV, while their

high school buddies are working in the body shop or sports gear store or still toiling with homework with mounting school loans. They're getting recognized, cheered, and laid. They're on top of the world. They're looking at a bright future if only they work hard, do what they're told, understand what's not said that they better also do, and shut up.

Along the way, as twentysomethings often do, they party. Like some of their friends back home, they use some recreational drugs. No biggie. They drink, too. They loosen up and have some fun. Three or four nights a week, they're away from their family and friends, but their new family and friends who relate to them, who paid similar dues, who have similar dreams, are there to party with them. Some party more than others, a few not much at all.

They also notice who gets ahead and who doesn't. Those on the top of the cards typically have a certain look. They have more than that, too. The top guys usually have charisma, a marketable face, a gift for gab, and a rapport with management. If they see themselves as having the look, the charisma, and the height to be a potential main eventer, they compare themselves to the top guys and aspire to get there. If they see themselves as being lucky to have a job because they're too short, they've got a bad face, they're not naturally particularly muscular or ripped, and they can't inspire people with their words, they start looking at what long-term mid-carders do to stick around. In their inner-circle, they compare notes on the tricks of the trade to look their best to either enhance their main event assets or limit the mid-card-rendering weaknesses. Either way, they're trying to do what it takes—what everyone does—to survive as long as possible on the roster in as high a spot on the roster as possible, to claw ahead of those who sacrifice less than they're willing to.

Many last a few years, many others don't. Many drop out or are cut loose after just a few years. Some were annoying, untalented, cloddish or bland. Some just didn't have the look. Those who survived the latest cut, and those who were promoted to better spots on the card shared something in common. They did what it took to have "the look" needed to survive in their slot on the totem pole. A few did it naturally, most others used other means to make up for their shortcomings.

Those who survive five years or so and are now tenured wrestlers in WWE, or those who were cut and earned a spot back after doing what needed to be done, are now in their 30s. Like sophomores welcoming freshman to high school with the same hazing and pranks that befell them the year before, the thirtysomethings look at the newbies with amusement. They teach them the ropes to the extent that it doesn't hurt their odds of retaining their spots. They're also starting to feel some aches and pains they didn't feel five or so years earlier. But it's nothing that a few pills can't fix. Trouble getting to sleep? Swallow this. Trouble getting up for the workouts or travel? Swallow this.

Their skin is sagging just a bit, the fat accumulating a little more easily, the muscles harder to build than before. Inject this. It's probably not harmful because (insert rationalization here). After paying dues and surviving so many cuts and close-calls, now is no time to wimp out and lose the

do-anything commitment that got them there.

Pro wrestlers enter their prime earning years, in most cases, in their early-to-mid-30s. There are exceptions, such as prodigies like Brock Lesnar, John Cena, and The Rock. But Steve Austin, Bret Hart, Shawn Michaels, Hulk Hogan, Undertaker, Randy Savage, Chris Benoit, Eddie Guerrero—they earned their biggest paychecks well into their careers, after leaving their 20s. A lot of roads are travelled, a lot of sacrifices are made, a lot of compromises are rationalized, so that by the time they get to their 30s, just when the money is getting really good, the temptation to take more chances and do more of "what it takes" to survive the grind is overwhelming.

Being in ones 30s on the road is different than being in one's 20s. If they've gotten married, they have wives who are no longer enamoured with being married to a TV star; they want a relationship, they want an attentive spouse to grow with and experience life with, they want kids, they want shared household duties, they want trust, they want respect. If they have kids, they want a co-parent to share the duties and experience "firsts" together. The wrestlers feel the sense of loss and stress from not being there four days a week, day and night.

They haven't earned enough to walk away and be financially independent, but they don't know anything else—at least nothing else that can help them maintain the lifestyle to which they and their spouse have grown accustomed. They haven't saved up enough to pay off the mortgage or pay for college educations for the kids. They're also a bit addicted to the fame and the rush of walking out to the ring in front of the fans. Ask anyone who's been there; there's almost nothing like it.

As the injuries add up, as the 30s become the early-40s, they may be divorced, they may have grown kids they barely know, they may have a marriage on the rocks, they may have a surgery they've been putting off, they may be taking dozens of pills to cover the pain (wasn't it just yesterday that one pill did the trick?), they may be taking more steroids to keep up the appearance and keep the spot because there are younger guys salivating for the spot they've got.

Then a colleague dies. They feel sad. They look at what happened to him and decide that they're different. They might be right. They might not be. They're sad, but they're also looking out for themselves. They've sacrificed too much to risk it all. When there are rumblings of things that could change, that should change, that might mean the young guys coming up would have it better than them. But then they won't appreciate the business as much, right? They'd live better lives, have healthier families, and look down at the older generation for not hacking it.

The top earning guys want to ride the wave of seven figures a year. The mid-card guys don't want to rock the boat, as they're one injured main eventer away from finally getting a PPV main event opportunity. The lower-card guys try to fly under the radar and avoid being cut.

It's worked well enough for Vince McMahon this long. No point in messing with a good thing. No reason at all. So a few get lost along the way. It's the culture. It's the system. It's the way it is.

# The System: How it works, why it continues





### BELOW THE BOTTOM LINE

**By Wade Keller**
**Torch Editor**

# In–depth gameplan for mandatory breaks

There is no one solution to change the system that is piling up dead bodies year after year. There won't be unanimous agreement on what the multifarious solution should be. There should be unanimity on one thing: It's time to starting trying a few things. The place I'd begin is with mandatory, predictable, substantial breaks from the road for wrestlers. This will not solve everything. I am, though, confident it will solve a lot. There is resistance to this because to do it, it means changing a lot about how WWE operates. The benefits will surely be more than worth the shake–up and adjustments it requires.

There's no way to go half–way with this. Wishy–washy excuse–makers say it's not so bad now compared to ten, fifteen years ago. Instead of 250 matches a year, wrestlers are working more like 150. True. It was inhumane to ask wrestlers to work 250 dates. Most didn't last. Of those who had full careers, many are suffering ill–effects today. But cutting back a worst case scenario by even a substantial 40 percent doesn't fix the bigger problem. It's not whether wrestlers are working two or three matches per weekend instead of four or five matches per week. It's not whether wrestlers are getting two or three days off every week instead of only every–other week.

The problem was, and is, that wrestlers need extended time off that really amounts to something. They're getting tortured with the equivalent of 20 minute catnaps here and there throughout a 24 hour day, without any blocks of eight hours of sleep. Just like 20 minutes isn't enough sleep to ever be satisfying or refreshing, a few days off mid–week isn't enough to ever be satisfying or refreshing. It's not a bad schedule most of the time, but without substantial time now and then to relax and recharge, it adds up to a debilitating, deadly, grind.

The current WWE schedule doesn't allow for a planned three week cruise with a spouse, or a two week get–away to Disney World with the family. It doesn't give a wife at home, lonely, sad, irritated, and fed up, that sense of hope that the pattern that's causing problems now can be fixed when they have that extended time together in just a few months. Sure, some marriages survive because they aren't around each other enough to get sick of each other, but what kind of marriage is that, really? The ones that are healthy and have a chance are the ones most apt to be destroyed by the current system, where a week or two off around Chrismas and New Years is the only extended time off—and the term "extended" is used loosely. Plus, we all know how "relaxing" and "rejuventing" the holidays can be.

If twice a year, a wrestler and his family knew he'd be home for six weeks, everyone's mood would be different. The wrestler would still be working hard, the wife might still get lonely or overwhelmed at home, but knowing twice a year, extended quality time was coming, just around the corner, it makes everything easier. If someone asks you stand on a stump on one leg with your arms

extended out and you're not told for how long, but you must keep your balance or lose your job, you'll look for shortcuts to hold position. If you're told you have to stand there for X amount of time, but a ten minute break is coming, you'll tough it out. Knowing the whole time that a break is coming and when it's coming, you'll be less stressed out even during the time when you're muscles ache and your balance begins to give out.

Every single day of every single year of a wrestler's career will feel better knowing the sprints are followed by breaks, where fun is planned or home projects can be done or little league games can be witnesses (if not also coached). The spirit of the entire company would be lifted by the new schedule, with a transformation as powerful as that "then and now" contrast in the movie "Nine–to–Five" when Dolly Parton's character remade the office in her vision after Dabney Coleman's demanding boss character was away for a while.

Instead of getting through the night and surviving the pain by popping more and more pills, with no light at the end of the tunnel and no hope for that chance to get the equivalent of that refreshing eight hours of sleep all in one block, or in this case specifically, six weeks away from the grind, they'll look forward to time at home and hold out on the pharmaceutical shortcuts that before seemed to be the only option to continue chugging along.

This sounds utopian, almost too good to be true. And of course, it is. Not everyone will take good advantage of the time at home. Some will be lonely if they don't have families and friends outside of wrestling. Some will get into trouble or do even more drugs without the responsibility of having to make the next town. Some might even beat their wives, yell at their kids, and be a jerk to everyone in their path. They were hopeless anyway. The goal with the new schedule is to save those who aren't hopeless cases. The Eddies and Chrises and Nancys.

Of the dozens of wrestlers who have died since 1985 before age 45, would any of them have survived if they had two six week blocks at home per year the entire length of their stay with WWE? Absolutely. Would some of them who were cut have kept their jobs as a result? Yes. Instead of burning out and partying too hard because they had nothing else to live for, they'd have something else to live for and would have conducted themselves differently. If one fourth of the roster at any given time was taking six weeks off, that would require WWE hiring about 25 percent more wrestlers. That means more talented, deserving wrestlers with jobs doing what they love, feeling good about themselves, and getting a reward for their years of hard work and paying dues. Some decent people will stay in the game instead of running away.

Does this system also mean wrestlers currently on the roster take a cut in pay? Yes. They'll be working fewer dates, which means a cut in pay. But the current pay scale shouldn't be seen as the natural norm any more than the NFL going year–round with 52 games a year with the same players each week could be seen as the norm. It would be a disaster for the players to put their bodies through 52 (or, let's say, even 50 or just 48) games per year. Wrestlers, whom football players who dabble in wrestling say have the toughest jobs in all of athletics, do play the equivalent of 50 games a year. It's just wrong. It's

inhumane. Of course there are victims.

It's not just deaths, either. It's near–deaths. It's neck surgeries. It's debilitating injuries and bodily harm that manifest in their 50s and 60s. It's brain damage from concussions that were never given, time to heal or even be diagnosed. It's broken marriages, lost time parenting young kids, untaken trips, elderly parents who had to fend for themselves. Across the board, mandatory, predictable, substantial breaks from the road would improve the wrestling industry more than any other single decision, change, or regulation that is being considered.

There are different ways to implement it. One is what I have written here. Figure out a system where every week, a few wrestlers begin a six week break as a few others return from their breaks. They can be announced on TV or not. That's a booking scheme decision that's not particularly important to this discussion, as it could work either way.

Alternatively, they could have have two six week breaks a year, with one of them including everyone at once taking it, the other being part of a rotation. So, let's say that beginning in mid–May, after Judgment Day, WWE takes six weeks off completely. They can still air new shows and even a fresh PPV during that time. Here's how. After WrestleMania, go into a stretch where Raws taped ahead. Three weeks before going to summer break, begin taping three editions of Raw per week in place of house shows. After three weeks, nine Raws will have been taped. Three will have aired, six will be in the can. Then, on the final week before the break, tape a full–fledged PPV. Format it in way that isn't storyline or feud–driven so that fans who attend aren't completely confused because they haven't seen all of the TV tapings that will have led up to it airing on PPV. Just book it so that it's largely remathces from the previous PPV, with some unique undercard matches. It can work with a little creative flexibility. Make sure the matches are so good that when word of the results gets out weeks before it's offered on PPV in June, the buzz is, "It's great, you've gotta see it."

Another option is to just take two months off completely. Have a full–fledged off–season for the main roster. But, get creative. Bring in talent from developmental to work a special eight week stretch where they try to earn main roster spots. Bring in some main roster wrestlers for special appearances to do color commentary or analysis—but only once in that stretch, not enough to really disrupt their vacation from the grind. It'd be a fun time during the year that would be a real break from the main roster guys. If ratings go down a little, so be it. Lives are being improved, if not saved. Then, take a few weeks off later in the year, such as the holidays, where shows are pretaped ahead of time are "Best of the Year" theme shows.

The particulars don't matter as long as wrestlers never have more than five or six straight months on the road without a mandatory, predictable, substantial (two weeks or longer) break of at least eight, and preferable twelve weeks in total each year. If WWE *had* to do it, they'd find a way to make it work, and in fact turn it into a positive, a fresh way of presenting and going about business. I would say Daniel Benoit, no matter who's to blame, is a reason to just make it happen.



## BELOW THE BOTTOM LINE

### By Wade Keller, Torch editor

I believe the most simple, easily-implement, instantly viable, significant contribution to breaking the deadly cycle of this industry is mandatory, predictable, substantial breaks twice a year. That isn't the only change worth strongly considering. More is required, and few other options are as simple or concrete as rotating in time off. Let's look at a few of them:

### REAL, STRICT, COMPREHENSIVE, TRANSPARENT DRUG TESTING

Drug testing is expensive. It's imperfect. It's a pain. It can be disruptive and inconvenient. But it's never been more necessary.

Here's one approach. Be capitalistic about it. Hire two reputable drug testing agencies, and reward the one with a bonus that catches the most cheaters at the end of each four month block.

Another idea: Submit to the same testing procedures as UFC when they enter states with athletic commissions. Tell the wrestlers: You're on your own. Pass the tests. You're independent contractors and have to stay clean to keep your jobs. If everyone is part of the same testing system, the playing field will be level and fewer guys are going to look at the guy using steroids next to him and decide, against his better judgment, to do what it takes to keep up. If the guy next to him is taking steroids, he can have faith in the system that sooner or later, he'll be suspended or fired and his spot will open up.

Vince got scared straight in that stretch of time between being indicted in 1993 and dropping his policy to better compete with the emerging steroid-inflated WCW in 1996. He might be ready to implement more than an 85 percent real, 15 percent p.r. fluff policy where that 15 percent allows for plenty of ways to survive a steady cycling of muscle-enhancements. Surely his stockholders would rather the company absorb the cost of expensive tests and the inconvenience of ill-timed suspensions than endure the consequences and wrath of the mainstream, advertisers, marketing partners, and the government should another wrestler die on their payroll in the next 18 months, or should another big name wrestler who once worked for WWE die prematurely in the next 18 months.

No matter what direction they take with any improvements in the Wellness Policy's drug testing, one step that would build some trust and faith in the policy would be to publish on the corporate website a list of wrestlers who are tested every time there's a random test. Name the date, city, and wrestlers who were called to submit urine samples. Then, announce the results, but without any failures attached to actual names. Let people know, though, when the tests have taken place, see the real results, and verify that it appears truly equal and random over the course of time.

Or take it a step further and reveal which wrestlers are suspended. The specific drugs could

be withheld or not. The Olympics and pro sports announce who gets suspended and for what. A little public embarrassment—or fear of it—might be what it takes to get wrestlers to take the tests seriously. WWE cannot operate under the cloak of secrecy and expect fans, sponsors, and media to have faith they'll do the right thing.

This system of testing for steroids and then giving those above 4:1 and below 10:1 T/E ratios a chance to re-test makes the policy, as originally written last spring, a joke. When a T/E ratio above the normal 1:1 level reaches a 4:1 ratio in other major sports tests, it's a failure. In WWE, unless you reach the almost unattainable 10:1 ratio, it's not a failure. Anything above 4:1 requires a retest. But the retest is an IQ test because you now have substantial notice (weeks, probably) that you're being tested, which gives you a chance to do all kinds of things to reduce or mask your T/E ratio until you're retested. Then you can get back on whatever you were on until the next random test, at which point the cycle continues. WWE will also give you a pass if you produce a prescription, but if we've learned anything the past two weeks, it's that prescriptions from doctors aren't proof of legit medical needs.

No more prescriptions from doctors as a cover-all excuse. If a wrestler feels a need for a banned medicine, he should obtain a prescription, then seek approval from an independent medical board hired by WWE that works transparently and which attaches members' names to a decision to allow that exception to the rule based on criteria presented by the wrestler/patient and his doctor. Sounds bureaucratic, but it's nothing compared to planning around another funeral. It also insulates WWE from seeming to be playing fast and loose with their rules and making exceptions no one knows about when a big money player is otherwise at risk of suspension or firing.

However they go about it, transparent and truly comprehensive testing could go a long, long way to righting some wrongs and taking away the freedom and temptation to beat the system as it now stands.

If everybody in WWE were forced off of steroids, everyone would shrink somewhat, some more than others. So what. WWE isn't competing with a truly threatening national competitor. Pro wrestling will still be enjoyable even if all of the wrestlers are 15–25 percent less muscular. They'll still be bigger than the average audience member and athletically and charismatically superior. So they will still be huge attractions. WWE has the benefit of many of its fans also seeing MMA fighters such as the cut but sleek Anderson Silva destroy the much more muscular Rich Franklin, or the uncut Randy Couture and beer-gutted Chuck Liddell winning fights against more chiseled athletes. What makes a great, credible fighter isn't muscle mass. Fans know that more than ever in 2007.

### GO ALL THE WAY WITH WEIGHT DIVISIONS

UFC and boxing have them, so why not pro wrestling? Go further in taking away the incentive to add layers of muscles (which inhibit durability and athleticism—see Triple H, Batista) by making wrestlers who get muscular move up a weight division against taller, sleeker wrestlers. Pro wrestlers are as vain as any other TV or movie superstars. They don't want to look short compared

to others. So create weight divisions so guys can reach their natural, sustainable muscular appearance in which they're at their ideal athletic and durable levels.

If WWE divided their roster into three, or even four divisions (the fourth could consist of a group entirely overlooked right now, the 155–170 pound range wrestlers), and unified the heavyweight titles, but added a light-heavyweight, middleweight, and lightweight (or call it cruiserweight) titles, they could expand the roster by 25 percent (as called for in my proposal for mandatory breaks of six weeks twice a year) by going after lighter wrestlers previously overlooked.

The key would be to rotate which division headlined TV shows and PPVs. Each of the three or four divisions would have to headline a PPV equal numbers of times to send the message that bigger size doesn't mean bigger prestige. Payroll per division should be relatively equal so wrestlers wouldn't find a way to bulk up to dangerous levels just to get out of a low–paying weight division (as Rey Mysterio has done, which has reaped rewards with PPV main events a much better paydays than had he remained pigeonholed a cruiserweight.

This set-up would give wrestlers the size of Chris Benoit, Eddie Guerrero, and Rey Mysterio a chance to feel they have an equal opportunity without massive muscles to be featured in main event slots on TV and PPVs by showcasing their charisma, personalities, and in-ring skills without having to bulk up to look credible against colleagues six inches taller with natural weights 50 pounds or more greater than theirs.

Would this require reconditioning wrestling fans? Yes and no. Younger wrestling fans, I believe, have always been willing to idolize, admire, and pay to see smaller athletes do things bigger athletes can't or usually don't. There is no correlation between size and a more marketable personality.

The weight divisions could shift from show to show seasonally, or remain attached to one particular brand. If there were three divisions, Raw could be heavyweight, Smackdown middleweight, and ECW lightweight. Or, with four divisions, have two on Raw (biggest and smallest), two on Smackdown (the two in the middle), and dump ECW (or make ECW a tag team show, which would be my choice).

### ON–THE–ROAD COUNSELORS

If the image is that pro wrestlers won't spill their guts to counselors, that image is wrong. Wrestlers put on a macho image on TV usually, but when times are tough at home or in their head, like many every–day working Joes and Janes, they seek professional help. Providing confidential, third–party on–the–road counselors would give someone like Benoit a discrete, trusted person with whom he could build up a relationship over months or years so when times are tough and the schedule is demanding, he can out his problems, not crack under their pressure.

It doesn't have to be an option everyone takes advantage of who should. It can be an option a few take advantage of who should, and that's reason enough to implement it. Pro wrestling is a rough, demanding business, and pro wrestlers are human. Build in accessible, professional mental care.

---

# The System: Other ways to break the cycle



## BELOW THE BOTTOM LINE

### By Wade Keller, Torch editor



# Topics: Shorter thoughts on Benoit–WWE

## BENOIT ERASED

The thought of WWE erasing Chris Benoit from their video library and records seems to be overdoing it. It's understandable, and I certainly can't strongly disagree, but I do moderately disagree. Most people believe O.J. Simpson committed murder, but "Airplane" movies in which he played a comedic role still air and are not edited. I do understand the removal of his matches from future compilation videos. Certainly there will never be a Best of Benoit or Hall of Fame ceremony for him. I can also understand the awkwardness of a family watching a WWE video and seeing Benoit apply the Crippler Crossface on an opponent. It's a bit of a downer at a point where all viewers want to do is escape into entertainment.

Will WWE eliminate Benoit from all future PPV releases, such as a WrestleMania box set? They shouldn't. Benoit is part of WWE's history. His matches took place. If people don't want to watch them, the skip button is easy to push. At least relegate a Benoit match to the "DVD Extras" section.

As for the title history, he is still included at WWE.com, but his bio link is gone. Every other previous champion has a bio link. Kurt Angle's bio link is still there with a celebratory photo, but Benoit is relegated to a name with no link. That's acceptable. The acknowledgement of his existence is better than a blank space that just draws attention to itself, but any further detail isn't necessary.

One of the sadder aspects of this tragedy, once you get past the actual deaths of three people, is that Benoit's career of work is rendered almost unwatchable. His story of making it, overcoming odds, advancing his style, opening doors for others virtually vanished two weeks ago. Part of the fabric of this era of pro wrestling is changed for the worse. The career of perhaps the best worker of this era is destroyed.

## WORST MEDIA INTERVIEW

On a lighter note, there were quite a few bad interviews by wrestlers the past two weeks, but Lanny Poffo edges Brian Christopher and Ultimate Warrior as the weirdest. Trust me, that's saying something.

Poffo wasn't an apologist for WWE like many others, but he was the kookiest. He's always seemed a bit clueless about how he comes off, going back to his silly frisbee tossing after reading truly bad poetry (which he read as if it were profound). In an interview on Friday, July 6 with Fox News, he turned to the camera and said: "If you play, you must pay, but don't blame your mommy for not buying you the 365 Crayolas. You know the consequences for everything you do."

No, you're not missing any context that would help you understand what he was getting at. He just went from talking about Benoit not leaving a suicide note and how he almost didn't come on the show because he feared getting emotional to turning to the

camera and saying he had something he wanted to say to the kids.

Runner up goes to Warrior, who said on Fox News on July 3: "No, the point is you're saying taking steroids is bad. I don't think it is. I'm all for personal freedom. This is your program. You get to talk all the time. Give me a chance. I'm all for personal freedom. I'm not on a crusade to abolish pro wrestling or all professional sports. I'm tired of having my intelligence insulted and tired of having the integrity of positive mentoring assaulted all the time." There was nothing on the show mentioned about "positive mentoring." It's almost as if there was another conversation going on in his head that he decided to reference that nobody else was in in on.

Honorable mention to Brian Christopher. Check it out on YouTube if you have a chance. When you watch it, imagine he's trying to balance an apple on his head the whole time. You'll know what I mean if you do it. The whole interview, his eyes are darting around nervously, but he appears he's trying to keep head perfectly still. He communicated this sense of having something to hide and trying really, really hard not to give it away, like the kid standing in line to buy a pack of gum who's also stashed a pack of cigarettes in his pants.

There were plenty of well-spoken, relatively normal appearances by wrestlers to help offset the tempting idea that all wrestlers are nutcases.

## WIKIPEDIA MYSTERY

The Wikipedia story was a case of three coincidences that I still have a tough time accepting. First, someone guessed correctly that Nancy died. That's relatively easy to accept. Someone else guessed the same thing in trying to stir conversation on a live chat during the PPV earlier.

Second, the person who changed the Wikipedia Chris Benoit bio happened to located a few dozen miles from Stamford, Conn. That could be a coincidence—one in a hundred, but still possible. It seems more likely that person had a connection to a WWE employee privy to early info that pointed toward the direction of a tragedy that might have involved Nancy's death (by accident or otherwise).

The third coincidence is that the person had previous vandalized multiple pages on multiple subjects in Wikipedia, except once. Once he removed scandalous, vicious vandalizing of a page. Who's? Chavo Guerrero's. What are the odds of the person who guessed right that Nancy was dead also lived in Stamford, and also showed a soft spot for Chavo, the one person in the world with more insight into what was going on with Benoit that weekend than anyone? It still hangs out there as just too odd to write off as a mere coincidence all the way around.

Now, that said, I don't see it as a scandal. I just see it as, at most, a case of someone with a connection to Chavo who heard what Chavo feared was the case, then he crassly put it out there in public just to get a reaction. Immature, but not a sign of a scandal.

## RANDOM THOUGHTS

When watching "Superstars" Graham speak on the Benoit situation on cable news shows, I was sad. He just seems so "for sale." Whether you believe what he said 15 years ago, basically the opposite of everything he says today, or believe what he says

today, either way, his analysis and statements, including most blatantly regarding roid rage, have undergone a 180 degree change. He just came across as a "bought and paid for" empty soul... If you wanted a point of view to be expressed, you got to see it, as you had wrestlers denying roid rage exists to an ex–wife saying her ex beat her during a roid rage fit with everything in between... Biggest blunder of the week was WWE's "steroids could not and did not" press release statement. It is the equivalent of John Kerry's "I voted for it before I voted against it." There may be a perfectly logical explanation for it, but it's too long and convoluted for anyone to care enough to figure out. And really, in WWE's case, the wording was revealing. Their mistake all along has been that they've been transparently more concerned about protecting their image than showing a sincere attempt to find out what really happened, even if the answers don't please them. Ironically, it's the attempt to save themselves first ahead of getting to the truth that's destroying their credibility...

WWE was smart not to send a bunch of wrestlers out in the media to defend the company because someone was bound to stumble badly. What's revealing is that Vince McMahon not only didn't trust himself to do more than one interview, but he didn't trust either Stephanie or Shane to speak on behalf of the company. At this stage, if Vince trusted them to think on their feet and had nothing to hide, he would have sent either or both out there to give a younger, more innocent face to the company than his... The most irritating thing repeated the past two weeks by people who should know better is that Benoit either had to have killed everyone in a fit of rage (roid rage or otherwise) or he plotted it out ahead of time. Neither option seems the least bit plausible to me. The obvious answer is that he killed his wife in a rage (roid rage or another type of rage), even perhaps by accident by taking a physical knock-down drag out domestic fight a step tragically too far, and then from there didn't know how to cope with what had happened, and he saw no other out than to end his son's and his life also. The thought of life in prison while his son (special needs or not) being raised by others while hating him and missing his mom was too much for him to bare in the despondent state of mind he was in once his rage that led to Nancy's death subsided. What I hope more than anything regarding this tragedy is that Daniel never realized his mother was dead, and that Chris peacefully gave him enough downers that Daniel never knew what happened in the end... One person in WWE who had been around Benoit over the years said he seemed nice enough, but was one of those people who had "snap potential"... People ask what I think happened. I think drugs, alcohol, and depression led a quiet, intense perfectionist who was having a tough time coming to grips with an aging , broken body, a failing marriage, and grief from losing too many friends in recent years to snap in the midst of a domestic fight gone horribly wrong...

## FINAL WORDS: FROM BENOIT

Chris Benoit in the "WWE Unscripted" book in 2003: "I really don't think anyone outside the business can grasp just how demanding it is physically what we do to ourselves on a nightly basis. And we have no off–season to recover."



## THE PERSPECTIVE

**By James Caldwell,**
columnist

# We cannot return to "business as usual"

It's been exactly two years since I embarked on the 31 Days of Caldwell series as part of my initiation as an official PWTorch staff member on July 1, 2007. That very first week, WWE pulled off a publicity stunt on Smackdown with Muhammad Hassan and The Undertaker that evoked terrorist images while the media was focused on terrorist bombings in London. It was only the tip of the iceberg. In between that first week and the Chris Benoit story, there have been a number of wrestler deaths that should have given us pause, including Eddie Guerrero. Yet, there has been too much complacency that has put us in the same position of reporting on more wrestler deaths, one after another, as if the story is on repeat.

Along the way, studying the media coverage of pro wrestling has been at times disturbing, saddening, encouraging, and laughable. Whether it's TV talking heads showing a distinct lack of understanding of the wrestling business, or WWE going to all costs to defend its brand and business, nothing surprises me anymore.

You would think an alleged murder–murder–suicide would be a complete and utter shock. Initially, it was. No doubt. But, once the emotions ran their course, and I had a chance to sit back and take a deep breath this weekend, I realized how unsurprising this story is—from the media coverage to the reactions to the alleged actions. Let's look at the key topics that give some depth to the key stories of the last two years.

### WRESTLER PSYCHE

By nature, pro wrestlers have a very fragile psyche. That paranoia is made even more pronounced in WWE by the lack of competition in pro wrestling. With no union, no pension plan, no collective bargaining agreement, and only TNA as a reasonable alternative, wrestlers in WWE have to be constantly worried about whether they'll still have a job at the next TV taping. Or, whether their push will be reduced and the $15,000 PPV payoff they were depending on for one year of college tuition for their child will still be there.

At the same time I've been covering pro wrestling, I've also being working at a real estate law firm. On a daily basis, I deal with paranoid co-workers. In Texas, the law favors the employer, which creates a situation where an employee can be fired without an explanation at any given time. I've talked to employees on a lunch break who gave 15 years of service, then watched Human Resources clean out cubicles a few hours later.

Without a so-called "WCW fat check" to fall back on, wrestlers I've talked to are constantly putting off dealing with injuries, worried about their push, and trying to read signs from management about whether they're in or out of

favor. "If I'm not working, I'm not eating," one wrestler after another with a career full of injuries has, in so many words, told me.

It's extreme for a wrestler to say he'll be dirt poor and eating a half-eaten donut from the garbage can, a la George Castanza on "Seinfeld," if he misses three months of work to heal injuries. After all, there are things called banks, investments, and stocks to set aside money for a rainy day. However, that's the psyche. No work equals no food. No one sits down with wrestlers and goes over 401–k plans, Roth IRAs, or investing in drip funds to build up investments over a period of time. One of the few who has figured it out is The Undertaker, who has made money investing in real estate in Colorado.

This relates back to Chris Benoit, as paranoia was probably setting in with his move to ECW. He'd been hearing the whispers for months about him not being a money draw and being at the end of his career. He could sense that his colleagues believed his usefulness was limited to training/carrying wrestlers to good matches, but not being able to carry a card in the main event. Was moving to ECW a demotion? I would have considered it an opportunity to be in meaningful, featured main event TV matches again and a chance to give back to the wrestling business— the very wrestling business that defined Benoit and inspired him to get out of bed in the morning—but, again, the wrestler psyche is very sensitive.

You also have to consider that if Benoit was going to be used in the role of "player/coach," as some former wrestlers have suggested on TV, that would have required more time on the road working house shows. That's less time spent with his wife and son, tending to the special needs Daniel may (or may not) have required. The storm brewing was obvious, with a conflict over dates, but not wanting to say "no" for fear of possibly losing a job, even if there was zero chance he could lose work. There was no indication his job would have been in jeopardy had he turned down more dates, but, to a wrestler, there is no insurance that tomorrow will bring work. Never underestimate that factor in the Chris Benoit story.

### MEDIA COVERAGE

The most frustrating thing aspect of covering the story of Eddie Guerrero's death in late 2005 was the mainstream reaction. The constant sentiment from the mainstream media was, "Why should we care? Wrestling is scripted, anyways!" There was almost a feeling amongst media members and non–wrestling fans that if wrestlers want to put themselves through a brutal schedule, pump themselves up with steroids, and allow Vince McMahon to exploit them for his profits, then no one should cry when another wrestler dies. It was as if the media wanted to ignore the issues or make it a non–story by saying wrestlers bring death upon themselves, and usually speed up their deaths through their own deadly concoction of drugs, bumps, and excessive partying.

The difference with the Chris Benoit story is that an innocent seven–year–old boy and the wife

of a wrestler are dead. Suddenly, wrestlers aren't just bringing death upon themselves, but they're killing others. Had this just been another case of a pro wrestler dying in his hotel room when his heart stopped before his "natural time," the story wouldn't have received nearly the level of coverage. There would have been the usual lip service to the list of deaths, but no real change advocated.

Suddenly, when "innocent bystanders" are dead along with the wrestler, people pay attention. Despite 20 years of unnatural wrestler deaths, and considerable evidence that the list of wrestler deaths have been inspired, sped along, or caused by the wrestling business, the media seemingly had no idea what the issue was. This past week, we saw a continued focus on the hot topic of steroids, as if that's the only problem in wrestling. "Steroids" is shrouded in mystery because you can't exactly inject a test patient with steroids to study the long–term effects because of the ethical considerations, so the media likes to focus on steroids because it's very difficult to dispute the elementary conclusion that, "You, steroids, you bad."

Meredith Vieira's interview with Vince McMahon gave me hope of some change in mainstream coverage, but then there are the sensationalistic Bill O'Reilly types who want to yell and scream, without making any progress on fixing an issue or even intelligently discussing it.

This coming week is huge and will be significant in the history of the wrestling business. Will the media grow tired of the story and turn it into a two–week sensational story without revisiting the issues or continuing to push for government regulation? Or, will it be back to business—WWE's best–case scenario? Or, will there be enough new evidence and topics to discuss that will give the media another chance to get some answers, possibly push USA Network and The CW to evaluate their contributions to wrestler deaths by airing WWE on their TV networks, and result in more than just lip service?

I'm optimistic change will eventually come, maybe not on this story, but maybe the next story. The problem is that, while the next wrestler death is inevitable, we shouldn't have to keep waiting and waiting for more wrestler deaths to finally see changes. How many wrestler death columns have to be written before anything changes?

### WHAT MATTERS IN WRESTLING

We focus so much on workrate, star ratings, angles, storylines, run–ins, bad booking, etc., but to the other 90 percent of the wrestling audience—e.g. the kids who drag their curious parents to a house show on a Saturday night—that stuff doesn't matter. There was plenty of strange booking at the Vengeance PPV on Sunday night, June 24, but the fans in the arena will come back next time WWE is in town for one specific reason. John Cena sent them home happy. They weren't thinking about the horrible tag match involving Snuka and the Greasers. They were thinking about Cena sending them

home happy.

WWE has abused that "we put smiles on people's faces" during this attempt to cope with media backlash against the product, especially when Vince McMahon used that on the "Today" show with Meredith Vieira to avoid giving straight answers on wrestler deaths, but that's the reality of WWE's business to 90 percent of the audience. We usually don't have a smile on our faces following a poorly–booked PPV, but if the audience felt they got their money's worth, they'll keep coming back. If the TV was exciting enough for five or ten minutes, we'll focus on the other crappy hour and a half, but 90 percent of fans will keep coming back in hopes of getting that Monday, Tuesday, or Friday night excitement they crave after a stressful day at work or school.

Will a crappy PPV match kill WWE's business for years to come? No. As many promoters have told me over the past two years, we should enjoy pro wrestling for what it is: entertainment that appeals to the masses as a form of escape that, if executed properly, is beautiful theater. Analyzing when the theater becomes C–level acting and trash content gives us something to talk about. Does it mean WWE's business will drop when there's a bad PPV? Yes, if they put together a series of poor PPVs, or if their TV becomes utterly boring or lacks entertainment value.

My frustration has become that the wrestling media focuses so much on micro–managing wrestling; that a throwaway mid–card match on Smackdown can somehow determine the fate of WWE. I've fallen into that trap as well; distracted by the small things when the larger picture should be our chief concern. This is why I struggle to glorify a match like Shelton Benjamin & Charlie Haas vs. the Hardys in a ladder match from the One Night Stand PPV in June. It was great theater, but the damage done to all four men was obvious. It also reinforced a destructive concept that wrestlers become more popular with fans, their colleagues, and management by taking dangerous bumps, which result in long–term body damage.

The Monday Night Wars took the theater as far as it could, and fans have a difficult time accepting anything less than stunt–bump theatrics in the post–War era. Put a tape of Ric Flair vs. Ricky Steamboat from 1989 on Raw and watch the ratings drop. Unfortunately, mainstream fans aren't interested in competitive, classic pro wrestling. They grew up in the Wars, and they cannot accept the pre–War style of wrestling. They accept John Cena as the second–coming of the mega–cartoon character main eventer, Hulk Hogan, while looking at the athletic prowess of the X Division/Cruiserweight–style as lower card action that is a niche, not a calling card.

### ADVOCACY FOR CHANGE

Change has to be realized in two forms. The first form is involving a secondary body to govern pro wrestling, not just using an independent drug testing company for WWE's flawed Wellness Policy. On principle, I'm usually not in favor of more government regulation in any industry, but when you look at the irresponsible behavior from the power brokers in the pro wrestling business, there is no choice but more involvement from athletic commissions and state regulators when WWE runs events.

Unfortunately, there is also a long history of athletic commission officials being oblivious to the problems right beneath their noses. This era of change needs to be more hands–on, with more accountability from promoters and commissions. Whether state or federal regulation is necessary is debatable. But, the wrestling business's prolonged abuse of self–regulation can no longer be ignored.

The second necessary change is re–writing the prototype of the characters in pro wrestling's theater. We know big, hulking wrestlers, such as Batista are over. There's 25 years of WWE reinforcing that image of what a pro wrestler is supposed to look like. In the midst of the steroid trial of 1994, when wrestlers suddenly shrunk, the company's business was in jeopardy, so they went to cartoon gimmicks. The hulking superstars that fans were accustomed to seeing were suddenly caricatures of their former cartoon selves.

I believe WWE's business will take a hit if they reduce pushes for hulking men and look to more athletic wrestlers for main events. After all, they would be fighting against 25 years of their own marketing. Fans come to see a larger–than–life show, and WWE would have to reverse their marketing to tell fans that even though the wrestlers are smaller, fans are still getting an exciting show with more athleticism, more colorful personalities, and more exciting in–ring action that doesn't require damaging stunt bumps.

Just like reversing the trends of no off–season, no government regulation, no post–wrestling pensions, no third–party oversight, and the wrestling party lifestyle, changing the look of the product sounds like an impossible task. It's impossible if there are no changes to the foundation. Simple band–aids won't cut it. Adding a second cruiserweight match instead of a gimmick tag match to a PPV won't make a lick of difference.

Overhauling the business is necessary, but a near–impossible task if the mainstream media only shows a little interest, but no long–term involvement in covering pro wrestling's ins and outs. If I've learned anything these past two years, it's that a number of different factors have led us to the state of pro wrestling. Fans have been told what they want to see, and they eat it up. Wrestlers are paranoid about losing work, possibly having no job skills for a real–world job, and can't fathom life without the wrestling business, which means they continue to take a beating from the wrestling business without speaking up. The mainstream media looks at wrestling as a sideshow that is too difficult to understand, thus too complicated to make suggestions for change.

When more wrestlers die, when more wrestlers suffer debilitating injuries for putting their bodies through too tough of a workload, when we continue to micromanage the wrestling business instead of seeking reasonable changes to the product that could save lives down the road, and when we continue to complain about workrate instead of wrestlers taking unnecessary

> *As much as WWE wants the wrestling world to return to business–as–usual, we simply cannot. Not after the Chris Benoit story. Not after realizing that a wife and a son are dead. We need to take a hard look at the wrestling business, not just this week, not just next week, but every week until change is made.*

risks, we do the wrestling business a disservice.

I hope I never return to "business as usual" coverage of pro wrestling, as I currently don't care about workrate or crappy booking. Part of it is an emotional response to yet another death, but we cannot fall into the trap of back–to–work coverage. Wrestlers continue to walk to the edge of the cliff with their lifestyle, knowing what the results are, while we show interest for a few weeks, only to turn our backs. And then we wonder why some think irrationally or simply choose to jump off the cliff.

I care about the people behind the characters we see on TV. If wrestler's paranoia can be eased, if that the helpless feeling of there being no light at the end of the tunnel can be relieved, and if that belief from wrestlers that they need another shot of steroids or another pill can be addressed, we might see a reduction in the number of "wrestler death columns" that are inevitably written. Until then, another business–as–usual approach to wrestling will only mean more of the same.

As much as WWE wants the wrestling world to return to business–as–usual, we simply cannot. Not after the Chris Benoit story. Not after realizing that a wife and a son are dead, directly related to the effects of the wrestling business on Chris Benoit. We need to take a hard look at the wrestling business, not just this week, not just next week, but every week until change is made.

The 90 percent of the wrestling audience that only seeks its entertainment value from the business won't make change happen. Instead of turning our backs to the cliff to complain about booking, we need to be taking a close look at WWE's Wellness Policy. Instead of grasping for complaints about John Cena in another PPV main event, we need to contact government agencies to investigate the wrestling business.

You might say that if the cover is blown off the wrestling business, there will be no more wrestling business on a grand scale. And yet, that exact sentiment has brought us to this point of constantly writing the wrestler–death columns. We fear change because deep down inside, we



## MITCHELL'S MEMO

**By Bruce Mitchell,**
**columnist**

Over the years, WWE and Vince McMahon have been a retained lawyer's dream. Just by nature of being the world's largest wrestling company, WWE attracts litigation. No matter how big the company gets, no matter how many countries it expands into or billions of dollars it generates, bad craziness follows television stars, and it particularly follows the people in professional wrestling.

What Chris Benoit did, of course, was the worst craziness of all.

Some lawyer has to deal with this. Some lawyer has to be ready to answer the phone, ready for anything. Some lawyer has to know everything about what Vince McMahon and WWE is about so that he can be ready to defend against anything—innocent, guilty, or in–between.

That lawyer, for almost two decades, has been Jerry McDevitt, a partner in the Pittsburgh firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP.

The biography on the firm website (with my notes in parenthesis) highlights just some of lucrative work the WWWE has sent McDevitt's way:

In 1987, (McDevitt) obtained an acquittal by jury trial of a professional wrestler charged with the federal felony of interference with a flight crew. In 1991, on behalf of professional wrestler Hulk Hogan, he obtained an unprecedented ruling establishing that prospective witnesses at criminal trials could resist government attempts to compel testimony on federal privacy grounds. (Hogan was excused from testifying as to why he consulted with Dr. George Zahorian, who was convicted for prescribing and dispensing steroids and other drugs out of the WWF locker room before TV tapings, sparing Hogan serious bad publicity and career damage at the time.)

In 1994, he obtained an acquittal by jury trial of World Wrestling Entertainment against various criminal charges in the Eastern District of New York, including an attempt to cause the forfeiture of the corporate headquarters (the famous Long Island Steroid Distribution of Vince McMahon). In June 2000, he successfully represented WWE in the Delaware Chancery Court in an action brought by USA Network seeking to enjoin his client from accepting an offer for their programming from another network and obtained an affirmance before the Delaware Supreme Court of the trial court's decision permitting WWE to accept the competing offer.

In September 2002, he obtained a defense verdict from a jury on behalf of WWE against a charge of sexual harassment brought by a former female performer (Nicole Bass) in the Eastern District of New York.

In July 2003, he obtained a defense verdict in proceedings before the American Arbitration Association on behalf of WWE in a case involving claims by an ex–performer that he was totally disabled as a result of post–concussion syndrome. (Chris Nowinski). He also obtained a multimillion–dollar settlement on behalf of a public figure plaintiff in a defamation case. (Vince McMahon vs. L. Brent Bozell III, head of the Parents Television Council).

Those are just some of the high–profile cases McDevitt has handled over the years for WWE and its head Vince McMahon. There's no telling how many other cases a high–profile, volatile company like WWE has attracted over the years that McDevitt and his staff have handled quietly.

This isn't a piece bashing McDevitt and defense attorneys. Good defense attorneys serve an important purpose whether their clients are innocent or guilty of the charges brought against them. They insure that the justice system has been tested to its limit before it takes the serious step of declaring guilt and punishing the defendant.

Watching McDevitt, as part of lead attorney Laura Brevetti's defense team, painstakingly take prosecution and defense witnesses through the minutiae of the charges against Vince McMahon 13 years ago in Long Island, I thought not only was he the most prepared attorney I had seen in court in my limited experience, he may have been the most prepared person for any endeavor I have ever seen.

McDevitt isn't a pit bull; he wasn't histrionic at all. He just bored in on his witnesses, asking and seemingly re–asking the same questions, parsing and re–parsing his point until he had what he wanted, if the judge hadn't fallen asleep (no kidding).

McDevitt was like that. He once deposed WCW Hotline personality Mark Madden for eight hours about worked comments Madden made on the hotline after The Outsiders came to WCW and the WWF forcefully denied it was part of some inter–promotional undercover invasion angle. Madden said something like, "Well, if it was undercover, what would you expect them to say?" Of such are million dollar lawsuits made.

Madden didn't enjoy the experience.

The Jerry McDevitt I've seen and read after the Benoit murder/suicide, though, doesn't seem like the same lawyer. If he vetted the combative "steroid" press release for WWWE—or worse, wrote it—it was a miscalculation of what was very likely to come out about Chris Benoit and the murders. At the very least, as his counsel, he should have talked McMahon out of releasing it.

McDevitt's own statements to the press about Daniel Benoit's alleged Fragile X symptoms and the contention Daniel's care allegedly caused among the Benoits were sloppy and cost WWE credibility when doubt grew throughout the media that Daniel had the condition. It looked as if McDevitt had made his own rush to judgment, which wasn't characteristic of a lawyer known for his ability to deeply research any subject. It cost WWE credibility at a time in which they had a small supply. McDevitt's comments looked suspicious to everyone who suspected that WWE wanted something, anything, they could hang a motive on that didn't involve the WWE wrestler lifestyle.

McDevitt was then sent out to make the cable TV rounds, but by this point no one was much willing to listen to a WWE lawyer splitting hairs about toxicology reports or vague claims about WWE's Wellness Policy.

He wasn't sharp. McDevitt is in his early–60s now. Maybe after close to 20 years of dealing with WWE messes, of knowing much of the truth about what WWE is, of being a phone call away from the volatile Vince McMahon, McDevitt is tired of the blood circus.

Or maybe it was simpler than that. Maybe McDevitt is still the good lawyer and ace researcher he always was. Maybe he's been pressured to act before he was ready.

Or maybe lawyers have to take their cases as they are, and like a good poker player, McDevitt knows what it means when you just don't have the cards.

**CALDWELL continued from pg. 17**

want wrestling. We want wrestling on TV because we enjoy whatever form of pro wrestling is available to us, even if it's WWE's version.

To me, I value life over the wrestling business. If the cover is blown off the top of the wrestling business and lives are saved, then we've done our job. Pro wrestling can still survive with some form of government oversight. Sure, we don't know if smaller–bodied X Division wrestlers could carry the wrestling business, but even they are at risk because of the high–flying bumps they take on a weekly basis. If wrestlers—big, small, short, tall, athletic, slow—had more job security and less opportunity for paranoia that drives the destructive wrestler lifestyle, you'd see a healthier business.

Would it mean a significant hit in ratings, PPV buys, and overall interest in the product? Certainly, at first. But, just like overhauling the business will take a long time, so will re–educating wrestling fans on what a wrestler and wrestling product can look like. Don't let this opportunity to advocate change pass by for fear of no Raw on Monday nights. After all, if we get more tragedies, there could be a time when USA Network and The CW buckle to watchdog pressure and pull WWE from TV. Would you rather do nothing and let another wrestler die, or possibly save lives, even if that means WWE loses a TV deal when wrestling fans flee from the product because it no longer resembles the bodybuilder spectacle show?

This is no time for business as usual. The last two years, I've seen too much back–to–normal, especially after Eddie Guerrero's death. WWE instituted a Wellness Policy after Eddie. That was only Step 1. Two years from now, I hope we can discuss significant progress in overhauling the wrestling business. I hope we won't have to look down below the cliff and have yet another wrestling death to write about.



## MCNEILL FACTOR



**By Pat McNeill, columnist**

It was only a matter of time before one of the fans on our PWTorch VIP online message board asked when we were going to start covering professional wrestling again. Sure, it sounds callous when you first hear comments like that, but the sentiment is understandable.

Pro wrestling is supposed to be entertainment. Following this business is supposed to fun. Right now, nobody who reports on professional wrestling is having fun. There is, to paraphrase Vince McMahon, a black cloud hanging over professional wrestling in general and World Wrestling Entertainment in particular. Nobody signed on for a murder–murder–suicide, especially not one involving the unfathomable death of a seven year old child.

But let's not kid ourselves. In the week since the bodies of the three Benoits were found, it is obvious that this is more than a random killing, an act of God, or an unfathomable tragedy. The Benoit story contains elements of everything that wrestling journalists cover on a weekly basis.

It is the story of Eddie Guerrero. Guerrero, to hear his own story, died three times before his eventual death, once from a horrific 130 mile per hour car wreck and twice more from drug overdoses. Somehow, Eddie survived, battled his addictions to drugs, painkillers, and alcohol, and worked his way back up the ladder until he became WWE Champion. Less than twenty–four hours before Eddie was scheduled to win the World Heavyweight Title, his heart gave out on him into a hotel bathroom in Minneapolis. The body that survived so much couldn't survive an enlarged heart that bore the weight of years of drug abuse and steroid use. Eddie Guerrero, before he died, was Chris Benoit's best friend in the wrestling business.

It is also the story of Vince McMahon, the most successful wrestling promoter of this generation, united all of the full–time wrestling promotions in North America under one banner six years ago. McMahon, like many successful businessmen, wants to have his cake and eat it too. He wants to be treated like an entrepreneurial pioneer in the world of show business while running his company in the manner of carny wrestling promoters like his father and grandfather did. He has pushed all sorts of wrestlers, but is most enamored by the musclemen with freakish bodybuilder physiques. He, by his own admission, used steroid for an extended period of time and shared those steroids with friends like Hulk Hogan. Vince McMahon was Chris Benoit's employer.

It is the story of the WWE Wellness Policy. WWE started conducting legitimate drug and steroid tests after the initial steroid scandals of 1992. They eventually dropped the program in the mid-1990s, after rival World Championship Wrestling started hiring and using the wrestlers WWE let go for not passing their tests. At the start of 2006, WWE revived these tests as part of its new Wellness Policy. While this policy was far from perfect, it did help some wrestlers who were having trouble with substance abuse issues, and may, in hindsight, have saved one prominent wrestler's life.

In the summer of 2006, the Wellness Policy landed the wrong wrestlers in trouble at inconvenient times. WWE executed the Wellness Policy so that the medical needs of its performers would not interfere with the serious business of selling wrestling pay–per–views. Some wrestlers see the revived Wellness Policy as a joke. This was the policy Chris Benoit was subject to when he was receiving twelve to fifteen times the normal supply of anabolic steroids every month.

It is the story of Phillippe Astin III, a doctor from Carrollton, Ga. who is now at the center of a media storm. Astin, already the subject of disciplinary action from the State of Georgia, is being charged by the DEA with abusing his ability to prescribe controlled substances to his patients. Specifically, Astin gave his patients undated prescriptions, which is highly illegal. The local United States Attorney accused Astin of passing out drugs "like candy, with little regard for appropriate medical practice or the recipients' health." In that regard, Astin is not much different from Dr. George Zahorian, the former Pennsylvania State Athletic Commission doctor who sold drugs to the promotion's wrestlers a generation ago backstage at events, and was also known for using "candies" as a code word for drugs. Zahorian was found guilty of illegally prescribing steroids and painkillers, and served three years in prison. Former ECW wrestler New Jack appeared on a local Atlanta television station to tell the reporter that every full–time wrestler in the business has a doctor like Astin (or Zahorian) who he can call on for easy access to drugs and steroids. Phillippe Astin was Chris Benoit's doctor.

It is the story of wrestling's misfits, men who are part of a rare breed of well–known performers. The misfits used to be famous. Now, they're unemployable. New Jack talked about the prevalence of steroids and drugs in this business. Lex Luger's life was shattered after the end of World Championship Wrestling and the overdose death of girlfriend Elizabeth Hulette. Now the former Total Package is the new Living Miracle of professional wrestling, holding forth on the realities of steroid and painkiller addiction from the spare bedroom of the home of his former prison chaplain.

Charles "Konnan" Ashenoff is about to undergo a risky kidney transplant in Mexico. Konnan has always been outspoken about professional wrestling and how it can be improved. Now he's on the outs with the two nationally televised promotions in this country and he has an audience of reporters who want to know more. K–Dog was blunt, articulate, and forthright during his Monday night appearance on CNN Headline News, and could be someone who leads the charge to repair the problems with professional wrestling in the country.

It is also the story of wrestling fans. As a group, PWTorch readers and others like them have been maligned for enjoying a form of entertainment many other people don't understand. Alternately, the newsletter subscribers face the charge of taking wrestling too seriously, of not being able to relax and enjoy the ride like their less–informed brethren. The people who see professional wrestling as people, not action figures or cartoon characters, are coming to terms (again) with what it means to be a professional wrestling fan.

In the 4th century, the artists in Roman Catholic basilicas took fine bits of crushed colored glass and fit them together to form large mosaics that would cover the walls and ceilings. Up close, you could see the individual bits of crushed glass, but as you pulled back, you would see the larger picture emerge in all its impressive glory. Right now, the people who have taken the step back from the minutia of the sensational Benoit murder story are the ones who can see the big picture. And the picture grows larger still.

**LETTERS continued from pg. 23**

and he contributed a lot to the sport. I don't think his entire life should be thrown aside and trashed based on his last actions in life.

No one except Chris Benoit knows what he was thinking at the end of his life, no one knows how he may have suffered through his actions. It is a horrific crime, I am not discounting that at all. No one will ever know what happened. He was only a human being with a tough ,painful job, which he loved doing; that was obvious in the heart and soul that he put into his matches.

Those of us who have been wrestling fans for many years have seen the reports of the deaths, the spousal abuse, and the drug problems prevalent in *all* professional sports. Maybe we need to look at what we expect of our "sports heroes" before we point fingers at any one industry. The problem is not just one sport; it is wider than that and bigger in scope. I am choosing to remember Chris for who he was and the enjoyment I received from watching him wrestle for his entire career.

Laura H.

**PRESSURE SPONSORS FOR CHANGE**

Chris Benoit obviously had many problems to do what he did, and drugs no doubt were one of them. My suspicion is that the WWE has no intention of ever seriously addressing wrestling's drug problems.

This week I am going to write down the name of every company that has bought advertising on Raw, Smackdown and ECW and then write them a letter asking them to pressure the WWE to seriously address the drug problems in the company.

Chris Cooper

*WK: Thanks to everyone for your heartfelt letters. As space permits, we will publish more of your letters in the next few weeks.*

## ANOTHER VOICE

**Guest Editorialist: Anonymous**



*Note: The following Guest Editorial was submitted to Pro Wrestling Torch by a working mainstream journalist for a major news entity who has immersed himself in coverage of the Benoit Family Tragedy the past two weeks. He wanted a forum to express himself beyond the scope of what his media job allotted. He asked that his name not be included (although I know who he is) as not to have his future direct WWE media access be hindered or violate any exclusivity with his current company. —W.K.*

The problem with WWE's Wellness Policy is not that it doesn't work. On the contrary, WWE's Wellness Policy is working exactly as it was designed. And that's the real problem.

Because it was implemented in early 2006, following the highly-publicized death of Eddie Guerrero, reasonable observers may have concluded that WWE's intention was to "clean up" pro wrestling. It's a logical conclusion. Over the last ten years, 27 performers who had once worked for WWE have died under the age of 50, many from health problems linked to years of steroid use. Obviously, with its creation of a Wellness Policy, WWE had finally decided to draw the line and do away with all drugs in the company, right? Wrong.

Just look at the statements WWE has put out to the media in the wake of the biggest story ever to rock the wrestling industry, the double-murder suicide of Chris Benoit and his family.

In a statement to *Newsday* last week, WWE officials stood by their drug testing policy, which they said "was designed to send a very clear message that WWE finds the abuse of drugs and steroids to be unacceptable."

Notice the wording. The statement doesn't say that the "use" of drugs and steroids is unacceptable, but rather, "the abuse" of them is. That's not a matter semantics. It's been WWE's line since they enacted the policy.

And that's the problem. WWE's intent has never been to stop drug use altogether in the company. That's why the policy, which WWE touts as "one of the most aggressive" in all of sports and entertainment, leaves plenty of room for performers to do just about any drug they want and still test negative.

A lot has been made of the WWE Wellness Policy's allowable level of testosterone in a person's system before it is considered a "positive" test result. On the first test, it is significantly higher than allowed in many pro sports and in the Olympics.

Another problem pointed out by critics is that the policy gives wrestlers' enough notice before the test to find a way to beat it. In most cases it gives them as much as an hour, "unless a different time is designated based on the circumstances"—whatever that means.

But all of those apparent problems in the

policy are almost irrelevant. A single phrase that comes up a lot in the text of the Wellness Policy is arguably more significant than anything else. That is: "non-medical use." The policy goes through the trouble of listing more than 40 individual drugs, including 35 different kinds of steroids, that are on their prohibited list. It then relegates that entire list pointless with a provision that only the "non-medical use" of those substances is prohibited.

The policy defines "non-medical use" as the "use of a drug by a WWE Talent for other than a legitimate purpose pursuant to a valid prescription from a licensed and treating physician."

In other words, "Anything goes; just make sure you get a doctor's note." The policy even allows a wrestler to get said "doctor's note" after testing positive.

The problem is, as several doctors familiar with steroids will tell you, for the most part there is no legitimate "non-medical use" of many of the drugs on WWE's list. To be used for legitimate medical purposes, a patient would have to be suffering from a very few, unique medical disorders for which those drugs are the answers. And in most cases, there are other drugs that will do the same job and aren't controlled substances. Are we supposed to believe that an entire population of men, whose careers would benefit by the cosmetic advantages of anabolic steroids, coincidentally also have legitimate reasons to use the drugs to address some sort of medical disorder?

But, of course, it's not steroid use that we should worry about, but steroid "abuse." That, of course, begs the question: What constitutes steroid abuse, and who is making that judgment? Ultimately, that would be Vince McMahon—You know, the guy who appeared on the cover of *Muscle and Fitness* magazine at 60 years old; the guy who has embraced bodybuilding fanboy Triple H as the son he never had and built a company around him; the guy who, even after the Benoit tragedy, continues to push as his three top acts John Cena, Batista, and Bobby Lashley.

But, again, none of this is to say WWE's Wellness Policy isn't working. In fact, it's working just fine. To criticize the drug testing policy as being broken because wrestlers are still doing drugs would be like criticizing a meat slicer for not washing your windows. That's not what it was intended to do.

Talk to even the most honest of pro wrestlers, and they distinguish the drug problem in pro wrestling from the steroid problem in pro wrestling—the latter of which many don't believe exists. It true that the majority of them suffered as they saw many of their friends and colleagues become addicted to pain killers and recreational drugs. But they say steroids is a different story. Some say the health risks are unproven, or minimal at worst. Others acknowledge the risks, but say they are willing to take them in order to make the most money they can during their peak earning years. All the rationalizations serve to blur the line between use and abuse.

In my line of work, I am in the position of being able to speak with several people in the wrestling industry, both past and present. And

> *The policy, which WWE touts as "one of the most aggressive" in all of sports and entertainment, leaves plenty of room for performers to do just about any drug they want and still test negative.*

many of them say, with complete honesty and conviction, that the Wellness Policy is on the up and up. They say that it's working great, and that they have seen real results. And I believe them.

That's because they have a completely different definition of "working" than most reasonable observers of the wrestling industry would have. By "working," they mean that, for the most part, WWE has done away with the extreme, "death-watch"-level cases; the Eddie Guerreros, the Kurt Angles and the Joey Mercuries who, even by WWE's twisted standards, had crossed the line from use to abuse. They didn't successfully rehabilitate those guys, but that's not the point. They're no longer in WWE. And so if Angle or Mercury drop dead tomorrow, McMahon can continue to boast that only five contracted WWE superstars ever died on his watch.

WWE's Wellness Policy does not need to be fixed, it needs to be completely scrapped. In its place, WWE should adopt the World Anti-Doping Agency's comprehensive testing policy, which takes several pages to outline provisions that WWE addresses in a single line of text. The W.A.D.A. policy would make WWE nearly beyond reproach and give them plenty of shelter from scrutiny when the next wrestling death comes along. Of course, it will never happen. Instead, as WWE officials said in their statement, they intend to "make any improvements" necessary to their Wellness Policy. What they consider necessary, and what most reasonable people would, are likely two very different things.

Imagine if after a spate of drug-related deaths in Major League Baseball, or the NFL, or the Olympics, the respective commissioners' came up with the solution of implementing a drug testing policy that targeted only the worst of the abusers, but still allowed for significant drug use by the rest of the players. It wouldn't take long before the federal government intervened.

The phrase "non-medical use" makes all the difference in the world, and renders everything else in WWE's seven-page Wellness Policy relatively moot. The provision allows WWE to legitimately claim a wrestler tested negative for drugs, even as that wrestler used anabolic steroids that he regularly received by the box loads, just as long as they come with a "valid prescription from a licensed and treating physician."

Sound familiar?

# LETTERS TO EDITOR

# Reader Thoughts on Benoit Family Tragedy

*Note: We've received more letters on the subject of the Benoit Family Tragedy than any other subject in our history. I have selected just a handful of letters that reflect the variety of perspectives we've received. Thanks to everyone who has written and helped me form my opinions by offering so many points of view and expressions of emotions ranging from sadness to anger to frustration.*

## PRO-MANDATORY TIME OFF

Wade, your coverage on PWTorch.com has been great. We can only hope that this tragedy leads to the changes you've been discussing for years. I could write pages about all that's happened and what has been raised in the past days, but I'll just make one quick point regarding mandatory time off for wrestlers.

I believe this is an excellent idea and would present the WWE with new possibilities, help develop new stars, and be an asset to the long term viability of the company and its workers. Something I believe would work well in this instance, in the absence of the WWE Champion for example, is use the idea of having an Interim WWE Champion. This would enable the WWE to still showcase a major feud and then offer the chance of a big match up upon the return of the WWE Champion in a match to be crowned the Undisputed WWE Champion.

The Interim Champion would essentially be your number one contender. However, if built correctly by the announce team, it can come across as meaning a whole lot more to the viewer. It could be built, as you've suggested, with interviews with the champ building the match up in a similar way that the UFC would, with the WWE being able to place both wrestlers into a more classic style of a wrestling feud afterwards, if they so wish.

That's just a quick thought. I think it's just one example of the amazing array of possibilities available to the WWE to once again revolutionize the wrestling business, with instead of the bottom line being strictly dollars and market domination, also including the well being and future of the performers making it all possible.

Peter Steele

## ANTI-MANDATORY TIME OFF

The first thing I want to do is commend you, James Caldwell, and the rest of the Torch staff for your tremendous coverage of the unthinkable Benoit tragedy. As much as I wish that all of this had never happened, the quality of your reporting since has served to remind me why I signed up for PWTorch in the first place.

I was particularly impressed with your spotlight article "Benoit Family Murder—What the five main talking points should be." It is high time that the issues of steroids and concussions be addressed by the wrestling business. Having followed the story closely, I personally do not believe that steroids were a major cause of Chris Benoit's actions. However, it says a lot that when the mainstream media initially covers a tragic event such as this, they immediately think of steroids. The very fact that the first thing people think of when they hear about pro wrestling is steroids is the blackest of black marks on the business that so

many of us love. WWE (and TNA, ROH and every other wrestling company for that matter) really needs to come to grips with this issue once and for all and aggressively root out steroid use. It is destructive to the wrestlers and, whether Vince McMahon realizes it or not, it is destructive for the wrestling business as a whole.

With regard to the concussion issue, time will tell whether or not brain damage as a result of numerous untreated concussions was a contributing factor that led a man who seems to have been a genuinely decent human being for most of his life to snap and commit the most heinous act imaginable.

What is particularly frustrating about this issue is that even as Chris Nowinski, a WWE alum, has done such a great job of raising the public profile of the concussion issue with regard to the NFL, this extremely important issue has apparently been ignored in the very company where he sustained the brutal concussion that ended his career and changed his whole life. In fact, the company seems to have trivialized the issue in recent weeks with the Randy Orton "concussion giver" story, in which wrestlers suffer storyline concussions and are then lauded for their toughness because they defy doctor's orders by participating in matches shortly thereafter. Much like the steroid issue, there is absolutely no downside to improving the way that concussions are dealt with in the wrestling business and this is something that the WWE must pick up on.

All of that being said, there is one issue which you raised in your article which I strongly disagree with: In principle, the system of mandatory time off which you have advocated over the years and have now raised again would be a wonderful thing for everyone involved. However, the massive practical difficulties of giving everyone on the roster six weeks off twice a year on a rotating basis make it something that simply will not happen. Just off the top of my head, the following basic problems would have to be addressed:

• How do you handle championships? You suggest that you simply tell fans that the champion is about to take time off and business won't be affected; that is simply ridiculous. Champions taking that much time off every few months would wreak havoc for the WWE. It would cause confusion for the fans and reduce interest in the business. I know the argument that other sports and even TV shows have off-seasons, but in this respect wrestling is a prisoner of its own history. It has always been a year-round business and fans now consider it a given that all of their favorite performers will appear on TV every week and on pay-per-view every month. Changing this perception would be a massive, long-term endeavor.

• A lot of the wrestlers would be very upset. Can you imagine coming up to the Undertaker or Shawn Michaels or John Cena and telling them that they are going to miss a six or seven figure payoff at WrestleMania or Summerslam because it is their turn to take time off? There is no doubt that all kinds of cronyism and politics would immediately develop as wrestlers lobby to take time off at convenient times or to be exempt from the system altogether.

• The creative headaches would be incredible. You write in your article that "WWE deals with injuries (and deaths) which change plans all the

time. They know good sometimes comes from forced reshuffling. They could also learn to work around a rotation of available talent." What you are talking about is not several wrestlers going down with injury but rather having dozens of wrestlers coming and going on a weekly basis. Writing coherent storylines is hard enough for the WWE as it is; I simply can't imagine the logistical difficulties this would add to the creative team's job.

All of this is not meant to say that the wrestlers would not be better off under your plan, but rather that the implementation of it would imply a fundamental transformation of the way that the WWE does business. As such, I do not believe that this is a step the company will ever be willing to take and it is counterproductive to talk about it repeatedly instead of making more immediately practical suggestions.

Having thought about this issue a lot over the past couple of years, I have a different suggestion which I believe may be more reasonable and have equally positive benefits. The goal of the system I am suggesting would be to significantly improve the wrestlers' quality of life without fundamentally transforming the WWE's business plan.

The system I envision would work as follows. Currently, the WWE touring schedule is divided into two rosters: Raw and ECW/Smackdown. Every single month, each of these two rosters would receive a week off without any house shows between television tapings. What this means is that once a month, everyone on the Raw roster would get a week off from Monday to Monday without any wrestling. On a different week, everyone on the Smackdown/ECW rosters would get a week off from Tuesday to Tuesday. Desirably, these weeks off should be scheduled to coincide with particularly difficult periods, such as following an international tour or around major holidays. Over the course of a year, every wrestler on the roster would receive 12 full weeks off (1 week off per month over 12 months) without any impact at all on WWE storylines. They could take vacations, spend time with family or simply relax and unwind for a full week every single month. The only thing that the company would be losing would be approximately six house shows a month (three Raw and three Smackdown/ECW), a sacrifice which I believe would be well worth it to improve the quality of life of its performers to such a major extent.

Wade, I would really appreciate your opinion of this suggestion. Has anything like this been talked about in the business and if so, why has it not been implemented? Again, thanks for the great job with the site the past few days. It has been a very tough time for everyone involved with professional wrestling on any level and I can only pray that some good can come out of all this.

Boris Milman
Brooklyn, N.Y.

*WK: As for the champions dilema, I'd concede letting champions skip the mandatory time off, as long as they were forced to take time off within a few months of losing the title (allowing time for money rematches) or after holding the title one year. The forced time off could be worked into the*

*storyline of a former champ's last chance to win a title. The other option would be to have an Interim Championship as the previous letter stated, a title which would be defended during the time the champion was taking six weeks off, and whoever holds the Interim Title when the champ returns would get a title match right away; this concept could also be used if a champ gets legitimately injured during his reign. Rather than strip him of the title, have an Interm Champion (as UFC has done in the past, rather effectively). It's less than ideal, but not enough to discount a life–improving (saving?) change in how the industry operates.*

*As for top acts being upset with losing payoffs, tough. I don't hear NFL players griping about not being able to double their pay by working year-round in other leagues around the world. They know what their bodies can handle and they know when enough pay is enough pay within the context of what the human body and an elite athlete can handle.*

*As for the creative challenges, I don't see it as a big obstacle. It's an opportunity to write new, fresh faces into the mix while giving stale acts a rest. It would create an incentive for the creative team to write cresciendos into wrestlers five month stretches, knowing they'll have time off coming. There are very few wrestlers who are central figures in every show. Chris Masters, Eugene, Cryme Tyme, Cade & Murdoch, even Chris Benoit have disappeared for weeks at a time. Instead of being random, it'd be built. Nothing that a flow chart on a wall can't make clear.*

*All of that said, you're suggestion for three weeks on, one full week off is a decent option. I say decent, not great, because I really believe extended time off to really indulge their lives outside of the wrestling business is key. It's that week off, two weeks on a cruise, two weeks fixing up the house, and a week chilling out by the pool that can really regenerate and refresh unlike a week off every four. But I wouldn't criticize WWE heavily if they adopted your plan. It's still 12 weeks off a year and it's massively better than the current set–up.*

Wade, I'd like to thank you for helping me and other wrestling fans around the world try to understand the reasons behind this terrible tragedy.

Marc Moskovits
Margate, Fla.

### PERSONAL RESPONSIBILITY

In recent columns, I think you are 100 percent correct in effectively calling the WWE Wellness program a sham, and in highlighting that until WWE stops pushing guys with roided–up physics, its wrestlers will continue to feel pressure to find ways to take the stuff. WWE does need to eliminate the "but I have a prescription" waiver in their policy, and lower acceptable levels at which a wrestler can pass. They also need to start pushing guys who have less than stellar physics.

So there is much WWE needs to do.

But I do believe wrestlers themselves need to start taking more personal responsibility for their bad decisions. It is true that the wrestlers whose careers peaked in the later 1980s to mid–1990s did not accurately appreciate the lethal consequences of mixing steroids with pain killers and/or recreational drugs. However, the numerous deaths make the risks of such a "cocktail" painfully obvious now.

Thus, the current new generation of wrestlers—such as Bobby Lashley, Chris Masters, Johnny Nitro, and John Cena—have no one but themselves to blame if they suffer the same fate as the prior generation. I believe that strongly, and would like to see you write about it. I think it is important for them to hear it from people like you.

One has to be an idiot in this day and age not to know *all* of the risks associated with the wrestling lifestyle. Thus, if one decides to enter (or stay in) the business, they should know what they are getting into, and, in fact, they do know. The problem is, they will probably repeat the same mistakes as the prior generation. Why?

Because wrestlers, generally, are irresponsible people. Not bad people, but irresponsible. It is the nature of the performing arts, generally. Professions such as wrestling (and playing in a rock band, and trying to be an actor full time) attract people who live life on the edge.

If the wrestling media constantly puts all the blame on WWE and Vince McMahon, wrestlers themselves will not be as motivated to start making better decisions even if WWE does nothing. However, if the wrestling media did a better job of taking wrestlers to task for their horrible decisions—especially the new generation that *should* know better and still has time to save themselves—rather than providing the "WWE is the problem, not you" excuse, I think it would help inspire wrestlers to be smarter.

None of the newest generation needs to be a wrestler if the stakes placed on their health is too high. They can walk away. Some have. More probably need to.

You have power to help the wrestlers by what you write. All I suggest is that you not just write about WWE's responsibilities, but each and every wrestlers' own personal responsibility. It could help save lives.

Keith Buckley

The one thing I see missing from your articles and everyone in the wrestling community in general is accountability. No one forces Mick Foley to continue to show up three or four times a year to get his head bashed in, but there he is. How about Jimmy Snuka and Roddy Piper embarrassing themselves within the span of a week?

I have heard a lot of knocks on Brock Lesnar, and he may be a steroid freak to the core, but each time you see a death, arrest, or serious injury, you have to give the guy credit for stepping away from the paycheck and putting his physical and mental health first. The same could be said of someone like Dwayne Johnson. I do not have one once of sympathy for *any* of the wrestlers out there. There are no excuses. If you've had concussions, but can't find a way to finish a match without dropping your head on the ground from 10–12 feet, then get a normal job. I am related to a performer who had the pleasure of wrestling Bill Goldberg in an early WCW match during "the streak." He also had the pleasure of having his head nearly kicked off his shoulders and was speared out of the ring onto the floor. The result for the 20 year veteran, a fractured bone in his neck, a concussion, and broken ribs. Now he runs a transmission shop—i.e. a normal job.

If the top 25 WWE guys said we are not putting on another show without comprehensive health insurance, extended breaks, and a pension plan written in to every contract for every guy in the company, went public with it, and hired some high powered agents, the corporation would comply, but they (the performers) won't, because these egomaniacs refuse to jeopardize their fame.

Here's to the government sticking it's nose in and forcing either promoters, performers, or both into being accountable for their actions. God knows they won't do it on their own.

Jared Burdick

### KURT ANGLE EXAMPLE

I have been a Torch subscriber since 1995 and have chosen now to let my thoughts be heard. This terrible tragedy has left me thinking about the WWE Wellness Policy. Yes, it appears to be flawed; however, it is a vast improvement from when I first started watching professional wrestling as a kid.

I want to bring up the Kurt Angle situation, which led to his release mainly due to this program and in the wake of Eddie Guerrero's death. Kurt Angle was of the top hierarchy in the company and was let out of his contract because of his personal problems. Has the WWE gotten soft as the days have paassed since Eddie died, or was this really a blindside surprise? Only time will tell. I credit Vince for moving in the right direction, but we can't blame the WWE testing alone. The individual is responsible for how they run their life.

I agree with you on having time off and always have. This could lead to compelling storylines and allow other wrestlers to make a name for themselves. After all, there are three shows to fill now and the talent is out there.

I have been a wrestling fan most of my life and the Benoit tragedy will not kill the sport, much like the Barry Bonds story will not kill baseball and Lyle Alzado did not kill football. It's in Vince's hand as well as any other promoter at this point to make the proper adjustments.

Thanks for your time and keep up the great work!

Jim Taylor

### BENOIT'S LEGACY

Like everyone else, I'd like to commend Wade Keller and the entire Torch staff for their outstanding coverage of this incredibly tragic event. That being said, I'm appalled at some of the so–called "fans" who are calling Chris Benoit a "monster" and judging the man's entire life and career on the tragic events that ended three lives.

First of all, I'm not condoning what Benoit did. To say he did a bad thing would be a gross understatement. But are "bad" people the only ones who ever do bad things? Do these people really believe that Benoit spent his whole life just waiting for the day when he could kill his wife and child?

Also, it's inaccurate to say that Benoit couldn't have loved his wife and child simply because he killed them. By all accounts Chris was a very decent man who loved his family. Nobody knows what happened, but something in his brain went haywire. I won't presume to know what he was thinking, but people under pressure sometimes snap. I think it would be a fair assumption to say that this is most likely what happened.

Now, all of a sudden Chris Benoit is no longer

a legendary wrestler. Anyone who ever admired his wrestling ability is supposed to be ashamed of themselves. We shouldn't watch his matches. And heaven forbid Amazon.com sell his DVD, Hard Knocks, to people who want to remember Benoit. Sarcasm aside, are you people forgetting that Benoit took his own life as well? For all of you who are so quick to condemn Benoit as a monster, why don't you trywalking in his shoes for awhile and let's see if you can deal with the stress. Some of you might find out that you're not the Rock of Gibralter that you think you are.

David Miller
Terre Haute, Ind.

Although many facts I'm sure have still to come to light, it seems that none of us, even Chris's own friends in WWE, really knew the man, nor what he kept hidden in his mind.

Professional wrestling has always presented characters as heroes, larger than life, perfect athletes. We watch them sometimes up to 100 times a year, we spend money to do so on PPV, we read about their lives daily on the Internet and in the newsletters, read their books, buy their merchandise, and play as them in games, follow their careers, and know so much about them, all making us feel as though we may know them even slightly as a person, yet do we? I no longer believe we do.

I would like to thank Chris Benoit for 22 years of unforgettable memories. I will condemn him to the day I die for the one memory he forever left us with, a memory so terrible that it will forever be attached to his name; it will forever echo through our minds when we hear his name called by the ring announcer on our DVDs; the memory of that heinous act will forever darken what had been a golden career.

Maybe I could accept this easier if it had been somebody else, a wrestler whom we don't idolize and hold up as perfect examples of what a wrestler should be. Chris Benoit was a genius. If you consider professional wrestling an art form, then Benoit was your Van Gogh or your Mozart. He could do things in that ring that so very few ever could or ever will again. Yet behind his art, there clearly lurked an unwell man.

There can be no doubt that Chris brought great honor to himself and the sport throughout his career, so it breaks my heart to know that he has brought the biggest disgrace imaginable upon himself and the business he adored so much in death.

After so many victories in his long career, it looks like Chris lost his greatest battle of all—the one against himself. Now he begins a new fight—one for forgiveness.

Michael East
New York, N.Y.

I was shocked and saddened to hear about the tragedy involving Chris Benoit and his family, but as the facts about the case continued, sadness turned to confusion and hatred toward Chris Benoit. Not only were Benoit's actions despicable but his actions have wrongly cast a bad light on the WWE by an insatiable media that is always searching for the next big story to bombard viewers with. While it might be true that wrestling can benefit from some kind of government oversight due to the overwhelming drug use and high death rate in the industry, I hope the media is more responsible with

the so-called facts they continue to share with its viewers concerning this tragedy.

Every time somebody dies I am more shocked than the previous time. But this Benoit drama has affected me in ways I have never been affected by a wrestling death before. This was a double homicide and a suicide where Benoit allegedly killed his wife, child, and himself and I can't help but feel shame and disgust toward Benoit. I have lost all respect I ever had for the man because regardless of the circumstances I don't see why his wife and son deserved to die. How can a man who stood for hard work and integrity in his life turn out to be a complete coward after all is said and done?

I can only pray for the souls of Nancy and Daniel, but as for Benoit I can only think of a few not so nice things I would like to see happen to him in the after-life if there is such a thing. In my opinion, Benoit's accomplishments should be erased from all wrestling history and should never be mentioned again unless it's in the same light of an O.J. Simpson.

Hedda Ace
Newark, N.J.

## BRUCE MITCHELL ANALYSIS

I just wanted to send along big-time kudos on Bruce Mitchell's "Tough" column (PWTorch Newsletter #974). I've been a wrestling fan for over 30 years now and I have to say that the Benoit family tragedy hit me like nothing else that I have ever seen in the wrestling world.

I couldn't quite put my thoughts into words, which is frustrating for anyone but especially frustrating for a professional writer, and I was hoping I would find something on the subscriber portion of

your site that would fill that bill. Bruce's newsletter column did just that and I wanted to let you guys know that. Well done, Bruce!

K.C. Joyner

I am not the only individual who is having a hard time dealing with this issue of Chris Benoit and the deaths of his wife Nancy and son, Daniel.

It is sad to hear a young boy die who had so much in life ahead of him. It is sad to hear a wife die the way she did. And for Chris Benoit's life to end this way is hard to fathom. This is something that will take a long time to recover from. That is, if anyone can ever truly recover from this.

I just don't know what to think. I don't think anyone else does, either. It is a tragedy that wrestling should not be going through, yet wrestling is. I have paid attention to all the coverage of this story and I have spoken to friends about this and they do not believe this is happening, either.

I commend you and Bruce Mitchell for taking the time to discuss this issue in audio format. I thank you for your hard work so far. I just wish this was under better circumstances.

Ken Arnold

## PROBLEM BIGGER THAN WRESTLING

Due to the recent events and behavior of WWE surrounding the murder-suicide of Chris Benoit and his family, I am glad to see someone in the wrestling community trying to figure out the why of what happened in this tragic event. Chris Benoit still had 22 years in the wrestling industry

—Please see LETTERS, pg. 19

# PRO WRESTLING TORCH ORDER FORM

## Step 1: Indicate method of sending in order and payment

☐ **Email—Master Card, Visa, Pay Pal**
E-mail name, address, card# (w/exp. date) and indicate what you are ordering to: <torchsubscriptions@comcast.net> or visit www.pwtorch.com to use Pay Pal online.

☐ **Fax—Must use Visa or Master Card**
•Fax this form (or all pertinent information) to (651) 452–2316 (24 hours a day)

☐ **Traditional Mail (check, m.o., or credit)**
•Mail this form to: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121.
•Important: If your address is not on backside of this form, please include separately.
•Canada/Overseas orders must use money orders in U.S. funds or Visa or Master Card.

## Step 2: Indicate your purchase

☐ **100 issues—$175 U.S. ($200** Canada, $275 overseas)

☐ **50 issues—$97 U.S. ($108** Canada, $143 overseas)

☐ **20 issues—$41 U.S. ($45** Canada, $60 overseas)

☐ **8 issues—$18 U.S. ($20** Canada, $26 overseas)

Have a sub concern? E-mail us or call or fax 651–452–2316.

PLEASE INCLUDE YOUR E-MAIL FOR "VIP EMAIL EXPRESS" REPORTS AND RENEWAL REMINDERS:

If you could change one thing about the Torch, what would it be?

Do you visit PWTorch.com regularly? Yes No

## Step 3: Indicate means of payment

Circle one of the following:
Check—Money Order—Visa—Master Card

CREDIT CARD NUMBER          EXP. DATE

SIGNATURE (for credit card orders only)

PLEASE PRINT FIRST AND LAST NAME

HOME & WORK PHONE #s (for all orders, in-house use only)

Please rate these: 10=great!... 5=okay... 1=ugh

| Cover Story: | TV/PPV Reax: |
| Newswire: | Keller Columns: |
| Torch Talks: | McNeill Columns: |
| WWE PPV reports: | Powell Columns: |
| TNA PPV Reports: | Mitchell Columns: |
| ROH DVD Reviews: | Caldwell Columns: |
| Backtrack: | Radican Columns: |

**PWTorch Weekly #975 / 976 • P.O. BOX 211654 • ST. PAUL, MN 55121**

•**PUBLISHING INFORMATION:** Pro Wrestling Torch is published approximately 50 times per year by TDH Communications Inc. including occasional double issue weeks. It is 12 pages standard, with special 16 page bonus weeks. •**COPYRIGHT NOTICE:** All material herein is copyright TDH Communications Inc. 2007. All rights reserved. No portion of the Torch may be extensively quoted, reprinted, or broadcast in whole or in part (including on the Internet) without written permission of the publisher. •**CONTACTING THE TORCH:** Editorial and Subscription Offices: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121... 24–Hour Faxline: (651) 452–2316... Editorial Office (for news, results, or to contact Wade Keller: (651) 452–2316... Subscription Concern Phoneline: (651) 452–2316... E–Mail Sub Department: torchsubscriptions@comcast.net... E–Mail Wade Keller: wadekeller07@pwtorch.com •**RESUBSCRIBING GUIDELINE:** To assure uninterrupted service, please resubscribe at least three weeks before your final issue arrives. Once each bulk mailing takes place on Tuesday or Wednesday, no individual back issues are available. If you wait too long, you may miss an issue. •**MISSING AN ISSUE?:** If you do not receive an issue within seven days of its Tuesday or Wednesday mailing date, notify the Torch for a replacement. Please wait at least seven days, though. •**ADDRESS CHANGE?:** Send to the subscription department via fax (651) 452–2316 or e–mail (torchsubscriptions@comcast.net) or regular mail. Please DO NOT phone it in verbally. •**PWTORCH WEBSITE:** Get daily updates and commentary from the TORCH staff at www.PWTorch.com and PWTorch.com/members.

PRESORT
FIRST CLASS
U.S. POSTAGE PAID
MINNEAPOLIS, MN
PERMIT NO. 4665

EVENTS SCHEDULE
- 7/15 Victory Road PPV in Orlando, Fla.
- 7/16 Raw live in Corpus Christi, Tex.
- 7/16 TNA Impact taping in Orlando, Fla.
- 7/16 ROH in Tokyo, Japan
- 7/17 SD/ECW taping in Laredo, Tex.
- 7/17 ROH in Osaka, Japan
- 7/20 WWE in Visalia, Calif. [R]
- 7/21 WWE in Anaheim, Calif. [R]
- 7/22 Great Amer. Bash PPV in San Jose, Calif.
- 7/23 Raw live in Sacramento, Calif.
- 7/24 SD/ECW taping in Fresno, Calif.

**FIRST CLASS** (WARNING: SEAL TO BE BROKEN BY ADDRESSEE ONLY)

# COVER STORY

continued from pg 1

about whether every wrestler is going to die or be broken by the industry. This is not, and should not, be about whether every muscular wrestler takes steroids. This is not, and should not, be about Vince McMahon's actions or inaction, guilt or innocence. This is not, and should not, be a story about individual responsibility.

This is a story about how the industry can change, one way or another, so that in 10 years nobody who wrestled as few years as Marc Mero did can hold up a sheet of paper at his age with a list of 25 wrestlers whom he stepped into the ring with who are now dead.

This is a story about how the industry can change so that those who are the most motivated to "make it" but the least equipped to deal with the pressures and demands of the wrestling industry don't get chewed up and spit out by it because of so-called "individual choices" they make along the way.

This is a story about making the pro wrestling industry as great as it can be, as fun to watch as it can be, as great to participate in as it can be, as proud to be a promoter of it as it can be.

For that to happen, it's real simple. People need to stop making excuses and passing blame. Those who want change have to not vilify Vince McMahon as the sole person who can instigate meaningful change. But those who have loyalty to

McMahon have to stop making excuses for him, too. McMahon is the most powerful person in this industry. He, by definition, has the most power to make decisions via command that can change this industry for the better instantly. If WCW were number one in revenue, popularity, brand–awareness, and star power, and Eric Bischoff were running it, the onus would be primarily on him. The leader of this industry is McMahon. Along with the private jet, the vacation homes, best office at the headquarters, and the ego gratification of walking around and being treated like a god by most everyone he crosses paths with at wrestling events comes responsibility. He has not done his part.

Vince McMahon, unfortunately, has not shown the character to do what is needed. Given his track record, waiting around for him to volunteer to do what needs to be done isn't a good idea. McMahon may not recognize what needs to be done, but even if he did, he probably wouldn't be willing to change this late in his life after so many years of his way working out for him. Since his tally of "success" doesn't apparently include the piles of dead bodies left in his wake, he's unlikely to accept the risks that come with any change. His duty is to do what's best for him, his family, his stock holders, WWE fans, and the wrestlers who work for him—in that order of descending importance.

When wrestlers who work for him finally realize their place in that pecking order, then there's a chance for real change. If wrestlers sit around waiting for the mainstream media or the government to fix what's wrong, their waiting will be interrupted by more funerals for their brothers and sisters. Although Vince

McMahon is the single most powerful individual in this industry, the wrestlers collectively have more power than him. They've never realized that. The system, designed and tweaked largely by McMahon over the past two decades, is built to insure wrestlers never step up and get what they deserve out of this industry.

This edition of PWTorch Newsletter is built around the Benoit Family Tragedy—the latest on the investigation, the media coverage, what the ramifications have been so far, what they could be as we move forward, and ideas for solutions to what has led to so many. tragic ends to so many once–grand lives.

In our next issue, we will get back to a more typical format. This story, though, simply overshadows any analysis of booking decisions, match quality, or whatever else we normally cover in the week–to–week cycle of wrestling. This is the biggest story of my nearly 20 years covering pro wrestling and publishing the Torch. It is the most important time, a pivotal time, when the industry can go back to the way it was and brace for the next virtually inevitable death or make some changes—tweaks or overhauls or a mix of both—that may be enough to shift a currently damaged, doomed wrestler toward a better future, a longer career, a full life, a chance to reap the rewards of hard work.

In honor of what Eddie Guerrero and Chris Benoit once stood for, out of respect for could have been and in reaction to what went on so wrong, now is the time for a commitment to do whatever it takes—yes, *whatever* it takes—to not let this cycle continue and destroy more lives.

# EXHIBIT 13

# *Wrestling Observer Newsletter*

PO Box 1228, Campbell, CA 95009-1228        ISSN10839593        July 10, 2007

The shocking double murder-suicide involving Chris Benoit, including the death of wife Nancy and son Daniel, took numerous twists and turns over the past week including the arrest of Dr. Phil Astin, heat put on World Wrestling Entertainment, and an unprecedented amount of mainstream media coverage of the industry and the ridiculous human toll it has taken over the past decade.

There is only one thing certain. There will never be an answer, or any kind of explanation of what caused Chris to do what he's believed to do. If the two were arguing, which is still the prevailing theory, only they know what it was about. Nancy did reach out to one of her best friends the prior day and give her a list of things she was concerned about, did offer a premonition of her fate, but she was still home the next day. But whatever was discussed, only two people knew. Perhaps Nancy didn't even know what caused Chris to snap. Plus, the nature of all three deaths were bizarre to say the least.

Nobody can fully understand why Nancy had her hands and feet bound. While she had bruising on her back and chest, there was not enough sign of a struggle as if she was fighting to avoid her situation. You could say she was knocked out, but she had no bruising on her face from a blow, although her face was cut from police believing it was smashed into the floor after her death. She could have been choked and then bound after. She was fully clothed and this was not anything sexual.

As the week went on, there was less of any kind of explanation than before. How Benoit would lose a temper and go violent wasn't a surprise to some of his friends. As noted last month, even the murder of his wife, while I don't want to say it wouldn't have shocked people close to the situation, but in hindsight, the Chris and Nancy marriage may have been an explosion waiting to happen. Nancy did reach out to one of her best friends the day before she was killed. Police believe, but aren't certain, that the murder of Nancy was because she told him she was leaving him. But the murder of Daniel? Even those who had seen the dark side of Chris up close for years, simply can't fathom it. The bizarre Fragile X syndrome story, which prosecutor Scott Ballard now says there is no indication is true, at least led to the explanation that he was afraid for his son growing up without parents with his condition. And he may still have been afraid for his son growing up without parents because who can fully grasp what was in the mind of someone that so many considered a friend, but all the evidence points to being a cold-blooded killer.

And as more evidence got out, including at least one or two people (definitely Chris' next-door neighbor, Holly McFague; and according to two separate sources, Benoit's pool guy) talked to Chris after Nancy was dead, it appears to be virtually a lock that he perpetrated all three killings.

McFague, the next-door neighbor to the Benoits, who actually first discovered the bodies, fled to Boston in the media onslaught. According to her lawyer, George Regan, police went to McFague's house on 6/25, and accompanied her to the Benoit home. Officers were afraid to go inside by themselves because of Benoit's two large attack dogs. McFague knew the dogs so she went in alone at first. She found the body of Nancy and Daniel, and ran out of the house, screaming in horror.

McFague talked to Benoit on Saturday, after Nancy was killed and likely after Daniel was killed.

"He told her this big, long story about how sick they were," Regan said in an article in the *Boston Herald*. "At the time she was thinking that it was way too much information."

McFague didn't like Chris, thinking he was odd, but was very close to Nancy, and Daniel played with her children, and would come over to see her horses.

Separate sources have stated that after the time period police believe Nancy was dead, but before Daniel was dead, that the pool guy came over and saw both Chris and Daniel. One source said the two were swimming in the pool at the time although that was not the story the other had.

One of Vince McMahon's famous statements is "perception is reality,"

because the world he lives in is one that he largely manipulates. But perception, of his company and the industry, as well as this crime was now being manipulated completely by outside forces as the cable news channels gave this story unprecedented coverage as one of the biggest news stories of any kind.

While there has been unprecedented newspaper and television coverage and calls for reform of the industry, at this point WWE has gone on with business as usual. Aside from confiscating lots of signs at television shows related to the Benoit family, watching on television is almost surreal, as if there is a denial anything is even happening in the outside world. While clearly everyone in the company is shaken up, they are putting on the exterior like it's just like every other negative story in wrestling, and that in time, it'll go away. There have been no huge swings in ratings. Because tickets for events run now have been sold ahead of time, it's too early to tell if that aspect of the business has been affected. The first PPV after the news broke won't be until 7/22 in San Jose, and it'll be mid-September before we get any kind of a read on how that show does.

The stock price is roughly the same as it was before the double murder/suicide. No sponsors have publicly pulled out, or even made noises, which somewhat surprises me. The feeling is both WWE and TNA are going to have a very difficult time getting new sponsors.

The only genuine hit the company has taken was Italia 1, the network that runs Smackdown, which a few years ago had an unbelievable amount of popularity in the country, particularly among children, canceled the show on 6/29. Luca Tiraboschi, the director of the station, said as long as it was cartoon and comic book violence, he felt it was appropriate for children as an entertainment spectacle. But now it is violence mixed with a very real, tragic story, out of respect for children, the target audience of the station, they can't support it any longer. WWE is on much less popular pay-TV channels with Raw and other shows in the country. The Italian wrestling boom had ended, as the attendance figures for the house shows on the recent tour were terrible in the country.

In that world, there will be an answer in a week or two. When the toxicology reports come out, if Chris had any steroids in his system, it will be perceived as a hideous crime of roid rage. In fact, 20 years from now, whenever the subject of roid rage will be discussed, within the news media and among the general public, the most famous incident will be the pro wrestle who snapped and killed his wife, his son and then himself. And if by some chance, the toxicology report shows no steroids, the wrestling company and pro-steroid forces will be dancing in the street, so to speak, probably more the latter than the former. But it will prove nothing regarding the role a heavy use of steroids played when it comes to his mentality, combined with the other drugs he had been taking and his likely massive internal depression.

The fact is, the roid rage theory has been largely eliminated by the police. The country's two most-quoted steroid experts, Dr. Gary Wadler (who was a lead government witness 13 years ago when Vince McMahon was put on trial for conspiracy to distribute steroids–Vince was declared not guilty in the case) and Dr. Charles Yesalis both said the time frame, three crimes spread over a period of approximately 30 hours, would show deliberation and rule out a sudden rage. In fact, no expert of any consequence has purported this to be a roid rage crime, but it still remained the main subject of discussion, particularly when federal agents upon arresting Astin said that he had prescribed a ten-month quantity of steroids to Benoit every three to four weeks over a one-year period.

In fact, in a federal investigation into steroids in sports that was ongoing, the feds had come upon the amount of steroids Benoit had been purchasing and Astin as the doctor. But in that case, the feds were trying to build a major case against the dealers and suppliers and not the athletes.

The continued media onslaught has led to numerous wrestlers appearing on talk shows and giving interviews, giving a wide variety of viewpoints of an industry that in far too many cases eats its young, leaving behind a wake of grieving families and friends. In the case of Benoit, he was a sensitive man who had grieved losses of his friends at such a frequent basis that he became a different person.

David Whitley of the *Orlando Sentinel*, who grew up decades ago with Jack Brisco, now 66, as his sports hero, called one of the biggest stars of the 70s. During the conversation, when Brisco was asked if he could have been a star in today's wrestling world, Brisco, whose brother is one of Vince McMahon's oldest and most loyal employees said, "I wouldn't be employed."

"I at least go to reminisce with my childhood hero," Whitley noted about a silver lining in a story filled with dark clouds. "If somebody tries to call one of McMahon's stars in 30 years, there wont be anybody around to answer the phone."

## UPDATE ON JULY 2ND ISSUE

While Chris refused to attend the funeral of Mike Durham (Johnny Grunge) in February of 2006, saying he never wanted to attend another funeral and hated religion, that anti-religion viewpoint must have been short-lived.

In fact, Chris was very religious after that point according to friends, largely based on his closeness with Eddy Guerrero. While people question the true motives of a lot of wrestlers who find religion, likely accurate in some cases and not in others, Chris, nor anyone in wrestling, ever questioned Guerrero. He never used it as part of his public face, but everyone knew Guerrero used it privately. Because Chris was having trouble coping with Guerrero's death, at one point Nancy bought him a journal. Every day, Chris would write a letter to his late friend, saying it helped him cope with things. Putting the bibles next to Nancy and Daniel's body, but not next to his own, probably had some significance, hoping they would go to Heaven, and perhaps knowing that he wouldn't for what he had done. However, in an interview with the pastor of their church on Atlanta television, he talked about Nancy and Daniel regularly attending church the past three months, but not Chris. Of course, most likely the church services were on Sundays, and Chris would have been on the road almost every Sunday.

More information has surfaced regarding Chris on 6/22, the day he is believed to have killed Nancy. He did drive to Dr. Astin's offices in Carrollton, GA, which is 50 miles from his mansion in Fayetteville, GA. As a celebrity, people were shooting photos of him and one photo from the office made the national rounds. Bill DeMott claimed on TV that Chris had called him that day and asked about going out for a beer later. The fact that both Chris and Nancy used Astin, whose offices could be more than 90 minutes driving away when traffic was bad, would be strange on the surface to the average person, but not for anyone in the Atlanta area who knew of Astin's reputation. On the way back, he is believed to have stopped at a restaurant, as well as a GNC store.

Jerry McDevitt has not looked good to the public on shows, particularly even questioning whether wrestlers die at a high percentage (in truth, only five contracted WWE wrestlers, Chris Benoit, Brian Pillman, Owen Hart, Russ Haas and Eddy Guerrero have passed away over the past decade, but just as true is that if you looked at every PPV show in company history, you could count on your hands the number of shows that don't include at least one person who has passed away, and most include more than one). Still, the killer was his immediately jumping on Daniel Benoit having Fragile X syndrome as the subject of the marriage problems, as a discussion Nancy had with Astin the day before her death, and as the main reason for the argument. With no evidence Daniel Benoit even had those problems, the credibility of all of those statements becomes extremely questionable.

However, McDevitt's story that Chris was being pressured by Nancy to spend more time at home was corroborated by several friends.

While WWE did attempt to pull all footage of Chris and Nancy from its 24/7 show and its web site, neither purge was fully complete. There are cable systems that air 24/7 that had unedited versions of the Nitro show that aired this past week, ironically the beginning of the television storyline where Nancy was getting together with Benoit and leaving Kevin Sullivan, but others that removed that storyline from the show. Wrestlemania 23 is also playing on the station, with some systems airing it in original form, and others having the Chris Benoit vs. MVP match replaced with Hall of Fame footage from the previous night, and an extended trailer for "The Condemned."

Regarding the supposed Nicole Simpson-like note in the safe deposit box in case something happened to her, police investigators heard the story early in the investigation when questioning one of Nancy's best friends in Peachtree City. It should be noted that this long-time family friend said she was told about the contents of the safety deposit box by Nancy in 2004 or 2005. She was also not the only source for such a story. Police did find a safe deposit box, but it had no incriminating evidence.

## DR. PHIL ASTIN III/STEROIDS AND DRUG TESTING

After two raids, one shown on cameras using a battering ram, on his office and another on his home, Dr. Phillippe C. Astin III, 52, was indicted on 7/2 on seven counts of Distributing a Controlled Substance for Other Than a Legitimate Medical Reason.

The indictment, which is not necessarily the extent of charges that will be filed against Astin, were for over prescribing painkillers and anti-depression medications Adderall, Percoset, Xanax, Lorcet and Vicoprofen between April 2004 and September 2005. The seven instances involved distributing 3,650 total pills to two men, who were only identified by the initials "M.J." and "O.G." While the number sounds staggering on the surface, if you are talking about probably a 17 month period, and two men, it's about four to five pills per day. It also should be noted most wrestlers on the road have multiple doctor friends. One major star who had more than enough money to retire used to joke he went back on the road "because I know a doctor in every town."

While it was widely speculated that both men were pro wrestlers (and sources have corroborated that pro wrestlers with those initials were patients of Astin, and the two names were considered close friends), I haven't seen anywhere where anyone made that clear. The indictment showed an April 2004, Astin allegedly provided percoset, vicoprofen and xanax to M.J. In July 2004, he allegedly provided percoset, lorcet and xanax to M.J. In October 2004, he allegedly provided percoset, lorcet, xanax and vicoprofen to M.J. In March 2005, he allegedly provided percoset to O.G. In March 2005, he allegedly provided Percoset and lorcet to M.J. In July 2005, he allegedly provided adderall, percoset and lorcet to M.J. In September 2005, he allegedly provided percoset and lorcet to O.G. The allegation is that in these individual cases, he distributed hundreds of pills of each.

U.S. Attorney David Nahmias stated at a press conference after the indictment that "Dr Astin was identified as prescribing, on average, a ten-month supply of anabolic steroids (believed to be testosterone cypionate) to Mr. Benoit every three to four weeks from May 4, 2006 through May 9, 2007." However, at this point, Astin has not been charged with anything related to improper steroid distribution.

Most, or all of the prescriptions were filled as Jones Pharmacy in Fayetteville, GA. The written complaint against Astin noted officers have spoken with Ralph Balchin, the head pharmacist, to confirm the prescriptions were filled there. It was Balchin who told investigators about the quantity of steroids he was filling for Benoit on prescriptions from Astin. Benoit's name had already come up in a separate DEA investigation, involving RX Weight Loss. DEA investigator Anissa Jones wrote that Benoit was "an excessive purchaser of injectable steroids."

The quantity of the steroids opens up a new can of worms. One ex-WWE wrestler who was around Benoit a decent amount said he saw no signs Benoit was dealing, and said he would have known. Whether he was sharing with his close friends is not known.

It also brings up the credibility of the entire WWE drug testing program. That one-year period was all during the period WWE has been supposedly doing aggressive steroid testing. WWE revealed publicly that Benoit tested clean on his last test, on 4/10, and also that Benoit has never failed a drug test.

It should be noted the major loophole in the WWE policy is having steroids in ones system with a legal prescription is considered passing the test. The difference between the International Olympic Committee's 4-1 testosterone to epitestosterone radio being a failure and WWE's 10-1 ratio has also been brought up in many stories over the past week. However, WWE does monitor anyone above 4-1. It is a difference, but as far as a loophole goes, it is minor compared with the prescription aspect. As noted many times, all WWE wrestlers are injured in some form all of the time. Many wrestlers have doctors who can prescribe them steroids for injury treatment, or, like in the case of Benoit, for low testosterone. However, one has to question if Benoit was getting such a high quantity, and from the accounts of his wife to her best friends, increasing his quantity of usage of late, how, prescription or not, his test wouldn't be cause for concern.

Unlike with the top level track athletes or sports stars with steroid gurus, who can mix designer drugs with slight molecular changes that current tests can't ascertain (the famed "clear" from the BALCO case), Benoit's steroids prescribed were those that should show up on a test. Whether he had the knowledge to beat the tests in some form, the tests themselves are far weaker than let on, or the process of punishment is a sham, is all unknown.

But the one point that has yet to be brought up that is going through my head huge when it comes to this issue is this. From 1992-96, the WWF embarked on a very aggressive steroid testing program. No program is perfect. It is likely some wrestlers were beating the tests by using Growth Hormone, and Vince McMahon fired two of his top babyfaces, Davey Boy Smith and Ultimate Warrior, because he believed they were doing so. No matter what anyone wants to believe, by doing that, I believe McMahon was very serious at that time. The wrestlers did, by and large, noticeably shrink. There were one or two exceptions, but the freaks of the 80s weren't there. Just look at clips of a 255-pound Hulk Hogan in 1992 and 1993, and he's hardly the only one, during that period and you'll notice a huge difference in the before and after pictures. I expected the same in 2006 when a

similar policy was announced. There were some wrestlers who noticeably shrunk at first (most notably Chris Masters, who was made fun of for shrinking on television, and then his push was dropped, and Johnny Jeter was made fun of for getting fat, and he was shortly thereafter sent to OVW), but now with very few exceptions, the wrestlers look almost exactly like they used to.

There are a few whose bodies have very noticeably changed, but they are also now in developmental. There are many wrestlers, including very top people, who I believe are not using steroids. But the freaks look the same as they did, and while everyone of them has favorable genetics and there are likely some guys with good physiques (I won't go so far as to believe those with freaky physiques) there is an unanswered question.

Why did the wrestlers in the 1992-96 program did look like they underwent physical changes and got smaller, and in the current program, most don't look appreciably different than they did the week Guerrero died?

And then there's the question of WWE's decision-making, as while this steroid story was so huge in the news, the 6/29 Smackdown ended with Batista pinning Edge, and the 7/2 Raw show was built around Bobby Lashley getting the best time and earning a Great American Bash title shot. What message does it give the locker room?

The vast majority of the wrestlers on the current roster believe, and in most cases, they are correct, that in the ring, they are better than Batista and Lashley. The vast majority are also superior to both of them on promos. Whether Batista or Lashley are using steroids, or have used steroids is a very different issue, but the fact is, if they aren't, I have yet to speak to one wrestler who believes it. The point is based on who is being pushed, and it's amazing that this is still the case today when a below average worker with well below average promo skills and below average nature charisma is one of Vince McMahon's two hand-picked people to protect at all costs (the other being John Cena, who, no matter what you think of his physique, at least has incredible mc skills and is overflowing with natural charisma). Exactly how does one expect a mid-level wrestler, or even a high level wrestler, to react to this? Nobody forces steroids or painkillers down anyone's throat. Nobody in the promotion likely even directly suggests it.

But the entire system is one of plausible denial. The promotion pushes guys who they think can get over with little or any regard how they develop their physiques, and if anything, affirmative action when it comes to good bodies and no talent. They hope they are clean, but again, it's more plausible denial than anything.

It would be one thing if the owner was a non-athletic person who sat in his office and was incredibly naive on the subject, but this owner likely knows the subject better than any pro sports owner around. The wrestlers can go on television and say they are adults making a personal choice. All of this is true. But the bodies keep piling up. And there is something terribly wrong with the current system. Is the Wellness program a positive. Perhaps it is. But the case of Benoit, and not the murder but the revelations of his apparent drug intake and state of mind, is proof that if failed, and badly. The continued credibility issue problems with the WWE's post-murder reactions is alarming, and it's impossible at this point to believe WWE, after 16 years of saying they have the problems under control, can be trusted on this subject. It would be better if they can police themselves. It would be better for outside agencies to not be involved. They no longer deserve that benefit of the doubt. They had their chance. And again, they don't deserve blame for murder, but I believe drugs, and not just steroids, played a part in the mind of a mad man, and I still hate writing that about someone that I both liked and respected for 20 years. The wrestling industry has had a long and ugly history with drug and steroid problems. They have had decades to address is. They have failed miserably. They no longer deserve any benefit of the doubt. In the end, I don't believe anything will change. It's highly unlikely Congress will look into this. Most state commissions aren't going to be vigilant on the subject but I do believe a few will. And unless the testing is random and unannounced, it's more an IQ test that the dummies fail.

I will never hold Vince McMahon or the WWE responsible for the two murders and a suicide. That's simply too heinous a crime done by an individual whose brain was warped badly to the point I can't even imagine. The evidence is ridiculously strong that Chris Benoit killed his wife and son. Nobody else deserves blame for the crimes. However, the Chris Benoit who killed his wife and son, and himself, all three in violent, horrific fashion, was not the Chris Benoit that anyone knew. This has nothing to do with him being one of the greatest workers in the history of the business, and whatever his accomplishments in no way has any bearing on this case. I've had experiences with people with depression, and even split personalities on the outside and behind closed doors. They make take their own life out of depression. They don't do what he did, drugs or not. Not to a son they loved the way he loved that boy.

However, the system completely failed in this case. The WWE system, and the legal system. I don't blame the DEA, but they were aware of Benoit in one, if not two investigations, regarding his steroid use. I don't blame with WWE, but their program was supposed to be done specifically to help someone exactly like Benoit, who was over medicated and juiced. The failures of these systems are not

to blame for the three deaths. But they are still massive failures of the system.

The WWE has had 25 years of dealing with major drug issues of its talent, and the quantity of drugs Benoit was purchasing in a company that claims an aggressive testing program simply doesn't compute. They are, and have been for decades, guilty of an environment that has led many people to severe drug problems, and some to death. They aren't the only ones, and it is an industry problem, not a Vince McMahon or WWE problem. The fact is, whatever value the WWE program does or doesn't have, it is still more than TNA does.

Instead of saying he passed his test on 4/10, the WWE needs to answer how a person like this fell through the cracks? How did regular testing not reveal anything alarming when his wife was getting more and more worried. And for all the talk regarding Kurt Angle's behavior at this point last year, which ended up getting him bounced from the company, Kurt Angle never once failed a test for pain pills. The only test he did fail, for the steroid Decadurabolin, was only because the date on his prescription had expired.

The WWE really needs to provide answers, whether its limitations of the program, or a program that failed in its objective because of the prescription loophole, and they are doing just the opposite.

Without answers, the only conclusion is that WWE can't be trusted on this issue, and realistically, nobody will ever trust a wrestling promotion, even if that's not fair, when it comes to drug testing.

I will grant you there are major limitations when it comes to the value of the athletic commission testing when it comes to boxing and MMA, largely because they only test at fight time and there is no random tests year-round. The number of MMA fighters who test positive for drugs, and not just marijuana, but also steroids and street drugs, in California alone, is staggering. It's a few every week. And think about this. How many MMA fighters at the top level from this state have died? I know of two this year alone, the Jeremy Williams suicide and a fighter from this area who was a mid-level show main eventer who died in a manner exactly like the multitude of wrestling deaths. So the leaders of MMA probably should be ready, because they are doing a real sport, and this is an issue that affects them. However, UFC and IFL publicly advocate the drug testing being done, by outside agencies and with both organizations having no control over the suspensions.

In a media conference while this story was going on, Dana White specifically mentioned the news of the past week as to why he's all for testing. Forget the argument that one is a sport and one isn't, because when people are dying, hiding behind that semantic argument is crap. These athletic commissions should be testing wrestlers, at least from major promotions whose revenues provide tax dollars that go to the states. Financially, there is a problem when it comes to the independent level business, because paying for such tests, which can run $150 to $200 per person, would make it impossible to even produce small shows. It's a quandary, but for WWE and TNA, they should welcome it for the good of the product. UFC does. I don't know that the Japanese groups welcome it given the number of suspensions, but they have no choice in the matter. In the past, the only state that did drug test wrestlers was Oregon, and they never tested wrestlers for steroids on the spot (wrestlers did have to pay for a comprehensive medical screening once a year to be licensed) although did random drug test. During that period, both WWF and WCW avoided running shows in the state, although both organizations claimed it was for other reasons.

Armando Garcia, head of the California State Athletic Commission, the most vigilant commission in the country in regards to testing of fighters, and in the most populous state, sent a letter this past week to the WWE offering their services for free drug testing at any shows they run in the state. Does anyone, for even a second, doubt what the WWE response will be to this letter? And after this incident, what does that response tell you?

Candy Schacter, the head of the Calgary Combative Sport Commission, whose affiliation with pro wrestling goes back to suspending Badnews Allen a few times (and later becoming good friends with him after she got to know him), is advocating starting next year of testing wrestlers who come to the city for drugs, including steroids. Schacter personally knew people like Brian Pillman, Biff Wellington and Benoit, who all started their careers in Stampede Wrestling. In January, City Hall deregulated pro wrestling from under the commission's auspices, similar to the direction that has happened in many U.S. states, most recently being Nevada.

"We govern combative sports," said Schacter. "Wrestlers are grappling. They're fighting. I don't care if it's choreographed. These are athletes. I've seen them in the gym. I've trained with them in the gym."

As regards to drug testing, "I would want it," she said. "Absolutely. I don't see why fans wouldn't want us to do it. I'm sorry. But I've seen too many friends die. They say they do random drug testing. I still see a number of unusually large individuals."

Regarding the probability of WWE not only arguing against it, but pulling out of wrestling gets re-regulated and that includes drug testing, Schacter

said, "That's fine. They have the right to appear before city council. They can argue to their heart's content. We're here to represent the city of Calgary and to protect people. They don't want to come to Calgary, they don't have to come to Calgary. They're more than welcome. Come to Calgary, but pass the test. I can guarantee you I'm not the only one on the commission who feels this way."

However, in a CBS Sportsline article, Keith Kizer, head of the Nevada State Athletic Commission, which just dropped regulating pro wrestling, said they have no intention of changing that viewpoint.

"Pro wrestling was placed under the commission's jurisdiction back in the day when pro wrestling was held out as real unarmed combat," said Kizer. "It is no longer advertised as such. They are certainly athletes, but they are not unarmed combatants."

In an article on Insidefighting.com, he additionally said, "The commission should not waste time on pro wrestling. They are athletes, but we have so many actual competitions to be working on without that. In fighting, you are trying to hurt your opponent. In professional wrestling, if you hurt your opponent, you have done something wrong."

In the CBS Sportsline article, Nick Lembo, the head counsel of the New Jersey Athletic Control Board, said he would like pro wrestling to once again be regulated.

"I think the health and safety of the competitor should always be a regulator's first concern," he said. "I am in favor of regulation. From professional wrestlers that I have spoken to, I have been told that the use of painkillers and performance-enhancing drugs is rampant. It is also commonplace to continue to wrestle while suffering from injuries."

He said that given the number of wrestling-related deaths and the number of crippling injuries to ex-wrestlers, that he feels it is in the best interest of wrestling to be regulated.

The idea would be that the promotions would pay for the cost of regulating. The problem then becomes what to do about independent wrestling, which would sneak blow the radar, hopeful of not being caught running shows, since they wouldn't generate revenue that could afford to be tested. And if you have a double standard, which in the past usually favors the big boys while this would do the opposite, where do you draw the line?

If there is not a near nationwide movement, WWE and TNA would likely simply avoid states that drug test, and nothing positive would really be accomplished. Nevada is not a major state when it comes to pro wrestling, like it is with boxing and MMA, to where a commission can wield huge power over the industry. However, if New York, New Jersey, California, Florida and Illinois all were to regulate and drug test, that would be enough to change the face of the industry.

As far as popping pills, for various reasons including learning from the past and a much easier travel schedule, the belief is the drug problems by-and-large among the current WWE wrestlers are not nearly as bad as of the crew from the late 80s, which is a crew that had an inordinate number of young deaths. The WWE has made changes over the years, the most significant being the road schedule. However, no matter what is done, there will always be exceptions to any rule, as the deaths haven't slowed, and in fact, have increased.

The DEA admitted later in the week that in a separate steroid investigation, they had come up with evidence already regarding Benoit's large amount of steroids being prescribed, but were building a case against big fish as opposed to athletes that use, and at this point have not filed any charges. This led to the story where Benoit's mother wondered if they had acted sooner, perhaps Chris would still be alive. The DEA was up for some television news criticism for not acting sooner, but it was limited, as most recognized it wouldn't have made a difference. It would have at best been a minor charge against Benoit that he would have bonded out to. A more likely "What if?," and equally unfair, would be saying that if the WWE had a European tour during this period, Chris wouldn't have been home. You can argue forever about changing a part of a person's life and how it affects actions the rest of their life, but it doesn't solve anything.

Federal prosecutors are seeking the forfeiture of all property and proceeds Astin obtained through illegal conduct if he is convicted. Fayette County prosecutor Scott Ballard said he has no plans to file any charges against Astin, as the feds took over that aspect of the case early on. Federal agents removed huge amounts of materials from Astin's office in the second raid, filling up boxes with computer and entire file cabinets. During the first raid, as officers arrived, Astin actually had Chris Benoit's medical folder in his hand, which brings up a question of why that would be the case. Assistant U.S. Attorney John Horn said when they arrived on 6/27 at Astin's office, he was carrying the Benoit medical file and may have been trying to tamper with evidence. While this is most likely unrelated, it brings up a story from the McMahon trial in 1994, where Pat Patterson, from a pay phone, after WWF was tipped off that Dr. George Zahorian was being investigated, told Zahorian to immediately get rid of all his records regarding WWF talent from his office.

Astin's records show he prescribed over 1 million dosages of many drugs over the past two years, many of them painkillers and steroids, with many prescriptions not having a date, which is also illegal. Nahmias at the 'press conference claimed Astin's prescription writing of drugs as "giving them away like candy."

Astin, who pleaded not guilty, was released on $125,000 secured bond, and was required to surrender his medical license and DEA certificate, and would be electronically monitored with an ankle bracelet. He also had to agree to home detention.

"Prescription drugs are controlled substances because if they are abused, they can cause serious addiction, illness or even death," said Nahmias. "Dr. Astin allegedly prescribed such drugs like candy, with little regard for appropriate medical practice or the recipients' heath. Dirty doctors should be on notice that they face federal prosecution and prison time as we work with the DEA and other law enforcement partners to protect the health and safety of our communities."

Manny Arora, who is also the attorney for Adam "Pacman" Jones of the Tennessee Titans, who is facing charges in Las Vegas stemming from the incident where former pro wrestler Tom Urbanski was shot while working as a doorman at a night club during the NBA All-Star weekend, and was left paralyzed for life. Arora also worked with Ed Garland in representing Ray Lewis in an Atlanta murder trial several years ago.

Arora said Astin never prescribed steroids to Benoit. Astin himself had admitted prescribing testosterone to Benoit.

Benoit's natural production of testosterone was off the charts low, producing a tiny percentage of what a normal 40-year-old male would produce, most likely because of his extensive use of steroids over two decades. His production was only about 17% of that of Superstar Billy Graham aka Wayne Coleman, now 64, whose own numbers are low and also ironically currently receives testosterone replacement therapy. Graham currently needs the same type of drug that made his career, then ruined his life and destroyed his health, and is now needed in low doses for him to be able to live something approximating a normal life.

Because of Benoit's health, there was just medical cause for prescribing him testosterone, although not in the quantities the DEA is claiming were prescribed.

Besides two raids on Astin's office, officers also raided his home and a third undisclosed location.

Jerry McDevitt, on television, claimed as far as he knew, there were no other wrestlers that Astin treated, and categorized him as simply the Benoit family doctor. However, Astin was well known not just in wrestling, but in the Atlanta area sports community, for being the man to see. Benoit was turned onto Astin shortly after he moved to Atlanta by Mike Durham. Astin's office featured autographed photos of many pro wrestlers on the wall, and his relationship with all of them is being investigated.

Astin was the doctor who prescribed all of the anabolic steroids found in Benoit's home by police at the time of his death.

Nahmias said police still had to go through "voluminous documents" they raided in Astin's office and that more charges are possible.

Astin's background was yet another tentacle of a story that is like an octopus, going in a million different directions at once. Astin's father, often confused with him in media stories, Dr. Phil Astin, Jr., also ran into medical sanctions for improperly distributing prescription medication, and in 2005, committed suicide by shooting himself in the head.

This Dr. Astin was investigated three times by police on domestic violence incidents. He was investigated on May 29, 2003 and July 18, 2005, both times with no charges filed. A third, on 2/12, just days after Astin's wife was diagnosed with terminal cancer, did wind up with simple assault charges filed against him. All of the incidents being investigated involved his wife, Melanie Harwin. Police were also called one more time when Astin allegedly became angry at another family member and pulled back his fist and threatened to punch the person. He was separated from his wife and living with his mother at the time of his arrest.

The CBS affiliate in Atlanta had quotes from two family members with very different views of Astin.

One member said, "He only prescribes what you need, and I've never known him to over prescribe anything."

The other said, "This guy was a legal drug dealer, really, and he kind of took advantage of people who had addiction problems...there's a lot of people that have drug problems that come here. This place is known on the low level, this place is known as the place to get drugs."

## FRAGILE X

Perhaps the strangest aspect of the story involves seven-year-old Daniel

Benoit.

For a week, it was largely assumed Daniel suffered from Fragile X syndrome, a form of inherited mental retardation. The original source of the story was Pam Winthrope of Delta, BC, who called into a local radio show, which then did a story, claiming she and her husband found out about their respective sons having the disease at the same time. However, while the original story stated she and her husband talked with Benoit, she said it was actually her husband, now deceased, who was the one who spoke to Benoit about being a public face for funding to fight the disease, and Benoit saying he wanted to keep the condition quiet.

McDevitt and the WWE jumped on the story, saying Chris and Nancy were having problems raising a boy with special needs, and even claiming it was a main source of their arguments. As noted after this to us by people close to Nancy, when she had discussed her problems in her relationship, they were usually regarding finances or possessiveness issues. Not only that, but Nancy's friends very quickly claimed they didn't believe the report, since Nancy had never said anything about it.

Chris never did either, however, one friend of Chris' after another told us over the next few days that the Fragile X diagnosis explains a lot of things that they wondered about in regard to Daniel. While even his best friends in and out of the company weren't aware, almost all, if not all, did believe it immediately, and it was easy for them to believe Chris would have kept it quiet. In fact, the one part of the story that is so weird is that while Winthrope could have mixed up the story or even made up the story, and has no husband to back it up, it's doubtful she knew Chris' personality, and the reaction of Chris of wanting to keep it quiet was a personality trait that only his closest friends would have knowledge of. Then again, the Wikipedia story was also an eery coincidence to the outside world and there was nothing to that story.

While it would be easy to jump on McDevitt for going public with the story, he would have had legitimate reason to believe it was true after talking with Benoit's close friends in the company, who also believed the report.

Now, his going so deeply with the story was obviously to derail the steroid talks. His story regarding arguments and discussions Chris and Nancy had over concern of raising a child with special needs, is another story. He spoke of it like it was a major issue between the two, when, the current evidence suggests the child didn't even have special needs.

The truth is, Benoit's best friends in the company all believed the story. The day it surfaced, several contacted me, and another had a long conversation with me later in the week, independently, at least believing it was an explanation, a terrible one, but at least something, as to why Chris would ever kill his son. In the end, to some of his friends, that the story appears at this point to not be true (and I'm not 100% convinced, but I also do believe it would be impossible for his kindergarten teachers not to know if he had any kind of learning or cognitive difficulties) makes things more difficult. At least before, we had an explanation, not a valid one, but one nonetheless, of why Chris, in his crazed state, may have killed his son, believing it was the merciful thing to do. And perhaps, simply by not having a mother or a father, that was essentially the reason he did it.

Chris Jericho was the only person to go public, going on television saying when he read the symptoms of Fragile X, it described Daniel "to a tee." His friends on the active roster weren't allowed to talk about the subject publicly.

Nancy's parents, Paul and Maureen Toffoloni, through attorney Richard Decker of Atlanta, who were around Daniel constantly, said there was nothing wrong with him.

Prosecutor Scott Ballard, later, said they had checked his educational records and talked with his kindergarten teachers at the First Baptist Church in Peachtree City, and they noted nothing wrong with him when it came to learning. They said his teachers said Daniel would have started first grade in the fall on par with other students.

But that opened yet a new can of worms. Ballard, who had previously described Daniel as almost like a dwarf, said teachers said he wasn't significantly smaller than his classmates. He said that based on examining some of Daniel's medical records, "they do not mention any pre-existing mental or physical impairment."

If that was the case, that opens up questions regarding the Growth Hormone it is alleged Daniel was being prescribed and shot up with, since he had needle marks, which weren't fresh, on his arm at the time of his death and there was a prescription in his name for GH.

Daniel was described as shy, and reclusive, but then again, so was his father. One family friend said Daniel had a small body and an usually large head, but then again, if Chris had never taken so many steroids, he probably would have the same features. It was noted that David, Chris' 14-year-old son from his marriage to the German woman Martina, who now lives in Edmonton with her two children with Chris, looked similar to Daniel when he was a young child. Still, the Benoits did hold Daniel off a year from going to kindergarten. Jericho on television

noted that his son, who was several years younger, was able to talk better than Daniel when they were together.

After the news came out, McDevitt publicly just said that when the autopsy is completed, the question will be answered.

Gary Davis of WWE said McDevitt was confident his information was accurate after speaking with other WWE employees who knew Benoit (that is a statement that from first-hand involvement I can believe is fair, however McDevitt did take the story way too far).

"A lot of people got caught up in the idea that Daniel had Fragile X syndrome," Davis said. "We were just as caught up as everyone else. I think we have to go with what the district attorney has said as being the best, up-to-date information available right now."

Another aspect of this case is that the Toffoloni's had hired Decker, a very well respected attorney with a reputation of taking cases to trial as opposed to settling, were expected to file a wrongful death lawsuit. There was no indication who would be sued, but with all the revelations that have already come out, they do appear to have a very jury-friendly case.

## AND OTHER NOTES

*Nancy Benoit herself led a wild life. At one point in Florida in 1997, about the time their marriage fell apart, she was charged with aggravated battery after husband Kevin Sullivan claimed she came after him with a knife. She admitted holding the knife, but the charge was later dropped. She also had an incident while working as a manager in Mexico. She didn't come back right away from a tour, and when she came back, she had teeth marks on her and claimed she had been held hostage by a AAA wrestler after they had partied together. It was an ugly incident that led to major problems between WCW, since Sullivan was booker, and AAA.

*While Nancy did tell friends that she was happy being a housewife and raising her son, and she had gotten the business out of her system, Chris told the wrestlers a very different story. He felt part of their problems is that Chris was still a star, while she, having lived that life for so many years, no longer was. One of the reasons she got out of the business was at Chris' insistence, years ago.

*Chris' friends noted what a devoted father Chris was, that on 6/3, after the One Night Stand PPV in Jacksonville, that rather than drive to Orlando with the rest of the wrestlers for the 6/5 Smackdown taping, he flew home to Atlanta for his day off so he could spend the day with his son.

*In 2004, shortly after the deaths of Mike Hegstrand (Road Warrior Hawk) and Mike Lockwood (Crash Holly), in the much-talked about this past week USA Today story, McDevitt was quoted as saying drug testing, which the company wasn't doing at the time, "just doesn't work." "Anybody who wants to beat it can beat it. The only ones who are caught are stupid."

*WWE told Newsday that it "will make any improvements necessary" to its wellness policy. As noted last week, there is a problem because in some of these wrestlers, particularly those who used extensive steroids and are over the age of 35, their own production of testosterone would be low, like Benoit's. That leads to depression and other medical problems. Of course, as this case seems to indicate, it also leads to problems of abuse of that loophole.

*At Eddy Guerrero's funeral in November of 2005 in Phoenix, one wrestler after another talked about how things need to change. The most outspoken was Charles Ashenoff (Konnan), who was also outspoken in a blistering New York Daily News interview and on television talk shows. He claimed the WWE testing system was a sham, and they only suspend scapegoats. As someone who made his name in Mexico primarily from his physique, which was acquired through use of steroids, and a lifetime of painkillers to keep going, particularly the past few years with increasingly bad hip problems, he is now facing a kidney transplant. The Monday after the funeral, McMahon announced the Wellness policy, which was implemented a few months later. At the funeral, the two things talked about the most as the cause of the early deaths were the schedule and the drug usage, in that order. Nothing was changed about the schedule.

*There are many ways of implementing a different schedule. Again, the nature of this business and the fact the vast majority of deaths do not occur among active WWE performers (the Benoit and Owen Hart deaths were freak occurrences, so the only health related deaths were Pillman and Guerrero, who had extensive steroid and other drug usage in their lifetimes, and Russ Haas) say that isn't going to stop this epidemic. But it is a step in the right direction. The fact is, with the exception of John Cena, there is no wrestler in the company who makes a substantial difference in the size of the crowd at a house show. They could very easily

implement a three-week-on, two-week off type of house show schedule. At least when things were getting stressful, you'd be able to countdown the days before you'd have a real break. The current system where it is far better than the 80s, is still exceedingly stressful to wrestlers who are married and with children. Just taking the Raw crew, they fly home on Tuesday and get in late in the day. They have Wednesday and Thursday to get their clothes cleaned, pay their bills, deal with a wife who is stressed by being a single mother, and then go back. And this happens almost every week, unless it's a period after an international tour. I would suggest for storyline reasons that wrestlers would have to work Mondays and/or Tuesdays because you need everyone key at TV. There are enough wrestlers on the roster where you can fill the house shows rotating guys in and out. There is also talk of having periods twice each year, perhaps after Wrestlemania and again over the holidays, where you don't do house shows. The old Japanese system of a few weeks on hard and then a few weeks or rest seems to work a little better, but it's not like the Americans who toured Japan in the 80s and 90s didn't develop every bit as serious drug issues as their WWF and WCW counterparts because they did such a physical style of performing. But from a mental standpoint, easing up the road shows is a positive. Having a counselor either on the road, or at least every week at TV, is a positive. It's tough because the nature of tough guys is to only admit within their small circle of any weakness, if even that. There are no complete answers, but lots of things are worth a try.

*Dr. Gary Wadler, considered an expert on the field of anabolic steroids, who joined nearly everyone in nixing the roid rage theory, said, "That was a premeditated act and that's not rage. I would wonder whether there was some underlying psychiatric abnormality that was unmasked by being on steroids.

*Dick Bathrick of Men Stopping Violence said in 75% of domestic violence cases that involve death, the victim was threatening to leave.

*One friend of Benoit's who admitted this is probably grasping at straws, noted that from the mid-90s until at least a few years ago, Chris was a caffeine creak. He drank huge amounts of coffee daily, developing a habit of chewing on his coffee stirrers. He's take a cocktail of caffeine pills like ephedra and aspirin before every match and every workout. Countless studies have shown excessive caffeine could lead to agitation, hallucinations, depression and even violent and psychotic behavior. Sidney Kaye of the Institute of Legal Medicine said, "The symptoms of caffeine overdose are varied and bizarre and could be easily misinterpreted...Coffee overindulgence is overlooked many times because the bizarre symptoms may resemble and masquerade as an organic or mental disease." Those who develop a tolerance across those most likely to face its dangerous side effects. The creation of the tolerance can lead to withdrawal symptoms if not enough caffeine intake is maintained.

*The WWE, besides fearing the steroid issue, is also in fear of the undiagnosed concussion issue, because that would point a finger directly at their product. Researchers, including former WWE wrestler Chris Nowinski, have wanted to study Benoit's brain for signs of concussion related dementia. However, a negative is that because it took place more than one day to find Benoit, and he had been dead in 93-degree heat, his brain was virtually liquefied. Researchers were hoping enough tissue is available to determine whether repeated concussions damaged his brain and may have played a part in his behavior.

*In the WWE book *Unscripted*, published in 2003, Benoit said: "I really don't think anyone outside the business can grasp just how demanding it is physically and what we do to ourselves on a nightly basis. And we have no off-season to recover."

*An empty wine bottle was found near Chris' body in the weight room at the time of his death. There were beer cans in the garbage at home. Daniel's room was filled with posters and an action figure of his father.

*Ric Flair was one of the few WWE wrestlers who talked publicly of the situation, talking to long-time friend Mike Mooneyham of the *Charleston Post-Courier*: "Nobody saw this coming. That's why everybody is so shocked. This is just very sad. It's terrible. How could that happen?" Flair noted he spent time with Benoit in Charlotte at TV the week before" "He was with all four my kids and (wife) Tiffany at the Smackdown in Charlotte. Everything seemed fine." "I loved Nancy. You know how much fun I had with her when she was Kevin's wife for all those ears. I'm in shock about Nancy. The only reason I didn't talk on the show Monday night is because I thought they needed to talk as much about Nancy as they did Chris. Of all the girls I ever worked with, Nancy was my favorite. I saw on Fox where it said she was the manager of world champion Ric Flair. But she was more than that. She was a wonderful and very entertaining person in our business."

*Jim Ross, in the same story, said: "Why are three people dead? What caused this irrational and totally uncharacteristic behavior from an individual who heretofore had never demonstrated such tendencies in his workplace, not even once? I don't know, and neither does anyone else until the medical examiner can provide more information, and then there will be most likely questions in this matter that may never be answered. I know this. God knows, and he will deal with this matter accordingly."

When the medical examiner's report comes in, it won't surprise me for everyone to come up with "answers" as to why this happened. That may satisfy people looking for simple solutions to complex problems. There will never by any answers.

*I want to apologize for the issues the past few weeks being delayed. There are also a lot of people who are new subscribers and just want to welcome you. I need to mention that a lot of people who sent for e-mail copies of the previous two issues got the issues bounced back. If you have not received those copies and had signed up for them, let us know immediately.*

*The time in working on this story, which was seeming to change daily, combined with simply needing to take July 4th off and thus getting even farther behind was the culprit. I expect next week's issue to perhaps be a day late at most, and I don't see any reason why we won't be back on schedule the following week. It's not a lack of effort but the time was just overwhelming in working on this story the past two weeks.*

**********************************************************************

Kurt Angle became both the TNA and IWGP heavyweight champion, scoring a rare major championship double, sort of.

The IWGP championship that Angle won on 6/29, in beating Brock Lesnar in Lesnar's first pro wrestling match in more than one year, was not the New Japan version, but it was the same physical belt that listed every champion dating back to Hulk Hogan in 1983. Of course, from an official standpoint, Lesnar was stripped of the IWGP title on May 17, 2006, when he failed to show up, due to a money dispute (he was getting his pay cut) for the match where he was going to be asked to lose his title to Hiroshi Tanahashi on a show in Sapporo. Lesnar never returned the title belt.

The Lesnar vs. Angle match for the IWGP title was announced several weeks ago in Japan, but nobody took it seriously. Lesnar had said he was retired, and after his MMA debut on 6/2 at the Los Angeles Coliseum, acted as if he wasn't doing the match. However, Antonio Inoki did produce a contract signed by Lesnar for the match and showed it to the Japanese press.

The debut of the new Inoki Genome Federation at Tokyo Sumo Hall was the routine Inoki mess of mixing MMA fighters and pro wrestlers. Over the past decade, the situation has repeated itself multiple times. Inoki gets a new sponsor, puts together either an MMA show using a lot of pro wrestlers to draw, or a pro wrestling show using lots of MMA fighters, which usually equals a bad pro wrestling show. A bunch of statements are made about the show, which nobody knows what to believe. They are usually at major arenas and generally sell few tickets, actually very similar to the K-1 show at the Coliseum. Usually, the line-up and main event aren't made clear until days before the match.

This debut followed the pattern. While Angle vs. Lesnar was announced a few weeks back, nobody took it seriously until a few days before the show when Lesnar arrived in Tokyo, holding the old physical IWGP title belt. No other matches were announced for the show, even though Naoya Ogawa presumably left Hustle to rejoin Inoki, and name MMA fighters who have done some pro wrestling like Josh Barnett and Mark Coleman were announced, as well as New Japan washouts Tadao Yasuda and Michiyoshi Ohara, who Inoki uses because each has at least done MMA in the past, even if not all that well.

The show drew 5,000 fans, or basically a half house (announced at 8,426) and while most of the undercard matches were said to be not good, the main event was said to be a huge success live. The match did air on PPV, but a show like this isn't going to do a big number of buys as the PPV business in Japan isn't that big of a deal because less than 5% of the number of homes that have PPV capability in the U.S. have it in Japan.

Lesnar agreed to put Angle over, which was one of the reasons Angle was willing to leave New Japan, where he was in line for a big push, and do this show. Lesnar felt that fans knew the difference between pro wrestling and MMA, so there is no real harm in losing the match, plus he was offered a "great" payday. Angle also played a major part in convincing Lesnar to lose his first pro wrestling match since 2004, when he left WWE, as he had never lost in Japan. Angle told him they could do the match this way, and then in the post-match, build for an MMA match in Japan, which could be a huge payday for both of them. Of course, the lay of the land in Japan has changed greatly with Pride being done, as that type of a main event would have been right up Pride's alley with its pro wrestling

crossover base. While K-1's Hero's branch could have interest in doing the match, I question whether they are willing to pay the kind of money these two would want. Truthfully, I think the most likely venue for such a match would be Bodog in the U.S. The match would put the promotion on the map as far as visibility of the brand name, although it really wouldn't do major PPV business. In UFC, the match would be huge PPV business, but it's touch-and-go whether Dana White would want to go in that direction, as he's been dismissive of Angle, and of people going straight from pro wrestling into MMA, in recent interviews. In addition, now that UFC is so much bigger than WWE on PPV and in some ways (certainly not ratings and total revenue) overall in the public, using an angle like a pro wrestler like Angle as a draw may not be as enticing to White as it would have been even several months ago when White thought he had Angle signed, only to be told he was going to TNA.

Officially, Lesnar tapped in 10:36 to the ankle lock. Lesnar then handed the IWGP title belt, which was advertised as being at stake, to Angle. There have been threats that New Japan would file suit since the name IWGP heavyweight title would be its intellectual property and they have a current champion in Yuji Nagata. Ironically, before Inoki lured Angle away, New Japan was building up to a Nagata vs. Angle program. Angle held up both the IWGP and TNA belts after the match. During the final ceremony with all the wrestlers on the show, Lesnar shook hands with Angle. Angle also shook hands with MMA stars Kevin Randleman (who is actually suspended from the MMA world due to apparently falsifying a drug test in Nevada at the first Pride show in the U.S.), Coleman, Barnett and Ogawa. Angle then said he wanted to give Lesnar a rematch under MMA rules. Angle said that since he's now 38 years old, he doesn't have a lot of time left to do MMA, so wants the match as soon as possible. Angle talked about having won more different world titles than anyone, having held the WWE and WCW belts along with the current IWGP and TNA titles.

While Angle talked about returning to defend both titles, no return date was announced, and nobody had any indication if there would or wouldn't be a second show. Antonio Inoki has only said the second show would be in the fall, and that they would not be returning the physical IWGP belt that Angle brought back to the U.S. with him to New Japan, saying the belt is now representative of their world title.

The match started with Angle hitting a suplex, but they brawled outside and inside the ring. Lesnar pounded Angle in the corner and tried the Verdict (his old F-5, and he used that name as a dig at WWE since he won the verdict so to speak in an out-of-court settlement in their court case when they attempted to prevent him from doing pro wrestling or MMA until 2010. This was based on a clause he actually did sign when he got his 2004 release early into a seven-year $1 million downside WWE contract), but Angle escaped. Lesnar did a few suplexes and put on a guillotine. Angle came back and tried the Olympic slam, but Lesnar kept punching. They traded elbows. Angle reversed a powerslam into an ankle lock, but Lesnar escaped. Angle hit two German suplexes, but Lesnar escaped from the attempt at another Olympic slam. As Lesnar tried to do the verdict, Angle reversed it into a DDT. Angle went for the ankle lock, but Lesnar escaped again. Lesnar hit a German suplex, but Angle came back with an Olympic slam and once again put on the ankle lock. Lesnar turned the move into a pinning combination for a near fall. Lesnar then finally hit the Verdict and then went for an ankle lock on Angle. Angle sold like he was about to tap, but reversed into an ankle lock of his own and Lesnar finally tapped. The live reports we got were that fans in the building were raving about the match, and newspaper reports called it an excellent match. We should have more on the match in the next week or two after seeing the tape.

Other results of a show where the general consensus was that the undercard was boring, saw:

1. Munenori Sawa beat Yuki Ishikawa in 7:16 with a shining wizard and a jumping knee.

2. Rocky Romero beat Al Blazer in 6:30 with an armbar.

3. Kevin Randleman pinned Alexander Otsuka in 5:26 after a German suplex.

4. Michiyoshi Ohara pinned Taka Kunou (a 40-year-old former Pan American Jiu Jitsu champion making his pro wrestling debut) with a power bomb, a diving head-butt and a piledriver in 6:15.

5. Kiyoshi Tamura & Ryuki Ueyama beat Hidehisa Matsuda & Yuki Kotake in 15:47 when Tamura made Matsuda submit to a heel hook in 15:47. This was worked in old UWF style and said to be a fun type of match doing what is now considered a nostalgic style.

6. Josh Barnett beat Tadao Yasuda in 4:17 with an armbar.

7. Naoya Ogawa beat Mark Coleman in 6:44 with a choke. Coleman got Ogawa in a choke, but Ogawa managed to escape, hit two STO's, and got the choke. Aside from the STO's, they tried to work this to look like a Pride style match.
*******************************************************************

With negotiations with names like Hulk Hogan, Paul "Big Show" Wight, Rob Van Dam (whose contract with WWE officially expired on 6/30) and

Chris Jericho having fallen through, AAA finally announced the complete line-up for TripleMania XV on 7/15 at El Toreo in Naucalpan.

The main event will be a six-man in a cage match with Los Hell Brothers vs. The Foreign Legion, featuring Cibernetico & Chessman & Charly Manson vs. Mesias & Kenzo Suzuki & Sean Waltman with the last man left in the cage getting his head shaved.

The semifinal will be Latin Lover & La Parka & Zorro and a mystery wrestler vs. Head Hunter A & Ron Killings & Sabu and a mystery wrestler.

The show ill open with the frequent big show opener of the male wrestler, female wrestler, mini and transvestite teams with Oriental & Cinthia Moreno & Octagoncito & Pimpinela Escarlata vs. Alfa & Fabi Apache & Mini Abismo Negro & Cassandro. That is followed by a match for the AAA tag team titles with Cuervo & Ozz vs. Crazy Boy & Joe Lider in a ladder match. Juventud Guerrera, with Octagon in his corner, faces father Fuerza Guerrera, with Sangre Chicana in his corner, in a street fight that obviously builds to a tag team feud. They also have a parejas increibles gimmick with Laredo Kid & Super Calo vs. Super Fly & Gran Apache. Sexy Star will be in Kid & Calo's corner while Fabi Apache will be in the other corner. Laredo Kid & Super Fly are a usual tag team as part of a group called La Fuerza Aerea. Calo & Gran Apache are also a usual team. The other bout is Alebrije & Brazo de Plata & Elegido0 vs. Alan Stone & Scorpio Jr. & Zumbido.

The most likely mystery wrestler on the foreign legion team is Rikishi. He, Black Pearl and Amy "Lita" Dumas are all scheduled for the show. Dumas' band,"The Luchagores," play at the beginning of the show. But she was not listed in the line-up announced this week. El Hijo del Santo had been talked with about being the surprise partner on the face side in that match, but it looks like this isn't happening as the two sides haven't been able to agree terms.

An interesting note in regard to negotiations with Van Dam and Dumas was how both expressed so strongly being burned out on wrestling. Dumas has been doing appearances at UWF shows but not wrestling itself. Van Dam has been doing nothing nor does he have any plans of doing anything for the time being.
*********************************************************

There are a lot of things we can learn about the business today by the 6/22 Elite XC/Strikeforce combined PPV show at the HP Pavilion in San Jose.

It was a contender for show of the year, a night of spectacular matches and even more spectacular crowd reactions. It looked to be a situation going in where it would be impossible for the main event to live up to its hype, but in the end, it exceeded it.

In the end, two guys who had no business on that day fighting inside a cage because of their injuries put on one of the best matches on the year, and one of the two hottest matches ever in U.S. MMA history–the Frank Shamrock vs. Phil Baroni advertised grudge match of the year.

We don't have any PPV numbers, but I can't imagine this would be very impressive. The show didn't have nearly the national hype that the show at the Los Angeles Coliseum did three weeks earlier, and that show is currently estimated to be doing around 30,000 buys.

As a live event, it was the second most successful non-UFC or Pride show ever in the U.S., with 10,325 fans, which was 8,584 paid, 1,088 comps and 653 in the luxury boxes, for a gate of $721,210. Still, given the main event, the track record of Strikeforce shows in San Jose, and that 15 months ago they sold out the same HP Pavilion and turned thousands away, the numbers had to be disappointing. They were hoping for 14,000 paid when the show was announced, and barely did half that.

We don't have the rating at press time, but the show was the highest rated MMA show that wasn't a UFC event in the history of U.S. television. Even on a one-week delay and with multiple airings, first airing did a 1.71 rating and 410,000 viewers. It's just under double of what Showtime normally would do for a special in that time slot, and nearly double what the replay of the 6/2 show with bigger national names like Brock Lesnar and Royce Gracie, which also had more promotion, did (1.07 rating and 240,000 viewers). It establishes Shamrock as the star for the promotion, because the two shows he headlined (1.71 and 1.62) greatly outdrew the two shows that he didn't (1.07 and 0.75). The show did a 1.20 in Males 18-24, 2.45 in Males 25-34 and 1.60 in Males 35-49.

The key is that the business of this show tells us that no matter how much people think technology is changing, and it is, you still can't promote a national show without national television on a relatively strong station. FSN, because of low ratings, and Showtime, because such a small percentage of the country subscribes to the station, simply aren't strong enough platforms. Spike obviously is. I would doubt you will ever get two fighters themselves doing a better job of hyping a match.

They did promote the first local show without television, but there was a buzz in this city for the first show that is hard to explain, like when an underdog team keeps advancing in the playoffs. The last week before the first show had tons of mainstream media and average person on the street talk stemming from it. The

first show was loaded with rich people in their 20s and 30s and made-up women, and while this audience had elements of it, it was not as prevalent, and the percentage of the crowd looking like shorter Travis Tomko's had increased.

This show had no buzz in the community, and those who attended were largely fight fans. The first show was filled with people who were attending because it was the hot thing to do in the city, and the first sanctioned MMA show ever in California got media attention far and wide. Aside from the local *San Jose Mercury*, no major paper staffed the show nor previewed it. In the last week before the show, of the major market stations, only the San Jose-based NBC affiliate (and none of the San Francisco major stations) did any kind of preview coverage. So much of that first show drew because of the novelty. However, this show also didn't draw all that much more paid than the December show, which was a weak card with the second straight disappointing main event. Did the weak main events turn people off, since this is a high ticket price event? Did the higher ticket prices turn people off? Hard to say, because there were plenty of $50 tickets in the upper deck unsold and the expensive seats were all sold. The people who were there were hotter for the main event and show in general than the first show, and by a big margin. The disappointing draw was a total lack of the interest crossing over to the general fan, since it didn't get the mainstream sports coverage, and the best hype was in places the average local sports fan would never come across it.

It showed that trying to use the reaction on MMA web sites as a lightning rod for what the fans are thinking and marketing in that direction is like chasing fool's gold (very similar to doing the same with pro wrestling, and I'm guessing many other forms of entertainment). Like last year, when most (not all, but the vast majority) MMA reporters and every MMA web site constantly talked about how nobody wanted to see Tito Ortiz vs. Ken Shamrock, both times, as it did record business each time, in this case, reading the MMA web sites would tell you that Baroni would destroy Shamrock, Shamrock was a fraud, and that Shamrock was the most hated fighter in the country. Granted, the show was in San Jose and I didn't expect more than 15% of the fans to boo him in a worst case scenario, but nobody did. I mean, if it was 1% of the crowd, I couldn't even find that, and I was looking hard to find someone. Someone had to be there, but it was amazing the dichotomy between the public audience of the sport and the paying audience. Not that the same isn't the case in pro wrestling, but there you at least get your 10% that is noticeable at the live events and far more at the major events.

In December, when Shamrock came out to promote the fight, he really did get 10-15% boos (exaggerated to reports he was booed out of the building in his home town).

However, for all the great promos, and there was no match in pro wrestling or MMA that had better promos dating back to the heyday of The Rock vs. Steve Austin, they were either on the internet, or on a tremendous Showtime preview show that almost nobody saw. All things considered, doing the live business they did for a promotion with no local or national television (aside from those specials) is good, but this same level of promotion if had been on Spike TV for UFC with these same personalities would have done 750,000 buys. Baroni did awesome promos and Shamrock is the best marketer/fighter in the sport.

The fight was everything you wouldn't have expected it to be. First, there was no way to live up to those promos. Shamrock was supposed to not be able to stand with Baroni, yet he was killing him standing early, and this is the same Baroni who on his feet destroyed people like Yuki Kondo, Ryo Chonan and Ikuhisa Minowa, and really Matt Lindland (who beat Baroni twice, but Lindland did all his damage on the ground after scoring takedowns). Baroni was the one with suspect cardio, but in the second round, Baroni started tagging Shamrock, who had no cardio because the knee injury didn't allow him to train for cardio the last two weeks. The one thing that was expected is when they were on the ground, Shamrock was far superior. As far as when the chips were down, both had their bodies wrecked and their faces messed up, and were struggling for air, while Shamrock was the winner, in the end, they were both winners. Well, at least until the steroid test came back.

Shamrock came in with a serious knee injury suffered on 6/11, while training with Dan Henderson's camp, and was thrown twice judo style by Rameau Thierry Sokoudjou. The verdict coming in was both a torn MCL as well as a completely blown ACL, either torn, or non-existent. Shamrock was actually in a motorized cart while shopping in the days before the match, and unable to walk without heavily limping after the fight when the adrenaline rush wore off. While Shamrock said he never considered pulling out, although that would have been the only logical thing to do with that injury at that point (although it should be noted that others have fought with the same injury, although I don't know if they had 11 days after suffering it), others close to the situation admit they weren't sure he'd be able to fight until he showed up at the press conference. Baroni was hurt as well coming in, and then tore his groin off the bone very quickly into the fight. Baroni's woes got worse, as he may need surgery (the first doctor he saw said he needed surgery to repair the tear, which would keep him out of action for months), but at this point time down for surgery  is a moot point since he tested positive for

steroids.

Baroni's pre-fight steroid test shows both Boldenone (Equipoise) and Stanazolol (Winstrol V), two anabolic steroids, in his pre-fight test. He's since been suspended for one year and fined $2,500 (the maximum allowed by the state at this point, when the laws change, steroid positives for a fighter with a high paycheck will be increased significantly).

While not every fighter uses steroids, because you know when you are being tested, the usual m.o. is to use certain steroids to allow harder training and more strength building, get off of the stuff like Winstrol or Equipoise long enough before your fight so they can clear your system, and then use a testosterone derivative that clears quickly in the latter stages of training. Obviously, by the number of positives, a significant number of MMA fighters aren't nearly as sophisticated at doing this as athletes in track or other sports with long histories of testing. Carter Williams also failed a test for cocaine, and was suspended for six months and fined $1,000. Cocaine metabolites only stay in ones system for a very short period of time, so to fail when you know the day you are being tested for that drug is an even worse sign that it appears to be.

Had either Baroni or Williams won their fight, the decision would not have been overturned as California doesn't yet have the legal power to do so.

To me, the show put EXC on the map as far as ability to produce a great show, even though the main event, Le and the San Jose atmosphere were really all from promotional partner, Strikeforce.  But without regular television, and Showtime isn't enough, I don't know what it means. They did come out of it as the No. 2 promotion in North America, but it's an extremely distant No. 2. I'd rate the show slightly short of the 2/24 Pride show in Las Vegas.

Announcer Mauro Ranallo stated several times that for crowd heat that it beat anything he ever saw from Pride and was on par only with the Randy Couture vs. Tim Sylvia in Columbus, OH.  Of the reporters who attended both events, the general feeling was similar, that the Shamrock-Baroni heat was about equal to Couture-Sylvia, but that the heat for the overall show in San Jose was better.

So the lesson is, all that promo work did mean something to the people who actually bought tickets, although having two great personalities meant as much.  They saw it as the local guy from San Jose against the New York Badass, total face vs. heel (Baroni was booed as much as anyone you would ever see that wasn't out there stinking up a show), even though Shamrock played the role of a cocky fighter.

EXC is claiming they are planning on running one show per month, although no official next date for a major show (9/1 is tentative) was announced, nor have any matches even been hinted. Strikeforce and EXC have one show left on their legal settlement in a lawsuit revolving around Frank Shamrock's match with Renzo Gracie in the company's debut event, which last we heard was planned for November. During the broadcast, the announcers were talking about Shamrock vs. Cung Le, a San Jose fighter of equal popularity and an even more spectacular ring style. However, EXC promoter Gary Shaw, who had never seen Le fight until that night, bristled at the suggestion. He, with largely a background of decades in boxing, kept talking about how he sees Le as one of the most marketable fighters he's ever seen. To Shaw, Le is a 22-year-old fighter who he just discovered who has a style that would make him a superstar. But the reality is, Le is 35, he started MMA barely a year ago, and has had numerous injuries and is heavily working against the clock. He put on a spectacular show, but there are limitations when it comes to him against top level competition.

Shamrock, who was talking arthroscopic knee surgery to see the extent of the damage, and if he gets an ACL replacement, that would put him on the shelf for as long as eight months, had the names Renzo Gracie and Ken Shamrock as the opponents he was most interested in fighting.  With his contract for his next fight increasing to $300,000 plus a PPV percentage (for this fight he earned $200,000 plus a PPV percentage), and at 34, he faces some interesting questions. Shamrock has a six-fight deal with EXC, with four remaining. He has spoken of wanting to do the fights as quickly as possible, both because he doesn't want to have time to get out of shape between fights, and also because he doesn't want to be too old when the last two fights, at $400,000 each, take place. If he does well, he could get a new contract, likely at the same or bigger rate, and if he doesn't, then he could retire.

His post-fight press conference was almost surreal, because it showed two different worlds. The people asking him questions were for the most part asking about a potential showdown with Matt Lindland. Shamrock, who said there are tough guys in gyms everywhere that people don't know about, said Lindland was super tough, but he was there to do fights that would draw and have a story behind them.  Lindland doesn't have the name that would sell tickets, even though Lindland is one of the better promo guys and some see him as the No. 1 fighter in the world at middleweight (I wouldn't agree with that assessment, but I would believe he could on any given day beat anyone).

The fact is, the only fight EXC can put on right now that has a chance of drawing, crossing over and building the company with its lack of TV, even this

would be difficult, is Ken vs. Frank. Now if they get a reality show similar to Ultimate Fighter, on a network stronger than Showtime, and Ken vs. Frank as coaches or some other type of adversarial role and it builds to the big match, it is possible they could do substantial business. But nothing is guaranteed because as of yet, nothing without the UFC branding has ever done significant PPV business. But that fight, even though Ken would be 44 and has been washed up for years and even with the size edge for Ken, appears at this point to be a mismatch, it does have a great back story. While it would likely draw huge in San Jose, there becomes a question of California allowing it, since California turned down both Maurice Smith and Marco Ruas fighting due to age.

Both can talk, and nobody has ever seen brothers, even if they are adopted brothers, go at it. Both are very willing to do the fight. With the right exposure, this could be like the first Ortiz vs. Ken Shamrock match as far as giving promoters a sign that somewhere down the road this is a viable enterprise. Frank vs. Renzo would at best do the same business this show did. They also have their back story stemming from the last fight, where half the world thinks Renzo owned Shamrock and he took the easy way out getting DQ'd, and the other half thinks Shamrock was doing more damage and had it played out, would have won via knockout late in the fight. Renzo, while he posses the name to do Shamrock vs. Gracie to continue the family feud, doesn't pose the one punch knockout power. It was funny watching reporters tell Shamrock that because he is a draw, he doesn't need the other guy to be a draw.

The show almost had a legendary moment, equivalent to the legend (which, while part of baseball history, is very much questioned as to whether it happened) of the night Babe Ruth called his shot. About 2:00 into the fight, Shamrock started taunting Baroni, then made a "go to sleep" motion, and a split-second later, threw a devastating right that knocked Baroni down hard, and could have ended the fight. But in fact, it didn't. Shamrock went for a guillotine, but Baroni escaped. Shamrock then started throwing punches, including an illegal blow to the back of the head. Ref Steve Mazzagatti stopped it, gave Shamrock a one point penalty, and in the break-up of the action, Baroni had gotten a reprieve from a bad position and some badly needed rest, and thus was able to hang on for the rest of the round.

The 14-match show, which lasted about six hours, was actually two shows in one, a full live internet show on the Proelite.com web site, followed by a PPV event.

1. Seth Kleinbeck (7-3) beat Sam Spengler (4-1) in 2:55 of the second round when ref Herb Dean stopped the fight due to punches on the ground.

2. Chris Cariaso (4-0) beat Anthony Figueroa (2-1) via decision on scores of 30-27, 30-27 and 29-28 in a 135-pound weight class fight. This was an entertaining fight and those who were there (it was about 5 p.m. and only a few hundred fans had arrived by this point) gave both men a nice ovation.

3. Rex Richards (4-0) beat Ray Seraille (6-8) in :34. Richards, having trimmed down to 305 ½ pounds from the 317 he weighed in December, is a former lineman with the San Jose Sabercats. He's actually solid on the ground, but in this fight, he just overwhelemed Seraille, a late replacement, with arm punches standing. Richards clocked him with a right to the jaw and Seraille went down and you could see he wanted out. Richards got $5,000 for the win ($2,000 to show, $2,000 to win and a $1,000 bonus for a clean finish) and Seraille got $4,000 for the loss.

4. :Luke Stewart (3-0) beat Jason Von Flue (12-8-1) with punches on the ground at 2:17 of the third round. Von Flue, who was in the second season of Ultimate Fighter, has some nasty scar tissue on his forehead from his December main event in San Jose against Cung Le. Stewart scored three takedowns in the first round, but really did no damage on the ground, so he won the round close. Second round saw Stewart take Von Flue down and press him up against the cage. He got Von Flue's back and was going for a choke when the round ended. He continued domination in round three, with another takedown, and this tie did damage with punches. Von Flue was taking punch after punch, and was busted open under the left eye. The punches themselves weren't devastating, and many were being blocked, but Von Flue was unable to escape the position. He was being pounded and not moving for a long time before it was stopped. Stewart got $10,000 for the win and Von Flue got $10,000 for the loss.

5. Mike Pyle (14-4-1) beat Aaron Wetherspoon (5-2) via unanimous decision on scores of 30-27, 29-27 and 30-27 in the Internet broadcast main event. Pyle got a first round takedown and scored with punches to the face on the ground early. Wetherspoon got up and avoided a second takedown attempt. Pyle hit a nice spin kick, but Wetherspoon scored with good punches later. Still, it was Pyle's round. Pyle came out throwing kicks that were blocked and Wetherspoon's punches early were more damaging and he was moving forward. They traded. Close round and obviously judges saw it for Pyle but I had it tight for Wetherspoon. Pyle scored in round three with a knee to the body and a punch, and Wetherspoon by this point was bleeding from the nose. Pyle got a takedown, did some ground and pound, with some punches to the face that connected and solid elbows to the face, leaving Wetherspoon's face a mess. Good fight. Pyle got $20,000 for the win and Wetherspoon got $4,000 for the loss.

6. Nik Theotikos (4-0) beat Nikk Covert (2-4) in a match that took place between the Internet show and PPV. Theotikos knocked Covert out badly with punches. Covert didn't move for a while, and ended up with a neck brace being put on and he was carried out on a stretcher. Word later in the night was e was okay.

7. Edson Berto (11-3-1) beat Victor Valenzuela (5-2-2) in :47. Berto is the son of Dieusuel "Haiti Kid Berto," an 80s pro wrestling star with Championship Wrestling from Florida who later became a regular in Japan with the first UWF and PWG, and also fought in the early days of MMA in the 90s. His brother, Andre Berto, is a well known boxer. He is the most popular fighter on the local Florida MMA scene. Berto was a late replacement for the famed Charles "Krazy Horse" Bennett, who was arrested for battery and tampering with a witness about a week before the fight and put in jail in Ocala, FL, his home town. Gary Shaw, two days before the show, said they were doing everything they could to get him out of jail for the show. They got him out the day before, with almost no time to spare to make a flight to San Jose. However, after being released, he hit traffic and missed his flight. Bennett was at the show and after Berto won, they did some challenges back-and-forth, but for some reason, not only did that not air on PPV, but Bennett's being there and at ringside was never acknowledged. Match itself saw Berto take Valenzuela down and get him to submit to a heel hook. Funniest part was that a minute earlier, Bill Goldberg said that Valenzuela needs to watch out for the heel hook. This is a case where the replacement was actually a higher level fighter than the original. Berto got $14,000 for the win and Valenzuela got $4,000 for the loss.

8. Paul Buentello (23-9) beat Carter Williams (3-2) in :10 of round two. Williams came in at 265 pounds, which is way too heavy for him. Buentello got a huge superstar reaction with a Mariachi band playing. Rapper Rich Boy came out and rapped Williams' ring entrance. Williams, a few years ago, was on the verge of being the country's dominant heavyweight kickboxer, but after winning a K-1 Grand Prix tournament in Las Vegas at 22, he's went straight downhill, gaining weight and developing a party reputation. He switched to MMA. In a surprise, it was Williams who took the fight to the ground immediately and was throwing punches. Buentello got to his feet. The rest of the round saw Williams go for takedowns, as Buentello was out striking him with punches and hard knees. Buentello twice went for guillotines. They traded more punches at the end with Williams landing the best punch late. Crowd loved the first round. At the start of round two, Buentello scored with two uppercuts and Williams was finished. Buentello got $50,000 for the win and Williams got $20,000 (before the $1,000 fine) for the loss. That payday answers the question as to why Buentello is not in UFC any longer, even though he only lost once (to Andrei Arlovski), as when his contract expired, Strikeforce made him a big offer and UFC declined to match it.

9. Murilo Ninja Rua (14-7-1) beat Joe Villasenor (23-6) in a match to determine the first EliteXC middleweight champion, winning in 1:05 of the second round. There was a lot to be learned here as with the exception of Shamrock, Ninja, a big star in Pride who has fought all the top guys and his record is completely misleading would have been the biggest MMA star on this card. Ninja's losses have been to Denis Kang (one of the best in the world at the weight), Quinton Jackson (a weight class up and it was a split decision that could have gone either way), Sergey Kharitonov (when Ninja made the mistake of fighting heavyweight and became the fat Ninja), Kevin Randleman (blood stoppage in a match Ninja was winning), Ricardo Arona (decision) and Dan Henderson (decision that easily could have gone the other way). Nobody knew him. I'd estimate 5% of the crowd reacted to him coming out. The fan base is for the local fighters and have no knowledge of Pride or even old UFC legends (when Oleg Taktarov came out at one show, nobody knew who he was either). Hot first round as Villasenor rocked Ninja with a punch, before Ninja took him down. Villasenor went for a guillotine, and used the move to get the top position and throw punches. Ninja went for a heel hook but Villasenor escaped. Villasenor rocked him with punches until Ninja connected with a knee. Ninja scored a takedown, got side mount, and was throwing elbows. After Villasenor got up, Ninja rocked him with a punch, scored another takedown, and was going for a Kimura as the round ended. Jay Glazer kept calling him "Shogun Rua" (which is his more famous brother). He wasn't the only one. The two look alike, and two days before the show, I got a few phone calls from people all excited because they saw Shogun in town, when it was actually the brother. Second round saw Ninja and Villasenor trade punches, but Villasenor was starting to fade. Still, he came back with a big punch. At this point it was two guys throwing wild punches, and Ninja connected with the telling blow and it was over. Even though nobody cared about this fight coming in, they loved it and gave it a huge ovation. This would have easily been fight of the night on 90% of MMA shows. Ninja got $50,000 for the win and Villasenor got $15,000 for the loss.

10. Josh Thompson (12-2) beat Nicholas Gonzalez (12-4) in 1:42. Tons of Thompson T-shirts in the crowd, but that's because they were given away. Thompson got the second biggest reaction behind Buentello when he came out. Gonzalez has the unique story of applying and being turned down for both The Ultimate Fighter and for the boxing reality show The Contender. He has done some

9

pro boxing. but Thompson was clearly in a different league, as he was able to show off standing with his multi-pronged attack against just boxing. Thompson took Gonzalez down, got his back, and stayed there until he sunk the choke in. Thompson got $20,000 for the win and Gonzalez got $4,000 for the loss.

11. Cung Le (4-0) beat Tony Fryklund (14-9) via knockout in :25 of round three. Le got a "Rock" level reaction coming out (my notes at the time said he got the same level reaction as Chuck Liddell did at the 5/26 UFC in Vegas), with Vietnamese flags flying all over the building. His people passed them out, so it wasn't like thousands of people came bringing them. By turning down the crowd noise in production, I believe so the music would be very much background, they lost much of the crowd atmosphere. This was just the Le one-man show. Fryklund's goal was to take Le down and use ground and pound, but Le threw him off like it was nothing. Le threw all kinds of kicks that you only see in movie fights to the point it looked more like a martial arts exhibition than a fight, except the kicks were landing full force. Fryklund threw the scariest spinning backfist ever, but Le ducked it. Le put him down in the first round with a punch and heat was unreal. Le used a side kick, high kick, crescent kick, another crescent kick, another side kick and it was looking for like a move than a fight. Le was tired by the second round but was just too quick and continued to pick Fryklund apart including several hard body kicks that Fryklund was clearly hurt by. Fryklund hit some good flurries twice, but then Le made him wince with a hard low kick. By the end of round two, Le had connected with 56 kicks. Le came out in round three with a side kick, a punch to the head, a hard knee to the head and an overhand right to finish things off. Spectacular fight for fans, even if it was more one flashy kick after another as opposed to a war between evenly-matched opponents. Le got $45,000 for the win and Fryklund got $8,000 for the loss.

12. Frank Shamrock (24-8-2) beat Phil Baroni (10-8) in 4:00 of the second round to become the first Strikeforce middleweight champion. I thought it was hilarious after the match when people tried to say it meant nothing because Baroni was a .500 fighter. If you look at his record, he had two close losses to Lindland, both by decision. He did get guillotined by Pete Sell late in a fight he was winning, but in 17 previous fights, most against good opposition, it was the only time he had been stopped legitimately (he was stopped by Evan Tanner but that was a premature decision based on a ref who thought he was verbally submitting when he was actually doing the opposite). Baroni, who had talked so much smack and ended up terribly frustrated in his highest-profile fight and one he was sure he was winning, when asked how Shamrock today compared with the best fighters in the world, said Lindland never came close to stopping him, and "He is as he's advertised." The tension as this fight started was gigantic compared to the Le fight. If Le was The Rock as far as reaction, Shamrock was Stone Cold. Everyone was standing, and this was just during the ring introductions. Baroni tried to overwhelm Shamrock early, but shamrock danced away. After a low kick, Baroni got a takedown. Stylistically, as good as Shamrock looked in this fight, his style looks susceptible to anyone with decent level takedowns and strong control on the ground, and submission awareness. Baroni had the takedown ability but not the control, and his submission avoidance is not top level. As they were on the ground and Shamrock worked for an armbar, Baroni wanted up. They traded, with Shamrock quicker on the draw, and surprisingly, also hitting harder. Shamrock made the motion of "You're going to sleep," and then connected with a perfect right that put Baroni down and left him stunned. Shamrock went for a guillotine, but Baroni wasn't tapping. He let go and started throwing punches, but when one hit the back of the head (and it wasn't a questionable call), after his rep from his last fight, Steve Mazzagatti wasn't giving any leeway and broke things up, getting Baroni out of bad trouble, and took a point away from Shamrock. Baroni was able to take Shamrock down, but Shamrock was more active from the bottom. Shamrock was killing him with punches late in the round, got Baroni's back and was pounding him with punches against the cage. Baroni escaped, but was barely hanging on when the round ended. This was the hottest crowd I'd ever seen at a fight. Both guys were dead going into the second round. Baroni started hurting Shamrock with punches. Shamrock then came back with some punches of his own. Baroni scored with a knee and good body shot but then Shamrock came back with jabs. Baroni hurt him and was starting to wind the stand-up battle, but then Shamrock came right back with punches and knees. Match ended when Baroni went for a takedown, but Shamrock sprawled, got Baroni's back and started punching. He then went for the choke and put Baroni out. Baroni refused to tap and passed out. An incredible fight. Shamrock got a $200,000 base for the win, but also had a percentage of the gate and PPV. Baroni got $100,000 (not including his $2,500 fine for the drug test) for the loss.

13. Paul Daley (14-6-2) beat Duane Ludwig (15-7) in :42 of the second round. Crowd was completely spent by this point so this came across like a nothing fight, but it was actually good. Daley was trying to get it to the ground but Ludwig did a good job keeping it standing. During the second round, Daley came out with a good flurry, including a kick to the body, a punch that was the telling blow, and it was stopped after punches on the ground. Daley got $12,000 for the win and

Ludwig got $15,000 for the loss.

14. David Smith (3-1) beat Sean Bassett (0-4) via second round knockout. The place had already emptied out by this point.

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

ECW on 7/3 did a 1.51 rating and 2.1 million viewers, still well above the usual average from the past few months. The show did a 1.22 in both Males 18-34 and 1.22 in Males 35-49.

The only details we have on Raw on 7/2 is it did a 3.72 rating on hours of 3.62 and 3.81. With all the public publicity, the rating was probably where it would have been expected to be under normal circumstances. What that means is either the pub didn't bring any curiosity viewers that normally don't watch, or if it did, that was offset by a similar number of regular viewers not watching. In two weeks, if the number stays steady, that would mean the former. If the number goes down, that would mean the latter.

IFL Battleground on 7/2 only did a 0.4 rating and 560,000 viewers, its worst rating for a first-run show on Monday. It's barely half of the 947,000 viewers the show had been averaging on Monday nights.

The 6/29 Smackdown show did a 2.4 rating on the fast nationals. It was fourth among the five networks, but it had the highest rating of the night in the 18-49 demo. The show did a 4.1 rating in the Hispanic demo, the highest in a while. With 1,042,000 Hispanic viewers out of about 4 million total viewers (we don't have a viewership total at press time), is was, by far, the most watched English language show among Spanish peaking households. The second place show, "So You Think You Can Dance," only had 716,000 Hispanic viewers.

TNA Impact on 6/26 did a 1.16 rating, which is among the highest in the history of the show. This was the program that aired Angle vs. Christian vs. Rhino for the TNA title as the only match and it took up almost the entire show. The match gained 323,000 viewers from start to finish, which for the limited audience TNA draws, is very good growth. Every segment increased from the prior segment. Unlike when WWE has presented long matches and the rating often dips, the TNA audience grew appreciably, particularly between the 15-30 minute mark of the match.

Unleashed that followed did a 1.01 rating, which is also strong for many times repeated programming. The second hour of Unleashed did a 0.95 rating, also strong from 11 p.m. to midnight.

The IFL replay on 6/23, going head-to-head with the UFC live show and the Showtime PPV show, did a 0.38 rating and 539,000 viewers, which is no lower than usual.

The latest Bodog Fight numbers we have are for the 6/19 first run show and the 6/23 replay. The first run show did a 0.17 rating and 197,000 viewers. The repeat going against UFC live and the Showtime PPV did a 0.16 and 199,000 viewers.

A replay of an old UFC special that aired on 6/22 did a 1.03 rating.

In Canada, Raw on 7/2 did 186,000 viewers (about a 2.3 rating), Smackdown on 6/29 did 104,000 viewers (about a 1.3, a terrible number) and ECW on 6/29 did 108,000 viewers (about a 0.6).

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

This is the first issue of the current four-issue set. If you've got a (1) on your address label, your Observer subscription expires in three weeks.

Renewal rates within the United States are $11 for four issues (which includes $4 for postage and handling), $20 for eight, $28 for 12, $36 for 16, $54 for 24, $72 for 32, up through $90 for 40 issues.

For Canada and Mexico, the rates are $12.50 for four issues (which includes $6 for postage and handling), $22 for eight, $32 for 12, $40 for 16, $60 for 24, $80 for 32, up through $100 for 40 issues.

For Europe, you can get the fastest delivery and best rates by sending to Moonsault, P.O. Box 3075, Barnet, Herts EN4 9YR, England, or by sending e-mail orders to moonsault@mediaplusint.com. Rates are £9 per set of four issues. U.K. readers ordering at least six sets can get them for £8.50 per set.

For the rest of the world, the rates are $14.50 for four issues (which includes $9 for postage and handling), $28 for eight, $40 for 12, $50 for 16, $63 for 20, $76 for 24, $87.50 for 28 up through $125 for 40 issues.

All subscription renewals should be sent to the Wrestling Observer Newsletter, P.O. Box 1228, Campbell, CA 95009-1228. You can also renew via Visa or MasterCard by sending your name, address, phone number, Visa or MasterCard number and expiration date to Dave@wrestlingobserver.com or by fax to (408)244-3402. You can also renew at www.paypal.com using Dave@wrestlingobserver.com as the pay to address. For all credit card or paypal orders, please add a $1 processing fee.

All letters to the editor, reports from live shows and any other correspondence pertaining to this publication should also be sent to the above address.

We also have copies of our latest book, "Tributes II," a 293-page hardcover full color book which features biographies right out of the pages of the Observer. Those featured are Wahoo McDaniel, Lou Thesz, Miss Elizabeth, Freddie Blassie, Road Warrior Hawk, Andre the Giant, Curt Hennig, Johnny Valentine, Davey Boy Smith, Terry Gordy, Owen Hart, Stu Hart, Gorilla Monsoon, The Sheik and Tim Woods. The book is available for $12.95 plus $3.50 for postage and handling in the U.S., $10 for postage and handling in Canada and $12 for postage and handling for the rest of the world.

This publication is copyright material and no portion of the Observer may be reprinted without the expressed consent of publisher/writer Dave Meltzer or deputy managing editor Scott Williams.

Fax messages can be sent to the Observer 24 hours a day at (408)244-3402. Phone messages can be left 24 hours a day at (408)244-2455. E-mails can be sent to Dave@wrestlingobserver.com.

For back issues of the Observer, the "Wrestling Observer Index" lists almost every issue in our history going back more than 20 years with the major headlines by the week. Besides as a guide for ordering back issues, the Index is also a great way to keep a catalog of past issues and use for historical purposes. It is available for $18 from Grant Zwarych, 151 Hart Ave., Peterborough, ON K9J 5C5 Canada. Virtually every back issue from 1982-91 is available from him at prices listed, plus $5 for postage for overseas orders. Issues from 1991 to present are available from us at $4 per issue. If you are ordering back issues from us, please denote back issues on the envelope to insure the quickest response. All payments to Grant or to us must be made in U.S. funds.

Grant has a special covering the year 1989. You can get all 51 issues from that year, which is 454 pages, for $235 in the U.S. and Canada or $385 for the rest of the world. It would be a $20 savings off the regular price for U.S. and Canada and a $23 savings for overseas. Among the news in that incredible year was coverage of the entire Flair vs. Steamboat and Flair vs. Funk feuds, which have gone down in history as one of the best years of title matches in history. In addition, there is coverage of New Japan making a deal with the former Soviet Union for amateur wrestling stars which led to the first Tokyo Dome event. It includes Jerry Lawler being stripped of the AWA title during the AWA/Jarrett split, George Scott's run as booker, Vince McMahon and Ted Turner go head-to-head, the Jose Gonzales murder trial, All Japan promotes in Kansas City, Vince McMahon admits publicly that wrestling is fake, Tony Schiavone goes to WWF, Mildred Burke passes away, Lance Russell leaves Memphis for NWA, Paul Boesch passes away, full coverage of Wrestlemania V, Cornette & Midnight Express quit NWA, Chigusa Nagayo retires, WWF fires Nick Bockwinkel and Pedro Morales, Zeus debuts for planned role as Hogan top adversary, NWA fires Barry Windham, First pro wrestling event at the Tokyo Dome, Dynamite Kid vs. Davy Boy Smith feud, Roddy Piper returns to WWF, Jake Roberts arrested, Dusty Rhodes goes to WWF, No Holds Barred the movie, John Studd quits WWF, Barry Windham signs with WWF, Owen Hart quits WWF, Lou Thesz trains Koji Kitao, Antonio Inoki runs for the Senate and retires from wrestling, 100 most famous matches in Japan, Leon Spinks debuts as pro wrestler, Jake Roberts arrested again, Negotiations for Tyson vs. Bigelow, Ricky Steamboat leaves NWA after famous run, Lioness Asuka retires, Atsushi Onita forms FMW, Flair named NWA booker, Jushin Liger gimmick created, Andre the Giant arrested, Jesse Ventura gets NFL commentary job, Ultimate Warrior wins IC title, Art Barr arrested, ESPN negotiates with Stampede Wrestling, Paul Heyman fired by NWA, Arn Anderson & Tully Blanchard quit NWA, Antonio Inoki stabbed, Joey Marella auto accident, Lia Maivia extortion trial, UWF draws one of largest gates in history, NWA signs Giant Gonzalez, New Japan announces show in Red China, and Haystacks Calhoun passes away.

He also has re-issues of some of the most popular Wrestling Observer publications of the past. He has the 1983, 1984, 1986, 1987, 1988, 1989 and 1990 Observer yearbooks and the 1986 Wrestling Observer's Who's Who in Wrestling book. For more info you can e-mail grantsindex@nexicom.net.

## RESULTS

**6/26 San Antonio (WWE Smackdown/ECW tapings):** Ric Flair b Carlito, Matt Hardy b Lance Cade, Chavo Guerrero won three-way over Funaki and Jamie Noble to keep cruiserweight title, Deuce & Domino b Cryme Tyme, Non-title: Kane b MVP, Mickie James b Victoria, Great Khali b Eugene, Non-title: Batista b Edge, Non-title: John Cena b Johnny Nitro, 2/3 falls: C.M. Punk b Elijah Burke

**6/26 Ibaragi (All Japan - 1,100):** Nobutaka Araya & Hawaiian Lion b Kikutaro & Phil Atlas, El Nosawa Mendoza b Ryuji Hijikata, Dick Togo d AKIRA, Satoshi Kojima b Seiya Sanada., Taru & Suwama b Minoru Suzuki & Mazada, Miguel Hayashi Jr. b Yasshi, Pepe Michinoku b Shuji Kondo, Keiji Muto & Taiyo Kea & Chris Sabin b T-28 & Kensuke Sasaki & Katsuhiko Nakajima

**6/28 Yokohama Arena (K-1 Max World Grand Prix first round - 12,628):** Tetsuji b Andy Ologun, Takayuki Kohiruimaki b Tsogto Amara, Arture Kyshecko b Su Hwan Lee, Michael Zambidis b Drago, Yoshihiro Sato b Denis Schreidmiller, Andy Souwer b Ole Laursen, Michael Kraus b Virgil Kalakoda, Buakaw Por Pramuk b Nieky Holtzken, Masato b J.Z. Calvan

**6/29 Mexico City Arena Mexico (CMLL TV tapings - 12,500):** Metalico & Fabian el Gitano b Apocalipsis & Hooligan, Dark Angel & Luna Magica & Diana la Cazadora b Raven Hiroka & Mima Shimoda & Amapola, La Gran Alternativa tournament: Mistico & La Sombra b Heavy Metal & Super Nova, Dr. Wagner Jr. & Mascara Purpura b Negro Casas & Stuka Jr., Ultimo Guerrero & Euforia b Villano V & Super Comando, Dos Caras Jr. & Valiente b Marco Corleone & Flash, Mistico & La Sombra b Wagner Jr. & La Mascara, Ultimo Guerrero & Euforia b Dos Caras Jr. & Valiente, Mistico & La Sombra b Ultimo Guerrero & Euforia, Blue Panther b Lizmark Jr.-DQ

**6/29 Niigata (All Japan - 2,400):** Joe Doering & T-28 & Kikutaro b Nobutaka Araya & Pepe Michinoku & Miguel Hayashi Jr., Yasshi b AKIRA, Ryuji Hijikata b Katsuhiko Nakajima, Satoshi Kojima b Seiya Sanada, Hawaiian Lion & Taiyo Kea b Suwama & Taru-DQ, Shuji Kondo b El Nosawa Mendoza-DQ, Chris Sabin b Dick Togo, Keiji Muto & Kensuke Sasaki b Mazada & Minoru Suzuki

**6/30 Baton Rouge (WWE Raw):** William Regal b Super Crazy, Lance Cade b Paul London, Cody Rhodes b Daivari, IC title: Santino Marella b Carlito, Mickie James b Melina, Jeff Hardy b Snitsky, Bobby Lashley b Umaga, WWE title: John Cena b Randy Orton

**6/30 Tsukuba (Pro Wrestling NOAH - 1,600):** Kishin Kawabata & Kentaro Shiga b Junji Izumida & Masao Inoue, Takashi Sugiura & Takuma Sano b Tsutomu Hirayanagi & Mohammed Yone, Nigel McGuiness b Shuhei Taniguchi, Kotaro Suzuki won Battle Royal, Go Shiozaki & Akitoshi Saito b Tamon Honda & Tsuyoshi Kikuchi, Mitsuharu Misawa & Yoshinari Ogawa b Akira Taue & Mitsuo Momota, Jun Akiyama & Yoshinobu Kanemaru b Takeshi Morishima & Tamon Honda

**6/30 Louisville Six Flags (OVW - 800):** Jacob Duncan won Battle Royal, Beth Phoenix & Victoria Crawford b Katie Lea & Melody, Jake Hager & Steve Williams b Raul & Ramon, Roucka b ODB-DQ, Colt Cabana b Victor Kozlov, Tag titles: K.C. & Kassidy James b Brett & Brian Major to win titles, Bodyslam challenge: Antoni Polaski b Steve Lewington, Jay Bradley b Chett the Jett, Strap match: Cody Runnels b Shawn Spears, Idol Stevens b Carlito

**6/30 Tempe Terrace, FL (Florida Championship Wrestling):** Eric Perez b Dan Rodman, Keith Walker & Ryck Lon b Mike Knox & Derrick Neikirk, Nattie Neidhart b Shantelle Taylor, T.J. Wilson won three-way over Afa Anoai (Jr.) and G-Rilla, Kofi Kingston b Johnny Curtis, Southern title: Harry Smith b Shawn Osborne, Jim Duggan b Doink the Clown

**6/30 Doncaster, England (1PW - 900):** PWG title: El Generico b Jonny Storm, James Wallace b Bard Flash, Wallace b G-Man, Darkside b Ippei Ota, Doug Williams won four-way over Iceman, 2 Cold Scorpio and Takeshi Rikio, Darren Burridge b Delirious, Spud & Luke Phoenix won vacant tag titles in gauntlet over Mark Haskins & Harry Mills, Roughneck & Joseph Hayes, Mad Man Manson & Invisible Mad Man, Mark Sloan & Wade Fitzgerald and Andy Boy Simmonz and James Tighe, Stixx b ?, 1PW title: Ulf Hermann won over Doug Williams, Abyss and Sterling James Keenan

**7/1 Kobe (Dragon Gate PPV - 9,000 sellout):** Kennichiro Arai & Ape Kimata & Yuki Uno & Koji Shishido & Super Searon b Lupi Matsutani & Mck 2 & Super Shisa & Shisa Boy, Taku Iwasa & Akira Tozawa b Jack Evans & Yamato, Don Fujii b Tetsuhiro Kuroda, Dragon Kid & Anthony W. Mori b Gamma & Kinta Tomoaki-DQ, Take-Chan Man (Yuji Nagata) b Stalker Ichikawa, Yasushi Kanda b Genki Horiguchi, Int. jr. title: Ryo Saito & Susumu Yokosuka b Gedo & Jado to win titles, Koji Kanemoto b Masaaki Mochizuki, BxB Hulk & Cyber Kong & Shingo Takagi b Naruki Doi & Magnitude Kishiwada & Masato Yoshino, Open the Dragon Gate title: Cima b Jushin Liger to win title

**7/1 Bossier City, LA (WWE Raw):** Cody Rhodes b Carlito, Super Crazy b Daivari, Tag titles: Lance Cade & Trevor Murdoch b Paul London & Brian Kendrick, Mickie James b Melina, IC title: Santino Marella b William Regal, Jeff

Hardy b Snitsky, Bobby Lashley b Umaga, WWE title: John Cena b Randy Orton

7/1 **Yokohama Bunka Gym (All Japan - 3,300):** Yasshi b Kikutaro, Joe Doering & Hawaiian Lion b Nobutaka Araya & Nobukazu Hirai, Miguel Hayashi Jr. & Pepe Michinoku & El Nosawa Mendoza b Dick Togo & Mazada & Phil Atlas, AKIRA & Ryuji Hijikata b T-28 & Katsuhiko Nakajima, Jr. tournament finals: Chris Sabin b Shuji Kondo, Satoshi Kojima & Taru & Suwama b Kensuke Sasaki & Taiyo Kea & Seiya Sanada, Triple Crown: Minoru Suzuki b Keiji Muto

7/1 **Tokyo Differ Ariake (Pro Wrestling NOAH - 1,800 sellout):** Masao Inoue & Shuhei Taniguchi b Tsutomu Hirayanagi & Takashi Sugiura, Tamon Honda & Tsuyoshi Kikuchi b Junji Izumida & Mitsuo Momota, Nigel McGuiness b Kotaro Suzuki, Takeshi Morishima & Mohammed Yone & Makoto Hashi b Taiji Ishimori & KENTA & Takuma Sano, Rocky Romero & Atsushi Aoki b Davey Richards & Bryan Danielson, Kota Ibushi & Naomichi Marufuji b Mark & Jay Briscoe, Kishin Kawabata & Kentaro Shiga b Jun Akiyama & Yoshinobu Kanemaru, Akira Taue & Go Shiozaki & Akitoshi Saito b Mitsuharu Misawa & Yoshinari Ogawa & Ricky Marvin

7/1 **Sayama (New Japan Lock-up - 783):** Kuniyoshi Wada b Yusaku Obata, Kazushi Miyamoto b Takashi Uwano, Milano Collection A.T. & Hisamaru Tajima & Naoki Tanizaki b Taichi Ishikari & Tetsuya Naito & Yujiro, Manabu Nakanishi & Mitsuhide Hirasawa b Katsumasa Inoue & Daisuke Sekimoto, Riki Choshu & Naofumi Yamamoto b Shiro Koshinaka & Toru Yano, Gentaro & Kintaro Kanemura & Mammoth Sasaki b Tomoaki Honma & Tomohiro Ishii & Togi Makabe, Yano won Battle Royal

7/1 **Monterrey (AAA TV tapings - 7,200 sellout):** Aguila Extrema & The Mummy & Rey Imagen b Mercurio & Ramses & Rey Infernal, Angel Mortal & Mr. Condor & Gallego b Canibal & Hombre sin Miedo & Takeda, La Diabolica & Fabi Apache b Estrellita & Sexy Star, Alan & Alfa & Gran Apache & Super Calo b Aero Star & Laredo Kid & Pegasso & Super Fly, Street fight: Fuerza Guerrera b Juventud Guerrera, Charly Manson & Chessman & Zorro b Absimo Negro & Antifaz del Norte & Histeria, Cibernetico & Latin Lover & La Parka b Ron Killings & Kenzo Suzuki & Sean Waltman

7/1 **Mexico City Arena Coliseo (CMLL TV tapings - 3,700):** Trueno & Astro Boy b Zaiko & Carrona, El Satanico & Nosferatu & Euforia b Felino & La Mascara & Valiente, Fantasy & Shockercito & Bam Bam b Mini Mr. Aguila & Mini Halloween & Pequeno Damian 333, Heavy Metal & Alex Koslov & Volador Jr. b Atlantis & Olimpico & Sangre Azteca, Dos Caras Jr. & Marco Corleone & Rey Bucanero b Universo 2000 & Ultimo Guerrero & Tozcano

7/1 **Doncaster, England (1PW):** El Ligero won three-way over Delirious and Hombre Insanio, Iceman & El Ligero b Darkside & Stixx, Joel Redman & Mark Haskins b Ruffneck & Joey Hayes, Open weight title: Pac won over Doug Williams. El Generico and Jonny Storm, Spud & Luke Phoenix kept tag title in four-way over Takeshi Rikio & Ippei Ota, James Tighe & Andy Boy Simmonz and Mark Sloan & Wade Fitzgerald, Darren Burridge d 2 Cold Scorpio, 1PW title: Ulf Herman b Sterling James Keenan

7/2 **Dallas (WWE Raw/Smackdown/ECW TV tapings - 13,500 sellout):** Johnny Nitro b Tommy Dreamer, C.M. Punk b Kevin Thorn, Non-title: Matt Hardy b MVP, Chris Masters b Jimmy Wang Yang, Brett & Brian Major b Jeremy Young & Mike Foxx, Fit Finlay b Ric Flair, Chuck Palumbo b Kenny Dykstra, Eugene NC Deuce, Randy Orton b Jeff Hardy, Melina b Maria, IC title: Umaga b Santino Marella to win title, King Booker b Val Venis, Super Crazy b Mr. Kennedy, Carlito b Sandman-DQ, Bobby Lashley b Shelton Benjamin

7/2 **Orlando (TNA Impact tapings):** Team 3-D won three-way over Homicide & Hernandez and Christopher Daniels & A.J Styles to keep tag titles, Gail Kim won three-way over Ms. Brooks and Jackie Moore, Abyss b Lance Hoyt, Kaz won three-way over Martyr and Havok, Kurt Angle & Samoa Joe & Team 3-D b Christian Cage & A.J. Styles & Tomko & Robert Roode, James Storm b Senshi, Jay Lethal b Petey Williams

7/2 **Isezaki (Pro Wrestling NOAH - 1,150):** Atsushi Aoki & Rocky Romero b Akihiko Ito & Go Shiozaki, Kishin Kawabata & Kentaro Shiga b Mitsuo Momota & Junji Izumida, Mark & Jay Briscoe & Nigel McGuiness b Makoto Hashi & Takashi Sugiura & Takuma Sano, Akira Taue & Masao Inoue b Tsuyoshi Kikuchi & Tamón Honda, Takeshi Morishima & Mohammed Yone & Ricky Marvin b Taiji Ishimori & Akitoshi Saito & KENTA, Naomichi Marufuji & Kota Ibushi b Bryan Danielson & Davey Richards, Mitsuharu Misawa & Yoshinari Ogawa & Kotaro Suzuki b Jun Akiyama & Yoshinobu Kanemaru & Shuhei Taniguchi

7/3 **Chiba (Pro Wrestling NOAH - 1,400):** Tsuyoshi Kikuchi b Tsutomu Hirayanagi, Naomichi Marufuji & Kota Ibushe b Akihiko Ito & Makoto Hashi, Takuma Sano & Tamon Honda & Takashi Sugiura b Akitoshi Saito & Yoshinobu Kanemaru & Junji Izumida, GHC hardcore tag titles: Kishin Kawabata & Kentaro Shiga b Jun Akiyama & Shuhei Taniguchi, Mark & Jay Briscoe b Atsushi Aoki & Rocky Romero, Ricky Marvin & Kotaro Suzuki d Taiji Ishimori & KENTA 30:00, Mitsuharu Misawa & Yoshinari Ogawa & Masao Inoue b Davey Richards & Bryan Danielson & Nigel McGuinness

Special thanks to: Bryan Alvarez, Manuel J.R. Bergugnat, Paul Clay, Devin Cutting, Jonathan D'Antoni, David Farmer, Paul Fontaine, Greg Gabbard, Mike Giralico, Calixto Gonzales, Manuel Gonzalez, Brian Henke, Phil Jones, Steve Khan, Darren LeBlanc, Ron Lemieux, Kevin Lyon, Alex Marvez, Pedïtro Mazzara, Tyler McMurchy, Shane Noles, Leon Peters, John Pollock, Mark Privett, Jonathan Raines, Daniel Rerucha, Mike Rice, Mary Roddy, Raphael Saray, Mike Sawyer, Matt Schreiner, Jeff Sheridan, Steve "Dr. Lucha" Sims, Anthony Sullivan, Rich' Tate, Ivan Trembow, Troy Vaughn, Alan Wojcik, Khris Wolfe, Craig Wozniak, Arturo Zaldana, Kris Zellner, Asaf Zilka

· **CMLL:** Black Warrior was officially fired after two weeks straight of no-showing. . . The big angle on the 6/29 show at Arena Mexico was the heel turn of Dr. Wagner Jr. During the Gran Alternativa tournament, where a major star teams with an up-and-comer, in the semifinals, Wagner Jr. & La Mascara faced Mistico & La Sombra when Valiente and La Sombra were both eliminated, leaving only Mistico and Wagner Jr., Mistico pinned Wagner Jr. clean to win the match. Interestingly, the crowd was cheering for Wagner Jr., but Wagner Jr. went heel and challenged Mistico to a match next week. Mistico accepted, but the match isn't listed on the card. I was told it was a good 70% and it didn't matter who the opponent was, so he's back to getting the Cena treatment. Dr. Alfonso Morales, to try and cover for it in commentary because it was so loud, tried to say Arturo Rivera (the heel announcer) must have paid off the crowd. The tournament finals, before a crowd of 12,500 fans, saw Mistico & La Sombra beat Guerrero & Euforia. The idea of the tournament is that the young wrestler on the winning team, in this case La Sombra, becomes a new headliner. Sombra, at 17, is going to be the youngest pushed wrestler on Arena Mexico. The newspapers heavily praised his potential. In the main event, Blue Panther beat Lizmark Jr. Panther was beaten on the entire first fall, but came back to win with a figure four leglock. In the second fall, Hector Garza, El Terrible and Villano V all ran in to attack Panther for the DQ. . . The 7/6 show, going head-to-head with a WWE show at the Palacio de los Deportes, is being treated as almost a week off. Originally they were going to have Perro Aguayo Jr. return to fight WWE. Mistico & La Sombra & Negro Casas vs. Dr. Wagner Jr. & Ultimo Guerrero & Euphoria headlines, with Heavy Metal & Blue Panther && Sagrado vs. El Terrible & Villanos III & V as the semi. La Sombra will become the youngest wrestler ever to work a main event at Arena Mexico. . . They are teasing a build for Blue Panther vs. Lizmark Jr. in a mask vs. mask match as Panther issued a formal challenge in *Ovaciones*. . .Universo 2000 defends the CMLL world heavyweight title against Dos Caras Jr. on 7/8 at the Arena Coliseo TV tapings. This was set up when Caras Jr. & Marco Corleone & Rey Bucanero beat Universo & Ultimo Guerrero & Tozcano in the main event when Caras Jr. pinned Universo with his press-slam into a German suplex finisher. . . Ultimo Dragon is running a show at Arena Mexico the same day as a Toryumon taping for Japan, so you've got CMLL's regular schedule, the AAA TripleMania show next week, and the two WWE dates in Mexico City this week. Kensuke Sasaki and Katsuhiko Nakajima work the 7/8 Arena Mexico Toryumon show. Ultimo Dragon & Sasaki & Marco Corleone vs. Misterioso II & Sangre Azteca & Ultimo Guerrero headlines the show. . . El Hijo del Santo, who is on the outs with Paco Alonso, is aligning himself with boxer Erik Morales, who is one of Mexico's biggest celebrities, in a promotion called Union Mundial de Lucha Libre. Morales attended the debut show on 6/28 in Toluca, and has told Santo he would help him promote shows in the future. As has been noted here many times, Morales is the son-in-law of long-time Tijuana wrestling promote Benjamin Mora. . . Danger is wrestling on 7/3 in Guadalajara. That's his first booking on a CMLL show since his cell phone footage of Mistico without a mask became public. . . Mistico will have a regular role in the telenovela "Muchachitas Coo Tu." Mistico admitted that he's not an actor, but he is going to study acting, and that he hopes being on the show with his mask on will attract more fans to Lucha Libre. . . In a weird one, on 6/26 in Queretearo, Sangre Azteca beat Alex Koslov to retain the Mexican national welterweight title. What makes that strange is that rules of the Mexican national title are that only Mexican citizens can hold the title, and Koslov isn't a Mexican citizen. . . A 7/3 show at Arena Coliseo in Mexico City, headlined by Negro Casas & Rey Bucanero & Dos Caras Jr. over Mr. Aguila & El Terrible & Damian 666 drew 3,500 fans, the biggest crowd for a Tuesday night Coliseo show in a long time.

**AAA:** Konnan did not have his kidney transplant on 7/2. His donor and he underwent blood tests but the results haven't come back. If the blood tests show that the donor kidney is compatible with his body, the surgery will take place on 7/7. Konnan is actually planning on working a 7/6 show in Mexico. . . The 7/1 TV tapings in Monterrey drew a sellout of 7,200 fans, and a super hot crowd. Sean Waltman said that performing on that show reminded him of the kind of crowds he saw at wrestling when he was a kid. Expect a bigger push for Hombre sin Miedo, a young flier who may get promoted into the Fuerza Arena group at some point. Woman wrestler Tiffany is out of action because she's pregnant. They are going to do a search to replenish the women's division as they want younger and prettier women. The idea is to do something akin to the Diva Search, but with the idea of

searching for wrestlers who are attractive, but not necessarily look like models. Juventud Guerrera is now doing the Eddy Guerrero dance as he comes to the ring. He lost to father Fuerza Guerrera in a street fight match. It was changed from a bull terrier match at the last minute. Not sure if it had anything to do with being squeamish about choking spots because of the Benoit deal. If that had anything to do with it, nobody said anything to me about it. Abismo Negro has returned after spending the last several weeks in rehab. Octagon's push has slowed down because he came to a taping in no condition to perform. Main event at the taping was La Parka & Latin Lover & Cibernetico beating Kenzo Suzuki & Waltman & Ron Killings in a short fast-paced match. Throughout the show they teased problems between Konnan and Mesias. Mesias accused Konnan of screwing up the Foreign Legion, stealing their money, and mismanagement. By the end of the show, it seemed Mesias and Abismo Negro were both revolting against Konnan's leadership. After Konnan dumped him from the group, Mesias said he was going to Joachim Roldan (one of the owners who is the TV authority figure in the role Antonio Pena used to have). Abismo Negro came out and sided with him against Konnan and it ended up with those two in the ring with Cibernetico, Parka, Latin Lover. Of course in the end, as they said they were going to help Cibernetico, they turned on him. Abismo left Latin Lover laying with a piledriver and then they "injured the knee" of Cibernetico. This was meant to be the last major angle to build TripleMania, as they don't have any major foreign superstars on the show. . . The first TV taping after TripleMania will be 7/17 in Culiacan with Brazo de Plata vs. Scorpio Jr. vs. Six-Pac (Sean Waltman) in a bull terrier (dog collar) match plus a cage match to prove who the ultimate exotico (transvestite) in wrestling is with Pimpinela Escarlata vs. Polvo de Estrellas vs. May Flowers vs. Cassandro vs. Ruby Gardenia in a cage. Another TV taping on 7/28 in Tlaxcala has Parka & Cibernetico & Zorro & Chessman vs. Mesias & Abismo Negro & Suzuki & Head Hunter A.

**PUERTO RICO:** The WWC's biggest show of the year, the 34th Anniversary show, takes place on 7/13 at the 17,500-seat Jose Miguel Agrelo Coliseum in San Juan. Keep in mind the group rarely draws 2,000 fans for a big show these days, but they are bringing in a lot of names. The double main event is Carlito vs. Scott Hall and Eddie Colon vs. Christian Cage (not official but that is planned). Also Thunder & Lightning vs. Bryan & Black Pain, Sabu vs. Abyss in an extreme rules match, Fireblaze puts up both his mask and he will retire, against Bronco, who will retire if he loses (as if anybody believes retirement stips in pro wrestling), Vito vs. Joey Mercury and a legends match with Carlos Colon & Barrabas (who is always billed as Colon's trainer, which tells you how old he must be) vs. Victor Jovica & Jose Estrada (the 70s and 80s WWE prelim wrestler) plus the third annual Bruiser Brody Memorial Cup tournament. It's still unreal how WWC promotes a Brody Memorial. The winner of the tournament gets a money-in-the-bank stip in that they can challenge for any championship in the promotion. . . Apolo (German Figueroa) was arrested again on 6/28, this time on a domestic violence charge. While driving to Bayamon, he's accused of getting into an argument with wife Veronica Pollera Tranchetti (Habana), and twisting one of her arms. She went to police and filed a report. He turned himself in for arraignment and was released on $8,000 bond. He will face a hearing on 7/11. . . Scott Hall was in Puerto Rico over the weekend. On the 6/30 show in Arecibo, Hall was there and signed a contract for a Universal title match with Apolo. Hall signed the contract and took the belt. Hall attacked Apolo as Apolo went to sign, and gave him the Outsiders edge. Eddie Colon ran in, but Hall laid him out with the Edge. Carlos came in and Hall bailed. Apolo was put on a stretcher, but he got off the stretcher and went after Hall. However, the angle was later changed to Carlito vs. Hall. . . IWA promoter Miguel Perez was fined $5,000 by the Commonwealth of Puerto Rico because after being warned he was using unlicensed wrestlers, and after the commission waited 30 days to get licenses, got tired of waiting and fined Perez. Wrestling licenses have increased in cost from $10 to $75, plus they require medical testing that costs $200, and promoters need to post $3,000 as well as take out permits that range in price from $20 to $200. Indie promoters, who make no money, are beginning to shut down in the wake of the new taxes. . . Although he was rumored to be starting full-time with AAA, and he never jumped to AAA, Hector Melendez started this past week as a TV announcer for WWC, after leaving IWA. . . IWA is seemingly on its last legs as they aren't using any foreigners except Tommy Diablo and California-indie wrestler Kafu, both of whom are there full-time. Kafu vs. Savio Vega (who is now the top face) is the lead feud. Chicano the IWA champion.

**ALL JAPAN:** Minoru Suzuki retained the Triple Crown title on 7/1 in Yokohama, beating Keiji Muto before 3,300 fans at the Bunka Gym. They announced 4,800. The promotion was said to be happy with the turnout, and if anything, given the state of the company and the business, it was a pleasant surprise. Most fans were expecting Muto to win the title, but they thought it would be better to have Suzuki as defending when they go to their biggest show of the year on 8/26 at Sumo Hall, which will be a lot bigger undertaking. Muto did his usual combinations of dropkicks to the knee and dragon screws to set up the figure four. Suzuki used his usual moves like the choke and the octopus. Muto got a near fall with a moonsault, which I can't believe he's still doing, even though this is probably his biggest singles match of the year. Then he did a second moonsault and Suzuki kicked out again. Suzuki ended up getting the submission in 26:54 using a heel hook. The idea Muto doing a match this long at this point in his career sounds bad, but we were told the match was considered a big success. Suzuki was back, with blond hair like in his Pancrase days. Most likely either Satoshi Kojima or Kensuke Sasaki would challenge Suzuki for the title at Sumo Hall. The new and improved Voodoo Murderers team of Kojima & Taru & Suwama lost to Sasaki & Taiyo Kea & rookie Seiya Sanada in a brawl that only went 6:11 when Kojima was DQ'd for using a chair shot in a finish nobody was happy with. Sasaki and the fans demanded the match be re-started, but after it was, Kojima pinned Sanada with a lariat abuot two minutes later. In the other major match, Chris Sabin won the a tour-long junior heavyweight tournament, beating Shuji Kondo in the finals in 15:45 with the cradle shock. For whatever reason, the report we got is the match didn't live up to expectations. Obviously the plan is to use Sabin more regularly in the future, including challenging for their jr. title. . . The next tour opens on 7/15 at Korakuen Hall with Muto & Sasaki vs. Suwama & Kojima as the main event. Kushida from Hustle will be a regular on this tour under his real name of Yujiro Kushida. The only foreigners on the tour are Phil Atlas and Joe Doering, who are currently living there as students of the promotion as part of a trade of sorts, with Akira Raijin and Brute Issei going to Ontario. . . Yasshi, 25, has signed for an MMA show on 8/11 at Nagoya's Aiichi Gym for the Heat promotion, facing Osamu Takahashi in an octagon style cage. Yasshi claimed he was the weakest pro wrestler to ever try MMA, but that he's loved the sport. Every New Year's Eve, Yasshi attended the Pride show in Saitama. Heat is a smaller group in Japan that has run three shows so far, after debuting in February of 2005. The headliner on the next show in Hatsu Hioki, who is one of the better 145-pounders in the world. He's headlined TKO in Eastern Canada with two wins in title matches at that weight over Mark Hominick, and also beat Jeff Curran in Pride.

**PRO WRESTLING NOAH:** The new tour, which features the NTV jr. tag team tournament, started on 7/1 before a full house of 1,800 at Differ Ariake. In the two tournament matches, Rocky Romero & Atsushi Aoki upset Bryan Danielson & Davey Richards (making his NOAH debut) in 19:27 when Romero made Richards submit to an armbar; and Kota Ibushi of DDT teamed with Naomichi Marufuji to also upset Mark & Jay Briscoe (who had gotten a big push on their first tour) when Marufuji pinned Jay in 16:52. The main event on the show had Akira Taue & Go Shiozaki & Akitoshi Saito beating Mitsuharu Misawa & Yoshinari Ogawa & Ricky Marvin when Saito pinned Marvin in 22:53. Most of the match was focused on building the Misawa vs. Taue GHC title match on 7/14 as they brawled all over the building. In very non-NOAH fashion for the GHC title contenders, Misawa even used a chain to choke Taue. The other match, also an upset, saw the hardcore tag champs Kishin Kawabata & Kentaro Shiga upset Jun Akiyama & Yoshinobu Kanemaru when they handcuffed Akiyama to the guard rail and then double-teamed and pinned Kanemaru. . . On 7/3 in Chiba, Kawabata & Shiga kept the GHC hardcore tag titles over Akiyama & Shuhei Taniguchi when Kawabata pinned Taniguchi with a swanton in 19:21. The two straight tag match wins over Akiyama sets up 7/15 at Budokan Hall where Akiyama & Takeshi Rikio defend the GHC tag titles against Kawabata & Shiga. On the show, in the tag team tournament, the Briscoes beat Aoki & Romero while KENTA & Taiji Ishimori went to a 30:00 draw with Marvin & Kotaro Suzuki.

**OTHER JAPAN NOTES:** The Dragon Gate promotion ran its biggest show of the year, a PPV event on 7/1 at Kobe World Memorial Hall before a reported sellout of 9,000 fans. To show how big this promotion has become, there were ten chartered buses coming from Tokyo alone for the show, which was in another part of the country. With NOAH's big show crowds down and loss of Kenta Kobashi, Dragon Gate may be the No. 1 promotion in Japan, which is impressive since they don't have network TV. Takashi Okamura, the president of the company, said they were going to run a show in Osaka Castle Hall soon, and his goal is to run a show at Sky Mark Stadium in Kobe. It's funny how New Japan is struggling bad, but when you bring in New Japan mid-card guys who don't draw in New Japan, it's a huge deal on a Dragon Gate show. The main event saw Cima win the Enter the Dragon Gate championship by beating Jushin Liger in 25:14. Cima survived several brainbusters, but finally hit one of his own on Liger. He then used his crossfire, which is a double-arm cross power bomb. The semi-final had BxB Hulk & Cyber Kong & Shingo Takagi over Naruki Doi & Magnitude Kishiwada & Masato Yoshino to keep the Open the Triangle Gate championship. Koji Kanemoto of New Japan pinned Dragon Gate usual headliner Masaaki Mochizuki. Ryo Saito & Susumu Yokosuka won the International jr. title beating Gedo & Jado when Yokosuka pinned Jado. Yasushi Kanda won the Open the Brave Gate championship pinning Genki Horiguchi in 8:00. The other New Japan wrestler on the show, Yuji Nagata, wrestling as Take Cha Man, did a comedy match beating perennial comedy job guy Stalker Ichikawa. The only foreigner on the show was Jack Evans, who worked in the second match of the card, teaming with Yamato and

losing to Taku Iwasa & Akira Tozawa... Kyoko Inoue, 38, who was one of the best woman wrestlers of the 90s, is now in her sixth month of pregnancy... Kensuke Sasaki & Road Warrior Animal will form a tag team on a 9/1 show promoted by the Kensuke Office at Differ Ariake. Sasaki will paint his face and go back to his Power Warrior character that he used in the 90s when he and Hawk were the Hell Raisers during the period Animal was out with what was called a career ending back injury and he was collecting on his Lloyd's of London disability policy (another of the reasons Lloyd's no longer insures wrestlers)... Yoshihiro Takayama worked the 6/30 show for Muga in Yonezawa before 1,500 fans, teaming with Tatsumi Fujinami over Osamu Nishimura & Mitsuya Nagai when Takayama pinned Nishimura with a German suplex.

**HERE AND THERE:** The funeral for Shane Bower, aka Biff Wellington, took place on 6/29 in Calgary. A lot of the old Stampede stars were there including Johnny Smith, Gama Singh, Jerry Morrow, Ross Hart, Hutch "Dr. Drago Zhiavago" Thomas, Steve May, Bill Jodin and Ross & Diana Hart. Bower, 44, died of a heart attack at his home on 6/27. He had a history over the past year of drug problems. His death got virtually no play within wrestling or even in the Calgary area media because of the Benoit situation. The coroners believed he passed away on 6/20, but it wasn't until 6/23 (not 6/24 as reported last week) that his parents, since they hadn't heard from him in days, opened the door to his place to find him dead. He and Benoit were not close over the past decade, but they were close in the 80s. While Benoit would have been alive when he was found, it would be unlikely he knew about it as the word didn't spread to the wrestling community in Calgary until the morning of 6/24... In all the craziness, police are re-opening the investigation into the death of Sherri Martel. What is strange is the Tuscaloosa police say it will be as long as one year before the toxicology reports come back. Coroner Lisa Cary told me two weeks ago that they would have the results back in a week or two, so that is really strange. The police report, as quoted here a few weeks back, said she went to bed after telling her husband, Robert Schrull, she wasn't feeling good, and when he came to the room an hour and a half later, he found her unresponsive, he called 911, and she had already passed away when medical personnel came. That is also the version her husband claimed to people in wrestling that he called immediately after it happened. Martel's sister is now claiming that story isn't true, that she was outside, sitting and having coffee with her mother when he collapsed and died on the spot... The first official note that Paul "Big Show" Wight is planning on becoming a pro boxer was in the 7/1 Miami Herald. For whatever reason, Wight had wanted that information confidential, but he moved from Odessa, FL, to Miami and is now training full-time at the Phantom Boxing Club. He was down from a peak of about 510 pounds down to 449 pounds, which is still plenty too big. Boxing people have tried to recruit Wight for the sport for years, because some believe that with his size, name and the weak heavyweight division, he could be a money-maker. He must have been asked about it for close to a decade, because I remember the first I heard about "The Giant" talking to people in WCW about boxing, when he was really overweight and a heavy smoker and would gas a few minutes into his pro wrestling matches, and those who knew boxing were telling him boxing is a conditioning business. Starting at 35 makes it sound even more impossible. Wight, who lives with his wife and nine-year-old daughter, purchased a $3.7 million seven bedroom mansion in Coral Gables. The home has 10½ foot ceilings... Tennessee independent wrestler Moondog Nathan, who also used the name Moondog Rex, although he was not the more famous Moondog Rex of the 80s, was found dead on 7/4. At press time we didn't have anymore details... As part of all the media stuff, Marc Mero was one of the wrestlers who made a lot of appearances. On CNN, Mero revealed that he had done steroids for years, and now, at 47, he needs a heart valve replacement... Trish Stratus' latest gig, as the host of a reality show called "The Second City's Next Comedy Legend." The show is based around comics from around Canada vie for an opportunity to perform with the world renowned Second City TV troupe, debuts on 7/10 on CBC at 9 p.m. SCTV is where John Candy, Mike Myers, Dan Aykroyd, Dave Thomas and Eugene Levy all got their starts. Each week Stratus hosts a competition taped months back in each of Canada's largest cities, working down to playoffs and a final winner... Former California indie wrestler Matt Obbema (Matt Sinister) is scheduled to start chemotherapy treatments this week. He still needs lymph node surgery after his chemotherapy treatments end, which could be as long as eight months... Bill Mercer, the long-time Dallas wrestling announcer, who in his career was the voice of the Dallas Cowboys and Chicago White Sox, and was one of the lead local reporters covering the 1963 John F. Kennedy assassination, is releasing a book next month called, "Play-By-Play: Tales from a Sports Broadcasting Insider." In the press release on the book, it notes Mercer began his broadcast career doing pro wrestling in the 50s. Mercer, who teaches broadcasting at North Texas State, was the voice of World Class Championship Wrestling during the Von Erichs vs. Freebirds heyday. He also was co-author of a book about covering the JFK assassination... In the NWA heavyweight title tournament for this weekend, Brent Albright pinned Fred Sampson to advance in a match on 6/30 in Chula Vista, CA, on a Lucha Libre show before 375 fans. The NWA world tag

team titles after getting the belts from TNA, will be decided on 7/8 in McAllen, TX with a three-way match with Billy Kidman & Sean Waltman vs. Joey Ryan & Karl Anderson vs. Incognito & El Sicodelico Jr... TV Azteca America lost key affiliates in many major markets this past week. Pappas broadcasting, which owns stations in key Hispanic markets is now looking at buying programming form independent sources. One of the shows they are looking at are the weekly TV tapings for the Monterrey market of the AAA shows... PWG's annual Battle of Los Angeles tournament takes place 8/31, 9/1 and 9/2. The 24 wrestlers in this year are Joey Ryan, Doug Williams, Susumu Yokosuka, Dragon Kid, Chris Bosh, Davey Richards, Jimmy Rave, Chris Hero, Human Tornado, Jack Evans, Tyler Black, Pac, Roderick Strong, El Generico, Matt Sydal, Scott Lost, Claudio Castagnoli, Shingo, Kevin Steen, Bryan Danielson, Super Dragon, Rocky Romero, Nigel McGuiness and Cima... There was an article in the American Chronicle this past week with the family of Bret Hart. Son Blade(who was the young kid in "Wrestling with Shadows") and daughters Jade and Beans both talked about wanting to go into wrestling and were looking into being trained by Lance Storm. Blade said he liked hockey more than wrestling, but felt there were more opportunities for him in wrestling. Son Dallas was briefly trained by Dory Funk Jr. but appears to not be interested in pursuing wrestling. Ex-wife Julie and sister Michelle (who was married for years to Dynamite Kid) are in the process of writing a book. Julie's sin work is for the Love of Children Society in Alberta, which she's worked with since 1997, that assists children who are homeless or abused with learning disabilities all over the world. ice.. Lauren Jones, who was briefly a WWE diva, finished her one-month run as lead anchor for KYTX-TV in Tyler, TX, for a six-show FOX reality show called "Anchorwoman," based around a Los Angeles bikini model coming to a small town in Texas and being made anchorwoman of the CBS newscast. Her run as anchorwoman ended on 6/29. The show itself debuts on 8/21. KYTX General Manager Phil Hurley in a New York Post article, praised Jones' work, saying, "From day one, we knew she had the ability to do the job. She was an absolute joy to work with. She never shied away from any assignment." Mike Delier, the G.M. of the rival NBC affiliate called what they did as obscene, saying it made a mockery of journalism. Well, this week, that would hardly be the only thing. No ratings for the month in her slot are available because of the size of the market... 1PW ran shows on 6/30 and 7/1 at the Dome in Doncaster, England. Among those on the tour were Takeshi Rikio and Ippei Ota from NOAH, Abyss from TNA, 2 Cold Scorpio, PWG champ El Generico, Sterling James Keenan and Delirious. Spud & Luke Phoenix ended up winning a gauntlet match the first night to be tag champs. Ulf Hermann retained the 1PW title in the main event both nights. First night he won an elimination match over Doug Williams, Abyss and Keenan when Herman pinned Keenan after a black hole slam by Abyss. Second night saw Herman pin Keenan again... Regarding the Grandmasters of Wrestling $1 Wal-mart DVD we've written about several times, as of 12/30, it had sold 426,775 units, making it the best selling pro wrestling DVD in history. It sold 235,666 in 2005 and 191,109 in 2006... A "Where Are They Now?" regarding Earl Maynard. Maynard was the 1964 Mr. Universe winner and he was second to Larry Scott in the first Mr. Olympia. He then got into pro wrestling billed as Earl "Mr. Universe" Maynard. He was more a mid-card level guy. He worked California a lot. Here, the problem for him was African Americans were treated as tokens, and there would be the one black pushed babyface, and Rocky Johnson was just a far more spectacular performer. Maynard would be brought in when Johnson would leave, but he just couldn't fill his shoes, even though he worked the same style. Maynard was better late in his career as the heel Sir Earl Maynard, who teamed with Don Muraco, which was his last run in 1978 in the dying days of Roy Shire running a full-tie promotion. Muraco carried the team in the ring completely, but Maynard had personality as a heel, but by that point his heart wasn't in wrestling. I remember seeing him at a bodybuilding contest and at first he tried to deny he was even in wrestling for the past several years, and then when I brought up being from San Jose, he said, "Well, at the time I needed the money." He went back into bodybuilding for a time and in the early 80s may have been the first Masters Mr. America (Over-40). He's now in his mid-60s and lives in Barbados selling real estate, still trains, and is also directing films on life in Barbados

**ROH:** They are doing an angle in ROH where Larry Sweeney, who is the storyline agent for Matt Sydal is deciding between four offers. It's a work and a shoot, in that Sweeney isn't his agent, but Sydal does have offers. Sydal has committed to ROH and Dragon Gate through the summer. He is probably the biggest name being used who hasn't signed an ROH deal and has had talks with WWE. If he does leave, they've set up Sweeney as the guy who would have negotiated his WWE contract, so Sweeney gets heat of it. If he stays, then they are a heel act because they've made it clear he is talking about leaving.

**TNA:** Dixie Carter was very strong saying they needed to draw a big rating for the 6/26 TV show because of negotiations with FOX. Again, we don't know what station or what type of deal they are looking at. I can't believe the FOX network would want TNA wrestling, because UFC would jump in a heartbeat to become network programming and they are so much hotter and draw a much higher

demographic, and more popular with the age group FOX is after. I don't know that FX is a step up or more of a lateral step. Obviously a move to FSN from Spike would be a huge step down. . . Victory Road on 7/15 has Angle & Joe vs. Team 3-D. Cage vs. Harris, Storm vs. Rhino, Sting & Abyss vs. Tomko & Styles and another Ultimate X match to determine the August PPV title challenger. . . Richard Scrushy, 54, the former CEO of HealthSouth, who actually provided the initial funding to start this promotion, was sentenced to six years and ten months in prison in a bribery and corruption case. Scrushy was also fined $150,000, plus ordered to pay $267,000 in restitution to the United Way of Central Alabama, to perform 500 hours of community service, as well as serve an additional three years on probation. Scrushy and former Alabama Governor Don Siegelman, who was elected in 1998, were both sent to prison. Scrushy was fired as the CEO of HealthSouth, the clinic that also employs Dr. James Andrews, after a $1.7 billion accounting scandal was uncovered. He was acquitted of criminal fraud charges in 2005. . . Jeff Jarrett talked to Ron Killings and asked him if he was coming back. Killings said he wasn't, and Jarrett asked why, and he said that he didn't like how he was being used and was looking for a raise. Jarrett told him "they" will not be giving any raises and basically said he just wanted to hear it from his mouth. . . They announced house shows on 8/3 in West Des Moines, 8/4 in Kansas City and 8/5 in Wichita. . . Some notes from the 7/2 tapings for Impact on 7/5 and 7/12. First show opened with a three-way for the TNA tag titles with Team 3-D over A.J. Styles & Christopher Daniels and LAX. Everyone did their big moves in a long TV match, ending when Daniels attempted the Angel's Wings, but Devon escaped and Daniels ended up being hit by the 3-D and getting pinned. Jim Cornette came out for commentary. Christian and Tomko came out. Christian talked about his career and ran down Harris. Cornette said that Harris is the guy who is going to use Christian's head to shatter the glass ceiling. Glass ceiling is so 1998 WCW. Cornette noted Abyss was still after them. Christian said he's not afraid of Abyss, so of course Abyss came out and chased Christian and Tomko out the door. Gail Kim won a three-way over Ms. Brooks and Jackie Moore. Kim reversed a rolling reverse cradle on Moore to get the three count. Both Brooks and Moore jumped Kim after the match until Eric Young made the save. From what I'm told, there is no woman wrestler in the business more concerned and meticulous when it comes to her in-ring as Kim. For as much as her acting leaves a lot to be desired (and she's not helped since most of the angles she's in are the goofy Russo-type stuff that nobody can buy in the first place), she goes over her stuff and puts the pressure on herself to perform like the best male wrestlers do. Robert Roode then attacked Young. Angle came out all dressed up and said it was "Kurt Angle Night" and that TNA stood for Total Nonstop Angle. He came out with both the TNA title belt and the IWGP title belt and they talked about him beating Lesnar in Japan. They went back-and-forth on whether to show the IWGP belt, with the idea of not wanting to show the belt from another promotion on their TV and "water down" their own world title. However, the call, which I'm presuming Jeff Jarrett made at the end, was that showing the belt gave more physical credibility when they talked of Angle beating Lesnar, which at this stage, they thought was something given all of Lesnar's MMA pub, that they wanted out. Give Angle credit for talking Lesnar into doing that job. We'll see if Angle ever does the MMA match where Lesnar has the opportunity to have the favor returned (and I'm not insinuating they will work an MMA match with Angle losing to make things even, just wondering if the match will ever happen). Angle ripped on Joe. Team 3-D came out and joked that Angle would be the next *Playgirl* centerfold. They attacked Angle but Joe made the save. After Joe cleaned house, Angle, showing his gratitude for being saved, gave Joe an Olympic slam through the table. On the 7/12 show, it opened with Abyss pinning Hoyt. Abyss used the black hole slam, and then dumped broken glass into the ring. B.G. & Kip James came out and they chased Hoyt to the back. They teased Abyss would put Hemme into the broken glass, but Tomko and Styles hit the ring. The lights went out and when they came on, Sting was in the ring and gave Abyss a baseball bat. Sting announced he and Abyss would team at Victory Road against Tomko & Styles. Abyss talked for the first time. Kaz won a three-way over Havok and Martyr, with the winner going into the Ultimate X match at Victory Road. Kaz pinned Martyr after moving out of the way from a superkick. Raven came out and pounded Kaz to death with kendo stick shots. Main event saw all the champions together in an eight-man tag TNA champ Angle teaming with X champ Joe and Team 3-D beating Christian & Styles & Tomko & Roode. Styles and Cage collided. Joe then went for a muscle buster on Styles, but Angle tripped Joe and pinned Styles. Angle walked off and Team 3-D did a staredown with Joe. . . **Notes from the 6/26 TV show.** This was the show that featured one match, which was the Kurt Angle vs. Christian Cage vs. Rhino TNA title match that went 42:38 of TV time (actually live in the building it was between 35 and 40 minutes). Everyone who was there remarked it was the hottest crowd for a match in TNA history. However, it was not mic'd well. The thing that amazed me is that usually in a match that long, you start out slow and build, and this one they started out fast, the crowd was animated and it wasn't paced like a long match, and by looking at the crowd and hearing the chants they stayed with it the entire time. If there were any bad looking spots, they

sure didn't make TV. Still, I couldn't go more than **** because they did so much outside interference that it felt like a lengthy car crash as opposed to a match that built and peaked, although the crowd was hot for the near falls and everything they did, and all three guys were great. In the end, they did too much and too many angles that they didn't stand out and leave anything feeling impactful like a match of the year should. It's almost like even doing the one-match show, they had to get everyone on camera, and they did shoot angles what would lead to Chris Harris vs. Christian (already teased last week), Sting & Abyss vs. Tomko & A.J. Styles and Rhino vs. James Storm, not to mention Angle vs. Samoa Joe. Before the match started, Joe attacked Angle and took him out of the ring. He rammed Angle's head into three walls before all the wrestlers came out to throw Joe out of the building. Considering all that, they really didn't play up the idea of Angle being in danger at the start and they really just started out doing a hot match. Crowd was super hot from the start. At one point Angle had the ankle lock on both guys but they pushed him off. Abyss was the next guy out, chasing Christian outside of the building. In the back, he put Christian's head into a cooler. Abyss was destroying Christian until finally Styles and Tomko attacked him, allowing Christian to make it back to the ring. At this point, Rhino gored Angle through a vertical table. Christian was covering Angle after Rhino's move, and yes, Christian never did any kind of long sell of his being pummeled by a monster, but Chris Harris showed up and pulled Christian out of the ring. Tomko & Styles attacked Harris. Then Sting showed up to help Harris and they did a four-way brawl. Somewhere in here, they announced that the "Eric Young match" wasn't going to take place due to the length of this match. Tomko ended up bleeding heavy and he wasn't even in the match. Abyss came back to help out Sting against Tomko & Styles. So we had a world title match that had turned into a Battle Royal. They at least did announce it was no DQ. Rhino gave Angle an RKO, but Storm showed up and poured beer and then spit beer in Rhino's face, leading to Angle scoring a pin after the Olympic slam. Like so much with TNA, the wrestling was real good here, the crowd heat came off very good, but visually based on how people were jumping up and down and based on what I'd heard, it was off the charts. But it was too busy and they tried to do the number of angles for a regular show in the context of one match, and in the end, instead of particular thing like the match getting over strong, it was the usual feeling after watching TNA that you'd seen a bunch, it wasn't bad, but nothing registered strongly.

**UFC/PRIDE/WEC:** According to the UFC's U.K. office, more than 10,000 tickets have already been sold for the 9/22 show in London headlined by Quinton Jackson vs. Dan Henderson to unify both the UFC and Pride light heavyweight championship belts. In correspondence with us on 7/5, White said the decision was that both championships are at stake in this match. . . There were lots of rumors this week about a Diego Sanchez vs. B.J. Penn match on 8/25 in Las Vegas. What we can confirm is Sanchez was asked about the match, and accepted it on the spot. Penn had no accepted the match at press time. . . There is still no date lined up for Brandon Vera's return. He's in the process of trying to get out of a contract with his manager, and until that is settled, he can't fight. . . White and Tito Ortiz are back at it again. Ortiz claimed he only made $4 million in 2006 in four fights, which contradicted his previous claim of having made $7 million. White, who said Ortiz's figure of what he made was low, said, "It shows you how stupid he is because he doesn't even know how much money he's made. And he made a lot of that for beating up on Shamrock." The *New York Times* on 7/3 ran a story about drug testing in MMA in the wake of the positive test results on Royce Gracie and Johnnie Morton on the Los Angeles Coliseum show put on by K-1. The story noted MMA has no national or international governing body that lacks a rigorous drug testing program. The story listed IFL and UFC as the two most popular MMA organizations in the U.S. (Today I would have to say EXC and UFC would be the two most popular), noting almost all testing is done by state athletic commissions. It notes the problems, in that in most states with testing, only a few fighters are tested, and everyone knows the date of the test in advance, so it enables people to beat the test if they have any kind of knowledge of the game. Dr. Gary Wadler, who seems to be the most quoted expert when it comes to steroids and sports, said he believes testing shouldn't be done by the government, but by an independent agency. It noted in New Jersey, every fighter is tested, as in California. Nevada tests some fighters and all main eventers. Texas does no testing at all. "Our policy is that it's up to the promoters to do the testing," said Patrick Shaughnessy of the Texas Department of Licensing and Regulations. Marc Ratner of UFC said, "That doesn't make sense to me." Ratner said UFC tested four fighters on the show in Ireland, which had no commission overseeing, and that the company has done a few other not on event tests. Kurt Otto of IFL said he hopes to have a drug program in place by 2008. . . The B.J. Penn vs. Jens Pulver idea was not the original idea for the past Ultimate Fighter season. The original idea was Sean Sherk (or Kenny Florian, depending upon who was champion since the idea was come up with before Sherk beat Florian) and Pulver as coaches, building to a title match. When Pulver lost to Joe Lauzon, they felt they couldn't justify him getting a title shot, so at that point they figured on the Penn vs. Pulver idea, with the winner getting a title

shot. Of course, Penn is looking like he wants to move back to 170. Pulver will probably be in the WEC as a 145-pounder, and if he can get a win or two, would then get a title shot. My feeling is Pulver has enough of a name that him challenging Urijah Faber, or whomever is champion, would be a match that would help build WEC. . . Alessio Sakara vs. Houston Alexander is probable for the 9/8 show in London, England. . . Renato Babalu Sobral vs. David Heath is scheduled for the 8/25 Las Vegas show. . . It now seems likely the 10/20 PPV will be in Cincinnati. The reason Denver was being mentioned is because the U.S. Bank Arena in Cincinnati, which wanted the vent, had a Cincinnati Cyclones vs. Dayton Bombers minor league hockey game scheduled for that date. However, the game has been moved to 10/19 in Cincinnati, and the 10/20 date will be in Dayton. It is not official the change was made for UFC, but it would make sense. . . Former pro wrestler Craig Zellner will be back on the 8/5 WEC show after he lost to Brian Stamm on the 6/3 show. . . There is talk of a show for the Bell Center in Montreal for the fall that would be announced imminently. One would think that they would wait until Georges St. Pierre could headline. It is far from a lock that St. Pierre will beat Josh Koscheck on 8/25, although I think St. Pierre may be slightly favored. But with Matt Hughes vs. Matt Serra in November, I'd think it would be until February before you'd want to debut there, but rumors have them looking at an earlier date. . . UFC was hoping for a Diego Sanchez vs. Hayato Sakurai match on 8/25, but the deal didn't come through due to problems on the Sakurai side. We're told UFC is having a nearly impossible time cutting through Japanese red tape. . . While in Japan, Josh Barnett said he has gotten a release from his Pride contract and is open to talking with other promotions. He said he hasn't talked with K-1 up to this point. . . Wayne McCullough, a popular British boxer who was an Olympic silver medalist and a WBC bantamweight champion, has been hired by UFC to work out of its U.K. office as a goodwill ambassador. The 36-year-old McCullough, who plans to continue boxing, has also worked as both a sportswriter and broadcaster in the U.K. "The UFC is doing everything right that boxing has been doing wrong," he said. "I love both sports. They are both about courage, fitness and excitement, but they are different at the same time. I don't see why fight fans have to choose between the two. But I think a lot of boxing promoters are very worried when they see the UFC getting the young audience, which just isn't interested in boxing and hasn't been for a while now." Even though he's very different, for the U.K. , he's been hired for a role that sounds similar to Marc Ratner in the U.S., in that Ratner had the credibility among all the commission people and all the boxing reporters. Part of his job is to educate the boxing media about MMA. "I love boxing and what it has given me in life, but if I were a young kid all over again, I can't say that I wouldn't have gone into MMA instead of boxing.:"

**K-1/HERO'S:** The 7/29 show in Hong Kong was moved to 8/5 because the Japanese parliamentary elections are on 7/29, and with all the networks doing election coverage they couldn't get a prime time slot on that night. They are still planning for Choi Hong-man to fight, which will cause a major problem if they plan on doing anything in California. Hong-man faces Gary Goodridge. Hong-man had a press conference and said his brain tumor is okay, he's had a stressful life and has dropped 22 pounds. Sadaharu Tanikawa said he was trying to put together Hong-man vs. Brock Lesnar. . . The company also announced they've opened up a new company called FEG (Fighting Entertainment Group) Korea, with $2.4 million in start-up money with an office in Seoul. They are planning six shows in Seoul next year, with both a K-1 World Grand Prix show, a K-1 Max show and a Hero's show. The plan is to do 10 shows per year by 2010. The next show in Seoul will be 9/29 as it'll host the first round of the World Grand Prix tournament, which is usually a major Japanese tradition. . . The first round of the K-1 Max (154-pound kickboxers) Grand Prix took place 6/28 at the Yokohama Arena before 12,628 fans. Masato beat J.Z. Calvan via unanimous decision in the main event. It's the Japanese mix-and-match, since Calvan has dominated the 154-pound class over the past year in Hero's. Of course, Calvan is an MMA fighter and not a kickboxer, but it makes it as Masato beat the best MMA star in his fight. Masato joins other winners Takayuki Kohiruimaki, Artur Kyashenko, Michael Zambidis, Yoshihiro Sato, Andy Souwer, Albert Kraus and Buakaw Por Pramuk in the final eight, which with that line-up, figures to be a hell of a show. It was a tournament of decisions as seven of the eight matches went the distance. In fact, Zambidis vs. Drago went past the distance, as they drew in regulation and they did an overtime round that sent Zambidis to the finals. The only stoppage was Souwer beating Ole Laursen in 2:07 of the first round with an overhand right. . . The next Hero's show is 7/16 at the Yokohama Arena build around a 154-pound weight class tournament. First round matches are Kaol Uno vs. Katsuhiko Nagata, Hideo Tokoro vs. Kultar "Black Mamba" Gill, Vitor "Shaolin" Ribiero vs. Kazuyuki Miyata and Calvan (last year's tournament winner) vs. Andre Dida. Other matches announced are pro wrestler Katsuyori Shibata vs. Ralek Gracie, Yoon Dong-Sik vs. Bernard Ackah and Alexandre Franca Nogueira (no relation to the more famous Nogueira brothers) vs. Shuichiro Katsumura. . . Promoter Sadaharu Tanigawa hinted at the returns of Yoshihiro Akiyama from disgrace, and Kid Yamamoto from amateur wrestling. Yamamoto would likely return on the show after this one, scheduled for September.

Tanikawa said they would do a fans vote on whether Akiyama would come back at the 7/16 show.

**EXC/STRIKEFORCE:** According to the company's latest filing, as of 3/31, the company had lost $8,802,802 since it was formed. They have $9,072,290 cash in hand. They stated in their report that they don't have the money to execute their three-year business plan, so would have to raise more money. They state in their latest quarterly report that they believe they have enough money to last about 12 months. From January through the end of March, which basically means for the first show in Memphis, the company took in $314,604 from ticket sales, sponsorships and merchandise at the live event. The company ended up losing $4,552,947 during the quarter. Keep in mind this is for producing one show, not like the IFL which has piled up huge losses running a full season of events, and their stock market worth is roughly half that of WWE (At press time their market capitalization was $642 million–so it's the new IFL. IFL is down to 99 cents per share and a $53 million market cap). They lost $415,170 in the quarter alone on running their Proelite.com web site. . .Phil Baroni is not necessarily getting surgery for his hernia as he's now looking for a second opinion. . .Frank Trigg claimed he's signed and will be facing Murilo Ninja Rua soon.

**BODOG:** In press release pushing the Daniel Puder fight that aired on 7/2 on Ion, Calvin Ayre pushed the idea of an eventual match with Kurt Angle, which tells me there must be at least some talk still continuing. "Puder would be the obvious choice, but Kurt would probably want to get a few fights under his belt first," said Ayre. "But as a fan, I'd love to see that fight." In the fight, Puder beat Michael Alden in 45 seconds with a sick kick to the head with such force that both men went flying. Puder, 5-0, followed up with punches on the ground. Puder's stand-up looked tons better than it had in past Strikeforce events.

**OTHER MMA:** Alexander Emelianenko vs. Gilbert Yvel will headline a show airing on Russian national television on 7/21 on a gigantic boat in the sea. They are claiming both Vladimir Putin and Jean Claude Van Damme as attending the show. Jean Claude is at least more likely than Rob, who isn't leaving his house these days. Putin and Van Damme were both at ringside for the St. Petersburg, Russia, show put on by Bodog, and then Fedor Emelianenko went out to dinner with Putin after the show. . . The 8/17 Global Fighting Championships at the Mohegan Sun Casino show announced Wes Sims vs. Jeff Monson as the main event for their heavyweight title.

**WWE:** For the Great American Bash on 7/22 in San Jose, it's Cena vs. Lashley for the WWE title, now Edge vs. Kane for the World title, Nitro vs. Punk for the ECW title, presumably Batista vs. Khali and MVP vs. Matt Hardy for U.S. title. They may be doing something with Orton and the Rhodes family, as they've already started a TV angle in that direction, as well as Candice vs. Melina is still ongoing. . . Mysterio was pulled from the Edge match on 7/1. Vince made the call for a couple of reasons. Mysterio has given the indication he won't be ready to return by that time and is trying to push his return to August. However, he is getting pressure to return with the thin talent roster on Smackdown. Vince went with Kane thinking fans would right now love to see him chasing Edge for the title, and this will probably be a few month program. . . Before the show started on 6/26 in San Antonio, which was the Raw & ECW tapings, Vince told the wrestlers that the Benoit thing is behind us and now we go back to doing what we do. . . **Notes from the 7/2 triple taping in Dallas.** The show drew a sellout. That's not necessarily indicative of Benoit's death having no impact, because it was either sold out, or close to it, before all the news broke. But the crowd that was there seemed to enjoy themselves and it wasn't as if the reactions were all subdued. They were heavily confiscating signs both last week and this week at the show to avoid any mentions, either positive or negative, on the Benoit tragedy. During Raw, there were two video packages on HHH, the first was an injury and surgery piece and the second was the beginnings of the promotion for his return. Almost everyone in the company has been hurt over the past five years at one time or another and HHH for both of his torn quads got more hype building his return than anyone else, not surprisingly, as when it comes to his career, things don't fall through the cracks in the stress of putting on so many hours of weekly television. ECW only had two matches. The deal was that Nitro could pick an opponent for Punk and Punk could choose an opponent for Nitro. Nitro pinned Dreamer in the first match in 14:05. The crowd was way hotter than usual because they put ECW on first. But they still weren't all that into this match for going so long. Nitro won with his spinning neckbreaker. Next they showed the Punk vs. Nitro match from Vengeance. They redid some of the commentary, and more noticeably, changed the crowd noise. I actually did hear a slight "We Want Benoit" chant they weren't able to completely remove, but most of those chants were gone as well as the "boring" chants. With the new crowd noise, it came across as a better match. Extreme Expose is back next week. Punk pinned Thorn in 11:44 after a flying clothesline off the top, an enzuigiri and La Magistral cradle. Tazz called is a Bandido In think, saying it was a Lucha Libre move. I've heard La Magistral and Casita and Bandido (when Dandy used it in the late 80s) but never Bandido. After the match, Nitro was in the aisle. This allowed Thorn to jump Punk, but Punk made his own comeback. Smackdown

opened with Hardy pinning MVP in a non-title match. Long match. Edge telling Long that he wasn't going to wrestle on the show. Long told him he was doing a Cutting Edge segment and that he would have as his guest, the biggest superstar he's ever had on the show. Brett & Brian Major beat Jeremy Young & Mike Foxx. Khali was causing havoc backstage. Finlay beat Flair via submission after a shillelagh shot and a version of the figure four. That didn't take long for Flair to lose to his own hold. Little Bastard interfered to give Finlay the edge. Flair chopped Hornswoggle for the biggest pop. Palumbo pinned Dykstra. Crowd was dead for this. Victoria and Wilson had a backstage brawl. Deuce was wrestling Eugene in a singles match. Khali came out and destroyed both of them. Khali than challenged anyone to come from the back and Batista came out. The show ended with the Cutting Edge segment with Kane as the guest. Edge brought out Kane for a promo. Edge said Kane was good, but not on Edge's league. Kane said, "I don't like you" and threw him out of the ring. Edge said he would never wrestle Kane, but Long told him he would since they are wrestling for the title at the Bash. Not sure if Mysterio is out because his knee isn't up to par, if Mysterio is out because Vince decided Kane would draw more, or if Mysterio is out for other reasons. Raw opened with Kennedy coming out. Kennedy blamed the fans for his losing the Money in the bank shot because the fans made him take the match he wasn't ready for. He said he's now only wrestling for himself. Cena came out and started calling Kennedy one name after another like Mr. Crappy Pants, Mr. Camel Toe and Mr. Colostomy Bag. Cena was given Ungodly lame material. I didn't even think he could save this stuff. Cena started making fun of him until Booker came out. Orton followed, and Lashley came out last. They all wanted the next shot at Cena. Regal came in, wearing a suit and playing the role of temporary commissioner since they said Coachman was on a holiday vacation. Regal ordered a "Beat-the-Clock" deal; with Kennedy, Orton, Booker and Lashley and whomever wins in the shortest period of time gets the shot at the Bash. He said before the night was over, there would be a contract signing for the match. The first match in the series saw Orton beat Jeff Hardy in 7:06 with a RKO out of nowhere. They had a good TV match. Melina pinned Maria in 2:42 with her new slice move where she, while standing, puts her leg on her opponent's throat and slices down in a legdrop like fashion. Candice Michelle was at ringside and she and Melina went at it after the match with Melina at first getting the best of it until Candice threw her into the barricade. Cody Runnels, as Cody Rhodes, debuted with Dusty backstage. They did a deal where they talked with Jim Duggan and it was like Dusty introducing him around. From seeing him in OVW, his promos and his improvement, he's advanced pretty quickly but he's being brought up way faster than even Orton, who showed great aptitude from the start. I had the impression they were going to wait until at least January, and there's no need to rush. They noted his busted eye from the house show match. Orton came out and insulted Dusty & Cody. Orton cut a promo and then slapped Dusty in the face. Cody wanted to go after Orton, but Dusty got in the middle and held his son back. I can't help but wonder about somebody like Dusty and what he would be thinking right now after all the issues with his oldest son and then to see his youngest son step into this world full-time. Talk about mixed emotions. They ended up announcing Orton meeting Dusty in the ring, they didn't specifically say a match, on the 7/9 Raw in Lafayette, which will almost surely be an angle to build Orton vs. Cody, which means Cody starts right out in the spotlight. Marella went to talk with Maria who was selling being hurt from her match with Melina. She was more concerned for him since he was defending against Umaga. He said he had to prove something because the fans think he won as a fluke. It was probably the best thing Marella has done to possibly get over, but it was ruined by him then going out and getting squashed. Umaga pinned Marella in 3:10 with the Samoan spike to win the IC title. Marella didn't even come across in the league with a top heel the way this match came out. Booker pinned Venis in his Beat the Clock match in 4:30 with an ax kick, so he now had the fastest time. Backstage, Kennedy was talking with Crazy. Basically he told Crazy that everyone knew Crazy was losing at some point, so make it quick and he'd slide him some pesos. I kept thinking we needed to call Armando Garcia on this one. They left the segment giving you the idea Crazy was considering the offer. Crazy pinned Kennedy in :40. Kennedy may not be completely cleared which is why they didn't do a match, although first week of July had been the target date. The bell rang, but he called for the mic and was doing a promo with his back to Crazy. Crazy simply schoolboyed him. Booker was backstage and told Benjamin that all he had to do was last 4:30 with Lashley and Booker would get the title shot. Booker told Benjamin that if he won the title, Benjamin would get the first title shot. Benjamin said that there was no way Lashley could catch him in 4:30 and ended up kissing Booker's hand. Dusty did his promo challenging Orton to meet hi min the ring next week. Carlito was backstage with Hall. I'm not sure why she was even there. Sandman came out and was drinking. The segment ended with Carlito spitting the apple in Sandman's face, but Sandman spitting beer in Carlito's face. Carlito acted like he was allergic to beer the way he freaked out. Carlito beat Sandman via DQ in 3:12. It was so funny watching Sandman lock-up collar-and-elbow style. It was like he'd never done it before. Match ended when Carlito tried to use Sandman's

cane, but Sandman got it away, clocked Carlito, and it was ruled a DQ. Lashley pinned Benjamin in 4:04, beating Booker's time with 26 seconds to spare. Benjamin was doing a lot of stalling. Spot of the nigh was Lashley doing a backdrop, and in the middle of the move, Benjamin hooked Lashley's head and dropped him with a DDT. It looked like a clumsy somewhat dangerous spot because of the angle Lashley's neck was in the doing of the move. Benjamin was on the top rope and came off, right into a spear for the pin. Post-match and final segment was the Cena vs. Lashley contract signing. Kennedy and Booker came out to interrupt. Cena and Lashley worked together to clear the ring. Then, after doing so, Lashley speared Cena. He picked up the title belt, held it up, and then dropped it next to Cena. The crowd didn't exactly know what to make of Lashley but many did treat it as a heel turn. The 7/9 main event is Cena & Lashley vs. Kennedy & Booker. . . **Notes on the 6/26 tapings in San Antonio.** Smackdown was taped first and ended up being a mixed brand show. Vickie Guerrero was acting G.M. because Teddy Long legitimately went back home since everyone was told they could take the show off if they wanted. The ironic part is Vickie Guerrero was probably one of Nancy Benoit's best friends, and for that matter, close to Chris as well, and she's out there as a performer the very next night. On the show, they claimed Long was gone because he was planning his wedding. Flair beat Carlito clean with the figure four. Matt Hardy pinned Cade with a twist of fate out of nowhere. Chavo Guerrero kept the cruiserweight title in a three-way over Funaki and Noble. Fans were cheering loudly for Guerrero. The feeling was that they were almost going to have to turn him back face because nobody is going to want to boo him. Guerrero pinned Funaki after a Gori especial bomb. He then went to the top turnbuckle and looked at the sky. Vickie Guerrero was on the phone with Kristal. Edge came in looking for Teddy Long. He was mad that he was facing Batista on the show since he'd beaten him three times in a row. Vickie said it was a non-title match. Edge said he is competing under protest. They did another Michelle McCool vignette. The deal is she's Michelle McCool and she loves life. Quite the irony this week. They also noted that the Daltons are coming back. Unbelievable how many times they change their minds when it comes to talent decisions. Their names are going to be Jesse and Festus. I think Drew Hankinson is Festus and Ray Gordy is Jesse. Deuce & Domino beat Cryme Tyme. This was the match where Domino broke his nose. He may have broken his orbital bone as well. If he did, then he's going to be out for a while. At this point they haven't done anything regarding the tag titles. Domino hurt himself taking a bump he was in complete control of, as opposed to somebody potatoing him as is usually the case with broken noses and orbital bones in wrestling. Domino pinned Gaspard after Cherry distracted the ref. After the match, Cryme Tyme stole Deuce & Domino's car while they were celebrating in the ring. Cryme Tyme said they were going to the Brisco Brothers Body Shop and sell the parts. Kane pinned MVP in a non-title match clean with a choke slam. MVP claimed he was better than Tony Parker or Tim Duncan. Victoria and Mickie James had a discussion backstage. Mickie said she's wilder and then they dared each other to kiss the next guy who comes through the door. The writers at least watch the commercials on their own show. It was Howard Finkel. Victoria didn't kiss him. Next was Jim Duggan. She didn't kiss him either. James said he'd do it. Next was Big Dick Johnson but James wouldn't kiss him. Finally Ron Simmons came through and James kissed him and he said, "Damn." James pinned Victoria with an Oklahoma side roll after Victoria missed a moonsault. Khali pinned Eugene in :30 with a tree slam. Batista pinned Edge in the main event. Edge was going for a spear but instead Batista speared Edge and got the pin. There was more than one person in the company who noted on a show airing when there is more steroid talk regarding WWE that at any time in its history, they put Batista over in the main event. ECW started with Vince making the announcement that since the Raw show went on the air, more information has surfaced regarding Benoit and that his name would not be mentioned again. He dedicated the show to the surviving Benoit family members. They opened with Cena vs. Nitro in a champion vs. champion match. Of course on ECW TV, the champion from Raw won clean with the STFU two days after Nitro won the title. At the same time, on this show you'd figure it's going to be an all-babyface night. Piper came out and cut a promo until Striker came out with a birthday cake. Striker said it was his birthday. If you figured Piper put a cake in Striker's face, you'd be right. Boogeyman then showed up. Striker tried to run away, but Piper threw him back in the ring. Boogeyman nailed a tree slam and spit worms in Striker's mouth. Nitro did a promo and said he was suffering from a cold and that's why he lost to Cena. Okay, now I know they are copying from the Brazilian Top Team. Main event was 2/3 falls with Punk vs. Burke for the title shot at the Bash. Burke took the first fall with the Elijah Experience, which is the running double knees into the corner after Punk was crotched on the top rope. Punk reversed a vertical suplex out of the ring into a small package to even things up. They did the Malenko series of near fall on the mat, but wound up with Punk using the Go 2 sleep and scoring a clean pin. . . Punk ended up being a WWE vs. TNA match at Booker's 6/29 show in Pasadena, TX, before 580 fans. Main event was Team 3-D beating Booker & Dawg Chetum. Tons of "TNA" chants and heavy cheers for 3-D. But since it's

17

Booker's house, Brother Ray started insulting Houston and Booker. After winning, Bubba said they take back all the insults they gave to Houston and Booker, saying they were happy to come to his show and that whenever the fans want to see them, they'll come back. Bubba then told the fans to chant "PWA." As Booker was leaving the ring, Umaga, who didn't wrestle on the card nor was advertised, had a staredown with him. It ended with Team 3-D also doing a staredown with Booker and Umaga. Nobody from TNA is on the next show. . . In something that fell through the cracks, ART, the station that airs Raw in the Arab countries, did air the Benoit tribute edition of the show with the Arabic announcers heavily praising Benoit on 6/29. . . Moolah and Mae Young didn't realize it was Chris Benoit who had passed away for quite a while. They were both at Raw on 6/23 to be part of the Vince funeral show. Moolah was in the bathroom when everyone was called to the ring. Mae was out there, but at 83, her hearing his bad. When Moolah came out to find everyone freaked out, she went to Mae to find out what happened, and Mae told her that Christian had died and both didn't ask any questions for some time. . . The pro wrestling and MMA DVDs among the top ten best selling sports DVDs on the *Billboard* charts for 7/7: 1. WWE The Ladder match; 2. Wrestlemania 23; 4. WWE Most Powerful Families in Wrestling; 5. WWE Backlash; 6. Ric Flair and The Four Horsemen; 7. Ultimate Iceman: Chuck Liddell; 9. Pride Fighting Championships Fighting Legacy Volume 4; 10. UFC 65 Bad Intentions. . . There will be a special Sunday Smackdown/ECW taping on 9/9 in Minneapolis at Target Center. . . Fans in Regina, Saskatchewan (and I'd presume the rest of the canceled Western Canadian tour in two weeks) were told to hold onto tickets as they are expected to announce new dates in those markets any day now. . . Sherry Connor, the mayor of Shively, KY, served as the special referee for an OVW match on 6/30 in the city where Idol Stevens & ODB beat Shawn Spears & Katie Lea. It was great because ODB, who is basically doing a female Stone Cold character hit the stunner on Lea and went for the pin, and Connor just stood there and watched. All the wrestlers started screaming at her to count the pin, which is basically the only thing she had to remember. Stevens finally ran in, got down alongside her and counted with her. . . Ted Annis aka Teddy Hart, had not signed a developmental deal as of the last word we had, but they have reached terms and it is expected to happen. . . OVW ran Six Flags on 6/29 and drew 800 fans, which I believe was the biggest crowd so far this season, to see Carlito. Carlito got the biggest pop of any WWE star that has come to OVW this year. He wrestled Idol Stevens, and had to turn himself heel by insulting the crowd. Carlito bragged he would win the match in 8:34. The finish saw Carlito bite the apple, but before he could spit it, Stevens got behind him and scored the win in just under 9:00. Cody Runnels beat Shawn Spears in a strap match by touching all four corners in 25:00. Jay Bradley beat

Chett the Jet in a match where the winner would get a shot at OVW champ Paul Buchill on the 7/6 show. They did a $2,500 bodyslam challenge (in speaking about 1970s angles), where Antoni Polaski and his 450 pounds went against Steve Lewington. Lewington finally got Polaski in the air, but collapsed underneath him and Polaski got the three count. K.C. & Kassidy James, billed as brothers, beat Brett & Brian Major, also billed as brothers, to win the OVW Southern tag team titles. The James Boys kept switching behind the refs back. Mini Bolin hit the ring and K.C. used his briefcase to hit Brett for the pin. Colt Cabana pinned Victor Kozlov with his feet on the ropes. Steve Williams, who is a part-time coach here, teamed with Jake Hager once again to beat Los Locos in a prelim match. . . I'm not sure what this shows, but WWE actually put out a release on 7/5 noting that the ratings over the past week made WWE shows on CW, USA and Sci-Fi the top rated program on each respective channel over the past six weeks. Yes, they bragged about their ratings in a period that included the past two weeks. . . Steve Keirn's new Florida Championship Wrestling territory debuted on 6/26 in Tampa and had a second show on 6/30 in Temple Terrace, FL. It's mostly the same guys who were in Deep South. Jim Duggan beat Doink the Clown (I wonder if that was Keirn, who was the second Doink after Matt Osborne was fired) in the main event. Harry Smith is the Southern heavyweight champion. Dan Rodman has been moved here from OVW. . . 6/30 Raw in Baton Rouge was headlined by Cena over Orton in 18:00 and Lashley pinning Umaga. During the main event, Orton put Cena in a sharpshooter, looked at the sky and said, "Why?" This violates the company directive to do nothing to bring back any memories of Benoit. He looked very sad as he did it. Cody Rhodes was busted open hardway to an elbow from Daivari. Rhodes was bleeding badly, and they went quickly to the finish with an elbow and got Rhodes to the back. After a "We Want Nitro" chant during the Melina match, Melina got a sad look on her face and said, "I Miss Johnny." Then she sort of got into the crowd and grabbed James, and before doing a suplex, said "This one is for Johnny." Crowd was very into Lashley. . . 7/1 Raw in Bossier City, LA drew a poor crowd, as they were giving away ringside tickets as late as show time. Cena pinned Orton with the FU in 20:00. Lashley pinned Umaga with a spear. Jeff Hardy pinned Snitsky. Marella kept the IC title pinning Regal. Cade & Murdoch kept the tag titles beating London & Kendrick when Cade pinned London after a lariat. Cody Rhodes pinned Carlito in the opener. Carlito ran down Dusty to start the show, saying how his father used to beat Dusty all the time. I wonder if they ever wrestled, as I never recall Rhodes going to Puerto Rico for WWC, although one would figure he must have. But I've certainly never heard of Carlos Colon vs. Dusty. Match only went five seconds with Rhodes getting the pin after a Thesz press.

**FIRST CLASS MAIL**

PRESRT FIRST CLASS
U.S. POSTAGE PAID
PERMIT NO. 5634
SAN JOSE, CA

**WRESTLING OBSERVER NEWSLETTER July 10, 2007**
POST OFFICE BOX 1228
CAMPBELL, CA 95009-1228

# EXHIBIT 14



Sports
**Call to mind - Nowinski aggressively tackles issue of concussions in sports**

John Powers
John Powers Globe Staff. Boston Globe
1,710 words
15 July 2007
The Boston Globe
3
C.1
English
© 2007 New York Times Company.  Provided by ProQuest Information and Learning.  All Rights Reserved.

WALTHAM - The e-mails come from strangers who've seen him on TV talking about concussions and the terrible damage they can cause. The mother of an NFL player who is worried because her son is no longer the same guy. A soldier asking for the name of someone who can help him. Recently, an old Illinois high school teammate called.

"He said, `Remember me? I used to block you in practice,'" Chris **Nowinski** says in a conference room where he works as a consultant for Trinity Partners, a biotech and pharmaceutical consulting firm. "Now, he's suicidal."

As the issue of sports concussions has been spotlighted amid evidence that brain trauma from their playing days may have been linked to the deaths of four former NFL players, the 28-year-old **Nowinski** has become a prominent voice on the subject, appearing on an HBO special, talking on CNN and National Public Radio, and being quoted in major newspapers.

**Nowinski** has solid credentials because he's also a victim, a former Harvard football player and World Wrestling Entertainment performer who suffered at least a half-dozen concussions that eventually ended his career.

"That gives him a lot of legitimacy because he's been there and done it," says Dr. Julian Bailes," who chairs the Department of Neurosurgery at West Virginia University and is medical director at the Center for the Study of Retired Athletes at the University of North Carolina. "He's a sufferer, also."

**Nowinski** has had migraine headaches, memory loss, sleeping problems, and depression. As he grows older, he could develop the more serious dysfunctions that come with chronic traumatic encephalopathy. "I'm at high risk for everything we're looking at," observes **Nowinski**, who says that he's still "on a lot of drugs with high copays" four years after he quit wrestling.

**Nowinski's** research into concussions led to his writing "Head Games," a book about what he calls football's concussion crisis, which was published last fall. Since then, he has become a visible activist, having brain samples from deceased former NFL players Andre Waters and Justin Strzelczyk analyzed to show that concussions likely contributed to their deaths.

"It's one of the few big public health issues that is easily preventable that is left out there and nobody's really taking it up," says **Nowinski**, who is helping establish the Sports Legacy Institute to do formal research on sports-related brain trauma. "I know all the stories. I just can't sit back and not do it."

Repeated concussions can lead to irreversible neurological damage and dementia. Yet until recently, players who'd been "dinged" or "had their bell rung" were encouraged to shrug it off and get back into the game.

"That culture works for body injuries, where it makes sense to play through bruises, because it makes you tougher," says **Nowinski**, who finished out a game with a broken hand in high school. "But no one ever separated that for brain injuries. I believe we're smart enough to understand the difference - if we're told it."

Personal experience

**Nowinski** says he didn't understand the difference the first few times he absorbed jarring head shots. The first came during a Harvard practice when he was rushing the passer and was leveled by a helmet under his chin. "I remember feeling fuzzy that night," he says. "I kept calling people by the wrong names in the dining

2007 Factiva, Inc. All rights reserved.

hall."

The second time was a helmet-to-helmet smash from a linebacker as **Nowinski** was returning a short kickoff during a preseason scrimmage. "When I opened my eyes, it was the first time the sky turned orange on me," he remembers. "I took a knee, I went to the sideline, and the next time my number was called, I was ready to go. I didn't know it was worth talking about."

**Nowinski** ended up playing for the league-champion varsity in 1997 and made second-team All-Ivy as a defensive lineman. Then, as a lark, he tried out for "Tough Enough," WWE's reality show on MTV.

"One of the trainers wanted to send me a welcome-to-the-business message," says **Nowinski**. "He threw me into the ropes and gave me a clothesline. I remember feeling very strange and off balance. We had a blue ceiling and it went orange on me."

But **Nowinski** kept wrestling and quickly made a name for himself as "Chris Harvard" (until his alma mater objected), the supercilious H-Man everyone loved to hate. His fellow members of the Class of 2000 who'd gone to New York's investment banks and trading pits were jealous, he'd joked. They were working 100-hour weeks and stressing out while he was cavorting with Tommy Dreamer, Goldust, and his WWE playmates and making big money.

"I know this is something I could do for 10 or 20 years," **Nowinski** said in November 2002, just before he performed at the FleetCenter. "I wake up in the morning looking forward to my job - that's never happened before. I don't see where this will ever get boring."

Two months later, his wrestling career was over. **Nowinski** just didn't realize it. During the Royal Rumble in Hartford in January, he took a kick to the chin from Bubba Dudley that knocked him halfway into December.

"When I hit the mat I had a massive headache, to the point where I forgot who was supposed to win the match," **Nowinski** recalls. "I was fuzzy for three weeks, but I still wrestled because I didn't know any better. I just kept trying to be a tough guy."

Soon came the headaches. Memory problems that became progressively worse. Sleepwalking. Depression set in. Yet **Nowinski** wrestled nearly two dozen times during the next five months, taking on Maven and Hurricane and the rest of the cast until it became obvious he was having severe problems.

"Dude, you're [messed] up," the tag-team manager told **Nowinski** en route to an Indiana show. "You shouldn't be wrestling anymore." That night in his hotel room, after a violent sleepwalking episode, **Nowinski** awakened to find himself face down on the floor amid broken glass, overturned furniture, and a terrified girlfriend.

Lasting effects

Wrestling was finished for him, but his post-concussion symptoms continued and worsened. That fall, **Nowinski** began doing medical research into causes and effects. "To see what was wrong with myself," he says. "Because I wasn't getting any good answers from doctors as to why I wasn't bouncing back."

Every concussion made the next one worse, **Nowinski** learned, and opened the door to lifelong neurological problems. And from what he gathered by talking to football buddies at Saturday tailgates and from interviewing former pros, concussions had become a crisis in the sport. "Everyone's getting them," he concluded, "and getting a lot of them."

**Nowinski** had agents shop around his book idea, "but the publishers thought it was too small a market," he says. Last October, Drummond published "Head Games," which has received critical applause but underwhelming sales. "People do not want the responsibility of knowing the information," **Nowinski** says.

But after Waters committed suicide last year, the subject suddenly became timely. **Nowinski** asked the player's family for a sample of his brain tissue, which Dr. Bennet Omalu, a neuropathologist at the University of Pittsburgh, analyzed.

Omalu, who'd done similar examinations on the brains of former Steelers Mike Webster and Terry Long, determined that Waters's tissue resembled that of an 85-year-old man and showed early indications of Alzheimer's disease.

**Nowinski** quickly found himself a go-to guy for TV and radio bookers. He'd just authored a book on the subject, he was a familiar name from his WWE days, he was a Harvard grad, and he was well-spoken and camera-friendly. "No question, having been an entertainer helps," **Nowinski** says.

2007 Factiva, Inc. All rights reserved.

From the media coverage he's seen, the NFL's belated interest in concussions and recent congressional hearings on the problems of retired players, he senses that the message finally is getting through.

After former wrestler Chris **Benoit** killed himself and his family last month, some observers pondered whether he might have suffered brain damage during his career. "People were saying, I wonder if ... ," says **Nowinski**, who knew **Benoit** from their WWE days. "They're open to the idea. In less than six months, it's part of the lexicon."

While **Nowinski** says it's "rewarding to know that so much has changed so quickly and that people are open to change," he acknowledges that institutional progress on the athletic side has been coming slowly. "The awareness is there," **Nowinski** says, "but changing the culture is another undertaking."

Though the NFL held a concussion summit in Chicago last month and will establish mandatory neuropsychological testing for players, **Nowinski** questions whether the league will take the logical next step - diagnosing concussions when they occur and keeping players off the field while they recover. "Concussions certainly aren't going away," he says.

Football is more violent than ever, **Nowinski** says, with bigger and faster people slamming into each other, and that's not likely to change. "The game is based on hitting other people as hard as you can," he says.

But the damage from multiple concussions can't be mended in the same way a blown-out knee can. "People thought, they retired, so they're fixed," **Nowinski** says. "They retired because they're ruined."

If medical evidence and headlines about dead former players aren't enough to change things, one big lawsuit from a player could be the catalyst. "The liability issue is a big hammer that will probably be used somewhere by somebody," **Nowinski** says.

It would be unfortunate, he says, if that's what it takes to make football less of a head game and stop the parade of players with neurological problems. "How many bodies do we have to find," Chris **Nowinski** asks, "before people take it seriously?"

John Powers can be reached at jpowers@globe.com.

Document BSTNGB0020070716e37f0002c

2007 Factiva, Inc. All rights reserved.

# EXHIBIT 15




newsday.com

SPORTS
**WRESTLING MURDER-SUICIDE: THIS WASN'T IN THE SCRIPT Chris Benoit faced stresses on the job and personal troubles away from the ring**

BY ALFONSO A. CASTILLO. alfonso.castillo@newsday.com
1,437 words
15 July 2007
Newsday
ALL EDITIONS
B20
English
Copyright 2007, Newsday. All Rights Reserved.

The Chris **Benoit** at 2002's SummerSlam at Nassau Coliseum was quite simply "the best," said Rob Van Dam, **Benoit's** opponent that night.

"He was a role model to those of us who were considered role models," said Van Dam, who is still struggling to come to grips with charges that **Benoit** strangled his wife, choked his son to death, then hanged himself. "I can't think of him as a monster. It just doesn't make sense to me."

No one knows what caused **Benoit** to kill his family and himself. He did have a rocky marriage, friends report. His son may have struggled with a mental handicap, according to wrestling officials. Although **Benoit** recently tested negative for steroids, they were found at his house and his doctor prescribed massive amounts of them to him, authorities said.

On top of all that, wrestling insiders say he - like many full-time pro wrestlers - lived in a world of near-constant stress, with no offseason and a grinding schedule that offered him few opportunities to deal with any issues at home.

"Everyone is searching desperately to put some perspective into this," said former WWE employee and wrestling promoter Paul Heyman, who gave **Benoit** his first big break in the United States. "It's incomprehensible to think that he did something so heinous."

In a good week, World Wrestling Entertainment performers are home for two days. WWE puts on shows more than 250 nights a year and the perception that a wrestler isn't totally committed can put him out of the spotlight and out of a job.

"You've always got this in the back of your mind, behind every decision you make: If you don't want to be there, there are probably a million guys who will jump at the chance to be there," Van Dam said.

Although Heyman said he saw "up close the loving relationship this man had with his son," **Benoit's** work schedule left him little time to spend with Daniel, 7, who reportedly suffered from fragile X - a form of mental retardation often mistaken for autism. **Benoit** kept the illness from most of his colleagues, but fellow wrestlers said such a condition would have added to the pressure on **Benoit** to spend more time at home.

And awaiting **Benoit** each week when he would return from his usual four-day road trip was a marriage that, according to records, was unraveling in 2003. Nancy **Benoit** had accused him of abusing her.

"I have no problem saying that being a full-time wrestler and living on the road absolutely, 100 percent added some stress to Chris' life," said Van Dam, a former WWE champion. "Whether that had anything to do with what happened or not, none of us know at this point."

In a statement to Newsday, WWE said last week that it has "worked to reduce talent travel and time away from home" and will "provide time off for talent to address personal issues, as we did for Chris **Benoit** when he took time off from May to October in 2006."

Even when they are hurt, many pro wrestlers, who are classified as independent contractors and don't get insurance, choose to work through agonizing pain out of fear of losing their place in the cards or their jobs altogether.

2007 Factiva, Inc. All rights reserved.

With no unions or pensions and no viable competitor to WWE, losing your job can mean losing your career, wrestlers say. Many wrestlers make six-figure salaries.

"Any time wrestlers think they can all take a stand, they're all replaceable," Van Dam said.

WWE did not respond to specific questions about wrestlers' employment status and their lack of benefits.

For wrestlers, working can be as hazardous as not working. To function on the road, some wrestlers rely on prescription pain pills, and some get addicted, they said.

"People think, 'It's fake. It's so easy' ... That mat is a lot harder than most people would ever imagine," said former WWE star Chris "Kanyon" Klucsarits, a Sunnyside native. "And when you love it as much as Chris did, you make it look real."

A pro wrestler is likely to suffer dozens of injuries during a career. During his brief, three-year wrestling career, former WWE star Christopher **Nowinski** suffered four concussions, he told Newsday. In his book, "Head Games," **Nowinski** and medical researchers found links between pro athletes' post-concussion syndrome and various mental disorders, including dementia and depression.

In a business with an alarmingly high mortality rate, the Benoits had also recently been dealing with the recent deaths of several close friends, including **Benoit**'s former tag team partner Shane Bower, who died days before **Benoit** at the age of 42, and former wrestler and manager Sherri Martel, who died a week earlier at 49. There is not yet a cause of death for either.

During the previous 20 months, **Benoit** lost two other of his closest friends, wrestlers Eddie Guerrero and Mike Durham - both in drug-related deaths.

Wrestlers and experts say the answer to what set **Benoit** on his path probably will not be found in any toxicology findings.

Wrestling journalist Dave Scherer, editor of PWInsider.com, said he believes steroid use remains prevalent in wrestling, as performers continue to feel pressure to look like stars.

"I agree that WWE has culpability, and they're going to the be the ones that have to set the culture," Scherer said. "They sure as hell don't want another of these tragedies to happen."

In a statement, WWE spokesman Gary Davis said **Benoit**'s actions can't be regarded as typical for wrestlers and added that officials "look forward to engaging in the debate on the root causes of the ... problem" of performance-enhancing drugs.

Many wrestlers and insiders say things are getting better. Recreational drug use has largely subsided since its peak in the 1980s and 1990s, they say. Van Dam said he knows firsthand that WWE's drug policy has saved some lives.

But Klucsarits wondered whether the **Benoit** tragedy would open some eyes into the lives of pro wrestlers when the full story is known, or only further tarnish an already troubled industry.

"The ironic part is that Chris loved wrestling more than anyone. And he may end up being the one that saves it," Klucsarits said. "Or he may end up being the one that hurts it more than anyone."

Seeking changes

Observers of the pro wrestling industry have suggested several changes that could improve quality of life for performers. Here are a few:

MANDATORY TIME OFF. Wade Keller, editor of the Pro Wrestling Torch newsletter, has pushed for a rotation system in which every wrestler would get six weeks off, twice a year. Dave Scherer, editor of PWInsider.com, has proposed a WWE offseason, during which WWE would shut down all performances for three weeks to a month in December.

STRICTER DRUG TESTING. Some critics have said WWE's wellness policy, instituted last year, may be well intended, but falls short by allowing wrestlers to justify the use of steroids and other drugs with a doctor's permission and giving wrestlers an hour's notice before a drug test.

2007 Factiva, Inc. All rights reserved.

OUTLAWING DANGEROUS WRESTLING MOVES. WWE has restricted certain moves that could result in spinal compression, but some critics say more has to be done.

LESS EMPHASIS ON PHYSIQUES. Many wrestlers and critics have advocated reinventing the model of a pro wrestler, and have emphasized that some of the most talented and athletic performers are often the smallest.

A PRO WRESTLERS' UNION. Organized wrestlers could demand health insurance for them and their families and create a pension system for retired stars, who sometimes become destitute after leaving the ring.

PSYCHOLOGICAL SCREENING AND COUNSELING. Letting wrestlers open up about their stresses could uncover serious problems that wouldn't show up in a drug test, some observers say.

1) Photo By Kevin Mazur – Chris **Benoit** celebrates after he won the world heavyweight championship at Madison Square Garden in March 2004. 2) Photo - Dr. Phil Astin, **Benoit**'s personal physician, was charged July 2 with  prescribing painkillers and other drugs to two patients other than **Benoit**. 3-4) - AP Photos - **Benoit**'s wife, Nancy, left, in 1986. Below, her sister Sandra Toffoloni, and parents, Paul and Maureen Toffoloni, leave a Daytona Beach, Fla., church yesterday after her funeral. 5) Getty Images Photo. 2004 – Chris **Benoit**

Document NDAY000020070715e37f0006y

2007 Factiva, Inc. All rights reserved.

# EXHIBIT 16

# PRO WRESTLING TORCH

## Benoit Toxicology Report: Steroids + Xanax
### WWE characterizes it as therapeutic testosterone, not "steroids"

**INSIDE 24 PAGE SPECIAL DOUBLE ISSUE**
•Media Diary of Week Four of Benoit Tragedy
•Torch Talk with Marc Mero, pt. 1
•Torch Talk with Kevin Nash, pt. 1
•Bruce Mitchell: TNA contributes to problem
•Pat McNeill: The Missing Eight Talkers

## COVER STORY
By Wade Keller, Torch editor

The toxicology reports on Chris Benoit, released by authorities Tuesday, July 17, showed extremely elevated levels of the anabolic steroid testosterone, plus the prescription drug Xanax. Toxicology reports also indicated Xanax in the bodies of both Chris's wife Nancy and their son Daniel.

Daniel's Xanax level indicated that he was sedated before he was strangled to death. The worst images of a frightened young boy being approached by a rageful father and choked to death were replaced by a less horrific, but still disturbing, sad image of Chris giving Daniel pills to "help him sleep" before he killed him.

The toxicology report didn't provide much information surprising in nature. It did rule out that Benoit had a wild concoction of various drugs, but the drugs found in his system are enough to create a picture of someone who wasn't himself. The elevated levels of testosterone was the headline of most TV and newspaper reports. WWE reacted to the test results with a public face of "relief," although that could have been public relations spin. Either way, it failed as mainstream media reports of elevated levels of steroids in Benoit's system were followed by Rep. Cliff Stearns (R–FL) going ahead with plans to try to initiate a congressional hearing into WWE and the pro wrestling industry.

Benoit's elevated testosterone level was downplayed at the press conference by Georgia's chief medical examiner, Dr. Kis Sperry. He said since testosterone is a therapeutic drug, Benoit may have been taking it because years of steroid use has in effect shut down his body's natural production of testosterone. However, the levels of testosterone in Benoit's body were at a T/E ratio of 59:1. An automatic failure of WWE's Wellness Program is 10:1. The Olympics and pro sports tests fail athletes at a 4:1 or 6:1 ratio. Cyclist Floyd Landis was stripped of his Tour de France title after his test results indicated an 11:1 ratio.

Dr. David Black, who oversees the administration of WWE's drug tests, downplayed the reliablity of the 59:1 ratio, saying that a urine test isn't reliable and a blood test would give a more accurate representation of Benoit's T/E ratio. However, for instance, the California State Athletic Commission tests T/E ratios using urine, not blood, samples, when evaluating athletes. Whether reliable or not, WWE's evaluation of the test results were derided by numerous experts and doctors from various universities across the country quoted in newspaper stories.

"With that amount of testosterone, you are more likely to see violent behavior," said Dr. Gary Wadler, a Long Island internist who is an advisor to the World Anti–Doping Agency, in a New York Daily News article.

What is known is that Benoit had a stockpile of steroids in his home (which he curiously did nothing to hide or destroy, despite destroying other personal items such as paperwork, letters, and a diary). DEA officials found that Jones Pharmacy in Georgia had been supplying Benoit, through a prescription from Dr. Phil Astin III, with what they assessed was a ten month supply of steroids every three to four weeks. That would equal about 10–15 times normal, which coincides with the 59:1 ratio being 10–15 times the normal "failure level" in a test. It's also possible Benoit was "sharing" the drugs with others and not using the entire supply himself.

Chris tested negative for alcohol in his blood, although that may have been because of the length of time between when he was last alive and when his body was discovered since there was an empty wine bottle found next to his body.

The total drug breakdown in Chris was 50 mgs/liter of alprazolam (Xanax, an anti–anxiety drug) and 45 mg/liter of hydrocodone (Vicodin, a painkiller), both at a therapeutic dosage level.

Chris may have had other steroids in his system at the time of his death or shortly before his death, but they wouldn't be detected in a toxicology report since many steroids used for increasing body mass enter and leave the system within a two or three days.

In an interview with WebMD in June, before the Benoit murder–murder–suicide, Wadler described the effects of excessive steroid usage. "Roid rage, in many ways, I would characterize as a form of loss of impulse control," he said. "It provokes overreactions via a stimulus that normally doesn't produce such a severe reaction. So say somebody says something to you that you don't like. You may put your fist through a wall. The impulse is there; it's overreaction. Forget the roid, for the moment. It's a rage … and that rage is precipitated by the brain being exposed to anabolic steroids."

He said it's been linked to murders and suicides. "It's been implicated in a number of murders and can result in extreme aberrations of behavior including the taking of one's life. Another thing you have to be mindful of — it may unmask an underlying psychiatric disorder that has been basically kept in check until the individual is exposed to this category of drugs. And so what you may be seeing is unmasked psychiatric disorder."

Dr. Todd Schlifstein, a sports medicine rehab physician and steroid expert at NYU Medical Center, told the New York Daily News that given Benoit's past steroid and drug abuse, roid rage may have contributed to his actions. "When you

—Please see COVER STORY, pg. 2



BBL
By WADE KELLER

## Statute of Limitations

A number of wrestlers have defended WWE, saying that things are better than they used to be and they want credit for that, they want it taken into consideration.

The problem is, even if you accept that things are just fine now, and what happened to Benoit is a result of problems built up during a previous era, and that nothing like it is bound to ever happen again, there is still a lot to answer for.

WWE is in a tough spot because they can't actually draw too much attention to their defenses because they draw attention to problems, problems that someone should pay for. After all, if WWE makes the case that things are improved now, they are admitting things were worse before. Once those times are examined, the media and congress will discover that the same people in charge then are in charge now. They will discover that people were predicting bad things for that generation of wrestler years ago, suggesting changes such as more strict and comprehensive drug testing, mandatory extended breaks or an off-season, restrictions on damaging moves, and closer attention to concussions.

What is the statute of limitations on the ignoring of warning signs of pending danger that ultimately led to deaths? Five years? Ten years?

So to admit they improved things in recent years is to admit they recognized there was something wrong before. Vince McMahon doesn't admit he does things wrong — at least not things of the magnitude that lead to high-profile deaths and underreported post-WWE misery.

If they've improved the schedule, why did they improve the schedule? Any answer would bring about questions about why they haven't done more screening for psychological issues, why they didn't offer extended time off sooner, why they didn't see Benoit's breakdown as a possibility. If changes were made, they were made for a reason, and that creates a sense of being able to forecast future harm if changes weren't made. But the wheels were already in motion on potential fallout from years without drug testing, years with a cavalier attitude toward concussions, years with a much tougher schedule.

Also, if WWE draws attention to the great Wellness Policy being a major improvement, they have to answer to why it took so long to implement something like it. Why did it take Eddie Guerrero dying to prompt a more diligent

—KELLER continued on pg. 28

# COVER STORY: TOXICOLOGY RESULTS

have a stockpile of steroids and a doctor (Phil Astin) prescribing a 10–month supply every three weeks, obviously you're abusing steroids," he said. "And abusing steroids has been proven to be linked with aggressive behavior. It's hard to label this as a one–drug casualty. When someone does use high doses of steroids for a long period of time, it's very common for them to use other drugs as well, drugs like Xanax to help control the symptoms of steroid use, 'like aggression and anger."

Nancy was found to have more than twice the levels of Vicodin in her system as Chris, less than half the level of Xanax, but also a therapeutic dosage of hydromorphone (a pain killer). She also has a 0.184 blood alcohol level, which Dr. Sperry, the M.E., said may have been a natural effect of decomposition rather than ingested before her death.

## PRESS CONFERENCE RUNDOWN

District Attorney Scott Ballard opened the afternoon press conference by saying that steroids were found in the body of Chris Benoit. He said they are still investigating it as an apparent murder–murder–suicide. He said there are many aspects to the investigation, and toxicology reports are part of it. He said regarding fast turnaround on toxicology reports, priority is typically placed on cases where there is an actual defendant. He said there is a tremendous demand placed on those conducting the tests, so he appreciates the attention the crime lab has given this case to help answer questions that are part of this investigation.

He said they aren't in a position to answer many of the questions reporters may have at this point regarding the ongoing investigation. He said he'd rather discuss the totality of things at a later time. He then introduced Dr. Kris Sperry, the chief medical examiner from the state of Georgia.

Sperry detailed the prescription drugs in Nancy's body, which he said were at normal dosage levels. He said the blood was decomposing, so the levels may have been higher at the time she died, "and we will never know." Regarding her blood alcohol level, he said, "It is not possible to say whether any or all of the blood was due to injection of alcohol or the post–mortem production."

He said in Daniel, they found Xanax at 11 mg. He said it is not a drug that would normally be given to a child. Based on that, it is their opinion he was sedated at the time he was murdered.

In Chris Benoit, besides the prescription drugs, the only steroid drug they found was testosterone, a level of 207 mg/liter. They determined that was a level indicating he had been using testosterone within a short time prior to the time he died, depending on the form of the drug used. He said there were no other steroids or steroid–like drugs in his urine. He said they found no evidence of GHB (which is very difficult to test for).

He said the elevated ratio of testosterone to epitestosterone was 59:1. "That is an indicator that he had been injecting testosterone, but how much, how frequently, and for how long is

something that cannot be answered through this," he said.

A reporter asked if the findings provide any insight into why Benoit acted as he did. "Specifically, they do show that Daniel Benoit was sedated at the time he was murdered," said Dr. Sperry. "Other than that, I don't think they reveal anything at all."

When asked about Daniel's drug level, Sperry said he didn't die of a drug overdose. He said the fact that the Xanax level was elevated puts some of the circumstances of his death into "context."

When asked about the combination of drugs and how it may have affected Benoit, he said the prescription pain drugs were at a normal therapeutic levels for someone in pain. He said it doesn't mean anything and he wasn't at a toxic level. He said regarding the testosterone, there is conflicting data whether it creates mental disorders or outbursts of rage.

When asked, Sperry said the abnormal indication of the range is an indicator he was injecting the testosterone, but he said the ratio level is not relevant to his behavior. He said no one really knows the effects. "An elevation of that ratio doesn't translate into something abnormal in their behavior," he said.

A reporter asked about needle marks in Daniel's arm. He said they got only a small amount of urine from Daniel and his body was just showing signs of decomposition, so they weren't able to test for HGH or other substances.

When asked about the levels of drugs in Nancy's body, he said they didn't indicate she was sedated before she was killed. He said the numbers may have been higher or lower at the time she died because of the changes the body undergoes as it decomposes. He said she had surgeries in the past, so it wouldn't surprise him if she was taking those meds due to muscle spasms and pain.

A reporter asked what stood out to him as medically significant. He said there is clear evidence that Daniel was sedated at the time he was killed. "That's an unusual finding," he said. He added that there was no evidence of any other illegal types of anabolic steroids that are out there to be used. He said the presence of the testosterone alone could be an indication of testicular insufficiency.

When asked whether there was any evidence that Daniel had Fragile X Syndrome, he said it's impossible to test for that post–mortem. He said because he had been dead for some time, that is forever closed to them.

When asked about WWE's steroid testing results, he said he had no prior knowledge.

When asked about drugs found in Benoit's home, he said that falls under investigative information still being analyzed.

He was asked to explain the T/E ratio. He said it is the breakdown product of testosterone is epitestosterone. He said the finding of the extremely elevated ratio means the testosterone is much more elevated compared to epitestosterone, and the only way for that to be the case is with the injection of testosterone.

D.A. Ballard stepped back up to the microphone. He said they continue to investigate the various aspects of this case. He said it's unclear

where the toxicology report leads them. When asked why Daniel was sedated, he said he could speculate, but he won't.

Regarding WWE, he said this is an emotional issue for many people. He said, "The level of communication has been good." He said they've received a lot of tips from concerned people with theories and they've tried to sort through them.

When asked about the previous test results, he said he hasn't been given the results. "You are trying as best you can to recreate the events. Who did what at what time, with whom and where," he said. "Many of the answers, I suspect, we'll never have. To the extent we can, we'd like to see where the evidence leads us."

When asked if todays finding provide more questions than answers, he said, "Maybe a little of both."

Dr. Sperry clarified that the test results indicate only a snapshot of what he may have taken within a couple of days or weeks. He said some steroids are only detectable for days. He said they found no evidence of any other anabolic steroids that would be injected for bodybuilding purposes or anything like that. He said regarding what he may have used in the past at any other time, no one can tell from these tests.

When asked if testosterone is used for bodybuilding, he said synthetic steroids have different effects on the body of which some are used for bulking up muscles. He said the most common use of testosterone is for testicular productivity shortages. "At this level?" asked the reporter. Sperry said, "Translating it into effect and what it was used for is not possible."

The press conference as carried live on CNN, MSNBC, and Fox News Channel.

## WWE PRESS RELEASE

WWE posted the following statement on their corporate website shortly after the toxicology report was released:

STAMFORD, Conn., July 17, 2007 – WWE understands that the toxicology reports for Chris Benoit indicate that he tested positive for testosterone and negative for anabolic steroids. On Mr. Benoit's last drug test in April 2007 administered by Aegis Labs, he tested negative for anabolic steroids and for testosterone. Given the toxicology report of GBI released today, it would appear that Mr. Benoit took testosterone sometime after his April 2007 test and the time he died. WWE understands that its dealings with Dr. Astin are currently being investigated, and WWE has no knowledge of whether Dr. Astin prescribed testosterone for Mr. Benoit at some point after the April 2007 tests.

For over 20 years, the WWE has been demonstrating our concern for the well being of our contracted athletes, instituting drug testing in 1987 leading up to our current Wellness Program which began on February 27, 2006, administered by Dr. David L. Black of Aegis Sciences Corporation – one of the world's foremost drug testing authorities.

We believe our Wellness Program is at the very least comparable to those of professional sports and is a program that will benefit WWE Superstars for generations to come.

# MEDIA    DIARY: WWE UNDER SCRUTINY

*The following is a detailed march through the fourth week of coverage stemming from the apparent murder-murder-suicide by Chris Benoit of his wife Nancy, his son Daniel, and himself. The media tidal wave was refueled by results of the toxicology report being released.*

## FRIDAY, JULY 13

### ABC NAMES OTHER WRESTLERS

ABCNews.com published a report titled "Beyond Benoit: More Wrestlers Tied to Doc" naming the other wrestlers named in investigator documents into Chris Benoit's doctor, Phil Astin III.

The story began: "At least six professional wrestlers—including Chris Benoit, former champion Lex Luger, and popular current star Rey Mysterio—have been implicated in the federal government's probe..."

It says their records were seized as part of the investigation and notes that the local Fox News affiliate confirmed that O.G. and M.J. are Rey Mysterio and Mark Jindrak.

### FINLAY DEBATES MERO ON CNN

On the CNN Headline News program "Nancy Grace," she assembled a panel that included former WWE wrestler Marc Mero, current WWE wrestler David "Fit" Finlay, the widow of Mike Durham (Johnny Grunge) Penny Durham, Figure Figure Wrestling editor Bryan Alvarez, and a doctor with knowledge of steroids.

Beforehand, a news video package aired updating viewers on the latest developments and background on the case, such as when a funeral was scheduled for Nancy and Daniel Benoit in Daytona Beach, Fla. Grace noted that Chris Benoit will be buried separately after a separate (more private) ceremony in Canada. She noted that a grand jury was hearing other evidence for a follow-up indictment

Grace asked Alvarez why authorities, according to her source, were going through "a secret copy room" to find records attached to deceased wrestlers. Grace said 68 boxes were removed from the room. Alvarez said a number of wrestlers will be listed as being under his care, and because wrestlers use stage names, they may not be instantly recognizable to authorities. Many may be non-WWE wrestlers, including perhaps TNA wrestlers (one of the first utterances of the letters TNA in the previous three weeks, which is good for TNA from a public relations perspective, but a sign of where they stand in terms of recognition).

After some more background talk, she went to Dr. Marty Makary, a physician and professor of public health at Johns Hopkins University. Grace asked about why the toxicology reports are taking so long to get back. She was concerned steroids wouldn't be detectable if they waited too long. The doctor said they may not detectable after a certain point. He added that there is almost no good test for growth hormone. Grace asked if the drugs could be tested for in hair or nails several weeks later. The doctor said it can last up to two weeks in hair or skin, but it would have to be a high dose. He said athletes are very good at avoiding testing for positive for steroids because they skip out of your

system quickly.

Grace went to Mero and asked about beating steroid tests. Mero talked about squiring Visine into urine samples, but said testing has gotten more sophisticated since then. He said he'd like someone to explain WWE's testing because, "I believe if you have a prescription from your doctor, you can pass GO and collect 200 dollars."

Grace introduced Finlay. "Let me tell you, first of all our screening and our testing is very, very comprehensive," he said. "They watch us every test we do. They watch. It's very, very strict. It's probably one of the best screening things out there. No other wrestling company has done this. WCW tried. We have done it. We tried it, I think in the late-'80s, early-'90s, and now in the last year and a half. Guys are being suspended or fired if they're caught. As regards to someone turning up with a script and getting away with whatever you want, that is absolutely not true. Their doctors need to communicate with Dr. Black. If that is a legitimate cause for the prescription, they take it from there. It is not a 'Get out of Jail Free' card. That is absolute garbage."

Grace asked how the tests work. A graphic showed WWE's press statement defending their testing history. Finlay talked about the process, adding, "We just done one last week, funny enough."

Grace asked Alvarez about the policy. He noted that they test your testosterone to epitestosterone ratio. He explained the 4:1 and 10:1 ratio details. He noted that the policy allows for using testosterone for injury rehab or replacement therapy. "If your doctor says this is why you have these prescriptions, you're okay."

Grace asked Finlay his response. Finlay said: "Well, this testing is developing all the time. We're changing all the time to keep up with what athletes may do or may not do to get away with stuff. It keeps changing. It was not set and stayed the same."

Grace interrupted and said: "You just said if you have a prescription, that that will not save you, but according to Bryan Alvarez, it will save you."

Finlay said: "No it won't. And what does he know? He's never been in the doors of WWE. I'm there every single day. I'm on the road four days a week. I know what the policy is. I've went through it and I have a lot of talent with me that have gone through it. It's garbage. It's pure speculation. There is a definite strong, in-force testing going on. Just because you have the script doesn't mean you're going to get away with it." She asked who Dr. Black is. He said he's the head of testing.

Alvarez said he was sourcing the WWE policy and a conversation with WWE attorney with Jerry McDevitt who explained the testosterone replacement aspect of it to him.

Mero was asked about being a lightning rod in this storm of controversy. Mero said he loves the business, and being a lightning rod is a small price to pay if it helps draw attention to ways the industry can improve the lives of wrestlers and also teach high school kids about the dangers of steroids. Mero said: "The same people who might not agree with me right now, but in the future they might say 20 years from now when they need a knee replacement, a hip replacement, or a knee replacement and they have benefits, they have retirement, they have health

insurance, they're going to say to guys like Bruno Sammartino and Billy Graham and even Marc Mero, 'Thanks for speaking out, guys.' I don't have professional wrestling; I love professional wrestling. It's provided me with an amazing life and I thank the people in the business."

Finlay interjected: "Can I just say something here? Marc Mero has not been in the ring for over eight years. He is not part of our business. Don't tell me lies that you're part of this business and love this business. You have nothing to do with this business ... You're not wrestling now. You're not in the locker room. You don't know what's going on." Finlay said wrestlers in WWE all make enough money to pay for insurance and invest for the future, but if they want to "buy a 40K watch or a Cadillac and not pay your insurance, that's you're problem."

A clip aired of Mero from a previous interview saying if Broadway actors or Hollywood actors were dying like wrestlers have been, something would be done. He held up the list of 104 wrestlers who have died since 1983 under age 60. He said somebody needs to do something.

Back live, Finlay said rogue doctors need to be put in prison, but this is not the fault of wrestlers or WWE. "From all walks of life, this is happening," he said. He said they are wrestlers who "entertain people" and "people love us." He said, "Unfortunately, one of our guys went wrong and that has never, ever happened before, whether it was steroids or not." Grace tried to interrupt him and said: "With all due respect, you're saying there isn't a problem." A graphic began rolling through list of dead wrestlers. It got combative as Finlay said only five died while under contract to WWE. He said one was an accident, one was a suicide, and three others died of heart attacks. He said the others hadn't been part of WWE for at least five years when they died. He said some died in car crashes or from cancer. Grace asked if all of them were pro wrestlers from "WWE or some other organization—yes, no?" Finlay said, "Yes. But is it only wrestlers that die?"

Mero said it's an industry problem, not just a WWE problem. Grace said both of them are coming at it from a different direction than her. She said Nancy and Daniel are dead, "so you can't tell me there's nothing wrong with a home stockpiled with steroids and pain killers." She also cited Grunge getting hundreds of pills from a doctor. Finlay said it wasn't okay. "We're not advocating what Chris Benoit has done," he added.

Mero interjected. "I'm an advocate for change." He said he's wrestled 25 people who have since died. "Where would you find anybody my age who knows 25 people who have died unless you're fighting a war in Iraq?"

Finlay said Mero's portraying to people that everybody on that list died of drugs. Grace asked Mero to list the dead wrestlers. Mero began doing it. He brought up Eddie Guerrero. Finlay said it was from a heart attack. Mero asked if it was from steroids. Finlay said, "You can't prove that." Finlay said Mero can't prove his list was of wrestlers who died from steroid usage. Finlay said Mero was portraying that everybody on his list were dying of drugs. As Mero ran down the list, Finlay interrupted

# MEDIA ▌ DIARY: WWE UNDER SCRUTINY

when he got Mike Awesome, noting that he committed suicide. (This week, many doctors on air have said that withdrawal from steroid usage can include depression and suicide.)

Grace told Finlay that any drug user makes that decision themselves, but wrestlers make decisions to take drugs so they can continue competing. Finlay said he doesn't agree with that. "I have been in this business 33 years. I have never taken a drug," he said. "I live a clean life." (Apparently not counting alcohol, which of course is legal and largely accepted in society.) He said that it is a personal choice. He said if you're under contract to WWE, you can ask for time off and there's no pressure not to. Finlay said if you haven't been in the doors of WWE in the last two years, you know nothing.

Mero said Finlay is one of the most respected guys in the locker room, but he asked what has changed since he was in WWE. He cited the fact that more and more wrestlers are linked to these doctors, evidence that wrestlers are still taking steroids. "We need congressional hearings," Mero said. Finlay tried to say he agreed with part of what Mero said, but Grace interrupted.

Grace went out to Penny Durham again, and asking what it's like when "these wrestlers get home." Penny said wrestlers make the choice to take or not take it. She said where she's coming from is that it's very prevalent and the access is there and they can get them and take them at any given time of the day or night. That ended the segment.

*WK ANALYSIS: There really wasn't time for Finlay or Mero to have a fair chance to really state their case. What was clear is that Finlay, representing WWE obviously as the chosen one to speak on this show, believes WWE flashing a list of 104 wrestlers who have died under age 65 since 1985 and 25 wrestlers he's personally wrestled who are dead is implying that those wrestlers died of drug/steroid causes while working for WWE. That is true, to a degree, that could be the mistaken impression some get. But it also misses the point, which is this is not being framed as exclusively a WWE problem. WWE, though, inherited the industry six years ago for all intents and purposes after ECW went out of business and it absorbed the scraps of WCW. They have a 95 percent market share. They have the power to take action today that will change the future for the better. They argue they have done that with their testing. Others argue that it's not enough because of Chris Benoit and Eddie Guerrero dying while under contract, Crash Holly not under contract, the sad shape Kurt Angle was in when he was cut loose, the recent departure of Joey Mercury (a sign the Wellness Policy is "working" to a degree, but the culture is still producing or nurturing problem cases, most less prevalent than his), and the naming of Rey Mysterio and Bob Holly in the Dr. Astin indictment. The problem is that the deaths of Benoit and Guerrero too closely resemble a sign of problems within the industry that too closely resemble Rick Rude, Curt Hennig, Brian Pillman, Crash Holly, Louie Spicolli, Big Bossman, Bam Bam Bigelow, Hercules, and Hawk, among other wrestlers with long stints with WWE who died in the last dozen years.*

The point of the lists isn't to say WWE is responsible for all or even close to most of them. The point of the lists is to say WWE has the power to really do something about it and should be more alarmed than they seem. Of course WWE is frustrated that these lists include deaths as far removed from them as possible, but that's not the point—and I don't really know who's making the point that WWE is defending themselves against. Yes, some uninformed mainstream media people aren't examining the list or understanding where WWE relates to the list on a name–by–name basis, but WWE has to understand that they are considered (rightfully so) the dominant operating body of the industry, and they do set a tone from the top down that can have a ripple effect positively or negatively.

What's happened most recently with Benoit, Guerrero, Holly, Hennig, Pillman, Bossman, and Rude is considered a sign that things aren't changing enough in the industry. The best way for WWE to prove that they're doing all they can and that whatever problems remain are problems of renegade, rogue outfits, not their own, is to really be sure they're truly clean and that their talents are working a schedule and a style with a set of demands that largely prevents any more than an occasional undetected or unforeseeable premature death—as in once every 10–15 years. When they keep saying these guys weren't under contract when they died, it's a reasonable point to a degree, but it only goes so far in a practical sense and even less far in a p.r. sense.

In my opinion, Finlay came across aggressive and defensive, if not a bit angry. Alvarez's calm and cool response to Finlay trying to pull rank was great, noting that he was simply quoting the actual policy and sourcing a conversation with WWE's attorney. Finlay came across as a member of management—which he is, technically—when he talked about how "we" are updating the policy to keep up with potential cheating. Also, using his logic, if the only people who can speak to WWE's drug policy are those in the locker room in the last two years, how can he claim WWE's testing is "one of the best screenings out there." Just a small point, but if he hasn't played in the NBA or NFL or MLB or competed in the Olympics, by his logic, he can't speak to how they compare to WWE's. He also isn't the best one to talk about getting your own 401K and health insurance since, as an agent/producer in addition to his wrestler contract, he's been getting the benefits of employee status such as retirement and health insurance benefits for years.

The worst line was when he defensively said, in response to Grace asking if the list of dead people are all wrestlers, even if they're not all WWE wrestler, and he said, "Yes. But is it only wrestlers that die?" As if the sheer quantity doesn't matter because, heck, people all over the place die every day. This is born out of a legitimate, yet ultimately not particularly meaningful, frustration with a lot of wrestlers on these lists being guys who just dabbled in minor leagues and died because they were on that fateful path whether they had become wrestlers or not.

The best line was Mero saying he's wrestled 25 guys who are now dead, and how many people his age have known 25 people around his age who are dead, other than soldiers in Iraq.

I believe Nancy Grace came away from this show more motivated to shine a light on the industry's dark side in the future, and that surely wasn't WWE's goal going in. Like or not, fair or not, their strategy so far is fueling the attention they don't want. They don't get why, and until they do, this could get worse for them.

## KENNEDY SPEAKS OUT AGAIN

Ken Kennedy appeared on "On the Record" on Fox News Channel. The following are key notes:

•The guest host asked him how well he knew Benoit. He said he didn't know him well, but he was a mentor to him. He said he travelled a little with him, and he asked him for advice.

•The host asked if he and Benoit talked about steroids. Kennedy said no. The host brought up his blog rant. "What are we getting wrong?" he asked regarding the media portrayal of the story. Kennedy cited the lists of wrestlers who have died over the past ten or twenty years. He said it's unfortunate they lost one person. He said they've lost five under their watch, but the other 60–100 people were independent wrestlers who wrestled for other companies.

•The host said three of them died of heart ailments. Kennedy said Russ Haas died of a heart attack which was from a condition he was born with. Kennedy said Brian Pillman and Eddie Guerrero used a lot of drugs before getting to WWE. He said back then the lifestyle was totally different. He said they'd drink all night, take pills to go to sleep, then do coke to get up.

•The host said she looks at WWE wrestlers and it looks to her that they are taking steroids. Kennedy said they are regularly tested for steroids. He said he's been tested five times. He said he does not take steroids. He said the allowable levels are not ridiculous as some have claimed. He said if you test higher than 4:1, you are automatically suspended, after which Dr. Black reviews the case and if you have a valid medical reason to be above 4:1, you won't be suspended.

•Kennedy said there was once a problem, but not anymore. He said those who have died are dying from issues related to another era. Kennedy said steroids were found in Benoit's home, but he passed the previous WWE test, so perhaps he injected steroids the day before he died.

*WK ANALYSIS: Kennedy got cornered at the end by a host who knew her stuff well enough to ask the obvious questions a lot of mainstream interviewers haven't—which is why did Benoit have a stockpile of steroids if the Wellness Policy prevented steroid usage for non-medical reasons at non-medical levels? And if he was using steroids, despite passing the Wellness Policy tests, how many others might be doing the same thing? If that's the case, how much better can anyone say with certainty WWE is now with a policy that allowed Benoit to slip through the cracks, based on the logical conclusion that he was using steroids if he had a big stash in his house? Kennedy admitted that perhaps Benoit took steroids right before he killed his wife, son, and himself.*

The person who needs to defend WWE is Dr. Black. If he can speak authoritatively about how the policy works, the standards he uses when reviewing

# MEDIA ▮ DIARY: WWE UNDER SCRUTINY

prescriptions, the transparency of the policy, and his and his company's reputation with testing, that would help WWE more than wrestlers, lawyers, and promoters with a perceived self-interest in the status quo. It's also clear the mainstream media is not buying into the idea that because wrestlers aren't dying as often while under WWE contract, that the industry doesn't have a problem or that WWE isn't the major force in the industry.

## SATURDAY, JULY 14

### MARK HENRY SPEAKS BLUNTLY

Mark Henry was the first WWE wrestler since the Benoit deaths to address (and not deny) drug problems in wrestling. He told the Austin (Tex.) American–Statesman newspaper that he usually travels alone to wrestling shows during the week, for safety and legal reasons.

The article states: "Henry doesn't ride with other wrestlers to any (WWE) matches. A husband and father of a 21–month–old son, Henry said one reason he drives solo is for safety, that he has less chance of getting in an accident that might cause an injury that could affect his career. The other reason, he said, is that he doesn't want to be in a car if recreational or performance–enhancing drugs belonging to another wrestler are discovered by law enforcement officials."

Henry said about guilt by association: "If they get caught, then I'd be (considered) guilty, too. If we get pulled over we're both going down." He said he's close to only five or six wrestlers on the roster, and Chris Benoit was one of them. Henry said Benoit put him out of action in 2004, but Benoit called him after the injury to encourage him to return after recovering from injury.

Regarding steroid use in wrestling and sports, Henry said he's spoken out against steroids, dating back to when he was an Olympic powerlifter. He said painkillers don't have to be part of wrestling, either, that it's a matter of "just sucking it up and going."

Henry said he's often misperceived as a "big, jovial fat guy" because of the character he plays on TV. He said people have come up to him at airports and in public saying the wrestling business is being exposed for drug abuse. Henry said he didn't want to be generalized with the other wrestlers. Said Henry: "I don't do drugs. I'm not some animal. I'm not some Neanderthal."

*WK ANALYSIS: He didn't exactly follow WWE's preferred talking points, as he took a "I look out for myself" attitude. The idea that people in pain can just "suck it up and keep going" in naive and crass. There is an amount of pain that isn't conducive to travelling, lifting weights, wrestling effectively (while keeping your opponent safe, too), and sleeping peacefully. Telling someone with pain from a back or neck injury or a muscle tear to "suck it up" is like telling someone with a gunshot wound to just go about their day as they usually would.*

### ANGLE SPEAKS ABOUT BENOIT

In an interview with the S.C. Times and Democrat, Kurt Angle said the tragic deaths are not

WWE's or Vince McMahon's fault. "Chris Benoit was responsible for his own actions," Angle said. "Chris chose his own career. He chose to stick with the WWE when I am sure he could have (gone) anywhere else, whether it be in Japan or TNA. But, Chris [chose] to go with the grind."

Angle talked about butting heads with Vince McMahon over the WWE schedule and McMahon wanting him to go full–time, 250–300 days on the road. He said Vince believed he should work a full–time schedule if he was being paid the most amount of money on the roster. Angle said: "I just did not have enough in me to continue to go 300 days per year. I felt it would have gotten to the point where I would have gotten exhausted, and I probably wouldn't be alive today. I decided to go with TNA, and they monitor me with doctors and keep me in ten or less matches per month. So, they are keeping me alive and well and wrestling, and I appreciate that."

Angle said he discussed the schedule with Benoit before the deaths. He said Benoit didn't want to continue the 250–days schedule and wanted to wrestle fewer dates. "He was getting beat up, and I think in the end that started to get to him," Angle said.

*WK ANALYSIS: Angle hasn't always been consistent or accurate in some of his statements, but I do believe he talked to Benoit about the schedule and that Benoit felt he was getting beat up by the schedule, especially at age 40 when the body responds differently to the WWE schedule with his mileage than it does to a John Cena–type, whose still in that first phase of experiencing the grind of the road. The reduced schedule for Angle may be responsible for him being alive today, and for him to say that is relevant to this ongoing issue.*

## SUNDAY, JULY 15

### AP COVERS NANCY, DANIEL FUNERAL

The AP published a story on the funeral services held for Nancy and Daniel Benoit on Saturday at Our Lady of Lourdes Catholic Church in Daytona Beach, Florida. Media was not allowed to attend the funeral, but some wrestling fans were allowed in.

Jim Ross spoke to the media briefly before and after the funeral. "It's not a steroid issue," he said. "It's a domestic issue. There is a lot of other criteria that has to be involved in it. I still can't believe it even happened."

Regarding Nancy Benoit, Ross talked about his personal relationship with her that dates back two decades. "I've known Nancy for 20 years. She was always exuberant and fun to be around," Ross said. "Always laughing, had a great sense of humor. You know, was one of the guys. Had great timing in the ring, was a beautiful lady."

*WK ANALYSIS: If Ross just added the word "alone" at the end of the sentence, "This is not a steroid issue," he'd fend off criticism of being a WWE apologist. He may believe it's not a steroid issue at all—despite knowledge that Benoit was being prescribed heavy dosages of the anabolic steroids testosterone. But he can't know that any more than anyone can know steroids actually sparked any of Benoit's actions. He is right that there is a lot of criteria that has to be considered, such as domestic*

problems. Not many "domestic issues" result in a murder–murder–suicide, so the fact that anabolic steroids and prescription pills were found in the home and the fact that Benoit is a pro wrestler, and more pro wrestlers die under age 45 than in the general population by a large margin, there are other issues worth considering. Simplifying it to a "domestic issue," which is what the AP story made it sound like Ross was saying, is as overly simple as the other side saying this was simply "roid rage."

### ATLANTA FUNERAL COVERAGE

The Atlanta Journal–Constitution also published an article about the funeral for Nancy and Daniel Benoit. Key notes:

•All three bodies were cremated in Georgia. Family members left Saturday's service carrying two starfish–shaped urns with the remains of Nancy and Daniel.

•Allegations of possible steroid abuse have only further deepened the mystery. The performance–enhancing drugs were found in the Benoit home, leading officials to wonder whether they played a role in the killings. Toxicology results for the three might not be available until late September or early October, Georgia Bureau of Investigation officials said this week.

•Fit Finlay was the only current WWE performer spotted at the 75–minute service. Several former wrestlers, including Marc Mero and Dean Malenko, also paid their respects.

•Announcer Jim Ross was the only mourner with a WWE tie to speak to the throng of media gathered outside the church. Ross bristled when asked what role if any steroids may have played in the Benoit tragedy. "This is not a steroid issue," he said. "That horse has got to be put in the barn and unsaddled. It's not a steroid issue; it's a domestic issue. ... But more than anything, it's a tragedy because a mother and a little boy are dead, and that's the bottom line. I don't think we'll ever get the answers to this story," Ross predicted. "Unfortunately, those of us who loved these people are gonna live with this forever."

### FLORIDA FUNERAL COVERAGE

The funeral for Nancy and Daniel Benoit took place Saturday in Daytona Beach, Fla., and the Daytona Beach News–Journal covered the story on Sunday. Key excerpts:

•In front of about 75 family and friends, including a half–dozen former and current pro wrestlers, Nancy's younger sister Sandra Toffoloni cried while telling touching stories of the sister she so admired and the nephew who "completed my life."

•Chris Benoit's name was never mentioned during the funeral.

•Surprisingly, the intense media coverage since the June 23–24 weekend slayings and his suicide in their suburban Atlanta home, didn't lead to a press frenzy in Daytona Beach. Only about a dozen media outlets, including the New York Times, the Atlanta Journal–Constitution and the New York Daily News, were milling outside the church on University Boulevard on Saturday.

•World Wrestling Entertainment stars Dean Malenko, Fit Finlay, Vickie Guerrero, and

**MEDIA █ DIARY: WWE UNDER SCRUTINY**

announcer Jim "J.R." Ross were among the mourners.

•The Toffolonis (Nancy's parents) and family attorney Richard Decker declined to comment on any aspect of the investigation into the murders, or their feelings toward Chris Benoit. But they were adamant in refuting previous reports that Daniel suffered from Fragile X Syndrome, a rare genetic disorder. "There was absolutely nothing wrong with him, nothing," Nancy's mother, Maureen, said firmly. "That has hurt us a great deal, hearing people say that about him."

•The family is asking that in lieu of gifts or condolences, donations instead be made to the foundation. Donations can be sent to: The Nancy and Daniel Benoit Foundation for Battered Women and Abused Children c/o Decker, Hallman, Barber and Briggs, 260 Peachtree St., Suite 1700, Atlanta, GA 30303.

## RVD, HEYMAN TALK TO NEWSDAY

Newsday reported on the strain placed on pro wrestlers in WWE, prompted by interviews the reporter conducted with Rob Van Dam and Paul Heyman. Rob Van Dam said he couldn't fathom Benoit becoming a monster. He said wrestlers are always concerned about job security, though, and that could have played a factor. "You've always got this in the back of your mind, behind every decision you make: If you don't want to be there, there are probably a million guys who will jump at the chance to be there," RVD said. "I have no problem saying that being a full-time wrestler and living on the road absolutely, 100 percent added some stress to Chris' life. Whether that had anything to do with what happened or not, none of us know at this point."

Paul Heyman was quoted on Daniel Benoit's possible special needs, and how that might have affected Benoit's mentality being on the road throughout the week instead of being at home to care for his son.

WWE sent a statement to Newsday regarding the work schedule: "(WWE has) worked to reduce talent travel and time away from home" ... "(to) provide time off for talent to address personal issues, as we did for Chris Benoit when he took time off from May to October in 2006."

Chris Kanyon said the Benoit tragedy exposed the pro wrestling business. "The ironic part is that Chris loved wrestling more than anyone. And he may end up being the one that saves it," he said. "Or he may end up being the one that hurts it more than anyone."

## BENOIT BOOK TO BE PUBLISHED

Irv Muchnick, who was a guest of Torch editor Wade Keller on the PWTorch VIP Daily Keller Hotline this month, announced he is authoring a book on the Benoit Family Tragedy, due to be released next year. The press release stated:

ECW Press Announces CHRIS AND NANCY by Irvin Muchnick, Story of the Benoit Murder–Suicide, for 2008 Publication

July 16, 2007—ECW Press announced today that it has signed author Irvin Muchnick to write a book about the sensational case of wrestler Chris Benoit.

The book, entitled CHRIS AND NANCY: The True

Story of the Benoit Murder–Suicide and Pro Wrestling's Cocktail of Death, will be published in 2008.

Muchnick is author of the hot-selling ECW Press book, WRESTLING BABYLON: Piledriving Tales of Drugs, Sex, Death, and Scandal (site: http://wrestlingbabylon.com; blog: http://muchnick.net/babylon, and has appeared extensively in media coverage of the Benoit case. The appendix of WRESTLING BABYLON documents the premature deaths of nearly 100 wrestlers over the last generation from drugs and related aspects of the pro wrestling lifestyle. That information has been cited both by commentators and by members of Congress urging investigation of the billion–dollar pro wrestling industry.

Michael Holmes, senior editor of ECW Press, said: "We are delighted to be publishing what certainly will be the most authoritative and best–written full–length account of the Benoit tragedy and its implications. Irv Muchnick's WRESTLING BABYLON is one of the most important and one of the most commercially successful books in our company's history. We expect CHRIS AND NANCY to break more new ground."

ECW Press (site: http://ecwpress.com) was recently recognized by Publishers Weekly as one of North America's fastest growing and most diversified independent publishers.

Information about and updates on CHRIS AND NANCY: The True Story of the Benoit Murder–Suicide and Pro Wrestling's Cocktail of Death can be followed at http://benoitbook.com.

## *MONDAY, JULY 16*

The UK Sun reported that Vince McMahon and John Laurenaitis lectured wrestlers before Raw the previous week about their desire to rid WWE of drug usage, encouraging those with any issues to seek counselling. Article excerpt:

Despite some WWE stars going public in the last week to deny there is a problem in the wrestling business, privately Vince is said to be determined not to be blamed for another Eddie Guerrero or Chris Benoit style tragedy.

Reports coming out of the States say that Vince and Johnny Ace—the head of talent relations—called their roster together before last Monday's Raw TV show.

After giving a stern speech on drug use, they also offered counselling for those affected by addictions, the Benoit killings, or anything else.

However critics note that Vince gave a similar talk after Guerrero died of heart failure in November 2005 and re–introduced drug testing, both of which don't appear to have worked.

They also point to the likes of Ken Kennedy and Fit Finlay appearing on American telly and making misleading statements about the number of recent wrestling deaths and the causes behind them, as well as the McMahon family's recent "disappearing act in public."

## ANTICIPATION FOR TOXICOLOGY

On MSNBC's Dan Abrams show, Abrams said toxicology reports would be released the next day. An analyst, Clint Van Zandt, said that will show what was in Benoit's system. He said the main thing they were screening for would be steroids. Abrams believed it would be some sort of mix, not just steroids or just alcohol. "There will probably be a

little bit of this, a little bit of that," he said. Zandt said the standard will be whether he was taking drugs he needed or didn't need. "Now we have to think about the doctor who prescribed these drugs," Zandt said. He noted that a doctor in California was just sentenced to 70 months for improper prescribing drugs to a patient.

Abrams interviewed Marc Mero about the funeral. Mero said the funeral was beautiful. "Personally, it brought back a lot of memories for him." He said he lost his sister at age 20, his brother at age 21, two weeks later his mom died at 58, and he found his dad passed on. "I've had a lot of tragedies in my family, but it made me realize how important life is." He said he is so determined to follow through on this. Abrams asked if they mentioned Chris Benoit's name. Mero said it was about a celebration of the lives of Nancy and Daniel, not about pointing fingers.

Abrams asked who was there and not there. Mero said a lot of old timers were there and some WWE people. A graphic on the screen listed Jim Ross, Fit Finlay, Dean Malenko, and Vickie Guerrero as being present. Abrams asked if Vince was there. Mero said he wasn't but he wishes he was. He said you never know what goes through someone's mind when they decide not to go to a funeral, as that's a very personal decision. He said there have been many funerals he hasn't gone to for people he's known. Mero reiterated it was a beautiful send off for Nancy and Daniel.

Abrams asked if Mero would go to Chris's funeral. "Unfortunately, I would not," said Mero.

Abrams said tomorrow night they will cover the toxicology report results. He said he can't stress enough how important it is. He said he expects it to tell a lot and it will likely be a concoction of chemicals.

*WK ANALYSIS: If Mero was just "out to get" Vince McMahon, as some have accused him of, he had an opportunity to rip McMahon for not attending the funeral of the wife and son of a wrestler who worked for him who killed them. Mero said the right thing, though. Funerals should not be a place someone makes a statement for p.r. reasons, especially if your presence would have the chance to turn the funeral into media circus. If Mero didn't know why McMahon didn't attend, or even if he offered to and was asked not to, he said the right thing.*

*Zandt's analysis that the key authorities are looking at is whether Benoit had steroids in his system is not correct. Maybe from Dr. Astin's perspective, that's key in prosecuting his case, but beyond that, Abrams got it right—it's finding out what mix of drugs were in Benoit's system. There are limitations to the toxicology report. We won't learn whether Benoit was depressed or suffering from other mental stress; we won't learn what they argued about in their final hours together; we won't learn whether Benoit's body was hurting more than ever and he was pessimistic about his career or life; we won't learn the status of his marriage or how much the life insurance policy he reportedly took out for his ex–wife and first two kids was part of their argument; we won't learn whether the deaths of Sherri Martel and Biff Wellington played into his mindset that night; we won't even learn about the*

## MEDIA   DIARY: WWE UNDER SCRUTINY

confusion regarding Daniel's condition and the reports that he was diagnosed at one point with Fragile X Syndrome. We will learn a lot, but we won't learn everything. As Jim Ross said, we will never know for sure exactly why Benoit did what he did. However, that does not mean learning as much as we can isn't helpful for a variety of reasons in terms of understanding as best we can and perhaps learning from it.

### LANCE STORM COMMENTARY

Former SMW, ECW, WCW, and WWF wrestler Lance Storm (real name Lance Evers) wrote a passionate commentary titled "Enough Already" at his website, www.stormwrestling.com. It follows in its entirety:

I am reaching a level of frustration that I doubt I have ever reached before in my life. The stress and frustration created by the Benoit tragedy and the resulting media coverage has reached dangerous proportions for me and I feel I need to vent now in an attempt to not explode later. I believe I have managed to put behind me the stress and anxiety of the actual events, but am ready to explode with frustration over what is being done after the fact, by both the business and the media as a whole.

I've been following as much media coverage as I can and with very few exceptions have had all that I can take. I am ready to scream "ENOUGH ALREADY!" to both the media and those representatives of this industry who seem to be more concerned with spin, denial, and damage control than addressing real issues and perhaps saving lives.

How many times are we going to hear the same people, saying the same things? I think we all get the fact that Chris Benoit was loved and respected by everyone who knew or worked with him, and that his actions that weekend were horrific and unexplainable. I'm not trying to down play what happened or how horrible it was, but continually stating how horrible and inexplicable it was accomplishes nothing. Three people are dead and the media seems content to just point fingers of blame and throw buzz words like "Roid Rage" around instead of looking for solutions. On the other hand the Industry on the whole seems content to just deny and redirect, in hopes of moving past it all.

This is what has gotten to me the most, the denial. We've seen countless drug-related wrestling deaths in the last 10+ years and we (me included) have always managed to grieve, accept, and move on. In the past I think we have all managed to look the other way accepting that, for the most part, drug-related deaths are self-inflicted, and those who died had made their own choices and suffered their own fates. That doesn't wash anymore! Two very innocent people are dead (Nancy and Daniel) and drugs in the wrestling business were at least, to some extent, a contributing factor. We can't look the other way any more, attitudes about drugs and drug use in this industry have to change and they have to change now, before more people die.

This industry does have a drug problem and people need to start admitting it and addressing the problem at hand. I'm not saying that WWE is at fault here or that it's roster consists of nothing but a bunch of drug crazed pill addicts and steroid monsters, but WWE's constant spin that they, "Put smiles on people's

faces" and that they focus on and promote "Entertainment" not "Size" is a bit hard for me to stomach. I was so disappointed with The Larry King show with Cena and Jericho. Yes, WWE does put smiles on people's faces, and yes they will promote entertainment in addition to size, but neither of those statements have much to do with anything except changing the subject and avoiding the issue.

In my opinion WWE needs to stand up and say, "Yes, drugs are a problem in our industry" and admit that they now realize that their wellness program isn't doing enough. I truly believe that they implemented that program with good intentions yet they seem to defend it with half-truths and obfuscation. I think this business has been stuck in the old Kay Fabe era of wrestling so long that everyone still spins and denies out of habit. Steroids and pain pill addictions are a very real problem in pro-wrestling as they are in society as a whole, yet no one wants to admit what at this point should be painfully obvious. Now is not the time for denial or even blame placement. Now is the time for change. Now is the time for cleaning up this business, and saving lives. The status quo isn't working; people are dying.

WK ANALYSIS: To have a working wrestler (he wrestled an indy show in Timmins, Ont. days after posting this) call out John Cena and Chris Jericho (his former tag partner in the Thrill Seekers) as disappointing him carries considerable weight. He has been in many locker rooms, and while it's been a few years since his WWE full-time days, he can speak from experience of observing and living the lifestyle that has led to too many deaths in too few years. He's right that the p.r. spin from WWE and those wanting to avoid any bridge-burning with Vince McMahon has been frustrating. They just don't get that what people want to hear more than anything isn't assurances that everything is okay and the dead bodies aren't anything to be concerned about, but instead some recognition that things have gone really wrong and that they're willing to make some tough decisions to shake things up and take some action.

## TUESDAY, JULY 17

### WWE BOARD MEMBER SPEAKS

WWE board member Bob Bowman, CEO of Major League Baseball's Advanced Media division, told the New York Times he is pushing WWE to have an outside party oversee WWE's drug testing for effectiveness.

"People feel something is amiss here—that's within their right," Bowman told the Times. "Is it the right plan? Are no comers being cut? Is there no winking going on? Those questions need to be asked and reasked."

Bowman questioned whether the standard for passing a drug test needs to be re-evaluated. Regarding the baseline set by the third-party company that currently handles the drug testing and Dr. David Black, who oversees the testing, Bowman said: "Dr. Black says the thresholds are comparable to other leagues, but I don't know if they are. I want to know if the program is appropriate to the issues that confront us now."

The article says board members have been updated on the drug policy regularly the past few

weeks. The V.P. of the Hallmark Channel, David Kenin, said, "There's never a sense that it is good enough. We're always looking for improvements."

Dr. Black revealed some results of their drug testing so far through the Wellness Policy, which began in late 2005. Regarding the first tests done, Black said, "We had a good number of positives [drug failures]. A fair number were sent warning letters. The drugs included steroids and a fair number of others."

After the initial testing, Dr. Black said there have been eight more failures, including "several" wrestlers who have failed twice. Amazingly, no wrestler has failed a third time, according to Dr. Black.

Regarding some steroid use being approved to help wrestlers rebuild testosterone after years of drug and steroid abuse, Dr. Black (WWE) said, "They've damaged their ability to make testosterone, so we have to allow the therapy. It's common medical practice. We're dealing with a population of individuals who have harmed their endocrine systems. Is the point of the program to punish them or deny them a livelihood?" This has led to many wrestlers claiming exemptions, which allow them to continue taking steroids without fear of punishment.

The article has a counterpoint from Dr. Gary Wadler (independent), an expert on performance-enhancing drugs. He told the Times that a wrestler should ask for the excused use of steroids before testing, not after testing to avoid consequences of a positive test result. "A therapeutic-use exemption is something you ask for before the fact, not after the fact," Dr. Wadler said. He says WWE is trying to rationalize a situation where a wrestler's testosterone is low because he took steroids, so now it's okay to let him take steroids to recover.

Dr. Wadler said about the allowable 10:1 testosterone ratio, then 4:1 ratio on a re-test: "You need a greater degree of specificity to hold someone accountable."

### MEDIA REACTS TO TOXICOLOGY

**ABCNews.com**
**Headline: Testosterone Found In Benoit's Bloodstream**
**Subheadline: Tests Show Chris Benoit's Son Was Likely Sedated Before His Murder**
**Key Excerpts:**

•Since police first discovered the bodies three weeks ago, speculation has centered on the role steroids may have played in the Benoit family murder-suicide. But it's now clear from the toxicology reports that while drugs were found in the house and in Benoit's bloodstream, it's not the "laundry list" of performance-enhancing drugs many were speculating.

•Investigators also seized medical records from Astin for other current and former professional wrestler, according to a returned search warrant obtained by the Fox News affiliate in Atlanta. The station reported WWE favorite Rey Mysterio and former champion Lex Luger were among the wrestlers implicated in the federal government's

## MEDIA    DIARY: WWE UNDER SCRUTINY

Benoit investigation.

•At least one WWE board member Bob Bowman, an executive for Major League Baseball Advanced Media, questioned wrestling testing policy. "Is it the right plan? Are no corners being cut?" Bowman asked in the New York Times report. "Is there no winking going on?"

*WK ANALYSIS: The mainstream media members who were expecting "roid rage" to explain it all didn't get that. The headlines though do point toward testosterone in his system. This story did not make note of the 59:1 ratio, which is 15 times a failure in other sports. There are complications due to the decomposition of the body which experts will flesh out over time. The quote from a WWE board member about "winking" is a huge quote, as is the underreported tie–in with Rey Mysterio and Dr. Astin. If Benoit is tied to anabolic steroids prescriptions, it will likely be more widely reported that such steroids disappear from the system with a couple days of taking it, thus rendering the toxicology reports incomplete in terms of painting the picture of what Benoit's drug usage was in the big picture in the weeks and months leading up to the tragic weekend.*

**Associated Press (carried by USA Today's website, among others)**
**Headline (USAToday.com): Toxicology report: Steroids found in Benoit**
**Key Excerpts:**

•Pro wrestler Chris Benoit had steroids and other drugs in his system when he killed his wife and young son last month and hanged himself in the family's home, investigators said Tuesday.

•Benoit's body contained 10 times the normal level of testosterone, which appeared to have been injected shortly before he died, as well as the anti–anxiety drug Xanax and the painkiller hydrocodone, authorities said.

•The state's top medical examiner, Dr. Kris Sperry, said there was no evidence of any other anabolic steroids in the wrestler's body, and nothing to show that steroids played a role in the death of Nancy and Daniel Benoit.

•Sperry said the boy appeared to have been sedated when he was asphyxiated, and Benoit's wife had a "therapeutic" level of sedatives in her body.

•Anabolic steroids were found in the home, raising questions about whether the drugs played a role in the killings. Some experts believe steroids can cause paranoia, depression and violent outbursts known as "roid rage."

•Federal authorities have charged Benoit's personal physician, Dr. Phil Astin, with improperly prescribing painkillers and other drugs to two patients other than Benoit. He has pleaded not guilty.

*WK ANALYSIS: It's interesting that the AP has yet to confirm that Rey Mysterio and Mark Jindrak are two of the wrestlers named in the initial indictment of Dr. Astin. The fact that anabolic steroids were found in Benoit home, but they weren't in his toxicology report, plays into the idea that he may have used them, but not within 48 hours of his body being found. How the media*

differentiates and learns about "anabolic steroids" versus "testosterone" is key to how this plays from here, and the clarification of how long anabolic steroids remain in the system, and the question of how Benoit passed WWE's wellness policy if he had been prescribed such large dosages of testosterone—and the toxicology report appears to confirm he using such dosages.

### BACKGROUND ON TESTOSTERONE

There have been a lot of questions and confusion over what the difference is between testosterone and steroids. In the search warrant for Dr. Phil Astin's office, the DEA agent said the following regarding those two terms:

•"… (T)estosterone is a steroid hormone from the androgen group. The original and primary use of testosterone is for the treatment of males who have too little or no natural endogenous testosterone production… Appropriate use for this purpose is legitimate hormone replacement therapy, which maintains serum testosterone levels in the normal range. Over the years, testosterone has also been given for many purposes besides replacement. It may be administered to an athlete in order to improve performance, and is considered to be a form of 'doping' in most sports. There are several application methods for testosterone, including intra–muscular injections, transdermal gels and patches, and implantable pellets. Anabolic steroids (of which testosterone is one) have also been taken to enhance muscle development, strength, or endurance. They do so directly by increasing the muscles' protein synthesis…"

•"A preliminary review of Dr. Astin's prescriptions writing activities indicates… significant quantities of injectable Testosterone cypionate, an anabolic steroid…."

•"Through prescription records for Chris Benoit maintained at Jones Pharmacy in Fayetteville, Georgia, Dr. Astin has been identified as prescribing, on average, a 10 month supply of anabolic steroids to Mr. Benoit every three to four weeks from May 4, 2006 through May 9, 2007. My basis for identifying the customary dosage and use of anabolic steroids arises from conversations an officer had with Ralph Balchin, the pharmacist at Jones Pharmacy, who reviewed these prescriptions."

Also, the following is the paragraph from WWE's own policy regarding testosterone:

**3. LIST OF PROHIBITED DRUGS**
**A. Performance Enhancing Drugs**

(1) Anabolic Androgenic Steroids (AAS): The non–medical use of anabolic androgenic steroids, which include and are based on the natural steroid Testosterone, is prohibited.

*WK ANALYSIS: So, according to the DEA's search warrant and WWE's Wellness Policy, just to be clear—testosterone is an anabolic steroid. Benoit had been prescribed ten times the normal dosage, and testosterone is used to build muscle and enhance athletic performance, but is mainly meant to be used in typical dosages to replace an insufficient testosterone production naturally. The T/E ratio of 59:1 indicates a level around 10–15 times a typically elevated level, which would seem to be a match with*

the ten–monthly–supply every 3–4 weeks Benoit had been prescribed. However, it is in dispute whether a urine sample for someone undergoing testosterone replacement therapy is accurate or relevant.

### GRACE DEDICATES HOUR TO ISSUE

The Nancy Grace show on CNN Headline Prime dedicated its entire hour to dissecting the latest development in the Chris Benoit murder–murder–suicide.

The host began by saying "the anabolic steroid testosterone found in the body of Chris Benoit." She also noted that Daniel was sedated with an adult anti–anxiety drug before he was killed. She asked what impact today's new details will have on the government case against Dr. Phil Astin III.

Dr. William R. Morrone spoke about whether the testosterone in Benoit's system was a reasonable replacement therapy dosage. He held up a container of steroids that he prescribes to patients, and indicated that the doctor overprescribed it.

Mero said Benoit was given a ten month supply every three or four weeks for at least a year. He wondered how he went through WWE's Wellness Policy without being detected.

Konnan said WWE has always defended him by saying he passed a test his last time. "That's almost a moot point," he said. "But now we know you can get a prescription and have steroids in your system, so that's how they circumvent their system."

D.A. Scott Ballard said they have requested DNA testing, but it doesn't like the crime lab will do that. They may decide to do it with private labs. It would be done to discount the possibility of someone else's involvement in the case. The host asked if the motive was important to him. Ballard said it's always nice to know why something happened, but he didn't think they'd ever know why he killed a seven year old boy.

Mero said he wanted to know what does it mean to pass a test in WWE. He brought up the 10:1 ratio and the ability to retest at a level between 4:1 and 10:1.

The host asked Konnan: "Do you see it as WWE picks and chooses what it wants to reveal. First they say it's family privacy and they can't go there, but then they talk about possibly problems with the children and fighting with the children."

Konnan said they won't take responsibility for anything because they don't want to look bad. He said whistle blowers are never popular, but he wants people to understand "there's a recreational drug problem, a steroid problem, a pain pill problem, and a lot of people under a lot of mental duress they cultivate and foster a system where you have to be on steroids to make the most money, and that has to stop."

They brought out Dr. Black and WWE attorney Jerry McDevitt. McDevitt said there is a lot of investigation going on, "but the relevant point is that in April when Chris took his last test, he was negative for all these drugs. What we learned today from Dr. Sperry, who I thought conducted the press conference very professionally and surgically, is that all the speculation about the impact of steroids on this case were essentially removed from this case

by Dr. Sperry in about as clear a scientific language as one can articulate. He was very clear in saying there were no illegal anabolic steroids found in his body. The significant finding, the toxicological finding was the presence of Xanax I believe in Daniel's body and the testosterone could have been taken and probably was taken after the April 10th test, which as we know anybody can do. He clearly said that was consistent with testosterone replacement therapy which is common among men."

The host asked why they can't give them information on the first three tests Benoit took. "Why not? Why can't we have it?" McDevitt said they'd be glad to share it with authorities. He said he won't speculate on it in the soundbite atmosphere of television. "Obviously, a drug test is only as good as the day you do it. A man can go out the next day or a month from there and consume a substance."

The host said with steroid use the history and continuum is what's important. She asked Dr. Black his thoughts on the results. "I certainly do agree with the medical examiners report. This is not a case of roid rage, this is not a case of steroid abuse, I never imagined that the report would be any differently. Chris was tested repeatedly, he was cooperative, he was proactive in the program. He and I spoke repeatedly. He did not want to violate the program. I listened to your other commentators. We do not have enough time to go through fundamental pharmacology and toxicology, but I will tell you that if someone is on testosterone replacement therapy, the T/E ratio in the urine is no longer of interest. The interest and focus now shifts to blood testing. The T/E ratio, for someone who takes testosterone replacement therapy, their body stops taking epitestosterone. Testosterone is in the numerator, epitestosterone is in the denominator. You can get a T/E ratio of infinity and it does not mean anything."

The host asked if Dr. Black was a rubber stamp for WWE. "I've had some pretty interesting conversations with the talent. I'm the evil Dr. Black. I administer this program independently. We've made great progress in the one year the program has been in place. Not all the talent have fallen in line initially, but they are. I guess I'm not loved anywhere."

The host said they're in a tough position. McDevitt said, "I don't think I'm in a tough position. Why would you say that?" The host said: "Alright, well you're an incredibly confident man. Bless you for that." She asked what incentive there was for them to get rid of a big star who has a steroid problem. She also brought up whether lower card guys are used as scapegoats.

"There's a lot of people on your shows who have frankly never been in your WWE locker room including one of the persons you have had on there tonight you are advertising as a former WWE talent. People can say whatever they wish. The fact of the matter is the drug testing program is independently administered by Dr. Black who makes the determination for whether a test is independently administered by Dr. Black, who makes the determination for whether a test is positive or negative. We are a wrestling company,

we're not scientists. That why you hire a man of the skill and reputation of Dr. Black."

The host said: "Isn't the problem that you really look at all of these guys as freelancers. They're your employees when it looks good, but when things are bad, well they're independent operators. They're not unionized. There's no pension. There's no retirement and no medical care. Is there more that you guys could be doing to make life better for these people?"

McDevitt said: "A lot of people have, unfortunately, different agendas that have been put in play. The question that we started with that I think we need to now turn back to is what happened in the house that day. That is the question everybody wants answered including Mr. Ballard. I think the effect of today, hopefully, was for those who care about scientific facts as opposed to speculation and whatnot, the evidence has to turn back to the forensic evidence at the scene, for which we haven't heard anything and haven't seen anything. Today's discussing I think raised some questions that need to be answered about the crime scene, but it takes away the notion that Chris Benoit went into the house in some fit of roid rage and did this. That is no longer even a viable theory for what went on in that house."

The host asked Dr. Black what happened: "I don't know what happened. I can tell you that testosterone replacement therapy is not at all like the case studies that show a roid rage. It's not anywhere near what drug use would be related to roid rage."

The host asked McDevitt if WWE has ever thrown anyone out for testing for too many steroids. McDevitt said the consequences of the program have been imposed on those who tested positive for steroids. He said you needed to get three positives before throwing someone out. "The drug testing program has been very effective and working, and it worked in respect to Chris Benoit," he said.

The host asked about having a better program for psychological treatment to detect something like this ahead of time. Dr. Black said he doesn't imagine there would be any way to predict what occurred that evening. He said when he spoke to Benoit on three or four occasions, "he was professional, he was polite, he was very intelligent, he asked very good questions, he was proactive, he was very focused. I don't know, maybe some psychologist has some test I'm unaware of. The program is aggressive. Chris was tested for times in one year. He was cooperate with the program. The program is aggressive. Chris was tested four times in a year. He was cooperative with the program, as many of the talent are. Certainly we can improve the program. We can always improve the program. We will always continue to improve the program. The program has been effective. We are making great progress."

The host asked, "Mr. McDevitt would categorically sit there tonight and say there is nothing wrong with WWE, you're taking great care of all these people, and nothing needs to be changed." McDevitt said as for the drug testing program, "you are constantly learning new information, you're constantly adapting the information, you're constantly doing your part to measure what comes out of a man's body and what drugs they have taken. Having said that, the element that is unfair in all of this, there are people who are charged with the responsibility for monitoring the doctors and

whatnot who are prescribing these things. We don't have those powers. It came out after this all happened, for example, that apparently the DEA knew about this doctor and didn't do anything."

The host said: "Thanks both of you for being with us. I know you don't want to stay with the panel. We'll talk to you soon."

The discussion continued after the break. Key notes on the panel discussion follow:

•Scott Ballard was asked for his response to WWE's comments. He said his concern is not WWE, it's the doctor.

•Konnan clarified that he was in WWE as Max Moon for six to eight months and has been in pro wrestling 18 years. He said he knew Chris Benoit and Eddie Guerrero very well. "The fact that I'm not in WWE currently doesn't disqualify me from knowing what's going on in that company."

•Mero said regarding WWE's representation: "It was very arrogant. I wish they would fund an independent study to find out why so many wrestlers are dying. Care about human life."

•Manny Aurora was brought on the show, the attorney for Dr. Astin. He said Dr. Astin did not overprescribe testosterone. "Absolutely not. There is no link of any kind with regards to anabolic steroids or any synthetic steroids which is what people commonly prescribe to weight lifting and body builders. This is the human hormone that is in every single male person." He said Benoit's level was 207 nanograms whereas the average person should have 150 nanograms. He said that was within the normal range of any type of medical treatment. He said he is confident a valid medical reason will be established. "I just want to once and for all say there were no anabolic steroids prescribed by Dr. Astin," he said. A graphic on the screen said Dr. Astin prescribed a 10 month supply of testosterone every three to four weeks according to the DEA search warrant.

•A clinical psychologist guest said she can't help but think the stress of that job in WWE did something to Chris and his family. She talked about homicide as related to depression. She said she wanted to know when the doctor prescribed Zoloft if he had done a psychological evaluation for depression.

•Regarding Daniel having Xanax in his system. Guest analyst Susan Moss called out Dr. Jerry McDevitt for saying Daniel had Fragile X Syndrome. She said WWE is very lucky tonight because all of the wrestlers on the program have said they took steroids when they wrestled. She concluded, "Mothers, let your children grow up to be cowboys, but not wrestlers."

•A defense attorney said wrestlers know the risks of the drugs and they take them anyway. Ballard said everyone is responsible for their actions, and voluntary intoxication is not a defense. He said it's not normal behavior to kill your wife and children.

•Mero said there is personal responsibility, physician responsibility, and the industry responsibility.

•Konnan said you have a lot of people dying and nobody doing anything about it. He said they need to do something about it. He said 90 percent of the women in WWE get "boob jobs." He said,

"You're pressured to look a certain way year round."

•After a break, the host said the executive producer wanted her to clarify that they're not accusing WWE of being a killer.

•Dave Meltzer said trying to say testosterone is not a steroid is wrong. Testosterone is the most popular steroid for building muscle mass. He said the amount of testosterone Benoit had would have been the second highest of everyone who failed a drug test in California. He said that Jerry McDevitt said this proved it wasn't roid rage, but he said nothing was proven because he had more than enough testosterone in his system. He said the medical doctor did not rule out roid rage, he simply said he could not prove it.

•Bryan Alvarez noted that the DEA makes it very clear that anabolic steroids and testosterone are the same thing, despite attempts by WWE to make it sound as if they're different.

•The doctor quoted Dr. Sperry saying there is no consensus that the use of testosterone has contributed to this. "He didn't rule anything out," he said.

•Astin's attorney was asked to respond. He said, "The journalists that are talking don't know what they're talking about." He again said there were no anabolic steroids or synthetic steroids tied to Benoit's toxicology report. He said the number in Benoit was not unusual.

•A clinical psychologist said murderers have higher levels of testosterone and it does add to aggression. She said mice who are castrated are much less aggressive compared to regular mice.

•A defense attorney said it's going to come down to what is determined to be a proper prescription.

### ABRAMS TOXICOLOGY REAX

On MSNBC, Dan Abrams opened by saying Chris Benoit had "extremely high levels of the steroid testosterone." He also said Daniel was sedated before he was "brutally murdered." A clip aired from the press conference.

Abrams editorialized that the medical examiner was almost flippant about the quantity of steroids in Benoit's system. He said too many people are taking the medical examiners' speculation and conjecture as the gospel. He said he was troubled by the medical examiner saying most people take it for testosterone replacement therapy, but that doesn't indicate what Benoit was taking it for.

Dr. Todd Schlifstein said testosterone would be prescribed to a level to bring it back to normal, not ten times normal. He agreed a lot of the analysis of the M.E. was questionable. He also said that testosterone is an anabolic steroid and the M.E. made it sound as if that wasn't the case.

Marc Mero was brought on and said he found WWE's statement to be absurd and insulting. He asked how Benoit went undetected for at least a year when he was being prescribed ten times the normal dosage. He said WWE needs to step up.

Steve Blackman was brought on. He said the toxicology report was no surprise. He said he expected there to be steroids in there. He said it appears it was beyond normal. He said now that WWE is under the microscope, WWE will probably

be more careful in the future.

Abrams asked Dr. Schlifstein what his interpretation of the data would be if he were the M.E. He said the combination of what was in Benoit's system could have had an amplified effect, making you feel more aggressive and more depressed. He said there's no single smoking gun. Abrams asked if he believes in roid rage. The doctor said yes.

Mero said he talked to a forensic psychologist and forensic psychiatrist who told him the combination of Xanax and alcohol could be deadly. The doctor added that the M.E. downplayed how quickly certain drugs such as GHB leave the system. Blackman asked the doctor how many murders involve roid rage. Abrams jumped in and said it's never happened to wrestlers before.

Abrams said again Benoit had ten times the normal level of testosterone in his body at the time of the murders despite passing a WWE drug test back in April. Abrams brought on WWE attorney Jerry McDevitt and Dr. Black.

McDevitt said that the M.E. did "an almost clinical job" explaining the toxicology report results. He said he "essentially removing steroids from the case in order to direct evidence where it belongs." He said, "There were no anabolic steroids found in his body—not the type taken for bodybuilding. What was detected was testosterone."

Abrams asked how Black knew he took testosterone after April. Black said it's logical and reasonable that he passed his test in April. "There were no elevated amounts in April. There were not elevated amounts of testosterone or a high T/E ratio." Abrams asked about tests before that. Black said Chris was on testosterone replacement therapy. Black said the program was introduced to WWE in which admittedly talent had used steroids in the past. He said the body's ability to produce testosterone on its own is harmed with prolonged steroid use. He said appropriate medicine is testosterone replacement therapy. He said the T/E ratio in the urine is no longer in the focus; the focus shifts to the blood compartment. Abrams clarified that he knows it was a medical reason he was prescribed testosterone. He said his physician did indeed tell him that. "He said as a practicing physician who was treating Chris, his diagnosis was accepted and his condition was accepted and his use of testosterone was accepted," he said. "Testosterone replacement therapy is mainstream medicine." He said they're in the business of changing behavior.

Abrams asked McDevitt if it's true no wrestlers has been kicked out of WWE as a result of the new steroid testing policy. McDevitt said nobody has tested positive three times. He said despite all the widespread speculation, Dr. Astin has not been charged with any impropriety with respect to Chris Benoit to date. McDevitt said they are not in the business of policing doctors. "I do think from the news today—I gather some people don't like it—but it is the science and at some point the science has to drive the analysis." He said the attention on roid rage that has driven coverage has distracted from what happened in the house that day. He said there are reports that Chris was keeping a diary following the death of Eddie Guerrero. He said the crime scene was turned over to the family and the diary should be

turned in. Abrams said he agrees it's not an issue of just roid rage. He said, "We're trying not to do that here." Abrams cited the doctor earlier on the show who believed, like Abrams, that the M.E. seemed to have an agenda or tendency to downplay significant results of the test. McDevitt said you can kind a doctor to say anything. Abrams took offense and said their doctor is not an ordinary doctor—he's studied steroids at NYU. He said they didn't try to find a doctor who would say a certain thing. "We just picked the best expert we could find who's studied this particular issue," he said.

*WK ANALYSIS: The question remains to be clarified and verified that a T/E ratio of 59:1 is irrelevant, as Dr. Black says, because it's a blood test not a urine test that matters once you're on testosterone therapy. If that's true, then the question remains why was Benoit being prescribed a ten month supply of testosterone replacement therapy every three to four weeks according to DEA documentation? I'm not sure how we got through two cable network interviews with McDevitt and Black without that coming up as a specific question. It's not clear how much follow up Abrams is likely to do on this issue, but it was interesting to see McDevitt try to lead the stories to a missing diary that might explain a lot regarding Benoit's feelings since Eddie Guerrero died. That's gutsy, if it might turn up, to want that information out there. Mero and Blackman didn't have much time to say anything.*

*I agree with Abrams regarding the seeming dismissiveness of the M.E. earlier. Perhaps there is a great explanation, but it has yet to be clearly offered.*

*In the end, the debate about T/E ratio is taking the focus away from issues such as the lifestyle demands and reward–system that, by definition, drives out those wise enough to get out with their health while ultimately costing a certain percentage of those stick it out for ten–plus years without any sustained time off to let their body and mind decompress and rest (unless they ask for time off, but that's obviously not what anyone is going to do except as a last resort if they're willing to risk losing their place and their rep as a reliable iron man of the road).*

### VAN SUSTEREN TOXICOLOGY REAX

Greta Van Susteren reported on the toxicology report fallout on tonight's Fox News Channel "On the Record" program.

After extended clips aired of the medical examiner's press conference, the D.A. Scott Ballard was interviewed. He said, when asked, that Nancy was killed on Friday night and Daniel on Saturday morning. He said the M.E. was quite clear in saying that there is no way to conclude steroids affected his actions that night. He said everyone is responsible for one's actions. He said the focus should be more on personal responsibility than the impact of some substance.When asked if he was 100 percent certain it was a murder–murder–suicide and not a triple homicide, Ballard said: "Obviously, that's the point we most wanted to investigate. If there were a killer at large, we'd want to know it. At this time, we have no evidence that would overcome our belief that this was a suicide."

# MEDIA ▶ DIARY: WWE UNDER SCRUTINY

Dr. Michael Baden, a forensic pathologist, was interviewed next. He said the amount of Xanax in Daniel's body was a lower level of lethal for adults. He said it could have been a means of death.

Van Susteren asked how steroids are tested for at this stage. Baden said it is usually by urine, but also by blood. "He had ten times as much testosterone as he should have had in his body," he said. "If a doctor were replacing testosterone for testosterone deficiency, it should have been back to normal levels. Clearly, he was getting much more — ten times as much as he should have gotten. It goes with some of the things that were said in the past of him getting ten times the supply in one month and I'm sure the Feds are looking into that."

Van Susteren asked about studies showing excessive use of steroids can lead to a rage. Baden said: "My reading of the literature is that high levels of steroids are a risk factor for aggression and depression. He had a lot of other risk factors. He had personal problems. Family problems. Child problems. The fact was he was going downhill a little bit in his wrestling career. So a lot of factors could lead him to hurt his wife, hurt himself, hurt his child." He said that picture may come out at a later time.

Greta said Benoit was clean or switched his urine with someone else. Baden added that the test might have been done improperly, also.

John Hollis of the Atlanta Journal–Constitution was interviewed regarding the funeral of Nancy and Daniel. He said he was surprised only one active WWE wrestler attended, David Finlay. He said perhaps they were paying respects by keeping a low profile. He added that he was surprised that Vince McMahon didn't attend.

Van Susteren interviewed WWE's attorney Jerry McDevitt and Dr. David Black. Van Susteren asked McDevitt his thoughts. McDevitt said the same thing, almost word for word, as he did earlier on Dan Abrams and Nancy Grace. He said he eliminated steroids having any causative role. "He was very clear that no anabolic steroids of the performance–enhancing type were found in his body. What they found was testosterone which is consistent with testosterone replacement." He then brought up that Daniel was sedated before he killed him. He said it might dispel some of the hysteria surrounding this and redirect it to the crime scene and other forensic evidence.

Van Susteren asked if Benoit's level was at a therapeutic level. Black said that would have to be assessed in a blood test. He said it could up to five or six times greater than the normal level, but not ten times the level as some have said. He said you can't really assess level, just confirm use. Van Susteren asked if five times the level could cause a rage in someone. Black said he holds the opinion this case has nothing to do with roid rage. He said as tragic as it is, there is no evidence associated with it. He said there was no evidence that Benoit behaved in a pattern consistent with roid rage. He said roid rage is associated with the use of multiple anabolic steroids, doses ten to a hundred times greater than typical, and taken in cycles. "This case does not fit that," he said.

Van Susteren asked about Benoit testing negative in April. She asked about quality control

regarding whether the urine collected was Benoit's. He said they are certified and inspected and use all appropriate standards and quality controls. "We've been doing this for well over 20 years," he said.

Van Susteren then interviewed Ted DiBiase, noting he was in the WWE locker room when news broke about Benoit's death. She asked if he saw the press conference. He said he saw part of it. She asked what he made of the testosterone level. He said based on everything he's heard, the level was elevated and there was speculated that the doctor he was seeing may have given him excessive amounts. He said based on what evidence they have, Chris tested negative. He said he can say he knows of three wrestlers who tested positive and were suspended for 30 days. He said the testing agency has free reign t test whoever they want, whenever they want. He said it goes back to issues of character. He said regarding "this media blitz" aimed at WWE: "Throwing arrows at the WWE left and right. If you're going to throw arrows at the WWE, throw them pro football and baseball and everybody else. If anybody is turning a blind eye, they all are. I think the issue with Chris was a mental issue." He said he thinks it was stress, not roid rage, and he murdered his wife when upset. He said he thinks he felt remorseful as evidenced by Chris placing Bibles next to their bodies. He said sedating his son is further evidence of that. DiBiase said in the state of manic mind he was in, he could see him killing Daniel as a mercy killings so they could be together. "He obviously was not in his right mind," he said. "It's more of that issue than a steroid issue."

*WK ANALYSIS: Most everything everyone said made sense. The only confusion item remains conflicting expert opinions on the significance of the urine test showing a T/E ratio of 59:1. Dr. Black, who is paid by WWE to operate the drug testing program, says it's not telling. Every expert looking at the data who isn't paid by WWE says, even if imprecise, it is a significant factor showing an overprescription of testosterone to the point that it would take on bodybuilding and performance benefits, well beyond basic libido and sexual benefits.*

*As for whether this was ever going to be a full–fledged "roid rage was it, and the toxicology reports proves it" type story, I never believed that, and most people closely following this case with a basic knowledge of the circumstances didn't believe that.*

*What isn't being talked about, and since it's not a matter of legality and it's more abstract it may not fit the format of cable news shows, is whether the entirety of Benoit's career rewarded behavior and a lifestyle that caused him to crack. He cracked in a different way than Eddie Guerrero, whose heart gave out, but his actions are part of a web of habits and consequences from his professional life and the rewards his profession provided for living a certain lifestyle.*

*The D.A. left the door open a crack for there being consideration of it being something other than the murder–murder–suicide, but just a tiny crack. His strong indication remains that all evidence points toward it being what it first appeared to be.*

## WEDNESDAY, JULY 18

### NEW YORK TIMES ON TOXICOLOGY

**New York Times:**
**Headline: Wrestler in Apparent Murder–Suicide Had High Levels of Testosterone**
**Key excerpts:**

•Investigators said today that Chris Benoit, the professional wrestler who apparently killed his wife and son in their Georgia home last month before hanging himself, had extremely high levels of testosterone in his system, as well as two prescription drugs, at the time he murdered his family.

•The results of toxicology tests on Mr. Benoit's body revealed not only that he had been injecting himself with testosterone shortly before the killings, but also that he had taken the narcotic painkiller Hydrocodone and the widely used anti–anxiety drug Xanax, according to Dr. Kris Sperry, the chief medical examiner of Georgia, who spoke at a news conference this afternoon.

•Although the levels of testosterone found in Mr. Benoit's blood were nearly ten times as high as the top of the normal range, Dr. Sperry said, the test results were not conclusive evidence that Mr. Benoit committed the killings after snapping in an episode of "roid rage," as many have speculated. He also said that no illegal drugs or anabolic steroids were found in Mr. Benoit's system.

•Tests on the body of Mr. Benoit's son, Daniel, who was 7, also found Xanax, suggesting he had been sedated shortly before he was killed, Dr. Sperry said. "This is a drug that would not ordinarily be given to a child," he said.

*WK ANALYSIS: WWE contends Chris had a normal therapeutic level of testosterone in his system, whereas independent sources—journalists, doctors—are contending the levels were "extremely high," such as this article. The NY Times, if it's found to be incorrect about the level being "ten times as high as the top of the normal range," will run a correction. If they're right in their interpretation of the numbers, that remains damning of Dr. Astin if he was the prescribing doctor.*

### ATLANTA FOX TV TOXICOLOGY REAX

The evening news recapped the toxicology press conference and Dr. Astin's attorney's take on developments.

Nancy Benoit's family attorney, Richard Decker, said the family was relieved that Daniel was not conscious when he died. The reporter said the family is pursuing legal action for wrongful death. The attorney said he's "rathernot speculate" on who the potential defendants will be. "Eventually we'll be filing a lawsuit and everyone will know," said Decker.

On the basis that investigators said testosterone was likely the only form of steroid found in Benoit's body, Dr. Phil Astin's attorney, Manny Arora, said this should vindicate Dr. Astin from any wrongdoing in the case. He said it should end speculation of Dr. Astin prescribing anabolic or synthetic forms of steroids to any patient for legal or illegal purposes. Arora said information will come out in the future why Dr. Astin prescribed

hormones to Benoit.

The report concluded that local and federal investigators are still treating this as a double murder–suicide, and they are continuing their investigation despite releasing the toxicology report on Tuesday.

*WK ANALYSIS: Potential targets of a wrongful death lawsuit could be Dr. Astin, other doctors found to be prescribing excessive quantities of drugs to Chris or Nancy, WWE (although I'm not sure what that angle would be), and perhaps the government or DEA for knowing Astin was overprescribing drugs and not stopping him in a timely fashion. It's an interesting aspect of the case that will not only generate publicity, but through discovery and investigation could reveal new details.*

## BOSTON GLOBE ON CONCUSSIONS

The Boston Globe has an in–depth look at the issue of sports and concussions based on an interview with former WWE wrestler Christopher Nowinski. He says he's working with brain research organizations based on his personal experiences with multiple concussions, and also because the culture in sports needs to change. He says the culture preaches the idea of "shaking off" injuries and returning to the ring or the field.

"That culture works for body injuries, where it makes sense to play through bruises, because it makes you tougher," Nowinski told the Globe. "But no one ever separated that for brain injuries. I believe we're smart enough to understand the difference—if we're told it."

Nowinski recounted a story from 2003 when he decided to quit wrestling after suffering multiple concussions. He was told he shouldn't be wrestling anymore because he wasn't acting right, especially when he had a violent sleepwalking episode in his hotel room and woke up face down on the floor next to broken glass and overturned furniture.

On the topic of Chris Benoit, Nowinski related his experiences with concussions to explain that Chris might have had some form of brain damage. He said people are searching for an explanation on the murders, and they are warming to the idea of Benoit's lengthy in–ring career taking a toll on his brain. Nowinski hopes that additional research on brain damage will create more public awareness for the issue.

Nowinski talked about NFL players retiring from too many concussions, as it relates to the wrestling business, and the perception is that athletes retire to prevent more injuries and heal old wounds. He says that's not the case. Says Nowinski: "People thought, 'they retired, so they're fixed'. They retired because they're ruined."

Nowinski closes: "How many bodies do we have to find before people take it seriously?"

## AOL POLL ON BENOIT CONTROVERSY

In an AOL.com poll, 84 percent of 322,400 voters believe steroids "played a role in the Benoit tragedy."

In an AOL.com poll, 73 percent of 295,856 voters believe congress should hold hearings on wrestling.

## CENA RETURNS TO LARRY KING

John Cena appeared on CNN's Larry King Live last night for about six minutes. King said Benoit had ten times the normal level of testosterone. He ran down the other drugs.

Cena said: "The media kinda jumped to conclusions. You can see that Dr. Kris Perry said there were elevated levels of testosterone. Chris tested tested clean for all anabolic steroids. Granted, the testosterone levels were high, but Chris Perry also went on to state that even with his elevated levels of testosterone, there is no link between high testosterone level and the behavior that happened in the Chris Benoit murder." He criticized the media for jumping on the steroid issue when they were found in his house. He said people will theorize on this for a long time, just like with President Kennedy. He said, "Even with elevated levels of testosterone, he tested clean for anabolic steroids."

When King brought up that it's likely Benoit sedated his son before he killed Daniel, Cena said, "It's an assumption." He said with no note, it was an act that came out of left field. He said since there's no answer, the media wants to point at an answer. He said this toxicology report proved it came out of left field. He said the wrestlers are doing the best their lives and their business goes on.

Cena: "Larry, we're doing the best we can to make sure our life goes on, and my life goes on, and my livelihood and our business goes on. The only one thing that really has hurt me, and really I take so sour about this whole situation, is how the media shifted its focus from this horrible tragedy to our business, and has gone on degrading our business, and how we handle our business. The WWE has a substance abuse testing policy that tests for performance–enhancing drugs and illegal narcotics. Chris Benoit tested in April of 2007 and was clean. So, by the toxicology report, what happened between April and the day that these acts were committed is Chris supplemented testosterone. That's all! That's it! Plain and simple! But it's a shame that the media has shifted its focus to the WWE, which tries SO hard to protect and maintain the integrity of its athletes."

King read WWE's statement. Cena said he's been tested six times. He said it's done at random, but it will be a minimum of four times per year. He explained the ramifications of testing positive, and how it takes three failures before one is fired. He said WWE isn't about kicking people to the curb, but wants to help clean up their wrestlers if they have a problem.

King asked about the elevated testosterone level in Benoit. Cena said he's not a doctor and doesn't know why Benoit was prescribed it. He said he wouldn't theorize.

*WK ANALYSIS: Cena represented WWE well, but the more you know, the more you see intellectual dishonesty in that interview. For one, testosterone is often categorized as an anabolic steroid, by definition. It is used for bodybuilding purposes. The medical examiner said regarding testosterone that "no OTHER anabolic steroids" were found in his system.*

*Steroidabuse.com: "Testosterones' anabolic/androgenic effects are dose dependant, thus the higher the dosage the greater the muscle building effect."*

*Trulyhuge.com states: "Testosterone is the primary muscle building hormone — higher levels of testosterone in the blood stream lead to bigger muscles / lower body fat levels."*

*Bodybuildingbid.com: "Testosterone is the most important hormone in the male body. It plays a key role in determining energy, mood, libido, muscular development."*

*Digital Urology Journal: "Testosterone replacement should in theory approximate natural, endogenous production of the hormone. The clinical rationale for treatment of testosterone deficiency may include: stabilizing or increasing bone density; enhancing body composition by increasing muscle strength and reducing adipose tissue; improving energy and mood; and maintaining or restoring secondary sexual characteristics, libido, and erectile function."*

*Basically, the idea that testosterone would not have been a component used by a pro wrestler wanting to increase muscle mass is intellectually dishonest. It's usually part of a combination of drugs and supplements that are taken—a cocktail of sorts—for gaining muscle mass and definition.*

*What's also dishonest or disappointing, but not surprising, is that the fact that many anabolic steroids favored for muscle gain, along with insulin and growth hormone, either disappear from the body within 48 hours after taking them (along with diminished results from a decomposing body) or, as is the case with growth hormone, difficult to test for period. That's why truly random tests are so vital, yet with WWE's schedule, if a wrestler systematically took an anabolic steroid when he first got home from being on the road, by the time he attended a house show or PPV on the weekend, he could learn which drugs would leave the system quickly.*

*It seemed strange of Cena to be as strong in his wording about how it's just a theory that Daniel was sedated before he was killed. It's one of those situations where it's an "of course he was" answer because the drug was in his system, and it's hardly likely he was drugged after he was killed, so he was sedated before he died. It's not a controversial statement to agree with.*

*Where Cena was right is that the media jumped to a conclusion on roid rage and overplayed that hand too early. WWE fed into it with that press release, which Alan Colmes is still talking about as of last night as insulting his intelligence.*

*The problem is, nobody with knowledge of how steroids work and toxicology reports work, expected it was the least bit likely the anabolic steroids that leave the body quickly in terms of detectablity would be found in the tests. The fact that there was ten times the elevated level of testosterone (which Dr. Black said, in vague terms, is irrelevant because it was a urine test instead of a blood test, but it's the headline everyone is running with) is a negative, but WWE has somehow somewhat effectively gotten away with spinning it into a positive by claiming it doesn't qualify as an "anabolic steroid" and it was simply a hormone therapy.*

*Cena sounded quite scripted or rehearsed with his first answer, with some digs at the media right away—which from my experience over the decades*

is reflective of Vince McMahon's attitude (bordering, some say, on obsession—as those who control a lot are more apt to hate that which they can't control when it affects their lives).

When talking about the 6–8 weeks of rehab after the second failure, that's a new detail, as is clinical talk of rehab after the first offense.

The sad part of this is that the attention has been shifted to "it was roid rage or it's a non-story." In reality, the story has never been roid rage; it's always been a more complex web of the culture and the system that, by definition, weeds out those who aren't willing to risk their well-being, their mental health, their quality of life, and their marriages or personal lives to work WWE's schedule. Some of course survive and thrive, but by definition the way WWE and the industry is set up, it's not conducive to a balanced, healthy life. Needing to look camera-pretty shirtless 52 weeks out of the year, while putting their bodies through the abuse they do (to varying degrees), while never having a mental or physical break longer than a week or so once or twice a year during holidays or after a long European tour (unless you ask, but the belief among most wrestlers climbing the ladder is that works against you, not for you, if it's systematic and routine). Whether that story ever gets really addressed in the media (on congress) remains to be seen.

### CHAVO'S FIRST INTERVIEW

"On the Record" with Greta Van Susteren featured the first media interview with Chavo Guerrero, one of Chris Benoit's best friends.

Chavo said he talked to him the last time that Saturday. He said they were planning to meet up at the city they were wrestling in. He said they were flying into a different airport in Houston. He said he got a message from him saying he missed his flight. He said he called him back. "He sounded odd and he left with a forced 'I love you' Chavo," he said. "It was enough for me to hang up and think something wasn't right." He said he called him back a few minutes later. He said Benoit told him he had a stressful day and things weren't going well. He said Nancy and Daniel had food poisoning. He said he'd hook up with a later flight.

He said he got text messages from him early the next morning. Chavo said 3:53 a.m. Houston time, or 4:43 Atlanta time. He said it had his address. He said he had just moved because his previous house was in a public area. He said he was concerned to have Daniel playing outside because fans would camp out in front of his house. He said he bought land in a suburban Atlanta and used a P.O. Box. He said the text was his physical address.

Van Susteren asked what he thought of that. Chavo said he didn't know why he was saying that. He said when he first saw it he was still tired and thought maybe he had sent it a few days earlier. He said the next message talked about the dogs being corralled. He said he thought it might have been an old text message from a couple days earlier saying he wanted them to pick him up. He said, "It was so random. There wasn't a cry for help. There wasn't an I love you. It was so random. I didn't think anything of it. I went back to sleep. The next morning (Sunday) when he woke up, he called but

there was no answer."

He said it was very unlike him to miss a pay–per–view. He said they were calling him all day, but they never did. He said he told somebody in the front office that he got these weird text messages. He said they sent a car, but dogs were wandering around, but they couldn't get in right away. He said one of the neighbors knew him, and that's how he ended up getting in and they found him.

Chavo said Chris didn't wear his emotions on his sleeve; he was a very private person. He said they were like family. "He was such a good person," he said. "It's just so out of character for the guy." He said he never saw him fight with anybody. "He was always calming me down, telling me, 'Hey, it's not worth it. Just walk away.'"

Van Susteren asked why there are so many young deaths in wrestling. Chavo said people aren't really dying any more except for these few cases. He said it's the older timers who were wrestling around in the '70s and '80s when there were a lot of drugs and alcohol. "Now we don't really do that," he said. "Nobody drinks anymore. We go workout. I can't eat that because I gotta keep my body in shape. We can't cheat. I gotta get rest." He said the way his dad and grandfather and uncles wrestled, it's not the same anymore. He said the two deaths are odd and out of character now.

Greta asked Chavo what makes a good wrestler. He said there are some world class athletes who just can't pick it up. He said it'd odd. He said you have to be a performer, be athletic, be able to entertain a crowd, it's an artform and you have learn it. Great asked if Chris loved it or if it was a job. Chavo said it was his life—that and his family. "It was the only thing he ever wanted to do since he was ten years old." He said he would trust his family with Chris in a heartbeat.

WK ANALYSIS: Chavo came across as nice and genuine, without an agenda. I'm not sure where he was three weeks ago, and why the day after the revelation of an elevated testosterone level in Benoit's body that was headlines in major papers across the country that suddenly he's available for interviews, but it was valuable to hear his version of what happened in his own words. If I were hired to advise WWE to handle their p.r. in a way most beneficial to the company, I'd offer up "exclusives" like this to the cable shows so I could set the agenda and nudge other independent guests out of the day's news cycle—especially the day after many major papers headlines with Benoit having extremely elevated levels of steroids in his body at the time of his death.

It is absolutely true what Chavo says about the wrestler lifestyle changing. There is less partying and drinking in bars. The concern is whether the sophisticated drug cocktails to look a certain way and maintain a certain energy for the gym and recovery time for muscles is going to turn out to be dangerous in a whole new way when the current generation whom Chavo points to as living a different lifestyle reach the age of Eddie, Chris, Sherri, Mike Awesome, Curt Hennig, Rick Rude, and the others who paid the ultimate price related to years of partying and a lifestyle they never gave up or could kick after getting out of wrestling.

For one, the partying that goes on takes place in

hotel rooms away from the public, not in bars in front of other fans. Whatever goes on behind closed doors among cliques of friends is less public than what happened in bars out in the open in past years. And does replacing alcohol to dull the pain of the night's matches (and the career of bumps and bruises) with prescription pills (allowed by WWE's policy with prescription, within their discretion) add up to a more healthy era as these wrestlers head toward and pass the age of Eddie and Chris, especially when combined with the mental and physical fatigue of there being no planned breaks to rest and recharge mentally and physically, and build a full life outside of their WWE careers?

Also, this younger generation advancing toward their mid-30s are entering a danger zone as far as wanting to earn their top money during these peak earning years just as their bodies stop responding the same way to the weights and just as the aches and pains of 50 weeks on the road a year, year after year, begin to add up.

### LANCE STORM ON NANCY GRACE

On Nancy Grace on CNN Headline News, she discussed the Chris Benoit toxicology report and WWE's spin. Highlights:

•Figure Four publisher Bryan Alvarez: "The latest is his testosterone levels were through the roof. WWE has spent the last day trying to claim that testosterone and anabolic steroids are two completely different things, which they're not. Fifty-nine times the normal ratio for a human being. The Olympic threshold is 4:1. WWE says a failure is 10:1. He was at 59:1. Apparently they're trying to argue this is no big deal, life can move on in WWE, and there's nothing to talk about here."

•Nancy Grace said: "The sad part is it probably will. I wonder how many more wrestler's bodies we'll have to report on before something is finally done."

•Nancy Grace: "First of all, the answer was (from WWE), no, no, no, there's not going to be steroids in his system. Everybody was all mad that it was even suggested. NOw we've got 59 times the normal amount of testosterone in his system, but they say testosterone is not an anabolic steroid. Explain to me, doctor."

•Dr. William Morrone, a medical examiner and toxicologist, said: "What they're trying to do is create a perception and use a loophole that because testosterone is a natural hormone in a man's body that it's not wrong. But the truth is testosterone is the prototypical anabolic, androgenic steroid. The fact that it is natural doesn't make it not a steroid." He said it is an anabolic steroid.

•Lance Storm said he doesn't believe roid rage was necessarily the primary factor, but the testosterone probably was a factor on his mental state. Grace brought up 59 times the normal level. Storm said he's not trying to justify his level. "He was obviously on a lot of testosterone," Storm said. He said it played on his state to a certain extent because "you can't alter your body chemistry that much and have it not affect you." Grace asked why it wasn't roid rage. Storm said Daniel's toxicology report suggests premeditation in Daniel's death. "There may have been some degree of roid rage or aggression involved in Nancy's killing, perhaps,"

he said. He said roid rage isn't likely the sole cause of all of his actions spread out over the weekend.

Grace asked Morrone about Penny Durham talking about her late husband having a three hour rage. Morrone said roid rage tends to be fast and volatile.

A caller asked if WWE needs to do more testing. Alvarez said the obvious problem is the loophole of testosterone being prescribed to wrestlers. He cited Dr. Black in 2005 saying an NFL player would not be allowed to use testosterone.

Storm was asked by Grace about why WWE won't release Benoit's previous drug test results: "I think the wrestling industry unfortunately is secretive by nature just dating back to our carnival roots when they wanted to convince people this was a legitimate sport. I think the industry probably out of habit keeps their cards as close as they can. They want to distance themselves as much as they can. You can't blame them for that. There is a drug issue in sports and there is a tragedy that happened in the Benoit family that aren't really as tightly related as they'd like to believe."

*WK ANALYSIS: To say that what happened in Chris Benoit's home is not as tightly related as the media would like is correct, but to go so far as to say they're not tightly related would be likely incorrect. Benoit's testosterone level, his usage of prescription pills, his potential usage of other drugs that were not detectable in his system, and his marital stress can all be linked to unnecessary demands of his career as a WWE wrestler. More transparent testing with less allowance for testosterone and prescription pills and mandatory extended breaks of at least four weeks twice a year would have, in my opinion, meant Benoit would have been in a different state of mind entirely by the time the tragic weekend arrived and very well would have dealt with any problems (assuming those problems would have manifested if WWE operated differently as noted above, which they probably wouldn't have) differently. That's the point in this story the mainstream media has yet to really get their minds wrapped around. Once they do, then we'll stop splitting hairs and parsing language and get to the solutions that could dramatically change the industry for the better for all.*

**NY DAILY NEWS RIPS WWE FOR SPIN**

The New York Daily News features an article headlined: "WWE in spin mode over Benoit findings."

The article begins:

World Wrestling Entertainment was in full spin control yesterday, doing its best to deflect any theories that 'roid rage might have contributed to the gruesome weekend rampage last month when, police say, WWE star Chris Benoit murdered his wife and 7-year-old son before hanging himself.

After Benoit's toxicology report was made public and revealed that the "Canadian Crippler" had high levels of testosterone in his body during the murder-suicide, the WWE issued a hasty, yet inaccurate, statement to downplay the results.

"WWE understands that the toxicology reports for Chris Benoit indicate that he tested positive for testosterone and negative for anabolic steroids," read

a portion of yesterday's WWE statement.

Also in the article, steroid expert Dr. Gary Wadler, a World Anti-Doping Agency member, ripped into WWE's statements. He said: "An anabolic steroid is nothing more than a derivative of testosterone... We know nothing about the specifics of that test—we don't know the time, the (urine) specimen produced, and whether or not it was unadulterated. We don't know if it was proof positive he wasn't using steroids, especially in this age when athletes are using patches, creams, and other sophisticated performance-enhancing drugs. The WWE testing program—it doesn't even approximate what I call a meaningful testing program. Their whole protocol is all invested in one man (WWE founder Vince McMahon), bow to stern."

The NY Daily News also reports that the family of Nancy Benoit is infuriated with WWE for allowing Jim Ross to attend the memorial service for Nancy and Daniel. The News reports that Ross was not an invited guest, and "were incensed he made a colorful entrance, including his trademark black cowboy hat."

The article also quotes a sports medicine doc and steroid expert at NYU Medical Center who said he cannot dismiss the role of steroids in Benoit's actions. He said: "When you have a stockpile of steroids and a doctor (Phil Astin) prescribing a ten-month supply every three weeks, obviously you're abusing steroids. And abusing steroids has been proven to be linked with aggressive behavior. It's hard to label this as a one-drug problem. More likely, this is a multi-drug casualty. When someone does use high doses of steroids for a long period of time, it's very common for them to use other drugs as well, drugs like Xanax to help control the symptoms of steroid use, like aggression and anger."

**CANADA'S POST ON TESTOSTERONE**

The National Post in Canada has a story on how steroid use, in this case testosterone injections, played a part in the Chris Benoit family deaths. "Another dead user, and another steroid question without an answer." The article looks at the lack of long-term studies on testosterone replacement theory, which the Mayo Clinic points to as a growing problem when doctors have nearly doubled the amount of testosterone prescribed since early 2000's for men who want the "Viagra effect" of increased testosterone production.

Regarding the questions over the effect testosterone injections had on Benoit or will have on any future person's body, the article says, "So, even in death, science will not learn anything from Benoit unless the family was to donate his body to medical science for the express purpose of steroid research— the stigma attached to such an admission makes that highly unlikely—and if someone could give an accurate accounting of exactly what Benoit took over the years and in what doses.

"None of that is likely to occur, which is one of the reasons why there isn't a hot-button issue in the world of sports today that is so clouded in ignorance as steroid use."

The article also brings up the point that amongst the questions of how often, when, and for what purpose Benoit received testosterone injections, was there a period after the May 2007 date when Dr.

Astin prescribed steroids that he "got off the juice"? In that case, not receiving testosterone injections after extended use could cause deep depression. The article asks, "Is it possible he had tried to kick the steroids habit, and the resulting depression was so deep and dark that there was only one way to deal with it?"

The article concludes that when a number of athletes from all different sports begin to break down after their careers are over, maybe then, people will come forward and shed light on steroid use to help the medical field and future users understand the issues.

## THURSDAY, JULY 19

**MEDIA COVERAGE SUBSIDES FOR DAY**

Thursday was the only day where there was virtually a complete break in coverage of the story on cable news, giving an indication that the toxicology report results had a life of about one day, and WWE wisely supplied guests such as McDevitt, Black, and Chavo to give their side of the story and set the agenda of discussion as best they could.

There was one mention of the topic, briefly on "On the Record with Greta Van Susteren" on Fox News, who mentioned that another wrestler, John Kronus, was found dead in his girlfriend's apartment this week. She said he never worked for WWE, but rather a "rival league." She said Fox News would stay on the story.

## FRIDAY, JULY 20

**UK SUN REACTS TO WWE SPIN**

The U.K. Sun ran an article on WWE's position in the media that Chris Benoit did not have anabolic steroids in his system at the time of the Benoit family deaths. Following the release of the toxicology report earlier this week, WWE's lead attorney Jerry McDevitt has said on TV this week: "There were no anabolic steroids found in Benoit's body—not the type taken for bodybuilding. What was detected was testosterone."

The U.K. Sun points to a direct line in the company's Wellness Policy that states: "The non-medical use of anabolic androgenic steroids (AAS), which include and are based on the natural steroid Testosterone, is prohibited."

Steroid expert Dr. Gary Wadler of the World Anti-Doping Agency, who has been interviewed the past two weeks in AP articles on the subject, said there is a direct contradiction in how WWE is analyzing the toxicology report. Says Wadler: "What they are saying is a contradiction in terms. An anabolic steroid is nothing more than a derivative of testosterone."

The UK Sun today headlines "WWE blasted for drug denial."

The story said that despite Chris Benoit testing 15 times higher level of testosterone than those allowed in Olympic drug tests, WWE and its reps denied that Benoit was taking anabolic steroids. It quoted Cena saying on Larry King Live, "Even with elevated levels of testosterone, he tested clean

## MEDIA DIARY: WWE UNDER SCRUTINY

for anabolic steroids." It quoted Jerry McDevitt saying: "There were no anabolic steroids found in Benoit's body—not the type taken for bodybuilding. What was detected was testosterone." And WWE's press release: "WWE understands that the toxicology reports for Chris Benoit indicate that he tested positive for testosterone and negative for anabolic steroids."

Then it quotes WWE's own Wellness Policy. Excerpt:

However the WWE's own Wellness Policy on drug abuse states: "The non–medical use of anabolic androgenic steroids (AAS), which include and are based on the natural steroid Testosterone, is prohibited."

It goes on to quote several others (including myself) pointing out the intellectual dishonesty of their p.r. spin since the press conference earlier this week.

### OVERVIEW ON STATE OF MEDIA

Fox News this afternoon aired an interview with Jonnie Stewart, former AWA wrestler, who said: "The wrestling industry, as Vince McMahon describes it, 'puts smiles on the people's faces,' unfortunately the wrestling industry also sends young men to their grave."

MSNBC's Dan Abrams show is bowing out of the Benoit story for the time being.

There is anticipation and expectation that a revised indictment against Dr. Astin, which could be issued as soon as next week, would bring a new wave of coverage, although even more WWE wrestlers being added to the list (if that happens) wouldn't create anything resembling the tidal wave of publicity WWE received the past few weeks.

Dateline NBC and HBO Real Sports are working on in–depth extended TV reports on the deadly pro wrestling culture over the past 10 years. There were rumors that CNN Presents was also working on a documentary on the subject.

In Canada, "Off the Record with Michael Landsberg" has done interviews this week with Lance Storm and Marc Mero, plus a panel discussion with other specialists in various aspects of this story. The show is looking for other wrestlers to feature in future episodes to talk about the culture of death that is part of the pro wrestling industry.

*WK ANALYSIS: There is a certain level head scratching when it comes to the TV cable attention span on this story. WWE should give their p.r. firm a bonus because they got somewhere in the range of the worst possible news—that Benoit had extremely elevated levels of an anabolic steroid in his system—and they spun it into a non–story. They have to be high–fiving each other behind the scenes right now, believing the media–types who don't research the very basics of the toxicology reports bought their story. The turning point was when the medical examiner gave WWE quotes they were able to take out of context and run with them. The fact that Benoit had a 59:1 T/E ratio should at least have been something worthy of some research and proper perspective, but the media bought WWE's line that testosterone is not an anabolic steroid and the implication that it doesn't aid bodybuilding and is simply a hormone replacement therapy that Chris may have overindulged in.*

*There is also suspicion, as noted by several readers, that the TV media shies away from tackling pharmaceutical side–effects such as Xanax found in Benoit's system, because drug companies sponsor their shows. PWTorch.com reader Dave Fisher writes: "You should look into the Xanax angle of the story. For a couple decades it has been common knowledge that that drug makes some users psychotic, violent, murderous, and suicidal. You can bet the news divisions at NBC, ABC, CBS, and cable newsers CNN, MSNBC and Fox—who are in bed with Big Pharma sponsors—don't want to investigate that angle, they'll avoid it. I am suspicious and believe the Xanax and testosterone combination needs examination. If Xanax makes some users psychotic killers, I can't imagine how an elevated testosterone level would have helped Benoit control his rage."*

*Torch columnist James Caldwell has been doing research this week on the Xanax angle. Unfortunately, it doesn't sound as if any of the cable news shows that ate up the "roid rage" aspect of the story are interested in looking at the potential deadly effects that a legal drug had on the events that weekend.*

*While I understand how evening cable news shows work, and even the newspaper business, in that there are many fresher and frankly more important stories out there in terms of public welfare and interest–level, sticking to the easiest and most sensational aspects of the story has, in the end, left WWE at least today feeling like they might have avoided the type of scrutiny that would really reduce their p.r. spin this week into a public fiasco.*

*The story never got to the next level in the evening cable news venue where the overall, lifestyle was examined. The Dateline NBC and HBO Real Sports entities may be better equipped to examine those more nuanced aspects of this story, which if left unchecked, means this story has a good chance to repeat itself again within a few years, unfortunately.*

*Then there is the congressional hearing aspect of the story, too, which could also give new legs to media coverage. That appears to still be on the table as possibility this fall.*

### CONGRESSIONAL HEARINGS EFFORT

The office of Rep. Cliff Stearns (R–FL) has sent PWTorch the following statement:

Earlier this month, I called for a Congressional hearing on steroid use in professional wrestling. I have talked with both the Chairman of the Energy & Commerce Committee, Rep. John Dingell (D–MI), and the Chairman of the Commerce, Trade & Consumer Protection Subcommittee, Rep. Bobby Rush (D–IL), on this issue. Although no hearing yet has been scheduled, I am encouraged by those discussions that a hearing likely will be held this fall.

PWTorch has also learned that Rep. Stearns was planning to draft a letter to be sent to Vince McMahon to find out how they would about learning more about how their company operates in preparation for the hearings this fall.

### CENA INTERVIEWED IN ATLANTA

John Cena was interviewed for Fox 5 News in

Atlanta this week. The following are highlights of the complete interview, available on the Fox 5 website. Only excerpts were used for the news story that aired on TV.

•It is a very difficult industry for anyone to make it in only because you have to be at the top of your game from an athletic standpoint and an entertainment standpoint." He brought up Muhammad Ali as being the best of both, but how rare that is. "The people that I've seen give testimony, nine out of ten times, on all of these talk shows or interviews shows, "have been people who lasted here for a couple months maybe at best. I want to put this in perspective. I've been here five years and I'm still considered new. If they really wanted the perspective of someone who knows the business, someone who knows the locker room and the atmosphere of this company, they should get people who have been active ten or fifteen years, people who are still active in the WWE." He said they are still developing themselves every day and doing so with the talent relations department "to be sure the talent isn't overworked" and a Wellness Policy to be sure it's a great place to work.

•When asked if things have changed for him in the industry since the tragedy. "The greatest satisfaction for me is that our fans, our fan base, although affected by the tragedy, hasn't been affected by the negative press and that really makes me feel really good. The follow our program really close and the understand how hard we work for them." He said the attendance and energy has been great everywhere they've gone.

•The reporter asked why so many people don't "get it" (regarding the pro wrestling business). Cena said as under the radar as they are with the mainstream, it has a cult following, but their cult following keeps growing and growing. He said the common person has an image of what pro wrestling is. He said the problem is a lot of people don't know what WWE is now. "It's changed so much since (the '90s)," he said. He said the first hurdle they have to overcome is that "it's fake." He said they make sure each fan gets their money's worth through sports and entertainment, but they don't usually get mainstream press from sports or entertainment entities. He said the following is so big their name is commonplace, but how they do business isn't.

•The reporter asked about pain pills and steroids. He asked what place they have in the industry. "In any industry, I've got news for America. If you want to go onto any street corner in America, you can find drugs. Maybe not anabolic steroids, but you can find drugs. It's prevalent in any workplace… It comes down not to your work environment, but your personal choice. No one… is shoving pills or medication down your throat. Those options are always going to be there because our laws aren't that stringent against it." He brought up the NFL and MLB drug issues. "It's personal choice. It's the athletes or person's decision… That's the choice they make with severe consequences." The reporter said if the pundits and wrestlers are to be believed, you have to take steroids to get ahead. Cena said that's why he likes

•"I am the top level. I am the WWE Champion. I am the horse carrying this company. I have been at

a 300–plus day a year schedule the past five years. I work harder than anybody back there. I love my job. I love the way my life is. Never once have I been pushed to anabolic steroids; never once have I been pushed prescription pain killers. I've been drug tested six times since February 2006 by Aegis Labs. I've passed every one with flying colors. The people who tell you it's too hard and you can't do it with X–substance are lying." He said they made that choice somewhere along the line and face the consequences.

•Cena said he's in a great spot to be in the main events of "basically the only sports entertainment company in the universe." He said he has been "run and gun since I got here," but not once has he been affected enough by the schedule to take steroids or pills. He said he's found himself wanting to talk about it more, but nobody in the media wants to. He said people just want to know about the dirt and the underbelly of the industry. He said ten or fifteen or twenty years ago, it was like a rock star tour with parties, but it's not like that anymore. He said they know they have to fill seats, sell PPVs, and draw TV ratings, and to do that they have to be role model citizens.

•When asked what happens from here, Cena said he hopes for more of these interviews where he can let people know this is a legitimate entity and "we're not a bunch of mongols running around… It's not a big drug rock party like musicians touring in the '80s. This is a profitable business where they care about their employees."

The news story that actually aired on the Fox5 TV newscast included select quotes from the Cena interview. It also included the following notes from the reporter:

•The reporter said, "John Cena says that today's wrestlers are both randomly tested for both drugs and steroids, and prescription drugs are both regulated and limited by a company doctor. Chris Benoit's toxicology report bears that out. Testosterone is allowed by the WWE, as a therapy to treat damage done by previous steroid abuse."

•The reporter said that about 40 percent of the people in attendance at the show were under 12 years old.

*WK ANALYSIS: This is nothing new after covering the industry for nearly 20 years and going through various media storms, but Cena is the most surprising person to stray so far from intellectual honesty, if not outright truth, because he seemed like a decent guy who wouldn't sell out or compromise himself this badly. This interview was bad on a lot of levels (and accurate in others, but accuracy should be a given, not an exception).*

*For one, the most prominent people talking on this subject of problems in the wrestling industry have been through a lot more than he has and can speak to the experience of putting in more than five years and wrestling well past ones 20s which, almost all wrestlers would agree, is physically and mentally the easiest time to be a wrestler. Superstar Billy Graham, Bruno Sammartino, Joe Laurenaitis, Konnan, and Marc Mero have each logged more miles than Cena has. Each of their experiences are different, but his desorption of "nine out of ten" wrestlers speaking out about the lethal culture of*

*pro wrestling have not been the Jonnie Stewart–types, who are saying good things, but cannot speak directly to the experience of being in WWE's locker room. Mero, Graham, Laurenaitis, and Sammartino all have considerable direct WWE locker room time. So his broad characterization is just wrong. It's actually tough to find wrestlers speaking out on this subject who have less time on the road than Cena does.*

*Where Cena's advantage comes in is speaking to today's WWE atmosphere. However, it's disingenuous to say the Talent Relations Department is set up to "make sure wrestlers aren't overworked." The Talent Relations Department does deal with wrestlers who have issues that need to be dealt with, but WWE is like a medical system with emergency rooms and surgeons, but no general practitioners and nutritionists. In other words, it deals with crises but not prevention. Relying on wrestlers to volunteer to take time off to prevent burnout is naive and everybody knows it. There will always be wrestlers willing to sacrifice everything to get ahead and not take time off, which is why mandating it systematically is the only way the system can really work.*

*Konnan, because of his physical condition, has no chance left to work for WWE, so he speaks with more credibility than Cena on certain matters, because what Cena gains in credibility from first–hand experience he loses because he has ten million dollars of future earnings on the line protecting the status quo. Also, unlike Cena, Konnan was close to both Eddie Guerrero and Chris Benoit— for years, including in the months leading to the deaths—and he speaks to others in WWE. He knows what's really happening to wrestlers who aren't in Cena's first class penthouse section of WWE's talent lifestyle.*

*Cena's response to these questions should include: "It's easy for me to say this, as while I've worked hard, I've had early success on a level most wrestlers don't achieve. While I can't take my spot on top for granted, I don't have to scratch and claw to stay on the radar or keep my job. I am on a path of financial independence at a level I never expected. As for whether I'll ever utilize pain pills to keep up this schedule, ask me when I'm well into my 30s and my body has more mileage on it, something more comparable to Chris Benoit and Eddie Guerrero. I'm just too young and too early in my career to speak from experience. I know some people make it through their 30s relatively unscathed and others don't. I want to be sure I'm not an apologist for this business and use my influence as a top star to be make sure as few people as possible—ideally nobody—ends up going down the same spiral as too many of my predecessors and colleagues in recent years."*

*Is that so hard?*

*And every time someone says they're not shoving pills down your throats, that misses the point. The point is that they're producing a system that tempts and rewards many to take pills in exchange for great rewards such as six–figure incomes, fame from TV, and just basic continued employment in their chosen craft.*

*I'm sure Cena does work from a pure days–on–the–road standpoint more than anyone else on the roster, but I wonder how it will play with his*

colleagues that he spoke so highly of himself carrying the company and "working harder than anybody" else in the locker room.

## KRONUS DEATH DISCUSSED ON CNN

Friday night on Nancy Grace's show on CNN Headline News, Grace discussed the recent death of John Kronus and how it ties together with the Chris Benoit family deaths. The first–half of the show dealt with the Michael Vick dogfighting indictment, then Grace brought on Bryan Alvarez, Bruno Sammartino, and a clinical psychologist, Dr. Patricia Saunders.

Grace discussed the local authorities waiting to release toxicology results in John Kronus's death and Alvarez said it will probably involve a reaction to pain medication. He said Kronus just had knee surgery and he was prescribed a lot of medication for post–surgery recovery.

Bruno Sammartino joined the show and discussed the few deaths he saw in the business 20 years ago, and how that snowballed into over 100 deaths. "I was with McMahon on the 'Larry King' show, Geraldo Rivera, all over for two years," he said. "I pounded my head against the wall trying to bring attention to what was going on in the sport, because I predicted then that these three deaths would keep growing and growing."

Sammartino said he received calls from friends that Kronus was a well–known steroids user and had used other drugs before his death. When asked about the medicine given to Kronus following knee injury, Sammartino said he had a number of surgeries while in the wrestling business, but he took very little pain medication. "I don't buy that as contributing to anything," he said. "It is rampant drug use. And somebody on the opposite side trying to do damage control, they said that this was in the '80s … So this is very much still going on."

Sammartino said political people and congressman need to get involved to oversee the sport. He said self–regulation in wrestling hasn't worked because the bigger stars in wrestling aren't caught, while nobodies take the fall.

They talked to the clinical psychologist on why Daniel Benoit had Xanax in his system and she said a child should never be prescribed that drug. They showed a clip of a New Jack interview on teaming with John Kronus in ECW.

The show then concluded with Bryan Alvarez describing the crime scene in the Benoit residence and its significance. "I want to say one thing about Chris Benoit and the case there that sort of ties all of this together," Alvarez said. "Chris Benoit destroyed a lot of stuff right prior to his suicide— notes, diaries, et cetera. He did not destroy the steroids, and I think there was a reason for that."

## STORM CALLS OUT MERO

At his website, Lance Storm criticized Marc Mero. Excerpts follow:

The comment (on CNN's Glen Beck show) that Marc made that got under my skin was his response to Glen Beck, when he asked what Marc was on when he was in WWE (actually Beck kept calling him Mike, but I'll let that slide). Marc responded (I don't have an exact quote but this should be damn close). "Mainly

## MEDIA   DIARY: WWE UNDER SCRUTINY

pain killers, because you had to, to make all the towns and deal with the punishment you inflicted on your body." BULLSHIT!!!!! "Had to" is a F——ing excuse used all the time by guys on drugs. Marc also talked about taking steroids because he "HAD" to, to compete and get a job. Well you know what Marc, I didn't f——ing have to. I didn't take Steroids, or pain pills to work. EVER!!!!! I respect the fact that you are trying to do a good thing here but you are doing your cause a disservice by not admitting you were part of the damn problem. You are spewing the same bullshit excuses that the boys have been spewing for years, and it is this cop out bullshit excuse of "HAVING" to do it to deal with pain or get ahead, that perpetuates the very drug problems you are trying to stop.

Let's be honest here, and this is where I may stir a lot of heat, but I don't care, I'm pissed off. Marc Mero was not a very talented guy. When he was in WCW he was not, what you could call an in–ring general or great worker, so why did he have a job? He had a job because he took steroids to get a job he didn't deserve. Steroids gave him the look that the company was willing to push despite his level of ability. Now Marc Mero can defend himself as much as he wants, with if he didn't do steroids for the spot someone else would have, but that doesn't excuse his actions. I was a worker at that time Marc, and I was close to your size and a hell of a lot more talented, and I wasn't doing steroids nor have I EVER. Have you ever considered that you taking steroids cost a more deserving person who wasn't on steroids, the opportunity he deserved, and in turn then put additional pressure on them to do steroids, to get the spot they actually deserved in the first place? Thankfully I had the backbone to not cave in to steroid and drug pressures, and enough talent to still make a career for myself, but so many others didn't.

*KELLER ANALYSIS: Mero had admitted he took steroids. He knows that's why he got his job. He knows he's lucky that the pain pills he took after surgeries and to battle through injuries could have led to addiction or worse. Storm came down more heavily on Mero than Mero deserved, considering the two seem to largely agree that change is needed and denial is the wrong image for WWE to be perpetuating publicly at this time. Mero's experience with injuries and toughing it out on the road was different than Storm's. Blaming wrestlers for choosing pain pills is what those whom Storm criticized earlier in the week were doing.*

## SATURDAY, JULY 21

### CONCUSSIONS AT ISSUE AGAIN

A FoxSports.com article asked why more focus isn't on head injuries possibly contributing to Chris Benoit's double murder and suicide. The article points to research done on former NFL players by a brain research group that former WWE wrestler Christopher Nowinski is working with. The author says the focus is on steroids and other chemicals possibly altering Benoit's brain function, but those diving headbutts from the top rope could have just as much of an effect.

From the article: "In the non–hockey world, the spotlight has been on pro wrestler Chris Benoit and his murder/suicide incident, and while many media

pundits are quick to point out things like steroid abuse, painkiller addiction, and other chemical factors, most are overlooking the role that cumulative damaging effects of concussions could have played."

The article brings up the usual points about former NFL player Andre Waters having the brain of an 85–year old man with Alzheimer's after years of physical punishment in football. From the article: "It's not just getting your bell rung, and it's not just a few weeks of headaches. In severe cases, there's depression, anxiety, sleepwalking, memory loss, loss of cognitive functions, violence, even suicide. Since leaving the WWE due to severe concussion problems, Nowinski's turned his own suffering into a crusade for concussion awareness in sports."

The article states that the NHL has tested hockey players for concussions since 1997 by establishing a baseline neurological level, then comparing brain condition of hockey players with concussions to the baseline. The testing is forward–thinking, says the article, but doesn't take into account the unknown factors of how the brain handles concussions over a period of time.

Much the same way chair shots are still utilized in wrestling despite the potential for long–term damage to the brain if the chair shot lands incorrectly, there is resistance to stricter rules against blows to the head in the NHL because it could "affect the game."

The article concludes: "Anyone who doesn't support this type of protection in all sports should simply talk to an athlete forever damaged by the ravages of concussions. That can put things in perspective really fast."

### ROSS ON TIME OFF FOR EDGE

On his jrsbarbq.com website, Jim Ross commented on Edge's serious pectoral tear that will keep him out of action for approximately four months. Edge relinquished the World Hvt. Title on last night's edition of Smackdown.

On his blog, Ross writes: "Edge has arguably been one of the most valuable hands in the WWE for quite some time and is one of the overall most talented men in the company, from where I sit.

"Perhaps this untimely injury will be a blessing in disguise for Edge, over the long haul, as he will be able to get completely healthy before he roars back into the scene."

*JC ANALYSIS: Imagine the last sentence of the quoted text changed to what we've been advocating for years: "Perhaps this scheduled time off will be a blessing in disguise for Edge, over the long haul, as he will be able to get completely healthy before he roars back into the scene." Instead, WWE wrestlers can only look forward to time off due to serious injury or when they reach the point of complete burn out, such as Chris Benoit in 2006.*

*It's a shame that it has to come to serious injury, complete burn out, or a possible suspension due to a Wellness Policy violation before wrestlers get any time off. Randy Orton being sent home from the European Tour earlier this year was a "blessing in disguise", as he got time off, and he has reportedly handled himself much better the past three months. Wrestlers, just like office workers sitting in front of a computer for eight hours at a time, need a few weeks off to heal both mentally and physically.*

*Could Edge's injury have been prevented if he was given scheduled time off at some point the past*

*two years? There's not a definitive answer to that, but if wrestlers were given time off, it would reduce the risk of serious injury when they have guaranteed recovery time to heal their bodies. There would be fewer main eventers pushing their bodies too hard, creating greater risk of injury. WWE had a well–built PPV tonight, but they suddenly had to change one of the top matches on the card due to Edge's injury. It is within WWE's best interest, in the long–term, to let wrestlers heal to reduce the risk of serious injuries that have sidelined Shawn Michaels, Triple H, The Undertaker, Mr. Kennedy, and Edge this year alone and hurt an already weak roster.*

## SUNDAY, JULY 22

### MAYOR REJECTS ATTENDING WWE

The San Jose Mercury News has a story on tonight's Great American Bash PPV in San Jose, Calif. tying in to the Chris Benoit family deaths. The article recaps the key plotlines—that Chris Benoit had excessive levels of testosterone in his system at the time of his death, the lack of oversight in the wrestling business, casual fans not concerned about the behind–the–scenes issues, and WWE enjoying "phenomenal success" to the tune of $400 million in yearly revenue "in part by flying for years under the regulatory radar".

Dr. Gary Wadler, of the World Anti–Doping agency, and who has been quoted in several articles on the subject, said there is a "crying out for an explanation" on the number of pro wrestling deaths the past two decades. Rather than debating the issue, WWE lead attorney Jerry McDevitt claimed Wadler has a personal grudge against WWE from the Vince McMahon steroid trial in 1994.

The article says WWE's Wellness Policy that was instituted after Eddie Guerrero's death is a step, but the policy has been scrutinized considering Benoit had a T/E ratio of 59 to 1 at the time of his death. Dr. David Black, who administers the drug testing for WWE, told the paper that Benoit's T/E ratio was consistent with a program for testosterone replacement therapy, supposedly administered by Dr. Phil Astin. Regardless, the article summarizes that Benoit was on steroids.

Regarding tonight's Bash PPV, the venue is nearly sold out, but San Jose mayor Chuck Reed, a former Air Force Captain, says he won't bring his kids to the event, and he's discouraging them from watching WWE's product until things are cleaned up. "They need to take care of their drug problem," Reed told the paper. "Otherwise the sport, the entertainment, whatever you want to call it, will self–destruct."

## TORCH TALK

*The following is part one of a two-and-a-half hour "Torch Talk" interview with Kevin Nash, focused entirely on the Benoit Family Tragedy and the resulting fallout from it. Nash speaks about the media coverage, his theories on what happened in the Benoit household on that tragic weekend based on facts that are public and his personal interaction with Chris and Nancy over the years, his solutions to what's wrong with wrestling, his debunking of things he feels aren't wrong with wrestling, whether the business really has changed substantially from when he was on the road full time, what the no. 1 danger is for today's generation, his thoughts on drug testing, his thoughts on mandatory extended time off for all wrestlers, and much much more. The interview was conducted on July 24, 2007 and will run in ongoing installments in upcoming weeks.*

**Wade Keller: What do you think of the media coverage so far? From what you've seen and read, what is the most outrageous, outlandish thing you are upset by and also what you think they've done a good job on and what kind of positive can come from this type of attention over the last month?**

Kevin Nash: I think without a doubt the number one thing that is just absolutely ludicrous is this roid rage situation that basically any doctor they've had on has said there's just not enough evidence to point to roid rage, yet they [the media] wants to make this the number one thing that led to the killing. I think they've done a good job of just basically covering the news story itself as far as just what they felt happened, what they feel transpired in the home itself with the evidence and everything else. It gives an idea of what went down. It doesn't give us an idea of exactly what went down because there was no letter or anything else from Chris. But with the Xanax and the Bibles, it looked like Chris killed Nancy out of some kind of rage, something domestic of whatever. By drugging Daniel, it looks like it was more of a mercy killing. Then killing himself because he wasn't going to go to jail. I think the media has done a good job of covering that aspect.

**Keller: You're totally right that the media jumped on roid rage. You kind of touched on this on your appearance on Fox News, but had almost no time to really make any kind of case for what you were trying to say. I think some media members have captured it and others haven't realized it that this was a lot of things coming together all at once, which is why it doesn't happen very often—ever. What is amazing about this is how roid rage was the sexy thing to talk about for the media—the sensationalist aspect—and not to discount it entirely as a factor, but at some point you would think they would talk about alcohol and the prescription drugs that are probably being advertised during the commercial breaks, and things that are more nuanced like the schedule—and they haven't done that. To me, my outrage is your outrage which is the focus on roid rage and even more so the absence of trying to figure out a more complex answer.**

Nash: Anybody that's been in the business for any period of time realizes steroids are steroids. And, they're going to take part in anything you do.

You're going to take steroids because you want to get bigger and you want to recover. The thing is, before I was ever in this business as a wrestler, I was a bouncer for almost seven years nonstop. I fought drunks, like, every night of the week. I didn't fight guys on roid rage, I fought drunks. I think alcohol is one of the nastiest drugs that are actually in our society. I've seen drunks in a rage for hours at a time. When I was on Hannity & Colmes I said I've never seen steroid rage. I have seen alcoholic rage. I've seen alcoholic rage for hours at a time. I've seen it to the point where I've had to actually put binds on people until the police came to the club. Chris's behavior is more, I would have to say, acutely probably put toward alcohol and control issues than it was steroid issues. Like I said, I've never seen anybody have steroid rage, especially over three days. It's just ludicrous to make those kinds of accusations. Like we always said with the media, it's the sexy story. It's what baseball's talked about, it's what Tour D'France has talked about, it's what everybody's talked about. They're always going to go with steroids.

**Keller: Now Kevin, you said on Fox News you've never seen roid rage. Do you believe that it exists and, if so, what does it consist of. Talk about that.**

Nash: I'm not saying… the whole thing was, when I was on Fox News, I believe that there's UFOs. I really do. I've never seen a UFO, but I believe there's UFOs. It's the same thing with roid rage. I believe in certain incidents that there is roid rage, but there's this analogy, and I think Shawn Michaels was the one who told me—when you squeeze an orange, all you can get is orange juice. That's all you can get out of an orange. It's the same as a human being. If there's a kind of rage in them anyway, if you squeeze that human being to a certain point to a break point and it's already in him, if it's in him it's going to come out. I don't think that has much to do with steroids. I think it has to do with the personality of the human being. Everybody say with Chris, the one thing I hear from everybody is he was so quiet and he was this and he was that. (Deep breath.) The thing that stuck out to me more than anyone was when JBL said that he brought his kids to TV in suits and he marched them around in suits and made them do this and made them do that. I immediately felt control, I felt Great Santini. I think that's something we have to look into.

**Keller: This is my understanding of roid rage, and I think it's real simple and it's amazing that the media didn't ask somebody questions that would eliminate their preconceptions about it being something that can, as Chris Jericho astutely said on Larry King Live, this isn't the type of thing like Angel Dust or PCP where you inject it and all of sudden you go on a rampage killing people—if you were a mild-mannered person to begin with. So tell me if I'm right on this in general, short, nutshell. If you have temper issues and you're taking steroids, you're impulse control is diminished to a point that when agitated, you might act out about smaller things than you would have otherwise or in a more exaggerated fashion than you would have otherwise when you're taking the drug.**

Nash: The one thing about anabolic steroids is this. I never took the water-based drugs. What

they're saying is Chris took the testosterone which is an oil-based drug. Whether you take 200, 400, 600, or 1200 milligrams a week, you're injecting an oil-based drug into the muscle. And there's only so much that your body is ongoing to assimilate day in and day out. Like he said, it's not PCP, it's heroin, it's not anything else like that. Your body is only going to assimilate so much. There's going to be so much that's taken into your liver and used on a day in, day out basis. For most people, I've found, they can use eight to 22 milligrams a day. That's all they can use. There's a certain aggression—you'll go into the penal system and find that a lot of the guys have committed violent crimes have a very high testosterone level naturally. So a higher testosterone level absolutely is locked with aggression.

**Keller: And impulse control? Would you put that in there, too.**

Nash: Absolutely. Absolutely. When you're running on a higher degree of testosterone than your body should normally product, especially when it's maybe ten-fold what it should produce, especially as you get older and your body should be declining in testosterone and you've got the testosterone of a 20 year old. Philosophically and physiologically, your body's not going to be able to process that the same. You're basically 20 years old again, but when your 40 years old, your body is not going to be able to handle that the same way, so you're gonna have some problems with that. I mean, there's just no way you're not going to.

**Keller: So it's possible Chris Benoit had testosterone replacement therapy, and from the urine test we don't really know anything for sure other than it was elevated, but by how much and what effect that had, we just don't precisely know. But it's possible Benoit had steroids and an impulse control and an aggression led to a more intense fight with his wife than he might have had otherwise, but it alone—and the media didn't seem to get this—wouldn't have taken Chris from this nice guy everybody talks about to killing his wife where he'd just lose his mind. This is speculation to a degree, but it's also common sense—it was a conglomeration of a number of factors that all came together including Chris's personality being predisposed, like you kind of talked about, with the control issues.**

Nash: I wish I had the data in front of me, but I was talking to Steve Austin's girlfriend, but she gave me some information on what happens with control issues as far as when a man murders his family. And it's a situation where it may not look like a spiralling situation with anybody else, but to them it looks like not only are they losing control of the family, losing control of their life, it could have been a situation where Nancy said, "Hey, we gotta get out of this. This is no longer working for us." The situation with Daniel is does he have Fragile X Syndrome. Is that another control issue where Chris would not let that become public to anyone besides him and Nancy or maybe people within the company. So it becomes a situation where if he thought that his life was spiralling out of control, if he thought his position with the company was

slowly diminishing, if you're a complete control freak, do you at that time take everybody. Does it become a Frankenstein's monster situation where you kill the Frankenstein monster and everything behind it, and when it's done, you kill yourself? I don't know. That's always something I've looked at. Here's a guy who's very quiet, but at the same time his workrate is very intense. Is it a Gacy situation? I don't mean this to be disrespectful in any form or fashion, but there were so many guys that said that Chris was an incredibly intense worker and he was this and he was that. I'm sure there were people who would have said that Gacy was an incredibly great guy at the kids' birthday parties. There are those situations you look at and go, "I didn't know this guy. I thought I knew this guy. And I didn't know this guy." And that's the situation where I knew Chris. I liked Chris. I've got two wrestling photographs in my entire house of me actually wrestling, and me and Chris are in one of them. And I'm not taking it down. I'm just not going to take it down because I remember the match, I remember we were in Milwaukee, I remember how intense it was. He actually scratched my retina in the match and I missed a European promotional tour because of it. But it's one of those situations where we went out there and we busted our asses and he gave me everything he could. He was undersized, but it was believable that he could battle a 320 pound man. I will not take that away from him because that's something he and I had out there in that ring. I mean, I knew Nancy very well. I didn't know Daniel. I knew Nancy very well, and in no way do I want to disrespect her, but what Chris and I had, it's different when two guys walk through the curtain and they've shared 22, 28 minutes with a guy. Nobody knows what that relationship is unless you've ever done it. That night with Chris, I remember as clear as it is right now, and I will not take that picture down because I will not disrespect that night between Chris and I because it was pure. It was a pure wrestling experience and I won't take it down. I'm appalled at what he did, but at the same time, I'm not going to say that Chris wasn't great at what he did.

**Keller: When you heard what happened and what authorities believed the chain of events were, and in your mind was your first reaction, like Chris Jericho said, if you lined a thousand guys in wrestling, he'd have been one of the last guys he'd have thought would have done this. Or did you have him more in the middle? Or even more towards, well, he had snap potential; I'm not shocked; he was a nice guy, but he had control issues and he was approaching age 40 with a body breaking down and pain pills and alcohol. Where did you fall on the spectrum of shock that he would do this?**

Nash: When it first came down, once information came down, of course, everybody has a hindsight view of 20/20, but when the first thing came down to me, I think I was one of the guys who was passing around false information that they were all shot. In my mind when I heard that Chris Benoit, Nancy, and his son were dead, in my mind the only thing that could have happened was it was a home invasion or something to that degree and they were all shot. I couldn't see anybody taking Chris Benoit by knife or anything like that, so in

my mind it had to have been a gunshot thing. When I thought it was a gunshot, but as the night went on, I went, oh, my God, maybe Chris killed his family. I still didn't believe that. I would have to say that I even told my wife when she asked what I thought happened. I said not in a million years Chris would do this to his family. That was the first thing I said when we were at the dinner table at about 4:20 when I got my first phone call. I just did not think in a million years Chris could have done that to his family.

**Keller: With 20/20 hindsight, you brought up earlier in this interview control issues and knowing that he was most likely he was taking prescription pills—you didn't know what. And knowing he was most likely taking some form of a steroid, and knowing that possibly or very likely he was having marital disputes, whom you know, and she's intense and she can escalate a fight. All of that combined, do you look at it and say it makes sense now that it could happen, or are you still as shocked as so many of his colleagues are saying on these public cable shows that it still doesn't make sense that this is even possible and they have a hard time wrapping their mind around it?**

Nash: My whole thing was, and I've said this from the beginning when I actually heard what had happened—oh yeah, I knew Nancy and I knew that Nancy was very fiery. My feeling on this entire situation is—if it hurts anybody's feelings, this is what I feel or what I sense, and I don't mean it to hurt anybody, but I just say this—I believe it was a domestic dispute between the two of them. It think that Nancy was knocked unconscious. I think that Chris realized that Nancy was not the kind who you were going to knock her out and when she came up, she was going to go, "Oh my god, what happened." So I think either Nancy was choked out or Nancy was knocked out. I think at that point, Chris realized when Nancy came to, sh— was on. I think Chris bound her up and when Nancy came to, Nancy basically probably said, knowing Nancy as well as I know her, she probably said, "You know what, you're going to jail. This is over. We're going to get a divorce." He told her probably to shut up and she wouldn't shut her mouth and the rage probably hit at that point. This is just speculation, but it's my speculation and nobody knows what happened, but I'm just going to say what I feel, and whether it's right or wrong, I'm just going to say this is the way I look at the situation. I think that Chris choked her out. I think he said, "Shut up, shut up, shut up." And it became very intense and I think Nancy was killed in the process. I think after that went down, you've got 12, 14, 18 whatever it was hours between him and I think at that point, I look at the Fragile X Syndrome, a lot of people said Daniel had problems, some people said he didn't have problems. Only his father is gonna know that because his father is the one that took his life. Obviously, his father knew that something was wrong with his son. If I was to take my life out and my son was healthy, I would be some place where I couldn't be extradited because I would be able to transfer my money before the situation became public. We could have flown to another country. Chris wasn't a stupid guy, so obviously that situation wasn't he wanted to do. He looked at it as he was probably going to go down. If his son was special, it wasn't like anybody was going to walk into a room and say, "Let me adopt

this special child." He was probably going to be institutionalized for the rest of his life. So I think in Chris's mind, he probably felt that he did a mercy killing of his son. There was Xanax in him, which tells me that that's probably what he did. He gave him a high dosage of Xanax which would have knocked him out. If a kid that size, if he had a half a milligram of Xanax, it would have knocked him out to the point where he wouldn't know what was happening. Then Chris went downstairs, ingested some alcohol, and did what he had to do, which is unbelievable because of the amount of pills he had in the house, that he actually killed himself in such an absolutely barbaric manner, whereas I would a heavy, heavy dose of narcotics and alcohol to put myself out. The fact that he killed himself, it's almost like he killed himself to me in punishment. He hung himself in punishment because there had to be pain involved in what he did and it was almost a punishment killing after you lay the Bibles down. To me, it was a brutal, brutal, brutal situation. I try to look at it in that sense and look at Chris had to go through, and I know what kind of guy he was and it's absolutely mind-boggling that he went through that entire process for the hours that he did with his wife and deceased son in the house and then him eventually taking his life.

**Keller: What you're saying, while it is pure speculation, is consistent with what has been revealed by authorities and based on the mindset of a wrestler, the mindset of this person you knew, and the mindset you've experienced or through watching other people who are under the influence of drugs, alcohol, or despair for that matter—or tremendous stress. Obviously it's the tragedy of our lifetime in pro wrestling that hopefully will never be topped.**

Nash: Yeah, I mean, like I said, Chris wasn't a friend like a friend–friend. He wasn't like a Clique guy or anything else. But he was in our fraternity. He was a guy that anytime you saw him, he always had a smile on his face, he always said how you doing', he had a cup of coffee in his hand a pair of slacks on with his shirt off walking around the building. Chris was Chris. And did I know him that well? No, I didn't know him that well. But at the same time, there was an intensity to him and a desire and a drive to him that was unbelievable.

**Keller: Did you sense he bottled things up?**

Nash: I know when he and Eddie and Dean and Saturn, when they left, I think it was in Cincinnati when they bailed at a pay–per–view, I remember we were going to have – I was part of the booking team at the time—and we were going to give Chris the belt. Chris was going to beat Sid, that was the way we were going because we believed in Chris as a talent. But I guess his relationship with Kevin was pretty degenerated at that time. I just saw he really had an incredible desire, he was a really, really good pro wrestler. I called that entire group Vanilla Midgets, but Chris was a guy that I knew I could draw money with. I wasn't so sure about the rest of them, but I knew I could draw money with Chris. He really stood out among the pack of those guys.

## TORCH TALK

# Marc Mero talks about being part of media storm

*The following is part one of a 50 minute "Torch Talk" with Marc Mero, conducted via phone on July 23, 2007. In this interview, he has a chance to speak at length about his appearances on cable TV over the past month advocating about changes he believes could help the lives of pro wrestlers and help the wrestling industry avoid a repeat of past tragedies in the future.*

**Wade Keller: You would have been the most prominent face who would be labelled in a general sense speaking out against the status quo of the wrestling industry while a number of wrestlers have been speaking about things being good enough as is. Do you think in the past few weeks you've gotten your message across effectively? I know the format of some of these shows can be frustrating. What's the most prominent message you think you've gotten out that you're most proud of?**

Marc Mero: I think the most important thing is there needs to be a change in professional wrestling. Whether I've been in a locker room in WWE for eight years of not is not even important. What's important is we're still seeing the same things that happened when I was there, before I was there, and that is that there's too many drugs involved in professional wrestling, whether it be steroids or pain medication, whether it be illegal drugs—there's just too much going on, and it needs to be regulated. Obviously the wrestling industry cannot police themselves, so it's going to get to the point where it's going to be policed by outside sources.

**Keller: What do you think congressional hearings would do? We hear that being advocated. You've advocated it. Konnan, who is having kidney replacement surgery today, he advocated it. Other have, while others have spoken out against the government getting involved. What are the selling points in your mind as far as what congressional hearings would do to prompt change that you think would help the industry?**

Mero: I believe it really helped clean up baseball. I think it could do the same thing for professional wrestling. I just see the Wellness Program, the drug testing in the wrestling world, is not working, has not worked, and I believe if we let it (unchanged) will continue not to work and we'll see more and more wrestlers become a part of these lists.

**Keller: As far as Congressional hearings, would the number one benefit be simply shining a light on it and having members of Congress asking tough questions with cameras rolling and reporters watching, or does it have to come down to something having to do with the law or regulation where it's not just publicity, but something actually happens legally? Is so, what would that be?**

Mero: I think it's going to be both. First of all, there has to be more light shined on the atrocities happening in professional wrestling. These are people. They have lives, they have kids. They're leaving us much too soon. It's arrogant the way

WWE has come across that there's only been three guys under our watch or five people under our watch that have died. It's such a big industry problem that it really needs to have a light shined on it and hopefully we're going to have stricter guidelines and drug testing like they do in the NFL or Major League Baseball. Not that if you bring a note from a doctor that you can get by a drug test. It's absolutely ludicrous.

**Keller: What do you think in the last few weeks the thing that you have learned that you didn't know going in that changed your mind on something either pro or con in terms of the beliefs you began with?**

Mero: Number one, people are always going to think there's an ulterior motive behind everything you do. People are going to attack you or your wrestling career or your motives for doing this, like getting back on television or getting paid for these things—all the crazy things I've heard since I've come out. For me, it was about doing the right thing in life. There are two kinds of people. There's the type of person who goes and says, "Something needs to be done." And then there's the person that steps up and does something about it. I am sick of being that person that said, "Something needs to be done!" And I had an opportunity to step up and do something about it or voice an opinion so hopefully more people would come aboard and do something about it. It started off by me doing an interview on a local radio station in Orlando, Florida and then the newspaper and it just escalated from there. It's almost like if you were a boxer walking to the ring and climbing those stairs, you can't turn around and say, nah, not today. Once you go for a fight, you've got to stick with it and follow it through. That was my decision. Whether people agree with me or not or people are going to attack me, I knew this would happen. For every negative person or email or some wrestler wanting to call me out, there have been so many positives to come out of this already—all the different schools I'll be able to speak at and talk about the importance of staying away from drugs and education. It's not just steroids. It's also about kids and athletes finding their passion in life. That's what I've done. I really found a passion in life. That's helping people. And if this will further that cause, then gosh I certainly made the right decision.

**Keller: People ask what is in it for you? And why care so much? And why care about professional wrestlers who make good money and seem to be willing to accept the system as is**

and in fact vociferously defend, whether it's a top guy like John Cena, an emerging guy like Mr. Kennedy, or even an ex–wrestler or guys who may never get back to WWE like Steve Blackman? Why make this your cause? Why care so much?

Mero: In the end, it may be that the wrestlers are going to be wrestlers, the boys are going to be the boys. In my life, I've done interviews where I've lost so much of my own life through my own family. I lost my little sister at 20 years old; she died of Hodgkin's Disease. I lost my mom when I was wrestling in Japan; she was only 58 years old. She had a falling accident and then two weeks later, my little brother died and he was only 21 years old. Two weeks apart they had freak accidents. Then unfortunately I found my father passed on. I have experienced a lot of loss in my own life. Watching my list grow that I've wrestled that's up to 25—actually it's over 25 when more people have reminded me of people that have passed on. For example, I just realized that Brady Boone was a guy I wrestled also. People


**Marc Mero as "Johnny B. Badd"** (photo W.K.)

attack my list all the time. They say some of these people died of cancer. Very few people on my list died of so–called natural causes. Most of them died in things that have revolved around wrestling, whether it was an accident of Owen Hart falling from the ceiling or whether it was Junkyard Dog travelling in a car that he ended up crashing. Whatever the scenario was, it was based around the wrestling industry. My lists consists of the 25 wrestlers I've wrestled.

Getting back to your point why I care so much about professional wrestling, when I was a young boy, my father used to take me to the Buffalo War Memorial, and I'll never forget this—it was a special time in our lives that we bonded in a sense of going to something we both really enjoyed doing. I don't know if my dad enjoyed it, but I know I did. But it was watching Bobo Brazil and The Original Sheik battle in the War Memorial Auditorium in Buffalo. I have fond memories of growing up watching wrestling. So when people say, "You don't like wrestling." No, I've always loved wrestling. It was a dream come true for me to live out my dream of becoming a professional wrestler. But to watch so many people that I've wrestled and not show up for pay–per–views or whatever the scenario would be that passed on, it was an opportunity for me to do something about

it. Whether I'm right or wrong, it's my own conviction and my own heart of what I'm doing in my life. There's only one person I gotta answer to and that's God and in the end run, that's the one is going to judge me. What these guys say about me or my motives, it doesn't matter.

Wade, I once said there's guys that have supported me behind the scenes. I've talked to Billy Graham and Bruno Sammartino on the phone many times now. I understand, and they understand me of what we really want to do or hope to do and change the world of professional wrestling as far as these guys having some type of retirement or benefits or health insurance or better working conditions or an off–season which is so important. For the guys who are there now, some of these young guys, they think they're going to live forever and they're always going to make big money and never gonna have serious injuries. It's unfortunate that that had to happen.

**Keller: What do you think is the main reason that wrestlers are so resistant to a message which would make life better for them? To me the most baffling thing is this argument for the status quo when the advocates for change are saying things that will make their lives more pleasant and probably keep their incomes around what it would be anyway. I mean, even if there's mandatory time off, it's not like WWE isn't going to find a way to squeeze in a few extra dates during the regular season even if there is an off–season. And so I guess that's the thing I've been most surprised by, is how much wrestlers want the status quo. Is it all about wanting to kiss up to Vince McMahon and look like your defending him?**

Mero: It's about protecting your spot, too. It's about not making waves in the locker room. Can you imagine the guy who steps up and says, "Hey, we need to have a union or we need to bond together!" They would be ostracized so fast in the WWE and unfortunately I understand that and realize that. That's why you see guys who come out and call me these names or attack me personally. I can understand that. And I have no anger or no animosity and I'm not vindictive at all because I understand what they're going through. If these guys really knew me outside of the business and knew where my heard was and where my convictions were, they'd probably think I was pretty good guy. I think sooner or later when they realize they're cast away for a younger guy that's not so beat up or banged up that hasn't been on the road as long, they start realizing there does need to be changes made in professional wrestling.

**Keller: You talk about people calling you out and criticizing you. I assume they've done it privately by email or phone call?**

Mero: Yeah, we've seen recently Lance Storm wrote an article, "Get this to Marc Mero. If anybody can get this to Marc Mero. Attention Marc Mero." It's unfortunate because Lance, he's never even met me, he doesn't even know me, and he wants to come across as, "I've never done steroids, I never did anything illegal." That's fine. Maybe he didn't. I don't know the guy. But to attack my career saying I was never a good wrestler or was never this or never that, that's not

even the point I'm trying to make or hopefully to accomplish through coming out and talking about what's the truth in professional wrestling. Not embellishing or not exaggerating. This is what I've experienced, this is what I did, this is what I saw. Not calling anybody out by name, saying this one did that or this one did that. I'm just talking about the way it is, the way it still is, and the way it will continue to be. When you look at your top three characters at the WWE, they look better than their action figures. Now, listen I own a personal training facility in Orlando, Fla. and part of what I do is work with the human body. You can tell when a guy is doing something besides just his protein shake every day.

**Keller: What is the tangible sign or do you just gain that experience over time?**

Mero: It really is experience over time. But you see the way guys actually live on the road as much as they are, look like they're almost ready for a bodybuilding show when it takes so much preparation. I know the time it takes in the gym to look the way you did. Many of the guys that are with WWE that I have wrestled years ago that were adults then only look better and better as the get older!

**Keller: Specifically Lance Storm, his argument was that you had claimed that you and other wrestlers had to steroids or pain pills to get a job and to remain on the road. His claim was, no, that that's an excuse and a copout about. He said you were actually accentuating the drug problems you're trying to stop. He makes his case saying: "was close to your size and a hell of a lot more talented, and I wasn't doing steroids nor have I EVER. Have you ever considered that you taking steroids cost a more deserving person who wasn't on steroids, the opportunity he deserved, and in turn then put additional pressure on them to do steroids, to get the spot they actually deserved in the first place?"**

Mero: Well, there's a couple answers to that question. First of all, the first answer is when I came to WCW, one of the reasons not only was I doing the gas [steroids] then, but one of the reasons I also got a job was I happened to look like Little Richard. That was the character that Dusty Rhodes saw. I didn't know the difference between a wristlock and a wristwatch. I admit I was not a good wrestler at that time, but my character, the way I looked because I was a buff Little Richard that Dusty Rhodes saw that this character can really get over, but I'm telling you something, if I wasn't the guy to get the job, most likely the guy who was going to get it wasn't a much better worker than me, it was a guy that had the look back then. This is when steroids were very prevalent in wrestling, as they still are, but back then there was not really any major testing going on back then. So the look was being jacked. I'm sure if I didn't get that job, the next guy that came in wouldn't have been a guy like Lance Storm who was what he considers a great wrestler. More than being a great wrestler, you've gotta be a great interview or great talker. There's charisma. These are things that I think Lance Storm was lacking. I remember in WWE, I think they would make a joke out of he was the most boring wrestler and Stone Cold would come out and fall asleep or something like that if I

*When you look at your top three characters at the WWE, they look better than their action figures. Now, listen I own a personal training facility in Orlando, Fla. and part of what I do is work with the human body. You can tell when a guy is doing something besides just his protein shake every day.*

remember correctly. But he attacks me because he says I needed pain medication to be on the road. Let me tell ya', the problem is that I went through eight surgeries, total reconstruction when I was over at WWE. When I came back, I realized that, man, I wanted to keep my spot. It was very difficult to wrestle being in so much pain to even move around the ring properly and taking pain medication did make it easier. I don't care what anybody says, your body is so banged up. It's easy to say, "I never did anything." Very seldom you're going to see many guys who are honest with who they are and with the fans and everybody else. The first problem is admitting we made mistakes. I admitted all of my steroid use, my drug use, all the things I did. I'm guilty. But that doesn't mean I took away from someone who was deserving of a spot.

**Keller: When you were discovered by Dusty Rhodes, were you already taking steroids?**

Mero: Oh yeah, absolutely. I was taking a lot of steroids back when I first tried to get into WCW. That's one of the biggest fights right there is the younger people that are trying to get into the wrestling world. They automatically think, oh man, I've got to be the biggest I can be for my size and be ready to go and pain free. That's why we would take the drugs that we took, especially steroids back then.

**Keller: Was it when you decided you wanted to be a wrestler that you started to take steroids or did you take them for other reasons?**

Mero: Before I ever got into wrestling, I was doing bodybuilding. I was already doing steroids, and then when I got into wrestling it was something where I knew I needed to keep doing if I ever wanted to really make it. I'm under 5–11 and not the biggest guy in the world. When you're juiced and on TV you look much bigger.

**Keller: Do you think if somehow there was a test for every muscle–enhancing drug that is illegal and dangerous and they had these tests that really did rid pro wrestling of drugs that helped bodybuilding, how different would**

—Please see TORCH TALK, pg. 27

## LETTERS TO EDITOR

# Reaction to Fallout from Benoit Family Tragedy

### STRUCTURE WWE LIKE TV SERIES

WWE has described its programs as "Action–Adventure Series." They have scriptwriters, most of whom have backgrounds writing movies or television shows. The one thing that most television series have in common is that their seasons end in the spring, and resume in the fall.

Vince McMahon has always been obsessed with having WWE transcend the "wrasslin'" definition, and be seen as "entertainment." By structuring WWE seasons as a network TV executive would a television season, he could achieve his goal.

The WWE season could start with Raw and Smackdown season premieres in September, where all storylines would begin. The main storylines would build to WrestleMania in May, which would serve as the season finale. Storylines would reach their climax, with a "cliffhanger" thrown in to whet fan's appetites for the next season.

WWE could still run house shows between May and August, in smaller venues, where your plan of rotating wrestlers could be implemented. A crew of wrestlers could work a limited house show tour on Saturdays and Sundays for three weeks, followed by another crew for the next tour, and so on. All matches would be non-title, but would feature special stipulations to give the fans something to root for, or against. Participation in the tours would be optional for wrestlers, giving those who want time off a chance to recharge, and those who want to impress WWE management an avenue to perform, while still having time during the off–season to rest.

The big name wrestlers who want a sabbatical could make an occasional appearance at a house show, standing in a wrestler's corner or serving as a special guest referee, to boost attendance. These tours could also serve as a way to get wrestlers in the WWE developmental system experience in front of larger crowds. An off–season, combined with a comprehensive drug policy and the idea you've written about endorsing on–the–road counselors would make for a healthier WWE work environment and also improve the WWE product. Writers would also have a chance to recharge and come up with more logical, intricate, and compelling storylines. Vince would still make plenty of money, and more wrestlers would live to a ripe old age.

David Samuels
Hartford, Conn.

### TIME FOR MCMAHON TO GO?

In my opinion, Vince McMahon Jr. should look in the mirror not to look at his physique, but rather to reflect. Rightfully or wrongfully, WWE is the face of pro wrestling and VKM is WWE.

Besides all the performers who have died on his clock, he also takes on the rest of the deaths over the past two decades from those promotions which he rolled over and put out of business via the fact that he bought their trademarks and makes money via 24/7 and DVDs.

So is it time for WWE to be McMahon–free? Might McMahon's pal over at NBC Universal, Dick Ebersol jump at the chance of taking WWE programming in–house? I know that WWE can't be forced away from McMahon because he owns the majority of the stock and I know that WWE is his baby, but might he think of cashing in his chips for a mega payday and go sailing off into the sunset?

Heck, he could then afford to buy the Boston Red Sox with change left over! And then WWE performers could join SAG or AFSTRA and have a less stressful schedule. Maybe not a 23 episode season, but certainly not a 50 week schedule either.

Rob
Lynn, Mass.

### TO FAN WHO THOUGHT: NOT BENOIT

He was your hero, and you know it. You thought he was better than those "roided–out" muscle–bound freaks Vince likes to push. You thought, "Here is a humble guy in this industry full of over–inflated egos." You liked him not only for what he did, but because you thought you knew the man, personally. He was the classic example of the guy that every smart fan knows ought to be pushed, if it just wasn't for Vince's misguided leadership.

Yes, he was your hero, and you know it.

Amidst all of the current clamor about how wrestlers need vacations, and how it's all about the inhuman schedule, and how it's all about steroids, and how it's all about pain killers, and how it's all about concussions, and how WWE doesn't care, and how everything they say or don't say proves it—you yourself have probably shifted your attention to the next guy in the roster who in your mind gets passed over when he's much more talented than whomever on the roster you feel is only pushed for his look.

But you may want to notice: your heroes are dropping as fast as the guys you criticize. So presumably, anything you might suggest about de–emphasizing big guys wouldn't help. Wrestlers' work schedules have gotten better over time, not worse. The man at question had several months off just recently. It didn't help.

Many of the same people calling for draconian drug testing would scream the civil right's version of bloody murder if the government instituted this type of drug abuse/alcohol abuse/psychological profiling in their industries. But their industries don't, and the rest of us happily abuse our minds and bodies and go about our businesses, smug and superior to the wrestlers and promoters we love to watch—and love even more to judge.

So while you're figuring out with a godlike eye how wrestling needs to change, it might be possible to conclude that, humans being what they are, nobody but the person who did it could have seen this coming, and possibly not even that person.

And you know it.

Thomas Morey
Columbus, Ga.

### THE FUN IS GONE FOR NOW

Driving home that fateful Monday after watching the Raw tribute to Chris Benoit with my older brother, I found it difficult to keep my eyes from watering. I know I was teary–eyed for the loss of the greatest wrestler maybe ever to wrestle and probably even more so due to the flashing images of Nancy and Daniel Benoit running through my mind. I prayed that it was not a double–homicide suicide that had happened. Unfortunately, my prayers went unanswered.

As a teacher in my 30s, I have been watching Raw with my older brother as a ritual for the better part of ten years. We looked forward to it, even when we knew it wasn't going to be the best show. WWE was fun, and like many, it took my mind off life's troubles for at least a couple of hours. Now, the fun is gone…

Many have written to PWTorch over the years stating that they stopped watching Raw due to terrible storylines or lack of wrestling, but we stuck through it and tried to bring others to watching it despite horrible performances from people like Chris Masters or terrible events like Vince's deplorable hospital scene removing numerous items from J.R.'s ass. Though at this time, we have stopped our ritual. Raw no longer takes my mind from troubles. In fact, it causes me great pain.

Whatever drove Chris to what he did is between him and his Maker, but certainly the working conditions that are enforced by WWE did not help him; they magnified his personal struggles. These wrestlers that we adore make loads of our cash for WWE. Yet, despite this, Vince has yet to make their working conditions equitable compared to other intense athletes like the NFL or UFC. Vince believes that his wrestlers do not deserve extended time with their families by means of an off–season, that they must be in bodybuilder shape all year no matter what if they wish to make it to the top. The human body and mind need a rest, yet Vince ignores that.

My brother and I respect the WWE stars so much that we for their sake have to stop supporting a business that is doing so much long term harm to them. We hope one day to tune back in to see our former favorite show, but there has to be change. Change that would make the lives of our heroes families more manageable, a change that would allow them to live a longer–lasting and more fulfilling life not so in need of performance–enhancing, pain–reducing, and recreational drugs, a change that would bring some purpose to the death of the Benoit family.

Until then, the fun is gone…

Robert Merino
Brampton, Ont.

### REASONS TO HATE DRUGS

Whenever one gets on a moral soapbox one runs the risk of falling off. Blanket statements of zero tolerance and moral superiority often run the risk of making the statesman look like a hypocrite or arrogant. However, when I say "I hate drugs," it comes with more life experience attached to it than I care to admit.

It seems like there have been times in my life when everyone around me was on some sort of drug. Most of which were prescribed by doctors more concerned with making money and getting repeat customers than with helping people get well. Doctors, willing or unwittingly, make money on addiction. Every return trip to a clinic yields another payday for a person who is supposed to be bound by a Hippocratic oath "To please no one will I prescribe a deadly drug nor give advice which may cause his death." Yet day in and day out that's exactly what they do.

I see people who have back pain and go to the

doctor who, in return, gives them a pill, not to heal them, but to dull the pain. Instead of finding out why the back hurts and suggesting remedies to end the suffering a pill is given. Then that pill causes them stomach discomfort which, in turn, calls for another pill to be sold (and usually another trip to the clinic to complain about the stomach pain). The new pill dulls the stomach pain caused by the first pill that dulls the back ache. The problem now is the two pills together have caused them not to be able to sleep, which of course calls for another pill... and so on it goes. A doctor isn't making any money if you are well.

I see people in my life acting in irrational and illogical ways as a result of the pills they put in their mouth. I see people whose lives have not improved with the administration of medication, instead, whose lives are now significantly worse. But then again I guess their back doesn't hurt any longer. However mine does, from watching them crouched over the toilet all day long vomiting their guts up because the pills made them sick. Mine hurts from picking them up off the floor where they've fallen down after going to sleep standing straight up. Mine hurts from carrying their load because they can't.

Recently an inmate at our jail complained of feeling bad due to high blood pressure. Despite the fact he was an alcoholic and the alcoholism had likely caused his high blood pressure, a doctor somewhere had given him blood pressure pills to lower it, even when he poured alcohol in voluminous quantities down his throat. My back hurts from carrying him to jail too because he was too drunk to walk. A better prescription for his suffering may have been rehabilitation for his alcoholism thus ending, in all likelihood, his high blood pressure.

How many more people have to die? "Whatever houses I may visit, I will come for the benefit of the sick, remaining free of all intentional injustice." That too is a part of the Hippocratic oath. As my blog is also a part of a larger combat sports website the specter of the Chris Benoit story hangs like the sword of sword of Damocles over, not only pro wrestling, the WWE, but also over the heads of the medical profession.

Karl Stern
KarlStern.com

## VINCE MCMAHON'S RESPONSIBILITY

Since the Benoit tragedy first occurred, there have been two major stances: former wrestlers are calling for change within the wrestling industry to prevent future deaths and other health problems while Ken Kennedy and Steve Blackman represent the other side of personal responsibility.

Many people are calling for changes to be made in the wrestling industry to help better the lives of the wrestlers. People on the other side of the argument claim that the wrestling industry isn't as bad as it used to be, and they claim that it's the personal responsibility of the wrestlers to choose to take drugs or not. While there is some truth to that, what about the personal responsibility of Vince McMahon? Vince McMahon chooses whom he pushes, the schedule the wrestlers work, and whether or not he does anything about the current state of the wrestling culture.

While Vince McMahon may not outright tell the wrestlers to take steroids, he does implicitly by who he pushes. Just look at Bobby Lashley, John Cena, Triple H, and Batista. What kind of message does that send to wrestlers trying to make it up the card? Not to mention the outright mocking of Chris Masters and Randy Orton on television when they weren't bulked up. Chris Benoit, Eddie Guerrero, and Rey Mysterio all bulked up when they went to work for Vince McMahon. Look at how much The Rock slimmed down after he stopped working for Vince McMahon. The personal choice of wrestlers isn't about taking steroids, it's about doing whatever it takes to make it to the top of the card. If that means taking steroids to get there, so be it. Wrestlers working for Vince McMahon will choose to take steroids as long as Vince McMahon continues to push bulked up wrestlers who are on steroids.

Vince McMahon also chooses the schedule the wrestlers work. Steve Blackman claims that no one is forcing pain pills down the wrestlers' throats. This is true; wrestlers do choose to take pain pills. Wrestlers choose to take pain pills because they choose not to live in pain. If Vince McMahon chose to rotate wrestlers, giving a handful of wrestler's two six-week breaks throughout the year or if he gave all the wrestlers one month off after WrestleMania and the month of December off, then maybe the wrestlers wouldn't be in as much pain and would not have to take pain pills.

It's Vince McMahon's personal responsibility to do something about the drug culture in WWE. He is the head of the company and it is his responsibility to create an environment that doesn't promote the use of steroids or pain pills. It is his personal responsibility to not turn a blind eye to everything that is going on in his company. It is his personal responsibility to not get defensive about his company, but instead look at the criticism and see how he can make his company better and the lives of the wrestlers better, the wrestlers who sacrifice their bodies for him 150–200 days per year.

For everyone who claims that it's the wrestlers personal responsibility, what about Vince McMahon's personal responsibility? If Vince McMahon stopped promoting steroid use and pain pill use by not pushing bulked up wrestlers and having them work 150–200 days per year without regular vacations, then I would say that it is the personal responsibility of the wrestlers to not partake in steroid or pain pill use. Until that time, it is Vince McMahon's personal responsibility to create a better environment for the wrestlers which doesn't promote drug use.

Jared Day
Rocklin, Calif.

## FUNDAMENTAL INDIVIDUAL CHOICE

The fundamental issue of individual choice. As no less than authority than Homer Simpson said, "If you don't like it you can go to Russia."

Having read the recent coverage surrounding the Benoit story in both PWTorch and other websites, one thing which is clear are the physical and mental demands that wrestlers face on a regular basis to entertain us. I cannot help but think that they, like most people in the world have a choice in who they work for and what they do with their lives. Make no mistake Benoit chose to be a wrestler; he chose to work for WWE and accept their schedule and may have chosen to take steroids.

Thinking about the likes of Randy Orton and John Cena, nobody is forcing them to work for WWE or even in this industry. It is a decision they have made themselves as adults and a career path they have decided to take. Given the recent media attention, they cannot escape the fact that being a professional wrestler places huge strains on all aspects of your life and there is a strong chance that if you take pills and steroids you could die at a young age. All wrestlers know this, there is no hiding from these facts and yet they still choose to wrestle and work for WWE. Why, because it is their choice and they have deemed these risks acceptable in the pursuit of fame and fortune fully aware of the potential pitfalls of the business and what could happen to them.

When someone joins WWE, perhaps in one of their development programs or from an indy promotion or another company, they owe it to that individual to make them fully aware of the schedule, the health risks, and the hardship of being constantly on the road and the strain it places on your family life. If someone still wants to join after they know all the facts, it is hard to argue with their decision. This is how wrestling is and this is how it works (obviously this is not how it has to be, but that is a different issue), whether or not it is fair or a sustainable business practice is not the argument. The argument is that people are still willing to work for WWE and accept the risks because they have chosen to do so, whilst fully aware of the consequences of the lifestyle they have chosen.

In my opinion, WWE should listen to the suggestions made recently in the wrestling media to improve the lives of wrestlers, but their argument is that this is wrestling and this is what you have to do to work for us. Like it or leave it, it is that simple and many people like Brock Lesnar and Chris Jericho have decided to leave it. If someone feels that wrestling twelve months of the year is something they cannot do and the risks out weigh the rewards, then they should look at working for either another company or in a different industry. People still want to be timber cutters or fishers (the two most dangerous jobs in the world according to CNN) fully well the hazards of the jobs, so why is the wrestling industry any different?

If you do not want to take the gamble, there are a million and one other jobs out there, which give you the time off, allow you to go on vacation with your family, do not need the travel commitment, and do not require you to be ripped to be a success. There are many jobs out there which have poor working conditions, long hours, and unsavoury characters—wrestling is just one of many. However, if you want to be a wrestler for the WWE, you have to accept certain aspects of the job. Ultimately it is an individual choice and one only wrestler's can make themselves.

Kaushik Banerjee
London, U.K.

*WK: The fundamental difference between the fishing and timber industries you cited and the pro wrestling industry is that pro wrestling doesn't, by definition, have to be dangerous in order to function and thrive. If there were easy, economical, feasible ways to improve safety of any job, it would be considered a given that the industry leader should make those changes. Pro wrestling need not be as dangerous as it is. There will always be dangers, but changes can be made that would help*

*the lives of wrestlers improve and be economically beneficial (if for no other reason than the media and government scrutiny can be so costly when wrestlers died). There is also a belief that a job that produces wood or food is worthy of risk in exchange for how it benefits society, whereas the ramifications of muscle–enhancing cocktails taken year–round for decades and the need for the public to see overly–muscled up wrestlers 52 weeks a year is much less a priority.*

*The larger point isn't that pro wrestlers are making an individual choice. The larger point is why not adjust the requirements of the game so those who aren't willing to potentially sacrifice their well–being, extended family time, and their health are also included on the roster? Why not adjust the business, if it can thrive with such adjustments, so the individual choice made by individuals isn't risking their long–term health and happiness for the intoxicating temptation of achieving fame and fortune in an industry they grew up watching?*

## WAYS TO MAKE A DIFFERENCE

One part of the Benoit/Astin/Steroids story that I was curious about was the part that had Rey Mysterio named in the indictment of Astin. I think if you look at Rey, he's a perfect example of everything that's wrong with WWE. Here's a guy who in AAA, ECW and WCW was maybe the most exciting wrestler of my generation (possibly all time… arguments can be made for a healthy Sabu as well). He was small, but his style and charisma made up for his lack of a muscular physique.

As soon as Vince bought and closed down WCW, Rey was not one of the guys offered a contract. Whether it was put to him this way or he felt it was his only choice, this immensely talented performer felt pressure to bulk up considerably to get a shot in WWE.

For someone as talented as Rey, this should have never have been a career choice he had to make. It speaks volumes of the pressures the WWE guys are under to use steroids and have oversized physiques.

I believe I read that there is a nuanced view of Vince's role in this situation somewhere. That it isn't all his fault, but he shouldn't be left off the hook either. Certainly wrestlers should attempt to have some self control, but it is clear who runs the one major wrestling promotion in the United States these days and what his preferred look is. It is Vince's promotion so he sets the schedule, has the final say on who gets pushed and signed and also who gets marketed, along with who gets released.

The pressure he puts on wrestlers, directly or indirectly, to bulk up is an enormous part of the reason that so many of these guys are addicted to steroids. The schedule can also be attributed to the need for painkillers. Either way, that puts the WWE Chairman smack dab in the center of blame of all of this. And he doesn't care. He puts out irresponsible press releases and refuses to change his scheduling policies. He pushes Bobby Lashley and Batista right as all of this is going on, basically to rub it in our faces.

His drug policy is a joke. It is used as a political tool and seems to come out mostly against guys making waves in the locker room. WWE guys know better than to speak up or they will be embarrassed with a positive test. I find it hilarious that Triple H has never seen a positive test as far as we know—not to mention Vince will send his son–in–law out on shows to mock those who got off the roids, as he did when Triple H made an on camera joke about Chris Masters's loss of bulk on Raw last year.

In all of this we as wrestling fans probably need to say "enough is enough." Every week I check the sites to see if someone I was a fan of or if a childhood hero of mine has died prematurely. Almost like clockwork someone does and I feel this repetitive sadness about it. How many of our heroes need to die before we force Vince McMahon and the WWE to change how things work?

I'm tired of the WWE trotting out their guys to be apologists for their boss and not addressing the needs of the guys in the industry. Vince truly has these guys believing they are individual contractors (as their contracts state) and they only need look out for themselves. A Union would force Vince to give these guys vacations, provide quality health and mental care, plus pensions among other things. But Vince will not allow it and will not change a damn thing unless we force him to. But how can we do that?

Three ways:

1. Turn off WWE programming and stop buying PPVs.

2. Sell whatever WWE stock you have and convince others to do the same.

3. Call your Congressmen and ask for Congressional Hearings into the WWE and Steroid Use.

The first two hit Vince in the only place he cares. The pocketbook. Lower ratings and buyrates and/or a huge stock value decrease would cripple his business and he would have no choice but to make changes. Remember WWE is a publically traded entity now and you can make a difference by hurting their bottom line.

The final one puts unbelievable pressure on Vince to change. If he waltzes into Congress and tries to pull his macho Mr. McMahon crap with them like he did Bob Costas, they'll press legislation that would permanently force him to make changes and report them to the government. He could be fined or penalized in major ways for non–compliance. He won't have a choice.

If you care about the wrestlers you grew up watching or the ones you watch now, this is your way to protect them because Vince never will. I think back of Rey vs. Psychosis or Rey vs. Juvi and wonder how it came to this. The most talented and athletically gifted wrestler I have ever seen, wrapped up in a steroid and prescription pill mess that involves a double murder–suicide of his friend. And for what? For one measley World Title run where he was squashed every week with the belt and basically declared the weakest champion in the history of the company.

Sounds like a fair deal to me.
Robert Poole, Jr.
Milwaukee, Wisc.

*WK ANALYSIS: Just for clarification, the drugs specifically attributed to Dr. Astin prescribing Rey Mysterio were prescription pills, not steroids. It is a fact that Astin prescribed steroids to Chris Benoit.*

## SHARED BLAME FOR THE PROBLEMS

I have been reading every story posted, printed, and written about pro wrestling, steroids, roid rage and so on in recent weeks.

The media/fans have taken to knocking lumps out of Vince McMahon, WWE, doctors, wrestlers, and any one else they can to make sense of the tragedy that befell the Benoit family. However, surely it's time to turn the spotlight on ourselves, the fans, and how we have contributed to the current situation.

Let's get one thing straight; Vince McMahon is a businessman. He runs a business, and businesses exist for one reason: to make money. Vince sells a product and people buy that product. They pay cold hard cash. Whether he should be taking better care of his employees or not is technically irrelevant. My employer doesn't care if I take steroids and stay up all night taking a drug cocktail, as long as I turn up for work the next day and am in a fit state to do my job.

How do the wrestlers make Vince McMahon money? From us, the fans. We line Vince's, and the wrestlers', pockets. Your argument surrounds the rejection of Lex Luger for Bret Hart was a sound one. It makes sense. The same follows with the Sid vs. Austin comments.

The question now is who makes the money for McMahon. Is it C.M. Punk, Chavo Guerrero, and Brian Kendrick? Or is it John Cena, Triple H, and Batista? We buy their merchandise, we buy the PPVs, and we pay to see them. Vince pushes them down our throats and we lap them up. If the fans really care about wrestlers and want to eliminate drugs from their "sport," then you vote with your feet. If you don't like the food in a restaurant, you don't go back do you?

It is up to the fans to stop paying for muscle–bound heroes. Send the message clear to Vince, and that's not by turning up and booing John Cena. Vince still gets his money. You want to change the industry, hit a business where it hurts. The bank account.

The wrestlers too have a role to play. A business can't survive without employees, and if the wrestlers really wanted more time off, better conditions, etc. they would walk to TNA. However, vanity and ego take over. They are making good money, considered the best or whatever other reason. Plus there's always someone waiting in the wings to replace them.

I can't deny that as a human being, you would expect Vince McMahon to take the moral high ground and look after his wrestlers better. The sad fact is you don't become as rich and successful as McMahon by being nice and cuddly. He may be an "alright" and "caring" guy according to some former wrestlers (all of whom seem to be leaving the door open for a future return), but he is there to make money. A lot of money. He does what pays.

So, at the end of the day, who's responsible for the state wrestling is in?

Vince McMahon? Partly.

The wrestlers? Partly.

The fans? Without a doubt. The fans are the only one's who can change the wrestling industry. The consumer always has the power. So when the next wrestler dies prematurely and we all look to point the finger of blame, don't point it at the WWE, point it at yourself and say "As a fan I have contributed to this".

Alsidair Cook

*Email the editor at wadekeller07@pwtorch.com.*



## McNEILL FACTOR

### By Pat McNeill columnist

**Getting The Point Across:** Since professional wrestling began running shows on television, promoters have learned the value of a good promo. If a wrestler can sell himself on television and explain what he hopes to accomplish in a match, he can make a connection with viewers that will drive fans to pay money to watch him wrestle at the arena (or on pay–per–view).

Right now, World Wrestling Entertainment has under contract a collection of some of the greatest promo guys this business has ever seen. Ric Flair and Dusty Rhodes are widely acclaimed as two of the best wrestling interviews ever, and both are currently off the house show circuit. Shawn Michaels has turned in some tremendous, outrageous moments behind the microphone over the course of his career, but over the past five years he's proven he can deliver on the serious stuff too. John "Bradshaw" Layfield won over WWE management a few years ago on the basis of his mic skills. A couple of years ago, Layfield filled in for a nationally syndicated conservative talk radio host and didn't sound out of place at all.

If that isn't enough, WWE has three of their biggest draws of the past decade available right now. "Stone Cold" Steve Austin is on the WWE Films payroll. Austin's wrestling career skyrocketed after an unexpectedly strong promo after winning the 1996 King of the Ring tournament. Vince McMahon and company had faith in Austin's unique brand of charisma when they cast the Texas Rattlesnake as the lead in the WWE Films movie "The Condemned." From a financial standpoint, the former champ is the biggest drawing card in WWE history.

Triple H is the WWE superstar who has consistently received the biggest storylines and pushes over the past few years. Not only is The Game incredibly loyal to the company run by his father–in–law, but Hunter has no fear of public speaking. When Triple H appears on Raw, it is not unheard of for him to spend fifteen to twenty minutes on a solo promo. Say what you will about the King of Kings, but he can do a thorough job of explaining his point.

Mick Foley is also under contract to World Wrestling Entertainment. Foley is a college graduate and a bestselling author. He managed to get over with his unique characters and interviews, to the point where WWE decided to put Mick in main events and give him short runs with the WWE Title. Foley is very popular when he makes mainstream media appearances, and is equally at ease talking to Howard Stern or Perky Katie Couric.

Speaking of wrestlers who are charismatic and articulate, the recently injured Adam "Edge" Copeland fits the bill. Not only is Edge athletic and talented inside the ring, he is also the reigning 2006 PWTorch award winner for "Best Promos" Edge's verbal smackdowns of Matt Hardy a couple years ago proved that he's not afraid of a little give–and–take.

So, here we have eight of WWE's top talkers, men for whom the ability to gab and spin comes naturally. You would think they'd all be tremendous assets for the promotion as the Benoit murders and WWE policies are debated nightly on the various cable news shoutfests. But we've neither seen hide nor hair of Titan's "big guns" in the past few weeks. The only wrestlers who have had a shot at defending the home team are John Cena, Fit Finlay, and Ken Kennedy. Nor have we seen anyone from the McMahon family after Vince and Linda failed to stop the bleeding in their initial media appearances. Why is this? Let's toss out some possible explanations.

**A Matter of Trust:** John Cena and Ken Kennedy are favorites of management. Fit Finlay, as a wrestler/producer, *is* management. Both men have the trust of Crazy Vince and the front office. Chris Jericho, while not currently under contract, is trying to cash in on a big money deal and is understandable anxious to remind WWE's decision makers of just how good he is and dealing with the mainstream press.

The other eight men are all veterans and former headliners. But they are the men who know too much about how this business operates which makes WWE leery of turning them loose for television appearances. Ric Flair is wrestling for his life at this point, staying on the road as long as possible to earn as much money as possible because he didn't save while he was on top. Flair also has a checkered history with the law, and there are multiples occurrences in his long career that an opportunistic reporter could categorize as "roid rage." Steve Austin also has a checkered past with the law, and the spousal abuse claims from ex–wife Debra Marshall will likely come up if he's trotted out to defend WWE policy.

Shawn Michaels and John Layfield have both suffered what were believed to be at the time career–ending injuries as a result of the physical toll they have paid inside the ring. Michaels made a return from a back injury—an injury which most everyone thought would finish him forever. Layfield probably won't risk a return without a more favorable medical prognosis. Michaels will be willing to defend Vince McMahon up to a point, but if a reporter asks the born again Christian what he thinks about the adult nature of WWE programming, the Heartbreak Kid might very well give them an honest answer, and that won't do. Layfield is a favorite of the office, but with all his outside commitments, the paranoid Chairman probably believes that protecting WWE is going to take a back seat to protecting JBL, and that won't do either.

Dusty Rhodes, while he is loyal to whoever pays him, is smart enough to know what the wrestling lifestyle has done to multiple families, including his own. Plus, deep in his heart of hearts, McMahon doesn't trust Rhodes either. Big Dust was the public face of the Main Enemy for so many years that WWE can't, um, stomach the idea of holding Virgil Runnels up as a WWE executive.

Mick Foley is definitely best known for his work in WWE, but the big guy is on the outs with the McMahon family after almost accepting an offer to jump to Total Nonstop Action in 2005. Foley got a big money deal to return to WWE, and Vince McMahon has begrudged Foley every cent. Worse yet, Foley has no compunction when talking about the various areas of disagreement between himself and the big boss.

Edge always comes across well in public, but he too is vulnerable on the wellness issue. Adam Copeland's ex–wife has publicly accused him of using steroids and he has just been sidelined with a torn pectoral muscle. The pec injury is a red flag, since that particular type of freak injury is most common among professional athletes and bodybuilders.

Finally, there is Paul Levesque, WWE's top star and McMahon's son–in–law. The Game can be trusted, and will always do his level best to be an advocate for the pro wrestling business. Unfortunately for the McMahon family, Triple H would be a poor choice for the talking head television show. Every single host will immediately suspect that The King of Kings is on steroids. The vast majority of audience members will also suspect it. Maybe that's another reason Vince McMahon isn't anxious to make the rounds on the cable news channels.

### 7/16 RAW THOUGHTS

Wow. That opening segment featuring Jerry Lawler facing off with King Booker got a lot of heat and built anticipation for, of all things, a match between the old King and the slightly younger King Booker. Nice work. Then we never heard about it again. It would be one thing if WWE had a slow build planned, but what we saw was nothing like a slow build.

For the second week in a row, Jeff Hardy got over with the Raw faithful. Of course, it helps when one is in the ring with Regal and Shelton Benjamin. The Charismatic Enigma's reward for all this hard work is, of course, the opportunity to work with Umaga one more time. The setup for Sunday's bullrope match between Dusty and Randy Orton was good stuff, but now I'm confused. Wasn't Dusty supposed to be the setup guy who got his son over?

It is good that WWE tied up the loose end with Ken Kennedy and Super Crazy, but the Big K needs to start dialing it up in the ring if he wants to get a main event push. Then again, he might still be hurt. The Cena–Lashley debate was one–sided, but at least Lashley wasn't handicapped by the crappy material the WWE writers give Cena. Thumbs up. Score: 6.0.

*Pat McNeill of Fairfax, Va. has been a PWTorch Columnist since 2001. Listen to his weekly Torch VIP Audio Show, "The Real Deal with Pat McNeill," every mid–week at PWTorch.com/members with special guests, news analysis, and listener questions answered. He also writes previews for every PPV at PWTorch.com a day or two before the show airs.*



**FRONT ROW, SECTION D**

**By Bruce Mitchell**
*columnist*

# TNA contributes to the problem

The problems endemic in the wrestling lifestyle and the death and destruction that can go with it are not just the industry leader WWE's responsibility to change. Changing the business is also the responsibility of every other wrestling company, independent promotion, and wrestler in the industry.

The first big public test of the responsibility of a wrestling company other than WWE to change the wrestling lifestyle and improve and save lives came Sunday night.

TNA failed that test and demonstrated that its top management doesn't understand what it takes to protect the health and well being of not just their wrestling talent but all the wrestlers in the industry.

TNA top management ignored the lessons of the past and demonstrated why any effort to clean up the business from within is sadly difficult. That the risk is nowhere near close to any reward is just business as usual for TNA.

First, that history:

After the revelations of Vince McMahon's 1994 steroid distribution trial the WWF began what was at the time the strictest steroid/drug testing policy in sports. As hard as it was or is now to believe, McMahon was determined in the beginning to see it through. He even fired Davey Boy Smith and The Ultimate Warrior because he believed they were using the untraceable Human Growth Hormone to beat the tests. While McMahon couldn't give up pushing the more muscular acts like Lex "Express" Luger he still took pride in instituting that policy.

McMahon changed his mind about continuing his company's tests for three reasons. One was that the news media was no longer interested in the steroid pro wrestling story after McMahon was acquitted. The second was that WWF business was significantly down and McMahon's instinct when revenue drops is to revert to his company's traditional Bigger is Better formula. The third speaks to exactly why TNA did Sunday night, and has a history of doing, and why that was and is so destructive to this industry.

The third reason McMahon stopped testing was because he thought the testing put him at a competitive disadvantage. World Championship Wrestling had no testing and was offering big money contracts and more pharmaceutical freedom to muscleheads and/or drug addicts like Davey Boy Smith.

McMahon's choice was to change the paradigm of what his fans thought a main event wrestler looked like (you know, push smaller wrestlers) and punish wrestlers who weren't far enough into their addictions that they couldn't show up regularly for work able to perform to McMahon's standards or dump the testing and "compete". If McMahon continued his testing WCW would like that much more attractive to

the established main eventers who wanted to continue to live their lives the way they always had without interference from some drug policy they had no faith in.

That was no choice to McMahon. He stopped his comprehensive steroid testing.

Eric Bischoff, the head of WCW, and Paul Heyman, the head of Extreme Championship Wrestling may not admit it, but there's at least one silver lining to the cloud of financial failure that drove their respective companies out of business. Neither Bischoff nor Heyman has found himself pilloried on national television for the lives on the dead wrestlers' list who worked for their companies the way McMahon and the WWE are. To the winner go the spoils.

Bischoff was hungry to bring in proven WWF wrestlers, Heyman felt he had to take whatever talent he could get that fit his vision of pro wrestling because he was underfinanced compared to his competition, and, well, Extreme is Extreme.

A decade later TNA was doing the same thing, happily bringing in wrestlers that WWE had dropped because of concerns about their lifestyles, with the most high profile examples being Jeff Hardy and Olympic Gold Medalist Kurt Angle.

The media storm surrounding the Chris Benoit suicides/murders has raised the stakes for WWE, for whom the public relations battle has not gone well. No one much, from the general public to major opinion makers in the media to a congressman to at least one member of the WWE Board of Directors, has any real faith in WWE's Wellness Policy or any internal changes they may make in it.

It's in this turbulent atmosphere that TNA debuted Dustin Runnels on their Hard Justice pay-per-view Sunday, the first pay-per-view show for the industry since everyone learned of the suicide/murders. Runnels has lately been mired in the type of personal problems that can be predicators of tragedy to come.

He was dropped on his last WWE run, despite his father Dusty Rhodes being on WWE Creative, because of his inconsistent behavior at work. He had been arrested for assaulting his girlfriend and his ex-wife, former WWE Diva Terri Runnels, went public with accusations of physical abuse.

Runnels had appeared at his father's WWE Hall of Fame induction ceremony, where his younger brother Cody upstaged him, but plans to bring him back to the WWE roster were dropped when no one could get him on the phone. He then no-showed some independent dates amidst reports he pocketed the advances he received. During all this he was known to suffer from problems with his back that kept him in constant pain.

There is no evidence that Runnels has taken the serious steps it would take to address his problems before his TNA debut.

TNA brought him in because the Runnels family has been getting TV time lately on Raw (no one is a bigger fan of WWE than the WWE–Lite TNA promotion). Runnels has been a favorite of Vince Russo since the days they worked together on the successful Goldust character in WWE.

It didn't happen without a fight. There were members of TNA top management who knew the risk they were taking bringing in the troubled Runnels (for not much reward) but Dixie Carter, who is said to be oblivious to the Benoit firestorm, made the final decision to hire him. Once again, a wrestler under pressure to clean up and address his problems had found in TNA an escape hatch and haven where they could continue to act irresponsibly if they choose.

WWE is far and away the leader in their part of the industry. They generate the vast majority of the revenue, and they deservedly get the bulk of the blame and responsibility for what has happened in this business.

That said, the type of institutional change that needs to place in this industry will never happen if callous wrestling promoters decide to take advantage of both their competition and troubled wrestlers. WWE has earned those doubts as to whether they can be trusted to truly change their business in the long run for the benefit of both their talent and all the people who aspire to work for them. TNA and every other wrestling company also have to do their share, not selfishly grab for what they think is short-term gain.

In the end, both history and today's pro wrestling sadly demonstrate why true, meaningful change in this industry, the kind that can improve and save lives, can only come from strong legislation from Congress and state athletic commissions, and vigilant pressure from the media and advertisers.

## TOXICOLOGY REPORT REACTION

The toxicology report on Chris Benoit revealed that there was elevated levels of the steroid testosterone in his body at the time of his death. So, what does that tell us that we already didn't know?

Not much.

The truth is, many steroids and muscle enhancers, particularly Human Growth Hormone, do not stay long in the body and are difficult to detect after a certain period of time. Dr. Kris Sperry stated the testosterone in Benoit's body had to have been injected within a short period of time before his death.

We already knew that Chris Benoit had a large amount of steroids in his house at the time of his death. We already knew that his physician, Dr. Astin (now under indictment), wrote prescriptions for Chris Benoit to receive a ten-month supply of steroids every three weeks. We knew that WWE said that Chris Benoit "passed" his last steroid test in April. We learned last night from the New York Times that WWE refused to release the results of the three tests Benoit took before that. We know that for many years Chris Benoit carried an enormous amount of muscle mass for his body frame.

We know based on news reports that Dr. Astin prescribed Rey Mysterio, one of the two wrestlers most popular with children, an enormous amount of painkillers. We know that Vince McMahon met with WWE talent on July 2nd and told them to get off any illegal drugs they may be on and offered to send anyone to rehab who felt they

needed to go. We know that other name wrestlers, including more WWE wrestlers, were patients of Dr. Astin.

We've seen several star wrestlers noticeably shrink in the two weeks since then. We've seen WWE continue to give promotional preference to wrestlers with big muscle "action figure" bodies.

We've seen the mainstream media start to understand that the forces that drove Chris Benoit to murder his wife and son and kill himself are many and that the demands of the pro wrestling have figured in many more deaths than just these three. We've seen that WWE hasn't had answers for the mainstream media, powerful politicians or even some members of its own Board of Directors. We've seen that the aggressive talk that appeals to its fan base on wrestling shows falls flat in dealing with life and death issues in the real world media.

The forces for change in the pro wrestling business, the prospects for a congressional investigation and hearings, the athletic commissions who want to get back involved with pro wrestling, the wrestlers who want to change the way business is conducted in the industry are up and running now. The institutional resistance the wrestling business has to change, the idea that change is by definition "against the business" is also strong.

The question now is will the forces for change keep their attention level long enough and have the spine to force the legislation necessary to make the lives of pro wrestlers and their families better or will the patience and intransigence of business-as-always promoters win out again?

# PRO WRESTLING TORCH ORDER FORM

**Step 1: Indicate method of sending in order and payment**

☐ **Email—Master Card, Visa, Pay Pal**
E-mail name, address, card# (w/exp. date) and indicate what you are ordering to: <torchsubscriptions@comcast.net> or visit www.pwtorch.com to use Pay Pal online.

☐ **Fax—Must use Visa or Master Card**
•Fax this form (or all pertinent information) to (651) 452-2316 (24 hours a day)

☐ **Traditional Mail (check, m.o., or credit)**
•Mail this form to: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121.
•Important: If your address is not on backside of this form, please include separately.
•Canada/Overseas orders must use money orders in U.S. funds or Visa or Master Card.

**Step 2: Indicate your purchase**

☐ **100 issues—$175 U.S. ($200** Canada, $275 overseas)
☐ **50 issues—$97 U.S. ($108** Canada, $143 overseas)
☐ **20 issues—$41 U.S. ($45** Canada, $60 overseas)
☐ **8 issues—$18 U.S. ($20** Canada, $26 overseas)

**Have a sub concern? E-mail us or call or fax 651-452-2316.**

**Step 3: Indicate means of payment**

Circle one of the following:
Check—Money Order—Visa—Master Card

CREDIT CARD NUMBER ________ EXP. DATE ________

SIGNATURE (for credit card orders only) ________

PLEASE PRINT FIRST AND LAST NAME ________

HOME & WORK PHONE #s (for all orders, in-house use only) ________

PLEASE INCLUDE YOUR E-MAIL FOR "VIP EMAIL EXPRESS" REPORTS AND RENEWAL REMINDERS:

If you could change one thing about the Torch, what would it be?

Do you visit PWTorch.com regularly? Yes No

Please rate these: 10=great!... 5=okay... 1=ugh

| | |
|---|---|
| Cover Story: | Backtrack: |
| Newswire: | TV/PPV Reax: |
| Torch Talks: | Keller Columns: |
| WWE PPV reports: | McNeill Columns: |
| TNA PPV Reports: | Mitchell Columns: |
| ROH DVD Reviews: | Caldwell Columns: |
| Good Question: | Radican Columns: |

## TORCH TALK continued from pg. 20

**everybody look and do you think most of the same people would be on top?**

Mero: You look at the top guys who are getting pushed, they'd be the most noticeable. I'm not going to go out there and point out names, but I think everyone knows who they are. They're going to be the guys you notice as falling off the fastest. Those are the guys that have always been pushed are guys who are big guys. Shawn Michaels will come around every once in a while, but he had his own demons in his life. Maybe not even steroids, but all kinds of other stuff he was doing.

**Keller: From your experience personal training, bodybuilding, and being around wrestling, do you think if everybody were to get off steroids, even if there was a reshuffling of the card and a couple people ended up not being able to cut it without the enhanced physique, do you think fans would look at it and say they don't want to follow wrestling anymore because the bodies would be so different? Or from your experience in bodybuilding, wrestling, and training, would they still be able to be larger than life, just not quite as large?**

Mero: I think you'd see more people with charisma come out. You'd see more of the character being shined instead of the bodies so much. But I think that we've become so accustomed to seeing wrestlers as larger than life, that they're these giant guys with these big muscles, that I don't know. I think people have accepted UFC fighting, and those guys don't look like bodybuilders. They look like normal people that are badasses.

**Keller: The guys I watched as a kid, the top draws for me were guys where there was a Jesse Ventura in the mix and a Hulk Hogan later on, but when I first started watching wrestling, it was Verne Gagne, Nick Bockwinkle, Mad Dog Vachon, Baron Von Raschke, Larry "The Axe" Hennig, Adrian Adonis, Greg Gagne, Jim Brunzell. The ones that attracted me to professional wrestling attracted me not because they flexed and looked like they could win a bodybuilding show. I think there's a whole generation of wrestling fans who maybe even themselves think, if they really thought about it, they might think they wouldn't watch wrestling if they didn't have these larger than life bodies because it's almost assumed that's such an important component. I think wrestling has qualities that without the muscular bodies makes it fun to watch. It's the simulated fights, the larger than life personalities, the athleticism, and the outrageousness and outlandishness of some of it, I think that's the main draws. I think if you strip away the steroid physiques, you'd have a business that would be equally successful. There might be a little adjustment period where you'd have fans going, man, these guys don't look like bodybuilders anymore, but like you said, with UFC, fans have already been reconditioned ahead of time if there is major change.**

Mero: Wade, that's a great point because I remember watching younger also. You had a guy like Superstar Billy Graham where you'd go, look at the size of that guy! But there were so many guys with so much charisma who were normal looking guys. There was Chief White Owl, and he just had this tomahawk chop and he'd dance around the ring and he was really entertaining. He was a heavy-set Indian guy, but what great charisma he had. I'll always remember that. I think you're right, that there is going to be a transition period of people going, "Aw, I can't believe that guy's not so big anymore." After a while people will start appreciating the charisma and not knowing who's going to win. I think it can be really intriguing.

**Keller: I think there's a whole generation of fans and even non-fans who think pro wrestling could not survive without Vince McMahon's vision of what a pro wrestler needs to look like. If people went back and looked at the Brisco Brothers and Terry Funk and Dory Funk and Harley Race and Bruno Sammartino, pro wrestling's success historically isn't predicated on being able to flex and win a bodybuilding show or even look massively muscular. That really is a Vince McMahon vision he stamped on the wrestling industry. There's still the scheduling issue and the world does change.**

Mero: We're talking about one aspect of things that need to be changed. There is so much that needs to be changed to really make this successful in the sense of people who aren't going to be passing before their time.

## PW Torch Weekly #979 / 980 • P.O. BOX 211654 • ST. PAUL, MN 55121

•PUBLISHING INFORMATION: Pro Wrestling Torch is published approximately 50 times per year by TDH Communications Inc. including occasional double issue weeks. It is 12 pages standard, with special 16 page bonus weeks. •COPYRIGHT NOTICE: All material herein is copyright TDH Communications Inc. 2007. All rights reserved. No portion of the Torch may be extensively quoted, reprinted, or broadcast in whole or in part (including on the Internet) without written permission of the publisher. •CONTACTING THE TORCH: Editorial and Subscription Offices: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121… 24–Hour Faxline: (651) 452–2316… Editorial Office (for news, results, or to contact Wade Keller: (651) 452–2316… Subscription Concern Phoneline: (651) 452–2316… E–Mail Sub Deptartment: torchsubscriptions@comcast.net… E–Mail Wade Keller: wadekeller07@pwtorch.com •RESUBSCRIBING GUIDELINE: To assure uninterrupted service, please resubscribe at least three weeks before your final issue arrives. Once each bulk mailing takes place on Tuesday or Wednesday, no individual back issues are available. If you wait too long, you may miss an issue. •MISSING AN ISSUE?: If you do not receive an issue within seven days of its Tuesday or Wednesday mailing date, notify the Torch for a replacement. Please wait at least seven days, though. •ADDRESS CHANGE?: Send to the subscription department via fax (651) 452–2316 or regular mail. Please DO NOT phone it in verbally. •PWTORCH WEBSITE: Get daily updates and commentary from the TORCH staff at www.PWTorch.com and PWTorch.com/members.

## FIRST CLASS (WARNING: SEAL TO BE BROKEN BY ADDRESSEE ONLY)

PRESORT
FIRST CLASS
U.S. POSTAGE PAID
MINNEAPOLIS, MN
PERMIT NO. 4665

### EVENTS SCHEDULE

•Sean Waltman in a Daily Keller Hotline Interview, October 2005, right after Eddie Guerrero died, on what he'd tell Vince McMahon to do to help prevent wrestlers' from going down a path toward death or despair late in their careers:

"A lot of people could come up with answers. The talk of rotating talent just to give them time off, that seems like a no–brainer. Other than that, I really think that they're doing a pretty good job. Some people might be rolling their eyes at that."

## BBL BY WADE KELLER

### CONTINUED FROM COVER

attempt to spot pain pill addicts before things got deadly? Or cardiovascular issues before they led to heart failure? McDevitt spoke in glowing terms about the scientific value of testing for Fragile X Syndrome with a blood test, in firm tones about how science proved Benoit's actions were not due to roid rage. If science is so great, why did WWE rely on the speculation and hunches they are deriding now to recognize and deal with performers with prescription pill issues before February 2006? Did it really take Guerrero's death to show them the magic of science as opposed to gut observations?

WWE can't even celebrate the toxicology report findings as much as they'd like to because it would draw attention to WWE's use of Benoit passing their test in April as evidence that steroids couldn't have been a factor in Benoit's actions in June. It was faulty reasoning when they first asserted it in that infamous press release the day after the Benoit family was found dead in their home, but it could inspire two weeks more of mainstream coverage if WWE made a big deal out of how their testing works fine, and that Benoit having steroids in his system when he died is no ill reflection on their testing, because he could have put anything in his body in the two months since the testing and his death. It'd be such an about-face of reasoning.

WWE uses facts to suit its needs, and the same facts can be used to prove opposing points,

depending on the week.

John Cena during one interview was touting how the working conditions today are much better than when these bitter, retired has-beens were last working full time. But in the next interview—or was it a few minutes later in the same interview?—he was bragging about how hard he works travelling 300 days a year. So which is it? Are guys only working 150 dates a year? Is Cena the exception? Why is he the exception? Is he immune to the problems that manifested in others who worked 250-300 days a year back in the day? If so, why? If not, then why is Vince McMahon playing with Cena's life when there's a track record of wrestlers on the old schedule being broken by it?

WWE's Wellness Policy is evolving as WWE learns from experience. That sounds reasonable. Where is the latest version of the policy? How has it changed? If WWE is so proud of it, where is the link on WWE's corporate website to the policy? It's not prominent. You have to dig deep into the archives to actually find this policy that they're so proud of. They're proud of the policy, and even proud of the fact that it improves over time, but no press releases are issued updating any changes in policy. Why not?

Even the argument of individual choice is used by WWE to suit its needs. When it comes to bad decisions that leads to deaths, wrestlers made bad individual choices. When it comes to not having life insurance, health insurance, or retirement funds, that's a bad individual choice on the part of the performer. But when it comes to revealing drug test results, WWE won't do it due to privacy issues. If WWE wanted to reveal drug test results, all they'd have to do

is send out a form for everyone to fill out agreeing to it, sorta like when my credit card company sends me a note telling me my late fees are going up from $25 to $39. Unless I cancel my card, it takes effect automatically. Then it can be each performer's "individual choice" to agree to that new stipulation that comes with working for WWE or not agree to it and leave. That's an individual choice.

If John Cena is clean of any drugs, why not submit to a state athletic commission test whenever he comes to town? If he's got nothing to hide—and he probably doesn't, as his mileage and age is still in that blissful stage that many wrestlers who died in their 40s went through in their 20s and early-30s—then why not prove it by submitting to a system that isn't being funded by Vince McMahon with discretion built into the system?

**In-House Notes:** This is the biggest edition of Pro Wrestling Torch in our history—a 28 page double-issue. We will have another double-issue published and mailed within two days of this issue with coverage of the TNA, ROH, and WWE PPVs over the last nine days, plus the regular TV reports, Newswire, the latest Torch Talk installment (with Nash and/or Mero), and columns. Be sure to check your expiration issue on your label.

We may, depending on news developments, take next week off (after publishing four double-issues in three weeks, we could use a breather ourselves), and then get back to the regular published schedule. Thanks to everyone for your patience with our unpredictable publishing schedule during the past month. I hope the quality and depth of the product justifies the break from the usual format and routine.

# EXHIBIT 17



updated 12:11 p.m. EDT, Mon July 30, 2007

# Schooled on hard knocks, wrestler educates others on brain injuries

**STORY HIGHLIGHTS**

- Chris Nowinski played football at Harvard, then wrestled professionally
- Still suffers effects of six concussions
- Nowinski says athletes ignore dangers to get back in contests
- NFL says it is taking steps to study effects on players

Next Article in U.S. »

By Taylor Gandossy
CNN

**(CNN) —** Chris Nowinski's professional wrestling career didn't end with a pink slip or a celebratory sendoff, but with a swift kick to his chin.



Chris Nowinski was a WWE wrestler when he suffered a concussion, but didn't realize how badly he was hurt.

Nowinski played college football at Harvard — a defensive tackle. He was a promising newcomer to World Wrestling Entertainment. At the time he suffered the injury -- the hit that would cut his career short — he was performing in a summer 2003 tag-team match as his WWE character, Chris Harvard, a blonde, blue-eyed symbol of Ivy League elitism.

Nowinski didn't know he had suffered a concussion. He didn't know that he shouldn't have been wrestling immediately afterward, and he didn't know that this was probably the sixth concussion of his athletic career. There was a lot Nowinski didn't know about concussions.

Hard hits were nothing new to Nowinski, 28, a tree of a man who had played sports since childhood. Blows to the head punctuated many of the games and matches in his career, he said. Sometimes he blacked out.

**Don't Miss**

- **Inventors working on concussion detection device**
- **Special Report: Life After Work**

"The sky would change colors, or I would see stars, and get really dizzy, and I would just collect myself on the field or in the ring, and continue going, because that's what I thought I was supposed to do," he told CNN in a telephone interview. "I didn't realize that it was a serious brain injury."

Nowinski continued to wrestle, which aggravated the injury, he said. He developed post-concussion syndrome, a condition characterized by prolonged concussion symptoms.

"After my last concussion ... I was stuck with four years of headaches and immediate memory problems and depression and sleep-walking," Nowinski said. He said he still endures migraines and memory loss. "My head just feels differently all the time," he said.

## ANATOMY OF A CONCUSSION

A concussion occurs when the brain knocks against the inner wall of the skull, usually because of a blow to the head, according to the American Association of Neurological Surgeons.

The injury disrupts normal brain functions, and depending on the concussion's severity, an individual may experience a host of symptoms -- headache, dizziness, confusion, nausea, impaired balance, amnesia or a loss of consciousness -- said Dr. Rick Kellerman, president of the American Association of Family Physicians.

"The brain has been stunned," Kellerman said

Concussions are common, particularly among athletes in heavy contact sports. The Center for Disease Control and Prevention estimates that at least 300,000 sports-related concussions occur annually in the United States.

Nowinski waited a year and a half for his head to clear so he could return to the ring — a day that never came. So, the fallen wrestler decided to change what he considers the sports world's biggest liability.

He's now on a mission to eliminate the "damage" from head injuries in athletics. His task is two-fold: To educate coaches, parents and athletes about identifying and treating concussions and to help facilitate research to pin down the injury's long-term effects.

"I knew I had the information that could prevent suffering for a lot of people, a lot of people that I cared about," said Nowinski. "It wouldn't have been right for me to just go on with my life, make money, do whatever, while that information just sat in my head."

He wrote "Head Games: Football's Concussion Crisis from the NFL to Youth Leagues," published in 2006. He's been speaking before youth leagues, sports conferences and other public events for more than three years. And he and a group of top neurologists have recently formed The Sports Legacy Institute.

Part of that organization's purpose will be to study the effects of multiple head injuries, investigating cases of a condition called chronic traumatic encephalopathy, or CTE, Nowinski said. CTE is a dementia-like condition caused by repetitive blows to the head over an extended period of time, according to the National Institute of Health.

Hoping to prove to the rest of the world that multiple concussions have permanent, sometimes ruinous consequences, Nowinski began to work with a University of Pittsburgh neuropathologist, Dr. Bennet Omalu, who found the condition in the brains of two deceased former National Football League players, Terry Long and Mike Webster, With Nowinski's help in obtaining the brain tissue, Omalu diagnosed the condition in two other former players who died, Andre Waters and Justin Strzelczyk.

Both Long and Waters committed suicide. In the case of Waters, Omalu said, "Major depression was the cause of his suicide ... And the underlying causation here was trauma."

But aside from the research and studies that garner headlines and national attention, a large part of Nowinski's task lies in his clear-spoken testimony. In smaller groups, in schools and other events, often away from the stare of the cameras, Nowinski tells people what he knows.

Despite the repeated occurrence of concussions amid practice, games or matches, Nowinski says many coaches and players -- from youth leagues to professionals - still don't know how to properly treat concussions or even how to identify them.

And what's worse, he said, just like in his case, athletes often try to play while they are still injured.

**LIFE AFTER WORK**

To see more stories on people who have made a big career change, watch for "Life After Work,"
**Thursdays, between 8 and 9 p.m. ET**

see full schedule »

A second concussion suffered while a player is recovering from the first could result in death, according to the American Association of Neurological Surgeons.

Furthermore, some studies show that there are cumulative long-term effects from multiple concussions.

Nowinski says he's had mixed reactions to his message. Some, like Carmen Roda, president of the Westport, Connecticut-based PAL football program, say Nowinski's lecture is imperative for coaches.

"Bottom line, if they care about kids, they should listen to this lecture," Roda said.

Others have shown more resistance. "I[']ll go to schools to speak, and the football coach will refuse to show up to the talk," Nowinski said.

But the former wrestler says the biggest hurdle to better practice and treatment of concussions are the professional sports leagues. He is particularly critical of the NFL.

"They need their best players on the field to sell tickets," Nowinski said. "And a lot of these problems from playing through concussions don't show up until these guys are retired. So their incentive to protect them while they're players is not where it should be."

NFL Commissioner Roger Goodell says the league puts its players' interests as first priority and the individual teams "do an excellent job in the care and management of concussions that affect NFL players."

Dr. Joseph Maroon, the neurosurgeon for the Pittsburgh Steelers and a member of the league's committee on mild-traumatic brain injury, applauds the NFL's efforts to protect its players.

Asked about studies that suggest long-term damage from concussions, Maroon said there are other factors that could affect the ability of a person's brain to function normally.

"It's extremely difficult and quite impossible to ascribe problems that develop 20 or 30 years after someone played to a concussion that's experienced 20 or 30 years before," he said.

Nowinski said players still do not understand the seriousness of concussions. They need to be educated, he said, and the "tough-it-out" culture inherent to football and other sports needs to change.

"If within a few years, everybody doesn't know that playing through concussions is a terrible idea, then I'll be surprised and disappointed," he said.

"The idea is we make the change that needs to be made as quickly as possible," Nowinski said. "And then I can do something else." E-mail to a friend

**All About**   Neurology   •   NFL Football

EMAIL   SAVE   PRINT

**► From the Blogs:** Controversy, commentary, and debate

**Top News**


Senators 'troubled' after Rice meeting


Bergen: Senseless Benghazi obsession

Search CNN

**U.S.**
CRIME + JUSTICE
ENERGY + ENVIRONMENT
EXTREME WEATHER
SPACE + SCIENCE

**WORLD**
AFRICA
AMERICAS
ASIA
EUROPE
MIDDLE EAST

**POLITICS**
2016 ELECTION
WASHINGTON
NATION
WORLD

**MONEY**
MARKETS
TECH
MEDIA
PERSONAL FINANCE
LUXURY

**OPINION**
POLITICAL OP-EDS
SOCIAL COMMENTARY

**HEALTH**
DIET + FITNESS
LIVING WELL
PARENTING + FAMILY

**ENTERTAINMENT**
CELEBRITY WATCH
TV + WEB
MOVIES + MUSIC

**TECH**
GADGETS
CYBER SECURITY
INNOVATION NATION

**STYLE**
FASHION
DESIGN
ARCHITECTURE
AUTOS
LUXURY

**TRAVEL**
BEST OF TRAVEL
SLEEPS + EATS
BUSINESS TRAVEL
AVIATION + BEYOND

**SPORTS**
PRO FOOTBALL
COLLEGE FOOTBALL
BASKETBALL
BASEBALL
SOCCER

**LIVING**
FOOD
RELATIONSHIPS
RELIGION

**VIDEO**
LIVE TV
DIGITAL STUDIOS
CNN FILMS
TV SCHEDULE
TV SHOWS A-Z

**MORE…**
PHOTOS
LONGFORM
INVESTIGATIONS
IREPORT
CNN PROFILES
CNN LEADERSHIP

# EXHIBIT 18

# See enclosed disc

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH, *et al.,*** | : | **No. 3:15-cv-01074 (VLB)** |
| | : | **Lead Case** |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO** | : | **No. 3:15-cv-00425 (VLB)** |
| **LOGRASSO,** | : | **Consolidated Case** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF MANUAL FILING

      **Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed a copy of a CD that is Exhibit 18 to Tab 3 to the Appendix to its Local Rule 56(a)(1) Statement because it cannot be filed electronically.  The CD has been manually served on all parties.**

# EXHIBIT 19

 SHE MARRIED HIM??!! AND THEY'VE GOT 7 KIDS??  classmates•com  Find Your Old School Here 

 

Powered by

# Doctor: Benoit's concussions may help explain actions

ATLANTA (AP) — Pro wrestler Chris Benoit suffered brain damage from his years in the ring that could help explain why he killed his wife, son and himself, a doctor who studied Benoit's brain said Wednesday.

The analysis by doctors affiliated with the Sports Legacy Institute suggests repeated concussions contributed to the killings at Benoit's suburban Atlanta home.

Steroid use also has lingered as a theory, since anabolic steroids were found in the home and tests conducted by authorities showed Benoit had roughly 10 times the normal level of testosterone in his system when he died.

The institute, which researches the long-term effects of concussions, coordinated the testing using samples of Benoit's brain tissue provided by the Georgia Bureau of Investigation.

**RELATED:** Concussions force hard look inward around NFL

The Waltham, Mass.-based institute was founded by former pro wrestler Christopher Nowinski, who has said he had to quit the ring after a kick to the head. Nowinski is president of the institute and still has ties with World Wrestling Entertainment Inc., which runs the league he and Benoit were in.

A lawyer for Stamford, Conn.-based WWE did not immediately return a call Wednesday seeking comment. The company has maintained steroid use did not cause Benoit to snap.

Despite the results of the institute's tests, there was no way to know if Benoit's concussions contributed to the murder-suicide, said Dr. Robert Cantu, a member of the institute who also is chief of neurosurgery service at Emerson Hospital in Concord, Mass.

"Whether it is the sole factor I believe is speculation and I will not go there," Cantu said by phone.

The level of brain damage Benoit had can cause depression and irrational behavior, Cantu said.

Benoit's brain showed the same degenerative processes that doctors working for the institute found in the brains of three men who had played pro football and committed suicide, Cantu said. There were abnormal protein deposits caused by trauma to Benoit's brain, Cantu said.

Advertisement

○ Yes ○ No

○ Yes ○ No

○ Yes ◉ No

 Submit Q GET QUOTES!

There's no evidence that steroid use causes such protein deposits, Cantu said, though he noted the issue has not been exhaustively studied.

Investigators allowed the institute to test Benoit's brain tissue with the permission of his father, Michael Benoit, who lives near Edmonton in Ardrossan, Alberta.

Michael Benoit said Wednesday that he agreed to the testing because murder-suicide was out of character for his son. He also disclosed that after the killings, he discovered a diary written by his son that showed his son was having problems.

"After reading the diary, I would have thought it was written by someone who was extremely disturbed at the time," Michael Benoit said.

He did not elaborate, but he did say a friend told him that prior to the murder-suicide, Chris Benoit had been wearing a rosary, which he said was also out of character.

"I think it's the extreme that is in the wrestling industry today," he told reporters. "The human skull is not built to get hit by a chair or something."

Nowinski said concussions can happen in pro wrestling even though many of the moves are staged.

"I got four concussions in three years as a professional wrestler," said Nowinski, who works for the WWE on its initiative to encourage young people to vote. "A lot of concussions happen from mistakes."

Prosecutors have said Benoit, 40, strangled his wife with a cord, used a choke hold to strangle his 7-year-old son, placed Bibles next to the bodies and hanged himself on a piece of exercise equipment the weekend of June 22.

Authorities have said Benoit's personal doctor, Phil Astin, prescribed a 10-month supply of anabolic steroids to Benoit every three to four weeks between May 2006 and May 2007. Astin has pleaded not guilty to federal charges of improperly prescribing painkillers and other drugs to two patients other than Benoit.

*Copyright 2007 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

**Find this article at:**
http://www.usatoday.com/news/nation/2007-09-05-benoit_N.htm?csp=34

☐ Check the box to include the list of links referenced in the article.

Copyright 2007 USA TODAY, a division of Gannett Co. Inc.



# EXHIBIT 20

■ Cars ■ Auto Financing ■ Event Tickets ■ Jobs ■ Real Estate ■ Online Degrees ■ Business Opportunities ■ Shopping

Search [                    ]　　　　　How do I find it?　　　　　Subscribe to paper

**USA TODAY**

Home　　News　　Travel　　Money　　Sports　　Life　　Tech　　Weather

**News » Nation**　　Census　　Troops at Risk　　Lotteries

# Doctor: Wrestler Benoit had 'shocking' brain damage

Updated 9/5/2007 6:03 PM | Comment　　| Recommend

**By Jon Swartz, USA TODAY**

A doctor who examined brain matter from former pro wrestler Chris Benoit says the wrestler had "shocking" brain damage that could explain why he killed his family and himself at their suburban Atlanta home in June.

The tests, conducted by Julian Bailes of the non-profit Sports Legacy Institute, show Benoit's brain was so severely damaged from multiple concussions and head trauma while wrestling that it was similar to the brain of an Alzheimer's patient. The institute researches the long-term effects of concussions.

**RELATED:** Concussions force hard look inward around NFL

Bailes on Wednesday showed images of a healthy brain and of part of Benoit's brain — which had large brown spots depicting dead brain cells. He said such damage is not caused by steroid use.

The wrestler's father, Michael Benoit, told reporters he agreed to the testing because murder-suicide was out of character for his son. After the killings, he discovered a diary written by his son that indicated it was "written by someone who was extremely disturbed at the time," Michael Benoit said.

He did not elaborate, but he did say a friend told him that prior to the murder-suicide, Chris Benoit had been wearing a rosary, which was out of character.

"The human brain is not built to withstand the blow from a table or a chair," which is common in professional wrestling, Michael Benoit said. The case of Benoit, 40, has prompted two Congressmen to ask World Wrestling Entertainment. — where Benoit was a star — and other wrestling organizations to turn over any information they have on steroid and drug abuse in pro wrestling.

At the same time, the WWE has suspended 11 performers for violations of a policy that tests for steroids and other drugs. The WWE has maintained steroid use did not cause Benoit to snap. "Today's attempt to explain that Chris Benoit's murder of his family was possibly caused by some form of dementia as a result of alleged concussions is speculative," the WWE said in a statement.

The level of brain damage Benoit had can cause depression and irrational behavior, Bailes told USA TODAY.

Benoit's brain showed the same kind of damage Bailes and his research team found in four retired NFL players who suffered multiple concussions and later sank into deep depressions and harmed themselves or others.

Bailes, the head of neurosurgery at West Virginia University. and a former Pittsburgh Steelers team physician, has also analyzed the brains of former NFL players Andre Waters and Terry Long, who both committed suicide. Bailes and his colleagues theorize that repeated concussions can lead to dementia, which can contribute to severe behavioral problems.

Authorities say Benoit's personal doctor, Phil Astin, prescribed a 10-month supply of anabolic steroids to Benoit every three to four weeks between May 2006 and May 2007. Astin has pleaded not guilty to federal charges of improperly prescribing painkillers and other drugs to two patients other than Benoit.

E-mail | Print |

Other ways to share:
Digg
deLicio.us
Newsvine
Reddit
Facebook
What's this?

**Share this story:**

Mixx it　　Digg　deLicio.us　Newsvine　Reddit　FacebookWhat's this?

Featured video


**Royal family**
Can wedding boost monarchy's popularity?


**Charlie Sheen**
Actor seeks custody of twins.

More: Video

Posted 9/5/2007 11:30 AM

Updated 9/5/2007 6:03 PM　　　　　E-mail | Print |

To report corrections and clarifications, contact Reader Editor **Brent Jones**. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification.

**Conversation guidelines:** USA TODAY welcomes your thoughts, stories and information related to this article. Please stay on topic and be respectful of others. Keep the conversation appropriate for interested readers across the map.

Newspaper Home Delivery - Subscribe Today

# EXHIBIT 21



iPad App • Facebook • Twitter • Blogs • Mobile • ABC • ESPN

**HOT TOPICS:**
State of the Union • Oscar Nominations • Royal Wedding

SEARCH

**Good Morning America**   Money   Health   Consumer   Entertainment   Recipes   New Year   Advice Guru   Tips   More     ABCNews.com

**MORE GMA:**   Watch Full Episodes | Robin | George | Juju | Sam | Bianna | Dan | Ron | Shout Out Board | Tickets | Twitter | Facebook | George's Bottom Line

**Watch Video →**


WATCH: FULL State of the Union 2011 Address


WATCH: State of the Union: Remembering the Tucson Tragedy

WATCH: State of the Union: Obama's Salmon Joke


WATCH: High School Basketball Team Wins Game 108 - 3

ABCNews.com › GMA

# Benoit's Brain Showed Severe Damage From Multiple Concussions, Doctor and Dad Say

Researchers Say Test Results on the Pro Wrestler's Brain May Help Explain His Suicide, Murder of Son and Wife

Sept. 5, 2007


66 comments

Print   RSS   FONT SIZE: A A A   SHARE:   Email   Twitter   Facebook   More

The family of Chris Benoit has been searching for answers since late June, when the professional wrestler killed his wife, 7-year-old son and then himself.

At the crime scene, police found anabolic steroids prompting many to suspect that "roid rage" had accounted for Benoit's behavior, which his family found out of character for the 40-year-old.

His family now believes that new test results on Benoit's brain explain his vicious actions.

The tests, conducted by Julian Bailes of the **Sports Legacy Institute,** show that Benoit's brain was so severely damaged it resembled the brain of an 85-year-old Alzheimer's patient.

Bailes and his research team say that this damage was the result of a lifetime of chronic concussions and head trauma suffered while Benoit was in the wrestling ring.

Benoit's father, Michael Benoit, is speaking out in order to warn other athletes, both professional and student.

**Dementia Caused by Multiple Concussions, Doctor Says**

After hearing the news that his son had murdered his 7-year-old son, Daniel, and wife Nancy and then killed himself, Michael Benoit struggled to understand how it could have happened.

Michael says Benoit was a "kind and gentle" man who volunteered with the Make-A-Wish Foundation and visited U.S. troops overseas in Iraq.

"First we needed an understanding. The person that did this is not the man we know and love," Michael said today on "Good Morning America."

After the suicide and murders, Michael was contacted by a former wrestler, who suggested he investigate whether years of trauma to Benoit's brain could have contributed to his actions.

"I was grasping for anything," Michael told ABC News' Bob Woodruff. "The world was very black. I mean, we didn't even know how to deal with this."

So Michael turned over part of his son's brain to Bailes, the head of neurosurgery at West Virginia University and former Pittsburgh Steelers team physician.

Bailes and his research team had also analyzed the brains of former NFL players such as Andre Waters and Terry Long, who both committed suicide. Bailes and his colleagues theorize that repeated concussions can lead to dementia, which can contribute to severe behavioral problems.

## Like It. Tweet It. Digg It.

**Watch Clips & Full Episodes**


**GOOD MORNING AMERICA**
Wednesday on 'GMA'


**GOOD MORNING AMERICA**
Dear 'GMA' Guru Viewer Interview: Fran and Liz


**GOOD MORNING AMERICA**
GMA: Oscar Nominees

See All GMA Full Episodes »

## Most Viewed →

Less Beef: Do Taco Bell Customers Care?

Investigating Healthier Happy Meals

State of the Union: Remembering the Tucson Tragedy

Taco Bell Defends Its Mixture of Seasoned Meat

TRANSCRIPT: State of the Union 2011

Oprah's Family Secret: The Emotions Behind the Revelation

PHOTOS: Jessica Biel Flaunts Bikini Bod

PHOTOS: Bristol Palin's New Mystery Man

PHOTOS: Oscar Nominations Are In!

More Popular News »

## ABC News on Facebook

"There is a constant theme in the failure of their personal lives, their business lives, depression and then ultimately suicide," Bailes said.

1 | 2   NEXT >

| **Related** | **GMA News** |
|---|---|
| ESPN: Head-Trauma Experts Want to Study Benoit's Brain | Advice Guru Search: Spotlight on Fran Harris |
| Watch: Mike Benoit's Search for Answers | Fact Check: Did Obama Keep 2010 Promises? |
| NFL Hits Concussion Issue Head On | Gayle King on Oprah: Best Friend on Family Secret |
| Benoit Battle Brewing: Who Gets the Cash? | Russian President: Airport Security Was 'Simply Anarchy' |

**More »**

### Follow Us

 Twitter     Facebook     Mobile     RSS

---

Print    RSS    FONT SIZE: A A A    SHARE:    Email    Twitter    Facebook    More

### Comment & Contribute

Do you have more information about this topic? If so, please **click here** to contact the editors of ABC News.

POST YOUR COMMENT

**Member Comments (66)**    View All Comments (66)

---

## Today in ABC News

ABC News Home »


Gabrielle Giffords' Condition Upgraded


Man Fired After Wearing Packers Tie to Work?


Tea Party State of the Union Response


State of the Union: Healthcare Bill

### ABC News Newsletters

E-mail Address
Select Newsletter
Breaking News ▼

SIGN UP NOW

More Newsletters »

---

## Headlines from Our Partners

**ESPN**

Ohio State pummels Purdue to remain unbeaten

Clips' Griffin downplays bruised elbow after loss

Barkley rips players who criticized Cutler

**AolNews.**

Opinion: Paul Ryan -- Rehabilitated, or Defanged?

Buzz Aldrin: 25 Years After Challenger -- A Rededication to Space

State of the Union Reaction Falls Along Party Lines

# EXHIBIT 22

# Benoit's Dad, Doctors: Multiple Concussions Could Be Connected to Murder-Suicide

By ROXANNA SHERWOOD
Sep. 5, 2007

Chris Benoit, the world-famous wrestler, was an enormous public success, but Benoit also appeared to be a devoted parent, according to his father, Michael Benoit.

"What you saw in the ring was not the Chris Benoit on the outside," Michael told ABC's Bob Woodruff. "He loved to be at home, playing with his children. That's where he wanted to be."

So, when Michael first learned the horrific news of his son's death, the details made no sense to him.

"He phoned me on Father's Day, which was a week before [his death]. … And he said, 'Unfortunately, Dad, I'm on the road. It's Father's Day today, I wish I was home, with my family,'" Michael recalled. "A week later, we end up with this tragedy."

It was in his own home, over a June weekend, that the seemingly happy family man did the unthinkable. Benoit suffocated his wife and son, then killed himself, and his father is still shocked by what happened.

"We would've never, never dreamt that Chris was capable of doing this," he said.

Devastated in his grief, and plagued by unanswered questions, a surprising single phone call offered Michael a small ray of light. Four days after the tragedy, Michael says Chris Nowinski, of the Sports Legacy Institute, contacted him.

"I told him I think there was something worth investigating," said Nowinski. "That I thought brain injuries may have played a role in what happened … and it was worth doing the studies."

"I was grasping for anything," Michael said. "The world was very black. I mean, we were, we didn't even know how to deal with this."

## 'More Concussions Than He Could Count'

Nowinski has studied the long-term effects of concussions on the brain. It's a life mission for the former professional wrestler who has struggled with the effects of his own multiple concussions.

"It was the cumulative effects from all of [the concussions], combined with the fact that the last one — I didn't know that I needed to rest my concussion when I got it," Nowinski said. "So, for three weeks, I kept wrestling night after night with bad headaches, and in a fog every night, and it made that one a lot worse."

Nowinski knew he couldn't be the only wrestler suffering this way, and said he and Benoit had discussed their respective concussions.

"The reason that I … really wanted to look into this case was because Chris had told me that, you know, we talked about our concussion histories, that he had more than he could count," Nowinski said.

The Sports Legacy Institute has studied the brains of four NFL players who committed suicide, and found — in their opinion — that the players' brains were badly damaged, resulting in a dementia that, doctors say, looks similar to Alzheimer's. They speculate that the dementia, itself, may cause suicidal tendancies, and, possibly, even homicide.

Nowinski said that doctors have only recently begun to realize that "concussions can affect your brain in such a drastic way … at such a young age."

He added that molecular sections of Benoit's brain showed the same results as the other athletes who had all committed suicide. (Click here to read more on this story from ESPN The Magazine).


**Brain Trauma, Not 'Roid Rage?**

Dr. Julian Bailes, who works with Nowinski, examined Benoit's brain by using a unique staining method that highlights areas of trauma. The condition they found is called chronic traumatic encephalopathy, or CTE. Bailes said they found damage that was the result of "multiple traumatic injuries."

After Benoit's toxicology report showed positive for steroids, the initial thinking was that so-called "'roid rage" might have been behind what happened that fateful weekend.

"There's no consensus in the medical community that this issue of 'roid rage — uncontrolled violence, precipitated by seemingly normal life stressors — there's no consensus that that even exists," said Bailes.

"The changes that we see in his brain tissue were not caused by steroids. There's no medical evidence or research that's ever shown that anabolic steroids cause those dead neurons. Some people would even say that steroids are good for the brain, that they support the brain.

They don't destroy it."

"Everyone is pointing to steroids and drug abuse," said Michael Benoit. "It's my feeling now, that it's much more than that — that it's brain injury that has been causing these problems in the wrestling community."

Bailes says that the risk of brain damage begins after three concussions.

"Our research in football players is that it seems to be a cutoff at three," he said. "That with three or more major, or noted concussions, that that's where the risk really begins."

The get-back-in the-game mentality engrained in the culture of contact sports make this message a tough one to spread. Concussions often go undiagnosed — and sometimes even undetected — by those who suffer them, making the unchartered waters of studying their long-term effects all the more difficult.

This difficulty is, of course, compounded by the fact that one has to have died in order to be examined."

## 'Strange Behavior'

Researchers know that all five athletes who were studied showed disturbing behaviorial commonalities: seemingly happy dispositions turned sour, then, severe depression, and then, suicide.

"We certainly were aware, or have been made aware, of some issues that he was having, from some neighbors — of some strange behavior that was going on," Michael Benoit said. "He had started to wear a rosary around his neck … he wasn't all that religious a person."

A sudden shift toward spiritualty can be interpreted as the result of dementia.

"Right now, I don't know what role it played, but the fact that he became more religious at the end did set off alarms in my head," said Nowinski. "I had heard that Chris placed Bibles next to the body. That actually did raise red flags in my head, because … a few of our prior cases had become very religious, where they had not been, at the end of their lives."

The implications of the scientific findings are startling, but connecting the evidence to homicidal behavior is a distinct challenge.

"I think we don't have the answer," said Bailes. "I think Chris Benoit was an extreme example, obviously."

Could the condition of Benoit's brain have impacted what he did?

"That's a very hard question to answer," said Bailes. "The workings of the human brain, especially, when … violence of that type is carried out — I don't think anybody in science or medicine knows. But I do think … that it did have a major impact. And I think there are other cases where this sort of brain damage does have very abnormal, uncharacteristic behavior, extreme behavior, including suicide."

## 'Parents Shouldn't Have to Bury Their Children'

Bailes believes Benoit's trademark violent behavior in the ring didn't help.

"I think by now, everyone's seen the pictures of him jumping off the ladder, and jumping off the top rope, and being hit over the head with chairs," he said. "And so, none of that is good."

"There's a major safety issue in the wrestling industry today," said Michael Benoit. "When you start introducing ladders, and tables, and chairs, that's real — there's nothing fake about that. I asked [Chris] one time, I said, 'When you get hit in the head with a chair, does it hurt?' He said, 'You're damned right it does, Dad.'"

Benoit says he is angry about the way his son has been treated, and about what happened to him during his wrestling career.

"Let me put it this way. The company that I work for — the number one priority of the person that owns the company is the health and safety of the people that work in the company. I wish that the same could be said for the company that Chris worked for."

"Nightline" contacted World Wrestling Entertainment for a response, and they sent a statement. They called the analysis that concussions might have led to Benoit's murderous rampage, "speculative," and went on to say that "WWE can certainly understand the anguish of a father having to deal with the fact that his son allegedly murdered his wife and young son … We respect the desire of that father to do whatever he can to find some explanation."

"Wresting has got completely out of hand," said Benoit, who now asks the question that every parent who has lost a child to suicide asks: Why?

"He was a kind and gentle man," said Benoit. "We gotta remember that this story isn't only about my son. We lost our daughter-in-law. We lost our grandson. Parents shouldn't have to bury their children."

# EXHIBIT 23



**A FATHER SEARCHES FOR THE TRUTH CHRIS BENOIT'S DAD FINDS ANSWERS**

1,387 words
5 September 2007
ABC News: Good Morning America
English
(c) Copyright 2007, American Broadcasting Companies, Inc. All Rights Reserved.

GRAPHICS: GOOD MORNING AMERICA

GRAPHICS: CRAIG'S SECOND THOUGHTS

SENATOR LARRY CRAIG, MICHAEL CRAIG

TERROR PLOT, RAMSTEIN AIR BASE, TOY RECALL,  MATTEL, BOB ECKERT, FISHER-PRICE, GREGORY BRIDEWELL

STEVE FOSSETT, SIR RICHARD BRANSON

MICHAEL **BENOIT**, CHRIS **BENOIT**, DOCTOR JULIAN BAILES

'GOOD MORNING AMERICA"

GRAPHICS: GOOD MORNING AMERICA

CHRIS **BENOIT**, MICHAEL **BENOIT**, DOCTOR JULIAN BAILES, SPORTS LEGACY INSITUTE, BRAIN CONCUSSION

DIANE SAWYER (ABC NEWS)

(OC) But, first, we do wanna take you straight to the story that we told you about in the last half-hour. You heard about a father's quest and one doctor's answers. It was unfathomable when pro wrestler Chris **Benoit** murdered his wife, 7-year-old son Daniel and then took his own life.

DIANE SAWYER (ABC NEWS)

(VO) As you heard, behavior, the family says, so out of character for the man they knew. The only saving hope is to try to learn why.

DIANE SAWYER (ABC NEWS)

(OC) And we are joined now by Chris **Benoit's** father, Mike and Dr. Julian Bailes from the Sports Legacy Institute. And thank you, both for coming in.

GRAPHICS: A FATHER SEARCHES FOR THE TRUTH

GRAPHICS: CHRIS **BENOIT'S** DAD FINDS ANSWERS

DIANE SAWYER (ABC NEWS)

(OC) Mr. **Benoit**, I know that, you've said this quest began for you because the darkness is simply so deep, the sadness.

MICHAEL **BENOIT** (CHRIS **BENOIT'S** FATHER)

It is. It was a tragic event. We not only lost our son but our grandson, also Nancy.

DIANE SAWYER (ABC NEWS)

(OC) It is an extraordinary thing to decide that you will then take part of your son's brain and you will try to have it analyzed to see if science has answers. Is it just the hope that someone else will recognize dangers ahead? Is, is that how you came to this choice, this decision?

MICHAEL **BENOIT** (CHRIS **BENOIT**'S FATHER)

Well, first, we needed an understanding because the person that did this is not the, the man we know and love. He was a loving father, loved his wife, loved his children. We had no understanding of how this could have happened. So it was important for us to investigate to see if there was a possibility that there was something that went terribly wrong with him.

DIANE SAWYER (ABC NEWS)

(VO) As Bob Woodruff has told us in the last half-hour, Dr. Bailes, you think you have possibly some answers?

DIANE SAWYER (ABC NEWS)

(OC) I know nothing is definitive. But you think there's something that everybody at home should see, and it's, it's concussions, it has to do with concussions and the effect on the brain. Now, I wanted you to show everybody what you found when you took the brain tissue and you started to analyze it.

DOCTOR JULIAN BAILES (SPORTS LEGACY INSTITUTE)

Good morning. I will. We were very fortunate to have the work of Bennet Omalu, Chris Nowinski really lead to this request. And this is a healthy brain on the left and you see a, a very smooth background here, you see normal brain cells and no abnormal staining at all. Very, very consistent. Here, we see a very small section of Chris's brain. And you see these brown areas here against a very, very striking brown background here. And all of this area is staining for damaged brain cells. These are, are dead brain cells and their connection.

DIANE SAWYER (ABC NEWS)

(OC) And how much of this did you find?

DOCTOR JULIAN BAILES (SPORTS LEGACY INSTITUTE)

It was extensive throughout Chris's brain. It was striking and maybe shocking in, in the extent.

DIANE SAWYER (ABC NEWS)

(OC) Another, another example that you have, another contrast you have is the brain of an Alzheimer's patient. And you have said that this mimics some of the things you see in Alzheimer's patients, even in this young man?

DOCTOR JULIAN BAILES (SPORTS LEGACY INSTITUTE)

Well, it does, exactly. And here, here you see an Alzheimer's patient. Again, a very striking uptake of the brown dye. And this is the dye that you need to, to tell this protein, which indicates a previous damage. On the left, again, Chris's brain, showing these ghost of all neurons and their connections that you see here and here. So very abnormal. Something you should never see in a 40-year-old.

DIANE SAWYER (ABC NEWS)

(OC) So let's get to the bottom line here. Are you saying this morning that you think that concussions, which cause the kind of damage you've seen here in the brain, led to what Chris **Benoit** did?

DOCTOR JULIAN BAILES (SPORTS LEGACY INSTITUTE)

Well, we don't know for sure, certainly. But we think we have great anatomical damage here from previous trauma. We think that's the leading cause. And whether it had a psychiatric or behavioral expression, we certainly think that's most likely.

DIANE SAWYER (ABC NEWS)

**2007 Factiva, Inc. All rights reserved.**



(OC) But I have to ask you both about the steroids, because we did read in the toxicology report that there was evidence of steroid use. Why would this be the contributing factor and not that? We know about steroid rage.

DOCTOR JULIAN BAILES (SPORTS LEGACY INSTITUTE)

Well, we think that, that these changes are not due to steroids. That has never really been studied. But it's never been in the medical literature or any research that show that steroids does this to the brain. In fact, these were discovered in the 1920s, before steroids were even invented.

DIANE SAWYER (ABC NEWS)

(OC) And what does this say to you when you look at it, Mr. **Benoit**? And, also, what do you say to yourself about the combination of the steroid findings and what you've seen on these slides?

MICHAEL BENOIT (CHRIS **BENOIT**'S FATHER)

Basically, once the findings came out and I had the opportunity to talk to the doctors, we certainly had an understanding of, of what could have contributed to the tragedy that took place on that day.

DIANE SAWYER (ABC NEWS)

(OC) So you think, whatever the mysteries are inside it, that as far as you're concerned, this is a, this is a headline for everybody about what can happen to a brain under concussions?

MICHAEL **BENOIT** (CHRIS **BENOIT**'S FATHER)

That's what we believe. And we believe now that the work is so important, that the Sports Legacy Institute is doing, that it's, it, it can affect small children that are on a bike that may fall off, to young, young boys playing football.

DIANE SAWYER (ABC NEWS)

(OC) Do you know how many concussions Chris had over the yeas?

MICHAEL **BENOIT** (CHRIS **BENOIT**'S FATHER)

There was, there was quite a number.

DIANE SAWYER (ABC NEWS)

(OC) And do you know how many - concussions suddenly get you in a danger zone for behavioral change?

DOCTOR JULIAN BAILES (SPORTS LEGACY INSTITUTE)

Our, our research has shown that at three major concussions may be the threshold that serious later consequences may occur.

DIANE SAWYER (ABC NEWS)

(OC) Well, again, we're gonna have a lot more about all of this online, about your findings, because it does have implications for everybody at home and their children. And we do thank you for coming in this morning. Just one final word, Mr. **Benoit**. I know you've been talking to Chris's other children, to David, to Megan. What, what do you say to them about their dad and about what happened?

MICHAEL **BENOIT** (CHRIS **BENOIT**'S FATHER)

That their dad loved them dearly, and that what happened wasn't his fault.

DIANE SAWYER (ABC NEWS)

(OC) Again, as we said, a father's quest and one doctor's theory, one doctor's answers. Thank you again.



**2007 Factiva, Inc. All rights reserved.**

MICHAEL **BENOIT** (CHRIS **BENOIT'S** FATHER)

Thank you for having us.

DIANE SAWYER (ABC NEWS)

(OC) So painful, we know. And you can, of course, as we said, read more about this, and Bob Woodruff will have more about it as well on 'Nightline" right after your late news.

GRAPHICS: TONIGHT: CHECK LOCAL LISTINGS

GRAPHICS: NIGHTLINE

DIANE SAWYER (ABC NEWS)

(VO) Time now for the weather and Sam Champion.

Document GMA0000020070905e39500031

**2007 Factiva, Inc. All rights reserved.**

# EXHIBIT 24



factiva.

---

**BEHIND THE RAMPAGE WHAT DROVE CHRIS BENOIT TO MURDER-SUICIDE**

2,127 words
5 September 2007
ABC News: Nightline
English
(c) Copyright 2007, American Broadcasting Companies, Inc. All Rights Reserved.

GRAPHICS: NIGHTLINE

GRAPHICS: BEHIND THE RAMPAGE

CHRIS BENOIT, DOCTOR JULIAN BAILES, **SPORTS LEGACY INSTITUTE**, CHRONIC TRAUMATIC ENCEPHALOPATHY, STEROID AND DRUG USE

CYNTHIA MCFADDEN (ABC NEWS)

(OC) Good evening, I'm Cynthia McFadden. We begin with the search for answers at the wake of a gruesome tragedy. A husband, wife and their young child dead, an apparent double-murder suicide. When police found steroids on the scene, many assumed that explained it. The killer had flipped out because of drug use. Or might there be another explanation? The killer's father has embarked on a mission to find an answer. And he sat down with Bob Woodruff for an ABC News exclusive.

BOB WOODRUFF (ABC NEWS)

(VO) Chris Benoit, the wrestler, was an enormous public success with a career spanning decades. He was one of the most popular performers of his generation. To those who knew him privately, Chris Benoit also appeared to be a devoted family man.

MICHAEL BENOIT (FATHER)

He was a very kind, what, what you saw in the ring was not the Chris Benoit on the outside. He loved to be at home, playing with his, his children. That's where he wanted to be.

BOB WOODRUFF (ABC NEWS)

(VO) So when Chris's father, Michael, first learned of his son's death, the gruesome details made no sense.

MICHAEL BENOIT (FATHER)

He phoned me on Father's Day, which was a week before, and I said, you know, 'How you going? What are you doing?" And he said, 'Unfortunately, Dad, I'm on the road. It's Father's Day today. I wish I was home with my family." So a week later we end up with this tragedy.

BOB WOODRUFF (ABC NEWS)

(VO) Behind those closed doors this June, Chris Benoit did the unthinkable.

SCOTT BALLARD (FAYETTE COUNTY DISTRICT ATTORNEY)

The wife was bound on her feet and I think also on her wrists.

BOB WOODRUFF (ABC NEWS)

(VO) Over three days, he strangled his wife, suffocated his 7-year-old son, then killed himself.

BOB WOODRUFF (ABC NEWS)

(OC) Are you shocked to this day of specifically what happened?

**2007 Factiva, Inc. All rights reserved.**





MICHAEL BENOIT (FATHER)

Absolutely. Absolutely. We would've never, never dreamt that Chris was capable of doing this.

BOB WOODRUFF (ABC NEWS)

(VO) Plagued by grief and unanswered questions, Michael Benoit received a surprising phone call.

MICHAEL BENOIT (FATHER)

It was four days after the tragedy that Chris Nowinski of the **Sports Legacy Institute** contacted me.

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

I told him I - think there was something worth investigating, that - I thought brain injuries may have played a role in, in what happened and - it was worth doing the studies.

BOB WOODRUFF (ABC NEWS)

(OC) What did you think about it then?

MICHAEL BENOIT (FATHER)

I was grasping for anything. The world was very black. I mean, we were, we were, we didn't even know how to deal with this.

BOB WOODRUFF (ABC NEWS)

(VO) A former professional wrestler, Chris Nowinski has dedicated himself to studying the long-term effects of concussions after struggling with the effects of his own multiple concussions.

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

I didn't know that I needed to rest my concussion when I got it. So for three weeks, I kept wrestling night after night with bad headaches and in a fog every night and made that one a lot worse.

BOB WOODRUFF (ABC NEWS)

(VO) Nowinski knew he couldn't be the only athlete suffering in this way. He remembers, in fact, talking to Chris Benoit about the concussions they both had sustained in the ring.

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

The reason that I was, really wanted to look into this case was because Chris had told me that, you know, we talked about our concussion histories, that he had more than he could count.

BOB WOODRUFF (ABC NEWS)

(VO) So far, his **Sports Legacy Institute** has studied the brains of four former NFL players who committed suicide. They say they found brains so damaged from multiple concussions, they resembled those of Alzheimer's patients. They believe the brain damage and the resulting dementia may be an important factor in the suicides and possibly even homicide.

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

The problem here and sort of the lesson here is I don't think any of us, prior to very recently, have realized that concussions can affect your brain in such a drastic way, in such, at such young age.

BOB WOODRUFF (ABC NEWS)

(VO) With this new information, Benoit's family agreed to allow scientists to study Chris's brain.



**2007 Factiva, Inc. All rights reserved.**

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

When we did an examination on his brain, what we found was very similar to what we found in four previous NFL players.

BOB WOODRUFF (ABC NEWS)

(VO) Dr. Julian Bailes examined Chris Benoit's brain using a protein stain that highlights areas of trauma. It is evidence, Bailes says, of a condition called CTE, chronic traumatic encephalopathy.

BOB WOODRUFF (ABC NEWS)

(OC) As far as you know, it was the concussion to the brain that created this damage?

DOCTOR JULIAN BAILES (**SPORTS LEGACY INSTITUTE**)

It was multiple traumatic injuries, yes.

BOB WOODRUFF (ABC NEWS)

(VO) After the toxicology report found steroids in Benoit's system, speculation began that roid rage might have been behind what happened that fateful weekend.

DOCTOR JULIAN BAILES (**SPORTS LEGACY INSTITUTE**)

There is no consensus in the medical community that this issue of roid rage, uncontrolled violence, precipitated by seemingly normal life stressors. There's no consensus that that even exists. The changes that we see in his brain tissue were not caused by steroids. There's no medical evidence or research that's ever shown that anabolic steroids cause those dead neurons. Some people would even say that steroids are good for the brain, that they support the brain. They don't destroy it.

MICHAEL BENOIT (FATHER)

Everyone is pointing to steroids and drug abuse. It's my feeling now that it's much more than that, that it's brain injury that has been causing these problems in the wrestling community.

BOB WOODRUFF (ABC NEWS)

(VO) Brain injury and steroids. But could that lead to murder?

BOB WOODRUFF (ABC NEWS)

(OC) There, there are actually a lot people who say, 'Look, he, he killed somebody. He killed his child, his wife and then committed suicide." Is that what happens to people when they have brain problems, injuries?

DOCTOR JULIAN BAILES (**SPORTS LEGACY INSTITUTE**)

I think we don't have the answer.

CYNTHIA MCFADDEN (ABC NEWS)

(OC) When we come back, the effort to answer that very question.

COMMERCIAL BREAK

CYNTHIA MCFADDEN (ABC NEWS)

(OC) We return now to Bob Woodruff's report on the search for what may have driven the professional wrestler, Chris Benoit, to kill his wife and son, and then himself. We resume with an intriguing question. Did the blows to the head Benoit received in the wrestling ring fundamentally change his brain?

GRAPHICS: TRAUMA AND THE BRAIN

**2007 Factiva, Inc. All rights reserved.**



CLIP FROM "WORLD WRESTLING ENTERTAINMENT"

SPORTS COMMENTATOR (MALE)

Oh, my God, (inaudible) from behind by Chris Benoit.

BOB WOODRUFF (ABC NEWS)

(VO) The get back in the game mentality of professional athletes can make brain injury prevention difficult.

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

I got elbowed in the head and I had double vision. And I wouldn't, I refused to tag back in until my vision cleared.

BOB WOODRUFF (ABC NEWS)

(OC) And after you did that, did you go back and wrestle again quickly?

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

I finished the match. I got back in as soon as my vision cleared up.

SPORTS COMMENTATOR (MALE)

Oh, my God.

BOB WOODRUFF (ABC NEWS)



(VO) Concussions often go undiagnosed and sometimes even undetected by those who suffer them, making it all the more difficult to study long-term effects.

BOB WOODRUFF (ABC NEWS)

(OC) How many concussions would you allow before you give advice?

DOCTOR JULIAN BAILES (**SPORTS LEGACY INSTITUTE**)

Our research in football players, it seems to be a cutoff at three. That with three or more major or, or noted concussions, that that's where the risk really begins. In Chris's brain, we see multiple areas...

BOB WOODRUFF (ABC NEWS)

(VO) Researchers that studied the brains of NFL players, and now that of wrestler Chris Benoit, believe all the athletes showed the same disturbing behavior pattern, seemingly happy dispositions turned sour, then severe depression, and finally, suicide.

MICHAEL BENOIT (FATHER)

We certainly were aware, or have been made aware of some issues that he was having from some neighbors, and that of some strange behavior that was going on.

CHRIS NOWINSKI (**SPORTS LEGACY INSTITUTE**)

When I had heard that, that Chris placed Bibles next to the body, that actually did raise red flags in my head because a lot, a few of our prior cases had become very religious, where they had not been, at the end of their lives.

BOB WOODRUFF (ABC NEWS)

(VO) The implications of scientific findings are startling. But connecting the evidence of brain damage to homicidal behavior is precarious business.

**2007 Factiva, Inc. All rights reserved.**

BOB WOODRUFF (ABC NEWS)

(OC) Do, do you believe, as a doctor, that the condition of his brain, the way you discovered it, had an impact on what he did – when he killed two people and committed suicide?

DOCTOR JULIAN BAILES (**SPORTS LEGACY INSTITUTE**)

That's a very hard question to answer. And the workings of the human brain, especially when in violence and violence of that type is carried out, I don't think anybody in science or medicine knows. But I do think, to answer your question, that it did have a major impact. And I think there are other cases where this sort of brain damage does have very abnormal, uncharacteristic behavior, extreme behavior, like in suicide.

SPORTS COMMENTATOR (MALE)

Oh, boy here up 'til down, Crippler Crossface.

BOB WOODRUFF (ABC NEWS)

(VO) And Chris Benoit's trademark violent antics in the ring certainly didn't help.

DOCTOR JULIAN BAILES (**SPORTS LEGACY INSTITUTE**)

But I think, by now, everyone's seen the pictures of him jumping off the ladder, and jumping off the top rope, and being hit over the head with chairs. And so none of that is good.

MICHAEL BENOIT (FATHER)

There's a major safety issue in the wrestling industry today.

SPORTS COMMENTATOR (MALE)

Bad blood between these two guys.

SPORTS COMMENTATOR (MALE)

When you start introducing ladders, and tables, and chairs, that's real. I asked him one time. I said, 'When you get hit in the head with, with a chair, does it hurt?" And he said, 'You're damn right it does, Dad."

BOB WOODRUFF (ABC NEWS)

(OC) Are you angry about what happened to him during his, his wrestling life?

MICHAEL BENOIT (FATHER)

Yes. Let me put it this way. The company that I work for, the number one priority of the person that owns the company is the health and safety of the people that work in the company. I wish that the same could be said for the company that Chris worked for.

BOB WOODRUFF (ABC NEWS)

(VO) We contacted World Wrestling Entertainment for a response. They sent along a statement saying the analysis that concussions might have led to Benoit's murderous rampage was speculative, and went on to say, 'We respect the desire of that father to do whatever he can to find some explanation."

MICHAEL BENOIT (FATHER)

Wrestling has got completely out of hand. It's really not a true form of wrestling. They've brought in what they call this, this hardcore for the shock effect now. If you get hit in the head with a chair often enough, in the end, it's gonna cause problems.

BOB WOODRUFF (ABC NEWS)

(VO) Michael Benoit is asking the question that every parent who has lost a child to suicide asks, why? And

**2007 Factiva, Inc. All rights reserved.**




perhaps he has found his answer. But one truth is painfully evident.

MICHAEL BENOIT (FATHER)

He was a kind – and gentle man. We – we got to remember that this story isn't only about my son. We lost our daughter-in-law. We lost our grandson. Parents shouldn't have to bury their children.

CYNTHIA MCFADDEN (ABC NEWS)

(OC) Bob Woodruff with a tragic story and the search for answers. When we come back, behind the scenes.

GRAPHICS: BEHIND THE SCENES

CYNTHIA MCFADDEN (ABC NEWS)

(VO) In the road to the White House, meet the man who tells Hillary Clinton how she's doing in the polls and whose vote she'll need to become president.

COMMERCIAL BREAK

ANNOUNCER

'Nightline" continues from New York City with Cynthia McFadden.

Document NLNE000020070906e39500002



2007 Factiva, Inc. All rights reserved.

# EXHIBIT 25



## Brain Damage May Have Caused Wrestler Chris Benoit to Kill Family, Doctor Says

**Wednesday, September 05, 2007**

Associated Press

ATLANTA —

A doctor who examined brain matter from former pro wrestler Chris Benoit said Wednesday that the wrestler had brain damage from multiple concussions that was consistent with what's seen in Alzheimer's patients.

Doctors said the damage from years in the ring may have been a leading cause for Benoit killing his wife, children and himself at their Atlanta-area home in June.

The Sports Legacy Institute, an organization that advances health and wellness of athletes, coordinated the testing using samples of Benoit's brain tissue provided by the Georgia Bureau of Investigation — with the permission of Benoit's father.

ADVERTISEMENT

Despite the results, Dr. Robert Cantu, a member of the institute and chief of neurosurgery service at Emerson Hospital in Concord, Mass., said there was no way to know for sure if the concussions Benoit suffered caused the murder-suicide.

Cantu did say that the brain injury Benoit suffered can cause depression and irrational behavior.

Cantu said Benoit's brain showed the same degenerative processes that doctors working for the institute found in the brains of three National Football League players who committed suicide.

He said there were abnormal protein deposits caused by trauma to Benoit's brain.

Cantu also said there's no evidence so far that steroids contributed to the attack.

Anabolic steroids were found in Benoit's home, and tests conducted by authorities showed Benoit had roughly 10 times the normal level of testosterone in his system when he died.

Click here for MyFoxAtlanta's report on this story.

SEARCH 

**Click here for FOX News RSS Feeds**

**Advertise on FOX News Channel, FOXNews.com and FOX News Radio**
Jobs at FOX News Channel.
Internships At Fox News (Summer Application Deadline is March 15, 2007)
Terms of use.  Privacy Statement.  For FOXNews.com comments write to

# EXHIBIT 26

Factiva                                                                Page 1 of 4



News; Domestic
**Interview With Richard Branson**
John Gibson
2219 words
5 September 2007
Fox News: The Big Story w/ John Gibson
English
© 2007 FOX News Network, LLC. All rights reserved.

GIBSON: I'm John Gibson. Thanks for watching THE BIG STORY. A new update now on the big search for missing millionaire daredevil Steve Fossett. Today, rescuers have been concentrating on a smaller, 600-square- mile area in Nevada where they think the aviator and adventurer might be. Luckily, conditions are much better weather wise for the rescue effort than they were yesterday and search teams may be getting help soon from billionaire Richard Branson, a friend of Fossett's and fellow daredevil. Branson has called his contacts over at Google to see if they can help find Fossett with their global satellite imagery maps like Google Earth. Fossett, a 63-year-old world record holding pilot took off Monday alone in the single-engine plane, about 70 miles from Reno.

With me now on the phone is billionaire adventurer Richard Branson, a friend of Steve Fossett. Mr. Branson, thank you very much for joining us. How do you think Google might help in this search?



RICHARD BRANSON, BILLIONAIRE ADVENTURER: Well, at the moment there are teams out there looking everywhere for him. What we're hoping to do is to go back over the last five days of satellite pictures to try to work out which direction the plane was going and then, to see whether there was anything unusual between one day and another day on the satellite pictures. Basically, we just have to try everything to find him because the longer he is out in the desert, obviously the more dangerous it is.

GIBSON: Mr. Branson, this is a good friend of yours. He flew your global flier around the world non stop without refueling, setting a record. You have a lot of experience with him. If he went down in bad conditions, is he tough enough to survive until rescuers can find him?

BRANSON: Absolutely, he's the toughest person in the world. There would be nobody more likely to survive than him, if he was alive when he hit the ground, I'm absolutely certain that he will be alive when we find him. Having said that, the desert is an unfriendly place and obviously we must try to get to him as soon as possible.

GIBSON: Do you find it sad, ironic, the guy flies around the world non stop and goes missing on nothing more than just, almost a reconnoitering flight over the desert?

BRANSON: It's certainly ironic, but we certainly aren't giving up hope. He was looking to find a sight to try to break the world's land speed record. Now that is seriously dangerous. But, he felt that he had the technology and the (INAUDIBLE) to do it. I still, in my gut, my gut feeling is that we will find him and he will be alive. He is the greatest aviator in the world. He is the greatest fighter pilot in the world, and this plane is capable of gliding if the engine, if he had ran into engine trouble. So somewhere out in the desert I think he is waiting to be picked up.

GIBSON: Richard Branson, Virgin Atlantic Airlines of course, billionaire adventurer, Mr. Branson thank you very much for your time. BIG STORY correspondent Douglas Kennedy has more on the flight, we are all hoping wasn't Fossett's last. And the other ones have put him in the history books, Douglas.

DOUGLAS KENNEDY, BIG STORY CORRESPONDENT: Yeah John, put him in the history books dozens of times over. His friends say if there was a record to break, Steve Fossett wants to break it. They call him adventurous but not foolish.



(BEGIN VIDEOTAPE) KENNEDY (voice-over): Steve Fossett has been called a daredevil, breaking or holding 116 world records in sailing, flying, and hot air ballooning. But his friends say he does not embrace risk for risk's sake.

JOHN KING: He accepted risk. He was not a risk seeker. What he had to do was identify and manage the risks of all of the record setting things that he was doing, but the purpose wasn't risk. The purpose was to achieve a goal.



KENNEDY: Still, Fossett is known worldwide for his larger than life embrace of adventure, both on the sea and in the air. Many of his quests put him in harm's way, like when his generator failed on a 2006 round the world trip which turned out to be the longest non-stop flight in aviation history.

STEVE FOSSETT, MISSING ADVENTURER: I think it was a difficult flight. Really lucky to make it to the end and get credit for the record.

KENNEDY: And it took Fossett six tries to be the first to circumnavigate the globe in a hot air balloon. A few of the failures found Fossett needing to be rescued.

FOSSETT: I actually said out loud, I'm going to die.

KENNEDY: Something his friends say he was constantly thinking about.

PAT ARBOR, FOSSETT'S FRIEND: Steve is always prepared, he's very cautious, very conservative. But I think prepared is the operative word.

KENNEDY: Which is why many have had faith in Fossett's ability to beat the odds, even lost for days in the Arizona desert?

ARBOR: He has great survival instincts. I have seen him in all kinds of situations where he can extricate himself very easily.

KENNEDY: Those survival skills got put to the test in 2005 when the then 60-year-old almost ran out of gas on his record setting 67 hour trip around the world. But with all the world records his friends say his main ambition was to live.



FOSSETT: You're a really lucky guy now.

KENNEDY: They say his adventures were much more about being alive than cheating death.

KING: That's how he wants to live life is to embrace life. I think really it's more of a case of he is just a hard wired achiever. And if there is a goal out there that he could achieve that hasn't been accomplished yet, he is just hard wired to do it.

(END OF VIDEOTAPE)

KENNEDY: A behavior they say he did not learn but was born with. His friends hope it's a behavior that will help him stay alive until he can be rescued. Something John we are all hoping for tonight. GIBSON: We are indeed, Douglas Kennedy, thank you. Meantime, the big investigation. Doctors now say that brain damage may have caused pro wrestler Chris Benoit to snap. According to researchers, the damage was likely caused by multiple concussions Benoit suffered while wrestling in the ring. But Benoit's family is breathing a small sigh of relief saying the test results help explain the violent killings. (BEGIN VIDEO CLIP)

MICHAEL BENOIT, CHRIS BENOIT'S FATHER: To my knowledge there are no records that exist that would cover concussions that Chris may have had while he was wrestling. We just couldn't believe that our son, that the person we know, could have been involved in this horrendous act that ended up costing the lives of not only himself, but our daughter-in-law and our grandson.

(END OF VIDEO CLIP) GIBSON: Up until these new findings there was a lot of speculation about the role steroids might have played in the tragic murder- suicide. Steroids and prescription drugs were found in Benoit's home and Benoit's doctor prescribed the **WWE** star a massive amount of anabolic steroids. Steroids or wrestling, which is it? With me now, Kimberly Guilfoyle, host of the FOX show, "THE LINEUP." So, first of all, this whole business of taking a look at his brain, what was that all about?



KIMBERLY GUILFOYLE, "THE LINEUP" HOST: That's about providing some comfort and understanding to his family. His father really was at such a loss when he found out this happened, this tragedy, that his son killed himself and killed his grandson and killed the wife. He thought, how could this happen, my whole family wiped out like this. So he wanted to get some answers, and what he did was he was able to got some of the brain tissue and provided it to a researcher, a researcher that has worked with NFL players and studied the brains of two other NFL players

Factiva                                                                                          Page 3 of 4


who committed suicide where they believed that there was a tie-in to their profession and due to the brain injuries that they suffered, much like Benoit.

GIBSON: What did they find when they looked at the brain?

GUILFOYLE: Well what they found out that this man, Chris Benoit, had the brain of an 85-year-old Alzheimer's patient. So his brain basically showed these brown spots that were little dangled webs, like little masses, where his brain basically was just falling apart from the injuries.

GIBSON: Benoit, brain damaged, was it wrestling or roids?

GUILFOYLE: I like to think that it's a little bit of both, it's wrestling because that's where he suffered this extensive brain damage and injury that they believe resulted or at least in part with what happened with this tragedy, but also the steroids. We do know that he was taking a large amount of anabolic steroids, so I think it's very difficult for science to separate and only identify one as being the primary or single cause of what happened in that tragedy.

GIBSON: Kimberly Guilfoyle, host of the FOX program "THE LINEUP." Kimberly, thank you. GUILFOYLE: All right, thanks John.

GIBSON: Time for big politics. It's a big night in New Hampshire tonight. GOP presidential candidates who go head to head in the first nationally televised Republican debate, seen here live on FOX NEWS. All the regulars, Giuliani, McCain, Romney will be on hand. But everybody is talking about the big no-show, former senator, "Law & Order" star Fred Thompson. Instead, Thompson plans to run a campaign add right before the start of the debates and then he is expected to make the big announcement on "The Tonight Show with Jay Leno" that he is officially entering the race to the White House. FOX's Griff Jenkins live right now in New Hampshire with all the latest. Now Griff, Thompson is evidently going to jump in. We know this because there is going to be an add running right before the debates, check that. And we know that there is going to be an announcement on Jay Leno. We heard Jay talk about it last night. Why do people there think he is not there?

GRIFF JENKINS, FOX NEWS: Well bottom line, John, the Thompson campaign is gambling. They have taken the choice to go national. They are not worried about the hits they'll take locally. People aren't happy. It gives time for other candidates to make fun of him. But you know gambling by waiting this long to get in has landed him number two nationally behind Giuliani. The gamble is -- and I spoke to the Thompson campaign, I spoke to spokesman Jeff Sadasky who told me, "The more personal we make this announcement, the more it will resonate with voters across the country." So we will wait to see if that happens in a month from now. And don't forget too, the dot com element, Fred08.com is where the official campaign announcement comes out tomorrow.

GIBSON: Griff, is he afraid to be in front of the other candidates and have them jab him a bit?

JENKINS: Not at all, it's just that Sadasky, the spokesman there told me that Thompson has learned from past campaigns he does best in one on one conversations with voters, not being attacked on day one of the campaign. And so he is going to try and make up some lost time in Iowa and New Hampshire, and South Carolina, and Florida by doing personal town hall visits and that sort of thing.

GIBSON: FOX's Griff Jenkins up in New Hampshire. Griff, thanks a lot. JENKINS: Thanks John. GIBSON: Be sure to watch the GOP presidential debate tonight at 9:00 eastern right here on the FOX NEWS CHANNEL. You can also email us your questions for the candidates to debate@foxnews.com. Coming up, another toy recall for the world's top toy maker, Mattel. The third one in five weeks. Should you be concerned about all the products made in China? Then, controversy already. How Whoopi Goldberg is already making waves on "The View." That's ahead on THE BIG STORY. (COMMERCIAL BREAK)

END


Content and Programming Copyright 2007 Fox News Network, LLC. ALL RIGHTS RESERVED. Transcription Copyright 2007 Voxant, Inc. ( www.voxant.com), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Fox News Network, LLC'S and Voxant, Inc.'s copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.

Factiva                                                          Page 4 of 4

 Document FXJG000020070906e39500005

© 2007 Factiva, Inc. All rights reserved.



# EXHIBIT 27



○ Web  ◉ MSNBC  [                    ]
**Search**

Make MSNBC Your Homepage | MSN Home | Hotmail | Sign In



Home » Sports » Other Sports

# Doctor: Concussions factor in Benoit killin

**Steroids use still a possible key cause of wrestler's suicide, murde**

AP **Associated Press**
Updated: 2 hours, 27 minutes ago

ATLANTA - Pro wrestler Chris Benoit suffered brain damage from his years in the ring that could help explain why he killed his wife, son and himself, a doctor who studied Benoit's brain said Wednesday.

The analysis by doctors affiliated with the Sports Legacy Institute suggests repeated concussions could have contributed to the killings at Benoit's suburban Atlanta home.

The wrestler's father, Michael Benoit, told reporters Wednesday that he knows his son had concussions because his son told him so. But he also said he knows of no medical records or records kept by the wrestling league to support the diagnosis.

Story continues below ↓

advertisement

### Sports

Scores, Schedules
Baseball
NFL
College football
Notre Dame Central
NBA
Tennis / U.S. Open
NHL
Golf
NASCAR / Motors
College basketball
Soccer
Horse racing
Other sports
Fan zone
Slide shows
Fantasy Sports

**Video**
**U.S. News**
**Politics**
**World News**
**Business**
**Sports**
**Entertainment**
**Health**
**Tech / Science**
**Travel**
**Weather**
**Blogs Etc.**
**Local News**

🎥 **MSNBC video**



**Launch**

**Doctor: Wrestler had brain injury**
Sept. 5: Tests done on the brai
wrestler Chris Benoit show a pa
concussions that led to increase
NBC's Rehema Ellis reports.

MSNBC

**Inside msnbc.com sports**

| | |
|---|---|
| **Scores, schedules** | **Sport** |
| **Message boards** | **Game** |
| **Fantasy sports** | **Team** |
| **Whine of the Week** | **Trans** |

Newsweek
Multimedia
Most Popular
NBC NEWS
Today Show
Nightly News
Dateline NBC
Meet the Press
MSNBC TV
MSNBC Classifieds
Shopping
Start a Business
from Entrepreneur.com
Dating
with Perfectmatch.com
Real Estate
with HomePages.com
Earn a Degree
while you work!
Investments
$7 online stock buys
Cars & Trucks
from MSN Autos
• Disable Fly-out ⓘ



Trash Talk          JT Th
Week in Pictures    Answ
                    Agre

**Most Popular**

Most Viewed  ·  Top Rated  ·

Ohio Rep. Gillmor found
Doctor: Concussions factor in B
Germany arrests 3 over alleged a
Air Force official rapped after nu
Grin and Bear It
Most viewed on MSNBC.com

Advertisement

**MSN SHOPPING**



**Home theater**
• TV & video
• LCD Televisions
• High-def TVs
• Plasma TVs

Steroid use also has lingered as a theory behind the killings, since anabolic steroids were found in Chris Benoit's home and tests conducted by authorities showed Benoit had roughly 10 times the normal level of testosterone in his system when he died.

The institute, which researches the long-term effects of concussions, coordinated the testing using samples of Benoit's brain tissue provided by the Georgia Bureau of Investigation.

The Waltham, Mass.-based institute's president is former pro wrestler Christopher Nowinski, who has said he had to quit the ring after a kick to the head. Nowinski still has ties with World Wrestling Entertainment Inc., which runs the league he and Benoit were in.

A lawyer for Stamford, Conn.-based WWE did not immediately return a call Wednesday seeking comment. The company has maintained steroid use did not cause Benoit to snap.

Despite the results of the institute's tests, there was no way to know if Benoit's concussions contributed to the murder-suicide, said Dr. Robert Cantu, a member of the institute who also is chief of neurosurgery service at Emerson Hospital in Concord, Mass.

"Whether it is the sole factor I believe is speculation and I will not go there," Cantu said by phone.

The level of brain damage Benoit had can cause depression and irrational behavior, Cantu said.

Benoit's brain showed the same degenerative processes that doctors working for the institute found in the brains of three men who had

**RESOURCE GUIDE**

Dating - Get two months free!
Find your dream home today!
Find a business to start
Fast $7 trades, no limit
Home Equity
Wells Fargo

Earn a Degree
while you work!
Shopping
Find Your Next
Car

Sponsors:



played pro football and committed suicide, Cantu said. There were abnormal protein deposits caused by trauma to Benoit's brain, Cantu said.

There's no evidence that steroid use causes such protein deposits, Cantu said, though he noted the issue has not been exhaustively studied.

Investigators allowed the institute to test Benoit's brain tissue with the permission of his father, who lives near Edmonton in Ardrossan, Alberta.

Michael Benoit said Wednesday that he agreed to the testing because murder-suicide was out of character for his son. He also disclosed that after the killings, he discovered a diary written by his son that showed his son was having problems.

"After reading the diary, I would have thought it was written by someone who was extremely disturbed at the time," Michael Benoit said.

He did not elaborate, but he did say a friend told him that prior to the murder-suicide, Chris Benoit had been wearing a rosary, which he said was also out of character.

"I think it's the extreme that is in the wrestling industry today," he told reporters. "The human skull is not built to get hit by a chair or something."



**Slide show: Week in Sports Pictures**



**Aug. 27 - Sept. 2**
A motorcycle mash, mad Mets, super Serena and more

Launch

The father said he has not discussed with his attorney whether to take any legal action against the WWE or anyone else in the case. His attorney, Cary Ichter, said that at a later time he "will give thoughtful consideration" to appropriate steps to take in the "legal arena."

Nowinski said concussions can happen in pro wrestling even though many of the moves are staged.

"I got four concussions in three years as a professional wrestler," said Nowinski, who works for the WWE on its initiative to encourage young

people to vote. "A lot of concussions happen from mistakes."

Prosecutors have said Benoit, 40, strangled his wife with a cord, used a choke hold to strangle his 7-year-old son, placed Bibles next to the bodies and hanged himself on a piece of exercise equipment the weekend of June 22.

Authorities have said Benoit's personal doctor, Phil Astin, prescribed a 10-month supply of anabolic steroids to Benoit every three to four weeks between May 2006 and May 2007. Astin has pleaded not guilty to federal charges of improperly prescribing painkillers and other drugs to two patients other than Benoit.

**ALSO ON THIS STORY**

_Discuss: Sound off on sports message boards

© 2007 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**Rate this story** Low ☆☆☆☆☆ High

Current rating: **3.5** by **145** users    • View Top Rated stories

Print this      Email this      Blog this      IM this

**MORE FROM OTHER SPORTS**

Next →   **Ford biggest question mark for WNBA finals**

**U.S. women gymnasts win gold in crazy finish**

Top MSNBC stories      NBC News highlights

# EXHIBIT 28



**EDITION: U.S.**
INTERNATIONAL
MÉXICO
ARABIC

TV:
CNN
CNNi
CNN en Español
HLN

Sign up
Log in

[SEARCH]

Home
TV & Video
CNN Trends
U.S.
World
Politics
Justice
Entertainment
Tech
Health
Living
Travel
Opinion
iReport
Money
Sports

# TRANSCRIPTS   Transcript Providers

[Shows By Category:]

Return to Transcripts main page

**ANDERSON COOPER 360 DEGREES**

Germany Foils Suspected Terror Plot; Embattled Idaho Senator Having Second Thoughts?; What Drove Wrestler Chris Benoit to Kill?

Aired September 5, 2007 - 22:00 ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

ANDERSON COOPER, CNN ANCHOR: Welcome to all our viewers around the world on CNN International. It was like something out of a Hollywood thriller, but the threat apparently was very real. German authorities penetrate what they're calling an al Qaeda-connected terror cell. They discover what they believe is a deadly plot against American lives. They even managed to secretly replace bomb-making ingredients with harmless chemicals. It's all coming to light now. And we will have the latest on that tonight.

Also ahead, most of his fellow Republicans don't like it, but Senator Larry Craig is having second thoughts about stepping down. He's lawyering up, getting ready to fight. The question is, what are his chances to undo his guilty plea and repair the damages from his bathroom bust?

And later, what drove pro wrestler Chris Benoit to kill his family, then himself? You have heard the rumors of steroid use. Now we're learning there is striking evidence of something else, something in his brain.

We begin tonight with the alleged plot against Americans in Germany, three people arrested so far. German authorities say they have been watching them now for months. And adding to the intrigue and the questions, one of them was actually arrested once before and then later set free.

But it's -- it's what the men were doing when police nabbed them that we are all focusing on right now, allegedly in the final stages of a plot designed to kill hundreds of people.

(BEGIN VIDEOTAPE)

COOPER (voice-over): If German authorities are correct, this man marked Americans for death. You're looking at one of the three terror suspects accused of plotting a massive and imminent attack on U.S. targets across Germany.

Police are investigating whether their hit list may have included the sprawling Ramstein Air Base, the U.S. air command center in Europe, and home to the largest American community outside the U.S., and whether other attacks may have been aimed at Frankfurt Airport and nightclubs frequented by Americans.

According to German officials, the suspects are in their 20s and have been under surveillance for six months. Two are Germans who converted to Islam. The third is from Turkey. Officials say one of the men was arrested last year for spying on a U.S. military installation in Germany. All three allegedly received training at camps in Pakistan.

Reaction from Washington was swift.

MICHAEL CHERTOFF, HOMELAND SECURITY SECRETARY: It is a sobering reminder of the fact that, six years after 9/11, the intent of al Qaeda and its allies to wage war on the West remains very much unabated.

COOPER: German officials called the accused very dangerous, highly professional terrorists. They said the terror cell was going to use these containers filled with 1,500 pounds of hydrogen peroxide to set off car bombs.

The developments follow yesterday's terror raids in Denmark, where eight suspected Islamic extremists were taken into custody. While European Union officials see no link between the two arrests, some experts are concerned about the potential.

WILL GEDDES, SECURITY EXPERT: A lot of these groups are looking to up the ante. What more effective, potentially, could there be than to coordinate attacks in two separate countries at the same time?

(END VIDEOTAPE)

COOPER: Well, with us now out of Frankfurt Airport, just northeast of Ramstein Air Base, is CNN's Paula Newton.

Paula, one of these suspects, it was said, was arrested earlier this year. Why was he released?

PAULA NEWTON, CNN INTERNATIONAL SECURITY CORRESPONDENT: You know, we came here to check that story out ourselves a few months ago. You know, American families here were quite concerned about it. Everyone put it down to even some kind of judicial mistake.

Right now, Anderson, it looks like no mistake, but something that was done deliberately by authorities, so that they could tail this man, tail him for more than six months.

It is crucial, Anderson, that, in trying to investigate these kinds of plots, that they infiltrate the plots, know all they can about it.

COOPER: That's fascinating.

So, and we may not -- you may not know the answer to this. It might not be known publicly. Were they tailing him before the arrests, or did they just decide, after they arrested him, you know what, we will release him and tail him, or -- or had the operation already begun?

NEWTON: It seems that they were alerted to this, and that's when the operation began. And we know, from a lot of the investigations we have covered in Britain, this is how it all starts.

You know, Anderson, if you're going to beat al Qaeda at its own game, you need to play by some different rules. And, as you mentioned before, quite daring of them to actually replace hydrogen peroxide with a weaker substance, and then continue to tail them and figure out what they were up to.

COOPER: Paula -- Paula, thanks for the reporting.

Some perspective now on the scope of the suspected plot, al Qaeda connections and all the rest. Joining us now is Stephen Flynn, senior fellow of the Council on Foreign Relations and author of the great book "The Edge of Disaster," also terrorism analyst Paul Cruickshank of the New York University Center on Law and Security.

Good to see you both. Thanks for being on the program.

Stephen, how -- how real was this threat?

STEPHEN FLYNN, SENIOR FELLOW IN NATIONAL SECURITY STUDIES, COUNCIL ON FOREIGN RELATIONS: Well, I think it's quite real.

It just shows that the terrorist threat is metastasizing and, increasingly, it has a European footprint. The connection to Iraq is becoming -- and even Pakistan and Afghanistan -- is becoming somewhat tenuous, because these people are sort of self-actualized, self- radicalizing themselves.

And the tools for carrying out terror, which are in this case conventional explosives for a car bomb, you know, are now sort of widely available. So, these kind of attacks, we can keep on expecting, not just in Europe, but elsewhere.

COOPER: You know, Paul, Stephen mentions Iraq and Afghanistan. Germany is not in Iraq. They have a small presence in Afghanistan. So, why target Germany? I mean why have this action in Germany?

PAUL CRUICKSHANK, FELLOW, CENTER ON LAW AND SECURITY: Well, the targets in Germany were primarily American targets. This group had what German authorities describe as a profound hatred for American citizens.

So, there was American targets. This group was clearly operationalized in Pakistan. They were self-radicalized in Germany.

(CROSSTALK)

COOPER: How big a problem are -- is homegrown terrorism in Germany? I mean, the Hamburg cell, part of the 9/11 hijacking plot, was plotted in Hamburg.

CRUICKSHANK: It's a -- it's a real problem in Germany that, obviously, three of the 9/11 pilots were from Hamburg. They were obviously Middle Eastern, but students in Hamburg. Many, sort of maybe a couple of dozen German citizens, had travelled to Iraq and back. So, Germany has had a problem with homegrown terrorism. But the crucial thing here is that -- the fact that -- that they have gone to Pakistan. They have got the training there. It was exactly a year ago that President Musharraf signed a peace deal with militants in western Pakistan. And it was after that period, in December of 2006, according to German authorities, that two of these three individuals went and trained in Pakistan.

COOPER: Do -- do we know -- and I will ask this to either of you -- do we know how well people are tracked when they go to Pakistan? I mean, if a -- if a German citizen goes to Pakistan, does that light up somewhere on someone's radar, and -- and they start watching this guy? Do -- do we know?

CRUICKSHANK: I think it's very, very difficult for intelligence services to track people in Pakistan, but there are attempts to do it, but it's very, very difficult to do it over there.

When people leave Germany, they can do it in certain ways, you know, mobile phone intercepts and so on and so forth. But to actually track people in Pakistan with human intelligence, they have rely more on the Pakistani security services. And cooperation, obviously, there is crucial.

COOPER: What about cooperation, Stephen, between German authorities and U.S. authorities?

I mean, German authorities pretty -- seem, at least in this, pretty efficient to come up with this idea to release the guy after his early arrest, and then follow him. And to be able to follow them successfully, and even replace chemicals seems like a pretty high-tech operation.

FLYNN: Yes. I think this is one of the important takeaways. While the threat remains real, but it turns out to be one of the most effective tools for confronting it is good law enforcement.

It's not all about our men and women, as brave as they are, and being in Iraq. And, clearly, cooperation is key when we're talking about, in this case, U.S. targets being in Germany. But I think this speaks very well of the law enforcement effort to go after -- not only go after these folks, but really try to follow the plot all the way through. And, so, ideally we have got a pretty good sting going on.

COOPER: It's interesting, Paul, as we look at a couple of these plots. I mean, you look, going back to the subway bombers in London, to these guys, even though they're -- they're homegrown, even though they're radicalized in Europe, either in London or in -- in Germany, they need a connection to Pakistan. They need to actually go there to get training.

Why is that? I mean, you read, oh, it's really easy to build a bomb from reading on the Internet. Is that not the case?

CRUICKSHANK: Well, I think the idea that it's easy to build a bomb on the Internet is overblown. COOPER: It's overblown?

CRUICKSHANK: It's absolutely overblown. It's very, very difficult.

And these individuals in Germany were handling hydrogen peroxide, which is very unstable, very, very difficult to manipulate. They were sort of using the same techniques as the July 7 bombers used. They were using exact -- exactly the same sort of substance.

COOPER: So, hydrogen peroxide was used in the London bombings?

CRUICKSHANK: Exactly. It's become an al Qaeda signature ingredient to use in these attacks. But you can only use hydrogen peroxide in quite small quantities, because it's so unstable.

So, the idea they could blow up a whole U.S. Air Force base, again, is perhaps exaggerated. But, certainly, they could have targeted discos. They could have had carnage in Frankfurt Airport.

COOPER: Right. A bomb in a disco in -- somewhere in Berlin could cause, you know, havoc.

What are the other takeaways, Stephen? I mean, why is all this happening now? Is it just the 9/11 anniversary? You have this plot foiled. You have -- there was an arrest in Denmark last week. Just coincidence?

FLYNN: No. Certainly, anniversaries are quite important for the terrorists. It's a part of saying, we're still in the fight.

And, you know, they do have limited resources. They can't attack everything at once. So, they tend to repeat patterns. Like, this case, it looked like they were building a car bomb or some efforts that basically would take out discos. So, we get repeat behaviors.

But I think the real takeaway remains that it turns out to be, one of the ways you prevent this is good law enforcement, and also civil engagement. Going back to the failed car bombings in London this past summer, you know, this was a case of an on-the-ball ambulance driver, an overzealous traffic warden, and a cocky Scotsman that helped in foiling that activity.

It's not all about the national security apparatus and being in Iraq. We have to have a much broader approach to dealing with the terrorist threat than one that just relies on a war in Iraq.

COOPER: Stephen's book is "The Edge of Disaster." If you haven't read it, it's -- it's a great work. It really focuses on problems here at home and what can be done to kind of shore up national security issues here at home, in terms of America's infrastructure.

And, Paul Cruickshank, with the NYU Center on Law and Security, thanks so much for being with us. Moving on now from the terrifying to the just plain puzzling -- Senator Larry Craig now apparently not resigning, that is, if he's able to get his guilty plea stemming from a bathroom sex sting overturned by the 30th of this month.

Now, Senator Craig, you will recall, denies being gay again. The first time he did was back in 1982 in connection with a scandal involving male congressional pages.

Well, flash forward to the 11th of June, Senator Craig busted after allegedly making suggestive signals to an undercover cop in the stalls of a Minneapolis Airport men's room. That's also when he's later heard on an interrogation tape agreeing, reluctantly and contentiously, to doing whatever it takes not to go to court.

Now here's what may be a crucial milestone to establishing that the senator was not rushed into actually entering a plea. According to "The Idaho Statesman," he did not mail in the relevant document until the 1st of August. Then, on the 27th, "Roll Call" ran the story.

September 1, Craig said it was his intent to resign. Then, just yesterday came word that he's reconsidering. And the rest -- well, we're all about to watch.

More from CNN's Joe Johns.

(BEGIN VIDEOTAPE)

JOE JOHNS, CNN CONGRESSIONAL CORRESPONDENT (voice-over): To somehow survive this, Senator Craig has to clear at least three massive hurdles, the first, successfully overcoming the guilty plea he voluntarily agreed to. Last week, this sounded almost insurmountable. And, even now, legal observers agree, at best, it's a long shot.

JOE FRIEDBERG, MINNEAPOLIS DEFENSE ATTORNEY: To let it go forward would be a manifest miscarriage of justice.

JOHNS: Still, this defense attorney we asked in Minnesota, where the charges were filed, says withdrawing that plea may not be quite as farfetched as it sounds.

FRIEDBERG: What this is, is a plea to a set of facts that don't constitute a crime.

JOHNS: In other words, what an undercover police officer said about Craig having a wide stance in a bathroom stall, tapping his foot and so on, isn't against the law.

FRIEDBERG: It would be kind of like somebody pleading guilty to attempting to rape a mannequin. It -- it can't happen.

JOHNS: No crime, no valid plea -- that's the theory. And, despite his guilty plea, Craig says he did nothing wrong.

(on camera): In a voice-mail before his resignation speech which he apparently thought he was leaving for his criminal attorney, Billy Martin, Craig sounded like he might be willing to bet on the argument that he was railroaded.

(BEGIN AUDIO CLIP)

SEN. LARRY CRAIG (R), IDAHO: Yes, Billy, this is Larry Craig calling.

This thing could take a new turn or a new shape, has that potential.

(END AUDIO CLIP)

JOHNS (voice-over): So, that's hurdle number one. Odds of winning that bet, not great. But, if he does, then he gets to hurdle number two, the ethics process.

Even if Craig somehow gets the Minnesota case thrown out, he could still have a massive fight on Capitol Hill with the Senate Ethics Committee. Craig's top-shelf lawyer Stan Brand, will argue the committee has no business mucking around with a misdemeanor matter like this.

STANLEY BRAND, ATTORNEY FOR SENATOR LARRY CRAIG: In the 220-year recorded history of the Senate, no senator has ever been disciplined for misdemeanor conduct that doesn't relate to the performance of his official duties. And, so, that's -- that's it in a nutshell.

JOHNS: The last time a senator was expelled was during the Civil War, but a bunch have been forced out. The problem for Craig is, Ethics Committee investigations can bring up skeletons in a politician's closet that a court of law wouldn't touch.

WILLIAM COHEN, CNN WORLD AFFAIRS ANALYST: It's a very vague and broad standard. And it is not necessary that a crime be committed.

JOHNS: But, even if he gets past that second hurdle, his final hurdle is more like a brick wall. It's national politics. A lot of Republicans simply want him gone.

JOHN FEEHERY, REPUBLICAN STRATEGIST: The big thing was, Larry Craig got caught trying to solicit sex in a public bathroom. And I think that most Americans find that to be repugnant conduct, especially for a senator.

JOHNS: Meanwhile, the clock is ticking. Craig says, if he can't beat the guilty plea by a self-imposed deadline of September 30, he will resign anyway, which would bring sighs of relief to many of his colleagues on Capitol Hill.

Joe Johns, CNN, Washington.

(END VIDEOTAPE)

COOPER: Well, CNN senior legal analyst Jeffrey Toobin has been kind of scratching his head, along with all of us, on this story. Here he is here with us again tonight.

So, is there something in this Minnesota law that could actually work in Craig's favor?

JEFFREY TOOBIN, CNN SENIOR LEGAL ANALYST: Well, this idea of a manifest injustice, if you plead guilty to something that simply isn't a crime -- there was a recent case that came up in Minnesota where there was a Peeping Tom situation, where someone was lurking around a house, and he pled guilty to burglary.

The court let him withdraw his guilty plea, because they said, look, being a Peeping Tom is not a burglary. You pleaded guilty to something that you did not do, so we're going to let you withdraw the plea. That would be Craig's argument, that his gestures, his lurking in the bathroom did not constitute dis -- not disturbing the peace.

COOPER: Disorderly conduct.

TOOBIN: Disorderly conduct.

COOPER: But -- so what would the charge actually be? I mean, what -- can one be charged with flirting in a bathroom?

TOOBIN: No.

I mean, that would be Craig's argument, that this behavior is simply not a crime, so you can't plead guilty to it. But -- but the problem is, the definition of disorderly conduct is so broad, that that sort of peculiar behavior in the bathroom probably does constitute disorderly conduct.

COOPER: And the resignation hinges, according to Craig -- I mean, this is the timetable he has set for September 30, so I suppose he could retract that, as he's now seemingly retracting the -- the whole -- the whole notion.

But -- but, if he sticks to September 30, is it possible for him to get these charges either tossed out or a decision made before then?

TOOBIN: I don't -- I don't see how it's possible, because he hasn't even filed anything yet.

If he files something, the Minnesota court will undoubtedly say, OK, let the government file a response. Then meet in court. How that -- you know, the legal system doesn't tend to work all that efficiently. And, you know, here we are, the first week in September already. There's no way that this could be done by the end of September, as far as I understand how it works.

COOPER: Well, the other thing which you brought up last night, which I completely had missed in all this, is that this event took place on June 11. I had assume he got

flustered, signed these documents, and pled guilty that day to disorderly conduct.

But you pointed out last night, it wasn't until August 1, or August, that he sent in the documents actually pleading guilty. TOOBIN: Right, which -- which makes the argument that, you know, I didn't -- I didn't think this through.

And one of the other interesting points, you look at the -- the records of the officer -- of the officer in the case, in his conversations in that period between June and August Craig talks about, well, I need to talk to my lawyer. I need -- so, maybe there was a lawyer involved. Maybe he was lying to the cop.

But, I mean, obviously, this was a decision, perhaps a stupid decision, but one that a United States senator reflected on for several weeks. It's not the -- the kind of thing where a judge is going to be particularly sympathetic, and say, well, you know, you didn't really think it through.

COOPER: But let's listen to this voice mail that Craig left for -- for his -- apparently, for his attorney. Let's listen.

(BEGIN AUDIO CLIP)

CRAIG: Arlen Specter is now willing to come out in my defense, arguing that it appears, by all that he knows, that I have been railroaded and all that. Having all of that, we have reshaped my statement a little bit to say it is my intent to resign on September 30.

(END AUDIO CLIP)

COOPER: That was left the morning, the Saturday morning. Saturday afternoon is when he made that speech.

In his speech, he doesn't say -- he says the reason he's giving the September date is to allow his staff time to -- Where's the wording? -- to allow a smooth and orderly transition of his staff.

That's -- that's either -- that's a lie.

TOOBIN: I heard that's -- I heard that statement. It didn't remotely occur to me that it was a conditional resignation. I thought it was a resignation, period. But now he's trying to work the system and hang in there.

COOPER: You can't predict these things. It's fascinating.

Jeffrey Toobin, appreciate it.

TOOBIN: OK.

COOPER: Thanks.

Straight ahead tonight: How did enough nuclear firepower to level a small country end up cruising above the United States, apparently without orders from anybody?

Also, the search for aviation icon Steve Fossett.

(BEGIN VIDEOTAPE)

COOPER (voice-over): A very small needle in a very large haystack, searching for multimillionaire adventurer Steve Fossett, hoping that a man who's cheated death dozens of times has done it again.

Later: startling new evidence into what might have turned a terror in the ring into a suicidal killer -- evidence from inside Chris Benoit's brain, tonight on 360.

(END VIDEOTAPE)

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP, "AMERICAN MORNING")

RICHARD BRANSON, CHAIRMAN & CEO, VIRGIN GROUP: Well, obviously worried. The problem is, there wasn't a flight plan, so he could be anywhere in a 600-square-mile block. It seems more likely than not that he's injured.

(END VIDEO CLIP)

COOPER: That is the billionaire owner of Virgin Atlantic, Sir Richard Branson, talking about his friend and fellow adventurer Steve Fossett, who is still missing after his plane disappeared on Monday.

Now, yesterday, Branson was much more upbeat, saying that Fossett was probably OK. But, as of tonight, search crews have had no luck finding him. At the time of his disappearance, Fossett, who has set more than 100 world records, was scouting locations for his attempt to break the land speed record.

For more on the efforts to locate Fossett, let's go now to CNN's Ted Rowlands, who is live, standing by in Minden, Nevada -- Ted.

TED ROWLANDS, CNN CORRESPONDENT: Anderson, searchers had very high hopes today. The weather was absolutely perfect. They flooded the skies, looking for Steve Fossett's plane. And, at one point early this afternoon, they thought that they had found it.

(BEGIN VIDEO CLIP)

MAJOR CYNTHIA RYAN, CIVIL AIR PATROL: We thought we had it nailed. Unfortunately, it turned out to be one of many dozens of unmapped wreck sites from previous years.

We found that out by sending in a helicopter. And they put a man on the ground and verified that it was not the target that we were looking for. It was not Mr. Fossett or his aircraft.

(END VIDEO CLIP)

ROWLANDS: Disappointment this afternoon, but they're -- not completed their search, by any stretch of the imagination. In fact, they say, because it is such a wide area that they are concentrating on, because there was no flight plan, it will take them at least a week before they can comb over this area.

And that's assuming that they have good weather for the next week, which they are hoping for. That said, if Fossett is in good condition, they are convinced that he could last longer than a week with little or no problem. Mentally, he knows what to do.

They have also decided, rather than suspend the searches each evening, they are going to put a C-130 up tonight. They're going to set it up about 10:00 p.m., local time here. When that lands, they will have a short change-around, and they will set up another crew in the C-130, using thermal technology, thermal imaging technology, so that they can continue the search overnight.

Then, tomorrow morning, at first light, they plan to hit it again very hard in search of Steve Fossett, everybody waiting for word around the world who is following this, hoping, hoping for the best. But, as you can imagine, with every hour, concern continues to rise.

COOPER: All right, Ted.

ROWLANDS: Anderson.

COOPER: Thanks for covering it for us.

Let's check some of the other headlines today.

Erica Hill joins us right now with a 360 bulletin -- Erica.

ERICA HILL, HEADLINE NEWS CORRESPONDENT: Anderson, an eight-day heat wave in Southern California has claimed at least 27 lives. Fifteen of the deaths were in Los Angeles County. The temperatures have been in the triple digits. In Riverside County, one of the victims was a 28-year-old man who didn't have air conditioning, another a 38-year-old found dead after his car was stuck in the desert.

In Honduras, Felix downgraded to a tropical depression and dumping lots of rain. The big fear now is flooding. Just yesterday, that storm came ashore in Nicaragua as a fierce Category 5 hurricane, with winds topping 160 miles per hour. At least nine people were killed by the storm.

And, in Italy, Mount Etna at it again -- Europe's tallest volcano lit up the sky last night, spewing lava and ash. A nearby airport was closed temporarily as a precaution -- back...

COOPER: Wow. Amazing pictures there.

HILL: Yes, they are pretty wild.

Want to get you on now, speaking of wild, tonight's "What Were They Thinking?" big old mistake by the U.S. Air Force.

It turns out last week...

COOPER: Wow. (LAUGHTER)

HILL: A B-52 bomber, like the one you're looking at here, was mistakenly loaded with six nuclear cruise missiles. It seems that that bomber actually flew all the way from North Dakota to Louisiana loaded with six nuclear warheads. The crew of the plane didn't even know they were on board. Apparently...

COOPER: What?

HILL: Yes.

(CROSSTALK)

HILL: They were on missiles that were supposed to be scrapped. The nukes, though, very powerful, Anderson, 15 times the strength of the bomb dropped on Hiroshima.

Experts, though, say that, apparently, there was no risk of a nuclear explosion, because the weapons weren't armed, although conventional explosives in the warheads could have detonated. As you can imagine, this big boo-boo not really going unnoticed.

It was such a big deal, the president had to be notified.

COOPER: Wow.

HILL: The squad commander responsible has been relieved of duty. And there's going to be an investigation. But they're not going to stop flights and look into it until the 14th of September.

COOPER: Wow. That's one of those things where it's like, d'oh! The nukes are missing. Yikes!

HILL: Yeah. You don't want to be the guy in charge of that one.

COOPER: Not a good day for him.

HILL: Uh-uh.

COOPER: Up next: Is John McCain sorry he called a teenager a jerk? The answer in "Raw Politics."

Also ahead, Fred Thompson goes one on one with Jay Leno. Did he finally say what we have all been waiting to hear?

That and more ahead on 360.

(COMMERCIAL BREAK)

COOPER: Sex, lies and audiotape. Who says politics is boring?

Earlier tonight, we gave you the latest on the Larry Craig saga. In just a moment, we're going to catch up with Fred Thompson, who, tonight, is making his presidential bid official.

In the meantime, there are other White House hopefuls making news and taking shots.

CNN's Tom Foreman has it all in "Raw Politics."

(BEGIN VIDEOTAPE)

TOM FOREMAN, CNN CORRESPONDENT: Anderson, a hallmark of presidential elections these days is, all the insiders start saying they're really outsiders at heart. And the Democrats are screaming it this time.

(voice-over): Senator Barack Obama is ripping front-runner Hillary Clinton as too cozy with the politics of the past. And his latest ad echoes that theme.

(BEGIN VIDEO CLIP, OBAMA CAMPAIGN AD)

SEN. BARACK OBAMA (D-IL), PRESIDENTIAL CANDIDATE: If you join me, we're going to take our country back.

(CHEERING AND APPLAUSE)

(END VIDEO CLIP)

FOREMAN: John Edwards is hammering that same nail, but the Hill is not sitting still. Her latest ad says, real reform requires real experience.

(BEGIN VIDEO CLIP, CLINTON CAMPAIGN AD)

NARRATOR: If you're ready for change, she's ready to lead.

(END VIDEO CLIP)

FOREMAN: Republican John McCain gets a geriatric jab. A high schooler asked whether he can live long enough to serve as president. McCain calls him a jerk.

Senator, do you want to reconsider?

SEN. JOHN MCCAIN (R-AZ), PRESIDENTIAL CANDIDATE: You mean the little guy that said that I was suffering from Alzheimer's? He was a little jerk.

(LAUGHTER)

FOREMAN: McCain calls it all good fun.

Meanwhile, the Romney campaign is stepping up the airing of this ad, which at least subtly points out, he's younger.

Run, Forrest. Run.

Congress put aside its bickering for a warm welcome for South Dakota Senator Tim Johnson. Back at work following a life-threatening brain hemorrhage nine months ago, he's still struggling but may seek re-election next year. SEN. TIM JOHNSON (D), SOUTH DAKOTA: I return to work today to this great body with a renewed spirit and a sharper focus.

FOREMAN: And amid the wreckage of Katrina...

MAYOR RAY NAGIN, NEW ORLEANS: It's going to work out. Hang in there.

FOREMAN: Ray Nagin surprised...

(END VIDEOTAPE)

COOPER: That was interesting. Kind of a little technical glitch. Don't miss "Raw Politics" and the day's headlines with the 360 daily podcast. Don't worry; by the time you see the podcast, we'll have it all worked out.

You can watch it on your computer at CNN.com/AC360podcast. Or get it from the iTunes store where it's a top download for one of those iPod thingies.

Now, here's Kiran Chetry with what's coming up tomorrow on "AMERICAN MORNING".

(BEGIN VIDEO CLIP)

KIRAN CHETRY, CO-HOST, "AMERICAN MORNING": Thanks, Anderson.

Tomorrow we bring you the most news in the morning, including the story of a pioneer in the Ivy League. Too young to drive, too young to vote, yet she's already moved halfway across the country, away from her family to become the youngest African-American ever on an ivy campus. We're going to meet her tomorrow on "AMERICAN MORNING". It all begins 6 a.m. Eastern.

Anderson, back to you.

(END VIDEO CLIP)

COOPER: Well, tonight on 360, candidate Fred Thompson, yep, candidate.

(BEGIN VIDEO CLIP)

COOPER (voice-over): He's got the buzz. He's got the image.

FRED THOMPSON, FORMER SENATOR: I'm Fred Thompson, and I approve this message.

COOPER: But does TV star Fred Thompson also have the money, the message and the drive to become president? The best political team in television weighs in.

Later, startling new evidence into what might have turned a terror in the ring...

UNIDENTIFIED MALE: Oh, no!

COOPER: ... into a suicidal killer. Evidence from inside Chris Benoit's brain ahead on 360.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

COOPER: Well, if it seems like Fred Thompson is everywhere tonight, including "The Tonight Show", that's no accident. The former Republican senator and "Law & Order" actor has been flirting with a presidential run, is finally, finally, to no one's surprise actually going to take the plunge.

Joining me now is CNN's John King.

He's actually going to do it, John?

JOHN KING, CNN CORRESPONDENT: He is, Anderson. Now, most of the Republican candidates are in New Hampshire debating tonight, but as you noted, Fred Thompson sat down with Jay Leno. He said he's been testing the waters for some time. In his view, he finds them, quote, nice and warm, and he made it official.

THOMPSON: I'm running for president of the United States.

KING: Some applause there on "The Tonight Show". We'll see whether that applause continues when he actually gets into the race. You know, many say Fred Thompson has waited too long, but he thinks his timing is just right.

In his view, none of the other Republicans running has taken command of this race.

(BEGIN VIDEOTAPE)

KING (voice-over): Fred Thompson is banking on the idea that it's better to be late than to be one of the other guys.

CYNDI MOSTELLER, S.C. REPUBLICAN ACTIVIST: For Giuliani, of course, it's the social issues. For John McCain, it's become the immigration issue. For Mitt Romney there's a sense of what is his core? Is he -- is he the John Kerry Republican in this in terms of flip-flopping?

KING: Mindy Mosteller is a veteran Republican activist in Charleston, South Carolina, a McCain backer until a few months ago, now helping Thompson try to prove waiting so long to officially jump in wasn't a mistake.

MOSTELLER: I think that Fred Thompson really is the intersection of conservative ideology and political electability.

KING: On the one hand, it sounds silly to say he's late to the race. The first voting is four months away, and the others have been in Iowa, New Hampshire, North Carolina, and beyond for months. UNIDENTIFIED MALE: Expectations are sky high, which means he'd better perform flawlessly out of the blocks, or a lot of people are going to start grumbling that he's not the great savior we thought he was.

THOMPSON: On the next president's watch, our country will make decisions that will affect our lives and our families far into the future.

KING: Thompson is angling for a conservative base that hasn't coalesced around one candidate, promising his commitment to outlaw abortion is more than lip service.

THOMPSON: I don't think as a president you can do anything halfway.

KING: On Iraq, he's in no rush to talk about bringing troops home.

THOMPSON: Right now we need to make every effort to make sure that we don't get run out of there with our tail between our legs before we've done the job.

KING: Thompson is a former federal prosecutor, made his mark as the Republican counsel on the Senate Watergate committee and served eight years in the Senate from Tennessee, but bring up his name and one word trumps all others.

UNIDENTIFIED MALE: Actor. He is known as an actor. Senator Thompson is not that well known. In many ways he's a vessel into whom many Republicans have poured their hopes and dreams. We'll see whether those hopes and dreams get realized.

(END VIDEOTAPE)

COOPER: It's going to be so interesting to see once he's actually entering the fray, you know, whether he maintains the popularity that he seems to have now.

Why does he think that he's the candidate who can take Ronald Reagan's role and unify a party, you know, that is, in many ways, on the ropes?

KING: A couple of reasons, Anderson. The on the ropes part is critical. He believes Republicans will say who can win the White House, who can keep the White House at this very difficult time? He believes from a likeability standpoint and a communication skills standpoint, that he matches up very well with Ronald Reagan, who he will say is his idol.

He also believes conservatives out there are looking at these other candidates and maybe checking, say, the crime box when it comes to Rudy Giuliani, but they don't like his position on social issues. Maybe honoring John McCain's military service, but they don't like his views on immigration, looking at Mitt Romney and saying, "Can we trust this guy on abortion, when he was pro-choice on abortion just a few years ago?"

Fred Thompson thinks, if you're a conservative and you have a list of ten boxes and you're matching up all the candidates, you'll be able to check more when it comes to him. That's what he believes now, Anderson. We'll find out for real whether he can do this when he gets in officially, a rally here on a bus tour in Iowa tomorrow.

COOPER: And it's going to be interesting. John King, thanks.

With Thompson, we see it's not timing that matters, perhaps; it's the exposure. Here's the raw data.

Since January, "The Tonight Show with Jay Leno" gets an average audience of about 5.5 million people a night. His decision to make the announcement there gets him a lot more eyeballs than tuned in for, say, May's Republican presidential debate on FOX network, which was watched by 2.6 million people.

Thompson skipped tonight's Republican presidential debate on FOX, though one of his ads did air during the debate. The location for the debate was Durham, North Carolina, and that's where CNN's Candy Crowley is now -- Candy.

CANDY CROWLEY, CNN CORRESPONDENT: Actually, we're in New Hampshire, Anderson.

It was one of those debates where they went over familiar ground, but there were also some differences here, and we have an answer to the question of what happens when, in fact, you don't show up for a debate. The answer is they talk about you, sometimes with humor, and sometimes with some very pointed statements.

(BEGIN VIDEOTAPE)

MIKE HUCKABEE (R), PRESIDENTIAL CANDIDATE: I was scheduled to be on "Jay Leno" tonight, but I gave up my slot for somebody else, because I'd rather be in New Hampshire with these fine people.

SEN. JOHN MCCAIN (R-AZ), PRESIDENTIAL CANDIDATE: I think that's a decision that Fred should make. Maybe we're up past his bedtime. But the point is, I think...

RUDY GIULIANI (R), PRESIDENTIAL CANDIDATE: I think Fred is a really, really good man. I think he's done a pretty good job of playing my part on "Law & Order". I personally prefer the real thing. But I think Fred will add something to this race.

I think this is a nomination you have to earn, though. Nobody's going to give it to you. Nobody's going to grant it to you. Nobody's going to crown you.

(END VIDEOTAPE)

COOPER: Candy, also through the debate, I mean, Iraq was obviously a dominant issue. The candidates really didn't see eye to eye. CROWLEY: No, they didn't, and that was what was interesting, because in effect, most of these candidates, with the exception of Ron Paul, have all been quite supportive of President Bush and the war.

Ron Paul, of course, has been adamantly against it. But it did produce some fireworks this evening which was really interesting.

(BEGIN VIDEOTAPE)

MITT ROMNEY (R), PRESIDENTIAL CANDIDATE: I think you're going to begin to see if the surge is working. And I think we're going to get that report very soon. That we're going to begin to slowly but surely pull back to a support role.

But the timetable for that, I hope, will be as soon as possible. We all hope for that. We all hope for that. But the question of timetable will depend upon how successful the surge is. And the key is we don't start pulling back troops. We don't go into a support mode.

MCCAIN: Governor, the surge is working. The surge is working, sir. It is working.

ROMNEY: That's what I said.

MCCAIN: No, not apparently, it's working. It's working because we've got a great general, we've got a good strategy.

HUCKABEE: Congressman, whether or not we should have gone to Iraq is a discussion that historians can have, but we're there. We bought it because we broke it.

REP. RON PAUL (R-TX), PRESIDENTIAL CANDIDATE: The American people didn't go in. A few people advising this administration, a small number of people called the neoconservatives hijacked our foreign policy. They're responsible, not the American people. They're not responsible. We shouldn't punish them.

(END VIDEOTAPE)

COOPER: Candy, did any of these candidates do well enough to get a big bounce from tonight?

CROWLEY: You know, I doubt it, Anderson. This is the fifth debate that they've had on the Republican side. And you have to sort of look at these as part of the process. That is each debate comes, it sort of adds a little more to the impressions of these candidates.

This is the first one of the fall, as they billed it. It does matter here in New Hampshire. I'm sure it had some high visibility here. So insofar as New Hampshire is concerned, perhaps it made some -- changed some minds or made up some minds.

But the fact of the matter is there are many more debates to go, as you well know, and this is a process more than a single event that actually makes a big difference. COOPER: Watching the debate tonight, Candy, it was sort of fascinating to me, and I don't want to toot our own horn, but really since that YouTube debate, it seems like everybody is trying to figure out how to get some user-generated content or some viewer questions in. They tried it again tonight.

U.S. | World | Politics | Money | Opinion | Health | Entertainment | Style | Travel | Sports | Video

Live TV     U.S. Edition +     menu

Up next, new information about what may have helped drive pro wrestler Chris Benoit to kill his wife and his son. It is not steroids. It's actually something in his brain. Whether that actually led to it or not. Anyway, we'll take a look inside his brain, literally. Dr. Sanjay Gupta explains.

And next hour, Sanjay, Jeff Corwin and I are going to literally take you around the world for a look at our "Planet in Peril". Our four-hour documentary airs October 23 and 24 right here on CNN.

(COMMERCIAL BREAK)

COOPER: There's a new development tonight in the case that, frankly, we really haven't been following very much on this program. The case of pro wrestler Chris Benoit who killed his wife, young son and then himself two months ago.

Early on, steroid use emerged as a possible cause of the double murder-suicide. Tonight, new test results suggest maybe another possibility. A doctor who studied tissue from Benoit's brain says the wrestler suffered extensive brain damage from his years in the ring.

Earlier I talked with 360 MD, Sanjay Gupta, who's also a practicing neurosurgeon.

(BEGIN VIDEOTAPE)

COOPER: Sanjay, how extensive was the damage to Benoit's brain?

DR. SANJAY GUPTA, CNN CORRESPONDENT: Yes, it was actually pretty remarkably extensive. The neurosurgeon, Julian Bailes of West Virginia, actually looked at the brain, and he determined that Benoit has something known as traumatic encephalopathy. The name's not that important, but basically, he saw significant changes through several areas in the brain.

Anderson, a picture is worth 1,000 words. Let me see if I can show this to you a little bit here.

Looking at a normal brain over here. A couple things I'd just point out. You have sort of smooth borders around some of these cells here in the normal brain. I think even to the untrained eye, you can tell over here Benoit's brain, this is different. First of all, you see a lot of jagged edges around this area. And also just these brown clumps, Anderson, represent these protein deposits. It literally sort of clumps up the brain, sort of mucks it up, makes it hard for signals to transfer back and forth.

Incidentally, these sorts of clumps, these sorts of changes that you see over here are the types of things that you might see in someone with Alzheimer's Disease, someone who's at an advanced age. And remember, this is in Chris Benoit, who was only 40 years old. So pretty significant changes. And these are actual slices of his brain.

COOPER: But one can't actually say that brain damage caused him to kill his family and then himself. I mean, Alzheimer's patients aren't out killing people.

GUPTA: Yes, absolutely. And you know, the cause and effect people, which I think a lot of people, quite frankly, are speculating about today, we don't know and we may never know to take it a step further.

There was a lot of speculation, as you'll remember, Anderson, about steroid use initially. And one thing we can say from looking at these brain slides is that it doesn't appear that he had the brain of someone who suffered from chronic steroid use or that the brain was affected by it.

This is much more as a result of the repeated concussions to the brain. We can't establish the cause and effect, but again, these same doctors who looked at his brain have looked at professional football players in the past, five of them, and found that, when they had brain changes like this, they exhibited erratic behavior. They may have exhibited depression. Some exhibited suicide.

And they went on to say that Benoit's brain was the worst they'd ever seen. Just those repeated concussions over and over and over again. It's not a linearly worse process. It's an exponentially worse process from one concussion to the next.

COOPER: I want to pick up, though, on something you said. It's interesting that I didn't know that, you can actually see changes to the brain of someone who's been on steroids for a long time?

GUPTA: Yes. You know, there's something known as steroid encephalopathy, and you get some pretty characteristic changes, as well, which sometimes you can actually find when someone's still alive by getting an MRI scan.

But certainly at autopsy, you can find that, you know, that same steroid encephalopathy by actually looking at the brain under the microscope.

As you might imagine, Anderson, that's not done very often. It's not like everyone who's been on steroids or who has had concussions gets this sort of examination. But it's fascinating, I think, as a doctor, as a neurosurgeon, to sort of look at the brain in this way.

COOPER: It's amazing. Dr. Sanjay Gupta, thanks.

GUPTA: Thank you.

(END VIDEOTAPE)

COOPER: When we come back, a death in Congress.

And later what we're learning about a terror plot that authorities say was aimed at the mass murder of Americans.

(BEGIN VIDEO CLIP)

COOPER (voice-over): Target, Americans.

MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY: The intent of al Qaeda and its allies, to wage war on the west, remains very much unabated.

COOPER: Inside the alleged terror plot that authorities believe might have been the next 9/11.

Plus, call it Indecision '08.

SEN. LARRY CRAIG (R), IDAHO: It is my intent to resign from the Senate effective September 30.

COOPER: Well, maybe not. What makes Larry Craig thinks he can undo a guilty plea, defuse an ethics probe and unring the bell after getting busted in a men's room? Answers and more questions next on 360.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

COOPER: Ah, "The Shot of the Day" is coming up. Take a look at this. Where is it? There it is. Yep, it's a guy crunching up a pan. Bad day at the kitchen? Not exactly. We'll tell you about it, what's going on.

First, Erica Hill from Headline News joins us with a "360 News and Business Bulletin" -- Erica.

(BEGIN VIDEOTAPE)

ERICA HILL, HEADLINE NEWS ANCHOR: Anderson, Ohio Republican congressman Paul Gillmor was found dead in his Washington apartment today after he didn't show up for work. No word on the cause of death. He spent nearly 20 years in Congress. Gillmor was 68 years old.

The Marine Corps says three senior officers have been disciplined for failing to respond to the killings of 24 Iraqis in the town of Haditha in 2005. All received letters of censure. Four Marines were initially charged with those murders. Two now are facing charges. Three others are accused of failing to report the incident. And a little warning out there, parents. There will likely more toys made in China recalled in the coming months. That is according to the Consumer Products Safety Commission. They said today after announcing Mattel is recalling another 844,000 toys that may have lead paint. This is the third Mattel recall this summer.

Apple unveiling the new iPod Touch. It's similar to the iPhone, just minus the phone. It has a 3.5-inch wide-screen display and Wi- Fi, allowing users to buy iTunes music wirelessly. The device goes on sale later this month for $300 or $400, depending on which model you want.

But again, it's not a phone, Anderson.

COOPER: Yes, you know, this is the kind of thing that, it's exciting and everything, but I feel like as soon as I get it, there's going to be something better coming out.

HILL: You know, that's the chance you take.

COOPER: I know. I know.

HILL: Well, then...

COOPER: I can't commit to the iPhone because I feel like the second generation will be better.

HILL: Well, and it could happen and then you're just the loser with the first generation. Like, "Ooh, couldn't upgrade, buddy. What's wrong with you?"

COOPER: Exactly. Oh, no, that's a fine first generation iPhone. Have you seen this?

HILL: Does that still work? It's so heavy and large.

COOPER: Large is the new small, though. No, it's the other way around. Small is the new large. I don't know.

Time for "The Shot". Check out this guy, Bill Kazmaier. When he's not crushing kitchen pans -- look at that. He's rolling up...

HILL: He's rolling the pan.

COOPER: With his bare hands.

HILL: Did he heat that up on the stove first?

COOPER: And then look, he -- he can -- I don't think so because he's doing it with his hands. And then he can pull trucks like that.

HILL: Hey.

COOPER: He's been crowned the world's strongest man three times. I guess he was at the opening of a YMCA in Pennsylvania. The guy has forearms bigger than, like, I don't know, my thighs. HILL: That's impressive. I'm in awe, frankly.

COOPER: Yes? Well, you know what? I've been working out a little bit. And watch this.

(CRUSHES ALUMINUM CAN)

HILL: Oh, yes? Oh, Cooper, yes, showing off the guns! Who knew we were getting tickets to the gun show tonight.

COOPER: That's right, you need a permit for this gun right here.

HILL: Yes, well. I'll work on the permit. Have I mentioned that I lift a 20-pound child daily?

COOPER: Wow!

(SNAPS PLASTIC FORK)

HILL: This fork stood no chance.

COOPER: You saw my crushed can and...

HILL: I raised you a plastic fork in two. Never a dull moment here on AC 360.

COOPER: Oh, no. That's right.

OK. I want you to send us your "Shot" ideas. If you see some remarkable guns, tell us about it: CNN.com/360. We'll show some of your best clips on the air.

(END VIDEOTAPE)

COOPER: Coming up next, serious stuff. Three men arrested for allegedly planning massive and imminent attacks against Americans overseas. New details about the suspected terrorists and their deadly plot.

Also ahead, will he or won't he? The Senate minority leader says Senator Craig won't resign if he can get his guilty plea overturned. The question is will it ever happen? CNN senior legal analyst Jeffrey Toobin joins us next.

(COMMERCIAL BREAK)

COOPER: It was like something out after a Hollywood thriller, but the threat apparently was very real. German authorities penetrate what they're calling an al Qaeda connected terror cell. They discover what they believe is a deadly plot against American lives. They even managed to secretly replace bomb-making ingredients with harmless chemicals. It is all coming to light now, and we'll have the latest on that tonight.

Also ahead, most of his fellow Republicans don't like it, but Senator Craig is having second thoughts about stepping down. He's lawyering up, getting ready to fight.

The question is what are his chances to undo his guilty plea and repair the damages from his bathroom bust?

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.voxant.com

*Search CNN* 

| U.S. | WORLD | POLITICS | MONEY | OPINION | HEALTH | ENTERTAINMENT |
|---|---|---|---|---|---|---|
| CRIME + JUSTICE | AFRICA | 2016 ELECTION | MARKETS | POLITICAL OP-EDS | DIET + FITNESS | CELEBRITY WATCH |
| ENERGY + ENVIRONMENT | AMERICAS | WASHINGTON | TECH | SOCIAL COMMENTARY | LIVING WELL | TV + WEB |
| EXTREME WEATHER | ASIA | NATION | MEDIA | | PARENTING + FAMILY | MOVIES + MUSIC |
| SPACE + SCIENCE | EUROPE | WORLD | PERSONAL FINANCE | | | |
| | MIDDLE EAST | | LUXURY | | | |

| TECH | STYLE | TRAVEL | SPORTS | LIVING | VIDEO | MORE... |
|---|---|---|---|---|---|---|
| GADGETS | FASHION | BEST OF TRAVEL | PRO FOOTBALL | FOOD | LIVE TV | PHOTOS |
| CYBER SECURITY | DESIGN | SLEEPS + EATS | COLLEGE FOOTBALL | RELATIONSHIPS | DIGITAL STUDIOS | LONGFORM |
| INNOVATION NATION | ARCHITECTURE | BUSINESS TRAVEL | BASKETBALL | RELIGION | CNN FILMS | INVESTIGATIONS |
| | AUTOS | AVIATION + BEYOND | BASEBALL | | TV SCHEDULE | IREPORT |
| | LUXURY | | SOCCER | | TV SHOWS A-Z | CNN PROFILES |
| | | | | | | CNN LEADERSHIP |

 U.S. Edition ∨

© 2016 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved

Terms of Use | Privacy Policy | AdChoices   | Advertise with us | About us | Work for us | Help | Transcripts | License Footage | CNN Newsource

# EXHIBIT 29

CNN.com - Transcripts



EDITION: U.S.
INTERNATIONAL
MÉXICO
ARABIC


TV:
CNN
CNNi
CNN en Español
HLN

Sign up
Log in

SEARCH

Home
TV & Video
CNN Trends
U.S.
World
Politics
Justice
Entertainment
Tech
Health
Living
Travel
Opinion
iReport
Money
Sports

# TRANSCRIPTS   Transcript Providers

Shows By Category:

Return to Transcripts main page

## CNN NEWSROOM

**Terror Plot Arrests; Craig May Not Resign; Search For Steve Fossett; Craig Not Resigning?; Gerri's Top Tips**

Aired September 5, 2007 - 10:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.


HEIDI COLLINS, CNN ANCHOR: Sex sting.
TONY HARRIS, CNN ANCHOR: A report that tests show severe brain damage from his time in the wrestling ring didn't lead to WWE's Chris Benoit to murder/suicide. A news conference live this hour.

It is Wednesday, September 5th and you are in the NEWSROOM.

COLLINS: Unfolding this morning, an alleged terrorist plot disrupted. Three suspects arrested. They are accused of planning imminent and massive attacks against American targets in Germany. Want to get to Frankfurt now and CNN's Frederik Pleitgen.

(BEGIN VIDEOTAPE)

FREDERIK PLEITGEN, CNN CORRESPONDENT: German authorities are on high alert after they say they have thwarted what they call a massive and imminent terrorist attack here in Germany. German authorities say they have arrested three individuals, two of them are German nationals who apparently converted to Islam and visited terrorist training camps in Pakistan that were run by al Qaeda. The third individual was a Turkish national. Now the German interior minister says he believes that the orders for these attacks came directly from al Qaeda leadership in Pakistan.

Now the method that these terrorists were going to use, authorities say, was that they acquired 1,500 pounds of highly potent hydrogen peroxide that they were going to turn into bomb-making material. The reason German authorities say they did this now, they arrested these people now is that they believe they were on the verge of turning this hydrogen peroxide into explosives. And also with the anniversary of the 9/11 terror attacks coming up in only a few days, German authorities say they felt they had to make these arrests now.

Frederik Pleitgen, CNN, Frankfurt, Germany.

(END VIDEOTAPE)

HARRIS: Senator Larry Craig in that men's room sex scandal. He may not resign after all. A spokesman says Craig will fight his own guilty plea. Congressional correspondent Dana Bash is with us on Capitol Hill.

Dana, good morning to you. What is the react to this new twist from Republicans on Capitol Hill? DANA BASH, CNN CORRESPONDENT: Well, there's certainly a sense of shock here. People are very surprised. Especially people inside the Republican leadership. Senator Craig's very own leadership that was instrumental in forcing Senator Craig to announce his intention to resign on Saturday.

They thought that this was behind them, this political nightmare that they have had over a sex scandal and it turns out that it may not be. And it is because the senator's office is changing their tune a little bit. What they are saying is that he may -- may, and they emphasize the word may, not resign if the senator is successful in his legal battle, trying to overturn the guilty plea he signed admitting to misconduct in a men's room in the Minneapolis Airport just last month.

Now this whole idea of pulling back from resigning appears to have been prompted from -- by his colleague here, one of his colleagues, the only colleague who has come out and supported Senator Craig, that is Senator Arlen Specter, the top Republican on the Senate Judiciary Committee. Now the newspaper that covers Capitol Hill, "Roll Call," obtained a voice mail from Senator Craig apparently trying to reach his attorney and Senator Craig talked about the call that he got from Arlen Specter. Let's listen.

(BEGIN VIDEO CLIP)

SEN. LARRY CRAIG, (R) IDAHO: Yes, billy, this is Larry Craig calling. You can reach me on my cell. Arlen Specter is now willing to come out in my defense, arguing that it appears by all that he knows I've been railroad and all of that. Having all of that, we've reshaped my statement a little bit to say, it is my intent to resign on September 30.

(END VIDEO CLIP)

BASH: Now the very next day, on Sunday, Senator Specter did go on television and make the case that he does believe that Senator Craig has a legal case in trying to overturn his guilty plea. Today he is not adding anything to that. Simply saying that his public words stand for themselves.

Now, CNN has been told that Senator Craig is calling around here to Capitol Hill, to his other Republican colleagues, trying to see if there is other support beyond Senator

U.S. | World | Politics | Money | Opinion | Health | Entertainment | Style | Travel | Sports | Video

Live TV    U.S. Edition +    menu

HARRIS: Yes. Our congressional correspondent Dana Bash for us.

Dana, appreciate it. Thank you.

COLLINS: Startling news from the military this morning. A B-52 bomber, like this one, mistakenly loaded with six nuclear warheads and flown across country. It happened last Thursday. The mistake not discovered until after the flight. The bomber was flying from Minot Air Force Base in North Dakota, to Barksdale Air Force Base in Louisiana. A three and a half hour flight. It was during that time the nuclear warheads on advanced cruise missiles were unaccounted for. Air Force officials are now investigating how it happened. But important here, they say the nuclear bombs could not have detonated because of redundant safeguards.

HARRIS: Felix weaker this morning, but still very much a threat. The storm slammed ashore yesterday in Central America as a fierce category five. It is now a tropical depression. The concern now, heavy rain and massive flooding in Nicaragua, El Salvador and Honduras. It is reported that at least four people may have died as the storm made landfall.

In the Pacific, Hurricane Henriette is a category one storm with winds near 75 miles per hour. It made landfall along the southern tip of the Baja Peninsula yesterday and is still on the move.

COLLINS: It's just coming from all directions it seems like. Rob Marciano joining us now for the very latest on everything that's happening.

(WEATHER REPORT)

HARRIS: Here's a question for you. What drove wrestler Chris Benoit to kill his wife, son and himself? A doctor who examined Benoit's brain offers a possible explanation this morning. He told ABC's "Good Morning America" the wrestler suffered brain damage from multiple concussions. Doctor Julian Bailes says it could have been a leading cause of the tragedy. He says the damage is similar to that found in Alzheimer's patients.

COLLINS: Crews in Nevada searching for adventurer Steve Fossett this morning. His plane vanished Monday. CNN's Ted Rowlands is in Minden, Nevada, for us now this morning.

And, Ted, conditions, I heard you say a little bit earlier, are at least better this morning in the search for Steve Fossett?

TED ROWLANDS, CNN CORRESPONDENT: Much better. And pilots are arriving here. We just got a little bit of an update. They expect to start flying in about 20 minutes. That's 7:30 Pacific Time here. And they expect to exploit these weather conditions and use this day to try to find Fossett, who has been missing since Monday morning.

He took off in a single engine plane by himself. The plan had about three to four hours' worth of fuel in it. They have expanding the search area to about a 600-square mile area. A huge area. About half the size of Rhode Island.

They're using a grid search technique through this. Yesterday they accomplished some work but the conditions were very difficult. They're hoping to get back up there and accomplish more and hopefully find him. There are some discouraging things. There's a beacon on the plane that if he were to land this thing safely, he would able to manually activate it. And they haven't heard anything from that. On the upside, if there was a crash, it would have gone off automatically. They haven't heard anything on that side either. So there's some good news and some bad news.

Time is a factor here. They're very concerned. But this is a guy who has done it all in his lifetime. He not only is an aviator, a sailor, he set world records in sailing, he's even set cross-country ski records, swam the English Channel, been in the Ironman competition, the Iditarod. He is a survivalist. His friend, Richard Branson, another adventurer, said this about Steve Fossett earlier this morning on CNN.

(BEGIN VIDEO CLIP)

RICHARD BRANSON, CHAIRMAN, VIRGIN GROUP: If he's landed and he's not too badly hurt, he's the one person in the world who will, you know, who will be mentally and physically equipped to get out of this. So, you know, so if anyone's going to end up, you know, walking back up the ranch and apologizing for

(INAUDIBLE), you know, the Hilton's plane, it's likely to be Steve Fossett.

(END VIDEO CLIP)

ROWLANDS: A reference to the Hilton's plane. He took off from a ranch nearby here owned by the Hilton family and was using their plane when he left. And that is where we understand his wife Peggy of some 30 years is with family members. A lot of people around the world very concerned about Steve Fossett, hoping today, Heidi, that they will be able to get some answers. And you hear the aircraft in the background. They're almost ready to go up and resume this search. And hopefully today it will be fruitful.

COLLINS: Hey, Ted, just curious. I know there's Nellis Air Force Base out there. Very, very active Air Force base. Just wondering if there's any possibility that someone from there or people from there might also help in this search.

ROWLANDS: Well, the Civil Air Patrol is coordinating this. And they're basically an auxiliary of the Air Force. They handle search and rescue in this area. So they're coordinating it, but they're getting help from other agencies and they're trying to get every asset available to take part in this search. They have to control it, though, because they don't want independent searches going on and they need to control every movement of these planes. But they say they are exploiting the weather and the resources in this area and they're doing everything humanly possible to find Steve Fossett.

COLLINS: All right, Ted, we know you're on top of it for us. We'll check back later. Thanks so much.

And an update on the search for Steve Fossett scheduled for 1:00 p.m. Eastern. We will carry this for you live right here on CNN.

HARRIS: OK, parents, time to check the toy box again. Another big recall to tell you about.

COLLINS: A senator's sex scandal, a new legal challenge. Can the lawmaker stay in office despite his guilty plea? We'll talk with our legal expert, Jeffrey Toobin.

HARRIS: She's getting a lot of attention on the presidential campaign trail, but she's not the candidate. Michelle Obama makes the cover of "Jet" magazine. We will hear from "Jet's" associate editor coming up.

COLLINS: And U.S. service families in Germany feeling like sitting ducks?

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: The extremists or the terrorists that would like to make a statement against Americans would, of course, like to get a hold of Americans' children and American families.

(END VIDEO CLIP)

COLLINS: We'll check out security at the U.S. base in Wiesbaden (ph).

You are in the CNN NEWSROOM.

(COMMERCIAL BREAK)

HARRIS: Welcome back, everyone, to the CNN NEWSROOM. Good morning. I'm Tony Harris.

Terror suspects arrested. We will tell you about a massive bomb they were said to be cooking up and what they were planning to do with it, in the NEWSROOM.

(COMMERCIAL BREAK)

COLLINS: Another big recall from the world's biggest toy maker. Mattel pulling some 800,000 toys off the shelves because of excessive levels of lead paint. They including Barbie accessories sold since October, as well as thousands of Geo Trax engines and Bongo Band toys. All of them were made in China. This is Mattel's third major toy recall now in six weeks. Last month the company's chairman warned of more recalls as Mattel stepped up its monitoring.

HARRIS: So we're talking about millions of toys pulled from shelves and toy chests this summer. Some of the other major recalls. Stay with me here, this gets a little tricky.

Last month more than 70,000 spinning tops and pails featuring Thomas and Friends, Curious George and other characters were recalled. Remember that? Two hundred and fifty thousand SpongeBob SquarePants address books and journals also pulled. Remember that?

Mattel recalled 19 million toys worldwide on August 14th. The worries here, lead paint and kids potentially swallowing magnets. The toys made in China. On August 1st, Mattel's Fisher-Price division recalled 1.5 million preschool toys featuring such characters as Dora the Explorer, Big Bird and Elmo.

Hasbro, stay with me here, recalled about 1 million Chinese-made Easy-Bake ovens, you remember this, in July because kids could get their fingers caught. And in June, 1.5 million Thomas and Friends wooden railway toys were recalled. The concern here, lead paint.

H:C Senator Larry Craig and the men's room sex scandal. The Idaho conservative bouts (ph) a new legal challenge to stay in office. His goal, overturning the guilty plea he, himself, entered. Here to explain, CNN's senior legal analyst Jeffrey Toobin.

You're also laughing. Stick with me.

JEFFREY TOOBIN, CNN CORRESPONDENT: I have a question. I have a question.

COLLINS: Oh, geez. What?

TOOBIN: Is this story strange enough for you yet, Heidi?

COLLINS: It is strange enough. Indeed it is.

TOOBIN: Is it strange enough?

COLLINS: It seems a little calculated possibly, but we don't really know. So let's go through it. Bear with me. Anyway, just to begin with this, that Craig could actually

take back that guilty plea. I mean once you enter it, isn't it entered?

TOOBIN: Well, there is a legal process for withdrawing a guilty plea. But in Minnesota, like most states, it's almost impossible. You basically have to show one of two things. You have to show coercion. Were you forced into pleading guilty? Did someone say, plead guilty or I'll kill you or plead guilty or I'll kill your sister.

COLLINS: We've heard those tapes. That did not happen, correct?

TOOBIN: It did not happen, clearly.

The other issue is incompetence. Were you on drugs? Did you not understand English? That's another reason. Again, it didn't seem to apply here.

So as a legal matter, I don't see any real way he has any chance of getting this guilty plea overturned.

COLLINS: All right. And key to this story has got to be Arlen Specter. Listen to this from Arlen Specter. You probably heard it over the weekend, Jeff.

(BEGIN VIDEO CLIP)

SEN. ARLEN SPECTER, (R) PENNSYLVANIA: He's got his life on the line and 27 years in the House and Senate. And I'd like to see him fight the case because I think he could be vindicated.

(END VIDEO CLIP)

COLLINS: OK. So Specter is a former D.A. for Philadelphia. He knows the law. Would he really be saying that if he didn't think that Senator Craig could fight these charges?

TOOBIN: Well I think what Senator Specter was talking about was, if Senator Craig had actually fought the charges from the very beginning, I think he actually had a chance. The evidence, based on what I've seen, was sort of ambiguous. It didn't seem like a open and shut case that Craig was guilty of solicitation or disorderly conduct. But the problem is, he plead guilty. That case is over. So, I mean, I think, you know, Senator Specter is a very smart man and a very distinguished lawyer and he was a D.A., but I don't think he's right about how likely it is that that guilty plea can be overturned.

COLLINS: At least at this point.

Well, what about the mail-in plea? Is that something that's standard or not so much?

TOOBIN: It's an unusual process, but is it the process in Minneapolis. It's been in place for many years. And if you look at the document, two things really jump out at you. One is, you know, the arrest was June 11th. He signed his guilty plea on August 1st.

COLLINS: Exactly.

TOOBIN: So he had six weeks to think this over and decide whether to plead guilty or not. This wasn't a spur of the moment thing. So that, again, argues against his being able to withdraw the plea.

And the other point is, if you read the form, it says, by pleading guilty, I acknowledge that I am guilty and I am not going to ask for this document to be changed.

COLLINS: Yes.

TOOBIN: So, again, that makes it hard for him to change his mind now.

COLLINS: Seems like it kind of puts the nail in it when it's signed that way. But maybe, I don't know, is there a loophole in the fact that an attorney actually never signed that plea?

TOOBIN: Well, no. In fact, the document has a provision that says, I am not represented by an attorney. So it's very clear you don't have to be represented by an attorney to file -- to mail a document like that in.

And again, we're talking about a United States senator. A sophisticated person. Someone who could be expected to get a lawyer if he wanted one. I just don't see how anything is different now than it was when he withdraw on Saturday. So I don't know what he's thinking in sort of having a spokesman say, well maybe he's not really resigning. I just don't get it.

COLLINS: Yes. I had a couple of other questions here for you but we've already answered it. It just seems like it's done and we're just going to see how it plays out now.

TOOBIN: Well, and it's always a surprise.

COLLINS: There's always -- oh, that's a good tease. We'll have to stay tuned and have you back.

TOOBIN: Absolutely.

COLLINS: CNN's senior legal analyst Jeffrey Toobin. Thank you.

TOOBIN: See you, Heidi.

HARRIS: Taxi, taxi, taxi. It could be harder to hail a cab in Manhattan today. Why some taxi drivers are on strike.

GERRI WILLIS, CNN CORRESPONDENT: I'm Gerri Willis.

We're getting out that magnifying glass to look at the fine print when it comes to your credit cards. We'll tell you how to find the best one for you. That's next on "Top Tips" in the NEWSROOM.

(COMMERCIAL BREAK)

COLLINS: Well, we're down 152 points.

HARRIS: Wow!

COLLINS: The Dow Jones Industrial average is, and it's only 10:25 Eastern Time. Only an hour in. But you see the numbers there, resting at 13,296. Yesterday, when all was said and done, we were up 91 points. So we will continue to follow this. The Nasdaq also down. You see on the bottom right-hand side of your screen, down 20 points. Susan Lisovicz is going to be joining us a little bit later on, give you some more information about some of these key economic reports that may really have bearing on the numbers that we see today.

HARRIS: Credit card offers on the rise and so is the fine print. Here to help us sort it all out, see if we can get the right card for you, if you want a card at all, CNN personal finance editor Gerri Willis.

I hate credit cards.

Gerri, good to talk to you.

WILLIS: Well, you know, you got to have one to have a credit history.

HARRIS: Well, I guess you do.

WILLIS: And for people to know who you are. I mean it's one of those things you've got to do. HARRIS: Yes, I guess you do. You know, you hear all this about a credit crunch and yet, boy, you go to the mailbox and there's another offer.

WILLIS: Right.

HARRIS: And, you know, the question is for a lot of folks, what do you do. Do you go with one of the smaller companies or big, big, big? Do you go with a big company

WILLIS: Well, bigger isn't always better, Tony.

HARRIS: There you go.

WILLIS: Look, a recent survey by consumer reports found that people who had credit cards with USAA Federal Savings Bank and credit unions were more satisfied with their credit cards than people who have credit cards from big banks, like JP Morgan Chase, Citibank, HSBC. To qualify for a USAA credit card, you have to have a military connection, but credit unions may be a good option if you don't have that. You'll likely get charged lower interest rates. And some credit unions allow members' relatives to join. Check out the Credit Union National Association at creditunion.coop to see what's available in your area.

HARRIS: Well, you know what, Gerri, why are you warning us against -- at least to be on the lookout for these zero percent offers. If you have one of these blasted things that seems to be the way to go to get one with a zero percent off.

WILLIS: Well, you know, they can be a great thing. Look, switching your balance from a high interest rate card to a lower one makes a lot of sense. But the windows on those zero percent introductory rate cards, it's getting shorter, Tony.

HARRIS: Oh, OK.

WILLIS: Now it used to be that zero percent rates lasted for a year. Today they're disappearing in six months. After that, you'll be paying rates higher than 15 percent. You'll also want to ask about balance transfer fees. But more often credit card companies are getting rid of caps on balance transfer fees or increasing the fees. Keep an eye out for those.

HARRIS: All right, Gerri, you know what, we had a couple of other tips, but we've got some breaking news we want to get to right away. But thank you for being with us, Gerri. We'll see you tomorrow.

WILLIS: My pleasure.

HARRIS: OK.

COLLINS: Quickly want to get you to these live pictures now. We just saw Senator Tim Johnson go down the hallway of the Capitol in his wheelchair. I think you'll be able -- there he is. HARRIS: There he is.

COLLINS: You can see the back of his head now. There we have the tape for you. Big, big smile on his face. We should let you know, he's got a full schedule today, too, as he returns to the U.S. Senate and the Senate floor as well. You see all the people clapping their hands for him. This is his first time back to the Capitol, in fact, since December when he had that brain hemorrhage that required emergency surgery and months and months of therapy. I'm not sure if we can listen in. Guys, do we have any sound coming in to us? Let's listen for a moment.

We're trying. We're trying to hear it. But, as you can see, he does have a big smile on his face and just reminding you that he plans to have a full schedule in front of him today. I imagine pretty darn happy to be back and back at work. We will continue to follow this. If we get any sound there, as we try to listen in, we will certainly bring it to you.

HARRIS: Do we have time to get back to Gerri Willis? Someone tell me. Is Gerri there?

WILLIS: Yes.

HARRIS: Beautiful! Gerri Willis back with the rest of the great tips today.

Gerri, the other thing you're telling us to be mindful of, of these triggers in some of the fine print in these credit card offers.

WILLIS: Yes, watch about credit cards and how to pick them. You want to watch out for triggers. Now if you make late payments or exceed your credit limit, you should be shifted into what they call a default penalty interest rate on your credit card. And that means your interest rate could be 20 percent or higher.

Now, in the past, you trigger this kind of penalty if you made a few late payments within the year. But now, hey, issuers are getting stricter. Now some cards are imposing these penalties even if your payment is just a few hours late. So before applying or accepting a credit card offer, make sure you ask what exactly triggers penalty pricing.

HARRIS: Nice. And I think we all understand this next one, watch your credit limit.

WILLIS: Ah, the devil's in the details here. You know, before you sign on with a card, you've got to look at this specifically because credit card issuers are decreasing credit limits more and more frequently. Even if you already have a card and you may have qualified for a higher limit, the issuer can change that. They can scale back that limit at any time. And that can dramatically hurt your credit score if your balance is really close to that limit.

And if you have a question, be sure to send it to us at toptips@cnn.com. We answer them right here every Friday. And we love to hear from you.

Tony.

HARRIS: That was interesting. We made it work.

WILLIS: We did.

HARRIS: Gerri Willis, our CNN personal finance editor.

Gerri, great to see you. Thanks.

WILLIS: Good to see you.

ANNOUNCER: Live in the CNN NEWSROOM, Heidi Collins and Tony Harris.

HARRIS: All of that and we managed to hit you right there in the bottom of the hour.

Welcome back, everyone, to the CNN NEWSROOM. I'm Tony Harris.

COLLINS: Hi there, everybody. I'm Heidi Collins. Among our top stories this morning, new details coming out about the arrest of three terror suspects. German police say the suspected Islamic militants were planning massive and imminent attacks against American targets in Germany. German authorities say the suspects received terrorist training in Pakistan and had close ties to al Qaeda. They say the group behind the alleged plot had amassed 1,500 pounds of hydrogen peroxide to make bombs. The suspects were believed to have been planning attacks against military installations, discos, airports and places frequented by Americans.

Authorities would not elaborate on whether the U.S. airbase Ramstein and the Frankfurt International Airport were targets.

HARRIS: Civilians targeted again in Baghdad this morning. At least 11 dead, 20 wounded in a roadside bombing. That word from an interior ministry official. The blast detonating next to buses used by morning commuters. It happened in the predominantly Shiite Sadr City neighborhood. Officials say it is not clear who is responsible.

COLLINS: We are hearing this morning about four more U.S. troops killed in Iraq. Four others injured. It happened in separate incidents in Baghdad Tuesday. The military says three of the soldiers died when a powerful roadside bomb hit their patrol. A fourth soldier was killed in combat. That raises the U.S. death toll in the Iraq War to 3,748.

HARRIS: She is getting a lot of attention on the presidential campaign trail, but she's not the candidate. Michelle Obama makes the cover of "Jet" magazine. We will hear from Jet's associate editor.

Good morning.

COLLINS: What caused pro wrestler Chris Benoit to kill his family and himself? A possible new clue. CNN's Dr. Sanjay Gupta has that.

(COMMERCIAL BREAK)

HARRIS: Michelle Obama, her husband is in the spotlight as one of the Democratic contenders for president, but she's also getting a lot of attention. This week gracing the cover of "Jet" magazine. Nice photo.

With us now from Chicago, "Jet's" associate editor Dana Slagle. Dana, good to talk to you. Good morning.

DANA SLAGLE, ASSOC. EDITOR, "JET" MAGAZINE: Good morning.

HARRIS: Hey, you to tell me, what's her style on the campaign trail? Is she kind of folksy? Is she kind of everyday people? Or is she kind of stiff and wonkish?

SLAGLE: You know, Michelle is very warm, very personable, affable. She's emphatic. She's an emphatic speaker. She's warm and friendly. She's just the type of speaker who can draw you in. She speaks with passion.

SLAGLE: Did you go -- yes, you can kind of see that. But did you go below the surface and -- I know you did, because you're good -- so when you peeled back the exterior, what did you find? Is she tough as nails? Is she running that household? How much input is she giving to Barack in this campaign?

SLAGLE: Well, in speaking with her, she just seems like a classy person, very personable and sincere.

And when I asked her what her biggest life lesson was, she said that she learned to be very kind to people. So that was important to her. She's a kind person, and someone would like to have as a friend, so...

HARRIS: Really?

SLAGLE: Very together.

HARRIS: Oh, Dana, you got too close to your subject here. You know you did. All right, was there anything that you learned about her in the course of this interview, preparing for this cover story, that you weren't aware of before you met her?

SLAGLE: Yes, I learned that she wants to be just like a regular person. She views herself as just like the common, ordinary woman, that she goes to the grocery store. She has to go and buy Downy and Comet just like other women do. And she said that people are surprised to know that about her.

Also, on a personal level, she loves to listen to music. She likes Stevie Wonder, things like that. I didn't know that about her. She loves family.

HARRIS: Just Stevie Wonder, anyone else?

SLAGLE: That's her favorite singer.

HARRIS: What's on the Michelle Obama iPod?

SLAGLE: She didn't mention her iPod.

HARRIS: Oh, she didn't?

SLAGLE: She kept that secret. No.

HARRIS: I have to ask you, how does she manage to do everything she is doing right now? She is juggling this campaign...

SLAGLE: Yes.

HARRIS: ... this family, and you know, there is an ins inference when we talk about juggling; there's always the possibility that something could be dropped. How is she managing to do everything she's trying to do right now?

SLAGLE: Well, being the busy woman that she is, first and foremost, she says efficiency. She has to be efficient. And then secondly, she also makes sure she exercises and eats well. That helps her to maintain energy on this rigorous schedule that she has. And she also utilizes resources. You know, she gets help from her mom. So she's glad to have that. And she also makes sure she only makes day trips. That way when she finishes her day, she's at home to kiss her girls good night, and at the same time she's there to get them off to school in the morning.

And then the other thing that she does, she has two BlackBerrys, one for the campaign and one for work, and that helps her to stay ahead of the game and keep track of both responsibilities.

HARRIS: You know, I wonder, what is her role on the stump? Is she just merely echoing the policies of Barack or what? What is her role out there? What's her job?

SLAGLE: I think she's speaking passionately about things that concerns her as far as women's issues, as far as family. Family is very important to her. She emphasized that it's very important that her daughters do not feel uncomfortable. She wants her daughters to feel happy. And at the same time, she wants other families to be happy and comfortable.

One thing that she spoke about was the plight that women have. Many women are working, taking care of families, children. And by the time they finish with that, there's no time left for themselves. And women suffer. They suffer silently. And that -- when women suffer, the family suffers. So she's very concerned about family. She speaks about these things, and education, and health care, and child care. When a woman has to take off work to care for her sick child, you know, she may lose a day's pay or have to use her own personal time. So these are issues she's concerned about.

HARRIS: Dana Slagle, the -- this is on the cover, right, on all the newsstands right now?

SLAGLE: On newsstands.

HARRIS: Can't wait. Michelle Obama, there it is. There's the profile. Dana Slagle is the Associate Editor of "Jet" magazine.

Dana, good to see you. Thank you.

SLAGLE: You, too. Thank you very much.

(COMMERCIAL BREAK)

COLLINS: What drove wrestler Chris Benoit to kill his wife, son and himself? A doctor who examined Benoit's brain offers a possible explanation this morning. He told ABC's "Good Morning America" the wrestler suffered brain damage from multiple concussions. Dr. Julian Bales (ph) says that could have been a leading cause of the tragedy. He says the damage is similar to that found in Alzheimer's patients.

I want to get more now on the Chris Benoit story. Let's bring in CNN chief medical correspondent Dr. Sanjay Gupta, and CNN investigative correspondent Drew Griffin. He's joining us now with more as well.

I want to start with you, Drew. When you had a chance to watch some of this, this morning what did you think? This Is the first time that we have heard from Michael Benoit, Chris Benoit's father.

DREW GRIFFIN, CNN INVESTIGATIVE CORRESPONDENT: Yes, and I think what it really shows is a father looking for answers in how his son, who obviously he loved, could have done what he did. I mean, Chris Benoit committed a horrific crime, and so the father, Michael Benoit, was looking for answers, trying anything he could to find a reason, other than perhaps steroids, which was the first thing that came up, and then we learned he was on a pain killer and an anti-anxiety medication as well.

But what was the answer to why you had this horrific crime of killing his wife and child and then killing himself? And I'm not sure that we got that answer this morning.

COLLINS: Yes, I'm not sure, either. When it makes that leap to the violence. And it's a good idea to have Sanjay Gupta come in to us now, too, as well.

And, Sanjay, we talked a little bit earlier about whether or not this new study coming out from Dr. Bails actually makes that leap, makes the leap from having this condition from all of the concussions that he had leading to dementia, then leading to acts of violence.

DR. SANJAY GUPTA, CNN CHIEF MEDICAL CORRESPONDENT: Yes, it's very hard, as you and Drew are both saying, to draw the cause and effect. What we do know, though, some interesting things, is he does have brain changes that are pretty profound for someone that's of his age. They don't appear to be due to steroid use. So those are two things we can say a little bit more definitively now after having looked at some of these slides.

Let me see, I think we may have some of those slides. I want to show you what a normal brain looks like and what some of the abnormal brain looks like. This is what it would be normally. These are neurons, certain cells that sort of transmit signals within the brain.

What they were looking for specifically was evidence of some sort of brain damage as a result of repeated concussions, and I think we -- you can see there. And you know to the untrained eye, it's hard to tell a difference there, but you're seeing a lot of those clumps, those brown clumps basically that you see in there, those are proteins that are deposited. You see similar sort of things in people who have severe dementia. They are more the clumps sort of closer up. That's abnormal. What exactly that means, it's a little bit hard to say, but it's often seen in people who've had repeated concussions, and that is associated with dementia. It's associated with some of the problems tha people had in terms of depression.

Possibly, according to Julian Bales, who'd done research on football players, possibly even linked to suicide.

Again, as Drew said, I think absolutely correctly, is that drawing the cause and effect, we may never know. This is an abnormal brain, and it's especially abnormal in a 40-year-old man.

CHETRY: Quickly, Sanjay, before I get back to drew, because I want to ask him about the type of style of wrestling which Chris Benoit did in that ring, which, who knows, may have had a sort of result to all of this. When you talk about concussion, I mean, you're talking about basically bruising the brain over and over again. There have been other professional athlete who have had several concussions, and yet not led to violent acts.

GUPTA: Very good point. I mean, this is not saying that all of people who've had concussions are going to exhibit vicious or violent behavior necessarily.

But we do know, for example, that a second concussion is exponentially worse than a first concussion. We learn a lot about, for example, return to field sort of examinations. How do you know when to return a player to the football field or to the wrestling rink or something like that? There's a lot of studies on that. He had, according to him, more concussions than he could remember. So he had several over the years. And one thing we do know, is that they become exponentially worse. So it' not a linear problem; it's sort of an exponential problem, and it gets compounded over the years.

COLLINS: And, Drew, as far as the type of fighting, the style of wrestling, the entertainment that Chris Benoit provided, I mean, he was a headbutter.

GRIFFIN: That's exactly -- he was a small guy. You know, he was big in muscle, small in stature, so his head was always in the way. And you know, this is fake, it's scripted, but there's still taking hits, and he's using his head when he wrestled as a weapon, whether it be against another person or like you see jumping off here. I mean, when his head hits the mat, his head hits the mat, even though this is all scripted and fake...

COLLINS: Sure.

GRIFFIN: ... he's still taking that hit. When what I don't understand from the results this morning -- and maybe Dr. Gupta could explain this -- is the crime. I want to remind people of the crime. This was over a period of time. It was planned. He tied his wife's legs and arms together. He wrapped her up in some kind of blanket, and then he choked her. And then hours later, we're told, he went and strangled his own son. And then, even later, is when he went down into the basement of his house, posted a few things on the Internet and then hung himself. Even if you go to Alzheimer's rage, from what I know of, or steroid rage, none of that seems to apply in this case, I believe. Is that right, Sanjay?

GUPTA: Well I think it certainly makes an argument against the steroid rage, which tend to be very impulsive and very at-the-moment sort of rage. An Alzheimer's rage, I don't know if there's such a term necessarily, but you know, people who have sort of this onset of dementia, I would have expected him to have more symptoms earlier than this, you know, forgetfulness, problems profound looking at the brain. Again, you know, drawing the cause and effect between that and violent or vicious attack, I don't know that we'd ever do that, but I would have expected him to have him to have more problems in the years and certainly months preceding any of these events.

COLLINS: Yes, and we didn't really see that, because at least people that we've talked to, you know, they were all really surprised that this had happened. So it didn't seem to be a history of that kind.

Thanks to the both of you, Dr. Sanjay Gupta and our investigative reporter, Drew Griffin. Thanks, guys.

(BUSINESS HEADLINES)

COLLINS: Authorities say attacks were imminent. Three terror suspects arrested. They're accused of plotting to bomb American targets. We'll tell you where.

(COMMERCIAL BREAK)

COLLINS: Some new information to us here at CNN. We want to get straight to our correspondent, John Zarrella, who is standing by. John, what do you have? Something on Manuel Noriega?

JOHN ZARRELLA, CNN CORRESPONDENT: Hey, Heidi. That's exactly Right.

What we have just learned is that his attorney, Frank Rubino, has filed an emergency motion to stay the extradition of the former Panamanian dictator to France.

Now within the last month or so, we'd learned that the French government had asked for Manuel Noriega to be extra indicted there. He faces up to 10 years in prison on charges of money laundering, drug money laundering through French banks. The attorneys representing Noriega had said, look, he's a prisoner of war. That was his status when he came here. He can't be extradited to France. He should be sent back to Panama.

The bottom line is the Panamanian government doesn't want him. He's scheduled to be released on his U.S. charges by the end of this week, possibly as early as Friday. The concern on the part of Noriega's attorneys was that he would be spirited out of this country in the overnight hours and sent to France, because a federal judge has ruled here, William Hoovler (ph), ruled that, in fact, he could be extradited to France. So that's the reason for this emergency motion, trying to fight that extradition to keep him here, at least until they can get another court to take a look at this.

But the bottom line right now is that Manuel Noriega could be released as early as Friday, and again, his attorneys were concerned that he would be flown out under the cover of darkness into France to face those charges of money laundering there. So a last-ditch attempt now to keep the former Panamanian dictator here in this country -- Heidi.

COLLINS: All right, thanks for that. CNN's John Zarrella on Manuel Noriega. Thank you, John.

HARRIS: So how does the Air Force mistakenly load nuclear warheads on to a bomber like this and then fly it across country? A live report from the Pentagon, coming up for you in the NEWSROOM.

(COMMERCIAL BREAK)

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.voxant.com

*Search CNN* 

| U.S. | WORLD | POLITICS | MONEY | OPINION | HEALTH | ENTERTAINMENT |
|---|---|---|---|---|---|---|
| CRIME + JUSTICE | AFRICA | 2016 ELECTION | MARKETS | POLITICAL OP-EDS | DIET + FITNESS | CELEBRITY WATCH |
| ENERGY + ENVIRONMENT | AMERICAS | WASHINGTON | TECH | SOCIAL COMMENTARY | LIVING WELL | TV + WEB |
| EXTREME WEATHER | ASIA | NATION | MEDIA | | PARENTING + FAMILY | MOVIES + MUSIC |
| SPACE + SCIENCE | EUROPE | WORLD | PERSONAL FINANCE | | | |
| | MIDDLE EAST | | LUXURY | | | |

| TECH | STYLE | TRAVEL | SPORTS | LIVING | VIDEO | MORE... |
|---|---|---|---|---|---|---|
| GADGETS | FASHION | BEST OF TRAVEL | PRO FOOTBALL | FOOD | LIVE TV | PHOTOS |
| CYBER SECURITY | DESIGN | SLEEPS + EATS | COLLEGE FOOTBALL | RELATIONSHIPS | DIGITAL STUDIOS | LONGFORM |
| INNOVATION NATION | ARCHITECTURE | BUSINESS TRAVEL | BASKETBALL | RELIGION | CNN FILMS | INVESTIGATIONS |
| | AUTOS | AVIATION + BEYOND | BASEBALL | | TV SCHEDULE | IREPORT |
| | LUXURY | | SOCCER | | TV SHOWS A-Z | CNN PROFILES |
| | | | | | | CNN LEADERSHIP |

 U.S. Edition ⌄

© 2016 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved

Terms of Use | Privacy Policy | AdChoices | Advertise with us | About us | Work for us | Help | Transcripts | License Footage | CNN Newsource

# EXHIBIT 30

ESPN.com - Study suggests brain damage may have affected Benoit

 **ESPN.com:** ESPN          [Print without images]    

**Wednesday, September 5, 2007**

# Study suggests brain damage may have affected Benoit

Associated Press

ATLANTA -- Pro wrestler Chris Benoit suffered brain damage from his years in the ring that could help explain why he killed his wife, son and himself, a doctor who studied Benoit's brain said Wednesday.

The analysis by doctors affiliated with the Sports Legacy Institute suggests repeated concussions could have contributed to the killings at Benoit's suburban Atlanta home.

The wrestler's father, Michael Benoit, told reporters Wednesday that he knows his son had concussions because his son told him so. But he also said he knows of no medical records or records kept by the wrestling league to support the diagnosis.

Steroid use also has lingered as a theory, since anabolic steroids were found in the home and tests conducted by authorities showed Benoit had roughly 10 times the normal level of testosterone in his system when he died.

The institute, which researches the long-term effects of concussions, coordinated the testing using samples of Benoit's brain tissue provided by the Georgia Bureau of Investigation.

Despite the results of the institute's tests, there was no way to know if Benoit's concussions contributed to the murder-suicide, said Dr. Robert Cantu, a member of the institute who also is chief of neurosurgery service at Emerson Hospital in Concord, Mass.

"Whether it is the sole factor I believe is speculation and I will not go there," Cantu said by phone.

The level of brain damage Benoit had can cause depression and irrational behavior, Cantu said.

Benoit's brain showed the same degenerative processes that doctors working for the institute found in the brains of three men who had played pro football and committed suicide, Cantu said. There were abnormal protein deposits caused by trauma to Benoit's brain, Cantu said.

There's no evidence that steroid use causes such protein deposits, Cantu said, though he noted the issue has not been exhaustively studied.

The Waltham, Mass.-based institute was founded by former pro wrestler Christopher Nowinski, who has said he had to quit the ring after a kick to the head. Nowinski is president of the institute and still has ties with World Wrestling Entertainment Inc., which runs the league he and Benoit were in.

A lawyer for Stamford, Conn.-based WWE did not immediately return a call Wednesday seeking comment. The company has maintained steroid use did not cause Benoit to snap.

Investigators allowed the institute to test Benoit's brain tissue with the permission of his father, Michael Benoit, who lives near Edmonton in Ardrossan, Alberta.

Michael Benoit said Wednesday that he agreed to the testing because murder-suicide was out of character for his son. He also disclosed that after the killings, he discovered a diary written by his son that showed his son was having problems.

ESPN.com - Study suggests brain damage may have affected Benoit                    Page 2 of 2

"After reading the diary, I would have thought it was written by someone who was extremely disturbed at the time," Michael Benoit said.

He did not elaborate, but he did say a friend told him that prior to the murder-suicide, Chris Benoit had been wearing a rosary, which he said was also out of character.

"I think it's the extreme that is in the wrestling industry today," he told reporters. "The human skull is not built to get hit by a chair or something."

Nowinski said concussions can happen in pro wrestling even though many of the moves are staged.

"I got four concussions in three years as a professional wrestler," said Nowinski, who works for the WWE on its initiative to encourage young people to vote. "A lot of concussions happen from mistakes."

Prosecutors have said Benoit, 40, strangled his wife with a cord, used a choke hold to strangle his 7-year-old son, placed Bibles next to the bodies and hanged himself on a piece of exercise equipment the weekend of June 22.

Authorities have said Benoit's personal doctor, Phil Astin, prescribed a 10-month supply of anabolic steroids to Benoit every three to four weeks between May 2006 and May 2007. Astin has pleaded not guilty to federal charges of improperly prescribing painkillers and other drugs to two patients other than Benoit.

ESPN.com: Help | PR Media Kit | Sales Media Kit | Report a Bug | Contact Us | Site Map | Jobs at ESPN | Supplier Information | Copyright ©2007 ESPN Internet Ventures. Terms of Use and Privacy Policy and Safety Information/Your California Privacy Rights are applicable to you. All rights reserved.



# EXHIBIT 31

# See enclosed disc

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RUSS McCULLOUGH, *et al.*,** | : | **No. 3:15-cv-01074 (VLB)** |
| | : | **Lead Case** |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

---

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO** | : | **No. 3:15-cv-00425 (VLB)** |
| **LOGRASSO,** | : | **Consolidated Case** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

---

## NOTICE OF MANUAL FILING

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed a copy of a CD that is Exhibit 31 to Tab 3 to the Appendix to its Local Rule 56(a)(1) Statement because it cannot be filed electronically. The CD has been manually served on all parties.

# EXHIBIT 32





# REUTERS

**Brain injury, not steroids, seen in wrestler death**

By Daniel Trotta
373 words
5 September 2007
15:46
Reuters News
English
(c) 2007 Reuters Limited

NEW YORK, Sept 5 (Reuters) - Extensive brain damage caused by a career in professional wrestling is far more likely than steroids to have led Chris Benoit to kill his family and then himself, medical experts said on Wednesday.

Neurologists with the Sports Legacy Institute who examined Benoit's brain found it pockmarked throughout with evidence of chronic traumatic encephalopathy (CTE), whose symptoms include depression, dementia and erratic behavior.

CTE is believed to afflict 20 percent of professional boxers and was found in four professional American football players aged 36 to 50 who died in recent years -- two by suicide -- after showing erratic behavior, the institute said.

The private research institute's experts believe Benoit's brain damage "is enough to very likely explain aberrant behavior including suicide and even homicide," Julian **Bailes**, chief of neurosurgery at West Virginia University, told a news conference in New York.

Benoit, 40, killed his wife Nancy and 7-year-old son Daniel before hanging himself in their suburban Atlanta home in June in what police labeled a murder-suicide.

That raised speculation it may have been a case of "roid rage," or uncontrollable violence caused by steroid use. An autopsy found Benoit injected steroids not long before he died.

But **Bailes** said steroids would not have caused Benoit's brain damage, and while he drew no conclusions, he all but ruled out steroids as a cause.

"There is no consensus in the medical community that the syndrome of 'roid rage' even occurs," **Bailes** said.

The Sports Legacy Institute, an advocate for greater safety in contact sports, was founded by former Harvard University football player and professional wrestler Christopher Nowinski, whose career was cut short by post-concussion syndrome.

Benoit, nicknamed "The Rabid Wolverine" and "The Canadian Crippler," performed for the World Wrestling Entertainment Inc.

Benoit's father, Michael Benoit, granted permission to conduct the test for CTE, which can only be done postmortem. He raised concerns about the extreme nature of the theatrics in professional wrestling.

"The human skull just isn't built to get hit with a table or a chair," he said.

USA-WRESTLER/|LANGEN|AFA|CSA|LBY|REULB|RSP|RWSA

Document LBA0000020070905e395001p7

2007 Factiva, Inc. All rights reserved.

# EXHIBIT 33



factiva.

**Benoit diagnosed with brain disorder**

By Jim Varsallone, The Miami Herald
McClatchy-Tribune Regional News
1,580 words
5 September 2007
The Miami Herald (MCT)
English
Distributed by McClatchy - Tribune Information Services.

Sep. 5—Pro wrestler Chris **Benoit**, who killed himself, his wife and son in a horrific double murder/suicide in June, was diagnosed with chronic traumatic encephalopathy – also called dementia pugilistica, boxer's dementia and punch-drunk syndrome – as revealed during a news conference Wednesday at the Roosevelt Hotel in New York City.

CTE is a neurological disorder that affects some career boxers, rugby players, soccer players, football players and others who receive multiple dazing blows to the head. The condition develops over a period of years.

**Benoit**, 40, wrestled professionally for 22 years. He sustained numerous blows to the head via chairs, tables, kicks and punches.

During the news conference, the participants – which included Dr. Julian Bailes, chairman of the Department of Neurosurgery at West Virginia University and a founding member of the Sports Legacy Institute; Dr. Robert Cantu, chief of Neurosurgery Service and Director of Sports Medicine at Emerson Hospital in Concord, Mass. and a founding member of the Sports Legacy Institute; and **Benoit**'s father, Michael – discussed the diagnosis and fielded questions.

With permission from **Benoit**'s family, leading medical experts associated with the Sports Legacy Institute performed forensic neuropathological tests on his **brain** to seek evidence of **brain** trauma.

CTE, which occurs in people who have suffered multiple concussions, commonly manifests as dementia or declining mental ability and parkinsonism or tremors and lack of coordination. It can also cause unsteady gait, inappropriate behavior and speech problems.

Sufferers include boxers Jack Dempsey, Joe Louis, Muhammad Ali, Floyd Patterson, Bobby Chacon, Jerry Quarry, Mike Quarry, Wilfredo Benitez, Willie Pep, Freddie Roach, Sugar Ray Robinson, and Meldrick Taylor.

Several former NFL players have been posthumously diagnosed with CTE. Justin Strzelczyk, 36, died in 2004 during a high-speed chase with police after apparently suffering a nervous breakdown, driving on the wrong side of the road and crashing into a tanker truck.

Andre Waters, 44, and Terry Long, 45, were diagnosed with the disorder after committing suicide. Pro Football Hall of Famer Mike Webster, 50, suffered from dementia before his death because of heart failure and was also diagnosed with CTE. Numerous concussions and other **brain** injuries incurred during their careers are responsible for the development of CTE.

"Hopefully by doing this [**brain** testing], we are able to bring awareness and save some lives," Michael **Benoit** said. "We lost our son, our grandson and our daughter-in-law who we loved very, very much."

An analysis of **brain** tissue from Chris **Benoit**, who murdered his wife and 7-year-old son before killing himself on the weekend of June 25 in their Georgia home, showed he was suffering from serious **brain** damage consistent with CTE, according to experts at the conference.

"This was not roid rage," Bailes said. "This happened over the course of a couple of days, and there is no medical evidence steroids caused this. This is a **brain** damage syndrome which predates steroids."

Chris **Benoit**'s **brain** was processed and examined microscopically using a battery of standard histochemical and specialized immunochemistry stains. Specifically, techniques were utilized to identify tau protein.

2007 Factiva, Inc. All rights reserved.

Tau becomes phosphorylated and visible when the person has had prior traumatic **brain** injury.

Large amounts of abnormal tau proteins were found, along with loss of nerve cells (neurons). These extensive changes throughout his **brain**, identified in the neocortex, basal ganglia, substantia nigra and **brain** stem, consisted of accumulation of tau protein in the neurons and their fibers, which project to other parts of the **brain**.

Sports Legacy Institute believes these are most likely post-traumatic expressions of prior recognized or unrecognized concussions.

"When the results were explained to me by the SLI doctors, I was shocked to learn the extent of damage [from repetitive head injuries in contact sports] and saddened that he could have been suffering from this without anyone's knowledge," Michael **Benoit** said. 'I hope the examination of Chris' **brain** leads to greater understanding and ultimately helps protect athletes of all ages."

Former World Wrestling Entertainment wrestler Chris Nowinski, a former Harvard football player who graduated with a degree in sociology, suffered from post-concussion syndrome in June 2003. He was a two-time WWE Hardcore champion.

Having sustained a concussion in a match in Hartford, Conn., he performed three more weeks before the increasing symptoms became so great he was forced to take an extended absence.

After a year of post-concussion symptoms, he chose to retire from wrestling at age 26 and co-founded Sports Legacy Institute, an organization dedicated to furthering awareness of and research on sports-related head injuries and increasing the safety of contact and collision sports worldwide.

Nowinski, now 28, also penned Head Games: Football's Concussion Crisis, which examined the long-term effects of head trauma among athletes. Although he does not wrestle, he is still under contract with WWE in a public-relations capacity.

"Four days after we got the news of the deaths, Chris Nowinski called me," Michael **Benoit** said. "We didn't know who he was. We had never spoken before. Not knowing him and his background and in the state of mind we were in at the time, I asked him to give me some names of people to call."

Nowinski said to call Dr. Kris Sperry, Georgia's chief medical examiner. Michael **Benoit** did, and Sperry supported the **brain** testing process.

"My goal, as I promised to Chris [Nowinski], was to do everything in my power to raise awareness and funds in the work being done [by Sports Legacy Institute]," **Benoit** said.

During a news conference in July, Sperry read from the toxicology report that uncovered the anti-anxiety drug Xanax and painkiller hydrocodone at normal, nontoxic levels in **Benoit**. The only steroid drug found was testosterone at a level of 207 mg/liter. The level indicated **Benoit** was using testosterone within a short amount of time before he had died.

Sperry noted that no other steroids or steroid-like drugs were found in **Benoit**'s urine. He also said no evidence was found of GHB. In regards to the elevated use of testosterone found in **Benoit**'s body, Sperry said it was an indicator that he had been injecting testosterone, but how much and how frequently is something that could not be answered.

"We just couldn't believe our son had been involved in such a horrific act," Michael **Benoit** said. "We weren't aware of anything abnormal with Chris. He called me the week before on the road [for WWE] on Father's Day and wished me Happy Father's Day. He was on the down side, not being able to spend Father's Day with his family."

Michael **Benoit** said his son had a diary, which he began writing after the death of his longtime friend and fellow wrestler Eddie Guerrero in 2005. Guerrero, 38, died of acute heart failure — caused by an undiagnosed arteriosclerotic cardiovascular disease.

Although Guerrero had not taken alcohol or illicit drugs for nearly four years, his past excesses contributed to his heart failure. At the time of his death, he had recently used narcotic painkillers and various enhancement drugs, though this was not known for nearly two years after his death.

Michael **Benoit** said Chris wrote about how he was disturbed at times after Guerrero's death. One of **Benoit** 's neighbors in Georgia told Michael **Benoit** that Chris walked around holding a rosary around his neck about three to four months before the murder-suicide.

2007 Factiva, Inc. All rights reserved.



"Chris was not that religious and had not done that before," Michael **Benoit** said. "It was out of character for him."

Chris **Benoit** placed Bibles next to the dead bodies of wife Nancy and son Daniel.

Michael **Benoit** said there is no history of mental health issues on his or his wife's side of the family. He noted that grandson Daniel had no mental or physical problems.

Michael **Benoit** also said there are no medical records of his son having concussions, though Chris told him he had suffered concussions. Michael **Benoit** said litigation against Chris' former employer, WWE, has not been discussed.

"I work for a company where health and safety are No.1 priorities," Michael **Benoit** said. "I wish my son worked for a company that had those same values."

With Congress now watching, WWE recently suspended 10 wrestlers for failing its wellness drug-testing program, implemented after the death of Guerrero.

"We have not sent our findings to WWE," Bailes said. "We would certainly meet with them and any other organization to discuss these findings."

Michael **Benoit** and the **Benoit** family are in a legal fight with Nancy **Benoit**'s family – the Toffolonis – over control of Chris' estate, worth millions. The mental health of Chris **Benoit** and the timeline of the deaths are being questioned.

Whether Nancy **Benoit** died before Daniel will determine whether control of millions of dollars goes to Chris **Benoit**'s two children from a previous marriage or to the Toffolonis. Police reports indicated Nancy died before Daniel. If proven so, along with the mental capacity of **Benoit**, the Benoits would then garner control.

Cary Ichter, a partner with  Thompson Hine LLP in Atlanta, is one of the attorneys representing Michael **Benoit**. Ichter was also present during Wednesday's news conference.

----

To see more of The Miami Herald or to subscribe to the newspaper, go to  http://www.herald.com  .

Copyright (c) 2007, The Miami Herald

Document KRTMI00020070905e395000e7



**2007 Factiva, Inc. All rights reserved.**

# EXHIBIT 34



Jobs | Contests | FOX HiLites | Fox on Demand | Web Cam

**News        Weather        Traffic        Sports        Business        Entertainment        H**

Search:    ● Site | ○ Web | ○ Local Business

**Inside Fox:**

HOT LIST        About Us        Good Day

**THE ORLANDO FIRM**
**LAWYERS FOR THE PEOPLE, NOT THE POW!**
Three things you need to know    Click here

Alerts    mepage        Juanita Bynum, Bishop Weeks, III Investigation        Assignm



## Doctor: Chris Benoit Had Brain Damage That May Have Led to Killings

Last Edited: Wednesday, 05 Sep 2007, 10:17 AM EDT
Created: Wednesday, 05 Sep 2007, 10:15 AM EDT

ATLANTA (AP) — A doctor who examined brain matter from former pro wrestler Chris Benoit is saying the wrestler had brain damage from multiple concussions that was consistent with what's seen in Alzheimer's patients.

Doctors say the damage from years in the ring may have been a leading cause for Benoit killing his wife, children and himself at their Atlanta-area home in June.

The Sports Legacy Institute, an organization that advances health and wellness of athletes, coordinated the testing using samples of Benoit's brain tissue provided by the Georgia Bureau of Investigation, with the permission of Benoit's father.



In this March 29, 2004 file photo, provided by World Wrestling Entertainment Chris Benoit is shown. Pro wrestler Chris Benoit, his wife and 7-year-old son were found slain Monday, June 25, 2007 at their Fayette County home, authorities said. Sheriff's Lt. Tommy Pop said the three were found about 2:30 p.m., but he would release no other details about the deaths at the house near White Water Country Club. (AP Photo/WWE, HO)

Despite the results, Dr. Robert Cantu, a member of the institute and chief of neurosurgery service at Emerson Hospital in Concord, Massachusetts, said there was no way to know for sure if the concussions Benoit suffered caused the murder-suicide.

Cantu did say that the brain injury Benoit suffered can cause depression and irrational behavior.

Cantu said Benoit's brain showed the same degenerative processes that doctors working for the institute found in the

**SideBar**

**Related Items**
Stories
FOX 5 News: The Benoit Investigation

Chris Benoit Brain Tissue Examined by Neuro-

# EXHIBIT 35


25% annual bonus on cash earned.
Cash back on every purchase, everywhere.
CapitalOne | what's in your wallet?


baltimoresun.com

Search [                ] GO   ⦿ baltimoresun.com   ◯ Web enhanced by Google

# Ring Posts

**Ring Posts is a Baltimore Sun blog about wrestling**

Classified

   Place an ad
   Jobs
   Cars
   Homes
   Apartments
   Personals
   Pets
   Grocery Coupons

Maryland Weather

Traffic

News

Sports

   Orioles/Baseball
   Ravens/Football
   High School
   College Football
   College Basketball
   College Sports
   Pro Basketball
   Horse Racing
   Golf
   Hockey
   Auto Racing
   Tennis
   Soccer

« Mr. Red Herring ... Red Herring | Main | With Angles, less is more »

### Benoit's brain trauma

There's no news that could ever be good news when it comes to the Chris Benoit double murder-suicide. But for those looking for answers as to how someone who was so well-liked and respected by his peers could commit such unspeakable crimes, today's developments might shed some light.

Doctors who studied Benoit's brain suggested that repeated concussions could have contributed to the killings. One of the doctors stressed that there is no way to know for sure if the concussions played a role, but the level of brain damage Benoit had can cause depression and irrational behavior, he said.

If anything, this further discounts the "roid rage" theory, which I never bought into. That was a rush to judgment by the cable news shows that were looking for the most sensationalistic angle possible.

As the one doctor stated, we will never know for certain what caused Benoit to do what he did, but the concussion theory seems plausible. It's also possible that steroids played a role, as well, because depression and paranoia are side effects of the drugs.

The Sports Legacy Institute, whose president is former WWE wrestler Christopher Nowinski, did the study of Benoit's brain tissue. Nowinski, whose career ended prematurely due to concussions and has written a book about the subject, had contacted Benoit's father for the rights to examine Chris' brain. Nowinski's mission is to raise awareness of the dangers of head trauma in pro wrestling as well as other sports.

It is obvious from watching WWE programming recently that the company has encouraged its talent to tone down some of the crazy bumps, which is a smart move and the right thing to do. With that being said, however, Umaga still took a few hard chair shots to the head on *Raw* Monday. I won't go so far

ABOUT THIS BLOG



Ring Posts: *The Sun's* Kevin
blogs about professional wre
E-mail Kevin.

CATEGORIES

RECENT POSTS

• With Angles, less is mor
• Benoit's brain trauma
• Mr. Red Herring ... Red
  Herring
• Thoughts on WWE
  suspensions
• Orton takes it to the nex
  level
• SummerSlam thoughts



Outdoors
Boxing
Mixed Martial Arts
Olympics
Other Sports
Blogs
Sports Columnists
AP Sports

**Lifestyle**

**Business**

**Opinion**

**Travel**

**Shopping**

**Resources**

Print Edition
Wireless Edition
RSS Feeds
Newsletters/Alerts
Archives

**Services**

Get home delivery
Reader Rewards
Sun Store
Contests
Events
Special Sections
Fifty Plus
Place an ad
Speakers' Bureau
FAQs
Contact Us

as to say that chair shots to the head should be outlawed, but I would hope that the wrestler on the receiving end protects himself as much as possible by getting his hand up right before the blow is delivered.

It won't make him any less hardcore or tough in my eyes, especially in light of today's news.

Posted by Kevin Eck on September 5, 2007 3:56 PM | Permalink

---

TrackBack URL for this entry:
http://blogs.trb.com/cgi-bin/mt/mt-t.cgi/27294

(If you haven't left a comment here before, you may need to be approved by the site owner before your comment will appear. Until then, it won't appear on the entry. Thanks for waiting.)

Name:

Email Address:

URL:

☐ Remember personal info?

Comments: (you may use HTML tags for style)

- Previewing SummerSlam
- Q&A with Queen Sharm...
- Thoughts on TNA Impac... and more
- Ex-WCW employee's potential hit, embarrassing miss

**SEARCH**

Search Ring Posts:

**ARCHIVES**

- September 2007
- August 2007
- July 2007
- June 2007
- May 2007

**ALSO SEE**

Recent Sun wrestling articl... by Kevin Eck
> Grim reality
> `Condemned' role has hi... grip
> From a shove to a shave
> Q&A with Amy Dumas
> What about Stacy?
> Four decades in the ring
> WWE champ is a triple th...
> Channeling a love for foo... into acting
> Revisiting a life spent on... ropes
> Show business has hold... Angle

baltimoresun.com blogs
> Faceoff
> Medium Well

# EXHIBIT 36

# WSBTV.com

## Brain Study: Concussions Caused Benoit's Rage

POSTED: 7:21 am EDT September 5, 2007
UPDATED: 12:00 pm EDT September 5, 2007

**NEW YORK --** A new study suggests that a series of concussions may have caused the rage that led wrestler Chris Benoit to murder his wife, his son and commit suicide.

☞ **Study: Benoit Suffered Brain Damage**

Benoit's father, Michael Benoit, turned over part of the wrestler's brain to researchers at West Virginia University and the Sports Legacy Institute.

"I was grasping for anything. The world was very black. We didn't even know how to deal with this," said Michael Benoit.

Dr. Julian Bailes, head of neurosurgery at WVU, said the results of tests on Chris Benoit's brain were striking.

Showing a slide of Benoit's brain tissue Wednesday morning on ABC's Good Morning America Bailes pointed out what he called abnormalities.

"These are dead brain cells," said Bailes.


⊕Enlarge

When asked how much of that he found Bailes replied, "It was extensive throughout Chris's brain. It was striking and maybe shocking in the extent."

The researcher said Benoit's brain scan looked similar to those of Alzheimer's patients.



### Related To Story

### WRESTLER MURDER-SUICIDE

- **Poster Calls Wikipedia Entry On Benoit Murders 'Coincidence'**

- **FORUM: Share Your Thoughts On Deaths Of Chris Benoit & His Family**

- **READ: Chris Benoit's Text Messages During Murderous Weekend**

- **SLIDESHOW: Chris Benoit In The Ring**

- **SLIDESHOW: Benoit Crime Scene**

- **READ: Statements From WWE Officials**

- **LINK: Chris Benoit's Wiki Page**

- **LINK: www.wwe.com**

### VIDEO

☞ **VIDEO: Steroids Found In Benoit's Body**

☞ **VIDEO: Latest Developments In Doctor's Indictment**

☞ **VIDEO: Wrestler Says He Used Steroids**

☞ **VIDEO: Prosecutors: Doctor Wrote Prescriptions For Benoit**

☞ **VIDEO: Doctor Indicted For Prescription Drug Violations**

☞ **RAW VIDEO: News Conference About Dr. Phil Astin**

☞ **VIDEO: New Developments In Wrestler Death Investigation**



He described Benoit's brain as "very abnormal, something you should never see in a 40-year old."

Bailes has done similar research on the brains of former professional football players who committed suicide.

He said he found similar brain damage in their cases.



☞ **VIDEO: Officials Release New Information In Benoit Family Deaths**

☞ **VIDEO: Investigators Wait For Autopsy Results**

Bailes theroizes that repeated concussions can lead to dementia which can contribute to severe behavioral problems.

In the case of the former NFL players he said he found a recurring "theme of failure in their personal lives and their business lives, depression and then ultimate suicide."

Benoit's father suggests that brain damage could have lead his son to murder his family.

"We have no understanding of how this could have happened. So it was important to us to investigate to see if something went terribly wrong," said Michael Benoit.

He said his son suffered dozens of concussions during his wrestling career.

Investigators have said that Benoit killed his wife, then his son and then himself in his Fayetteville, Ga. home the weekend of June 22.

Michael Benoit said Wednesday that he agreed to the testing because murder-suicide was out of character for his son. He also disclosed that after the killings, he discovered a diary written by his son that showed his son was having problems.

"After reading the diary, I would have thought it was written by someone who was extremely disturbed at the time," Michael Benoit said.

He did not elaborate, but he did say a friend told him that prior to the murder-suicide, Chris Benoit had been wearing a rosary, which he said was also out of character.

"I think it's the extreme that is in the wrestling industry today," he told reporters. "The human skull is not built to get hit by a chair or something."

*Copyright 2007 by WSBTV.com. The Associated Press contributed to this report. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

# EXHIBIT 37




Wednesday, September 5, 2007

News To You | Email Alerts | Got A Story? | Contact Us | Site Map | Make This Your Home Page     Search

Take Me To

**Home Page**
**Have Your Say**
**News**
**Sport**
Football
Live Match Centre
Results, Fix & Tables
Champions League
Premier Dream Team
SPL Dream Team
Rugby World Cup
RWC Dream Team
Darts
Cricket
**Wrestling**
Rugby League
Sports Babes
Sport Videos
Templegate racing
Betting
Casino
Poker
Darts Dream Team
Planet Sport
**Bizarre**
**Big Brother**
**Prem Dream Team**
**Video**
**Movies**
**X Factor**
**TV**
**£9.50 Holidays**
**SFTW**
**Virals**
**Slideshows**
**Ibiza Exposed**
**Woman**
**Dieting**
**Real Life**
**Mystic Meg**
**Page3**

THE LILS

# OVER THE TOP RO

## Benoit's brain like 85-year-old

**By SIMON ROTHSTEIN of THE LILSBOYS
September 05, 2007**

COMMENT ON THIS STORY



CHRIS ... sl

**WRESTLING killer Chris Benoit's brain was so badly damaged at the time of his suicide that it resembled an 85-year-old Alzheimer's patient's, tests revealed today.**

Dr Julian Bailes, who carried out the examination on behalf of Chris's father Michael, said the damage was "striking and maybe shocking".

Speaking on American TV, he added: "We think we have great anatomical damage here from previous trauma.

"Whether it had a psychiatric or behavioural expression, we certainly think that's most likely."

Benoit, known for his tough hard-hitting wrestling style, suffered a number of concussions during his wrestling career in Japan and America. He was also a heavy steroid user.

Dr Bailes added: "Our research has shown that three major concussions may be the threshold that serious later consequences may occur."

WWE star Benoit, 40, murdered his wife Nancy and seven-year-old son Daniel in June before hanging himself.

But Michael said: "The person that did this is not the man

MORE WRESTLING N

- 'Crippler' kills
- 'He was quiet
- 'Unanswerable
- Benoit wrestle
- Benoit gave so
- 'Doc prescribed
- 109 wrestlers
- 'Steroids turn
- The seedy wor
  w

TOP DISCUSSIONS

Gordo or Mag

Sun Justice
Go Green
News of the World
Motors
Gizmo
Superbabes
Fun & Games
Competitions
Mobile
Money
Sun City
Travel
Podcasts
Sun Blogs
Dear Deidre Video
The Sun Lite

Sun Classifieds
Bingo
Casino
Poker
Betting
Dating
Sun Shop
Sun Archive

we know and love.

"Now the findings have come out and I've had the opportunity to talk to the doctors, we certainly have an understanding of what could have contributed to the tragedy that took place that day. "

Michael arranged for his son's brain to be turned over to Dr Bailes, the head of neurosurgery at a top American university, where the compared samples to those of a healthy brain.

They found that it showed an advanced form of dementia.

Dr Bailes concluded: "It was extensive throughout Chris' brain.

"This is something you should never see in a 40-year-old."

 Jane Tomlinso
Ex Factor: Sha
Stevie G: No p

✉ Email to a friend          🖨 Print this story

## Have Your Say

 Tell us what you think of this story

**ADD YOUR VIEWS HERE**

Share your views
time, on our discu

**DISCUSS WITH OTHE**



**WE LOVE IT, YOU'LL LOVE IT**

SPORT

**Cricket latest**
Get the England news and views
**MORE »**

SPORT



**Rugby League**
Keep up-to-date with the latest news
**MORE »**

### Reader Submissions



▸ **Benoit's brain like 85-year-old**
This is really shocking but I suppose getting belted in the head time a long lasting damage, plus all the drugs(steroids) he had taken. How s poor wife and chil ...
Posted_by: mootymoot

▸ **Benoit's brain like 85-year-old**
well id expect his Diving Head but finishing/penultimate move didn't l
Posted_by: TheVoice

▸ **Benoit's brain like 85-year-old**
STEROIDS ARE FOR IDIOTS - WHAT DO YOU EXPECT YOU WR
Posted_by: Tuco

# EXHIBIT 38

# Benoit's Brain Damaged by Concussions

By HARRY R. WEBER, AP

Posted: 2007-09-05 16:26:57
Filed Under: More Sports

ATLANTA (Sept. 5) - Pro wrestler Chris Benoit suffered brain damage from his years in the ring that could help explain why he killed his wife, son and himself, a doctor who studied Benoit's brain said Wednesday.

### Photo Gallery: Vital Link?

Kevin Mazur, WireImage.com

Wrestler Chris Benoit killed his wife and son before taking his own life in June. Since then, evidence of steroid abuse and multiple concussions have been found in Benoit.

**1 of 6**

The analysis by doctors affiliated with the Sports Legacy Institute suggests repeated concussions could have contributed to the killings at Benoit's suburban Atlanta home.

The wrestler's father, Michael Benoit, told reporters Wednesday that he knows his son had concussions because his son told him so. But he also said he knows of no medical records or records kept by the wrestling league to support the diagnosis.

Steroid use also has lingered as a theory behind the killings, since anabolic steroids were found in Chris Benoit's home and tests conducted by authorities showed Benoit had roughly 10 times the normal level of testosterone in his system when he died.

The institute, which researches the long-term effects of concussions, coordinated the testing using samples of Benoit's brain tissue provided by the Georgia Bureau of Investigation.

The Waltham, Mass.-based institute's president is former pro wrestler Christopher Nowinski, who has said he had to quit the ring after a kick to the head. Nowinski still has ties with World Wrestling Entertainment Inc., which runs the league he and Benoit were in.

A lawyer for Stamford, Conn.-based WWE did not immediately return a call Wednesday seeking comment. The company has maintained steroid use did not cause Benoit to snap.

Despite the results of the institute's tests, there was no way to know if Benoit's concussions contributed to the murder-suicide, said Dr. Robert Cantu, a member of the institute who also is chief of neurosurgery service at Emerson Hospital in Concord,

Mass.

"Whether it is the sole factor I believe is speculation and I will not go there," Cantu said by phone.

The level of brain damage Benoit had can cause depression and irrational behavior, Cantu said.

Benoit's brain showed the same degenerative processes that doctors working for the institute found in the brains of three men who had played pro football and committed suicide, Cantu said. There were abnormal protein deposits caused by trauma to Benoit's brain, Cantu said.

Couldn't load plugin.

There's no evidence that steroid use causes such protein deposits, Cantu said, though he noted the issue has not been exhaustively studied.

Investigators allowed the institute to test Benoit's brain tissue with the permission of his father, who lives near Edmonton in Ardrossan, Alberta.

Michael Benoit said Wednesday that he agreed to the testing because murder-suicide was out of character for his son. He also disclosed that after the killings, he discovered a diary written by his son that showed his son was having problems.

"After reading the diary, I would have thought it was written by someone who was extremely disturbed at the time," Michael Benoit said.

He did not elaborate, but he did say a friend told him that prior to the murder-suicide, Chris Benoit had been wearing a rosary, which he said was also out of character.

"I think it's the extreme that is in the wrestling industry today," he told reporters. "The human skull is not built to get hit by a chair or something."

The father said he has not discussed with his attorney whether to take any legal action against the WWE or anyone else in the case. His attorney, Cary Ichter, said that at a later time he "will give thoughtful consideration" to appropriate steps to take in the "legal arena."

Nowinski said concussions can happen in pro wrestling even though many of the moves are staged.

"I got four concussions in three years as a professional wrestler," said Nowinski, who works for the WWE on its initiative to

encourage young people to vote. "A lot of concussions happen from mistakes."

Prosecutors have said Benoit, 40, strangled his wife with a cord, used a choke hold to strangle his 7-year-old son, placed Bibles next to the bodies and hanged himself on a piece of exercise equipment the weekend of June 22.

Authorities have said Benoit's personal doctor, Phil Astin, prescribed a 10-month supply of anabolic steroids to Benoit every three to four weeks between May 2006 and May 2007. Astin has pleaded not guilty to federal charges of improperly prescribing painkillers and other drugs to two patients other than Benoit.

Copyright 2008 The Associated Press. The information contained in the AP news report may not be published, broadcast, rewritten or otherwise distributed without the prior written authority of The Associated Press. All active hyperlinks have been inserted by AOL.

2007-09-05 13:47:39

# EXHIBIT 39



Business | Programming | Technology | Competition | Events | MiniSites

Shows  |  Ratings  |  Previews/Reviews  |  Networks

SMART VIEW: VIDEO | VOICE | DATA | WIRELESS | TOP TEN             SEARCH: Site



*September 5, 2007*

## Benoit Senior: Wrestling Blows Made My Son a Killer

**Chris Benoit's father presents forensic evidence indicating multiple concussions and possible dementia. But would that make him a killer?**

By Shirley Brady

WWE wrestler Chris Benoit is back in the news today.

His grieving father Michael appeared on *Good Morning America* to present new medical evidence that his son's double-murder (then suicide) was triggered by brain trauma caused by repeated blows in the wrestling ring.

The senior Benoit, who turned over samples of his son's brain tissue to the Sports Legacy Institute for forensic testing, this morning announced SLI's conclusion: that multiple concussions incurred during Chris Benoit's wrestling career resulted in dementia akin to that of an 85-year-old with Alzheimer's.

The chronic blows — an occupational hazard even in a scripted sport like pro wrestling — resulted in Chris Benoit's erratic behavior, according to the institute's neuropathology tests, which SLI believes led him to kill his wife and son before taking his own life.

Benoit and SLI are using these tests to dismiss allegations that Benoit's actions resulted from steroid-induced "roid rage" as originally claimed by some critics of the sport. SLI researchers, according to the institute's website, specialize in determining brain damage known as CTE, or Chronic Traumatic Encephalopathy, often incurred in sports-related injuries.

Michael Benoit will further discuss the medical report in a press

### MORE SHOWS

+ On the Circuit With Seth Arenstein
+ In Bristol, Vince Lombardi Still Lives
+ Benoit Senior: Wrestling Blows Made My Son a Killer
+ 360AM: Sept. 4 Programming, Online News & More
+ John Ford Re-enlists at Discovery
+ And That's the Way It Is — Again?

 ARCHIVES

RSS

### SERVICES

EMAIL

PRINT

Nominations are c
*CableWorld*'s 200:
**Places to Work i**
Click here for the
nomination form.
for nominations: I
Sept. 17, 2007.
• • •

Nominations are a
for
*CableWorld*'s 200:
**Powerful Wome**
**Cable. Click here**
online nomination
Deadline for nomi
Monday, Oct. 1, 2
• • •

Commercial servic
major upside for c
operators' bottom
Check out **Cable3**
**Business Service**
**minisite** for a vir
in cable biz servic

conference this morning and on *Nightline* this evening. The WWE has not yet responded to SLI's findings, which are outlined in the following press release:



Sports Legacy Institute Announces Findings of Forensic Examinations on Wrestler Chris Benoit's Brain

Neuropathological Tests Find Evidence of Chronic Traumatic Encephalopathy Consistent with Numerous Brain Injuries

NEW YORK, Sept. 5 — Leading medical experts associated with the Sports Legacy Institute today appeared with Michael Benoit, father of professional wrestler Chris Benoit, to release the results of neuropathological tests that demonstrate his son suffered from a type of brain damage called Chronic Traumatic Encephalopathy (CTE), which was found in all regions of his brain.



The Sports Legacy Institute (SLI), which oversaw and coordinated the testing, is an independent medical research organization dedicated to studying the long-term effects of head injuries in sports. SLI President Christopher Nowinski contacted Michael Benoit on June 28th, the Thursday after his son's death, to obtain permission to study the wrestler's brain.

SLI's research has indicated there is a connection between the repeated head injuries suffered by many athletes involved in contact sports and an aggregation of abnormal Tau proteins in the brain, causing CTE. CTE's most common symptoms include depression, cognitive impairment, dementia, Parkinsonism and erratic behavior. Experts believe that CTE may have been a cause or contributing factor in the Benoit tragedy. While CTE has long been found in boxers, and more recently in NFL football players, the findings of CTE in Benoit suggest that athletes involved in other contact sports may also be at a heightened risk for this type of brain injury.

"When Chris Nowinski contacted me about conducting tests on Chris' brain, I was extremely hesitant given the circumstances surrounding my son's death," said Michael Benoit. "I agreed to the testing after he explained their desire to expand knowledge about the potential brain damage that athletes can suffer from repetitive head injuries in contact sports. When the results were explained to me by the SLI doctors, I was shocked to learn the extent of damage and saddened that he could have been suffering from this without anyone's knowledge. I hope the examination of Chris' brain leads to greater understanding and ultimately helps protect athletes of all ages."

Bennet Omalu, MD, MPH, a leading forensic neuropathologist, the Chief Medical Examiner of San Joaquin County, CA, and founding member of the Sports Legacy Institute examined Chris Benoit's brain as part of the Sports Legacy Project and had also examined the brains of Mike Webster, Terry Long, Andre Waters, and Justin Strzelczyk all of whom were professional football players, died by the age of fifty, and displayed similar psychological and behavioral profiles. Their brains showed evidence of CTE and two of the players — Long, and Waters — committed suicide.

Mike Webster died of a heart attack, but suffered from dementia, depression, and exhibited erratic behavior after retiring from football. When Justin Strzelczyk died at the age of 36, he had been telling relatives he was hearing voices from

"the evil ones" and then led police on a 40 mile high- speed chase through central New York at speeds up to 100 mph on the wrong side of the highway, which resulted in an explosive crash and his death

"When the SLI approached Michael Benoit about testing Chris' brain as part of the Sports Legacy Project, our goal was to determine if there was evidence of CTE caused by repeated trauma to the head sustained during Chris Benoit's career. We have now confirmed multiple concussions are part of his medical history, along with clinical symptoms associated with CTE," said Julian Bailes, MD, Professor and Chairman of the Department of Neurosurgery at West Virginia University School of Medicine and an SLI founding member. "Because my SLI colleagues and I have found evidence of CTE in the brains of four former professional football players, we felt an examination of Chris Benoit's brain may bring awareness to CTE's existence outside of boxers and football players. The findings of CTE in Chris Benoit suggest that there may be a common syndrome among athletes who suffer multiple head injuries in contact sports."

The neuropathological findings were confirmed by other neuropathologists, and correlate with recent findings of an increased risk of depression and cognitive impairment in professional football players who have suffered multiple concussions, according to research conducted by Dr. Bailes and another SLI founding member, Robert Cantu, MD, Chief of Neurosurgery Service and Director of Sports Medicine at Emerson Hospital in Concord, MA, and Co- Director of the Neurologic Sports Injury Center at Brigham and Women's Hospital in Boston, MA.

Chronic Traumatic Encephalopathy (CTE) is a form of brain damage that is best documented in boxers, but can also occur in athletes who played football, ice hockey, rugby, soccer, or any sport associated with impacts to the head. It can only be confirmed by a post-mortem neuropathological immunohistochemical study. While studies show that as many as 20 percent of professional boxers show evidence of CTE, there has been little study of CTE in athletes involved in other contact sports.

According to the examinations, Mr. Benoit's brain exhibited large amounts of abnormal Tau protein, manifested as Neurofibrillary Tangles (NFTs) and Neuropil Threads [NTs]. These represent aggregates of abnormal Tau protein, which are remnants of the cytoskeleton of the brain cells and their connections. Frequent NFTs and NTs were distributed in all regions of the brain including the neocortex, the limbic cortex, subcortical ganglia and brainstem ganglia accompanied by loss of brain cells. Accumulation of abnormal Tau protein in the form of NFTs and NTs in the brain has been confirmed to cause neurodegeneration, cognitive impairment and dementia. There was no other neuropathological evidence for any chronic or acute disorder to explain his clinical symptoms.

"The findings of CTE in Chris Benoit's brain, which are consistent with the previous examinations of athletes who suffered from repeated head traumas, confirm the need for a large-scale study of CTE in athletes who participate in contact sports," said Chris Nowinski, who retired from professional sports after multiple concussions and conceived SLI, a collaboration of doctors and advocates that includes renowned attorney Robert Fitzsimmons, who played an integral role. "The link between CTE and contact sports is clear. We need to conduct more research to understand the full spectrum of the disease and

raise awareness so parents, coaches, medical staff and athletic officials know how to respond when athletes, including children, sustain head injuries. If we apply this knowledge we believe we can successfully prevent future cases."

The Sports Legacy Institute is dedicated to studying the effects of concussions and other sports related brain injuries. Through its efforts, SLI aims to maximize the safety and vitality of all athletes who participate in contact and collision sports around the globe. The designation of the Sports Legacy Institute as a 501(c)3 nonprofit corporation is in the process of being submitted. The Sports Legacy Institute relies on donations from concerned parties to fund its work.

## Add a Comment

Name:

Email:

Comments:

b 5 A    Please enter the letters or numbers you see in the image.

(Go)    Your message will be reviewed before it is posted



## INSIDE CABLE360.NET:

Love your job? Nominations are open for *CableWorld*'s 2007 **Top 10 Places to Work in Cable. Click here** for the online nomination form, due Monday, Sept. 17.

• • •

Who's your muse? Nominations are open for *CableWorld*'s 2007 **Most Powerful Women in Cable. Click here** for the online nomination form, due Monday, Oct. 1.

• • •

Commercial services offers major upside for cable operators' bottom

## E-NEWSLETTERS, EVENTS & SPECIAL ISSUES

E-NEWSLETTERS

CableFAX Daily

CableFAX Databriefs

CT Reports

EVENTS

Broadband Leaders Retreat

CableFAX Leaders Retreat

Webinars

SPECIAL ISSUES

CableFAX 100

The Faxies

## INDUSTRY JOBS & OPENINGS:

**Network Technician Charter Business**
**Reno, NV**
**Posted (09/04/2007)**
**Company: Charter Communications Southern Nevada**

See Full Job Description.

Full Job Description

# EXHIBIT 40

Dad: Benoit Was Demented - TMZ.com

x
Autos
Jobs
Mapquest
Music
Personals
Podcasts
Shopping
Travel
Yellow Pages
TMZ.com
Web
Images
Video
Local



## Dad: Benoit Was Demented

Posted Sep 5th 2007 9:14AM by TMZ Staff
Filed under: TV, Talk Sports

The father of dead WWE star Chris Benoit says that it might have been the effect of multiple concussions, not steroids, that drove Chris to kill his wife and son and then hang himself.



Michael Benoit told Diane Sawyer on this morning's "Good Morning America" that after the tragedy, he turned over part of his son's brain to Julian Bailes, a neurologist at the Sports Legacy Institute. Tissue analysis, said Bailes, showed that Benoit's brain tissue revealed damage similar to those of Alzheimer's patients, suggesting that he was suffering from a form of dementia, which could have led him to snap.

Benoit's dad told Sawyer that his son suffered "multiple concussions," and Dr. Bailes said that just three could lead to serious consequences. Whatever the case, said Michael Benoit, "The person that did this is not the man we know and love."

# EXHIBIT 41

Benoit's father, doctor speculate wrestler had brain damage (News Forum) 9/5/2007 957404



## CureZone

Old Format -> **CureZone.INFO**

**Home   Log On   Join   Forum   Blog   Health   Newsletter   Images**   [Search]

1870 visitors

# Benoit's father, doctor speculate wrestler had brain damage

**Heal Type 2 Diabetes**
Simple, 3-step natural approach heals diabetes within a month. No...

**Poisonous Laundry Detergent**
Discover why you might experience rashes and allergies.

**My Liver Is Healthy**
According to this Free Liver & Gallbladder Health Test.

**Free Clark DVD!**
A rare interview with Dr. Hulda Clark on DVD for FREE. Patients give t...

**Hulda Clark Parasites Cleanse**
Hulda Clark Parasites Cleanse

**Liver Cleanse**
Eliminate any foreign substances that may be trapped in your liver.

**Boost Your Memory & Focus!!!**
Colloidal Gold- Enhances Memory and Focus-Supports agains...

**Cures Common Diseases**
Millions of antioxidant ions boost immune system function curing...

**Proven Parasite Diet**
The Only Legitimate Diet for Destroying Parasites in 30 Days or L...

**The Simplest Zapper**
The Easiest Zapper to Use! Only $35 With Free Shipping!

**Natural Cancer Remedies**

**"I Cured My Candida"**
Eliminate Candida Symptoms Within Hours.

**Detoxify and Cleanse Naturally**
Drink ionized alkaline waters medically proven health b...

**Colloidal Silver Body Odor**
Atomic Particle Colloidal Silver 4000 PPM is quite effectiv...

**News Forum**   [        ] [Search]

- 📢 Benoit's father, doctor speculate wrestler had brain damage   *AHarleyGyrl*   ↑   ↑

**Date:** 9/5/2007 11:22:39 AM   ( ago )   **Hits:** 3036

AHarleyGyrl



Julian Bailes of the Sports Legacy Institute showed an image from a healthy brain versus Chris Benoit's brain, which showed brown spots indicating signs of cell death, similar to what an Alzheimer patient's brain might look like.  (ABC News)

**Autopsy showed effect of multiple concussions**

By MIKE MORRIS
The Atlanta Journal-Constitution
Published on: 09/05/07

The father of Chris Benoit and a doctor who examined brain matter from the former pro wrestler said Wednesday that brain damage caused by multiple concussions might have contributed to the deaths of Benoit, his wife and his son.

Authorities say Benoit killed his wife, Nancy, on June 22 and then killed their son, Daniel, the next day before taking his own life at their Fayetteville home.

Julian Bailes, chairman of the Department of Neurosurgery at West Virginia University and a nding member of the Sports Legacy Institute, told ABC's Good Morning America Wednesday that age to the wrestler's brain was "striking and maybe shocking."



Benoit's father, doctor speculate wrestler had brain damage (News Forum) 9/5/2007 957404

Bailes showed images of Benoit's brain matter, and said the images showed "dead brain cells" and damage that mimicked that found in Alzheimer's patients.

He said his study had found brain damage that was "very abnormal and something you shouldn't see a 40-year-old."

Asked whether previous concussions could have led to the damage, Bailes said, "We think we have great anatomical damage here from previous trauma," Bailes said. "Whether it had a psychiatric or behavioral expression, we certainly think that's most likely."

Benoit's father, Michael Benoit, said his son suffered "quite a number" of concussions during his wrestling career.

"Our research has shown that three major concussions may be the threshhold that serious later consequences may occur," Bailes said.

The Sports Legacy Institute, a research group founded to study degenerative brain conditions caused by repetitive brain injuries, planned a late-morning press conference in New York to release the findings of the study on Benoit's brain.

In July, a GBI toxicology report showed Benoit had highly elevated levels of testosterone. But medical experts warned against automatically assuming that steroids were responsible for Benoit's alleged murder of his wife and son.

More on ajc.com

- **Benoit's mental state questioned at estate hearing**

 ... or ...

Tweet

 of my messges on this board    All of my messges anywhere

Add To Favorites!

PRINT THIS PAGE        EMAIL TO A FRIEND

Like    Dislike

Alert Moderators

Alert: Bad Message    Alert: Good Message

DISCLAIMER

**How can I view entire discussion thread on a single page?**

**How can I expand all forum messages on a single forum page?**

### Donate to CureZone

**Donate**

VISA

Terms of Service - Privacy Policy - Spam Policy - Disclaimer - Guidelines & Rules

CureZone Newsletter is distributed in partnership with www.netatlantic.com

**Contact Us** - **About** - **Advertise** - **Stats**

Copyright 1999 - 2015  www.curezone.org

**NAC drops**
Healthy eyes at any age

**The Tesla Shield™**
Transformational Technology For Mind Body And Soul.

**Kill Fungal Infection**
Clear Brain Fog! Learn how to kill your Candida Now

**Mega-Liposomal Vitamin C**
Delivers 300% more vitamin C to the bloodstream than the most...

**Lugol's Iodine Free S&H**
J.Crow's® Lugol's Iodine Solution. Restore lost reserves.

**9 Day Juice Fast Kit**
Juice fast without hunger.

**Causes of Fear?**
Fears can become irrational and even debilitating!

Your Ad Here

# EXHIBIT 42



EDITION: U.S.
INTERNATIONAL
MÉXICO
ARABIC

TV:
CNN
CNNi
CNN en Español
HLN

Sign up
Log in

SEARCH

Home

U.S. | World | Politics | Money | Opinion | Health | Entertainment | Style | Travel | Sports | Video

Live TV    U.S. Edition +    menu

World
Politics
Justice
Entertainment
Tech
Health
Living
Travel
Opinion
iReport
Money
Sports

# TRANSCRIPTS   Transcript Providers

Shows By Category:

Return to Transcripts main page

## CNN NEWSROOM

New Jersey Arrests; German Terror Ring Busted?

Aired September 6, 2007 - 14:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

FREDRICKA WHITFIELD, CNN ANCHOR: He lived his life like an opera, but his musical tastes were as deep and wide as his amazing voice.

DON LEMON, CNN ANCHOR: Yes. And that, too -- look on the left -- that, too, is Luciano Pavarotti. He traded in the white tie and tails for a luau shirt and the Spice Girls.

Well, this hour, we remember "The Maestro" with the help of another music legend, Aretha Franklin.

Remember she had to fill in for him?

WHITFIELD: Yes.

LEMON: We'll talk about that.

Hello, everyone. I'm Don Lemon, live at the CNN world headquarters in Atlanta.

WHITFIELD: And I'm Fredricka Whitfield, in today for Kyra Phillips.

You're in the CNN NEWSROOM.

LEMON: Live pictures now from the Modena cathedral. That is in Modena, Italy, Luciano Pavarotti's hometown.

We're awaiting his coffin to come here. This is where the funeral will be held on -- it's the main service there on Friday.

So on Saturday, the mayor said that he's going to hold this service, I should say, in his hometown of Modena. And then Friday, I should say, his body or the coffin will be unveiled.

The main service on Saturday. Friday, the coffin will be unveiled.

Thousands gathering outside that cathedral there, of course, to mourn that loss and to pay tribute to his life, which we will do today right here in the CNN NEWSROOM.

WHITFIELD: Right. Folks have come from far and wide to be at that very location. We know our Jennifer Eccleston is there as well. We'll be checking back with her. Meantime, here in this country, political corruption. Well, it's no stranger to New Jersey, and according to the FBI, it is back for another visit.

Eleven public officials were arrested today, including a mayor, a state assemblyman, and one man who is reportedly both a mayor and a state assemblyman.

CNN Senior Correspondent Allan Chernoff has the details.

And boy, this is a huge blow and a big bust.

ALLAN CHERNOFF, CNN SR. CORRESPONDENT: Absolutely. Eleven people, as you mentioned, 11 public officials and one private citizen, and they are charged here in this arrest with actually arranging insurance services and roofing services, taking bribes in order to make these arrangements.

The arrests made this morning and the court appearance is expected this afternoon. Let's go through the names.

First of all, State Assemblyman Alfred Steele, he is also an undersheriff in the county of Passaic, New Jersey. He is charged with taking bribes of more than $15,000 to arrange insurance services. Also, State Assemblyman Mims Hackett. He is also the mayor of Orange, New Jersey, and he's charged with accepting a $5,000 bribe for arranging insurance services in his city. As well as Passaic mayor Samuel Rivera, charged with accepting, again, a $5,000 bribe for arranging insurance services.

And all of these gentlemen allegedly were promised additional cash.

We've spoken with the offices for all three. They all had absolutely no comment. We have not been able to reach attorneys representing the three. We don't even know yet if they have arranged for legal representation just yet.

Also, this investigation started in the summer of 2006. The FBI is setting up a sting operation.

It set up a fake insurance brokerage service, and then meetings were arranged with these public officials. In addition, there were five school board members from the town of Pleasantville, also arrested.

So Fredricka, certainly a very big sting operation here, more arrests made, and this is just the latest example of corruption charges in New Jersey. New Jersey has heard so much on this topic --- Fredricka.

WHITFIELD: All right. Allan Chernoff, thanks so much. Remarkable. This is a big bust, and to hear that it might get even bigger, well, that's pretty unsettling.

Thanks so much. LEMON: From Germany, we hear more suspects are being tracked one day after a major terrorism bust. Among the potential targets of the alleged plotters, U.S. military bases, where thousands of American families live, work and serve.

CNN's Frederik Pleitgen is outside Ramstein Air Base today --- Frederik.

FREDERIK PLEITGEN, CNN CORRESPONDENT: Yes, Don. It's good to see you.

Well, this investigation here in Germany is moving forward very quickly. The German authorities here say that they are looking for further possible suspects not just here in Germany, but in other countries as well. And of course as you said, the Ramstein Air Force Base in Germany was one of the potential targets of these would-be terrorists.

And we were able to talk to some of the people who are working here and serving here and see how they feel for their safety here in Germany.

(BEGIN VIDEOTAPE)

PLEITGEN (voice over): Security is also tight at Ramstein Air Base in Germany, but since the alleged terror conspiracy was uncovered, soldiers on guard duty here seem to be looking out a little more closely. Ramstein is one of the U.S. military's transport hubs for Iraq and Afghanistan. It may have been one of the intended targets of the alleged terrorists.

While none of the soldiers was willing to talk to us, American civilians working or visiting the base say they are anxious.

UNIDENTIFIED MALE: I am very concerned about it, yes. But it's just that I'm not going to let it control my life.

UNIDENTIFIED MALE: We're living right next -- close to the base. And it's kind of shocking to see how something could be so close to us. And just a little scared.

PLEITGEN: But Tammy Dean (ph) and Linda Clay (ph), who are both married to U.S. servicemen here, say they feel safe in towns close to the base, even if the news on Wednesday was a shock.

UNIDENTIFIED FEMALE: I think the security on base is pretty good. I mean, we're still proud to be here. And I think it was an eye-opener.

PLEITGEN: An eye-opener for the German government as well. Investigators say the three suspects, two German converts to Islam and a Turk, were motivated by a deep hatred of the Untied States. Officials tell CNN they had acquired sophisticated detonators for the explosives they had stored, explosives made of the same material as those used in the London terror attacks in 2005. And authorities are looking for others in Germany and beyond whom they believe may have ties to the plot.

Officials say investigators have begun sifting through evidence gathered at raids at over 30 locations in Germany over the past two days.

(END VIDEOTAPE)

PLEITGEN: And Don, what German investigators are also saying is that these potential terrorists had the training and also the hardware to carry out a terrible, terrible terrorist attack. And those detonators, they say, would have enabled them to detonate those bombs very, very precisely, and that would have made those massive amounts of explosives just that much more lethal -- Don.

LEMON: And we can only imagine.

OK. Frederik Pleitgen, thank you very much for your report.

WHITFIELD: A desperate search is under way along Nicaragua's Caribbean coast. That's where Hurricane Felix slammed ashore Tuesday, blowing away villages, flooding rivers, killing at least 48 people. And dozens more are missing. What's left of that Category 5 storm is still dumping rain on neighboring Honduras, El Salvador and Guatemala.

Mopping up after Henriette. The one-time hurricane is now a tropical depression after plowing into Mexico twice. First Baja, California, on Tuesday, flooding seaside communities and killing at least nine people there, and then it hit again near the port city of Guamas (ph) yesterday. Today it's dumping rain on Arizona and New Mexico.

(WEATHER REPORT)

LEMON: He's been talked about, analyzed and assessed from virtually every angle. And that was before, before he entered the race for the White House. Now Fred Thompson has made it official, and the Hollywood actor chose a showbiz setting, of course, to make his announcement.

(BEGIN VIDEO CLIP)

FRED THOMPSON (R), PRESIDENTIAL CANDIDATE: And that' one of the things I wanted to talk to you about.

JAY LENO, "THE TONIGHT SHOW WITH JAY LENO": All right. All right.

THOMPSON: I'm running for president of the United States.

LENO: All right!

(APPLAUSE)

(END VIDEO CLIP)

LEMON: So, Fred Thompson is officially a candidate. That means our Bill Schneider can offer his official analysis of Thompson's chances.

Bill joins me now from Washington.

OK, Bill, what is the significance of going on "The Tonight Show"? Big audience.

WILLIAM SCHNEIDER, CNN SR. POLITICAL ANALYST: Well, Fred Thompson said right after he made that statement, it starts right now. Well, no it doesn't.

It started some time ago. And a lot of people are wondering, what's taken him so long?

He didn't show up for the debate in New Hampshire last night, sponsored, co-sponsored by the New Hampshire Republican Party. Well, the New Hampshire voters are very jealous of their first in the nation prerogative and they're very demanding. And they want the candidates to be there, not in a TV studio in Burbank.

In fact, the debate started when the candidates were asked to comment on Thompson's absence. And I thought the cleverest comment came from Rudy Giuliani, who said, "I think he" -- that is, Fred Thompson -- "has done a pretty good job playing my part on 'Law & Order'. I personally prefer the real thing," he said.

LEMON: Yes. And you know, I saw that and I thought that was very interesting.

You know, there was -- of course the Iraq war came up, as it came up in the Democratic debates as well. Let's listen to an exchange about the Iraq war and then we'll talk about it, Bill.

(BEGIN VIDEO CLIP)

REP. RON PAUL (R), PRESIDENTIAL CANDIDATE: We've dug a hole for ourselves and we've dug a hole for our party. We're losing elections and we're going down next year if we don't change it.

MIKE HUCKABEE (R), PRESIDENTIAL CANDIDATE: Even if we lose elections, we should not lose our honor. And that is more important than the Republican Party

(END VIDEO CLIP)

LEMON: All right. So tell me about that. What do you think of that exchange? That was pretty heated.

SCHNEIDER: Well, it was a heated exchange, and Mike Huckabee, like most other Republicans on the stage, is a defender of the war in Iraq, joins forces with President Bush. Certainly John McCain is an ardent defender of the policy in Iraq.

But it was interesting because Huckabee used the metaphor that Colin Powell once used. He called it the Pottery Barn metaphor. If you break it, you own it. And he said we went into Iraq and we broke it, and now we've got to fix it and we can't just walk away. A lot of the Republican candidates are taking that line; namely, that it was a mistake, we broke it, but we can't just walk away from it.

LEMON: OK. Let's talk now about experience, because that seemed to come up over and over and over again last night.

The Republicans hammering the Democrats on their experience. Rudy Giuliani at one point saying that no one, not one of the three top candidates, had any experience running a state, a city or a business. Let's -- then yesterday Barack Obama also talked about his experience, because they'd been hammering him on that, and he says he ha more than anyone in the race as far as the Democrats are concerned.

Let's take a listen to his thing and then we'll talk about it.

SCHNEIDER: OK.

(BEGIN VIDEO CLIP)

SEN. BARACK OBAMA (D-IL), PRESIDENTIAL CANDIDATE: I find it amusing, this whole experience argument, because I've been in public service for over two decades now. I've been in elected office longer than John Edwards or Hillary Clinton. I've passed more bills, I'm sure, than either of them.

(END VIDEO CLIP)

LEMON: So I remember last night. I think the response I remember most is Rudy Giuliani's comment about the experience.

SCHNEIDER: That's right. We're having a debate now between Obama and Hillary Clinton over experience, with Obama arguing, well, it depends on what the meaning of experience is.

He claims he has a lot of experience in elected office, but not Washington experience, and he argues Washington experience is what the Republicans had and that's what got us in trouble. So they've been arguing over who has the right experience to bring about change.

And in her new ad, Hillary Clinton says she has the experience to bring about change. She knows how the system works.

But I thought the final point on that was made by Rudy Giuliani last night, who said, "My real concern is that you have three leading Democrats candidates," meaning Clinton, Obama and John Edwards, "none of which has ever run a city, a state or a business." Meaning you want experience, fellows? Take a look at my experience.

LEMON: He said it. All right.

Bill Schneider, thank you, as usual. We appreciate your perspective here in the CNN NEWSROOM.

At 3:00 p.m. Eastern, Thompson gives his first speech since officially throwing his hat into the presidential ring. We'll go there live on air and also online.

And if you can't be with us in the NEWSROOM, go to CNN.com/video to see this speech and his earlier official announcement -- Fredricka.

WHITFIELD: And sunset now at the cathedral of Modena, Italy. You're looking at a huge crowd out there, as so many folks, mostly Italians, who have gathered in the hometown of a musical great, Luciano Pavarotti, who died of pancreatic cancer.

His body and coffin is to be brought through the crowd of folks there, and right to this cathedral. Many folks just waiting to say their final good-byes, pay their final respects to the man who will be memorialized and honored for the next few days before he is officially laid to rest.

But you see there in his hometown of Modena, Italy, a huge outpouring of those who are awaiting the arrival of the body of Luciano Pavarotti.

We'll be following that.

Wrestlers, football players, their bodies taking quite the bruising. But what happens when their brains do, too? We'll talk with a doctor who studies the effects of head trauma on professional athletes.

LEMON: Plus, they may be tiny, but they can fluster even the savviest grownup. The top five things you should know about newborns.

WHITFIELD: And she's a pop star, a clothing designer and a mom. A busy Gwen Stefani still finds time for our Brooke Anderson at Fashion Week.

All ahead on CNN, the most trusted name in news.

(COMMERCIAL BREAK)

(WEATHER REPORT)

WHITFIELD: Well, Dr. Spock may have written the book on parenting, but let's face it, it's pretty overwhelming when you take your first baby home from the hospital and you just expect it to know what to do. Well, of course new parents are going to make a few mistakes.

CNN Medical Correspondent Elizabeth Cohen is here to talk about the five most common ones.

Something tells me you're not going to tell us all five. We've got to search for all five.

ELIZABETH COHEN, CNN MEDICAL CORRESPONDENT: Not all five. No, you're going to have to look for it.

WHITFIELD: But you'll give us a hint on a couple.

COHEN: Right. We'll give you a couple. We'll give you a couple.

WHITFIELD: Great.

COHEN: It was so interesting to me, Fred, when I started talking to pediatricians. I said, "Are there some things you see parents do over and over again?" And they said yes. And I kept hearing the same mistakes from several different pediatricians, and the one that all of them said was new parents get excited if their newborn baby sleeps through the night.

They bring them home from the hospital and they go in to see the doctor for that three-day checkup, and they say, oh, isn't it great? She slept through the night. And the doctor says that is not great.

WHITFIELD: Not good.

COHEN: Your little tiny baby less than two weeks old should not be sleeping through the night. It actually can be a sign that they are too jaundiced to wake themselves up. They just have jaundice and they're so tired. They're hungry but they can't wake themselves up. They said babies should not go longer than four hours without eating because they can get dehydrated.

WHITFIELD: Yes. They need to be hydrated.

COHEN: They need to be hydrated. And you can see more about this tip and other tips on CNN.com/health. That's up there right now as we speak. It's called the

"Empowered Patient".

Just look for the cute little baby.

WHITFIELD: Oh, precious.

OK. One more tip at least?

COHEN: One more, OK. We'll give you one more.

WHITFIELD: Before we click in to this Web site?

COHEN: One more tip. Right, one more tip.

And that's another mistake that a lot of parents make, which is they come home from the hospital and in the first couple of weeks they take their baby to a crowded area. They go to the mall to go shopping, or they take the baby to the movie theater.

WHITFIELD: They want to show their baby off.

COHEN: They want to show -- or they go to church, even.

WHITFIELD: Yes.

COHEN: I had several pediatricians say do not bring your baby to church, because let's say someone down, you know, a few over...

WHITFIELD: Yes. Hacking or something. COHEN: Right, exactly.

WHITFIELD: Yes.

COHEN: And what a lot of parents don't know is, if your newborn gets a fever, that's a two-day hospital stay, guaranteed.

WHITFIELD: Wow.

COHEN: It doesn't matter what caused it. If your newborn has a fever, they need to evaluate it in the hospital. They're going to take blood, they're going to do a spinal tap. It's not pretty. So avoid it by not getting the fever in the first place.

WHITFIELD: So that means don't pass the baby around either.

COHEN: Yes.

WHITFIELD: It drives me nuts when I see that.

COHEN: Right. Exactly.

WHITFIELD: I'm like, "What are you doing?".

COHEN: You know, grandma, and maybe -- but make sure they wash their hands and make sure they're healthy.

WHITFIELD: Yes. All right.

COHEN: Right, exactly.

WHITFIELD: Elizabeth Cohen, thanks so much.

COHEN: Thanks.

LEMON: All right. We want to get you back live now to Modena, Italy. Look at these live pictures happening outside of the Modena cathedral there.

Of course they're there to pay tribute and to honor the life and career of a famed tenor, Luciano Pavarotti, who died this week of a long battle with pancreatic cancer.

Joining us now by telephone, someone who knows this man, actually had to fill in for him back in 1998 at the Grammys when he got sick, the Queen of Soul, Aretha Franklin.

Good to talk to you. Wish it could have been under better circumstances.

ARETHA FRANKLIN, LONGTIME PAVAROTTI FRIEND: Good afternoon. Yes, I wish that it had have been under other circumstances, and I was very saddened to hear that about Mr. Pavarotti.

LEMON: Yes.

Tell us about -- I want to talk to you about the Grammys, but tell me before that, what do you think his legacy is going to be?

FRANKLIN: Oh, undoubtedly, his music, his voice, his performances.

LEMON: We are going to interview a little bit later on in the CNN NEWSROOM -- you've heard of The Three Mo Tenors?

FRANKLIN: Yes.

(LAUGHTER)

LEMON: Yes.

FRANKLIN: I've had them entertain for me privately.

LEMON: Yes. So, you know, his influence and his reach expand across all levels, all types of music. Do you agree with that? And all types of people.

FRANKLIN: Yes, I would certainly say so. Many of my friends had Mr. Pavarotti's records.

LEMON: Yes.

FRANKLIN: And there was Irish Tenors as well.

LEMON: So tell us about 1998. You got the call.

FRANKLIN: Yes, I got the call. Well, prior to that, I went to the Waldorf-Astoria in New York for a prereception welcoming for Mr. Pavarotti prior to the music dinner that evening.

And it was myself, Boyz II Men, and the chairman of Atlantic Records, Ahmet Ertegun. And a number of other people were there to a full room.

And he was not feeling that well that evening. His hip was bothering him. And of course I heard that he was to have hip surgery.

But anyway, we met and then we did the music. He had dinner that evening at the Waldorf in the grand ballroom on the third floor. And after singing "Nessun Dorma," having rehearsed it with Mary Lynch (ph), my classical coach, he rushed to the stage after the performance, and that just did everything for me.

And I was just all but overwhelmed that he rushed to the stage and the way that he did. He threw his arms around me, and he was a wonderful man, just a wonderful man.

WHITFIELD: What an endorsement.

FRANKLIN: Yes, exactly.

WHITFIELD: Sorry to jump in on your conversation.

FRANKLIN: What a magnificent moment, absolutely. WHITFIELD: Yes. You had to be pretty nervous to...

FRANKLIN: I was.

WHITFIELD: ... have been asked to fill in. And then he comes out and applauds you like that?

FRANKLIN: Exactly. I said, "Oh, you have no idea what that meant to me to get that stamp of approval from such a great artist."

LEMON: Yes. Well, he called you -- this was from a different event, correct? He called you after -- did he call you after the Grammys?

FRANKLIN: No, he didn't -- well, at the Grammys he asked me to come to Modena to sing there for some charitable event that he was doing there. He did a series of performances with other artists and he asked me to be one of them. He said he would send his private plane for me, and I said, "Well, I don't know about that. I don't think so."

LEMON: Because you don't like to fly, right?

FRANKLIN: But...

WHITFIELD: You became his new best friend forever.

FRANKLIN: Of course, had I been -- excuse me?

WHITFIELD: You became his new best friend forever.

FRANKLIN: No, I didn't become his new best friend, but we did become friendly. And professionally certainly courteous to each other and respectful.

LEMON: We talked about his legacy. Let's -- what do you think his influence is going to be? Do you think he will continue to influence music?

You know, we didn't -- sometimes after people die, we realize what an impact they had. You know, recently James Brown died, and all of the outpouring of love that we saw from all over the country of people coming -- what do you think is going to be for Luciano Pavarotti?

FRANKLIN: Well, the good thing and the wonderful thing was, he was given his flowers while he was here. And he had to know how very much he was appreciated and loved. He absolutely was one of the great voices of all time.

LEMON: Well, speaking of someone who I think is one of the great voices of all time as well, is there anything in your music catalogue that you would use, any song that you would use to describe Luciano Pavarotti?

FRANKLIN: Oh, my god. "Respect". It would have to be "Respect," I would think.

LEMON: Yes.

FRANKLIN: I thank you very much for your kind compliment.

LEMON: The Queen of Soul, Aretha Franklin.

You are quite welcome. And we will leave it at that, "Respect".

We thank you for joining us today here in the CNN NEWSROOM to help us celebrate the life and the legacy of Luciano Pavarotti.

You take care.

FRANKLIN: Thank you so very much.

And CNN is one of my favorite shows -- around the world in 30 minutes and the national.

LEMON: Oh, thank you. The most trusted name in news, of course.

FRANKLIN: Yes. When I come to Atlanta again I'm coming over.

LEMON: Well, come say hi.

WHITFIELD: All right.

LEMON: Well, come say hi.

FRANKLIN: Always wanted to see the studio.

LEMON: Come say hi. And you know what? I have lots of people who have worked with you, producers and correspondents, and they tell me what a great cook you are. They sat around the piano with you. So when you come, will you promise to cook for me?

FRANKLIN: I'll try to bring...

LEMON: Especially some -- you do those greens. I know you do good greens.

FRANKLIN: OK. I'll try to bring you something over.

LEMON: All right. Thank you.

FRANKLIN: Thank you. Bye-bye.

LEMON: Take care.

WHITFIELD: All right. Thanks so much for your time.

LEMON: Yes.

WHITFIELD: And, of course, as we continue to watch the images outside the cathedral of Modena, the hometown of Luciano Pavarotti, you see how many, how many other people have come out to pay their respects, pay homage to this great presence in music, great presence in the performing arts as a whole.

We're waiting for his coffin to be brought into the cathedral there. That's why there's so many people still standing outside. We'll continue to monitor the developments there outside Modena, Italy.

Well, we're going to change the subject quite a bit now, because over and over, wrestler Chris Benoit took blows to his head.

Coming up in the NEWSROOM, a brain surgeon's take on athletes and the long-term risks of head trauma.

(COMMERCIAL BREAK)

(STOCK MARKET REPORT)

All right. Well, let's talk a little sports now -- or a lot of sports. Pro wrestler Chris Benoit, champion in the ring, authorities say a murderer in the final moments of his life. We now know Benoit suffered from severe brain damage, possibly for years and perhaps that's why he killed his wife and son just before he took his own life. Dr. Julian Bailes of the Sports Legacy Institute has been studying the wrestler's brain tissue and joins us today from New York.

All right. So, Doctor, a lot of folks will say that is a huge stretch to take brain damage as a result of a sporting activity that you're into, and then violent behavior such as in the case of Mr. Benoit, the accusations that he killed his family, and then took his own life.

DR. JULIAN BAILES, SPORTS LEGACY INSTITUTE: Well it is, but our studies from the Sports Legacy Institute show that he had extensive damage throughout his brain, staining which indicated dead brain cells, and their projection. So we think that is a real anatomical correlate to explain -- help explain his behavior.

WHITFIELD: Well, we've heard the argument of concussions and brain injuries from sports, leading to advanced aging or even Alzheimer's, like we heard most recently in the case of NFL player Andre Waters, who eventually then took his life, and after doctors studied his brain found that there was advanced aging.

So now we're taking another step, and we're saying that it might result in behavior that means outwardly hurting others as opposed to taking your own life. How do you try to substantiate that claim?

BAILES: Well, that's true. And we were in the same physicians, the same group that studied Andre Waters' brain as well as others. In every case we've studied, the changes in the brain have been very, very similar. In fact, Chris Benoit is perhaps the most severe.

One of those NFL players is what I call "nearly homicidal," and so Chris is the first one actually to have this bizarre, aberrant behavior, so we don't know exactly -- medicine and science can't explain all human behavior, of course, but at least we have a very specific finding in this case. WHITFIELD: Are you also trying to make the point that there is some pain associated with this kind of brain damage, that the pain that this athlete or the sufferer is going through, makes them have these violent tendencies?

BAILERS: Well, not so much pain, I think, but also the fact that these are parts of the brain that could disconnect, where emotions, where restraint, where interpretation of events and activities, and where our psychiatric being lies.

And so these are very extensive changes that have really maybe disconnected these parts of Chris Benoit's brain, for lack of a better them.

WHITFIELD: OK. And to help you convey to people exactly what you mean, there are graphics, there are pictures here of, say, in the case of Benoit's brain, what the normal, I guess matter would look like versus Benoit's brain, after the kind of concussions that he may have endured from his sport. Can you kind of explain how it's

apparent, how you end up seeing these tendencies?

BAILES: Well, on the left is a normal brain and on the right you see the brown pale background but you see also these dark brown spots. And these are dead brain cells, some of these are ghosts of old brain cells, neurons, and their projections. And so this is very extensive. These are part of the changes you would see in anyone with dementia, even Alzheimer's disease, although this is not Alzheimer's.

It's a very similar pathological disease process of degeneration of the brain, and we think, again, an anatomical correlate or reason to help explain his behavior.

WHITFIELD: So in a preventative manner, what do we do with this information? Does it mean providing this kind of information to say the manufacturers of various athletic equipment to make, you know, better helmets, to help protect the head, particularly from concussions of sports, like in the NFL, contact sports or does it mean that you try to make a greater debate or argument to sporting organizations or even parents, et cetera, to discourage their kids from certain contact sports?

BAILES: Well, we don't necessarily want to discourage sports. I think they're great. But it's more research to understand the problem. It's understanding if there are other additional factors which may play into it. It's maybe a more education, a more conservative approach to maybe allowing people once they've had a concussion or suspected a concussion to continue to play or maybe more time off.

WHITFIELD: All right. Dr. Julian Bailes, thanks so much for your time, with the Sports Legacy Institute.

And Benoit's father actually allowed the doctors to examine his son's brain tissue. He says his son told him about his concussions, but there was no record to support it. Hear what else Michael Benoit, the father of Mr. Benoit, has to say. He'll join our very own "LARRY KING LIVE" tonight at 9:00 Eastern right here on CNN.

LEMON: Want to get you back now, live pictures, Italy outside the cathedral where Luciano Pavarotti's body is expected to be carried into, the coffin at any moment now. Thousands have gathered outside here to pay tribute to his life, his legacy, his career, just unbelievable what he did.

We heard from Aretha Franklin just a couple of minutes ago and she talked about what a giant he was, and she said "respect" is what she would say about him.

WHITFIELD: How fitting.

LEMON: How fitting.

WHITFIELD: How fitting that is indeed. Really, you know, it was just nice to hear her talk about how in awe she was of him, you know, how the music audience is always in awe of her, and it's really nice to hear another music great speak about another music great.

LEMON: Legend about a Legend, right?

WHITFIELD: Yes, in that kind of capacity.

LEMON: And for everyone, we want to tell our viewers, cnn.com, you can watch these live pictures if you want to go there. And you can also read from -- hear from viewers all over the world, read what they're saying about the late great, it's fair to say that, Luciano Pavarotti. We'll continue to follow this developing story right here in the CNN NEWSROOM.

Meantime, bound by loss, now banding together in a lawsuit. Families of seven students who died in the Virginia Tech massacre sign up with a law firm that handles wrongful death cases. We'll have details straight ahead. You're watching CNN, the most trusted name in news.

(COMMERCIAL BREAK)

LEMON: The families of seven Virginia Tech students killed in a mass shooting are considering wrongful death lawsuits against the Commonwealth of Virginia. Our Brianna Keilar is following developments for us in Washington -- Brianna.

BRIANNA KEILAR, CNN CORRESPONDENT: Don, these families, at least seven of them, have retained the services of a law firm based here in Washington. That is according to that law firm, Bode & Grenier. These are the families of Matthew Gwaltney, Caitlin Hammaren, Juan Ortiz, Reema Samaha, Nicole White, Brian Bluhm, and Michael Pohle, all students who died in the second shooting at Norris Hall there at Virginia Tech.

Peter Grenier tells me that the firm is also in discussions with four other victims families. He says this is very much in a preliminary stage, but if the lawsuits were to be filed, they would be wrongful death claims that allege negligence on the part of the state of Virginia because Virginia Tech is a state school, a publicly-funded school.

The Virginia Attorney General's Office which would represent the state is not commenting on this development and we have reached out to Virginia Tech but we are still awaiting a response from the school -- Don.

LEMON: OK. There's a special event happening at Virginia Tech today. What can you tell us about that, Brianna?

KEILAR: Yes, this is a concert -- it's not a benefit concert but it's a concert that organizers tell us is really just to get a lot of the students and community members together so that they can enjoy themselves. Some really big names are going to be performing tonight. Hip-hop artist Nas, as well as John Mayer and Dave Matthews Band is the final and obviously the biggest performer there.

These artists are performing for free, there's also some corporate sponsors, but again, not a benefit concert, just a chance for this community to get together. And I should mention, Don, that the first responders who served the campus are also being invited for free.

LEMON: All right. Brianna Keilar in Washington. Thank you, Brianna.

WHITFIELD: Well, another performer is under fire for using the N-word, but this time it's an African-American. Comedian Eddie Griffin was performing in Miami at an event sponsored by Black Enterprise magazine. He was pulled off the stage because of his repeated use of the word. There's no immediate comment from Griffin. In the past, white entertainers, including comedian Michael Richards, have come under fire for demeaning African-Americans and, well, now it's beginning to look like black entertainers are facing the same scrutiny with the use of that word.

Coming up in the 3:00 p.m. Eastern hour, we'll talk it over with CNN contributor Roland Martin, the author. He's a nationally syndicated columnist and the author of "Speak Brother: A Black Man's View of America."

BROOKE ANDERSON, CNN ENTERTAINMENT CORRESPONDENT: I'm Brooke Anderson in New York at fall Fashion Week. Coming up I speak with singer and fashion designer Gwen Stefani about her sense of style and her one true love, her family. Stay with the CNN NEWSROOM.

(COMMERCIAL BREAK)

LEMON: Live pictures now from Modena, Italy, where Luciano Pavarotti's motorcade is just arriving, carrying the body of Luciano Pavarotti, you see, probably in one of these vans that we're seeing here, just getting this information in to the CNN NEWSROOM. This is the streets of his hometown. Thousands have gathered here. You really can't see the scope of it from the camera angle here, but thousands have gathered here in Italy to say good-bye to him.

Of course the official funeral, Fredricka, won't be until Saturday. Friday we will get the official word about exactly what's going to happen, what's going to go on, how they're going to celebrate his life and his legacy. Anyway, there we go. Do we want to linger with these pictures until we see? We'll come back to it. OK. we're going to continue to monitor these pictures from the cathedral in Italy where the body of Luciano Pavarotti just arrived. As soon as we get a shot of them carrying it out we'll bring it here to you so you won't miss it -- Fredricka.

WHITFIELD: Well, she is a pop diva, a model mom and all the rage right now at New York's Fashion Week. Gwen Stefani unveiled her new collection last night which just happens to have the same name as her first solo album. Entertainment correspondent Brooke Anderson went one-on-one with the artist. And if you're -- to talk about all of that -- Brooke.

Hopefully, Brooke, you can hear me. I know it's very busy backstage. Take it away, Brooke.

(BEGIN VIDEOTAPE)

ANDERSON: You're a singer-songwriter. You're a fashion designer. You're an actress. And you're a mother. Is there anything...

GWEN STEFANI, MUSICIAN: I'm scared (ph).

(LAUGHTER)

ANDERSON: Anything you haven't set your sights on?

STEFANI: Well, you know, I -- all these things just happen. I don't really make big plans and I just follow my passion.

ANDERSON: Do you take your son with you for your work everywhere you go?

STEFANI: Yes, 15 months, he has been with me everywhere. He has already been on 30 flights around the world. We just tour the world together. The one thing that is hard is I don't sleep like I used to. I mean, I'm like -- I'm one of those people that I love sleeping.

But it's worth it. Like, last night, 4:00 in the morning we were up together, you know, hanging out. And I'm like, oh my God, I have the show!

Just with this collection alone, you know, who knew? I was in Japan on tour with my whole family, with my husband and my baby, and on my one day off, I reviewed the entire collection. And they flew it in and I looked at the whole thing at my hotel room, and did an 18- hour day and then they went off and they scrambled and here we are today.

ANDERSON: Is this something that you've always wanted to do? Have you been addicted to fashion?

STEFANI: I never really was into fashion. I always made clothes my whole life. My mom made all of my clothes when I was a little girl. Her mom made all her clothes, her mom made all her -- It just always happens. And every holiday we go to the fabric store, we look at the pattern and I pick something out, my mom would make it, I'd help her. You know, that was when I was little.

It's so arty to be able to have like this theme and be able to go to these costume houses and be inspired by different time periods. I've always been fascinated by the history of fashion.

ANDERSON: Who do you make your clothes for, the glamorous woman?

STEFANI: I make the clothes that I make are for me, just for me. It's very, very selfish and very sinful. My most focused, my most mature collection I've done.

(END VIDEOTAPE)

ANDERSON: Her son, Kingston, I have to tell you, really stole the show with his appearance. He was so adorable. I want to tell you about where I am right now. I'm back stage, the Badgley Mischka show, Fredricka, just wrapped up. So there's a lot of activity behind me. Teri Hatcher was here for that, as well as actress Emmy Rossum. Teri Hatcher recently signed on as their model.

But 65 shows in all will take place here at Bryant Park in Manhattan. Another 65 in various parts around the city. So high profile events very important for a multibillion-dollar fashion industry.

WHITFIELD: Always a lot of fun. Badgely Mischka usually known for all of the wedding dresses, but Badgley Mischka getting into more kind of ready-to-wear or kind of more high-end ready-to-wear if you know what I mean.

ANDERSON: Absolutely. And yes, things that you can find on the rack but are very high quality. In fact, Teri Hatcher was the first celebrity they dressed. So they're getting more into the red carpet fashion as well. Beautiful, beautiful gowns here today by Badgely Mischka. And that's what we're seeing overall across the board with a lot of designers, a more sophisticated look, a more formal look many times, light, aerial, airy, ethereal, (INAUDIBLE).

In one case, Gwen Stefani, she told me having a child has made her look more sophisticated in her sense of style, more formal and more glamorous as well.

WHITFIELD: All right. Interesting, Brooke Anderson, thanks so much for bringing us back stage, cute little finds there, Gwen Stefani's little collection. I was eyeballing it. All right. Thanks a lot, Brooke.

LEMON: Boy, just threw his hat into the ring last night, we want to get you live now to Iowa and talk about Fred Thompson, actor and former senator throwing his hat into the ring. We're expecting him to show up in just a little bit. Obviously he's going to be there. See the big thing that says "Fred08," all the people waiting?
WHITFIELD: I like that, "Fred08," catchy.

LEMON: He is going to be there to give his first speech as he has -- after he has thrown his hat into the ring. We have this quick quiz for you -- NEWSROOM quick quiz. What was Fred Thompson's first movie role?

We went...

(CROSSTALK)

WHITFIELD: Do you want me to do the tune again?

(HUMS "JEOPARDY" THEME)

LEMON: We'll tell you after a break.

(COMMERCIAL BREAK)

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT
www.voxant.com

*Search CNN* 

**U.S.**
CRIME + JUSTICE
ENERGY +
ENVIRONMENT
EXTREME WEATHER
SPACE + SCIENCE

**WORLD**
AFRICA
AMERICAS
ASIA
EUROPE
MIDDLE EAST

**POLITICS**
2016 ELECTION
WASHINGTON
NATION
WORLD

**MONEY**
MARKETS
TECH
MEDIA
PERSONAL FINANCE
LUXURY

**OPINION**
POLITICAL OP-EDS
SOCIAL
COMMENTARY

**HEALTH**
DIET + FITNESS
LIVING WELL
PARENTING + FAMILY

**ENTERTAINMENT**
CELEBRITY WATCH
TV + WEB
MOVIES + MUSIC

**TECH**
GADGETS
CYBER SECURITY
INNOVATION NATION

**STYLE**
FASHION
DESIGN
ARCHITECTURE
AUTOS
LUXURY

**TRAVEL**
BEST OF TRAVEL
SLEEPS + EATS
BUSINESS TRAVEL
AVIATION + BEYOND

**SPORTS**
PRO FOOTBALL
COLLEGE FOOTBALL
BASKETBALL
BASEBALL
SOCCER

**LIVING**
FOOD
RELATIONSHIPS
RELIGION

**VIDEO**
LIVE TV
DIGITAL STUDIOS
CNN FILMS
TV SCHEDULE
TV SHOWS A-Z

**MORE...**
PHOTOS
LONGFORM
INVESTIGATIONS
IREPORT
CNN PROFILES
CNN LEADERSHIP

 U.S. Edition ∨

© 2016 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved

Terms of Use | Privacy Policy | AdChoices   | Advertise with us | About us | Work for us | Help | Transcripts | License Footage | CNN Newsource

# EXHIBIT 43



**Interview: Dr. Julian Bailes and Michael Benoit discuss the possible cause of why Chris Benoit killed his family and himself**

839 words
6 September 2007
CBS News: The Early Show
English
(c) Copyright 2007, CBS Worldwide Inc. All Rights Reserved.

HANNAH STORM, co-host:

In June, professional wrestler Chris **Benoit** murdered his wife and son and then killed himself. It was a shocking crime. And when police found steroids in **Benoit's** home, many people speculated that the killings were linked to steroid use during his long wrestling career. But **Benoit's** father, Michael, believes that chronic brain damage caused by a series of concussions may have contributed to that tragedy. Michael **Benoit's** here with Dr. Julian Bailes of the Sports Legacy Institute. Dr. Bailes has examined Chris **Benoit's** brain.

And good morning to both of you.

Dr. JULIAN BAILES (Sports Legacy Institute): Good morning.

Mr. MICHAEL **BENOIT** (Chris **Benoit's** Father): Good morning.

STORM: I'm very sorry for your loss.

Mr. **BENOIT**: Thank you.

STORM: I know it's been a terrible, terrible couple of months for you. What made you seek out a different explanation, something other than 'roid rage, which so many people were quick to draw that conclusion?

Mr. **BENOIT**: Chris **Benoit**, our son, that was not the person that could have committed the horrendous acts that took place on that weekend in June. We lost our daughter-in-law, we lost our grandson, and we lost our son that we love very much. There had to be something else that contributed to this, and we were searching for answers.

STORM: And you had found his diary. What was his state of mind leading up that as far as you could tell?

Mr. **BENOIT**: Well, the diary--this was after the fact.

STORM: Mm-hmm.

Mr. **BENOIT**: When I read the diary, it was open letters to Eddie Guerrero, that was his best friend that had died in 2005, and I was shocked to read it, because it clearly showed that this was a man that really needed some help at that time, we're talking two years ago. He seemed...

STORM: Was he depressed or...

Mr. **BENOIT**: He seemed very depressed. He seemed depressed by the fact that there were so many of his friends that were dying at a very early age. And it also seemed that some of the writings were very troubling, to say the least.

STORM: Mm. Let's take a look at the potential medical explanation for this, Dr. Bales, because you examined Chris **Benoit's** brain. And here are two slides; this is of a--I guess what you consider a normal brain, an average brain, and this is Chris'.

Dr. BAILES: That's correct.

STORM: Uh-huh.

2007 Factiva, Inc. All rights reserved.

Dr. BAILES: And these are special ways to look at the tissue.

STORM: Mm-hmm.

Dr. BAILES: Dr. Omalu, Dr. Cantu, Chris Nowinski, Bob Fitzsimmons, we all looked at this area. This is normal.

STORM: Mm-hmm.

Dr. BAILES: And if you apply special stains here, you see these areas that represent dead brain cells. These are their connections and this whole brown background represents Tau protein, which is ghost of old brain cells and their connections throughout the brain. Chris' was striking in the extent of the abnormality.

STORM: And this is a result of repeated concussions suffered during his wrestling career?

Dr. BAILES: This is—the most likely cause of this is old trauma multiple times.

STORM: How does this manifest itself in terms of symptoms? Would something like this lead someone into a murderous rage?

Dr. BAILES: Well, certainly medicine and science can't explain all human behavior, but this is—the anatomical damage that we're seeing is old trauma, and it's extensive.

STORM: Could it be in combination with steroids something very dangerous? Would steroids have come into play with a brain like this?

Dr. BAILES: There's no consensus in medicine research that there is, but we don't know, there may be multiple factors.

STORM: What about alcohol? Because reportedly there were bottles found at the scene.

Dr. BAILES: These are not alcohol changes.

STORM: Mm-hmm.

Dr. BAILES: These are massive, widespread degeneration of the brain, similar that other people with dementia get.

STORM: What is your hope in pursuing this research? Not just for your son, but for others out there.

Mr. **BENOIT**: Well, we're hoping that something good comes out of this tragedy. And we hope that the Sports Legacy Institute gets funded so that they can continue their work and perhaps save lives down the road. We hope that the wrestling industry becomes safer for the people, and the props that they use, the tables and the chairs and that, get taken out of the equation, because that's real, that's...

STORM: Mm-hmm.

Mr. **BENOIT**: ...they're getting hit with that.

STORM: We have to go, but we do hope that this offers you some measure of comfort as you search for an explanation. We thank you both for being with us.

You're watching THE EARLY SHOW.

Mr. **BENOIT**: Thank you.

Document CBST000020070906e3960000l

2007 Factiva, Inc. All rights reserved.

# EXHIBIT 44



**EDITION: U.S.**
INTERNATIONAL
MÉXICO
ARABIC

TV:
CNN
CNNi
CNN en Español
HLN

Sign up
Log in

SEARCH

Home
TV & Video
CNN Trends
U.S.
World
Politics
Justice
Entertainment
Tech
Health
Living
Travel
Opinion
iReport
Money
Sports

# TRANSCRIPTS    Transcript Providers

Shows By Category:

Return to Transcripts main page

## AMERICAN MORNING

**Fred Thompson Running for President; Chris Benoit's Brain Damaged; Young Girl Started at Penn State**

Aired September 6, 2007 - 07:00  ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

JOHN ROBERTS, CNN ANCHOR: -- his first official day on the campaign trail. He launched his campaign message on his Web site at 12:01 this morning and made the announcement last night on Jay Leno's "Tonight Show," here's what he said.
(BEGIN VIDEO CLIP)

FRED THOMPSON, (R) PRESIDENTIAL CANDIDATE: That's one of the things I wanted to talk to you about.

JAY LENO: All right, all right.

THOMPSON: I'm running for president of the United States.

LENO: All right, there you have it, ladies and gentlemen!

(END OF VIDEO CLIP)

ROBERTS: Thompson joins the either other Republicans already in the race. People who have been in the race for a long time, they were all debating last night in New Hampshire. Let's get to two members of the best political team on television.

CNN's John King is in Des Moines, Iowa, where he is covering the nascent Fred Thompson campaign and Candy Crowley in Durham, New Hampshire.

John, let's start with you, did he get in too late or is this just, as so many pundits said, another example of you'll remember when Bill Clinton bought that house in Chappaqua and they said how will he ever afford it?

JOHN KING, CNN CHIEF NATIONAL CORRESPONDENT: Well John, some say it's too late especially in a state like Iowa. We're told the caucus system it's a little bit quirky, it puts a premium on organization, but if you look at the polling and you talk to the analysts who have been through this before, they say it's not too late as long as he comes out of the block strong. He needs to raise money, he needs to prove he can organize.

If you look especially in the conservative base of the Republican Party, they're split among the candidates right now. They have questions about each of the candidates, on Rudy Giuliani it might be the social issues. On Mitt Romney it's his conversion to being anti- abortion genuine. John McCain's position on immigration angers conservative. So there is an opening for Fred Thompson to seize even at this late date. He just has to move very quickly now that he's officially in.

ROBERTS: Fred Thompson was not at the debate last night in New Hampshire but he certainly still was a presence. In fact the first question was about Fred Thompson. He got knocked around a little bit by the candidates last night.

Let's take a quick listen to what they said.

Well, unfortunately, we don't have that but let me ask you this question, Candy. Did he do himself a disservice by not going to New Hampshire? He said on "The Tonight Show" it's more difficult to get on "The Tonight Show" than it is to get into a debate. I'm wondering if people in New Hampshire, voters whom these Republicans will have to count on if they hope to become the nominee, might get a little miffed at such talk.

CANDY CROWLEY, CNN SENIOR POLITICAL CORRESPONDENT: Well, certainly within the debate, Thompson's opponents made reference to, well I wish he were here. I'd rather be in New Hampshire. As you know, New Hampshirites really believe they need to see their presidential candidates twice, maybe three times. Most of these men have been in this since January. They think there is no substitute for that face-to-face contact, both in Iowa and in New Hampshire, and there is some evidence that voters here in New Hampshire are a little bit miffed at this.

You'll remember in 1999, George Bush skipped a debate, a lot of people think that was sort of the beginning of the end for him in the New Hampshire primary, where he got beaten by 19 points by John McCain. So, there is some feeling that they were dissed here in New Hampshire. I imagine that Fred Thompson will come in here full force. Whether or not they forgive him, I guess we'll have to see, but there is some dissatisfaction that he didn't show up at the debate and in fact went out of his way to kind of counter-program the debate.

ROBERTS: All right, figuring that he probably would get a bigger audience on "The Tonight Show" than he would at the debate and more time as well.

John King, certainly a lot of name recognition when it comes to Fred Thompson. Take a look at this latest hotline poll. Rudy Giuliani leads 27 percent. Fred Thompson second with 17 percent, but you go to the state by state poll as it is starts to change. American Research Group in Iowa, Romney 27, Giuliani 17, Thompson way back at 13. Then in New Hampshire again American Research Group, Romney 27, Giuliani 23, McCain 12, Thompson 8.

John, when you look at these national numbers, do they really mean anything?

KING: The national numbers don't mean much right now. They are based on name recognition, maybe early momentum. If you go by how we pick a president, state by state by state, Mitt Romney to many is the Republican front-runner right now based on his success in the summer of building that lead in Iowa, building a bigger lead in New Hampshire. So Fred Thompson does have to prove himself, John, but yet he has to now turn that name recognition and the idea even among his supporters that he's some white knight coming in, he has to turn that into reality.

If you look at what he put up on the web last night after midnight, he looks the part. He's in a setting that looks like the oval office. He talks about how important it is for Republicans to unify if they want to hold the White House at a time George W. Bush is so unpopular. So he gets in with a message that says, if you want to win and keep the White House look at me.

But he's going to have to deliver it now, as Candy just said in retail politics, 101 politics. It is a very steep challenge. There are many skeptics but his campaign says they believe their timing is just right that conservative Republicans especially have seen enough of these other guys' and they want a new flavor in the race. We'll see.

ROBERTS: Well let's see if they're right. John King for us this morning in Des Moines, Iowa, Candy Crowley in Durham, New Hampshire, thanks both.

KIRAN CHETRY, CNN ANCHOR: A legendary voice has been silenced overnight. Luciano Pavarotti lost his long battle with pancreatic cancer. For more than five decades, the Italian tenor thrilled audiences with his astonishing voice. His larger than life personality. He's credited with almost single-handedly bringing opera to the masses and thought by many to be the best operatic tenor ever. Pavarotti died in his home in Modana, Italy surrounded by his family. He will lie in state tomorrow. The funeral set for Saturday. Luciano Pavarotti was 71-years-old.

Well, he's cheated death time and time again, and search teams are now hoping once again that multimillionaire adventurer Steve Fossett has one more left in him. This is a shot of the massive expanse in Nevada where they will be searching. The search teams will be looking for his plane. It's going to pick up again a little bit later this morning in the Nevada desert.

The 63-year-old thrill seeker disappeared after taking off in this area on Monday. Crews from three states have been searching the Sierra Nevada Mountains by air and land. It's an area about the size of Connecticut and they say that this area also is a region notorious for powerful wind gusts that can whip up without warning and they can toss an airplane especially a small one like a leaf.

Also deadly high water in some already saturated parts of north Texas. As much as eight inches of rain falling, triggering floods in the Dallas and Waco areas. Police say they found the body of a woman after floodwaters picked up her car and swept her away, one of the biggest dangers being in fast moving water in your car during this type of flooding. John?

ROBERTS: A fight between roommates at the University of Arizona has left one of them dead. It reportedly all started when one girl, 18-year-old Mia Henderson accused the other of stealing from her and filed a police report last week. Campus police say they responded to a 911 call yesterday. She died at the hospital. The roommate, 18-year-old Gallerica Harrison now under arrest and charged with first degree murder.

A setback in Senator Larry Craig's fight to hold on to his seat on Capitol Hill today. The Senate Ethics Committee is going ahead with its investigation of Craig. Craig has a legal team trying to reverse his guilty plea for disorderly conduct in an airport bathroom. They also tried to get the ethics committee investigation dismissed. If they are successful though in reversing his guilty plea Craig says he wants to serve out the rest of his term.

And former president Bill Clinton is showing compassion for Craig, despite the things that Craig said about him during the Monica Lewinsky scandal. Here is what the former president said on "LARRY KING" last night.

(BEGIN VIDEO CLIP)

BILL CLINTON, FORMER PRESIDENT OF THE UNITED STATES: I think we ought to recognize that this is a very traumatic time for him and his family, and whatever happens or doesn't, most of his political career was behind him. So whatever your party, we should be hoping that he and his family can work through this in a

way that leaves them as whole as possible.

(END OF VIDEO CLIP)

ROBERTS: Craig is staying in Idaho, while the legal and ethics fights go on in Minnesota and in Washington -- Kiran?

CHETRY: This is what we were talking about earlier, the security breach at the APEC Summit in Australia. Police in Sydney now retooling the security around President Bush after a bunch of comedians got past thousands of police and high fences. 11 people ended up being arrested for setting up a fake motorcade and driving right through two checkpoints. The vehicles decorated with Canadian flags. That's why you said blame Canada, John.

The team tried to get inside of the restricted zone near the hotel where the president was staying. Security and the secret service finally realized that there was something wrong when an Osama bin Laden look alike got out of the back of one of the vehicles. The comedians are part of a show called "The Chasers War on Everything." The producers of the program were warned earlier this week not to try to perform any stunts during the meeting. Clearly they listened.

Every three minutes, a woman in the United States is diagnosed with breast cancer. There is a new study that could explain why race plays such a huge factor in your chances of beating it.

According to a University of Michigan study, close to 40 percent of black women have a certain type of invasive tumor that can be resistant to treatment. That's compared to just 22 percent of white women. Doctors have known that black women are less likely than white women to develop breast cancer but are more likely to die from it. Before they had talked about perhaps lifestyle being one of the reasons why, they now say again it may be the type of tumor that the different races are more likely to get.

Well, Rob Marciano is at the CNN weather desk. John Roberts has more on that.

ROBERTS: Take a look at the screen here. We have this big red blob here just south of Bermuda, another red blob over here in the western part of Tampa and a whole bunch of little ones in the little part of the country. Rob Maricano here tracking all of the extreme weather. Who is getting hit today, Rob?

(WEATHER REPORT)

CHETRY: It is finally cooling down in parts of southern California this morning. The recent heat wave though has definitely taken its toll. 27 deaths now being blamed on the heat.

CNN's chief medical correspondent Dr. Sanjay Gupta joins us right here today and he has more on this. Good to see you by the way. We're talking about this extreme heat and it seems that a lot of the people that ended up perishing were elderly or in some cases homeless who were not able to be around air conditioners for whatever reason.

DR. SANJAY GUPTA, CNN CHIEF MEDICAL CORRESPONDENT: Right, they're certainly more vulnerable. Although we did a little investigating into those exact numbers in Southern California. Ten out of the 16 people were over the age of 50, which means that six weren't and there's another problem that happens as well, especially in big cities, and that is that poverty is linked with these heat- related deaths as well.

It is expensive to run air conditioning, about eight bucks a day and a lot of people simply can't afford that. So the elderly are more vulnerable, the poor are more vulnerable as well and there's also a domino effect. Heat goes up, people turn on their air conditionings. It can take out the power grid, as hear as well, all of a sudden plunging a lot of people into darkness and into heat as well.

There's two problems I'll just say really quickly, heat stroke is sort of the biggest culprit here, that's the thing that actually kills people. There's all sorts of symptoms, you can see there specifically a body temperature above 103. But pay attention to the lower one, no sweating. That's what really distinguishes this from anything else. Once your body shuts down, once your body is unable to cool itself, it stops sweating and that's what really leads to death ultimately these other symptoms occur but the no sweating part is really a big red flag.

CHETRY: So if you see that starting to happen, can you reverse that rather quickly?

GUPTA: Yes, you can reverse it quickly with the obvious ways, get someone hydrated because they've lost their cooling mechanism which is actually the fluid in their bodies and get them into a cooler area.

A good rule of thumb incidentally is drink before you're thirsty and rest before you're tired and this goes to people who have to work outside, this goes to athletes, a lot of people don't pay attention to that, especially who are younger. Luckily they can protect themselves a little bit better but they are also vulnerable.

CHETRY: Right, I mean some people have no choice, you have, let's say people that are trying to work to fix the electric grid or construction workers that are literally outside all day. And then there are the people it can be 100 degrees and you still see them jogging at noon.

GUPTA: Right, I know, so people don't pay attention to this sort of stuff and you can lose up to two gallons of liquid a day, just from sweating. So think about how much you have to be drinking to replace that. That's about four or five glasses an hour you should be drinking if you are one of those people who decides to jog at noon or if unfortunately you have to work outside to restore the power grids.

CHETRY: The other interesting thing, they say that you worry about adults but kids, are they more vulnerable?

GUPTA: They are for two reasons. One is that they adapt more slowly. Their body doesn't deal with the heat as quickly and the heat also affects them a little bit more. They don't sweat in the same way that actually cools the body as well as adults. We develop into that as human beings.

Also, you know you see the images of kids wearing all that gear, they're playing outside, again it sort of goes back to your point about people jogging at noon, it's the same problem, they have the same problem with all that stuff on their bodies and they also drink a lot of soda. I think most people know this, Kiran, although I don't know if they remember it but caffeinated drinks can be dehydrating. They are still a liquid but they can cause you to actually dehydrate yourself.

CHETRY: So your iced coffee doesn't count as much? Not that I have one.

GUPTA: Not as good a hydrating mechanism as just water or one of the sports drinks.

CHETRY: Yeah, it is interesting also you think if I'm in the pool or my kids are in the pool, even if it's the dead hot sun of noon it's OK because we're in the water. But you can still get yourself sick, right?

GUPTA: Absolutely you can get yourself sick and you can get yourself a lot of sun especially if you're not wearing your sun block and those all obviously can be problems as well.

CHETRY: All right, so be careful, especially if you're in some of these areas where they've had triple digits for 35 days.

GUPTA: You know the thing that always strikes me, we always do these heat-related stories and people die from this stuff. You don't realize that. People say it's just hot outside. You can die from it and it can be the young, it can be the elderly as well so pay attention.

CHETRY: If you've got some time, just check on your neighbor. It sometimes can make all the difference in the world.

GUPTA: Elderly neighbors worth checking on, absolutely.

CHETRY: Good to see you Sanjay, we'll see you in the next hour.

By the way, if you have a medical question, you can send it because Sanjay is here. He's going to do his mail bag in person today right here with us. Go to cnn.com/americanmorning. Go ahead and type in a question. Dr. Gupta will answer some of them coming up in the next hour of AMERICAN MORNING – John?

ROBERTS: The New York taxi strike enters its second day. Your quick hits now. No word on just how successful the strike has been so far. It started yesterday and while there were fewer cabs on the streets, the slowdown wasn't all that obvious to most people. Cabbies are angry that they're being forced to put in credit card readers and also GPS devices in every cab.

A firm indicted in Boston's big dig tunnel death has pleaded not guilty. The owners of the company were charged with manslaughter after ceiling panels fell, weighing thousands of pounds from a tunnel onto a woman's car. The firm claims it is being used as a legal pawn to pressure larger companies into paying a multimillion-dollar settlement.

One down eight to go, cats on life support after firefighters pulled them from a burning basement. The incredible story and the pictures to go with it coming up next on AMERICAN MORNING.

(COMMERCIAL BREAK)

CHETRY: We have some incredible pictures of a rescue to show you. This happened at a house fire in Washington D.C. They say all of the people were able to get out but there were animals, cats in particular that got trapped in the basement, the two Siamese cats. Crews did find them alive inside but in pretty bad shape and these days the fire department they don't just save the lives of people, they are equipped to do it with animals, too.

You see the firefighters and EMTs putting oxygen masks here around the little necks of the cats. There you see them again, they're getting oxygen through those masks, are specially designed for pets, it's pretty interesting.

Anyway, they were able to revive both of them, so some good work getting everybody out of the house safely and then of course finding the time to help the little felines. There is another one, a little Siamese. They are OK, I think they just had a little bit of trouble breathing. Three-year-old Nilah and two-year-old Joe, fully revived within 30 minutes and returned to their grateful owners.

ROBERTS: We were supposed to have Senator Joe Biden joining us live from Iraq at this time this morning but unfortunately the senator has been caught in a sandstorm and can't make the appointment just yet. We do hope to have him a little bit later on this morning but I've been caught in a sandstorm in Iraq before and those things can rage on for hours if not days. So we do hope to have him. We'll try our best.

In the meantime, our Ali Velshi here.

ALI VELSHI: A close second.

ROBERTS: A close second to Joe Biden from Iraq.

VELSHI: And I can talk for hours.

ROBERTS: And not only that, but you look great, too.

VELSHI: Thank you.

ROBERTS: We've been talking all summer and now as we head into fall, about these horrible, horrible delays for people who fly. And now the FAA might be doing something about it.

VELSHI: This has been the worst summer on record for air traffic control, for delays. When you look at all the problems involved in it, everybody owns a piece of this. The airports need to have more runways and more gates. The FAA needs a more efficient landing and takeoff system.

So they finally arrived at some changes for the northeast, specifically five states, New York, New Jersey, Connecticut, Delaware and Pennsylvania. They're going to re-sort of do the air space around here to create more efficient landing and takeoff. They're going to use more altitude levels for landing and takeoff.

In that area that we're talking about, you have Newark airport, JFK, LaGuardia and Philadelphia airport, plus about 15 other small airports. 31,000 -- 31 million square miles -- sorry, 31,000 square miles, 29 million people live in this area that they're talking about. They're talking about a saving if they implement the system and when it's implemented it will be a few years of implementation of 12 million delay minutes.

I'm not quite sure why they express these in minutes, but because airplanes talk about minutes delay. They're talking about saving 12 million minutes. That's only one part of the pie, but it's a start.

CHETRY: I see two snags already, one, people aren't going to want these planes flying over their neighborhoods, you know when they talk about lower levels. And also security concerns, I mean especially in airports like Newark and ...

VELSHI: They actually claim fewer people will be affected by the noise. That's an interesting perspective. Again, you don't know enough about this to understand how that's supposed to help but they were concerned about noise. They feel they're going to address this but still it doesn't address the fact that we have only so many gates and so many runways at most of these airports. ROBERTS: We'll see if this works, because certainly we've heard of these planes before and nothing happened. Ali, thanks.

CHETRY: And some quick hits now. It turns out a chemical substance found at a United Nations office last month is merely an over the counter solvent. Officials initially said it was a potentially deadly chemical agent once used by Iraqis in attacks against the Kurds. The U.N. is investigating how it ended up there, mislabeled or not in the first place.

And retracing her final steps, the jury on the inquest into Princess Diana's death will visit the Paris tunnel where she died in that high speed wreck 10 years ago. The trip is expected to take place shortly after the inquest starts, that would be October 2nd.

Inside the brain of a killer, Dr. Sanjay Gupta with more on professional wrestler Chris Benoit.

Hi, Sanjay.

GUPTA: There's been a lot of speculation about Benoit and what caused him to act the way that he did in such a vicious and violent way. We have some amazing images for you of his actual brain. I'm going to explain to you what this means normal versus Chris Benoit's brain, lots of clues here, that's coming up after the break.

(COMMERCIAL BREAK)

ROBERTS: Welcome back to the most news in the morning. Music with your mocha? Starbucks and Apple are teaming up to let customers download music wirelessly at Starbucks. You have to have one of the new iPods with WiFi attached to it. I imagine an iPhone would work as well. And right now you have to live in San Francisco. The service should be added to more stores starting next year.

And a historic lighthouse in Delaware Bay appears to have a new owner. The government was trying to unload the property in an online auction. The winning bid, $200,000. So you have a lighthouse, what do you do with it?

Al Gore is working on a new book, a sequel to his book about global warming "An Inconvenient Truth." The new one is going to be called "The Path to Survival." It's expected to continue where the previous book left off, suggesting some changes that could be made to help the environment.

CHETRY: Plenty of good seats available for one of Senator Sam Brownback's campaign speeches. Here's the picture. Just a handful of people showing up at the New Hampshire Institute of Politics to hear the Republican candidate speak, although they say to be fair, there were 11 other people on the right side of the room that you were not able to see. Hey, bright side? They got a lot of one on one time with their candidate.

ROBERTS: They thought it was standing room only. Look at the story coming up on our next half hour that you can't miss, we've heard of all these young kids going to college, so we had a 15-year-old the other day beat his sibling sisters by a year, they were 16. Now we got another one.

CHETRY: She's too young to vote, she's too young to drive a car, can't go to an R-rated movie but she is the youngest person ever admitted to the engineering program at Penn. Congratulations to her. We're going to meet 15-year-old Brittany Exline ahead on AMERICAN MORNING.

(COMMERCIAL BREAK)

ROBERTS: Oh, still dark this morning thanks to our folks at WFAA in Dallas, Texas, where it's 78 degrees and cloudy right now. Eight- nine degrees, thunderstorms, don't forget the northern part of Texas has just been inundated by wet weather in the last couple of days. Lots of flooding there, all over Texas. It's been an extraordinarily wet year as well, which is good because it helps out those drought- stricken farmers but I think there's just been a little bit too much water there for most people's tastes.

CHETRY: They got eight inches, some of in that area of the Dallas-Ft. Worth area and now Henriette as it makes its way from Mexico, possibly into the mainland U.S. Could hit that area as well.

ROBERTS: Arizona and the western part of Texas could be in for some more rain.

Welcome back, it's Thursday, the sixth of September, I'm John Roberts, good morning to you.

CHETRY: And I'm Kiran Chetry, glad you're with us.

(NEWSBREAK)

CHETRY: We have some breaking news from overseas to tell you about right now. There's a new twist in the case of missing Madeleine McCann. She's the 4-year-old British girl who disappeared from her family's hotel room while vacationing in Portugal. Well, within the last few minutes, the British media in the last few minutes reporting that police and investigator will re-interview Madeleine's parents. Her mother, Kate, will talk to detectives today, along with her lawyer, and Madeleine's father, Jerry, will be interviewed tomorrow. Madeleine vanished from her room while her parents were at a nearby restaurant back in May. Jerry and Kate McCann have launched a high- profile campaign for her safe return -- John.

ROBERTS: Well, two-and-a-half months after the death of professional wrestler Chris Benoit, doctors have released an autopsy with some pretty amazing results. They found damage in his 40-year- old brain the likes of which you would expect to see in the brain of an 85-year-old, possibly with Alzheimer's Disease.

CNN's chief medical correspondent Dr. Sanjay Gupta is here with more. These are pretty extraordinary findings for somebody at his age.

DR. SANJAY GUPTA, CNN CHIEF MEDICAL CORRESPONDENT: Yes, and it's something you don't get to see very often as well, because you don't often actually take someone's brain and do this kind of examination.

But you know, there was a lot of speculation, as you know, around his death, around the behavior before his death. And they actually -- what they decided to do is donate his brain to a university and take a look.

U.S. | World | Politics | Money | Opinion | Health | Entertainment | Style | Travel | Sports | Video     Live TV     U.S. Edition +     menu

... all, when you talk about the -- let's see here, when you talk about the normal brain over here, you actually see sort of normal borders here on those cells. That is what it should look like.

ROBERTS: These are brain cells.

GUPTA: These are normal brain cells. This is a normal brain over here. Over on Chris Benoit's brain, you can see the deposits here, these brown clumps. Those are deposits of protein that can interfere with the signal transmission back and forth between various lobes of the brain. And what the doctors says is they found these sorts of findings in just about every part of his brain, so all the lobes, the brain stem as well. It's called encephalopathy.

Is this somewhat analogous to plaques and tangles that people with Alzheimer's Disease develop?

GUPTA: Exactly. And remember, this is a 40-year-old guy, but when someone develops Alzheimer's they do get these tangles of various proteins sort of clumped together, and as a result it interferes with their ability to store memories, to form thoughts, to transmit signals back and forth to the brain.

Why did this develop in him? That's the large question here.

ROBERTS: One of the things that the original toxicology report found was that he had levels of testosterone 10 times the normal. Could a hormone overdose somehow be...

GUPTA: That would be one of the exact questions that we're trying to ask, the testosterone, other steroids as well. And the answer seems to be no, that doesn't seem to be the likely cause of causing these sorts of changes in the brain. Most likely it's repeated concussions, blows to the head, not necessarily knocking someone out, but just blows to the head over and over again. We know a lot about this, John.

We know, for example, that a second concussion is exponentially worse than a first concussion. So it's not a linear process. Add a third, fourth, fifth. He was quoted as having said, "I've had so many concussions I can't remember how many I've had." ROBERTS: Well, as we saw in some of the video that we were running, he was pretty aggressive in his wrestling tactics, diving off of ladders, a headbutter, whatever. Could this also be responsible also for violent behavior?

GUPTA: Well, I think the cause and effect sort of relationship is something we don't know. I'll take it even a step further than that. I say we may never know this possibly caused that sort of violent behavior.

What I'm sort of surprised by after having thought about this quite a bit over the last day, is that he didn't have more symptoms before this. When you see these sort of changes in the brain that again resemble someone who has profound dementia, like Alzheimer's, like you mentioned; they often do have memory loss. They have difficulties forming thoughts. I never met him, I don't know him, and I don't know what the story was before this, these attacks and this behavior. Who knows. But...

ROBERTS: Well, you know, there were those rambling messages that he was sending out that weekend.

GUPTA: Yes, so that would be more like -- I would put that more together than the vicious, violent behavior. We don't hear about, you know, Alzheimer's patients often going into a rage like he exhibited. So what exactly that cause and effect, you know, to your question, I don't know that we know, and it may be impossible to really ever know.

But this is striking, John, the fact that this is a 40-year-old guy. This looks like an 85-year-old brain.

ROBERTS: Quite a mystery. Sanjay Gupta, thanks. We'll see you a little bit later on.

GUPTA: Thank you. All right, I'll be back.

And tonight on "LARRY KING LIVE," Chris Benoit's father sits down to talk with Larry about all of this. "LARRY KING" tonight, 9:00 Eastern, only here on CNN.

And if you have a medical question for Dr. Sanjay Gupta, send it to his mailbag at CNN.com/Americanmorning. Sanjay will answer your question in the next hour of AMERICAN MORNING.

CHETRY: Coming up, she's too young to vote, drive, can't even go to an R-rated movie, but she's certainly mature enough to head off to the Ivy Leagues. We're going to U Penn's youngest freshman, coming up.

And there is something new on the endangered list in Zimbabwe. It only affects bakers, though. A strange question, where is all the flour going? Our world update is next on AMERICAN MORNING.

(COMMERCIAL BREAK)

(WEATHER REPORT) (NEWSBREAK)

CHETRY: Well, she should still be in pre-calculus, but she is way ahead of the curve. We're going to meet a 15-year-old girl who is already in the Ivy Leagues, next on AMERICAN MORNING.

(COMMERCIAL BREAK)

(NEWSBREAK)

CHETRY: Well, our next guest is not only starting college at 15, she's the youngest African-American ever to enter an Ivy League School, and yesterday was her first day Brittney Exline's first day of classes, at the University of Pennsylvania in Philadelphia, and she joins me this morning from there.

Hi, Brittney.

BRITTNEY EXLINE, 15-YEAR-OLD PENN FRESHMAN: Hi. Good morning.

CHETRY: Great to see you this morning. Do you think about the fact that you're making history when you're at college?

EXLINE: No. I just kind of look at it as back to school, even though this time around it's college, and I guess you have to get used to the new environment.

CHETRY: Speaking up, you grew up in Colorado Springs, very different from U Penn's campus, I've been there, right in the heart of the big city. Is it a bit of a culture shock for you?

EXLINE: No. I actually really wanted to go to a big city when I was applying to colleges, so I kind of looked forward to living in the city.

CHETRY: You know, I still remember my first day going to college being so nervous, am I going to fit in, am I going to find my way around the campus, and I had three years on you at the time. How are you handling this major, major life change at the age of 15?

EXLINE: You know, it's actually not a huge change for me. Like I did a summer program at Harvard, and it was pretty similar to this, except now this is extended and this is the real thing. So I'm adjusting pretty well so far.

CHETRY: Yes, you really sound like it. I mean, congratulations, and good for you.

When did your parents start to know, or you start to know that you really excelled academically?

EXLINE: Well, I don't remember, but my mom tells me, and my dad as well, they tell that, like, me I started reading at 2, and I did jigsaw puzzles when I was really young, and you know, they just kind picked up on that because it's kind of abnormal for a baby to do that.

CHETRY: Yes, I think so.

EXLINE: So I think they took that and decided to try and get me into something more advanced.

CHETRY: And so you're going to be 19 when you graduate. Do you ever wonder or worry maybe I'm missing out on a little bit of the fun of being young?

EXLINE: I don't really worry about it. I'm here right now. I just have to keep doing what I've been doing, and I've always been fine with, you know, being three years younger than my classmates. It's never been a problem for me.

CHETRY: You know, I mean, everything's looking good now, but you're going to be 19, you're going to graduate and you're going to be expected to get a job. You're going to have to have a job for the rest of your life. Are you ready for that?

EXLINE: Well, actually, I'm thinking about going to graduate school after that, and you know, I really don't know what I want to do in the future, so, like, I'm keeping my options open. I don't know if I'll have that job for the rest of my life, if I just go into a job out of college.

CHETRY: That's true. You're really smart. You can probably make all the big bucks in 10 or 15 years and then relax on an island somewhere. How are your classmates reacting. Do they even know that you're a little bit younger than they are?

EXLINE: Well, since it was on Yahoo! News and like MSNBC News online.

CHETRY: And CNN.com. You know it's been all over the place, all over CNN.

EXLINE: Yes, a lot of places. They recognize me from that, some of them, but when I first came here, like no one really knew, and until I told them.

CHETRY: Wow. Well, you're a lovely young woman, and we wish you the best of luck. Congratulations for your big history-making move. And I hope you have fun.

EXLINE: Thank you.

CHETRY: All right, Brittney, take it easy.

CHETRY: A lot of poise for 15, huh.

ROBERTS: You can tell why she got into college, very, very well- spoken.

(NEWSBREAK)

ROBERTS: And Coca-Cola says it wants to have every bottle it sells in the United States recycled or reused. The soda giant's new plan to meet to meet its goal. It's your business news, coming up on AMERICAN MORNING.

(COMMERCIAL BREAK)

(NEWSBREAK)

ROBERTS: It's three minutes to the top of the hour. Ali Velshi here "Minding Your Business." Coca-Cola looking at trying to expand recycling. What is it they make those bottles out of again?

ALI VELSHI, CNN CORRESPONDENT: PET, it's called -- polyethylene terethalyte (ph), plastic bottles. What we know as plastic bottles, and They sell billions of these And you know, a lot of the companies sell water or Coke, they're being sort of criticized for the waste that goes into these. So coke has announced that it wants to make 100 percent of its bottles out of recycled or reused material. They didn't set a target date as to when they want to do that, but they're investing in a plant which is going to be the world's largest polyethylene recycling bottle-to-bottle plant. Basically the bottles come in and they can make the equivalent of two billion of these 20- ounce bottles The plant's going to open next year in Spartanburg, South Carolina. It'll be up and running by 2009.

Coke is also investing more money in a Philadelphia-based company called Recycle Bank. Recycle Bank operates around the Northeast. You may know of it. It operates i cities where it gives incentives to consumers to recycle their goods, in the way of coupons or dollars that you build up to spend at various retailers. Recycle Bank is considering expanding to other parts of the country. Obviously in some parts of the country, municipalities run the recycling.

But the idea is two-fold. One is to try to get people to recycle polyethylene terethalyte bottles and not throw them away, and the other one is Coke wants to harness that and make new bottles out of it. And they do say that it's food grade; the recycled bottles are safe for consumption.

CHETRY: Then there's been all the debacle about plastic...

VELSHI: There's still this issue about not refilling bottles and using them, particularly the water bottles.

CHETRY: Right.

VELSHI: You're not supposed to refill that with water and use them, something about the polyethylene terethalyte.

ROBERTS: Well, it starts to break down after awhile.

VELSHI: Right. So but they can make them into new bottles.

ROBERTS: All right. Ali, thanks very much.

CHETRY: Well, here's a story coming up that you can't miss, cell phones in the hospital or the BlackBerrys. I remember being in labor for 17 hours and wanting to make phone call or two. You know, you get bored after a while. ROBERTS: They said no you can't do it.

CHETRY: But why?

ROBERTS: Why do you have to turn off your cell phone when you into particularly in an ICU? You know, is it telemetry? Does it turn off packemakers? What does it do You might be surprised.

CHETRY: Yes, they're saying that maybe there is some truth to why you've got to keep the cell phones off. Sanjay Gupta, he knows all about it. He's going to fill us in when we come right back.

ROBERTS: The next hour of AMERICAN MORNING starts right now.

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.voxant.com

Search CNN    

**U.S.**
CRIME + JUSTICE
ENERGY + ENVIRONMENT
EXTREME WEATHER
SPACE + SCIENCE

**WORLD**
AFRICA
AMERICAS
ASIA
EUROPE
MIDDLE EAST

**POLITICS**
2016 ELECTION
WASHINGTON
NATION
WORLD

**MONEY**
MARKETS
TECH
MEDIA
PERSONAL FINANCE
LUXURY

**OPINION**
POLITICAL OP-EDS
SOCIAL COMMENTARY

**HEALTH**
DIET + FITNESS
LIVING WELL
PARENTING + FAMILY

**ENTERTAINMENT**
CELEBRITY WATCH
TV + WEB
MOVIES + MUSIC

**TECH**
GADGETS
CYBER SECURITY
INNOVATION NATION

**STYLE**
FASHION
DESIGN
ARCHITECTURE
AUTOS
LUXURY

**TRAVEL**
BEST OF TRAVEL
SLEEPS + EATS
BUSINESS TRAVEL
AVIATION + BEYOND

**SPORTS**
PRO FOOTBALL
COLLEGE FOOTBALL
BASKETBALL
BASEBALL
SOCCER

**LIVING**
FOOD
RELATIONSHIPS
RELIGION

**VIDEO**
LIVE TV
DIGITAL STUDIOS
CNN FILMS
TV SCHEDULE
TV SHOWS A-Z

**MORE...**
PHOTOS
LONGFORM
INVESTIGATIONS
IREPORT
CNN PROFILES
CNN LEADERSHIP

 U.S. Edition ⌄

© 2016 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved

Terms of Use | Privacy Policy | AdChoices | Advertise with us | About us | Work for us | Help | Transcripts | License Footage | CNN Newsource

# EXHIBIT 45





News; Domestic
**Interview With Cary Ichter**
Greta Van Susteren
1378 words
6 September 2007
Fox News: On the Record w/ Greta
English
© 2007 FOX News Network, LLC. All rights reserved.

VAN SUSTEREN: Wait until you see how much more we have On the Record ahead, but, first, let's go to our New York newsroom where my good friend Harris Faulkner is standing by with the other headlines--Harris?

(NEWSBREAK)

VAN SUSTEREN: This is the brain scan of professional wrestler Chris **Benoit**. Police allege **Benoit** murdered his wife Nancy on Friday, June 22, in their home. Then in another horrible act of cruelty, the next day, he turned on his son--he strangled seven-year-old Daniel.

The following day **Benoit** hanged himself in his weight room. His friends and family say this is not the Chris **Benoit** they knew. A forensic study was recently performed on **Benoit**'s brain. And the findings, there out.

Cary Ichter, the lawyer for Chris **Benoit**'s father Michael joins us live in New York. Cary, how did this happen to be done, this study of Chris **Benoit**'s brain?

CARY ICHTER, ATTORNEY FOR MICHAEL **BENOIT**: Well, the **Sports Legacy Institute** contacted Mr. **Benoit** soon after this tragedy and asked him for samples of brain tissue so that this analysis could be conducted.

VAN SUSTEREN: Do you know, or does your client now how many times he may have had a concussion?

ICHTER: As I understand it, Chris told his father that he had had so many concussions over the course of his career as a professional wrestler that he had lost count of them.

VAN SUSTEREN: What do you know about the **Sports Legacy Institute**?

ICHTER: It's a nonprofit organization that has been formed for the purpose of studying these kinds of problems that arise in professional athletes as a consequence of head trauma.

VAN SUSTEREN: I'm not going to put you on the spot, you're not a doctor, and Dr. Baden will be joining us soon, but I'm just curious, in lay person's terms, what have you been told about the analysis done on Chris **Benoit**'s brain?

ICHTER: The analysis has disclosed that Chris' brain had extensive and what has been described as stunning and remarkable injuries to it that can be tracked back to the trauma that he sustained in the ring as a professional wrestler.

VAN SUSTEREN: This would extend what period of time? Obviously his death was in June, but going back about how far?

ICHTER: It's hard to say. But we do know this, we know that over the course of the past several years, professional wrestles has become increasingly reckless in its approach to the treatment of wrestlers in the ring, introducing things like steel chairs, tables, ladders, and those sort of things.

VAN SUSTEREN: The WWE says that it looked through it's records, and it had no records, at least I think I an correct in saying this, of Chris **Benoit** having a concussion. Did you see a statement by WWE, or have you been in touch with them? What have they said about this?



ICHTER: That's what I understand that they said. And, frankly, I'm stunned by that, because if any sort of employer had a credible head injury program to deal with the kinds of trauma that these athletes experience in the ring, you would think that they would go out of their way to make sure that they evaluate these people on a regular basis.

VAN SUSTEREN: Did Michael **Benoit** say that over the six months preceding his son's death that he ever saw any sword of bazaar or unusual behavior?

ICHTER: Michael didn't, but Michael lives 4,000 miles away from where Chris lived. Other people who had daily you encounters with Chris, his neighbors, his colleagues, were beginning to see increasingly bazaar and aberrational conduct on Chris' part.

VAN SUSTEREN: In what way? How did it manifest itself?

ICHTER: Acts of paranoia, hyper-religiosity, his unwillingness to let his family venture outside of the home. Those kinds of things were going on on a regular basis.

VAN SUSTEREN: I pick six months. Does it go back farther than that? That was just an arbitrary date I picked.

ICHTER: I understand in 2005, soon after Eddie Guerrero died, who was Chris' best friend in the ring, Chris began to keep a diary in which he began to express profound depression and views that were just not normal.

VAN SUSTEREN: Cary, thank you, sir.

ICHTER: Thank you.

VAN SUSTEREN: Forensic pathologist Dr. Michael Baden joins us in New York. Dr. Baden-- DR. MICHAEL BADEN, FORENSIC PATHOLOGIST: Hi Greta.

VAN SUSTEREN: Hi. What have you looked at, and what have you determined?

BADEN: Well, in reading over the records--first, we should thank **Benoit**'s dad for allowing this study, because it can do a lot to understand brain damage in contact sports. We've known this for, since the 1920's, in boxing, the punch drunk syndrome.

In fact we have cat-scans on that right there. On the left is a normal brain cat-scan. On the right is a boxer's brain--29-year-old--who has had many episodes of head trauma.

The white areas are damaged and nonfunctioning areas. And when you get enough of this, the person is obviously punch drunk, forgetful, weak, loopy in appearance.

VAN SUSTEREN: How about homicidal?

BADEN: No, not homicidal--depressed, suicidal, perhaps. But what **Benoit**'s brain is described, and what you showed first were the pathological findings, what the brain looked under the microscope in the first films that you showed, shows--there--high magnification showing a lot of that black material is damaged neurons and damaged brain.

And what has to be done is to correlate what was present at autopsy with what you asked. What was his condition during the last couple of years of his life?

Clearly he suffered many different kinds of brain damage--brain damage from falling back on his head, which is the front part of the brain, and damage to the top and side of the heads, which could be from chairs and all the tricks they do.

VAN SUSTEREN: Can you predict or say to a medical certainty, OK, if someone has those types of injuries, someday, someone might wake up and kill his wife and his son, or is that just too spectacular?

BADEN: No.



VAN SUSTEREN: You can't say anything like that.

BADEN: The studies that this group has done, 20 percent, they point out 20 percent of professional boxers--you see boxing, you intend to cause brain damage. That's what I don't like about boxing as a position. You want to knock somebody out for 10 seconds. You want to give them brain concussions, and that causes a lot of brain damage.

In wrestling they shouldn't do that. But every time you see a boxer hit in the head with something or falling back and hits his head, he's losing brain cells.

And this would be an excellent opportunity to correlate what happened to **Benoit** with a long history now of how he reacted, was he getting more paranoid, was he getting bizarre behavior changes that can be correlated with what you're seeing on the microscopic sections?

VAN SUSTEREN: Dr. Baden, as always, thank you, sir.

BADEN: Thank you.

VAN SUSTEREN: Coming up, there is breaking news in the search for missing Utah college student, Camille Cleverley. Did police just get their hands on a huge piece of evidence? The police are here with the latest. That's coming up.

(COMMERCIAL BREAK)

END

Content and Programming Copyright 2007 Fox News Network, LLC. ALL RIGHTS RESERVED. Transcription Copyright 2007 Voxant, Inc. ( www.voxant.com), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Fox News Network, LLC'S and Voxant, Inc.'s copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.

Document PZAH000020070907e39600002

© 2007 Factiva, Inc. All rights reserved.

# EXHIBIT 46



EDITION: U.S.
INTERNATIONAL
MÉXICO
ARABIC

TV:
CNN
CNNi
CNN en Español
HLN

Sign up
Log in

SEARCH

Home
TV & Video
CNN Trends
U.S.
World
Politics
Justice
Entertainment
Tech
Health
Living
Travel
Opinion
iReport
Money
Sports

# TRANSCRIPTS　　Transcript Providers

Shows By Category:

Return to Transcripts main page

## CNN LARRY KING LIVE

### Why Did Wrestler Kill Wife, Son, Self?

Aired September 6, 2007 - 21:00　ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

LARRY KING, HOST: Tonight new questions about what made wrestling superstar Chris Benoit snap.
Could brain damage from blows to the head be a factor in Benoit's strangling his wife and suffocating his 7-year-old son before hanging himself?

Now, Chris Benoit's father in his first live primetime interview on a disturbing new medical study of his son's brain, and on Chris's diary, which he found after the tragedy

Plus, reports of a breakthrough in the case of 4-year-old Madeleine McCann, missing four months. Police have spent hours today questioning her mother for a second time

Is there new DNA evidence?

Could there be an arrest tomorrow?

And in Utah, a college student missing for a week -- police say her ATM card was used the day after she vanished. With hundreds of volunteers joining the desperate search, what's happened to Camille Cleverly?

It's all next on LARRY KING LIVE.

Good evening from New York.

And forgive the sound of the voice tonight, but we are fighting a heck of a throat infection.

We welcome to LARRY KING LIVE Michael Benoit, the father of pro- wrestling star, Chris Benoit, who killed his wife and 7-year-old son before taking his own life during a weekend in late June.

Joined by Robert Cantu, chief of neurosurgery and director of sports medicine, Emerson College in -- Emerson Hospital in Concord, Mass. and co-director of the Neurological Sports Injury Center at Brigham and Women's Hospital in Boston, and founding member of the Sports Legacy Institute.

How, Michael, are you coping?

MICHAEL BENOIT, FOUND SON CHRIS BENOIT'S DIARY AFTER CHRIS KILLED WIFE, SON & HIMSELF: It's been very difficult, Larry.

When something like this happens to your child -- I know Chris was a 40-year-old, but he is our son. We loved him very much. When it happened, we just couldn't understand that this was the Chris that we know and love.

KING: How did you hear about it?

BENOIT: Actually, it was through a reporter that used to be a friend of Chris'. I was on my way home from work. It was about 5:00 at night. It's one night that, for some reason, I didn't turn the radio on in my car, otherwise I would have picked the news up that way.

I was just about entering my driveway and my cell phone rang and it was my cousin in Ottawa.

And he said to me, "Mike, is it true?"

And before I could get the words out, the reporter came up to me and said, "He's gone."

KING: When you heard about the whole thing, how -- what do you tell yourself?

What do you -- we spoke on the phone shortly after that.

You were asking me how to explain to you -- how could I do that?

What do you tell yourself?

BENOIT: Larry, we were -- we were searching for answers. The world was so black. Not only did we lose our son, but we lost our daughter-in-law and our grandson. We - we couldn't...

KING: How is your wife doing?

BENOIT: She's having a very difficult time.

KING: You're not doing well either, are you?

BENOIT: Well...

KING: How can you do well?

BENOIT: You know, I don't think that you ever recover from something like this. We're very fortunate, Larry. We have a daughter that's extremely strong and been very helpful to us.

KING: Now, Chris had two other children, right?

BENOIT: Yes.

KING: From another marriage?

BENOIT: Yes.

KING: They're how old?

BENOIT: Ten and 15. KING: And are they with their mother?

BENOIT: Yes.

KING: How are they doing?

BENOIT: Well, it's difficult to understand how a 10-year-old and a 15-year-old are actually coping with this. We're doing our best to explain to them the circumstances that -- their father's passing and, also, their stepbrother. It was absolutely overwhelming and continues to be, in our life.

KING: How soon before this had you spoken to your boy?

BENOIT: He phoned me on Father's Day.

KING: Which was how far...

BENOIT: The week -- the week before.

KING: Was he in good spirits?

BENOIT: He was. I asked him where he was and he said, "Unfortunately, I'm on the road today." He said, "It's Father's Day. I wish I was home with my wife and family."

KING: Was he a doting father?

BENOIT: Oh, he absolutely adored his children, absolutely adored his children. When he was coming off the road, he would phone us and I'd say, how you doing? And he'd say, really, really tired and his voice was sort of dragging.

And I'd say, how's Daniel and Nancy?

And right away he'd lighten right up and get right into it and tell us how well that they were doing.

KING: Tell me about the diary.

BENOIT: Well, the diary -- we found the diary after the fact. It was actually a neighbor of theirs that retrieved it from the trash. And this is a diary that he wrote over a period of about 10 days back in 2005, shortly after the death of his best friend in the wrestling business, Eddie Guerrero. After I read it -- it was very, very disturbing to me and I thought...

KING: Because?

BENOIT: The way he was writing it. There was a lot of...

KING: Was he depressed?

BENOIT: He seemed extremely depressed. And it's -- it was almost like he was sitting there talking to Eddie. And a lot of quotes out of the bible, which was out of character for Chris. KING: So we come to the conclusion that he snapped.

And did you -- did you -- what did you think it was?

Did you think it was drugs he was taking?

What did you guess?

BENOIT: I -- at that point, in time, we were completely overwhelmed. We didn't know what to think. You know, I liken it to being in the middle of this huge storm -- no light in the sky, just no way out.

What do you do?

KING: How did Dr. Cantu come into the picture?

BENOIT: Well, what happened was on the fourth day, I got a call from the chief medical examiner saying that they were releasing the body. And so I called the funeral parlor in Atlanta. I was going to have Chris' remains cremated and then brought home.

So I called the funeral parlor, made the arrangements and that afternoon -- Thursday afternoon -- I got a call from a fellow by the name of Chris Nowinski. Chris explained to me that he thought perhaps there might be brain damage there because of concussions that Chris would have suffered in the ring.

I was somewhat skeptical at first. I kept looking at the phone, looking for was it the "National Enquirer" calling?

Was it "The Globe?"

I -- you know, I was -- I really didn't know what to believe. But at least there was straws there that I was grasping at.

KING: Had an autopsy been done?

BENOIT: But we didn't have the results at that point in time.

KING: So you were going to cremate without the results -- before the...

BENOIT: Yes. Well, they...

KING: But the results would have been the same.

BENOIT: They had -- they had the tissues. The autopsy had already been completed. So we were just going to cremate.

KING: So you didn't cremate?

BENOIT: Well, what happened was, when Chris called me, he said -- he asked me for this and I said, "You know, you need to send me more information. I can't just tell you that it's OK to take my son's remains over the phone." So he sent me two articles that were in the "New York Post" and he also sent me a letter saying to sign off so that he could take the remains.

I called him back and said, "Chris, this really is incredible. There's no company name. There's nothing on here that would associate you with the Sports Legacy Institute. I said I could do it on my home computer. He said how about I give you some doctors' names that you can call?

And at that time, he gave me Dr. Cantu's name. He gave me Dr. Bales and he also gave me Dr. Kris Sperry, which -- who was the chief medical examiner for the State of Georgia.

KING: Let me get a break right there.

And when we come back, we'll bring Dr. Cantu in and get his summation as to what happened to Chris Benoit.

Dr. Gupta will join us later, as well.

Don't go away.

(VIDEO CLIP OF WRESTLING MATCH WITH CHRIS BENOIT)

UNIDENTIFIED MALE: And yes, Chris Benoit, (INAUDIBLE).

CHRIS JERICHO, FORMER WWE WRESTLER: This is not about steroids, Russ. This is about a man who had some severe mental, damaging, horrible issues in his head that he kept bottled up inside and it exploded into this horrible, violent act. And I'm sure there's many factors for it.

UNIDENTIFIED MALE: Benoit can damn sure weaken the 500-pounder.

JOHN CENA, WWE WRESTLER: What we have is an unexplainable tragedy.

UNIDENTIFIED MALE: Oh. Oh, no. Oh. Oh.

BRUNO SAMMARTINO, FORMER PRO WRESTLER: What's wrong with wrestling that it has all of these deaths?

All these deaths.

UNIDENTIFIED MALE: (INAUDIBLE). Finally!

(END VIDEO CLIP)

(COMMERCIAL BREAK)

KING: Michael Benoit remains with us now.

Robert Cantu, M.D. what's your summation here?

DR. ROBERT CANTU, SPORTS LEGACY INSTITUTE, EMERSON HOSPITAL NEUROSURGERY CHIEF: Well, Larry, prior to Chris Benoit's brain being examined by Sports Legacy Institute, four prior brains had been looked at and all four of them had chronic traumatic encephalopathy -- brain damage due to concussive and cumulative subconcussive brain injuries. All four of these were in National Football League players.

Chris Benoit's brain was similarly studied by the neuropathologist within the Sports Legacy Institute, Dr. Ben Omalu, with the special immunohistochemical stains that look for abnormal tile protein deposition.

KING: Break it down for me what you mean.

CANTU: Well, there is normal tile protein that all brain cells have and there is an abnormal form of it which occurs in certain neurodegenerative diseases and also occurs with brain damage due to brain trauma.

KING: So you're saying that a man who receives severe -- many concussions as a football player or a wrestler would -- could cause him to do something he would not normally do?

CANTU: Yes. The tile protein depositions in Chris Benoit's brain were far more extensive than in any other of the brains that the Sports Legacy Institute has examined.

KING: There's no way anyone could have then done something about this, right?

How would you have known?

CANTU: Well, the final definition clearly is a neuropathological definition, looking at immunohistochemical staining of the brain tissue. But any individual with a history of traumatic brain injuries -- especially multiple ones -- who exhibits behavior consistent with cognitive impairment, depression and erratic emotional behavior -- that's kind of a triad that fits with chronic traumatic encephalothropy and then he...

KING: And, therefore, something could have been done?

CANTU: It would lead one to suspect the problem and hopefully pull one away from the activities that would lead to progressive damage.

KING: Stop wrestling?

CANTU: Yes, in this case.

KING: Does this at all satisfy you, Michael?

BENOIT: Well, we now have an understanding of why, because the Chris Benoit that we knew was incapable of doing this. The man that we loved, the man that was our son, would never do this. I mean he talked of his love for his wife and his children.

How could this possibly happen? KING: Did you ever buy the stories about steroids?

U.S. | World | Politics | Money | Opinion | Health | Entertainment | Style | Travel | Sports | Video     Live TV   U.S. Edition +   menu

The difference that -- between professional wrestling and these sporting events is that in professional wrestling, the outcome is -- it's scripted.

KING: Right.

BENOIT: So, in other words, they script who's going to win. So the wrestlers aren't cheating. And I'll give you an example of -- my description of steroids is that his mom had read an article about tanning booths one time, phoned Chris up and said they're very dangerous, why are you doing this?

And he said mom, I can't go in the ring looking like a plucked chicken.

So steroids were being taken for the look.

KING: Can steroids, doctor, cause someone to do like what Chris did?

CANTU: I think there's significant debate within the medical community about that, whether steroid rage really exists. And I realize here we're dealing with actions over a three-day period that clearly were not just rage reactions. There was deliberation that went on, at least for part of it.

There -- most importantly, Larry, there is no evidence in the medical literature or science to suggest that the steroids lead to the traumatic encephalopathy brain damage changes that were present in Chris's brain.

KING: So severe brain damage as could occur from constant concussions in wrestling can cause someone to do something horrific?

CANTU: Yes. Four out of -- three out of the other four cases committed suicide.

KING: The NFL players?

BENOIT: Yes.

KING: LARRY KING LIVE asked the WWE, the wrestling organization, for a statement in connection with tonight's discussion of the findings about Chris Benoit's brain tissue.

This is what they said.

The WWE referred us to a statement the organization issued on Tuesday. It reads: "Today's attempt to explain Chris Benoit's murder of his family was possibly caused by some form of dementia as a result of alleged concussions is speculative. WWE can certainly understand the anguish of a father having to deal with the fact that his son allegedly murdered his wife and young son, as Chris Benoit is alleged to have done. We respect the desire of the father to do whatever he can to find some explanation as to why his son might commit such horrible acts."

When we come back, our CNN's Dr. Sanjay Gupta, a practicing neurosurgeon, joins us.

(BEGIN VIDEO CLIP)

TED DIBIASE, FORMER WWE WRESTLER: Nothing about Chris Benoit's character says that he was capable of doing this. I mean he was a man's man. He was a stand up guy. He was a guy that all of the other wrestlers looked up to and admired.

JERICHO: If you lined up a thousand guys and said which guy would do this, he would be the last guy that I would guess.

BRET HART, FORMER PRO WRESTLER: You know, maybe one of those kind of guys that everybody would lean on. This was a guy that was really loved by the industry. He was loved by the fans. Everyone would have reached out and helped this guy and maybe tried to change this from ever happening.

(COMMERCIAL BREAK)

KING: We're back with Michael Benoit, the father of the late Chris Benoit and, of course, his grandson and daughter-in-law killed, as well.

And Dr. Robert Cantu.

We're joined now, also, across the way in our studios, Dr. Sanjay Gupta, himself a neurosurgeon and CNN's chief medical correspondent, who's been following this story.

What more can you tell us, Sanjay?

DR. SANJAY GUPTA, CNN CORRESPONDENT: Well, sometimes, Larry, a picture is worth a thousand words. And Dr. Cantu was sort referring to this.

we got a very unusual glimpse here. You know, oftentimes we don't get this sort of detail after someone has passed on, to get a chance to look at their brain. And then maybe I can explain a little bit about what you've been talking about this.

Larry, look over here. This is a normal brain. Take a look at some the cells here. You just see the normal borders around these cells. That's what a normal brain looks like under the microscope when you do a pathological examination. What Dr. Cantu has been talking about here -- and this is Chris Benoit's brain, a piece of it -- and they actually are looking at these specific deposits of protein. And, I think, Larry, even to the untrained eye, people can see that these are unusual. These are different. And these are the deposits of this tile protein that seems to be of such significance here.

When you get deposits like this, several things happen. It can approximate someone having dementia, someone having memory loss, someone having behavioral changes. Again, you might expect these sort of changes in someone of advanced age who had Alzheimer's Disease or some sort of dementia like that, but we're talking about a 40-year-old man.

So I thought maybe just showing these pictures like this, Larry...

KING: Yes, that's great.

GUPTA: ...might tell you what -- give you a little of the story.

KING: Dr. Gupta, do you buy the theory that someone, through constant brain concussions, having a brain like that, could cause the horrific acts that Chris caused?

GUPTA: I don't know, Larry. It's that -- establishing that cause and effect relationship -- I guess I'm not prepared to say that for sure.

We do know several things, though. We know, for example, concussions to the brain become exponentially worse. So while one concussion is bad, a second concussion is exponentially worse, a third concussion and so on. So, as you -- as you get more and more concussions throughout your life, you can cause significant brain abnormalities

And we also know that we're starting to get emerging evidence about what that does to your brain. Larry, in the 1920s -- you may have heard of it. They called it Punch Drunk Syndrome, from boxers, right?

KING: Um-hmm.

GUPTA: And it was the same thing. We just didn't know what it was, exactly. We couldn't look at it in this level of detail.

But to take that and put it to the next step about this cause and effect relationship -- the cause being this, the effect being violent, vicious behavior -- I think it's very hard to establish that still.

KING: Are you open to the possibility?

GUPTA: Yes, I think we're open to the possibility. And, you know, Dr.

Cantu is referring to five patients now that have been studied who, as a result of these concussions, have had depression. They've had marital problems. They've had financial problems. Some have committed suicide.

So we're starting to be able to recognize something that really hasn't been recognized before.

Alzheimer's, for example, is a recognized condition.

Could this be a recognized condition that is just starting to emerge and the scientific evidence is building?

Perhaps. I don't know that we're quite there yet, though, Larry.

KING: Do you have any questions for Dr. Cantu?

GUPTA: Dr. Cantu, one of the questions I had, you know, we talk a lot about this looking like the brain of an Alzheimer's person.

Are you surprised, with all your work that you've done, that Chris Benoit didn't have more symptoms that might resemble dementia prior to what happened?

CANTU: Well, Sanjay, as a fellow neurosurgeon, thank you for your comments.

GUPTA: Thank you.

CANTU: I certainly am interested.

With regard to the symptoms Chris did or didn't have, I don't think tonight we have all the answers to that. The diary is certainly suggesting -- and the diary antedates his death by almost two years -- that symptoms and erratic behavior were being experienced some years before. There's other evidence that we have seen that suggests that he's had cognitive difficulties, as well.

So I don't really think his problems came about just at the end. I think there is a track record that goes back several years. And as it's more exhaustively studied, it may actually go back more than two years.

KING: Sanjay, I guess you can certainly understand Michael's desire to put a close to this.

GUPTA: Yes, absolutely. And, you know, I think that, obviously, you want to be as accurate as possible. And, you know, and what we're looking at is the brain of a 40-year-old man that obviously is very abnormal. And, most likely, this is not due to steroids, as I think Michael -- Mr. Benoit -- sort of alluded to. This is most likely due -- based on everything we know -- due to those repeated concussions. And something clearly happened in his brain and you can see it very clearly here, Michael.

KING: Should wrestlers, pro-football players and others who deal with this be looked at more often, Sanjay?

GUPTA: I think so. And this is something that we've done quite a few stories on.

As you know, Larry, I would say not only should they be looked at more, but they probably should be looked at at the time of the injury and maybe even be grounded or kept off the field or kept out of the ring maybe more diligently.

A first concussion, as quickly as someone may recover from that and actually get back to the level of play, what has happened to their brain at that point?

And what will happen to their brain if they have a second concussion?

We know now -- and I think Dr.

Cantu would agree with this -- that it's exponentially worse. So we've really got to be diligent as doctors, as trainers, as people who help monitor this sort of thing, whether or not we should let these players back on the field.

KING: Obviously, Dr. Cantu, looking at what we're looking at there, it can't be beneficial to your health.

CANTU: No, not at all. And I think...

KING: Hitting a board with your head.

CANTU: And I think what you also saw there was the neck being snapped very violently.

KING: Yes.

CANTU: The head, it's -- at the end of it, concussive blows can be imparted by whiplash.

KING: Did you like the fact that your son wrestled, Michael?

BENOIT: That was my son's passion. He loved to wrestle. What bothered me about the wrestling industry was the extremes that they went to. Wrestling is a work and a work means that it's an illusion. What you see in the ring is really not happening. People aren't killing themselves in the ring. But once they introduce the chairs, the ladders, the tables, this is real.

I once asked my son, I said, "When you get hit with a chair, does it hurt?

He said, "You're damn right it hurts, dad."

So...

KING: Yes. You look at it and it seems crazy.

Thank you, Michael.

BENOIT: Well, thanks. KING: The best of luck to you.

We'll be talking to you again.

BENOIT: Thanks so much.

KING: Dr. Cantu.

Sanjay, thanks for joining in on this.

GUPTA: Thanks, sir.

KING: And thanks for that look at -- the look at the brain. I've never seen anything like that.

You have our deepest sympathies, Michael.

BENOIT: Well, Thank you.

KING: Up next, is a breakthrough due any time now in the missing girl case that's made headlines around the world for four months?

The latest from Portugal, when we come back.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: There have been dramatic new developments today in the case of missing Madeleine McCann.

KIRAN CHETRY, CNN, "AMERICAN MORNING" CO-ANCHOR: And the latest development also comes amid some reports, at least over in the U.K. that arrests could be imminent following a "forensic breakthrough."

UNIDENTIFIED MALE: ...will be quizzed again by the Portuguese police. Tomorrow it will be her husband Gerry's turn.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

KING: Welcome back. More than four months after British 2-year- old Madeleine McCann went missing while she and her family were vacationing in Portugal, Maddy's mother was questioned by police today, and that's the first formal questioning since right after the 4-year-old was first reported missing.

And it comes on the heels of reports that forensic tests on evidence gathered in the disappearance have just been completed.

Our panel in Washington is Michelle Sigona, correspondent with "America's Most Wanted." In Portimao, Portugal, Robert Moore, ITN European correspondent, he's been covering this case from the get-go.

In Pittsburgh, Dr. Cyril Wecht, the forensic pathologist and attorney and former coroner of Allegheny County. The defense attorney, Julia Morrow, is in Philadelphia, and the prosecutor, Pam Bondi, is in Tampa.

Robert, bring us up to date on the latest with the questioning of the mother. What's it all about?

ROBERT MOORE, ITN EUROPEAN CORRESPONDENT: Well, Larry, Kate McCann came here at 2:00 this afternoon local time. She left at 1:00 in the morning. In other words, she was in the police station here for a full 11 hours.

The police are still saying at least publicly that both Kate and Gerry McCann are witnesses to a crime, not suspects. But it is fair to say there is now open speculation about whether some of the forensic work down at the laboratory in Britain might be implicating Gerry and Kate.

There's no hard evidence for that, but certainly the circle of suspicion is narrowing. And that, of course, is going to be not only a legal problem for them, but it's a public relations disaster for their campaign to find 4-year-old Madeleine.

KING: Michelle, what do we know about the forensic test results?

MICHELLE SIGONA, AMERICA'S MOST WANTED: What we know, Larry, is a couple of weeks ago investigators went back into the hotel room where little Madeleine went missing from and where her parents were staying.

They collected a bunch of new evidence, a bunch of things that they have not released, unfortunately. They did send that evidence off to a lab, Larry in England, and they were waiting for those results, those results which now have been returned back.

And that's why all of this new questioning is taking place. That's why Kate has been brought back in. That's why Madeleine's father will be brought back in tomorrow again for questioning, Larry.

KING: Dr. Wecht, what do you gather they're looking for?

CYRIL WECHT, FORENSIC PATHOLOGIST: Well, obviously, they're looking for, first of all, was this Madeleine's blood and they've done DNA testing.

We talked about this some weeks ago. Supposedly they may have some hair and saliva samples or at least they're looking for that. What puzzles me with regard to the questioning of the mother is that she was a resident of that apartment.

Obviously, anything found there that might belong to her including even blood, doesn't really tell us anything. So insofar as the DNA evidence is concerned to be correlated and factored into the investigation and possible incrimination of the mother as some rumors would have us believe, I am very skeptical about that.

The finding of blood can be important because one does not have to injure a 4-year-old child to abduct her. And that is a very telling sign and a very foreboding one

because if there is blood there, then it certainly depicts some kind of a physical struggle.

KING: Yeah.

WECHT: And the possibility of injury to the little girl.

KING: Julia, should the parents be seeking an attorney?

JULIA MORROW, DEFENSE ATTORNEY: Absolutely. They kept that woman in a place station for 11 hours questioning her? I'm surprised she wasn't there with an attorney. But, again, you know, I have to tell you, the fact that she endured that and cooperated with them like that without an attorney, to me, shows that she has nothing to hide.

KING: And Pam Bondi, as a prosecutor, what does it indicate to you? And I realize Portugal has different laws than Florida, but what does it tell you?

PAM BONDI, FLORIDA ASSISTANT STATE ATTORNEY: Larry, it tells me they're doing a very, very thorough investigation. As Dr. Wecht said, they got the DNA evidence back. Perhaps it was consistent with the way the mother remembered some part of the incident.

This is all just part of a very good investigation. She came in on her own. She stayed into the hours of the night, completely cooperating. And right now we really have nothing to implicate these parents at all. They've been extremely cooperative. And that's one thing that law enforcement looks at.

KING: Robert Moore, what's the mood there? The media, the press in covering this in Portugal?

MOORE: Well, I mean, there was just a media frenzy around Kate McCann when she emerged. She really looked visibly drained, physically badly shaken by the 11 hours she was in there.

Clearly it's been a harrowing experience for her. She had to negotiate really a lot of British, Portuguese and European cameras. And, of course, Gerry, her husband, the father of Madeleine, has to go through the same process tomorrow.

He is expected tomorrow at lunchtime to go through the same process, maybe many, many hours of investigation and interviewing. So it's going to be a very tough day for him tomorrow, a lot of media pressure on the couple. No question about that.

KING: Michelle, what is mind boggling is why would a couple do any harm to their 4-year-old child?

SIGONA: Yeah. In this particular case, Larry, you know, they're taking a lot of hits here because they did, unfortunately, leave their children alone. They did go 100 yards away to have dinner. That's not something that we would do here in America, but it is something that you would do probably in Portugal, obviously, what they did, and it's pretty common over there from what I've studied and from what I've learned. It's almost like leaving your child 100 yards away and going to the Hamptons, compared to here in America. Things like this just don't happen over there, and they don't have the kind of sophistication and the kinds of plans we have here in America and they are learning and they are educating themselves on. I mean, Gerry visited the United States just a few -- maybe about a month and a half ago, visited the National Center for Missing and Exploited Children to be able to bring information back to try to unify, you know, all across the world, that is, when children go missing to have a program like the U.S. does.

KING: It is a puzzle. We'll be back with more right after this. But I want to remind you, you can submit an "I Ask" question via cell phone or Web cam to any upcoming guests. Go to CNN.com/LarryKing, click on send us a video e-mail. You've still got a chance to submit questions to tomorrow night's guest, financial whiz Suze Orman. Who knows? She might be able to answer your video e-mail on the air. We'll be right back.

(BEGIN VIDEO CLIP)

GERRY MCCANN, MADELEINE'S FATHER: Absolutely nothing that we have known about at any point.

KATE MCCANN, MADELEINE'S MOTHER: We just want Madeleine back, you know. We will do anything to cooperate with the police to get Madeleine back, and there's absolutely nothing we would withhold, significant or not, if we felt it was going to get Madeleine back.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

KING: Dr. Wecht, let's assume they found some blood. Why would they need to question for so long a period of time?

WECHT: Well, I think they're delving into other things, possibly relationships with third parties. You see, the fascinating thing, Larry, about DNA is it has no temporal application? Was it deposited yesterday, last week, four months ago or four years ago? You cannot say.

And then, of course, when you do find the DNA pattern, let's say there is somebody there, to whom is it to be matched? There is no -- it's likely probably in that area they don't have a DNA database. You have to know whom you are looking for and try to get a DNA sample from that individual. So there's a lot yet to be learned here. It is very, very much up in the air.

KING: Julia, why are they questioning the parents separately?

MORROW: Well, for several reasons. The first reason is obviously to keep them from being able to conform their stories. If they're sitting in a room together being questioned, they're listening to each other, talk, they're listening to the answers each other gives, and they can conform their stories. A second reason is to divide and conquer. If they think that the parents had anything to do with that little girl's disappearance, they wouldn't be interviewing them separately. They would have them sitting down together, brainstorming, two heads are better than one.

The fact this they have them apart, they're trying to, for lack of a better term, play mind games with them so that each is wondering what the other one's saying. The other one's doing when they're in doing their interview, and it's a divide and conquer, hoping that they can get one of them to crack or one of them to say something incriminating.

KING: Pam Bondi, does your prosecutor's instinct make you suspicious of the parents?

BONDI: You know, Larry, you always look at the parents first or the spouse, if it's a spouse who's killed. But, you know, Larry, it really doesn't. They were the last people to see this little girl alive. The way they've been acting, they've been so cooperative.

And, you know, in the long run, separating them, doing the thorough interview will hopefully help them in the long run and clear both of them. Right now the police still aren't calling them suspects. But, you know, they have no answers. And they were the last ones to see this little girl alive.

KING: Pam, Julia, and Dr. Wecht will remain with us. And we've got another missing person case coming up.

But first, we thank our other guests as well. Let's check in with Anderson Cooper, the host of "AC 360" down the hall a bit at the top of the hour. What's up tonight, Anderson?

ANDERSON COOPER, CNN ANCHOR: Larry, some breaking news tonight. A new tape from Osama bin Laden. So far it is just an announcement of a tape, but even that brings a lot of questions. Will we see bin Laden for the first time since 2004? And does he still hold the same power over his followers? Our analysts say that they may have the first glimpse of the tape actually tonight. So we'll bring you that.

Also, the eve of the 9/11 anniversary, a report on how prepared we are to handle another terror attack here at home. There's a hint. The government practically flunked in this report. We're keeping them honest after so many billions have been spent.

We'll also be talking about Maddy McCann, as you are Larry, the little girl last seen four months ago. Her parents now facing questions from investigators. We'll have all the details on that from Portugal at the top of the hour, Larry.

KING: That's Anderson Cooper "AC 360" coming up at 10:00 Eastern, 7:00 Pacific.

When we return, another desperate search for another missing girl. A Utah missing college student at BYU, ATM card was used after she vanished. The mystery centers in Provo. That story next. (BEGIN VIDEO CLIP)

DAVID SPERRY, CAMILLE'S BOYFRIEND: I'd just like to speak to Camille. She has ears to listen, and she has the ability to hear us, I love her so much. And our family loves her so much, and this community loves her so much. We miss her dearly.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

KING: 22-year-old Brigham University student Camille Cleverley has not been seen since August 13th. She was last seen riding her purple Schwinn mountain bike on August 30th. No sign of Camille, her keys or wallet since that day. Provo Police report to us tonight that they have located a bicycle that might be hers.

Dr. Cyril Wecht remains with us. So does Julia Morrow and Pam Bondi.

Joining us in Salt Lake City is Damon Talbot, operations manager for Destiny Search. That's a project which leads the volunteer search for a missing student, Camille.

And Emiley Morgan, who is the metro editor of BYU's school paper, "The Daily Universe," who's been following this story from the beginning.

Damon, what do you make about the possibility of this bike?

DAMON TALBOT, DESTINY SEARCH: Well, I'm hoping that it will give us some good clues, that would tell us that she was in that area which will give us a lot better idea of where we should start searching a lot -- in thorough or in depth.

KING: Does she live at the school, Damon?

TALBOT: She lives just off campus really close to the campus, really close to the campus though.

KING: Emiley, what do you make of the fact that the ATM machine was used after she was missing?

EMILEY MORGAN, THE DAILY UNIVERSITY: I don't know. I think it's kind of interesting because the last sighting was 6:00 p.m. on Thursday night, like the last confirmed sighting.

And then to have it be used -- not only used but her PIN number as well, which no one would know that information. It just makes me wonder where she could have been Thursday night, and how no one could know where she was that night.

KING: Are they checking people in Provo who are known sex offenders, Damon?

TALBOT: From what I understand, the police have been starting to talk to some of them with the help of the FBI.

KING: Emiley, any leads at all?

MORGAN: Other than the bike, there have been a few that haven't turned up. I know they searched a car wash last night. They had a lead and they ended up searching, but they didn't find anything of importance is what they said today. And other than this bike showing up in Provo canyon, that's the strongest lead they have now. They think the bike is the strongest piece of evidence.

KING: Pam Bondi, is it different when she's 22-years-old and not 12-years-old?

BONDI: Of course, Larry, of course it is. And this an adult woman. She's a senior in college. The clerk believes that she was the one who went in and used her own ATM.

Of course, she could have been forced to use it, but all she bought were donuts and two fruit drinks. So it's a good sign that she is alive, but yes, when you have small children, it's a huge difference.

And with her, we all remember runaway bride. I mean, you know, people choose to disappear, unfortunately. So it's just good news she's hopefully alive.

KING: Dr. Wecht, what does the pathologist to do at this point? Anything?

WECHT: Well, you hope she will be found alive as a human being. But you do everything that you can through your office, working with law enforcement and the special search team to try to find the body in the event that she has been murdered because getting to that body and trying to find forensic evidence as to the cause, manner, time, place of death, forensic evidence, whether it be hair, saliva, semen, what have you, blood from the perpetrators, these things begin to dissipate and become actually

destroyed.

And the exposure to the intense heat we've been having, et cetera, we saw that with the case, the young woman in Ohio, Chandra Levy, Laci Peterson, these are cases that regrettably you see did not produce forensic evidence.

And the fact that in the Peterson case, they were still able to move for a successful conviction, it does not, of course, bode well for a case in which you do not have somebody that you knew was there at the time that the individual went missing.

KING: Julia, should we suspect foul play?

MORROW: Absolutely, Larry. Based on what we know about this girl, she did not just voluntarily drop off the face of the earth. Her brother described her as a homesick type who, although not depressed, was prone to the normal ups and downs of a 22-year-old.

She called home frequently. She is not the type of girl who is just going to walk away from her family and her life, based on just what I've heard from her brother, that's not her personality.

I might be prone to think that perhaps this was some tragic accident, you know, a wild animal in the woods attacked her on the bike. That has been known to happen. But the Mac card is what screams foul play in this case. Someone got her PIN, and they got it against her will, and something unfortunately, I suspect, based on these facts, something very terrible has unfortunately probably befallen her.

KING: Damon, is she a Utahan?

TALBOT: From what I understand, she's from Boise, Idaho, but she has been attending BYU for the last few months, and she had attended in the past.

KING: Emiley, is it a close Mormon family?

MORGAN: That's what it seems to be. I know she served a mission in Germany, so she's definitely an active member of the LDS church. But it just seems like the family is really close with her and closely involved in the search, really concerned about where she is. They seem really tight knit.

KING: We'll be right back with more after these words. Don't go away.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: She was on her silver and lavender Schwinn bicycle, and family members have a better idea of what she was wearing.

UNIDENTIFIED MALE: She's missing her green basketball shorts. She'd usually wear workout clothes apparently when riding, and so if we come across those green shorts at all or anything, any part of those, then we want to make sure that people notify the authorities.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

KING: Emiley Morgan, is the school involved in this search?

MORGAN: From what police said today, BYU police has been really closely involved and also the school sent a mass e-mail out to students with photos of Camille, a physical description of her.

But actually what I've heard most recently they'll be conducting the search located at BYU tomorrow. But yeah, they've been working closely with BYU police. They've worked extensively where Camille works at the library and they've been doing the best they can to help police with anything they need help with.

KING: What is Destiny Search, Damon?

DAMON TALBOT: What we are is a nonprofit organization that wants to be available so if there is someone that goes missing, we can, on a three-hour notice, show up and start an organized search so people aren't randomly out looking and it can be more organized and that helps law enforcement so there's a record of what has been searched and where. And it's much more thorough and an effective search if you have an organized method of doing it.

KING: Are you searching now?

TALBOT: We closed the search center at 7:00 because we want all our teams in at 9:00 before it's dark. We will be searching again, though, starting at 8:00 a.m. tomorrow.

KING: And is that Provo and surrounding areas?

TALBOT: We — our group has primarily been focused in the Provo Canyon area and the foothills above the Provo Canyon, so we're trying to cover all that for Provo police and for the family because we understand Camille used to bicycle a lot up there.

KING: Huh. Of course, we do think Julia Morrow of Elizabeth Smart, and that gives you hope.

MORROW: Yes, actually, it's funny you say that, Larry, because O was thinking of that when I was reviewing the material for tonight's segment. And that's one of the few stories that give us hope but, unfortunately, that's the exception, not the rule in these type of situations.

KING: Is there a tendency, Pam, to be pessimistic?

BONDI: Of course, Larry, especially, you know, she was 22. She had a job. She didn't show up for work. She didn't show up for the first day of school.

In law enforcement, they've really left no stone unturned. They've brought in the FBI. You kind of have to be -- well, you have to be optimistic for her family, but you have to think the worst in order to complete a very thorough investigation. But, again, I think everyone's praying that she will be found safely.

KING: And there's nothing, Cyril, you can search for forensically now, is there?

WECHT: No. You can just anticipate, have all your ducks in order and be prepared with your test analyses, think it through, considering what the body is likely to look

like, and be ready to do every single test and not go back a week or two weeks later and say, gee, I forgot to do this or so on. So preparation in anticipation of what is likely to be the case here is a key factor for the forensic pathologist.

KING: Any information, Emiley, is the people who call the Provo police or BYU? Who do you call?

MORGAN: They've been encouraging people to call the Provo Police Department because they are heading the investigation. And their number as well as the family's numbers is on flyers all over the city. But Provo Police would probably be the best person to call if you have any information.

KING: Thank you all very much and we wish you Godspeed. Dr. Cyril Wecht, Julia Morrow, Pam Bondi, thanks for being with us through the whole segment and the one previous. And Damon Talbot, much good luck and Emiley Morgan, the metro editor of the BYU school newspaper, good luck as well.

Our newest Podcast is now available, President Bill Clinton. You can download it at CNN.com/LarryKing or iTunes.

And finally tonight, Luciano Pavarotti. The opera legend who also sang with Liza Minnelli, Bono, U2 and The Spice Girls. He lost his battle with pancreatic cancer early this morning at his home in Italy. Many consider him the greatest tenor of his time, of all time, larger than life, down to earth. He made the whole world his opera house and I was honored to him here as my guest just a few years ago.

(BEGIN VIDEO CLIP)

KING: When did you know that you could sing?

LUCIANO PAVAROTTI, DECEASED TENOR: At the age of 4. I jumped on the table. They made the lights turn, and they say my father is a tenor. I am a little tenor. And I began to sing — with the piano, at age of 18, I was already singing. For $1, $2 performance. With an orchestra, the 29th of April, 1961, the day of my debut. That is a very important day for me because at that time elementary schoolteacher Pavarotti become a tenor.

(END VIDEO CLIP)

KING: Pavarotti, the one and only, dead at 71. As one CNN viewer put it, heaven now has a tenor for its choir. And on that note, over to Anderson Cooper and "A.C. 360." Anderson?

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.voxant.com

Search CNN   

| U.S. | WORLD | POLITICS | MONEY | OPINION | HEALTH | ENTERTAINMENT |
|---|---|---|---|---|---|---|
| CRIME + JUSTICE | AFRICA | 2016 ELECTION | MARKETS | POLITICAL OP-EDS | DIET + FITNESS | CELEBRITY WATCH |
| ENERGY + ENVIRONMENT | AMERICAS | WASHINGTON | TECH | SOCIAL COMMENTARY | LIVING WELL | TV + WEB |
| EXTREME WEATHER | ASIA | NATION | MEDIA | | PARENTING + FAMILY | MOVIES + MUSIC |
| SPACE + SCIENCE | EUROPE | WORLD | PERSONAL FINANCE | | | |
| | MIDDLE EAST | | LUXURY | | | |

| TECH | STYLE | TRAVEL | SPORTS | LIVING | VIDEO | MORE... |
|---|---|---|---|---|---|---|
| GADGETS | FASHION | BEST OF TRAVEL | PRO FOOTBALL | FOOD | LIVE TV | PHOTOS |
| CYBER SECURITY | DESIGN | SLEEPS + EATS | COLLEGE FOOTBALL | RELATIONSHIPS | DIGITAL STUDIOS | LONGFORM |
| INNOVATION NATION | ARCHITECTURE | BUSINESS TRAVEL | BASKETBALL | RELIGION | CNN FILMS | INVESTIGATIONS |
| | AUTOS | AVIATION + BEYOND | BASEBALL | | TV SCHEDULE | IREPORT |
| | LUXURY | | SOCCER | | TV SHOWS A-Z | CNN PROFILES |
| | | | | | | CNN LEADERSHIP |

CNN U.S. Edition

© 2016 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.

Terms of Use | Privacy Policy | AdChoices | Advertise with us | About us | Work for us | Help | Transcripts | License Footage | CNN Newsource

# EXHIBIT 47

Case 3:15-cv-01074-JAM Document 192-3 Filed 08/01/16 Page 273 of 339





**Latest News**   **Browse Topics**   **Encyclopedia**   **Health Center**   **Videos**

Health & Medicine    Mind & Brain    Plants & Animals    Space & Time    Earth & Climate    Matter & Ene

Show **menu**  |  **ScienceDaily** home page    **RSS** feeds  |  **Free** newsletter    **Print** this page  |  **Email** to friend  |  **Bo**

## Health Videos & Features



Anticipatory Grief: Prep the Death of a Loved O
▶ This video webcast anticipatory grief and p for the death of a loved

*Source:* Sports Legacy Institute
*Date:* September 6, 2007

*More on:* Brain Injury, Sports Medicine, Brain Tumor, Disorders and Syndromes, Psychology Research, Neuroscience

**News:** ▸ Get Out and Get Screened for Depression
▸ A Time to Grieve
▸ Beating the Holiday Blues

## Wrestler Chris Benoit Brain's Forensic Exam Consistent With Numerous Brain Injuries

*Science Daily* — Leading medical experts associated with the Sports Legacy Institute appeared Sept. 5 with Michael Benoit, father of professional wrestler Chris Benoit, to release the results of neuropathological tests that demonstrate his son suffered from a type of brain damage called Chronic Traumatic Encephalopathy (CTE), which was found in all regions of his brain.

The Sports Legacy Institute (SLI), which oversaw and coordinated the testing, is an independent medical research organization dedicated to studying the long-term effects of head injuries in sports. SLI President Christopher Nowinski contacted Michael Benoit on June 28th, the Thursday after his son's death, to obtain permission to study the wrestler's brain.

SLI's research has indicated there is a connection between the repeated head injuries suffered by many athletes involved in contact sports and an aggregation of abnormal Tau proteins in the brain, causing CTE. CTE's most common symptoms include depression, cognitive impairment, dementia, Parkinsonism and erratic behavior. Experts believe that CTE may have been a cause or contributing factor in the Benoit tragedy. While CTE has long been found in boxers, and more recently in NFL football players, the findings of CTE in Benoit suggest that athletes involved in other contact sports may also be at a heightened risk for this type of brain injury.

"When Chris Nowinski contacted me about conducting tests on Chris' brain, I was extremely hesitant given the circumstances surrounding my son's death," said Michael Benoit. "I agreed to the testing after he explained their desire to expand knowledge about the potential brain damage that athletes can suffer from repetitive head injuries in contact sports. When the results were explained to me by the SLI doctors, I was shocked to learn the extent of damage and saddened that he could have been suffering from this without anyone's knowledge. I hope the examination of Chris' brain leads to greater understanding and ultimately helps protect athletes of all ages."



2008 MERCURY MILAN or MA
Only $229 a month for 39 m

REQUEST THIS

MERCURY | NEW DOORS OPENED

Case 3:15-cv-01074-JAM Document 192-3 Filed 09/01/16 Page 274 of 339

Bennet Omalu, MD, MPH, a leading forensic



Top: Slide detailing x600 magnification of immunostained neocortex in a non-CTE damaged brain. Bottom: Slide detailing x600 magnification of Chris Benoit's tau-immunostained neocortex showing neurofibrillary tangles, neuritic threads, and several ghost tangles indicating CTE. (Credit: Image courtesy of Sports Legacy Institute)

Ads by Google                    Advertise on this site

**Contact Erin Brockovich**
Jim Vititoe and Erin Brockovich work to help injured clients.
www.brockovich.com

**A Fun Way to Exercise**
Serious Fitness for Young and Old Computer games that make you fit!
www.Sportwall.com

**Sports Injuries**
Research causes, symptoms, and treatments of sports injuries.
www.healthline.com

**Food For The Brain**
Patented Omega-3 & Glucosamine Brain Supplement - Used By Doctors
www.Igennus.com/VegEPA

**Brain Injury .com**
A medical, legal and informational resource for

**Contact Erin Brockovich**
Jim Vititoe and Erin Brockovich work to h
clients.
www.brockovich.com

Ads

**Related News Sections**
- Health & Medicine
- Mind & Brain

**Related News Topics**
- Brain Injury
- Sports Medicine
- Brain Tumor
- Disorders ar
  Syndromes
- Psychology
- Neuroscienc

**Related Science Stories**
- Unnecessary Roughness: Mild Head In
  Increases The Brain's Vulnerability To
  Damage
- Traumatic Brain Injury Hastens Onset
  Alzheimer's Disease
- University Of Kentucky Research Stud
  Supplement Creatine Protects Against
  Brain Injury
- Enzyme Causes Brain Blood Vessels
  During Injury, Study Shows
- Inherited Gene May Place Some At Hig
  Of Post-traumatic Injury Seizures

**Related Encyclopedia Articles**
- Brain damage
- Sports medicine
- Athletic training
- Encephalopathy
- Head injury
- Cerebral co
- Functional t
- Traumatic b
- Bruise
- Runner's kn

**Related Book Reviews**
- Brain Tumors: Leaving the Garden of E
  Survival Guide to Diagnosis, Learning
  Basics, Getting Organized, and Finding
  Medical Team
- Brain Lock : Free Yourself from Obses
  Compulsive Behavior
- Mind Hacks : Tips & Tricks for Using Y
  (Hacks)
- Kaplan NCLEX-RN Exam 2005-2006 v
  ROM (Kaplan Nclex-Rn Exam)
- A Whole New Mind: Moving from the In
  Age to the Conceptual Age

traumatic brain injury
www.BrainInjury.com

neuropathologist, the Chief Medical Examiner of San Joaquin County, CA, and founding member of the Sports Legacy Institute examined Chris Benoit's brain as part of the Sports Legacy Project and had also examined the brains of Mike Webster, Terry Long, Andre Waters, and Justin Strzelczyk all of whom were professional football players, died by the age of fifty, and displayed similar psychological and behavioral profiles. Their brains showed evidence of CTE and two of the players - Long, and Waters - committed suicide.

Mike Webster died of a heart attack, but suffered from dementia, depression, and exhibited erratic behavior after retiring from football. When Justin Strzelczyk died at the age of 36, he had been telling relatives he was hearing voices from "the evil ones" and then led police on a 40 mile high-speed chase through central New York at speeds up to 100 mph on the wrong side of the highway, which resulted in an explosive crash and his death

"When the SLI approached Michael Benoit about testing Chris' brain as part of the Sports Legacy Project, our goal was to determine if there was evidence of CTE caused by repeated trauma to the head sustained during Chris Benoit's career. We have now confirmed multiple concussions are part of his medical history, along with clinical symptoms associated with CTE," said Julian Bailes, MD, Professor and Chairman of the Department of Neurosurgery at West Virginia University School of Medicine and an SLI founding member. "Because my SLI colleagues and I have found evidence of CTE in the brains of four former professional football players, we felt an examination of Chris Benoit's brain may bring awareness to CTE's existence outside of boxers and football players. The findings of CTE in Chris Benoit suggest that there may be a common syndrome among athletes who suffer multiple head injuries in contact sports."

The neuropathological findings were confirmed by other neuropathologists, and correlate with recent findings of an increased risk of depression and cognitive impairment in professional football players who have suffered multiple concussions, according to research conducted by Dr. Bailes and another SLI founding member, Robert Cantu, MD, Chief of Neurosurgery Service and Director of Sports Medicine at Emerson Hospital in Concord, MA, and Co-Director of the Neurologic Sports Injury Center at Brigham and Women's Hospital in Boston, MA.

Chronic Traumatic Encephalopathy (CTE) is a form of brain damage that is best documented in boxers, but can also occur in athletes who played football, ice hockey, rugby, soccer, or any sport associated with impacts to the head. It can only be confirmed by a post-mortem neuropathological immunohistochemical study. While studies show that as many as 20 percent of professional boxers show evidence of CTE, there has been little study of CTE in athletes involved in other contact sports.

According to the examinations, Mr. Benoit's brain exhibited large amounts of abnormal Tau protein, manifested as Neurofibrillary Tangles (NFTs) and Neuropil Threads [NTs]. These represent aggregates of abnormal Tau protein, which are remnants of the cytoskeleton of the brain cells and their connections. Frequent NFTs and NTs were distributed in all regions of the brain including the neocortex, the limbic cortex, subcortical ganglia and brainstem ganglia accompanied by loss of brain cells. Accumulation of abnormal Tau

Case 3:15-cv-01074-JAM  Document 192-3  Filed 08/01/16  Page 276 of 339

protein in the form of NFTs and NTs in the brain has been confirmed to cause neurodegeneration, cognitive impairment and dementia. There was no other neuropathological evidence for any chronic or acute disorder to explain his clinical symptoms.

"The findings of CTE in Chris Benoit's brain, which are consistent with the previous examinations of athletes who suffered from repeated head traumas, confirm the need for a large-scale study of CTE in athletes who participate in contact sports," said Chris Nowinski, who retired from professional sports after multiple concussions and conceived SLI, a collaboration of doctors and advocates that includes renowned attorney Robert Fitzsimmons, who played an integral role. "The link between CTE and contact sports is clear.  We need to conduct more research to understand the full spectrum of the disease and raise awareness so parents, coaches, medical staff and athletic officials know how to respond when athletes, including children, sustain head injuries. If we apply this knowledge we believe we can successfully prevent future cases."

*Note: This story has been adapted from a news release issued by Sports Legacy Institute.*

Ads by Google                                    Advertise on this site

| CNS - Neuropsychology | Discover a smarter neuron | Brain Injury Lawyer NY |
|---|---|---|
| Evaluation and Treatment Services Board Certified Neuropsychologists www.cns-neuropsychology.com | and an unusual take on how memory works. At a new neuroscience blog. nine-radical.blogspot.com | Were you hurt? 20+ years winning trial experience. No Win. No Fee. www.LawGreenberg.com |

New! Search Science Daily or the entire web with Google:

Google [                    ] [ Search ]

○ Web  ● ScienceDaily.com

Copyright © 1995-2007 ScienceDaily LLC  —  All rights reserved  —  Contact: editor@sciencedaily.com
About This Site | Editorial Staff | Awards & Reviews | Contribute News | Advertise With Us | Privacy

# EXHIBIT 48





**Wrestler Chris Benoit had major brain damage**
664 words
7 September 2007
Canada AM
English
© Copyright 2007 CTV Television Inc. All Rights Reserved.

Host(s): Beverly Thomson

Guest(s): Michael **Benoit**, Father of the Late Chris **Benoit**; Dr. Robert Cantu, **Sports Legacy Institute**

THOMSON: It was a tragedy that rocked the wrestling world. Two months ago, pro wrestler Chris **Benoit** murdered his wife and son before killing himself. Ever since then, family, friends and fans have struggled to understand what could have triggered him to commit such an unspeakable crime. Now test results on **Benoit**'s brain are shedding some new light into what may have led to the tragedy. Researchers say that his brain was so damaged it resembled that of an 85-year-old Alzheimer's patient. Joining us this morning from New York is Chris **Benoit**'s father, Michael, and Dr. Robert Cantu of the **Sports Legacy Institute**.

Thank you both for coming on to talk to us this morning. Mr. **Benoit**, your family has been through unimaginable tragedy. How are you all doing?

MICHAEL **BENOIT**: Well, it's been a very difficult process. We're lucky that we have a very strong daughter that's been very supportive. And we're trying to cope with it.

THOMSON: And, understandably, everybody was asking why, your family was asking why, what happened. Because this was certainly not the son that you knew.

MICHAEL **BENOIT**: Well, this was totally out of character for the man we love. We were searching for answers and had absolutely no idea why this tragedy took place. And we'll be forever thankful for the **Sports Legacy Institute**, for the work they've done in helping us come to an understanding of what may have been a major factor in this tragedy.

THOMSON: What led you to the Institute? And who said that maybe this was a good idea, to study the brain or look at it?

MICHAEL **BENOIT**: Well, actually, it was a former wrestler that had retired due to brain injuries that is now the president of the **Sports Legacy Institute**. He had called me four days after, and explained what the Institute was doing and asked me if I would give him samples of my son's brain tissue.

THOMSON: And that's what you did. And let me bring you in on this, Dr. Cantu. What exactly were you looking for when you undertook this? And what did you find, ultimately?

DR. ROBERT CANTU: Well, Bev, this brain of Chris **Benoit**, as well as brains that we have examined previously, showed findings of chronic traumatic encephalopathy. There were very extensive, abnormal protein deposits in the brain, a type of protein called tau protein, which is a marker of brain damage. And of all the brains that we have examined to date with traumatic encephalopathy, Chris's brain by far was the most damaged.

THOMSON: And we're looking at a slide of actual brain tissue from Chris **Benoit**. What would cause that? I mean in the course of wrestling, say, or in a sporting life.

DR. ROBERT CANTU: Well, in all ages it could because at advanced ages by neurodegenerative diseases -- Alzheimer's being the one that the population is most familiar with. But at Chris's young age, relatively speaking, of 40 years, trauma, repetitive brain trauma of concussive or multiple subconcussive levels, is what causes these abnormal changes.

THOMSON: And I understand, Mr. **Benoit**, that you had spoken to Chris maybe a week before, I think around







Father's Day at the time. And he sounded quite happy.

MICHAEL **BENOIT**: When I'd spoken to him on Father's Day, he called me up to wish me Happy Father's Day. And he was on the road, travelling to a wrestling venue, and said to me that he was disappointed that he couldn't be at home with his family.

THOMSON: I understand. Fascinating, to look further into this study. And we certainly appreciate your time. Again, Mr. **Benoit**, our best to your family.

MICHAEL **BENOIT**: Thank you.

Document CNAM000020070907e3970002x

© 2007 Factiva, Inc. All rights reserved.

# EXHIBIT 49



# PRO WRESTLING TORCH

## The Pro Wrestling Industry's Tipping Point
### Wheels set in motion in ways that could lead to dramatic change

**TOP FIVE STORIES OF THE WEEK**
(1) Massive WWE suspensions issued
(2) Congress says hearings being scheduled
(3) Congressman rips on WWE drug policy
(4) Benoit's father says Chris brain damaged
(5) Ric Flair quits WWE for being disrespected

## HEADLINE ANALYSIS
### By Wade Keller, Torch editor

This may turn out to be the most pivotal week in the pro wrestling industry's history. Those words aren't written lightly. A case can be made that this week will be looked upon as the point of no return fo. major change unlike anything forced on the industry in the past. It's almost too much to take in and comprehend all in one week.

•**Congressional Hearings Scheduled:** The New York Daily reports that Congress is in the midst of setting a date for hearings on Capitol Hill for pro wrestling. The decision was made after Congress was clearly nonplussed by WWE's response to their detailed request for information. In fact, Rep. Cliff Stearns said WWE didn't even send them a copy of their Wellness Policy.

•**WWE's Wellness Policy Exposed:** For the 12 month period following the launch of WWE's Wellness Policy, more than a dozen WWE wrestlers were named by major media entities as ordering and receiving drugs from an online pharmacy. Some of the drugs were banned by WWE and supposedly tested for—at least according to the original draft of the policy, which WWE has said numerous times in the past two months has been modified over time.

•**A Dozen Suspensions:** WWE suspended around a dozen wrestlers once word got out through media reports of names of performers who purchased drugs from an online pharmacy being investigated by the government. Of those dozen, only one had been suspended before. That meant that all but one had never tested positive under WWE's Wellness Policy, despite many of them reportedly purchasing drugs on the banned substance list. The wrestlers were suspended because WWE prohibits purchasing of drugs through online pharmacies. Those named in media reports as being customers were: Adam Copeland (Edge); King Booker (Robert Huffman); Shane Helms; Mike Bucci; Anthony Carelli (Santino Marella); John Hennigan (John Morrison); Darren Matthews (William Regal); Ken Anderson (Ken Kennedy); Chavo Guerrero; Randy Orton; Charlie Haas; Shoichi Funaki; Dave Bautista (Batista); Chris Mordetsky (Chris Masters); Chris Benoit; Eddie Guerrero; Brian Adams. Three of them are dead. Batista has vehemently denied he was ever a customer. He was named only by ESPN, not by *Sports Illustrated* or the *New York Daily News*, the two other major mainstream media entities who broke news on this story.

•**Congressman Says WWE Policy "Not Worth a Flip":** WWE's self-vaunted policy was called out as being fraudulent or ineffective or however one interprets the phrase "not worth a flip." Pointing to the fact that wrestlers were buying drugs while the policy was in effect, Rep. Stearns bluntly expressed his conclusion. He'll have chance to ask tough

questions to the industry's powerbrokers directly either in late September or October.

•**Growth Hormone Exposed:** With all the talk of "steroids" in the generic sense, the dirty little secret of pro wrestling was how much growth hormone was being abused under the guise of "alternative medicine wellness." HGH (human growth hormone) is used as a muscle-enhancement drug, in combination usually with testosterone and insulin, to experience a massive gain in muscle size while melting away any signs of bodyfat. It also happens to be very expensive. Sources in wrestling say online it's about half the price of what a local clinic charges. WWE attorney Jerry McDevitt said on Fox News that there is no reliable test for growth hormone, in essence admitting there is no way for WWE to truly say it's roster is "clean," especially when insulin isn't tested for (it can't be) and testosterone is often considered medically justified.

•**Benoit Brain Damage:** Chris Benoit's father, Michael Benoit, revealed that his late son had severe brain damage from his years in the ring. Repeated untreated concussions and blunt force to his head lead to diminished cognitive capacity and may have triggered depression and violence. He declared it on ABC's "Good Morning America" and a network news show of record, "Nightline," on Wednesday night this week. He will be on CNN's "Larry King Live" on Thursday night. He has opened a whole new can of worms that could force major change on how the pro wrestling industry operates that dwarfs the steroid controversy. It won't take the government to come down on pro wrestling; it will be the wives and girlfriends and children and parents of pro wrestlers who will demand a career change if they believe they could be the next victim once the cumulative effects of brain trauma begins surfacing among other wrestlers. It's already attributed to numerous suicides by NFL players. Concussions must be taken more seriously. There is too much at stake, as the effects of concussions cannot be reversed, and all it takes is three to have permanent long-term negative impact on quality of life. There is simply no way for WWE to claim to have the best interests of its performers in mind without bringing a full-time specialist in recognizing and treating concussions on the road full time. That is one area where wrestlers and promoters cannot be trusted to police themselves as there is simply too much on the line and an inevitable denial in the heat of the big show to admit that sitting out for several weeks is necessary. What is accepted inside the ring in terms of chairshots or head trauma of any kind must be curtailed. It's a problem, like global warming, that can sneak up without obvious warning and by the time it's confirmed and unquestionably present, it's too late to offset catastrophic impact.

This could be a tipping point because the

—Please see COVER STORY, pg. 8

BBL
By WADE KELLER



## Shame on Everyone

The following features key excerpts of Jim Ross's online commentary followed by my reaction to his response—the first lengthy addressing of the suspensions by a WWE official other than perhaps Jerry McDevitt's interview on Fox News on Thursday night...

Ross: We have been hit with more negatively vented comments the past couple of days than I am going to suggest the webmaster post regarding the suspensions of several wrestlers regarding violations of the WWE's Wellness Policy. Some of these comments borderline on the insane ramblings of uninformed, albeit passionate people, who now have a new cause du jour to rally around. I must also point out that some of the comments were succinctly written, well thought out and heartfelt. Those might see "the light of day" but the voluminous, seemingly never ending ones will not.

WK: I'm just not sure on the week when more than a dozen WWE performers have been caught buying drugs online that were supposedly being tested for with WWE's Wellness Policy is the time to be making comments about people with a "cause du jour." It comes across immediately as blaming people for overreacting or gang tacking WWE when it's down. Instead, more often, I'd like to see someone representing WWE lead with a comment about how disappointed they are that their system failed them.

Shouldn't WWE's first finger be pointed at someone such as Dr. Black, who assured WWE that he was thoroughly testing these performers for many of these drugs that wrestlers, we now have found out, were buying online for a full year after the policy was implemented? Shouldn't WWE's first finger pointing be at the wrestlers who let down the company by breaking the rules? Shouldn't the first finger be pointed at WWE itself, the institution, for creating incentives for wrestlers to use these drugs?

No, the first two paragraphs immediately take aim at "critics" or fans who choose to make this their "cause du jour." This should have been WWE's "cause du jour" five years ago, not something that took one tragedy after another to care enough about to act on. If fans want to make wrestlers' lies, hypocrisy, policy-breaking, law-breaking, and system-cheating their cause of the moment, so be it. They should be applauded for caring. If a few overreact, deal

—KELLER continued on pg. 11

## WWE NEWSWIRE

### Benoit had severe brain damage

On Wednesday this week, leading medical experts associated with the Sports Legacy Institute appeared with Michael Benoit, father of professional wrestler Chris Benoit, to release the results of neuropathological tests that demonstrate his son suffered from a type of brain damage called Chronic Traumatic Encephalopathy (CTE), which was found in all regions of his brain. Both appeared on ABC's "Good Morning America" and "Nightline."

The Sports Legacy Institute (SLI), which oversaw and coordinated the testing, is an independent medical research organization dedicated to studying the long–term effects of head injuries in sports. SLI President Christopher Nowinski contacted Michael Benoit on June 28th, the Thursday after his son's death, to obtain permission to study the wrestler's brain.

SLI's research has indicated there is a connection between the repeated head injuries suffered by many athletes involved in contact sports and an aggregation of abnormal Tau proteins in the brain, causing CTE. CTE's most common symptoms include depression, cognitive impairment, dementia, Parkinsonism, and erratic behavior. Experts believe that CTE may have been a cause or contributing factor in the Benoit tragedy. While CTE has long been found in boxers, and more recently in NFL football players, the findings of CTE in Benoit suggest that athletes involved in other contact sports may also be at a heightened risk for this type of brain injury.

Michael Benoit says that he agreed to have his son's brain tested because he found a diary his son wrote that indicated he was "extremely disturbed" at the time leading to his suicide.

"When Chris Nowinski contacted me about conducting tests on Chris's brain, I was extremely hesitant given the circumstances surrounding my son's death," said Michael Benoit. "I agreed to the testing after he explained their desire to expand knowledge about the potential brain damage that athletes can suffer from repetitive head injuries in contact sports. When the results were explained to me by the SLI doctors, I was shocked to learn the extent of damage and saddened that he could have been suffering from this without anyone's knowledge. I hope the examination of Chris's brain leads to greater understanding and ultimately helps protect athletes of all ages."

Benoit says the human head is not meant to be hit by a chair. Nowinski says he got four concussions in three years as a pro wrestler. "A lot of concussions happen from mistakes," he said.

"Whether it is the sole factor [for Benoit's actions] I believe is speculation and I will not go there," said Dr. Robert Cantu, a member of the Sports Legacy Institute, founded by Christopher Nowinski, whose purpose is to raise awareness of concussions in sports and their debilitating effects.

Cantu did say the level of brain damage Benoit experienced can cause depression and irrational behavior. Benoit's brain showed similar degeneration as the brains of three football players who committed suicide. There were abnormal protein deposits in the brain caused by trauma to Benoit's head.

A week earlier, the *Atlanta Journal–Constitution* first reported that Chris Benoit's father suggested Chris had "diminished capacity" when he murdered his family and committed suicide. The result, if true, would be that Benoit's estate would be inherited by Chris's first two children from a previous marriage. A judge assigned Michael Benoit as the permanent administrator of Chris's estate, while Nancy Benoit's mother, Maureen Toffoloni, has been assigned the same role in Nancy and Daniel's respective estates.

### Congress says hearings to be scheduled

The House Subcommittee on Commerce, Trade, and Consumer Protection will hold a hearing on pro wrestling in late September or early October, reported the *New York Daily News*.

"I am extremely concerned about the possible illegal and destructive practices by professional entertainment athletes that negatively influence the younger generation," said Rep. Bobby Rush, the Illinois Democrat who is the chairman of the committee. "We must make sure that today's wrestling sports heroes are not using illegal performance-enhancing drugs that, unfortunately, can and have led to their untimely deaths."

The *New York Daily News* reports that a witness list has not yet been compiled by the committee. A WWE spokesman said they weren't aware of the hearings, but would comply with a request to appear. TNA refused comment.

*KELLER ANALYSIS: TNA could actually end up being a bigger factor in this story than most assume. They have had no public drug testing policy, have made comments on the record dismissive of such a need, and have made every boneheaded move possible in the last month to draw attention to themselves from Congress. This story just grows in magnitude, and while WWE said it had no knowledge of hearings, the fact that they are going public with names of those who violate the wellness policy would seem like a good new policy to be able to tout at hearings. Vince McMahon facing tough questions by an informed Congressional Committee could be quite a spectacle for a number of reasons.*

### STEARNS NOT IMPRESSED

In a stiff blow to WWE, Congressman Stearns said the government turning up all of these drug purchases from an online pharmacy tells him that "WWE does not have a drug policy that's worth a flip." He said that WWE didn't catch them, a district attorney in Albany, N.Y. investigated and found them.

He also said he wonders what other pharmacies might have other WWE customers. He said he wants more details on how WWE's testing policy actually works.

"We asked them for their testing information; what they came back with was not sufficient," Stearns said. "We do not have a copy (of the actual testing policy). We didn't understand whether it was random, what the threshold (level for drugs) was, whether any of these wrestlers were getting post–dated prescriptions after the fact."

He said he believes he now has their attention. Plans are going forth to hold hearings on Capital Hill later this month or early in October.

*KELLER ANALYSIS: On a number of levels, this is a big blow to WWE. Stearns's comments reveal he was not at all impressed by the information WWE supplied. He found it insufficient. He also sees that these WWE suspensions reveal that the drug testing just wasn't working as advertised. It indicates Stearns is also deeply involved in this investigation and will be able to ask tough questions when confronting WWE officials and wrestlers.*

### WWE performers named as customers of Signature Pharmacy

On Thursday, Aug. 30, *Sports Illustrated* reported details of the drugs received from Signature Pharmacy by 14 wrestlers. Signature is being investigated by authorities as it is considered part of a pipeline for athletes to obtain steroids and human growth hormone under the guise of "anti–aging clinics" with doctors who often rubber–stamp prescriptions without examining patients.

–Benoit, who died June 24, 2007, received nandrolone and anastrozole in February 2006. (Anastrozole is used by athletes to counter side effects of steroid use, such as water retention and breast enlargement.)

–Two weeks prior to Eddie Guerrero's death on Nov. 13, 2005, he was sent nandrolone, testosterone, and anastrozole. Guerrero died in a Minneapolis hotel room due to what a coroner later ruled as heart disease, complicated by an enlarged heart resulting from a history of anabolic steroid use.

–Chavo Guerrero, who found his uncle Eddie dead in the Minneapolis hotel room, received, among other drugs, somatropin (HGH), nandrolone and anastrozole between April 2005 and May 2006.

–Between November 2003 and February 2007, Shane Helms, a/k/a The Hurricane, received, among other drugs, testosterone, gonotropin (HGH) and nandrolone. (As previously reported by SI, he allegedly received HGH from an Arizona doctor in 2005.)

–Starting in September 2004 through February 2007, Randy Orton received somatropin, nandrolone, stanozolol.

–John Hennigan, a/k/a Johnny Nitro, a.k.a. Johnny Morrison, is the current WWE Extreme Championship Wrestling's heavyweight champion. Between June 2006 and February 2007 he was prescribed somatropin, anastrozole, testosterone, stanozolol and chorionic gonadotropin, a hormone produced naturally during pregnancy. (HCG is taken by anabolic steroid users to stimulate the production of testosterone, which is suppressed as a result of steroid use.)

–Ken Anderson, a/k/a Mr. Kennedy, lost to Eddie Guerrero in Guerrero's final match on Nov. 11, 2005.

## KELLER'S TV REPORT

# WWE Raw

**WWE RAW REPORT
SEPTEMBER 3, 2007
TAPED 9/1/07
AIRED ON USA NETWORK**

—The show opened with a video of Randy Orton kicking John Cena's father last week with creepy scary music added for effect.

—After the Raw opening, Jim Ross and Jerry Lawler introduced the show from ringside. Ross usually stresses "live!" so much that its absence is noticeable when they're pretaped.

1 — UMAGA vs. JEFF HARDY—Intercontinental Title match

Umaga took over after an early flurry by Hardy and dominated the opening few minutes. After tossing Hardy to the floor, they cut to a break at 4:00.

Umaga kicked Hardy off the ring apron during the break with Ross and Lawler raved about. Then he applied a nerve hold. Ross said he applied "so strategically" that it could reveal this wild man is "more in control than we think." Umaga followed up with a Samoan drop. Jeff made a comeback attempt at 10:00. When he went for a sunset flip, Umaga set out of it, but Hardy avoided the butt splash. He followed with a dropkick and scored a two count. Umaga caught Hardy in mid-air and gave him a corkscrew clam for a near fall at 12:00. When Umaga went to the top rope, Hardy knocked Umaga off balance and to the mat. Hardy made the cover and scored the three count; instantly afterward Umaga powered out and sent Hardy flying through the ropes to the floor. Hardy sold the win with stunned still disbelief, then celebrated with the belt and Umaga made that one "crazy wildman" face he makes.

WINNER: Hardy in 13:00.
STAR RATING: *3/4 — Okay match. Nothing more.

—Ross and Lawler plugged Hunter's return to the ring on Raw against Carlito later, plus the McMahon family confrontation.

—A commercial aired for ECW on Sci-Fi tomorrow night plugging C.M. Punk challenging John Morrison. Ross had to pretend he didn't know who won even though WWE.com has reported the results since the match was taped on Saturday night.

—They replayed Jeff Hardy's IC Title win. Then they showed Umaga tearing up the announce table and the ringside steps at ringside during the break.

—Backstage, Vince McMahon bragged to Coach about the legal defense team having a serious discussion behind him. He said the best defense is a good offense. Before he could elaborate, Carlito knocked on the door and walked in. Carlito had a new, edgier look, but I can't put my finger on what is different. Vince said maybe he shouldn't have his match against Hunter later. He said he was thinking instead of having Carlito & Umaga vs. Triple H instead so Umaga could release his rage. Carlito said that was a cool idea.

—Santino Marella and Maria talked backstage. Maria told Santino he should have checked with her before telling G.M. William Regal she was ready for a rematch. She said she was still hurting from last week. Santino said she'll be fine because after he gets a things off his chest, he will be right there to protect her.

—Elsewhere backstage, William Regal told a stagehand that the IC Title match was a great way to start the show. Regal asked if he had seen Cena. He said when he does, let him know right away. Melina approached Regal and talked about their meeting in July. She whispered something to him which caused him to make faces of disgust. He said that was filthy and disgusting. Stephanie McMahon walked up to Melina and raised her arm at her. Melina cowered and turned, but Linda McMahon was there. She gave her a look of death and slapped her. Linda's acting was better than Steph's there. Ron Simmons walked up and said, "Damn!" The crowd popped.

—Santino, with his arm in a sling, walked to the ring with Maria. He said when his arm is better he will embarrass Simmons worse than "that senator who was looking for boyfriend love in the toilet." He said he was there to "add some class to, how do you say, this disgusting dump of a city." That was really funny—delivery was spot on. He's really good. Sandman's music played and he walked into the stands. The match was sponsored back to back by Oxy acne cream and Just for Men hair coloring. If it's not one thing, it's another. Marella said Sandman is jealous that because "I make-a-love-a to beautiful Maria and you make-a-love-a to your stick." Sandman hit Marella with his stick and beat him to the back. Maria lost her ringside helper.

2 — BETH PHOENIX vs. MARIA

Maria dove at Beth to start the match. Beth caught her and threw down easily. After the third attempt to jump on Beth, Beth dropped Maria throat-first over the top rope, then fisherman's suplexed her for the win. She said after the match she is cashing in her Women's Title opportunity (won at Summerslam) at Unforgiven. She said she is the ultimate combination of strength, confidence, class, and beauty—the uber-diva, the glamazon, Beth Phoenix. She said she wants to show Maria "how a glamazon gets the job done." She gave her a second leaping fisherman's suplex. Candice Michelle ran to the ring to stop her from inflicting more damage on Maria. They had a staredown. Beth backed off with an evil, smug grin on her face.

WINNER: Phoenix in 1:00.
STAR RATING: 1/4* — Fine for what it was, which wasn't much, but it communicated that Beth is a powerful killer heel "diva" division wrestler.

—They showed photos of John Cena's father's black eye from the kick Orton gave him last week on Raw.

—Regal stood center-ring and explained how Orton was inspired to show how much he wanted a title shot by kicking John Cena's father. They went to a video package. The crowd booed after it played. Regal said Orton was supposed to be there, but because of what transpired last week, he gave him the evening off. He said he does have him hooked up via satellite. Orton said he wishes he was there to confront the people who think what he did last week was sick. He invited people to call him sick and deranged because Cena did that to himself. Orton said he wonders if Cena wants that rematch now. "I have a feeling you do," he said. Regal said at Unforgiven, it will indeed be a rematch between Cena and Orton. Orton thanked Regal and said he deserves it. Orton looked piercingly into the camera and said, "John, I hope your father never forgives you for what you let happen last week." After an average go-home promo the week before Summerslam, Orton has really turned it up the last two weeks with stellar convincing performances as a despicable heel who's more than just going through the verbal motions.

Cena stepped out onto the stage to a mix of cheers and boos, but mostly silent anticipation of what he was about to say. It's amazing how different a crowd reaction is when there's no intro music to prompt the pop. He made his way to the ring. Regal looked worried. He told Cena that he's just doing his job at G.M. Regal told Cena not to do anything foolish he might regret. Cena held his title belt up and looked shaky and on edge. He rubbed his face, then pulled out his necklace, kissed the pendant, and then attacked Regal with a vengeance. He tackled him on the announce table and then applied a vicious STFU on the floor while yelling barbarically. Officials pried Cena off of Regal, who showed an edgier side of himself as he walked away, almost in a trance. Regal just lay on the mat in a heap as medics tended to him. Ross said the range of emotions going through his body have driven him to actions the likes of which we've never seen from him before. Ross said if that happened outside of the arena, it'd be criminal assault.

HOUR TWO

3 — BRIAN KENDRICK & PAUL LONDON vs. CHARLIE HAAS & SHELTON BENJAMIN—No. 1 Contender's Match

Trevor Murdoch and Lance Cade joined Ross and Lawler at ringside. Murdoch has the very best hair style in pro wrestling—maybe the world. It's strange for WWE to open the second hour without a top star out there for a big match or talking segment. It's a refreshing slight shake-up to the stale, predictable formula format for Raw. Kendrick won clean with Sliced Bread #2 after a high-energy shot match. Cade & Murdoch gave them a standing ovation afterward. They entered the ring. Lawler told Ross to give them the benefit of the doubt. C&M shook hands nicely with K&L.

WINNERS: Kendrick & London in 5:00.
STAR RATING: *1/4

—They cut back to Regal being examined by medics. Regal looked like he had been trampled by a dinosaur. Shane McMahon walked by. He told Regal it looks like it's been an interesting night so far.

—A plug aired for Rey Mysterio vs. Great Khali at Unforgiven.

—A vignette aired promoting C.M. Punk and then Ross plugged Punk challenging Morrison on ECW TV tomorrow night. Punk is my dark horse pick to be the McMahon "bastard child." McMahon has been pushing how he wants his son to be a chip off the old block obsessed with money and women and the "drugs, sex; rock and roll lifestyle." Who better to be a complete letdown than Punk to McMahon while also elevating Punk—someone they'd be wise to push at this point for a number of reasons. (Hey, C.M. can even stand for "Child of McMahon.")

—Carlito gave Umaga a pep talk of sorts, convincing him that Triple H was laughing at him to get him riled up for revenge.

—Vince McMahon then met with his team of lawyers. Vince stressed that as far as the money they have in their Swiss account, "that's my money and no one can go there." He said his family members are greed-motivated. He wanted to know if his trust funds can be broken. Vince told Coach that since Regal is beat up, he'll have to step up again. Coach said he's always there for him. Coach shot Vince a look that suggested he feels taken for granted. One lawyer said Vince might want to consider a settlement. Vince blew up and fired him for suggesting a defensive strategy. He said he wants to go for the jugular. "I want blood," he said. "I want my family to bleed." He said when that woman shows up with his bastard child, he wants the lawyers to take their boots to them big time.

—Daivari and Jillian Hall stood in the ring with Lilian Garcia. Hall said she has a new album coming out soon and it's going to blow Lilian's new album right out of the water. She said she just had a dental visit and had her wisdom teeth pulled out. She seemed to still suffering effects from novacane (hopefully not purchased online). She said she's still going to perform, though—a very special performance. She gave Daivari a bloody bandage from her mouth. Daivari looked disgusted. Then he and Hall performed a duet. It was as bad as you'd imagine—and then some—but as intended and in a good way.

4 — CODY RHODES & MICKIE JAMES vs.

**DAIVARI & JILLIAN HALL**

Hall cried when she took a blow to her sore jaw. Daivari tagged in, followed by Cody. Daivari applied one of those obviously easy to get out of headlocks that Rhodes pretended to struggle in, yet never threw any punches or elbows while in it, instead just flailing his arms and wriggling around. A few seconds later, we got a second dose of the same thing for a few seconds. Cody came back with a quick bulldog. James and Hall brawled in the ring and to the floor. Cody then DDT'd Daivari for a pin.

WINNER: Rhodes & James in 4:00.

STAR RATING: 3/4*

5 — CARLITO & UMAGA vs. TRIPLE H

Carlito jump-started the match by attacking Hunter from behind as he stared down Umaga. Hunter fired back with a clothesline. He tossed Carlito around the ring, then played hotshot tough guy by calling Umaga to come on in and get some. He shoved Umaga in the chest. Umaga entered. Carlito tried to attack Hunter from behind, but that gave a chance for Umaga to beat on Hunter on the mat. The two-on-one attack prompted the ref to call for the bell. The crowd booed the quick DQ finish to their main event for the evening. Ross defended the ref, saying, "You can't blame the ref for that call."

WINNER: Hunter in 2:00 via DQ.

STAR RATING: 1/4*

–Afterward, Carlito and Umaga worked over Hunter. Umaga hit a diving headbutt off the ropes to Hunter's chest. Carlito held a chair in front of Hunter's face. Umaga charged butt-first into the corner. Hunter moved and then hit Carlito with two chairshots. He followed up with a barrage of chairshots to Umaga including an unprotected series of shots to his skull. Good timing with Nightline doing a piece on concussions Chris Benoit suffered and the potential of those leading to "diminished capacity" to judge his actions in his final days. Offense. Not defense. Just remember that policy in life. Hunter pulled out his sledgehammer, the weapon that has done more to "expose the business" than the Tough Enough series he so loathed. He rammed Umaga in the head with the sledgehammer, then posed for the crowd and yelled. Carlito stood on the rampway and watched as Umaga was beaten into a 30 day suspension. He came up bleeding, so Hunter beat him down for another minute.

–Ross and Lawler plugged the line-up for the Unforgiven PPV.

–Vince, Coach, and his remaining attorneys walked into the ring. Vince said, "My name is Vincent Kennedy McMahon, but you can call me Mr. McMahon." He said he is chairman of the board of WWE and the patriarch of the McMahon family. He said his family is all about the money. Or moa–nayy, as he put it. He said they want a handout. WWE's old happy music played and Linda walked out looking anything but happy. She has Stephanie's walk. Or vice–versa. Never noticed that before. Coach held the ropes open for her. Vince looked disgusted at her. He asked how she expects to get her cut without her attorney. Linda said she is the CEO of WWE and she's got money and she's got plenty of it. "I don't need your money," she said. Vince smiled in relief. She said, "Thanks to your assistant parading all of these women you've supposedly slept with, I could take you to court and take you for everything you've got." Vince said she doesn't understand that he worked his fingers to the bone to build this empire and he was out in the road on those loney nights. He said he thinks Shane and Stephanie understand.

Stephanie's music played and she walked out. Vince said before she speaks, he wants everyone to know she's the volatile one in the family. He tried to remind her of the wonderful times they've had together. He said he put a video together of their times together from kindergarten through college—tender

moments daddy's girl has had with him. "A Father's Love," he called it. It featured Vince throwing Steph around the ring and choking her in their WM20 match. After it finished, Vince was enraged. He turned to Coach, who said it was sabotage. Hunter appeared on the big screen and swore he had nothing to do with it. He then said, "Hey, Steph." She smiled back. Steph said that despite what was on that video, she loves him. She said, though, he's sick and needs help and if he doesn't get it, he should step down at chairman of the board. Before Vince could respond, Shane's music played.

Shane walked to the ring. Vince smiled and said, "How about it! My son, Shane!" Vince said surely Shane doesn't want him broke and to step down. Shane said it depends on which version of him he's talking about. He called him at times a lunatic. When the crowd chanted "asshole, asshole," Vince said, "The next time you call my wife that name, I'm going to beat the hell out of ya'." Shane said they're out there to stand behind him, but he has to do his part. He said he needs to stop embarrassing the family. He said it's time to think from his grandfather down to his grandchildren. "You are sick and you need to work out your issues," he said. "Change is up to you." Shane said he thinks he can change and it can all work out. Shane said he's always wanted a brother. Steph's reaction was pretty funny.

Vince said he wanted to confess that all of the womanizing he bragged about was exaggerated lying on his part. He said it was tough to admit that. He said he has been unfaithful to Linda only once in his life. Linda looked, well, slightly skeptical. He said it was with this woman who has given birth to his "bastard son." He said even though it was only one time he strayed, he does feel a kindred spirit and humbling himself before them. He got down on one knee and said, "I would like to vow I will be a better father, a better husband, a better human."

Mr. Kennedy's music interrupted. He stepped out onto the stage and down the ramp, shaking his head. Coach asked him what he was doing there. Kennedy said he's there because everything happens for a reason. He said there was a reason he came face–to–face with him the night he found out his son is a WWE superstar and that he had his middle name and that he wanted his son to be revealed next week which just happens to be his hometown of Green Bay, Wisc. Kennedy said, "You know why, dad? I am your son." Stephanie walked up to him and said, "You may be a bastard, but you're not my dad's bastard." She asked for proof. He said he doesn't need proof. He said what he needs is the undivided attention of his father. He told Vince that those people want to change him, but he shouldn't listen to them because he doesn't need to change. Kennedy said if he hadn't been that egomaniacal lunatic like they say he is, he wouldn't have become the greatest WWE superstar in history. He said Vince inspired him. He said he can listen to his family who want to hold him down and take his money or listen to him, the son who cares and isn't going to judge him. Steph interrupted and said, "Dad, tell me you're not believing this." He shouted his "Miss–terrr–Kenn–e–deeee!" line, then added "McMaaahhhhnnn." It wouldn't been funnier if he added a "dash" in between.

A man walked out onto the stage and said he represents the mother of his child. He said the DNA tests are back and they reveal that the son is not Mr. Kennedy. Vince and Coach looked at him in disgust. Vince demanded to know who it is. The guy said it will be revealed next week on Raw—the same night WWE faces the first Monday Night Football game of the season. He then pulled out a sheet of paper and read Vince a clue. "Things are looking up," he said. Ross said, "What the hell does that mean?" Ross and Lawler wondered what that meant as the show ended.

Kennedy received shipments of anastrozole, somatropin and testosterone between October 2006 and February 2007.

–Shoichi Funaki received somatropin in March 2006.

–Brian Adams, a/k/a Crush, who retired from the pro circuit in 2001, was found dead of unknown causes on Aug. 13. He received nandrolone, testosterone and Somatropin or HGH in December 2006.

–Charles Haas was prescribed anastrozole, somatropin, stanozolol, nandrolone and chorionic gonadotropin between August 2006 and January 2007.

–Edward Fatu received somatropin between July and December 2006.

–Between November 2004 and November 2006, Darren Matthews received stanozolol, somatropin, genotropin, and anastrozole.

–Adam Copeland, a/k/a Edge, received somatropin, genotropin (both HGH), and stanozolol between September 2004 and February 2007.

–Sylvain Grenier received somatropin, nandrolone, genotropin and stanozolol, starting in February 2005 through July 2006.

ESPN added Batista and Chris Masters to the list of names published in media reports alleged to be customers of Signature Pharmacy. Specific drugs were not listed.

The AP story note that "WWE spokeswoman Jennifer McIntosh would not identify the performers or specify how they violated the policy. She referred other questions to the district attorney's office, where a message seeking comment was left."

**WRESTLERS WRITTEN OFF OF TV**

It became clear by the weekend which wrestlers were likely suspended as they each were written off of TV in some form or fashion.

–Booker T: He did not show up at TV at all. He had no ongoing storyline because he lost to Triple H at Summerslam and John Cena in the Raw main event the week before. There was no reason for him to be brought to TV only to disappear for 30 days, so he stayed at home. He is said to not be happy for a variety of reasons right now, including changes in the Wellness Policy. He has talked of retiring in the past, but stuck around and extended his contract because he was having fun with the King Booker gimmick and being on the road with his wife. However, he is said to be willing to walk away as he has saved his money and has a wrestling training school with his brother. His wife, Sharmell, enjoys her WWE TV gig, but isn't addicted to the fame. In fact, she is finishing up law school (or may have already) and plans to become a full–time lawyer whenever her time as a WWE TV character ends. She and Booker met in WCW when she was Nitro dancer. One colleague notes that Sharmell had nothing to worry about with Booker before she accompanied him on the road, as he was among the strictly loyal boyfriends and husbands who never strayed.

Chris Masters was held off of TV. WWE said one wrestler among those suspended would serve 60 days for a second offense. Sources say that is Masters, but because he wasn't named by any entity except ESPN, and ESPN also announced Batista who disputed the report, it's not 100 percent clear where he stands right now.

## KELLER'S TV REPORT

# SMACKDOWN

**WWE SMACKDOWN**
**AUGUST 31, 2007**
**TAPED TUESDAY IN ALBANY, N.Y.**
**AIRED ON THE CW**

–The show opened with a vignette hyping the return of Rey Mysterio to Smackdown. Then they went right to Michael Cole introducing the show without the usual Smackdown opening. They went to the ring with Teddy Long standing with The Great Khali. Long said he had some news for Khali and his translator. He said they're going to have Finlay vs. Kane and Batista vs. Rey Mysterio with the winner of each match facing off for a chance at Khali at Unforgiven. Khali had almost no reaction. Kane's ring intro began immediately.

1 — KANE vs. FINLAY. Kane picked up Finlay's shillelagh from the corner and threw it away. Hornswoggle, though, slipped another shillelagh onto the ring apron. Cole plugged that Jamie Noble would face Hornswoggle next week on Smackdown. Kane worked over Finlay's arm early. Finlay bailed out to ringside. Kane yanked him shoulder-first into the ringpost. Finlay reversed Kane into the ringside steps. Cole said he doesn't think Kane's ribs can be back at 100 percent. Back in the ring, Kane punched and kicked Finlay. Later, he hit Finlay with a top rope clothesline and a big boot. Hornswoggle distracted the ref as Finlay KO'd Kane with the shillelagh, followed by the pin.

WINNER: Finlay in 8:00.

STAR RATING: 3/4* — Pretty lumbering from start to finish.

–They showed Cole and JBL on camera at ringside. They plugged MVP & Matt Hardy teaming up later, then went to clips of their basketball competition.

–Jesse and Festus talked about going back to school. Jesse said his favorite class was lunch, whereas Festus excelled at Latin and advanced Trig "because that is an all-American." Cole said he can't wait to see Jesse & Festus in the tag team division.

2 — DEUCE & DOMINO vs. MVP & MATT HARDY. MVP and Hardy seemed disgusted to have to be teaming. JBL said he's seen some odd match-ups, such as Goldust & Booker T and The Natural Disasters and Britney Spears & Mother Theresa teaming up. How were Typhoon and Earthquake an odd-pair? Cole said, "Or like you and me teaming up." MVP and Hardy argued as soon as they both were in the ring together. Hardy jump-started the match with a slidekick to Deuce at ringside. MVP went for a quick pin in the ring on Deuce for a two count. Hardy tagged himself in. All four wrestlers in this match had their upper bodies covered—with MVP's Power Ranger/Jushin Liger outfit, Hady's sleeveless T, and the white t-shirts of D&D. Expect more of that in coming months. At 4:00, D&D had control of Hardy in the ring. They cut to a break at an arbitrary point in the match rather than right after a big spot at ringside as usual.

At 14:00, Hardy finally showed signs of life after a bland beatdown by D&D for several minutes. He hit a Side Effect and then slapped MVP acrosss the face to tag him in. Domino grabbed Hardy, but Hardy gave him a Twist of Fate. MVP threw Hardy out of the ring, made the cover, and scored the three count. MVP celebrated with both tag belts and his U.S. Title as Hardy watched at ringside. Cole and JBL talked about the prospect of MVP and Hardy having to defend the tag belts together in the future.

WINNERS: MVP & Harrdy to capture the WWE Tag Team Titles.

STAR RATING: 3/4* — Really blah match.

–Backstage, Vince McMahon was approached by Batista. Vince told him it was too bad about Summerslam and his title shot. Vince reminisced about how his father opened his first wrestling office in D.C. (back when the family promoted wrestling, rather than Sports Entertainment), Batista's hometown. Vince wondered if if might be Batista's father. Batista talked about how poor he was as a kid as his mother struggled to make money to eat. Batista said if he found out that Vince were his dad and never contributed a dime while they were struggling to eat, "I would beat unmercifully." Vince said, "Come to think of it, I don't really see any family resemblance."

–Cole plugged Batista vs. Rey later.

–A plug aired for the Kristal Marshall and Theodore Rufus Long wedding in three weeks.

–Eugene stood in the ring "having fun," as Cole put it. What a way for Eugene's WWE career to come to an end. Eugene shot t-shirts to the crowd, then looked on in fear as Henry made his way to the ring. Eugene shot a shirt at Henry. Henry no-sold it, put Eugene in a bearhug, and then tossed him to the floor. Henry then grabbed the house mic and talked about Undertaker making his return at Unforgiven. He said that's fine with him because he bloodied his carcass once and he'll do it again. He said he'll drag him back to the desert. Taker's bell sounded and then a Taker video played on the big screen. It showed Taker's hand reaching up through the dirt as the child's voice said, "Unforgiven." Henry looked a little less confident as the crowd started a chant of "Taker, Taker."

3 — BATISTA vs. REY MYSTERIO. Batista and Rey hugged before the match began. Rey roundkicked Batista's left thigh. Batista smiled and limped. Rey followed up with three more kicks. Batista shifted Rey and then lifted him for a slam. Rey slipped out and took Batista down with a head scissors. When Rey charged at Batista, Batista caught him with a clothesline then tossed him to the floor. JBL said Batista wants to defeat Rey, but not hurt him. Rey returned to the ring. Batista looked disappointed. Batista applied a bear hug body scissors from behind. At 5:00 Batista hit Rey with a boot to the face, then reacted like he broke an expensive lamp. Rey fought back right away and springboarded into Batista for a two count. He went for a 619, but Batista caught him and powerslammed him. Batista shook the top rope to a mixed reaction. Finlay ran to the ring with a chair. Batista grabbed the chair and shoved the ref when the ref tried to take the chair from him. The ref DQ'd Batista.

WINNER: Mysterio in 6:00 via DQ.

STAR RATING: * — It told a nice story, but it was a bit frustrating to watch a match where Batista came across as patronizing when trying to carefully, delicately win against Rey without hurting him. The copout finish was the only way out of this.

–A highlight package aired of Vince talking about his "illegitimate son" on Raw and Triple H's parade of fat women. Cole introduced it with a smile that said, "Get ready to laugh!"

–A video feature aired hyping Ashley being on "Survivor" this season. She said to prepare she's been spending a lot of time in the woods and reading survivor handbooks. She then said it doesn't matter because you have to go with your instincts. That made no sense, since she had just pointed out in a book that eating a certain beetle can kill you. What if her instinct said, "Red beetle looks tasty. I'm hungry"? Her reading that book saved her life. So instincts can be bad, and book learning can be good after all.

–Vince McMahon and Coach walked into the ring. Vince said regarding the fat women on Raw, Vince said, "I did not have sexual relations with those women." Vince said he only had sex with beautiful women who love his "rock hard..." Coach tried to interrupt. Vince finished, "Body!" Coach said he didn't think he was going to say that. Coach said he's investigated Vince's past and he's going to prove what kind of man he is. Coach said there have been too many women to count, but he's there to help him. He went back to 1983 in a

January night after a show at Madison Square Garden. Coach said he rose to the occasion. Coach introduced Cheryl. Cheryl walked out onto the stage. She looked like she would have been 12 years old back in 1983. Vince said he remembers their night together well. Cheryl said, "I remember that night of unbridled passion; you're the best lover I ever had. Since that night, no other man can compare to you." This segment was already dragging. Coach went back to New Year's Eve 1977 when he met Howard Finkle for the very first time. Coach said he rang in the new year three times over. Vince got a big smile as the memories flooded back. Coach brought out three women. Vince said he'll never forget that night. He reminisced about six legs wrapped all around him. The three women said in unison, "Thanks to you, Mr. McMahon, we brought in the new year with a bang." This segment really dragged badly. Coach brought out another woman, Mary Katherine. Coach said she is now Sister Mary Katherine. A nun walked out to harp music. She said that ever since their one night together, the only other one who could ever satisfy him the way that he did in that parking lot in 1981 is God. "That's why I beccame a nun because after one night with you, I could never be intimate with another man." Vince told her good luck with the new direction she's chosen. Vince said she was second to none. Vince plugged Raw on Monday. He said if his "bastard son" shows up, perhaps his family—which is usually obsessed with just money—will embrace him.

–Chuck Palumbo took on the Masterlock Challenge. When Palumbo sat in a chair mid-ring, Masters attacked him rather than apply the Masterlock. Palumbo fought back and knocked Masters out of the ring. Masters retreated right away. That was quick.

–The Raw Rebound aired.

–Jamie Noble cut a promo about facing Hornswoggle next week. He told Shannon Moore backstage that nobody would be laughing at him next week.

–After a bad McMahon segment and three rapid-fire commercials without much original content, the main event intros began with 14 minutes left on the show.

4 — REY MYSTERIO vs. FINLAY—Winner earns Unforgiven Title Shot. After just over two minutes of mostly Rey on offense, Hornswoggle tripped Rey at ringside and then they cut to yet another break.

Finlay applied a half Boston crab after the break. Rey came back with a 619 to the back of Finlay's head. He followed with a sunset flip for the win. Rey came up with a bloody nose.

WINNER: Rey in 8:00.

STAR RATING: *1/4 — With nearly half the match missing due to the break, hard to rate. It wasn't anything special at all.

–Khali walked out afterward to confront Rey. Rey's eyes were blow Khali's pecs. Khali shoved Rey to the mat. JBL said there has never been a bigger disparity of size in a World Heavyweight Title match. Cole said Rey is "only a buck–seventy–five." Yeah, ten whole pounds less than Rich Franklin at weigh–ins for his UFC fights. Batista charged out to the ring, knocked Khali into the ropes, and then Rey hit the 619. Batista followed with a spear on Khali. Cole compared it to David and Goliath in the Bible.

FINAL THOUGHTS (4.5): Blah edition of Smackdown. A really lame second hour with seemingly one commercial break after another without much else to justify the investment. That McMahon segment was long, self-indulgent, and boring. There wasn't enough to any of the three key tourney matches to make this a strong in-ring show. It missed any Long–Krystal developments. The tag title change made the show newsworthy, but the lack of any follow-up with some backstage access to the Hardy/MVP tag title win fallout was disappointing.

John Morrison lost the ECW World Hvt. Title to C.M. Punk on the Sept. 4 ECW TV show. William Regal was brutally beating up by John Cena on Raw. Umaga was defeated by Jeff Hardy for the IC Title (management is still high on Umaga and plan to push him hard when he returns. Chavo Guerrero lost to Rey Mysterio in a rematch and was injured, explaining his expected absence. Mr. Kennedy was written out of the "illegitimate child" storyline on Raw, a major blow to his push. Charlie Haas was pinned clean in his tag match on Raw on Monday. Edge and Shane Helms are out with injuries, so their suspensions wouldn't be noticeable. Funaki is rarely on TV, but is suspected to be among the suspended.

Santino Marella wasn't overtly written off of TV, but he was beaten to the back by Sandman's cane. WWE sources indicated at least one name other than Orton and Batista who were named in media reports would not be suspended. He could be that one.

Randy Orton was named by the media but not suspended. The hints dropped by sources indicated Orton may have already copped to using an online pharmacy and so his previous suspension included punishment for that, so he couldn't be suspended twice for the same Wellness Policy offense. Either way, he won't be missing any time on the road.

### BATISTA ISSUES STATEMENT

On Batista's official website, Demon-Wrestling.com, he issued a statement denying he was ever a customer of Signature Pharmacy and that ESPN was inaccurate in its report. It follows:

To my fans and friends:

I categorically deny a report on ESPN.com, and repeated by other media outlets, that I am or ever have been a customer of Signature Pharmacy of Orlando, an on–line pharmacy company that is a target of an investigation by the Albany, New York District Attorney's Office.

I am being tested regularly by the WWE, and I am in full compliance with the WWE Wellness Program.

I regret the inaccurate reporting, and I will do all I can in the future to stop any publication or anyone from making such false accusations.

*KELLER ANALYSIS: I heard that Batista had to fight hard to get this statement released since Vince McMahon has been burned by wrestlers issuing denials or blanket statements about past drug use that has come back to be contradicted by authorities or other media types. Batista must have pushed hard and assured McMahon that this won't come back to bite him or WWE. ESPN, as of now, hasn't retracted the inclusion of his name in their initial story.*

### INCRIMINATING QUOTES

The *UK Sun* published an article that pulls out four quotes from four WWE performers who were on the lists published as customers of the online pharmacy being investigated by the government. In each quote, the wrestlers denied recent steroid usage.

The article begins: "In the 1980's Hulk Hogan

said he didn't take them despite his superhuman physique. He now admits using almost every day for 16 years... But you only have to look at comments they have made—Brit William Regal as recently as TWO days ago—to show how little things have changed since the days of Hogan."

It then published incriminating quotes from Regal, Ken Kennedy, Edge, and Gregory Helms. They included:

•William Regal on August 29: "Steroids are not something that are part of my being as a performer, it's not something that I've ever relied on or anything that I've had anything to do with. When I was in my early 20s, in fact very early 20s when I was still living in England and travelling the world, I dabbled in steroids but nobody ever told me to or forced me to. Nowadays we get tested very thoroughly and if guys are going to use steroids and they get tested they're going to get caught and they're going to get found out or they're going to get suspended or fired."

•Ken Kennedy to The Sun on August 17: "I never took massive amounts of steroids and do you know why I stopped taking them? Because of the WWE's Wellness Policy. Because they instituted the Wellness Policy (in February 2006) and I knew that having a job with the WWE was way more important than the 10 pounds of extra muscle that the steroids gave me. I stopped taking them and I had the biggest push of my life. I worked with The Undertaker for the last six, seven months. Working on top of all the house shows. I worked PPVs, I was on every PPV. I didn't take any steroids and that's the thing, nowadays, in our business, you don't have to take that stuff in order to get a push. We've got thousands upon thousands upon thousands of applicants every year, that apply to have a job as a WWE superstar and Vince picks the best of the litter, he picks the guys that have very good genetics."

•Edge in March: "To the columnist who said a 'roided up thing called Edge' was at the NHL All Star Game a few weeks ago, in 2003, this may have been true. Now, not in the least, as my random urine tests, which have always been negative will attest. I guess I'll take the fact that he thought I was as somewhat of a compliment. To the fact that I've been lucky enough to have been gifted with a 6 foot 5, 240lb body naturally.

"And finally made it to the top of my industry last year on my own, clean as a whistle."

•Gregory Helms (after the Chris Benoit murders) in July—"Failed, former stars (and I use that term loosely) like Marc Mero are only making things worse by trying to cash in and turn a tragedy into a last few minutes of fame on TV. That is just pathetic. There are a lot of great people in this business, both behind the scenes and in front of the camera, and the many should not have to suffer for the mistakes of a few."

### NFL ISSUES RELATED SUSPENSIONS

The Associated Press reports that Dallas quarterbacks coach Wade Wilson was suspended for five games by the NFL for buying and using performance-enhancing substances. A day before, New England Patriot safety Rodney Harrison was suspended for using growth hormone purchased from the Internet.

*KELLER'S ANALYSIS WWE has indicated that they are not alone in having performers/athlete using Internet-purchased drugs. That is true, and while it works in their favor as to not seem like they are the only offenders, it also means the story could stay in the news longer.*

### MCDEVITT ON SUSPENSIONS

Greta Van Susteren interviewed WWE attorney Jerry McDevitt tonight on her "On the Record" program on Fox News Channel.

McDevitt talked about meeting with investigators regarding Signature Pharmacy clients who were contracted WWE performers. McDevitt said they told Albany, N.Y. authorities that if they confirmed the information, they would act on it. Once confirming the shipments, Vince McMahon acted on it. Van Susteren asked if the wrestlers would be suspended without pay. McDevitt said that's the case.

McDevitt said there may be two more suspensions tomorrow. He said they have to talk with the talents to confirm information first.

He said that talent has been told the will be publicly identified in the future. "It's a fair notice issue to us," he said, regarding why they aren't revealing names today of those suspended. "We do that in the belief that it will give greater transparency to the program and hopefully operate as a deterrent to anybody who wishes to engage in this activity."

McDevitt said this is not just a WWE problem. He said Signature Pharmacy was sending drugs to policemen, firemen, and pro athletes. He said he heard the NFL would be coming out with an announcement in the next few days. He said, "What you're going to find is that the drug of choice, if you will, for any athlete who wants to avoid a drug testing policy is human growth hormone which there is no test for. And it's a problem all leagues have, it's a problem we have, it's a problem anybody has who is engaged in drug testing. There's no scientific method to detect when an athlete takes human growth hormone."

### WELLNESS POLICY CHANGES

When WWE announced on its corporate that they had suspended ten wrestlers who violated the Wellness Policy based on information received from investigators from the Albany, County, N.Y. D.A.'s office, they did not name names. WWE did, though, announce letters had been sent to all WWE performers informing them that anyone who is suspended under the Wellness Policy beginning November 1, 2007 will have their names made public.

Wrestlers were told over the weekend at meetings before the TV tapings that marijuana is now a banned substance. It is not being treated as being in the same class as other banned substances. Testing positive will not result in a suspension, but rather just a fine of a $1,000. It's more of a slap on the wrist, but it puts WWE in a position to be able to testify in front of Congress they test for all drugs that major league sports do without exception and then some. Having to exclude marijuana, or should a wrestler get in trouble driving with it, could cause a media storm. At this point, WWE is going a step

## KELLER'S TV REPORT

# TNA IMPACT

**TNA IMPACT**
**AUGUST 30, 2007**
**AIRED ON SPIKE TV**

### WHAT HAPPENED: 1ST HALF

–A brief highlight package aired from last week's show.

–Backstage, the new interview lady asked Ron Killings if "Mr. Ratings Pop" Pacman Jones was supposed to be in TNA to clean up his image, how is spray painting people's backs supposed to do that. Killings said it was pure charity. Pacman said, 'Do you know how much I charge for a Pacman autograph?' He shook a spray can and said he'd be giving out another autograph later. The blond woman asked, "Who's that gonna be?"

–The Impact opening aired, then Mike Tenay and Don West introduced the program as the camera panned the crowd.

–Backstage, Kurt Angle told Jeremy Borash that none of those guys pictured on the wall (Sting, Samoa Joe, Christian Cage, A.J. Styles) are suitable to be his tag team partner. He said they all hate him. Dr. Kevin Nash said: "Those guys don't hate you. You're an Olympic Gold Medalist. Hating you is like hating a flag." At least I think he said flag. Or was it plague. Nash said he gives to charity every week. Angle, Nash, and Karen began laughing uproariously. Karen said all kidding aside, she would take care of everything this week. She said he planned to give the usual suspects a visit.

–Team 3D and Alex Shelley & Chris Sabin walked to the ring for their scheduled match. Before the match began, Scott Steiner came out. Brother Ray challenged him to take his best shot. Steiner told Shelley and Sabin to go away, then he entered the ring. He suplexed Ray and Devon. Scott pulled a table out from under the ring and slide it into the ring. Eventually Steiner was overwhelmed by the two–to–one odds and took a 3D. Ray mockingly apologized to Scott for what they did to Rick last week. He fended off referees with a chair, then they jabbed Scott in the throat with a chair. Ray said, "Back to the hospital." It looked pretty stiff. TNA officials and medics came to tend to Scott, who clutched hsi throat and gasped for breath. Ray and Devon ran off everyone with the bell ringing hammer, then brought Scott back into the ring. They set up a table and sent Scott through a table with a Ray bulbbabomb off the second through the table.

**1 — MOTOR CITY MACHINE GUNS** (Alex Shelley & Chris Sabin) vs. VKM (Kip & B.G. James)

Before the match, Shelley called out any team to give them a match so they can pop the ratings. They got in early offense against James in rapid–fire fashion. Kip, still dressed ridiculously, slammed Sabin to the mat setting up a quick pin for B.G.

WINNERS: VKM in 2:00.

STAR RATING: 1/4*—Just a ridiculous booking decision. To not see that there's more money in Sabin & Shelley than VKM in 2007 is amazing.

–Kip said they were ready for more. Out came LAX and Triple X and even Shark Boy & Eric Young. They cut away from the wild brawl in the ring for no apparent reason to Borash interviewing Karen backstage where all was quiet and calm. Karen walked up to Joe's locker room door and knocked timidly. Then she walked in. Joe was on his cell phone. He said, "Don't tell me you're standing here in my locker room right now." He said she should have brought a SWAT team. He recommended she walk out now before he does something he regrets. Karen asked how long their way is going to go on. She said, "All we're doing is dividing the two most powerful forces in wrestling today. This is crazy. None of us are winning. We can make this work if we work together." Joe said she's making some good points. He asked her to close the door. Joe said when they take emotion out of it, it's true that he and Kurt could take over the world. He said he wants to be Kurt's partner in the worst way. He got in Karen's face and said, "See, I want you to be there when I dismember him." He said he's going to lay her husband's broken body at her feet and he wants her to know she caused it. She cried and slipped out of the room.

–Borash attempted to interview Styles, Christian, and Tomko. Karen interrupted. Christian said, "The strip club is down the street." She flirted with Styles. Christian asked what she wanted. She said if she helps them win tonight, he agrees team with Kurt and defend the tag team titles. Christian said he's not biting because the only liar around there bigger than him is her. Christian said after they eliminate Sting and Joe, it'll be down to Christian and Styles and then the best man will win. Tomko rolled his eyes and walked away. Karen said he has such a bad attitude. Karen flirted with Styles, who said he wasn't gullible or stupid, but then totally fell for her ploy. He asked if the offer was good for her him, too. She said yes. Styles told Borash not to tell Christian what just happened.

–Tenay and West plugged TNA No Surrender: Angle vs. Black Machismo, Team Pacman vs. Team Angle (Angle & ???), and Abyss vs. Angle with all of the respective belts on the line, plus Robert Roode vs. Kaz.

–They went to a clip of James Storm continuing his search for Rhino. He said last week he went to bars that are way too high class for Rhino. He walked into a bar, but warned the camera that there are some ugly people there. He shouted, "Does anyone know where Rhino is." He said they better speak up or he'll beat up each of them. He was quickly escorted out of the bar. A bar patron did say Rhino was at the bar the night before. They plugged a 1–888–HAVE–A–BEER number for anyone who has seen Rhino.

### WHAT HAPPENED: 2ND HALF

**2 — CHRISTIAN CAGE** vs. A.J. STYLES vs. SAMOA JOE vs. STING

After ring intros for the others, Karen approached Styles. She told him to fight side–by–side with Kurt and "change the world for the children." Sting said, "If you're so concerned about the children, go change your dress." Kurt and Karen walked to the ring and they cut to a break before the match began.

Joe stomped on Christian in one corner while Styles battled Sting in another. Styles threw Sting into the ringside steps as Joe applied a rear naked choke on Christian. Styles broke up the choke right away. They doubled on Joe, but Joe fought back and dropped both Christian and Styles. Joe bowled Styles head–first into Christian's crotch. Joe suplexed Styles for a two count at 4:00. Sting recovered, entered the ring, tossed out Styles and Christian, and then checked in with Joe.

Joe catapulted Sting into Styles as he attempted to re–enter the ring. Joe then powerslammed Sting for a near fall. They cut to Kurt and Karen observing at ringside. Sting caught Joe on the top rope and fisherman suplexed him to the mat. Styles made a cover in Sting for a two count. Christian crawled onto Joe, but Styles pulled him off. Christian and Styles argued. Tenay wondered if that had anything to do with Karen angle "sweet–talking" Styles earlier. Christian and Styles attempted various leverage pins on each other for several near falls. Sting intervened, but Styles hit him with the Pele Kick. A groggy Christian climbed to the top rope and went for a frog splash on Joe and Styles. Joe and Styles both moved. All four were lying on the mat at 11:00. Joe cleared the ring, then hit a running dive over the top rope onto all three at ringside. They cut to the final break.

Christian used a low–blow at ringside during the break to turn the tide of the match. In the ring, Styles and Christian began working together against Sting inside the ring. Sting reversed the Unprettier and hit a Scorpion Death Drop. When he went for the cover, Styles broke it up. Christian went to ringside and grabbed a chair. Joe took it from him and swung it at Christian. Then he threw Christian into the announce table and brawled with him to the back. Tomko entered the ring and gave Sting a big boot as Styles distracted the ref. Sting kicked out of Styles's pin attempt. Sting then put Styles in the Scorpion Deathlock. Styles quickly tapped out. Tenay said the Dream Team has materialized as Sting and Angle will team together at Bound for Glory.

WINNER: Sting in 20:00.

STAR RATING: ***1/2 — It's nice to see TNA trust wrestlers to tell a compelling story inside the ring with ample time alotted. It worked.

–Kurt looked serious as he stood and entered the ring with both title belts. Karen handed Sting one of the tag titles. Angle shook Sting's hand. Karen raised their arms as Tenay plugged their match against Team Pacman. Kurt and Karen left. Pacman and Killing attacked Sting from behind. Pacman then spray–painted Sting's back. The best part of this Pacman thing is Killings's ring outfits are considerably more contemporary now. Kurt ran out and saved his new partner from further beating.;

–A quick video highlighted the major happenings on the show.

FINAL THOUGHTS (7.0): A strong main event made this show. The first half wasn't much, with Shelley & Sabin needlessly jobbing to a stale VKM, a relatively flat Storm segment, and not much else other than the Karen scheming. The Karen scheming didn't really click, though, as there just wasn't much sense in her trying to cut deals with each of the wrestlers in the match. She didn't seem to have a favorite and there wasn't a real clear motivation for her scheme. She didn't help anyone win in the end.

further than their instincts in the past have told them to—and after the fiasco of the wrestlers buying banned drugs online—including some who said publicly they weren't using drugs—nobody can really blame management for going far in certain areas right now.

Wrestlers have also been told that anti-estrogen pills will begin to be tested for as part of the random testing. It's generally used to offset side effects from steroid usage, such as fatty tissue build up under the nipples (gynecomastia).

New signees will now be drug tested before their contract is validated.

## Several performers released

Eugene, real name Nick Dinsmore, was released by WWE this past week. Dinsmore was sent to drug treatment by WWE last year. He was released due to Wellness Policy issues. A source says specifically that WWE had difficulty verifying a prescription with a doctor. His release came during a stretch of days where WWE management was in a "clear the decks" mood regarding anyone with any issues related to the Wellness Policy or not.

Cryme Tyme were fired from WWE on Sunday after an incident on Saturday night at a WWE live event. There had been tension building in recent weeks between the tag teams of Cryme Tyme and Lance Cade & Trevor Murdoch. When meeting on Saturday before their match, tension built to the point that veiled threats were made. At one point Shad Gaspar, according to our source's version of the conversation, told Cade, "What happens in the ring happens in the ring," a response to something Cade said during match–planning. Cade then made a spectacle of it by announcing loudly to everyone in ear–shot that he had essentially been threatened. After that planning session, Cade and Murdoch met with their referee for the match and worked out a swerve. It's not known whether any member of management was consulted.

The swerve was executed as planned during the match, as Shad was counted out by a fast ref count in a spot early in the match where usually Shad beat the count back into the ring. In response, Shad and J.T.G. gave the referee their finishing move without the ref's approval ahead of time, a major break of the wrestlers' code. There are conflicting indications of how careful they were with him. Afterwards, they took off the ref's belt and began to auction it off to the crowd, but then just gave it away. There were some exchanges and outbursts behind the scenes afterward.

The next day management met about what happened. Fuses were short because of all of the suspensions and media attention, and it may have led to more swift and decisive action than on any other weekend, as Cryme Tyme were released.

Shad Gaspar issued a statement which included the following: "Being a WWE wrestler has been a dream of mine since I was 5 years old and wrestling for WWE is the greatest job in the world. Unfortunately due to certain actions and events that I will NOT discuss J and I were released. WWE is not an evil greedy corporation, it is a family, and in

my heart I know I will some day be a WWE Super star again and part of that family. But until then I will continue to learn my craft and become the best that I can be. God has shut a door in my life, but he is opening a window."

Cryme Tyme had a good reputation in OVW, but after being called up to the main roster, they lost some goodwill points by not continuing to make time to train in OVW on their off–days, something expected to recent call–ups to the main roster. They also had earned a rep, fair or unfair, for letting their push on TV go to their heads. "They acted like bigger shots than they were and thought they were better than they really were," says one WWE source.

Mike Bucci, known as Simon Dean and Nova before that, was also fired by WWE triggered by his name appearing on the list of Internet pharmacy customers. He had been working in talent relations and there are several people within management happy to see him go. He was fired whereas active wrestlers were suspended because as a member of management he was held to a higher standard, even though his online purchases were made back when he was an active wrestler and not in management. Bucci, though, had ruffled feathers in WWE once he was moved to management, working under Tommy Dreamer in the talent–relations department. He earned a rep quickly as acting like he had more authority than he did, and even went over some people's heads or broke from protocol when working in the system. Dreamer had gone to bat for him and recommended him for the job based on his experience with him back in ECW during his days as Nova in the Blue World Order. Bucci is telling people he plans to get out of pro wrestling entirely and not return to the indy scene or seek work in TNA.

## Ric Flair quits WWE

Ric Flair has quit WWE over frustration with his push and a stretch of time lacking any encouraging communication from the front office. There are now discussions to try to talk him into cooling off and changing his mind. His situation doesn't appear to be at all related to the suspensions, although he's now more valuable with some names being gone for a month. His frustrations manifested weeks ago and it's been an ongoing issue.

If things don't work out, it's not beyond the realm of possibility that Flair could be offered a sweet and tempting deal to be part of TNA's two hour launch. TNA is interested and aware of the situation and the impact he could have on their ratings as they expand to two hours.

Flair began a financial advisor business last year to prepare himself for life after wrestling and to take advantage of what he has learned as he has dealt with his own mistakes over the years. He still owes the I.R.S., but it's set up to take a share of money he makes, but not all of the money he makes, so he isn't under tremendous pressure to earn huge money.

Flair is said to be happy with his personal life right now with his new wife. Flair has been visiting the games of his daughter's volleyball games in Appalchian College. Reid Flair, who has been handful in recent years, has begun his freshman year at University of Tennessee–Chattanooga; he's planning to be a walk–on on the wrestling team.

*KELLER ANALYSIS: Flair would be a good fit with TNA. Since TNA lost out on Mick Foley and Chris Jericho, they have roster room and the budget to pay Flair. At first, it might seem like a bad fit for Flair—and there's plenty left for him to do in WWE—but in TNA he has some compelling programs he could work:*

*–Flair vs. Sting in some form or fashion, followed or preceded by Sting & Flair as a team.*

*–Flair vs. Angle.*

*–Flair vs. Joe (just to say it happened).*

*–Flair vs. Jarrett (they could strut together!)*

*–Flair vs. Abyss (Flair could bump onto glass and tacks)*

*–Flair vs. Christian (imagine the promos beforehand)*

*–And perhaps eventually lead a group of younger wrestlers in a faction with only occasional in–ring appearances.*

*–Any of the above matches or feuds could also work in a tag team situation, which would put less pressure on Flair at his age to carry an entire match.*

*As for Flair hating Vince Russo, Jim Cornette hated Russo a lot more than Flair, and they've co–existed (barely) this long.*

*But I think the temptation to work one more WrestleMania and be in good Hall of Fame standing will tempt him to back down on quitting.*

*He'll make nice money either place, so he should be fine in that respect. He might make more in TNA, in fact, given how little WWE values Flair. Flair knows that art isn't going to appreciate having to quit to get their attention and respect.*

## THE ROCK ADDRESSES STEROIDS

Duane "The Rock" Johnson was interviewed by FoxSports.com about WWE's suspensions in an article published tonight. The following are key excerpts:

•On steroid issues in WWE: "Clearly, there has to be an aggressive educational program put in place. These guys have to be armed with the knowledge and understanding of how bad these drugs are and the dangers of mixing these drugs with the lifestyles they lead."

•Regarding Chris Benoit: "I was blown away. I had a chance to work with Chris on many occasions. He was a great guy and I knew his wife very well. The guy I knew wasn't the guy who committed these heinous crimes. I've stopped trying to figure it out because Chris had wiring that allowed him to do that where anybody who was sane couldn't fathom doing that."

•Rock on using steroids briefly in college: "I always joke about it because nothing happened. I had no idea what I was doing. I was probably taking Advil or something like it because it seemed like there were no changes. I didn't understand what it was all about and that UM had drug testing all the time. When I got in the wrestling business, I never cared about being the biggest guy. I just wanted to be the most entertaining."

•On wrestling surviving without roids: "I always tell guys I know that want to get into pro wrestling to make a box with their hand and put it around their face. I tell them, 'This is where you're going to make your money in wrestling. You should take care of yourself and your body but

you're not going to make money with only your biceps.'"

KELLER ANALYSIS: I vote for no more wrestlers telling "a funny/scary story" of the "one time" they "tried steroids" way back when and how it "didn't work out" because of "(insert reason here)" and thus they "never touched the stuff since."

## WWE NOTEBOOK

Shawn Michaels is not expected to return right away to fill out the diminished roster depth. He was contacted, but word within WWE was that he was not either not ready or not receptive to returning ahead of schedule... WWE has postponed the entire house show tour of New York that was scheduled for the final weekend of September. The event in Syracuse has been moved from Sept. 28, 2007 to Jan. 18, 2008. The event in Utica has been moved from Sept. 29, 2007 to Jan. 6, 2008. The event in Jamestown has been moved from Sept. 30, 2007 to Jan. 19, 2008... WWE today announced a "Tribute to the Troops" special will take place overseas this December once again. The location is not determined or announced yet: "WWE Superstars and Divas will again be personally delivering holiday greetings to the men and women of the U.S. Armed Forces stationed overseas. The footage can be seen during WWE's annual "Tribute to the Troops" show which will air on Monday, December 24, 2007, on USA Network. Stay tuned for more details"... The new WWE magazine that doesn't come out on newsstands for a few weeks has a big cover story about Mr. Kennedy. It's basically a magazine-style profile. It mentions that the man he "considers" his father passed away, and that he long ago lost contact with his biological father... ECW's Balls Mahoney will appear on the season finale of "Who Wants To Be A Super Hero?" on Thursday, September 6 at 9 p.m... The former Rosey can be seen appearing as himself, Matt, on the "Fat March" TV show on ABC each week, a weight-loss challenge show... Matt Sydal from Ring of Honor has agreed to terms with WWE. He is on a final tour of Japan for two weeks, will work one more ROH show, and is expected to sign his WWE contract and report to OVW by the end of the month. He's small by WWE standards, but is a very athletic worker with a rep for having a good attitude and work ethic... John Cena and Randy Orton have become pals off camera... Regarding how long he'll team with Jerry Lawler on commentary, in his latest blog, Jim Ross writes: "Hopefully, the King and I will remain partners for many years to come. That's my plan anyway." Ross also noted he's not in favor of putting OVW on WWE 24/7 because "the kids are just learning their crafts" and it might not be fair to expose them to all of the critics and the Internet if their performances were readily available. Ross will be making an appearance with Steve Austin September 22 at the Oklahoma State Fair's Monster Truck Show. As for the reports and rumors of WWE being interested in Sid, Ross wrote: "I heard the WWE watched Sid Vicious wrestle Jerry Lawler the night before SummerSlam in Connecticut but I never heard much talk about the matter. As far as I know, there is no official interest, but this would be one of those 'never say never' deals." A WWE source tells

PWTorch that Sid was asked if he could conform to the Wellness Policy and he flat out admitted no because he needs some banned substances to combat some physical therapy he still undergoes. If it was medically justified, though, it's surprising that would be an issue. Ross said he'd vote for D–Lo Brown to get hired by WWE. He said he looked good. Ross said Undertaker's urn is not, in fact, full of Skittles... ECW's Layla is featured in an FHMonline.com online photo shoot. "When I came into Diva Search these are the things I wanted to do," she said. "Now I'm living those dreams. I'm here doing FHM, and it's a great opportunity for me and for Extreme Exposé as a group"... Chris Jericho and WWE have been in talks, through Jericho's agent Barry Bloom, every few weeks lately, but no deal has been worked out yet. Jericho is commanding top dollar in terms of a downside. He's open to returning to WWE full-time with the right deal, but saved his money and is willing to walk away from a deal that he isn't happy with and continue to pursue his other interests and spend more time with his wife and kids... Multiple WWE sources were surprised no women showed up on the Signature Pharmacy customer list, as many women are known to use various drugs to help keep up their look, including Clenbuteral, an asthma medication used as a weight–loss drug as it speeds up metabolism; Cytomel, a synthetic version of the T3 thyroid hormone which helps burn fat; and Abanbar, which helps build lean muscle mass... WWE's Tampa–based developmental system is up and running. It replaced the Deep South program in Georgia. Steve Keirn, Steve Madison, and Tom Prichard are running the new program. They are running some live events on weekends, but don't have a weekly TV clearance yet; that's a top priority right now. Booker T wasn't thrilled with the decision to open a Tampa–based system as he wanted his Houston–based center to become officially subsidized as a WWE developmental system first...

# TNA NEWSWIRE

## IMPACT EXPANDING TO TWO HOURS

TNA Impact will be expanding to two hours within the next month or so barring a shocking fallout between the two parties—TNA and Spike TV. A press release is expected to be issued as soon as next week regarding the expansion to two hours. The two hour show will air on Thursday nights. It will be taped in Orlando, Fla. at Universal Studios as it is now. The TV tapings will not be at various venues across the country, as TNA is now doing with more PPVs. The TV show will not be live. It will continue to be taped, but tapings will be held more often. The current plan is run a PPV on Sunday, then tape the following Thursday's two–hour show on Monday night, and the subsequent Thursday's two–hour show on Tuesday night, then two weeks later tape one show per night again on Monday and Tuesday, then repeat that pattern. So the TV dates for wrestlers will go from three per month to five.

Spike TV is not counting on Impact drawing a higher rating when the show expands to two hours. While it would be welcome, there is more concern within Spike over the ratings dropping. There is fear that TNA fans may not watch both hours and thus the rating will be watered down. So holding steady in the

1.1 range would be seen as a positive for Spike.

TNA management has said for a long time they hope the expansion to two hours will help them feature longer matches, more character development, more time spent on the now–practically–forgotten X Division, and hopefully appeal to a wider fan–base, thus growing the ratings over time.

## TNA TO BEGIN DRUG TESTING

TNA has decided to begin random drug testing within a few weeks, although the details are being worked out. TNA does want to be able to tell Congress that they have instituted such testing. This is in response to a letter Congress sent to TNA. The following is the press release the office of Rep. Cliff Stearns issued regarding the letter he sent to TNA.

WASHINGTON, AUG. 14, 2007—Rep. Cliff Stearns (R–FL), Ranking Member of the Commerce, Trade & Consumer Protection Subcommittee, joined the subcommittee's chairman, Rep. Bobby Rush (D–IL), in contacting additional professional wrestling associations regarding their drug prevention efforts. Stearns and Rush requested this information from World Wrestling Entertainment, Inc. last month.

"After I called for a congressional hearings on the use of steroids and other drugs in professional wrestling, I have heard from wrestlers that steroids, pain killers, and other drugs are used frequently in the industry," said Stearns. "Trafficking in steroids and other drugs is a felony and their use without a prescription is also a crime. In addition to ensuring that our laws are respected, Congress has a responsibility to protect young people from the harmful impact of drug use in pro wrestling. Some 1 million children under the age of 11 watch pro wrestling and many emulate the wrestlers they see."

The associations are asked to outline their drug–testing policies and efforts to detect and prevent the use of steroids and other drugs. As a result of the numerous premature deaths of wrestlers, in many cases involving drugs, Stearns and Rush have discussed holding a hearing in the fall to look into drug use within the industry.

## TNA NOTEBOOK

TNA Impact drew another 1.1 rating (1.05 rounded up, to be precise), opening with a 1.07, dropping to a 0.98 for the next half hour, and then growing 1.05 afterward. Among M18–49, it drew a 0.72 Among M18–49, it drew a 0.60. Average viewership overall was 1.3 million... Andrew "The Punisher" Martin (a/k/a WWE's Test) is not part of TNA's roster anymore. He is still pictured on the TNA website, but he is not being booked for any future appearances. He was brought in on a trial basis and to get the "pop" TNA often goes for from featuring former WWE wrestlers in cameos or short stints. He, frankly, showed up so jacked that some members of TNA management were put off by it, especially considering the Congressional inquiries currently happening and the type of unwanted attention he would draw. If he wants to be considered for future work, he's been given indications he should come back sleeker and less Flex magazine cover–ready... Kevin Nash's contract with TNA expires this month. He is

## N|N|A   NEWS/NOTES/ANALYSIS

expected to be offered a renewal... Leticia is on a leave of absence from TNA to do some work with the X Games, Maxim, and other side projects. Her replacement was found in an open casting call in Orlando and management is already very high on her early performances... Pacman Jones has been nothing but a pleasure to work with so far. He dresses with the other wrestlers, not in a separate "big shot" locker room. He has been openly excited about being around other wrestlers and is good at asking respectful questions. "He seems like a wide–eyed mark," says one wrestler. "I mean that in a good way." He doesn't have an entourage with him, just one friend who accompanies him to most of the shows. Once his NFL suspensions is over, though, he's made it clear that he is leaving TNA... Jeff Jarrett has been more friendly in the past couple months and seems to be dealing with the death of his wife as well as could be expected. He's been more apt to engage in small talk and handshakes with everyone, not just a select few top acts. He hasn't been wrestling in great part because he cannot juggle being head booker and head of business operations and also care for his daughters who lost their mother. He doesn't have as much help as some might assume because he has not allowed his daughters to see or spend time with his father, Jerry, for the last couple of years since their bitter falling out. Only recently has he allowed his daughters to see his mother, their grandmother. He does allow the daughters to spend time with his late–wife Jill's parents... Those who knew Karen Angle from her showing up at WWE events and hearing stories about her believed she'd be a handful for TNA. So far, though, there are no incidents or stories of her causing any problems or having "diva fits." She's on time, listens well, and seems very eager to please and play her part well... Samoa Joe was recently offered a restructured and extended contract. He has about two years left on his existing deal and he opted to not renegotiate, instead deciding he preferred to stick to the existing contract. The new contract probably offered more money, but also had more dates or more limitations that Joe didn't want, plus he may want to see where he stands in TNA when this deal expires and have options at that point... Alex Shelley worked the PWG show over the weekend in Los Angeles, a group TNA hadn't allowed its wrestlers to work for. Shelley, though, was an exception as TNA for some reason offered a talent to the promoter. He is still under TNA contract with a long time left on it, having just recently renewed his deal... Jeff Jarrett continues to set the agenda for PPV line–ups, feuds, and major angles, and then leaves it to Dutch Mantel and Vince Russo to script and format the TV shows with the wrestlers he chooses getting pushed... Scott Steiner used to carry a portable cooler and refrigerator with him to keep his supplements and such fresh... Jimmy Rave is scheduled to start with TNA at this weekend's PPV or the next TV tapings... Says one colleague regarding why Jerry Lynn was let go: "He walked out moping all the time like he'd rather be dead than at TNA. He brought the morale down"... The Aug. 30 TNA Impact drew another 1.1 rating (1.05 rounded up, to be precise), opening with a 1.07, dropping to a 0.98 for the next half hour, and then

growing 1.05 afterward. Among M18–49, it drew a 0.72 Among M18–49, it drew a 0.60. Average viewership overall was 1.3 million...

## ROH NEWSWIRE

### UPDATED ROH LINE–UPS

Sept. 14 in Detroit, Mich.: Matches already announced include Rocky Romero vs. Jack Evans, ROH World Tag Team Champions The Briscoes vs. Matt Cross & Austin Aries, Chris Hero vs. Jimmy Jacobs, Naomichi Marufuji vs. El Generico, and Four Corner Survival match (winner faces ROH World Champion Takeshi Morishima later that night) Roderick Strong vs. Delirious vs. Erick Stevens vs. Kevin Steen. Already signed to appear are Nigel McGuinness, Claudio Castagnoli, Brent Albright, The YRR, and Davey Richards.

Sept. 15 in Chicago Ridge, Ill. (PPV taping): Matches already announced is The Amazing Kong & Daizee Haze vs. Sara Del Rey & Lacey and ROH World Tag Team Champions Jay & Mark Briscoe vs. Kevin Steen & El Generico in a Ladder match. Delirious vs. Matt Sydal, ROH World Champion Takeshi Morishima, Nigel McGuinness, Naomichi Marufuji, Claudio Castagnoli, Chris Hero (w/Larry Sweeney & Sara Del Rey &Tank Toland & Bobby Dempsey), Delirious, Kevin Steen & El Generico, The YRR, Austin Aries, Brent Albright, Roderick Strong, Rocky Romero and Davey Richards.

### ROH NOTEBOOK

GHC Hvt. Champion Mitsuharu Misawa will main event the Nov. 2 in Philadelphia, Pa and Nov. 3 in Manhattan events. His matches will be announced shortly... Bryan Danielson has been removed from his match on Sept. 14 in Detroit, Mich, which has been changed to ROH World Tag Team Champions the Briscoes vs. Austin Aries & Matt Cross. There has been no word yet as to whether or not he will wrestle or appear at the Sept. 15 PPV taping in Chicago Ridge, Ill... Matt Sydal will face Delirious for the last time in ROH on Sept. 15 in Chicago Ridge, Ill. The match will be taped for the DVD, but won't appear on ROH's third PPV... On Sept. 14 in Detroit, Mich, ROH World Champion Takeshi Morishima will defend against the winner of a Four Corner Survival match featuring Roderick Strong vs. Delirious vs. Kevin Steen vs. Erick Stevens. The winner will face Morishima during the second half of the show... A new ROH Video Wire featuring highlights from ROH's recent events in Hartford, Conn. and Manhattan, N.Y. is available at ROHVideos.com, along with a preview of ROH's upcoming PPV "Driven"... Two matches have been signed for the Oct. 5 in Boston, Mass. Jack Evans & Ruckus & mystery partner will take on Roderick Strong & Davey Richards & Rocky Romero and Delirious will face B.J. Whitmer... ROH World Champion Takeshi Morishima successfully defended his title on Sept. 1 against Katsuhiko Nakajima at the Kensuke Office show in Tokyo, Japan... In Demand is advertising ROH's upcoming "Driven" as appearing all month long in September, despite it not debuting until Sept. 28...

## HEADLINE ANAYLSIS from cover

Congressional hearings could possibly embarrass and expose WWE in ways that prompts sponsors, affiliates, and even fans to walk away.

If Congress institutes an independent governing body, it could remove forever WWE's autonomy, which it has most certainly abused in numerous ways such as exploitation of talent, potentially fraudulent testing (or absence of testing), perhaps misclassification of pro wrestlers as "independent contractors" (a way to gain a tax benefit and avoid offering benefits or paid vacation), and others.

Signature Pharmacy is just one online drug supplier. Others are out there. Were any others used by WWE wrestlers during the existence of the Wellness Policy? Will they be suspended? Will any of them be third strikes, requiring WWE to fire the them per their policy? How many more will be first or second offenses requiring inconvenient rerouting of major storylines due to suspensions? What would dozens of more online purchases from other online suppliers do to WWE's image with the media, affiliates, sponsors, and fans?

The concussion issue could manifest into a major overhaul of what is considered acceptable among wrestlers. Wrestlers are going to connect the dots—those not in denial or drunk on fame and petrified of losing it, that is—and see that they are sacrificing more than they ever imagined to be a WWE superstar. The solution is relatively simple: Cease chairshots to the head, hire a concussion expert to not only diagnose and treat brain injuries as they happen, but also examine tape of WWE matches and identify moves that are likely to cause concussions, especially those which aren't diagnosable but have a dangerous cumulative effect.

With the growth hormone loophole exposed and admitted to, WWE can no longer fall back on claiming their so–called comprehensive testing cleans up their company. They now must stop pushing unnaturally, unrealistically muscular wrestlers on top of cards; they must take away the financial incentive which rewards wrestlers who beat the system and risk their own well–being to get to the top. Testing alone isn't enough.

There is also the cumulative effect of pro wrestling being in the news over and over and over again for nearly three months, with months more coming with Congressional hearings. It's no longer operating on an isolated island that fans accept as is and outsiders ignore as a cultural oddity. It may finally be held to the same standards as the rest of society by the government, the corporate world, and the fans. When it is, it won't be received favorably.

True, Congress could end up slapping WWE on the wrist at the end of hearings that are lost in a new cycle dominated by political campaigns, thwarted terrorist attacks, tainted meat, and senator bathroom escapades; sponsors could continue to care about nothing but eyeball counts; fans could continue to care only about losing themselves in the fantasy world of pro wrestling; wrestlers could go on trading in long–term welfare for the pop of the crowd and the camaraderie of locker room life; families of wrestlers could accept their fate and simply buy more life insurance policies. (At least they'll have life insurance policies. That is, until insurance companies won't insure wrestlers anymore.)

Or the industry could actually, one way or another, end up shut down.



**BELOW THE BOTTOM LINE**

continued from cover

with it. WWE has earned it. The level of trust WWE fans have in management, the drug testing company, and the wrestlers is perhaps at an all-time low. Blaming them right now for overreacting is not, I would humbly suggest, an approach that's going to fly with the people WWE most needs to win over right now.

Ross: The WWE's Wellness Policy is real. It is also evolving and improving. Changes to this program needed to be made and are being initiated. The long term health of all WWE Superstars should be, and I feel, is the top priority of the company. It certainly is from my personal perspective. Talent and Television are what makes the WWE what it is today and one without the other is a recipe for less then desired success. Being a former head of talent, I have always, perhaps egocentrically, said that talent was the key to the WWE because that's what the company is selling; talented, athletic, charismatic performers who draw fans into the talents' personas by encouraging the fans to emotionally invest. Without talented and highly skilled men and women, what do the TV folks put on the tube? Again, that's an old, talent guy talking.

WK: The Wellness Policy is now constantly referred to by people within WWE as "evolving and improving," yet this is the same policy they boldly (and hastily) proclaimed in a press release—written a day after the Benoit Family Tragedy—somehow definitively proved Benoit "could not have been on steroids" at the time of his death. If it's been improved or evolved, how? Where is the latest press release from WWE updating everyone about what's changed? You can't even find their policy online—or at least I can't, and I've looked.

Ross: The WWE has suspended several of its superstars this past week for the right reasons.

WK: I'd have led with that line. I'd have saved the complaints about overreacting until a bit later if included at all. As J.R. would say, that's just my opinion.

Ross: Some "fans" and many wrestling pundits/critics will say, "well, it's about time," or some might say, "it's only because Congress is looking over the WWE's shoulder," and a few, I stress a few, might even say, "Good job, WWE." You select any response you choose. That's your right, but most likely the responses will be less than positive because that's the type of society we seem to live in today. Good news doesn't travel as fast as bad news nor is it as ratings worthy or as topical. Cable news shows rarely lead off their broadcasts with "good news" and there is a reason for that. It's called ratings. Controversy does create cash.

WK: First, let's admit that there are good and bad reporters, good and bad cable news programs, good and bad media entities. Some are after the truth, others just out to sensationalize or take a shortcut to garner ratings. It should be frustrating to WWE that some reporters get the story wrong. I understand that. I also don't believe that the bad

## Examining Ross's assessment of busy week

media is the story here. Nor should it be a constant target of WWE until WWE gets its house in order.

We live in a "type of society" that trusts until that trust is violated. That's how I look at this situation. Fans were told a Wellness Policy was in place that worked. Fans were assured by wrestlers, voluteering themselves to speak on this subject, that the locker room was clean, that Marc Mero didn't know what he was talking about, that it was a business now, not party-central. That may be true in some technical sense, in that perhaps (perhaps, but how are we trust anything at this point coming from WWE wrestlers who speak on this?) there is less party-drug use and less prescription pill usage. But if that's been replaced with body chemistry experiments with various versions of steroids, growth hormone, breast cancer medicine, and other drugs purchased in one of the most shady ways possible—through an online pharmacy without a doctor actually physically examining much less meeting these wrestlers—how cleaned up is WWE?

Why would anyone say "Good job, WWE" at this point? Because, when faced with a government-obtained list of contracted performers who violated their policy they acted as they promised the public they would—with suspensions? WWE didn't go above and beyond anything in doing this. If they want a pat on the back for the equivalent of a police officer reading a witness his rights or a judge instructing the jury properly or a child saying thank you after receiving a gift from grandma, then so be it: Great job, WWE! But at this point, WWE shouldn't be complaining about the type of society we live in.

The idea that "bad news" draws ratings and sells newspapers and is thus why "bad news" is reported is silly, and Ross is smarter than that. Does he really want to watch a newscast that lists every citizen who drove at or under the speed limit on his or her way home from work today, or an update on the high-speed drag race that endangered the lives of innocent drivers in the area? Does he want a list of the homes in his neighborhood that weren't broken into, or the one across the street from his house that was? Does he want to hear about all of the police officers who are doing their jobs properly in his neighborhood, or the one who is in cahoots with local criminals betraying his citizens? Does he want a list of the international airlines that are safe, or be alerted to the three that have a terrible safety record? Does he want the news filled with lists of products that are safe, or should scarce newscast time be given to listing the toys from China with lead paint on them? When a dog bites a man, it's not news. When a man bits a dog, it's unusual, so it makes news.

Are people saying WWE acted only because Congress is looking over their shoulders? Some are. And what even minuscule piece of evidence is there that such a thought is unfounded? When was the last time WWE started a pricey, inconvenient drug policy when there hadn't been any media stories or government interest in their lack of a policy? For the stretch of years when WWE got one puff piece after another during the Monday Night War era, WWE didn't implement drug testing. When did it start? After Eddie Guerrero died, when the media storm arrived. When was the second round of

cardio testing? Right after Benoit died. When did WWE decide to go public with future Wellness Test failures? Right after the government provided them with a list of wrestlers blatantly violating the Wellness Policy by buying banned drugs online—two offenses for the price of one.

Why isn't Jim Ross publicly asking how wrestlers buying steroids weren't caught by Dr. Black's program? Why isn't he saying more about the catch-22 of growth hormone, and how even a perfect drug testing system isn't going to catch growth hormone use if growth hormone isn't tested for—and it's expense and requires blood samples, not just urine? Why isn't he talking about pushing cruiserweights and tag teams who are athletic and have marketable personalities instead of continuing with WWE's policy of giving chance after chance to body-building types with limited skills or assets beyond that?

Ross: I applaud the WWE for taking such a strong stance in suspending many of its Superstars for violation of policy. The WWE cut the wrestlers a break by not making their names public but will do so after November 1 to anyone who is in violation of the Wellness Program. Even though it would have not been totally fair, I would have been tempted to make these recent offenders' names public on this go round. Most likely or at least in my personal opinion no one violated the Wellness Program inadvertently and everyone knew the ramifications. It will be interesting to see how many "fess up" to their indiscretion and admit their wrong doing and learn from this experience. How many will pass the buck and rationalize that what they did was somewhat, no matter how vaguely, the right thing to do under their particular and specific situations?

Not getting paid for 30 days and being largely forgotten on TV isn't a good thing for any performer or wrestler. Adding the public embarrassment of the world knowing of the indiscretion will also be challenging and embarrassing for individuals to handle as it relates to their families, including their children, business associates, fans and themselves. Some of these wrestlers could easily lose six figures of income for their lack of judgment. That would definitely get my attention. And if it didn't, I would suggest I did not belong in the organization. Period.

WK: Now we were getting somewhere in these paragraphs, and I sincerely applaud Ross. I believe this is closer to how he really feels, and I think he led with the paragraphs he did in order to build up some points within WWE with management and the talent that he, too, can engage in the media-bashing, before also unleashing on the talents who let WWE down—management, fans, sponsors, affiliates, etc.

What WWE needs is someone with the credibility and tenure of Ross, someone respected by fans as Ross is (and deservedly so), to speak out on behalf of the fans and the industry at large, strongly nudging wrestlers to hold themselves accountable and ask for forgiveness instead of offering up excuses or remaining silent when faced with facts that fly in the face of their previous public statements.

Ross: I don't know how any of us are going to change the past and the tragedies that have occurred to another generation of wrestlers. I sure

wish I could. We can't bring back our many friends and peers who have left us too early. But we can do something about the future. Things can and must change going forward. And I believe they will.

WK: I do believe as soon as WWE wrestlers and management stop playing the victim card in situations like this and speak more like Ross did in this very paragraph, fans will be willing to forgive, but not forget. Fans will be forgiving—perhaps even moreso than WWE deserves—if WWE collectively coordinates a tone of regret and a true dedication to improving—not slowly, not only when under outside pressure, not only after another tragedy—but rapidly and transparently. Fans will allow WWE to save face if they seem willing to admit—without excuses or playing the "victim card" first—their mistakes and lay out a clear plan to fix things.

Ross: As mortal beings we can only affect the present and the future to any degree. The past is history and history is to be studied and learned from.

WK: Excellent. The past is not to be forgotten. It should be studied and learned from. Again, great points by Ross. That it took this long for WWE to take these steps is, frankly, shameful. But beating that drum won't lead to change, just more resentment and finger-pointing. WWE has perhaps a final chance to do the right thing and not timidly make small changes, but drastically and decisively make big changes to prevent more preventable tragedies and disasters.

Ross: I am saddened and disappointed in those that have been suspended. I hope they learn from their mistakes and can return to the roster and become positive role models to their teammates and to the fans. That opportunity exists. In the meantime, the absence of the offenders from the locker room will provide an extraordinary opportunity to those superstars who haven't cheated and are still on the active roster. In all candor, I would say fans of the product are in for some interesting TV fare over the next several weeks. New faces in new scenarios isn't a bad thing.

WK: There's still the question of what other online pharmacies were used by another group of performers. What is WWE doing to find out about that? One way would be to have Vince McMahon and others, such as Ross, meet privately with every contracted performer and ask them to reveal any previous online purchases anytime in the past. If they come clean voluntarily, they will not be suspended for it. But they will be told that their next strike is their last. While they won't be suspended, they will have two strikes on their record, so any future test failures or policy violations will lead to termination.

The roster should also be told that if they don't admit to past online purchases and a future government investigation reveals they lied, they will be fired and not rehired. It would be great to have TNA join WWE in committing to not hire wrestlers who are revealed to have used online pharmacies in the past and didn't reveal it privately to McMahon during meetings this month. That would go a long way to insulate WWE from future surprises. If they explained that they conducted the exact above procedure, then when future lists were revealed, WWE could explain that none of the names surprise them and everyone on that list had admitted it in the past and had been punished—through the two strikes being added to their record.

WWE should submit the list to an independent agency or attorney or even a member of Congress so that should other wrestlers turn up on such online pharmacy customer lists, WWE could have an independent entity confirm they fessed up before there was such proof.

Ross: Opportunity knocks and I can't wait to see who steps up.

As usual, I am not asking anyone to agree with my personal opinions. This space is my space to express myself and to provide a platform for the visitors of our site to do likewise much more often than not. If you are angered that your comment was not posted, then I apologize. However, there are plenty of forums that will encourage and solicit all the angst one might want to contribute.

I have been honest with you on this commentary and if that isn't good enough, then so be it. No one asked me to write this nor did any one approve or disapprove it before it was posted in case some of the "Oliver Stone's" out there might be thinking otherwise.

WK: Same here. These are my opinions. Nobody asked me to write it, either! If I angered Ross or anyone in WWE, I am sorry they feel that way. If anyone within WWE, including Ross, wants to respond, I would obviously give them space on this website.

I will conclude by saying that Ross's heart is in the right place. I think he is a loyal WWE employee and it does hurt him to see people piling on during a time like this. He contributed so much in so many largely thankless and underrecognized ways as V.P. of Talent Relations during WWE's most successful boom period he hates to see that lost or soiled by a company earning a disgraceful reputation over the past two years—which is a result of a dozen years or more of failures to act on a growing problem. He also doesn't want people to drive by his BBQ restaurant and say, "That's that guy who hosts that TV show with all of those lying, hypocritical, or dying drug users. Let's go to KFC instead."

As natural as it is to focus on a few people who write to him or post elsewhere comments that go overboard and aren't founded on reasoned, informed opinion, by the second half of his commentary, he hit most of the key points that needed to be addressed. There are still unanswered questions that aren't appropriate for Ross to ask in public. I hope he and others in WWE are asking them privately—first and foremost being: "Dr. Black, how did the vaunted WWE Wellness Policy that you administer and oversee fail to detect all of these banned drugs from the systems of so many wrestlers?"

Then, Vince McMahon needs to ask himself and others in management how they can reconfigure the way WWE presents itself on television in a way that doesn't send wrestlers scurrying to online pharmacies to obtain drugs that help them look a certain way. What is it about the incentive–system WWE has created that rewards wrestlers who resort to such actions? Once that is answered, some tough changes need to be made to who is pushed, what is asked of wrestlers (both in the ring and in terms of the demanding schedule), and who is hired in the first place. The message WWE sends will be heard all the way to the recent high school graduate who is thinking of getting into pro wrestling.

There's the skinny kid who looks like a young Barry Windham who is willing to take steroids and

HGH and whatever else and will "do whatever it takes" to impress Vince McMahon. Then there's the other skinny kid with just as much athletic skills and charisma who is not willing to put that stuff in his body; he is therefore likely to choose a different career path because he doesn't see role models in WWE who got the break he seeks looking like he does.

Most 20 year old, athletically gifted people who are Jamie Noble's size don't likely to pursue a career in pro wrestling right now because there isn't a message being sent by WWE that people under 5–9 stand a chance to win a match on TV or become a bona fide superstar in WWE. Let's see: There's Rey Mysterio, and… uh… Do London & Kendrick count?

As soon as WWE stacks its roster with super–talented, super–charismatic, super–motivated wrestlers under 5–9 either in a serious cruiserweight division or a revamped and stacked tag team division, the under–5–9 crowd of twentysomethings won't bother attempting to get to WWE. (And let's be clear: You can be a steroid abuser under 5–9, too. WWE needs to hire smaller wrestlers and then push them based on talent and charisma, not being short bodybuilder types like the dead Brady Boone or Rick McGraw—two of the early casualties of the bodybuilder era of this industry.)

So WWE can send that message from the top down. Once they do, a wealth of previously untapped talent will begin to surface in coming months and years. We will suffer through fewer Chris Masters and Sean O'Haires and Mark Jindraks getting chance after chance after chance before fizzling, fewer Batista clustermess disastrous matches at or near the top of PPVs, and more Barry Windhams, Mick Foleys, Jamie Nobles, Sean Waltmans, Shawn Michaels, Jeff Hardys, Bobby Eatons, Ric Flairs, Alex Shelleys, and Rey Mysterios—the bodytypes right now getting fewer opportunities and incentives than the bigger guys with less talent but genetic "gifts" and a willingness to swallow and stick anything into their bodies to impress Vince McMahon. Those are the types right now WWE is seeking out and attracting into this industry—as evidenced by this week's list of online drug customers working for WWE.

I am positive that WWE stacked with a roster of wrestlers similar to Windham, Foley, Noble, Waltman, Michaels, Hardy, Eaton, Flair, Shelley, and Mysterio—the sleek, cut, athletic versions of them as opposed to the "roided up to keep up" version of them—would draw money and provide a better overall product. The choice to change isn't a bitter pill to swallow; instead, it's a path to another boom period. It's win–win for the wrestlers (with talent and charisma) and for Vince McMahon.

The only problem is, such change would be seen by Vince as defeat, as giving in. Sadly, it goes against his DNA to even consider it.




## McNEILL FACTOR

### By Pat McNeill, columnist

**The Man In Black:** We've seen speculation as to whether Jim Ross will keep his job as WWE's main play–by–play announcer. Ross's contract is up soon, and there's been no word on whether WWE has renewed his deal. Vince McMahon and Kevin Dunn are turning the heat up on their Hall of Fame broadcaster. First, they brought out WWE Heat play–by–play guy Todd Grisham for a quick round of on–the–job training on Raw a couple of weeks ago. This was a smart move on a couple of levels, not the least of which was that Ross remained on commentary, ready to grab hold of the yoke if Grisham should falter. For the record, the Grisham–Ross duo worked out fairly well.

The next dig at Ross came the following week, when Jerry "The King" Lawler was written off the show and Tazz sat in as guest commentator. Over the past decade, J.R. has spent most of his television time working with Lawler, and the two have forged a deep friendship and built a certain comfort level with each other. You'd think this would be a positive development, but Vince McMahon doesn't agree. In his experience of putting on wrestling television, McMahon prefers to have conflict between his announcers. That's why McMahon always argued with Jesse Ventura in the late 1980s. Heck, Gorilla Monsoon and Bobby Heenan practically turned their bickering on "WWF Wrestling Challenge" into a vaudeville routine.

Jerry Lawler isn't aging well. There are people in WWE who don't believe that Jim Ross is young and handsome enough to be a wrestling announcer. Combine that with the fact his Hall of Fame broadcast partner is older than Ross, and there's a definite movement within WWE to split up the longtime duo.

The thing is, Jim Ross doesn't care. In the past, Ross fought very hard to hang onto his position hosting WWE's flagship broadcast. But his perspective has changed in the past couple of years. You'll recall that the Oklahoma barbecuer hit a rough patch in 2005, with WWE replacing him just as he was scheduled to go in for colon surgery. Then, after UFC announcer Mike Goldberg turned down the Raw play–by–play gig, Vince McMahon took his out frustrations with Ross during a memorable episode of Raw. This included a skit with Mr. McMahon making fun of J.R.'s surgery, which went over about as well as you'd expect.

One of Ross's numerous duties involves hosting the "Legends Roundtable" show on WWE 24/7. This month's episode featured Ross, along with Lawler, Michael Hayes, and guest panelists Mick Foley and Eric Bischoff, discussing the Monday Night War feud between the WWF and WCW. During the discussion, the topic turned to how Bischoff's use of the cruiserweights boosted the interest in WCW's first hour of Nitro and caused the overall workrate in North America to

rise. Ross responded by saying that a minimum size requirement for a WWE wrestler was a "jackass idea" or something along those lines. This was an awkward moment. At one point over the past few years, Vince McMahon had reportedly ordered talent relations director John Laurinaitis not to hire any prospects below six–foot–two. That instruction has since been rescinded. Jim Ross had a pretty darn good idea who he was criticizing. This is also not an isolated incident. Ross has his own blog on his restaurant's website and frequently expresses his opinions in that blog

At one point during his hiatus, Jim Ross, while convalescing at home with his wife, apparently came to the realization that there was more to life than be a professional wrestling announcer. Ross reportedly has a substantial nest egg from his years in the WWE front office and his accumulated stock options. He went out and bought his own restaurant in Norman, Oklahoma, which is a full–time job in and of itself. He had free time to follow his beloved Oklahoma Sooners football team on the road and was obviously having a great time. Jim Ross still loves professional wrestling and loves doing play–by–play on Raw every week. But Ross no longer needs WWE. Strangely, that makes World Wrestling Entertainment and Vince McMahon appreciate him more.

Ross was also valuable this week in defending WWE's wrestler suspensions on his blog. He wisely focused on the positive move in weeding out the violators of the embattled WWE Wellness Policy and was critical enough of everyone involved that he provided some needed credibility on this issue. Good Ol' J.R. also stressed the silver lining that came out of the situation, which is the prospect of a couple of undercard wrestlers taking the opportunity to move up the card. If anything, the articulate response from Ross showed how unfocused and poorly thought out the responses of other WWE employees have been.

Right now, World Wrestling Entertainment needs Jim Ross. Could they function without him? Sure. But Ross is the best wrestling play–by–play man of his generation. WWE Raw is a better product with Ross's steady voice behind it. With Ross on Raw, WWE can afford to keep its best color commentator, John Layfield, on Smackdown in order to liven up a less interesting product. With Ross on Raw, WWE can afford to use Joey Styles and Tazz on ECW. And with all the scandals swirling around Titan Towers in Stamford, it would be a major faux pas to let the man in the Resistol Hat slip away now.

**Wellness 1985:** PWTorch editor Wade Keller has rightly pointed out over the past few weeks that WWE isn't the only wrestling promotion to ignore steroid and drug issues. Total Nonstop Action Wrestling remains an embarrassment to the industry. World Championship Wrestling had a horrible track record of preventing steroid and rug use. Extreme Championship Wrestling was an outlaw group which fomented a reputation of employing performers who couldn't fit in elsewhere. This included wrestlers who abused drugs, alcohol, and steroids.

But the problem certainly didn't begin in the mid–1990s. One of our eager readers at the Torch VIP message board pointed out the macabre nature

## The Man In Black, Respect, and Wellness '85

of some programming on WWE 24/7, where you can see some of the biggest shows and matches from days gone by. This week, subscribers can see the Nov. 23, 1985 episode of NWA World Championship Wrestling, the final show before the big Starrcade '85 event.

There's plenty of space devoted to the feud between "Superstar" Billy Graham and The Barbarian, both of whom look like clear violators of any Wellness Policy that may have been in place in 1985. Graham, in his red and yellow outfit, looked so much like Hulk Hogan that David Crockett might have been able to dismiss Hogan as a Billy Graham impersonator.

There's Billy Jack Haynes, a mediocre wrestler who is built like a redneck version of Bobby Lashley. There are the Road Warriors, and you won't find many people more muscular than the late Michael Hegstrand. There is a video package on the Russians, Nikita Koloff & Barry Darsow, both of whom are larger than life. Nikita in particular looked ripped.

In addition to Hegstrand, Mike Davis and Pez Whatley were on the program, making for three former NWA wrestlers who passed away too soon. Flip over to the WWE Global Warfare '93 show (a Coliseum Video selection transferred to 24/7), and you'll see Brian Adams, Yokozuna, Curt Hennig, and Bam Bam Bigelow. On the Championship Wrestling from Florida episode, you'll see more of the Road Warriors and a young Lex Luger. The Spectacular Legacy of the AWA is on 24/7 this month, with more Road Warriors, Curt Hennig, Sherri Martel, Billy Graham, Hulk Hogan, Kerry von Erich, and an incredibly jacked Jesse Ventura.

WWE set the trend for incredibly large, muscular bodies on professional wrestling. But that doesn't absolve the other major promoters in North America, the ones who, for the most part, tried to copy McMahon's methods. Their acquiescence helped allow the current state of affairs to happen.

**Respect Earned:** Ring of Honor's second pay–per–view effort, "Driven," will debut later this month. Over the weekend, this columnist had the chance to review the special two–disc "Respect Is Earned" DVD, which contains all the bonus matches and footage from the Manhattan show on May 12.

The matches were good, but the highlight of the bonus disc featured the final three parts of Jimmy Jacobs's courtship of his venal valet, Lacey. The emo hero had earned the right to woo Lacey for a weekend by beating and injuring B.J. Whitmer during WrestleMania weekend. After an unimpressive first date, where Jacobs took Lacey bowling, Jimmy had three days left to impress the leader of Laqcey's Angels.

Ring of Honor hasn't always done the best job on its pretaped angles, including the botched start of the Carnage Crew vs. New Carnage Crew feud a few years ago, and the lame reveal of Colt Cabana as Lacey's secret lover last year. This was different. And, without spoiling it for those who haven't seen the skits, it featured a logical conclusion that was consistent with what we know of both characters. Thumbs up all around.



## FRONT ROW, SECTION D

**By Bruce Mitchell, columnist**



*"The WWE does not have a drug policy that's worth a flip,"* U.S. Rep. Cliff Stearns (R–Fla.) told the Daily News yesterday. *"Because the WWE didn't catch them, the district attorney in (Albany) New York investigated and found them."*

– New York Daily News, September 10, 2007

The evidence is mounting that WWE cannot or will not protect the health of its talent with an effective drug testing policy of its own.

Any idea that Vince McMahon and his management may have once had of just riding this unprecedented governmental and media storm out and then returning to a profitable business–as–usual seems more remote from reality than ever. Don't be fooled, like the CBS Evening News or the wrestling experts at the Howard Stern Show, by the eleven suspensions WWE passed out—this is no crackdown. This is "oh–my–god maybe they're serious, why don't they leave us alone" panic, and even in the midst of that desperation, WWE can't help showing the arrogance and blindness to long–term business security that got them in the mess in the first place

There's no getting around it. Last week's news was devastating and raises questions about virtually everything WWE has done in the name of Health and Wellness since Eddie Guerrero died.

These revelations cast new, serious doubt on the integrity of WWE's Health and Wellness program. Consider:

•According to *Sports Illustrated* reporters **Luis Fernando Llosa and L. Jon Wertheim, eight wrestlers** (Chris Benoit, Chavo Guerrero, Shane Helms, Randy Orton, John Morrison, Ken Kennedy, Charlie Haas, and Sylvain Grenier) received packages of nandrolone after the Wellness Policy went into effect and up to the time that the Internet Signature Pharmacy was shut down by authorities. Why is that news worse than WWE talent receiving Human Growth Hormone from the federally raided Internet drugstore?

Simple – Nandrolone, better known by its brand name of Deca–Durabolin, is reliably detected by drug testing. Athletes who want to circumvent the testing of whatever regulatory agency oversees their sport don't use Nandrolone because it can stay in the body in detectable levels for extended periods of time.

Notice the two NFL personnel so far, Dallas Cowboys quarterback coach Wade Wilson and New England Patriots wide receiver Rodney Harrison, who were suspended because their names turned up on the same Signature Pharmacy lists for receiving drugs banned by the league. Neither received Nandrolone. If more NFL players are named from this Signature Pharmacy list, notice whether any ordered this easy–to–detect drug. Odds are they didn't,

because more than likely NFL testing would have caught its use. For athletes looking to put their long–term health at risk for a short–term competitive edge, Nandrolone is out of date, whatever its prescription date.

That's not true for at least some WWE talent. Why did eight WWE wrestlers think they wouldn't get caught taking Nandrolone, even though the company regularly tested them for illegal muscle enhancers? What did they know, or think they know, that made that worth the risk to buy this drug from a clearly banned Internet pharmacy? Why not take the safer route of finding a sympathetic doctor who could provide enough of a medical reason to pass Dr. Black's criteria for what constitutes proper steroid use?

What made these guys so confident they could use this drug and not get caught by the Wellness Policy? Did someone tip these buyers off that, unlike in every other competitive sport that drug tests, they could use Nandrolone and not get caught? What, did one guy accidentally take some Deca, worry for a couple of months, notice he never got suspended, and then tip off the others that, hey, you can use the stuff with no consequence? Did Dr. Black's company, unlike every other sports testing body, just quietly not test for this once commonly illegal body enhancer? Did Nandrolone become the company's unofficial vehicle to cheaply replace the "testosterone therapy"/HGH /insulin cocktail that only the top main eventers could allegedly afford?

Whatever the specific answers to these questions, there's no getting around the simple fact that the WWE Wellness Policy couldn't catch WWE Superstars who used a steroid that was relatively easy to detect and that it took outside prosecutors to tell WWE management what they would have known with either an effective or honest drug testing system.

Did someone in WWE think the "mark doctor" back door escape wasn't enough to insure the talent did what they needed to do to stay marketable in the wrestling world this company created?

•The timing of the suspensions, Nandrolone aside, is also suspect. The Albany, N.Y. District Attorney met with WWE officials on Aug. 14 (Remember, they initiated the meeting with WWE themselves. WWE didn't ask for the meeting or request that investigators cross–reference Signature Pharmacy customer lists so they could find out for themselves who might be circumventing their testing. I wonder they didn't want to know.) WWE knew the names on the customer list at that meeting. Those names on a list that came directly from the District Attorney's office would constitute what Jerry McDevitt, WWE's attorney, would call proof.

It was over two weeks later, on August 30th, that WWE suddenly decided to suspend many, but not all, of the performers buying drugs from a company–banned Internet pharmacy. That meant two weeks of television exposure, of house shows, of a Summerslam pay–per–view payoff, without consequences for violating the Wellness Policy.

Suddenly, and you can tell by the Summerslam results of at least one match – SP customer Umaga pinning SP customer Mr. Kennedy – that the SP list

# WWE's Health and Wellness Mystery

> **WWE wasn't upset their wrestlers were on the prosecutor's list; they did nothing because of that. They were upset their wrestlers were outed publicly by Sports Illustrated and ESPN.com; that says everything about both the real purpose of the Wellness Policy and the integrity of the people who administer it.**

was no consideration in the booking, WWE decided they better start at least putting up the appearance of following their own policy.

But why did it take over two weeks to suspend wrestlers who clearly violated WWE's own policy at a time when the entire company— the entire professional wrestling industry—was under a media and Congressional microscope? It doesn't take the NFL or Major League Baseball, both of whom govern performer whose interests are protected by a union that makes sure their rights are protected, two weeks to mete out punishment when someone breaks their institutional laws.

After two weeks of doing nothing, WWE acted with all suddenness. What happened?

WWE wasn't upset their wrestlers were on the prosecutor's list; they did nothing because of that. They were upset their wrestlers were outed publicly by *Sports Illustrated* and ESPN.com; that says everything about both the real purpose of the Wellness Policy and the integrity of the people who administer it.

•Then there's the amazing assertion by U.S. Rep. Cliff Stearns (R–Fla.) that WWE didn't even respect the Congress of The United States enough to send them a copy of their Wellness Policy when they were specifically instructed to do so.

WWE is eager to help Congress solve the closed Chris Benoit murder/suicide, according to the reply they sent back, and yet they neglected to send investigators a copy of their Wellness Policy? Judging from what Michael Benoit, Chris Benoit's father, revealed at his press conference, WWE better hope Congress never gets interested in the significant health issue of the effect of multiple concussions on pro wrestlers or that anyone puts together a highlight tape of suicide victim Benoit doing his trademark flying headbutt over and over again, followed by former employee/suicide victim Mike Awesome getting smashed over and over full force by steel chair, maybe interspersed with famous footage of that now–famous movie star smashing the skull of that less–famous New York Times Best Selling Author eighteen times in a row with a steel chair while his

wife and horrified children watched from ringside.

But why should Congress be any different from anyone else? The specifics of the WWE Wellness Policy are shrouded in more shadow than Dick Cheney's current location. You can't find it on WWE's corporate website. No one has a copy of it. Stearns and his investigators want to know what drugs and at what levels are prohibited by this policy. Anyone looking into how the biggest company in the industry is looking after the health of its talent would want to know when WWE drug tests and why. The only thing we know about their schedule is apparently WWE does heart testing sometime after well-known wrestlers under contract die, since, according to their letter to Congress, the only comprehensive company-wide heart testing they've done was after Eddie Guerrero and Chris Benoit died.

Why didn't, why doesn't, WWE make the specifics of their Wellness Policy public? Privacy mandates only protecting individuals. Most companies make their institutional policies public, particularly when they want to be seen as addressing drug problems. No company has a bigger public relations problem with drugs than WWE. If they have what they say they have—a real, effective drug testing program—it's in their interest to let everyone know. WWE continues to hide the real policy, even from Congress.

All an interested public knows for sure is two things: that Chris Benoit passed a test in April despite a doctor prescribing ten months of steroids to him every three weeks, and that he wrestled continuously for months despite having both Dr. Astin's drugs *and* the drugs he ordered from Signature Pharmacy at his disposal…

and that, again, somehow at least eight wrestlers had a good idea that they could take a steroid usually detected by testing without worry of the company catching itself.

Does WWE not want the specifics of their policy known because it allows them to "adjust" both the requirements and the consequences of their policy when it is convenient for their promotional efforts? After The Great Khali and Bobby Lashley were suspended because of problems with their liver enzyme levels and a WWE pay-per-view had to be reconfigured, the company went for months without any significant suspensions ruining their booking efforts. There were reports that WWE took the dubious tact (dubious as to their talents' health) of keeping performers who didn't pass drug tests on the road working, with their punishment being they were fined a substantial part of their pay.

Was that particular punishment written into the Wellness Policy? Are you kidding?

The confusion this week surrounding why some main eventers may or may not be suspended or seem to be suspended or have quit or have quit while suspended or seem like they're suspended while they're really on vacation only adds to the suspicion surrounding this mysterious policy.

WWE even had the nerve to announce specific amendments to a policy that has no specifics. Apparently they're going to reveal the names of anyone suspended without revealing either what constitutes an offense or what the consequences of committing that offense is.

For WWE to reap public relations benefits of having a policy that governed their talents health and welfare while keeping the booking flexibility

their creative team needed to respond to book their television and any pay-per-view product on a weekly basis, it is imperative that the specifics of the policy stay vague. That way WWE could have the best of both worlds by being seen as responsible corporate citizens which was proactive about the health of their talent while simultaneously keeping them on the road.

Vince McMahon knows that, in the end, any policy a company comes up with is really just worth the paper it isn't printed on. What counts are your actions.

With every television appearance, it's clear that he and the company's number one star, his son in law Triple H, are determined to lead company talent by their example. It's too bad that Vince McMahon didn't watch those old black and white Andy Griffith shows that are such a part of his North Carolina heritage before he made that now infamous comparison on that Monday Night Raw.

Say what you will Deputy Barney Fife, but at the end of every episode, without fail, he dispensed justice to any loudmouth arrogant out-of-towner who underestimated the laws and institutions he swore to uphold.

*Bruce Mitchell has been a PWTorch columnist since September 2000. He recommends for your reading pleasure the book "Crooked Little Vein" by Warren Ellis (in fact, if there was one book I could force Wade Keller to read at gunpoint—and that's what it would take to get him to read this twisted thing—it'd be this one.) Listen to Mitchell and Keller every weekend discuss current events in pro wrestling on the VIP Bruce Mitchell Audio Show.*

## PRO WRESTLING TORCH ORDER FORM

**Step 1: Indicate method of sending in order and payment**

☐ **Email—Master Card, Visa, Pay Pal**
E-mail name, address, card# (w/exp. date) and indicate what you are ordering to: <torchsubscriptions@comcast.net> or visit www.pwtorch.com to use Pay Pal online.

☐ **Fax—Must use Visa or Master Card**
• Fax this form (or all pertinent information) to (651) 452-2316 (24 hours a day)

☐ **Traditional Mail (check, m.o., or credit)**
• Mail this form to: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121.
• Important: If your address is not on backside of this form, please include separately.
• Canada/Overseas orders must use money orders in U.S. funds or Visa or Master Card.

**Step 2: Indicate your purchase**

☐ **100 issues—$175 U.S. ($200** Canada, $275 overseas)

☐ **50 issues—$97 U.S. ($108** Canada, $143 overseas)

☐ **20 issues—$41 U.S. ($45** Canada, $60 overseas)

☐ **8 issues—$18 U.S. ($20** Canada, $26 overseas)

Have a sub concern? E-mail us or call or fax 651-452-2316.

**Step 3: Indicate means of payment**

Circle one of the following:
Check—Money Order—Visa—Master Card

CREDIT CARD NUMBER _____ EXP. DATE ____

SIGNATURE (for credit card orders only) _____

PLEASE PRINT FIRST AND LAST NAME _____

HOME & WORK PHONE #s (for all orders, in-house use only) _____

PLEASE INCLUDE YOUR E-MAIL FOR "VIP EMAIL EXPRESS" REPORTS AND RENEWAL REMINDERS:

If you could change one thing about the Torch, what would it be?

Do you visit PWTorch.com regularly? Yes No

Please rate these: 10=great!... 5=okay... 1=ugh

| | |
|---|---|
| Cover Story: | Backtrack: |
| Newswire: | TV/PPV Reax: |
| Torch Talks: | Keller Columns: |
| WWE PPV reports: | McNeill Columns: |
| TNA PPV Reports: | Mitchell Columns: |
| ROH PPV Reviews: | Caldwell Columns: |
| Good Question: | Radican Columns: |

### END NOTES from pg. 16

I understand how Benoit having suffered brain damage would be, in retrospect, comforting to his family. While not creating an excuse for his actions, it further paints a picture of someone who wasn't himself and hadn't felt like himself for a while.

There is no reason the pro wrestling industry cannot survive and thrive without this being a necessary, unavoidable price that wrestlers pay to participate. WWE and TNA bringing a concussion expert on the road full-time would be an appropriate gesture at this point so concussions can be diagnosed immediately and wrestlers can be pulled from action if needed. (ROH and all indy promoters should make it a priority to learn as much as possible about signs of concussions, too.) If that leads to inconvenience in terms of PPV matches being changed or storyline plans being interrupted, so be it. Promoters can learn from it and adjust the in-ring style accordingly over time to do their best to avoid as many concussions as possible and treat those that do happen appropriately.

The way the public reacts to chairshots should change because of this. Wrestlers should no longer accept being asked to take chairshots to the skull; if they are willing, someone needs to step in and stop it. There's just too much on the line, and it's just not necessary to tell a compelling, entertaining story in the ring.

If dozens of wrestlers begin to suffer serious effects from blows to the head, and WWE doesn't act now to stop it, WWE could end up being sued by angry, despondent families.

## PWTorch Weekly #988 • P.O. BOX 211654 • ST. PAUL, MN 55121

•**PUBLISHING INFORMATION:** Pro Wrestling Torch is published approximately 50 times per year by TDH Communications Inc. including occasional double issue weeks. It is 12 pages standard, with special 16 page bonus weeks. •**COPYRIGHT NOTICE:** All material herein is copyright TDH Communications Inc. 2007. All rights reserved. No portion of the Torch may be extensively quoted, reprinted, or broadcast in whole or in part (including on the Internet) without written permission of the publisher. •**CONTACTING THE TORCH:** Editorial and Subscription Offices: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121... 24–Hour Faxline: (651) 452–2316... Editorial Office (for news, results, or to contact Wade Keller: (651) 452–2316... Subscription Concern Phoneline: (651) 452–2316... E–Mail Sub Department: torchsubscriptions@comcast.net... E–Mail Wade Keller: wadekeller07@pwtorch.com •**RESUBSCRIBING GUIDELINE:** To assure uninterrupted service, please resubscribe at least three weeks before your final issue arrives. Once each bulk mailing takes place on Tuesday or Wednesday, no individual back issues are available. If you wait too long, you may miss an issue. •**MISSING AN ISSUE?:** If you do not receive an issue within seven days of its Tuesday or Wednesday mailing date, notify the Torch for a replacement. Please wait at least seven days, though. •**ADDRESS CHANGE?:** Send to the subscription department via fax (651) 452–2316 or e–mail (torchsubscriptions@comcast.net) or regular mail. Please DO NOT phone it in verbally. •**PWTORCH WEBSITE:** Get daily updates and commentary from the TORCH staff at www.PWTorch.com and PWTorch.com/members.

PRESORT
FIRST CLASS
U.S. POSTAGE PAID
MINNEAPOLIS, MN
PERMIT NO. 4665

**EVENTS SCHEDULE**

- 9/2 Raw taping in Columbus, Ohio [R]
- 9/2 SD/ECW taping in Toledo, Ohio
- 9/3 TNA in Syracuse, N.Y.
- 9/8 WWE in Rochester, Minn. [S/E]
- 9/9 No Surrender PPV in Orlando, Fla.
- 9/9 WWE in Minneapolis, Minn. [S/E]
- 9/10 Raw live in Green Bay, Wis.
- 9/10 Impact taping in Orlando, Fla.
- 9/14 ROH in Detroit, Mich.
- 9/15 ROH in Chicago Ridge, Ill.
- 9/16 Unforgiven PPV in Memphis, Tenn.

## FIRST CLASS (WARNING: SEAL TO BE BROKEN BY ADDRESSEE ONLY)

DAMAGED CONDITION
RECEIVED II

---

# END NOTES

**By WADE KELLER, Torch editor**

ABCNews.com reports on the findings revealed by the Sports Legacy Institute on Chris Benoit's brain, noting that "Benoit's brain was so severely damaged it resembled the brain of an 85–year–old Alzheimer's patient." The research team concludes that it was the result of a lifetime of chronic concussions and head trauma suffered in the wrestling ring.

Researcher Julian Bailes who examined Benoit's brain said there is a consistent theme among Benoit and some NFL players who committed suicide of "failure of their personal lives, their business lives, depression, and then - ultimately suicide."

Damage was found to Benoit's brain deep in the four lobes and into the brain stem, considered proof of repeated concussions.

What should alarm and concern current and former wrestlers and be reason for this to become a top priority among WWE management in terms of augmenting WWE's in–ring style is that it only takes three concussions to manifest later in life as problems.

Michael Benoit said learning this about his son's brain brings him a sense of understanding and comfort that his son as he knew him may have been so greatly affected by brain damage that he didn't take the actions that he did with full moral awareness of someone without brain damage.

Michael said the message he wants Benoit's surviving children from his previous marriage to have is "their dad loved [them] dearly and what happened wasn't his fault."

There was a big reaction among wrestlers initially when roid rage was considered a possible cause of Benoit's actions—which was always an oversimplified hypothesis pushed by the mainstream media wanting an easy hook for their stories.

The defensiveness on the part of wrestlers discounting roid rage was in part prompted by the fact that roid rage isn't common in their daily lives and consists of a shorter temper, but not truly a rage that would last days. So while it could have explained Benoit "snapping" for a few seconds during an argument with Nancy, it was never a realistic hypothesis for what happened over the course of the entire weekend.

The defensiveness by wrestlers was also a case of not wanting their wives and girlfriends to be concerned for their own well–being as many wrestlers' partners are well aware that they use various forms of steroids, growth hormone, and other drugs. The wrestlers wanted to be sure that their wives or girlfriends didn't issue ultimatums that they had to quit using or they'd leave them for fear of their lives.

Today's revelation adds a new dimension to the Benoit Family Tragedy, but also adds a new fear for families of wrestlers. If I'm a family member of a wrestler—a partner, a child, even a parent—I'd be very concerned about the cumulative effects of taking hard bumps or blows to the head over time. If I'm Kurt Angle, Balls Mahoney, Sean Waltman, Mick Foley, or one of countless other wrestlers who are known to have suffered repeated stiff blows to the skull or concussions, I'd be worried about today's revelations and what it means for my future.

Although this dates back to boxers from the 1920s suffering "punch drunk syndrome," the physical abuse wrestlers put their heads through went up exponentially starting in the mid–'90s with an explosion of repeated stiff chairshots in ECW, the indy scene, and eventually the WWF and WCW. We are just entering the phase of time when the damage caused to wrestlers during that time may begin to manifest on a large scale in debilitating ways.

With Chris Benoit, the cause of his actions on that tragic weekend has always been a concoction of various factors all coming together at once—perhaps including a trigger–temper from testosterone overusage, alcohol, clinical depression (from brain damage and coming off of various drugs), general stress (accumulative lack of vacations over the course of his long career and physical deterioration both appearance– and performance–related as he approached age 40), and other factors. The brain damage from bumps and concussions just adds to the understanding of why someone those knew best acted in a way they believed was so out of character with who Benoit really was at his core.

—Please see END NOTES, pg. 15

# EXHIBIT 50

 **NEWS**

# Kids' Concussions Underreported

**Recent High-Profile Sports Injuries Prompt Doctors to Examine Younger Athletes**

**Sept. 12, 2007 —**

An alarming new statistic: Kids only report one out of every 10 concussions.

And with about 1.5 million junior high school and high school students playing football in the United States each year, that's a lot of unreported head injuries.

Chris Nowinski, a former professional wrestler, suffered multiple sports concussions through the years ☐ along with long-term symptoms that can come with them. The dizziness, the headaches, the loss of memory ☐ even depression.

"I had to retire from wrestling, sat in a dark room for 18 months just trying to get my head straight," Nowinski said.

Nowinski, who has dedicated his life to studying the effects of concussions on athletes, knew he had to get inside wrestler Chris Benoit's mind. So with the help of neurosurgeon Julian Bailes, he studied his brain.

What they found astounded everyone. At the time of the wrestler's suicide, Benoit's brain was so severely damaged it resembled the brain of an 85-year-old Alzheimer's patient.

"He had the same sort of brain injury, dead brain cells and their connections. And that's what you get a lot of times in demented people who lose their capacity, their judgment," Bailes said.

Symptoms, Bailes says, that may be the result of a lifetime of concussions and could have in some way triggered Benoit's dark decisions in the end. In late June, the professional wrestler killed his wife, 7-year-old son and himself.

"I don't think any of us, prior to very recently, have realized that concussions can affect your brain in such a drastic way, at such a young age," Nowinski said.

Benoit likely had no idea of the extent of his brain damage.

**No Idea of Damage**

Experts say his ignorance is characteristic of many young athletes, children and teens, coming up behind him.

Like 15-year-old Willie Baun, whose parents won't forget one play on the field.

His father, Whitey Baun, said, "It was absolutely a normal hit, nothing that made me go, 'Oh! That was a

real hit!'"

But it was a real hit, for Willie's brain. In fact, doctors learned it was his second concussion in just six weeks. And there were real consequences ☐ it's called post-concussion syndrome.

Willie Baun lost his memory.

"He looked at his homework and he had not a clue as to what to do, how to tackle it, he was almost in tears saying I don't understand any of this," his mother, Becky Baun, said.

With help from doctors, eight months later, Willie's memory was back. But if it had gone unnoticed, it could have led to much bigger problems.

"There is still this mentality that if you get your bell rung or you get dinged, as they understand it, they try to play through it because they think they are being tough. In reality that's a concussion," said Dr. Matt Lively of West Virginia University.

Experts say parents should watch more than just the game:

  After a rough play, ask your child whether he or she is dizzy or lightheaded.

  Does he or she have recurrent headaches?

Bailes says the rule of thumb is three concussions and it's time to stop playing the sport.

High schools around the country are becoming more aware of the possible dangers and long-term effects of concussions. Parents and coaches are also now using the HeadMinder test.

After a hit, the player answers a series of questions to test current cognitive ability. The score is tested against a baseline number to see whether there's been an injury and whether the player is ready to go back on the field.

Copyright © 2008 ABC News Internet Ventures

# EXHIBIT 51

VOLUME 7    NUMBER 18    SEPTEMBER 18, 2007



Now Published 24 Times A Year

AMERICAN ACADEMY OF
NEUROLOGY
AN OFFICIAL PUBLICATION OF THE AMERICAN ACADEMY OF NEUROLOGY

# NEUROLOGY TODAY

www.neurotodayonline.com

## Brain Damage May Have Contributed to Former Wrestler's Violent Demise

By Stephanie Cajigal

NEW YORK CITY—Professional wrestler Christopher Benoit is the fifth former athlete with extensive brain damage believed to be caused by multiple concussions, neurosurgeons said here at a news conference on Sept. 5th.

Robert Cantu, MD, told reporters that of the former athletes they have studied, the former World Wrestling Entertainment wrestler had "by far and away" the greatest amount of tau protein accumulation in his brain, a marker of brain trauma. Dr. Cantu is chief of neurosurgery service and director of sports medicine at Emerson Hospital in Concord, MA, and co-director of the neurology sports injury center at Brigham and Women's Hospital in Boston.

University of Pittsburgh neuropathologist Bennet Omalu

led the research on behalf of the Sports Legacy Institute, an organization he, Dr. Cantu, and other concussion experts formed this summer to study the effects of sports concussions on athletes. Dr. Omalu has reported this type of brain damage — known as chronic traumatic encephalopathy — in former National Football League players Terry Long (*Neurosurgery* 2005;57:128-134), Mike Webster (*Neurosurgery* 2006;59:1086-1093), Andre Waters, and Justin Strzelczyk.

Chronic traumatic encephalopathy, or CTE, is a progressive condition marked by neurofibrillary tangles and neuritic threads, starting in the neocortex and progressing to the hippocampus. It was first identified in 1928 and attributed to repetitive cerebral trauma. In boxers, the con-

Continued on page 16



Neurosurgeons said former WWE wrestler Christopher Benoit had sustained brain damage caused by repeated concussions.

## A Mediterranean Diet is Associated with Living Longer with Alzheimer Disease

By Lisa Phillips

A Mediterranean-style diet may not only protect against Alzheimer disease (AD), but may also help patients who have the disease live longer, according to a new study published in the Sept. 11 *Neurology* (69:1084-1093).

The study tracked the diets of 192 elderly residents of northern Manhattan who had been diagnosed with early Alzheimer disease. The subjects who followed a Mediterranean-style diet most closely lived an average of 3.9 years longer than subjects



who adhered to the diet the least.

The Mediterranean diet is characterized by high intake of vegetables, legumes, fruits, cereals, fish, and unsaturated fats such as olive oil, along Continued on page 17

*In previous studies, the Mediterranean diet has been associated with a lower risk for dementia. The diet includes a high intake of vegetables, legumes, fruits, cereals, fish, and unsaturated fats such as olive oil, along with a low intake of meat and poultry, a moderate intake of dairy products, and regular but moderate amounts of ethanol, typically wine with meals.*

## HIGHLIGHTS

New Adult-Onset TLE
Linked to Limbic Encephalitis .................4

Childhood Abuse Associated with
Migraine and Depression ..................11

Risk Genes Offer Better
Understanding of Sporadic ALS ............15

Periodic Discharges on EEG Associated
With Poor Outcomes in ICH Patients .........21

New Mouse Model for OCD Offers
Hope for New Treatment Pathway ............24

Blast-related Eardrum Damage May
Indicate Brain Injury .......................25

Published by
Lippincott
Williams & Wilkins
Wolters Kluwer

PERIODICALS

## Benoit Brain Damage
*Continued from page 1*

ARTICLE IN BRIEF:

✔ Autopsied brain tissue from Chris Benoit showed evidence of chronic traumatic encephalopathy.

dition is referred to "dementia pugilistica" or "punchdrunk syndrome."

With permission from the Benoit family, neurosurgeons used immunostains to examine tau protein in slices of Benoit's brain. They found neurofibrillary tangles, neuritic threads, and dead neurons throughout the neocortex, basal ganglia, substantia nigra, and brainstem. According to the researchers, tau becomes phosphorylated and visible after prior traumatic brain injury.

"These areas of tau protein deposits are dead neurons, dead brain cells, ghosts of old neurons. They are a footprint of a past injury," Julian E. Bailes, MD, chair of neurosurgery at West Virginia University, and a former team physician for the Pittsburgh Steelers, said. "We think this would correlate with



*Slide detailing x600 magnification of immunostained neocortex in a non-CTE damaged brain.*

killings. Dr. Omalu said in an interview with *Neurology Today* that the pathology of CTE involves the limbic system, which controls emotions, and could therefore lead to uncharacteristic behavior. "They all have behavioral impairment, impairment of executive function," he said. "When you lose executive functioning you lose your inhibitions."

The lives of two of the other athletes

father, said at the press conference that he had not personally noticed his son acting strangely, but emphasized that their contact was limited to short weekly to biweekly phone calls. He also said that after the killings he had discovered a diary that showed his son was having problems. "...I would have thought it was written by someone who was extremely disturbed at the time,"

the science today is we don't associate abnormal protein accumulation with steroid use," Dr. Cantu said.

### OUTSIDE EXPERTS RESPOND

James Kelly, MD, professor of neurosurgery and physical medicine and rehabilitation at the University of Colorado School of Medicine, said it is unlikely that Benoit's murderous behavior could be explained by CTE alone. He said in an e-mail to *Neurology Today* that the violence associated with CTE tends to be impulsive, which would be at odds with reports suggesting that the Benoit killings involved time and planning.

"I would look to explanations such as the high levels of testosterone reportedly found in his blood, and possible anabolic steroid abuse," said Dr. Kelly, who has co-authored a consensus statement on the neurobehavioral aspects of violence (*Neuropsychiatry Neuropsychol Behav Neurol* 2001;14:1-14). "This behavior is similar to others in which a psychosis is the likely cause without underlying CTE."

Another expert, who is not affiliated with the Sports Legacy Institute, Barry Jordan, MD, chief medical officer for the New York State Athletic Commission, said Benoit's brain pathology is not consistent with classic CTE, which he said must also include amyloid deposition. Benoit could have had frontotemporal dementia, which is also marked by neurofibrillary tangles and behavioral problems, he said.

Robert A. Stern, PhD, associate professor of neurology and co-director of the Alzheimer's Disease Clinical and Research Program at Boston University, said CTE is different from Alzheimer disease pathology in that it does not always involve amyloid deposition.

Dr. Bailes said head injuries should not be taken lightly. "As a neurosurgeon, if you see an individual experiencing emotionally aberrant behavior who has had past brain injuries, you can suspect this problem and for sure keep them away from further damage." ∎



*Slides detailing x600 magnification of Chris Benoit's tau-immunostained neocortex showing neurofibrillary tangles, neuritic threads, and several ghost tangles indicating CTE.*

the nature of the sport of wrestling and his medical history, having sustained multiple concussions during his career."

Dr. Cantu said the findings have been confirmed by neuropathologists at the University of Pittsburgh and West Virginia University. Dr. Bailes said the group plans to submit the findings for publication.

### VIOLENT ENDINGS

In June, Benoit, his wife, and his seven-year-old son were discovered dead in their suburban Atlanta home. Law enforcement officials believe 40-year-old Benoit asphyxiated his son and wife, leaving copies of the Bible next to each of their bodies, before hanging himself with a cord from one of his gym weight machines.

The researchers said it's possible that Benoit's CTE could have led to the

diagnosed by Dr. Omalu also came to tragic, violent ends. Long, who played for the Philadelphia Eagles, committed suicide at age 44 by drinking antifreeze.

Michael Benoit said.

His father said he knows of no documented concussions but that he'd told him that he had experienced numerous

**This type of brain damage** has been reported in former National Football League players Terry Long, Mike Webster, Andre Waters, and Justin Strzelczyk.

Thirty-six-year-old Strzelczyk, a former Pittsburgh Steeler, led police on a high-speed chase on the wrong side of the highway before he collided with a tanker truck and died. According to reports from families gathered by Dr. Omalu, both Long and Webster had exhibited cognitive impairment, major depression, paranoia, and aggressive behavior.

Michael Benoit, Christopher Benoit's

concussions. "I think it's the extreme that is in the wrestling industry today that it's not unusual to get hit by a table or chair," he added.

Though toxicology reports determined Benoit had steroids in his system at the time of death, the researchers said it is unclear how the drugs could have affected his behavior, and they couldn't have caused CTE. "The state of

### REFERENCES:

• Marland HSL. Punch drunk. *JAMA* 1928;91:1103-1107.
• Omalu BI, DeKosky ST, Minster RL, Kamboh AI, Hamilton RL, and Wecht CH. Chronic Traumatic Encephalopathy in a National Football League Player. *Neurosurgery* 2005; 57:128-134.
• Omalu BI, DeKosky ST, Hamilton RL, et al. Chronic Traumatic Encephalopathy in a National Football League Player: Part II. *Neurosurgery* 2006;59:1086-1093.
• Filley CM, Price BH, Nell V, et al. Toward an Understanding of Violence: Neurobehavioral Aspects of Unwarranted Physical Aggression: Aspen Neurobehavioral conference Consensus Statement. *Neuropsychiatry Neuropsychol Behav Neurol* 2001;14:1-14.

# EXHIBIT 52

Go to Factiva.com



**factiva**
Dow Jones

Passages

**Passages**

Clinton, Ivory Jeff
648 words
24 September 2007
People Magazine
229
Volume 68; Issue 13;
English
© 2007 People Magazine. Provided by ProQuest Information and Learning. All Rights Reserved.

EXPECTING Newly-weds Jeri Ryan, 39, of the CBS drama Shark, and her husband of three months, French chef Christophe Émé, will welcome their first child together, and her second, in March. "They are beyond excited and are beaming from ear to ear," the actress's rep tells PEOPLE.

UPDATE A report released Sept. 5 states that late wrestler Chris Benoit had brain damage when he killed his wife, Nancy, their 7-year-old son Daniel and himself in June. The Sports Legacy Institute concluded that head trauma was responsible for a number of dead or damaged brain cells that was "extensive, shocking in its extent."

LEGAL MATTERS A jury in St. Francisville, La., found Sal Mangano, 67, and wife Mabel, 64, owners of St. Rita's Nursing Home, not guilty of negligent homicide in the drowning deaths of 35 residents during 2005's Hurricane Katrina.

MARRIED Oscar-winner Sir Ben Kingsley, 63, wed his fourth wife, Brazilian actress Daniela Barbosa de Carneiro, 34, in Oxfordshire, England, Sept. 3. The actor told the BBC that the event was "blissfully private and beautiful."

SPLIT Jenna Fischer, 33, up for an Emmy Sept. 16 for her role in The Office, and filmmaker James Gunn (Dawn of the Dead?), 41, announced Sept. 5 that they were separating after more than six years of marriage.

DEATHS Jane Wyman, 90, an Oscar winner for her performance in 1948's Johnny Belinda, died at home in Rancho Mirage, Calif., Sept. 10. The actress was married from 1940 to 1948 to future President Ronald Reagan, with whom she had two children. She also starred as the calculating Napa Valley winery owner Angela Channing on the TV drama Falcon Crest. . . . Author Madeleine L'Engle, 88, best known for her 1962 children's classic A Wrinkle in Time, died of natural causes in Litchfield, Conn., Sept. 6. . . . Dame Anita Roddick, 64, who founded the eco-friendly, anti-animal testing Body Shop cosmetics stores in 1976, died in Chichester, England, Sept. 10. . . . Miyoshi Umeki, 78, the first Asian to win an Oscar (for her supporting role in 1957's Sayonara), died of complications from cancer in Licking, Mo., Aug. 28. She played Mrs. Livingston on The Courtship of Eddie's Father from 1969 to 1972 . . . Alex (inset), 31, a parrot featured on PBS and the Discovery Channel who could identify seven colors, five shapes and quantities up to six, died in his cage at Brandeis University Sept. 7. His last words, says owner Irene Pepperberg, came when she told him good night and he replied, "You'll be in tomorrow."

HALLMARK IN "HOT" WATER? Paris Hilton, 26, had less-than-warm greetings for Hallmark when she sued the greeting card company in L.A. Sept. 6, claiming that it used her image and trademark phrase "That's hot!" without permission. At issue is a $2.49 card (left) that went on sale earlier this year. Hilton is seeking at least $100,000 in damages as well as an injunction prohibiting the company from using her likeness. A Hallmark spokeswoman said in a statement, "These cards take a satirical look at news and gossip surrounding these public figures, including Paris Hilton, and we do not believe Hallmark has violated any of Ms. Hilton's rights."

[BOX]

face=+Bold; HAPPY BIRTHDAYface=-Bold;

Jada Pinkett Smith, 36 September 18, 1971

Lauren Bacall, 83 September 16, 1924

http://integrate.factiva.com/en/track/showarticle.asp?   9/19/2007

Marc Anthony, 39 September 16, 1968

Luke Wilson, 36 September 21, 1971

Special Double Issue / Best and Worst Dressed 2007 | Copyright (c) 2007 Time Inc. All rights reserved. No part of this material may be duplicated or redisseminated without permission. | Ivory Jeff Clinton |

[JON KOPALOFF/FILMMAGIC]; Shark's Jeri Ryan has a baby on the way.; PHOTO |   | [WWE/AP]; Chris Benoit had brain damage, a report claims.; PHOTO |   | [VINCE BUCCI/GETTY]; PHOTO |   | [AP]; PHOTO |   | [MIKE LOVETT/BRANDEIS UNIVERSITY]; PHOTO |

Document PEOPLE0020070919e39o0000d

© 2007 Factiva, Inc. All rights reserved.

# EXHIBIT 53

# *Wrestling Observer Newsletter*

*PO Box 1228, Campbell, CA 95009-1228*     *ISSN10839593*                    *September 24, 2007*

**WWE UNFORGIVEN PPV POLL RESULTS**

| | |
|---|---|
| Thumbs up | 17 (08.7%) |
| Thumbs down | 139 (71.3%) |
| In the middle | 39 (20.0%) |

**BEST MATCH POLL**

| | |
|---|---|
| Cade & Murdoch vs. London & Kendrick | 139 |
| C.M. Punk vs. Elijah Burke | 19 |
| Batista vs. Mysterio vs. Khali | 17 |

**WORST MATCH POLL**

| | |
|---|---|
| John Cena vs. Randy Orton | 84 |
| Undertaker vs. Mark Henry | 56 |
| Batista vs. Mysterio vs. Khali | 15 |
| Candice Michelle vs. Beth Phoenix | 8 |

**ELITE XC UPRISING POLL RESULTS**

| | |
|---|---|
| Thumbs up | 60 (92.3%) |
| Thumbs down | 2 (03.1%) |
| In the middle | 3 (04.6%) |

**BEST MATCH POLL**

| | |
|---|---|
| Robbie Lawler vs. Murilo Ninja Rua | 24 |
| Nick Diaz vs. Mike Aina | 23 |
| Joe Villasenor vs. Riki Fukuda | 14 |

**WORST MATCH POLL**

| | |
|---|---|
| Gina Carano vs. Tonya Evinger | 18 |

Based on e-mails, phone calls and fax messages to the Observer as of Tuesday, 9/18.

The revelations a few weeks ago that Chris Benoit had significant brain damage, Chronic traumatic encephalopathy (CTE) from multiple concussions suffered as a pro wrestler was no more of a surprise than his name coming up in steroid investigations.

A normal person doesn't do the crimes Benoit apparently did. In fact, a brain damaged person who drinks heavily, does massive quantities of drugs, both of the painkilling, anti-anxiety, anti-depression and anabolic nature also doesn't do what he does.

All of those things likely are part of an explanation, but in the end, none of those things are an explanation. The guy brutally murdered his wife and son. And while he had damage to his brain in some ways similar to an 85-year-old Alzheimer's patient, that categorization of him is also ridiculous.

Benoit was a functioning person through all his depression over the last 19 months of his life. Yeah, he was paranoid, which could have come from any of the aforementioned issues and probably had something to do with a combination of all of them. But I've been around two grandmothers who suffered those issues later in life, and even in the limited communication I had with Benoit over the last year of his life, in no way, shape or form, did he come close to resembling that. Some of this may be legal posturing because people have high powered attorneys for a reason, and some of these attorneys are likely to lock horns. Is the brain damage part of the equation. Is it all of the equation? It probably is part of it, but the answer is all speculative.

What isn't speculative is that sports needs to learn from the brain research that has been done by the Sports Legacy Institute (a Waltham, MA, non-profit organization started by Christopher Nowinski that relies on donations to fund its research) that concussions are nothing to mess with.

The inherent problem is this: We are taught, from childhood, if participating in athletics, not to show weakness. Injuries are weakness. If you sit out of practice, let alone a game because you're hurt, you're a pussy. People who don't play hurt develop bad reputations in sports. My own participation taught me that it took a lot more guts actually to admit to being hurt than to pretend you weren't and quietly suffer.

Wrestlers are in one of the most physically brutal sports there is, as I know people who have done the NFL and wrestled, and people who have fought professionally and have wrestled, and none have ever said their "real" sport was anywhere near as tough on their body as their "fake" sport.

The actual training for high level in a real sport is harder if you are an elite fighter and wrestler, but the constant year-round wear-and-tear isn't. Countless people over the past month have talked about being knocked out, feeling loopy, and going to the next town. That's just part of the job. You don't even think twice about it. It's not a WWE locker room mentality. It's a mentality across all contact sports and throughout all levels of pro wrestling.

That's the issue that needs to be addressed. The one thing where wrestling has a big advantage over football, hockey or fighting, is that as hard as it is physically, it is a controlled environment. You can hit a guy hard in the upper chest, the thigh, the upper back, and it hurts, but it's not going to do brain damage. There is no need for a pro wrestler to have his head messed with. But it's a hard drug to avoid.

Wrestlers live for crowd reaction. Even the most unskilled wrestler on the indie scene, if they are willing to take a full-force chair shot to the head, can get a pop they otherwise couldn't get athletically. It almost always works, because people know it made hard contact and really hurts. They develop a natural sympathy for the guy taking it unless it's part of a comeback and they feel the other guy deserved it, but that also usually will get a huge, desired result. The crowd also will have an emotional response for the guy laying it in, which varies depending on when it's being done, how it's being done, who is doing it, and what kind of an audience it's being done for.

In competitive sports, ironically, like with the steroid issue, it's hard to eliminate it because injuries are part of unplanned battle and physical superiority are a huge part of contact sports. In wrestling, you can eliminate the rewards for anything because even though fans reactions decide a lot, in the end, the fans are really not the ones in control.

One of the things WWE has done positively in recent years, and it's stemmed from learning after all the neck injuries of the wrestlers years back, is to eliminate moves they believe aren't worth the risk. Guys are not allowed to be dropped on their heads. Moves like piledrivers are limited in use to special situations and only with guys with experience in doing them safely. 450s and shooting star presses aren't allowed, nor are Dragon suplexes. They don't even do the Karl Gotch version of the bridging German suplex. And they've always limited chair shots to the head to when it means something. You'll never see it in a prelim, and a wicked shot is usually saved for an important match or an angle to build an important match.

And with what we know, it's time to limit them even more, if not eliminate them. Chair shots to the upper back make the same noise. No, they don't get quite the same reaction, as people love to see people's brains scrambled, which is one of the reasons the NFL and fighting have such appeal. But wrestling can survive without them and concussions should be something you don't mess with.

Nowinski, even before the findings came out, said he suspected problems saying he had talked with Benoit and knew he had several concussions, and noted Benoit was willing to take a chair shot to the back of the head, which is the effect of a rabbit punch in boxing, and far more dangerous than the usual blow to the top of the head. Benoit, like many, also didn't block hard chair shots with his hands as the older generation was taught. The current generation took it as a macho thing to not do it.

The next step is trying to learn more. The WWE, and all of pro wrestling, have a treasure trove full of experienced people who have done thousands of matches, both the active veterans, and retired wrestlers with extensive

Case 3:15-cv-01074-JAM   Document 192-3   Filed 08/01/18   Page 1 of 1

experience. Most, if they have been knocked out at one point or another in a match. Many have been knocked out multiple times and probably have a form of brain damage from it, like boxers. WWE and TNA both need to study what causes wrestlers to be knocked out. We know in boxing and kickboxing they come from hard punches or kicks to the head, and with the nature of that sport, the only thing you can do is have the ref stop the fight if he sees a knockout, which is his job, and then not letting the knocked out fighter get back in the ring until he's healed as much as possible. You can't eliminate punches to the head because that would be the end of the sport. Wrestling can eliminate almost anything and it can be worked around.

Was Chris Benoit knocked silly by doing diving head-butts? Ask Harley Race or Satoru Sayama, or anyone who made a career of using that move. If they did that move and it hurt, and we know in hindsight Race is negative on the move, that's something to consider. But if he did it regularly and didn't knock himself out, he's the expert because he did it thousands of times, not a doctor who will watch wrestling and say eliminate everything. If he got knocked out many times doing the move, well, ditch the move. Almost nobody in wrestling today does it anymore. But if Race said he never got knocked out doing it, maybe it's not a cause for concern.

Are bonking heads like a pair of rams until you bleed dangerous? Ask William Regal if he thinks he's been knocked out doing that spot in his career.

You can't eliminate concussions and you can't eliminate accidents. Wrestlers are going to get concussions. A kick that is supposed to be light may connect accidentally too hard because the guys aren't ballet dancers.

But the second step is similar to what the NFL is doing. Learning. In the old days, if a guy was knocked out, it was a badge of courage to go right back in the game. There are legendary stories of athletes knocked out, coming back in, doing heroic things and then not remembering anything in the second half of the game. Those great stories probably won't be happening as much in the future.

Wrestlers should be taught that if they are knocked out, you don't mess with it. You work right to the finish and get out of there, and get checked up. Don't worry about missing a planned spot or hurting the match by going home early. Even if it's a timed TV, the business is about improvising on the fly. Let the next match go three minutes longer. Long-term brain safety is more important than an extra quarter star or hitting the time cue perfectly. If you have a concussion, the company shouldn't let you back in the ring. For a fighter, it's 90 days, but that's because somebody is attempting to do it to you again. A wrestler doesn't need the time a fighter or football player needs because it's a controlled environment, but care still needs to be taken because you are significantly more susceptible to concussions during the period immediately after suffering one. If you're on top, go to the next town and just do an angle where you trip a guy, or a promo where if you're a face, you punch a guy and he bumps for you, or if you're a heel, you get embarrassed verbally. Today's fans accept matches being changed and know people get hurt. They come to see the stars live. Just being there is enough.

It has always been my theory that Bret Hart's career ended not just because Bill Goldberg kicked him so hard, but because he continued to work and took more shots in the ensuing weeks, in particular lots of weapons shots to the head in a hardcore match with Terry Funk and a bad landing from a hard power bomb by Sid Vicious. The match may have been safe under normal circumstances, but Hart knew he wasn't feeling right, but also didn't get himself checked and continued to work, because that was the role of a champion at the time. When booked in a hardcore match, he probably thought he was under the weather and dizzy, but probably never considered saying, "No." It went against everything you spent your life learning about being tough. So he did it, and like Nowinski, it was probably the multitude of concussions, the first paving the way for repeated ones because it hadn't healed. That not only, that ended his career, but in the case of Hart, possibly contributed to a stroke that could have ended his life. Mike Awesome's suicide is another issue. Like Benoit, he may very well have been depressed over things going on in his personal life. Awesome was going through a divorce, his athletic career was over, he had health problems and had a lost weight. But worked a style that included a lot of hard chair shots to the head, and probably a lot of concussions. The depression from multiple concussions, combined with the depression of long-term use of steroids, and throw in all the other factors. There's probably no single reason.

The mentality with a head injury needs to be impressed upon everyone that they are not elbow pains, or strained muscles, a tight low back or shoulder pain that hurt like crazy but you work through. But it's very difficult to undo everything you've been taught about being tough. For the wrestlers, and to a lesser extent the company, you are fighting everything you've believed about toughness in a business that toughness has always been a major part of.

As far as the blame game for Chris Benoit, it's easy to pile on WWE and they've done themselves less than no favors the past few months in the credibility department. If Benoit told the company he was knocked out on many occasions and

they just told him to suck it up, there would be an issue. I'm not aware that ever happened, and more likely, if Benoit was hurt, he would have kept it to himself. When he had his neck injury that required surgery, he didn't tell the company until after he had found out and realized he was past the point of no return, and that continuing to work would risk permanent damage. Only then did he have the surgery, and it was actually the company, Jim Ross in talent relations in particular, who tried to convince Benoit to get the full fusion surgery to correct the problem as opposed to a stop-gap short-term solution that would have gotten him back in the ring sooner. WWE spokesperson Jennifer McIntosh said officials "dug around" and found "no medical record of (Benoit) suffering a concussion." Benoit's father claimed his son and told him he had numerous concussions.

The line that Chris' father Michael Benoit stated on all of his media appearances was, "In the company that I work for, the number one priority is the health and safety of the people who work in the company. I wish the same could be said for the company Chris worked for."

Of course for public consumption, WWE did itself no favors, releasing a statement saying, "The attempt to explain that Chris Benoit's murder of his family was possibly caused by some form of dementia as a result of alleged concussions is speculative. WWE can certainly understand the anguish of a father having to deal with the fact that his son allegedly murdered his wife and young son, as Chris Benoit is alleged to have done. We respect the desire of that father to do whatever he can to find some explanation as to why his son might commit such horrible acts."

There is no way of testing the brain like what was done with Benoit until somebody is dead. And there is no indication he showed any signs of brain damage. Depression, absolutely, but an awful lot of people who are touring celebrities with families at home go through that one, let alone adding in pain, pills and all the other drugs.

Benoit's brain showed an advanced form of dementia, dead brain cells that were the result of head trauma, that were found in all four lobes of the brain and into the brain stem. According to Dr. Julian Bailes, the chair of the department of neurosurgery at West Virginia University, who examined the brain, he said it was damage the extent you should never see in a 40-year-old, and proof he suffered multiple, probably chronic concussions over many years.

That may be what the biopsy of the brain showed. Benoit did a demented thing. Was he suffering from mental problems? Most likely. Dementia? People were in contact with him every day for the last 17 months of his life. He had his issues and he suffered from depression and paranoia, obsessed about the death of Eddie Guerrero and others, drank too much, took too many drugs, and feared his future. One thing that never came out is that in the last months of his life, many nights he would go to his office, watch tapes of matches of Guerrero, Brian Pillman and others, and drink heavily. It has come out that he didn't want his family to leave the house, he didn't want any mail coming to his house, and he would take different routes from the airport home for fear he was being followed. That's paranoia, not dementia.

He may have been completely demented the last weekend of his life. But he carried on conversations, didn't get lost going to arenas, didn't blank out in the middle of matches, drove two hours to his friendly neighborhood doctor on a regular basis, shopped, didn't miss his flights, exchanged e-mails with people, and did everything expected of him in the not exactly normal or easy to navigate through world his job entailed. He was nothing like an aging grandmother who no longer knew she had grandchildren, or a father who didn't recognize his daughter any longer.

The scary statement from Bailes was, "Our research shows that three concussions may be the threshold for lasting damage." The fact is, it's not rare that football players have had three concussions before they are out of high school, and wrestlers often have a concussion or two just from learning to wrestle. There is a theoretical line in contact sports where it goes from an acceptable level of safety to an unacceptable level. Where that line is becomes the question. At one point does an athlete need to be told he has to retire for medical reasons? Because nobody is going to do so on their own.

It's a question all sports need to study and come up with as good an answer to as they can. Wrestling is neither the worst offender here, but even more importantly, it can't be excluded from this discussion on the grounds it isn't a sport.

As for the murders, this evidence confirms another possibility as part of an equation. It proves nothing, because there never will be proof of anything. But just because you can argue what level of a factor it was in a terrible crime doesn't mean we can't learn a lot and improve the profession based on the evidence that is real. At 40, he had far too much brain damage. The doctors claimed his level of damage would have led to cognitive impairment, major depression and heightened aggression. And it may have affected him a lot worse as he got older. His brain had significantly more damage then NFL players Mike Webster, Justin Strezelczyk, Andre Waters and Terry Long, all of whom died young and exhibited delusional behavior, two from suicides.

"I think it's the extreme that is in the wrestling industry today," Michael Benoit said at the press conference. "The human skull is not built to be hit by a chair or something.

"I got four concussions in three years as a professional wrestler," said Nowinski. "A lot of concussions happen from mistakes."

Pro wrestling, by the entire defensive nature of the industry, has a hard time accepting that anything is wrong. Without accepting it, it can't start to make changes for the better.

That didn't sink in, not in the slightest. This story attracted significant media attention. It was covered on shows like Larry King Live and ABC's Nightline, both of which had Michael Benoit making what were very visibly tough appearances for him in discussing the situation, and in some media outlets was covered as one of the lead news stories of the day on 9/5. Five days later, Abyss took hard chair shots to the head from Judas Mesias in an angle on Impact that aired on 9/13. WWE did similar with HHH and Umaga two days earlier, but at the time WWE was not aware of the specifics of what was going to be reported as it was made clear by the doctors that they did not share any information with WWE before it was released. Four days after the story broke, the WWE web site published an article called "Classic Chair Moments," built around HHH's chair shots on Umaga and other famous chair shots including the brutal finish of the 1999 "I Quit Match" where The Rock blasted Mick Foley, who had his arm handcuffed behind his head, with one chair shot after another. The article included bold face links to click to "watch the video." It was more likely a lack of communication than an act of arrogance, even if the timing made it appear to be the latter. After numerous complaints, the company removed the story from its site. But just the fact it got there showed enough people in the company either didn't know, or did and felt it wasn't a major concern. That shows a major internal problem as the pulling of the story shouldn't have been about how the story would play to the public. Far more importantly, it was about what should have been learned by everyone in the business days earlier.

The murders/suicide may have been a crime of passion on his wife, followed by a person who wasn't thinking all that straight doing a mercy killing on his son, and then damning himself to a hell of the unknown rather than a sure hell of the known at that point. For all the denials of roid rage, and it's a theory I never put too much faith in, because I saw it as a lazy answer to a complex question, it is possible he killed Nancy on a roid rage, and then realizing what he did, because of brain damage, paranoia or whatever, did the other killings. The complete dismissal of roid rage completely on the three-day argument is almost as shallow as the arguments that it was conclusively the reason. But looking back, he was doing so many things that can lead to depression, and shutting off the parts of your brain that make you stop before you do something you'll regret later—drinking, Xanax, pills, steroids, and combine that with all those concussions that also lead to even more depression, well you are probably multiplying the effects of depression many times over on a guy who saw a ridiculous number of his friends die young. People in wrestling don't realize how screwed up that aspect is. I have no friends who have dealt with their friends in their own age group dying unless they served in combat, and some of those people are often messed up by that experience. Every 40-year-old wrestler who was a big-time star has dealt with it a few times a year for the past decade. And Benoit, because of who he knew and how he took it, dealt with it worse than anyone.

It's convenient and easy to find something and use it as the reason. It also makes people comfortable, because in the end, now that a few months have passed, people really want to remember the Chris Benoit who they thought they knew as opposed to the Chris Benoit who did these horrible things.
************************************************************

Michael Benoit also revealed in several media interviews that he had read at least some of much talked about diary that was among the evidence it was believed Chris destroyed.

"He seemed extremely depressed," Benoit said on Larry King Live after reading it. "And it's, it was almost like he was sitting there talking to Eddy. And (it had) a lot of quotes out of the Bible, which was out of character for Chris."

The diary, that Nancy gave him in late November of 2005, less than two weeks after Guerrero's death, was where Chris would write a letter every day to Eddy Guerrero. He had told friends it was helping him cope with the situation. A few things should be noted about this. They did not find the entire diary, but only ten pages, which were entries of letters to Eddy in late November and December of 2005. The revelation that he would have been very depressed at that period is not as much of a smoking gun as it was portrayed because of the time frame. Also, what was significant is that while he threw that away, Chris had told friends he wrote almost daily in the diary, and the key entries that might reveal something which would have been in 2007, were never found.

The existence of the diary asks a lot of questions, as Michael Benoit said he was given it by a neighbor of Chris who found it in the garbage after the completion of the police investigation. It wasn't clear if it was from the garbage in

the house, outside the house, or if Chris put it in the neighbor's garbage, which would seem to be unlikely as the odds of it being found would be small, and if Benoit had done that, it's hard to believe he would have separated it and only put ten pages in a neighbor's garbage. But being found by a neighbor in garbage cans in the house wouldn't make sense either, since it was known the police had searched the garbage in the house. The idea they hadn't searched the garbage outside the house would seem unlikely, particularly since this could be the highest profile murder case that specific police department in Fayette County may ever investigate. It is possible, but with only finding ten pages, it was clear Chris had separated the original passages from passages in 2006 and 2007.

Michael Benoit's attorney, Cary Ichter, who would not allow the press to see the diary, only stated that at one point Benoit told Eddy, "I will be with you soon." Again, keep in mind that was written at the end of 2005.
************************************************************

*The WWE sent a letter signed by Vince McMahon to all past and current talent this week to alert them of the company's initiative to pay for rehab as detailed in last week's issue. The letter read:

Over the last ten years, an inordinate number of wrestlers have passed way. Some of these deaths, may, in part, have been caused by drugs and alcohol. In an effort to help prevent such tragedies in the figure, the WWE is offering to pay for drug and/or alcohol rehabilitation at a certified treatment center chosen by the WWE for any performer with a prior WWE booking contract who may need this service.

The WWE will pay for this service in full; there is no cost to you or your family. Help will be provided regardless of the circumstances of your departure from the WWE or the amount of time you performed for WWE. If you do not have a drug and/or alcohol problem, but you know a former WWE performer that does, we are asking you to try to help them by encouraging them to take advantage of this opportunity.

Liz DiFabio has been appointed as our representative in this matter. Liz has been with the company for over 24 years and has been directly involved with the majority of WWE performers who have received treatment for substance abuse. She understands the emotions that individuals and family members go through during this process. Any conversation you have with Liz is confidential and will not be released to the public.

In many instances, an individual is need of help is in denial and will not want rehabilitation. There are professional intervention companies that can help persuade that person that they need treatment. Liz will be able to facilitate such intervention should it be necessary. Any intervention and treatment will be at the cost of WWE exclusively.

This service is being provided for performers with a prior WWE booking contract only; not family members or friends. Please reach out to Liz if you think you might have a drug and/or alcohol problem, or if you know someone who does. We all need to do everything we can to help prevent another tragedy.

*If you are wondering how WWE views the work of Chris Nowinski in the Chris Benoit case, the company made the decision this past week to remove Nowinski's name and all of his information and connection with the "Smackdown Your Vote" campaign from its website. He is still under contract with the company, but the expectation is he won't be used anymore for public speaking engagements and he'll never to anything affiliated with the company again. You have to give the guy credit for balls. He could have made his name on examining football players and left the Benoit case alone, but he was front and center, calling Michael Benoit, looking to get his okay, even though it was well known one of his employers wasn't going to be happy with the idea.

*Dwayne "The Rock" Johnson, out promoting "Game Plan," a Disney movie that he stars in that will debut on 9/28, has found himself constantly asked about both Chris Benoit and the steroid issue in pro wrestling. He came out the strongest to date in the New York Daily News when he said that steroids have thoroughly corrupted pro wrestling and that WWE and all the other companies need to do aggressive drug testing and drug education. "There needs to be zero tolerance," he said. "You use, you're caught, you're out." The message has never been don't use, it's "don't get caught," which makes me pretty much certain things will end up status quo unless somehow numerous outside agencies (it has to be enough major states that can't be run from) really get involved, and in the end, I don't see how that happens. But on a big league level, it's so entrenched than anything less than a 100% effort from the top to get rid of it will ultimately fail. In the Winnipeg Sun, Johnson said, "There has been an environment where steroids became rampant. Mixing steroids and the lifestyle is a recipe for disaster. We need a unilateral program with a zero tolerance policy. If you want to be a professional wrestler, you have to have the ability to connect with an audience. The size of your biceps won't enhance your ability to connect with that audience." On wrestling, he said, "I retired 4 ½ years ago. My growth had become non-existent. I thanked everybody

3

and moved on." During "Sunday Night Heat" that aired before the PPV, Hornswoggle hid in a lot of comedy. You're doing your jokes in front of 20,000 people. You either sink or swim. In the wrestling world, I could never be the biggest or the baddest, but I always wanted to be the most entertaining."

*HBO Real Sports did a piece on the deaths of wrestlers on the show that debuted on 9/18 and will air the rest of the month. For an award winning show that did a good piece four years ago, this was a huge disappointment and terribly shallow. It came across like they didn't want to do the piece, certainly didn't want to do any work on the piece, but figured it was good for ratings and they could re-use some old footage since they held it to last on the show. There didn't appear to be any new work done other than some footage and a brief rundown of the Chris Benoit case, and airing new photos of Big Bossman, Eddy Guerrero, Benoit and Bam Bam Bigelow. They even aired the same 1997 footage from Brian Pillman's funeral with me on it that my impression was aired in the 2003 piece. The only new interview that aired was with Buff Bagwell, who seemed semi-buzzed, admitted he's taken some Somas and Lorecets earlier in the day (he said he takes one of each, four times a day). When Armen Keteyian noted he could get a good buzz on eight pills a day, Bagwell said that he (Keteyian) doesn't have a broken neck so he can't judge him. Bagwell seemed honest, and blamed the wrestling lifestyle on Benoit snapping, and talked like every wrestler who sees the business from hindsight, saying that they have no union, no medical insurance and no retirement plans. He said even though he's in pain and only working indies, he keeps wrestling because it's the only job he's ever had and he doesn't know anything else. The rest of the piece was clips from the 2003 piece, minus Roddy Piper. Piper was the star of the original piece, which was taped when he wasn't wrestling, but aired after he'd come back to WWE. Piper was fired immediately after the piece aired. Piper had been in legal rounds with HBO after that, so they wanted nothing to do with airing his footage again, even though he was a star and would have made the piece stronger. They replayed the Vince McMahon interview from that piece where he took no responsibility for any of the deaths, snapped, mocked Keteyian and slapped papers out of Keteyian's hands. He came across bad doing that, but four years later, with the strong of added deaths, he came across far worse. They also aired clips of the 2003 interview with Del "The Patriot" Wilkes, who claimed he once wrestled 40 days in a row on the road (sounds exaggerated) and that when he was in WWE, he was taking 100 pills a day, and estimated 70% of locker room when he was there was doing the same. That's ridiculous of course. Maybe Johnny Grunge was taking 100 pills a day, but even among wrestlers, he was considered way beyond normal range. You can talk built up tolerances all you want, but you couldn't function on that. When the piece came out, several in WWE at the time who worked with him daily said that Wilkes was never non-functional or out of it, and thought his claims regarding himself were ridiculously exaggerated (not that Wilkes didn't have a pill problem, because he clearly did) and even more so claiming that high a figure in the locker room. But the piece was so lazy that they spoke of WWE instituting a Wellness policy in 2006, and even after the news of recent weeks, never questioned it and it's noted loopholes other than to say Benoit passed all his tests (which depends on the definition of passing as Dr. David Black did admit on one television show he had elevated levels of testosterone in prior tests but he had a prescription) and that steroids and pain killers were found in his home at the time of his death. They noted the 11 recent suspensions, insinuating those were from the Wellness policy and making it appear the suspensions were evidence of a crackdown. They said more than a dozen wrestlers had died under 45 since their first story aired (as far as major leaguer wrestlers, it would be 29 and total wrestlers probably double that figure). McMahon blamed the 80s "Rock and Roll" lifestyle that some, like himself, survived, but others didn't, for the problems. Of the 66 major league names on the list from 1997-2007 at this point, only 26 of 66 could even be, stretching things as much as possible, connected to an 80s lifestyle. The vast majority were products of the 90s and the 00s. They also showed clips of Harry Smith and Teddy Hart from 2003, with Hart interviewed basically saying he'd do whatever it took to make it, and noted both are now under contract to WWE.

**************************************************

There have been several WWE PPV shows that would have been terrible had not John Cena's match come through in the clutch. A few shows this year saw Cena come through and that wasn't even enough to save them.

I'm not sure which category Unforgiven on 9/16 at the Fed Ex Forum in Memphis would have fit into, because the Cena vs. Randy Orton match was everything it wasn't expected to be. Short. Slow-paced. And a terrible finish. I could only imagine after watching it that one of the two wrestlers must have gone in with a serious injury and they simply did what they could do, but there's no indication that's the case, even though neither also worked a real match the next night, but the two had been doing lengthy matches at all the house shows.

Probably because they knew the either the match or finish wouldn't be well received. WWE made the call to put Cena on next to last, and finish with the return of The Undertaker. While Mark Henry is hardly an easy opponent to have

PPV matches Kurt Angle's had in his career on one hand and the stinkers on two fingers, and Henry is the most notable of all those fingers. But what was stunning was the total lack of reaction for the return of the company's most enduring full-time superstar. It got so bad that during the match, there were chants for "TNA." One long-time Memphis regular said that even though the place was packed with more than 10,000 fans, it was the deadest live crowd he'd ever seen.

The show was a transition, although a bad one, to No Mercy, which takes place on 10/7 in Chicago featuring another Cena vs. Orton title match, this time under Last Man Standing stipulations, and the original plan was new World champion Batista defending against Undertaker, but it was changed to Batista vs. Khali in a Punjabi Prison match, which has all kinds of scary implications because the far superior Undertaker vs. Big Show couldn't get a match out of that same contraption, but as a gimmick it may help business. HHH vs. Umaga is also official for the show. To show how much booking is done on the fly, or lack of communication within the company, Batista vs. Undertaker was being advertised in Chicago after No Mercy. However, new ads that started running for Smackdown house shows after this PPV were pushing Khali defending the title against Rey Mysterio, which either means no communication, or at different times in recent weeks both Khali and Batista were scheduled to go over.

The crowd seemed dead most of the way, with only two exceptions. HHH vs. Carlito, early in the show, had a so-so match but HHH's star power and the weapons usage got the crowd into it. Cena vs. Orton had the usual great "arguing fans," even though it was a good 80% pro-Orton. Undertaker, in his first match back since surgery for a torn biceps squashed what was planned to be the longest title run of his career, looked rusty with lots of spots that were off. Cena did nothing, and while his being booed on big shows was nothing new, it was still surprising to see it after such a high emotion angle and with his father, John Sr., at ringside. John Sr., without question, was the performer of the night, sitting in the front row shooting a steely-eyed dagger look at Orton, getting some form of revenge by kicking Orton in the head, and being kicked out by security and giving the same glare to Jonathan Coachman.

Some attributed the bad show to the suspensions, but with this crowd, John Morrison instead of Elijah Burke wouldn't have made much difference. Umaga or Mr. Kennedy in the Carlito spot would have helped, but this show's hopes depended entirely on Cena vs. Orton delivering.

Instead, the match went 7:21, with the usual lengthy Orton chinlock spot that made you think they were doing the usual 20:00 main event. Suddenly, after Cena got out, he started putting Orton wildly in the corner. Ref Chad Patton counted five and signaled for the bell. If they were looking for a surprise finish, they got it. The thing is, they could have done a similar finish in 17:00 and people wouldn't have liked the finish, but they wouldn't have felt ripped off by the finish.

The only title change was Batista taking the World title in a three-way with Rey Mysterio and champ the Great Khali. The match was put on midway through the show and kept short. It wasn't a good match, but compared to some of Khali's recent TV matches on Smackdown, it was a masterpiece (which means a work of art, not that Khali should be also on suspension). Batista had to muscle Khali, who either forgot or mistimed getting up for Batista, on the spinebuster finish.

In the end, it was just one real bad night and the company's worst PPV show of the year. Cena probably won't have another match like that in a main event for a long time. And Edge and Shawn Michaels, who come close to guaranteeing decent to great matches every time out, can't come back soon enough.

Our response level was down 16% from the show last year, but last year's show was a huge success with the Cena vs. Edge TLC match and McMahons & Show vs. DX Hell in a Cell. To me, anything less than a 22% decline from last year on this show is good news.

A. Kane pinned Kenny Dykstra in the dark match after a choke slam.

1. C.M. Punk pinned Elijah Burke in 11:53 to retain the ECW title. Crowd was dead, but there wasn't anything wrong with the wrestling. After being down early, Punk did a flurry of moves including a springboard clothesline. However, the match turned toward Burke, who worked over the lower back (which, I can only assume because agents didn't consult with each other, ended up the theme in multiple matches on the show). It started with Burke pulling Punk off the apron and he took a nasty flat back bump off the apron onto the mats. He rammed Punk's low back into the ring apron. He used two straight German suplexes similar to Benoit. The crowd didn't know how to react as you had this weird lack of reaction. Burke used a Boston crab to tease a submission but Punk made the ropes. Punk ended up getting the pin with a front rolling cradle out f nowhere. It was clear this feud must continue, since the first words out of Joey Styles' mouth was how Burke dominated the match and because of it he deserves a rematch. **

2. Matt Hardy & MVP beat Deuce & Domino to retain the Smackdown WWE tag team titles in 9:19. JBL was on a roll here with his 40-year-old references. He did the same references to Britney Spears & Mother Teresa for the odd couple tag team.

4

He compared MVP to watching Muhammad Ali vs. Cleveland Williams. I'm a boxing fan and only barely had an idea of what he was trying to say. Anyway, my best translation is that was Ali in his prime, only because JBL later explained it. Crowd was dead here, although that became a running theme. The match was what you'd expect, with Hardy & MVP not getting along, wanting to turn on each other, but winning anyway. At one point, MVP walked out, but he came back. Hardy chopped MVP to be a tag. When MVP cleaned house, JBL said that reminded him of Hazel the Maid. Hazel the Maid? That show was a hit in 1962. Deuce & Domino & Cherry all wore new outfits. I guess somebody thought their old outfits looked dated. Well, they are playing 1950s characters. So now they have 1950s hair but dress like it's 2007., They don't let Cherry do anything. They dumped her skirt. Her new outfit makes her look older, which, for a female character who is over 30 in this business, is not a good idea. The camera specifically avoided showing her entrance. Anyway, they merged the 50s, 60s and 2007 to come up with a finish out of the early 70s Anderson Brothers play book. Hardy grabbed MVP and rammed his head into Domino's, with the old Supreme sacrifice finish. Domino took the bump off the apron. In the ring, Matt used a twist of fate on Deuce for the pin. The match story was what you'd expect and I think Hardy & MVP duo is one of the more entertaining things in the company. But this wasn't a good match and it didn't get over live. *1/2

3. HHH pinned Carlito in 10:39. The rules here were Carlito couldn't be DQ'd, but HHH could. It came off because nobody would believe the now 265-pound team leader could possibly sell for Carlito. I don't mean that in that negative way, as the suspensions meant HHH had no opponent and Carlito hasn't been given the credibility to where anyone would have bought a straight match. Nothing really even bought a gimmicked match. HHH started by ramming Carlito's low back into the apron. Since HHH came back, he's been a lot less mobile and his offense is really just standing there and punching. Carlito's offense consisted of using weapons. First it was the ring bell to the head and then to the back. Then he choked him with a rope. Then came the trusty garbage can, bending it all over HHH's head. As HHH went for a comeback, Carlito threw powder in his eyes. I kid you not. HHH didn't even sell one move. Carlito grabbed a chair but HHH ducked and hit a spinebuster. Carlito tried to use a garbage can lid, but HHH hit a low blow and won after a pedigree. **

4. Candice Michelle pinned Beth Phoenix in 7:06 to retain the women's title. Not to be outdone by JBL, J.R. compared Phoenix to Bull Nakano. Even though Bull Nakano in her prime was a better wrestler than every current WWE woman wrestler combined, I wonder if they saw a photo of Bull and heard the comparison and would get mad? I guess the comparison is because she's big and strong, although Bull physically looked nothing like Beth, and Beth surely doesn't use anywhere near the level of hair spray since the joke used to be there was a hole in the ozone layer above Bull's apartment. Match told a basic story that Phoenix was just too strong and was handling Michelle with ease, but she let up for just a second and got pinned. As for the match, the crowd wasn't into it at all. Phoenix's offense looked believable enough, but Michelle's selling, particularly taking whips into the corner, was beginners class wrestling school bad. Ross noted the WWE women's title dated back 51 years this week. That's a hell of a trick. Well, the lineage of the current WWE title, with its starts and stops, is traced back in WWE history to a September 18, 1956, tournament in Baltimore won by Slave Girl Moolah, who then changed her name to the Fabulous Moolah, to become the NWA women's champion. Phoenix used power moves like the old Bruno Sammartino over the shoulder backbreaker and a press-slam, dropping Michelle chest-first on the mat. Out of nowhere, Michelle got a crucifix pin. 3/4*

Great Khali did his final promo as champion. The idea was hilarious. Ranjan "Dave" Singh put a Rey Mysterio mask on a cantaloupe and gave it to Khali. who did the old Danny Hodge to it. Then he brought out a big watermelon and said it was Batista's head, and Khali squeezed that. It's really a shame that a guy with that great a look and those dimensions is so uncoordinated. Then again, if he was coordinated, the Indian government wouldn't have made him a bodybuilder. They'd have trained him for the NBA.

5. Batista won the World title over champ Khali and Rey Mysterio in a three-way in 8:17. Maybe because of Mysterio, but this was a big improvement on Khali's recent work. He did the Khali chop on Batista (missing badly and that's not exactly a move requiring perfect hand-eye coordination) and used the head squeeze. Mysterio broke it with a chair to the back that Khali didn't sell. Khali punched Mysterio, who sold it like he was Cleveland Williams against Muhammad Ali. Instead of pinning him, he took care of Batista on the floor, but when he went for the pin, Batista saved. Finish saw Mysterio come back and gave both Batista and Khali a 619, but Batista came back and power bombed Mysterio on top of Khali. Batista then barely got Khali up for the spinebuster and Khali didn't help him at all, and got the pin. *1/2

Post-match, Batista and HHH had a nice talk. They're friends now. I don't remember when they made up, but I guess they did. I suppose you could say they shook hands at the end of their Hell in a Cell match a few years back.

6. Lance Cade & Trevor Murdoch retained the Raw World tag team titles beating Paul London & Brian Kendrick in 11:48. The crowd was dead. I know, a broken record by now. This was the only time even resembling a good match on the show. They most worked on Kendrick for the bulk of the match, leading to London making a hot tag. He did a standing huracanrana followed by a springboard double foot stomp to Cade's back. The finish saw Kendrick go for the Sliced Bread #2 on Murdoch, but Cade interfered and gave him a sidebuster. Cade also flipped London over the top rope and Murdoch pinned Kendrick to retain. Even so, this would be nothing out of the ordinary on most shows, and would be in the bottom tier of matches on a lot of TNA PPV shows. ***

7. Randy Orton beat John Cena via DQ, so Cena retained the WWE title, in 7:21. As good as the storyline building this match has been, it was amazing to hear how heavily Cena was booed. The "Cena sucks" chants were loud and it was almost desperation in the voice of the women trying to chant, "Let's Go Cena." John Cena Sr., whose stage name is Mr. Cena, was at ringside. After Orton DDT'd Cena, he held him in his usual lengthy chinlock while glaring at Mr. Cena. John Jr. finally escaped and went wild throwing these terrible 2005 version Cena punches in the corner. Chad Patton counted five and called for the DQ. The place went nuts, and not in a good way. Orton escaped from the ring and snapped John Jr.'s neck on the top rope. He then flipped Sr. over the guard rail. Sr. took a nasty looking bump on the back of his head. However, John Jr. came down and attacked Orton, putting him in the STFU on the floor and told his dad to do something. If this was TNA, for no reason, John Sr. would have kicked John Jr. and left with Orton. But Thank God for at least logic on a bad show like this, as John Sr. kicked Orton in the side of the head. By all logic, this should have been a hell of a deal, but the people didn't care and were booing the Cenas. After the match, the police escorted Sr. to Jonathan Coachman. Coachman read Sr. the riot act while Sr. glared. Sr. saved what could have been an awful skit. Jr. then came out and threw Coachman to the ground. -*

8. Undertaker pinned Mark Henry in 11:25. It was all over after the ring introduction. Crowd was back to being dead and both men worked a bad match. Henry is just slow and doesn't work well. Undertaker was rusty or something. I wouldn't be surprised if he came back too soon. There were some major botched spots. Undertaker was supposed to clothesline Henry over the top and that was a three-tiered bump instead of one. Henry kicked Undertaker low. Outside the ring, Henry rammed Undertaker's lower back into the apron. Given his big move is a bearhug, that was logical, but this was the third match on the show they did the same story in. JBL tried to cover for the total lack of crowd interest by saying the crowd was in shock by what they were seeing. I'll say. Henry used a two splashes but Undertaker kicked out. The fans didn't even react at all to that. Undertaker used a choke slam but Henry kicked out. Henry then put Undertaker in the bearhug, a move they've been selling on TV for months to build this match and spot, and not a peep from the crowd. At one point they teased Undertaker using a Last Ride power bomb, but Henry was too big. Finish saw Henry climb the ropes, and Undertaker gave him a power bomb, since it was made easier with Henry already up and in the air and got the pin. This would be the worst match on 85% of your PPV shows. DUD

**************************************************************

Mark Cuban made the official announcement of his move into MMA in a 9/12 press conference, announcing the debut show of HDNet Fights for 10/13 at the American Airlines Center in Dallas with a main event of Erik Paulson, who was an early 90s star with Shooto in Japan, facing Jeff Ford, a former kickboxing champion. It was quite an underwhelming main event announcement for a first show in an arena that large. Paulson, who appeared on Antonio Inoki's 9/8 IGF pro wrestling card, will be coming out of a seven year long retirement to headline.

However, Cuban, best known as the owner of the Dallas Mavericks, is a legitimate billionaire, as well as possibly the wealthiest pro wrestling and MMA fan on the planet. Cuban has been at ringside for Raw events in the past, and even once appeared with Kenny Bolin on an OVW television show after the two exchanged e-mails. One of the more interesting things he's talked about was wanting to work with the McMahon family on this new venture.

Cuban, who had negotiated with Fedor Emelianenko's people in recent weeks, is using MMA as content for his HD-Net channel, which currently reaches about 6% of U.S. homes.

The Friday night minor league level MMA fights, taped shows from smaller promotions, are said to be the highest rated shows on the station. They are also starting a weekly Friday night MMA news show called "Inside MMA," hosted by IFL announcers Kenny Rice and Bas Rutten, patterned after "Inside the NFL." The debut show aired on 9/14, and was heavily praised, featuring ratings in all the weight classes and discussions of current topics with Mezger and Chuck Liddell.

He noted this first show is more a test run to learn, and that if it loses money, it's still TV content for the station he owns, a date for the arena he owns, and work for the production company he owns. He said he doesn't have to worry about getting a TV deal, and this his connections as an NBA owner will allow him

to get his fighters interviewed during UFC/WFA... games on ESPN for 24 [$60 for 24], up through $90 for 40 issues].

"I think UFC is a unique property that has a unique approach," he wrote in an e-mail to the sherdog.com site. "I think Dana White and the Fertittas have done a remarkable job. Their model can only support a finite number of athletes, which leaves the door open for us to coexist. We certainly won't be a minor league feeder for them. But I think we would compete minimally for top-end free agents only because UFC locks them up to exclusive deals. I think some fighters would prefer our open approach.

"The UFC has done an amazing job of building a business," he said. "They deserve a ton of credit. But from my perspective, they really have taken a page from the WWE. Not that it's scripted, it's not. Rather that the events are overproduced. The attention is taken away from the athletes and placed on the bigger brands."

He claimed his group would help produce 24 live events in 2008, some put together by his promotion, and some working with other promotions that would appear on his station, mentioning groups like Richards Steele's Steele Cage Promotion, Art of War and IFL.

He also brought up working with WWE.

"We've been in discussions with the WWE, Vince and Linda McMahon and Shane about doing some cross promotions under the HDNet Fight banner," Cuban said in an MMA Weekly interview. "Since they do a great job of putting together events, within some of the restraints I talked about, the no ring girls and obviously the events have to be straight up, there's no scripted anything, but they want to get into that side of the business. They realize that if they just brand it as WWE, that people aren't going to believe that it's not scripted, but if they work with Mark Cuban and HDNet Fights and the Dallas Mavericks approach, then people will trust it."

At the WWE's last investors conference, Linda McMahon portrayed MMA as an oversaturated field and that the business was playing out exactly as they expected, with the events garnering poor television ratings. The way she spoke at the time seemed to indicate she was using the results to affirm the company's decision not to go into MMA at a time when many stockholders thought it would be a good fit because of the product similarities and the perception MMA was the next hot thing.

The debut show will also include former UFC fighters Pete Spratt vs. Sammy Morgan, as well as Sean Salmon (vs. Leopoldo Serao) and Justin Eilers.

He talked about the idea of paying the fighters a guaranteed annual salary so they can train full-time (the IFL has the same approach). He said some promotions, obviously referring to UFC, hold the next fight over the fighters' heads as pressure to sign contract extensions or to take matches that put people in a bad position. He also believes fighters should have a union and he said he wants NBA player agents to start signing up fighters for representation. He continued to say he was against having ring card girls, people promoting energy drinks or women with giant implants at ringside, saying that hurts the perception of the sport.

Ultimately, Cuban is one of a truckload of people looking to follow in the UFC's footsteps. Calvin Ayre has proven throwing money around, advertising like crazy but badly, and producing scenic television is no guarantee anyone will watch the TV and/or buy PPV events or attend live shows. Cuban's approach is diametrically opposite to Ayre, who focused heavily on cheesy bumpers with bikini clad ring girls, and used the fights to promote all of his other business interests. Cuban, coming from an NBA background, wants to do a pure sport approach, different from UFC which does more of a boxing mentality but more upbeat and modern. Zilo, doing the BET promotion that is working on getting off the ground, wants to build around celebrity tie-ins in an even more spectacle pro wrestling type of approach. Like his station, he could be a factor some day, but his station doesn't reach enough homes to be one today. IFL has a show in on a network that reached 105 million or more homes and hasn't really made much in the way of penetration. Bodog is on a weaker network in fewer homes, but Ion is still available by more than three-quarters of the U.S. homes, and Bodog advertised like crazy and has made even less in the way of a dent. Both shows drew well under what the average rating is on weak fledgling network stations. Being on a station that only reaches 6 million homes means nothing today. You can't count anybody with his kind of money and contacts out long-term, but just having the money and contacts doesn't guarantee success. And until his station is in 80 million homes, or he makes a deal with a larger network, he may produce product but he's not going to make big stars or have mainstream success.
**********************************************************

This is the third issue of the current four-issue set. If you've got a (1) on your address label, your Observer subscription expires with the next issue.

Renewal rates within the United States are $11 for four issues (which includes $4 for postage and handling), $20 for eight, $28 for 12, $36 for 16, $54 for 24, $72 for 32, up through $90 for 40 issues.

For Canada and Mexico, the rates are $12.50 for four issues (which includes $6 for postage and handling), $22 for eight, $32 for 12, $40 for 16, $60

For Europe, you can get the fastest delivery and best rates by sending to Moonsault, P.O. Box 3075, Barnet, Herts EN4 9YR, England, or by sending e-mail orders to moonsault@mediaplusint.com. Rates are £9 per set of four issues. U.K. readers ordering at least six sets can get them for £8.50 per set.

For the rest of the world, the rates are $14.50 for four issues (which includes $9 for postage and handling), $28 for eight, $40 for 12, $50 for 16, $63 for 20, $76 for 24, $87.50 for 28 up through $125 for 40 issues.

All subscription renewals should be sent to the Wrestling Observer Newsletter, P.O. Box 1228, Campbell, CA 95009-1228. You can also renew via Visa or MasterCard by sending your name, address, phone number, Visa or MasterCard number and expiration date to Dave@wrestlingobserver.com or by fax to (408)244-3402. You can also renew at www.paypal.com using Dave@wrestlingobserver.com as the pay to address. For all credit card or paypal orders, please add a $1 processing fee.

All letters to the editor, reports from live shows and any other correspondence pertaining to this publication should also be sent to the above address.

We also have copies of our latest book, "Tributes II," a 293-page hardcover full color book which features biographies right out of the pages of the Observer. Those featured are Wahoo McDaniel, Lou Thesz, Miss Elizabeth, Freddie Blassie, Road Warrior Hawk, Andre the Giant, Curt Hennig, Johnny Valentine, Davey Boy Smith, Terry Gordy, Owen Hart, Stu Hart, Gorilla Monsoon, The Sheik and Tim Woods. The book is available for $12.95 plus $3.50 for postage and handling in the U.S., $10 for postage and handling in Canada and $12 for postage and handling for the rest of the world.

This publication is copyright material and no portion of the Observer may be reprinted without the expressed consent of publisher/writer Dave Meltzer or deputy managing editor Scott Williams.

Fax messages can be sent to the Observer 24 hours a day at (408)244-3402. Phone messages can be left 24 hours a day at (408)244-2455. E-mails can be sent to Dave@wrestlingobserver.com.
**********************************************************

TNA: This would actually be sad if it wasn't so funny. They added three new matches for Bound for Glory on the TV show. They added Homicide & Hernandez vs. Senshi & Elix Skipper in an Ultimate X match. That's a stunt show and could be very good, and I can see that on their big show of the year. Then they added a 10 woman gauntlet match (Rumble rules) with the winner being the first TNA women's champion. Okay, I can sort of see this for a second, but wouldn't it make more sense to hold the belt off a few weeks and have a tournament since you now have two hours of TV to fill, to where all the new wrestlers have a chance to show their stuff in elimination matches on TV and the champ comes off as deserved instead of as a random Battle Royal winner? Didn't we just have a Rumble style Battle Royal on the last PPV and did anything in that match have any impact five seconds after it was over? They announced it would be five women we know and five women we don't know. That's a perfect way to introduce five women, in a Battle Royal all at once, almost guaranteeing none of them can get over individually, when you now have two hours of TV time and seemingly adequate time on TV to get people over first. And even though we had a Battle Royal on the last PPV, and another one already announced on this one, three is yet another one—a 15 man Reverse Battle Royal, which has four winners, and then those four winners do a four-way match with the winner getting a TNA title shot. The first reverse Battle Royal, on TV last October, won the worst match of the year award. After a while, you just throw up your hands at a company that comes across like it has a perpetual learning disability. This company constantly cuts corners when it comes to promotion. If history is any indication, they won't even take out an ad campaign during Raw and Smackdown for the two-hour show. But instead of having two singles matches with four total wrestlers that have a chance to be good matches, they book 25 people for two Battle Royals on the same show. Unless they use locals, that's 21 extra flights to Atlanta for people that won't sell ticket one, PPV one, and are put in a position by the rules of the match that one match will probably stink (Reverse Battle Royal) and even if it doesn't, the way they book their Battle Royals nobody gets over anyway. The major names in the Battle Royal will be Chris Harris, James Storm, Black Reign, Sonjay Dutt, James Storm, Robert Roode, Kaz, Chris Sabin, Alex Shelley, Petey Williams and VKM. The other is a huge risk using women that the crowd doesn't know, plus after one Battle Royal, the last thing you want to see is another one. Jarrett and Russo love the Royal Rumble, and hell, lots of people do, but that doesn't mean you have to do it every month, especially since every time they want to do the same thing (the guy in at the start who goes bell-to-bell; the Bushwhacker comedy spot where the guy comes in and is gone in 30 seconds although that's been done so often nobody laughs anymore). Also on the show is a Monster's Ball multiple man match. Abyss and Mesias are in it for sure, but they want to hold off their singles match. Rhino and Raven are currently hooked for it and there's a possibility of others, but aside from Abyss and Mesias,

nothing is a lock. If Rhino or Raven aren't in, then they'd likely be moved to the Battle Royal. . . Junior Fatu hasn't signed a deal. They've been trying to get him in full-time, but he thus far only committed to the tapings last week. He wanted to use the "Kishi" name he's been using overseas and on indies, but TNA didn't want to risk WWE firing a nasty letter to them. . . There is talk about using Kevin Nash as a wrestler. Ultimately it's Jarrett's call. Dutch Mantel is against it, feeling he's burned the company on too many jobs in the past. Russo, with his usual not caring about any history, is the one pushing for it because Nash was a star in the late 90s. . . Several TNA wrestlers including Homicide, Hernandez, Sonjay Dutt, Chris Sabin and Alex Shelley have talked of leaving. Management has asked all of them to stay until the two hour shows start, saying they'll get more television time at that point. A few of them were interested in working Japan. It's also questionable how long Ron Killings will be staying. He's only committed through the Pacman Jones angle, which ends at Bound for Glory when Jones' contract expires. Jeff Jarrett is going to make another play with the Tennessee Titans to allow Jones to wrestle and actually do something at Bound for Glory. If Jones is allowed to wrestle, believe it or not, there is at least a decent shot they would extend his deal. If he's not allowed to wrestle, I don't see an extension to the deal that ends at the Atlanta show. . . Four of the five new women in the women's Rumble on Bound for Glory at this point look to be Angel Williams, ODB, Amazing Kong and Shelly Martinez (Ariel). There was no play made for Sarah Stock (Dark Angel in CMLL). They were just looking for five new people to fill the five new spots as opposed to having an idea to find or create a new female star, and if that's the case, no point in flying someone in from Mexico City. The other five will be the regulars, Jackie Moore, Gail Kim, Ms. Brooks, Christy Hemme and Roxxi Laveau the Voodoo Girl. One would suspect either Kim or Moore as the likely winner. Kim is generally regarded as the person they would build the women's division around as the top babyface, so the decision would be if they wanted to get the belt on her first, or have her chase it. To me, Battle Royals to create champions are lame, and there's no need to rush, plus you can introduce new wrestlers and get the title over more by having it as one of the new weekly features when going to two hours. . . Dawn Marie, who is trying to get back into shape after having a kid and being almost 37, is also talking with TNA. There may be personal issues there with ex-boyfriend Pat Kenney as an agent, and that's just the tip of the iceberg. Dixie Carter and Dawn Marie have been friends ever since WWE fired Dawn Marie while she was pregnant and at the time the talk was that if she wanted to return, she would have a job in TNA. That firing while pregnant, which I believe is still the subject of ongoing legal action, is still a hard one to believe all these years later. . . The TV commercials for Bound for Glory are built around Pacman Jones, who at this point is booked for a tag title match and still by court order not allowed to make any physical contact. They call him "The most talked about man in professional wrestling today," and push him as the biggest star on the show. I guess when the commercials were first made, there was a lot of talk from the first media storm, but it's down to nothing now. In fact, the only reason people aren't furious and calling that TNA ripped them off on the last PPV with Jones, billed in a match, and not having any physical contact in the match is because nobody bought the show or cared about him in the first place. If WCW had done this with Rodman or Malone, people would have excoriated them. TNA was only lucky that Jones didn't get over a lick so they could get away with it. But it's never truly lucky when the highest priced talent on the roster doesn't get over to such a degree. . . Carter did a rare interview on TNA Today this past week (a daily 12:00 Internet hype show the company produces) and focused on the two hour show, saying one of the changes will be more longer matches and more focus on developing personalities. She said the 42-minute format didn't allow them to fully showcase that they have the best wrestling talent. They also pushed in graphics the 11/15 to 11/17 shows in Tel Aviv, Israel, as well as pushed the Midway videogame that comes out early next year, which they said was going to be the best fighting game on the market. The videogame is a potential big one as far as company growth, both as a major new revenue stream (WWE makes a killing on their games), and also in exposing a new fan base to their stars. There is light at the end of the tunnel, as they can tour profitably because they do well in merchandise first time in most markets. The TV in two hours is a completely different animal than one, so the constant rush factor should be gone. I just hope the storylines improve because with all these positive factors, I don't see positive momentum. . . With all the TV having been taped for the remaining one-hour shows, the booking committee would now be working on scripting the first two weeks of two hour shows that will be taped on 10/1 and 10/2. You know the saying, and IFL is just the latest in proof of it, you don't get a second chance to make a first impression. They need to come out of the blocks strong. Some sort of a revamped look, strong matches, a championship match and if at all possible, a new signing of significance are likely all among the things in discussion in a perfect world. The thing is the easiest "star" they could probably get on the show as a newcomer is Scott Hall, who wants to make a comeback and is in shape, but the timing couldn't be worse, and the track record from the past indicates long-term it doesn't do you much good. One idea talked about is if Jarrett came pull off the

negotiations, push the show around Jones' first television match, but to me, the window of anyone caring about Jones in TNA is over. While there were a few papers that picked up his winning the tag title, the fact is still his name means little. meant nothing for ratings and gives the company a negative connotation at a time they'd be best served trying to specifically position themselves as the alternative to the current sleazy pro wrestling public perception. . . Samoa Joe, Rhino and Hernandez were all working in Germany over the weekend. . . Notes from the 9/14 TV show. This show was migrane-inducing if you were trying to make any sense out of anything. Christian, Styles and Tomko were shown coming to the arena and Christian challenged Matt Morgan, although they made it comedy since Christian didn't even know his name. Christian also said he called Jim Cornette during the week and asked Cornette to get him the biggest, toughest Samoan he could find, and he didn't care if it was Afa, Sika or Don Ho. Styles then started singing "Tiny Bubbles," which was Don Ho's major (only?) hit (his only single to chart back in 1966). Don Ho was a Hawaiian singer that wrestler Dean Ho was named after, and considering nobody today knows Dean Ho, that tells you how long ago it was. This was the usual funny Christian promo but it all went downhill from here. The star of the show, Karen Angle, came out. She was a little shakier than usual on the mic. She introduced Kurt, but Sting instead came out and Sting said he didn't blame Kurt for attacking him and that in the same situation, he'd have done the same thing. He just wanted Karen to admit that she lied and he never hit her. Karen said he hit her so hard she fell on the ground and doesn't remember anything else. Kurt was hiding in the entrance behind an American flag and when Sting was leaving, Kurt hit him with two chair shots, but they were to the upper back. Kurt handcuffed Sting to the ropes and Karen slapped Sting four times. Sting spit in Karen's face. Kurt got in Sting's face and Sting spit in Kurt's face. Sting then pounded Sting into oblivion. It was a good angle, but all the heel heat is on Karen, and Kurt, the guy who needs to be hot to draw the money as the world champion heel in the main event, is still portrayed as someone being manipulated and a victim of circumstances as much as Sting is. Black Reign destroyed Shark Boy in less than 1:00 with a spinning suplex. He pulled out his weapon, which is a stick with a giant blade on it, and KO'd Shark Boy with it and unmasked him. He grabbed Misty the rat and put it in Shark Boy's mask and was going to put the mask back on him, but Eric Young made the save and covered Shark Boy's head with a towel so his identity wouldn't be revealed. Christopher Daniels pinned Jay Lethal in a non-title match to earn an X Division title shot in 4:49. They worked way too fast here. It came across too much like a sprint than a match. Daniels blocked the Lethal combination and won clean with the last rites. Don West did try to bring up a sports analogy that sometimes after a team scores a big upset over a championship team, they lose their next game. Even though there is booking logic in Daniels winning to get a title shot, they totally squandered everything Lethal got out of beating Angle. Jim Cornette then rushed through announcing true gimmick matches for Bound for Glory so fast that unless you have Tivo and watched it again with a note pad, there is no way you would remember anything other than there are two Battle Royals, neither of which you would want to see. Cornette told Morgan not to hurt anyone when he went out there. Morgan confronted Christian, Tomko and Styles. Christian noted there were three of them and only one of him. At that point Samoa Joe speared Christian and Morgan threw Tomko and Styles out of the ring. Yes, Joe and Morgan had a staredown on the PPV, but I guess that makes it a surprise when Joe saved him. Morgan isn't 7-feet tall like they bill him, but he's huge as Tomko looked tiny next to him. Morgan then said he would be the ringside enforcer during Joe vs. Christian at Bound for Glory. Cornette than brought out Junior Fatu, who they said was formerly known as Rikishi, and he came out to music that was a knockoff on the old "Too Cool" music he used to have in WWE. But he didn't dance. People popped pretty big, as they do the first time any WWE wrestler appears on the show. TV main was where the show really fell apart. It was Angle vs. Abyss in a cage match that you can only win via submission, and if Abyss lost, he would leave TNA. Keep in mind that on PPV, Abyss was attacked by Judas Mesias and pulled under the ring and he was scared to death. Abyss did an interview earlier in the show and made no mention of what happened and it was never brought up, nor did he explain why he was putting up his career, not that he should be talking in the first place because every time he does a promo it weakens his character. There was no explanation for a cage match on TV with no build-up. This was right out of the WCW playbook where guys would put up their career so often that nobody believed r cared in the first place, and there wasn't one person in the audience who actually believed Abyss would leave TNA and it was never played up during the show. . . Angle bled right away. There was a ref bump 2:30 into the match. Abyss got the ankle lock on Angle and was about to win when Mesias came from under the ring, cutting the canvas with a rope made out of barbed wire. Mesias had blood dripping from his mouth and had his eyeballs rolled up. Mesias started choking Abyss with the barbed wire rope. Angle rolled out of the cage. Mesias gave Abyss two chair shots to the head, the second really hard. It's like they are living in a vacuum or something. They don't even realize the whole mentality of hard chair shots to the brain is different. When you do them now, the reaction is to be appalled at the

promotion. He DDT'd Abyss on a chair, and pulled out broken glass. Abyss bled from the head and Mesias used glass and sliced up both of Abyss' arms. Nobody cared because Abyss has done this stuff so many times that it's not like there's any heat on a heel for doing it, nor sympathy on him for taking it. The ultraviolence can work when you do it once for shock value, but unless you have decided you can't draw mainstream fans and are trying to lure only the small percentage of blood fans, it's a slippery slope they're falling off. They need to ditch the thumb tacks and broken glass to the arm because it's been done and it doesn't move people as much as makes people at this point think the company is desperate. At a time when they are getting a two-hour show, they are presenting a product that is going to turn off a large percentage of the potential audience with the ultraviolence, and isn't going to hook new fans because the storylines as they are right now make no sense, so why care? And if you don't care, you aren't going to spend money regularly on PPV. Right now their fan base seems to be fans who like wrestling but don't like WWE, or WWE fans who will watch other wrestling on television, which is a small percentage of the WWE audience. When WWE & TNA went head-to-head that one Thursday and TNA's rating was cut back to such a shocking level, it really showed that a stronger percentage of the TV viewers than I'd have thought were really WWE fans who just watched TNA to see more wrestling. Those people will always choose the monthly WWE PPV over the TNA PPV. They can get some fans just because they have prime time exposure and 2 million viewers per week (combining Thursday and Saturday) in most cities they run live once per year, and they'll buy a lot of merchandise first time in.

**UFC/WEC:** Some more follow-up on the UFC 75 ratings. The 2,503,000 Males 18-49 viewers was the most for any show in the history of the Spike network, beating even the most successful Raw episodes over five yeras. In Males 18-34, the 1,622,000 viewers also beat every episode of Raw during those five years (and Raw was a hot property the first several months on Spike until Austin turned heel, Rock left and the Invasion happened). It was the second largest in that demo in network history, trailing only the Shamrock vs. Ortiz show last year. It was the second highest rated show in that demo on cable for the week, trailing only the 2007 Video Music Awards on MTV and led Spike to beating USA for third place overall in the 18-34 men and women combined demo. Probably even more impressive is that in Men & Women 25-54, it was the fourth highest rated show on cable, and that's including ages 35-54 that usually aren't watching UFC in high numbers, and women, which also usually don't watch in high numbers. Eventually, because of more homes having Spike than a year ago and Tivo viewership now being counted in the ratings, it is believed Dan Henderson vs. Quinton Jackson will top 5.7 million viewers in its peak quarter hour and pass Ken Shamrock vs. Tito Ortiz as the most watched MMA match in U.S. history. Also impressive is that it was the highest rated show on cable in every adult demo for the day, not just on the men's side, but every strictly women's age group demo as well, and older women, which isn't exactly a group that in the past has watched UFC in any great numbers. It will be interesting to see where the male numbers compare with the baseball playoffs and World Series... The final numbers for the live event at the 02 Arena in London were 16,235 total fans, which was a sellout, with 13,959 paid and a gate of $2,717,220. . .The medical reports that UFC received from the doctors post-fight didn't include anything on a broken rib for Mirko Cro Cop. That could mean he is using it as an excuse, or it could mean he didn't realize it until the next day, which often happens. Quinton Jackson's left hand was hurting him after the fight (he went in with the injury) and Dan Henderson's right hand was hurting, and both were X-rayed but no reports of a break. Cheick Kongo got an MRI on his shoulder. Kongo actually hurt his shoulder in training at Big Bear with Jackson and Bisping. It was largely kept quiet, although after the fight he mentioned his shoulder and back hurting him going into the fight. Naoyuki Otani also suffered a possible broken nose. . . Regarding any rumors of Brock Lesnar, the deal is not done. . . Ryo Chonan, a former Pride fighter, has signed with UFC. Chonan, 14-7, fought at 183 pounds in Pride but will cut to 170 in UFC. The lower weight class means an obvious match-up with middleweight champion Anderson Silva isn't happening. Chonan's most famous win was on the 2004 New Year's Eve show in a match shown a million times on FSN after Silva won he UFC title. He did this awesome flying scissors takedown into a heel hook for a submission. 2005 was a tough year as he was knocked out quickly by both Phil Baroni and Dan Henderson, He's won two fights this year for Deep, the second after Pride stoped running. Chonan is the second Pride Japanese fighter (after Kazuhiro Nakamura, who debuts on 9/22) to sign with UFC. No date or opponent is confirmed for his debut. . . Illinois Governor Rod Blagojevich signed legislation to put MMA under the auspices of the athletic commission effective on 6/1. The state had banned MMA in 2000, but there have been events held due to an exemption status in a 2004 law, including an IFL show earlier this year and a second coming on 11/3, and there have been at least 66 MMA shows so far this year in the state. UFC wouldn't go to Illinois until the state had put it under the auspices of the athletic commission. Most likely there will be a UFC event in Chicago late next year, although they are working on getting the date of regulation moved up to 1/1 and to come earlier. The

bill had won easy passages through the house and senate. . . UFC's next goals as far as states looking to get fully regulated are South Carolina and Tennessee. Obviously the big goal is New York and to play Madison Square Garden. . . UFC's contract with Spike expires at the end of 2008 so the new $100 million plus multi-year deal that is being talked about would be starting 2009. . . A&E is filming a biography special on Randy Couture this coming week. No word yet on when it will air. Among those being interviewed for the piece are John McCarthy and Loretta Hunt. Couture also did a shoot last week for the CBS show "The Unit," a reprise of a character he played on the show in an episode that aired in June. . . Spike will be doing a two-hour special on 10/23 at 8 p.m. doing a countdown of the 20-25 greatest moments in Ultimate Fighter history. . . The next Ultimate Fighter season after this one will be cast in December and shot in January and February, with the tentative plan to debut on the first Wednesday in April. . . Besides the Wednesday night first-run episodes, the schedule for Ultimate Fighter for this season will be replays at 10 p.m. Saturday nights and 9 a.m. Sunday mornings. . . The 9/5 WEC show was up to a 0.5 rating, which was the highest of the three so far. That would be one of the best ratings of the year for Versus. . . Justin McCulley suffered an arm injury in training so he's out of his prelim match on 9/22 in Anaheim. Hawaiian fighter Scott Junk debuts in UFC facing San Jose fighter Christian Wellisch (who is the answer to the trivia question as to who the MMA fighter Kensuke Sasaki beat in his only MMA match ever in Japan was). Also added at the last minute to the show is Anthony Johnson vs. Rich Clementi. Johnson is 4-0, coming off a 13 second knockout win over Chad Reiner on the June Spike special. Clementi is 25-12-1. . . David Terrell returns after numerous injuries to face Ed Herman on the 11/17 show in Newark. . . The blow-by-blow, so to speak, of Michael Bisping at the post-UFC 75 press conference: Question (from Oliver Copp, who does the voiceovers for UFC DVDs in Germany and has done WWE announcing in Germany as well, and attends most UFC events in the U.S.): "Do you really think you won, Michael?" MB: "Of course. Don't insult me like that." The reporter came back saying, "Seriously." MB: "What do you mean, seriously? You wanna go three rounds? Cheeky bastard. Of course I fucking won the decision. Get the fuck outta here. Get that smile off your face too, while you insult me." Another reporter: "I think you are the only one who thinks so." At this point Marshall Zelaznik (head of UFC U.K.) stepped in and said there were two professional judges who felt that way. Ben Cohen of Foxsports.com then asked: "Do you think the judges scored the fight on volume of punching over hurtfulness of punching?" MB: "I don't fucking know. I'm not a fucking judge. Are you? Did you think I won the fight?" Cohen: "No." MB: "How many fights have you fucking judged? Who the fuck are you anyway? What's your fucking MMA background?" Cohen then said he was a kickboxer. MB: "Yeah, good for you. Fuck you. You're a kickboxer, so fucking what. Fuck off." Bisping did later apologize to the reporters for his behavior. . . Hamill is getting knee surgery next week for a torn meniscus, suffered in training before the fight. He said his knee was at 70%. . . Donald Cerrone, who fought in an off-TV match at the WEC show on 9/5, tested positive for Hydrochlorothiazide, a diuretic that would be used most likely for weight cutting, or possibly to dilute the urine. Cerrone beat Kenneth Alexander via submission in the first round. It is unclear if the commission will reverse the result of the fight. When Thiago Alves tested positive for a diuretic, they didn't, saying since it's not a performance enhancing drug, it had no bearing on the fight. Alves was suspended for eight months. But if it aided a bigger man being able to make a lighter weight class and is illegal under the rules, a win should be overturned. I think there is more substantial proof that using a diuretic would aid in making a lower weight class than marijuana would aid in winning a fight, and I'm not opposed to the Nick Diaz decision of being stripped of his win over Takanori Gomi, because if you caught using an illegal substance for your fight, your win should be taken away, and Diaz knows the rules. Plus, whether you would have won with or without it, drug usage changes the fight and the opponent has to get the benefit of the doubt in a loss in that situation. The commission drug tested eight of the 20 fighters on the show, including the four title match winners, seven of whom were clean. . . Jeff Mullen, one of the two judges who picked Bisping, was told not to do anymore media. . . In an interview with Alex Marvez, Rich Franklin noted he was going to try and avoid the Muay Thai clinch, but was training in case he got there, for the 10/20 title challenge to Anderson Silva. "We're doing a lot of preventive stuff and, as odd as this sounds, maybe a little bit of fighting from the clinch in case I get caught there. That's the worse-case scenario for me based on the last fight." About last year's fight where Silva destroyed him with knees in the clinch, "Physically I was prepared. Mentally I was in the wrong place." . . . Tito Ortiz has been telling people his next fight is 11/17 in Newark, NJ against Rashad Evans, which is the date UFC has been looking at putting it on, but the match itself had not been confirmed nor signed at press time. . . Frank Edgar has signed a new three-fight contract. . . Blake Bowman, one of the cast members of the Ultimate Fighter this season, is scheduled to undergo surgery shortly for a torn ACL. I don't know that it occurred during the show, and with the surgery upcoming, there is a good chance it occurred recently in training, but he won't be available for the live final

8

'on 12/8. He was by no means one of the favorites to make the finals.

WWE: With the return of Mysterio, not only has Smackdown returned to being the highest rated English language prime time network show among Hispanics, but it's also the highest rated prime time show among children under the age of 11. The two most popular characters with that audience are Mysterio and Hornswoggle, which explains the latters' increase in TV time. The 12/8 Smackdown, headlined by Mysterio vs. Guerrero in an I Quit match, did a 5.0 Hispanic rating, more than double what the show had been doing in the few weeks before Mysterio's return. . . On Hornswoggle having the cruiserweight belt in the ring, he pulled the belt out with a rope before the box collapsed on Noble, so that explains him coming to the ring with the belt. It was never explained, but a glimpse was shown. So the mistake was mine and not theirs. . . The word everyone is publicly saying is Booker will be back after his 60 day suspension so the sides are attempting to work out their issues. Booker isn't taking any offers for outside bookings and he'd be in demand and could get good money for them. . . Flair's only public comments is that he hasn't quit and that he can't talk anymore about his situation. He's still being paid based on his weekly downside guarantee. He's not injured and at a time when the roster depth is low, he's very conspicuous by his absence. As press time, there was no change in his status since he gave notice in August. His Ric Flair Finance company has just gotten off the ground and he's taking the position that if there's a good reason to come back, in that they have plans for a major run, he would, but there's no reason to come back if he's not going to be featured. As noted before, when he gave notice, both sides agreed to keep everything confidential and neither were happy when the details of the situation got out. As noted before, it appears most in key positions are in agreement he should be featured for a farewell run. The only problem is when push comes to shove, they don't want him losing on the way out because they realize in the final run it will just get in the way of building a big farewell. But don't want him beating anyone of significance on the way out either, and it's kind of hard to do anything meaningful with the Rocky/Couture scenario with those limitations. . . The word is the 30-day suspensions will end with the Raw talent returning on 10/1 and Smackdown talent returning on 10/2. This would make it possible for Rikishi to return, for example, and shoot an angle on the 10/1 show and work with HHH if that's in the cards. Of the guys on suspension, Rikishi, Morrison and Kennedy are the only ones who would have a realistic shot of being on the No Mercy show. While they may have been docked 30 days of pay, if those days are accurate, the actual suspensions for most would have been 26 days total for the Raw guys and 28 for Smackdown and ECW. . . More from Mr. Kennedy in an interview with *Fighting Spirit* magazine just before his suspension: "It hate it, it really irritates me when I see these people get on TV shows and say, 'Well, their Wellness policy is a joke' and 'They're allowed to have ten times the legal amount of steroids in their bodies.' The fact is that we're not allowed to have any steroids in our bodies. Period." He also got mad at a story in the magazine on steroid use in wrestling by Bryan Alvarez that had a photo of Lashley, saying that Lashley had never failed a steroid test. That's some real naivety to think anyone buys that "never failed a steroid test" defense at this point. Kennedy then said that Alvarez was just like Marc Mero in that he says things that aren't right and has no idea what goes on in our locker room. "I have no respect for Bryan Alvarez. I have no respect for him because he's a worker. In fact, I didn't know Bryan Alvarez was even a worker. . . Just because those guys have been involved in this business, they aren't in our locker room. They don't know what's going on. Our drug policy is on par with the NFL." When asked if anything positive could come out of Congress investigating as far as helping the performers, he aid, "Really, the only thing that I would like to see come out of this, the only thing that I would really like to see that would be different, is that we get a little more time off. That's it." In fairness, he did say this before all the walls of his own personal credibility tumbled down. And he is 31. When he's 45, unless he ends up still being employed behind-the-scenes, he'll have a very different opinion. Everyone does. Since the suspensions, almost all the most vocal wrestlers from the WWE side on the subject have gotten very quiet. . . Victoria was furious about how people had noted no women came up in the Signature Pharmacy case as curious and took it personal. She said she trained hard to look like she did and that it was irresponsible to say WWE women needed to take anything to look the way they do and offered to take a lie detector test. It was based on a note in *Pro Wrestling Torch* saying some of the women use Anavar (a steroid popular in weight class sports because it tightens up your body and adds strength without putting on bulk–in fact when I was semi-living at the beach in the 80s and 90s, a lot of the guys who bragged about being clean would take it and claim to me, "I'm clean, I just use Anavar" so even though it's a steroid many don't mentally classify it as such), GH and Clenbuterol (used for similar reasons) to keep their bodies tight. Victoria said she would never talk to that website, and "I will go out of my way to make sure that no other WWE talent ever grants an interview with you." (funny since WWE has for all real purposes banned talent from doing interviews with anyone who regularly covers wrestling seriously since around 2000) and that any independent wrestler who ever grants an interview with the site, if they make it to WWE, "will get the most brutal welcome to the bigs in the history

of sports entertainment." This probably isn't the best week to be talking about junior high school initiations. Torrie Wilson said that she runs 7-10 miles and then trains with weights for 45 minutes, and "I absolutely hate when people try to devalue someone's hard work or make themselves feel better." Wilson's body hasn't changed at all from what I can tell from when things got serious, and a very significant percentage of the WWE population has. Victoria's has varied and changed from time-to-time, but maybe it's because she's older or has picked up injuries that doesn't allow her to train as hard (she's worked on a bad knee since forever) to give her the benefit of the doubt. The problem with both's denials are that they are working in a company where the people denying the most and loudest in the past few months have turned out to have no credibility. You can fool people who have never trained, but tons of people train hard and eat good. Some people have the natural chemistry and dedication to look a certain way and others don't, and that helps in Hollywood and in wrestling. But in WWE, almost everyone has implants, almost everyone has hair extensions and that's just state-of-the-art. Some people would find it funny that women who do have implants in the first place would then defend that they got their bodies naturally just based on that, but it's just reality that what people expect women on television and movies to look like in bikinis and real women's bodies at 30 don't jibe, and the WWE women do work their asses off so probably feel defensive, but that it's still not real. Take yourself to the gym and watch 30 year old women who run 7 miles a day and train hard with weights, have implants and eat very little food at all and they won't wear skimpy bikini bottoms in public because that's real world 30 to 37, even if they were drop dead hot enough to be Diva material at 21. Since both came from the fitness competition world where various drug usage is plentiful, if they at least came halfway clean in a discussion of the subject it wouldn't come off so defensive, because whether true or not (and neither of their names have come up anywhere), most people nowadays take that as equivalent to a wrestler in the 70s arguing wrestling is real and if you don't believe it, get in the ring and I'll show you. The one thing, and this goes across the board with elite level athletes in most sports, because I've found wrestlers more honest to me about their drug use, by far, than athletes in any other sport, is that people feel they've trained hard to get where they're at, and since "everyone does it", it's not cheating and it's a witch hunt mentality against them. The feeling is the public hears steroids and then believes they haven't trained hard and have cheated to get where they are. In reality, they've actually worked their asses off to get everything they have and made unbelievable sacrifices. There is that total belief of a lack of understanding that makes athletes defensive and feel persecuted by authorities who should leave them alone because everyone is doing it and admitting to it is felt as diminishing your accomplishments and the fear people will see you as a fraud. I think in wrestling in the past, it has been a little healthier because the stigma isn't there like for a major league baseball player because everyone expects it from almost everyone. Although because of what has gone down in the past few months, I think the era of the modern wrestlers being more honest than those in other sports has quickly come to an end. Whenever a wrestler goes public and admits to use for a short period of time, everyone makes fun of them for not coming clean (and more times than not they would be right). Everyone knows "everyone" (there's that word again which means a whole lot of people) does it and the honest guys aren't afraid to talk about it, although many will admit to it and then downplay the level as well (and being wrestlers, others will exaggerate, but usually their exaggerations are more based on quantity of other drugs they used and survived than steroids, due to stigma issues). Even wrestlers who do admit it, whenever you see them asked, they do that hesitation and uncomfortable moment, and then will do the "I've done it in the past." and because of laws, saying you do it today is asking for trouble which leads to more issues. Even though Hogan screwed himself for a few years over it, the fact is, he did steroids, Flair has admitted it, and they are the two most legendary wrestlers of the modern era, and neither has a negative stigma over the use of steroids today like Mark McGwire or Barry Bonds do. Think about this because the guy has admitted it and lots of people people don't realize this. Sean Waltman was a regular steroid user for years (I can use his name because he has no compunction about telling the truth about that subject even though he could easily deny it and nobody would question him except people who know) when he worked the big leagues. I know one wrestler who is half Waltman's size who was using steroids in the big leagues and is always talked about as being one of the few clean ones. It's not just guys who look like Lashley, Batista, or even heavyweights like Kennedy and Regal who most people would look at and think they are clean because they think take steroids and you look like Chris Benoit. It's also not everyone, so I can see where some clean people would get upset about being lumped in and their own work being diminished. But most hard driven wrestlers are going to do it because their mentality is to do what it takes to be the best, and part of being the best is having the look. . . The cable stations have gained in coverage a lot in recent months. Right now, USA Network is in 96 million homes and Spike is in 95.8 million homes. Just a few months ago, those numbers were 93.6 million and 93.4 million. Sci-Fi is in 91.2 million at this point. There are a

total of 112.8 million U.S. homes that have television sets. Both CW and MyNetworkTV are in about 107 million of those homes. . . After pulling out of SummerSlam, Steve O will be appearing on the 10/1 Raw show since his Dr. Steve O show debuts right after Raw that night. . . The Diva Search this year will be mostly on the Internet. They already taped almost everything. Those eliminated will have their segments not air. Most of the women were recruited from modeling agencies. The women have been told when it gets down to three, the finalists will appear live on Raw. . . Ty Bailey has replaced Mike Bucci in the talent relations division in heading up the developmental program. Bailey originally came to the company as Operations Coordinator for the XFL, as his family had ties with Basil DeVito, who was involved in running the league. He is the son of Joe Bailey, the CEO of the Miami Dolphins. He was brought back last year to be a recruiter of athletes. Jim Ross and Gerald Brisco have always been pushing the idea of recruiting college football players who don't make the NFL, NFL players who were cut but are big athletic guys who were wrestling fans, or top level college wrestlers, and Vince liked the idea of getting guys out of the Olympics for the credibility aspect. Ross and Brisco had pushed in recent years that the company had not signed the caliber of athletes they had in the late 90s and 2000 era like Rock, Angle, Lesnar and Benjamin, with the notable exception of Lashley (and he was recruited under Ross, not Laurinaitis). HHH and Stephanie were in agreement on that. Bailey has yet to sign anyone of that caliber. He has worked hard with the developmental system, watches the footage and has been helping John Laurinaitis and Mark Carano with talent relations at the TV tapings, which seemed to be his primary role of late. The positive on him is he's smart enough to know how to avoid making enemies, but the knock is that he doesn't really understand what works and doesn't work in wrestling when it comes to talent or booking. . . **Raw on 9/17 in Nashville.** Cena came out to open the show and was being booed heavily. He did such a good babyface interview that he got it down to about a 50/50 reaction by the time he was done. He mostly talked about how proud he was of his father. He said even though he lost last night, he felt great and then said he felt fabulous (an inside reference because his father is an indie manager named Johnny Fabulous). This whole storyline has been constructed so well to make Cena a babyface that it has really surprised me how much it hasn't worked. Coachman came out and told he was booking Cena vs. Orton as the main event. Cena was thrilled by that, but then Coachman told him he's not the Cena, and it would be his father against Orton. John Cena Sr. is known on TV as "Mr. Cena" as if he doesn't have a first name. Jeff Hardy kept the IC title pinning Benjamin in 13:03 after a swanton. It started slow, but turned into a good match with a lot of heat. Unfortunately, that's where the good matches from the entire weekend began and ended. They showed clips of women in bikinis playing volleyball. A few were serious players and a few weren't. You can text message your vote but you are limited to only ten votes per week. That's hilarious when they're begging you to vote ten times. Marella was knocking on the women's dressing room door. You know, isn't it kind of weird from a storyline standpoint that the faces and heel women share the same dressing room when they feud? Hall, who is a heel, came out and said that Maria doesn't want to talk to him after what he did last week to Ron Simmons. Hall told him to win Maria back, they should go and do a duet, and then she began singing "Achy Breaky Heart" in her usual horrible voice. Marella made a reference to Britney Spears and said, "I can't believe I used to pleasure myself to her." He then called Hall "Lillian" which is still funny. Vince came into his office and it was all decorated like a child care center. You know, little people are actually children in wrestling. It's kind of creepy when you think about it. Anyway, there were balloons and boxes of Lucky Charms everywhere. Then a horse came in with a horn on its head like a unicorn and Hornswoggle was running around like it was his playground. Nothing like comedy that doesn't get over. Duggan beat Daivari in a flag match in 2:09. It was short and easy. Daivari tried to stop Duggan from getting the American flag, but Duggan knocked him off the pole to the floor, got the flag and waved it around to win. Cena told Coachman that his father wasn't a wrestler and to take him out of the match. Coachman told Cena that he had a meeting with his father, and that he was going to strip him of the title for putting his hands on him, but his father said he'd do anything to keep that from happening. So he booked his father against Orton and John gets to keep the title. Cena said he wanted the match off. Coachman told him he would put John in a match against an opponent of his choosing, and if John wins, Mr. Cena doesn't have to face Orton. Vince did an in-ring promo talking about Hornswoggle being his son. He brought out legal papers saying he was putting Hornswoggle up for adoption, and brought out Ed and Alice Koskey as the adopting parents. Ed Koskey is the guy on the writing team best known for doing the imitations of people to make fun of them after they get removed from power. Hornswoggle didn't want to be adopted and pulled down Koskey's pants and got behind Koskey's wife and bit her in the butt. They stormed out not wanting him. Vince started yelling at Hornswoggle and called him a disgrace. HHH came out and confessed that he was the one who decorated the office, not Hornswoggle, and talked about how hard it was to find a unicorn in Nashville. HHH did a bunch of comedy. He delivered the lines well but

he was given pathetic lines to work with. HHH said that Vince had a microscopic penis, that he slipped Hornswoggle's mom the shillelagh and asked if she was magically delicious. People laughed at that line but most of the speech was semi-bombing. In the mind-blowing segment of the weekend, HHH buried the entire tag team division. First, he beat Cade & Murdoch by himself in a handicap match in 4:40. HHH is back to being real big and not so mobile. He moved so Murdoch clotheslined Cade. HHH flipped Murdoch over the top rope and pinned Cade with a spinebuster. Carlito ran in and he, Cade and Murdoch were doing a three-on-one on HHH. HHH was already starting a comeback on Carlito when London & Kendrick attacked Cade & Murdoch. HHH then gave Carlito a spinebuster, and then turned gave London & Kendrick both pedigrees. I've seen some egomaniacal babyface bookers, some of whom never would beat the tag champs in a handicap match. But even Hogan and Dusty never did anything remotely close to this, plus, not only did he lay out the tag champs and the top babyface tag team, but also laid out the guy he beat clean the night before in a stacked match, but that next week on Raw from Milwaukee, he's facing Carlito in a cage match. You'd think if he was going to destroy the whole tag team division, the least he could do was let Carlito, who he had pinned cleanly the night before, get a little heat. He really exposed a Jeff Jarrett style insecurity over not being as over as he used to be here. The one thing everyone has noted is when HHH tore his quad and came back five years ago, it was gigantic, and this time, it hasn't been 30% of that. But even though Jarrett would have the show written around him, if he was a face, he's not laying out the tag champs and top contenders at the same time, and burying his opponent before the cage match. Michelle & James beat Melina & Hall in 2:40 when Michelle pinned Hall with the unprettier, which she's calling the Candy wrapper. Beth Phoenix was all dressed up like a glamazon and the ring but didn't make a move. Cena beat Marella via DQ in :57 when Orton attacked Cena. Orton handcuffed Cena to the bottom rope. Coachman then said that even though Cena won, he had to win by pin or submission, which he didn't do, so Mr. Cena vs. Orton is on. The match saw Orton mostly stomp on Mr. Cena's appendages. Mr. Cena sold better than 95% of the wrestlers on the roster. Earlier in the show, Cody Rhodes asked Coachman if he could have the match instead of Mr. Cena, and Coachman blew him off. With John handcuffed to the bottom ropes and his dad being beaten on, Rhodes made the save; well sort of, but it caused Mr. Cena to be DQ'd in 2:16. Orton sold nothing for him and rammed him into the steps. Next thing you know they're going to blame Rhodes for not being able to get over. Orton then gave Mr. Cena an RKO. John undid the bottom rope and chased Orton out of the ring. After all this happened and with his father laid out, as John was in the ring and the show was going off the air, there was a loud chant. "You can't wrestle." And this was Nashville, not Philadelphia. . . **Notes from the 9/18 tapings.** They taped the wedding first, even though it probably will air last on the show. They used a comedian was the reverend. Wrestlers from all three brands, including Vince, were there. Jagged Edge performed "Let's Get Married" and then Hall came out and said they were terrible and started singing. The other women dragged her off. Godfather made a cameo and invited everyone to ride the hu train. Most of the guys, including JBL, left with him. Hornswoggle crawled under Kristal's dress. You know that one was coming. Coachman and Vince chased him around the ring. A loud chant of "We Want Wrestling" broke out. The wedding ended with, just before they were about to be named man and wife, Long passed out and he had to be taken out on a stretcher. As for the wrestling itself, Yang pinned Noble in the opener. They had a throwing a football through a tire contest with Matt Hardy and MVP that was pre-taped for Hardy to win again. Deuce & Domino beat Hardy & MVP in a non-title match. Cole was interviewing Mysterio when JBL got in the ring and began berating Mysterio. Mysterio challenged JBL to a match but JBL said his announcers' contract doesn't allow him to wrestle. Sure never stopped Lawler, Coachman and Jim Ross. JBL said he did know someone Mysterio could wrestle and Finlay jumped Mysterio so it looks like that's added to the PPV. On a show with Batista vs. Khali, you need that and more. TV main event was Henry over Batista via count out when Khali interfered. Undertaker made the save, but they may have been after the conclusion of the match. They had what was likely a dark match with Undertaker & Batista over Khali & Henry. ECW opened with Burke doing a promo saying he wanted a title shot at Punk. Thorn came out and said Burke lost his shot and he deserves a match with Punk. They argued and got nowhere. Burke has a little charisma but Thorn has so much negative charisma on the mic that this segment was falling below sea level until Dreamer came out. It's really a pity a guy who loves wrestling as much as Dreamer doesn't just decide to diet and get in reasonable shape because if he didn't look so bad, he's got more going for him as far as star credibility, even after seven straight years of burial, than anyone else on the brand sans Punk. People react to him and they don't really do that with anyone else. Dreamer pointed out he was the only one of the three who had ever held the ECW title. Burke noted Dreamer hadn't won a match since 1997. Richards was out next, noting he was the only one in the ring who didn't lose last week. Finally Estrada came out and ordered a three-week series of eliminations to determine the No Mercy title shot. It's under musical chairs rules. They started

with a four-way and the guy pinned is eliminated. They went 16:04. The crowd was completely dead for about 13 of those minutes. Dreamer and Richards were doing Malenko vs. Guerrero spots like they were under water in slow motion. Match was just random moves with all four working hard. They did like a billion (okay a dozen) near falls and the crowd finally got into it. Dreamer gave Richards a frog splash but Burke and Thom threw Dreamer out of the ring and both covered Richards. I guess next week it's a three-way with Richards out of the picture. Burke and Punk had a backstage confrontation, which makes Burke the favorite in this. Punk wished Burke "Good Luck." Burke got mad noting that last week Punk said, "Luck was for losers." Punk smiled and basically said you got it. Mahoney pinned Knox with a spinebuster like move in 2:04. Match was crappy but it was all a backdrop to continuing the angle. Kelly was openly cheering Balls while Layla and Brooke were cheering Knox. Miz was at ringside with them. After the match, Miz and the women left but Mahoney asked Kelly if she'd go out on a date. Miz dragged Kelly away and she never answered. Mahoney said "I'll take that as a yes." My experience is if you ask a girl out and the guy she's with drags her away, that's not a yes. Personally, if a girl is with a guy, that's a strike against her. If the guy is as obnoxious as Miz, that's two strikes. But this is the only thing remotely entertaining each week on this show. Main event was the hugely built up V vs. Boogeyman. Crowd was completely dead. The match was horrible, but the worst part was, it wasn't so horrible that you could laugh at how bad it was. It was just good enough to be horrible without being perversely entertaining, which is the worst level of horrible. At least it was short, with V winning clean with a sidewalk slam and a his boobs bouncing elbow drop. The Boogeyman gimmick only works if the crowd gets into the ridiculousness of it, but when the crowd no longer cares, there's no use for it. . . Smackdown notes from 9/14. Show opened with McCool vs. Victoria going to a no contest when Dykstra threw a drink in McCool's face and Palumbo ran in after Dykstra. McCool is still rough in spots but she seems a lot more confident. They gave her more time and she looked better than she has most weeks on the show. It turned into McCool & Palumbo over Dykstra & Victoria . Dykstra did a great job bumping around for Palumbo and amking him look good. His offense looked and sounded good and JBL goes out of his way to put him over. Finish saw McCool pinned Victoria after a high kick. There was a show long series of vignettes with Teddy Long's bachelor party and Kristal's bachelorette party. There was a Butch Reed cameo at Long's party. Jesse hired a bunch of women and it wound up with Long dancing in his tie and underwear and Kristal in lingerie in the other party. Both parties converged. Kristal's party stripper was Big Dick Johnson who is even fatter than he was when he was a regular. Weddings usually do big numbers and this was a build for it, but nothing much happened. Henry did a promo and showed a video of himself. He had the electrical storm stuff messing with the video and got Undertaker's voice doing a short "Rest in peace" promo. They did make the people pay for Undertaker's return. Matt Hardy and MVP were playing chess. Hardy got check on MVP and MVP sneezed on the board messing up the pieces. Hardy told MVP it was okay because he went to Teddy Long and asked for MVP to face Domino. MVP wasn't down with that. Moore pinned Noble. Moore did a flip plancha to the floor. Finish saw Moore indicate to Noble that Hornswoggle was under the ring. As Noble looked, Moore cradled him for the pin. Good match for the time they were given. Domino pinned MVP. The match was a backdrop for Hardy chanting mockingly, "MVP" while the crowd would chant "sux." MVP worked in his regular clothes. The match was bad, but considering Domino was in there, it wasn't as bad as it could have been. Perhaps the magic of editing. Hardy and MVP were arguing, giving Domino the chance to win with a small package. Finlay pinned Kane in a Belfast Brawl with the Celtic Cross in 17:28. Good brawl. Finlay was really a master worker here. He worked on Kane's shoulder and was rough, and then chickened out when Kane got the shillelagh. Finlay came back with a chair shot and used his finisher for the win. ***1/4. Main was Batista over Khali via DQ when Khali wouldn't break the head squeeze in 4:01. It wasn't that bad. In spots, Khali was real bad. At one point Batista speared Khali into the ringpost and Khali no sold it and was take with the advantage in seconds. That was kind of mind-blowing. Batista used a spinebuster, but Khali came back. Khali used the Khali chop and then the head squeeze. . . Stephanie & HHH's addressing the wrestlers in Cincinnati regarding the changes in the drug testing program was seen as a confirmation of what everyone pretty well knows, and that's the future power structure of the company. After Vince is no longer in charge, while the expectation is that Stephanie and Shane will publicly have titles that make it appear they are co-running the company, that Shane's duties will be to oversee the business side while Stephanie and HHH will run the wrestling side. HHH and Michaels made a recent trip to OVW to speak to the talent there, which seemed to indicate Michaels is likely to have as large a role in that structure as he would be willing to make the time commitment for. . . After the success of his first BBQ joint, Ross is planning on opening a second restaurant in the spring of 2008 in Moore, OK. which would be the first of an attempt to franchise the name. Ross wrote on his web site that he was in negotiations to stay on Raw as his contract expires in several weeks. and said he expects to stay. We haven't heard

anything different, but then again, the caveat always is that the last time they made a move to replace him it also came out of nowhere. . . The company hired Claire Murphy as Director of Communications, Sponsorships and Promotions for the company's London office. Her role is to implement a new communications strategy in international markets. . . Holly returned from his latest arm injury, doing a match at Raw in Nashville beating Ryan O'Reilly. K.C. James also did a job on Heat for Rhodes and Johnny Parisi was used in a squash for Ron Simmons' first match on television in a long time. They also had the Highlanders work as heels for the first time against London & Kendrick. After the show ended, with the middle rope still removed, they did a quick dark match with Cena over Orton. Orton stuck something in his mouth and then started bleeding from the mouth. . . For last week in the U.K., the best wrestling and MMA titles in the best selling sports DVD charts: 1. Hardy Boyz (this was the independent DVD Big Vision did when both weren't working for WWE); 2. WWE Judgment Day; 6. WWE Backlash; 7. UFC Nations Collide; 8 Wrestlemania 23; 13. WWE Survivor Series 1997/98 (1997 being the famous one); 16. XPW Wrestling After the fall. It only takes a few dozen sales in a week to crack that top 20. . . In the U.S. for the Billboard charts for 9/22, the MMA & wrestling titles making the top ten in sports were: 1. UFC 69 St. Pierre vs. Serra; 2. WWE Great American Bash 2007; 3. UFC 68 Couture vs. Sylvia; 4. WWE The Ladder Match; 5. WWE Wrestlemania 23; 7. TNA Slammiversary; 8. WWE Vengeance 2007; 9. WWE One Night Stand 2007. . . Notes from the 9/1 OVW show. It's just amazing, and I say this weekly, but here it's so noticeable about the difference in physiques across the board. This place used to be all physiques and now it's a bunch of guys who a year ago if they looked like this couldn't even get a deal. The Major Brothers beat The Insurgency (Omar & Ali Akbar). At least I didn't hear any "Ali" chants like last week. Ali tried using Brass Knux thrown in, but this time the Major Brothers were ready and got the pin after the Long Island Express, which is a double-team STO/Russian leg sweep like move. Kenny Bolin still thought the Major Brothers were ECW stars. After the match, all of Team America, which were the Akbars, the Belgian Brawler, Los Locos and Vladimir Koslov all tried to interfere but the Major Brothers cleaned house on all of them, saving Koslov for last with a double dropkick. The Next Generation Hart Foundation came out. They were the most over act on the show. It has to be the music and the name. Nattie Neidhart did their talking for them, challenging K.C. & Kassidy James for the tag titles (they beat Jamin Olivencia & T.J. Dalton sometime in the past few weeks). Olivencia & Dalton came out and said since they had just lost the title, they were entitled to a rematch. Then Terminal Velocity Steve Lewington, who if we go with the idea everyone is clean, is the only muscular guy here whose physique is exactly the same as it was. Chett the Jet came out and wanted a shot as well. The James Boys turned them all down until Chett said he'd put up his hair for a shot at the belts. I have to say in this day and age, particularly outside Mexico, the hair thing just doesn't seem to work. They were out there trying to get it over like it's the 70s and how everyone will think you're a geek and women won't like you with a bald head, and that meant something when nobody shaved their head but today it just doesn't have the meaning. It was weird because I have no idea why the Hart Foundation and Olivencia & Dalton were even out there because they all came across as geeks just standing there. Funny thing is while it's all happening, the whole crowd is chanting, "Hart Foundation." Anyway, the James Boys agreed. K.C. James looks almost exactly like Michael Bisping except he's got bleached hair. Koslov destroyed Nick Nameth in 1:50. Nemeth looks so different you'd never recognize him. He's now "Nick the Natural Nemeth." Wonder where he got that name from? He looks like a 1950s babyface with the athletic non-steroided lifeguard body and poofy hair like every young babyface on early 50s wrestling TV shows. Mike Kruel came out and talked about the Major Sisters when Cody Rhodes showed up. They went back-and-forth. Rhodes was real good on the mic. He copies his Dad a lot, which on interviews, isn't the worst thing, but he doesn't have his father's charm. He challenged Kruel to a title match. Kruel agreed, but only a non-title. So you know what happened next. Rhodes pinned Kruel with a DDT. A basic match but crowd was very into it. All of Team America destroyed Rhodes after the match. Nobody made the save. Backstage, Kruel was furious when Ace Steel came out of Danny Davis' office for a cameo and Kruel shoved him away. Sean Spears was to defend the TV title against Colt Cabana in a title can change via DQ or COR match. Spears posted Cabana before the bell. He got in the ring. The ref rang the bell and Cabana couldn't get in the ring by ten so it was ruled Spears winning via count out. Spears' physique also hasn't changed. He's gone from being too small for the main roster to having a chance to have one of the best physiques on the main roster if they call him up. Atlas DaBone pinned Mike Mondo with a splash. DaBone does have the charisma, but is still weak on wrestling. Mondo has dropped the weight he gained as one of the guys whose body changed when the drug testnig first started. Now he's a smaller guy but looks in good shape. Main event saw the James Boys keep the tag team titles over Lewington & Chett when Cassidy (it's been spelled Kassidy on the graphics but his ring robe reads "Cassidy" and I'll presume he knows how to spell his name, although I used that logic in the 80s when Lex Luger had a robe that read

"Lugar," until he noted that the person who made his robes misspelled his name) tripped Chett from the outside and held his leg while K.C. jumped on him for the pin. Chett said that they cheated, but he's a man of his word, so he sat in a chair, told Lewington to leave, and they tried somewhat unsuccessfully to shave his head as the electric razor wasn't doing a good job cutting through his matted sweaty hair. . . The James Boys are doing a gimmick where they shave people's heads, as they've also shaved the head of ref Goose Mahoney. . . Matt Anoai, 36, coming off the reality show on ABC "Fat March," is now working in OVW as part of a tag team called the Sons of Samoa with cousin Afa Anoia Jr. Matt is going at Matea, and was Rosey for years here. He's dropped a lot of weight, although he ended up quitting the show where he was to walk from Boston to Washington, D.C., quitting in Pennsylvania because his knee was bothering him. This led to Sonny Siaki, the former TNA wrestler, getting released as Siaki & Afa Jr. were the original Sons of Samoa tag team in the Georgia territory. Vince Russo liked Siaki years ago when he was booking TNA, trying to make him a carbon copy of The Rock as "Cocky Siaki" in the Nashville days. He was okay, but failed to show improvement and was starting to fall out of favor, and at the same time got the WWE offer so he left. Siaki wrote regarding his release: "I have been dealing with some personal issues that I'm currently having at home for the last seven to eight months, which led to me getting released by WWE. My focus right now is my family, not wrestling. I wish WWE the best." . . Derrick Neikirk has also been moved to OVW. . . Billy Kidman, now calling himself Bill Kidman, 33, has been worked over the weekend for WWE's Florida developmental territory and is being managed by Lacey Von Erich (Lacey Adkisson, Kerry's 21-year-old daughter who is a former model who looks similar to Kelly Kelly). Mike Mondo, with his new nickname "The Professional Mike Mondo," is now in Florida, as is Nemeth and British wrestler Hade Vansen, who is being groomed to be a top star in the British territory. Vansen has formerly worked Puerto Rico. Jake Hager, the former University of Oklahoma All-American wrestler was moved here some time back. They also have two Divas called the Bella Twins who are identical twins. There is also a Giant Titan, who may be the guy Dory Funk trained who worked one match for New Japan a few years back. The Next Generation Hart Foundation was back here over the weekend, as Harry Smith is the FCW champion. . . WWE ended up being the catalyst that will likely force the resignation of Kresten Ericksen from the Ogdensburg City Council. At last report, Ericksen was on paid leave after being arrested for second degree forgery regarding two WWE house shows in 2006. Ericksen, 47, was arrested on alleged forgery of an $8,000 cash receipt from one of the shows at the Ogdensburg Free Academy, where he was the student council advisor, a post he was forced t

o resign from in January. He had spent the past 20 years on the council, but was not running for re-election in November and his term runs out at the end of the year. The WWE ran a show in June, but didn't get paid its percentage of the receipts for several months, and then when they got the check, it was for significantly less than they believed they were due. They asked the school to investigate, and the school contacted the District Attorney's office and the state police, resulting in the arrest of Ericksen. . . There was apparently a minor incident after the Raw show in Green Bay. Much of the WWE crew was hanging out at a local bar and some fans showed up. A fan asked Orton for a quick picture. Orton complained, saying "Everyone wants a quick picture. He then took the camera, went upstairs and dropped it from the second floor. Somebody at the bar caught it and gave it back to the fan, but a card in the camera was missing. The police came and came to Orton saying the guy wanted his card back. After being questioned, Orton asked the fan if $100 would be okay to settle everything. The fan said that was fine so Orton gave him $100, and said he'd autograph the bill for the fan. He signed it, "To Dipshit, Randy Orton." . .We didn't get attendance reports on the Smackdown Spain shows which were 9/11 in Madrid, 9/12 in Valencia and 9/13 in Barcelona. The 9/14 show in Paris drew a sellout 12,000. . . The show in Madrid was headlined by Mysterio & Batista over Khali & Finlay ending when Bati pinned Khali after a spinebuster after Mysterio took out Finlay and Hornswo with a 619. Mysterio & Batista posed in the ring together for 20 minutes. brought Lilian Garcia, who speaks Spanish, on the tour as ring announcer. pinned Matt Hardy with a small package to keep the U.S. title. Post-match Deuce, Domino and Cherry attack Hardy and MVP and they cleaned house together. After that, Hardy laid MVP out with a twist of fate. Kane beat Henry via DQ for a low blow, but Kane choke slammed him after the match. They tried out Maryse as the manager of the Daltons here, to offset Cherry for a Daltons vs. Deuce & Domino program. . . In Barcelona, it was Mysterio & Batista over Khali & Finlay after a three-way with Mysterio vs. Batista vs. Khali ended quickly when Finlay helped Khali. MVP & Hardy beat Deuce & Domino to keep the tag tiltes and Kane pinned Finlay in the other top matches. . . In Paris, it was a similar show to Madrid with Batista & Mysterio over Finlay & Khali in the main event. Match said to be horrible from a technical standpoint but the heat was great. Undertaker was in all the advertising as the star of the show, but nobody seemed upset that he wasn't there. MVP pinned Hardy, and then they worked together to beat up Deuce & Domino, with Hardy then giving MVP the twist of fate and left with all three belts. Kane beat Henry via DQ. The Daltons are doing the old Hillbilly Jim gimmick where they dance with a fan after the match.

(Sets remaining 2)

MIXED AADC 950

EILEEN WARGO
1311 YUTES RUN RD
TARENTUM PA 15084-3816

FIRST CLASS MAIL

PRESRT FIRST CLASS
U.S. POSTAGE PAID
PERMIT NO. 5634
SAN JOSE, CA

WRESTLING OBSERVER NEWSLETTER September 24,
2007
POST OFFICE BOX 1228
CAMPBELL, CA 95009-1228

12

# EXHIBIT 54

Case 3:15-cv-01074-JAM   Document 192-3   Filed 08/01/16   Page 320 of 339



# Concussions are not something to mess around with

**By Joshua Welge | Daily Herald Staff**

Published: 10/5/2007 2:26 AM

Kurt Thyreen kept it secret. He didn't even tell his dad.

The Hersey middle linebacker took a pounding in a Friday night high school football game against Elk Grove and said nothing.

The next week the headaches were so bad he couldn't even play the trumpet in band class. The pressure was too intense.

Thyreen didn't let on, until the next Friday against Forest View he ran off the field, complaining to his dad, also the defensive coordinator, that he couldn't uncross his eyes. He collapsed on the field, a stroke paralyzing the entire left side of his body.

Thyreen was rushed to the hospital, where doctors found a clot on the right side of his brain. They dissolved the clot, but the brain swelled beyond their control.

Five days later, Kurt Thyreen died.

It has been 25 years since Thyreen's passing, but Hersey athletic trainer Hal Hilmer still tells his story to every frustrated kid who insists they don't need to sit out after a concussion.

"We get kids that think it's not serious, that say, 'I just feel tired or have a headache.' Those are all classic signs of a concussion," Hilmer said. "It's not something you want to mess around with."

Crisis among kids

At least 50 high school or youth football players have been killed or sustained serious head injuries since 1997, according to research done by the New York Times.

Far more of the roughly 1.5 million kids that annually play junior high or high school football will suffer concussions.

A recent study in the American Journal of Sports Medicine found that catastrophic head injuries were three times as prevalent among high school players as those in college. Part of that is due to physiology.

"Their brains are fuller," said Dr. Dean Karahalios of the Chicago Institute of Neurosurgery and Neuroresearch, and a Hinsdale Central graduate. "There is not enough cushion to absorb shock."

But Karhalios cautions that young athletes may not recognize subtle brain injuries.

One misconception is that an athlete must lose consciousness in order to sustain a concussion; in fact, it is estimated that only 10 percent diagnosed with concussions lose consciousness.

Former WWE wrestler Chris Nowinski, who retired from wrestling after suffering post-concussion syndrome, cited a study in his 2006 book Head Games: Football's Concussion Crisis that nine out of 10 concussions go undiagnosed.

In a study done in Pennsylvania in 1999, Dr. Wayne Langburt found that when removing the word "concussion" and just asking kids if they experienced symptoms such as headaches or dizziness, 47 percent claimed to have suffered a concussion.

"Everybody believes the reason they're not reported is because kids are hiding them. That's false," said Nowinski, who played football at Hersey and later at Harvard. "The No. 1 reason why is they think it's not a serious injury. The rule in football is if you can walk, you can play."

'Not a weapon'

Larry McKeon's Naperville North coaching staff drives the point home from Day One of training camp. It is reinforced by a poster in the Huskies locker room.

"We tell the kids the helmet is not a weapon," he said.

Karahalios said that players must be taught to avoid helmet-to-helmet contact, and keep the head up while tackling. Parents also must know.

But nothing can prevent the accidents such as that of former Naperville North player Mark Rochwick, who nearly died after a blood vessel broke in his brain from a random hit in a game in 2002 at Wheaton North.

"To be truthful," McKeon said, "most (head injuries) come from inadvertent hits."

Recognizing injury

After a jarring hit where they got their "bell rung," a kid shrugs off a headache as a scar of battle on the field.

Once on the sideline, though, the athletic trainer will examine a kid's pupils, ask him to recite the alphabet backward, or have him perform balance-type exercises.

If symptoms persist after 15 minutes a player should not return to the game.

"So much of it has to do with knowing the athlete and what they act like," said Hinsdale Central athletic trainer Ted Hirschfeld. "The kids think they know how to answer questions. There are things you can fake but things you can't fake."

Naperville Central has athletic trainer Bill Hughes, two certified assistants and an orthopedic physician on the field every Friday night.

But they still rely on kids to report when a teammate needs attention.

"They know when somebody is not functioning well. I may not, but they know," Hughes said. "We encourage them to protect each other."

Second impact

Like Kurt Thyreen, Brandon Schultz had bad headaches days after getting "dinged up" in a game in Washington nine years ago.

Schultz played the next week but was slow getting up from a tackle. He collapsed and did not regain consciousness for five days.

Schultz lived but today stays in a rehabilitation facility refilling ball washers at a golf course with a condition researchers are calling "second impact syndrome."

Hughes shows a video of Brandon to any kid in a hurry to return to the field.

"They interview him 10 years after the incident, and it's pathetic," Hughes said. "I'd like to show it to parents who push to get kids back on the field prematurely."

Karahalios said that while second impact syndrome is rare, it is the most severe complication of sending a concussed player out to soon.

The first concussion may be trivial, or not even diagnosed, but a second injury could send a cascade of events that causes the brain to swell. A player can lapse into a coma or die.

"It's such a counter-intuitive injury. It's invisible," Nowinski said. "The athlete looks fine, says they feel fine. That is unless you send them back early, and they end up either dead or have a long-term debilitating condition."

Testing the brain

A rule of thumb is that athletes should not return to the field until they have had seven symptom-free days.

One tool athletic trainers have used in determining recovery following concussion is the ImPACT test.

Developed by doctors at the University of Pittsburgh, the ImPACT test can manage sports-related concussions by measuring reaction time and memory after an injury.

At Hinsdale Central, varsity and sophomore football players take a "baseline test" over the summer. The six-part program tests neurocognitive activity to measure how the normal brain is functioning.

In the days after an athlete has sustained a head injury, the ImPACT test can be used once the athlete says that the other symptoms of a concussion have cleared up and they feel they are ready to play.

"This literally tells us when the brain is working the way it's supposed to," Hirschfeld said.

Naperville Central also runs its baseline test on incoming freshmen. If injured athletes test with a brain functioning as it should, they are permitted to resume non-contact exercises for two days, then may practice.

"The test is valuable because it is objective," Hughes said. "The kids are all going to lie to me so they can play, but they can't lie to the test."

Keeping kids safe

McKeon said the biggest safeguard his program has against head injuries is "the best helmets money can buy," the Riddell Revolution, that does not over-inflate the way older models did.

Recently, Riddell has patented Head Impact Telemetry System (HITS) technology in select Revolution helmets. HITS electronics records every impact, allowing coaches to monitor the number and severity of impacts during games and practices.

Nine Division I colleges have HITS software for their helmets, including Illinois.

But there is no substitute for educating kids on injuries.

Nowinski contends that the facts concerning head injuries should be included when teaching CPR and first aid.

Hilmer and every athletic trainer like him deal every season with an athlete whose head is in the clouds -- but wants back on the field.

Case 3:15-cv-01074-JAM   Document 192-3   Filed 08/01/16   Page 323 of 339

He insists that they will find how much different their head feels after recuperating from injury for a few days.

He doesn't want another story like Kurt Thyreen's.

"I've told parents and kids I don't want to go through something like that again," he said. "Once is enough."

# EXHIBIT 55

### *Steroids did not act alone*

The Miami Herald

October 16, 2007 Tuesday

Copyright 2007 The Miami Herald All Rights Reserved

**The Miami Herald**
Found on Miami ● com

**Length:** 1348 words

**Byline:** JIM VARSALLONE, *, jvarsallone@MiamiHerald.com*

## Body

From steroids to media coverage to personal choice, I will explain thoroughly what others have only partially explained, revealed or ignored in various reports.

Part of the problem in follow-up stories on the steroid issue with Chris Benoit is the omission of other substances found in his body via the toxicology report, the empty beer bottles/cans found in the home and the diagnosed brain damage.

For some reason, the coverage centers solely on steroids.

I've read many articles dealing with the horrific Benoit situation. I've spoken with many people including his father briefly via conference call, doctors, other wrestlers (local and national), fans, media members, lawyers, law enforcement, city employees and more. I've written stories. I've read countless reports and watched numerous programs on the subject.

I've watched and listened for 30-plus years -- with the past 25 asking, researching, speaking and writing.

This is my account.

 The start

Steroids, a muscle-enhancing drug, reared its ugly head publicly in the early 1980s. Athletes from the Olympics, the NFL, MLB and even pro wrestling dabbled with the substance, making them physically imposing, a larger than life character.

Pro football player Lyle Alzado and wrestling legend Superstar Billy Graham are two poster children, symbolizing the adverse effects of steroid use. One is dead and the other with major physical ailments.

They are not alone.

Each displayed a "look" during their prime. Muscular, chiseled, very impressive, but was it really worth it?

Steroids did not act singularly within Alzado's system, but his cause of death, a brain tumor. Alzado believed steroids played a role in his death.

Before he died, Alzado toured various media outlets, discussing his abuses and trying to prevent others from falling into the same trap.

Graham is alive, but his body is worse for wear. He lectures high school athletes on the dangers of steroids.

 The lure of it all

Ownership: any organization wants to put the best product on the field and entice the greatest amount of fans and money. Sports are business. So, if someone is helping make the league money, good money, the sport will shy away from some of the

Steroids did not act alone

problems. Companies can implement policies against alcohol or drug type use and abuse, but it can not be monitored 24-7. Masking agents run rampant, so it is up to the individual.

Success: money and fame are the rewards for success at a high level. Why work 9-5 for $40,000 annually, when you can be making hundreds of thousands of dollars, even millions, and become a celebrity. People loved to be loved.

Family lifestyle: having a family mounts added pressure to maintain an income parallel with the quality of life prepared by the spouses for themselves and their children. Working on the road 200-300 days a year takes its toll on family life.

Competition: pressure is great to keep your spot on a team or a roster at a high level. Competition is heavy. There is always someone waiting, pushing to take your spot, since the spots are minimal. As age escalates, an extra boost can help maintain that better level so you can look your best and feel your best against younger opposition. The body can only take so much. They are people -- not robots, not machines.

Fan base: fans want to cast them as heroes, role models. Everyone loves a winner. If fans continue to watch, to buy, to support, to praise them, then why should the business change; why should the athlete change.

Media: these make riveting stories, but what are the ramifications and any solutions from them. With every story, there is a reason for running it, showing it, hearing it. Is it informational? Is it reactional? Is it fair and balanced?

Steroids, the media and pro wrestling

The media seems to portray steroids as the culprit for wrestlers' deaths. Steroids are not acting alone.

Pain pills, anxiety medication, marijuana, cocaine, sleep medication, alcohol, concussions, mental health problems are just as much to blame as steroids, human growth hormones and other muscle or weight gain and weight loss products.

When Chris Benoit murdered his wife, his 7-year-old son and himself in June, the attention quickly turned to steroids.

Did we disseminate information regarding those other facets? Do we continue to tie steroids with the other elements in follow-up reports?

Recently, a brain scan report of Benoit revealed brain damage known as chronic traumatic encephalopathy. CTE, which occurs in people who have suffered multiple concussions, commonly manifests as dementia or declining mental ability and parkinsonism or tremors and lack of coordination. It can also cause unsteady gait, inappropriate behavior and speech problems.

The findings: downplayed by the media. Not discussed on Larry King Live or Nancy Grace or pumped throughout the mainstream media. It was not the flavor of the day, per se, as we quickly moved to the next filtration - Paris, Brittany, O.J.

Found in Benoit's body via the toxicology reports were the anti-anxiety drug Xanax and pain-killer hydrocordone at normal levels and not toxic. Don't forget the empty alcohol cans/bottles. A fruit cocktail of substances powered his system.

WWE Hall of Famer Sensational Sherri Martel died of an accidental overdose with multiple drugs in her system, according to recently released medical reports from homicide investigators in Tuscaloosa, Ala.

Martel, 49, also died in June at her mother's home near Birmingham, Ala. Initially, police confirmed Martel did not die of natural causes, but foul play was not suspected.

Toxicology reports revealed large amounts of oxycodone, a drug used in treatment of moderate to severe chronic pain. It is addictive and not steroids. She did not kill anyone else, only herself. Other wrestlers have died but did not take the life of others with them.

Steroids, the only topic

Why?

Timing. Interest. Uses.

Steroids did not act alone

You don't find the general public, per se, taking steroids. Athletes are associated with steroid intake. So, steroids are an easy target.

Pain pills, anxiety medication, marijuana, cocaine, sleep medication, alcohol, mental health problems are part of society, unfortunately.

If we start denouncing those and the people using them, then we become hypocrites. Don't we?

I believe the pro wrestling deaths are linked to all of the above -- not just steroids.

 Important to note

Roid rage, a term associated with steroid use, is a quick, violent outburst. It leads to a punch, a kick, an assault, but not murder. The Benoit murders/suicide occurred over a two to three day period.

With the rampant use of steroids in sports and the number of high-profile wrestlers who have died at an early age, no one -- other than Benoit -- has been linked to murder.

 Recap of the Benoit situation

Benoit not only took steroids but also sleep medications, pain type pills, weight gain products, alcohol. Who knows what else he placed in his body, legally or illegally.

Benoit's wife wanted him to spend more time at home with their son, but during the weekend of the horrific actions, he was scheduled to win WWE's ECW title at a pay-per-view which meant a bigger commitment to the company -- physically, mentally and time wise.

Benoit had head trauma/brain damage stemming from concussions.

Benoit also depressed.

 What can be done

Masking agents continue to surface. Better and consistent drug testing.

Someone can be depressed or even bi-polar, but it can be difficult to discern. Benoit was very depressed, according to his dairy, over the death of good friend and fellow wrestler Eddy Guerrero who passed away in 2005 from acute heart failure, from years of alcohol and substance abuse.

Regular physicals check the inner workings of an athlete's body along with the brain and skull. Mental health evaluations. Head trauma and mental health issues are not easily detected.

Unions help, but even with unions, other sports still experience problems.

 Wrestling aficionado Sal Rovetto from Oviedo, Fla., sent me a link to a very good story. Mike Fish of ESPN.com interviewed drug abuser and former wrestler Lex Luger. Read it at sports.espn.go.com/espn/news/story?id=3016179.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:** WRESTLING (90%); ILLICIT STEROID USE (90%); SPORTS & RECREATION (89%); DEATHS & DEATH RATES (89%); CHILDREN (89%); CELEBRITIES (89%); TOXICOLOGY (77%); NEUROLOGICAL DISORDERS & INJURIES (76%); SUBSTANCE ABUSE (76%); ATHLETES (74%); LAW ENFORCEMENT (69%); SCHOOL SPORTS (67%); HIGH SCHOOL SPORTS (66%)

Steroids did not act alone

**Industry:** STEROIDS (92%); CELEBRITIES (89%); TOXICOLOGY (77%); HIGH SCHOOL SPORTS (66%); CONFERENCE CALLS (55%)

**Load-Date:** October 16, 2007

---

**End of Document**

# EXHIBIT 56

# CATEGORY: Health

The concussion time bomb

New research suggests head injuries can trigger a descent into dementia, madness and maybe even murder

STEVE MAICH | October 22, 2007 |

Maclean's web exclusive: **Bret Hart talks about his own concussions and the plight of his fellow wrestlers**

They call it "the pop." It's that moment when thousands of fans are jolted screaming to their feet, an involuntary response to some act of unbelievable strength, astounding agility or brute violence. On the football field, the hockey rink, the basketball court -- the pop is the product. Nowhere is it more essential or more lucrative than in pro wrestling. And in the history of the ring, only few could make a crowd pop like Chris Benoit.

For seven years, the Montreal-born, Edmonton-raised "Canadian Crippler" travelled the world as one of the stars of World Wrestling Entertainment. With a superhero physique, Benoit could throw his body around like a gymnast and lift 250-lb. men as if they were toddlers. Night after night he would cap his performance with his signature finale: the diving head-butt. He'd climb to the top turnbuckle, and leap more than 10 feet through the air, crashing down and driving his head into some hapless opponent below.

Of course, wrestling is a circus act -- a "work" as they call it. No one's really supposed to get hurt. But when you pull that stunt as many as 200 nights a year, mistakes happen, and pro wrestling history is littered with men who destroyed their bodies in pursuit of the pop. In 2001, Benoit broke his neck during a match and narrowly avoided permanent paralysis. Over the years, friends and colleagues say, he suffered his share of concussions -- though apparently none were ever reported to the WWE. He was quiet and intense, and never complained. Those who knew him best say he was an entertainer who loved his job, and showed a special generosity to disabled kids. But to the rest of the world, Chris Benoit will forever be remembered as a murderer.

Continued Below

Sometime on the weekend of June 23, 2007, Benoit strangled his wife, Nancy, in their suburban Atlanta home. It appears he then smothered his mentally handicapped, seven-year-old son Daniel. He then placed Bibles next to their bodies, and sometime later he went into his mirrored home gym, and hung himself from a piece of exercise equipment. He left no note. The immediate speculation in the media pinned the blame on steroids -- toxicology results showed Benoit had been taking synthetic testosterone, and in his home police found vast quantities of other chemicals to help maintain his superhuman musculature. Benoit also tested positive for a powerful narcotic painkiller, and the anti-anxiety drug Xanax. That was enough for most: drug-addled muscleman kills family in a fit of steroid-fuelled rage. End of story.

But a group of neurologists in the U.S. saw the reports of the Benoit murder/suicide and suspected there might be another explanation. The doctors, aligned with the non-profit Sports Legacy Institute, had already embarked on an investigation of concussion damage in retired athletes, and had seen a handful of cases of former pro football players who died young after suffering mental breakdowns in their 30s and 40s. Their brains showed microscopic evidence of serious head injuries, most likely suffered over years on the playing field, and they suspected that Benoit might have suffered a similar fate. Sure enough, when they examined Benoit's tissue they found a 40-year-old brain that looked like that of an 85-year-old in advanced stages of Alzheimer's disease, says Dr. Bennet Omalu, who performed the examination.

"The damage we saw does not show up on MRI or CT scans, and it doesn't show on naked-eye examinations, and I believe this is why this disease has been missed for so long," Omalu says. "We have always believed that people generally recover from concussions. But what we're finding is that some people may never really recover from recurrent concussions, just like people don't really recover from exposure to asbestos. The damage is in your tissue."

The U.S. Congress is planning committee hearings into health and safety issues in the WWE, based largely on the long trail of performers who, like Benoit, died young with a cocktail of drugs coursing through their veins. But if Omalu is right about what triggered Chris Benoit's killing spree, the stakes have been raised considerably. It means there are almost certainly others out there, suffering in silence, on a long dangerous spiral into psychosis. More and more, neurologists say it's time to admit that concussions are not just an occupational hazard. They are a matter of life and death -- not only for the sufferer, but for everyone around them as well.

**<<< PREVIOUS 1** 2 3 4 5 NEXT >>>

# CATEGORY: Health

…cont'd

The concussion time bomb

New research suggests head injuries can trigger a descent into dementia, madness and maybe even murder

STEVE MAICH | October 22, 2007 |

Justin Strzelczyk was a mountain of a man, by any measure. He was six feet six inches tall, and weighed close to 300 lb. Between 1990 and 1998 he was an immovable presence on the offensive line of the NFL's Pittsburgh Steelers. He survived almost a decade in one of football's most physically punishing jobs. After he retired in 1998, he opened a garage near Pittsburgh where he made custom hubcaps. He rode his Harley, played his banjo and partied hard -- food, booze and a little pot were among his favourite vices.

Sometime in 2003, however, family and friends began to notice major changes in him. Once easygoing, he now seemed quickly agitated. His sister recalled that in conversation he would fixate on certain topics and refuse to drop them. Another friend, a family doctor named Jim Doran, told the *Washington Post* about a conversation in the fall of 2004 when Strzelczyk rambled uncontrollably from topic to topic. He'd lost weight, and finally confided that he'd been having trouble sleeping and was hearing voices in his head. He said he believed the government was after him, and that the end of the world was coming. Repeatedly, he asked passersby if they believed in God. Doran tried to convince his friend to go with him to the hospital, but he grew suspicious and irritable. Finally, he told Doran he was going to church to pray.

At 2 a.m. on Sept. 30, 2004, Strzelczyk climbed into his pickup truck outside Pittsburgh and began driving north. A few hours later, police received a call that someone in a truck had bumped two cars and was speeding and weaving erratically on the New York State Thruway. Not far from Rochester, police began chasing Strzelczyk's truck. For 40 miles they tailed him at speeds nearing 90 miles an hour, before he pulled into oncoming traffic. For four more miles, cars squealed and screeched out of the way, until finally Justin took dead aim at a tanker truck and smashed into it, head-on. The driver of the truck was miraculously unhurt. Strzelczyk was ejected roughly 80 yards from the crash scene, and was killed instantly. He was 36. Tests revealed he had no drugs or alcohol in his system.

Continued Below

The fiery crash was soon forgotten: just another human freak gone supernova. It wasn't until earlier this year, almost three years after his death, that someone would take a closer look at the brain tissue harvested during Strzelczyk's autopsy. But by the time Dr. Omalu, then an instructor of neuropathology with the University of Pittsburgh School of Medicine, peered through the microscope, he already knew what to expect.

Like an investigator on the heels of a serial killer, he'd seen it before: the neurofibrillary tangles, the snaking remnants of dead neurons, and plaques made up of TAU proteins. It was there in the brain tissue of Mike Webster, an All-Pro centre who suffered paranoid delusions after retirement, and was homeless when he died of heart failure in 2002. It was the same with Terry Long, another former Steelers' lineman who behaved erratically for several years before he killed himself by drinking anti-freeze in the summer of 2005. And then there was Andre Waters, a hard-hitting safety with the Philadelphia Eagles from 1984 to 1995, who had been an outgoing and respected college coach after his retirement, until he slipped into a deep depression and shot himself in the head in his home near Tampa, Fla., last Nov. 20 at the age of 44.

It was these findings that led Omalu and fellow neurologists Dr. Julian Bailes of the West Virginia University School of Medicine and Dr. Robert Cantu of Brigham and Women's Hospital in Boston to help found the Sports Legacy Institute with a Harvard-educated former pro wrestler named Chris Nowinski. Their mission now is to advance their research and to publicize the untold dangers of concussions. As intriguing as their results are, though, they barely begin to answer all the mysteries that remain.

Doctors can tell you that concussion occurs when a person is hit with enough force to snap the head violently. The brain is suspended in a sac of fluid called the dura, and when the brain bounces within that protective cavity, it causes blood vessels to tear. The resulting swelling can cause a broad array of symptoms: headache, dizziness, ringing in the ears, disorientation, slurred speech. In severe cases, the victim might lose consciousness, or even temporarily lose their eyesight. The only known treatment is rest, and most times, doctors say, symptoms resolve spontaneously, as the brain clears the swelling. In rare cases, victims might suffer from post-concussion syndrome in which symptoms refuse to subside, or return with a vengeance when patients physically exert themselves.

<<< PREVIOUS 1 **2 3 4 5** NEXT >>>

# CATEGORY: Health

…cont'd

The concussion time bomb

New research suggests head injuries can trigger a descent into dementia, madness and maybe even murder

STEVE MAICH | October 22, 2007 |

It's becoming increasingly clear, however, that even this doesn't fully capture the risks unleashed by blunt force shots to the head. For close to a century, doctors have known about dementia pugilistica, or chronic traumatic encephalopathy, but it was long thought to be the exclusive domain of boxers, and no one is absolutely sure what triggers it. Doctors suspect that when the brain suffers a concussion it temporarily loses its ability to metabolize natural proteins. When properly rested, the brain usually recovers back to normal, says Bailes. But when some people suffer repeated severe concussions, or receive a secondary blow while the brain is still recovering, then the brain's cellular structure can be permanently damaged. Proteins begin to accumulate, forming plaques that interfere with normal brain function. The result is a gradual cognitive decline that can take place over years -- memory loss, depression, personality changes. And if the damage is extensive and occurs in parts of the brain regulating judgment and emotional control, the results can be truly horrific, as in the cases of Strzelczyk, Benoit and others, Bailes says. "If you look at the brain of a boxer in an autopsy it looks like Swiss cheese," says Dr. Charles Tator, a professor of neurosurgery at the University of Toronto, and one of the world's top experts in sports concussions. "It literally has holes in it, and now we recognize these as Alzheimer-type plaques associated with trauma."

The more new information comes to light, the more the stakes seem to rise. Last year, the National Center for Injury Prevention released a study estimating as many as 47 per cent of high school football players suffer concussions each season. A survey by the same organization found 35 per cent of players said they had sustained more than one concussion in the same season. New research out of Ohio State University shows that young girls are even more susceptible to concussion damage than boys, and are slower to heal. Female high school soccer players are second only to football players in terms of concussion risk. Cases of CTE have "already been flagged and observed in football players, boxers, soccer players, all kinds of sports," Tator says. "What we don't know is how many concussions you need to have for this progressive deterioration to take place, or what percentage of people it affects. The new twist on this is the suggestion that trauma-related dementia can lead to suicide and even homicide in the case of Benoit."

Continued Below

The spectre of unexplained and progressive dementia naturally raises questions about the long list of ex-athletes who've demonstrated aberrant and sometimes criminal behaviour. The public typically dismisses these as the antics of overgrown adolescents and thugs. But does that fully explain the repeated criminal relapses of notorious ex-boxer Mike Tyson? What about the tragic demise of former NHL pugilist John Kordic, who died in a violent struggle with police in Quebec in 1992? What about O.J. Simpson? Could his spiral into bizarre criminality be evidence of degenerative brain damage?

"Neither medicine nor science can fully explain all the differences in the way different people react to brain injuries," Bailes says. "With O.J. Simpson, what you can say with certainty is he played for many years in which he would have received multiple serious impacts to the head. We know that after a successful latency period, he's manifesting bizarre behaviour. There's a pattern there. But the unfortunate thing about this disease is you can only have a conclusive diagnosis after a person dies and you can look at their brain microscopically."

Diagnosing the mechanics behind brain damage is hard enough, but it may be that effecting change is the most daunting task of all. After all, there's more than health at stake in this debate. There's the long-standing culture of sports to deal with. And, of course, the most powerful motivator of all: money.

Last month, Philadelphia Flyers rookie forward Steve Downie had just been knocked into the boards when he picked himself up and began looking for payback. A few seconds later, when Downie jumped up in full stride and launched his body like a human torpedo at Dean McAmmond's head, the Ottawa forward never saw what hit him. McAmmond was carted out on a stretcher and in a neck brace that night, for the second time in less than a year. A week later, Downie had been suspended for 20 games, but there's no timeline for McAmmond's return. Such is the unpredictable nature of concussions.

<<< PREVIOUS 1 2 **3** 4 **5** NEXT >>>

# CATEGORY: Health

 …cont'd

The concussion time bomb

New research suggests head injuries can trigger a descent into dementia, madness and maybe even murder

STEVE MAICH | October 22, 2007 |

What we do know is that the NHL already has a long list of stars who've retired early due to unshakable concussion symptoms: Pat LaFontaine, Brett Lindros, Keith Primeau, Adam Deadmarsh, to name just a few. Other sports have their victims too: Steve Young, Troy Aikman and Ted Johnson all walked away from football early. Then there are the countless boxers, and wrestlers like Calgary's Bret Hart, whose careers ended in a fog of headaches, dizziness and nausea.

Last season, NHL players lost 760 games to concussion injuries, up 41 per cent from a year earlier. A casual observer might expect that such staggering numbers would trigger a crackdown on debilitating hits. But late last season, the league's top disciplinarian, Colin Campbell, summed up the league's position: "If we eliminate all hits to the upper body, what's left? Hits to the belly button? We can't forget we are a physical game."

To critics like Tator, that attitude is as shortsighted as it is irresponsible. "Downie's hit was ridiculous. It was a flagrant example of everything we don't want to happen," Tator says. "There are things we can do to prevent that -- why do we allow hits to the head in hockey? They do it because they think it's commercially positive, that those kinds of hits put people in the seats. They *want* hits to the head."

As unsettling as it may be to Tator and the others, the NHL knows what sells. Whether or not we like to admit it, the element of danger and the risk of injury are integral to the appeal of contact sports. That's why fierce hits make the nightly highlight reels, and why fans jump to their feet when two bruisers drop the gloves. But if the NHL represents the kind of old-school traditionalism that defends the status quo, the WWE's outright hostility toward Dr. Omalu's findings provides an indication of just how ugly this fight is likely to get before it's over.

Continued Below

A few days after Chris Benoit's death, the WWE held a televised tribute to its fallen star. But a week after the Sports Legacy Institute released its results, the WWE received a letter from a Benoit family lawyer advising the company not to discard any health records, as they may be evidence in a possible lawsuit. With that, the days of venerating Benoit's memory came to an abrupt halt.

Jerry McDevitt is the outside counsel for the WWE and says the company has asked for the science behind Omalu's tests to be turned over so it can be reviewed by others in the field. Until that happens "we're not going to dignify the crap they're peddling," he says. McDevitt refused to comment on reports that Benoit suffered head injuries in the ring, and declined to discuss any plans the WWE might have to mitigate the risk of such injuries in the future. And any suggestion that the WWE might bear some responsibility for what happened to the Benoit family gets McDevitt steamed. "The entire notion that the WWE could be sued because Chris Benoit garrotted his wife and killed his son is absurd in the extreme, legally and factually, whether he had concussions or whether he didn't," he says. "People get concussions every day in sports, and nobody goes out and kills their wife and child. It's no excuse for murder. Give me a break. Everybody knows it's not a side effect of concussions that you commit murder, for Christ's sake."

The problem with that, of course, is that mental incapacity is in fact a defence for murder. As for what everybody

Case 3:13-cv-01074-JAM · Document 192-3   Filed 08/01/16   Page 337 of 339

knows -- that consensus may be changing.

For years the NFL resisted calls to take a more conservative approach on concussions. The league's concussion committee came under withering criticism for guidelines and public statements that seemed to fly in the face of established brain science. This year, Dr. Elliot Pellman stepped down after 12 years as head of the concussion committee and new NFL commissioner Roger Goodell unveiled tougher new guidelines for dealing with head injuries. "At no time should competitive issues override medical issues," Goodell said. "Safety comes first." It was a huge step, but there are already signs that a new policy won't be enough to really change the culture. In the second week of the season, Detroit Lions' quarterback Jon Kitna was knocked senseless in the second quarter and had to leave the game. But he was allowed to return in the fourth quarter, and led his team to victory. Team officials said after about an hour of rest, Kitna appeared to have recovered. Kitna credited the hand of God with clearing his head and guiding him back into action.

<<< PREVIOUS 1 2 3 **4 5** NEXT >>>



# CATEGORY: Health

…cont'd

The concussion time bomb

New research suggests head injuries can trigger a descent into dementia, madness and maybe even murder

STEVE MAICH | October 22, 2007 |

On the day his life changed forever, Michael Benoit left his job as a manager at a manufacturing business near Edmonton as usual, and started the drive to his house outside the city. As he approached the house, he saw his wife waiting at the foot of their long driveway with Chris's friend, Scott Zerr. As he approached, his cellphone rang. It was his cousin from Ottawa. "Is it true what they're saying about Chris?" he asked. Benoit didn't understand. He rolled down his window, and Zerr said simply "He's gone."

For the next 24 hours, Benoit couldn't pull himself away from the television. He watched, shattered and bewildered, as news reports recounted the sketchy details. He didn't recognize the monster they were describing. "I just kept sitting there, waiting for someone to say something nice about my son, to say something that I would recognize." That satisfaction never came.

't would be several days before he would begin to piece together the clues to what happened. First there were his .on's journal entries -- open letters to his dead friend Eddie Guerrero, a fellow wrestler who died in his sleep in a Minnesota hotel in 2005. The entries paint the picture of a man slowly losing his grip on reality, Benoit says. Chris had never been particularly religious, but the diary entries quote Scripture, and describe disturbing dreams in which he imagined people were after him, trying to steal his Bible. At times he seems to be pleading with his dead friend for help to sort out the images racing through his mind. "If I could have read these things when he was alive, it would have been clear. Here was a guy who needed help," he says.

Continued Below

When Chris Nowinski called and asked for permission to examine his son's brain tissue, Benoit was cautious. But as soon as he began to describe the breakdowns that led Strzelczyk, Long and Waters to kill themselves, the decision was clear. "I was grasping at straws at that point, but I knew in my heart that was the answer," he says. He had often talked to Chris about his injuries and asked him why he took such risks in the ring -- getting hit in the head with chairs, sent crashing into steel barriers and wooden tables. "He said, 'I have to do it or I don't have a job.' So you jump off that riser and get hit in the head with that chair, and you don't say anything."

Bret Hart, perhaps Canada's most famous and successful wrestler, knows all about those pressures. He has just released an autobiography that paints a devastating picture of life in the WWE -- an existence fuelled by steroids, painkillers, muscle relaxants and sleeping pills to cope with the relentless schedule and constant aches. His own career was ended by a serious concussion suffered in the ring, and looking back at dozens of his colleagues and friends who've died in recent years -- overdoses, suicides, and heart attacks being the most common causes -- he has no doubt that head injuries played a role in the depression and addictions that have claimed so many lives. The business "chews people up and spits them out," Hart says, and it's high time that wrestlers banded together to demand safer working conditions, better medical care and greater control over their careers.

Michael Benoit is determined to see that happen. "The WWE has to take responsibility for what's happening to their

people," he says. "Their fingerprints are all over this." But there's a lot more at stake than just holding one company accountable, he says. It's about that universal desire of grieving parents, to find some meaning in death.

"Something good needs to come of this. You've got kids out there playing hockey and football, they get hit in the head and coaches who have no idea what a concussion means are saying 'you're just dinged, get back in there.' I think about all these soldiers coming back from Iraq and Afghanistan, all the bombs going off, these guys are suffering concussions. They need to know how serious that can be. I want to make it safer for all the boys that are left. Why should they suffer the same fate as my son?"

<<< PREVIOUS 1 2 3 4 **5 NEXT >>>**