# EXHIBIT 57



# Hits last longer than careers

## Does the NHL have it right? Would an all-out crackdown on head hits -- intentional, incidental or accidental -- be going over the top in trying to bring the rising number of concussions in the game under control?

**BY THE OTTAWA CITIZEN**    OCTOBER 24, 2007



Does the NHL have it right? Would an all-out crackdown on head hits -- intentional, incidental or accidental -- be going over the top in trying to bring the rising number of concussions in the game under control?

The NHL often reminds us that hitting is an intrinsic part of hockey. If it goes crazy every time somebody's noggin inadvertently gets clobbered, the league fears nobody in the game is going to bodycheck and hockey will become boring.

The league does have rules in place for dirty or intentional hits; an offending player can be sent to the penalty box, kicked out of a game and even suspended for a long period. The Philadelphia Flyers have already lost two players this season as a result of hefty suspensions -- prospect goon Steve Downie was nailed for 20 games for his head hit on Ottawa Senators forward Dean McAmmond during the preseason and bona fide goon Jesse Boulerice was penalized for 25 games for smashing his stick into the face of Vancouver Canucks forward Ryan Kesler on Oct. 10.

Both players have been assigned to the Flyers' farm team, but the American Hockey League is also punishing them further. Downie can't play until Nov. 3, while Boulerice has to wait until Dec. 16.

Even hits that appear to be incidental -- such as Saturday's hit by Senators defenceman Anton Volchenkov that knocked out the Florida Panthers' David Booth and sent him to hospital -- aren't necessarily ignored by referees, either. Volchenkov received a five-minute major and a game misconduct. However, no further punishment came from the NHL. In fact, by not talking to Volchenkov about the hit, the league might be agreeing with Ottawa coach John Paddock that it was Booth who ran blindly into Volchenkov's shoulder or arm before crashing into the boards with his head.

In the same game, Senators winger Nick Foligno was sent into the boards head-first after being cross-checked from behind by Florida's Branislav Mezei. Foligno eventually got up and skated to the bench, but had to leave the game. Mezei was going to get a minor penalty for the cheap hit, but, because Ottawa held onto the puck and scored moments later, the defenceman was spared a trip to the box.

Like Booth, Foligno said afterward his neck was sore, but otherwise he was fine. That's good news, but why the NHL doesn't have a rule in place that would at least have put Mezei in the penalty box -- regardless of the Ottawa goal -- is stupid. Why the NHL didn't at least give Mezei a one- or two-game suspension is dumb, too. While Mezei's cross-check wasn't a direct hit on the head, Foligno's head hit the boards first. And, as far as the Volchenkov-Booth incident goes, good for the referees. If anything, it sends a message that there is a price to pay if an opponent is knocked out, regardless of intent.

Neither incident could be classified as a head hit, though, and neither resulted in a concussion, although any doctor will tell you both checks could have ended that way. Last season, concussions cost NHL players and their teams 760 games: a 41-per-cent increase over 2005-06.

That's a grim statistic, but what should even be scarier for NHLers who have received multiple concussions or even just a couple within a short period -- McAmmond was also concussed last June during the Stanley Cup final -- is what a group of U.S. neurologists are discovering in their research of concussion damage in retired athletes.

Their work, reported in this week's edition of Maclean's magazine under the headline, "The concussion time bomb," should be enough to make every NHL executive, coach and player want to rethink the league's position on "dirty" and "clean" hits to the head.

The Maclean's report, written by Steve Maich, says the work of the neurologists involved with the U.S. non-profit Sports Legacy Institute has turned up disturbing evidence that suggest sports concussions can lead to severe mental problems, including dementia and insanity, and, in the case of at least three former NFL players, a violent end. Dementia pugilistica or chronic traumatic encephalopathy was once considered only a worry for boxers, but no longer. The research shows the disease has shown up in former NFL players, and raises the possibility that it may be a problem in other contact sports, including hockey. As the article states: "What we do know is that the NHL already has a long list of stars who've retired early due to unshakable concussion symptoms: Pat LaFontaine, Brett Lindros, Keith Primeau, Adam Deadmarsh, to name a few."

The Maclean's report tells the story of Justin Strzelczyk, a former offensive lineman with the Pittsburgh Steelers, who, in 2003, five years after retiring, lost his laid-back personality and became easily agitated. He began to hear voices, descended into paranoia and then killed himself during a police chase in 2004 by pulling into oncoming traffic and smashing his pickup into a tanker truck.

The neurologists also looked into the case of Terry Long, also a former Steelers lineman, who acted strangely for years following his retirement. He killed himself in 2005 by drinking anti-freeze. Another player, former Philadelphia Eagles safety Andre Waters, shot himself last November after falling into severe depression.

There's also the story of All-Pro centre Mike Webster, who suffered from paranoia following retirement, became homeless and, five years ago, died of heart failure.

What was found in the brain tissue of all four men was microscopic evidence of severe head injuries -- in all likelihood suffered from blows on the gridiron.

According to the neurologists, athletes who suffer repeated concussions or receive a second blow to the head while the brain hasn't recovered from the first concussion, risk permanent damage to the brain's cellular structure. In such cases, proteins accumulate, forming plaques that interfere with normal brain functions. Over years, this can lead to memory loss, depression and personality changes.

When World Wrestling Entertainment star Chris Benoît murdered his wife, his son and then killed himself in Atlanta last June, immediate suspicions arose that the murder-suicide was the result of Benoît flying into a rage because of steroid use. Autopsies confirmed that Benoît had been taking testosterone, and a search of his home found large quantities of other chemicals used to build muscle. Benoît also tested positive for a painkiller and an anti-anxiety drug.

However, the neurologists who looked into the deaths of the football players had their own suspicions because of concussions Benoît likely received in the ring. When they examined the brain tissue of the 40-year-old wrestler, they found that it resembled tissue of an 85-year-old in advanced stages of Alzheimer's disease.

"The damage we saw does not show up on MRI or CT scans, and it doesn't show up on naked-eye examinations, and I believe this is why the disease has been missed so long," Dr. Bennet Omalu, one of the doctors who studied the microscopic images of Benoît's brain tissue, told Maclean's. "We have always believed that people generally recover from concussions, but what we're finding is that some people may never really recover from recurrent concussions, just like people don't really recover from asbestos. The damage is in your tissue."

The article raises the questions about the bizarre and criminal behaviour of other former athletes who would have received serious blows to the head on a frequent basis: Ex-boxer Mike Tyson, ex-NFL star O.J. Simpson and even former NHL enforcer John Kordic, who died in a drug-high struggle with police in 1992.

"With O.J. Simpson, what you can say with certainty is he played for many years in which he would have received multiple serious impacts to the head," said Dr. Julian Bailes, another of the researchers. "We know that after a successful latency period, he's manifesting bizarre behaviour. There's a pattern there. But the unfortunate thing about the disease is that you can only have a conclusive diagnosis after a person dies and you look at their brain microscopically."

Hugh Adami can be reached at hadami@thecitizen.canwest.com.

© (c) CanWest MediaWorks Publications Inc.

# EXHIBIT 58

## *Wrestling With Tradition*

The Tampa Tribune (Florida)

October 27, 2007 Saturday, FINAL EDITION

Copyright 2007 The Tribune Co. Publishes The Tampa Tribune

**Section:** PASCO; Pg. 1

**Length:** 1551 words

**Byline:** GEOFF FOX, The Tampa Tribune

# Body

Bumps and bruises are a part of life for up-and-coming entertainers following in the footsteps of their legendary fathers.

By GEOFF FOX

The Tampa Tribune

NEW PORT RICHEY - Thanks to her sparkling smile, bleach-blonde hair and diva-like presence, most people probably wouldn't assume at first glance that Nattie Neidhart's father is someone called ″The Anvil.″

Nor is it immediately evident that the daughter of famed professional wrestler Jim Neidhart is one of a few women to have endured grueling training sessions in an infamous basement facility known as ″The Dungeon.″

Watch her whip an opponent into a turnbuckle, though, and it's clear that wrestling is in her blood.

″It's hard, but pro wrestling is just something I've been surrounded by my whole life,″ said Nattie Neidhart, whose grandfather, Stu Hart, ran the storied ″Dungeon,″ in Calgary, Alberta, where he trained Neidhart's father, as well as her uncles, Bret ″The Hitman″ Hart, Owen Hart and Davey Boy Smith, among countless others.

Nattie Neidhart is one of several second- or third-generation wrestlers currently employed by Florida Championship Wrestling, one of two ″developmental″ territories run by Vince McMahon's World Wrestling Entertainment, an industry juggernaut. The other territory is based in Louisville, Ky.

About 40 FCW wrestlers are under contract with the WWE. They train five days a week at a training center off Dale Mabry Highway in Tampa, and they usually perform at least once a week.

During a recent show at Bourbon Street on U.S. 19, where local FCW promoter Ralph Mosca holds weekly shows, Neidhart, Ted DiBiase Jr. and Afa Anoai Jr., member of a famous Samoan wrestling family, sharpened their skills against an array of trash-talking, knee-dropping, Spandex-clad opponents.

Waiting On A Call

Like their colleagues without famous last names, Neidhart, DiBiase Jr. and Afa Jr., as Anoai is known in the ring, dream of appearing on WWE TV shows like ″Raw″ or ″Smackdown.″ Lacey Von Erich, daughter of the late Kerry Von Erich, and Harry Smith, the late Davey Boy Smith's son, also are on FCW's roster.

″I'm waiting on my call. We're all waiting on a call, until we're told otherwise. We could be here a month or three years,″ said Afa Jr., whose wrestling relatives also include Jimmy ″Superfly″ Snuka, Dwayne ″The Rock″ Johnson and The Wild Samoans, a legendary tag team comprised of his father Afa Anoai and uncle, Sika Anoai.

″Pretty much any [Pacific] Islander that's been involved in wrestling is related to me,″ said Afa Jr., born and raised in Allentown, Pa.

Wrestling With Tradition

When it comes to getting ahead in pro wrestling, name recognition helps, but it's no guarantee for success, said Dusty Rhodes, the legendary "American Dream," who works for WWE as a writer, consultant and talent scout. Rhodes sat beside Jim Neidhart during the recent Bourbon Street show.

"If you grew up in wrestling, it can help you understand the psychology of the industry," said Rhodes, whose sons, Dustin and Cody, are now wrestlers. "I always tell [a wrestler's children] to be your own self. Dustin was his own being; Cody is a modern-day young man. I always tell them, 'Don't be the next Ted DiBiase or the next 'Anvil.'

"The [developmental territory] is like minor-league baseball. It all depends on talent and what the big club wants. You also have to have an ability to represent this company."

Dangers Well-Documented

A wrestling career might seem glamorous and lucrative, but big-time wrestlers face exhausting travel schedules, while the high-flying, hard-hitting moves that keep fans screaming can take a heavy toll on a wrestler's body.

Since the highly publicized suicide of former WWE star Chris Benoit, who also killed his wife and son, the industry has come under intense scrutiny.

Doctors who analyzed Benoit's brain said it showed signs of repeated concussions that could ultimately have contributed to the deaths, according to a report by ESPN the Magazine and The Associated Press.

Anabolic steroids also were found in Benoit's home and tests showed that he had about 10 times the normal level of testosterone in his system when he died at 40, The Associated Press reported.

Dave Meltzer, editor and founder of the internationally distributed Wrestling Observer newsletter, said a disturbing trend of pro wrestlers dying at 45 and younger started around the mid-1980s.

"It started to pick up steam around 1996 or '97, and in the last couple years it's been really bad," Meltzer said. "When you look at it, the guys who wrestled in the 1960s and '70s lived pretty long lives, like a normal person."

Asked about the recent media attention, Rhodes, whose career has spanned parts of five decades, said, "You just deal with it."

"Like any form of entertainment, from Michael Vick to Britney Spears to 'Pacman' Jones, we are very visible," he said. "We take care of our athletes. Our standards are very high, but when something happens, it's magnified."

Given the dangers, some might wonder what compels intelligent young adults to enter a business that can be as painful as it is potentially profitable.

Neidhart, 25, DiBiase Jr., 24, and Afa Jr., 23, seem to draw inspiration from their famous fathers.

"It might sound like a cliché," DiBiase Jr. said, "but my dad was always my hero. I wanted to do what he did. I've played soccer, and I played college football. I'm just a natural athlete, and I can't imagine doing anything else, especially with the history. I want to carry on the family tradition."

Like Fathers, Like Sons

During a career that spanned parts of four decades Ted DiBiase, now a born-again Christian, was renowned as a world-class "heel." The mere mention of his name could whip arenas full of people into an angry lather.

DiBiase Jr. seems equally given to rascality.

Wrestling With Tradition

Before his match with Briton Steve Lewington, he loudly articulated his disdain for the British and refused to shake Lewington's hand before the bell. Scanning the booing crowd, DiBiase Jr. then questioned the depth of the area's "gene pool." He was eventually disqualified by the referee for spending too much time outside the ring.

Like his father before him, Afa Jr. is adept at leaping from the top rope onto a fallen opponent.

During his FCW heavyweight title match with Billy Kidman, however, Afa Jr.'s vaunted "frog splash" missed. However, he effectively gouged Kidman's eyes, rammed him shoulder-first into a metal post and appeared to bite him on the forehead.

After completing a difficult move that involved slamming Kidman onto his back from the top rope, Afa Jr. pinned him to retain the title.

"I turned pro at 13," Afa Jr. said before the match. "It was in Austria. Back then, I was about as tall as I am now, about 6-foot-2, but I only weighed about 190. I wrestled in high school and played football at the University of Connecticut, but I blew my knee out. That's when I decided to go into the family business [full time]."

The decision wasn't easy, he said.

"I wanted to make my own way in football."

'You Can Never Leave'

Nattie Neidhart engaged in a tag-team match with partner Victoria against the Bella Twins.

It was a match that men in the crowd seemed to particularly enjoy, as any of the competent women wrestlers could probably succeed in less-violent endeavors, such as swimsuit modeling.

Together, the Bella Twins may have weighed less than 200 pounds, but their acrobatic moves, deceptive strength and fiery combativeness was too much for Neidhart and Victoria, who lost when Neidhart was pinned.

Afterward, Neidhart and Victoria argued with each other, the referee and their opponents in a display that could have made Rowdy Roddy Piper blush.

"I like the theatrics and the athleticism," Nattie Neidhart said before the bout. "I have a good feeling. I love what I'm doing and I have the best trainers in the world in Steve Keirn and Tom Pritchard.

"It's my passion. It's my family's passion. It's part of my happiness and sense of fulfillment."

The adrenaline rush and interaction with fans is also like an addiction, she said.

"It's like 'Hotel California.' You can check out, but you can never leave."

"I can't imagine doing anything else, especially with the

history."

--TED DiBIASE JR.

On becoming a pro wrestler like his father

Reporter Geoff Fox can be reached at (813) 948-4217 or *gfox@tampatrib.com*

Photo credit: Tribune photos by FRED BELLE

Wrestling With Tradition

Photo: High-flying Afa Jr. is continuing the legacy of his father, Afa Anoai, and his uncle, Sika Anoai, better know as the famous tag team The Wild Samoans.

Photo: Nattie Neidhart is a second-generation professional wrestler who works for Florida Championship Wrestling. She has trained at the famed "Dungeon" in Calgary, Alberta, with her father, Jim "The Anvil" Neidhart, and uncles, Bret "The Hitman" Hart, Owen Hart and Davey Boy Smith.

Photo: Ted DiBiase Jr. decided to follow his father's footsteps and pursue a career as a pro wrestler. "It might sound like a cliche," DiBiase Jr. said, "but my dad was always my hero. I wanted to do what he did."

Photo: Dusty Rhodes and Jim "The Anvil" Neidhart, two legends in the wrestling business, enjoy watching the younger wrestlers compete in the ring during the Florida Championship Wrestling matches at the Bourbon Street nightclub in New Port Richey.

Copyright © 2007, The Tampa Tribune and may not be republished without permission. E-mail *library@tampatrib.com*

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:** WRESTLING (92%)

**Industry:** TELEVISION PROGRAMMING (73%)

**Geographic:** TAMPA, FL, USA (90%); CALGARY, AB, CANADA (56%); LOUISVILLE, KY, USA (54%); ALLENTOWN, PA, USA (50%); FLORIDA, USA (79%); KENTUCKY, USA (79%); PENNSYLVANIA, USA (68%); ALBERTA, CANADA (56%); SAMOA (68%)

**Load-Date:** November 3, 2007

# EXHIBIT 59



- **EDITION: U.S.**
- **INTERNATIONAL**
- **MÉXICO**
- **ARABIC**

- **TV:**
- **CNN**
- **CNNi**
- **CNN en Español**
- **HLN**

- **Sign up**
- **Log in**

SEARCH

- **Home**
- **TV & Video**
- **CNN Trends**
- **U.S.**
- **World**
- **Politics**
- **Justice**
- **Entertainment**
- **Tech**
- **Health**
- **Living**
- **Travel**
- **Opinion**
- **iReport**
- **Money** .
- **Sports** .

# TRANSCRIPTS **Transcript Providers**

Shows By Category:

**Return to Transcripts main page**

## CNN: SPECIAL INVESTIGATIONS UNIT

**Death Grip: Inside Pro Wrestling**

Aired November 7, 2007 - 20:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY
MAY NOT BE IN ITS FINAL FORM AND
MAY BE UPDATED.


ANNOUNCER: CNN SPECIAL
INVESTIGATIONS UNIT: "Death Grip: Inside
Pro Wrestling."
Drew Griffin reporting.

(BEGIN VIDEOTAPE)

DREW GRIFFIN, CNN ANCHOR (voice-over):
The dark side, beyond the wrestling ring, a
shocking murder-suicide.

VINCE MCMAHON, CHAIRMAN, WORLD WRESTLING ENTERTAINMENT, INC.: How would
we know that Chris Benoit would turn into a monster?

GRIFFIN: Pro wrestlers dying young and allegations of drug abuse.

UNIDENTIFIED FEMALE: The steroids started. The drugs started, prescription drugs, because of the
injuries.

UNIDENTIFIED MALE: I'm glad that the WWE has taken the steps it has to clean up our industry.

GRIFFIN (on camera): Is the WWE steroid free, drug free?

UNIDENTIFIED MALE: Finally, Chris Benoit has become the heavyweight champion of this world!

GRIFFIN (voice-over): In the fall of 2005, following the year he wore the championship belt,
professional wrestler Chris Benoit was at the top of his game.

In the ring, with the body of an Adonis, he was slamming opponents, being slammed, and putting on a
show. Outside the ring, the former WWE, World Wrestling Entertainment, champion was quietly
spinning into depression, and, in a sense, documenting his own mental breakdown.

MIKE BENOIT, FATHER OF CHRIS BENOIT: This is a an open letter to Eddie on November 24,
2005.

GRIFFIN: Mike Benoit is reading the diary his son wrote over an 11-day period in 2005. The diary
consists of rambling letters to his best friend, a wrestler named Eddie Guerrero.

The first entry, the first note to Eddie, was written on November 23, 10 days after his 38-year-old friend
dropped dead of a heart attack. M. BENOIT: "Eddie, I forgot to tell you about my dream last night. I
dreamt that both my parents were taken, perished."

GRIFFIN: Mike Benoit believes it's the diary of his son going mad.

M. BENOIT: "And Nancy and I were trying to get to her parents in Daytona to save them, because we felt that they were being taken next. And these people after them were very powerful people, high-ranking people. When we got to Daytona, it was too late. Her parents were gone, too, perished."

We just didn't understand this was going on at that time in Chris' life.

GRIFFIN: Nineteen months later, during the weekend of June 22, Chris Benoit would suffocate his wife, Nancy, their 7-year-old son Daniel, then would walk into the basement of his suburban Atlanta home and hang himself. He was 40. The diary was found outside in the trash by a neighbor.

No one saw it coming, not his fellow wrestlers, not WWE boss Vince McMahon, and not his parents.

M. BENOIT: I would have set my son in a totally direction, had I realized. I do feel some responsibility for what has taken place here.

GRIFFIN (on camera): Because you encouraged his dream?

M. BENOIT: Yes, I did.

GRIFFIN (voice-over): And this is the dream, to be at the top, to be adored or hated by millions of fans. About 16 million people a week tune in to the WWE. Two of their cable programs, "Raw" and "Friday Night SmackDown," are weekly ratings giants. WWE pay-per-view specials generate an average of $100 million per year.

The action is fake. The pain is real. The grind never ends. And that's the dark side of wrestling entertainment, when many turn to painkillers and steroids. And that combination has fed a numbing statistic.

KEITH PINCKARD, MEDICAL EXAMINER: Their death rate was approximately seven times greater than that age group in the general population.

GRIFFIN: Dr. Keith Pinckard studied wrestling deaths over a 20- year span, from 1983 to 2003. He found 64 professional wrestlers, all just 40 years old and younger, had died. A CNN tabulation shows, in just the past five years, 18 wrestlers under the age of 50 have died.

Pinckard, a medical examiner in Dallas, did his own analysis and was astounded.

PINCKARD: About a fifth of those were drug-related deaths, either accidental overdoses or suicidal overdoses.

GRIFFIN: Each one of these professional wrestlers died of a drug overdose, a heart attack, or, like Chris Benoit, committed suicide.

CHRIS KANYON, PROFESSIONAL WRESTLER: I beat Chris Benoit for a title on pay per view once. That's the bond me and Chris had.

GRIFFIN: Chris Kanyon is one of those wrestlers who calls himself a survivor. He faced Benoit a number of times in the ring and faced the same personal demons.

KANYON: September 14, 2003, I took 50 sleeping pills and tried to kill myself. So, I could be another

one of those statistics. I very well could have been.

GRIFFIN: Even Benoit, who once wore the championship belt, had he not killed his family, his suicide alone might have gone virtually unnoticed. But that spectacular crime has now gotten the attention of Congress and the public, and is again turning up the heat on the man who sits atop the world of professional wrestling.

Vince McMahon is chairman of World Wrestling Entertainment. His wife, Linda, is the CEO. Together, they are the business of professional wrestling.

MCMAHON: Nothing from the WWE, under any set of circumstances, had anything at all to do with Chris Benoit murdering his family. How would we know that Chris Benoit would turn into a monster?

GRIFFIN: In this hour, you will see the real side of fake wrestling, the ringmaster again under fire, performers who pump their bodies with drugs, and a mother who considered killing herself and her two children to escape life in the ring.

UNIDENTIFIED FEMALE: And the only reason I didn't do it is because I couldn't guarantee that we would all die.

(END VIDEOTAPE)

(COMMERCIAL BREAK)

(BEGIN VIDEOTAPE)

GRIFFIN (voice-over): At first, there was the special tribute. On June 25, 2007, Vince McMahon and superstars like Phil "C.M. Punk" Brooks remembering a champion, Chris Benoit.

PHIL "C.M. PUNK" BROOKS, PROFESSIONAL WRESTLER: Last night, I felt really overwhelmingly disappointed because I didn't get to wrestle Chris Benoit. And I tell you, I just can't get that out of my head, because Chris Benoit was my hero.

GRIFFIN: Just one day later...

UNIDENTIFIED MALE: Tonight, investigators are calling the horrific scene that they found inside this home a murder-suicide. GRIFFIN: C.M. Punk's hero had become a villain, and Vince McMahon and his wrestling empire were on the defensive.

MCMAHON: Good evening, ladies and gentlemen.

Last night, on "Monday Night Raw," the WWE presented a special tribute show recognizing the career of Chris Benoit. However, now some 26 hours later, the facts of this horrific tragedy are now apparent.

GRIFFIN: The Benoit tragedy put McMahon and his WWE back under the microscope, another dead wrestler, allegations of steroid and drug abuse, nothing new for McMahon, a body builder and promoter, who many say single-handedly changed the shape of wrestling.

DEL WILKES, FORMER PROFESSIONAL WRESTLER: Vince has changed this business more than anybody. He has had an unbelievable influence on this business, a lot of it good, some of it not so good.

Obviously, that look came from a lot of drugs, a lot of steroids.

GRIFFIN: Del Wilkes wrestled for McMahon and his former World Wrestling Federation as the Patriot. He says he was injured in the ring, became addicted to painkillers, and ultimately spent time in prison.

WILKES: The WWF was known as the company of big guys. Vince liked big guys. And they were all there.

UNIDENTIFIED MALE: You had certain wrestlers who...

GRIFFIN: A former longtime WWE employee who asked us not to reveal his identity goes further, charging that McMahon not only changed the wrestlers; he also changed wrestling's legion of fans.

UNIDENTIFIED MALE: When you look at pictures of wrestlers before the mid to late '80s, they don't look like bodybuilders. They look like your unemployed uncle sitting on the couch. That's what they look like. They don't -- they're not jacked-up guys. But now there's an expectation among fans that a wrestler has to look a certain way.

GRIFFIN: As the wrestlers grew, so did the whispers of illegal steroid use. Those whispers turned into headlines when McMahon went on trial in 1994, charged by the federal government with distributing steroids to his wrestlers.

The government's star witness? McMahon's own Hulk Hogan, perhaps the most famous name in all of wrestling. Hogan, whose real name is Terry Bollea, admitted under oath that he had used steroids. He estimated as many as 80 percent of McMahon's wrestlers were using steroids.

Hogan also testified McMahon knew his wrestlers were on the juice and said that McMahon had ordered steroids for his own use. Despite such damning testimony, McMahon was acquitted. But the trial did lead him to admit to steroid use. The government's long investigation had already led to him announcing an expansion of the drug testing policy for his wrestlers. McMahon tried to assure fans and critics he was serious, saying, "It should come as no surprise to you that the WWF has one of the most comprehensive drug testing, education and rehabilitation programs in all of sports."

The trial, the scrutiny, and defections to McMahon's biggest rival, the WCW, World Championship Wrestling, led to a downturn in McMahon's fortunes.

Eric Bischoff ran WCW for McMahon's arch nemesis, Ted Turner, who, at the time, also owned CNN.

ERIC BISCHOFF, FORMER WCW CEO: WCW really dominated the sports entertainment category from probably about 1996 through effectively the first part or the middle of 1998. We were still very, very competitive, if not number one, we were close to it.

GRIFFIN: The WCW and the WWF battled throughout the '90s. And both Turner and McMahon's organizations were dogged by allegations of steroid abuse. It was McMahon, however, who eventually won out. He bought the WCW in 2001, rolled it into his entertainment empire, and became the final word.

BISCHOFF: Yes, the WWE has -- you know, they're the last man standing in the world of professional

wrestling.

GRIFFIN: Vince McMahon now lorded over all of wrestling, its profits and its pitfalls.

(on camera): Steroids, human growth hormones, and the quest for bigger people in this industry. You like big guys, right?

MCMAHON: Well, again, I take exception to the fact that, you know, our locker room now in terms of weight as far as big guys are concerned is lighter than it's ever been in history. There's an expression in our business, that here's where you make your money. It's your face. It's what you do with it.

GRIFFIN (voice-over): McMahon protests, but there's no denying the massive, chiseled, almost unbelievable physiques of many wrestlers, and McMahon's eagerness to promote this look.

Irv Muchnick, nephew of legendary wrestling promoter Sam Muchnick, is the author of "Wrestling Babylon."

IRV MUCHNICK, AUTHOR, "WRESTLING BABYLON": Wrestlers see what works for other wrestlers, and they copy it. There are only a handful of really top slots where you make huge money, so much money that you can really take care of your family and really take care of your health and really prepare for your retirement.

GRIFFIN: Still, the debate over steroids and its impact on who gets to the top divides the wrestling community.

KANYON: It's pretty obvious. You can sit down and watch the show and at least make -- decide to at least a percentage of who's on and who's not.

GRIFFIN: Former WWE champ Chris Jericho says you can wrestle and not be pumped up.

CHRIS JERICHO, PROFESSIONAL WRESTLER: I think wrestling has a very stereotypical image that it's all the big, huge behemoths and the Neanderthals that really make the big cash and really make it big. And, hey, there are a lot of huge guys that make it. But there's other guys that aren't as huge that actually had to go and learn how to be a good wrestler to make it.

GRIFFIN: Big, small, in between. Today, wrestlers may be split on what it takes to make it. But there's only one man who decides who wins and who loses, Vince McMahon.

Coming up:

(on camera): Is the WWE steroid free, drug free?

(END VIDEOTAPE)

(COMMERCIAL BREAK)

(BEGIN VIDEOTAPE)

M. BENOIT: That's Chris as a 15-year-old standing in the Rocky Mountains.

GRIFFIN: Wow.

M. BENOIT: He started lifting weights at the age of 13 in the basement. And he would not go out. If the guys called and said, come on out and hang out, he would say, no, got to lift my weights.

GRIFFIN: Even at age 13, Chris Benoit already knew what he wanted to be.

M. BENOIT: It was really a passion. And he wanted to be a professional wrestler.

GRIFFIN: Michael Benoit did not share that passion. But he loved his son. The weights were a present for Chris.

M. BENOIT: I dread the time that I even bought the weight set. You look back in your life and look at the mistakes you have made. That was the biggest mistake I ever made.

GRIFFIN: Young Benoit's passion turned to obsession. He grew stronger, bigger, and, on weekends, he would convince his father to let him drive the three hours from his home in Edmonton, Alberta, to Calgary, the very heart of Canada's wrestling empire.

M. BENOIT: He really thought (INAUDIBLE) the Dynamite Kid, that became his idol. And, really, his wrestling style, he really followed the Dynamite Kid.

GRIFFIN: Looking back, Mike Benoit believes allowing Chris to idolize the Dynamite Kid was an even bigger mistake.

UNIDENTIFIED FEMALE: It started with the verbal abuse, and, you know, putting me down in front of other people.

GRIFFIN: Michelle Smadu (ph) was just a teenager when she met and fell in love with Tom Billington, the Dynamite Kid. They married, had a child, and soon after, Michelle says the Dynamite Kid began to explode.

(on camera): He certainly wasn't the guy you fell in love with.

UNIDENTIFIED FEMALE: No. He was the gentleman that kicked out his wife and 3-week-old baby.

GRIFFIN: And do you blame it all on the steroids?

UNIDENTIFIED FEMALE: Yes.

GRIFFIN (voice-over): Tom Billington came to Canada from Manchester, England, to become a pro wrestler. Like Chris Benoit, Billington was a small man in a big man's ring.

UNIDENTIFIED FEMALE: For the first time, they were allowing a smaller person to come in and take those top spots. The bigger he got, the more fame he gained, and the more in demand he was.

GRIFFIN: From Canada, the Dynamite Kid moved up to McMahon's WWF. He became one-half of the British Bulldog tag team. But, behind the scenes, he was crumbling.

UNIDENTIFIED FEMALE: The steroids started, the drug use, prescription drugs, because of the

injuries, which also starts with the alcohol.

GRIFFIN: Michelle says, at home, the Kid was out of control, at one time, dragging her by the hair, holding a gun to her face.

UNIDENTIFIED FEMALE: It became so bad that I just wanted to get out. And the way I was going to get out was, I put my two children on the bed, the master bed, Browin (ph) and Merick (ph). And Tom had a lot of guns. So, I went to get his gun. And I wanted to shoot Browin (ph) and Merick (ph) and then myself. And the only reason I didn't do it is because I couldn't guarantee that we would all die.

GRIFFIN: Michelle never told her husband what you have just heard. The night before this interview, she finally told her children.

(on camera): I can't imagine how tough that was to tell them. Did they look at you differently?

UNIDENTIFIED FEMALE: Well, there was a lot of tears. And we didn't say anything. It was a quiet acceptance. They know that something horrible went on during the marriage.

GRIFFIN (voice-over): The marriage ended in 1991, when Michelle bought her husband a one-way ticket from Canada back to Manchester, England.

This is the Dynamite Kid today. Tom Billington now lives in a public housing apartment outside Manchester. He has lost the use of his legs. A pin sticks out from one of his toes. He readily admits wrestling did this to him, wrestling, and the fact he ignored doctors who told him to stop.

TOM BILLINGTON, FORMER PROFESSIONAL WRESTLER: I needed the money. I went back to wrestling because I needed the money.

GRIFFIN: The other British Bulldog, partner Davey Boy Smith, his younger cousin, died of a heart attack at age 39. Billington, who is only 48 years old, says he might have suffered the same fate were it not for a drug overdose that led a doctor to discover an enlarged heart.

BILLINGTON: So, he said, it lies from taking steroids. So, he said, don't take steroids again and you will be OK.

So, I haven't touched them the steroids since 1991. Before that, I did regular, you know, for years.

GRIFFIN: In fact, he says, for years, many of McMahon's wrestlers took steroids -- the bigger the physique, the bigger the promotion.

BILLINGTON: I took it for the job, because I was in the WWF. Most of them was all big men. So, I thought, well, I will do it too.

GRIFFIN: Billington says the steroids came from doctors, from friends, even steroids meant for horses. He took them all, took a terrible pounding in the ring, and, like his now-dead partner, began taking extensive amounts of painkillers.

BILLINGTON: My back, my knees, oh Christ, my shoulder, different things. Yes, I took painkillers.

GRIFFIN: Tom Billington has never laid eyes on his 16-year-old daughter, born after his marriage

broke up. He remains bitter about Michelle, saying she's brainwashed his children. He does admit holding a shotgun to her head, but insists he was not violent.

BILLINGTON: I don't think it was violent. I mean, I put a shotgun under her chin once, but it had no shells. I only pretended that.

GRIFFIN: This is the man Chris Benoit idolized.

Shortly after Benoit's death, a British newspaper quoted the Dynamite Kid, harshly criticizing Benoit. "We have all been through it," Billington is quoted, "but we didn't take it out on our loved ones."

He told us, maybe it was the drugs.

BILLINGTON: It can make you aggressive, the steroids. But I don't -- well, personally, I wouldn't. You don't want to kill any bleeding kid, do you? Or wife, whatever.

GRIFFIN: Coming up, new revelations about Chris Benoit's death and the Benoit family's search for answers.

M. BENOIT: I said to my wife -- I said, "It's our only hope."

(END VIDEOTAPE)

(COMMERCIAL BREAK)

(BEGIN VIDEOTAPE)

DREW GRIFFIN, CNN ANCHOR (voice-over): Coming up, new revelations about Chris Benoit's death, and the Benoit family's search for answers.

MIKE BENOIT, CHRIS BENOIT'S FATHER: I said to my wife, I said, "It's our only hope."

(COMMERCIAL BREAK)

GRIFFIN: At his home outside Edmonton, Mike Benoit was in mourning. It was four days after his son's family was found dead in their Fayetteville, Georgia, home. The headlines declared his son a suicidal murderer. But why? Mike Benoit didn't know where to begin.

MIKE BENOIT, ERIC BENOIT'S FATHER: I call the funeral parlor in Atlanta to pick up his remains, and we're going to have them cremated. So I was in the process of -- of making those arrangements when I got a call from Chris Newinski.

GRIFFIN: Chris Newinski is a former WWE wrestler who left the business in 2003 after suffering multiple concussions. He founded the Sports Legacy Institute, an organization that explores the dangers of undiagnosed concussions in sports. Newinski was calling because he wanted a piece of Chris Benoit's brain.

BENOIT: And so that they could do some tests to see if there was any signs of brain damage. I said to my wife, I said, "It's our only hope." And I really knew in my heart that because this wasn't -- this isn't the son that we knew and loved.

DR. JULIAN BAILES, FOUNDER, SPORTS LEGACY INSTITUTE: Through cooperation from the Benoit family, we have had the opportunity to examine the brain tissue obtained from the autopsy of Christopher Benoit.

You see these -- these brain cells here --

GRIFFIN: In September, the institute held a news conference in New York to release its findings. Chris Benoit, the researchers announced, had the brain of an elderly Alzheimer's patient.

BAILES: This is a normal example on the left. It's smooth. It has the round cells. Christopher Benoit's brain, you see the projections, the connections here. GRIFFIN: The slides reveal severe damage throughout all regions of his brain tissue attributable to multiple, undiagnosed concussions.

BAILES: I think that these extensive changes throughout his brain, to me and I think the others in our organization, believe that it is enough to very likely explain aberrant behavior, including suicide and even homicide.

GRIFFIN: While other doctors have been more cautious about linking brain damage to violent behavior, the institute's finding was the answer Mike Benoit needed. And it turned his grief into anger.

BENOIT: Because the last paragraph said, it's because of the nature of the way Chris wrestled that this is why he sustained the brain injuries. So they were basically blaming my son for this.

GRIFFIN: Like the dynamite kid he idolized, Chris Benoit was a wrestler's wrestler. Small in stature, he made up for it with soaring maneuvers, including his trademark, the flying head butt. Chris Kanyon says Benoit would take the abuse for the love of the show.

CHRIS KANYON, WRESTLER: We made him wrestle each other a bunch of times, and it was never about what I can do to you to make me look good. It's what can we do together to make the match look good.

GRIFFIN: And looking good meant taking real hits to the head. Although the McMahons are aware of some of the institute's findings, they say they have not yet studied the report.

LINDA MCMAHON, VINCE MCMAHON'S WIFE: These studies, you know, have not been -- they've not been proven, if you will.

VINCE MCMAHON, CHAIRMAN OF WWE: Haven't been even critiqued by the other members of the scientific community.

GRIFFIN: As a result, McMahon is moving with caution.

V. MCMAHON: And the only thing we've done really is from a conservative standpoint is just don't use chairs to the head. But other than that, you know, it's what it is in the ring. You know, accidents do occur. It's not ballet, as they say.

GRIFFIN (on camera): He did have some kind of brain injury, to get back to that point. I would think from a business standpoint, Mr. McMahon, you would be concerned about that if you are concerned about your wrestlers.

V. MCMAHON: I -- there's no question we are. We're concerned about everything. But again, you're frying me with facts, if they are facts, they're after the fact.

GRIFFIN (voice-over): The fact is, there is mounting evidence across all sports that multiple concussions can have devastating consequences. But McMahon just doesn't buy that concussions drove his former champion to kill. V. MCMAHON: The findings themselves say that Chris Benoit had the brain of an 85-year-old man with dementia. And I would suggest to you that from a layman's standpoint, Chris Benoit could not do what he did for a living. He could not function as a normal human being. He couldn't even go to the airport, if in fact that report were accurate.

GRIFFIN: Still ahead, is there a gaping loophole in the WWE'S drug testing program?

TRAVIS TIGART, HEAD OF THE U.S. ANTI-DOPING AGENCY: My 3-year- old could drive a freight train through it.

(COMMERCIAL BREAK)

RANDI KAYE, CNN ANCHOR: I'm Randi Kaye in New York. Back to "Death Grip: Inside Pro Wrestling" in a moment.

First, here's what's in the news right now. President Bush says Pakistan's president should hold planned elections and step down from the military. In a press conference in Virginia today, President Bush with French President Sarkozy by his side, said he delivered that message to Pervez Musharraf in a frank phone call today.

The call comes as street protests continue to engulf Pakistan days after Musharraf declared a state of emergency, suspended the nation's constitution, and rounded up thousands of protesters.

Police in Broward County, Florida, say Michael Mazza has confessed to shooting and killing a 76-year-old deputy who was driving him to court. Mazza was arrested after a fast-moving manhunt earlier today. He was already serving two life sentences for previous armed robberies.

For the first time ever, missiles launched from a Navy cruiser successfully intercepted two targets. The test is another step toward developing a ballistic missile defense system.

Another update on Wall Street, the Dow industrials fell more than 360 points. Investors are worried about the falling dollar, skyrocketing oil prices, and the $39 billion quarterly loss by General Motors.

I'm Randi Kaye. Back to "Death Grip" in a moment.

(COMMERCIAL BREAK)

GRIFFIN: On November 13th, 2005, wrestler Eddie Guerrero dropped dead of a heart attack in a Minneapolis hotel room. He was 38. A coroner determined the death was due to heart disease but noted a history of anabolic steroid use and narcotics.

Another WWE star dead before the age of 40. Vince McMahon needed to act.

DR. GARY WADLER, WORLD-RENOWNED EXPERT IN THE STUDY OF STEROIDS, DRUGS

AND ATHLETES: And once again, age-old testing policy was implemented, although it has many, many deficiencies in my judgment.

GRIFFIN: Dr. Gary Wadler is a world-renowned expert in the study of steroids, drugs and athletes. He is also a long-time critic of McMahon. Walter testified as an expert witness for the prosecution in the federal case against McMahon in 1994.

During the government's investigation that led to that trial, McMahon announced the launch of what he called the most comprehensive drug testing in all of sports. McMahon says the program was successful, for a while.

V. MCMAHON: The cost of that at that time, we were not a public company, was extraordinary. We suspended that. We had to compete. We lost money. It was a private company. We lost millions of dollars for more than one year, and quite frankly, did not have the funds to continue this program and especially when our competition would not.

GRIFFIN: More than a dozen years later, Wadler is convinced steroids and drugs remain rampant in the WWE. He is also convinced McMahon could clean it up with a serious drug testing program, which Wadler insists the WWE does not have.

WADLER: Well, certainly it's far, far, far short of where it needs to be, and there is a gold standard. And I measure all these sporting activities and entertainment, if you will, activities against that gold standard. And it's miles apart.

GRIFFIN: That gold standard exists here at the Olympic training facility in Colorado springs, where Travis Tygart heads up the U.S. anti-doping agency. Under his direction, athletes are randomly tested and, if caught just once, face a two-year suspension from competition. If caught a second time, they can be banned for life.

TRAVIS TYGART, HEAD OF THE U.S. ANTI-DOPING AGENCY: There's a desire to have a truly effective anti-doping program and to be as clean as you possibly can be. I haven't seen any excuse that's been put forward up to this point why that can't be done.

GRIFFIN: Like Wadler, Tygart believes McMahon and the WWE are not serious about running a clean program. He says, look to the WWE'S own policy. Performers who are caught are given only a warning for their first offense. A mere 30-day suspension for a second offense, you need to flunk a drug test four times before you are actually let go. Then there is the loophole.

GRIFFIN (on camera): And that basically says, if you have a prescription, you're clean.

TYGART: Yes. It's just a loophole in my mind that guts the entire program. You know, my 3-year-old could drive a freight train through it, to be quite honest, because it's so easy.

GRIFFIN (voice-over): Like many other wrestlers with the WWE, Chris Benoit found no problems getting a prescription. Authorities in Georgia say one of Benoit's doctors was prescribing a 10-month supply of anabolic steroids to the wrestler every three to four weeks. To his credit to build a better drug testing program, Vince McMahon hired Dr. David Black who helped the NFL develop its rigorous testing. Black says he was brought on to clean up the WWE.

GRIFFIN (on camera): Were you apprehensive about stepping into the ring with these guys, whether or

not they would truly be serious and follow your recommendations?

DR. DAVID BLACK, CHMN., AEGIS SCIENCES CORPORATION: This has risk, yes. If I believe the talent were not going to cooperate, if I believed that the WWE was not sincere in this effort, then I've made a foolish decision.

But I've listened. I have seen action follow verbiage. And I've seen the determination in Vince's eyes when he's told me, "Dave, I want this deal addressed."

GRIFFIN (voice-over): Since the program began in February of 2006, more than 30 WWE wrestlers have been suspended, including two after our conversation with Vince McMahon. Dr. Black says twice that number have tested positive and been given a warning.

Black's program includes random urine tests four times a year, no advance warning. And he says he has full authority with an outside medical consultant to determine if a prescription drug being used by a wrestler is necessary and legal.

Black says he doesn't take orders from McMahon, but admits the program is not fool-proof. He concedes that some of the huge bodies in the WWE were built in a pharmacy, not in a weight room.

BLACK: We are working towards making sure that all the physiques presented are natural.

GRIFFIN (on camera): As a result, am I going to see smaller and smaller wrestlers in the ring?

BLACK: I think over time, the impact of the program will be that we will see healthier wrestlers in the ring.

GRIFFIN ((voice-over): Critics of McMahon say that does mean smaller wrestlers. This former employee, who wants to remain anonymous, sees that as a deliberate attempt to get steroids out of the headlines.

ANONYMOUS MALE EMPLOYEE: When the steroid scandal first happened in the early '90s and a lot of these guys came off the gas and they got smaller, the business also suffered.

GRIFFIN: Now, he says, it's happening again. The death of Benoit, the death of Guerrero, the allegations of steroid use run amok, and a congressional committee asking questions. Suddenly there are smaller WWE stars, one whose very gimmick is to be drug-free.

When we come back -- you're Mr. Straight edge.

PHIL BROOKS, ALSO KNOWN AS "CM PUNK," WRESTLER: I'm straight edge.

GRIFFIN (on camera): What the hell does that mean?

(COMMERCIAL BREAK)

GRIFFIN (voice-over): Halloween eve. Phil Brooks, known to wrestling fans as CM Punk, arrives early at Long Island's Nassau Coliseum.

BROOKS: You want to strap this on for me?

GRIFFIN: Since winning the ECW title belt, Punk is more in demand than ever. Tonight, the company owned by Vince McMahon is putting on a free pre-Halloween battle.

UNIDENTIFIED MALE: You've got a minute, bro.

BROOKS: See you, bro.

GRIFFIN: CM Punk is literally half their size but is suddenly becoming a big star. Promoted not only for his skill in the ring, but the lifestyle he calls straight edge.

BROOKS: It means I don't drink, I don't smoke, I don't do drugs. You know. I guess I'm -- to a lot of people, I am boring.

GRIFFIN: Punk's clean lifestyle stands out at the WWE.

UNIDENTIFIED MALE ANNOUNCER: This guy's the current extreme championship wrestler.

GRIFFIN: He's getting star treatment.

UNIDENTIFIED MALE ANNOUNCER: Y'all, give it up for CM Punk.

CROWD: Yes!

GRIFFIN: He's tapped for radio interviews.

BROOKS: I think what stuck with me from being a kid was the British bulldogs.

CROWD: Yes.

GRIFFIN: Even his workouts get interrupted with the press calls, like this one from Germany.

GRIFFIN (on camera): You've been at it for 10 years, but your sudden rise to fame at this time has to do with the fact that the WWE wants to hold you up as an example, saying, look, we've got a clean wrestler.

BROOKS: I think it was -- I don't think that's the sole reason. I think it was more -- it was more circumstance, you know. I mean, all this stuff started to happen, and I just happened to be there.
GRIFFIN (voice-over): While the WWE is trying to put the Benoit story behind it, its wrestlers can't escape nagging questions about steroid abuse.

John Cena is a WWE superstar, now recovering from an injury in the ring. He doesn't like being asked if he has used steroids.

JOHN CENA, WRESTLER: This is a crazy question. And it's something that -- it's tough to answer just because of the way society is now. The way people conceive things because performance-enhancing drugs have got the spotlight, and it's a hot thing to talk about.

I can't tell you I haven't, but you'll never be able to prove that I have.

GRIFFIN: The McMahons, Linda and Vince, insist their drug policy is for real. And the accusation that it's just for show, to take the heat off, is not true.

V. MCMAHON: The federal government didn't suggest that we start a program of this nature. The media didn't suggest that we start a program of this nature. It started because it was the right time to do it. We had the funds to do it. It was the right thing to do.

GRIFFIN (on camera): Is the WWE steroid free, drug free?

V. MCMAHON: I don't think that there's any organization in the world, be it entertainment or be it sport, that can tell you that they are totally drug free.

GRIFFIN (voice-over): Evidence of that surfaced just this past September, three months after Benoit's death. A prosecutor in Albany, New York, found 10 current wrestlers on the customer list of an Internet pharmacy accused of dealing illegal steroids.

V. MCMAHON: So we took action immediately. Same day.

GRIFFIN (on camera): They weren't actually caught by the WWE'S drug policy. They were caught by some local prosecutor.

V. MCMAHON: Sure.

GRIFFIN (voice-over): Chris Benoit was one of them. But he had been caught earlier by the WWE, testing positive for testosterone. Because it was a first offense, he was only given a warning.

When Benoit retested just this past April, two months before his death, he was clean.

BLACK: Chris was someone I would have -- I did view as a very positive part of the program. He always indicated in those conversations that he did not want to violate the policy.

GRIFFIN: Autopsy results showed Chris Benoit had steroids in his system at the time of his death. L. MCMAHON: We're not looking to just say, got you. You know, we want to protect the health and well-being of the men and women who are part of World Wrestling Entertainment.

V. MCMAHON: As it turned out --

GRIFFIN: The McMahons are holding up their testing program, which now includes heart scans for their performers, as an example of a positive turn in a tough business. They have even offered to pay for drug and alcohol rehab for former wrestlers. But McMahon is not about to accept any blame for what others do to themselves.

GRIFFIN (on camera): From a humane standpoint, I mean, is that hard to swallow that so many of these wrestlers are dying so young?

V. MCMAHON: Well, again, I think that from a responsibility standpoint, I think that we all as individuals are responsible for our own actions. So when passes through our organization, certainly our organization is not responsible for someone's own personal activities.

GRIFFIN (voice-over): And what would Chris Benoit's father say to Vince McMahon if he has the

chance.

BENOIT: It's too late for my son. It's too late for my daughter-in-law. It's too late for my grandson, but let's be concerned with the guys that currently work there. Let's do something meaningful.

(END VIDEOTAPE)

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.voxant.com

# EXHIBIT 60

# LAST DAYS

# CHRIS BENOIT

BY MICHAEL LEWIS



It was an act of violence that shocked pro wrestling fans and critics alike, but what really caused one of the WWE's greatest stars to explode? An investigation into the tragedy reveals as many questions about the industry as it does the crime. Here's what the WWE doesn't want you to know.

ON THURSDAY, JUNE 21, CHRIS BENOIT WAS MAKING PLANS FOR the future. The Fourth of July was only two weeks away, and one of the most popular professional wrestlers in the world was looking forward to spending the holiday with his wife, Nancy, and their seven-year old son, Daniel. In preparation, Benoit made his annual call to James Robison, a good friend in Peachtree City, Georgia. It was a tradition for the Benoit family to spend the evening of the Fourth with Robison, who always reserved an out-of-the-way parking spot for the Benoits so they could enjoy the local fireworks show at a distance from fans and autograph seekers. Even on his nights off, people wanted Chris Benoit to be "the Canadian Crippler."

Benoit asked Robison about his family, his business, his life. It was lassic Chris—always putting himself out for others. In the World Wrestling Entertainment locker room, wrestlers knew Benoit as the guy you went to with a problem: Pissed at management? Not sure how to execute a certain move? Trouble with the wife? Talk to the guy whose whole life had been wrestling.

"It was a typical conversation," remembers Robison. "There were no signs of trouble. So I was just completely shocked about what happened. There was nothing you could look back on that indicated he wanted to say goodbye."

Four days later police would find Benoit, his son, and his wife dead inside their million-dollar home on a quiet street in Fayetteville, Georgia—all victims of Benoit himself. He committed the murders during an excruciating journey through darkness that spanned three days, killing first his wife, then his son, and finally himself. Friends, family, and fans would attribute the tragedy to everything from "'roid rage" to severe depression; his employer, the WWE, would brand the spree a freak occurrence, an isolated case of a man who snapped under pressure.

Seen through the prism of Benoit's career, however, the truth may be that the worst act of violence ever to strike the wrestling world wasn't random, but the result of over two decades spent in an unregulated industry that pushes its talent to the point of death. Given Benoit's lifestyle—which was characterized by an enormous intake of performance-enhancing drugs, 300-day-per-year workloads, and blunt force head trauma as a way of life—the main question surrounding the tragedy may not be why it happened, but why it hadn't happened before.

Chris Benoit's final days, it could be argued, began the moment he first stepped through the ropes and into the ring. ▶▶



CHRIS BENOIT WANTED TO BE A PRO WRESTLER ALMOST FROM THE time he could walk. He grew up in Edmonton, Alberta and became a fan while watching Stampede Wrestling, a minor-league outfit in Calgary. Never the biggest or strongest kid, Benoit idolized guys like Bret Hart and the Dynamite Kid (Tom Billington), Stampede stars who became major international grapplers.

Desperate to become a wrestler himself, Benoit started weight training at 13. Later he went to Calgary, where he convinced Bret Hart's father, Stu, to allow him to study at the famous Dungeon—the basement training center beneath Hart's mansion where legends such as Hart, Brian Pillman, and Lance Storm also learned the craft. There he was schooled in the very real skills that define the uniquely physical faux sport of modern pro wrestling.



The aggressive kid picked up the art quickly, mastering the holds, kicks, leaps, and stunts that lend the fights their brutal authenticity. He debuted as a pro in 1985 at only 18. At that time wrestling was entering a boom era, as stars from small regional circuits like Stampede were being recruited by emerging national brands like the National Wrestling Alliance (NWA), the American Wrestling Association (AWA), and the World Wrestling Federation (WWF). Much of it was thanks to the promotional wizardry of the WWF's Vince McMahon Jr., a hulking, gruff-voiced businessman who coined the term "sports entertainment." McMahon had grown up in the business and organized the first WrestleMania, a pay-per-view event that featured mainstream celebrities like Cyndi Lauper and Muhammad Ali. Wrestlers like Hulk Hogan and André the Giant were becoming world-famous.

Chris Benoit had every intention of making it just as big. Unlike the Hogans of the business, who tended to rely on outrageous stage personae and massively inflated physiques, Benoit—just 5'10"—focused on the acrobatics of his performances. He was a "wrestler's wrestler," a hard worker who excelled at the fundamentals.

"He was such a terrific technical wrestler," says Bret Hart, Benoit's idol and mentor. "He had so much deep respect for the craft. That's part of what made him so good."

Benoit's stage image, that of a shy, average guy, became a favorite among the more cerebral fans who appreciated the craft over ludicrous story lines. Still, his rise was anything but rapid. He performed four years with Stampede, then five overseas with New Japan Pro Wrestling, an NWA affiliate. By 1995 he had landed a regular gig with World Wrestling Championship (WCW), then the second-biggest pro wrestling outfit in the U.S.

It was a dream come true for Benoit. He traveled to big cities, performing in front of thousands of adoring kids and on national TV. Over the ensuing years, everything about him would only become bigger: his size, his star power, and—though few on the outside would ever see it—the toll it all took on his personal life.



THE THEATRICS OF PRO WRESTLING MAKE IT EASY TO THINK THAT no serious damage is ever done to its performers. In reality, it is just as competitive and far more dangerous than any real sport. One recent study found that pro wrestlers are 12 times more likely to die from heart



**Clockwise from left: A shot of Benoit from his early days as a wrestler. He'd go on to win thousands of fans with dramatic and physically punishing moves like the flying head butt and the "Crippler Crossface."**

disease than other Americans ages 25 to 44; another found that they are 20 times more likely to die before age 45 than NFL players. For a wrestler, competing with injuries is the norm.

"Sometimes on the day after a match, I'd be in so much pain that it would take me 10 minutes to summon the courage to attempt standing up and getting out of bed," says Hart, now 50 and retired after nearly 25 years in the business. "Often I'd just fall back down."

Severe concussions are one of wrestling's dirty secrets. "There have been matches I didn't even remember competing in after I was done. Or how it was finished or who won," says Marc Mero, a former WWE star.

During his stint with WCW, Benoit performed 250 to 300 nights a year—a grueling schedule involving nightly physical punishment. One of his signature moves was the flying head butt, in which he'd dive off the top rope and smash his head into an opponent. And while many wrestlers were hesitant to get smacked with a steel chair, Benoit—devoted to authenticity—insisted that his colleagues strike him in the head. He laughed off the pain in the locker room. Then it was on to the next plane and the next city.

To cope with the physical pain and isolation of the road, Benoit increasingly turned to the pro wrestler's greatest solace: drugs. Thanks to a lack of regulation for most of the past three decades, a pro wrestling locker room was better than the pharmacy counter at Walgreens. Somas, Percocets, Halcion, Vicodin, human growth hormone, half a dozen kinds of steroids—if you named it, a network of doctors well-known on the circuit could prescribe it. It wasn't unusual for a doctor to enter a locker room with grocery bags bearing the names of a dozen wrestlers, each one filled with drugs.

"Sometimes I held out my hand and swallowed whatever they had," says Rob Van Dam, a 36-year-old retired pro. Van Dam once thought he might have a problem; he was taking 30 Somas (painkillers) a day. Then he looked around and saw ex-wrestler Louie Spicolli "taking 100 a day, so I figured I wasn't as bad off."

Spicolli died when he was 27, one of 64 professional wrestlers who have passed away before reaching 50 over the past 10 years (see ▶▶



**IN THE PAST 10 YEARS, 64 WRESTLERS HAVE DIED BEFORE REACHING 50.**









Far left: Chris Benoit's son, Daniel, cheers his dad on at a ceremony honoring Benoit in 2004. Left: Chris and Nancy Benoit in January 1997, posing as lovers for a wrestling "story line" that eventually became real.

"Grappling With Death," page 154). Pop in a DVD of WrestleMania VI and you'll see the event through a harrowing prism. Of the 45 performers who entered the ring that April night in 1990, a dozen are dead—27 percent of wrestling's biggest yearly event, now a morbid footnote.

The rationalization for taking so many pills sets in very easily. "First you think, I'm going to take it when I get hurt," says Joe Laurinaitis, the living half of the legendary '80s tag team the Road Warriors. "Then you start to think, Maybe I should take it before a match, so I won't get hurt. And then maybe it's wearing off before you go out to dinner, so you take another one. And that's how it starts." During one brutal stretch, Laurinaitis wrestled on 79 consecutive nights.

But wrestlers propped themselves up with far more than just painkillers. Steroids and human growth hormone (HGH) were commonplace, as was cocaine, which wrestlers used to amp themselves before matches or to party afterward. Steroids and HGH were almost a requirement for stardom. They helped muscles recover more quickly between workouts and made a big difference in physique; back then, former wrestlers say, you could always tell who was on "the juice." Wrestlers like Hulk Hogan and the Ultimate Warrior had bulging biceps, ripped stomachs, and huge chests (both have since admitted using steroids). Knowing that WWF boss Vince McMahon loved muscular, cartoonish physiques made the pressure to conform immense.

"Louie Spicolli never wanted to take steroids... but he figured if he looked better than the next guy, he'd get a job," says Dave Meltzer, a longtime wrestling journalist. "All of a sudden, he got up to 270 pounds, and the WWF offered him a job. Brian Pillman hated steroids. But he took them because he wanted to survive in this business. It's not personal choice."

Louie Spicolli died in 1998 by overdosing on Soma and wine—which was exacerbated by a steroid-linked heart condition. For Brian Pillman it was arteriosclerotic heart disease, again linked to steroid use.

Chris Benoit made the devil's bargain with steroids as well. Over the years his arms thickened by inches, and by the late 1990s he resembled a refrigerator across the chest. He was also one of WCW's top draws and constantly touring. In one of the earliest signs of the toll the life was taking on him, in 1997 he and his first wife, Martina, divorced. While she retained custody of their two children, he stayed on the road. That same year he entered into a relationship that would end far more tragically.



NANCY SULLIVAN WAS A STRIKING BRUNETTE WHO, LIKE BENOIT, came to the sport at an early age. Raised in DeLand, Florida, she was a 20-year-old aspiring model when a photographer chose her to be on the

cover of Wrestling All Stars magazine. Soon Nancy began traveling with the Florida Championship Wrestling organization as part of the promotion. She divorced her teenage sweetheart, Jim Daus, to marry pro wrestler and promoter Kevin Sullivan. She met Chris Benoit when Sullivan placed her in a story line to be an on-air item with Benoit. Fiction soon blurred into reality, as Nancy left Sullivan to marry Benoit.

Their son, Daniel, was born in February 2000. Benoit quickly became known as a family man who often brought his wife and son to events.

A month before Daniel's birth, Benoit joined what would become the biggest—and most controversial—wrestling organization on Earth, World Wrestling Entertainment (WWE). Then known as the WWF (it changed its name in 2002 after the World Wildlife Fund sued over trademark rights), the group was dominating attendance and TV ratings after adopting more violent, adult-themed story lines.

Benoit's new boss was McMahon, who had been charged in the early '90s with distributing illegal steroids, along with a doctor named George Zahorian. McMahon was acquitted in 1994, but his penchant for promoting stars who looked like they were on steroids continued unabated.

"When things go bad, Vince always pushes the big guys," says Meltzer. "He thinks that's what people want, the giant freaks."

From his office in Stamford, Connecticut, McMahon lords over a $400 million-a-year empire with 15 million weekly viewers. He rewrites story lines, signs new talent, and insists that office employees never wear jeans (suits or "business casual" only)—all part of the WWE's "clean" image.

"If you complained, he'd fire you, so you'd better keep your mouth shut," says former WWE wrestler Rick Steiner. "If he wants you to be the biggest star, he'll make you the biggest star. He has total control."

Marc Mero, 47, another former WWE wrestler, describes McMahon as a man with a "huge ego" whose operation rewards "dedicated company men" regardless of whether or not they're the best performers.

Benoit was unswervingly loyal, known for never missing matches. Eventually, all the traveling affected his marriage. On May 12, 2003, Nancy filed for divorce and for a protective order, stating in court records that "Chris had lost his temper and threatened to strike the petitioner [Nancy] and cause extensive damage to the home and personal belongings of the parties." The judge issued a restraining order against Benoit. But three months later Nancy withdrew the petition, and Benoit resumed his life as wrestling star by day, family man by night.

In March 2004, McMahon rewarded Benoit's dedication by granting him the title of world heavyweight champion. After his match Benoit stood in the ring at Madison Square Garden, triumphantly holding hands with Eddie Guerrero, his best friend, who held the title of WWE champion. Like Benoit, Guerrero was an undersized, middle-of-the-pack competitor who rose to become extraordinarily popular. He talked ▶▶

## NANCY BENOIT: "IF ANYTHING HAPPENS TO ME, LOOK AT CHRIS."



# WRESTLER'S LITTLE HELPERS

Performance enhancers that the pros swear—and die—by.



**Testosterone** The only steroid Chris Benoit had in his system when he died. Wrestlers take it to increase muscle mass, shorten recovery time, and keep muscle tissue from breaking down. **Side effects:** breast growth, testicular shrinkage, damaged blood vessels.



**Somatropin** A popular form of human growth hormone, somatropin is one of the more expensive drugs. In one study HGH-injectees saw an 8.8 percent increase in muscle mass and a 14.4 percent loss of body fat. **Side effects:** nausea, muscle pain, headaches.



**Nandrolone** Favored by track-and-field athletes as well as wrestlers, nandrolone has many effects similar to those of testosterone but with fewer downsides, like excess body hair or aggressive mood swings. **Side effects:** liver damage and impotence.



**Stanozolol** One of the most abused steroids, stanozolol can counteract estrogenic side effects (like breasts) and help build strength and muscle mass, boost acceleration, and speed recovery physical stresses. **Side effects:** liver damage.



**Genotropin** Another synthetic human growth hormone. Many bodybuilders swear by its ability to build mass and quicken recovery time. Like other HGHs, it can't be detected through urine tests. **Side effects:** nausea, muscle pain, headaches.



**Anastrozole** Not actually a steroid, anastrozole is usually given to women. But many bodybuilders and wrestlers use it to counter one embarrassing reaction to steroids: breast growth. **Side effects:** low red-and white-blood-cell counts.

openly about beating his addiction to painkillers and how he embraced religion, and he was hailed as a guy who overcame his inner demons.

Guerrero's nephew Chavo—another WWE superstar—found Eddie unconscious in a Minneapolis hotel room less than two years later, in November 2005. Doctors later pronounced him dead from acute heart failure—the result of years of steroid and painkiller abuse. He was 38, five months younger than Benoit.

Guerrero's death rocked the WWE, which instituted the "Talent Wellness Program"—a regimen of health exams encompassing random drug testing, physicals, and stress tests. But it included a major loophole: If a wrestler could find a doctor who was willing to say he needed a particular drug, he wouldn't be penalized.

Benoit was devastated by the loss of his friend. Seeing how distraught he was, Nancy bought him a diary, and for a few weeks in late 2005 he would sit down, grab a pen, and open a vein. He wrote letters to Eddie, railing against the lifestyle they had both led, and quoted scripture.

"I'll be with you soon," he wrote to his dead friend.

Whether or not Benoit was having suicidal thoughts is unknown, but by last June Nancy Benoit was growing increasingly concerned about her husband's erratic behavior. Chris had become paranoid over the past few months. At times he wouldn't let his family out of the house. He began taking different routes to the airport, sure he was being followed.

He seemed always on edge and feared being fired. On June 11 he'd

been transferred to Extreme Championship Wrestling (ECW), the least watched of the WWE's three shows. He worried the WWE was about to let him go, but in truth he was in no danger of being fired; the organization reportedly saw Benoit as a mentor and believed he had a long-term future as a trainer. Just before his transfer, Benoit had a discussion with fellow superstar Rob Van Dam, who had recently decided to leave the WWE.

"He kept saying how much he loved watching me wrestle, and he said, 'I have so much respect for you for leaving,'" Van Dam says. "Then he says, 'A lot of us don't know when to walk away from this business.' It seemed like he was saying, 'Damn, I wish I could walk away right now.'"

Only Nancy seemed to sense the danger. On Thursday, June 21, she called a close friend, who has chosen to remain anonymous. "I'm scared to death," Nancy said. "If anything happens to me, look at Chris."



IT'S ABOUT 40 MILES FROM THE BENOIT HOME IN FAYETTEVILLE TO the offices of Dr. Phil Astin III, in Carrollton, Georgia. On Friday morning, June 22, Chris Benoit got in the car and headed east on a route he knew way too well.

Dr. Astin was well-known throughout the sports and wrestling worlds. A personal physician to many wrestling stars, he was always ready with his prescription pad. Pictures of his famous patients covered the walls of his office, including an autographed snapshot of Chris Benoit. Astin had been prescribing Benoit drugs for several years, and according to an affidavit filed in a federal indictment that would emerge later, he was typically giving Benoit a 10-month supply of steroids every four weeks. After his visit with Astin, Benoit returned home. At 6 P.M. a pool cleaner arrived and saw Daniel and Chris outside the house, grilling dinner on a barbecue. He was the last one to see the family alive.

No one knows exactly what precipitated the events that evening. At some point after the pool cleaner left, Chris and Nancy Benoit struggled in the second-floor den of their home. The 220-pound Chris took his 5'4" wife by surprise, first overpowering her, then binding her hands and feet with duct tape. Because police later found blood under her face, they

*continued on page 156* ➤➤





**Left: Benoit and Vince McMahon at the funeral of former wrestler Stu Hart. Below: The diary Benoit kept after the death of Eddie Guerrero.**

# GRAPPLING WITH DEATH

Since 1997, these 64 wrestlers under the age of 50 have died, including eight who made the world take notice.



**Eddie Guerrero**
Died November 13, 2005, at age 38
After years of alcohol and painkiller abuse, Guerrero died of heart failure in a Minneapolis hotel room. This year it was revealed that Guerrero was a client of Signature Pharmacy, an Orlando-based company under investigation for allegedly delivering steroids to athletes.



**Big Boss Man**
Died September 22, 2004, at age 42
Ray Traylor—whose real-life experiences as a prison guard helped him hone his Big Boss Man character—died of a heart attack at his house in Acworth, Georgia. In 2003, after the death of Curt Hennig, Traylor had noted the mounting number of wrestling deaths, only to die himself a year later.



**Owen Hart**
Died May 23, 1999, at age 33
In one of the few non-drug-related deaths, Hart fell 50 feet to his demise at Kansas City's Kemper Arena when a cable system suspending him above the ring failed or released prematurely. Some in the crowd of 16,000 assumed that the fall was staged as part of the show.



**Bobby Duncum Jr.**
Died January 24, 2000, at age 34
A former college football star at the University of Texas, Duncum died in his Austin-area home after an accidental drug overdose that, according to Travis County medical examiners, included alcohol, cocaine, marijuana, Valium, and the painkiller fentanyl.



**Brian Pillman**
Died October 5, 1997, at age 35
A former linebacker for the Bengals who turned pro wrestler, Flyin' Brian Pillman was found dead in a motel room in Bloomington, Minnesota. His autopsy revealed that a previously undetected heart condition led to his death; empty vials of painkillers were also found at the scene.



**Davey Boy Smith**
Died May 18, 2002, at age 39
The wrestler better known as the British Bulldog died of an enlarged heart—with evidence of microscopic scar tissue, possibly from past steroid abuse—while vacationing in British Columbia. Smith had also been a longtime user of morphine to counter the pain of a punishing back injury.



**Richard Rood**
Died April 20, 1999, at age 40
In 1994 "Ravishing" Rick Rude testified that he used anabolic steroids. Five years later he was found unconscious on the bed of his Alpharetta, Georgia home after a drug overdose that medical officials said included Valium and the steroid gamma hydroxybutyrate. He died later.



**Brian Adams**
Died August 13, 2007, at age 44
Less than two months after Benoit's death, Brian Adams' wife found him dead in bed. He had overdosed on a combination of painkillers, muscle relaxants, and antianxiety meds. An investigation later determined he had received steroids and HGH from the same pharmacy as Chris Benoit.

| | | | |
|---|---|---|---|
| **Chris Adams**<br>46, murdered, 2001 | **Gary Albright**<br>36, heart attack, 2000 | **Mike "Awesome" Alfonso**<br>42, suicide, 2007 | **Randy Anderson**<br>42, painkiller overdose, 2002 |
| **Rodney Anoai a.k.a. Yokozuna**<br>34, heart attack, 2000 | **Chris Benoit**<br>40, suicide, 2007 | **Nancy Benoit**<br>43, murdered, 2007 | **Scott "Bam Bam" Bigelow**<br>45, heart attack, 2007 |
| **Brady Boone**<br>40, car accident, 1998 | **Basil Bozinis**<br>26, drug overdose, 2002 | **Herb Calvert**<br>45, heart attack, 2003 | **Chris Candido**<br>33, blood clot to the heart, 2005 |
| **Elizabeth Chase**<br>45, heart attack, 2000 | **Brian Cox**<br>33, heart attack, 2003 | **Michael Davis**<br>45, heart attack, 2001 | **Robbie Dicks**<br>32, possible suicide, 2002 |
| **Dave DiMeglio**<br>35, heart attack, 2002 | **Anthony Durante**<br>36, painkiller overdose, 2003 | **Sean Evans**<br>36, lung cancer, 2007 | **Terry Gordy**<br>40, heart attack, 2001 |
| **Johnny Grunge**<br>39, heart attack, 2006 | **Russell Haas**<br>27, heart attack, 2001 | **Audie Hager**<br>44, cancer, 2003 | **Emory Hall**<br>36, kidney failure, 2006 |
| **Shinya Hashimoto**<br>40, brain aneurysm, 2005 | **Michael Hegstrand**<br>46, heart attack, 2003 | **Curt Hennig a.k.a. Mr. Perfect**<br>44, cocaine overdose, 2003 | **Hercules Hernandez**<br>47, heart attack, 2004 |
| **Brian Hildebrand**<br>38, stomach cancer, 1999 | **Crash Holly**<br>32, painkiller overdose, 2003 | **Elizabeth Hulette**<br>42, drug overdose, 2003 | **Dan Johnson**<br>49, liver failure, 2003 |
| **Trae Keller**<br>36, heart attack, 2005 | **Tiger Khan**<br>33, heart attack, 2006 | **Steve King**<br>46, heart attack, 1998 | **Marianna Komlos**<br>35, breast cancer, 2004 |
| **John Kronus**<br>38, heart failure, 2007 | **Michael Lozanski**<br>35, heart attack, 2003 | **Joey Maggs**<br>37, possible overdose, 2007 | **Victor Quiñones**<br>46, heart attack, 2006 |
| **Jeff Raitz**<br>38, heart attack, 2002 | **Sylvester "JYD" Ritter**<br>45, car accident, 1998 | **Alex Rizzo**<br>34, kidney failure, 2002 | **Rocco Rock**<br>49, heart attack, 2002 |
| **Sherri Russell**<br>49, painkiller overdose, 2007 | **Rhonda Singh**<br>40, heart attack, 2001 | **Louie Spicolli**<br>27, painkiller overdose, 1998 | **Jeep Swenson**<br>40, heart attack, 1997 |
| **John Tenta a.k.a. Earthquake**<br>42, cancer, 2006 | **Troy Thompson**<br>47, heart attack, 2002 | **Billy Joe Travis**<br>40, heart attack, 2002 | **Tomomi "Jumbo" Tsuruta**<br>49, cancer, 2000 |
| **Jerry "the Wall" Tuite**<br>36, heart attack, 2003 | **Biff Wellington**<br>42, heart attack, 2007 | **Scotty Williams**<br>44, drug overdose, 2007 | **Richard Wilson**<br>33, suicide, 1999 |




**From left:** After the tragedy, the Benoit home in Fayetteville, Georgia became a crime scene while his front gate turned into a makeshift memorial for fans, who left everything from trading cars to action figures to flowers.

believe Chris may have smashed her head into the floor. Pinning his knee into her back, he then wrapped a TV cable around her neck, drawing it tight until she stopped breathing.

Three weeks prior Nancy had bought her husband a silver cross to wear, a sign of his recent religious devotion. Now Chris Benoit wrapped his wife in a blanket and placed a Bible next to her corpse.

Benoit's son probably had no idea what happened to his mom; his room was on the opposite side of the 7,500-square-foot house. Police believe that sometime in the next few hours Benoit walked into Daniel's room while the seven-year-old was still asleep.

Daniel was the happiest little boy around. He loved Cheerios, school, and wrestling. He was slightly small for his age but full of life. He could bust out a perfect imitation of his grandma Maureen Toffoloni, and his bond with Nancy was so great that relatives joked she would have to buy a prom dress one day.

Daniel's bedroom was a shrine to his daddy. On one shelf there was a foot-high action figure of Chris. To the right of his tiny bed was a chair holding two replica championship belts. On the walls were posters of his dad. One in particular stood out. It showed Benoit executing his finishing move, the Crippler Crossface. With an assassin's precision, Benoit would kneel down next to a rival grappler. He'd lock his hands around his opponent's face and pull back to stretch his neck.

As Daniel slept, Benoit approached his bed. Police believe he gently woke him, then convinced his son to swallow some Xanax, an antianxiety drug he himself was taking. The act was remarkable in its kindness, considering that shortly after drugging Daniel, Chris Benoit strangled him. He then placed another Bible next to his body.

Police were later confused by the bruising pattern on Daniel's face, until one investigator saw footage of Benoit in the ring and realized that it matched the application of the Crippler Crossface. Benoit, it appears, took his son's life as if he were an opponent in just another simulated fight.



MURDER OFTEN DEVOLVES INTO SUICIDE RELATIVELY FAST, WITH the killer either following a plan or quickly realizing that the future has become unbearable. Benoit prolonged the end for over a day, lingering in the same house with the bodies of his wife and son.

On Saturday afternoon—at least 10 hours after he killed Daniel—he left a voice mail for Chavo Guerrero. He said he'd missed his plane and wouldn't be able to meet up before that night's scheduled show in Beaumont, Texas. Guerrero called his friend back, and Benoit reiterated the story about missing the flight. In a tone that Guerrero would remember

as strangely "forced," Benoit said he loved him, then hung up. Baffled, Chavo called back 10 minutes later and asked if anything was wrong. Benoit told him he'd had a stressful day and that Nancy and Daniel had food poisoning and were throwing up. "Everything's fine, though," he told Chavo. "I'll still make tonight's show."

A short time later Benoit wandered outside and encountered a neighbor, Holly McFague. He muttered the same story about his wife and son being sick. McFague would recall the conversation as "extremely odd."

No one else heard from Benoit until 3:53 A.M. Sunday, when he sent out a blast of text messages to Chavo Guerrero. "My physical address is 130 Green Meadow Lane, Fayetteville, Georgia 30215," the first message read. Two minutes later Guerrero got a second text from Benoit: "The dogs are in the enclosed pool area. Garage side door is open."

Guerrero, who awoke to the beep, was confused. Was Benoit asking to be picked up? Didn't he know Guerrero was in Houston? Guerrero figured it was an old message just getting through and went back to sleep. Three more text messages, all from Nancy Benoit's cell phone, were sent to Guerrero in the next three minutes, simply repeating the Benoits' home address. Then silence.

When Guerrero awoke on Sunday morning, he repeatedly tried to call Benoit. Employees at WWE headquarters also attempted to reach him; he was scheduled to perform at a pay-per-view event that night.

It wasn't until Monday at 12:30 P.M. that Guerrero told WWE officials about the text messages. Shortly afterward the WWE asked the Fayette County sheriff's office to check out the family house.

The police had some trouble getting in; two German shepherds barked at the officers. Finally, McFague, who knew the dogs well, led the officers inside to make the gruesome discovery.

They found Chris Benoit in his basement gym. After sending Guerrero the text messages, he'd removed the bar of a lat pull-down machine and placed a cloth around his neck. He then wrapped the steel cord around his throat, adjusted the machine's weight, and hanged himself.




"EVERYTHING'S FINE," HE TOLD CHAVO. "I'LL STILL MAKE TONIGHT'S SHOW."



NANCY AND DANIEL BENOIT WERE LAID TO REST ON SATURDAY, JULY 14, in Daytona Beach, Florida. Seventy-five people attended the memorial service at Our Lady of Lourdes Catholic Church, where Father Phil Egitto told the mourners, "The tragedy that took the lives of Nancy and Daniel must not be allowed to take our souls." ➤➤





**A fatal weekend fueled by steroids?**

**WRESTLING WITH TRAGEDY**
Benoit's wife and son mourned as many questions persist

From left: An image of Benoit's damaged brain tissue. The story was in the headlines for days.

Nancy's sister, Sandra Toffoloni, also spoke. Some of Chris Benoit's friends were in the audience, including Dean Malenko, a former wrestler who had taught Benoit the Crippler Crossface move. Wiping away tears throughout his 10-minute eulogy, Toffoloni remembered her sister and the little boy she adored.

"Daniel kissed sweetly, hugged tightly, and laughed happily," Toffoloni said. "Daniel was her whole world, and they had a beautiful future."

The service lasted 45 minutes. Christopher Michael Benoit's name was not uttered once.

Three days after the discovery of the bodies, Chris Nowinski, a former college football player and pro wrestler who now devotes his life to researching the dangers of concussions, called Michael Benoit, Chris' father. He asked if his organization, the Sports Legacy Institute (SLI), could examine his son's brain. Michael Benoit agreed.

SLI doctors found that Benoit's brain resembled that of an 85-year-old Alzheimer's patient, filled with brown, dead brain cells—killed off as a result of head trauma. Similar injuries have been known to cause changes in behavior, personality, and temperament.

According to Dr. Julian Bailes, the head of neurosurgery at West Virginia University, who works with SLI, no test or scan could have identified Benoit's brain damage while he was alive. But one has only to watch a few of the "tribute clips" on the Internet to see what caused it. Most feature numerous shots of Benoit executing his flying head butt. It's like watching a death by 1,000 cuts.

Toxicology reports later revealed that Benoit had 10 times the normal level of the steroid testosterone in his body—no surprise, given Astin's prescription. He was also on painkillers and, of course, Xanax. According to the WWE, he had passed a steroids test under the Wellness Program two and a half months earlier. Apparently, the program hadn't proved much of a deterrent.

Oddly, even before the toxicology report was released, the WWE issued a statement declaring that "steroids were not and could not be related to the cause of death." Two days later Vince McMahon appeared on the *Today* show, where he stated that the tragedy couldn't have been 'roid rage, because the murders were "an act of deliberation." McMahon called Chris Benoit, a man he had elevated to hero status, "a monster."

In the most glaring attempt by the WWE to seize on an alternative explanation for Benoit's rampage, Jerry McDevitt, the WWE's outside attorney, told the Associated Press two days after the murders that the Benoits had been arguing because Nancy wanted Chris to stay at home more because Daniel had Fragile X syndrome—a genetically passed form of mental retardation and autism. McDevitt said that he learned about the Benoits' struggles from friends and relatives of the Benoits. Major media outlets such as Fox News

ran McDevitt's story, presenting the Fragile X angle as all but fact.

In reality, none of Daniel's medical records indicate any form of serious disability, and family members adamantly refuted the Fragile X theory. McDevitt later admitted that he had heard about the Fragile X story from a caller on a radio talk show who claimed Benoit had spoken to her. No one corroborated her story.

Benoit's fellow wrestlers in the WWE were quick to toe the company line. On *Larry King Live*, WWE champion John Cena and others scoffed at reports that the company's wrestlers still used steroids and other drugs. The industry's most vocal defender was a WWE wrestler named Ken Kennedy, who lashed out at the media on his Web site for falsely portraying current WWE wrestlers as "babbling idiots who are all addicted to steroids, drugs, alcohol, etc."

Only weeks later Kennedy's name appeared on a list of 14 WWE wrestlers who investigators said had recently purchased steroids through Signature Pharmacy, an Orlando-based company that drug enforcement agents had raided in February. One of the other wrestlers on the list was Chavo Guerrero.

The raid established that WWE wrestlers were buying human growth hormone and steroids like nandrolone and stanozolol well after the February 2006 start of the Talent Wellness Program testing policy. Reeling from the revelation, the WWE suspended 10 wrestlers, but the organization's problems may just be beginning.

The families of both Benoit and his wife are expected to sue the WWE, and Rep. Cliff Stearns of Florida has called for Congressional hearings this winter to look into the WWE's steroid policy and why so many wrestlers die young. "I have heard from former professional wrestlers that the abuse of steroids and other drugs is rampant in the industry," says Stearns, "and I believe that congressional scrutiny could lead to action."

Whether or not the lawsuits and hearings will fundamentally change the industry is unknown, but former WWE standouts like Mero believe that one man could quickly end the culture of drugs, steroids, and death.

"Vince McMahon is the most powerful man in this industry," Mero says. "If he wanted to change things, he could make it happen tomorrow, and everyone would fall in line."

For fans of the WWE, it is now almost as if Chris Benoit never existed. Except for historical records, many of his matches and DVDs have been removed from the company's Web site, as has any mention of his life or career. His name hasn't been mentioned once on WWE television since late June. Most retailers who sold Benoit merchandise immediately took it off their shelves. One week after the tragedy, a fan looking for answers held up a sign at a WWE event: WHY? it read.

WWE officials quickly confiscated that, too. ●



**HIS BRAIN RESEMBLED THAT OF AN 85-YEAR-OLD ALZHEIMER'S PATIENT.**



# EXHIBIT 61

## *Benoit incident marred pro wrestling in '07*

The Post and Courier (Charleston, SC)

December 30, 2007 Sunday, Final Edition

Copyright 2007 The Post and Courier (Charleston, SC) All Rights Reserved

**Section:** SPORTS; Pg. C12

**Length:** 789 words

**Byline:** MIKE MOONEYHAM, The Post and Courier

# Body

The pro wrestling industry will not soon forget 2007.

Never before in the history of the business has one story garnered such mainstream attention as the Chris Benoit double murder-suicide in late June. It was a gruesome, grisly tragedy that far transcended professional wrestling, yet its link to the business added another dimension that made the story even more sensational.

The face of pro wrestling would forever change the day the 40-year-old Benoit, wife Nancy and 7-year-old son Daniel were found dead in their suburban Atlanta home. The wrestler, who had been universally respected for years as one of the most accomplished performers in the business, took his own life by hanging himself after strangling his wife and suffocating his son. Bibles were placed near the bodies. The horrific incident drew a staggering level of public interest in the days and weeks that followed.

The story opened the floodgates for serious discussion and action concerning a number of hot-button topics including steroids, painkillers, concussions and congressional hearings. Benoit's extensive use of steroids and prescription medication exposed loopholes in WWE's drug-testing policy and drew media scrutiny.

The ramifications of the Benoit rampage are still being felt, and most likely will for years to come.

A nasty legal battle is expected in the wake of WWE's recent rejection of a deal offered by Benoit's estate. WWE has adamantly insisted that it had absolutely nothing to do with the Benoit tragedy, and balked at paying $2 million to Benoit's two surviving children from a previous marriage. The Benoit estate would have renounced any future claims against WWE in exchange for the settlement.

Medical experts in September detailed the many concussions Benoit suffered over the years while performing. The tests showed that Benoit's brain was so severely damaged it resembled the brain of an 85-year-old Alzheimer's patient. The research team claimed the damage was the result of a lifetime of chronic concussions and head trauma suffered while Benoit was in the wrestling ring.

Michael Benoit, overseeing his son's estate, alleges the WWE knew of the head injuries, but failed to provide treatment to any of their performers or much-needed rest. He believes years of head trauma his son suffered while in the ring contributed to the killings.

"Had the WWE taken the slightest interest in its wrestlers - before it became the object of the interest of district attorneys and Congress - there is little doubt that Chris Benoit and his family would still be with us today," Cary Ichter, Michael Benoit's Atlanta-based attorney, recently told the Atlanta Journal-Constitution.

Despite the overwhelmingly negative publicity, WWE has weathered the storm, finishing the year strong with plans for

major worldwide expansion in '08.

Benoit incident marred pro wrestling in '07

Among the many wrestling personalities we said goodbye to in 2007: Harry "Cowboy" Lang (Jan. 4, age 56); Cocoa Samoa (Ulualoaiga Onosai Tuaolo Emelio) (Jan. 9, age 62); Scott "Bam Bam" Bigelow (Jan. 19, age 45); Bob Luce (Feb. 8, age 70); Jim Melby (Feb. 11, age 57); Mike Awesome (Mike Alfonso) (Feb. 17, age 42); Ray "Thunder" Stern (Walter Bookbinder) (March 6, age 76); Bad News Brown/Allen (Allen Coage) (March 6, age 63); Ernie "Big Cat" Ladd (March 11, age 68); Arnold "Golden Boy" Skaaland (March 13, age 82); Abe Coleman (March 22, age 101); Harold "Sonny" Meyers (May 7, age 83); Ferrin "Sandy" Barr (June 2, age 69); Sensational Sherri Martel (Sherri Russell) (June 15, age 49); Princess Tona Tamah (Tona Ford) (June 15, age 72); Nancy "Woman" Benoit) (June 22, age 43); Chris Benoit (June 24, age 40); Biff Wellington (Shayne Bower) (June 24, age 42); Moondog Nathan (Nathan Brian Randolph) (July 4, age 37); John "Eliminator" Kronus (George B. Caiazzo) (July 18, age 38); Ronnie P. Gossett (July 23, age 63); Tor Kamata (McRonald Kamaka) (July 23, age 70); Karl Gotch (Karl Charles Istaz) (July 28, age 82); Frank Butcher (Francisco Garcia) (Aug. 2, age 84); Bronko Lubich (Sandor Lupsity) (Aug. 11, age 81); Brian "Crush" Adams (Aug. 13, age 43); Dewey "Missing Link" Robertson (Aug. 16, age 68); Frank Fozo (Aug. 23, age 79); Karloff Lagarde (Carlos de Lucio Lagarde) (Sept. 1, age 79); Billy Darnell (Sept. 7, age 81); Enrique Torres (Sept. 10, age 85); Zack Murray (Sept. 23, age 61); Sean "Shocker" Evans (Oct. 2, age 36); Rey "The Great Kabooki" Urbano (Oct. 16); Lillian "The Fabulous Moolah" Ellison (Nov. 2, age 84); El Gran Markus (Juan Chavarria Galicia) (Nov. 15, age 68); Dave "Angel of Death" Sheldon (Nov. 24, age 54).

Reach Mike Mooneyham at (843) 937-5517 or *mooneyham@postandcourier.com* For wrestling updates during the week, call The Post and Courier Info Line at (843) 937-6000, ext. 3090.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:** WRESTLING (90%); SUICIDE (90%); CONCUSSIONS (89%); HEAD INJURIES (89%); BRAIN INJURIES (89%); SPORTS INJURIES (78%); ILLICIT STEROID USE (78%); MURDER (77%); LAWYERS (77%); PROFESSIONAL WORKERS (77%); MARRIAGE (76%); DRUG TESTING (72%); WOUNDS & INJURIES (66%); ALZHEIMER'S DISEASE (62%)

**Company:** ATLANTA JOURNAL-CONSTITUTION (60%)

**Industry:** STEROIDS (90%); LAWYERS (77%); PRESCRIPTION DRUGS (66%)

**Geographic:** ATLANTA, GA, USA (72%)

**Load-Date:** December 31, 2007

**EXHIBIT 62**

Go to Factiva.com



**Repeated concussions led to wrestler Chris Benoit's suicide: CBC documentary**

BY JERED STUFFCO
CP
563 words
5 February 2008
10:59 pm GMT
The Canadian Press
English
(c) 2008 The Canadian Press. All rights reserved.

TORONTO _ Canadian **wrestling** star **Chris Benoit**'s brain was so badly damaged when he killed himself and his family that he shouldn't be held responsible for his actions, a new CBC documentary suggests.

Medical research indicates that Benoit's brain resembled that of an 85-year-old man with dementia at the time of his death, and that repeated concussions led to last summer's shocking murder-suicide.

``Steroid use couldn't have caused the damage he had to his brain,'' said Chris Nowinski, a former professional wrestler and author who prompted the analysis on Benoit's brain.

``The Fifth Estate'' documentary, which airs Wednesday at 9 p.m., probes the circumstances surrounding the premature death of Benoit and dozens of other professional wrestlers.

``At this point, the odds are that his brain damage was the strongest factor in the event,'' Nowinski said, adding that more work is being done on the results.

The research was conducted by Julian Bailes, the head of neurosurgery at West Virginia University.



After Benoit and his family were found dead in their Atlanta home in June, some commentators speculated Benoit may have killed his family during an episode of steroid-induced rage.

When Nowinski heard about the wrestler's death, he called police and told them to examine Benoit's brain to see if concussions played a role in any episodes of rage or depression.

Nowinski has worked with researchers on former NFL players like Andre Waters and Terry Long, who both committed suicide.

``What were seeing is a pattern is a unique brain disorder caused from years of trauma,'' he said.

Out of six research subjects, three have committed suicide, he added.

Nowinski retired from the **World Wrestling Entertainment** in 2003 and suffers from debilitating headaches during half of his waking hours.

**WWE** chairman Vince McMahon has dismissed preliminary findings that have linked Benoit's suicide to concussions, saying he couldn't have functioned as a high-profile professional.

But Nowkinski said the research speaks for itself.

``His memory was good enough to function, but the other issues were certainly there in terms of his paranoia (and) depression ... he talked about memory problems in his own journal.''

Broadcaster Bob McKeown, who wrote the CBC documentary, said the research is undergoing a peer review and will be published soon in the American Journal of Neurology.

McKeown said his own research found that wrestling is the most dangerous profession in the world per capita, with 21 deaths of professional wrestlers under 50 alone last year.

At five-foot-11 and 220 pounds, Benoit was known as a fierce competitor with superior technical skills.

Factiva

When police discovered the bodies of the 40-year-old wrestler and his family, a Bible was reportedly found beside his wife Nancy and his young son Daniel.

Police also said Nancy Benoit's feet and wrists were bound and there was blood under her head.

Benoit, who was born in Montreal and grew up in Edmonton, became **WWE**'s world champion in 2004 when he defeated Shawn Michaels and Triple H in a triple-threat match at Madison Square Garden in New York City.

He began his career in 1985 training with the Hart family in Calgary and competed professionally for the western Canadian-based Stampede Wrestling.

20080205CPCPG8565

Document CPR0000020080206e4250008t

© 2008 Factiva, Inc. All rights reserved.



# EXHIBIT 63



# Benoit suffered brain damage

## Repeated concussions from a career in professional wrestling severely damaged Chris Benoit's brain according to a report that will air on CBC television's The Fifth Estate tonight.

**BY THE WINDSOR STAR**    FEBRUARY 6, 2008

Repeated concussions from a career in professional wrestling severely damaged Chris Benoit's brain according to a report that will air on CBC television's The Fifth Estate tonight.

Benoit, his wife and his seven-year-old son were found dead in the family's home in Atlanta on June 25, 2007 in what police believe was a murder-suicide.

The CBC report claims Benoit's brain was in similar condition to one of an 85-year-old man with dementia.

Doctors interviewed in the program claim Benoit could not have been held accountable for his actions due to the severity of the brain damage.

Benoit's steroid use has also been cited as a possible cause of the murder-suicide.

Benoit, known in the ring as the Canadian Crippler, was born in Montreal but grew up in Edmonton.

He got his start in professional wrestling with Alberta's Stampede Wrestling. He won the WWE championship for the first time in 2004.

© (c) CanWest MediaWorks Publications Inc.

# EXHIBIT 64

# *Wrestler had severe brain damage: documentary*

The Globe and Mail (Canada)

February 6, 2008 Wednesday

Copyright 2008 The Globe and Mail, a division of CTVglobemedia Publishing Inc. All Rights Reserved

**Section:** NATIONAL NEWS; MURDER-SUICIDE; Pg. A5

**Length:** 365 words

**Byline:** JERED STUFFCO, The Canadian Press

**Dateline:** TORONTO

## Body

Canadian wrestling star Chris Benoit's brain was so badly damaged when he killed himself and his family that he shouldn't be held responsible for his actions, a new CBC documentary suggests.

Medical research indicates that Mr. Benoit's brain resembled that of an 85-year-old man with dementia at the time of his death, and that repeated concussions led to last summer's shocking murder-suicide.

"Steroid use couldn't have caused the damage he had to his brain," said Chris Nowinski, a former professional wrestler and author who prompted the analysis on Mr. Benoit's brain.

*The fifth estate* documentary, which airs tonight at 9, probes the circumstances surrounding the death of Mr. Benoit and of dozens of other professional wrestlers.

"At this point, the odds are that his brain damage was the strongest factor in the event," Mr. Nowinski said, adding that more work is being done on the results.

The research was conducted by Julian Bailes, the head of neurosurgery at West Virginia University.

After Mr. Benoit and his family were found dead in their Atlanta home in June, some commentators speculated that Mr. Benoit might have killed his family during an episode of steroid-induced rage.

When Mr. Nowinski heard about the wrestler's death, he called police and told them to examine Mr. Benoit's brain to see whether concussions played a role in any episodes of rage or depression.

Mr. Nowinski has worked with researchers on the cases of former NFL players such as Andre Waters and Terry Long, who both committed suicide.

"What were seeing as a pattern is a unique brain disorder caused from years of trauma," he said.

Out of six research subjects, three have committed suicide, he added.

Mr. Nowinski retired from the World Wrestling Entertainment in 2003 and has debilitating headaches during half of his waking hours.

WWE chairman Vince McMahon has dismissed preliminary findings that have linked Mr. Benoit's suicide to concussions, saying he couldn't have functioned as a high-profile professional.

Broadcaster Bob McKeown, who wrote the CBC documentary, said the research is undergoing a peer review and will be published soon in the American Journal of Neurology.

Wrestler had severe brain damage: documentary

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:** CONCUSSIONS (90%); WRESTLING (90%); NEUROSCIENCE (89%); NEUROLOGICAL DISORDERS & INJURIES (89%); SUICIDE (89%); BRAIN (89%); BRAIN INJURIES (89%); MURDER (78%); ILLICIT STEROID USE (78%); DEPRESSION (76%); WRITERS (75%); MEDICAL RESEARCH (73%); SURGERY & TRANSPLANTATION (72%); DEMENTIA (71%); murder; suicide; wrestling; brain damage; neurology

**Industry:** STEROIDS (76%); WRITERS (75%)

**Person:** Chris Benoit

**Geographic:** WEST VIRGINIA, USA (70%)

**Load-Date:** February 6, 2008

# EXHIBIT 65

# CONCORD  MONITOR

Published on *Concord Monitor* (http://www.concordmonitor.com)

Home > Head games a serious deal

# Head games a serious deal

By *Jeff Novotny*
Created *03/30/2008 - 00:00*
Concussions no longer taken lightly
**Embed multimedia (photos, galleries, audio, map):**
Head games a serious deal [1]

BEDFORD - The information on the screen in the Bedford High School auditorium was as jarring to Alex Starr as the hits he had taken on the football field months earlier.

Starr, a sophomore at Bedford High, was in the audience earlier this week listening to a presentation about sports head injuries. The featured speaker was Chris Nowinski, a former Harvard University football player and World Wrestling Entertainment performer who has suffered at least six concussions. He eventually retired from wrestling because of the lasting effects of his head injuries.

Nowinksi is the author of the book Head Games: Football's Concussion Crisis. He's also the president of the Sports Legacy Institute, which studies the effects of concussions and other sports-related brain injuries.

And on this night in Bedford, Nowinski wanted to impart a lesson to the athletes in the audience: Concussions can be a serious issue, and if they aren't properly treated with rest, they can lead to long-term problems such as headaches, memory loss and depression. In severe cases, he said, citing studies done by doctors, multiple

concussions have been linked to death.

But, he reminded the crowd repeatedly, with enough rest and medical guidance, athletes can get back on the playing fields after a head injury without fearing further risk to their health. Athletes, however, have to know the symptoms and be honest enough to report them to coaches, trainers or parents.

"Take ownership of your health," Nowinski said.

The message was an eye-opener for Starr. This past fall, he suffered three concussions while playing running back for Bedford's varsity team. As someone who has had multiple concussions, he was familiar with the term "second-impact syndrome." Yet he didn't know the extent of its dangers.

"Before this," he said, "I never knew that anybody could be killed from second-impact syndrome."

## Devastating consequences

After Nowinski was diagnosed with post-concussion syndrome and was forced to retire from WWE at age 24 in 2003, he began researching head injuries. He found research linking multiple concussions with serious long-term neurological disorders such as Alzheimer's disease, memory impairment and depression.

In 2006, his book Head Games was published. In 2007, he helped found the Sports Legacy Institute along with Dr. Robert Cantu, the chief of neurosurgery service and director of sports medicine at Emerson Hospital in Concord, Mass.

Early last year, Nowinski heard about the suicide of former Philadelphia Eagles and Arizona Cardinals safety Andre Waters. Suspecting that Waters's history of concussions may have been linked to depression, Nowinski asked Waters's family for a sample of his brain tissue.

Bennet Omalu, a Pittsburgh neuropathologist, analyzed the tissue and found that it resembled that of an 85-year-old man and showed early indications of Alzheimer's. Omalu has also analyzed the brain tissue of three deceased former Pittsburgh Steelers offensive linemen who all suffered from head injuries - Mike Webster, Terry Long and Justin Strzelczyk. Webster died of a heart attack amid significant psychological problems in 2002, Strzelczyk died following a high-speed chase with the police after suffering from an apparent mental breakdown in 2004, and Long committed suicide in 2005.

Omalu found that all four of those ex-NFL players had a condition called chronic traumatic encephalopathy (CTE). He says each of their deaths followed a similar pattern: concussions, which led to brain damage, which led to depression.

The Sports Legacy Institute also played a role in the examination of WWE wrestler Chris Benoit, who killed his wife and child before committing suicide last June. His brain also showed extensive signs of CTE.

During his presentation in Bedford this week, Nowinski talked about those deaths and the medical findings linking them to head injuries. And he also provided information that hit closer to home - to the high school athletes, parents and coaches in the audience. According to a 2007 New York Times article, since 1997, at least 50 high school-aged or younger football players have been killed or have suffered serious head injuries on the field.

Dr. John Pettinato of Concord Hospital Neurology Associates said those statistics shouldn't frighten athletes and their parents, but they should make them take notice of the dangers of concussions.

"You have to take those kind of statistics with a little bit of caution because you don't know exactly what caused the death," he said. "However, I still think there's probably a lot more head injuries in high school (kids) and younger (kids) that we are probably not paying attention to.

"I don't think it's alarmist," Pettinato continued, "but we should pay attention. We should pay attention when kids get knocked around. When they lose consciousness it's straight-forward, but when they get dazed, we're a little more lax. I don't think we should be

alarmed about it, but we should be vigilant."

## Changing times

When Starr suffered his first concussion last year in the season opener, he ended up in the hospital that night and eventually sat out four weeks before he was cleared for contact. He was hurt again in his first practice back and missed an additional few weeks. He finally got back into a game in the season finale, and promptly suffered another concussion.

Throughout the season, his condition was carefully monitored by the Bedford medical staff, according to Bedford Athletic Administrator Thor Nilsen.

"Trying to keep him contained was sometimes difficult," Nilsen said. "He was one of those kids, he didn't want to displease the coach, didn't want to lose his position. He wanted to (play). But the medical staff was totally on board with all of this."

Starr acknowledged that he felt peer pressure to get back because the team was struggling.

"Some of my friends' parents (said), 'Alex you gotta get back. Come on, we need you,' " he said.

Yet Starr sat until he was cleared by the trainers.

Indeed, the culture surrounding head injuries appears to be changing.

"It's too early for any great statistics on how things have changed," Nowinski said. "I know more athletes are coming forward and ... the media isn't letting anyone get away with anything anymore. In the old days a coach would say, 'don't worry, he'll be back on the field tomorrow.' "

Concord High Coach Bob Camirand, who has been on the Tide sideline for 22 seasons, the last 14 as head coach, acknowledges how much the culture of injuries has changed through the years.

"Any time a kid came out of a game 35, 40 years ago, it was a sign of weakness," he said. "Fortunately we've become more in tune with the athletes. At Concord we don't put a kid back on the field back until he's been cleared by a trainer."

Bow High trainer Cliff Chaluda, however, says that trainers are still learning when it's safe to put a player back in after a concussion.

"There's still misinformation, sometimes even as high as a doctor, about when it's okay to go back in," said Chaluda, who has been at Bow for nine years. "My standard is if they show symptoms, we're not going to return them to play that day. If they show any dizziness, any difficulty remembering, any headache, we pull them from the remainder of the game."

Afterward, the trainer will follow up with the parents to check on the athlete's condition, and then, depending on the severity of the symptoms, they would require a physician's

note to return to regular participation.

Camirand said a Concord player who suffers a concussion misses at least one game, then needs medical clearance to return.

But trainers can only help so much. According to the National Athletic Trainers Association, only 42 percent of high schools in the United States have access to a certified athletic trainer. And, as Nowinski says, head injuries can be an invisible injury known only to the affected athlete.

"That's why you have to work so much with coaches and athletes to take ownership," Nowinksi said. "You are the one who has to deal with it. It's your brain, it's your pain."

Nowinski, who suffered his first two concussions while playing for Harvard in the late 1990s, said players need to speak up, to not be afraid of losing playing time, of disappointing coaches.

"Ten years ago, if you don't suck it up, you don't deserve to be on the field," he said. "Players bought into that, as well. We wouldn't tell anybody when our heads hurt. If you were an offensive linemen, other offensive linemen would point at who to block, instead of telling (you) to get off the field."

Starr, who will play lacrosse this spring and plans to play football in the fall, said he won't fall into that macho trap.

He said he wouldn't hesitate to confront a teammate if he suspects there's been a head injury.

"Definitely," he said. "Because they could die with that second impact if they want to keep playing, if they want to be the hero. Obviously I don't want my friends, my teammates to get hurt."

***(Jeff Novotny can be reached at jnovotny@cmonitor.com [2].)***

Sport    Concord Monitor    High school sports    New Hampshire    Publishable
Resellable    Sports Section    News Articles    Jeff Novotny    Monitor staff

**Source URL:** http://www.concordmonitor.com/article/head-games-serious-deal

**Links:**
[1] http://www.concordmonitor.com/photo/head-games-serious-deal
[2] mailto:jnovotny@cmonitor.com

# EXHIBIT 66



# Drugs not the whole story in Benoit tragedy: Hart

**The personal doctor for Chris Benoit, the Alberta wrestler who killed his wife and child before taking his own life last year, is facing a total of 175 charges linked to the distribution of prescription drugs to more than 17 patients.**

By Calgary Herald May 30, 2008

- Story
- Photos ( 2 )

Drugs not the whole story in Benoit tragedy: Hart

CALGARY - The personal doctor for Chris Benoit, the Alberta wrestler who killed his wife and child before taking his own life last year, is facing a total of 175 charges linked to the distribution of prescription drugs to more than 17 patients.

Dr. Phil Astin, 52, was already facing seven charges for "the illegal distribution of prescription drugs, including Percocet, Adderall, Lorcet and Xanax, to two patients," a statement from David Nahmias, U.S. Attorney for the northern district of Georgia, said.

After further investigation and a review of hundreds of patient files, "we now see a much broader picture of the disturbing and dangerous distribution of prescription drugs," Nahmias said.

Police say the Montreal-born Benoit killed his wife on June 22, 2007, then killed their son, Daniel, the next day before taking his own life at their Atlanta-area home.

Federal authorities had previously stated that Astin prescribed, on average, a 10-month supply of anabolic steroids to Benoit every three to four weeks between May 2006 and May 2007.

There was speculation that drugs drove the wrestler, raised in Edmonton and trained by Calgary's famed Hart family, to his brutal actions.

Benoit's former employer, World Wrestling Entertainment, has insisted Chris Benoit had been tested for drugs months before he went on his murderous rampage. It maintained there was no definitive link between steroids and the incident.

"In defence of the WWE, I don't know how you can stop guys from taking (drugs) that their doctors prescribe to them," said Bret Hart.

"I feel sympathy for this doctor, because in his mind, he probably thought he was helping."

But Hart predicts the charges laid against Astin could lead to more lawsuits.

"Doctors could be found liable for lawsuits related to the deaths of many wrestlers," he says. "So many wrestlers have died, and they've always had an insurmountable amount of pills and stuff. It's an epidemic in wrestling."

Chris's father, Michael Benoit, maintains his son had severe brain damage after suffering repeated concussions in wrestling rings, and it was the dementia brought on by these injuries that led to his crimes.

Tests done on Benoit's brain by the Sports Legacy Institute - a research group founded in the U.S. to study repetitive brain injuries suffered by athletes - determined last year that damage to the wrestler's brain was significant.

"Benoit was a really hard, physical wrestler, and dropping that head off the top turnbuckle every night for some 20 years, there's a lot of potential concussions in that alone," said Hart.

Michael Benoit believes the Canadian Crippler, as his son was often dubbed in the ring, was heavily medicating himself to combat "the pain and paranoia" he suffered from his brain injuries. He adds that countless wrestlers have fallen into the same death trap, abusing drugs to cope with injuries suffered in the ring.

Hart says he can understand how repeated injuries of that nature might alter one's sense of reality.

"Chris was a really good guy and anybody who (knew him) knows that something had to have gone really wrong that day. I think what happened was more tied in to the concussion, and brain damage from that."

© (c) CanWest MediaWorks Publications Inc.

- E-mail this Article
- Print this Article
- Share this Article

**Story Tools**

- E-mail this Article
- Print this Article
- Share this Article

Font:

- *
- *
- *
- *
- *

Image:

- *
- *
- *
- *

Previous
Next

Canadian pro wrestler Chris Benoit was found dead in his Atlanta home by police in June 2007.

Canadian pro wrestler Chris Benoit was found dead in his Atlanta home by police in June 2007.

Bret 'the Hitman' Hart: 'So many wrestlers have died.'

- E-mail this Gallery
- Print this Gallery
- Share this Gallery

**Photo Galleries »**

**Leonard Cohen**



**Photos: Leonard Cohen honoured...**

Leonard Cohen is honoured at the Glenn Gould Prize...

- more »

# EXHIBIT 67

- The Free Press in Print
- Staff Applications
- About
- Contact
- Board

# The Daily Free Press

Friday, February 5, 2016

Search   Search

- News »
- Sports »
- Features »
- Opinion »
-
- Events Calendar »
- Blogs »
- Multimedia

News

# Athletes donate brains to research

October 1, 2008 12:00 am ·

More than a dozen professional athletes have agreed to donate their brains post-mortem to the new Boston University Center for the Study of Traumatic Encephalopathy, athletes and researchers said.'

The center researchers will use the brains to study the long-term effects of concussions, which often result in brain disease, study Co-Director Robert Stern said.

'Our hope is to be able to understand more about the development of neurodegenerative diseases in general,' Stern, a BU neurology associate professor, said. 'We hope this research will help lead to treatments and educate the public about the risk of repetitive concussions.'

Some of the athletes will take part in yearly check-ups so the development of their brains can be tracked, Stern said. The National Institutes of Health and various BU departments and programs are funding the center through a $100,000 grant.'

'Football is great, but playing with repetitive concussions or significant individual concussions can lead to serious brain injuries,' Stern said.

Study Co-Director Ann McKee said she hopes the center will be able to determine why repeated athletic brain trauma leads to deterioration later in life. Chronic traumatic encephalopathy, a brain disease which starts producing symptoms of anger and later resembles dementia, will be the primary ailment studied.

'CTE is a clear instance where a traumatic injury occurring in one's teens and 20s results in debilitating injuries in one's 40s, 50s and 60s,' McKee, a BU neurology and pathology associate professor, said. 'We hope to be able to intercept CTE and prevent it all together.'

McKee said she plans to analyze at least one brain a month, and she would like to look at more than 50 brains in total.

'Once we get to 50 brains, we will have a much better idea of what CTE is all about,' McKee said.

The center has already analyzed the brain of former Houston Oilers linebacker John Grimsley and found signs of CTE, McKee said. In the six post-concussive brain cases studied so far, researchers have found CTE in five.

The center may also focus on military-related injuries in the future, McKee said.

'We hope to continue to expand our work, because we believe that CTE is a potentially completely preventable disease,' she said.

The center is partnering with the Sports Legacy Institute, a nonprofit organization devoted to studying brain injuries and disseminating information based on the institute's research, SLI Co-Founder Chris Nowinski said.

Nowinski, a professional wrestler and college football player, said he is eager to learn more about the effects of brain concussions because he suffers from post-concussion syndrome, which can typically include depression, concentration and memory problems, anxiety and headaches.

'I care because I live with it,' Nowinski said. 'The work done at the center should massively ramp up our ability to save lives.'

Nowinski said he is one of three former professional wrestlers to pledge his brain to BU after his death. Other athletes who have agreed to donate their brains include former New England Patriots linebacker Ted Johnson, former Tennessee Titans tight end Frank Wycheck, former U.S. Women's National Soccer Team player Cindy Parlow, Olympic gold-medalist swimmer Jenny Thompson and boxer Maurice 'Termite' Watkins.

SLI Co-Founder Robert Cantu said he is concerned about the risk factors in the development of CTE.

'We don't know why certain people get CTE, and others don't,' Cantu said.

The center will be studying another brain in the near future because one donor passed away over the weekend, Cantu said. The name of the athlete has not been released.

Cantu said he would like to see the center's work lead to the professional sports leagues' adoption of stricter guidelines for when an athlete can resume playing after a concussion by professional sports leagues, especially in the NFL.

# EXHIBIT 68



CNN | Health » | Diet + Fitness | Living Well | Parenting + Family | | Live TV | U.S. Edition + | menu ≡

HEALTH MAIN | LIVING WELL | DIET & FITNESS | MENTAL HEALTH | CONDITIONS | HEALTH A-Z

updated 4:06 p.m. EST, Tue January 27, 2009

MIXX  SHARE  EMAIL  SAVE  PRINT

# Dead athletes' brains show damage from concussions

**STORY HIGHLIGHTS**
- **NEW:** Researchers find start of brain damage in 18-year old athlete who died
- **NEW:** Same type of brain damage found in sixth dead NFL player
- Damage from repeated concussions is called chronic traumatic encephalopathy
- Symptoms can include depression, sleep disorders, headaches

Next Article in Health »

| READ | VIDEO |

By Stephanie Smith
CNN Medical Producer

TEXT SIZE

**(CNN)** -- For years after his NFL career ended, Ted Johnson could barely muster the energy to leave his house.



CENTER FOR THE STUDY OF TRAUMATIC ENCEPHALOPATHY
In healthy brain tissue, virtually no protein tangles, which show up as brown spots, are visible.

"I'd [leave to] go see my kids for maybe 15 minutes," said Johnson. "Then I would go back home and close the curtains, turn the lights off and I'd stay in bed. That was my routine for two years."

"Those were bad days."

These days, the former linebacker is less likely to recount the hundreds of tackles, scores of quarterback sacks or the three Super Bowl rings he earned as a linebacker for the New England Patriots. He is more likely to talk about suffering more than 100 concussions.

"I can definitely point to 2002 when I got back-to-back concussions. That's where the problems started," said Johnson, who retired after those two concussions. "The depression, the sleep disorders and the mental fatigue."

Until recently, the best medical definition for concussion was a jarring blow to the head that temporarily stunned the senses, occasionally leading to unconsciousness. It has been considered an invisible injury, impossible to test -- no MRI, no CT scan can detect it.  ▶ Watch more on what goes on in athlete's brains »

But today, using tissue from retired NFL athletes culled posthumously, the Center for the Study of Traumatic Encephalopathy (CSTE), at the Boston University School of Medicine, is shedding light on what concussions look like in the brain. The findings are stunning. Far from innocuous, invisible injuries, concussions confer tremendous brain damage. That damage has a name: chronic traumatic encephalopathy (CTE).



**CNN American Morning**
Watch more on concussions and the brain Wednesday
6 a.m. - 9 a.m.

CNN American Morning »

On Tuesday afternoon, researchers at the CSTE released a study about the sixth documented case of CTE in former NFL player Tom McHale, who died in 2008 at the age of 45, and the youngest case to date, an 18-year-old multi-sport athlete who suffered multiple concussions.

While CTE in an ex-NFL player's brain may have been expected, the beginnings of brain damage in an 18-year-old brain was a "shocking" finding, according to Dr. Ann McKee, a neuropathologist at the Veterans Administration Hospital in Bedford, Massachusetts, and co-director of the CSTE.

"We think this is how chronic traumatic encephalopathy starts," said McKee. "This is speculation, but I think we can assume that this would have continued to expand."

CTE has thus far been found in the brains of six out of six former NFL players.

"What's been surprising is that it's so extensive," said McKee. "It's throughout the brain, not just on the superficial aspects of the brain, but it's deep inside."

CSTE studies reveal brown tangles flecked throughout the brain tissue of former NFL players who died young -- some as early as their 30s or 40s.

McKee, who also studies **Alzheimer's disease**, says the tangles closely resemble what might be found in the brain of an 80-year-old with dementia.

"I knew what traumatic brain disease looked like in the very end stages, in the most severe cases," said McKee. "To see the kind of changes we're seeing in 45-year-olds is basically unheard of."

The damage affects the parts of the brain that control emotion, rage, hypersexuality, even breathing, and recent studies find that CTE is a progressive disease that eventually kills brain cells.

Chris Nowinski knows well the impact of concussions. He was a football star at Harvard before **wrestling professionally** with World Wrestling Entertainment.

### Don't Miss

In one moment, his dreams of a long career wrestling were dashed by a

**More From Mental Health »**

With autism, no longer invisible

Manage your brain -- it's your most important asset

Make your 'rainy brain' sunnier

More in: Living Well | Diet + Fitness | Mental Health | Conditions

## We Recommend

Stories you may be interested in based on past browsing

When it's more than 'winter blues'

Why you keep playing the lottery

Research: Toxic chemicals in your living room

Gymnastics helps performer rise above addiction

Tobacco companies ordered to publicly admit deception

- **High school football coach charged in player's death**
- Time.com: **Study: Kids competing too soon after concussions**
- SportsIllustrated.com: **Football's big headache**

kick to his chin. That kick, which caused Nowinski to black out and effectively ended his career, capped a career riddled with concussions.

"My world changed," said Nowinski. "I had depression. I had memory problems. My head hurt for five years."

Nowinski began searching for studies, and what he found startled him.

"I realized when I was visiting a lot of doctors, they weren't giving me very good answers about what was wrong with my head," said Nowinski. "I read [every study I could find] and I realized there was a ton of evidence showing concussions lead to depression, and multiple concussion can lead to Alzheimer's."

Nowinski decided further study was needed, so he founded the Sports Legacy Institute along with Dr. Robert Cantu, a neurosurgeon and the co-director of the CSTE. The project solicits for study the brains of ex-athletes who suffered multiple concussions.

Once a family agrees to donate the brain, it is delivered to scientists at the CSTE to look for signs of damage.

So far, the evidence of CTE is compelling.

The Center for the Study of Traumatic Encephalopathy, along with other research institutions, has now identified traumatic encephalopathy in the brains of late NFL football players John Grimsley, Mike Webster, Andre Waters, Justin Strzelczyk and Terry Long, in addition to McHale.

Grimsley died of an accidental gunshot wound to the chest. Webster, Long and Strzelczyk all died after long bouts of **depression**, while Waters committed suicide in 2006 at age 44. McHale was found dead last year of an apparent drug overdose.

"Guys were dying," said Nowinski. "The fact of the matter was guys were dying because they played sports 10 or 20 years before."

So far, around 100 athletes have consented to have their brains studied after they die.

Ted Johnson was one of the first to sign up. He said he believes that concussions he suffered while playing football explain the anger, depression and throbbing headaches that occasionally still plague him.

Johnson said he played through concussions because he, like many other NFL athletes, did not understand the consequences. He has publicly criticized the NFL for not protecting players like him.

"They don't want you to know," said Johnson. "It's not like when you get into the NFL there's a handout that says 'These are the effects of multiple concussions so beware.' "

## Health Library

- **MayoClinic.com: Concussion**
- **MayoClinic.com: Post-concussion syndrome**

In a statement, the NFL indicated that their staffs take a cautious, conservative approach to managing concussions.

While they support research into the impact of concussions, they maintain that, "Hundreds of thousands of people have played football and other sports without experiencing any problem of this type and there continues to be considerable debate within the medical community on the precise long-term effects of concussions and how they relate to other risk factors."

The NFL is planning its own independent medical study of retired NFL players on the long-term effects of concussion.

ADVERTISEMENT

"Really my main reason even for talking about this is to help the guys who are already retired," said Johnson. "[They] are getting divorced, going bankrupt, can't work, are depressed, and don't know what's wrong with them. [It is] to give them a name for it so they can go get help."

"The idea that you can whack your head hundreds of times in your life and knock yourself out and get up and be fine is gone," said Nowinski. "We know we can't do that anymore. This causes long-term damage."

E-mail to a friend ➡ | 📷 Mixx it | Share

**All About** <u>NFL Football</u>  •  <u>Professional Wrestling</u>  •  <u>Depression</u>  •  <u>Sleep Disorders</u>  •  <u>Alzheimer's Disease</u>

EMAIL    SAVE    PRINT

▶ **From the Blogs:** Controversy, commentary, and debate

## Top News


**Senators 'troubled' after Rice meeting**


**Bergen: Senseless Benghazi obsession**

# EXHIBIT 69

## *Brain damage from a game*; Former star Primeau knows concussion risks and passes on lessons

USA TODAY

May 28, 2009 Thursday, FINAL EDITION

Copyright 2009 Gannett Company, Inc. All Rights Reserved

**Section:** LIFE; Pg. 4D

**Length:** 856 words

**Byline:** Janice Lloyd

## Body

One of the upsides of leaving professional ice hockey would be to live a normal life, Keith Primeau said when he retired three years ago as captain of the Philadelphia Flyers.

He had lingering brain damage after multiple concussions while playing center for 15 years and could not pass the team physical.

Now Primeau, 37, is coaching kids and studying for a college degree but says his life is still not normal. He recently decided to donate his brain upon his death to a landmark study and has made it a priority to warn parents and their children about the dangers of concussions.

He says he will always know "I've done damage" to his brain.

For starters?

"When I exert energy, I get lightheaded," he says. "I coach youth teams. I can go out on the ice for three or four hours with them and be fine, but if I ever try to participate and elevate my heart rate, I get lightheaded and it feels like my head is disconnected from my body. I just can't (work out)."

And when he gets sick?

"I can't get my head off the pillow for a couple of days," he says. "Any illness goes straight to my head. I get a headache, and it feels like it's a hundred-pound cinder block. I go into a natural fog. I wouldn't be able to focus.''

A pledge to science

Primeau is one of nearly 120 athletes who the Sports Legacy Institute has signed up to pledge their brains after they die to the Center for Study of Traumatic Encephalopathy at Boston University. The latest: Don Hasselbeck, a tight end who last played for the New York Giants.

Since the center was created in 2008, research conducted on the six brains of deceased NFL players at the Boston University School of Medicine found that all had chronic traumatic encephalopathy (CTE), a degenerative brain disease similar to Alzheimer's. It is found in people who have had multiple concussions. Studies show it also afflicts wrestlers and boxers.

The array of CTE symptoms includes loss of memory, confusion, emotional problems and early-onset dementia. The troubles can begin months, years or decades after the last injury. The only way to diagnose CTE, says Robert Cantu, co-founder of SLI with Chris Nowinski, is after death when the brain is dissected.

Most of the SLI studies have been done on retired athletes, but January research reported early evidence of CTE in the youngest person to date, an 18-year-old who suffered repeated concussions in high school football.

Brain damage from a game; Former star Primeau knows concussion risks and passes on lessons

Concussions can be very hard to detect since not everyone passes out. Nausea, blurry vision and confusion are other symptoms. Within the past several years, increased awareness about concussions and "post-concussion syndrome" has led most professional and college teams to start using computer-based programs that measure attention, memory, processing speed and reaction time to one-hundredth of a second.

It is too costly for most high schools and youth programs, where it could help coaches and trainers identify problems and sideline players. Concussions account for almost one in 10 sports injuries for people ages 15 to 24, according to the Centers for Disease Control and Prevention.

Yet nearly 41% of high school athletes return to action too soon after concussions.

Primeau endured a career of blows to his head but adds that he won't forget one that knocked him out:

"I spent the night in the hospital, flew the next day and was back in the lineup that day. That was the beginning of my demise."

He now knows resting -- and not playing until the concussion is healed -- can help prevent long-term damage. He has started to use tests to determine if his athletes have concussions and has made decisions to keep kids off the ice.

"I can tell when a child has suffered a concussion," he says. "I do not put them back on the ice. I've told parents I'm not putting their child back in. And I've actually had instances where parents will want to go in a different direction and the kids will go out on the ice and get sick."

And other times, players are not honest. That was true of Primeau's oldest son, Correy, who plays club-level hockey for Neumann College in Aston, Pa., and respects his father's concerns.

"I played once with a concussion last year," Correy says. "I wouldn't do it again. I had trouble afterward for about a week, but I just didn't want to let my team down at the time."

The effect can subside

Primeau says he and his wife never considered keeping their kids out of contact sports. "It's what they want to do," he says. "I just hope they remain safe and healthy."

But he drew the line on playing football.

"My wife is from Texas, and she would have liked to see the kids play football," he says. "I said, 'No way, it's way too dangerous.' That's the one sport I would not let my kids play."

He laughs and says he knows ice hockey has been rough on him, but he hopes life will be normal again. Cantu says post-concussion syndrome can eventually subside.

"Within the past couple of weeks, I think I improved again," Primeau says. "I think I'd become accustomed to living with head pressure. But within the past couple weeks, I haven't had that feeling. I'm afraid when it's going to come back, but I've always accepted it."

# Graphic

PHOTO, B/W, Linda Johnson for USA TODAY

PHOTO, B/W, Jason Cohn, Reuters

Brain damage from a game; Former star Primeau knows concussion risks and passes on lessons

## Classification

**Language:** ENGLISH

**Publication-Type:** NEWSPAPER

**Subject:** CONCUSSIONS (90%); ICE HOCKEY (90%); SPORTS & RECREATION (89%); NEUROLOGICAL DISORDERS & INJURIES (89%); BRAIN (89%); BRAIN INJURIES (89%); DISEASES & DISORDERS (88%); AMERICAN FOOTBALL (85%); ATHLETES (78%); YOUTH SPORTS (78%); SCHOOL SPORTS (78%); WINTER SPORTS (78%); MEMORY DISORDERS (77%); ALZHEIMER'S DISEASE (77%); CHILDREN (76%); WOUNDS & INJURIES (75%); HIGH SCHOOL SPORTS (73%); RESEARCH REPORTS (72%); DEMENTIA (70%); WRESTLING (63%); INJURY; SPORTS INJURY; HOCKEY

**Organization:** PHILADELPHIA FLYERS (84%)

**Industry:** HIGH SCHOOL SPORTS (73%)

**Geographic:** BOSTON, MA, USA (88%); NEW YORK, NY, USA (79%); PHILADELPHIA, PA, USA (78%)

**Load-Date:** May 28, 2009

# EXHIBIT 70



NEWSFOCUS

**Dangerous play?** Post-mortem exams on former NFL players John Grimsley (blue jersey, *left*) and Mike Webster have found signs of neurodegeneration.

other researchers working independently say they have found signs of pathology in a total of 12 former players in the National Football League (NFL), plus at least four wrestlers and one soccer player, many of whom died in their 40s. Only one postmortem exam of an NFL player has so far turned up negative: that of Damien Nash, a running back for the Denver Broncos, who died at age 24.

Although the number of cases is still very small, and most have yet to be published in peer-reviewed journals, the researchers insist their preliminary findings are cause for concern because this type of brain pathology is virtually unheard of in people this young. Nowinski has used these cases to generate considerable media attention. At this year's Super Bowl, he and colleagues held a press conference to announce new findings, including early signs of pathology in an 18-year-old high school football player.

NEUROPATHOLOGY

# A Late Hit for Pro Football Players

**Emerging research suggests that hard knocks on the field may cause delayed brain damage in retired athletes**

As a professional wrestler, Chris Nowinski had what those in the business call "natural heat." His ring persona, Chris Harvard, was an Ivy League snob who sometimes entered the ring reading a book. Fans loved to hate him. "I think I achieved greatness when I was in Mumbai, India, and had 20,000 people chanting 'Harvard sucks!'" Nowinski says.

Nowinski had in fact attended Harvard University, where he'd majored in sociology, been a standout defensive tackle on the football team, and graduated in 2000. A stint on *Tough Enough*, a reality TV show, led to a contract with World Wrestling Entertainment. But Nowinski's wrestling career was short-lived. He quit in 2003 after a series of concussions left him prone to memory lapses, irritability, sleeplessness, and persistent headaches. "After the last one, I just didn't bounce back," he says.

Nowinski took a job at a life sciences consulting firm near Boston, thinking he'd get back in the ring as soon as he felt better. But as weeks turned into months with little progress, he began combing the medical literature for information about the long-term effects of head injuries in athletes. What he found disturbed him. Studies dating back to the 1920s had documented dementia and neurodegeneration in boxers. But were other athletes at risk? Until recently, the literature had very little to say.

Now Nowinski is trying to use his knack for getting people riled up to change that. In 2007, he co-founded the Sports Legacy Institute, a nonprofit organization funded by donations that promotes research on sports-related head injuries. Last year, the institute announced the formation of a new research center in partnership with the Boston University School of Medicine to study neuropsychiatric symptoms in athletes and to examine donated brains for signs of pathology. Using his contacts in the sporting world, Nowinski has persuaded 134 football players and other athletes to donate their brains for research when they die. So far, the Boston group and

As was the case in his wrestling days, not everyone likes his style. "Chris Nowinski is someone I don't want anything to do with," says Bennet Omalu, the neuropathologist who published the first case report on neurodegeneration in an NFL player in 2005. Omalu, who is currently the chief medical examiner in San Joaquin County in California, initially collaborated with Nowinski and the Boston group, but he withdrew from the project because he felt Nowinski was putting publicity ahead of research and failing to give him proper credit for his contributions.

Despite their differences, both men are passionate about the issue, and both see growing evidence that contact sports put athletes at risk for neurological problems years after they quit playing. If they can prove their case, sports leagues like the NFL will likely face more pressure to protect athletes on the field and take care of them after they retire, and parents and coaches will face troubling questions about the long-term hazards for younger athletes.

## Troublesome tangles

At Ann McKee's office at the Veterans Administration Hospital in Bedford, Massachusetts, about a half-hour drive from Boston, the décor includes poster-sized images of dis-

Downloaded from www.sciencemag.org on August 18, 2009

CREDITS (LEFT TO RIGHT): RICK STEWART/GETTY IMAGES; GENE J. PUSKAR/AP



NEWS**FOCUS**

eased and injured brains and bobblehead dolls of football players. McKee is a neuropathologist on the faculty at Boston University and co-director of the new research center. She grew up in Wisconsin and says she's a loyal Green Bay Packers fan. Rummaging through drawers, she pulls together a tray of glass microscope slides and sets them down with a clink next to a microscope with two sets of eyepieces. Placing a slide on the scope, she invites a visitor to take a look. At first the view is a constellation of purple dots: the stained cell bodies of neurons. There's a dizzying blur as McKee moves the slide and centers the view on a cluster of brownish dots surrounding a blood vessel. Another blur brings another dark cluster into view, this one lining the depths of a sulcus, as the grooves in the cerebral cortex are called. "None of this should be here, just none of it," McKee says.

The dark spots indicate a high concentration of a protein called tau, a prime suspect in several neurodegenerative disorders, including Alzheimer's disease. But the brain tissue on the microscope didn't come from an elderly Alzheimer's patient; it belonged to a former NFL player who died at age 45. John Grimsley, a retired linebacker, shot himself in the chest while cleaning his gun in February 2008. His death was ruled an accident. After a call from Nowinski, Grimsley's wife agreed to allow McKee to examine his brain. Grimsley had started experiencing problems with memory and concentration at age 40, his family told the Boston researchers. Those symptoms worsened toward the end of his life, and he became emotionally volatile.

Grimsley's brain lacks the clumps of amyloid protein that are a hallmark of Alzheimer's disease, and the distribution of tau is different, McKee and colleagues reported in the July issue of the *Journal of Neuropathology and Experimental Neurology*. His pathology fits another diagnosis, chronic traumatic encephalopathy (CTE), that has previously been reported in boxers but only recently in other athletes.

Long-term neurological prob-

*In the most extreme cases, "the extent of tau pathology is just unbelievable."*

—DANIEL PERL, MOUNT SINAI SCHOOL OF MEDICINE

lems in boxers were first described in a 1928 paper in *The Journal of the American Medical Association* written by a New Jersey pathologist named Harrison Martland. After consulting with a fight promoter, Martland compiled a list of "punch drunk" fighters and described their symptoms. In the ensuing decades, researchers reported more cases and published neuropathological exams showing extensive brain damage in boxers. The condition became known as *dementia pugilistica*, and more recently as CTE, to acknowledge newer evidence that boxers are not the only athletes at risk.

Omalu was the first to document CTE in a football player. One Saturday morning in late September 2002, he recalls, he had the television on as he was getting ready to go to work at the Allegheny County medical examiner's office, near Pittsburgh, Pennsylvania. The morning news included the death of former Pittsburgh Steelers center Michael "Iron Mike" Webster. At his peak in the 1970s and '80s, Webster was considered one of the best



**Signs of trouble.** Concentrations of tau protein (dark brown regions) are absent in the brain of a nonathlete who died at age 65 (*top*) but present in the brains of NFL player John Grimsley (*middle*) and a professional boxer (*bottom*).

to ever play his position. But after retiring in 1990, Webster fell on hard times, going through a divorce and periods of depression, drug abuse, and homelessness. He died at age 50. Omalu wondered whether the hits Webster sustained in his 17 seasons in the NFL might have contributed to his troubles. He had no idea he was about to get a chance to investigate.

"I went to work and lo and behold, Mike Webster was on my autopsy table," says Omalu. Webster had died of a heart attack, but postconcussion syndrome was listed as a contributing factor. At first glance, Webster's brain looked normal, Omalu says. But closer examination revealed protein deposits similar to those found in patients with Alzheimer's disease, including dense tangles of tau and a smattering of amyloid plaques. (Webster's case may be unusual; most subsequent studies of football players have found only tau.)

Omalu and colleagues' case report on Webster, published in *Neurosurgery* in 2005, elicited a flurry of letters to the editor. One was a lengthy rebuttal from members of the NFL's committee on mild traumatic brain injury, who argued that the paper should be retracted or substantially revised because the researchers had misinterpreted their neuropathological findings and failed to present an adequate clinical history. Other letters were more supportive and joined the call for more research. One of these was from Robert Cantu, a sports neurologist and leading authority on concussion in Concord, Massachusetts, who happened to be Chris Nowinski's doctor and later became a co-founder of the Sports Legacy Institute.

**Gaining ground**

Although Omalu's report on Webster was initially greeted with skepticism, other evidence soon began to bolster the case that something was going wrong in the brains of some football players. In 2006, Omalu published a second *Neurosurgery* paper describing signs of CTE in another Steeler, Terry Long, who committed suicide by drinking antifreeze in 2005. Like Webster, Long had struggled in his post-football life.

In all, Omalu says he has found CTE in the brains of eight of the nine professional football players he's examined. (Nash

Downloaded from www.sciencemag.org on August 18, 2009

# NEWS**FOCUS**



Ringleader. Former professional wrestler Christopher Nowinski wants more research on the neurological consequences of playing contact sports.

was the sole exception.) In Boston, McKee says she has found CTE in all four former players she has examined. Something is clearly abnormal in these athletes' brains, says Daniel Perl, a veteran neuropathologist at Mount Sinai School of Medicine in New York City, who recently began collaborating with the Boston researchers. In the most extreme cases, says Perl, "the extent of tau pathology is just unbelievable."

Studies with living players hint at problems too. A survey of 2552 retired professional football players, led by Kevin Guskiewicz, a neuroscientist and research director of the Center for the Study of Retired Athletes at the University of North Carolina, Chapel Hill, found that those who reported three or more concussions in the course of their careers were five times more likely than those who reported no concussions to show signs of mild cognitive impairment, a frequent prelude to Alzheimer's disease. The researchers published the findings in *Neurosurgery* in 2005. In the same group, those with more concussions were more likely to have received a diagnosis of depression, Guskiewicz and colleagues reported in 2007 in *Medicine and Science in Sports and Exercise*.

Critics, including members of the NFL's committee on mild traumatic brain injury, dismissed the study because it relied on retirees' self-reported history of concussions and subsequent symptoms, Guskiewicz says. He and colleagues have begun a follow-up study in which retirees spend 2 days in Chapel Hill for a battery of tests to gauge their cognitive and psychological well-being more directly. They will also undergo magnetic resonance imag-

ing scans to look for brain abnormalities. Guskiewicz says the preliminary work suggests that NFL players, particularly those who suffer more concussions, are at risk of depression and cognitive impairments later in life.

**Looking downfield**
It's a possibility the NFL has been quick to dismiss in the past, Guskiewicz and others say. The league did, however, invite McKee and others to present their findings at a meeting of its committee on mild traumatic brain injury in June. She says the response was polite but skeptical. The use of performance-enhancing anabolic steroids was raised as an alternative cause of pathology, McKee says. "I tried to make the case that the common denominator here is repetitive head trauma and that a number of these individuals never used anabolic steroids."

"There is neuropathological evidence that there's something going on, but exactly what the etiology is is not all that clear," says Ira Casson, the co-chair of the NFL committee on mild traumatic brain injury. He says the NFL is conducting its own study to examine 120 retired players; it will include detailed histories and cognitive and psychological tests and will use a variety of neuroimaging methods to look for signs of brain damage. As a control group, the study will include 60 players who tried out for the NFL but didn't see significant playing time—a comparison that would presumably distinguish any effects of playing football in general from effects of playing in the NFL per se.

One of the many major questions is whether all football players—or other people subjected to repeated blows to the head—are susceptible to CTE. After all, thousands of former hard-hitting athletes appear to be just fine. The number and severity of blows, and their proximity in time, are almost certainly a factor, says Cantu. Drug use and genetics may be important, too. For example, a handful of studies have suggested that a certain version of the apolipoprotein E gene, called *APOE4*, may make people more susceptible to ill effects from brain injuries. (*APOE4* also appears to up the risk of Alzheimer's disease in the general population.)

Exactly how repetitive brain trauma might cause delayed neurodegeneration is not known. Although tangles of tau protein contribute to neurodegeneration in a number of diseases, very little is known about what causes the protein to aggregate, says John Trojanowski, who studies mechanisms of neurodegeneration at the University of Pennsylvania. He notes that Swedish researchers reported in the *Annals of Neurology* in 2006 that amateur boxers have elevated levels of tau in their cerebrospinal fluid 7 to 10 days after a fight. But why? Rodent studies suggest that inflammation and oxidative stress after brain injuries encourage the buildup of amyloid protein. The same may be true for tau, Trojanowski says, but the experiments have yet to be done.

Perhaps the most worrisome of the findings to date is the presence of tau in the brain of the high school football player who died. "An 18-year-old brain with a pristine brain," McKee says. For Nowinski, the case raises the question of how young is too young to play contact sports and underscores the urgency of studying CTE. "We want to figure out something to do before kids who didn't need to get this do [get it] because someone thought it was a good idea for them to start bashing their heads at 6 years old," he says.

–GREG MILLER

Downloaded from www.sciencemag.org on August 18, 2009

CREDITS (TOP TO BOTTOM): CHRIS O'MEARA/AP; WIKIPEDIA

Published by AAAS

# EXHIBIT 71

Bennet Omalu, Concussions, and the NFL: How One Doctor Changed Football Forever

Bennet Omalu, Concussions, and the NFL: How One Doctor Changed Football Forever

Style    Grooming    Women

Subscribe

September 14, 2009



News & Culture

# Bennet Omalu, Concussions, and the NFL: How One Doctor Changed Football Forever

, PHOTOGRAPHS BY NICK VEASAY

Let's say you run a multibillion-dollar football league. And let's say the scientific community—starting with one young pathologist in Pittsburgh and growing into a chorus of neuroscientists across the country—comes to you and says concussions are making your players crazy, crazy enough to kill themselves, and here, in these slices of brain tissue, is the proof. Do you join these scientists and try to solve the problem, or do you use your power to discredit them?

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Bennet Omalu Autopsy Concussions and the NFL: How One Doctor Changed Football Forever | GQ

On a foggy, steel gray Saturday in September 2002, Bennet Omalu arrived at the Allegheny County coroner's office and got his assignment for the day: Perform an autopsy on the body of Mike Webster, a professional football player. Omalu did not, unlike most 34-year-old men living in a place like Pittsburgh, have an appreciation for American football. He was born in the jungles of Biafra during a Nigerian air raid, and certain aspects of American life puzzled him. From what he could tell, football was rather a pointless game, a lot of big fat guys bashing into each other. In fact, had he not been watching the news that morning, he may not have suspected anything unusual at all about the body on the slab.

The coverage that week had been bracing and disturbing and exciting. Dead at 50. Mike Webster! Nine-time Pro Bowler. Hall of Famer. "Iron Mike," legendary Steelers center for fifteen seasons. His life after football had been mysterious and tragic, and on the news they were going on and on about it. What had happened to him? How does a guy go from four Super Bowl rings to...pissing in his own oven and squirting Super Glue on his rotting teeth? Mike Webster bought himself a Taser gun, used that on himself to treat his back pain, would zap himself into unconsciousness just to get some sleep. Mike Webster lost all his money, or maybe gave it away. He forgot. A lot of lawsuits. Mike Webster forgot how to eat, too. Soon Mike Webster was homeless, living in a truck, one of its windows replaced with a garbage bag and tape.

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 72 of 331



From left, Bennet Omalu, the pathologist; and Julian Bailes, the neurosurgeon. (Photo: Mike Heithoff)

It bothered Omalu to hear this kind of chatter—especially about a dead guy. But Omalu had always fancied himself an advocate for the dead. That's how he viewed his job: a calling. A forensic pathologist was charged with defending and speaking for the departed—a translator for those still here. A corpse held a story, told in tissue, patterns of trauma, and secrets in cells.

In the autopsy room, Omalu snapped on his gloves and approached the slab. He noted that Mike Webster's body was sixty-nine inches long and weighed 244 pounds. He propped up the head and picked up his scalpel and sliced open the chest and cracked open the ribs. He took out the heart and found everything he expected of a man who was believed to have died of a heart attack, as was the case with Webster. Then he made a cut from behind the right ear, across the forehead, to the other ear and around. He peeled the scalp away from the skull in two flaps. With the electric saw he carefully cut a cap out of the skull, pulled off the cap, and gently, like approaching a baby in the birth canal, he reached for the brain.

Bennet Omalu Autopsy, Concussions, and the NFL: How One Doctor Changed Football Forever

Omalu loved the brain. Of all the organs in the body, it was easily his favorite. He thought of it sort of like Miss America. Such a *diva!* So high-maintenance: It requires more energy to operate than any other organ. The brain! That was his love and that was his joy, and that's why his specialty was neuropathology.

Omalu stared at Mike Webster's brain. He kept thinking, *How did this big athletic man end up so crazy in the head?* He was thinking about football and brain trauma. The leap in logic was hardly extreme. He was thinking, *Dementia pugilistica?* "Punch-drunk syndrome," they called it in boxers. The clinical picture was somewhat like Mike Webster's: severe dementia—delusion, paranoia, explosive behavior, loss of memory—caused by repeated blows to the head. Omalu figured if chronic bashing of the head could destroy a boxer's brain, couldn't it also destroy a football player's brain? Could that be what made Mike Webster crazy?

Of course, football players wear helmets, good protection for the skull. But the brain? Floating around inside that skull and, upon impact, sloshing into its walls. Omalu thought*: I've seen so many cases of people like motorcyclists wearing helmets. On the surface is nothing, but you open the skull and the brain is mush.*

So Omalu carried Mike Webster's brain to the cutting board and turned it upside down and on its side and then over again. It appeared utterly normal. Regular folds of gray matter. No mush. No obvious contusions, like in dementia pugilistica. No shrinkage like you would see in Alzheimer's disease. He reviewed the CT and MRI scans. Normal. That might have been the end of it. He already had a cause of death. But Omalu couldn't let it go. He wanted to know more about the brain. There had to be an answer. People don't go crazy for no reason.

He went to his boss, pathologist Cyril Wecht, and asked if he could study the brain, run special tests, a microscopic analysis of the brain tissue, where there might be a hidden story.

There was nothing routine about this request. Another boss might have said, "Stick with the protocol," especially to a rookie such as Omalu, who had not yet earned a track record, who was acting only on a hunch. But Wecht was famously never one to shy away from a high-profile case —he had examined JFK, Elvis, JonBenét Ramsey—and he said, "Fine." He said, "Do what you need to do."



A deeply religious man, Omalu regarded Wecht's permission as a kind of blessing.

It was late, maybe midnight, when Bob Fitzsimmons, a lawyer working in a renovated firehouse in Wheeling, West Virginia, got a call from the Pittsburgh coroner's office. It was not unusual for him to be at the office that late; he was having a bad week. He struggled to understand the man's accent on the phone, jutted his head forward. "Excuse me? You need *what?*"

The brain. Permission from the Webster family to process Mike Webster's brain for microscopic examination.

*Oh brother* was Fitzsimmons's initial thought. As if the Webster case wasn't already complicated enough.

Fitzsimmons had first met Webster back in 1997, when he showed up at his office asking for help untangling his messed-up life. Webster was a hulk of a man with oak-tree arms and hands the size of ham hocks. Fitzsimmons shook his hand and got lost in it, mangled fingers going every which way, hitting his palm in creepy places that made him flinch. It seemed like every one of those fingers had been broken many times over. Mike Webster sat down and told Fitzsimmons what he could remember about his life. He had been to perhaps dozens of lawyers and dozens of doctors. He really couldn't remember whom he'd seen or when. He couldn't remember if he was married or not. He had a vague memory of divorce court. And Ritalin. Lots of Ritalin.

"With all due respect, you're losing your train of thought, sir," Fitzsimmons said to Webster. "You appear to have a serious illness, sir." Not a pleasant thing to tell anyone, and here was a hero, a famous football player Fitzsimmons once bowed to, as did all young guys worth the Terrible Towels they proudly waved in the 1970s. The Dynasty! The black and the gold! It fueled optimism here, up and down the rivers, mill towns held tight in the folds of the Allegheny

Case 3:15-cv-01074-JAM Document 198-1 Filed 08/01/16 Page 75 of 331

Mountains. And here was Iron Mike himself.

As a personal-injury lawyer, Fitzsimmons thought what he saw in Webster was an obvious case of a man suffering a closed-head injury—the kind he'd seen plenty of times in people who had suffered through car crashes and industrial accidents. No fracture, no signs of physical damage to the skull, but sometimes severe psychiatric problems, memory loss, personality changes, aggressive behavior.



**News & Culture**

**UPDATE: Game Brain**

"Please help me," Mike Webster said.

It took Fitzsimmons a year and a half to hunt down all of Webster's medical records, scattered in doctors' offices throughout western Pennsylvania and West Virginia. He sent Webster for four separate medical evaluations, and all four doctors confirmed Fitzsimmons's suspicion: closed-head injury as a result of multiple concussions.

Fitzsimmons filed the disability claim with the NFL. There are several levels of disability with the NFL, and Mike Webster was awarded the lowest one: partial, about $3,000 a month.

Fitzsimmons said, "Oh, please." He said if ever there was a guy who qualified for the highest, it was Mike Webster. The highest level was "total disability, football-related," reserved for those who were disabled as a result of playing the game. It would yield Webster as much as $12,000 a month. Fitzsimmons said to the NFL, "Four doctors—all with the same diagnosis!"

The NFL said no. Four doctors were not enough. They wanted Webster seen by their own doctor. So their own doctor examined Webster...and concurred with the other four: closed-head injury. Football-related.

The NFL pension board voted unanimously for partial disability anyway.

Fitzsimmons said, "You have got to be kidding me." He filed an appeal with the U.S. District Court in Baltimore, where the pension board is headquartered. The judge reversed the decision of the NFL pension board—the first time in history any such action had been taken against the NFL.

And yet still the NFL fought. They took the case to federal court. They said Mike Webster—who had endured probably 25,000 violent collisions during his career and now was living on Pringles and Little Debbie pecan rolls, who was occasionally catatonic, in a fetal position for days—they said Mike Webster didn't qualify for full disability.*

Mike Webster and Bob Fitzsimmons grew close during those days. In fact, Mike Webster clung to Fitzsimmons like a baby to his mamma. He took to sleeping in the parking lot, waiting for Fitzsimmons to show up for work. He would stay there all day, just watching, waiting, and when Fitzsimmons would go home, Mike Webster would go back to his truck and write him letters. Hundreds and hundreds of letters. "Dear Bob, Thank you for helping me. We've got to keep up the fight. We have to see this thing through." And then he would start talking about wars. And blood splattering. The letters would inevitably trail off into the mutterings of a madman.

And now he was dead.

Bob Fitzsimmons did not know what in the world to say, in 2002, to the man with the thick accent who called from the Pittsburgh coroner's office, four days after Mike Webster died of a heart attack, asking to study Webster's brain. Fitzsimmons was, in truth, grieving his client's death deeply; Mike Webster had been living for nothing but the case, the appeal, the last victory against a multibillion-dollar entertainment industry that seemed to have used him, allowed him to become destroyed, and then threw him away like a rotten piece of meat.

And now he was dead.

"Yes," Fitzsimmons said. And he gave Omalu the brain.

Days and nights went by. Weekends. Slicing, staining, ordering slides. It got so Omalu was embarrassed in front of his co-workers at the morgue. "He's gone mad!" he imagined them reasonably thinking. "He won't stop looking at that brain! He's here at 2 a.m.!"

So Omalu put Mike Webster's brain in a plastic tub and took it home to his condo in the Churchill section of Pittsburgh. He put it in the corner of his living room, where he set up a table, a cutting board, some knives, and a microscope, where he could work without shame as long as he wanted and as hard as he wanted, no one looking over his shoulder except Prema, his sympathetic wife. "What the mind does not know, the eye cannot see," he would say to her, explaining the piles of books and journal articles cluttering the house, the sheer volume of research on trauma, on football, on helmets, on Alzheimer's disease, on concussions, on impact, on g-force, on protein accumulation, on dementia pugilistica. He had to learn more so he could see more so he could learn more so he could see. For months it's all he thought about. It became for him a calling. He was after all a spiritual man, and he came to know Mike Webster in the most personal way. "Help me" is what he heard Mike Webster say.

One day he started on a new set of slides, prepared for him by a lab at the University of Pittsburgh where he had ordered specialized staining. He was ordering so many slides, he had to start paying for this out of his own pocket. He put the first slide from the new set under his microscope and looked in.

---



News & Culture

The People V. Football

---

"What is this?" he said out loud. "Geez. Gee. *What is this?*"

Brown and red splotches. All over the place. Large accumulations of tau proteins. Tau was kind of like sludge, clogging up the works, killing cells in regions responsible for mood, emotions, and ecutive functioning.

This was why Mike Webster was crazy.

Omalu showed the slides to Wecht and to scientists at the University of Pittsburgh. Everyone agreed: This was a disease, or a form of it, that no one had ever seen before. Omalu wondered what to call it. He wanted a good acronym. Eventually, he came up with CTE, chronic traumatic encephalopathy. He wrote a paper detailing his findings. He titled it "Chronic Traumatic Encephalopathy in a National Football League Player" and put it in an envelope and sent it to the prestigious peer-reviewed journal *Neurosurgery*. He thought NFL doctors would be pleased when they read it. He really did. He thought they would welcome a finding as important as this: scientific evidence that the kind of repeated blows to the head sustained in football could cause severe, debilitating brain damage. He thought they could use his research to try and fix the problem.

"I was naive," he says now. "There are times I wish I never looked at Mike Webster's brain. It has dragged me into worldly affairs I do not want to be associated with. Human meanness, wickedness, and selfishness. People trying to cover up, to control how information is released. I started this not knowing I was walking into a minefield. That is my only regret."

Nothing was welcoming, nothing was collegial, about the NFL's reaction to Omalu's article that appeared in the July 2005 edition of *Neurosurgery*. In a lengthy letter to the editor, three scientists, all of whom were on the NFL payroll, said they wanted Omalu's article retracted.

"We disagree," they said.

"Serious flaws."

"Complete misunderstanding."

The scientists, Ira Casson, Elliot Pellman, and David Viano, were all members of the NFL's Mild

Traumatic Brain Injury committee. In tone their letter to the editor struggled to remain calm, but everyone could read the subtext: *We own this field. We are not going to bow to some no-name Nigerian with some bullshit theory.*

The attack against Omalu was that he had misinterpreted his own neuropathological findings. In his calmer moments, Omalu considered the fact that neither Casson, Pellman, nor Viano were neuropathologists. He wondered, *How can doctors who are not neuropathologists interpret neuropathological findings better than neuropathologists?*

But mostly Omalu did not remain calm. In fact, he sweated profusely when he heard that the NFL had written demanding a retraction. It took a couple of shots of Johnnie Walker Red before he could even summon the courage to read their letter, after which he tore it up in disgust.

Omalu began to question the integrity of the MTBI committee. It was one thing to not even put a neuropathologist on the committee, quite another to have the committee headed by...a rheumatologist, as was the case with Pellman.

*A rheumatologist? You picked a joint guy to lead your brain study?*

What the NFL couldn't have known then, of course, is that by the time Omalu's article was published, he had already gotten a second brain, that of former Steelers guard Terry Long, who died at 45 after drinking antifreeze.

Same morgue. Same slab. Same story. Terry Long had a clinical history similar to Webster's. Depression. Memory loss. Crazy behavior. In and out of psych wards. He was bankrupt, living destitute and alone. He tried rat poison. He tried other cocktails. Nothing worked until finally he got it right.

Omalu took Terry Long's brain home, sliced it, sent it in for stains, ran the same tests, found the same splotches, the same tau proteins. "This stuff should not be in the brain of a 45-year-old

man," he said. "This looks more like a 90-year-old brain with advanced Alzheimer's."

So Omalu wrote another paper. He called it "Chronic Traumatic Encephalopathy in a National Football League Player: Part II" and put it in an envelope and sent it to *Neurosurgery*, the prestigious peer-reviewed journal that did not, in the end, accept the NFL's request to retract the first one and went ahead and published the second.

The news of CTE, of retired athletes possibly suffering debilitating brain damage, was now hitting the mainstream press. The NFL responded with denial and attack against the young pathologist in Pittsburgh, who surely had no idea what he was talking about.

"Preposterous," they said to reporters.

"It's not appropriate science."

"Purely speculative."

Omalu did not like the education he was receiving. He felt he was learning something very ugly about America, about how an $8 billion industry could attempt to silence even the most well-intentioned scientist and in the most insidious ways. He was becoming afraid. Friends were warning him. They were saying, "You are challenging one of the most powerful organizations in the world. There may be other things going on that you're not aware of. Be careful!"

Then came a bright spot. Maybe the best day of his life. Omalu got a phone call from Julian Bailes, a neurosurgeon of considerable renown who had for a decade worked as a Steelers team doctor. Bailes, chairman of neurosurgery at West Virginia University Hospitals, had known Mike Webster well, was friends with the family. And he knew Terry Long. He knew brains. He knew concussions. In his lab in West Virginia he was concussing rats, examining the resulting damage to brain tissue. He knew retired football players, was co-chairing a study at the University of North Carolina's Center for the Study of Retired Athletes, suggesting a link between concussions and clinical depression. Bailes had experience that touched and intersected and paralleled Omalu's research in the way of all fascinating coincidences.

On the phone, Bailes introduced himself. He said, "Dr. Omalu, I'm calling to tell you I believe

you."

It was the first time anyone who ever had anything to do with the NFL had validated Omalu's work. He ran home and told his wife. She said, "How do you know? It could be a trick!" They were becoming increasingly fearful. From his village in Nigeria, Omalu's father would call. "Stop doing this work, Bennet. I have heard not nice things about the NFL; they are very powerful, and some of them not nice!" It didn't much help that one day Omalu got a visit from a sports reporter who had come for some quotes, who saw Webster's and Long's brains sitting in tubs in the living room and had said, "Get these out of your house! Someone could come in and kill you and steal these brains! Do you know what you're dealing with?"

In the end, Omalu sent all his brain tissue to Bailes to store in his lab in West Virginia. Bailes met Fitzsimmons, and that became the team, a kind of brotherhood with a mission: to learn more about the disease, to understand the NFL's obstinate, perilous denial, and to break them of it.

The third case was Andre Waters—hard-hitting safety for the Philadelphia Eagles—who was denied disability under the NFL retirement plan despite numerous concussions, constant pain, and crippling depression. On November 20, 2006, at 44, he shot himself in the mouth.

Omalu got the brain, examined it, and found CTE.

The fourth case was Justin Strzelczyk, the youngest of all, just 36 when he died a most dramatic death. Offensive lineman for the Steelers through most of the 1990s, Strzelczyk was popular in the locker room, a big mountain man of a guy with a banjo at the ready. Just a few years after his retirement, the downward spiral began. He started hearing voices from "the evil ones," who he believed were in constant pursuit. He stopped at a gas station on a highway outside Buffalo, New York. He tried to give some guy 3,000 bucks, told him to head for the hills! *The evil ones*

*are coming!* Then he got in his truck and sped away, ninety miles an hour, eventually with the cops chasing him for forty miles. The cops threw metal spikes, blew out his tires, but he kept going and kept going, until finally he swerved into opposing traffic and smashed into a tanker carrying corrosive acid, and everything, everything, exploded.

Omalu got the brain, examined it, and found CTE.

*Why these guys?* Omalu and Bailes wondered. *Why not other guys?* Not every retired NFL player, after all, goes crazy and kills himself. How many had died young and had never been diagnosed? Why were so many retired players suffering from depression and signs of Alzheimer's? Omalu and Bailes would sit and think and talk and think. Head trauma, sure. But what else? Did these guys take steroids? Other drugs? Were there genetic markers? Did it matter when the head injuries occurred? It was a fascinating puzzle from a medical point of view —and they thought it would have been fascinating from the NFL's point of view, too. Omalu had, in fact, asked. Way back after diagnosing Webster, he'd sent a letter to the Hall of Fame proposing a comprehensive, longitudinal study—take every Hall of Famer, get his genetic profile, get a baseline, monitor him every six months for depression and other neuropsychiatric symptoms, and look at his brain when he died.



Bob Fitzsimmons, the lawyer. (Photo: Mike Heithoff)

Omalu did not get a response to that letter. So he sent a follow-up six months later. No answer.

Omalu, Fitzsimmons, and Bailes formed an organization, the Sports Legacy Institute, with the intention of studying CTE, furthering the science. They were joined by a fourth, Chris Nowinski, who had been helping broker brain deals with families—getting brains for Omalu to study. Nowinski was not like the others. He seemed to be on a different mission. It was hard to put your finger on it, exactly. "We must not go running to the press with every new case!" Omalu would tell him. "We need to study, we need to learn." Nowinski had bigger ideas. He said CTE was a public-health issue and the public had a right to know. He believed the Sports Legacy Institute—SLI—could and should make headlines.

No one could blame Nowinski, really, if he was on some sort of crusade. He was not a scientist. He was a former WWE wrestler who had fought under the stage name Chris Harvard—the only Harvard-educated wrestler in the WWE. He had played football in college, but it was the head

bashing as a wrestler that did him in, especially that last one, at the Pepsi Center in Albany, when a Dudley Death Drop ("3D") engineered by the Dudley Boyz sent poor Chris Harvard's head smashing through a table to the cheers of thousands.

Vision loss, ferocious migraines, loss of balance, memory problems; he was 24 years old and feeling some days like a feeble old man. He went to eight doctors before anyone took the time to tell him what was going on. Those were *concussions*. All those times. Not just the times he had become unconscious. But all those times, perhaps one hundred times, that he saw stars, suffered a "ding"—any loss of brain function induced by trauma was a concussion, and all of them were serious, all of them were brain injuries, all of them required attention, not the least of which was the time to heal before suffering another one. No one had ever told him that. No one had ever told him that the job he returned to each day was potentially brain damaging. No one until Nowinski met a world-renowned concussion expert who explained it all, and so Nowinski quit the WWE.

He wrote a meticulously researched book, *Head Games: Football's Concussion Crisis,* got himself on a lot of TV shows, and took the Chris Nowinski CTE show on the road.

Omalu did not understand what was happening. Bailes and Fitzsimmons did. They would look at each other and say, "Uh-oh."

In the summer of 2007, Roger Goodell, the new NFL commissioner, convened a meeting in Chicago for the first league-wide concussion summit. All thirty-two teams were ordered to send doctors and trainers to the meeting. It would be a chance for the NFL to talk about this and hear from independent scientists, many of whom they also invited to the meeting—300 participants in all.

They asked Bailes to come. They did not ask Omalu.

"Why did they not invite me?" Omalu said to Bailes. "Why does the NFL not want to speak to Dr. Omalu?"

Bailes had no easy answer. He knew those guys. He knew who was in and who was out and how dirty the politics could get. "They were trying to blackball him, lock him out, marginalize him,"

Bailes says. "He was the whistle-blower."

"You will present my work, then," Omalu said to Bailes. "You will take my slides. You will take my research. You will show them what Dr. Omalu has found!" Not that it was news. He had already published the papers. Why weren't they listening?

So that's what Bailes did. Packed up Omalu's slides and downloaded his PowerPoint presentation and headed to Chicago.

By this point, the NFL had made some progress in admitting to a concussion problem. For one thing, Pellman, the rheumatologist, had stepped down as chair of the committee. Also, the committee announced a new concussion study that would blow everyone else's out of the water. (It involved a battery of clinical testing on 120 retired NFL players and would take at least until 2012 to finish. Bailes, in fact, was already working on a similar study, due out next year.)

But there was real, actual progress. The NFL instituted standards for concussion management: "Medical decisions must always override competitive considerations." They would do neuropsychological baseline testing on all NFL players—use that as a tool to assist in determining when, after a head injury, a player could return to the field.

(On hearing of the NFL's concussion guidelines, Omalu said: "You mean they never had any concussion guidelines before now? Geez.")

Perhaps most encouraging was the 88 Plan, a display of humanity on the part of the NFL and its treatment of retired players suffering dementia. The 88 Plan grew out of a letter written by Sylvia Mackey, wife of Hall of Famer John Mackey, who wore number 88 for the Colts. His existence, she said, had become a "deteriorating, ugly, caregiver-killing, degenerative, brain-destroying tragic horror," and the $2,450 per month pension he was receiving from the NFL could not begin to cover the institutionalization he needed. And so the 88 Plan, which offered up to $88,000 per year to former players with dementia.

Bennet Omalu Discusses Concussions and the NFL - How One Doctor Changed Football Forever - GQ

Not that the NFL accepted any actual responsibility for this mess. Its MTBI committee published scientific studies claiming that repeated head bashing did not cause brain damage. On a 2007 HBO special, co-chair Casson was asked six different ways if repeated football-related concussions could result in brain damage, dementia, or depression. Six times he said no.

In Chicago, Bailes stood up there with evidence to the contrary. Scientific proof. Tissue damage in the brain. He saw guys rolling their eyes. He heard the exasperated sighs. He thought about Omalu and why he was doing this—how he had nothing against the NFL, how he had barely known what the NFL *was* before he looked at Webster's brain. He thought about how Omalu was about as pure a scientist as anyone could bring into this equation, and how he had spent $100,000 of his own money to get to the bottom of this.

So Bailes stood up there and he showed slides of Webster's seemingly perfect brain on the cutting board. He showed the slices. He showed the tau, that sludge that did him in. He showed Long, and he showed Waters, and he showed Strzelczyk. He showed that he believed in Omalu's work.

The meeting was closed to media, but Bailes remembers it well. "They didn't say, 'Thanks, Doc, that's great.' They got mad at me. We got into it. And I'm thinking, 'This is a new disease in America's most popular sport, and how are its leaders responding? Alienate the scientist who found it? Refuse to accept the science coming from him?' "

At a press briefing afterward, Omalu's name kept coming up, and so Casson responded: "The only scientifically valid evidence of chronic encephalopathy in athletes is in boxers and in some steeplechase jockeys. It's never been scientifically, validly documented in any other athletes."

A total dismissal of Omalu's work.

And what about the other studies? What about Bailes's report in 2003 out of the University of North Carolina with Kevin Guskiewicz, a leading expert in sports medicine, which, based on surveys of thousands of retired players, found that players who had suffered multiple concussions were three times more likely to suffer clinical depression?

The NFL concluded that that study was "flawed."

And what about the UNC follow-up study in 2005 that showed that repeatedly concussed NFL players had five times the rate of "mild cognitive impairment," or pre-Alzheimer's disease. That study showed retired NFL players suffering Alzheimer's disease at an alarming 37 percent higher rate than the average guy walking down the street.

"Flawed."

The only experiments that were not flawed, then, were the studies conducted by the scientists paid by the NFL, which just happened to disagree with a growing number of researchers. "That's just unprecedented in science," says Bailes. "That would be like the American Heart Association saying, 'Hey, if it's not our sponsored research, we don't acknowledge it or comment on it. Only *we* can figure out heart disease!' "

Or it would be like the tobacco industry in the 1980s—everyone saying cigarettes caused cancer except for the people making money off cigarettes.

It would have been laughable, if it weren't so irresponsible.

At stake, after all, were people's lives. Athletes suffering head injuries, pressured anyway by a culture of machismo that says: *Get back in the game! Man up! Don't ever show it hurts.* To say nothing of the college football players, the high school football players, the Pee Wee leaguers, who dreamt of going pro.

On this point alone Bailes goes ballistic:

"Here we have a multi*billion*-dollar industry. Where does their responsibility begin? Say you're a kid and you sign up to play football. You realize you can blow out your knee, you can even break your neck and become paralyzed. Those are all known risks. But you don't sign up to become a brain-damaged young adult. The NFL should be leading the world in figuring this out, acknowledging the risk. They should be *thanking* us for bringing them this research. Where

does their responsibility begin?

"Look, there was a seminal study published by the University of Oklahoma two years ago. They put accelerometers, which measure acceleration, in the helmets of University of Oklahoma players. And they documented the g-force. So we know the g-force for a football player being knocked out is about sixty to ninety g's. To compare, a fighter pilot will pass out at five or six g's, but that's over a long period of time. These football g-forces are just a few milliseconds, very brief—*boom!* And they found that in the open field, the dramatic cases of a receiver getting blindsided is about one hundred g's. It knocks them out. Very dramatic, everybody sees it. But the linemen? They were actually getting twenty to thirty g's on *every play*. Because they start out and they bang heads. Every play.

"Helmets are not the answer. The brain has a certain amount of play inside the skull. It's buoyed up in the cerebral spinal fluid. It sits in this fluid, floats. When the head suddenly stops, the brain continues, reverberates back. So when I hit, *boom,* my skull stops, but my brain continues forward for about a centimeter. *Boom, boom,* it reverberates back. So you could have padding that's a foot thick. It's not going to change the acceleration/deceleration phenomenon. And a lot of these injuries are rotational. The fibers get torn with rotation. You've got a face mask that's like a fulcrum sitting out here: You get hit, your head swings around. That's when a lot of these fibers are sheared—by rotation. A helmet can't ever prevent that.

"And have you seen helmets lately? In the old days of football, you had this leather cap to protect your ears. That was it. You'd never put your head in the game. You'd be knocked out after the first play! Even in the '60s, the helmet was a light shell. The modern helmet is like a weapon.

"So I told the NFL, I said, 'Why don't you take the head out of the game? *Just take it out of the game!* Let the linemen start from a squatting position instead of getting down for head-to-head. Have them stand up like they do on pass protection. So there's not this obligatory head contact.'

"Nothing. They had nothing to say. Who am I? I'm only a guy who has concussed hundreds of rats in the lab, a player for ten years, and a sideline doctor for twenty years. What do I know? Some stupid neurosurgeon.

"Instead of answering anything we bring to them, the NFL is ducking and shooting arrows at us.

Criticizing us. Saying our work is a bunch of bunk. They have only attacked us."

The sixth case was Tom McHale, offensive lineman for nine seasons, most of them with the Tampa Bay Buccaneers. Depression and chronic pain in his joints had led him to discover oxycodone and cocaine. On May 25, 2008, at age 45, he died of a lethal combination of both.

Omalu got his brain, examined it, and found CTE.

He decided not to release the McHale case to the press. The NFL was already plenty pissed off. They had refused to acknowledge CTE or any of Omalu's research or, really, Omalu himself. It seemed they wanted to simply pretend Omalu did not exist, and he was sick of it, sick of insisting that *yes, Bennet Omalu is a real person who has discovered a real disease that is really damaging real people even as you sit there denying it*. The public debate with the NFL was a distraction from his research. He would continue his work quietly, examining brains. He would set his sights on curing the disease. He would prepare scientific papers; the proof would be in the science.

Ideas like that caused the Nowinski connection to crumble. *Continue the work quietly?* But Nowinski was building SLI; he was making a name for himself. The split was abrupt, ugly, and to this day neither side agrees on what happened. Nowinski took SLI and teamed up with the Boston University School of Medicine to create the Center for the Study of Traumatic Encephalopathy. He started a brain bank under the direction of Ann McKee, an expert in neurodegenerative diseases, and they went on to do important work, diagnosing more cases of CTE and starting a registry of over one hundred athletes who have agreed to donate their brains for study after they die.

Indeed, the casual observer who wants to learn more about CTE will be easily led to SLI and the Boston group—there's an SLI Twitter link, an SLI awards banquet, an SLI Web site with photos of Nowinski and links to videos of him on TV and in the newspapers. Gradually, Omalu's name slips out of the stories, and Bailes slips out, and Fitzsimmons, and their good fight. As it happens in stories, the telling and retelling simplify and reduce.

History gets written. People shout and claim turf. Heroes get invented.

2/7/2016
Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 90 of 331
Brain of Omalu Discussion about NFL show One Piece of change, football player 96

The Boston group wanted to see the Tom McHale brain, and at the request of the family Omalu agreed. So he sliced the brain in two and sent one half via UPS to Boston. He said please don't release the diagnosis to the press; he was preparing a scientific paper identifying CTE subtypes. Nowinski remembers this conversation very differently. He says Omalu never returned calls, and to this day he vehemently defends his decision to go ahead and announce the McHale diagnosis anyway, in Tampa, during the week of the 2009 Super Bowl. He made national headlines announcing that the Boston group, and not Omalu, had diagnosed CTE in yet another NFL player. (Nowinski says he was acting on behalf of the McHale family.)

"Geez," Omalu said, watching the CNN coverage. "That's my brain! They are lying about who diagnosed that brain!"

It was enough to tempt a man to become wicked, to lead him to thoughts of lawsuits and vengeance.

But Omalu did not become wicked. He reminded himself of who he was. "I perform autopsies on dead people every day, so every day I'm reminded of my mortality. It has made me become very religious. I know I'm going to die someday, I know I'm going to be judged by God, and I have work to do while I am here on the earth."

Morgantown, West Virginia, is surrounded by blue firs and green hardwoods, a town tucked in the folds of the Appalachian Basin, where coal still moves sleepily in and out on barges along the slim Monongahela River. The university—and its world-class health care complex—is by far the biggest thing going.

In Bailes's office, Becky, his secretary, just accepted a package and is digging through Styrofoam peanuts. It used to disturb her to reach into a cardboard box and pull out a jar full of brains, but by now she is used to it.

In the jar is Omalu's fifteenth confirmed case of CTE—the most dramatic he's seen. He is not ready to release it to the press.

"Your brain made it," Becky says to Omalu, who has himself just arrived. He doesn't like traveling with brains. He trusts UPS. "You had a good trip?"

"Sure, sure, sure," Omalu says. His face is walnut dark and boyishly round. His movements are smooth, calm, and efficient; the overall effect is of a nattily dressed man who might at any moment start whistling. "But my tailor was not in!" he tells Becky. Omalu moved to California two years ago—where he accepted a post as chief medical examiner of San Joaquin County—but he still buys all his suits from one tailor in Pittsburgh. Nearly all of them are wide blue pinstripe, vaguely flashy, with impeccable fit. Custom-made. Shirts, too. He does not like pockets. If you have a shirt with a pocket, you run the risk of lint collecting at the bottom of the pocket. That is his position. Do away with the pocket—no lint. This is simply logical.

Fitzsimmons arrives, slim with a broad grin and quiet attire. "How you doing, buddy?" he says to Omalu. "Got the red tie going today, huh?" The two men embrace, slap each other's backs.

Eventually, Bailes comes flying in, still in scrubs, just out of surgery, his mask hanging half off. He is carrying a Diet Coke. "You guys want nuts? Something to eat? Crackers? I haven't eaten."

They stretch out in the conference room, visit like country people, tell jokes, and forget about time.

"And so this guy, he calls from some smart-guy science magazine," Omalu is saying. "And he says, 'Dr. Omalu, you are a brilliant man! Why did you fizzle?' And I told him, I said, 'Dr. Omalu did not fizzle!' "

"Fizzle," Bailes says, shooting a grin at Fitzsimmons. The admiration the two share for Omalu is protective and fatherly. Even his vocabulary is raw innocence.

Then they get down to business, and Fitzsimmons pulls out the papers.

"Do I need to read it?" Bailes says.

"I'm your lawyer, and I say sign it," Fitzsimmons says, and all three men get out their pens and find their names, which together are "hereinafter referred to as 'The Brain Injury Group.' "

A brain bank. The Rockefeller Foundation. A brand-new $30 million research facility. The Blanchette Rockefeller Neurosciences Institute opened a year ago across the street from Bailes's office—a slick building, 78,000 square feet of state-of-the-art laboratory space. It's the only nonprofit independent institute in the world exclusively dedicated to the study of human memory and memory disorders, a partnership with West Virginia University and Johns Hopkins University. Senator Jay Rockefeller named it after his mom, Blanchette, who had Alzheimer's and died in 1992. And now, on the first floor, will be Webster's brain and Long's brain and all the rest—a whole laboratory dedicated to brain injuries and the study of CTE. They are gathering more brains, and more still; they would like to get Steve McNair's brain, and the boxer Roy Jones Jr. just signed on to donate his brain when he dies. The new center launches this month.

Omalu has set his sights on curing CTE. And why not? "You pop a pill before you play, a medicine that prevents the buildup of tau," he says. "Like you take an aspirin to prevent heart disease." *Why not?* "This is how we now need to talk. Not this back-and-forth of human selfishness. Not this NFL politics and meanness. Anybody still denying the disease is out of his mind. The issue now is treatment. That is my next step, now that I understand the pathology."

The Brain Injury Group is preparing seven new scientific papers. New findings. Subcategories of CTE. A possible genotype. Omalu has anything but fizzled. He took the conversation out of the public domain, got to work, and Fitzsimmons got to work on the Rockefeller deal, and Bailes on the scientific papers, and really, what they want is the NFL to join them in trying to figure this thing out.

It appears highly unlikely. The last they heard from the NFL was when the NFL called in 2008 in what seemed like a final attempt to disprove Omalu's work. *We have been speaking to a scientist. The world's leading authority on tau proteins. We would like to send him to West*

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 93 of 331

*Virginia to look at your work.*

Bailes agreed.

Neuropathologist Peter Davies of the Albert Einstein College of Medicine in New York has been studying Alzheimer's and tau proteins for more than thirty years. He receives no money from the NFL, not even parking fare. He was more than a little doubtful about what he would find in West Virginia. He had examined thousands of brains, and he'd never seen anything even close to the degree of tau accumulation that Omalu was describing in his papers. He believed that Omalu was well-intentioned but naive and mistaken. "I was very skeptical," he says. "I didn't think there was anything there."

## Exclusive: The Making of Concussion by the Minds Who Made It

So when Davies got to West Virginia in October 2008, he smiled politely and walked into Bailes's lab, and Omalu handed him the first slide, and he looked in the microscope, and he said, "Whoa." He said, "Wow." He said, *"What the hell is this?"*

It went on like this for two days, slide after slide. It got to the point where the only doubt Davies had left was on the staining of the slides themselves. Perhaps the technicians were not using state-of-the-art equipment and solutions. He asked Omalu if he would give him tissue samples, pieces of brain to take back to his lab in New York, where he could make new slides with his own

equipment, his own technicians, his own sophisticated stains.

"Sure, sure, sure," Omalu said. "You take some pieces home, talk to your guys, see what you think."

In his lab in New York, Davies ran his tests, and when he looked in the microscope, he was stunned. The tau pathology was even worse—even more pronounced—than what he'd seen in West Virginia. "Come look at this!" he said, calling in his team of researchers. "What the hell am I looking at? This will blow your socks off! And it's not just in one case. I have three separate cases here. Bucket loads of tau pathology, and the one guy wasn't even 40 years old...." It was far more severe than anything they'd ever seen in the most advanced Alzheimer's cases—and in completely different regions of the brain.

"My God, this is extraordinary," Davies said. "We have to get involved." He wrote to Bailes and Omalu. He said Omalu was right.

"The credit must go to Bennet Omalu," he says today, "because he first reported this and nobody believed him, nobody in the field, and I'm included in that. I did not think there was anything there. But when I looked at the stuff, he was absolutely right. I was wrong to be skeptical."

The NFL never released Davies's report, never made it public. And they never talked to Omalu, Bailes, or Fitzsimmons again.

They called another meeting, much smaller than the Chicago summit, in May 2009, to talk again about concussions and the progress of the MTBI committee's work. They invited researchers from the Boston group. They invited Davies, who told them about what he saw in West Virginia.

"There is no doubt there is something there," Davies said. But he differs on the conclusion. He does not believe the main cause of CTE is concussion or trauma. He has even designed studies, principally on rats, to test his own hypothesis that the main cause is steroid use. He admits freely, however, that he is not a trauma expert, like Bailes, that he has not spent his career, like Omalu, looking at brains that have suffered repeated trauma. He's an Alzheimer's guy who believes that there has to be some reason he's never seen brains like this, and he believes the

Bailey, Omalu, Concussion, and the NFL: How One Doctor Changed Football Forever - GQ

reason is steroid use. Plenty of people, after all, suffer concussions—not just athletes. Wouldn't he have seen *some* evidence of CTE in brains of regular folks over all these years? But only athletes take steroids, and so that is the link he is following.

Bailes, who co-authored a book on steroids and sports, does not rule out steroids or any other contributing factor to CTE, but points out that synthetic steroids were not even invented until 1959—thirty years after brain changes were first identified in boxers in the form of dementia pugilistica.

Either way, the steroid theory is not, in itself, a cheerful hypothesis for the NFL to consider. What of its vaunted drug-testing policy? What of the way fans have been coad to blithely accept that the reason these big fast guys keep getting bigger and faster every year is...natural. Not because of performance-enhancing drugs.

Whether it's concussions or steroids or a combination of both, the NFL has a problem to solve that is becoming impossible to deny.

Ira Casson, co-director of the MTBI, was at the May meeting, and he came away from it still committed to the NFL's talking points—the ones he had first put out in 2005 when he co-authored the letter asking for the retraction of Omalu's article in *Neurosurgery*.

Has Casson's position changed, now that scientists from across the country have come to accept the research as sound?

"No," he says. "Nothing has happened that has changed any of our opinions about what we wrote in those letters. Is there a relationship between professional football, a career in the NFL, and changes in the brain? Well, we don't know. Maybe."

So why does he think so many independent scientists are saying there is?

"I think there are a lot of...gaps," he says. The main problem, as he sees it, is that all scientists have really looked at, after all, are dead people. There has been very little clinical data, he says, collected on living people—which is what the MTBI committee's study is designed to do.

"Essentially," he says, "if you look at the cases that have been reported in the medical literature —and I don't include *The New York Times* as medical literature—for the most part, the clinical data was collected posthumously: interviews with families, 'people told me this,' and so forth. You don't see any data that says, well, here's what a *doctor* found when they examined him; here's what their psychiatric evaluation showed; here's what their neurologist found. There's none of that!

"To me that creates a question of what exactly is the clinical picture? I don't think it's fair to jump from a couple cases that were suicides to assume that some of the others that, well, the guy was driving fast down the highway, it must have been a suicide. Well, we don't know that. I don't think anybody can tell you that unless you had a psychiatrist who was treating the person. I think there's a lot of people jumping to conclusions."

"Very little clinical data."

Fitzsimmons and Bailes and Omalu are sitting in Bailes's conference room in West Virginia, contemplating what Casson has said.

"Very little clinical data?" Fitzsimmons says. But he had five doctors, including one from the NFL, who examined Mike Webster and concluded he had a closed-head injury. "I had a file *this thick* of clinical data."

"Why is he doing this?" Bailes says. "I just don't understand why the NFL is doing this. You know, pick up a textbook." He picks up a textbook, the kind you'd find in any neurosurgery department of any medical school. "Here's *The Neuropathology of Dementia*. It describes, in great detail, tau pathology. There's a whole chapter here about trauma causing dementia. That's why this is very quixotic to me that's there's even any resistance. It's well-known that brain trauma is a risk for dementia. Why are we arguing this? Why can't we accept this and move on and try to prevent it?"

"Clinical data?" Omalu says. "*Clinical* data? Pardon me, but what is the gold standard for diagnosis? Autopsy! That is the gold standard for diagnosis. Only when you open up the body, look at the tissues, do you find proof of disease."

They have proof of the fifteenth case right here, sitting in a jar, a story still to tell.

And then there is the sixteenth case: Gerald Small, Dolphins cornerback in the 1980s. He was found dead at 52 in Sacramento, California, where he was unemployed, living with an aunt, drunk. The Sacramento coroner sent the brain to Omalu, who is by now well-known on the coroners' circuit.

Omalu got the brain, examined it, and found CTE.

The seventeenth case is Curtis Whitley, center for the Chargers, Panthers, Raiders, in the 1990s. He was just 39 when he was found facedown in the bathroom of a rented trailer in West Texas, shirtless, shoeless, wearing blue warm-up pants.

Omalu got his brain, examined it, and found CTE.

"You would think that sooner or later, like most things in life, you have to deal with the truth," says Bailes. "I think that was part of the NFL's intent on sending their expert to Morgantown. Maybe they're planning their strategy now, I don't know."


*On December 13, 2006, seven years after the initial filing and four years after Webster's death, the U.S. Court of Appeals for the Fourth Circuit upheld the ruling that Webster had been totally and permanently disabled as a result of brain injuries from playing professional football. The ruling, a 3-0 decision, resulted in an award of more than $1.5 million to Webster's four children and former wife.


## DON'T MISS THIS

# EXHIBIT 72

Case 3:15-cv-01074-JAM Document 103-1 Filed 08/01/16 Page 99 of 331





Close Ad ✕

# Former WWE Superstar To Donate His Brain For Research

Matt Boone

⊘ September 15, 2009

**Shannon Rose sent along the following:**

FOR IMMEDIATE RELEASE
September 15, 2009

WRESTLING STAR TO AID IN CONCUSSION RESEARCH

(Quincy, MA) – Former WWE Superstar "The Promise" Antonio Thomas, is combining brains with brawn —literally.

Thomas is the latest professional wrestler to donate his brain to concussion research.

The Sports Legacy Institute (SLI), founded by former WWE wrestler Chris Nowinski and Dr. Robert Cantu, is the recipient of Thomas's donation, which is part of an effort to further understand concussions and their effect on the brain.

The SLI, founded in 2008, is dedicated to advancing the health and wellness of athletes and improving the safety of sports & other athletic endeavors.

"It's the least I can do, to help other wrestlers and athletes after me," Thomas says of his involvement

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 100 of 331

with the SLI.

Former NHL star Keith Primeau, whose career was cut short due to multiple concussions, is among the professional athletes who've pledged to donate their brains after death, joining several pro wrestlers in the cause.

Wrestling-wise, "The Promise" will appear at the New England Championship Wrestling (NECW) "Tag Team Classic" on Saturday, September 19, in Quincy, MA.

Thomas was tight-lipped but excited about the event.

"The fans will have to wait and see what I have in store, and I'll have to wait to see their reaction. But it's going to be awesome," Thomas says of the NECW event in Quincy.

Thomas is fresh off an appearance on "The Figure Four Daily," a very popular Internet radio show about wrestling, hosted by pro grappler Bryan Alvarez. Thomas appeared on September 8.

"'Figure Four Daily' is a major wrestling talk show," Thomas said when asked about his appearance. "It's really big, and I'm proud to be a part of it now."

For more information about the SLI and its mission, visit www.sportslegacy.org.

For more information about the NECW event on September 19, visit www.NECWrestling.com.

SHARE ON FACEBOOK

SHARE ON TWITTER

❮    **Another WWE Talent Release: 5 Total Names Cut This Weekend**

**Reason For Batista Moving To SmackDown! Revealed**    ❯

Attended an event and want to send a **live report**?
Submit it now!

# EXHIBIT 73



# MMA fighters at risk of brain damage

## Supporters of mixed martial arts like to tell us that MMA is a legitimate sport, just like, and no more dangerous than, other contact sports, including boxing, football and hockey.

By The Vancouver Sun October 3, 2009

Supporters of mixed martial arts like to tell us that MMA is a legitimate sport, just like, and no more dangerous than, other contact sports, including boxing, football and hockey.

Such comments are usually advanced in an effort to show MMA receives a disproportionate amount of scrutiny from city and provincial officials, who have thus far refused to sanction MMA events.

Now it may be true that MMA has been unfairly singled out, but our response should not be to ignore the dangers associated with the sport. Rather, it should prompt us to have a serious discussion about a serious issue that has for far too long been almost ignored: The very real risks of injury, particularly brain injury, in all contact sports, including football and hockey.

Until recently, sports-related brain injury was associated almost exclusively with boxing. Physicians and others noticed a collection of symptoms, including tremors, slowed movement, confusion, depression, impulsive behaviours and speech problems in many former boxers, and came to describe the condition as being "punch drunk."

By the 1920s, the condition, which according to some estimates affects up to 20 per cent of boxers, had received a more medical sounding name -- "dementia pugilistica," or boxer's dementia -- and was described in the Journal of the American Medical Association. In subsequent decades, many medical organizations, including the Canadian Medical Association, called for a ban on boxing given the significant risk of significant brain damage.

But interestingly, little attention was paid to the role of other contact sports in contributing to this condition. Little attention, that is, until a Harvard-educated professional wrestler named Chris Nowinski retired from World Wrestling Entertainment in 2003 at the age of 24, as a result of post-concussion syndrome.

Nowinski, who had suffered concussions while playing football at Harvard, as well as in the WWE, decided to research the effects of multiple sports-related concussions. Out of that research came his book, Head Games: Football's Concussion Crisis, which was released in October 2006.

Just one month later, former NFL defensive back Andre Waters, who had been suffering from depression, committed suicide by shooting himself in the head at the age of 44. Nowinski asked members of Waters' family for samples of his brain tissue, and then had it examined by University of Pittsburgh neuropathologist and epidemiologist Bennet Omalu.

Omalu concluded that Waters' brain tissue was similar to that of an 85-year-old man with Alzheimer's disease, and that brain trauma, likely from the numerous concussions Waters suffered while playing football, was a contributing factor.

Shortly thereafter, the University of North Carolina's Center for the Study of Retired Athletes released a study revealing a correlation between the number of concussions retired football players had suffered and the incidence of depression.

Nowinski then received a phone call from Julian Bailes, chairman of the department of neurosurgery at the University of Western Virginia, and a former neurosurgeon for the Pittsburgh Steelers. Bailes suggested that the case of former Steelers lineman Justin Strzelczyk -- who died in a fiery crash after leading police on a high-speed chase -- bore similarities to Waters' case.

Nowinski contacted Strzelczyk's mother, and received permission to have her son's brain examined. Neuropathologist Omalu concluded that Strzelczyk, like Waters, had been suffering from "chronic traumatic encephalopathy," or CTE, the modern term for dementia pugilistica.

These cases, which were significant in that they were the first confirmed cases of CTE in non-boxers, led Nowinski and Robert Cantu, the chief of neurosurgery at Massachusetts's Emerson Hospital, to incorporate the Sports Legacy Institute, which is dedicated to studying the effects of concussions and other sports-related brain injuries.

Shortly after incorporation, a very dark case presented itself to the Institute. Canadian professional wrestler Chris Benoit killed his wife and son and then

himself in 2007, and the media were quick to blame Benoit's use of steroids.

But Nowinski, who thought otherwise, contacted Benoit's father and received permission to examine the wrestler's brain. Upon examination, neuropathologist Omalu and neurosurgeon Bailes concluded that the 40-year-old Benoit suffered from CTE and had the brain of a man in his 80s with dementia. They further concluded that Benoit's CTE was the result of "multiple traumatic injuries" -- that is the multiple concussions he suffered from, among other things, getting hit over the head with chairs.

Now none of this is proof that Benoit's homicidal actions were caused by his concussions, just as we can never be sure if Waters' suicidal behaviour, and Sytrzelczyk's near suicidal behaviour, were similarly caused by brain injuries.

But what we do know is that CTE is associated with concussions and depression and impulsive behaviour. According to the Center for the Study of Traumatic Encephalopathy (CSTE), a partnership between the Sports Legacy Institute and Boston University, CTE is "a progressive degenerative disease" seen in athletes "who have a history of head trauma ... which includes multiple concussions."

The trauma "triggers progressive degeneration of the brain tissue," and "is associated with memory loss, confusion, impaired judgment, paranoia, impulse control problems, aggression, depression, and, eventually, progressive dementia."

Benoit, Waters and Strzelczyk all displayed many of these symptoms, as did former NFL lineman Mike Webster, who died of a heart attack at the age of 50, but had been suffering from severe dementia, and former NFL lineman Terry Long, who committed suicide at the age of 45 by drinking anti-freeze.

Both Webster and Long were diagnosed with CTE after their deaths, which, unfortunately, is the only time its existence can be confirmed. In fact, out of seven cases investigated by CSTE scientists, six were suffering from CTE, the most recent being an 18-year-old high school athlete.

This ought to act as a wake-up call to football organizations everywhere, from high school to the NFL. And it has, to an extent, as the NFL has implemented some minor rule changes, though it remains skeptical of CTE, and is quick to remind us that many former players are not experiencing any problems.

The NFL's position relies on the fact that CTE research is in its infancy. But of course the NFL also has economic reasons to dispute the findings, because dramatic rule changes may be necessary to prevent the development of CTE in players. Indeed, since brain damage can occur even if a player is not hit in the head -- a bodily collision can be enough, as the brain can hit the side of the skull when a player is suddenly stopped after running at high speed -- this calls into question the advisability of any contact at all.

This has implications for hockey, obviously, given the speed at which the game is played. Many players have suffered repeated concussions — notably, 37-year-old former Philadelphia Flyer Keith Primeau, who believes he may be developing CTE and who has bequeathed his brain to the CSTE through its living brain donation program.

More than 100 athletes have similarly agreed to donate their brains upon their deaths, which is particularly important given the limited research on CTE. The lack of research makes it hard to identify risk factors -- why, for example, some athletes develop CTE while others, as the NFL keeps reminding us, do just fine -- as well as methods of prevention.

The lack of research is even more problematic in the case of mixed martial arts since it is itself such a young sport. But the preliminary evidence suggests that CTE might prove to be a big problem.

Certainly, MMA is not what it once was, or what many people think it still is. In contrast to unsanctioned "toughman" contests -- fights that involved virtually no rules and led to at least a dozen deaths, just in the U.S. -- MMA fights sanctioned by reputable organizations and athletic commissions do have many rules, and involve highly skilled fighters, many of whom have backgrounds in amateur wrestling.

That said, the research suggests that fighters are at significant risk of brain injury. Although very few studies exist, supporters of MMA like to point to a 2006 study in the Journal of Sports Science and Medicine, which states that "the lower knockout rates in MMA compared to boxing may help prevent brain injury."

This study, which assessed 171 matches in Nevada between 2001 and 2004, did find that the MMA knockout rate (6.4 per cent) was little more than half that of boxing. However, nearly 40 per cent of matches ended with a technical knockout -- and TKOs may involve concussions or be the result of subconcussive blows that can still cause brain injury.

Further, a 2006 article in the British Journal of Sports Medicine assessed 642 matches between 1993 and 2003 and found that head impact was the most common reason for stoppage of the match. Of the 642 matches, 62 ended by knockout and 120 by technical knockout; all knocked-out fighters showed physical signs of concussion.

This suggests that many MMA fighters may suffer brain injuries which, down the road, could lead to CTE. That doesn't necessarily mean that MMA fights shouldn't be sanctioned, of course -- and, indeed, things were much worse when they weren't.

In fact, that reasoning would lead us to ban all contact sports, because all can lead to brain injuries. That would be unfortunate, since there are many benefits that flow from participation in sports, including contact sports. But thanks to the work of Nowinski and the neuroscientists, we can no longer bury our heads in the sand and assume that CTE only happens to other athletes -- to boxers.

No, the evidence, as tenuous as it is, suggests that all contact sports athletes are at risk. Given the risk, we must take whatever steps necessary to reduce the risk of brain injury — for the sake of our current and future athletes, and their loved ones.

pmcknight@vancouversun.com

© (c) CanWest MediaWorks Publications Inc.

- E-mail this Article
- Print this Article

# EXHIBIT 74

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 105 of 331





PRINTTHIS

Powered by **Clickability**

Posted: Friday October 9, 2009 11:33AM; Updated: Friday October 9, 2009 1:10PM



Andy Staples>INSIDE COLLEGE FOOTBALL

# Concussion information has improved but isn't exact science

**Story Highlights**

Should Florida quarterback Tim Tebow play vs. LSU? There's no easy answer

Florida has assembled a team of doctors to watch Tebow, but he hasn't taken a hit

The Gators are taking every precaution with Tebow, but he'd benefit from sitting

GAINESVILLE, Fla.□ -- It's only been three years since Florida quarterback **Chris Leak** stood at a lectern and claimed a vicious hit from Georgia defensive tackle **Jeff Owens** hadn't resulted in a concussion. "I just got dinged," Leak said. "No more than that."

Had Gators coach **Urban Meyer** known then what he knows now about concussions, Leak's backup, **Tim Tebow**, might have started his first college game as a freshman. Coincidentally, the player who backed up Leak in 2006 has become the face of major college football's relatively new, more medically sound approach to concussion recovery.

In years past Tebow almost certainly would start on Saturday night when the top-ranked Gators face No. 4 LSU at Tiger Stadium. Old-school coaches would have used the following logic: *Sure, Tebow got his bell rung on Sept. 26, when Kentucky defensive end Taylor Wyndham creamed him and sent Tebow's head flying into offensive lineman Marcus Gilbert's knee. But he's had two weeks. He took some Advil. He can shake it off. He's a warrior.*

But as the Gators wrapped their LSU preparation on Thursday, Tebow remained a gametime decision. A team of physicians still hadn't cleared him to play against the Tigers. Why the wait? Because, as recent research has shown, allowing a player to return too soon after a concussion can have serious and even deadly consequences. (Last year a high school football player in New Jersey died after returning from a concussion and suffering another one.)

"There are many coaches still ignorant on this subject, but there are an increasing number that are beginning to understand the importance of concussions and the importance of allowing people to completely recover from them," said **Dr. Robert Cantu**, the neurosurgeon who in 1986 published the first concussion grading scale. "If you do recover properly, most of the time, there are no permanent implications. Whereas if you don't, there can be very dire problems down the road."

**Chris Nowinski** knows that better than most. As a freshman defensive end at Harvard, Nowinski took "an absurd blow underneath the chin" during a practice drill. He remembers blacking out before he hit the ground. Nowinski didn't complain, and he didn't receive any type of treatment. Looking back, Nowinski realizes he should have recognized a problem when he arrived at the dining hall that night for dinner.

"I specifically remember calling a lot of people by the wrong name at dinner that night and people calling me out on it," said Nowinski, whose research led to his book, *Head Games*. "It was very embarrassing, but I couldn't understand why. I just could not piece together people's names."

After Nowinski graduated from Harvard, he starred on a reality show featuring young wrestlers hoping to earn a spot in the WWE. Nowinski impressed WWE brass, and his star rose quickly in the wrestling world. But one day a kick that wasn't supposed to connect blasted him under the chin. He suffered headaches and memory loss. For the first time, he was diagnosed with a concussion.

That concussion and its lingering effects knocked Nowinski out of wrestling at age 24. Soon after, he began researching concussions and he determined that he suffered at least six during his football and wrestling careers. Convinced he could raise awareness, Nowinski joined with Cantu to found The Sports Legacy Institute, an organization committed to studying the effects of concussions and educating coaches about how to properly handle players who have suffered concussions.

Nowinski, who also works for a financial consulting firm outside of Boston, said he still struggles with the effects of his concussions. "I had severe memory problems for two years. Headaches for five, but they're pretty much under control now," he said. "I still feel like I don't recognize

**Will Tebow play?**
Latest coverage
**BALLARD:** Why the Tebow hit hits home
**EPSTEIN:** Family files suit for son's death
**MANDEL:** Can UF win without Tebow? Yes
**McCARTNEY:** More to UF-LSU than Tebow
**MENEZ:** Tebow's Heisman hopes at stake

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 106 of 331

faces well. It's very, very hard for me to remember anybody I've ever met. For some reason, faces never click -- even when I spend entire days with people."

It could have been worse. Nowinski could have ended up like former Patriots linebacker **Ted Johnson**, who told HBO's *Real Sports* that his depression is so severe that he can barely leave home. Or he could have ended up like former Eagles defensive back **Andre Waters**, who committed suicide in 2006 at age 44. Nowinski helped research Waters's case, and **Dr. Bennet Omalu** examined Waters's brain and determined that the tissue resembled that of an 85-year-old man. After also examining the brains of other former NFL players who died too young, Omalu came up with a name for a new disease: Neurofibrillary Football Linked Dementia, or NFL Dementia.

The NFL has disputed Omalu's findings, but they should be enough to give any football player pause after he takes a severe shot to the head. Florida coach Meyer said he has learned much about concussions in the past few years, and that's why the Gators are being so careful with Tebow. How careful? Aside from their team physicians and consultations by a neurosurgeon and a neurologist from UF's Shands teaching hospital, the Gators have consulted **Mickey Collins**, the assistant director of the Sports Medicine Concussion Program at the University of Pittsburgh.

"Concussions are much different than injuries like a sprained ankle," Meyer said. "Some injuries you want to test and have players push to recover from. With concussions, you don't push at all. It's not the first concussion we've had; probably our fifth or sixth year. Tim has been methodically doing what he is told."

It sounds as if Meyer has listened to his medical team. Collins can't speak about a patient he's treating, but he made it clear in a 2007 interview with PBS that concussions are delicate, complicated injuries.

"The minute I hear a clinician say, 'You've had a concussion, sit one week out, and you'll be fine,' is the minute I realize the clinician has no idea what they're talking about," Collins told PBS. "And if you try and shove this injury into a little cubbyhole, that's when you are going to make mistakes."

So what would convince doctors that Tebow can play Saturday? Cantu said doctors would first ensure that Tebow no longer has any telltale symptoms, such as headaches or blurred vision. According to Meyer, those symptoms disappeared last week. Doctors would also compare Tebow's memory and cognitive functions to baseline levels. Tebow last took a baseline test in June, and Florida uses the ImPACT testing system, as well as the Standard Assessment of Concussion (SAC), Balance Error Scoring System (BESS) and the Post Concussion System Scale (PCSS).

Doctors allowed Tebow to begin lifting weights on Monday. They allowed him to return to practice Tuesday, meaning Tebow had three practices to prepare to play. But because quarterbacks are off-limits to defenders at practice, Tebow has yet to take a hit. Meyer said doctors discussed testing Tebow with some light hits to the chest or back, but they decided against it during the Tuesday and Wednesday practices.

Such hits are standard procedure, Cantu said. If concussion symptoms return, the player is not ready to play. Cantu said Florida's medical staff has handled Tebow ideally so far, but he said placing Tebow in live game action without any preliminary postcontact testing could be risky.

"I suspect that what's going to happen if he does play is that he won't have taken any hits," Cantu said. "He's going to be given a gametime decision, but he's going to be doing it without knowing whether those kinds of hits will produce symptoms. And once you get the adrenaline rush of actually being in the game, then those symptoms tend to be overlooked by the athlete."

Nowinski said Florida's treatment of concussions has improved dramatically since Leak's situation three years ago. "I think Florida is up to speed," Nowinski said. "I don't think they necessarily were when I did myarticle on SI.com about Chris Leak. They're up to speed on the modern standards for return to play."

Still, Nowinski suggested that even if Tebow is cleared, he might be better off waiting another week. "If he's done all that, it's hard to make a good argument to not play him from the clinical side," Nowinski said. "I think, in the big picture and where this research is moving, there have been papers and research studies showing that the brain doesn't actually recover within that 7-to-10-day window as much as we think.... The big picture is if you're Tim Tebow and you have a huge future, erring on the side of caution isn't a terrible idea."

Nowinski hopes to add to that research. His Sports Legacy Institute has a partnership with Boston University to study concussions, and he said 200 athletes have agreed to donate their brains for research after their deaths. Nowinski hopes that eventually doctors will be able to cure post-concussion complications and prevent future concussions. At the moment, Nowinski is just happy that coaches have begun to treat concussions like the serious injuries they are.

"There's no question that greater awareness has led to people being held out longer," Nowinski said. "Some coaches are no longer fighting with their medical staff. We have to understand that no one's ever educated the coaches.... The coaches are on our side. They want players to be healthy and happy. No one has ever told them that concussions have to be treated differently than other injuries."

**Find this article at:**
http://sportsillustrated.cnn.com/2009/writers/andy_staples/10/09/tebow.concussion

# EXHIBIT 75

  

CENTER FOR THE STUDY OF TRAUMATIC ENCEPHALOPATHY

**Written Testimony of Christopher Nowinski**
Co-Director, Center for the Study of Traumatic Encephalopathy
Boston University School of Medicine

President and CEO, Sports Legacy Institute

Before Committee on the Judiciary
United States House of Representatives

Hearing on "Legal Issues Relating to Football Head Injuries"

Wednesday, October 28, 2009

Mr. Chairman, Ranking Member Smith, and Members of the Committee, thank you for the invitation to testify today on brain trauma in football, an issue that has become my life's work. My name is Chris Nowinski, and currently I am a Co-Director of the Center for the Study of Traumatic Encephalopathy at Boston University School of Medicine, and Co-founder, president, and CEO of the non-profit Sports Legacy Institute, or SLI, which is dedicated to solving the sports concussion crisis, and also a member of the board of directors of the Brain Injury Association of America.

 When it comes to my personal identity, I will always see myself as a former Harvard football player, and I hope this enables me to provide a unique perspective as a current brain trauma researcher, and post-concussion syndrome survivor. I began playing football in high school drawn in by the spectacle on television and the opportunity to hit people as hard as I wanted without getting in trouble. As a two-way player in high school and an All-Ivy League defensive tackle at Harvard, I probably hit my head over one thousand times a year from the ages of 13 to 21.

The concussions began happening at Harvard, and continued when I became a professional wrestler for World Wrestling Entertainment, where I played an arrogant Ivy League snob - another story for another time. My concussions began happening so frequently, and with such severe symptoms, that I was forced to retire at age 24. I was left with an unreliable memory, daily throbbing headaches, depression, and even developed a dangerous sleepwalking habit. The first seven doctors I saw couldn't figure out why my last concussion was so devastating and why I didn't bounce back.

It wasn't until I met Dr. Robert Cantu, my cofounder at SLI and now co-director at the Center at BU, who is also testifying here today, that I learned what had been happening to me. He was the first person to ask me "How many concussions have you had?"  I told him one. He was the first to also ask, "How many times have you been hit in the head and become confused, dazed, or considered yourself 'dinged?'" I said "Doc, that happens all the time." He said, "The symptoms you are experiencing are likely the result of cumulative trauma. In addition, the fact that you never took a day off for those injuries means that each one was more damaging than it needed to be.. Had you chosen to rest, you would have probably recovered by now."

That was the first I heard of cumulative damage, and the first I heard of resting concussions. There I was, 24 years old and a Harvard graduate, and I had no knowledge of the consequences of the brain trauma I experienced for eleven years.  When I signed up to play at age 13 and was allowed to ram my head into my friends for fun, no adult around me thought it was appropriate to give me the information and training I could have used to protect myself. I lost five years to those headaches, and only recently began enjoying waking up to face a new day again.  I first chose to dedicate my life to this issue because I don't want to see that happen to others.

2

But while there is a 'concussion crisis' in football, I've only recently realized the scope of the true elephant in the room, that of Chronic Traumatic Encephalopathy, or CTE, a degenerative brain disease caused by the thousands of hits that football players, and other athletes like boxers, hockey players, and soccer players, receive in the course of a sports career.

My colleagues testifying here today, Dr. Cantu and Dr. Ann McKee, will explain to you the nature of this devastating disease.

In layman's term, hitting your head thousands of times appears to create a disease that slowly and quietly causes your brain cells to die. It may be happening inside my head right now. If it is, once it reaches a tipping point, I'll begin showing symptoms that are cognitive, emotional, and behavioral. I'll begin changing, I'll begin losing control, and I'll begin losing myself. If I don't die from the cognitive and emotional problems that lead CTE sufferers to hearing voices, drug problems, and suicide, I will die with dementia that may last 30 years, and bankrupt my family, if they haven't left me already because of my uncontrolled aggression and violence.

I don't know if I have CTE, and it doesn't really matter, because today we cannot diagnose it while someone is alive.  We cannot treat it and we cannot cure it.  Today, we can only prevent it, but to do this we have to dig deep and find the will, because this Friday night, in small towns across America, you can be sure we are creating it.

We have no idea how widespread the disease really is. Dr. McKee has diagnosed it post-mortem in 11 of 11 former college and professional football players that died at ages ranging from 37-82. It has been found in men like Andre Waters, Tom McHale, John Grimsley, Wally Hilgenberg, Terry Long, Justin Strelczyk, Mike Webster, Mike Borich, and Lou Creekmur. The early stages of the disease have even been seen in an eighteen year-old former football player. It is certainly not 100% of football players that competed eight or more years, but it is certainly not a small percentage.

Today we can decide upon a denominator to elevate our level of urgency. If the next 89 brains we examine are negative for CTE, and only 11 of 100 football players suffer from this disease, is it still a problem? I think we'd all agree that yes, if 11% of athletes develop a devastating progressive brain disease solely because they chose to play a contact sport like football, we have a catastrophic problem. I can guarantee we won't find 89 healthy brains in a row, because we have yet to find one, so the only question left is, do we have the will to take action?

The public discussion, and the primary focus of these hearings, has been on the professional game, which is appropriate due to its visibility and prominence. The NFL sets the standard for the rest of football and their players are the role models for our young people.

3

It is also appropriate because the NFL has been the loudest and most significant voice dismissing the evidence that there is a problem in football.  I don't know why they are so critical.  Based on the research their own Mild Traumatic Brain Injury Committee has conducted, I am confident they are not sticklers for scientific truth.  Whatever their motivation, for the last five years they have been a major impediment to children and parents learning about this disease, and taking steps to prevent it.

Some parents still see the NFL as something romantic, rather than simply another business owned by billionaires.  Therefore, they still believe the NFL when they doubt the research on CTE, and they still sign up their kids with the dream of them becoming NFL stars, blind to the risks of the game.

As someone who showed up to class in college, I can tell you that when NFL spokespersons refute the risk of CTE by saying to the New York Times, "There are a great many people who have played football and other contact sports for many years and at high levels who do not appear to have suffered these types of deficits," they are being intellectually dishonest.  People smoke and don't get lung cancer, but enough people do that if I lit up a cigarette in this room right now people would get angry and I'd be fined.  Those at the NFL who give those quotes are not stupid, so belittling this important research with such pithy comments is something sinister, a choice to intentionally mislead the public about the risk that playing football has to their health.  As someone who really could have used that information when choosing to play the game, it makes me more than a little upset.

So as we move forward, I hope we can recast this issue as a public health crisis. We must remember that 95% of football players are under the age of 18 and under the age of consent, so the idea that "we know what we are getting into" is erroneous.

- We must also remember that this affects millions of young boys. In fact, one in eight high school boys play football in America, and millions more participate at the junior high and elementary levels.
- We must remember that the young, developing brain is more sensitive to trauma.
- We must remember that younger players have weaker necks than adults, making head trauma more damaging to the brain. In fact, a recent study out of the University of Illinois actually found high school players take greater forces to the brain than college players.
- We must remember that most concussions, perhaps as many as 90%, go undiagnosed.
- We must remember than nearly half of players, even when diagnosed, return-to-play too soon, before their brains have had the chance to recover physiologically.

4

- And we must remember that most children don't have access to medical care or oversight at football practices and games. Less than half of high schools have athletic trainers.

As we try to assess the options available to us, we must remember that the game of football has not always been played as it is today.  In fact, the most consistent aspect of the game has been change.  In 1905 the game was so dangerous, regularly killing participants, that President Theodore Roosevelt summoned the coaches of Harvard, Yale, and Princeton to Washington D.C. for a summit on how to make the game safer and threatened to take action in the absence of significant reform.

Out of that meeting came the American Intercollegiate Football Rules Committee, and that Committee, among other things, legalized the forward pass and made other changes to eliminate dangerous collisions. Over and over, football has had to be changed to be made safer, but now we face a new challenge. CTE is a deceptive, quiet killer. The disease begins during a player's career and then hides, quietly killing brain cells until the athlete begins showing symptoms years later.

Football collisions may now be more dangerous to the brain than ever with the combination of bigger, stronger, and faster players and hard-shelled helmets that are often used as a weapon to initiate contact, creating a type of repetitive trauma to the brain that has never existed before.

The discovery of CTE inside the brains of so many ex-football players has shown us that it may be time for new change, and a new Committee. Except this time, it is a Committee to Save Football. In light of the new evidence of CTE in 100% of players studied at Boston University's Center for the Study of Traumatic Encephalopathy, it seems appropriate that we again reevaluate how we play the game of football before the 2010 season and at all levels of play: youth, high school, college, and professional.

If we can agree that the game is broken and needs to be fixed, we can pursue a number of paths to a safer game **without fundamentally changing football.** This morning we posted a 10 Point Plan to Save Football on the website of the Sports Legacy Institute at www.sportslegacy.org. The proposals include 10 different avenues to create a safer game. The first proposal, to reevaluate how we practice -how often we allow players to hit and the drills we use - could cut the number of blows to the head in half. Combined, the ten point plan could easily eliminate 75% of brain trauma and concussions.   All can be enacted by the 2010 season. It is simply a question of leadership.

5

Part of the reason I have a voice in this debate, apart from my personal and professional experiences, is that in this debate I've always been reasonable, and when I've said the problem is worse that we realize, unfortunately I've been proven right. And with that in mind, I urge you to take swift action to change the course of this problem. This is not hyperbole, this is not exaggeration, this is not an emotional plea. This is a unique opportunity to change the course of the lives of millions of young men and women and to cut off a growing public health problem at the pass.

So much of this battle has mirrored the Big Tobacco problem of the last 50 years. I ask you, if you were able to create all the smoking laws and awareness we have today back in the 1950's, when the first conclusive pathological research was done linking smoking to lung cancer and cardiovascular disease, would you choose to save those millions of people who did not understand the risks of smoking?

In this case, we are dealing with children, and we are dealing with a problem that can be significantly remedied quickly and cheaply tomorrow. We just have to decide if we have the will.

6

# EXHIBIT 76



[PRINT] **ESPN.com:** OTL                    [[Print without images]]

Tuesday, December 8, 2009
Updated: December 9, 11:45 AM ET

# Doctors: Wrestler had brain damage

By Greg Garber
ESPN.com

In 2007, professional wrestler Andrew "Test" Martin was interviewed for a soon-to-be-released documentary titled "The Circus: Live Fast, Die Young."

"I just turned 32 years old and went to eight funerals this year," Martin said at the time in his mild Canadian accent, sweat bathing his handsome features. "Do I want to join that club? Hell, no, I don't want to join that club.

"So either you clean up, straighten up -- or lay down beside them."



Seventeen months later, on March 14, 2009, Martin was found dead in his Tampa, Fla., condominium at age 33. The Hillsborough County medical examiner later ruled that the 6-foot-6, 280-pound specimen died of an accidental overdose of oxycodone, the addictive ingredient found in the painkiller OxyContin.

Martin's story was yet another tragic case of a wrestler who suffered ongoing emotional and substance-abuse problems and met an untimely end. The most striking example of that genre was 40-year-old Chris Benoit, who according to authorities in Georgia strangled his wife and 7-year-old son before killing himself in June 2007.

*Andrew "Test" Martin, shown here in December 2006 wrestling Bobby Lashley, died in March of an accidental drug overdose.*

The deaths of Benoit and Martin, who wrestled for World Wrestling Entertainment from 1998 to 2004 and 2006 to '07, were widely ascribed to the culture of professional wrestling, steroids use and personal problems, but the doctor who examined both of their brains said they are bound by a more fundamental trait.

Dr. Bennet Omalu, co-director of the [Brain Injury Research Institute], told ESPN.com on Monday that Martin suffered from brain damage -- a syndrome he has defined as chronic traumatic encephalopathy -- stemming from repeated blows to the head. Martin is the second former wrestler to be linked to CTE; Benoit was the first.

Omalu said he conducted an analysis of Martin's brain tissues back in April and discovered excessive amounts of tau proteins similar to those he found in Benoit -- and now a rising total of 20 dead athletes. This same chemical imbalance is found in a number of former boxers and known as dementia pugilistica or punch-drunk syndrome. The brains of Benoit and Martin, Omalu said, resembled those of Alzheimer's patients more than twice their age.

"After repeated blows to the head, at some point the brain loses the ability to heal itself," Omalu said from his home office in California's Napa Valley. "The tau impairs normal brain function and kills brain cells. The delicate balance of the neurotransmitters, which control moods and drives and maintains satiety, can be destroyed."

Omalu first discovered CTE in the brain of former Pittsburgh Steelers center Mike Webster in 2002. The Hall of Famer died of a heart attack but had long suffered from depression, memory loss and erratic behavior. Omalu believed that these symptoms could be traced to the estimated 25,000 collisions Webster incurred playing for 17 seasons in the NFL.



Terry Long, a Steelers guard, died in 2005 at age 45 after drinking antifreeze. He was Omalu's second confirmed case of CTE in an NFL player. Philadelphia Eagles safety Andre Waters, who died of a self-inflicted gunshot to the head, was the third in 2006.

Dr. Julian Bailes, Omalu's co-director at the Brain Institute and the chairman of the department of neurosurgery at West Virginia University School of Medicine, announced the Benoit findings at a news conference in September 2007 in New York. Bailes believes the Martin case is similarly significant.

**Dr. Bennet Omalu said he conducted an analysis of Martin's brain tissue.**

"People wondered if Mike Webster was an isolated event," Bailes said from his office in Morgantown, W.Va. "And then came Terry Long and Andre Waters. When we announced our findings about Chris, some in the media said it was 'roid rage. We said at the time the real finding was that repeated head trauma was the cause.

"With Andrew Martin as the second case, the WWE and the sport in general have to ask themselves, 'Is this a trend?' The science tells us that jumping off 10-foot ladders and slamming people with tables and chairs is simply bad for the brain."

In response, the WWE issued this statement:

"While this is a new emerging science, the WWE is unaware of the veracity of any of these tests, be it for Chris Benoit or Andrew Martin. Dr. Omalu claims that Mr. Benoit had a brain that resembled an 85-year-old with Alzheimer's, which would lead one to ponder how Mr. Benoit would have found his way to an airport, let alone been able to remember all the moves and information that is required to perform in the ring.

"WWE has been asking to see the research and tests results in the case of Mr. Benoit for years and has not been supplied with them."

According to Bailes, the Brain Institute has never received a request from the WWE to see the Benoit records. He invited the WWE to review the data at any time.

A WWE spokesman also pointed to the company's Talent Wellness Program that is summarized on the corporate Web site. It includes mandatory testing of brain function by all talent, specifically the ImPACT concussion management used by the NFL and other leagues that is overseen by WWE medical director Dr. Joseph Maroon, who has been the Steelers' neurosurgeon for more than 25 years.

**A failure to cope**

Dawn Marie performed as a manager and a wrestler for more than a decade. Last year she founded Wrestlers Rescue, a nonprofit foundation that looks after retired wrestlers.

She said Benoit was a close friend and that she knew Martin.

"I grew up with these people," Dawn Marie said. "It's devastating to think that their career choices -- and their passion, which is the same as my own -- destroyed them from the inside out, literally.

"In this business, we are constantly hitting our heads. I didn't wrestle a fraction of what they did, and I feel the pain every day. I can't imagine what they felt."



Martin learned the craft of wrestling from fellow Canadian Bret "The Hitman" Hart. He began in professional wrestling in 1997 as "Martin Kane" and "T.J. Thunder" in the independent promotions of Canada. But Martin hit the big time a year later when he debuted for the then-World Wrestling Federation playing the role of bodyguard for the band Motley Crue. Two months later, in support of WWF champion The Rock, Martin went after rival Triple H.

Soon he began appearing with the name "Test," slang for testosterone. In one scripted scenario, he was a member of the Corporation, a group of wrestlers known for wielding 2-by-4s in the ring. Martin went on to win the WWF's European, Intercontinental and Tag Team championships. In 2004, after a neck injury, he underwent spinal fusion surgery and was later released by the WWE.

Martin returned to the WWE in 2006 but was suspended for 30 days in 2007 for violating the company's Talent Wellness Program when he tested positive for testosterone. He eventually was released from his contract. Martin was arrested in Florida for driving under the influence in

The researchers say wrestler Chris Benoit, who strangled his wife and 7-year-old son before killing himself in June 2007, also showed signs of brain trauma.

the fall of 2007 and again in the spring of 2008. According to a time line provided to the St. Petersburg Times by the WWE, Martin spent time in a West Palm Beach, Fla., rehabilitation facility in August 2008 at the company's expense, even though he was not under contract. His father, Robert Martin, told the Times his son had been addicted to painkillers for years. Between October and December of that year, Martin kept in touch with WWE executives and attended support group meetings. He last wrestled in Japan in January.

"When I talked with his parents, they confirmed manic depressive behavior," Omalu said. "They said he just couldn't cope. They didn't think it was their son. They didn't understand what had happened.

"Andrew Martin manifested symptoms of CTE. That's what happened."

Dawn Marie, sitting in her Woodbridge, N.J., home, sounds like she is crying.

With the help of a reporter, she is calculating the "bumps" -- the euphemism wrestlers use to describe each choreographed fall -- to the head she took in five years of active professional wrestling. A main-act performer can do 250 to 275 shows a year, including training and perfecting dangerous maneuvers, plus an intense match of between four and 10 minutes. If there are, say, 20 bumps a day -- "and that's very, very conservative," Dawn Marie noted -- that works out to some 5,000 blows per year and more than 20,000 for her brief career in the ring.

"Oh, my God," she said, voice quavering. "I wonder what's going on in my brain right now. I'm so

shaken up."

Doing the math, she speculated that Benoit and Martin could have endured more than 50,000 blows to the neck and head during their careers.

"I'm just floored," said Dawn Marie, a single mother. "You're telling me that people in my life are brain-damaged because of what we do for a living. That's really sad to me. It's just our ignorance. A child doesn't know that fire can hurt them until they put their finger in the flame."

**Growing consciousness**

When Omalu cited CTE as a factor in Webster's demise in a 2005 edition of the Neurosurgery journal, the NFL essentially dismissed him. Three doctors, all in the employment of the league, called for a retraction.

In 2006, a federal appeals court upheld a ruling by a lower court that the NFL wrongfully denied Webster disability benefits and ordered the payment of between $1.5 million and $2 million to his estate.

Gradually, the league has come to recognize the dangers of concussions and repeated head trauma. In 2007, incoming NFL commissioner Roger Goodell presided over the league's first summit on concussions. Last week he sent a memo to all 32 teams outlining a stricter concussion protocol. Players who suffer a concussion and display certain signs and symptoms should not return to a game, he wrote; previously, the standard was losing consciousness. Additionally, teams were required to consult with independent neurologists, rather than relying solely on their own doctors in assessing concussion cases.

In two recent high-profile cases, quarterbacks Ben Roethlisberger and Kurt Warner of the Steelers and Cardinals, respectively, sat out games with concussion symptoms.

Bailes, who was the Steelers' team physician for 10 years, was also Webster's doctor after he retired. He testified in October before the House Judiciary Committee about the issue of head trauma, a hearing that raised the profile of concussions and their fallout.



Dr. Julian Bailes believes the Martin case is similarly significant to the Chris Benoit findings.

"As far as the NFL goes, I think we've moved past the point of them not believing us," Bailes said. "The findings and corroboration that CTE is real, I think, has led to the realization that we must change the way the sport is played.

"We aren't trying to ban the sport; we're trying to make it better. Wrestling ought to take note of that. The story of Andrew Martin should be a wake-up call for people involved in another very popular sport that repeated impacts on the brain are not a good thing."

A comprehensive story by Jeanne Marie Laskas in the October issue of Gentlemen's Quarterly shed further light on the work of Bailes and Omalu.

Omalu said he is encouraged by the decisions of Roethlisberger and Warner to stand on the sideline, but he warns that concussions are not the only problem. The cumulative effect of lesser but still-substantial blows, he stressed, also can cause long-term damage.

Wrestling lost another performer when Eddie Fatu, aka Umaga, died Friday in Houston at age 36. He reportedly suffered a series of heart attacks.

"We were having fun and laughing with him in October," Dawn Marie said. "It's really so sad to bury so many friends. Dying young … it's almost become acceptable, which is disgusting to me.

"Did Eddie suffer from depression? Yes. Did he have the tau in his brain? I hope they test his brain tissue to find the answer. There's an epidemic here, and we have to find out why."

Omalu, a deeply religious man, rises each day at 3 a.m. He is passionate about the forensic pathology he practices on behalf of the Brain Injury Research Institute, but five hours later he heads to his day job as the chief medical examiner of San Joaquin County in California.

He was asked what he was thinking when he discovered CTE in the brain tissue of Martin.

"What flashed through my mind?" he asked in his substantial Nigerian accent, voice rising in pitch near the end of an hourlong conversation. "I thought of Vince [McMahon], the CEO of WWE on CNN, denying the existence of CTE -- just like the NFL did.

" … When I discovered Andrew Martin was positive, I was overwhelmed as well. I'm trying to make a difference in the lives of these people.

"Denying that these athletes are at risk is wrong."

*Greg Garber is a senior writer for ESPN.com.*

---

# EXHIBIT 77

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 121 of 331

# Report: Another Pro-Wrestler Had Serious Brain Condition, Same as Chris Benoit

*By Joe Burgett, Senior Writer*  Dec 9, 2009

SHARE

TWEET

Use your ← → (arrow) keys to browse more stories

NE

Report: Another Pro-Wrestler Had Serious Brain Condition, Same as Chris Benoit

**4.0K**
Reads

**15**
Comments

In a less than shocking story, it is being reported from ESPN and doctors who studied former WWE and TNA talent Andrew "Test" Martin, that he had the same brain condition Chris Benoit apparently suffered from, called chronic traumatic encephalopathy(CTE).

Dr. Bennet Omalu, who is co-director of the Brain Injury Research Institute, was the man who studied Martin's brain. Omalu told ESPN.com that Martin

suffered from brain damage—more specifically a syndrome he has defined as chronic traumatic encephalopathy, which stems from repeated blows to the head. Martin is the now the second former wrestler to be linked to CTE; as we know, Chris Benoit was the first.

Omalu mentioned that he conducted an analysis of Martin's brain tissues back in April and found excessive amounts of tau proteins similar to those he found in Benoit and in all the other athletes who he diagnosed the same brain issue. There is now a rising total of 20 dead athletes.

People should keep in mind that this is not just wrestlers who have this issue, as he mentioned 20 athletes are dead from it, but only two wrestlers have been diagnosed with it thus far. Benoit's brain issue forced him to kill his wife and child along with himself after he made it worse with drugs and stress of daily life. However, Martin died from a drug overdose not trying to kill himself or anyone around him.

This could mean that Benoit had a far worse form of CTE, which made him go nuts. Former wrestlers who worked with Benoit said that he was a nice guy and very helpful, a great friend and family man. One would think that because of that, he didn't have a brain issue whatsoever, especially knowing he traveled with these men and women and never blew up on them.

It could have been that he didn't use drugs with them, but on his own when no one was around. Therefore, once he did use them, along with being

drunk and having this brain issue which made things far worse, he blew up for the first time when someone was around. Sadly the people there in his path were his wife and child.

I am not making excuses for what Benoit did, but if this brain issue is as bad as what the doctors are making it out to be, then a simple thing like getting drunk could make a person with this condition, especially an athlete, a crazed mad man.

Omalu mentioned that this condition seems to be a lot more common in the world of boxing, which makes sense seeing as the point is, in most boxers' minds, to knock someone out.

Blows to the head are highly common in this sport, and most boxers mistake CTE for being "punch-drunk" syndrome, but that is not something to blame them for as this is really a new thing that not many outside of the medical world, more so the brain experts world, have heard of.

Omalu mentioned, "After repeated blows to the head, at some point the brain loses the ability to heal itself. The tau impairs normal brain function and kills brain cells. The delicate balance of the neurotransmitters, which control moods and drives and maintains satiety, can be destroyed."

This means that because Benoit could have had a serious case of this brain disease, he didn't really know what he was doing at the time he killed his wife and child along with himself, which is incredibly sad, if you ask me. Had he known and was able to control himself, he probably wouldn't have done it. Of course, no one knows about that now, I guess.

Report: Another Pro Wrestler Had Brain Damage Similar to Chris Benoit | Bleacher Report

Omalu said he first discovered CTE in the brain of former Pittsburgh Steeler center Mike Webster in 2002. The Hall of Famer died of a heart attack but had long suffered from depression, memory loss, and erratic behavior. Omalu believed that these symptoms could be traced to the estimated 25,000 collisions Webster incurred playing for 17 seasons in the NFL.

The concussions also play a big part in sports today, especially in the NFL. Some like Troy Aikman had to retire because of the amount of concussions he sustained. Aikman was smart to do so, because as a QB you are going to get hit, its a part of the game. And if you are susceptible to head injuries, why keep playing?

This is something a lot of pro-wrestlers just don't think about. A lot of them keep working even after concussions. Half the time matches are not stopped as long as a wrestler can get up and continue, which is very, very bad.

The NFL, luckily, has started to batten down the hatches on concussions, making it where players cannot go back into a game if they sustain a head injury of any kind, such as a concussion. If it is a concussion, then the player must be tested by doctors outside of the team and the reports from the doctor will be sent to the NFL offices.

This is far better for the player's health, where it is in the doctors hands on whether they play or not, and the player will want to play no matter what, even if they are hurt.

Going back to wrestling, when you think about it,

these wrestlers sort of do the same thing and a lot of the time the promotions will make them wrestle even when they are not supposed to. Brock Lesnar mentioned that he had to wrestle with three broken ribs for months because he just became WWE Champion. Is that really a good thing? I don't think so.  Have them take time off for God's sake!

Times have changed since then, thankfully, as the WWE rarely lets wrestlers go out and wrestle with a broken anything, unless it is small like a finger or something. There have been times where people like Matt Hardy wrestled with a cast on their arm. However, because the bone was protected he was safe to do so.

Back to Omalu's findings.

He found that most who died from CTE died in a terrible way; from things that you just don't see out of many people, especially athletes. Such as Terry Long, another former Steeler who died from drinking antifreeze in 2005, and former Eagles safety Andre Waters who died of a self-inflicted gunshot to the head in 2006, just to name a few.

These people are dying simply because they don't know what they are doing, or how to stop it, which is why they are making the crazy decisions we are seeing, with some real stupid ones resulting in death.

Omalu's partner, the co-director of the Brain Injury Research Institute and chairman of the department of neurosurgery at West Virgina University School of Medicine, Dr. Julian Bailes, made a statement regarding the findings of Martin, saying:

"People wondered if Mike Webster was an isolated event. And then came Terry Long and Andre Waters. When we announced our findings about Chris, some in the media said it was 'roid rage. We said at the time the real finding was that repeated head trauma was the cause. With Andrew Martin as the second case, the WWE and the sport in general have to ask themselves, 'Is this a trend?' The science tells us that jumping off 10-foot ladders and slamming people with tables and chairs is simply bad for the brain."

The WWE responded to Bailes, saying:

"While this is a new emerging science, the WWE is unaware of the veracity of any of these tests, be it for Chris Benoit or Andrew Martin. Dr. Omalu claims that Mr. Benoit had a brain that resembled an 85-year-old with Alzheimer's, which would lead one to ponder how Mr. Benoit would have found his way to an airport, let alone been able to remember all the moves and information that is required to perform in the ring. WWE has been asking to see the research and tests results in the case of Mr. Benoit for years and has not been supplied with them."

According to Bailes, the Brain Institute has never received a request from the WWE to see the Benoit records. He invited the WWE to review the data at any time they wish.

This would give the WWE a chance to back up what they say, however, how would they do their own tests any better than the Brain Institute? These men and women are experts on the brain, something guys like Vince McMahon cannot say they are.

Sure, the WWE has their doctors, but I can't really wrap my brain around what the WWE is trying to accomplish here. The Brain Institute called them out on a legitimate issue, the WWE's answer is that they want to do their own tests?

Why don't they work closely with the experts here for once, instead of being defensive on this issue? Just something we need to think about.

A WWE spokesman also pointed to the company's Talent Wellness Program that is summarized on the corporate website. It includes mandatory testing of brain function by all talent, specifically the IMPACT concussion management used by the NFL and other leagues that is overseen by WWE medical director Dr. Joseph Maroon, who has been the Steelers' neurosurgeon for more than 25 years.

Shouldn't we think about the last line? The Steelers' neurosurgeon? Didn't we just see a few people from that team on the list above who has the same condition? Did Maroon see this condition in them? No. So what makes you think he will see it in any other?

This man is said to be a great doctor, and he probably is. But, apparently he is not an expert on this condition.

But, it's not just the WWE that felt a little defensive by the claims of the Brain Institute, the NFL got defensive in the beginning. According to ESPN:

"When Omalu cited CTE as a factor in Webster's demise in a 2005 edition of the Neurosurgery journal, the NFL essentially dismissed him. Three

doctors, all in the employment of the league, called for a retraction.

"In 2006, a federal appeals court upheld a ruling by a lower court that the NFL wrongfully denied Webster disability benefits and ordered the payment of between $1.5 million and $2 million to his estate.

"Gradually, the league has come to recognize the dangers of concussions and repeated head trauma. In 2007, incoming NFL commissioner Roger Goodell presided over the league's first summit on concussions."

Last week, Goodell sent a memo to all 32 teams outlining a stricter concussion protocol, that I mentioned earlier.

Bailes testified in October before the House Judiciary Committee about the issue of head trauma, here is what was said:

"As far as the NFL goes, I think we've moved past the point of them not believing us. The findings and corroboration that CTE is real, I think, has led to the realization that we must change the way the sport is played.

"We aren't trying to ban the sport; we're trying to make it better. Wrestling ought to take note of that. The story of Andrew Martin should be a wake-up call for people involved in another very popular sport that repeated impacts on the brain are not a good thing."

This is something that makes a ton of sense, if you ask me. The people are trying to make sure the

athletes in wrestling and football are taken care of and the head is not something dismissed.

Omalu also mentioned that he would love to see Eddie Fatu's brain, to possibly see if there is a similar problem. Fatu died recently, and because of the way he died, Omalu felt that he may have been positive for a brain problem.

Dawn Marie, a friend to Fatu and founder of Wrestler's Rescue was asked about him.

"Did Eddie suffer from depression?"

She said, "Yes."

Did he have the tau in his brain? I hope they test his brain tissue to find the answer. There's an epidemic here, and we have to find out why.

Omalu said that this is a massive problem and "denying that these athletes are at risk is wrong." Which I feel we can all agree with.

But, what do you think? Is this just some issue that these men and women at the Brain Institute are bringing up to make money, or is it a legit issue that should be recognized?

# EXHIBIT 78

# Chris Nowinski releases statement on head trauma and pro wrestling

By *David Bixenspan* ☐ *@davidbix* on *Dec 9, 2009, 5:37p*    +



☐ TWEET                    ☐ SHARE


Chrisnowinski_medium

> *To the professional wrestling community:*

*I was saddened today, but not surprised, to learn that Andrew "Test" Martin was suffering from Chronic Traumatic Encephalopathy (CTE), a progressive degenerative brain disease caused by repetitive trauma, when he passed away. I had the honor of wrestling Test on multiple occasions and he had my respect both as a performer and as a person.*

*Most wrestlers and wrestling fans are aware that since retiring from WWE due to multiple concussions, I have dedicated my life to the study, treatment, and prevention of CTE. Our non-profit Sports Legacy Institute (SLI) was responsible for the diagnosis of CTE in Chris Benoit in 2007, the first professional wrestler diagnosed with CTE. In 2008 I teamed up with the top researchers in this field to start the Center for the Study of Traumatic Encephalopathy (CSTE) at the prestigious Boston University School of Medicine. Along with Dr. Ann McKee, Dr. Robert Stern, and Dr. Robert Cantu we have now analyzed the brains of over twenty athletes, and are beginning to develop an advanced understanding of this disease*

*More importantly over 225 active and retired athletes have volunteered to be part of a longitudinal study on CTE. By enrolling in our CONTACT study at the CSTE at Boston University School of Medicine, they will be committing to donating their brain to CTE research after death. CONTACT members also agree to update their medical and trauma histories annually with the CSTE by phone. This study will enable the CSTE to obtain more accurate and detailed histories of donors and compare them to future pathological findings, eventually allowing us to understand the specific risk factors and clinical course of CTE.*

*Over 20 wrestlers have already enrolled or recently*

*pledged to join the study, including Rob Van Dam, Matt Morgan, Lance Storm, Ken Kennedy, Molly Holly, Tony Garea, Antonio Thomas, Dawn Marie, Kevin Fertig, and other big names who at this point choose to remain anonymous. The only group of professional athletes so far with a greater commitment to this research is NFL players, with over 60 current and retired players involved.*

*Considering how the CSTE's research combined with SLI's advocacy were able to convince the NFL last month to completely change their approach to both concussions and lower-impact repetitive brain trauma, Test's tragic death provides an opportunity to create change and to prevent this from happening to others.*

*I would like to encourage current and former professional wrestlers to become part of the research that we expect will eventually lead to treatment and a cure for CTE. I am enrolled and will be donating my brain to help my former colleagues. I hope you will choose to join me and over 20 other members of our fraternity in this important endeavor.*

*Chris Nowinski*
*cnowinski@sportslegacy.org*

*To enroll, call*
*Megan Wulff, MPH*
*Research Coordinator*
*617-638-6143*
*mawulff@bu.edu*

*To learn more, visit www.sportslegacy.org*

## More from Cageside Seats

# EXHIBIT 79

2/5/2016 PWTorch Concussion News: Former WWE wrestlers to donate brains for research, Nowinski responds to ESPN's report on Andrew Martin

Case 3:15-cv-01074-JAM Document 183-1 Filed 08/01/16 Page 135 of 331



CONTACT ● ABOUT ● FACEBOOK ● TWITTER ● PODCAST ● IPHONE APP ● ANDROID APP ● AMAZON APP ● RSS    VIP SIGN-UP    VIP LOG-IN

Pro Wrestling Torch Reaches The Most Wrestling Fans Every Week: #1 in iTunes ● #1 on iPhone and iPad ● #1 on Android ● #1 on Kindle



GOT THE PWTORCH APP YET?
•iPhone & iPad
•Android
•Amazon Kindle
•Windows Phone



WWE News

Concussion News: Former WWE wrestlers to donate brains for research, Nowinski responds to ESPN's report on Andrew Martin

Dec 9, 2009 - 3:05:21 PM

PLEASE TAKE A MOMENT TO BOOKMARK US & VISIT US DAILY

1

**By James Caldwell, Torch assistant editor**

Former WWE wrestler Chris Nowinski issued a memo to the Torch today listing several former WWE wrestlers who have agreed to donate their brains following death to aid the research of brain trauma from repeated blows to the head.

"Over 20 wrestlers have already enrolled or recently pledged to join the study, including Rob Van Dam, Matt Morgan, Lance Storm, Ken Kennedy, Molly Holly, Tony Garea, Antonio Thomas, Dawn Marie, Kevin Fertig, and other big names who at this point choose to remain anonymous," Nowinski said in a memo. "The only group of professional athletes so far with a greater commitment to this research is NFL players, with over 60 current and retired players involved."

Nowinski issued the memo in response to ESPN's report that Andrew "Test" Martin showed signs of long-term brain damage as a result of repeated trauma to his head during his wrestling career.

"I was saddened today, but not surprised, to learn that Andrew 'Test' Martin was suffering from Chronic Traumatic Encephalopathy (CTE), a progressive degenerative brain disease caused by repetitive trauma, when he passed away," Nowinski said. "I had the honor of wrestling Test on multiple occasions and had my respect both as a performer and as a person."

Nowinski is encouraging current or former pro wrestlers to consider enrolling in a Boston University study that aims to find potential risk factors to better understand the issue and also to find a "clinical course" for drug-related treatment.

Nowinski closed his memo: "I would like to encourage current and former professional wrestlers to become part of the research that we expect will eventually lead to treatment and a cure for CTE. I am enrolled and will be donating my brain to help my former colleagues. I hope you will choose to join me and over 20 other members of our fraternity in this important endeavor."

**FYI:** Nowinski, as the president of the Sports Legacy Institute, is dedicated to studying the issue of head trauma in sports. He was recently quoted on an "Outside the Lines" report by ESPN related to NFL's handling of the concussion issue.

Nowinski is encouraging pro wrestlers to enroll in the research study by contacting Megan Wulff at 617-638-6143 or emailing mawulff@bu.edu.

1

**We suggest these recent related articles...**

- WWE NEWS: Superstars SPOILERS - Results from Chicago Raw
- WWE NETWORK: Monday, Oct. 12 Schedule - Raw pre-show, Sting DVD preview
- WWE NEWS: Lana & Rusev reportedly engaged - follow the interesting 2015 timeline



NEW! SIGN UP FOR FREE PWTORCH BREAKING NEWS EMAIL

[email address]

Subscribe

BECOME A PWTORCH VIP MEMBER

-FORMER MEMBERS LOGIN HERE TO RENEW
-NEW MEMBERS CLICK HERE TO SIGN UP

SELECT BY ARTICLES CATEGORY

[JUMP TO CATEGORY]

SEARCH PWTORCH.COM

[          ] [Go]
[All Categories]



Divorced For Being Too Old

See Her Revenge Makeover



CLICK HERE FOR LIST OF UPCOMING WRESTLING EVENTS

MORE HEADLINES AT AFFILIATE SITES
Loading...



LATEST HEADLINES - CLICK TO READ

- MMATorch Podcast 2/4/16: Penick and Ennis on UFC main event change on Fox 18, much more
- Tim Means maintains innocence on USADA violation: "I'm losing sleep because I don't know where it's at"
- Anderson Silva thinks Chris Weidman deserves rematch with Luke Rockhold, "I think it's fair"
- D. FOX: Preliminary card preview for UFC Fight Night 82 "Hendricks vs. Thompson"
- Nate Marquardt meets Thiago Santos at UFC's planned May 14 event with Torres
- UFC on Fox 19 reportedly adds rematch between Rose Namajunas and Tecia Torres

CLICK HERE FOR MORE MMATORCH HEADLINES

# EXHIBIT 80

# *Wrestling Observer Newsletter*

*PO Box 1228, Campbell, CA 95009-1228*      *ISSN10839593*                                    *December 14, 2009*

**UFC ULTIMATE FIGHTER FINALS**

| | |
|---|---|
| Thumbs up | 32 (32.0%) |
| Thumbs down | 20 (20.0%) |
| In the middle | 48 (48.0%) |

**BEST MATCH POLL**

| | |
|---|---|
| Roy Nelson vs. Brendan Schaub | 45 |
| Frankie Edgar vs. Matt Veach | 37 |
| Kimbo Slice vs. Houston Alexander | 10 |

**WORST MATCH POLL**

| | |
|---|---|
| Kimbo Slice vs. Houston Alexander | 56 |
| Matt Hamill vs. Jon Jones | 14 |

Based on phone calls, e-mails and fax messages to the Observer as of Tuesday, 12/7.

Edward "Eki" Fatu, better known as Umaga, passed away on 12/4 in a Houston hospital after two massive heart attacks at the age of 36.

At press time, no autopsy report has been revealed listing any reasons for the heart attack. Fatu, was 350 pounds while on his Australia tour with Hulk Hogan and Ric Flair last week, a little heavier than his WWE heyday. He grew up a member of one of the most famous modern pro wrestling families and was generally regarded as the most talented worker of the bunch.

As Umaga, he was in the real main event on the biggest pro wrestling event of all-time, WrestleMania 23, where he faced Bobby Lashley in a match with Vince McMahon's hair up against Donald Trump's hair, a gimmick that resulted in a record setting 1,250,000 buys on PPV. He also headlined PPV events against HHH and John Cena, among others, but his career never reached the levels it should have, After the big event, he was out with an injury and never fully got untracked into his Smackdown title match program with The Undertaker that was planned. He was also suspended at one point for his name coming up in the Signature Pharmacy raid, showing that Growth Hormone had been being sent to him. When he returned, he lost some size, but gained it around the middle and had slowed down. Still, he was having a series of great matches with Jeff Hardy that was the final impetus in Hardy's breaking through as a top of the line star. Fatu's tenure in the company ended in June, when he was fired after failing a drug test and refusing to go to rehab.

His problems persisted after leaving the company. Over the past several days, several different people who have tried to book him to work on shows noted that he seemed out of it, and would be slurring his words and reacting slowly in conversations. He hadn't been working a lot, as he was expecting to go to All Japan Pro Wrestling, but the wrestling economy has worsened and they couldn't afford him

He had reached an agreement to return to WWE shortly. The chance to return came when WWE attempted to sabotage the Hulk Hogan tour of Australia, where Umaga was probably the No. 2 heel. He was given a shot to return and it was made clear they didn't want him doing the tour. But he kept his commitments.

On the final three shows of the tour, he was a key part of the Hulk Hogan vs. Ric Flair main event. In each city, he did his running hip attack, to cause someone to be carried out. Then, he would interfere in the main event, do the same spot to Hogan, but Hogan would Hulk up.

Hogan tried to get him to come to TNA, but he said he had already made his commitment to WWE, where he was scheduled to debut at or around Royal Rumble time. He told Hogan he felt a degree of loyalty to Stephanie McMahon and HHH, who gave him the opportunity for his biggest run. Wrestling as Edward "Osu" Fatu, he pinned Ken Anderson on 11/28 in Sydney, Australia in what turned out to be his last match. Anderson noted how spooky it was that he had Umaga and Eddy Guerrero's final match before either man died.

After the match, he returned to the U.S. on a flight with both Ric Flair

and Britney Spears. Spears recognized him even before Flair, telling him she knew him for when he worked with her ex-husband (Kevin Federline, who did a few WWE Raw shows).

Known as Eki to friends and family members, Edward Fatu was the youngest son of Vera Anoa'i and Solofa Fatu Sr. His older brother Sam, better known as Tonga Kid, became a star in 1984 in a feud with Roddy Piper. Solofa Jr., known as Junior to his friends, but Rikishi in pro wrestling, wrestled for years in WWE under several different names.

While no cause was revealed for his death, he is only the latest in an insidious epidemic of major promotion pro wrestlers dying young. He was known to have problems with pain killers, and while in Australia, claimed he had been through rehab.

At the time of his death he was living in Spring, TX, just outside of Houston. He owned a nutrition store in the area with Charlie Haas, and was very close to Shad Gaspard and Shelton Benjamin, who also live in the area. He even gave Torrie Wilson her pet dog as a present.

The Anoa'i wrestling dynasty got started when Edward was a child, living in San Francisco. His uncles, Afa and Leati (known as Sika), were huge fans at the Cow Palace who got so riled up watching the matches and cheering for Peter Maivia, scaring heels from the long walk to and from the ring. Roy Shire wanted to get them out of the arena for the safety of his own wrestlers, so Maivia befriended them and they were eventually taught wrestling and sent to Vancouver. They started as the Anoai Brothers, but later became The Wild Samoans.

"Eki" trained under his uncle, and began pro wrestling in 1995. He became tag team partners with his cousin Matt, now known as Rosey. They worked shows for Afa in Allentown, and had a brief run in 1996 in WWF. They were signed to contracts and spent several years based out of Cincinnati with Matt as a tag team. He had tremendous agility, speed and endurance for his size. Kim Wood, an assistant coach with the Cincinnati Bengals at the time, remarked upon seeing him work on Les Thatcher shows, that somehow he must have slipped through the system because a guy of that size and agility should be in the NFL. He and cousin Matt, who is Leati's oldest son formed a tag team as both the Samoan Gangstas and Island Boyz. The team had a memorable run as 3 Minute Warning, henchman of Eric Bischoff on Raw. But he never really hit his stride until working for All Japan Pro Wrestling in 2003 and 2004 as Jamal, the name he had used as part of 3 Minute Warning.

He returned to WWE in December, 2005, signing a new deal. At first he and cousin Matt were reforming much of their team. But after seeing him in a squash match, Vince McMahon decided to pull plans for that plug, and groom him for a big run as a singles wrestler as Umaga.

He had also wrestled as Ekmo Fatu, O.G. Ekmo and Kimo.

*We'll have a complete bio of Edward Fatu in the next two weeks*

****************************************************************

TNA officially made the announcement on 12/5 at the Ultimate Fighter final that Hulk Hogan's first live appearance at the Impact Zone would be a live three hour Impact from 8-11 p.m. on Jan. 4.

Hulk Hogan, Dixie Carter and Eric Bischoff were at the UFC event to push the show. Carter said she kept the news from everyone in the company. Spike TV officials asked UFC for the favor and taped the interview with them before the show started and inserted it into the show.

The original plan was going 8-10 p.m., but according to a Spike official, they believed WWE would, as a response, move its show the same night to three hours, so they decided to get the jump on that move.

As things stand, the Monday night Impact will be repeated in the usual Impact time slot from 9 p.m. to midnight on 1/7 on Spike.

It's a one-time deal at this point, but it is an experiment. If the rating for the show is good, most likely going two hours live on Mondays would be in the cards. The success will depend on a number of factors, including how much curiosity they can generate from people to see Hogan's new role, and how much

media attention and publicity Spike and TNA can garner for the date. If ever there was a time to try out this experiment, this was the time. It's really hard to figure out whether this will be a success or not. If success is coming close to WWE numbers, as Nitro did from day one in 1995, well, no, it's not possible. If success is doing a 1.4 rating and saying that's better than the 1.1 on Monday, even though that would mean likely being beaten more than two-to-one, yes, that is possible. And if it's not a success, then Spike knows to stick to Thursday.

Still, even though Spike and TNA officials are saying it's a one-time thing, Hogan has been recruiting talent saying that he didn't make his deal until Spike and TNA agreed to a two-year commitment to run Mondays and that Spike has already agreed to it. You can dismiss it as recruiting, except that he's said this constantly from the start, and the announcement of this show and the fact the date was stated a long time back and what would happen, builds credibility in the face of the denials from everyone official who said all along this wasn't happening when the deal was in place from the start.

Other things Hogan has said, besides it's a full-time commitment, where he himself would do some wrestling matches but mainly run the show, is that they would go back to the four-sided ring. He said he needed a commitment from both Spike and TNA that they were willing to challenge WWE and do the upgrades necessary. He wants the commitment to go after top talent, with Jeff Hardy and Rob Van Dam being the big ones, going in with the idea of paying them good money for a five-day per month schedule at first. Even with Hardy's legal issues ongoing, there are three promotions, including a major international group, all interested in giving Hardy big money for a limited schedule. Hardy didn't do the Hulkamania tour, and apparently wants to rest up nagging injuries but those close to him believe that if he is going to wrestle, he will likely choose WWE.

Hogan also wants television taped outside the Impact Zone and in major arenas, thinking the only way to fight Vince is present a product that looks as good. He's correct in that it's what is needed, but there is an issue about how even with papering, how is TNA going to run big arenas and make them look good without empty seats everywhere? And if word gets out they are papering everywhere they run, that's bad for long-term business.

This is where Hogan and Bischoff will really miss the late Zane Bresloff, who promoted the Nitro events locally during the heyday of WCW. There is also talk of reviving the Ric Flair vs. Sting program. Sting has committed to coming back in 2010 and while nobody will confirm this, I would expect him on the show. Flair has been in talks with TNA since returning from Australia, but has not made a commitment at press time. But they have more negotiation talks scheduled this week and TNA wants him have him locked in by the end of the week. Hogan was also high on Ken Anderson from seeing him in Australia, and it was noted they recognized that Shannon Moore and Matt Cross had great matches every night on that tour. We are told no Nasty Boys or Brutus Beefcake coming in.

Van Dam has been in Europe the past few weeks for American Wrestling Revolution. Those close to Van Dam say he has no emotional attachment to TNA as something he wants to do badly, but if he's offered big money for an easy schedule, he would consider it. He's said to be on the verge of making the deal.

Anderson wants to be an actor, and he's looking at wrestling as a way to make a living while he's pursuing his main goal. At one point he was bitter about WWE and looking at TNA to prove to WWE they made a mistake with him. He's said to have come full circle, thinking that it's better to make it outside wrestling. Those in TNA also bring up the name Jim Ross, whose WWE contract will have expired before that date. But it's very unlikely if Ross would be able to broadcast by that point due to his contracting Bell's Palsy, and the odds seem to be strongly in favor of him staying with WWE, because he has a great deal, and being in WWE is more beneficial to his outside business interests. There is no timetable on his return, but January would seem to be pushing it. One would think WWE will try and get Ross to sign a new deal within the next week or two because I don't see them wanting him to be a free agent. Then again, if it was all about logic, the Dan Henderson situation never would have happened.

The initial reaction would be to think it would help TNA, because wrestling fans are conditioned to watching wrestling on Mondays and there should be some curiosity. If nothing else, TNA should pick up some swing viewers if Raw had a weak segment and TNA throws out big stars at the same time, as happened with both Raw and Nitro in the Wars era. And it will be like the old days where both promotions will likely be monitoring the other looking to counter. The first hour of Impact goes up against Ring of Honor on HDNet, but that's in so few homes that it won't make any real difference. And the lone historical example of Raw vs. Impact completely contradicts every lesson of the Raw vs. Nitro Wars.

The main reason the viewpoint of looking at what happened in 1995 has to be tempered are the very sobering numbers when Raw and Impact went head-to-head once on a Thursday and the Impact audience dropped 55%. The lone previous battle, on February 15, 2007, saw Raw do a 3.01 rating and 4.18 million viewers on an unfamiliar night, and Impact, featuring a Royal Rumble with every star in the

promotion as the main event, in its normal time slot to a 0.59 rating and 726,000 viewers, which is still the lowest-rated first-run Nitro in history, even behind some of the late Saturday night shows that went head-to-head with the monster 2006 UFC PPV events. On the February 8, 2007 show, with no competition, Impact did 1.6 million viewers. To see the comparison, in 1996, during the Monday Night Wars, in the same February Dog show week, when Nitro went unopposed, and then the next week went opposed in its same time slot, the WWF competition caused a 21.6% drop. Similarly that year, when Raw went unopposed due to NBA playoffs on TNT, and came back opposed the next week, they were down 20%. The difference between the Raw vs. Nitro in 1996 and Raw vs. Impact in 2007 is that in both cases, roughly 20% of the Raw and Nitro audience actually enjoyed the competition show more, while in 2007, it was 55% of the Impact audience that enjoyed the competition show more.

That's the reason why Spike and TNA would be foolish to jump into the pool head-first, and would be best served to put their toe in slowly and learning. Keep in mind that comparison was on a Thursday in the regular Impact time slot, where TNA had the advantage. This time they would be going against Raw in the incumbent position, so one would think it would only be worse. It showed, at least as three years ago, that the majority of Impact viewers were also WWE fans. And the week before that head-to-head battle, Impact did more viewers than it does now.

The ones who pay at the house shows or go to the Impact Zone may boo all WWE references, but a huge portion of the television audience, when given the choice, will watch WWE ahead of TNA.

Another bad sign is that it's now been several weeks since the announcement of Hogan. The announcement did help the first week rating, not to the level the company would have liked, but they were against a World Series game and did better than usual. However, since that week, with the main storyline being the building for Hogan to come back, and Hogan doing taped clips all over the shows, the ratings are right at normal levels. When Hogan came to WCW in 1994, he did not help ratings at all, although he did help attendance when he'd do house shows and helped PPV numbers tremendously. The ratings increase for Nitro was more the overall presentation and atmosphere, and Hogan, along with many others, were parts of that package. Hogan does help as far as profile of the company with the media, he can likely be a significant help in closing merchandising and licensing deals, as well as overseas deals, which is where a lot of the growth needs to come from. Does TNA have some secret plan to revamp the look of a pro wrestling show? And if they do, do they have the money at their disposal to pull it off?

No question that a close race would make TNA be spoken of in the same breath as WWE and it would change the landscape of the industry. But is that realistic? And getting beaten 2-to-1 or 3-to-1 constantly will give the perception of TNA as a losing brand, and will taint its top stars on the brand as either second-rate stars or washed up stars, neither of which is beneficial.

A lot of why TNA draws is because it's wrestling on television that night and a lot of people enjoy watching wrestling on television. That would also help explain the low conversion rates of the TNA viewers into being customers, purchasing PPVs and attending live events. There wasn't even a situation where TNA would get so much as a good spike on the night when WWE ran a weak segment. Statistically, people were not switching back-and-forth that night. They just watched Raw. For all the talk of Hogan's value, and he has value in being the most recognizable pro wrestler in the world and its most famous name, TNA got less mainstream publicity for his signing than they did for Pacman Jones (which drew nothing in ratings) and less of business reaction to his signing than Kurt Angle (who bumped things only slightly, and everything was back around the previous levels after two strong PPV buy rates). One would expect the first show would set up an angle for Hogan's role on the 1/17 PPV show, which would be TNA's best chance to get a big buy rate.

Ultimately, TNA and Spike desperately need tremendous promotion, marketing and advertising in the last ten days. The company will run four hours on New Year's Eve (taking Christmas Eve off) to promote the show, although one has to expect the New Year's Eve ratings to be down. They need media stories highlighting the day as competition, because TNA will be mentioned in the same breath because of Hogan (Flair would be very valuable to be signed by then). This has never happened before.

The biggest competition will be the Fiesta Bowl from Glendale, AZ (site of WrestleMania), featuring No. 3 ranked Texas Christian vs. No. 6 ranked Boise State, airing on FOX at 8 p.m. John Cena was originally scheduled to attend The Fiesta Bowl game, which would mean he would miss Raw, since he's the Grand Marshall of the Fiesta Bowl Parade, as part of local publicity for WrestleMania. It's two good teams, but not necessarily teams with big national followings and it'll still do in the range of a lower rated Monday Night NFL game and outrage Raw and Impact combined. Last year's game with Texas vs. Ohio State did a 10.4 rating, but those schools have bigger national followings.

The Monday Night Wars, which started in September, 1995, when pro wrestling interest was at a low point. By 1998, pro wrestling was at its most

popular level ever in the United States. Both groups at the peak were reaching different audiences. Eventually, the WCW audience gave up, more because of a bad product. WWE got some of those fans and did record setting business in 1999 and 2000, and its 2001 PPV numbers were the highest of any company in history until the 2008 UFC. Eventually that success ran out of gas and led to another low period from 2002 to 2005.

But even though the simple viewpoint of Hogan, or the NWO angle, leading WCW from nowhere to somewhere, and that TNA has Hogan, there are problem equating that.

Hogan first came to WCW in 1994, and his impact on ratings was negligible. In fact, it was a big disappointment, although Hogan did have a strong impact on PPV business. The Nitro vs. Raw wars were dueling evenly before the Hogan heel turn and NWO. It was when Nitro moved to two hours (and the arrival of Scott Hall and Kevin Nash happened at the same time, both were factors and it's hard to say how much each was worth) in May 1996, there was a streak until April 1998, where Nitro dominated Raw in the ratings and on PPV.

But WWE is a far stronger company, both financially and popularity wise than WWF of 1995. TNA, on the other hand, isn't even close to as strong as WCW was, not in brand recognition, ratings, and marquee star power. WCW was doing about double the ratings on several different shows per week than TNA is doing on for a singular show on Thursdays, at the time the move was made. In overall ratings, WCW and WWF were close to equal for years before Nitro debuted. In addition, it was Nitro that was the innovative show, turning television into a weekly big event, as opposed to just a squash match with one main event formula one hour television show. Nitro had the production and the huge budget, booking big arenas with fresh crowds each week. Nitro had generally better wrestling, bigger stars and better production until the creative side betrayed them and WWE lucked out on the ascent of Steve Austin, to go along with the Vince McMahon character, The Rock and DX, while Nitro couldn't counter, particularly after the mishandling of Bill Goldberg just as he had hit his peak of popularity.

Those circumstances aren't in play. TNA doesn't have the budget to outspend for better production and offer better money deals to talent to jump. WWE isn't financially vulnerable. There is an element of staleness in the WWE product that could be taken advantage of. But TNA is going to need better production, which they won't have, for the casual audience to see them as at least close enough to equals to care. Hulk Hogan is 56, not 41, and while he still looks close enough to Hulk Hogan, physically his body is broken down. People will always pop for him. But this is the situation with the AWA relying on The Crusher, the biggest star they ever had, after the age of 50, when he couldn't do a thing but his interviews, those who attended would still pop for him, his matches sucked to younger fans and he was getting pure nostalgia reactions, while the opposition had the younger star in Hogan. TNA is also coming in with nowhere close to the popularity. In 1994 and 1995, before the Monday Night Wars, WCW had several big PPV shows do 250,000 to 300,000 buys–as big or bigger than WWF was doing at the time, as compared to the 20,000 to 30,000 range TNA has been doing.

There is no chance this will at any time soon turn into the kind of neck-and-neck race Raw vs. Nitro was from week one. That's not to say TNA, whose goals are largely ratings driven since their house show and PPV numbers are far too depressing, could not benefit from the move. And going head-to-head, from a media standpoint, because of Hogan, they will get more coverage as they will at least be a footnote in mainstream pro wrestling stories as opposed to a non-entity for the most part. But you can create all the curiosity in the world, and get all the publicity in the world, and a month later it's not worth a lot if you don't have the stars and the spotlight that people want to see.

Ever since TNA got on Spike, the goal was to recreate the Monday Night Wars. Jeff Jarrett pushed the idea from day one to Spike as that was the time slot where they would have the most success. Spike has always been reluctant to challenge WWE, because it could be a weekly humiliating defeat in the same genre. The Thursday idea came because Smackdown did well on that night and the night was open. Plus Spike liked the synergy of the UFC/TNA night, since UFC's first television success came when keeping a huge percentage of the Male 18-34 viewers that were watching Raw when it was on Spike. But what was learned is that while a lot of wrestling fans in 2005 would watch an hour of Ultimate Fighter, it didn't work as well in reverse. TNA would get a great lead in from UFC, and usually most of those viewers would be gone at about the 15 minute mark of Impact. That experiment ended when Spike moved UFC, the more valuable property, to Wednesday, when a lot of major sports during the fall on Thursday were hurting the UFC ratings. TNA was not drawing nearly as much from sports fans, although the minor ebbs and flows in TNA ratings on Thursdays during the fall are very often dependent upon on sports competition those nights.

The signing of Hogan was the impetus in taking this chance. But no matter how loud people pop when Hogan comes to the ring or how much attention he gets in public, Hogan's ratings drawing power has never been off the charts. It has usually been very good, but at the peak of Nitro, people like Ric Flair and Bill Goldberg, and often Sting, were consistently bigger ratings draws. Hogan was always among with the top tier, but was also almost never the highest. Since his return to WWE in 2002, Hogan has always come back strong on early appearances, but the novelty wears out. He's always been smart to get out at the sign of him being just another big name. With WWE that was never a big deal since he was always a special attraction. For TNA, because they are clearly building everything around him, his walking if this doesn't work will have a bigger impact.

Currently, Raw is scheduled for two hours that night. In WWE, it is being said that the decision on whether to go to three hours would be one made by USA and not them. The belief is that WWE would not want to go three hours on both Jan. 4 and 11 (when UFC will be doing a live Monday night special which was Spike's idea of giving a sports event on the first Monday with no football). WWE is looking to get big name guest hosts for both nights. The obvious names would be Steve Austin and Dwayne Johnson, although Austin has turned down the role in the past, saying he only wants to go back on television if the right creative is in place. Johnson has agreed to do a shot on Raw, but the last word from him is that it would be difficult in January, because he would be spending the early part of the month doing extensive promotion for the movie "Tooth Fairy," (although appearing on a show that will, with him on it, probably draw six million viewers isn't the worst show to be on during a promotional period) and starts filming a new movie on 1/22.

Previously, attempts by Spike to have the announcers hype TNA events have been turned down by Dana White. TNA did publicize the first Brock Lesnar vs. Frank Mir match with a segment on Impact, but did not publicize other UFC matches involving Lesnar. That was because the person in charge of the marketing campaign for Lesnar's UFC debut, Chris Blechschmidt, formerly worked with TNA, but he is no longer with the company. He was also the one who put together the deal to have the WWE web site push Lesnar's UFC debut. TNA also used Marcus Davis in the role of Samoa Joe's trainer for his 2008 Lockdown match with Kurt Angle, but that was not done through UFC, and was just a coincidence as Davis was doing a photo shoot in the same gym Joe was filming his segments in and things just worked out.

The only major TNA stars not expected on the debut show are Team 3-D, who were previously booked to appear at the New Japan Tokyo Dome show the same night, defending their IWGP tag team titles in a three-way with Team No Limit (Yujiro & Tetsuya Naito) and Giant Bernard & Karl Anderson.

**************************************************************

Both Dan Henderson and Dana White took subtle and not so subtle shots at each other after the only man in history to hold major league world championships in two different weight classes officially signed with Strikeforce.

White had said in late October that Henderson had already signed with Strikeforce, claiming he was told by Henderson's agent. Everyone on both sides denied the signings, while admitting the sides were in negotiations. The four-fight deal, which expires in April 2011, was completed on 12/6 and announced the next morning.

Henderson, 39, came out of UFC 100 as a major star, knocked out Michael Bisping in a match that generated tremendous crowd interest, largely due to Bisping's antics and promotion. Henderson was the quiet opponent, who became a big-time U.S. babyface due to the U.S. vs. U.K. theme of season nine of The Ultimate Fighter.

I'm at a complete loss to even understand how Henderson was put in the position to get the visibility of coaching the show, and then fighting Bisping on the biggest show in UFC history, with it being the last fight on his contract. Exactly how UFC let this happen, not the negotiations falling apart because the two sides were far apart on money, but put a guy without a long-term contract on the show to coach, makes no sense in hindsight, particularly since he was a big favorite to beat Bisping. Part of it was probably the feeling that nobody is going to outbid UFC for talent and there was no way he would leave, but you can't run in this type of business putting guys in key positions prior to locking them up.

Because of leaving with this level of exposure, it's the biggest Strikeforce fighter signing since Fedor Emelianenko.

There are rumors Henderson, a Greco-Roman wrestler on the 1992 and 1996 U.S. Olympic teams, will debut in April, when there are tentative plans for a second CBS show, and face Jake Shields for the middleweight title. Another obvious match-up would be to face Gegard Mousasi for the group's light heavyweight title. Scott Coker targeted the second quarter, and mentioned that he'd like to see Henderson challenge for both championships. Coker also said that Henderson was one of three fighters who were essentially at the same level, behind Emelianenko, as the highest paid guys in the company. Since Frank Shamrock earned $400,000 in his last fight, and he was the highest paid except Emelianenko, that could give at least a ballpark estimate. Coker also said Henderson would be able to keep rights to market his name and likeness.

"The decision was based on a number of things," Henderson said to Loretta Hunt of sherdog.com after signing. "It wasn't just a financial thing. It was

3

the fact that I felt I wasn't getting the fight that I wanted in the UFC.  That was a big part of that–that I wasn't and that it got yanked away from me.  I think I stepped up for the UFC a couple of times and had earned that right again for a title fight.  And the fact that publicity-wise, CBS offers quite a bit more than a PPV and Spike TV."

Henderson denied Dana White's claim that he heard from Tito Ortiz got in his new contract and that led to problems negotiating a new deal.

"I have no idea what Tito makes," he said.  "So if I'm trying to be the highest paid fighter, why would I be upset about what Tito makes?"

White, in an interview with AOL Fanhouse, said he had several negotiating sessions with Henderson and his management.  Reports we had gotten at the time of the negotiations is that Henderson wanted a seven-figure signing bonus, as well as one of the most lucrative per fight contracts in the company.  While White gave the public face early in the talks that they were friends and would make a deal, it was certainly hinted the deal was going to be very difficult.  White, after several sessions failed to produce necessary movement on both sides, told Kevin Iole that talks were done, and that Strikeforce would end up signing him.  He gave the indication paying Henderson what he wanted wouldn't make sense for Strikeforce and in the long run would result in red ink.  What was interesting is that when the bottom fell out with all the injuries, to the point UFC had started talking with people they had sworn off in the past, that Henderson, better known to American fans are more competitive at the top level, wasn't gone back to.

"For the money he wanted, he's not worth it," said White.  "He's not a big PPV star.  He's not a big attraction.  He's not going to sell out arenas.  He wants way too much and he doesn't bring anything to the table."

While Henderson has never drawn a big buy rate as a main eventer, the last time he headlined, against Franklin, was at the time the biggest buy rate UFC had ever done with a tape delayed European show.  Given it was not heavily promoted because it came two weeks before the Georges St. Pierre vs. B.J. Penn fight, doing 320,000 buys was significantly above what everyone expected.  And with the exposure he got off the Bisping knockout, he and Anderson Silva would have done the best number Silva would be able to do against anyone currently in the middleweight division.  However, Silva, who gets paid on a PPV percentage, turned down the person one would think would give him his biggest payday for a title defense, saying he'd already beaten him so didn't think he should fight him again.

Henderson's September 8, 2007, champion vs. champion Pride vs. UFC unification match with Quinton Jackson on Spike, drew 5.81 million viewers.  It is the third highest U.S. total for any televised fight in UFC history, behind only Kimbo Slice vs. Roy Nelson and Ken Shamrock vs. Tito Ortiz.  Henderson does lack charisma, but people also really like him and his only real business flop in UFC was his second champion vs. champion match with Anderson Silva.  Even there, he did the same numbers Silva was doing with everyone else at that time.

Another issue was the middleweight title.  White had told Henderson after the Bisping win that he would get a shot at Anderson Silva's title.  Then, with Silva getting surgery after his win over Forrest Griffin, Henderson and White came to a verbal agreement for a rematch with Rich Franklin for the 9/19 show in Dallas, a rematch of a 1/17 fight Henderson won by split decision.  The match was announced and advertised, and when a couple of the bigger Internet message boards were filled with complaints about it being a horrible main event, and of doing too many rematches, White changed course and signed Franklin to face Vitor Belfort.  While it pacified the message board people, it was a very dangerous move on several accounts.  The first is that to the UFC audience at the time, Henderson was a significantly bigger star and more well-known name than Belfort.  Franklin vs. Belfort did okay given it went head-to-head with Floyd Mayweather vs. Juan Manuel Marquez.  With Henderson being a significantly bigger star coming off UFC 100, it's hard to say for sure, but most likely he'd have done better in the spot than due to his superior name recognition.  Silva claimed since he beat Henderson on March 1, 2008, that he didn't want to face him, so Belfort got the shot since Silva complained less about facing him.

"I told them (White and Lorenzo Fertitta) that it does irritate me.  I said, `Why does Vitor get to jump the line when there's me and (Nate) Marquardt here who can both fight for a title shot and Vitor's never fought for the UFC at 185?  He jumps the line, especially since I beat him (Henderson beat Belfort on a Pride show in Las Vegas on October 21, 2006).'  They acted surprised that I'd even fought him.  They weren't up on those details at the time.  It jogged their memory, but either way, to put someone in there that I dominated not that long ago."

"He's happy, but the reality is that I pushed him into signing that deal," White told AOL Fanhouse.

White said after their final negotiating session, he knew he wasn't going to get a deal done, so he pulled his original offer and came back with a lower offer.

"I wanted him to shit or get off the pot," White said.  "He was in this limbo forever, and he needed more motivation to make a decision."

White then banned Clinch Gear, Henderson's clothing line, from

appearing on UFC television, after pulling out of negotiations

"The banning didn't really affect anything, though," Henderson told Hunt.  "When the UFC called and said that we could no longer sponsor, that we were banned from the UFC, I wasn't mad at all.  It was more funny to me than anything that they would do that.  Dana has stated to me that it was nothing personal, and that there were no hard feelings at all.  If there were no hard feelings, why would they ban a clothing line?  We already had a deal.  We were paying for the right to sponsor guys just like every other sponsor was."

White claimed that UFC has gotten every fighter it wanted except Fedor Emelianenko.

"Nothing's going to help Strikeforce," said White.  "They have too many fighters under contract and not enough events.  They can't keep some of their obligations to fighters already.  Either they're going to start breaching contracts or paying fighters not to fight.  It'll take a lot more than one guy to help them.  Their whole business model is fucked.  They're coming after UFC.  Yeah, OK.  I could care less.  Here's the reality, if I wanted him, he'd be in the UFC.  It's not like, `Fuck, Strikeforce beat me out.'  He's been a free agent for a long time.  If I wanted him, I would have signed him by now."

**********************************************************

What was a night with two Northern lights suplexes, a Saito suplex from a look alike of 70s star Porkchop Cash, a Ric Flair face first bump, a takeoff on a Dusty finish, a main eventer who looks like the American Dream, and had Hulkamania running wild.

Actually, it was the UFC Ultimate Fighter finals show on Spike on 12/5 from The Pearl at The Palms Hotel in Las Vegas, which, thanks to Kimbo Slice, capped off the most successful season in the history of the show with its highest rated final.

The show drew a 2.38 rating and 3.7 million viewers, the third highest rated live UFC television show in history and highest rated Ultimate Fighter final.  The Kimbo Slice vs. Houston Alexander match peaked at a 3.05 rating and 5.2 million viewers.  It was the 10th most watched MMA match ever on U.S. television (all four of Slice's fights on CBS and Spike are in the top ten), and the fifth highest ever on cable, trailing only Tito Ortiz vs. Ken Shamrock, Slice vs. Roy Nelson, Quinton Jackson vs. Dan Henderson and Matt Hamill vs. Michael Bisping.

Slice vs. Alexander did a 5.9 in Males 18-34, while the three hour special overall did a 4.6 in that demographic, which will likely make it the highest rated show of the week in that demo on cable with the exception of NFL football.  The match gained 1,213,000 viewers, putting it No. 5 on the all-time list of most viewers gained in a match (top four in order are Gina Carano vs. Kelly Kobold, Fedor Emelianenko vs. Brett Rogers, Shamrock vs. Ortiz and Slice vs. James Thompson).

However, it was clear by not only the rating, but the reaction live, that Slice has fallen greatly as far as being a hot commodity coming off the match with Nelson.  The 10/1 match did a 4.26 rating and 6.1 million viewers with an incredible 7.86 rating in the Male 18-34 demo.

While Slice somehow won the fight, at a 215-pound catch weight as they brought in a much smaller light heavyweight to face him (Alexander weighed 208 without cutting, and Slice was 20-25 pounds bigger after rehydrating), all that could be said was he lived to fight another day and draw another rating.  But with each appearance, the novelty will be less.

The fight itself varied from Ungodly awful to brief moments of real excitement.  Slice was clearly the biggest star on the show, although his reactions were nowhere close to what they were for his fights in Elite XC, nor even at the level of what Clay Guida and Diego Sanchez got even before their fight started in the last UFC main event in the building in June.  It was a sluggish crowd most of the night, with the building having maybe 1,100 people in it when television started.  The final numbers were 1,400 total in the building (we don't know the paid yet) and $504,350, indicating little in the way of paper, in a 2,100-seat arena.

In the first round of Alexander, brought in because he was an aggressive slugger, dancing backwards.  Slice, trying to avoid the mistake that cost him the match with Seth Petruzelli by rushing in, refused to charge.  The first round was mostly a non-contact waltz.  In the second round, Slice took Alexander down and got a mount, and later dropped Alexander with a Saito suplex.  He tried a similar suplex later in the round, but Alexander landed on him.  Slice was exhausted in the third round, but Alexander wasn't in much better shape.  Slice got a takedown in the third round and was throwing punches, when a strange stand-up was called.  Alexander hurt Slice with a punch late, sending him flying backwards.  The fans booed most of the fight, at some points heavily.  They cheered more than booed when Slice got a unanimous decision (we had it a 29-29 draw, as nothing happened in round one, Slice won two and Alexander won three, but all three judges gave Slice the nothing happening round I guess since Alexander was moving backwards).  The moment the fight was over, Dana White texted that Kalib Starnes (who became famous for running away from Matt Quarry for three rounds in a terrible fight in Montreal) must have been working Alexander's corner.  It would

be likely that Alexander's performance will be his ticket out of the promotion.

Besides the TNA announcement, Dana White announced Chuck Liddell and Tito Ortiz as coaches for season 11 of the Ultimate Fighter, which will film from mid-January through February, and debut on 3/31. The show will start with 32 middleweight fighters, who will fight one match and the 16 winners go into the house for a six-week long tournament. Liddell vs. Ortiz III is expected to headline an early July show in Las Vegas. It's a rematch of a 2006 match which did 1,050,000 buys, still the second biggest number in the history of the company, and the company's all-time record live gate.

That officially means Liddell, at 40, will be coming out of retirement. White had been emphatic he would never book Liddell again unless he looked impressive in beating Mauricio "Shogun" Rua last April, and for all the right reasons. Very few fighters can compete past 40, and many of the ones who have tried at a high level have taken terrible damage that is going to affect them the rest of their careers. Randy Couture is the exception, but Couture and Mark Coleman have never taken the kind of brutal knockouts that Liddell took against Quinton Jackson and Rashad Evans. Plus, Couture was described by people who have trained with him dating back to college as the single most dedicated athlete they've ever seen. Liddell is a hard trainer, but also a hard partier, and that doesn't work to extend ones career. Liddell has money. He does have one fight left on his contract, but if he beats Ortiz, and he did both times previously, you know he'll come back. If they are going to use him, it's likely they'll be careful not to use him against a killer striker who can hurt him. Even though Ortiz vs. Forrest Griffin did not do well on PPV, part of it was a lack of hype. With three months of television building it, Ortiz vs. Liddell will do good numbers, and if Ortiz pushes the right buttons, it could do great numbers. Still, there were very good reasons for White not wanting Liddell to fight. His explanation is that at the end of the day, he's not his father. But I can still remember the vicious promos White cut on Liddell's trainer, John Hackleman, who never said he wanted Liddell to fight again, but just said that Liddell and not White should be the one to make that decision.

At first, this sounds like instead of using the coaching positions to make new stars for the future, they are going with people who are past their prime, including one who people voting by their pocketbook are tired of, as focal points. But there are no obvious answers. I suppose they could have waited a week and done something like B.J. Penn and Frankie Edgar, to at least build a match. But it wouldn't do the ratings, and it wouldn't do the buy rate. Perhaps it would pay dividends at the end in making Edgar a star. Ortiz and Liddell will probably do more business than Ortiz and Forrest Griffin, and after paying Ortiz that huge contract, they are probably looking at ways to justify it economically and at least this fight would be worth it. Renzo Gracie and Matt Hughes would make for an interesting season because of the contrast in personalities and there is the storyline of Hughes beating Renzo's cousin in the famous fight and the Gracie family legacy. The fight at the end would also do business. But it probably wouldn't d as much business, and Renzo is 43, so putting him in that spot is hardly building the future. Urijah Faber and Jose Aldo are in a different organization. That exposure could play great dividends for both, since Aldo may be the next Georges St. Pierre, except right now nobody knows him, but it's the problem with the split organization. Josh Koscheck and Chris Leben are in different weight classes, but Leben is only hanging onto his spot in the company because he's well known from the first season. Nate Marquardt and Vitor Belfort would put the middleweight division on hold for too long. Brock Lesnar and Shane Carwin would be great, but I don't see them getting Lesnar to ever agree to it, and Lesnar isn't experienced enough to be a coach, although the ability to be a good coach hasn't appeared to be high on the list of qualifications.

The show also featured Roy Nelson, coming out to a parody of Michael Jackson's "I'm Bad," called, "I'm Fat," by Weird Al Yankovic, expectedly winning the heavyweight finals by knocking out Brendan Schaub in the first round. I cracked up when he came out and Joe Rogan said, "Roy Nelson weighs 265 pounds, very little of which is muscle."

One of the most unique finishes in UFC history, in what had been the advertised main event, saw Jon Jones take Matt Hamill down and deliver 83 unanswered blows, mostly punches and elbows. Most of the blows were blocked. At one point, Jones looked at ref Steve Mazzagatti, who simply can't stay out of controversy to save his life, to get him to stop it. Hamill was not getting out of the bad position, many of the blows were getting through, but he did appear to be defending himself. Jones then threw some elbows straight down, at a 12-to-6 on the clock angle to Hamill's face. The blows were illegal and Mazzagatti pulled Jones off and was about to give him a penalty point. At that point Hamill wasn't getting up, with his face all bloody. On television, announcers Mike Goldberg and Joe Rogan announced that Jones won, although in the building it was pretty clear it was going to end up as a DQ or a no contest. This was the first case of the new Nevada rules allowing a ref to use instant replay when it comes to a ruling that would affect the finish of the fight. Mazzagatti watched the replay, saw that there were two illegal blows, and this was just like pro wrestling where the announcers

were playing up Jones as the winner when ring announcer Bruce Buffer announced Hamill as the winner. Rogan argued that it was the legal blows that finished Hamill and not the illegal blows. As it turned out, Hamill had been done earlier due to suffering a dislocated shoulder, diagnosed after he was taken to the hospital after the show. He will be undergoing an MRI later this week to check for any other damage. Still, Jones made himself into a serious player with the loss, because Hamill has only lost twice, once to Michael Bisping in a match most consider that he really won, and once to Rich Franklin. But he had never taken a beating like in this fight.

As far as the segment-by-segments went, the Matt Mitrione vs. Marcus Jones opener gained 420,000 viewers. Frankie Edgar vs. Matt Veach gained 47,000 viewers. Mark Bocek vs. Joe Brammer gained 93,000 viewers. Slice vs. Alexander was next. When that fight was over, most of the gained viewers were gone, as when Matt Hamill vs. Jon Jones got into the cage, 1,011,000 viewers were gone. Hamill vs. Jones actually lost 265,000 viewers. James McSweeney vs. Darrill Schoonover lost 233,000 viewers. And Nelson vs. Schaub in the main event gained 544,000 viewers, doing a 2.60 rating and 4.04 million viewers, the most watched finale live (if you include replays, Forrest Griffin vs. Stephan Bonnar would have beaten is handily).

1. Mark Bocek (8-2) beat Joe Brammer (7-1-1) in 3:36 in Brammer's debut with the promotion. Bocek, a good BJJ specialist, got Brammer's back right away working for a choke. Brammer got up, but Bocek piggy backed him and actually got the choke from that position. Bocek got $55,000 for the win, including a $25,000 best submission bonus. Brammer got $5,000 for the loss.

2. John Howard (13-4) beat Dennis Hallman (64-13-2, 2 no contests) via knockout with a left with only five seconds left in a fight that Hallman would have won the decision in. Hallman, who twice submitted Matt Hughes in Hughes' prime in less than one minute, was the guy who tried out for season nine of The Ultimate Fighter while wearing a mask, claiming to be a Luchador. When they were interested in him because he did so well in the grappling and told him to unmask, he refused to reveal his identity, claiming his name was Robin Phoenix from parts unknown. Dull fight, and by the second round, there were people yelling "boring." As Hallman was about to get a decision in a bad match, Howard, after a standup, gave him a Northern Lights suplex, and as Hallman was getting up, he KO'd him with a left. Howard got $14,000 for the win and Hallman got $15,000 for the loss.

3. Brian Stann (8-2) beat Rodney Wallace (9-1) on a decision on scores of 30-27, 29-28 and 29-28. My score was 29-28. Wallace, a wrestler, took Stann down five times in the first round, including delivering the night's second Northern lights suplex. Second round when Wallace tried a takedown, Stann landed on top, and did enough to win the round, but not much more. By the third round, Stann was blocking the takedowns and threw some knees while the two traded punches. Not much of a fight, but Stann, the former military hero and WEC champion, lives to fight another battle. Stann got $30,000 for the win and Wallace got $6,000 for the loss.

4. Jon Madsen (4-0) beat Justin Wren (10-2) on a split decision on scores of 30-27, 28-29 and 29-28. I had a 29-29 draw. Fans booed the decision since Wren was the one pushing the pace in the last two rounds. Nobody paid attention to this match because Hulk Hogan came out right before it started. Both these guys came off the reality show and the loser is likely to be leaving town. Wren was cut near the left eye early. They were big wrestlers who were doing sloppy standout. Wren played to the crowd but Madsen seemed to get the better of the stand-up, with Wren's eye looking bad by the end of the round. Second round was slower. Wren got the crowd fired up but was throwing wild punches that were missing. Nether did much at all nor won the round. Wren was chasing Madsen in the third round and connected with some punches and knees. Madsen got the best punches of the round in during the last few seconds. Because so little happened, it may have been enough to win the round, but Wren had the edge until the final seconds. Another dull fight. Madsen got $16,000 for the win and Wren got $8,000 for the loss.

5. James McSweeney (13-5) beat Darrill "Titties" tSchoonover (10-1) via ref stoppage at 3:20 of the third round. Schoonover is about to be sent overseas to serve in the military. He didn't look in very good shape, even heavier than during the season. McSweeney was winning the fight based on being both quicker and crisper with his blows. He hammered Schoonover with punches and went for a guillotine. Schoonover got out of the guillotine and was on top, but McSweeney hammered him with elbows. McSweeney reversed and was punching the head. He got a full mount. Schoonover made a comeback late in the round and hurt McSweeney with punches. Great first round and best action so far in the show. McSweeney was on top most of the second round, with the action slowing. McSweeney took Schoonover down in the third round. Schoonover was totally gassed, throwing ultra-slow arm punches. McSweeney used a flying left knee to hurt Schoonover, followed by punches, high kicks and a knee. Schoonover went down and ref Josh Rosenthal stopped it. Good match. McSweeney got $16,000 for the win and Schoonover got $8,000 for the loss.

6. Matt Mitrione (1-0) beat Marcus Jones (4-3) in :10 of the second round in a

grudge match battle of former NFL players. Mitrione improved greatly since the show ended. Crowd was into this match as they loved Jones and didn't like Mitrione. Jones has a real like ability factor, but he's 36, his stand-up is mechanical and he gets knocked out too easily. I don't see him being able to beat UFC quality heavyweights. He does have a surprisingly good ground game, but it wasn't good enough to finish Mitrione. Jones got Mitrione in a guillotine and Mitrione, who tapped right away in his last match on the show, gave a thumbs up to the ref that he wasn't in trouble. He escaped and was on top. Jones was looking for a triangle. After Jones got up, he took Mitrione down. Mitrione got several good blows in after getting up, but Jones took him down again. Good round. Mitrione decked Jones coming in with a right to the jaw. Jones started the Ric Flair face first bump, and while he was falling, Mitrione got a second punch in and it was over. Mitrione got $16,000 for the win and Jones got $8,000 for the loss.

7. Frankie Edgar (11-1) beat Matt Veach (11-1) at 2:22 of the second round. This was another example of Edgar, a very good college wrestler, getting out wrestled in MMA. But Edgar still came out on top because, as wrestlers go, he's got a great boxing game. Edgar threw a kick and Veach took him down. Veach picked Edgar up high and gave him two Matt Hughes style slams. He went for a third, but Edgar blocked it and scrambled to his feet. Edgar started getting his boxing going and got the advantage. Veach was starting to tire at the end of the round, but he won the round on all three scorecards. During the second round, Edgar put Veach down with an overhand right. Edgar saw Veach was hurt and started unloading with punches, and got Veach's back and threw punches to the side of the head. As Veach was hurt, Edgar sunk in the choke for the win. Good match. Edgar got $71,000 for the win, including a best match bonus. Veach got $30,000 for the loss, with his best match bonus.

8. Kimbo Slice (4-1) beat Houston Alexander (9-5. 1 no contest) via decision on scores of 29-28, 29-28 and 30-27. I had 29-29. This match was the exact opposite of what was expected. The feeling was both would come out swinging and it would end quickly via knockout. But by going three rounds, it helped build ratings. First round was terrible. No action at all as Alexander kept backing away. Slice went wildly. Alexander hit a knee. Alexander did land some low kicks which were the only real offense. I don't see how you can give Slice this round. He did nothing on offense. Even though Alexander was backing off, he did land some low kicks which was more than Slice did. Still, I'd go even round because Alexander was the one avoiding contact most of the way. Second round continued the same way as the first, with little action other than a few low kicks by Alexander and Slice throwing wild punches that missed. Slice finally connected with a punch that stunned Alexander, took him down and got the mount. Alexander got up, but slipped and Slice got more punches in. Slice then used a Saito suplex which saw the crowd go crazy. Alexander got up and tried for a takedown, but Slice was on top again throwing some punches. Slice got his back and was going for a choke, but didn't get him. Slice threw more elbows before Alexander got up. Slice tried a second suplex as the round ended, but Alexander landed on top. When the round was over, Slice was totally exhausted and could barely get up. Luckily, Alexander was almost as tired. Alexander connected with several shots but Slice stayed up. Alexander gave Slice a low kick and Slice lost his footing and went down. But Slice got up and took Alexander down. Slice threw some body punches when a standup was called, although I have no idea why. Alexander was trying to kick Slice's left knee. As the match wound down, the booing got loud. They traded punches, with Alexander getting the better blow in and Slice flew backwards from the punch but didn't go down. What is interesting is that all three judges gave Slice the third round, even though he lost every standing exchange and was hurt late, but he did get the one takedown. That ended up being the difference in the fight. Two judge gave Alexander the first round, which I thought was even. Slice got $25,000 for the win (I don't buy for a second that's all he's getting) and Alexander got $13,000 for the loss.

9. Matt Hamill (9-2) beat Jon Jones (9-1) in 4:14. Jones and Clay Guida are the latest additions to the Greg Jackson camp. His nickname "Bones" is because he's 6-4, 205, but has the skinniest calves, like sticks, and small thighs, but has the reach of a guy nearly 7 feet tall, which is going to come in handy when he gets more experience. He's only 22, and just started training for this sport less than two years ago so he's got a big future. The question in this match is whether or not Mazzagatti should have stopped it before the illegal blows due to the amount of blows Jones was throwing. Jones said he kept throwing and twice looked at Mazzagatti to stop. He said he admires Hamill and was feeling uncomfortable continuing to hit him. But Hamill was defending most of the blows. I don't think the answer is clear cut. It was controversial, but justifiable. Hamill got $46,000 for the win and Jones got $20,000 for the loss. But this is a case where everyone views the loser as the winner and Jones is the one whose standing rose and Hamill is the one whose went down.

10. Roy Nelson (15-4) beat Brendan Schaub (5-1) to become the season ten winner of The Ultimate Fighter, winning a multi-year contract. Crowd lost interest in the show after Slice's match and a lot of people had already left when this match

started. People didn't seem to react to Nelson's "I'm fat" entrance. Nelson also was announced as a "Kung Fu Fighter." Schaub looked good early. He was throwing jabs and blocked Nelson's slow attempts at takedowns. Finally Nelson got Schaub down and did his belly smother. When Schaub got up, there was a surprisingly loud pop, mostly women. Schaub has an appeal. He's a big guy, a good athlete with pretty good movement for his size. I don't know that he's ready for UFC competition but he's got some star qualities. Schaub continued to get the better of the stand-up. They traded hard punches and Schaub hurt Nelson with some punches. Nelson went for a takedown and again Schaub powered out. But Nelson then connected with a great overhand right to the temple, knocking Schaub out to win it. Nelson then started rubbing his Kamala belly. Nelson got $41,000 for the win with his best match bonus. Schaub got $8,000 for the loss.

**************************************************************

The most explosive K-1 World Grand Prix final saw Semmy Schilt tie one record and set another in scoring three straight first round knockouts to become the 2009 champion on 12/5 at the Yokohama Arena.

In all, it was a historical night, a show generally considered excellent even though it had no classic matches, because the one-night final eight-tournament saw six first round knockouts in the seven matches.

Schilt, the 6-11, 295-pound giant from Holland tied the record set by Ernesto Hoost in becoming the second four-time champion in the 17-year history of the Grand Prix. Even more impressive, he broke a record that many thought would never be broken, in winning three matches in a total time of 5:52, breaking the mark of 6:43 set when Peter Aerts won tournament in 1998.

While Schilt has a 34-5-1 record as a kickboxer, he can now be proclaimed the greatest big tournament fighter in history. He captured the K-1 Grand Prix title in 2005, the first year he entered the tournament after leaving the Pride organization where he was an MMA fighter. The transition paid off, because Schilt was not good at avoiding the takedown in MMA, and thus was unable to beat the top names in that sport. In kickboxing, he can use his length to become a very difficult to beat opponent. Schilt followed with tournament wins in 2006 and 2007, before being upset by Peter Aerts in the round of 16 to qualify for the final eight last year. Thus, he had never lost a match in a K-1 Grand Prix final. He's also the answer to the trivia question as to the only fighter who has fought in Pride, UFC, Pancrase and K-1.

After winning the tournament, promoter Sadaharu Tanigawa wanted Schilt to come back for the New Year's Eve show, and return to MMA. Schilt beat Mighty Mo, another kickboxer, with a triangle in 5:17 at last year's New Year's Eve show. The idea was to use Schilt as one of the FEG (K-1 & Dream) representatives in the series with Sengoku that the show is built around. Opponents being talked about for Schilt include Hiroshi Izumi, the 2004 Olympic silver medalist in judo at 198 pounds. Izumi is 0-1 in MMA and would figure to get slaughtered here. Also mentioned as possible foes were Kazuyuki Fujita and Josh Barnett. Barnett submitted Schilt in the 2003 New Year's Eve show, as well as in a 2001 UFC match.

The show did a 15.3 rating in Japan, which was okay. It's well down from the glory days of the promotion, but the show had less Japanese mainstream interest with no Japanese fighter in the finals eight. It finished just out of the top 20 television shows in Japan for the week. The peak was a 19.9 rating for Remy Bonjasky vs. Errol Zimmerman in a first round match.

This meant even with all the knockouts and drama, more viewers were tuning out early than were being added. Last year's show did a 16.1, but it beat the 2007 number of 14.7. While some boxing matches have beaten the number, and coming so close after the Koki Kameda vs. Daisuke Naito fight probably didn't help with the casual audience, the only MMA/kickboxing number to beat it in Japan was the Dream show with all the freaks (Canseco, Choi Hong-man, Sapp) and Kid Yamamoto, that did a 16.2 They announced a sellout of 17,262, and it was sold out, but with the staging, the real number was closer to 14,000.

The show also aired live around the world, including in the U.S. on HDNet. It was promoted and presented almost complete pro wrestling style, and delivered in storytelling. The main theme was Alistair Overeem, the Strikeforce heavyweight champion, as the outsider who was out to humiliate K-1 by coming in from another sport and beating the best they had to offer. Overeem had a kickboxing background. Last year on New Year's Eve, Overeem knocked out Badr Hari, the most popular and best heavyweight of the new generation of K-1 stars.

Overeem was presented as the heel. Hari, who knocked out Schilt in :45 on 5/16 in Amsterdam, Holland, was the odds on favorite, coming in with a new physique, and looking for revenge in the semifinals. Hari suffered a mental breakdown in last year's final, stomping on Bonjasky's head when he was down, and getting disqualified when Bonjasky was unable to continue. Hari was furious, claiming Bonjasky was doing an acting job to get a cheap win, even, at one point this year, giving him a trophy that looked like an Oscar, with the idea he had won the best actor award. Overeem was also shown in a vignette on the Japanese broadcast knocking all the main K-1 fighters, saying Bonjasky deserved an

Academy Award for his performance. Overeem, showed up at 6-5 and 257 ½ pounds, adding nearly another five pounds of muscle since his last fight. He looked physically like a taller version of Tony Atlas from his Mr. USA winning days, was all but presented as a juiced up monster bully who had to be stopped.

The announcing in particular was so completely over-the-top. Michael Schiavello, the Australian host of the broadcast, and sidekick Mike Kogan, the U.S. rep of K-1, were so ridiculously pro-Hari all night long that it could only be appreciated if you were watching it as a pro wrestling event. It was enough that there was a lot of negativity over just how pro-Hari they were all night, although the Overeem storyline made for interesting television. When Hari knocked out Overeem, they cut to the announcers, who were jumping up and down celebrating the win, reminiscent of a Mike Tenay/Don West scene on Impact when they did an over-the-top celebration.

It also should be noted that this announcing was mirrored on the Japanese language broadcast. In Japan, after Hari knocked down Overeem for the first time, the play-by-play guy still called the match but the other announcers at the table were loudly cheering and even yelling "Go" and "punch" at Hari as he went for the finish. The whole idea is they wanted a guy using K-1 style and skill to win, and not a juiced up muscle head.

Hari, who started as a bad boy heel, pushed as the guy who they needed to save the group (the old pro wrestling storyline when a new heel rips through the territory and they call back a legendary heel from the past to stop him), was now popular as he bragged before the tournament that not only would he win, but he won win by three first round knockouts, and break the "unapproachable" Aerts record.

This led to a McGwire/Sosa finish, as Hari vs. Schilt went into the final, with both men within reach of the record. Schilt had to win in 2:39 or less, while Hari actually had until :51 of the second round to break the record. Kogan, before the championship match, went so far as to predict Hari would win the final in less than 45 seconds.

Schilt ended up knocking Hari down three times and winning the championship in just 1:48. Schilt dedicated the tournament to his training partner, 22-year-old Vitali Matu, who died on 11/16, collapsing after the two were training. The autopsy revealed Matu died of lung edema and interstitial pneumonia, having nothing to do with receiving any blows. The Japanese announcers seemed disappointed with the result, praised Hari instead for leaving it all in the ring, and then they played a replay of Hari knocking out Overeem as the big moment on the show. From a business standpoint, it worked out perfectly. The big star got the win that they pushed the most, but he didn't win the Grand Prix, making his quest to win it for the first time the theme of the 2010 season. While K-1 was built by Andy Hug and Peter Aerts in its first generation, they also had Masaaki Satake, a well-known and popular Japanese fighter as a rival to the two. The attempts to build Hari into that level superstar are hurt by the lack of having that Japanese rival.

1. Peter Aerts beat Gokhan Saki in a reverse fight. Schiavello compared Aerts to The Undertaker, in that he's been in every final eight since 1993. But "the streak," was broken. He was given the chance that if he won here, and there was an injury to the winner, he could preserve his streak. He showed up with a new muscular physique, but at 38, he was much slower than in his prime. Saki is a small heavyweight, so it became speed vs. size. Aerts clinched the decision with a second round knockout.

2. Badr Hari beat Ruslan Karaev in :38. Hari showed up at 231.5 pounds, 25 pounds more than last year, and it was all new muscle, with a new body. Hari knocked Karaev down first with a lopping right. Karaev got back up and both were swinging wildly and Hari knocked him down again to win.

3. Alistair Overeem beat Ewerton Teixera. Two hard knees, the second landing right on the jaw, and it was over in 1:06.

4. Semmy Schilt beat Jerome LeBanner in 1:27. Schilt knocked LeBanner down twice. The first was with a knee and second was a front kick. LeBanner came across like a washed up fighter. He didn't even arrive in Japan until the night before the show.

5. Remy Bonjasky beat Errol Zimmerman via scores of 30-27, 30-28 and 29-28. Key move was Bonjasky dropping Zimmerman with an overhand right in the first round. Zimmerman was the aggressor most of round two with Bonjasky going into his Virgin defense (you know, nothing can penetrate). Same thing happened in the third round. Both got tired. Bonjasky didn't appear to take much damage, but apparently he suffered a leg injury but decided to come out for the semis.

6. In a reserve fight, Daniel Ghita, who they are building as a future star, with his nasty low kicks, finished Sergey Kharitonov at :36 of round three. Every time Kharitonov threw anything, he would get nailed by a low kick. Ghita was chopping both legs and Kharitonov, a former star in Pride who has never been in K-1 before, was a name brought in with a rep for the new star to squash. At one point, Kharitonov was taking so much damage he did a single leg takedown, just to give his legs a break. In the third round, he couldn't stand anymore, went down, and it was over. They brought in a stretcher for him and he was put on it, but then asked

to be let off because he wanted to leave on his own power.

7. Hari finished Overeem in 2:14. Overeem threw down Hari hard, which isn't legal, but established him as the bully, and almost strutted. But when they started trading, Hari was so much quicker than his more muscular foe. Overeem was getting hit and then threw Hari into the turnbuckles. Hari scored a knockdown and when Overeem got up, he was still staggering. Hari was going for the kill and Overeem couldn't get anything off. Hari nailed Overeem with a kick to the side of the head, and while Overeem didn't go down, he wasn't defending either so it was stopped to the biggest reaction of the night.

8. Schilt beat Bonjasky in 2:38. Bonjasky knocked Schilt down right away with a left to the jaw. Schilt came back and bulled Bonjasky into the corner and started throwing knees, and was connecting with body kicks, body punches and knees. A combination of punches put Bonjasky down for the first time. A right to the jaw put him down a second time. This was the best match on the show.

9. Tyron Spong won a three-round unanimous decision over Kyotaro (real name Keijiro Maeda) that was there just to give the semifinalists a little time before the finals.

10. Schilt knocked down Hari three times in 1:48 to win the tournament. Hari nailed Schilt with several hard punches to the face. Schilt threw a high kick and Hari swept his leg, putting Schilt down. Hari was throwing but Schilt countered and put him down with a left jab right to the nose. Hari was in trouble, and Schilt put him down a second time with a great high kick. Hari lunged in with a superman punch but Schilt put him down a third time with a kick to the body and it was over on the three knockdown rule in the championship match (first two rounds of the tournament had a two knockdown per round rule).

***************************************************************

Pro Wrestling NOAH finished 2009 with a couple of surprises, including the crowning of Takashi Sugiura as the new GHC heavyweight champion, on its final major show of the year on 12/6 at Budokan Hall in Tokyo.

Sugiura, a former Japanese Army wrestling champion with a 1-3 MMA record (only win coming against Giant Silva), didn't start pro wrestling until the age of 30 in 2000. He's short, but a very physical, great worker, and with his background and many similar moves, has often been compared with Kurt Angle. But he'd been a middle guy, who would lose to stars for so long that he was considered an "easy" win for current champion Go Shiozaki.

A second title change saw Takeshi Rikio & Mohammed Yone capture the GHC tag team titles from Kensuke Sasaki & Takeshi Morishima. The original booking plan for this show was for Sasaki & Morishima to lose the title to Jun Akiyama & Kenta Kobashi, but with Akiyama suffering both physical and emotional problems, he was pulled from the rest of the tour. It was the announced tag title match, basically a title match where Kobashi was a challenger and with Sasaki on the championship side, that led to a very strong advance for the show, that ended up drawing 10,000 fans (announced as 12,000). They probably would have done better had they gone with the lineup presented.

But it was said to be a very good show, and a sign the company is holding up, well, better than they could have, since the loss of network television. There was a bump in interest in the summer due to the death and aftermath of the death of Mitsuharu Misawa, but overall business hasn't been good and there is a lot of cost cutting that has to be done.

1. Shuhei Taniguchi pinned Makoto Hashi in 10:38 with a German suplex.
2. Akira Taue & Takuma Sano & Junji Izumida & Tsuyoshi Kikuchi beat Yoshinari Ogawa & Kentaro Shiga & Kishin Kawabata & Genba Hirayanagi in 13:47 when Sano pinned Hirayanagi with a Hokuto bomb. Match was the designated undercard comedy match.
3. Kenta Kobashi & Tamon Honda & Akihiko Ito beat Bison Smith & Chris Hero & Eddie Edwards in 15:33 when Kobashi pinned Edwards after a lariat.
4. Naomichi Marufuji returned after nine months off due to knee reconstruction surgery and pinned Atsushi Aoki. Marufuji got a huge pop coming out. He came out wearing a mask like he did when he was younger, and was in great shape. He started throwing elbows like Misawa. Aoki worked the left arm, building up for armbar spots. Marufuji won with his new hold, a Tiger driver into an emerald frosien. It's a tribute hold, putting Misawa's two finishers together as the Tiger frosien. Marufuji said that he came up with the idea while in the hospital, and the plan was for him to use the move on Misawa to beat Misawa for the first time. Instead, he used it in his return. Marufuji put over Aoki on the mic after the match and said he wanted him to be his new tag team partner.
5. Yoshinobu Kanemaru & Kotaro Suzuki retained the GHC jr. tag titles beating Ricky Marvin & Taiji Ishimori in 22:26. Fast paced very good match. The finish saw Suzuki, who is a Misawa protege, use the spinning elbow on Marvin for the pin.
6. Takeshi Rikio & Mohammed Yone won the GHC tag titles from Kensuke Sasaki & Takeshi Morishima in 26:40. The stipulation here was that if Rikio & Yone lost, they would break up their team. Morishima suffered an arm injury on the tour so it was worked over. Rikio & Yone did a double-team muscle buster on Morishima.

Yone followed with a lariat, and five hard kicks to the head for the pin.

7. Takashi Sugiura pinned Go Shiozaki to win the GHC heavyweight title in 24:39. It was Sugiura's second time challenging for the title, as he lost last year against Morishima. Said to be a great main event. Sugiura did the Alexander Karelin suplex on the apron. Shiozaki came back with a moonsault kneedrop and his Go flasher for near falls. Sugiura used a variety of knees to soften Shiozaki up and won after an Olympic slam off the top rope.

**********************************************************

There's a saying when things go wrong in sports how a team or an event is plagued.

But never was that statement more true than in the 30th annual All Japan Real World Tag League, the oldest unbroken tradition in the industry. An outbreak of the swine flu wound up with Satoshi Kojima, Seiya Sanada and Joe Doering all hospitalized and the teams of Kojima & Zodiac (former WWE wrestler Aaron "Jesus" Aguilera), Osamu Nishimura & Sanada, and Doering & Taru, having to forfeit their final matches. Reports were that others were sick but able to work through it, although everyone was apparently glad when the tour ended on 12/6 in Gifu with Hall of Famers Keiji Muto & Masakatsu Funaki coming out as the winners.

Muto, who had only won the tournament once during his career (in 2007 with Doering as his partner), teamed with the MMA pioneer (before the sport even had a name, as Funaki's sport was called Hybrid wrestling as part of the pro wrestling industry) to beat Suwama & Masayuki Kono before a sellout of 2,000 fans. The tour was a moderate success, running small buildings every night, and packing them most nights. Still, the tournament that by tradition used to sell out Budokan Hall, now having its finals in a minor market in a small arena makes it clear what a remnant it is of the days when it was one of pro wrestling's biggest events.

Muto & Funaki had clinched a spot in the finals by finishing the round robin with a 5-2-1 record after going to a 30:00 draw with Suwama & Kono on 12/1 at Korakuen Hall.

Current company world tag team champions, Taiyo Kea & Minoru Suzuki, who were in second place, lost to All-Asian tag team champions Akebono & Ryota Hama on 12/3 in Wakayama. But on 12/5 in Yokkaichi, they finished with a 5-3 record beating Yoshihiro Takayama & Nosawa. This led to Suwama & Kono vs. Akebono & Hama. If Akebono & Hama won, they would go to a playoff on 12/6 against Kea & Suzuki for the right to face Muto & Funaki. If Suwama & Kono won, which they did, they would go to the final. Suwama pinned Hama in 16:35 with a back suplex to set up the title match, where Muto pinned Kono in 26:13 with a Frankensteiner. There was an interesting dynamic because years after Funaki retired, Kono, who started his career in All Japan, quit to join Pancrase. Kono had a 3-5 MMA record as a heavyweight from 2005-2008, and would have been a complete unknown had it not been for him starting as a pro wrestler. After giving up shootfighting, he returned and with his size and background, the company has given him a significant push, as he rarely does jobs.

Muto & Funaki's tournament win sets them up for a title shot at Suzuki & Kea on 1/3 at Korakuen Hall. Also on the final night, after Takayama pinned Manabu Soya in a singles match, Takayama announced he was leaving the company and going to New Japan, presumably to work against IWGP heavyweight champion Shinsuke Nakamura. Also in a prelim match, Zodiac pinned Hama, which sets up Zodiac & Kai as challengers for Akebono & Hama's All-Asian tag titles.

Akebono used a Samoan drop as his finisher in a trios match on the final night, teaming with Kaz Hayashi & Nishimura beating Kea & Suzuki & Nosawa. The significance is the move was a tribute to Eddie Fatu, who worked here as Jamal, and won the 2004 tournament with Kea as his partner.

**Final standings:** 1. Muto & Funaki 6-2-1, 13 points; 2. Suwama & Kono 5-3-1, 11 points; 3. Suzuki & Kea 5-3, 10 points and Riki Choshu & Manabu Soya 5-3, 10 points; 5. Akebono & Hama 4-4, 8 points and Kojima & Zodiac 4-4, 8 points; 7. Takayama & Nosawa 3-5, 6 points; 8. Nishimura & Sanada 2-6, 4 points and Doering & Taru 2-6, 4 points.

**********************************************************

To show how far CMLL has fallen in recent months, its year-end spectacular, Sin Salida, a usual sellout in recent years, only drew 9,000 fans on 12/4 to Arena Mexico. The crowd was held down by massive demonstrations, not wrestling related (a march by employees of a giant utility company shut down by the government, laying off 45,000 employees), taking place near the arena. There were stories of traffic being held up and fans both arriving late, or unable to get to the show.

1. Pegasso Extreme & Rey Cometa beat Rouge beat Loco Max & Escandalo & Hooligan in a three-fall match in 9:41. Rouge pinned Loco Max after a vertical suplex. The undercard in general was rushed through.

2. Mascarita Dorada pinned Pequeno Damian 666 in 7:02 in a good match, via submission. They pulled out a lot of good moves and fans threw money into the

ring as appreciation.

3. La Mascara & Maximo & Brazo de Plata (all members of the Alvarado wrestling family) beat Negro Casas & Misterioso Jr. & Felino in two straight falls in 11:01. Porky pinned Casas with a butt splash in the second fall. Mostly comedy and generally considered the worst match on the show.

4. Mistico & Hector Garza & Strongman beat Mr. Niebla & Atlantis & Ultimo Guerrero in 2/3 falls 13:56 when Mistico made Guerrero submit to La Mistica. 5. Volador Jr. & La Sombra, the Super Sky Team, retained the CMLL tag titles beating Mephisto & Ephesto in 29:47. Said to be a super match. To show how rushed the show was, it started at 8:30 and the semifinal got into the ring at 9:30. Fans not only threw coins in the ring when it was over, but even bills, which is a rarity these days. They did two quick falls, with the heels winning the first fall and the Super Sky team taking the second. Third fall lasted 24:11, with Volador Jr. pinning Mephisto with a Frankensteiner after a ton of near falls. Volador Jr. did a Spanish Fly, a guillotine and several huracanranas. Sombra did moonsaults, tornillos (corkscrew flying moves) and topes. In the third fall, Mephisto pinned Sombra first with the Devil's Wings, eliminating him. Volador Jr. then pinned Ephesto with a roll-up. After several minutes of near falls, Volador Jr. and Mephisto, Mephisto tried the Devil's wings from the top rope, but Volador Jr. reversed it into a Frankensteiner. Reports were they had to alter the finish more than once due to the referee getting in the way. The face team came out of the match looking like stars.

6. El Terrible & El Texano Jr., in the roles of heels who were babyfaces since they were facing foreigners, beat Yujiro & Tetsuya Naito in a double hair vs. hair match in 21:52. The Mexican heels came out wearing sombreros and with Mariachi singers. The Japanese team won the first fall and the Mexican team came back in the second fall. Texano Jr. was pinned first, followed by Naito, leaving Yujiro and Terrible. Okumura and Mima Shimoda came out and distracted the ref, apparently for Naito to interfere, but instead, Texano Jr. ran in and gave Yujiro a low blow and Terrible got the pin. Fans liked the match, and people went home happy seeing the double head shaving.

**********************************************************

The WWE got good news and bad news when it came to the themed PPV shows.

After a year where most of the PPV events were well below last year's numbers, both October shows, the Hell in a Cell show and the Bragging Rights show, finished ahead of the 2008 numbers for No Mercy and Cyber Sunday. Hell in a Cell was a clear success, as should have been expected since that concept has always done well on PPV.

Bragging Rights, featuring the Raw vs. Smackdown concept, and headlined by the John Cena vs. Randy Orton Iron Man match, did beat Cyber Sunday, but as a theme, was not a success.

Hell in a Cell's preliminary estimates are 280,000 worldwide buys and 174,000 in North America. Last year's No Mercy buys, listed at 238,000 in the 11/16 issue, were adjusted up to 252,000, and 174,000 in North America, so the domestic total ended up the same, although when all is added up, this year's domestic numbers should probably beat last year by a significant margin.

Last year's No Mercy, which was the third highest "B" show of the year, was headlined by the Chris Jericho vs. Shawn Michaels ladder match for the world title, as well as HHH vs. Jeff Hardy for the WWE title, Undertaker vs. Big Show and Batista vs. JBL for a World title shot.

Hell in a Cell on 10/4 featured the three Cell matches, with C.M. Punk vs. Undertaker for the world title, Michaels & HHH vs. Ted DiBiase & Cody Rhodes and Orton winning the WWE title from Cena. The show was the most successful "B" show of the year, beating the No Way Out night of Elimination Chamber matches at 272,000. However, there were disappointing aspects of the show, such as the lack of the cell being used as a major part of the matches that one could argue hurt the concept for the future. The other argument is by making it early October that you have Hell in a Cell matches, that many bouts go into the cell before the program is ready for that type of match, You can also argue that in the past, one Hell in a Cell at the right time in a program did considerably more business than three did this time, so while it looks good in the month vs. month comparisons, it took away a single Cell match this year that would have done as well or better if it was timed better.

Bragging Rights on 10/25 did 180,000 worldwide buys on first estimate and 112,000 domestic. It's up a little from Cyber Sunday, which did 172,000 worldwide and 119,000 domestic. But Cyber Sunday was the weakest WWE concept PPV they had ever come up with, as they had brought back Steve Austin for that show last year and did one of the lowest PPV numbers of the last decade.

Bragging Rights had the Orton vs. Cena Iron Man match for the WWE title, Undertaker vs. Punk vs. Batista vs. Rey Mysterio for the WWE title and the Raw vs. Smackdown Bragging Rights match with the Smackdown team of Jericho & Kane & Matt Hardy & R-Truth & Fit Finlay & David Hart Smith & Tyson Kidd over Team Raw of Michaels & HHH & Kofi Kingston & Mark Henry & Show &

Rhodes & Jack Swagger. Iron Man matches are not a good PPV attraction, particularly following a Hell in a Cell, because it's a stipulation in a sense going backward instead of forward. But a key thing to learn from the number is that the company did a great job in building that if Cena lost, he would leave Raw. This is the biggest star in the company today and that stip meaning drawing such a weak buy rate, forgetting about the rest of the show, tells one of two things that are lessons for the future.

The choices are that either WWE (and wrestling in general) has lied on stipulations so many times that they are now completely irrelevant. The idea is to spark business and this is somewhat extreme as far as being believable. If the stip was that Cena would have to leave the WWE for one year, nobody would believe it even though it's more extreme. The other is that people don't see Raw and Smackdown as really different. They are both just WWE. Cena leaving Raw wasn't something anyone cared about since they either assumed he was going to Smackdown and ultimately they didn't care, or they didn't believe he would lose or that the stip would hold up.

The Cena vs. Orton stipulation not doing business may also be the answer of why Bragging Rights itself as a stipulation didn't work. If the concept is to work, it's to put meaning in the Raw vs. Smackdown matches. One issue is while they were sold as being something special that you almost never see, except you see it far too often on television whenever there is a tri-branded Raw show or a special Smackdown show. My feeling on Bragging Rights is that it's a concept that wasn't going to mean a lot in year one, but if the Raw vs. Smackdown matches are done only at Mania and Bragging Rights (and given that we just had them on the Ventura Raw I don't know about that), and if the value of the win is played up as something important (showing the trophy backstage every now and then on Smackdown may not be enough) then possibly it can be built into something significant. But it would take years to build the rivalry into something significant, and judging from the Cena vs. Orton stip being on this same show, people don't buy Raw and Smackdown as the Yankees and Red Sox both in the American League, they buy them as the Yankees game on Monday night and the Yankees game on Friday night. If nothing else, it was a very clear message as to how the audience perceives the importance of the brands and brand rivalry.

Another handicap Bragging Rights had this year was being a day after UFC 104 (Lyoto Machida vs. Shogun Rua at 450,000 buys). Last year Cyber Sunday came the day after a UFC PPV event, but it was the much weaker UFC 90 (Anderson Silva vs. Patrick Cote at 300,000).

The 2008 Cyber Sunday had the first WWE appearance of Steve Austin (as a fans pick) in nearly a year as referee of Batista's win over Jericho for the World title, plus HHH vs. Jeff Hardy (as a fans pick) for the WWE title, Undertaker vs. Show in a last man standing match (fans picked the stip) as the top matches.
********************************************************************

Raw on 12/7 did a 3.23 rating and 4.81 million viewers. The good news is that the rating rose this time in the second hour, probably because they went so long in the overrun. The show did a 2.55 in Males 18-49, finishing in third place in the time slot. The show drew 67% males and the median viewer was 37. The head-to-head NFL game with the Green Bay Packers vs. Baltimore Ravens did a normal 9.67 rating and 13.48 million viewers, the seventh highest of the 13 games this season.

TNA Impact on 12/3 did a 1.15 rating and 1.3 million viewers. The show did a 0.72 in Males 18-34 and 0.68 in Males 35-49. TNA rarely does better with the younger audience than the older audience.

In the segment-by-segment, Alex Shelley vs. Doug Williams gained 11,000 viewers. Homicide vs. Suicida and that horrible ODB talk show segment with Tara gained 79,000 viewers and did the show's peak rating at 1.27. Jesse Neal vs. Pope D'Angelo Dinero lost 57,000 viewers. Eric Young & Kevin Nash vs. Beer Money, the Foley interview after the match, and the Bobby & Kristal Lashley interviews also lost 57,000 viewers. Abyss vs. Daniels stayed even. The Dixie Carter interview with Mike Tenay lost 113,000 viewers and it was really the most hyped thing on the show. The Hamada vs. Sarita and Kurt Angle vs. Raven & Dr. Stevie matches (teased as Angle vs. Desmond Wolfe most of the show) lost 34,000 viewers and was the show's lowest rated segment at 1.04. The rating was okay, but the pattern of general decline was not a positive.

WWE Superstars on 12/2 did a 0.9 rating.

The final episode of the season of Ultimate Fighter on 12/2, the two-hour episode, did a 1.9 rating and 2.6 million viewers. The show was the highest rated show on television, including network programming, in Males 18-34 for the day, doing a 3.2. It did a 2.0 in Males 35-49.

The show went head-to-head with the debut of "Conspiracy Theory," the Jesse Ventura show on TruTV, that pulled in a 1.4. It also went head-to-head with a pro boxing special on Versus that featured Bernard Hopkins vs. Enrique Ornelas and Roy Jones Jr. vs. Danny Green for the IBO cruiserweight title that did a 0.47 rating and 389,000 viewers. So with two of probably the top seven boxing names to U.S. fans, a boxing show did less than any WEC show on the network in

the same time slot.

The 12/1 episode of ECW drew a 1.0 rating.

WWE Raw on 11/30 did a 3.18 rating which was 4.68 million viewers.

Smackdown on 11/20 did a 2.1 rating and 3.56 million viewers.
********************************************************************

This is the first issue of the current set. That means if you've got a (1) on your address label, your subscription expires in three more issues.

Renewal rates for the printed Observer in the United States are $11 for four issues (which includes $4 for postage and handling), $20 for eight, $28 for 12, $36 for 16, $54 for 24, $72 for 32, $90 for 40, $117 for 52 up through $144 for 64 issues.

For Canada and Mexico, the rates are $12.50 for four issues (which includes $6 for postage and handling), $22 for eight, $32 for 12, $40 for 16, $60 for 24, $80 for 32, $100 for 40 issues, $130 for 52 and $160 for 64.

For Europe, you can get the fastest delivery and best rates by sending to Moonsault, P.O. Box 3075, Barnet, Herts EN4 9YR, England, or by sending e-mail orders to moonsault@mediaplusint.com. Rates are £9 per set of four issues. U.K. readers ordering at least six sets can get them for £8.50 per set.

For the rest of the world, the rates are $14.50 for four issues (which includes $9 for postage and handling), $28 for eight, $40 for 12, $50 for 16, $63 for 20, $76 for 24, $87.50 for 28, $125 for 40 issues and $162 for 52 issues.

You can also get the Observer on the web at www.wrestlingobserver.com for $9.99 per month for a premium membership that includes daily audio updates, Figure Four Weekly, special articles and a message board.

If you are a premium member and still want hard copies of the Observer, you can get them for $7 per set in the U.S., $8 per set in Canada and $10.50 per set for the rest of the world.

All subscription renewals should be sent to the Wrestling Observer Newsletter, P.O. Box 1228, Campbell, CA 95009-1228. You can also renew via Visa or MasterCard by sending your name, address, phone number, Visa or MasterCard number and expiration date to dave@wrestlingobsever.com or by fax to (408)244-3402. You can also renew at www.paypal.com using dave@wrestlingobserver.com as the pay to address. For all credit card or paypal orders, please add a $1 processing fee.

All letters to the editor, reports from live shows and any other correspondence pertaining to this publication should also be sent to the above address.

We also have copies of our latest book, "Tributes II," a 293-page hardcover full color book which features biographies right out of the pages of the Observer. Those featured are Wahoo McDaniel, Lou Thesz, Miss Elizabeth, Freddie Blassie, Road Warrior Hawk, Andre the Giant, Curt Hennig, Johnny Valentine, Davey Boy Smith, Terry Gordy, Owen Hart, Stu Hart, Gorilla Monsoon, The Sheik and Tim Woods. The book is available for $12.95 plus $3.50 for postage and handling in the U.S., $10 for postage and handling in Canada and $12 for postage and handling for the rest of the world.

This publication is copyright material and no portion of the Observer may be reprinted without the expressed consent of publisher/writer Dave Meltzer or deputy managing editor Scott Williams.

Fax messages can be sent to the Observer 24 hours a day at (408)244-3402. Phone messages can be left 24 hours a day at (408)244-2455. E-mails can be sent to dave@wrestlingobserver.com
********************************************************************

# RESULTS

12/1 Mexico City Arena Mexico (CMLL TV tapings): Astral & Mini Fantasy b Nitrito & Universito 2000, Guerrero Maya Jr. & Sensei & Tigre Blanco b Dr. X & Durango Kid & Escorpion, Arkangel de la Muerte & Bronco & Virus b Angel Azteca Jr. & Angel de Oro & Angel de Plata, Blue Panther & Toscano & Valiente b Averno & Dragon Rojo & Mr. Niebla-DQ, CMLL welterweight title: Negro Casas b Mascara Dorada

12/2 Osaka (New Japan - 1,600 sellout): Super Strong Machine & Mitsuhide Hirasawa b Tiger Mask & Kazuchika Okada, Koji Kanemoto & Nobuo Yoshihashi b Gedo & Jado, Ryusuke Taguchi & Prince Devitt b Jushin Liger & AKIRA, Togi Makabe & Manabu Nakanishi & Takao Omori b Takashi Iizuka & Giant Bernard & Karl Anderson-DQ, Tajiri & Masato Tanaka & Tomohiro Ishii b Hiroshi Tanahashi & Hirooki Goto & Masahiro Chono, Yuji Nagata & Wataru Inoue b Shinsuke Nakamura & Toru Yano

12/2 Fukui (All Japan - 1,400 sellout): Kaz Hayashi & Ryota Hama b Minoru & Toshizo, Masakatsu Funaki b Kai, Yoshihiro Takayama & Nosawa b Osamu Nishimura & Masa Fuchi, Minoru Suzuki & Taiyo Kea b Minoru & Taru, Suwama & Masayuki Kono b Riki Choshu & Manabu Soya, Keiji Muto & Akebono & Shuji Kondo b Satoshi Kojima & Zodiac & Hiroshi Yamato

12/2 Nagano (Pro Wrestling NOAH - 1,250): Ricky Marvin b Eddie Edwards,

Atsushi Aoki & Takuma Sano b Taiji Ishimori & Akira Taue, Bison Smith b Genba Hirayanagi, Yoshinobu Kanemaru & Yoshinari Ogawa b Akihiko Ito & Kenta Kobashi, Takashi Sugiura & Shuhei Taniguchi b Chris Hero & Go Shiozaki, Takeshi Rikio & Mohammed Yone & Kotaro Suzuki b Kensuke Sasaki & Takeshi Morishima & Kento Miyahara

12/3 **Wakayama (All Japan - 1,800 sellout):** Masayuki Kono d Manabu Soya, Minoru & Toshizo b Masa Fuchi & Shuji Kondo, Riki Choshu & Suwama b Zodiac & Yamato, Yoshihiro Takayama & Nosawa b Taru & Voodoo Mask, Akebono & Ryota Hama b Minoru Suzuki & Taiyo Kea, Keiji Muto & Masakatsu Funaki b Osamu Nishimura & Kaz Hayashi

12/4 **Balad Air Base, Iraq (WWE Tribute to the Troops special):** MVP b Chris Masters, Rey Mysterio & Mark Henry b C.M. Punk & Carlito, The Miz b John Morrison, John Cena b Chris Jericho

12/4 **Portland, ME (TNA - 500):** X title: Amazing Red b Suicide, Hamada & Awesome Kong b Angelina Love & Madison Rayne, Abyss b Dr. Stevie, Kurt Angle b Desmond Wolfe, Robert Roode & James Storm & Matt Morgan b Doug Williams & Brutus Magnus & Sheik Abdul Bashir, TNA title: A.J. Styles b Daniels

12/4 **Osaka (New Japan - 1,666 sellout):** Tiger Mask b Kazuchika Okada, Manabu Nakanishi & Takao Omori b Jushin Liger & Masahiro Chono, IWGP jr. tag titles: Prince Devitt & Ryusuke Taguchi b Nobuo Yoshihashi & Koji Kanemoto, Elimination match: Tomohiro Ishii & Takashi Iizuka & Masato Tanaka & Tajiri b Tomoaki Honma & Togi Makabe & Hiroshi Tanahashi & Hirooki Goto, Elimination match: Mitsuhide Hirasawa & Super Strong Machine & Wataru Inoue & Yuji Nagata b Shinsuke Nakamura & Karl Anderson & Giant Bernard & Toru Yano

12/4 **Bucharest, Romania (American Wrestling Rampage):** Scotty the Hotty & X-Pac b Shawn Maxer & Delicious Dunky D, April Hunter b Portia Perez, Joe E. Legend & Suicide Machine b Paul Tracey & Justin Sharpe, Cruiserweight title: Pac b El Generico, Hardcore match: Raven b Omen, Mascarita Sagrada b Bracito de Plata, AWR title: Rob Van Dam b Rene Dupree to win title

12/5 **Bossier City, LA (WWE Tri-branded show):** Goldust & Hurricane & Tommy Dreamer b Zack Ryder & Ezekiel Jackson & Vance Archer, Sheamus b Evan Bourne, Mickie James b Beth Phoenix, Chavo Guerrero b Alex Riley, Kane & Matt Hardy b Ted DiBiase & Cody Rhodes, Kofi Kingston b Jack Swagger, Drew McIntyre b Jimmy Wang Yang, ECW title: Christian b William Regal, Falls count anywhere: HHH b Randy Orton

12/5 **Nagoya (New Japan - 8,500):** Jado & Tomohiro Ishii b Nobuo Yoshihashi & Kazuchika Okada, Jushin Liger & Koji Kanemoto & AKIRA b Tiger Mask & Prince Devitt & Ryusuke Taguchi, Giant Bernard & Karl Anderson b Super Strong Machine & Mitsuhide Hirasawa, Manabu Nakanishi & Takao Omori b Masahiro Chono & Tomoaki Honma, Toru Yano b Wataru Inoue, Togi Makabe b Takashi Iizuka, Hirooki Goto b Masato Tanaka, Hiroshi Tanahashi b Tajiri, IWGP hwt title: Shinsuke Nakamura b Yuji Nagata

12/5 **Amherst, MA (TNA - 800):** X title: Amazing Red b Suicide, Velvet Sky & Madison Rayne b Awesome Kong & Hamada, Matt Morgan b Sheik Abdul Bashir, Kurt Angle b Desmond Wolfe, Abyss b Dr. Stevie, Non-title: Robert Roode & James Storm b Doug Williams & Brutus Magnus, TNA title: A.J. Styles b Daniels

12/5 **Yokkaichi (All Japan - 1,000):** Masa Fuchi b Toshizo, Zodiac b Shuji Kondo, Riki Choshu b Manabu Soya b Osamu Nishimura & Yamato, Minoru Suzuki & Taiyo Kea b Yoshihiro Takayama & Nosawa, Suwama & Masayuki Kono b Akebono & Ryota Hama, Keiji Muto & Masakatsu Funaki & Kaz Hayashi b Taru & Minoru & Voodoo Mask

12/6 **Gifu (All Japan Real World Tag League tournament finals - 2,000 sellout):** Shuji Kondo & Hiroshi Yamato b Toshizo & Voodoo Mask, Zodiac b Ryota Hama, Riki Choshu & Masa Fuchi b Taru & Minoru, Yoshihiro Takayama b Manabu Soya, Osamu Nishimura & Akebono & Kaz Hayashi b Taiyo Kea & Minoru Suzuki & Nosawa, Tag League championship: Keiji Muto & Masakatsu Funaki b Suwama & Masayuki Kono

12/6 **Monroe, LA (WWE tri-branded show - 4,400):** Hurricane & Tommy Dreamer & Goldust & Alex Riley b Zack Ryder & Vance Archer & Ezekiel Jackson & Chavo Guerrero, Sheamus b Evan Bourne, ECW title: Christian b William Regal, Drew McIntyre b Jimmy Wang Yang, Kofi Kingston b Jack Swagger, Mickie James b Beth Phoenix, Matt Hardy & Kane b Ted DiBiase & Cody Rhodes, Falls count anywhere: HHH b Randy Orton

12/6 **Glens Falls, NY (TNA - 450):** X title: Amazing Red b Suicide, Velvet Sky & Madison Rayne b Hamada & Awesome Kong, Matt Morgan b Sheik Abdul Bashir, Non-title: Robert Roode & James Storm b Doug Williams & Brutus Magnus, Abyss b Dr. Stevie, Kurt Angle d A.J. Styles b Daniels & Desmond Wolfe

12/6 **Monterrey (AAA TV tapings - 4,000):** Mixed tag titles: Aero Star & Fabi Apache NC Billy Boy & Sexy Star, Kenzo Suzuki & Alex Koslov b Elegido & Rocky Romero, Non-title: Marco Corleone & Jack Evans b Joe Lider & Nicho, Latin Lover & La Parka & Mesias b Dr. Wagner Jr. & Silver King & Ultimo Gladiador

12/7 **Dallas (WWE Raw/Superstars TV tapings - 14,952 sellout/12,000 paid):**

Chris Masters b Alex Riley, Jack Swagger b MVP, John Cena b Carlito, Ted DiBiase & Cody Rhodes b Primo & Evan Bourne, Maryse b Gail Kim, Mark Cuban ref: Kofi Kingston b Randy Orton, Hornswoggle & Eve Torres b Chavo Guerrero & Jillian Hall, Handicap match: Chris Jericho NC HHH & Shawn Michaels, HHH & Shawn Michaels b John Cena b Big Show & Chris Jericho b Randy Orton

12/7 **Orlando (TNA Impact TV tapings):** Chris Sabin b Doug Williams & Brutus Magnus & Rob Terry, Scott Steiner & Awesome Kong b Bobby & Kristal Lashley, Eric Young b Hamada, Trailer Park match: ODB b Tara, 4 on 3 match: Team 3-D & Rhino & Jesse Neal b Matt Morgan & Suicide & Hernandez, Mud wrestling: Velvet Sky b Lacey Von Erich, TNA title: A.J. Styles b Desmond Wolfe, Amazing Red b Homicide, Consequences Creed b Sheik Abdul Bashir

12/8 **Houston (WWE Smackdown/Superstars TV tapings - 8,000):** Goldust b Kaval, Vance Archer b Tommy Dreamer, Trent Barretta & Caylen Croft b Mark Franks & Danny Vaughn, Christian & Shelton Benjamin & Yoshi Tatsu b William Regal & Vladimir Kozlov & Ezekiel Jackson-COR, Dolph Ziggler b Fit Finlay, Tyson Kidd & David Hart Smith b Slam Master J & Jimmy Wang Yang, C.M. Punk & Luke Gallos b Matt Hardy & R-Truth, Chris Jericho & Big Show b Eric Escobar, Kane b Mike Knox, Mickie James & Maria b Michelle McCool & Layla, Street fight: Batista b Rey Mysterio, World title: Undertaker b C.M. Punk

12/8 **Orlando (TNA Impact TV tapings):** Alex Shelley b Jesse Godderz, Roxxi b ODB, Lumberjack match: Brother Ray b Matt Morgan, Awesome Kong & Hamada won three-way over Sarita & Taylor Wilde and Velvet Sky & Madison Rayne, Tatanka b Jay Lethal, Desmond Wolfe d Daniels, 3 on 2: A.J. Style & Kurt Angle & Tomko b Doug Williams & Brutus Magnus, Daffney b Traci Brooks, X title: Amazing Red b Chris Sabin

**CMLL:** The 12/11 show at Arena Mexico has Hector Garza & Strongman & Volador Jr. vs. Averno & Mephisto & Ephesto and La Avalanche Alvarado (the new name for Super Porky, Brazo de Plata) & La Mascara & Maximo vs. Ray Mendoza Jr. & Negro Casas & Okumura. . . Mistico defends the Mexican national light heavyweight title against Mephisto on 12/13 at Arena Mexico.

**AAA:** Konnan, who is 45, recently had surgery, with a stent put in his heart. He was having trouble breathing several weeks ago and after an examination, they found he was suffering from angina (a form of heart disease) and had a blockage in one of his arteries. This follows not only hip replacement surgery but kidney transplant surgery that he's undergone in recent years. Not too long ago, he landed wrong on his replaced hip and was in tremendous pain. He will be back on the Guerra de Titanes show in Ciudad Madero on 12/11 against Cibernetico, but likely limited in what he can do. Terry Funk had a similar operation and did come back to wrestle, although not very often, but he was also in his 60s when he had the surgery. . . Octagon was sentenced to 20 hours of jail time on his recent DUI arrest, but only served six hours and 20 minutes when he was allowed out and told he had to return later to serve the remaining time. He never came back and if he doesn't soon, he'll have another warrant out on his arrest. . . The big angle in the promotion is that the Dorian Roldan angle has restarted. The deal is that Roldan is suffering from Stockholm syndrome, which is someone who was kidnapped, becoming sympathetic to his kidnappers (famous in the U.S. for a case where Patty Hearst was kidnapped and ended up being part of the gang that kidnapped her). When they aired the deal from 11/20 where all the heels gave Cibernetico that terrible beating, they showed footage where Latin Lover and Rocky Romero had decided enough was enough and were going to make the save, but Roldan stopped them. . . Not a lot of angles on the 12/6 taping in Monterrey, which drew 4,000, so in one of the country's largest cities, they weren't able to sell out a medium sized building for a taping. Since the show airs two days after Guerra de Titanes, I guess there was no point in shooting angles for the show. Latin Lover & La Parka & Mesias beat Dr. Wagner Jr. & Ultimo Gladiador & Silver King when Lover pinned Gladiador. Even though he was a heel, Wagner Jr. was cheered more than anyone else on the show. The other big match was a non-title match where tag champs Joe Lider & Nicho lost to Marco Corleone & Jack Evans. A tag title match between the two teams will be on the big show.

**PERROS DEL MAL:** The company's one-year anniversary show drew less than half a house, or just under 2,000, at the small Arena Neza on 12/6. Now that we're a year into the Perros Del Mal, it's amazing how much damage this has done to everyone involved. CMLL was without its most charismatic heel and attempts to push new heels like Texano Jr. & El Terrible didn't take with the crowd, and they are in a bad business period. But Aguayo Jr.'s company has never really gotten off the ground. The much talked about new TV deal was a time buy that seems to have already gone away. The main event was Blue Demon Jr. & & Groon XXX & L.A. Park over Aguayo Jr. & Halloween & Damian 666 and featured the debut of a young, skinny El Hijo del Dr. Wagner Jr. First, Groon XXX turned heel on Demon Jr. The apparent son of Wagner Jr., distracted Aguayo Jr. and Demon Jr. pinned Aguayo Jr. to win the fall.

**DRAGON GATE:** BxB Hulk made his first defense of the Open the Freedom Gate title that he had won last week, on 12/6 in Sapporo pinning Susumu

Yokosuka. Masaaki Mochizuki beat Davey Richards on the same show to win the FIP championship. . . Added to the 1/23 show in Chicago is a three-way with Shingo & Yamato vs. The Young Bucks vs. Masato Yoshino & Naruki Doi.

**ALL JAPAN:** They are doing a Fan Appreciation Day show on 12/13 at Korakuen Hall featuring a next generation main event with Suwama & Manabu Soya vs. Masayuki Kono & Hiroshi Yamato. That is going to set the stage as it appears they are going to do an old leaders vs. new stars feud during the new year. . . The main event on the first show of the year on Jan. 2 at Korakuen Hall is a 2/3 fall match with Keiji Muto & Masakatsu Funaki & Satoshi Kojima & Osamu Nishimura & Akebono vs. Suwama & Soya & Kono & Ryota Hama & Seiya Sanada. The other main event is Kaz Hayashi vs. Masa Fuchi for the jr. title. . . In the tag team tournament on 12/3 in Wakayama, the only tournament bout held due to all the illnesses was a rare example where the All-Asian tag team champions, Akebono & Hama, beat world tag champs Minoru Suzuki & Taiyo Kea in 16:36 when Akebono pinned Kea after a big splash.

**NEW JAPAN:** While not everything has been fully announced, the Jan. 4 Tokyo Dome show will be based on a New Japan vs. Pro Wrestling NOAH theme, with a best-of-five singles match series. The matches have not been announced, but the NOAH team they were looking at was GHC champion Takashi Sugiura, Kenta Kobashi, Go Shiozaki, Jun Akiyama and Akira Taue. This shows how far Takeshi Morishima has fallen since after his year in ROH, he was being groomed to be the top guy, and due to weight issues, his star has really fallen in recent months. Also not announced but talked about heavily is Shinsuke Nakamura defending the IWGP heavyweight title against Yoshihiro Takayama. The only match that has been announced is the 3-D tag title defense against Team No Limit (Yujiro & Naito) and Giant Bernard & Karl Anderson. New Japan hasn't had the belts on its guys since Team 3-D beat Togi Makabe & Toru Yano last year at the Jan. 4 Dome show, so it's past due to bring them back. The finish will be interesting. Team 3-D since they became stars have never lost a match in Japan (they did lose once in FMW when they were in ECW but almost everyone has forgotten about it). One would think it's time to get the belts back to regulars, but will 3-D get pinned, and if they do, how will it be booked, or will they do a deal where one of the other teams pins the third time. Tiger Mask will defend the IWGP jr. title against the winner of the Super J Cup on 12/22 and 12/23. In the New Japan vs. NOAH series, three matches that were talked about were Akiyama vs. Yuji Nagata, Sugiura vs. Hirooki Goto and Hiroshi Tanahashi vs. Shiozaki. The booking of this is tricky because both sides will want to protect certain guys, and no matter which sides wins, it has to be a 3-2 score. Then you also have the issue of what to do with Kobashi at a lesser extent Taue, working singles, particularly since you need someone who can work around Kobashi's limitations, and also has to be sacrificed because I can't see NOAH letting Kobashi job. . . The current tour's biggest shows were 12/4 in Osaka and 12/5 in Nagoya. To show had bad things have gotten in Osaka, the traditional big show in December is now instead a two show series (first being 12/2) being held at the smaller second Furitsu Gym. The larger gym only holds about 6,000, and the small gym sold out both nights with 1,600 and 1,666, the second with a Survivor Series theme. They had two Survivor Series type matches. The first saw the heel quartet of Tomohiro Ishii & Takashi Iizuka & Masato Tanaka & Tajiri beat Tomoaki Honma & Makabe & Goto & Tanahashi in 23:28. The second was Seigigun of Nagata & Wataru Inoue & Super Strong Machine & Mitsuhide Hirasawa over Nakamura & Yano & Bernard & Anderson. The show also saw Prince Devitt & Ryusuke Taguchi retain the IWGP jr. tag titles against Koji Kanemoto & Nobuo Yoshihashi in 18:12 when Taguchi pinned Yoshihashi. Yoshihashi, who debuted in the summer of 2008, was in his first title match. . . On 12/5 in Nagoya, the company's traditional best non-Tokyo city, they drew a very healthy crowd of 8,500 as Nakamura pinned Nagata to keep the IWGP heavyweight title in 19:39 with the bom a ye, which is a running knee. Tanahashi pined Tajiri in their grudge match in 16:04 with a high fly flow (frog splash). Tajiri tried to blow green mist to New Japan president Naoki Sugabayashi, who was sitting at ringside, but Tanahashi stopped him. The big pop was when Sugabayashi, who was sitting at ringside, but Tanahashi stopped him. The big pop was when Sugabayashi, who Tajiri blew the mist at to start his heel run in the company, hit Tajiri. Goto pinned Tanaka in 16:32 after three shoulder breaker like moves which was a major win for Goto.

**OTHER JAPAN NOTES:** They are going to send Antonio Inoki on tour next year. They are billing it as the 50th year anniversary of Inoki, who debuted in 1960, in pro wrestling. He will be doing talk shows in cities around Japan. His IGF has its first of the Inoki 50th year shows on 2/22 at JCB Hall. . . Tajiri is involved in the opening up of a three-pronged promotion called "Smash," with Yuji Shimada and Akira Shoji. It's going to use guys that were working for Hustle, with Masakazu Sakai, who was on the Hustle board, as the president of the new company. The announcement on 12/8 is the promotion will have three divisions, with Tajiri running the pro wrestling group, Shoji (a popular former Pride prelim fighter who had been a pro wrestler for the now defunct Hustle group) running the MMA group and Shimada (Japan's most famous MMA referee as well as a heel character in Hustle) as the General Manager of the company. They also will have

a kickboxing division and will debut the company on 3/26 at Shinjuku Face. It'll be a relatively small company if the goal is to run a 600-seat building. They also announced the signing of Katsuaki Furuya, 29, a famous Japanese major league baseball player whose career ended at the end of this past season. Shoji said he's training Furuya for MMA and he's got a great left punch. They didn't give a date for a first show. Noboru Yamaguchi, who ran Hustle said that he was getting backing and his goal was to re-start the Hustle promotion with a show in March.

**HERE AND THERE:** ESPN reported that studies of the brain of Andrew "Test" Martin showed damage from concussions, presumably suffered during his wrestling career. Dr. Bennet Omalu, of the Sports Legacy Institute, the group Chris Nowinski started, said Martin was suffering from chronic traumatic encephalopathy, the same brain damage Chris Benoit and a number of NFL football players who died young had. Omalu said Martin's brain resembled the brain of someone with Alzheimer's who was twice his age, and of boxers suffering from dementia pugilistica (punch-drunk syndrome). Like Benoit, Martin's brain had excessive amounts of tau proteins, which damages normal brain functioning, kills brain cells and controls moods. Dr. Julian Bailes said, "With Andrew Martin as the second case, the WWE and the sport in general have to ask themselves, 'Is this a trend?' The science tells us that jumping off ten foot ladders and slamming people with tables and chairs is simply bad for the brain." The WWE issued a statement on the findings, saying, "While this is a new emerging science, the WWE is unaware of the veracity of any of these tests, be it for Chris Benoit or Andrew Martin. Dr. Omalu claims that Mr. Benoit had a brain that resembled an 85-year-old with Alzheimer's, which would lead one to ponder how Mr. Benoit would have found his way to an airport, let alone been able to remember all the moves and information required to perform in the ring. WWE has been asking to see the research and test results in the case of Mr. Benoit for years and has not been supplied with them." Bailes claimed that the WWE has never made a request for any records, and he would gladly let them review the data.. Omalu said that he spoke with Martin's parents, who said they he had shown signs of manic depressive behavior, saying he couldn't cope and they didn't understand why he had changed. It should be noted that Martin had a very serious drug problem, dying from an overdose, and that level of drug problem would lead to being a manic depressive and being out of control. Dawn Marie, interviewed in the story, said she was friends with Eddie Fatu and he was also suffering from depression. My own thought whenever more information becomes available about concussions and brain trauma is that the industry needs to ban moves that are dangerous to the brain, and full on chair shots to the head should have stopped completely in 2007. As compelling as the TLC commercial WWE has been running the past few weeks has been in selling the PPV, the idea of a chairs match and the clips glorifying the hard chair shots to the head to me makes the company seem like it's oblivious to something that has been headline news in sports due to recent stories on Ben Roethlisberger, Kurt Warner and Tim Tebaw. . . Michael Condon, who promoted the Hulkamania tour, gave rave reviews from the talent, who said it was like going on a WWE overseas tour, where everything is taken care of, except you had more days off between shows. The shows were not as successful as the local promotion would have wanted, but they were not considered failures either and everyone got paid exactly what they were promised. The Condon group and WWE may be at odds, more than just Australia, but over China. Reps from arenas told the promotion that WWE had worked very hard to get them to pull their dates with the idea WWE may not book with bigger grossing events in the future. Still, the arenas were unhappy but nobody canceled any dates. The group has strong ties in China, which is the market everyone sees as the big money market for the future, in particular the idea of coming into Macau for big money paid shows. They are trying to beat WWE to the punch by running the main cities within a few months. Condon's edge is that the family has stronger ties with the people at the buildings as they've run other events there. The WWE's huge advantage is that they are on television in parts of the country and that's huge. Apparently Shane McMahon, before leaving, spoke to the Chinese decision makers and told them what a huge mistake they would be making to allow anyone but WWE into the country, and even though he's usually really good, they took it the wrong way. Still, at the end of the day, it's still business and you're more likely to do business with the company who can generate the most revenue long-term. . . Gail Gagne, 27, the daughter of Greg Gagne, was charged with two counts of third degree criminal sexual conduct stemmed from allegations when she was working at Cretin-Derham high school in St. Paul. The report said in 2008 she had sexual encounters with a 17-year-old male student. According to lawyer Earl Gray, Gagne will plead not guilty. The alleged victim told police Gagne took him for a home in Bloomington and engaged in oral sex with him, and also took him to the LaQuinta Hotel in Bloomington where the two spent the night together and had sex. Gagne was hired at the school as an assistant basketball coach in late 2007 and was a substitute teacher, and was hired full-time for the 2008-09 school year. When the story started getting around, school administrators put Gagne on leave and sent a letter to parents that said that there was a female employee who was accused of having an inappropriate

relationship with a student that was no longer working at the school. They went to Greg's home to find her, but was told she was living in Chicago. Gail Gagne went to the high school and played college basketball at Northern Colorado as a power forward, starting for much of her senior year, and graduating in 2005. She was an assistant coach at Northern Colorado in the 2006 season and was a graduate assistant at the University of Akron the next year. . . Regarding the Observer awards, two more additions in the Best Book category that I didn't note because they aren't being sold by Amazon.com, are Jim Cornette's Midnight Express scrapbook and "Sputnik, Masked Men & Midgets: The Early Days of Memphis Wrestling," by Ron Hall. . A documentary is being produced for a 2010 release called "Memphis Heat: the True Story of Memphis Wrasslin," which will cover the 50s, 60s and 70s. Chad Schaeffer is the director and the producers are Hall (who did the aforementioned book that the documentary is based on) are producers. Not sure why they didn't include the 80s since the most famous Memphis wrestling angle ever by far was Jerry Lawler vs. Andy Kaufman (it was by no means the most successful, but it became an all-time classic after Kaufman's death with the Comedy Central reprise of the angle) and included The Fabulous Ones, one of the cities all-time hottest acts. The producers talked with people like Lance Russell, Lawler, Bill Dundee, Billy Wicks (who is still alive), Jackie Fargo and others. Sputnik Monroe, who was a major Memphis cultural figure in the 50s because his popularity led to the wrestling matches at the old Ellis Auditorium having integrated seating well before anything else in Memphis was integrated. We'll probably cover this more when it gets released. . Bret Hart, 52, is about to become a grandfather. His oldest daughter, Jade, is pregnant with a baby girl and due in May. . . There is another wrestling movie coming out called "Fancypants," and no, it does not star Lyle Beerbohm (a Strikeforce fighter with that nickname because he fights in distinctive wild ring shots). The movie, which features Roddy Piper and Robert Carradine, is about the career of a pro wrestler. The movie already debuted in Los Angeles and has a Chicago premiere in January. . . American Wrestling Rampage, the group featuring Rob Van Dam, Raven, X-Pac and others, got a lot of publicity for a debut show in Bucharest, Romania. On a talk show, Rene Dupree got into a brawl with Catalin Morosanu, a Romanian kickboxer. This built to a match where Dupree, who regained the AWR title from Rob Van Dam in Germany last week, lost it back on the 12/4 show in Bucharest when Morosanu and another kickboxer attacked Dupree to set up RVD winning with a frog splash. . . Sheldon Goldberg's New England Championship Wrestling will have a measure of national exposure airing on Comcast Sports Net in New England (part of the national sports package on DirecTV) starting on 1/8. . Mario Milano, one of Australia's all-time biggest stars from the Jim Barnett World Championship Wrestling days, 75 and in declining health, had what would likely be in his 70s, had what was talked about as his final match of his career on 12/6 in Sydney. Milano worked more in a trios match than people would have expected, with the heels selling big for him, even though his punches looked bad and he was moving very slow. The finish was sad, as he fell over using his famed abdominal stretch finisher, but his opponent submitted anyway. Apparently it was the opponent's fault for them losing balance. Milano, who had been a star in several U.S. territories in the 60s, was brought to Australia to be an Italian babyface, following in the footsteps of the success of Domenic DeNucci and Bruno Sammartino, who were two of Barnett's all-time biggest draws. He arrived for a short tour in 1967. The angle that got him over was they had a world title match with Killer Kowalski, the IWA champion, defending on television against Pat O'Connor in a 2/3 falls match. O'Connor lost the first fall and sold a knee injury and was unable to answer the bell for the second fall. Milano came out and replaced him and won two straight falls from Kowalski, and the crowd went wild, thinking they had seen a title change. It was overruled because Milano's name was not on a contract for a title match. However, Milano then beat Kowalski for the title in a rematch. Because he remained in Australia for the next 42 years, he's remembered by many as the greatest star of the golden era. Barnett, before he passed away, noted once when I wrote Milano was the all-time biggest star of the golden era, that DeNucci and Sammartino were the biggest draws, Kowalski was the top heel ever, but Milano was top five. . . The Blizzard Brawl show promoted by Dave Herro, reportedly drew 1,700 fans on 12/5 in Waukesha, WI. The show featured Ken Anderson vs. Armando Estrada in what Estrada said was his retirement match. The big draw was an appearance by Bobby Heenan, as well as a local sports reporter who does the show every year and garners a ton of local publicity. The mayor of Milwaukee declared it Bobby Heenan day. Heenan was presented with a proclamation by the mayor's office in the ring. He looks different after all his surgeries but as noted before, he still maintains his wit. During the proclamation reading, Heenan would react visually to the mention of The Crusher, Milwaukee's all-time wrestling legend (and someone Heenan was very close with for decades) and the old weasel suit gimmick they did in the AWA and later WWF. The only words he said when it was over was "Thank you," but he seemed to react well. The crowd was extremely respectful toward him. . . Here's something different in promotions. Jacques Rougeau Jr., (the ex-WWE 80s and 90s wrestler) is running shows at the Verdun Auditorium outside Montreal on 12/26 and 12/27.

In advertising, Rougeau said that both shows will be identical, kind of telling people not to buy tickets to both shows since they'll be seeing the same thing. I've never heard a promotion do that in the past. Rougeau for a long-time was the most successful independent promoter but he's now only running on rare occasions, like once a year. He's been doing about 4,000 people at his shows, which no indie group these days does anywhere close to. . .

**ROH:** The 12/5 show in Chicago was headlined by champion Austin Aries defending against Colt Cabana in a cage match with the stipulation that if Cabana didn't win the title, he could never challenge for the title again in Chicago. After a match that went more than 25:00, with double juice, Cabana did the flying apple (butt bomb) but in doing so, the cage collapsed and he and Aries flew through the cage that collapsed. In doing so, Aries landed first on the floor and was declared the winner.

**TNA:** From the Australia tour, Hogan was hurting really bad, which is why from the second night in they were doing all the run-ins from early in the match. Hogan and Flair had a good match in Melbourne, but Hogan's hip went out in the match and he couldn't do much from that point on. . . Regarding going to TNA, and Flair has not made a decision on it at this point (TNA wants him for the Jan. 4 taping), he said to Alex Marvez, "Everything is about money, timing, what they want me to do and the job description. There's a lot up in the air. I haven't talked to (Dixie Carter) yet, but I've had conversations with people who work there. I've stood by WWE, but if they're not going to use me anymore, I'm ready for any kind of action." WWE has wanted to abide by the retirement stipulation from WrestleMania. They've made overtures to Flair, even fairly recently. . . The main feud starting in the new year looks to be Hogan & Dixie Carter & Kurt Angle on one side and Mick Foley and Jeff Jarrett on the other side. It'll be interesting to see where the other key players wind up and what kind of roles they will have, and who will be pushed and who will fall by the wayside. I think a real key is RVD, because if they can get him over strong, it'll be like they've added a real top guy. Most of the guys they've gotten from WWE, whether it be Christian or Jeff Hardy, or even Booker, came in all excited and the live crowd liked the idea of seeing them live, but they never sustained their introductory level. Christian remained a star because he always worked hard, while the others you could tell pretty quickly they didn't have their heart into it much of the time and they didn't mean much at all. . . There is a lot of frustration right now because nobody in the company has been given anything but the most basic of outlines of what happens in a few weeks. The creative situation for the TV's this week is being done with no idea where anything is going. With the exception of the main event feud, they can't even set the tables to the new direction. . . With Carter mentioning Jarrett being sent home for personal reasons, the nature of how TNA does its stuff, I'd be pretty sure the Karen Angle situation with Jarrett will become storyline. I don't know if she herself will be back or Kurt and Jeff will feud over her being with Jeff, but at this point with them being so pressed to deliver new television, I almost can't see them not doing it. Besides, it's been hinted to me that they think they've got a big angle coming out of the chute and this would likely be it. The stories that there has been no communication between Eric Bischoff and Hogan with the Vince Russo-led writing team may be true, but there must be an intermediary, because they are setting the table with bringing Jarrett back. It could be a subtle reference point but to me, if you are going in that direction, you have to make sure the casual audience knows at least enough of the story to where they can fully get into it. Booking the angle with the assumption everyone knows the storyline may work with the fans in the first few rows of the Impact Zone, and even on the Internet, but won't resonate to the bulk of the 1.5 million fans per week that they need to convince this is a product worth spending money on. . . Kurt injured his back even worse at a house show on 12/6 in Glens Falls, NY, and missed the first night of taping. He did work the second night. . . Hogan was on with Bubba the Love Sponge on 12/7. He talked about how over RVD was in WWE but that politics were the reason he was never as successful as he should have been, that they were beating him too often. He said he would love to bring Jeff Hardy to TNA. He said he hasn't spoken to either Randy Savage or Scott Hall. He also said he's never spoken to Russo (we've been hearing that from people Russo has said that to so I guess it's true). He said if Russo comes up with good ideas he's willing to listen, but that he (Hogan) is the booker. He put over Samoa Joe and A.J. Styles, and said he would rely heavily on Kevin Nash for advice. He said the role of the writers will be secondary. He said that if wrestlers need the writers to get them over, then "head up North where everything is scripted." He said Mr. Kennedy (using that name) and Umaga (using that name) tore it up in Australia, and then told a story about wrestling in San Francisco and meeting Eddie Fatu as a three-year-old fan. He said Fatu told him about it. That couldn't be true since Fatu would have been three in 1976 and Hogan never worked in San Francisco until late 1981. Could he have met an eight-year-old Eddie Fatu in San Francisco or Oakland? Real good chance as there was a huge Samoan contingent at a lot of the shows before a lot of the family settle din other parts of the country. . . Spike will be airing TNA Epics, a compilation show of matches from the library, similar to Unleashed, in January. Mick Foley hosted

ten episodes of the show of the same name in the U.K.  I was told it would be a similar format, but it would be new episodes as opposed to the ones that aired overseas.  They should try and work a two minute window into each show for promotion of upcoming events, although I recognize both problems with Spike wanting the full shows "ever green" (meaning are not time contingent and are full shows).  UFC has done segments on Ultimate Fighter with Amir Sadollah interviewing fighters about upcoming PPVs last season, but didn't this season. . . Foley and Jeremy Borash missed the tapings this week, which I would think would be the first tapings Borash has ever missed, as they were doing Playboy radio in Los Angeles.  Foley not being there was part of a storyline where he's absent having meetings with Hogan. . . Lacey Von Erich announced her engagement to her boyfriend named Grant. . . House show crowds remain terrible, even with Angle on tour this weekend in the Northeast. . . 12/4 in Portland, ME, drew 500.  Styles beat Daniels in a very good main event, said to be ***½ to ****.  Daniels blocked a huracanrana and Styles turned it into a Styles clash to retain the title.  Beer Money & Matt Morgan beat British Invasion & Sheik Abdul Bashir with the DWI on Magnus.  Both sides did mic work and cheerleading for about ten minutes.  Magnus botched a hip toss spot to start the match.  Roode then asked the crowd if they thought Magnus f'd up, starting a "You f'd up chant.  The fans kept handing Storm beer during the match and he kept drinking.  Angle pinned Wolfe in a good match as well with the Olympic slam.  Abyss pinned Dr. Stevie with the black hole slam.  Hamada & Awesome Kong beat Velvet Sky & Madison Rayne when Kong pinned Rayne.  Mostly comedy.  Match was of the same caliber as a WWE women's match on Raw.  Opener saw Red pin Suicide to keep the X title.  Very good start of the show. . . 12/5 house show in Amherst, MA drew 800.  Similar show with Styles over Daniels for the title on top.  Beer Money won a non-title match over the British Invasion.  The Invasion refused to defend the title.  Besides, the TV angle is Beer Money can't get a shot.  They did a lot of the Beer Money house show spots that always get over.  Abyss and Dr. Stevie had a quick match.  Stevie first announced that he would beat Abyss in record time.  Abyss then pinned Stevie with a black hole slam in seconds.  However Stevie said his shoulder was up and wanted a rematch.  Abyss then pinned him a second time with a black hole slam.  Angle pinned Wolfe with the Angle slam.  Morgan beat Bashir with the carbon footprint.  This time Sky & Rayne beat Kong & Hamada as Kong did a double clothesline both to her partner Hamada and to Sky and Sky pinned Hamada.  Opener was Red over Suicide to keep the title. . . 12/6 in Glens Falls drew 450 with a similar show as the night before.  The only difference was they did a tag in the main event with Styles & Angle over Daniels & Wolfe when Styles pinned Wolfe after the Styles clash.  Angle appeared to have been injured taking the Angel's wings from Daniels.  He landed badly and was laying in the ring for about two minutes.  When the match was over, he rolled out of the ring and you could tell his low back was in a lot of pain.  Show itself lasted only one hour and 45 minutes.  Main event had good wrestling but only 10:00, perhaps ending early because of Angle getting hurt.  Abyss and Stevie went 20 seconds.  The women's tag match this time saw Kong turn on Hamada and give her the implant buster, allowing Rayne & Sky to win.  Kong tried to give Earl Hebner the implant buster after the match.  Red and Suicide did a lot of high flying in the opening X title match. . . Notes on the 12/7 TV show airing 12/10.  There were only about 550 people there and fans were leaving as the show was going on.  It opened with Kevin Nash and Eric Young out.  Get this.  The gimmick is that Nash was the booker, and he booked terribly, you know, because ten years ago when he booked WCW, it was bunch of garbage.  Nash said he got the power because he arranged a meeting between Foley and Hogan which was taking place at the airport during the show, so well, nobody is left to run the show.  Nash announced all three members of the British Invasion against the Motor City Machine Gun (yes, just Sabin), Bobby & Kristal Lashley against Scott Steiner and a woman of his choosing, Lacey Von Erich vs. Velvet Sky in a mud wrestling match, ODB vs. Tara in a trailer park brawl and that before the match will be a beer chugging contest, Suicide & Pope & Morgan & Hernandez face Team 3-D & Rhino & Jesse Neal where whoever loses the fall has to start the same match on PPV in a one-on-four situation, and then A.J. Styles defends against whoever pays Nash the biggest bribe for a title shot.  Sabin beat all three British Invasion members when Magnus & Williams went to clothesline Sabin, who moved, and they nailed Rob Terry.  Sabin did a tornado DDT into a roll-up for the pin.  Magnus & Williams yelled at Terry again.  I can't wait for the Rob Terry babyface turn.  Steiner picked Kong as his partner and they beat the Lashleys.  Kong laid out Kristal after Steiner took out Bobby.  Steiner then straddled on Kristal in a lewd manner and pinned her.  Steiner then did his push-ups on top of Kristal.  Bobby made the save and had to carry Kristal to the back.  And the idea is that Kristal is supposed to be a heel.  Eric Young broke his promise of never defending the title in the U.S., as he agreed to defend in the Impact Zone against someone not American–Hamada.  Actually, there's a comedy there if Pops Hamada then showed up, but it was Ayako.  Young sold great for her and made it good, but finally missed a moonsault and Young pinned her with his feet on the ropes.  Sky pinned Von Erich with Rayne as ref in the mud.  Told it was not sexy at all.  ODB and Tara chugged the beer and then did

a weapons match, with ODB winning with a facebuster on a chair.  Why would the champion beat the challenger in a street fight before the title shot on PPV?  And at this point, why would it matter anyway.  The eight-man turned into a handicap match as Pope never came out.  Neal came out wearing Pope's ring jacket and his mask, so the idea is they Pope was beaten up in the back.  Neal pinned Hernandez with a gore, so Hernandez has to start the elimination match against all four.  Styles pinned Wolfe to keep the title.  Wolfe was about to hit the jawbreaker lariat when Daniels distracted Wolfe.  This allowed Styles to use a rolling reverse cradle for the pin.  Daniels and Wolfe started fighting each other.  Mike Posey returned as referee on this taping. . . To combat so many fans leaving early the night before, they announced they were giving away free DVDs to anyone who stays until the end of the taping.  In particular, they taped several matches for Xplosion after Impact and didn't want the place empty.  The 12/17 go-home show for New Year's Resolution, saw a dark match where Alex Shelley pinned Jesse Godderz who is a bodybuilder who was a cast member of "Big Brother" and has always wanted to be a pro wrestler.  And TNA has done so well with casting reality show guys like that big guy from Survivor who did the angle with 3-D, was getting trained and never heard from again, or Jenna Morasca, or Jonny Fairplay who was paid a ton of money and almost never used, that well, you'd think maybe they'd look at the track record and recruit somewhere else.  You know, like WWE, recruiting wrestlers from Oklahoma, sons of agents and bikini catalogue models.  Impact opened with Roxxi returning and pinning ODB.  ODB tried to hit Roxxi with her flask but the ref stopped her and Roxxi got the win.  ODB attacked her after the match and Tara made the save.  Brother Ray pinning Morgan in a lumberjack match.  The lumberjacks were Devon, Rhino, Jesse Neal, Suicide, Pope and Hernandez.  Morgan was about to win when Neal hit Morgan with a low blow and Bubba used a DDT for the pin.  Kong & Hamada won a three-way non-title over Sarita & Taylor Wilde and Sky & Rayne.  Kong pinned Rayne after a sitting splash.  Christy Hemme was back, in her new role doing interviews.  Tatanka pinned Lethal with a Samoan drop.  Yes, they've brought back the gimmick of Lethal facing ex-WWF stars.  Wolfe drew Daniels over 10:00 in a good match.  Crowd chanted "five more minutes," but the heels didn't give it to them.  Main event was announced as Styles & Angle & Lashley & Tomko & Abyss vs. Steiner & Raven & Stevie & Williams & Magnus.  Abyss came out and apparently he was jumped, since his pants were ripped, he was limping and all bandaged up.  He went after Raven and Stevie.  Raven began biting Abyss in the thigh.  Steiner, Lashley, Abyss, Raven and Stevie all ended up brawling to the back.  This left Angle & Styles & Tomko vs. Magnus & Williams.  Yes, the faces had the edge in a handicap match.  Angle & Styles didn't get along and each would only tag Tomko.  Rob Terry then attacked Tomko.  Styles pinned Magnus with a small package.  Angle and Styles started arguing (they are scheduled right now to headline the 1/17 PPV, although that can change) and shoving each other when Daniels and Wolfe came out and attacked both of them.  The heels laid them out and the show ends with Daniels holding the belt posing on top of Styles. . . **Notes on the 12/3 TV show.**  Generally a good show.  The in-ring was solid.  Nearly every match could have had more time, but when you have seven matches and lots of out of the ring stuff, you'll run into that issue.  The out of the ring was mixed.  There were a lot of cutaways with Hogan, shot when they did the press conference.  His main message is that they were going to flip flop the business and turn it upside down using fresh new talent.  The segments were good because of all the companies out there, TNA is the only one going into 2009 with the idea that they are going to have a new product.  The thing is that they have to now live up to the hype and deliver a consistently compelling product, and it's very difficult for the company that has secondary production values and what is generally seen as the secondary group.  Having Hogan and a lot more talent than this company has hardly made WCW worth a crap in 2000, and they were in a better known company with better exposure and a lot more viewers.  Wolfe opened with an interview, with his main theme that even though he tapped out, that Angle didn't beat him.  His definition of being beaten is that you beat a man so definitely that he knows the other guy is the better man.  Well, tapping would seem to indicate that, but he was in the cage and building up the three-fall match at Final Resolution.  He's calling Angle "Mr. Mangled," which seems to work.  Angle came out and attacked him.  Wolfe then pulled out Brass Knux and knocked Angle out and started throwing him into the cage.  They showed a funny TNA commercial of the various wrestlers wrapping Christmas presents.  Angle, after recovering, went into Foley's office and he wanted Wolfe tonight.  Foley agreed, but he wanted Angle to tell him everything he knows about Hogan coming in.  Angle said he didn't know anything but he was excited about it because it was going to help the company.  Alex Shelley pinned Doug Williams with the shiranui in a solid match.  The Pope confronted Suicide and wanted him to join him.  Suicide spoke, saying that others may trust him but he doesn't.  Next we were back in Foley's office and we were talking to D-Lo Brown.  D-Lo wanted to know about what Hogan was like, and Brown said he was a straight up great guy.  Foley was still mad Dixie Carter never called him and wasn't answering his calls.  Foley made a remark about the European title.  Suicide pinned Homicide in a decent

match. Homicide then attacked Suicide after the match. The Pope made the save but Suicide still wouldn't trust him and shake hands. Daniels bumped into the Beautiful People and had an idea for a plot. They were skeptical, but willing to listen. Next we had ODB's corner with Tara. What a disaster this segment was. ODB refused to shake her hand and then started yelling at her about how she had spent seven years busting her butt to make the TNA women's division and Tara thought she could walk right in and get a title match. This would have made more sense if Tara had just shown up and never had won the title already to show she deserved it. And if the TNA women's division was seven years old. Tara was almost in tears, talking about how she had two years left on her WWE contract and quit because they wanted her to train these women who were nothing but models and couldn't wrestle to come to TNA. ODB slapped Tara and a bunch of strange looking security people jumped in to break it up. It gets so old how TNA on its own show constantly puts over that WWE is really the major league. Pope pinned Jesse Neal with the double knees to the back. After the match Neal jumped Pope. I was groaning when I saw that because it was just like the previous match, but as it turned out, it made sense with Suicide saving Pope and then the two shook hands. Team 3-D and Rhino then hit the ring and surrounded Pope and Suicide until Morgan and Hernandez ran in and the faces cleared the ring. Eric Young & Kevin Nash beat Beer Money. They are trying to compare Nash & Young with Diesel & Shawn Michaels in the mid-90s with the idea that Diesel was the one who made Michaels into a better wrestler. Well, that's a new one. Nash threw Roode into the post. As Storm was distracted, Young came from behind with a low blow and used a piledriver for the pin. Post-match saw Foley come out to talk with Nash. He asked Nash what was going on with Hogan. Nash acted all serious and said he had bad news, that Foley was going to have to be looking for job. Then he started laughing that he got Foley. Bobby & Kristal Lashley did a promo. Kristal did a good promo, better than any promo Bobby has done in TNA. She started her deal of how MMA was better than pro wrestling by talking about how when Bobby fights in MMA he doesn't have to deal with the kind of people they have in pro wrestling. Bobby just stood there and looked mean. I don't think the people sensed Kristal was going heel, but just how she was talking so big was designed to subtly put people off. Daniels beat Abyss. Styles came out to do commentary and noted that he was asking Sting to give him a call because Sting hadn't returned any of his calls. What is this about wrestlers never returning their friends phone calls? No wonder there is so much miscommunication in the business. Styles noted he'd already lost one friend (Daniels) this year. Abyss was in charge when on the screen, The Beautiful People were bullying Lauren in the bathroom. Abyss was distracted and Daniels used a low blow and a Kido clutch cradle for the pin. Okay, two straight matches with the same post-match beatdown and save was okay because it was telling a story, but two straight distraction and low blow finishes got old. Styles then got jumped by a masked man in an all black costume (presumably Tomko, who was introduced a few weeks back and whose name has never been mentioned again, but they may change that if they think people have figured it out). Next was a Dixie Carter interview. Mostly talking about how the addition of Hogan is going to help the company, how they haven't had hundreds of millions of dollars behind them and have built the company one fan at a time. She came off much better here than the last time. She talked about how they had twice before tried to get Hogan but it was never the right time (translated, Hogan bailed after making a verbal deal the first time to go to WWE, and bailed before making a verbal deal the second time to go to WWE). Now they had a long phone conversation, then spent all day at her house and knew they were going to make the deal (translated, the advances in Australia were bad and Vince didn't offer a deal). Wolfe came into Foley's office and asked that do you just walk into Foley's office and get the match you want. Foley said that wasn't the case, and Angle doesn't know it, but because Angle didn't come clean with him, Angle isn't getting the match with Wolfe tonight. Hamada pinned Sarita with the Hamada driver. Sarita was really leaned out since she was preparing for the CMLL bodybuilding contest. They made a point that Hamada has beaten both Wilde and Sarita, both halves of the Knockouts tag titles. I guess Hamada is going to pick a partner and go after the titles. Styles cut a promo vowing that he will get back at the masked man. Well, as soon as he figures out who he is. Angle came out and Foley explained to him that he's fighting a handicap match against Raven and Dr. Stevie. Foley noted that they threw fire at him and burned him, but Angle not telling him the truth hurt him even worse. He said the match is a win/win for him, because no matter who loses, he's happy. Angle beat Raven & Stevie relatively quick. Stevie bailed but Abyss gave him a black hole slam on the ramp. Angle then put the ankle lock on Raven. Angle then challenged Wolfe. Once again Wolfe laid him out, this time with a divorce court on the shoulder.

**UFC/WEC:** Just after his camp was targeting May for Brock Lesnar's return came the news that the date may be overly optimistic. Dana White noted on his Twitter account that "He is still very sick. We are unsure about his future." Lesnar is really private about this stuff but he is not necessarily very sick, but he is far from done dealing with his health issues and right now there is no guarantee of

if or when he will fight again. He had more tests done earlier this week. Randy Couture I believe spoke with him (I know he was trying to get in touch with him for business reasons) because he was on Edmonton radio on 12/8 and said Lesnar told him he'd fight again and be back in training in the spring. I'd expect he would. Drew McFredies fought and he suffered for a long time with Crohn's Disease while Lesnar has Diverticulitis. Unless there is a definite word he'll be able to fight by mid-year, I would expect UFC to make the Antonio Rodrigo Nogueira vs. Cain Velasquez fight into an interim title fight, with Shane Carwin fighting the winner. . . UFC 111 will take place 3/27 at the Prudential Center in Newark, NJ. That's the night before WrestleMania as well as head-to-head with the WWE Hall of Fame Ceremony on USA. The main event is scheduled as Georges St. Pierre vs. Dan Hardy. Under normal circumstances, a UFC PPV the night before a WWE PPV is not good for WWE, but in this case, whatever overlapping audience that picks and chooses will be probably more likely to pick Mania as the biggest show of the year. It also comes two weeks after the Mayweather vs. Pacquiao fight, which will likely do considerably more business than the UFC and WWE show combined. I don't think two weeks ahead is that much of a factor. There is the theory that people think about one month cable bills and after one expensive buy, aren't as likely for another until the next month. I've never really seen evidence of that but never looked at it hard. When there is a monster WWE or boxing PPV, it has affected the buys for PPVs not only that weekend but also the following weekend. On Mayweather-Pacquiao, if it's going 2 million plus (Richard Schaefer of Golden Boy has actually thrown a 5 million buy number out there as a prediction), I don't think it'll affect Mania, although Mania & UFC 111 may hurt each other a little bit. TNA has Destination X on 3/21, so they are likely to take it on the chin. . . It seems way too fast, but they are going to start marketing UFC Undisputed 2010, which will debut on Spike's Video Game Awards show on 12/12. The show will feature new game play footage of the game with commentary from top fighters and there will be a UFC guest on the special. . . They tried to make an Antonio Rogerio Nogueira vs. Brandon Vera fight, but Nogueira first turned it down, not wanting to fight someone coming off a loss, plus Nogueira trains in the U.S. at the same place as Vera. However, UFC got it done and it's been added to the 2/6 show in Las Vegas. The five main card matches are now official, with the other four being Randy Couture vs. Mark Coleman, Josh Koscheck vs. Paulo Thiago, Nate Marquardt vs. Chael Sonnen and Matt Serra vs. Frank Trigg. Marquardt vs. Sonnen match has been not steady the last week or two, with various different ideas talked about for both guys, including Marquardt vs. Vitor Belfort for a title shot. Looks like the decision was made to keep Belfort from fighting until Anderson Silva returns in April, and that Marquardt, with a win over Sonnen, would be next in line. . . The complete lineup for 12/12 in Memphis on PPV is prelim matches of T.J. Grant vs. Kevin Burns, Edgar Garcia vs. DaMarques Johnson, Lucio Linhares vs. Rousimar Palhares, Ricardo Funch vs. Johny Hendricks, Shane Nelson vs. Matt Wiman and Wilson Gouveia vs. Alan Belcher as the prelims. Live matches are Stefan Struve vs. Paul Buentello, Clay Guida vs. Kenny Florian, Mike Pierce vs. Jon Fitch, Frank Mir vs. Cheick Kongo and B.J. Penn vs. Diego Sanchez. At press time they had 10,000 tickets sold for $1.4 million, which for Memphis I'd consider good. They are not doing a one-hour live show on Spike. For UFC purposes, I think doing the preview show in that time slot is more valuable because it take something away from the PPV, particularly when you are filling the hour with prelim matches that you may have to replay later to fill up the three hours. It's one of those ideas that makes perfect sense to do in theory, but everyone who has tried it (WCW, WWE, TNA and now UFC) has gotten little or no mileage out of it. After doing it on-and-off for years, Vince McMahon, when in recent years the idea was brought up, said that his feeling why it doesn't work is because if you do the special pre-game show, you have to advertise it. Then you are advertising too many thing at once and diluting the PPV hype. . . The 2/21 show in Sydney is going to sell out the Acer Arena. 15 minutes after the pre-sale opened on 12/9, of the eight sections, four were virtually sold out and two others had very limited seats. Tickets go on sale to the public on 12/11. . . Besides Jake Rosholt, there were ten other fighters released over the past two weeks, including Denis Kang, after his loss to Michael Bisping on 11/14. Other names let go were Roli Delgado and Jason Dent. The reason is even with the number of shows they are running, to give fighters steady work, they have more fighters mathematically, even with the injuries, than they have card spots. . . C.B. Dollaway vs. Goran Rejlic has been added to 2/21 in Sydney. . . Complete WEC lineup for 12/19 on Versus, going head-to-head with Strikeforce on Showtime, has Donald Cerrone vs. Ed Ratcliff, Takeya Mizugaki vs. Scott Jorgenson, Joseph Benavidez vs. Rani Yahya and Bart Palaszewski vs. Anthony Pettis as TV fights. Other matches are Muhsin Corbbrey vs. Zach Mickleweight, Chad George vs. John Hosman, Tyler Toner vs. Brandon Visher, Brad Pickett vs. Kyle Dietz and Jameel Massouh vs. Erik Koch. Show stars at 10 p.m. to go head-to-head with Showtime instead of the usual hour earlier starting time. Most likely, because of wider distribution, more actual people will watch this show, and it's a certainty, that the rating itself will be higher for the Strikeforce show. Last time when the Gina Carano fight went against a UFC special on Spike, and the special

had more viewers and the Carano fight had a bigger rating, UFC was able to get a good deal of the court of public opinion to believe the Strikeforce show, even in getting its largest MMA audience in history, was a failure and how women on top can't draw.  I suspect a similar p.r. battle of numbers.  Suffice to say, you can't draw people who don't have access to your show, and the only fair comparison is ratings, not total viewers in a situation like this.

**STRIKEFORCE:** The 12/19 show in San Jose has the full Showtime TV lineup as Cung Le vs. Scott Smith as the main event, Josh Thomson vs. Gilbert Melendez in a lightweight champ vs. interim champ unification match, Matt Lindland vs. Ronaldo "Jacare" Souza, King Mo vs. Mike Whitehead and Robbie Lawler vs. Trevor Prangley. The top undercard matches are Antwain Britt vs. Scott Lighty and Daisuke Nakamura of Dream vs. Bryan Travers. . The 12/4 *San Jose Mercury News* ran a front page of the newspaper story on Herschel Walker training in San Jose. They noted that he was doing grappling training with Cain Velasquez. Walker at 47 (he'll be about a month shy of his 48th birthday when he has his debut fight on 1/30, and talks of fighting three times), still has a very good physique, but so did Johnnie Morton and his MMA career lasted only a few seconds. Ron Van Clief came into one of the early UFC's as a 50-year-old with a similar physique, and Van Clief was a living legend in the world of martial arts, and he could do nothing with Royce Gracie. Walker, who will fight as a 217-pound heavyweight, has never fought. While in his prime, he was a completely different level of athlete than even Brock Lesnar or Georges St. Pierre, Lesnar's prime sport of wrestling is the best base possible for fighting while Walker's, playing running back, has no relevance to his new sport. Walker hasn't played in the NFL since the 1997 season and he wasn't really a top player after 1992. But he claims he could play in the NFL today. "I'm still faster than 80 percent of the guys in the league. That's why I know I can step into the cage." First off, if he could play in the NFL at 47, he have been a star more recently than 17 years ago. Walker said he was going to donate all his MMA earnings to charity. He claims he does 3,500 sit-ups and 750 to 1,500 push-ups daily, eats one meal a day, which consists of largely salad and soup. . . The EA MMA is still sticking to its guns of no women in the game even though Gina Carano would probably be the most marketable person they would have if they signed her. The problem is decisions on personnel were made by hardcore purists. The game is right now scheduled for an August release.  What will become interesting is that the THQ license for UFC expires next year and EA MMA will not sell close to UFC numbers, and EA hates to be second place in any genre. Even though Dana White has dissed EA in the past because people running the company at one point told White they had no interest in MMA, those in the industry believe EA, if the new game doesn't do well, will make a big offer for the UFC license. . . Fedor Emelianenko is in a new South Korean television commercial for Snickers.  The commercial is awesome.  He does that unassuming look as he's walking and he arm wrestles this skinny South Korean guy.  He lets the South Korean guy get his arm almost down and then calmly turns the tables and the guy goes flying. . . Scott Coker said in an interview this past week that he's hopeful Emelianenko can fight again by April, and has talked about Alistair Overeem and Fabricio Werdum as his most likely next opponents. . . Nick Diaz has been added to the 1/30 show in Sunrise, FL.  Interesting that they booked him on a show outside of California after California made its decision that they won't give an exemption for a medical marijuana card.

**WWE:** Updated lineup for the TLC PPV on 12/13 in San Antonio is Jericho & Show vs. DX for the tag titles in a TLC match as the main event.  I wonder how long it's been since the tag team titles were the real main event on a PPV and it's also pushed that if the titles change hands, Jericho is gone from Raw. Rest of the show is Cena vs. Sheamus in a tables match for the WWE title, Undertaker vs. Batista for the World title in a chairs match (rules of a chairs match is that there will be chairs all around the ring and using them is legal), Christian vs. Benjamin for the ECW title in a ladder match, Orton vs. Kingston and Morrison vs. McIntyre for the IC title.  On paper looks like a good show. . . Linda McMahon and Rob Simmons at this point are considered the only two significant candidates for the Republican nomination for U.S. senate in Connecticut.  After both fell well behind Simmons and McMahon in polling, Sam Caligiuri decided instead to run for a seat in the House of Representatives, and Tom Foley dropped out of the race to run for governor.  McMahon herself confirmed she had budgeted $50 million to win the race.  Simmons remains ahead in the polls but McMahon is expected to spend huge amounts of money in late advertising. The local *Hartford Courant* ran notes regarding Jesse Ventura's comments on ESPN radio, saying, "There's still no unions. They still call them independent contractors. That's the most ridiculous thing I ever heard. They're told when they'll wrestle. . . How is that an independent contractor?  An independent contractor is like a plumber...These wrestlers aren't working for themselves.  It's a scam."  WWE spokesperson Robert Zimmerman claimed Ventura was only making those remarks to publicize his "Conspiracy Theory" television show.  "We find it hypocritical that Jesse had no problem coming on Monday Night Raw last week to promote his new project or was happy to be paid all those years by the WWE as a performer."  One thing I learned long

ago when covering politics.  When you've got the facts, you argue the facts.  When you don't have the facts, you attack the credibility of the messenger.  Plenty of people work at jobs and doing so doesn't give them no right to make any criticisms of the company.  Most people in wrestling don't seem to have a lot good to say about Ventura, but every day people in companies are unhappy with things that go on, but that doesn't mean they will not work for the company.  With Ventura, there is an issue in 1999, when after Owen Hart died, he very publicly was critical of the wrestling industry and as Governor of Minnesota at the time, did some major media saying that if there was a union, this wouldn't have happened.  That's debatable, by the way.  But when WWE offered him a spot at SummerSlam (a brilliant move by the company at the time, because it changed all the media publicity on wrestling from Owen Hart's death to Gov. Ventura does SummerSlam), he took it and then dropped all mentions of a wrestlers union for a few years.  Wrestlers should be a part of SAG as opposed to forming their own union, but there is far less chance of this happening now that at any time.  The wrestlers are no longer the draws.  The brand largely is.  There are fewer jobs for wrestlers than ever before, and while there are depth issues, people will have to be willing to risk sacrificing their career while at the top. . . Politico.com interviewed a number of former wrestlers known to not be on good terms with the company for a round of criticism of Linda.  Among those quoted are Chyna, Bruno Sammartino, Larry Zbyszko, Marc Mero and Graham.  None were quoted as saying much more than they wouldn't vote for her.  Seriously, getting wrestlers from out of state who haven't followed the campaign to talk about it really isn't going to amount to much.  The reporter said the sharpest critic of the wrestlers was Graham.  Graham noted that wrestlers should at least get health insurance.  The McMahon campaign labeled Graham a heavy drug user, disgruntled former employee who is upset about no longer being on the payroll.  The article, while listing their statement, did give credence to the health insurance complaint, noting the lack of that and of pensions for the stars who helped build the company.  The WWE claims that it paid the wrestlers well and they could purchase health insurance, and that they were all aware when they signed on that there was no health insurance.  It's a real sad story with the death of Eddie Fatu this week, as with all the money he earned in his big years with the company, his family had no health insurance and you can just imagine what his hospital bills would be just in the last day.  Brian Heffron (The Blue Meanie) noted when he was seriously injured while working for the company, many of his bills were covered, but he later had to pay his own $80,000 bill when he needed part of his lung removed due to an infection.  The story noted Graham's six hip replacements, and his recent hospitalization (a few weeks ago) or bowel obstruction.  Graham noted WWE paid for one of his hip replacements and at times helped him with medical costs.  Jim Barnett of the Simmons campaign, when warned by the McMahon campaign of using Graham in their campaign, said, "He has personal witness to Linda McMahon and the WWE management and he has a First Amendment right to state it.  This s a wrestling match between those two.  But I haven't seen anything that specifically addresses his charges.  They only say he has no credibility.  They didn't address the alleged exploitation of women, the preponderance of steroid abuse or encouraging wrestlers to use razor blades to cut themselves open."  Dawn Marie, on the other hand, defended WWE, saying the wrestlers knew there was no health insurance when they signed their contracts and shouldn't be upset.  "I think she'd be awesome," she said.  "Even through the worst of relationships, I've had to respect them.  They are great business people who work with all types of people." . . *The Hill*, a Washington insider publication brought up that Linda presided over a company that was investigated by Congress over drug issues and where many performers die young.  McMahon, when asked, said that steroids were a significant problem in the company, but that the sport never relied on steroid users for its success.  She said the company tests for steroids and, "It's as good as it can be for today.  But as technology advances and more is known and developed, we'll continue to develop our policy, as we have done over the years."  The story said that WWE has been insulated from media scrutiny on its drug issue because it is entertainment.  McMahon in the story called Graham a "self confessed liar," called Sammartino someone who "still has sour grapes because he didn't make as much money as the guys today are making."  Sammartino, who said that he has avoided saying anything about Linda running for office when asked and has been turning down interview requests on the subject, was not happy with the quote.  Sammartino does not want to comment on the McMahon family other than in terms of the direction of the wrestling business.  McMahon said, "Unlike football or baseball or basketball where steroids can actually enhance performance, they do nothing to enhance performance in WWE." . . Fox suffered a dislocated shoulder on the 11/28 show in Johnson City and will be out of action for a few weeks. . . . The movie "Brother's Keeper," the latest Cena project, started filming on 12/8 in New Orleans.  So he will be off house shows until around the Rumble.  Also starring in the movie will be Patricia Clarkson, Devon Graye, Madelaine Martin and Danny Glover.  Graye (from the TV show "Dexter") plays the teenage boy who comes from an amateur wrestling family, trying to reunite with his mother (played by Clarkson) and older brother (played by Cena) ten years after the death of their father, an

amateur legend. The younger brother plays the role of an A student is a poor athlete who goes out for wrestling as a way to connect with his brother. There is already talk of changing the title of the movie. . . Mickie James signed a recording contract with Kent Wells, who has worked in the past with Dolly Parton. The two are working on her first release that would come out in the spring. James is 30, and the shelf life of WWE divas once you hit that age isn't usually very long (there have been exceptions). . . There are plans for a "Best of Shawn Michaels matches" DVD for next year. . . Former WWE Canada president Carl DeMarco was named to the Board of Directors for Multiplied Media Corporation, a Calgary-based mobile local search service available over BlackBerry smartphones. DeMarco had a recent meeting with UFC before taking the position. . . Regarding Shane McMahon, even though his resignation is effective the first of the year, he has not been working at the company since resigning. It's been said that the morale as far as the workers in the office has been the lowest anyone can remember. Linda McMahon was described as being a wonderful boss to work for and Shane McMahon was also well-liked by those in his department, and the same isn't said about those who work and worked for Stephanie. Vince is extremely well respected, obviously, but his mood swings and changing his mind so often make him very difficult to work for, and virtually everyone who worked directly with him, after being let go, have remarked that they would never want to go back. One person close to him said his leaving had to do with him being 40 years old and wealthy, that he was passed over for power and that he was tired of being humiliated publicly by his father. . . **Notes from the 12/17 Raw tapings in Dallas.** Mark Cuban was guest host and boy does he love his wrestling. He cut promos like a wrestler, actually better than most, showed good fire and seemed almost too happy to be there. It's good they no longer blade, because he came across as a guy who would love to go out there and be bleeding all over the place. Instead, he did the modern version, getting speared through a table by Sheamus. Instead of being backstage during the show, he sat at ringside. Masters now a babyface, beat Alex Riley in a dark match. Superstars saw Swagger pinning MVP. Actually the best match on the show, since the Raw show didn't have any really good matches. Raw opened with Cuban announcing the show would end with a face-to-face confrontation between Cena and Sheamus. I wouldn't say it was a great episode of Raw, but I thought the show did a great job as a go-home show. DX vs. Jericho & Show and Cena vs. Sheamus, the money matches, were done well. The show did about as awesome a job as you can do making Sheamus come across like a star. They showed video clips of him destroying people throughout the show. Then at the end, he laid out Cena, and for mainstream, put Cuban through the table. They also pushed that all he had to do was put Cena through a table, not pin him, and he'd win the title. Cena pinned Carlito in 2:56. Cena had the match just about won when Sheamus came out. Cuban ran out of his chair and went to block the aisle to keep Sheamus from interfering. Before Sheamus got to Cuban, a ton of extras came out as security guys to block the ramp. Sheamus backed off. In the ring, Cena used the Attitude Adjustment for the pin. Orton did a promo and he demanded Cuban to lift his ban on getting title shots and to give him a shot at Cena's title. Cuban refused to do so. They showed a clip from 2003 of Orton giving Cuban an RKO. Then they brought up the tease in the *Dallas Morning News* of Cuban wrestling Rhodes. Cuban said that he was ordering an Orton vs. Kingston match because Orton winning last week showed WWE refs are worse than NBA refs. Cuban said he would referee the match. Rhodes challenged him to a match, saying he wants the stips that if he wins, then Orton gets a title shot at Cena. Cuban said he'd think about it for June after the Mavericks win the NBA championship. DiBiase & Rhodes beat Primo & Bourne in 3:32 when DiBiase pinned Bourne after Dream streets. Cuban then announced DiBiase & Rhodes were being kicked out of the arena and they had security take them out. Maryse pinned Kim in 1:30. Maryse scooped her leg and then got the pin with her feet on the ropes. Maryse then told Kelly, who was ring announcing, to announce her as the next Divas champion. She refused and a brawl started. Maryse got the better of it and Melina made the save. Then came a segment where DX was out pushing all sorts of DX merchandise. They even had a poster of Hogan in the background, I guess since they've got the Hogan type and trying to show they don't sweat him at all. Hornswoggle showed up in his new DX T-shirt that read "World's Littlest Member" on the back. Apparently they've dropped the lawsuit and Little People's court idea after talking about it being on this show. This time it was never brought up. In the middle of the segment, HHH and Michaels started making fun of how bad the segment was scripted and actually pulled out a script and made fun of one of the writers. Hornswoggle ended up on top of a Christmas tree and dove onto them. Segment was all kinds of awful. Michael Cole and Jerry Lawler brought up signing the new five-year-deal with Sky in the U.K. Cole did his fake enthusiastic voice that comes off badly. They mentioned Sheamus is from the U.K. (Ireland, where Sheamus is from, is not part of the U.K., but I guess it's at least geographically close). Kingston pinned Orton in 5:13. Kingston went up with a tope. The finish saw Orton go for the RKO, but Kingston reversed it into a backslide. Cuban gave the fastest three count possible. It's too bad they didn't do Starrcade '97 in Dallas and have him referee the Hogan-

Sting match instead of Nick Patrick, because at least he knows what a fast count is. It boggles my mind how they've already burned out Orton vs. Kingston before having a PPV match. This was one of the most over feuds, and after they already did a first match last week, the crowd didn't buzz at all for the rematch and the PPV being the third match in three weeks means it'll just be another match on the show. Cuban then did a great promo saying that he's been waiting since 2003 to get back at Orton. Miz pinned Henry to keep the U.S. title in 2:37. Miz kicked Henry in the back, knocking his head into the post. Finish came moments later as Henry picked Miz up for the World's strongest slam and Miz escaped and used a DDT on Henry for the pin. They explained that Henry was woozy when doing the move because Miz had knocked his head into the post. Hornswoggle & Torres beat Chavo Guerrero & Jillian in 2:13. The whole match was Torres vs. Jillian. Torres comes across as very enthusiastic, but green. I've got a feeling if given time, she'll become a good worker. But she probably won't have the time. Chavo after the match threw down Hornswoggle. Torres tried to protect Hornswoggle. At first I thought they were going to do a Hornswoggle/Eve romance. By the way, what happened to the Eve/Cryme Tyme relationship and what exactly was it, or the Eve/Miz angle, or the Eve/Swagger angle. Well, at least that one was dropped when they gave up on Swagger. Guerrero was about to go after Hornswoggle when Masters made the save. Masters have Guerrero the Masterlock, and then a full nelson slam. He then bounced his press and it appeared we're working on an Eve/Masters relationship angle. Hope it goes better than the last angles. Two bad Hornswoggle segments on the same show. Jericho did a promo saying he would repeat as Superstar of the Year, since next week's Raw is the three-hour Slammy Awards show. He also said he would win match of the year with the TLC match at the PPV and tag team of the year. Well, he probably will win tag team of the year. Jericho was the only wrestler on the show to wear an armband to remember Umaga. There was no mention of his death on the show, or on ECW, or a graphic. I think with all the heat the company has gotten over wrestler deaths and Linda running for office, they won't even acknowledge the death of a guy who headlined WrestleMania. The only mention on the web site was a three sentence story saying, "WWE would like to express its deepest condolences to Mr. Fatu's family, friends and fans on his tragic passing. Mr. Fatu was under contract to WWE at various time periods and most recently performed under the name Umaga. Mr. Fatu's contract was terminated on June 11, 2009." There are ways, and they take about 30 seconds of thinking, to make reference to the fact he's not currently with the company without coming across like all they care about is protecting themselves. DX no contest Jericho in 4:00. There was a ref bump and Show came in and he and Jericho laid out DX. They ended up putting them inside of a ladder sandwich and Jericho was whacking the ladder with chair shots. Jericho then grabbed the belt from ringside and climbed up the ladder and held the belt up. I guess he thought he was entering King of the Mountain. Cena and Sheamus came out for a spoof on a political debate, with Cuban as moderator. Sheamus noted that it took Cena a couple of years to win a world title while it will only take him a couple of weeks. Cena cut a long promo on how for seven years, people have been coming to take him out, but he's still there. At this point, I guess to show how mad they were, both guys threw down their table and threw their chair out of the ring. They looked like they'd go at it but Cuban got in between them. Sheamus threw Cuban down and gave Cena two kicks to the head, laying him out. Cuban then got up, was all fired up, and shoved Sheamus down. But Sheamus got up and nailed Cuban, and then picked him up and drove him through a table set up in the corner. Several members of the Mavericks jumped over the guard rail and Sheamus bailed out. . . **Notes from the 12/8 tapings in Houston.** Goldust pinned Kaval in a dark match. Kaval worked as a heel, doing a promo about following Eastern philosophy to turn the crowd against him. ECW opened with a ladder in the ring and the ECW belt hanging from the ceiling. The show opens with Josh Matthews in the ring plugging the ladder match on the PPV. Kozlov came out and called out Jackson. Jackson came out. Crowd didn't react much to him. They were about to go at it when Regal broke it up and told them they were all a team. Benjamin came out and said Regal should let them fight, starting a chant of "Let them fight." Regal tried to intimidate Benjamin when Christian and Tatsu came out. Christian was cutting a promo when Kozlov interrupted in Russian, which got some heat. Benjamin told Regal that his boys can either go to Dr. Phil for therapy for have a match. Tiffany came out and told Regal there were two choices, either Kozlov vs. Jackson or a trios match against Christian & Tatsu & Benjamin, and that the majority vote rules. She asked Jackson, who said he wanted Kozlov. Regal wanted a six-man. Kozlov then said he wanted a six-man. Kozlov did a good job throughout this segment in being a heel, because the crowd wanted a singles match and he remained arrogant while at the same time they saw him as backing down. Archer pinned Dreamer in 5:06 with a reverse DDT. Archer is getting a major push but he shows no charisma and isn't getting over. Backstage, The Burchills were there, both wearing masks. Paul said his name is The Ripper. He wanted to wrestle on ECW. Tiffany told him that he didn't have a contract and that he lost a loser leaves town match. He asked about the new talent initiative. So Tiffany ordered a match next week with Ripper

vs. Hurricane and if Ripper wins, he will get an ECW contract. And they wonder why they have stip matches that don't draw at all. Ryder and Mendes were all snuggling up when Dreamer walked by. Ryder told Dreamer it's time to give it up and he's washed up. Dreamer said he's heard that before. Ryder said the difference is he grew up a Dreamer fan, living in Long Island. He said he saw all of Dreamer's matches, and said he's ashamed he's seen some of them. They've done this angle with Dreamer one time too many. The funny part of watching Archer vs. Dreamer earlier and seeing Dreamer as the old veteran whose job it is to give credibility to new guys by putting them over is that a year from now, Dreamer will still be more over than Archer. Barretta & Croft beat Mark Franks & Danny Vaughn with the same Hart Attack but using a flying knee finisher. I think by not having Barretta & Croft talk with that horrible dialogue like last week, they seemed to get over better. Christian & Benjamin & Tatsu beat Regal & Kozlov & Jackson in 12:01. Most of the match was beating down Benjamin. Benjamin tagged Christian but the referee's back was turned. They haven't done this spot in a long time, and it was amazing to see how much heat it got. Finally Benjamin tagged Tatsu, who was kicking the hell out of Jackson. Jackson then laid him out with a clothesline. Jackson went to tag Kozlov, but Kozlov jumped off the apron and walked away. Jackson then left the ring and went after Kozlov. Regal jumped in between them and was holding Jackson back and while this was going on, the ref counted ten causing the heels to lose via count out. While Regal and Jackson were locked up and arguing, Benjamin did a running flip dive over the top on both of them that looked spectacular. Christian and Tatsu brought in a ladder. Christian climbed the ladder to get his title belt that was hanging from the ceiling. Benjamin then jumped up from the floor and went to do a springboard onto the ladder. He stumbled on the springboard and almost didn't hit the ladder right. The ladder was flimsy and nearly broke. But Benjamin made it work and climbed to the top where both grabbed the belt and were struggling over it when the show ended. When the show ended, Benjamin just climbed down and let Christian have the belt. Ziggler pinned Finlay with the Zig Zag in 9:17. Crowd was into Finlay. Hart Dynasty beat the returning Slam Master J (formerly Jesse, Terry Gordy Jr. in real life) & Yang. The losing team looked good. Kidd pinned J. A big spot saw Natalya bodyslam Yang. Smackdown opened with Batista coming out to a mixed reaction. Apparently he cut the promo of a lifetime and by the time he was done, everyone was booing him. He said he didn't ask for the match with Mysterio, and that Mysterio doesn't belong in the ring with him. He said he was going to win the title and wanted a spatlight put on him. Punk & Gallos beat Hardy & R-Truth in 7:17. Hardy gave Punk the twist of fate, but Punk had blind tagged out and Gallos hit Hardy with a big boot for the pin. Before the match, Punk did another promo selling the Jeff Hardy DVD, cutting down any parent who would buy it or let his kid watch it. When Matt came out, he was giving the Jeff Hardy DVD to fans at ringside. Punk started screaming at him, saying that by giving the DVD out, he may as well be peddling drugs to kids. Doing this kind of angle while Jeff still isn't cleared from charges is really something. Escobar came into the office with Vickie Guerrero and Long. Escobar started insulting Guerrero while Long tried to hide from laughing. Vickie then orders Escobar to face Jericho. Backstage, Kane bumps into Knox. Knox told Kane how much he enjoyed their match last week and that the two are actually very much alike. Knox said he's a monster and after he wins in a rematch, he'll ride in the ambulance with him. Kane says the two are not the same, but does agree to give him a rematch. Kane started choking Knox. Knox then said while being choked that Asphyxiation can cause euphoria. Jericho & Show beat Escobar in 3:05 with the Walls of Jericho. Escobar got no reaction coming out. Started as Jericho vs. Escobar. Vickie came out as Escobar got early offense. She said she forgot to mention that this was a handicap match and Show was Jericho's partner now. Show tagged in, used a shoulderblock and leg drop, tagged out and Jericho used the walls. Jericho & Show did a promo saying they were going to end DX for good at the PPV. McIntyre came out and asked why he wasn't on the cover of this month's *WWE Magazine?*. Maybe because they didn't want to set a record for lowest sales in history. McIntyre noted Morrison was, and last week he beat Morrison in a non-title match. Morrison then came out acting like he was in the movie Braveheart. Morrison said McIntyre's head is so far up Vince's ass that his nose is covered with crap. Morrison started talking about McIntyre having problems with agents like Steamboat, Arn and IRS. Nobody reacted of knew what he was talking about. McIntyre said he was personally signed by Vince. Morrison said that an endorsement from a crazy, senile old man is signed by people. They brawled, with Morrison getting the better of it. But Morrison wasn't as over as he should be. Kane pinned Knox in 2:52 with a choke slam. James & Maria beat McCool & Layla in 1:55 when James pinned Layla with a roll-up. The deal was that James never touched McCool. Batista beat Mysterio in a street fight in 9:08. No pyro for Batista anymore because they don't want him cheered. Good match that the crowd was into, particularly when Mysterio hit the 619 but Batista kicked out. Batista then nailed Mysterio with a hard chair shot to the head for the pin. Batista put Mysterio's neck in the chair and went to climb the top rope. Undertaker's music played and the lights went out.

They came back on and Undertaker was in the ring and gave Batista a beating until Batista bailed out. Undertaker held up a chair to end the show. In the dark match, Undertaker pinned Punk to keep the title in 6:59 with a last ride power bomb. **Smackdown TV notes on the 12/4 show by Bryan Alvarez.** Pretty fun show. It opened with R-Truth beating Punk via DQ when Luke Gallos tripped up Truth right in front of the ref. Kind of slow in the middle but it was much better than the first match the two had together. Heels double-teamed him afterwards and Gallos laid him out with his new finisher, the sit-out reverse full-Nelson bomb. For some reason I see a terrible inadvertent headbutt happening during that move some day. Kane beat Knox in a battle of the big men with a chokeslam. Not a great match by any stretch but way better than I expected. The Teacher was on a real roll trying to plug TLC this evening and it was kind of annoying here. Kane did his clothesline off the top rope and Striker claimed Kane was seven feet tall and the ring was nine feet off the floor so he was falling from sixteen feet up, and falling from sixteen feet at TLC was going to be super dangerous. This was the dumbest thing. Later in the show Morrison went for a springboard kick off the middle rope, and Striker claimed the middle rope (not the top, the middle) was "three to five feet" off the ground, so imagine how bad it would hurt if you fell off a ladder. It's one thing to make up some wacky credentials for an enhancement player, but when you claim the middle rope is three to five feet off the ground, everyone knows you're completely full of it. Josh interviewed Jericho and Show about their match with Cryme Tyme later. It was a good old-school heel promo, talking about how they were going to destroy them tonight, then go on to TLC and do all sorts of horrible things to DX. The only thing I didn't like was Jericho talking about how the TLC was the most dangerous match in WWE, when I could have sworn they said the same thing about Hell in the Cell like a month ago and will be saying the same thing about the Chamber in a few months. Mickie beat Beth and Natalya in a three-way to win a shot at Michelle's title. Pretty good match. They did do a spot where Beth and Natalya squared off like it was a big women's dream confrontation and nobody cared. Beth hit her finish on Natalya but Mickie dropkicked her outside and stole the pin. Afterwards Michelle and Layla, who were wearing Piggie James shirts, attacked Mickie until Maria of all people made her return to the show for the save. Maria's hair is ridiculously unflattering these days. Long told Batista that Mysterio deserved a rematch on his terms next week. Not sure why since Batista utterly destroyed them in their first match. He said it would be a streetfight and Batista pretty much blew it off, shifting the conversation to the PPV match with Undertaker. I figured that meant Mysterio was going to beat him but I was wrong. McIntyre beat Morrison clean to earn a shot at the IC Title at the PPV. They worked well together and had a pretty good match. They ended up outside and McIntyre pulled him headfirst into a support beam and Morrison was KO'd. McIntyre threw him back into the ring and hit the DDT for the pin. Vickie came out and got enormous heat demanding Escobar come out and apologize to her for what he'd said last week. He came out all laughing and smiling and apologized for ever meeting her, for wasting his time with her, and for seeing her in "her negligee" (PG). She had threatened to fire him and he wasn't concerned at all, which I guess if you're Escobar is understandable. She said firing him would be too easy and signed him to a match with the Hart Dynasty. Basically, Smith and Kidd played the role of hired thugs sent out to put the hurting on Escobar, and they did a great job doing it. I guess because I know enough about Smith I think he's awesome in the role of the old-school shooter sent out to teach the young guy a lesson, though I don't know if most people in the audience see it that way. They killed the guy with a springboard Hart attack, then Vickie raised their hands in victory and left with them. Sure seemed like she was going to be their new manager. No idea what you do with Escobar now except maybe get him a partner for tag matches. Josh did an interview with Punk and Gallos backstage. This was awesome. Gallos talked about how he'd been a drug addict, hooked on pills and such, his family had enabled him, and Punk, the great man, he gotten him clean and given him a new life. Punk was awesome in the background, all scraggly with his beard and chest hair, smiling and almost rubbing his hands together like a silent movie villain. Jericho and Show beat Cryme Tyme. What a bout this was. JTG and Jericho worked the entire thing setting up the hot tag to the big guys. Show got his, six days after knee surgery, and slowly made his way into the ring. Shad got his and leapt into the ring a house of fire and -- BAM -- Show immediately punched him in the face for the pin. That'll teach him to get the flu right before Bragging Rights. Great way to put the champs over strong, and particularly Show's big right hand finish. Show ended with Undertaker coming out for the confrontation with Batista. Batista attacked him on the way to the ring and beat the hell out of him with chair shots. He got a ton of heat, which was good. Basically, this was pretty much the same thing they did on Raw (put the two guys together for a "confrontation" in the main event and one guys destroys the other) but I thought it was done better on Raw. The funniest part was Batista got all this heat, and then when it was over he ripped off his Wifebeater and all the women in the audience screamed in delight. I'd have edited that off but that's just me... No matter what is said publically about WWE not being concerned about TNA and Hogan, the reality is the opposite. Charlie Haas, who wasn't being

**WRESTLING OBSERVER NEWSLETTER December 14, 2009**
**POST OFFICE BOX 1228**
**CAMPBELL, CA 95009-1228**

PRESRT FIRST CLASS
U.S. POSTAGE PAID
PERMIT NO. 5634
SAN JOSÉ, CA

ADDRESS SERVICE REQUESTED
#BWBCDRM

# FIRST CLASS MAIL

(Sets remaining 10)

#BWBCDRM

3*32***************MIXED AADC 950

EILEEN WARGO

1311 YUTES RUN RD
TARENTUM PA 15084-3816

the Smackdown side is way down and one wrestler described that side as clean. It's the $2,500 fines which have made most of the crew feel it's no longer worth it that had mentally considered $1,000 fines as a tax. According to one wrestler, there were pot failures in recent tests on the Raw side, enough to where it was an issue being talked about... They are now having people at house shows cut promos to build up their matches on the next PPV, I guess figuring the live audience is a target audience that they can sway into buying the shows if they are on the fence... We didn't get reports on the 12/4 show in Texarkana. The weekend shows were all tri-branded since a lot of key talent from Raw and Smackdown were in Iraq. From Bossier City show on 12/5, Savannah was on the road as the Diva hostess of the show. They opened with Goldust & Hurricane & Dreamer over Ryder & Jackson & Archer. Crowd was hot for it with Goldust pinning Ryder with a jackhammer. Sheamus then cut a promo talking about his PPV match with Cena, and if challenged anyone from any brand to face him next. Bourne came out and you figure match. James pinned Phoenix. Hall was also on the roast worked as the ring announcer for that match. Guerrero pinned Alex Riley. was good, but nobody knew who Riley was. Kane & Hardy beat DiBiase & Rhodes when Kane choke slammed Rhodes. I guess Kane is now officially a face. Crow always figured he was even when he was working heel. Kingston pinned Swagger. McIntyre cut a promo about his PPV match with Morrison. McIntyre pinned Yang. Crowd didn't care at all. Christian pinned Regal to keep the ECW title in the best match on the show. Main event was HHH over Orton in a falls count anywhere match. Good match ending with HHH getting the pin after a sledge hammer shot... 12/6 in Monroe drew 4,400. They opened with an eight-man with Hurricane & Dreamer & Goldust & Riley (who had been used as a heel when he was touring in that past but was on the face side this weekend) pinning Regal was the best of the show was the same as the night before. Christian pinning Regal was the best & Jackson & Guerrero when Goldust pinned Ryder with a jackhammer. The rest match. Once again, crowd was dead for McIntyre vs. Yang. Kingston was very over in his win over Swagger. They went 16:50 brawling with weapons and all over the place. DiBiase & Rhodes ran-in. Then Kingston ran-in. Orton laid out Kingston with an RKO but then hit Orton with a sledge hammer shot for the win... There was a Smackdown show on 12/7 in Beaumont, where they opened the show with a 12 man Battle Royal, won by Kane. This resulted in the first Undertaker vs. Kane match in a long time, with Undertaker winning to keep the title.

used asked for his release and at first was told it would be no problem. When the company realized he was friends with Kurt Angle, and that TNA could likely pay his destination (and his wife moving to TNA in the past), they not only refused to release him but memories of some Ungodly lame angle), they not only refused to release him but gave him a substantial raise to make him happy while doing no nothing with him. It's similar to the deal with Steve Austin. Hogan has talked about bringing in Austin, and the Austin name is batted about within TNA is that his wish list type of thing, but WWE has Austin signed to a very lucrative contract where Austin essentially does nothing, but the key is that it keeps Austin off doing any television on Spike. They don't want a WWE icon to be appearing on the UFC/TNA station. Speaking of Austin, his appearance on "Chuck," on NBC will be on the 1/25 episode... There were television discussions with Booker T but negotiations are said to be dead at this point... The Raw theme "Burn it, for the Ground," by Nickelback was nominated for a Grammy Award for Best Hard Rock Performance... Timbaland will guest host the 12/28 Raw from Hartford. Don Johnson, the former star of "Miami Vice," and Jon Heder of "Napoleon Dynamite" fame are the guest hosts of the 1/18 Raw in Knoxville, which will plug their movie "When in Rome." Interesting that the two still open dates are Jan. 4, against TNA, and 1/11, against UFC... The Tribute to the Troops show for 12/19 on Raw was taped on 12/4 in Balad, Iraq. We don't have a lot of details as it's a straight-forward angle-free show. MVP pinned Masters. Henry & Mysterio beat Carlito & Punk. They did the simultaneous pin ending. Mysterio then jumped from the ring into the crowd of soldiers who caught him. Henry then teased he was going to do the same thing, but thankfully he didn't. Miz pinned Morrison with his feet on the ropes. Cena pinned Jericho in the main event. Cena had the title belt with him, but they could have been careful about taping in a way where the belt could be edited off the show if have any thoughts of going with Sheamus. Several of the women were throwing merchandise to the soldiers with R-Truth as Santa Claus. Torres, Layla and Kelly were all on the trip, as was Vince, Michael Cole, Finlay and Cryme Tyme among others... WWE Studios is planning a movie called "Big Red," it's about a 12-year-old who partners with a school outcast for a project. No wrestler has been pegged for the position of who the movie will be built and promoted around... Kozlov got some publicity in Tampa as the biggest celebrity of 413 people who were sworn in to become U.S. citizens on 12/7. Real name Oleg Prudius, 37, who was originally from The Ukraine, said the day was a dream come true. "It was a very long journey, but I made it. I'm so excited."... Reports are that the marijuana usage on

# EXHIBIT 81

# PRO WRESTLING TORCH

NEWS • ANALYSIS • INTERVIEWS • SINCE 1987

**TOP FIVE STORIES OF THE WEEK**
(1) Sheamus wins WWE Title at TLC PPV
(2) TLC toned down relative to hype, expectations
(3) Test's brain resembled Benoit's at time of death
(4) Bret Hart teased as a future Raw guest host
(5) Hogan predicts 3.0 Impact rating, then rescinds

## Sheamus captures WWE Title from John Cena
### Fewer risks taken amidst scrutiny at debut TLC PPV event

## HEADLINE ANALYSIS
### By Wade Keller, PWTorch editor

Sheamus defeated John Cena to capture the WWE Title on Sunday at the TLC pay–per–view event in San Antonio, Tex. It is Sheamus's first major WWE Title. It was his first major WWE Title shot. It marks one of the most controversial booking decisions regarding a title that WWE has made in many years.

It slightly overshadowed a PPV whose theme and gimmick of featured Tables, Ladders, and Chairs ended up relatively tame compared to the hype. On a week when concussions in sports and whether they contribute to deaths of wrestlers ended up an issue in a Senate campaign and a major ESPN story, WWE had to pull back or risk facing increased scrutiny, especially if someone was seriously injured.

The Sheamus title change outraged a lot of fans, and not just the Cena faithful. Many fans believe Sheamus just hasn't been around long enough and proven himself capable of carrying a PPV main event of that match to have earned the prestige of a title reign.

"Sheamus upsetting John Cena to win the WWE Title was a MAJOR shock to me," Jim Ross wrote at his blog, JRsBarBQ.com. "I like surprises, especially surprises that are logical and believable, and this surprise was that and more and really caught me off guard. Good stuff. It reminded me somewhat of many years ago when Stone Cold was red hot and he lost the WWE Title to Kane in a 'First Blood' match. Sheamus's victory is a huge and bold step in the right direction for another young talent. It will be interesting to see what sort of publicity is generated in Ireland as a result of Sheamus becoming the WWE Champion."

Even Sheamus himself acknowledged a bit of a backlash among fans. Although he was in character, addressed the situation in an interview with the Express Night Out website.

"A lot of people aren't happy about my progress and how quickly I've got there, but I couldn't care less," Sheamus said. "All these people with, 'oh, yeah, the slow build.' Well, I ain't waiting around for nobody. All the other lads, you can wait there and you take your time and you can wait years, but there's no stopping me."

It might just be working because it is so different. It might just be working because WWE went so far in the other direction of making wrestlers work their way up slowly and deliberately so that by the time they main evented or contended for a World Title, they have not only beat everyone, but lost to everyone, and wrestled everyone. In Sheamus's case, he hasn't been defined down before shooting to the top. He's

certainly decent enough on the mic and in the ring to, at the very least, not be an embarrassment. He's a better all–around performer, one could argue, than Ultimate Warrior, Goldberg, or even Batista when he first became a main eventer. He's far from the breakout star that, say, Goldberg was when dropped into the hottest scenario possible, but he's carrying himself like he belongs in believable fashion.

He has a different look, but he doesn't seem to be a walking gimmick. "I wanted to get rid of the stereotypes of drunken paddies, and Lucky Charms, and Irish lads, and donkey carts," he said. "I wanted to bring a more positive image, and back in the day the Celtic Warriors were the most feared warriors in Europe. People were afraid to invade Ireland because the guys were all lunatics; they wouldn't hesitate to just stand in your way or come down swinging axes and swords."



SHEAMUS
ART CREDIT GRANT GOULD

WWE has the machine in place to put someone like him on the fast track and give it a chance at working. WWE has manufactured quickly someone who is new in the main event mix, providing fresh opposition to top babyface Cena without laboring for years in the mid–card like The Miz, Matt Hardy, Carlito, Chris Masters, Christian, or any number of other wrestlers who might have been candidates for his push.

His win was hardly a clean three count. He merely shoved Cena off the top rope, sending Cena crashing through a table. He nearly landed on a table at ringside himself, which some believe might have been the planned finish (dual tables breaking, held up title, solved at a later date). It puts him in a position as a heel to gloat about being champion while not having really defeated Cena in a traditional manner.

The Tables match he won was among several gimmick matches that lacked much of anything that crossed a line into being inefficiently unnecessarily excessively dangerous to the wrestlers doing the stunts. WWE clearly, deliberately pulled back on the violence, especially chairshots to the head (of which there was at most one, clearly blocked by hands). The risks taken were calculated and served a purpose. With ESPN reporting on concussions, with Linda McMahon in her run for Senate taking heat for wrestlers dying young and WWE promoting a product that led to physical trauma that contributes to pill addiction, depression, and other issues, WWE did the wise thing and pulled back. And they proved in the process that the gratuitous, truly harmful violence was never necessary anyway. Fewer moves emphasized properly combined with a novel, surprise title change can make for a good show.

BBL
By WADE KELLER



## The... Worst... Impact... Ever?

TNA Impact last Thursday featured a series of segment featuring Mick Foley looking for Jeff Jarrett. He found him and ended up talking to him about "calling her." Jarrett said "the punishment didn't fit the crime." Foley said "five months is perfect." Jarrett said "he founded TNA" and "she knows there'd be no TNA without him." Foley said when he invested in TNA, at Jarrett's urging, things were going well, and he should have been consulted by Dixie Carter before Hulk Hogan was brought in.

None of this made any sense to the average viewer. Unless you believe 100 percent of the audience you have and can ever attract reads everything about TNA on the Internet, those series of skits were a mistake. The average viewer has no idea why Jeff Jarrett was away for several months. They may have assumed he was injured, he retired, he was sitting out a no compete clause before jumping back to WWE, or maybe they didn't notice or didn't care.

Foley, meanwhile, has bounced back and forth arbitrarily from a likable chap to a self–absorbed heel, usually with no rhyme or reason.

In these skits, are we supposed to dislike Dixie Carter and Hulk Hogan? Or are we supposed to like Jeff Jarrett and Mick Foley? Jarrett's the founder, but he's been away and we don't know why. Foley's sometimes a heel, sometimes a face. Hogan seems like he's a babyface, but Foley makes him seem like a threat. Jeremy Borash likes Foley, so Foley can't be all bad.

Mike Tenay and Taz haven't been scripted to clue in viewers. They don't react pro or con, but instead hyped the Foley–Jarrett skits as if they're the second coming, including basically portraying a World Title match main eventing a TV show as a primer for the grand finale of the conversation between Foley and Jarrett, two fortysomethings with soggy characters complaining about something most viewers don't understand and thus don't care about.

Last Thursday's TNA Impact was a new kind of awful. TNA has a way of inventing new forms awfulness, but this show was so lousy it's hard to believe Vince Russo and Ed Ferrara were serious when they wrote it. Maybe they do believe they'll be shown the door come January and they decided to screw around. If so, congratulations to them. Sure, I had to sit through that two hours of

—KELLER continued on pg. 16

## BRET HART TEASED FOR WWE RAW

The segment with Dennis Miller mentioning Bret Hart as a potential future host for WWE Raw was the tease for a future episode with the WWE Hall of Famer hosting the show. It was rumored weeks ago that Hart is open to the idea of becoming a regular character on WWE programming.

There were rumors that Hart was open to the idea of becoming a regular on-air character for WWE a few months ago. At the time, Vince McMahon had placed Smackdown general manager Teddy Long on storyline probation. They also did their latest take on the Survivor Series screwjob at the Montreal pay-per-view event. All indications were that Hart was on his way into the company for a role on Smackdown. Bret never showed up, the storyline faded away, and the rumors of Hart showing up subsided.

With the tease on Monday's Raw, there are new rumors that he has agreed to host a WWE Raw show and work a street fight with Vince McMahon. Hart has previously stated that it would be too emotional for him to appear in WWE programming and that his in-ring career was over due to his medical issues. Given Miller's tease (and this was not something he did on his own), it appears that Hart is going to host a Raw show at the very least.

There's no official word as of press time that Hart is coming back to do more than host Raw, but multiple sources are under the impression that he will work a match with Vince at some point. If WWE is taking the threat of TNA Impact running head-to-head with Raw on January 4 seriously, then I could see Hart hosting the show that week.

It really is amazing to think that a head-to-head showdown between the top two wrestling organizations in the world could be headlined by Hulk Hogan on one show and Bret Hart on the other, but that just might be the case. As much as I enjoyed Hart as an in-ring performer, I'm not convinced that he'll mean big business for WWE. Over a decade has passed since the Survivor Series screwjob and the fan reaction to his name being dropped on Monday's Raw wasn't exactly overwhelming. That said, it's possible that WWE can lure back some fans who remember the Attitude Era fondly and don't watch on a regular basis these days if they play up the past issues between Hart, Vince, Shawn Michaels, and Triple H.

## WWE QUICK HITS

Barring a last minute agreement, Jim Ross's contract with WWE is believed to expire sometime this week. He's hinted that there could be a noncompete clause that would prevent him from showing up in TNA on January 4. I've heard conflicted reports on whether all WWE broadcast team members have such clauses. Taz apparently did, as he sat out 90 days before debuting in TNA, but a source with knowledge of his situation felt that Taz could have jumped to TNA immediately if he wanted to push the issue.

## TNA QUICK HITS

All indications are that Sting has re-signed with the company. One source was under the impression that Sting had signed on to work four pay-per-view events in 2010. However, an office source essentially acknowledged that a new deal has been reached, but disputed the four pay-per-view agreement aspect of the story. This was not a major surprised to people who have been with the company since Sting arrived. Numerous sources state that Jeff Jarrett felt that Dixie Carter overpaid Sting to stick around. There have been plans in place to write him out of the company for the last couple years, but Carter always upped the ante and brought him back despite pleas from Jarrett and others to spend the money more wisely.

Jeff Jarrett returned to work in the TNA office several weeks ago. The talk internally

SPECIAL TO PWTORCH

# PG. 2 BUZZ

prowrestling.NET's
JASON POWELL

remains that Jarrett's power has not been restored. He remains a minority owner in the company and most sources believe he owns less than 10 percent of the company. I've been told he's working in marketing and overseas projects, depending on who's telling the story.

Jarrett was backstage at the Impact tapings last week in Orlando. He was not formally reintroduced to the locker room, so no one had any idea what his role was beyond on-air talent. Multiple sources noted that it was very awkward not knowing whether he was their boss or just another wrestler. "You could sense the uncomfortableness," one source stated. The footage he filmed with Mick Foley were shot at various locations in Orlando even though they were labeled as being in Hendersonville, Tenn. for storyline purposes.

Although the Hulk Hogan camp denies it, the rumor is that Hogan signed a personal services contract with Bob Carter (Dixie's father) and Panda Energy. Sources say Bob Carter is a big fan of Hogan and has been trying to recruit him for a long time. The rumor in the TNA office is that Hogan is telling Carter that he's beat up from the Australian tour and doesn't know whether he'll be able to wrestle for TNA anytime soon. Given Hogan's long list of injuries, it's possible that it's a legitimate story. It's also possible that he is trying to hold off on working a match for TNA until he feels the pieces are in place and timing is right for a match between him and Ric Flair on pay-per-view.

The paranoia continues to grow within TNA regarding roster and office personnel changes with Hulk Hogan joining the company. Some of the agents are said to be concerned that they could be replaced by Hulk Hogan's cronies. The conspiracy theory goes that because The Nasty Boys and Brutus Beefcake won't be coming in

as wrestlers, Hogan will still want to find roles for them within the company. It may just be paranoia, but it is worth noting that Brian Knobs and Jerry Sags worked as agents for the XWF promotion that Hogan and Jimmy Hart were involved in. A source who worked closely with the duo at those tapings said that both men took the jobs seriously. Sags was said to be the better of the two because he was more open minded when it came to the cruiserweight style; he even lectured Knobs for being too old school.

There is a lot of buzz that Rob Van Dam will be at the January 4 show. Nothing is official and chances are slim that he'll work a full-time schedule, but don't be surprised if he shows up on the live edition of TNA Impact.

People within the company are looking forward to seeing how Eric Bischoff and Jeremy Borash coexist. Bischoff took some shots at Borash through the media back in June, and Borash responded by doing some skits with Mick Foley in which he returned fire. Bischoff is not a fan of Borash's work as a backstage interviewer because he feels Borash is more concerned with getting himself over than getting the talent over. Oddly enough, Bischoff gave Borash his first major break in the wrestling industry by hiring him in WCW to host the WCW Live internet radio show.

It will also be interesting to see how Bischoff and TNA talent director Terry Taylor coexist. There is said to be some lingering bad feelings between the two dating back to their WCW days.

There is already said to be some frustration amongst the Hogan camp over the lack of marketing the company is doing. "The great divide will happen when Eric wants certain people in the office or better marketing plans and Dixie Carter doesn't deliver," predicted one observer.

The assumption of many people within TNA is that Cody Deaner won't be with the company much longer. He's slated to appear in the Feast or Fired match, so it wouldn't be a shocker if he grabbed the "fired" briefcase at Sunday's pay-per-view.

Jessie Godderz, who appeared on the CBS reality show Big Brother, received a tryout match at the last set of Impact tapings. He spent a few months at WWE developmental territory Florida Championship Wrestling and is a body builder. He worked a dark match against Alex Shelley at the request of Dixie Carter, who wanted to see how he would perform in the ring before committing to any type of deal with him. Reviews were mixed on his in-ring performance. Kurt Angle and Taz both advised the reality star to prove he's serious by purchasing a pair of wrestling boots. No word yet on whether TNA intends to do more with him. It should come as no surprise that people within the company feel that this is the latest case of Dixie becoming enamored with featuring a reality television show star in the ring (see Jonny Fairplay, Jenna Morasca, and Joel "Truck" Anderson).

*For more news and points of view by Jason Powell, visit www.prowrestling.net.*

## WWE   NEWS/NOTES/ANALYSIS

### TEST DIED WITH BRAIN DAMAGE SIMILAR TO CHRIS BENOIT'S

ESPN filed an extensive report on brain damage to pro athletes, especially pro wrestlers, with the big news that former WWE wrestler Andrew "Test" Martin had brain damage similar to Chris Benoit's at the time of his death in March.

ESPN reported that studies conducted on Martin's brain revealed that Martin had damage "stemming from repeated blows to the head." Dr. Bennet Omalu, co-director of the Brain Injury Research Institute, told ESPN that they discovered "excessive amounts of tau proteins similar to those he found in Benoit."

Omalu added that Martin's brain was similar to Benoit's in resembling "those of Alzheimer's patients more than twice their age."

"After repeated blows to the head, at some point the brain loses the ability to heal itself," Omalu said. "The tau impairs normal brain function and kills brain cells. The delicate balance of the neurotransmitters, which control moods and drives and maintains safety, can be destroyed."

Omalu continued: "With Andrew Martin as the second case, the WWE and the sport in general have to ask themselves, 'Is this a trend?' The science tells us that jumping off 10–foot ladders and slamming people with tables and chairs is simply bad for the brain."

Meanwhile, WWE is promoting the Tables, Ladders, and Chairs (TLC) PPV on Sunday where advertising for the event focused on wrestlers falling of ladders, being hit with chairs, and falling through tables.

WWE responded to the report by claiming they have not seen any of the research on Benoit and Martin and cannot address the claims. "While this is a new emerging science, the WWE is unaware of the veracity of any of these tests, be it for Chris Benoit or Andrew Martin," said WWE. "Dr. Omalu claims that Mr. Benoit had a brain that resembled an 85–year–old with Alzheimer's, which would lead one to ponder how Mr. Benoit would have found his way to an airport, let alone been able to remember all the moves and information that is required to perform in the ring."

Former WWE wrestler turned concussion awareness activist Chris Nowinski tells PWTorch that the Alzheimer's analogy is a poor one because "it's clouding everyone's understanding and slowing down education" of what Chronic Traumatic Encephalopathy (CTE) is, which is what Martin and Benoit suffered from. While Alzheimer's and CTE are similar in a medical sense in terms of how brain cells appear under a microscope (one is often misdiagnosed as the other, according to an Oct. 29 article in The Medical News), people have perceptions of what Alzheimer's victims are capable of or not capable of.

"CTE is a distinct the disease with average onset in the 40s," Nowinski tells PWTorch. "Compared to Alzheimer's, CTE is more likely to attack the emotional centers of the brain first," which would explain Benoit or Martin functioning seemingly normally in some aspects of life while falling apart emotionally.

WWE claims it has been asking to see the research and tests results in the case of Mr. Benoit for years and has not been supplied with them. The Brain

Institute responded they have "never received a request from the WWE to see the Benoit records."

Wrestling author Irv Muchnick reports that WWE had access to medical research on the condition of Chris Benoit's brain at the time of his death despite WWE claiming to ESPN they "have not been supplied" with research or test results.

WWE tried to refute ESPN's report last week on Benoit and Andrew "Test" Martin having advanced brain damage from an accumulation of head injuries during their wrestling careers.

As part of WWE's Wellness Policy, WWE launched a concussion testing program in March 2008 that was headed up by Dr. Joseph Maroon. Dr. Maroon then visited the Brain Injury Research Institute five months later and reportedly had access to the facility's research. "Dr. Maroon was there with us and he was shown all our research information, slides, and specimens – on Chris Benoit and all the athlete's brains we studied," said Dr. Bennet Omalu, who supervised the research on Benoit's brain.

Muchnick says WWE should have access to the medical research through Dr. Maroon even if Dr. Maroon was representing the NFL when he visited the Institute to study brain damage to athletes.

Nowinski issued a memo to PWTorch listing several former WWE wrestlers who have agreed to donate their brains following death to aid the research of brain trauma from repeated blows to the head.

"Over 20 wrestlers have already enrolled or recently pledged to join the study, including Rob Van Dam, Matt Morgan, Lance Storm, Ken Kennedy, Molly Holly, Tony Garea, Antonio Thomas, Dawn Marie, Kevin Fertig, and other big names who at this point choose to remain anonymous," Nowinski said in a memo. "The only group of professional athletes so far with a greater commitment to this research is NFL players, with over 60 current and retired players involved."

Nowinski issued the memo in response to ESPN's report that Andrew "Test" Martin showed signs of long–term brain damage as a result of repeated trauma to his head during his wrestling career.

"I was saddened today, but not surprised, to learn that Andrew 'Test' Martin was suffering from Chronic Traumatic Encephalopathy, a progressive degenerative brain disease caused by repetitive trauma, when he passed away," Nowinski said. "I had the honor of wrestling Test on multiple occasions and he had my respect both as a performer and as a person."

Nowinski is encouraging current or former pro wrestlers to consider enrolling in a Boston University study that aims to find potential risk factors to better understand the issue and also to find a "clinical course" for drug–related treatment.

Nowinski closed his memo: "I would like to encourage current and former professional wrestlers to become part of the research that we expect will eventually lead to treatment and a cure for CTE. I am enrolled and will be donating my brain to help my former colleagues. I hope you will choose to join me and over 20 other members of our fraternity in this important endeavor."

### ROSS CALLS FOR END TO CHAIRSHOTS TO HEAD IN PRO WRESTLING

Jim Ross called for the end of chair shots to the head in pro wrestling in his blog today. Despite wrestling organizations being more educated on the

potential dangers of direct blows to the head, WWE and TNA continue to utilize "chair shots to the head" to enhance storylines and matches.

Ross, the former VP of Talent Relations in WWE, was in charge of talent during the late 1990s Attitude era when chair shots became a frequent occurrence before wrestlers were educated on the potential long–term damage it could have on their health. Now, the issue of head trauma as a result of constant blows to the head has become one of the most important issues today in pro wrestling, as well as in the NFL.

"Concussions are a big issue in sports today and let's not forget that pro wrestling/sports entertainment or whatever in the hell one wants to call it doesn't have the franchise on this dilemma," Ross said on jrsbarbq.com today. "However, chair shots to the skull should be forbidden in wrestling. Period. End of story. Bottom line."

Ross was also critical of wrestlers who want to "accept the glory" of being a star in the wrestling business without living a clean life and becoming susceptible to drug abuse as part of the "wrestler lifestyle."

"I do encourage all wrestling organizations to instill as stringent a testing program as is possible for concussions, heart issues, etc. and to monitor how many days an individual is booked either monthly or annually," Ross said. "Plus, establishing a zero tolerance policy regarding drug abuse is a gimme. Being in the wrestling business should be a privilege not one's right. If one accepts the glory and money one can earn as a successful wrestler in a major company then they should have no issue being a good citizen and living a clean life."

### LINDA MCMAHON'S SENATE RUN UNDER SCRUTINY AFTER UMAGA'S DEATH

The Connecticut Post is the latest publication to explore former WWE CEO Linda McMahon's "controversial past" as the chief executive of WWE with more questions raised about the history of early deaths in the pro wrestling industry.

McMahon's campaign spokesman Ed Patru has been busy with damage control this week. He threw a blanket over the history of early deaths, drug issues, and steroid abuse in pro wrestling by pointing to WWE instituting the Wellness Policy in 2007.

"The reality is that, as CEO, Linda put in place a comprehensive wellness program that includes a strictly enforced substance–abuse policy," Patru said in response to McMahon's Republican opponent, Rob Simmons.

WWE is contending that Simmons's spokesman is digging up ex–wrestlers to bash McMahon to derail her campaign. The Post interviewed Marc Mero and Irv Muchnick, who each raised valid claims about the dangers of the pro wrestling industry before and after the existence of the Wellness Policy under McMahon's watch.

WWE's head attorney Jerry McDevitt chimed in with a categorical denial of any accusations against WWE by claiming the ex–wrestlers who have been speaking out against WWE and McMahon in recent mainstream interviews are "con–artists."

The topic of "Umaga" Eddie Fatu's death last week came up in the story. Umaga's death and the recent findings on the condition of Andrew "Test" Martin at the time of his death in March 2003 are relevant considering wrestlers who have recently been in WWE are still dying young despite the presence of the Wellness Policy.

WWE spokesman Robert Zimmerman recapped that WWE released Fatu from his contract in June 2009 after he refused to enter rehab following his second Wellness Policy violation. According to the Post, Zimmerman said he "couldn't disclose what Fatu tested positive for."

## JIM ROSS CONTRACT UPDATE

WWE announcer Jim Ross says he expects a decision to be made on his contract status with WWE next week. Ross's current contract expires this month.

Ross said he's awaiting results on more tests related to his health, which has put contract negotiations at the "eleventh hour" without information on when Ross will be able to broadcast on TV again.

"Working on one's contract, as I have been focusing on for the past few days isn't one of my favorite things to do particularly at the 11th hour and especially due to issues regarding my health not to mention that it's the holiday season," Ross said on jrsbarbq.com today.

"I expect something to be worked out regarding this matter in the next week or so but I am not going to stress over it one way or another."

## MARK CUBAN RAW RATINGS

Last week's Dec. 7 edition of WWE Raw guest-hosted by Mark Cuban was up slightly to a 3.23 rating compared to a 3.15 rating for the previous week's show. The estimated number of viewers for the show averaged out to 4.81 million viewers, which was 8.6 percent fewer than the 2009 yearly average. The show was up slightly in the short-term, but remained on the low-end of the 2009 range.

Raw opened with 4.75 million viewers in the first hour and grew slightly to 4.87 million viewers in the second hour. WWE showed growth from the first hour to the second hour, unlike last week when WWE started with 4.82 million viewers and declined to 4.55 million viewers in the second hour.

## ECW HITS NEW LOW RATING

Last week's episode of ECW TV featuring the final build-up to the TLC PPV averaged a 0.80 rating and just over one million viewers at 1.06 million.

The show was easily the lowest-rated show in ECW TV history. The previous lows were a 0.86 rating on Christmas Day 2007, a 0.90 rating on May 12, 2009, and a 0.95 rating on November 4, 2008. The previous low in TV viewers for a regular ECW episode was 1.23 million viewers on May 12.

On Raw the previous night, WWE aired one basic TV spot advertising Tuesday night's episode. The focus was on the ongoing feud between Kozlov and Ezekiel Jackson. The show itself featured a final sales pitch for the Christian vs. Shelton Benjamin TLC PPV ladder match on Sunday.

In-between the opening segment and main event six-man tag match, the show featured former TNA wrestler/"new to WWE's audience" Vance Archer vs. Tommy Dreamer, who had been off ECW TV for several week, and a tag match building up the new tag team of Barreta & Croft.

## WWE NOTEBOOK

Former WWE wrestler "Umaga" Eddie Fatu was set to return to WWE by the end of this year or early 2010, reports the U.K. Sun. WWE confirmed to the Sun that Fatu would have been back on the roster if he passed a screening test. Fatu only had "two strikes" when he was released by the company in June when he refused to enter rehab following his second Wellness violation. Fatu died on Friday after his wife found him unresponsive inside their home in the Houston area. Fatu reportedly died of a heart attack. The official report on his death is expected to be released this week. WWE did not acknowledge Fatu during last night's WWE Raw. WWE did not air an "In Memory" message at the beginning of Raw, nor did they acknowledge him during the broadcast...

The Sun newspaper in the U.K. is currently headlining with a story on international wrestling fans outraged with WWE for not acknowledging Umaga's death during their Raw broadcast this week. Raw airs live early on Tuesday mornings, then replays in prime time on Thursday nights in the U.K. After the show aired last night, fans emailed The Sun upset with WWE. There were enough complaints that The Sun tells the Torch "the online editor of the Sun has put the story on the front page of our website—usually spots reserved for the likes of Tiger Woods, (actress) Jordan, and the England football team." WWE did not offer a comment to the Sun's story when contacted for a response...

PWTorch has learned through the Harris County Medical Examiner in Houston that it will likely be "many weeks to months" before an official report is released on "Umaga" Eddie Fatu's death last Friday. "The cause and manner of death for Mr. Fatu is currently pending," the ME's office said. The ME is conducting a variety of tests, including toxicology tests, to determine the official cause of death. The delay is common in order to complete a thorough examination...

TNA wrestler Mick Foley said in his latest TNA blog that he believes WWE looks heartless for not acknowledging the death of "Umaga" Eddie Fatu on TV this week or beyond a basic statement last Friday. "I know WWE has to protect themselves from a public relations standpoint, but from a human standpoint, they really should be doing a better job then just the three sentence standard, which always includes the date the deceased was terminated from their contract," Foley said. Based on his experience working for WWE, Foley said he doesn't believe the people in the company don't care, but the collective response from WWE reflects that conclusion. "I worked there a long time—I know that they're not heartless," he said. "But they sure sound that way in cases like this"...

WWE wrestler Ted DiBiase, Jr. was interviewed by the San Antonio Express-News to promote the TLC PPV in S.A. on Sunday. It was an in-character interview, but his quote below captures the potentially dangerous wrestler mentality on blows to the head and trying to "tough it out" well after the adrenaline rush of performing in the ring has subsided. "I put his (Shawn Michaels) head through a chair, and he needed stitches, and it didn't even faze him. There's no practicing (taking chair shots)," DiBiase said. "You just tough it out. You just hope the adrenaline's flowing so much that you don't even feel it — until the next day"...

WWE announced on this week's three-hour Raw episode that World Series–winning New York Yankees outfielder Johnny Damon will guest-host next week's episode of Raw from Tampa, Fla. Damon's previous appearances in pro wrestling came in TNA when he became involved in storylines along with Chicago White Sox catcher A.J. Pierzynski. ..

WWE issued a press release announcing that U.S. president Barack Obama will deliver a message to the U.S. troops stationed overseas during WWE's "Tribute to the Troops" show that airs on NBC this Saturday night. In addition to Obama's message, WWE will air a recorded message from General David H. Petraeus. Last year, then–U.S. president George Bush delivered a similar message to start WWE's annual broadcast from overseas. WWE taped this year's show two weeks ago with wrestlers and divas from the Raw, Smackdown, and ECW brands. The show will feature basic wrestling matches and video clips of the WWE wrestlers and divas interacting with the troops...

Kofi Kingston was interviewed by Sky Sports to also promote the TLC PPV. Kingston remained in-character and said "two wrongs don't make a right" in regards to his cheap win over Randy Orton on Monday's Raw. He also hinted that he expects Legacy to get involved in his singles match vs. Orton at the PPV. Kingston also talked about Sheamus's opportunity to feud with John Cena. "I don't think Sheamus would have stepped up to that role if he wasn't ready to carry the ball," he said, which can be translated from wrestler-speak to "WWE would not have put him in a position opposite John Cena if they didn't think he was capable of holding the spot." Kingston also suggested he'll have a feud with Sheamus on WWE TV "in the near future"...

WWE wrestler Shawn Michaels suggested in an interview he will be taking a routine vacation after each year's WrestleMania for the remainder of his career. "I take four months off in the summer and just spend time with the family," Michaels told the San Antonio Express–News to promote the TLC PPV on Sunday in his hometown. "It's a tough line of work. Those injuries hang around longer and those injuries are tougher to deal with. When I stop, my body will have an opportunity to heal and rest. That comes along with the territory." Michaels took four months off after his match against The Undertaker at WrestleMania 25 earlier this year. He will apparently take a similar vacation after WrestleMania 26 next year. In the interview, Michaels also talked about not working as many dates as other wrestlers in WWE. "I actually don't have to take on the schedule that the other guys have to take on," Michaels said. "I wrestle more on a part–time basis"...

USA Network issued a press release today declaring the best TV ratings ever in the network's history, with credit going to WWE Raw for drawing the highest ratings since 2002. The declaration is misleading, though, as USA Network is including live ratings + DVR ratings, which typically was not included in the overall ratings until last year. USA reported that Raw increased in key demographics including 9.0 percent growth in Adults 25–54, 4.0 percent growth in adults 18–49, and 9.0 percent growth in total viewers compared to 2008. At the end of 2009, we'll have a full break down of Raw's ratings compared to 2008 and 2007 to evaluate USA's claims...

# TNA   NEWS/NOTES/ANALYSIS

## HOGAN BACKTRACKS ON RATINGS PREDICTION

Hulk Hogan predicted a 3.0 rating for the January 4 Impact when he makes his TNA debut on the Monday night special up against WWE Raw.

Hogan said on the "Right After Wrestling" show that airs on Sirius satellite radio that he believes the ratings will triple when he debuts.

Hogan added that he hopes to "bring to life" the younger stars, such as A.J. Styles and Matt Morgan because he sees "something there."

On the Main Event Radio show earlier this week, Hogan downplayed the importance of the ratings. He said Spike TV was concerned about competing head–to–head with Raw.

"Everybody (at Spike) was scared of their own shadow. 'What if we don't do a number?' The thing is, I said, 'Don't even worry about it. You have to give the audience a choice,'" Hogan said on Main Event Radio.

Days later, though, Hogan lowered expectations by saying he's not sure what will happen when they go head–to–head with WWE Raw. "We've got to pick a fight," Hogan told Tim Baines of the Toronto Sun. "I don't know what's going to happen that night. If we get bodyslammed by WWE, we'll get back and go at them again."

Hogan put a label on his position in TNA—"creative executive." He claims he's coming to TNA to "push the writers aside" while putting TNA's creative team in a box to "make it (Impact) flow and block time."

Hogan said he doesn't believe the writing team has instincts for how to present wrestling because they've never been in the ring. "If I can't make it work, I'll pack my bags and leave," Hogan said.

Hogan added that he feels TNA is "doing a lot of things right" with "great talent," but he wants to make the wrestlers "come alive." He name–dropped Andre the Giant and Roddy Piper as the type of larger–than–life wrestlers he wants to see in TNA.

## HOGAN ON WHY HE'S WITH TNA

Hulk Hogan says his partnership with TNA and TNA president Dixie Carter is "self–serving" to get his life back on track, but he also feels that wrestling is in his blood and he wants to help "get TNA on track."

"The partnership with Dixie Carter was both self–serving and it was also necessary for me and it's in my blood. When they told me I could turn this thing upside down instead of just coming in as a talent and wrestling—and coming in with 'Vince McMahon' control—then I was interested," Hogan said on the Main Event Radio show this week.

Hogan said he wasn't going to join TNA as just another big–name acquisition that delivers a short–term pop in the ratings. He said he was only going to hook up with TNA if he could have total control of the operations, which he says Dixie Carter offered him a few months ago.

"I wasn't going to just to come in as another wrestler and we do half–a–number (in the ratings) this week, then after three or four weeks of seeing the shirt ripped off and the leg dropped, then nobody cares anymore," Hogan said. "But if it was to really come in and see who can go and who can't—and I'm not coming in with an edge; everyone has something to contribute whether it's Vince Russo, the other writers, or the wrestlers. But, whoever can't pull their own weight will be gone."

Hogan back–tracked from an interview he did in Australia in November where he vowed to "fire the writers" when he joined TNA. Hogan clarified that he doesn't see the need for writers having as big of a hand in the production of TV content.

"The writers have a place. They add like icing on the cake. I understand protocol and blocking shows and segments and I understand why they're necessary, but this is a talent–driven business. There's a feel; there's an 'it' factor for this," Hogan said. "I want to give these wrestlers life and find themselves and become larger–than–life characters. Really do this wrestling business the right way instead of like a bunch of robots that are interchangeable parts and if someone gets hurt, you replace the wrestler with another wrestler who used to work at Walmart."

Hogan threw Spike TV under the bus in an interview to promote his battle against WWE and Vince McMahon when explaining the decision to go head–to–head with WWE Raw on the first Monday of 2010.

Hogan also claimed "Vince is going to throw everything he has" at TNA on January 4. He cited his Australian Tour where he says McMahon "did everything he could to upset the apple cart" and promote WWE's tour of Australia in spring 2010.

"When I talked to Spike about going head–to–head on Monday nights, I did it for a reason. If you're going to pick a fight, pick a big fight," Hogan said on the Main Event Radio show. "Everybody (at Spike) was scared of their own shadow. 'What if we don't do a number?' The thing is, I said, 'Don't even worry about it. You have to give the audience a choice.'"

Hogan also claimed that since TNA made the announcement on the UFC special this past Saturday, he's received calls from wrestlers in WWE who are interested in coming to TNA because they're "unhappy with their situation."

"Ever since I made this announcement, you wouldn't believe some of the wrestlers that have been calling me. A lot of friends, a lot of people in WWE who are not happy with their current situation," Hogan claimed. "And you know, we just might surprise you. We might just get some momentum on Monday nights quicker than you think."

## HOGAN ON RUSSO'S FUTURE

Hulk Hogan appeared on CBC's "The Hour" in Canada on Thursday night to promote his new book and talk pro wrestling after his partnership with TNA. The following are some of the key highlights from Hogan's interview. (Watch the Video interview.)

•Hogan said the storylines in wrestling "have become incredibly bad over the last year or so." That drew a chuckle from the studio audience. Hogan then addressed speculation and concern that he's going to fire the current TNA writers and bring in his cronies. He said that's not where his mentality is to help boost TNA.

"This situation with TNA, that's one of the things. Everyone is going, 'What's Hogan going to do? Is he going to fire (Vince) Russo right away or is he going to bring in all of his old friends and put the belts on everybody?' That's not even where I'm going with this thing," he said.

Hogan name–dropped Bret Hart and Andre the

Giant as two former wrestlers who weren't told by writers or agents what to do in the ring. He said wrestlers needing people to write for their characters makes for "very robotic and very boring and contrived programming."

•Hogan, trying to drum up interest in a possible conflict with WWE, said he doesn't think Vince McMahon was too happy with him joining TNA or holding the Madison Square Garden press conference. "There were some people in–house in WWE who said he didn't respond favorably," he said. "I kind of slid in there and made the press conference for TNA."

•Hogan also put himself over as the guy WWE comes to when they need a big main event. He referenced the "Babe Ruth" storyline WWE proposed to Hogan to write off his career.

"About eight weeks ago, I was actually talking with Vince again because every year when they need like a main event, they'll call me to wrestle (John) Cena like last year when I blew my back out and I couldn't make it," he said. "They were talking to me about hosting the show at the Garden and shooting an angle and coming back in. I don't think he's too happy."

•The interview opened with a highlight package capturing Hogan's career and Hogan was asked about separating the character from himself, Terry Bollea.

"I'm really happy that I can distinguish between the two. A lot of my buddies that are here and that are gone couldn't," he said. "Sometimes they think that if they're great in the ring, they're great in real–life."

In another interview, Hogan says he received a "huge wakeup call" wrestling in Australia last month after being away from the ring for over two years. Hogan says he wakes up in pain every morning, but it doesn't appear he is ruling out wrestling again in TNA despite his body being wrecked.

"I realized what my limitations were and I had to work around them," Hogan said about wrestling in Australia in an interview with Tim Baines of the Toronto Sun. "I was worried about my back, but I had no idea that my right hip replacement would pop out. It's better now."

Hogan continued: "You could film a whole comedy show about me getting up in the morning, with all the aches and pains. It's a tough business. If you stay in it long enough, it changes your swagger, the way you walk. It destroys your joints and tears your muscles. There's a price to pay if you want to be a wrestler.

To the point of Hogan not ruling out wrestling again, Hogan said: "It's very addictive. It's an electricity that you can't get from anything else in life."

Hogan claims he's not going to TNA with the idea of being a wrestler, but strictly to "run" TNA from a creative executive position. On second thought, he is thinking about wrestling again. "I'm not going into TNA as a talent; I'm going in there to run the company," Hogan said on the Main Event radio show. "But you never know. I can be in there giving a corporate lecture, and if the fans are going 'Hogan–Sting, Hogan–Sting,' it's kind of hard not to give them what they want."

Hogan credited wrestling fans for supporting him despite not being the best wrestler. Hogan is

TNA NEWS CONT. ON PG. 11

# THE    WWE RAW PAGES

## BY WADE KELLER, EDITOR

**DEC. 14, 2009—CORPUS CHRISTY, TEX.**

[Q1] –The opening video package welcomed viewers to the "2009 Slammy Awards." Then they aired the regular Raw opening. Then Michael Cole and Jerry Lawler introduced viewers to "a new holiday tradition—the Slammy Awards." He said the winner of a four-man tournament would be deemed Superstar of the Year: Undertaker vs. Randy Orton and John Cena vs. C.M. Punk. No Triple H? No Batista? Does this mean we might get yet another Orton vs. Cena match?

–Justin Roberts introduced Dennis Miller with a brief mini–bio. Miller stood on the stage and said he wished he was warned about the pryo because now he's deaf and incontinent. He made a joke about how he just read an article about how kids from one–parent homes have better verbal skills, while kids from two parent homes are superior at bitterly sarcastic rapparte. The crowd didn't really react much, so Miller said: "I just wanted to get a feel for the wrestling crowd. I'm going to run back to the script now." Cole and Lawler laughed. Of course, everyone backstage was uncomfortable because he said the no–no word on a WWE show: "wrestling." Did he not get clear instructions that the term "sports entertainment" must be used because there's no wrestling or wrestlers on a World Wrestling (ooops) Entertainment show?

He made a joke about putting a sheen on the cod pieces on the statues. He said he's excited to be hosting the Slammy Awards. This is where a career that veers into the oxy–moron of conservative–based stand–up routines takes someone. He said he talks politics on his radio show. He said politics are similar to WWE. He not–so–smoothly read his scripted joke: "They both have loud obnoxious women with increasing power who's faces scare little children." Then they showed pictures of Nancy Pilosy and Vickie Guerrero. Lawler and Cole chuckled as the crowd heckled. He read a joke about Triple H and Shawn Michaels recovering from injuries. They showed a Photoshopped image of Dick Cheney and George Bush.

He then asked if anyone in the crowd believes in global warming. He said over 100 years the temperature of the planet is supposedly up 1.8 degrees. He said back in 1906 "we were still defecating in the woods, but I'm supposed to believe they had a strangle hold on the Farenheit at the Earth's magma." His jokes are based on such narrow, selective information of how global warming is determined. He's way smarter than his jokes and is playing to such a low common denominator here, as if the theory of global warming is based solely on thermometer readings 100 years ago instead of, oh, let's see… radically changing eco–systems, melting icecaps, flooding shorelines with no scientifically measurable history of flooding before (which, if you get science at all, is something concretely measurable), and on and on and on. I'm not coming down on one side or the other, but rather just saying that Miller's jokes supposedly mocking "the science" that goes into global warming theories is based on the lowest level of knowledge possible about that science, which explains Matt Striker laughing uproariously at the joke. There are much more informed ways to attempt to debunk global warming. It's really beneath him and insulting to his audience, but he gives a niche audience what they want to hear, apparently, as he's stuck to his simple–minded approach for years. It's like saying there weren't calendars back when dinosaurs roamed the Earth, so how could anyone really prove when they existed?! His whole "debunking global warming" bit is about that stupid.. I dare say even the two staunch Republicans on the PWTorch staff groan at how dumbed down his jokes are.

He said he has it on good authority that Cheney still wears the Shawn Michaels chaps when he's alone. (That was his way of proving he's an "equal–opportunity jokester.") Then he showed an image of John Cena and President Obama. He said one of the two men has just been put through a table, while the other has yet to bring anything to one. He smiled that he can still get away with an Obama joke with this audience.

He then said he and WWE share core values such as freedom of expression. He plugged his charity, USA Cares. He then introduced R–Truth and Jillian Hall as the first presenters of the night. Striker said it was a great monologue.

Out walked Truth and Jillian. Jillian bragged about being a good singer and wanted to sing "Whomp, there it is!" She began singing and Truth interrupted and corrected her. He said she just inspired him to change the lyrics to his song. He sang his song, but got to the "What's up?" part and told her to "Shut up!" He named the nominees: DX, Legacy, The Hart Dynasty (yeah, right), or Big Show & Chris Jericho. JeriShow won and then walked out.

Jericho said they would have won this year or any other year, so he's not going to feign surprise. He thanked the long–forgotten Edge "for being cowardly and selfish enough to get hurt and relinquishing his half of the tag team championships." He thanked himself for choosing Big Show as his partner. "It was genius and I thank myself for that." Show leaned down and joked that the mic is meant for shorter people. Show said they'd "retain" their tag titles in the near future. Jericho corrected him and said "regain." Show said Jericho is the smart one, obviously. Jericho said he's going to invoke their rematch clause to face DX tonight.

–They showed Cole, Lawler, and Striker at ringside. They talked about the headlines coming out of TLC. They showed a freeze–frame of Cena's crash through a table mid–ring. Cole called it one of the bigger upsets he's ever seen.

[Q2] [c] –Before the first match they showed Vladimir Kozlov bailing on his partner Ezekiel last Tuesday on ECW. William Regal stood mid–ring and said Vlad and Ezekiel have worked out their differences, and to prove it, they've challenged Christian to pick two partners and face them. Christian limped out. Regal called it a "wounded soldier routine" and demanded to know who his partners were. Christian called him "Bill" and said he can barely walk after his brutal ladder match last night at TLC, but he picked partners who will have no trouble facing his partners. Out walked Kane and The Great Khali.

### 1 — CHRISTIAN & THE GREAT KHALI & KANE vs. WILLIAM REGAL & EZEKIEL JACKSON & VLADIMIR KOZLOV

At 2:00 Kane tagged in against Regal and went to work aggressively. When Vlad tagged in, Kane gave him a nasty boot to the face. Khali then chopped him down and pinned him. Good to see Christian selling the effects of the ladder match the night before.

WINNERS: Christian & Khali & Kane in 3:00.

–Back to Miller, who stumbled over Khali's name when congratulating him. He said he ran into them backstage and felt more out of place than Michael Moore in Speedo at a "Twilight" premiere. Fat jokes are so sophisticated. I bet Rush Limbaugh is his next target. Just a guess. He introduced Tiffany and Teddy Long to present the next award, the Breakout Star of the Year. Nominees: Drew McIntrye, Sheamus, Yoshi Tatsu (yeah, him!), Abraham Washington (even he's funnier than Miller, thanks mostly to Tony Atlas). Sheamus was the winner,

which for some reason tickled and thrilled Tiffany. Shouldn't she have been rooting for Tatsu? And, if nothing else, not act thrilled that the new top heel brutalizing and retiring wrestlers won? How tone–deaf was that reaction?

Sheamus walked out wearing his WWE Title. "I suppose you people take me seriously now," he said. He asked if Cena if he still considers him a footnote. He bragged about putting him through a table and taking his title. He brought up Roddy Piper, Paul Orndorff, Curt Hennig, and Ricky Steamboat were Hall of Famers who didn't accomplish what he did last night. "I guess that makes me better than all of them," he said. He said Cena will never get his title back.

[Q3] [c] –They showed Cole, Striker, and Lawler at ringside. Lawler said Cena is a candidate for Superstar of the Year because he won the WWE Title twice. He also lost it twice. Striker told him to put on an orange t–shirt. They listed the nominees again: Punk, Undertaker, Orton, and Cena.



Kofi Kingston
Art credit Grant Gould

### 2 — CODY RHODES vs. KOFI KINGSTON

Striker complimented Rhodes for not wearing kneepads and being a throwback with no gimmick necessary. When Kofi hit the Boom Drop at 1:00, Ted DiBiase ran in and attacked him. Evan Bourne made the save and cleared the ring.

WINNER: Kingston via DQ in 1:00.

–Miller said he was just given his own Slammy for "best announcement by a guest host." He said that match has just been reset as a tag team match. He told Jeremy Piven and Al Sharpton to "suck it." Kingston and Bourne dove through the ropes onto Rhodes and DiBiase, then they cut to a break. [c]

[Q4] 2B — EVAN BOURNE & KOFI KINGSTON vs. TED DIBIASE & CODY RHODES

The match was joined in progress with Legacy in control against Kingston. At 4:00 Bourne hot–tagged in against Rhodes. Rhodes managed to counter Bourne and score a pin with a Crossroads.

WINNERS: Rhodes & DiBiase in 5:00.

–Striker plugged the Unified Tag Team Title rematch. [c]

–WWE Fact: Over the last five years, WWE Superstars have visited more than 200 military–related sites.

–Back to Miller on stage with Oscar–like music playing. Miller said he's getting the feeling for this. "Now that I'm starting to get the feeling for this, I have to apologize for this show open," he said. "Why didn't somebody tell me you just had to come out and scream 'suck it!' and you're considered a genius." After an Octomom–Planned Parenthood joke, he introduced Vickie and Santino as the next presenters.

Santino said what's shocking is that Vickie could pull herself away from her deep fried pork quesadillas to come out onto the stage. "That's funny because Vickie is slightly overweight," he said. Shocker of the Year nominees: Orton DDTs Stephanie McMahon in front of Triple H, Batista turning on Rey Mysterio, Punk retires Jeff Hardy, or Sheamus slams Mark Cuban through a table. Punk won for retiring Hardy.

Punk walked out and greeted Vickie warmly, then snatched the trophy away from Santino and grimaced at him. His kissed his trophy as Cole threw to a strangely placed break. (Since it was 8:56, perhaps they were too close to the top of the hour and didn't want to be at a break at the 9 p.m. mark, which is smart). [c]

–An ECW ad hyped that Kane will appear.

–Punk stood in the ring with his trophy as the hour ended.

[Q5] –C.M. Punk told the fans he doesn't care if they don't want to hear his message. He called Hardy

# THE        WWE RAW PAGES

the "charismatic enabler" and said his proudest achievement of 2009 was ridding WWE of him. He said up next is becoming 2009 Superstar of the Year. His thick beard works. He gave a ringside helper the stern speech Razor Ramon used to as he handed over his trophy to him. WWE should have put a graphic on the screen during Punk's promo that said Cena vs. Punk was up next. Some viewers might not believe Cena wrestles at the start of the usual beginning time for Raw and, once they saw Punk, might have flipped to something else (football?) assuming Punk was going to preach for ten minutes.

**3 — JOHN CENA vs. C.M. PUNK — Superstar of the Year Tournament Match**

Striker asked Lawler about how he reacted to losing a major title. Lawler said you have to have a short memory. Punk got in some early offense. Near 2:00 Punk went for a Go To Sleep, but Cena escaped and applied an STF. Punk nearly reached the bottom rope, but Cena reapplied it mid–ring and got a quick tapout.

WINNER: Cena in 2:00. That's just too short given what they invested in Punk, but Punk is one of those heels who's good enough on the mic, he'll be asked to do quick jobs like that with the assumption that he can get his heat back on the mic whenever needed.

–Afterward Cena congratulated Sheamus and then apologized to fans whom he might have let down. He said it's hard to understand, but sometimes you can try so hard at something and be so prepared and still fail. He said every time you fail, it's painful and causes sadness and disappointment, as he saw last night. He said a man's character is not judged after he celebrates a victory, but what he does when his back is against a wall. He said no matter how great the setback or severe the failure, you never give up. He said you pick yourself up, brush yourself, adapt, and overcome. "That is what I believe!" he said. I know he's not for everyone, but he really is shifting from being a lost Rock–wanna–be doing "Poopy" humor to someone who really does most often act like a role model parents can be okay with their kids watching. He said he still believes and speaks to those who still stand in his corner. He said they haven't given up on him, and he hasn't given up on them. He said WWE Universe is all he's got and his everything. He promised that what happened at TLC will never happen again. He said his Road to WrestleMania starts right now. He said he won't be stopped and can't be stopped. He did break a promise already, since he did say he was going to use his rematch immediately if he lost to Sheamus. He vowed this time he will not lose another match until he becomes WWE Champion. Cole said it took a lot of guts to say what Cena just did. Striker said it was bold for him to make that promise. The announcers plugged the Superstar of the Year tournament brackets. [c]

–Mid–commercial they plugged Dennis Miller and that Match of the Year would be announced next.

[Q6] –Dennis Miller introduced Triple H as "The Show." Ooops. Not as bad as "SummerFest," right? Or worse, because Miller gave away he doesn't really know Triple H's nickname. Triple H fired back: "I just want to thank Dennis Milburn for that introduction." Good for him. Triple H talked about defending the tag titles later, but asked the crowd if in the mean time, "Are you ready?!" Match of the Year nominees: Shawn Michaels vs. Undertaker (WM25), Cena vs. Orton (Breaking Point), Edge vs. Jeff Hardy (Extreme Rules ladder match), Team Raw vs. Team Smackdown (Bragging Rights... huh?). WINNER: Undertaker–Michaels.

Michaels walked out. Hunter told fans if they haven't seen the match, they need to buy the WM25 DVD and watch it. He said he can vouch for how good it was because he had to follow it and he "didn't stand

a chance." Michaels said he had the honor of winning this two years in a row. He brought up beating Ric Flair, then said he came up a bit short in ending Taker's streak. He said he is still proud of what he accomplished in Houston that night. No sign of Taker, whose character doesn't participate in things like this or the Hall of Fame ceremonies. The crowd chanted, "HBK, HBK." He then got worked up and said, "Undertaker! I can beat you. I know it, and more importantly, you know it." He stared at the camera and challenged him to a match at WrestleMania one more time.

–Striker plugged Taker vs. Orton was up next.

–A commercial aired for the new "History of the World Heavyweight Championship" DVD. [c]

–WWE Fact: Cena has granted over 140 wishes for the Make–a–Wish Foundation and is the most requested star from either the WWE, NBA, or NFL. I assume that means an MLB star tops him in requests.

–King intros took place for Undertaker and Randy Orton.

[Q7] **4 — UNDERTAKER vs. RANDY ORTON — Superstar of the Year Tournament Match**

Striker complained about Teddy Long re–starting the title match last night, costing Batista his WWE Title win. Lawler said he thinks Long made the right decision. Long touted many countries where Raw airs including the Philippines, China, Japan, Italy, and Serbia. Orton began with... (guess... guess)... yep, a headlock. Taker fought out of it immediately and worked over Orton's arm. He went for a quick top rope walk, but Orton fought out of it with an armdrag. He stomped on Taker's mid–section and punched him a few times. Orton clotheslined Taker to the floor, but Taker landed on his feet and yanked Orton to the floor. He followed with his signature guillotine legdrop. Striker gave Cole a hard time about whether he's used the term "vintage" twice in one match. Rhodes and DiBiase walked toward the ring. Taker turned toward them and scared them into retreating. Orton surprised Taker with an RKO at ringside. Both were slow to get up. Orton rolled into the ring and beat the count.

WINNER: Orton via countout in 3:00. These matches are just too short, no matter what the excuse. It makes it seem so arbitrary that PPV versions of the exact same matches last much longer. I get why they do it, but the consequences of it seem to be disregarded when they give away these marquee matches on TV without any intention of delivering a full–fledged match.

–Afterward, Rhodes and DiBiase stomped away at Taker mid–ring. Taker sat up and grabbed their throats and shoved them over the top rope to the floor. He then chokeslammed Orton, giving the fans something to cheer about. Cole wondered what effect that would have on Orton's chances against Cena tonight.

–Cole hyped the Cena vs. Orton finals for Superstar of the Year. [c]

–Miller was back at the podium. He joked that they were two hours into the 17 hours extravaganza. He introduced Vince McMahon, whom he said gave him some notes on how to do comedy. He sarcastically joked about that completing his life. McMahon said he had a vision "some months ago" to have a guest host every week on Raw (uh, wasn't that Donald Trump's idea?). He said some have been better than others. He shot a look at Miller. He asked what's wrong with the non–responsive fans. "What a lousy audience," he said. Guest Host of the Year Nominees: Bob Barker (he was the best as he was fully into it, with command of the crowd, and entertaining and geniune–seeming), Seth Green, Shaquille O'Neal, and The Osbournes. Poor Jeremy Piven. He won't be able to add a Slammy next to his Emmys. Barker won. They made the right call.

They went to a video of Barker accepting his award. He plugged his book again and thanked WWE for selling a lot of copies. He reminded everyone proceeds go to

charity. He said he had a great time and everyone with WWE was wonderful to work with. He closed with, "Go for it!" McMahon asked Miller what he'd do if he were going to name a guest host: Al Franken, Sarah Palin, Howard Finkle? Miller suggested an age–old favorite of his, Bret "The Hitman" Hart. McMahon looked uncomfortable. Lawler said: "There's Vince on the spot. Have you ever seen that." Vince said the last time Bret was on WWE TV, "Bret screwed Bret." I think we have our Jan. 4 counter–attack to Hulk Hogan on TNA Impact on Monday night. If there's anything that can get Bret back on WWE TV, it might be sticking it to Hogan. At least Miller got Bret's nickname right. It'd have been really bad if he called Bret his old favorite and called him Bret "The Game" Hart or something.

[Q8] [c] –Chris Jericho approached Miller backstage. He thanked him for showing respect for him, unlike other guest hosts, because he has the power to cancel his tag title defense, but he knows better than to do that. Miller went into his signature "rant" routine. He called Jericho an "energy black hole" and said he "sucks the vibe out of the show." He said he's decided to keep his tag title match on because his agenda belongs anywhere but on Raw. Jericho said he is cognizant of everything that happens and he can't wait to prove him wrong. He got on his cell phone and began making some "jokes" about what the guys on the Slammy statues were doing to each other. I'm not sure any of that really made any sense, but whatever. I'm wonder if after filming that segment, they complained together as fellow millionaires who they believe are "overtaxed by Obama," as Jericho once complained.

**5 — DX vs. CHRIS JERICHO & THE BIG SHOW — Unified Tag Team Title Match**

Jericho and Show brought their Slammy trophies to ringside. DX shoved the referee over with Michaels kneeling behind the ref. The ref got so upset, he DQ'd DX. Roberts announced that DX lost, but retained their tag titles.

WINNERS: Show & Jericho via DQ.

–Michaels feigned being upset with Triple H for costing them the match. Hunter apologized for costing them the winner's prize money. The crowd laughed when Hunter said that was JeriShow's one title rematch. The problem with doing this isn't that it doesn't play well for some laughs when it's done, but it makes every champion seem crazy for not doing the exact same thing and punching the referee before every title defense. I mean, if there aren't ramifications to an intentional DQ, why doesn't every heel do that. This booking relies on fans not asking that question or caring. Hunter said Jericho shouldn't even be on Raw. They said he is trespassing, again ignoring that on three–hour shows, all three brands are represented. After all, a bunch of ECW wrestlers and Undertaker have wrestled on the show. Anyway, that glaring issue aside, a bunch of mid–carders came out dressed as a DX Army ready to escort Jericho out of the arena. Michaels caught an unprepared Jericho with Sweet Chin Music. He rolled out of the ring and the DX Army (Finlay, Truth, Cryme Tyme, Hurricane, Shelton Benjamin, Christian) forced Jericho up the ramp. Michaels said regarding Jericho, "He is outta here!" Cole said those words were made famous by Miller.

[Q9] –They showed Chris Jericho throwing a hissy fit over being forced out the door backstage. [c]

–Lawler thanked "Switchfoot" for their theme song for the TLC PPV. Cole plugged the WWE Title change story at the WWE website.

–No Miller for the next Slammy Award presentation. Instead, out walked Carlito, Chris Masters, and Eve. Cole called it the "Chris & Carly Show at the Slammy Awards." Masters took off his suit coat and showed off his pecs. Masters drew laughs at Carlito spoke by making his pecs dance. Carlito got upset, but said he could do it, too. He asked Eve if she could do it. Eve smiled and said he'll never find out.

Extreme Moment of the Year nominees: Kingston's legdropping Orton through a table at MSG, Big Show slamming Cena through the search light (that should win; that was a hell of a special effect), Hardy's flip off a ladder onto Punk, or Triple H's home invasion on Orton and his wife. Winner: Hardy's dive. Man, WWE sure continues to support this pending–potential drug felon. They must be confident the outstanding charges will be dropped. Or they're just pushing his DVD. Matt Hardy came out to accept on behalf of his brother. Carlito interrupted and asked why Matt is accepting an award he didn't win. Matt told him it's not his moment. As he began talking again, Carlito jumped him and knocked him down. Carlito then said, "I'm going to go ahead and accept the award on behalf of myself." He thanked Jesus, others, and himself. Masters put the Masterlock on Carlito and threw him into Hardy's grip. Hardy knocked him down. Masters and Hardy shook hands. Striker said, "This is more like the Source Awards." Hardy held up Jeff's trophy. Isn't that the story of his life. [c]

[Q10] –They went to Cole, Striker, and Lawler at ringside. They hyped the Cena vs. Orton match. Lawler thanked Miller. He said he can't wait to listen to his radio show talking about his WWE experience. Striker threw to a trailer for "The Marine II."

**6 — THE MIZ & DREW McINTYRE & ZACH RYDER vs. JOHN MORRISON & YOSHI TATSU & MARK HENRY**

This is quite an eclectic mix of a six–man tag match. It's also sure to be less than three minutes given there's no top draw in it. Striker gave a shout–out to a nine year old fan who pointed out a mistake he made on IC Title history. Lawler asked what the mistake was. Striker said he wouldn't say, but he did thank the fan by name. Cole said Morrison admitted he went up against a buzzsaw i McIntrye last night and the better man that night won. Everyone got in a few seconds of spots before Tatsu pinned Ryder after Ryder called him into the ring. Tatso KO'd him with a roundhouse kick to the face. Cole said, "What a Monday Night Raw debut for Yoshi Tatsu."

WINNERS: Tatsu & Henry & Morrison in 2:00. [c]

[Q11] –WWE Fact: Raw is the longest running weekly entertainment program in television history—featuring more episodes than Cheers and The Simpson's combined. (If Striker can admit mistakes, I must also. In my Smackdown report this weekend, I mistakenly said "Law & Order" was long off the air. I was thinking of "L.A. Law" when I wrote that. Thanks to those of you who kindly pointed out my mistake, and even that one guy who was really rude about it!)

**7 — MICKIE JAMES & KELLY KELLY & GAIL KIM & MARIA & Divas champion MELINA & BELLA TWINS vs. ROSA MENDES & Women's champion MICHELLE McCOOL & NATALYA & ALICIA FOX & BETH PHOENIX & LAYLA & MARYSE**

Lots of banter during ring intros and the short match by the announcers, as you'd expect. Mickie finished off Rosa Mendez with a DDT.

WINNERS: Mickie's Team of Seven in 1:00. I will never complain about three minute women's matches again. Well, that's probably not true. I won't at least until next week.

–Goldust and MVP walked out to announce the Diva of the Year as voted by the fans. No Miller once again. Goldust said he's been known as a Diva, so maybe he should take the Slammy himself. He asked the "girls" in the ring. They shook their heads no. Goldust complained about them being so sensitive. He said they've got MVP on the stage and PMS in the ring. Goldust then left the stage. MVP announced Maria was the winner. She walked out so that horrible theme song of hers. She thanked the fans for being so awesome. Batista, wearing a pink shirt, interrupted and said he should be up for the Superstar of the Year Award. He

said he was screwed. He said he was robbed last week. He wanted a Screwjob of the Year Awards. Two police officers walked out and talked him off of the stage. Cole said he just embarrassed himself. [c]

–Miller returned to the podium. He introduced Abraham Washington, Tony Atlas, and Big Dick Johnson. The music interrupted him as he said Big Dick Johnson. He seemed perturbed by that. Johnson walked out in a speedo. Lawler said he's a perfect candidate for a body transplant. Atlas laughed on and on as Johnson shook his stuff. Washington looked disgusted. Miller was long off the stage. They presented the "Oh My! Moment of the Year" nominees: Masters's Dancing Pecs, Michaels working at the Cafeteria and kicking a young girl for being rude, Cole drunk at the Smackdown anniversary party, and Santino's Thanksgiving pie–face incident. Masters's pecs is the only one that got them any pub ("The Soup"), so it deserves it. It went to "Michael Cole Vomits." Cole celebrated by leaping to his feet, hugging Lawler, and running to the stage hooping and hollering. He even hugged Johnson. He said, "In all due respect to my mentor, good ol' J.R., slobberknocker and 'My God!' are passe because it's a new era. It's an era of 'vintage' and 'oh, my!'" They kept it short. Cole plays the fool with enthusiasm, even if it's more uncomfortable than funny. Miller walked right out and said, "I have to be going because after seeing Big Dick Johnson, I have to go take my freaking eyes out with a power drill." He told fans about USACares.org and asked for donations. He thanked WWE for being kind to him and said the Superstar of the Year would be next.

–Lawler plugged Cena vs. Orton was up next. He said Cena also is going to challenge Sheamus for the WWE Title after the match.

[Q12] [c] –DX did a zany skit pushing merchandise, including the WWE toy ring. Triple H mistakenly destroyed his set-up. Michaels fake cried. It's so hard to watch this stuff. Comedy is hard, and slapstick comedy is about as difficult to pull off with dignity as anything. Hunter pushed a new DX Snuggie and told Michaels to watch the new "History of the World Championship DVD" in his snuggle while sipping a drink. Hunter put up a clip of Michaels getting beat up. Homswoggle appears and handed them tiny wrapped gifts. They were "WWE Shop Zone" gift cards. They said that didn't get Homswoggle off the hook. Michaels attacked him. They brawled under the Snuggie. Hunter joined in, but Homswoggle appeared behind him, revealing to Hunter that he was actually beating on Michaels under the Snuggie.

–Next week's guest host—Johnny Damon of the New York Yankees... Randy Orton's ring intro took place. [c] Cena's ring intro took place.

[Q13] **8 — RANDY ORTON vs. JOHN CENA — Superstar of the Year Match**

Cena went after Orton aggressively at the start. Orton blocked a bulldog attempt at 1:00 and shoved Cena to ringside. He threw Cena head–first into the ringpost. Orton dominated for two minutes. Cena fought back at 3:00 with that bulldog he tried earlier. Then he climbed to the top rope and hit a legdrop to the back of Orton's neck for a two count. Orton came back and scored some near falls of his own. At 6:00 Cena hit an Attitude Adjustment, but Orton put his foot on the bottom rope to stop the count. Orton then DDT'd Cena off the ring apron onto the floor. Orton told the impact, also. Orton rolled Cena into the ring for a cover, but Cena kicked out at 8:00. Cena avoided a punt kick and then hit a quick Attitude Adjustment for the win. Cole said that is the definition of gut–check. Cena celebrated his consolation prize after losing his WWE Title last night. Sheamus stepped out onto the stage with a gloating broad smile holding up the WWE Title belt. No challenge by Cena was Lawler suggested would happen.

WINNER: Cena in 9:00 to become Superstar of the Year.

STAR RATING: **1/2

catching Rey rebounding off the ropes with an elbow block at 1:00. Rey came back a minute later by working over Batista's leges and then setting up a 619. Batista bailed out to ringside. Rey caught him with a swinging kick through the ropes. He then out–maneuvered Batista and sidekicked him hard to the mat. They cut to a break. [c] They showed that during the break Batista caught Rey with a boot to the face and whipped him into the ringside steps. Batista dropped Rey on the announce table at ringside. Batista clotheslined Mysterio hard in the ring. Grisham plugged that there's a photo gallery of hard chairshots at the WWE website, a way to sell the possible carnage at the TLC PPV on Sunday. Rey used a drop toe hold to send Batista into a chair he brought into the ring. He followed with a dropkick to set Batista up for a 619, which he hit on target. Rey then splashed Batista off the top rope and scored a two count. Rey used a chair against Batista's leg and gut and back. Striker said chairs are legal in this match. Rey lifted the chair to swing at Batista, but Batista speared him and the chair dropped to the mat. Batista slammed Rey, then signaled for the Batista Bomb by stomping the mat. Instead he picked up the chair and swung it at Rey, who brought up his forearms to absorb the blow. Batista then scored the three count.

WINNER: Batista in 11:00.

STAR RATING: **1/4 — Solid TV main event. Limited use of the chair, but what they did they sold.

–Afterward, Batista wedged Rey's head in the chair. As he climbed to the second rope and as Grisham asked if he was trying to end Rey's career, the lights went out and Undertaker's bell sounded. The lights came on and Taker was standing where Rey was and Rey had been moved safely to ringside. Taker beat on Batista and knocked him to ringside. Good show–closing angle to give fans a taste of what Undertaker wants to do to the "arrogant bully" that Batista has become.

**QUOTEBOOK**

C.M. Punk on the Jeff Hardy DVD: "What disturbs me is there are parents—horrible parents—they probably shouldn't be parents at all because they're buying this trash as Christmas presents for their children. It's probably going to be a banner year at all your drug addicts' houses because this is probably going to be your number one stocking stuffer. You might as well be stuffing your children's stockings with hallucinogenic magic mushrooms because when your child watches this filth, this right here, he will halucinate. He will suddenly think he can fly. Your child will probably think that he can do the impossible."

Eric Escobar to Teddy Long on what he told Vickie Guerrero: "I told her people thought she was my mom, but my mom is not as big as Texas."

Todd Grisham cliche watch: "When you talk about a Superstar who is on a roll, no one can light a candle or hold a candle to Drew McIntrye. He's been on fire. You know what I'm saying."

John Morrison to Drew McIntrye: "I've heard all about you. Getting coffee for Ricky 'The Dragon' Steamboat. Flex–all for Rowdy Roddy Piper. Lying in your Speedos by the pool with Arn Anderson and John Laurenaitis. Staying up late on your computer Twittering with Irwin R. Schister."

John Morrison to Drew McIntrye: "Why is it that you think you can walk around here like you own the place just because some senile crazy old man gave you an endorsement?"

Matt Striker: "What's what's disturbing and eerie about Mike Knox. Mike Knox just sits around and reads book on how to dissect and repair human anatomy."

# THE SMACKDOWN PAGE

**BY WADE KELLER, EDITOR**

**DEC. 11—TAPED IN HOUSTON, TEX.**

[Q1] –Clips aired from two weeks ago of Batista attacking Undertaker with a chair while Matt Striker touted that at TLC chairs are legal followed by clips from last week of Teddy Long telling Batista that he's going to face Rey Mysterio in a street fight next week and then Batista attacking Undertaker with a chair and the World Title belt last week.

–After the Smackdown opening, Todd Grisham introduced the show and hyped Batista vs. Rey Mysterio.

–Batista then walked out as Grisham hyped the "Chairs Match" between Batista and Undertaker. Batista said he doesn't think Rey Mysterio deserves to be in the same ring with him. He said since he started his campaign to reclaim his World Hvt. Championship, it seems a lot of people aren't happy with him. The crowd booed. He said: "Exactly. It seems I'm getting booed an awful lot lately. My response to that is: I don't care! Boo me all you want. This is not about you. This is about me being who I was born to be—World Heavyweight Champion."

He said he didn't need Evolution, they needed him. He said he used them for the knowledge and information he could benefit from, then moved on. He said he never has needed Rey, Rey needed him—a big brother to watch is back. He said he certainly doesn't need any of the fans. "I didn't hear you when you cheered me and I don't hear you when you boo me," he said. He asked for a spotlight. He said he deserves to be in the spotlight. "I'm not here to make friends. I'm here to make money and I'm here to win titles. Everything about me screams World Heavyweight Champion. The way I walk, the way I talk, the way I dress, my ring dominance. Everything."

He said that brings him to the Undertaker. He said he's not the dominant force everyone makes him out to be. He said he's looked into his eyes and seen nothing but fear. He said Undertaker and all of the fans are too stubborn and stupid to realize something. He said Taker has already lost. He said beating Taker at TLC is merely a formality. He said everyone should get used to hearing this: "World Heavyweight Champion Batista."

That was one of Batista's better promos. It wasn't fancy. It didn't have insider terms or references to Internet gossip about his personal life or backstage political rivalries that viewers don't know or don't care about. He didn't yell at the top of his lungs. He declared simply and boldly that he defines himself as a World Champion and he will become champion again and he doesn't care about the fans. It was simple, declarative, and unlikable. Exactly what a pro wrestling heel promo should be—amazingly simple in concept, and in this case well executed by Batista. [c]

[Q2] –C.M. Punk and Luke Gallows walked out. A fan held up a sign that makes no sense: "C.M. Punk Wants To Be Adam Lambert." Can anyone explain what that means? Is it just a disconnected gay joke? Punk held up the Jeff Hardy DVD. He held up a copy and said it's flying off the shelves nationwide. He said it disturbed him that there are horrible parents buying that trash as Christmas presents for their children. He said watching that DVD makes them a "washed up, good for nothing, unemployed junkie." He then stomped on the disc and Wallows broke it to pieces. Striker said he was going to be buy that for Grisham.

Out walked R–Truth and Matt Hardy. Hardy brought a big duffel bag with him and pulled out a Jeff Hardy DVD. As he began handing out copies to the fans, Punk said they're taking poison and "do not accept this DVD." He yelled at fans to sell it on eBay, don't watch it. Punk said they're basically peddling drugs and it's not right. Truth knocked Punk out of the ring with a shot to the head with his mic.

## 1 — C.M. PUNK & LUKE GALLOWS vs. R–TRUTH & MATT HARDY

Truth clotheslined Punk over the top rope to the floor at 1:00, and then they cut to an early break. [c] Striker compared Punk & Gallows to the Graham brothers. At 8:00 Hardy hot–tagged in against Punk.

[Q3] A minute later he hit a Twist of Fate, but Gallows jumped Hardy after blindly tagging in seconds earlier and pinning Hardy after his finisher.

**WINNERS: Punk & Gallows in 10:00.**

**STAR RATING: *1/4**

–Grisham plugged Drew McIntyre vs. John Morrison later. Striker pushed the Batista–Rey main event. [c]

–WWE Fact: U.S. military personnel get free WWE tickets.

–Vickie Guerrero and Eric Escobar argued backstage. He told Teddy Long that he told her in Spanish that people thought she was his mom, but his mom isn't as big as Texas. Eddie Guerrero would be so happy with how WWE treats his widow. Vickie said Escobar has to wrestle Chris Jericho. Escobar then told Vickie in Spanish that she needs a breath mint and he's ready for whatever he throws at her. He said anything is better than looking at her face. She squealed like a pig (get it?) and then told him to "Get out!" It's great that WWE teaches their young audience that non–stripper type women are to be ridiculed merely for their looks. First class all the way. Is Escobar supposed to be the babyface here? I'm sure WWE writers see him that way, but do decent human beings who live in the real world cheer for jerks who talks to a woman like that?

–Mike Knox told Kane backstage that the last time they fought, he found it a worthwhile experience. He said they're the same—both monsters nobody understands. He said he wants to fight him again. Kane said they're nothing alike, but he enjoyed fighting him and beating him, so he said they should do it again tonight. Knox said he will leave the ring a broken monster, but he won't be alone, he'll ride in the ambulance with him. Kane grabbed his throat. Knox strained to say that a lack of oxygen can cause extreme euphoria throughout one's entire body. Kane walked away. Striker said that was awkward.

–Escobar made his ring entrance. Before the match, clips aired of Vickie employing the Hart Dynasty to defeat Escobar last week.

## [Q4] [c] 2 — ERIC ESCOBAR vs. CHRIS JERICHO (& THE BIG SHOW)

During Jericho's ring intro, Striker plugged the Jericho & Big Show vs. DX match at the PPV. Escobar got the early advantage and knocked Jericho out of the ring. Then Vickie walked out and said, "Excuse me! Excuse me! Excuse me!!" She then revealed "a tiny detail" she left out—which is that Escobar has to fight both Jericho and The Big Show. The Big Show then made his ring intro. After Big Show beat up Escobar, Jericho applied the Walls of Jericho for the win. Vickie applauded from the stage.

**WINNERS: Jericho & Show in 2:00.**

–Jericho and Show stood in the ring afterward and hyped their match against DX. Jericho said they're going to wipe DX off the face of the planet and cure fans of what's been inflicted on them. Show said, "We are the end of DX." Grisham wondered if DX would cease to exist after Sunday night. Let's hope. For the sake of Shawn Michaels's legacy, if nothing else.

–They showed Drew McIntyre walking backstage. [c]

–McIntyre walked out. Grisham said he's on a roll. McIntyre asked why the chairman himself, Vince

McMahon, endorsed him and declared him a future World Champion, yet he's not on the cover of his publication. He held up the latest WWE Magazine with John Morrison on the cover. A clip aired of McIntyre pinning Morrison last week on Smackdown after an impact DDT. McIntyre said he can't believe fans believe in Morrison. He asked if it's because Morrison is American and he's Scottish. Or because Morrison does that flip move or because he's IC Champion. He said the idea of Morrison beating him is pure fiction, just as William Wallace from "Braveheart."

[Q5] Morrison walked out, dressed as Wallace. (He just had a feeling McIntrye was going to reference him this week.) Morrison entered the ring and, in a false Scottish accent, asked how dare him make fun of Morrison. McIntrye said he looks ridiculous "and this better be your idea of a joke." Morrison shot back that he's really William Wallace. He told him the fans don't like him because they don't understand a thing he says. He told Morrison to show him respect and take him seriously. Morrison pulled out his sword. Settle down; a real sword. He said McIntrye kisses the asses of management, but used the names of ex–wrestlers backstage so the context was probably lost on most viewers. McIntyre said he had enough. He said he was going to wait until Sunday to hurt him. He dared him to "lose that sword" right now and fight him like a real name. Morrison said since he asked nicely, he'd comply. He put the sword at ringside. He said he doesn't care about the McMahon endorsement, calling him a senile old man. He said he cares about the endorsement from the fans. He said they just authorized him to win the beating since he got to WWE. He said he didn't get all dressed up for nothing. Morrison went after McIntrye. McIntrye bailed out into the crowd. Morrison celebrated in the ring as his music played.

–Striker and Grisham were shown on camera at ringside. They threw to a video package on the Batista–Rey feud. A commercial aired for TLC focused on the John Cena title defense against Sheamus. [c]

[Q6] 3 — **MIKE KNOX** vs. **KANE**

During Knox's ring intro, they showed clips of Kane beating Knox las week. At 2:00 Knox side–stepped a flying clothesline by Kane, then fired back with a crossbody block for a two count. Kane, seconds later out of nowhere, hit his chokeslam for the pin.

**WINNER: Kane in 3:00.**

–A video package aired of DX plugging their merchandise so they can get even richer while providing zany entertainment for seven to ten year olds. [c]

–WWE Fact: As Smackdown continues celebrating its 10th anniversary, did you know that Smackdown has broadcast more shows than "ER," "Law and Order," "Cheers," and "The Simpsons." Talk about a time machine. The young fans who find DX's zany plugs for their merchandise funny might have never heard of "E.R." or "Cheers," long–ago cancelled shows.

## 4 — MICHELLE MCCOOL & LAYLA vs. MICKIE JAMES & MARIA

**WINNERS:** Mickie & Maria in 2:00 when Mickie pinned Layla with a roll–up. Hardly worth going into details when WWE continues to give them a whole two minutes of TV time in tag matches as if people want to watch ten minutes of men in the ring but only two minutes of the women for some reason.

[Q7] [c] –The Raw Rebound aired. Then Striker and Grisham stood mid–ring and hyped the entire TLC line–up.

–Rey Mysterio's ring entrance took place. [c]

[Q8] 5 — **BATISTA** vs. **REY MYSTERIO**

Batista scored a two count on a lazy cover after

SMACKDOWN CONT. ON PG. 9

BY WADE KELLER, EDITOR

**DEC. 10—TAPED IN ORLANDO, FLA.**

[Q1] —The show opened with clips of Hulk Hogan's interview with Joe Rogan on "The Ultimate Fight Night" plus Eric Bischoff, Dixie Carter, and Hogan sitting in the crowd. They intermixed clips of Jeff Jarrett and Mick Foley, with Foley trying to get Jarrett (via speaker phone) to join him in stopping Hogan. Then moved to Desmond Wolfe–Kurt Angle clips. Then back to Hogan talking about going to battle on Jan. 4 with WWE, naming WWE by name. The title of the show is "Foley/Jarrett Summit."

–They went to Foley limping into Kevin Nash sitting at a desk, with Jeremy Borash leading the way with a mic in hand. Nash said he arranged for Foley to meet with Hogan face–to–face tomorrow. Nash handed Foley a plane ticket, which he said was coach with two layovers. "You're saving the company money; I like it," he said. Nash said he had to leave right away, so he suggested maybe he'd run the show without him. Foley wasn't sure he could trust him to run Impact, but he agreed to it because he arranged a Hogan meeting. Foley pulled a DVD out of his luggage of he and Jarrett having a meeting. He told Nash to be sure the (production) "truck" gets it. Foley then invited Borash along. Borash excitedly said he's with him. Nash gave them $100 for dinner and cocktails, too. Borash was even more excited. As soon as they left the office, Nash called and asked someone for the security tapes for the last three months in that office. Everyone played their parts well out that skit.

–The Impact opening aired followed by Mike Tenay introducing the show as pyro blasted in the arena.

–Nash walked out with Eric Young. Taz wondered what Nash has in store for everyone now that he's in charge. Nash entered the ring and informed the crowd that he worked out a deal to be in charge of Impact. He said he gets to run the matches and festivities. He said he accomplished this by setting up a one–on–one meeting with Foley and Hulk. He explained that Foley was on his way to the airport, so it's time to reveal what he has in store for them. He announced: The British Invasion ("all three of them") vs. "Motor City Machine Gun" Chris Sabin. He milked the three–on–one aspect well. Also Scott Steiner & a Knockout of his choice vs. Bobby Lashley & his wife Krystal. He said, "Tighten 'em up, Krystal." He also said Young would "defend his title on U.S. soil." He wasn't happy, but then Nash revealed his opponent was Hamada. Also, Tara vs. ODB in a "Trailer Park Throwdown," street fight rules with one twist—"Each girl must guzzle a six–pack of beer before the match." Team 3D & Rhino & Jesse Neal vs. The Pope & Matt Morgan & Hernandez & Suicide. Whoever gets pinned will have to start the elimination match at Final Resolution alone for five minutes against the other team. And there's more: Lacey Von Erich vs. Velvet Sky in a "mud wrestling match." The crowd popped. Tenay said Nash's fingerprints are all over this. And finally, because Foley couldn't get his money back for his suspension, to the highest bidder gets a title shot against A.J. That's not the four weeks of matches. Not even the next two. That's all packed into this two hour show. Seven matches including a TNA World Title match. Nash added that he's got about two hours left on his Viagara, so he may do a run–in in the mud match.

–Tenay threw to Foley searching for Dixie Carter. He complained to Dixie Carter on a TV screen for not consulting him about Hulk Hogan. He ran into a couple people in a room who apparently "write very good stuff" according to Foley (they weren't identified, but it was Vince Russo and Ed Ferrara). He asked them to write him a vignette where Dixie Carter "actually returns my phone calls or texts." Foley talked to another guy backstage (Dave Sahadi) who said he's bummed that Jarrett hasn't

replied to him. He suggested a place where he might find Jarrett in Nashville. This is boring. I'm not even sure who their target audience is for this other than club that loves Foley so very much they'll watch him wander around an office talking to unidentified people. [c]

[Q2] —They showed Tenay and Taz at ringside. Tenay asked Taz where he heard the big news. Taz said he received a Tweet from TNA President Dixie Carter that a big announcement would be on Spike TV. Taz hyped the three–hour Monday, Jan. 4 special edition of Impact. Tenay said there will be more videos of Foley searching for Jarrett.

**1 — THE BRITISH INVASION (Doug Williams & Brutus Magnus & Red Flag Rob) vs. CHRIS SABIN**

Tenay hyped a graphic video would air later of something with Abyss. Sabin held up pretty well early, knocking both Williams and Magnus to the floor. Rob hit him from behind, though. Sabin fought back at 3:00 with a dropkick on both Williams and Magnus, then small packaged Rob for the upset win. Williams and Magnus yelled at Rob for losing.

WINNER: Sabin in 3:00. I still don't get why Rob is allowed on TV looking like that. Does TNA want Congress to bring Dixie back for more questioning? He just makes everyone else look like they skip going to the gym.

–So Cal Val interviewed Scott Steiner backstage. She stood three inches from his face for some reason, which was totally unnatural. She also looked like she was trying to sell him on a lap dance with her flirting body language. Steiner said she replaced Borash and already pissed him off by saying the Main Event Mafia doesn't exist anymore. He's still in denial. Steiner said he'll find a freak, just as Nash wants him to do. He unzipped his jacket and showed an air–brush image of Krystal in a bikini on his t–shirt. He said she's been on his chest before. He also threatened to punch their 18 month old son Miles. He said he doesn't discriminate against age. [c]

–Foley walked into a restaurant in Hendersonville, Tenn. and asked a woman where Jarrett was. She said she hadn't seen him in a month or so, but he might have been around when she wasn't. He asked her to tell him if she sees him.

[Q3] **2 — BOBBY LASHLEY & KRYSTAL vs. SCOTT STEINER & AWESOME KONG**

There's no explanation for how Nash can force Krystal to wrestle. That kind of arbitrary storytelling liberty not lost on viewers. Steiner did the Rick Rude bit where he had Krystal air brushed on his trunks. Krystal had her sad face on. Lashley controlled early action. After a gut–buster and a suplex, he scored a two count. Taz marveled as Lashley's strength. Kong tripped Lashley from ringside. Kong wanted to tag in against Lashley. She just charged into the ring and threw a clothesline, but Lashley ducked and it hit Steiner. Steiner yelled at her. Lashley then hit the distracted Steiner with a t–bone suplex. Steiner rolled out of the ring. When Lashley followed, Steiner then went after Krystal when she tried to check on her husband. Kong then caught Krystal from behind with chops to the shoulders and a body slam. Kong then climbed to the top rope, but instead Steiner covered he missionary style. He then did push–ups over her, simulating intercourse. Lashley charged into the ring, sending Steiner scurrying.

WINNER: Steiner in 5:00 when he pinned Krystal.

–Lauren interviewed Samoa Joe about entering the "Feast of Fired" match at Final Resolution. Joe said at Turning Point he was in the main event, but then he was sent home for two weeks as Daniels was pushed into a title shot. He said he was left off of the so–called random selection of wrestlers who got a shot in the Thanksgiving tournament. He said someone wants to keep him away from the World Title, which is why he's entering the "Feast of Famine" match. Beer Money Inc. walked in. Hotheaded James Storm got in his face, but the cooler Robert Roode told Joe they're

entering it, too, even at the risk of losing their job. Joe used Storm's line against them: "Sorry about your damn luck." Roode told Storm it's definitely worth the risk. Storm was less sure.

–They aired a clip of Joe Rogan interviewing Hulk Hogan in front of the Octagon with the apparently obligatory shot of Dixie Carter nodding from the stands. [c]

–Nash walked into the Beautiful People's locker room and said he doesn't want to humiliate them, but rather is going for ratings. Velvet Sky said, "What do I care about ratings?" Nash said millions will be watching and not taking their eyes off the screen. He said he'll be watching with baited breath. Nash said with ratings comes money. He said with money comes things. They giggled about new clothes and cars. Nash said they're going to make a ton of money. Velvet Sky and Madison Rayne reacted to Lacey Von Erich patronizingly saying she was "so pretty," implying she was dumb after she said she hoped they got rated like a hotel, but six–stars, not just five.

[Q4] –A video package aired on the Sting situation with clips of Dixie talking about luring him back.

–Tenay said there's still no word from Sting. Taz then said he wanted to hear more about the Jan. 4 announcement. They threw to the full Rogan interview with Hogan at "The Ultimate Fight Night." They still never acknowledge Eric Bischoff when he's in the stock footage from Fight Night or the MSG press conference.

–Lauren interviewed Tara, who was drinking beer as required by Nash. She complained about having to drink before a match. Lauren asked how she's perform given the circumstances. Tara said she'd drink a keg to get her hands on ODB. Tara tripped off camera and Lauren winced. [c]

–So Cal Val interviewed Young about his title defense later. Young said he wouldn't defend his title on U.S. soil for just any commissioner. He said he's breaking his own rule, but at least he's defending against a non–American. He said he wants Hamada to really try to beat him because he's going to treat it as any other match. He closed with his catch phrase: "Welcome to our world."

**3 — ERIC YOUNG vs. HAMADA — TNA Global Title match**

Hamada spin wheel kicked Young out of the ring. She threw chops and headbutts at ringside, then threw Young back into the ring. She charged him in a corner, but he lifted a boot. Young climbed to the second rope, but she kicked him and then used a huracanrana to send him to the mat for a near fall. She bodyslammed Young and then went for a moonsault off the top rope. Young moved and put his feet on the middle rope for illegal leverage to score the three count.

WINNER: Young in 2:00 to retain the TNA Global Title.

[Q5] –The Beautiful People chatted backstage, wanting to be sure they get a huge bonus if they draw ratings. Rayne suggested maybe a wardrobe malfunction. They all giggled about the possibility. Von Erich said they're probably over–thinking it and it's probably good enough if they just go out and wrestle. Sky agreed because they draw ratings every week. Rayne said whomever is the better wrestler wins the match. They all giggled. Off camera they showed off their outfits to each other by opening their robes to the back of the camera.

–Back to Foley searching for Jarrett. He was at another local hangout. He asked for directions somewhere else. But then he heard Jarrett's voice in the background. Jarrett had grown out a beard and was sitting at a bar drinking mid–day. Foley said, "Well, I'll be damned." [c]

–Mid–commercial they showed ODB drinking.

–Taz wanted Tenay to confirm that was Jarrett they just saw. Tenay said it's been five months since they've seen him. He said they'd have more video footage of Foley and Jarrett later.

–So Cal Val interviewed ODB backstage. She wanted to know who named it Trailer Park Throwdown. She said that's like any other match for her. She said she'll give

## TNA IMPACT PAGES

## TNA NEWS CONT. FROM 5

Tara a hangover that will last past Final Resolution.

**4 — TARA vs. ODB — Trailer Park Throwdown**

ODB commented at the onset and wrapped her in yellow police tape at ringside. She used a toilet plunger as a weapon. ODB catapulted Tara into a ladder in the corner. Tara kicked out at two after a splash by ODB off of a small ladder. ODB choked Tara with a garden hose and a tiki torch. Tara made a comeback, but ODB quickly regained control, showing a better ability to handle her liquor. She drove her face–first into a chair and scored the pin.

WINNER: ODB in 3:00.

–Foley told Jarrett he looks like hell. Jarrett said that's because he's been living through hell. He told Foley he didn't understand why he chased him down after what he told him on the phone last week. Foley said they go back over 20 years to the summer of 1988. He said he knows Jarrett can't stay away from pro wrestling. Jarrett said, "Double J probably can't, but Jeff Jarrett can." Foley said he can't be serious. Jarrett said, "After what she's done to me? Are you kidding me?" There's NO BACK STORY for the viewers to understand what anyone is talking about here. Who are they playing to???

[Q5] [c] –Tenay said due to the graphic nature of the Abyss video, Spike TV wouldn't allow them to air it, but it'd be available on their website tonight.

–Brother Ray and Devon accompanied Rhino and Neal to the ring. Brother Ray said The Pope wasn't going to make it tonight, so it'd be a handicapped match. Out walked the three babyfaces. Tenay said the match would be next. [c]

**5 — RHINO & JESSE NEAL & TEAM 3D vs. MATT MORGAN & HERNANDEZ & SUICIDE**

The match began promptly after the break. Tenay told people the next Foley–Jarrett segment would be up next in case this wrestling action had anyone really impatient for more talking between two 40–plus wrestlers about a matter not explained to viewers yet. At 3:00 Hernandez tagged in cleaned house. Neal attacked Hernandez from behind, but he fought back and dove onto the heels at ringside.

[Q7] Back in the ring Neal kicked out after a Hernandez slam. Brother Ray intervened and gave Hernandez a Bubba Bomb. Brother Ray then gave Ray a Carbon Footprint. Rhino gave Morgan a belly–to–belly. Suicide gave Rhino a top rope dropkick. Devon gave Suicide an overhead suplex. Hernandez then gave Devon a Border Toss. Neal speared Hernandez out of nowhere for the three count. The Pope ran out with a limp afterward with a crowbar in hand to clear the ring of the heels.

WINNERS: Rhino & Neal & Team 3D in 6:00. [c]

–Mid–commercial a brief video aired of Tomko training at the gym with a graphic that said he's back.

–They showed Tenay and Taz at ringside covered in tarp to stay clear of flying mud.

**6 — LACEY VON ERICH vs. VELVET SKY — Mud Match**

Madison Rayne was special referee. Taz said any red–blooded male or a female who "goes that way," you might enjoy this. Taz said Nash is his favorite person. Tenay said they'll keep teasing them, but eventually they'll kiss on TV. It was a rainbow colored kiddie pool filled with mud. Tenay said he calls this "the eight sides of plastic not to be confused with the six sides of steel." Lacey and Velvet wrestled in the mud, but Taz complained that it was too liquidy. He said it's one of the proudest moments of his announcing career. Madison laughed at them, so they yanked her by her legs into the mud. Tenay yelled, "Three way! Three way!" Sky then pinned Von Erich. They splashed muddy water on each other afterward.

WINNER: Velvet Sky in 2:00.

–They went backstage to Lauren interviewing "Black

Machismo" Jay Lethal who talked about losing to Jim "The Anvil" Neidhart. Lethal said he didn't have a chance to prepare because he didn't know whom he was going to wrestle. Lauren said he's the one who sent out an open invite. He rambled in vintage Macho Man style and alluded to tagging with Hogan.

–They showed Styles backstage, reconciling his religious views with this entire show. [c]

–More of Foley chatting with Jarrett at the bar. He told Jarrett that when he invested in TNA at his recommendation, they were all flourishing, but now he's not sure where he stands now that Dixie invited Hogan into the mix. Jarrett was upset Foley was making it all about him. Hasn't he met Foley? Jarrett told Foley to get real. He asked him if he remembered who founded TNA "with my money, my sweat, my tears." He said it disappeared into thin air. Foley said he brought it on himself. Jarrett said, "The penalty didn't fit the crime, and you know that!" Foley said he didn't know that. Jarrett said if that's the case, the conversation is over. Foley said the Jarrett he once knew wouldn't bury is problems in a bottle. Foley asked who was raising his two daughters. Jarrett said it was three, not two. He told him to sit down at the bar because they need to talk.

**7 — A.J. STYLES vs. DESMOND WOLFE — TNA World Title match**

As Styles walked out, Tenay wondered who paid the most to get the title shot. Desmond Wolfe walked out. Kurt Angle then joined Tenay and Taz on commentary. Angle said everybody put in a bid in and he was curious who outbid everyone. Angle said Wolfe will work over an arm until it falls off. "I've been there," he said. Styles made a comeback against Wolfe at 2:00. He hit a springboard forearm at 3:00. Wolfe kicked Styles low and smiled about it behind the ref's back. Daniels grabbed Wolfe's leg to distract him, which led to Styles rolling him up from behind for the win.

WINNER: Styles in 4:00 to retain the TNA World Title.

–Daniels poked Wolfe in the chest afterward. They shoved each other and argued until referees stepped between them. Tenay hyped that the conclusion of the Foley–Jarrett conversation was up next. The main event of the show, after the World Title match. [c]

–Jarrett held his head at a table and told Foley he doesn't know what it would accomplish to talk to her now. Foley said five month is the perfect amount of time to have waited. Jarrett asked if she won't talk to him (Foley), why would she talk to him (Jarrett). Foley said Dixie knows at the end of the day there would be no TNA without him. Jarrett nodded in agreement. Foley said he should just do it by walking into the Impact Zone next with his head held high. He told him to start anew and ignore the past. Jarrett offered a handshake. The show ended with a handshake. Seriously, what percentage of TNA Impact viewers have any idea what they're talking about?

**FINAL THOUGHTS:** An awful, awful show in almost every way. But if you haven't discovered Internet porn, then maybe the mud wrestling match made your week. But if you don't have Internet access, then the rest of the show was a mess otherwise. How can someone look at a script for this show and say, "Yeah, this is good!" This almost seemed like a practical joke by a pair of writers on their way out the door, trying to burn down the house before they leave. Would you even know there was a PPV on Sunday after watching this? If so, are Foley and Jarrett headlining?

**QUOTEBOOK**

Mike Tenay: "Knowing that Kevin Nash is always for Kevin Nash, I wonder how impartial he'll be as an authority figure."

Tazz: "I think we might see a hot chick throw up, which is weird."

continuing to butter up TNA fans in the Impact Zone who are expected to "tell TNA management" with their chants and cheers they want Hogan in the ring so they can feel like they are part of history. "The fans are loyal; I've been around so long so they know how I feel about the wrestling business," he said. "Whether you like my work or not, the fans respect me."

As for what Hogan is capable of in the ring, Hogan claims he "got his game back" after working through his first match in Australia against Ric Flair last month that nearly turned into a disaster. "I didn't know if my back was going to hold up. The first night I found out that whenever I take a bump, I can't even roll to the right," Hogan said. "That's the first thing that woke me up. The first night really caught me off guard. Taking a bump to the outside, I couldn't go out the way I usually did. There were a lot of things that we different because I had not wrestled since the back surgery."

**BISCHOFF COMMENTS ON JAN. 4**

Hulk Hogan business associate Eric Bischoff says he expects WWE to "come out with guns blazing" on January 4 when TNA Impact opposes WWE Raw on the first Monday of 2010. "Expecting WWE to come out with guns blazing on Jan 4. Love making them 'sell.' Thats when you know you're doing it right!" Bischoff said on Twitter. WWE is "no–selling" publicly right now. "Is Jan. 4 really that big a deal?" one person in WWE asked rhetorically. Many people in WWE are looking at TNA's live Impact as hot–shot booking to grab mainstream press going head–to–head with Raw for one night. There is potential that TNA could parlay a successful live Monday into a permanent slot on Monday nights opposite Raw in the future. However, right now, many people in WWE are not acknowledging TNA's one–night appearance on Monday nights…

**TNA NOTEBOOK**

A 15–second commercial for the January 4 TNA Impact up against the first Raw of 2010 featuring the return of Hulk Hogan aired during tonight's edition of WWE Raw. The commercial was not produced to look like anything from TNA or Spike TV. There was a unique marketing look and a brief soundbyte from Hogan to advertise his return to national TV wrestling…

Bobby Lashley has signed a multi–fight deal with the Strikeforce promotion, according to multiple MMA websites. Lashley is scheduled to make his debut fight for Strikeforce on January 30. Lashley is 4–0 in his MMA career, but he has not fought since June when he defeated Bob Sapp. Strikeforce did not mention TNA in their press release announcing the signing. Lashley's past in WWE was mentioned, however. Lashley said in interviews last month that he might have to quit wrestling if Strikeforce asks him to dedicate himself to MMA only, but now says he will continue to wrestle for TNA despite signing a major fight contract with the Strikeforce promotion. "Nothing else has changed," Lashley said on his YouTube page. "Still going to be wrestling and hopefully we can do everything. Hopefully I can still wrestle. Hopefully I can still fight"…

# WWE TLC PPV

**DEC. 12—SAN ANTONIO, TEX.**

—The opening video showed a variety of chairshots and big bumps with narration such as "the jolt of solid steel" and "excruciating pain that awaits."

**1 — SHELTON BENJAMIN vs. CHRISTIAN — Ladder Match for the ECW Title**

Michael Cole asked viewers to prepare themselves for an unpredictable evening. He referred to TLC as a "revolutionary pay-per-view." Cole was shown at ringside with Matt Striker and Jerry Lawler. Looks like we'll have the same three-man team throughout the PPV again, with Todd Grisham and Josh Matthews sidelined due to lower seniority. Striker threw random facts as to such as the ECW Title has never changed hands in Texas." Christian has been in seven out of three dozen ladder matches in WWE history, Shelton has been in four. Christian went for his Unpretttier finisher at 2:00, but Shelton countered. He then went to ringside to get a ladder, but Christian pursued him from behind. He threw Shelton against the ringside security railing. Shelton, though, recovered and whipped Christian into the security railing, too. A minute later Christian flew over the top rope onto Shelton at ringside. He brought a ladder into the ring and nearly got to the belt, but Shelton yanked him down. Christian used a catapult, but it actually sent Shelton toward the ladder, which he climbed. Christian yanked him off the ladder a second later and threw him to the floor. He thought about climbing the ladder, but shook his head and instead grabbed the ladder to use as a weapon. From ringside, Shelton yanked Christian's legs out from under him. Christian fell backward and the ladder landed on him.

As Shelton beat on Christian at ringside, Christian began bleeding heavily, apparently from the ladder landing on him. A medic at ringside tended to him at 5:00. Shelton punched Christian, so the ref moved in and told him to back off. Shelton said the Texas State Athletic Commission requires a bleeding wound must be tended to. Lawler jumped in and said that's not just Texas, that's WWE's policy. Christian got up and yanked Shelton off a ladder and into the front row. Shelton came right back and climbed the ladder. Christian met him on the other side. Shelton knocked him to the floor. Shelton somersaulted leaped onto Christian on the floor. The ref moved in to get a signal from bot that they were okay, then backed off so they could recover and move forward in the match. Christian bridged a ladder over the apron and ring barrier. Shelton tried to catapult Christian, but Christian kicked him into another ladder. Lawler said the wrestlers weren't just in danger, as everyone in the arena was at risk.

Back in the ring at 8:00, Shelton whipped Christian into a ladder propped in the corner. When Shelton charged again, Christian threw the ladder at him in mid-air. Christian climbed a ladder. Shelton knocked him down and then hit him with a spin wheel kick to the face. He leaned a ladder against the top rope and yanked Christian into it a few times, then knocked them both over. Christian followed Shelton up the ladder, then slammed him down to the mat. Christian began t climb a ladder, but he noticed Shelton climbing the top rope. Christian shoved the ladder toward Shelton, but Shelton climbed the ladder and tipped himself toward the belt. He almost grabbed it, but Christina tipped him back. Shelton then tipped himself off the ladder and clotheslined Christian. Christian rolled to the floor. At 13:00 Shelton reached for the belt. Christian returned and stopped him. Then Shelton powerslammed Christian off of the ladder onto the mat. There was a time where a standard powerslam could justify a pinfall, but now it's a transition move into another ladder spot. As Christian got up and leaned a

ladder in the corner, Shelton gave him a Stinger splash from behind. Christian climbed another ladder and grabbed the belt. Christian pulled the ladder away, leaving Shelton hanging from the belt. Christian decided what to do. The first ladder wasn't tall enough, so he got the taller ladder. Christian went after Shelton and knocked him down. He then tried to unsnap the belt himself. Shelton grabbed Christian's legs, yanked him down, caught him from mid-air, and rammed him into a ladder leaning in the corner powerbomb-style.

At 16:00 Shelton tried to sunset flip Christian off the ladder, but Christian turned the momentum into a leg scissors sending Shelton into the corner. Shelton tried to suplex Christian off the ring apron. Christian blocked it and knocked Shelton backward onto a ladder bridged at ringside. Christian climbed to the top rope and leaped off onto Shelton, who had to lie there unreasonably long considering a few seconds earlier he had the strength to nearly suplex Christian off the apron. It was as unrealistic a move as there was in the match; unfortunately, because the bump itself was quite the visual with the ladder itself snapping in half. Christian entered the ring, climbed the ladder, and unsnapped the belt. Lawler said both men deserved to win. Christian's face had dried blood on it. Medics were checking on Shelton on the floor.

WINNER: Christian in 18:00 to retain the ECW Title.
STAR RATING: ***3/4 — Good opening match. Good use of the ladder. It's way too much put into one match in terms of major spots that they didn't have time to sell, so it's short of four-stars for that reason. But by design, it was meant to be a video game consequence free type of violent spotfest, and that it was.

**2 — JOHN MORRISON vs. DREW McINTYRE — Intercontinental Title**

At 1:00 they went to ringside. Morrison charged McIntyre, but McIntyre ducked and shoved Morrison into the ringpost. McIntyre rolled Morrison into the ring and scored a two count. McIntyre settled into an armbar at 3:00. Morrison teased a comeback, but McIntyre kicked him in the face and then settled into another armbar. It looked like he was really twisting Morrison into a painful position incorporating a chinlock too. Morrison hit a twisting DDT counter that looked really good. Both were slow to get up at 6:00. Morrison got up and scored a few two counts including after a top rope dropkick. McIntyre came back with an inverted Alabama Jam for a near fall. They fought at ringside for a minute where Morrison controlled offense. Back in the ring McIntyre took a cheapshot at Morrison's eyes and then gave him his Scot-Drop double underhook DDT for the win. Cole asked Lawler if McIntyre is "The Chosen One." Lawler said so far, so good.

WINNER: McIntyre in 10:00 to capture the IC Title.
STAR RATING: **1/2 — Good ten minute match. Nice break from the crazy videogame spotfest action that will otherwise fill this card.

—A commercial aired for Monday's Slammy Awards. Then they showed some U.S. soldiers at ringside.

—Backstage Vince McMahon was chatting with McIntrye. Matthews asked if he could have a word with McMahon. McMahon told him to talk to McIntyre. Matthews asked if he's surprised he won a major singles title so soon in his WWE career. McIntrye said he's not surprised. He said it was the inevitable coming to fruition. He said when McMahon sent him to Smackdown, he knew what he was capable of. Sheamus walked into the picture and told him his win was pretty impressive. He said he wouldn't be the only newcomer leaving TLC with gold.

**3 — MICHELLE McCOOL (w/Layla) vs. MICKIE JAMES — Women's Title match**

They aired the video McCool made making fun of Mickie for supposedly being overweight, Layla wore a "Piggy James" t-shirt. Cole said nobody likes to be made fun of, especially for their weight. The correct thing for Cole to say is what Lawler said: "If you think Mickie James is fat, you need to go to an eye doctor. Mickie

James is hot." Good for him. Someone had to finally say it. Striker said because McCool won both the Divas and Women's titles, she's a shoe in to be a Hall of Famer. Cole gasped and said she's only been around about five years, Striker said she's accomplished more than Wendi Richter or Leilani Kai. They had a hair pulling battle at 1:00. Mickie went for a quick leverage pin for a two count. She continued aggressively with two more pin attempts. Striker touted McCool's master's degree from Florida State University. Lawler asked what one does with such a degree, put it in a car window so you can park in the handicapped spots? McCool took over offense for a couple minutes. At 5:00 McCool battled James at ringside, throwing her into the ringside barrier. Mickie side-stepped McCool and went on an offensive flurry including an Thesz press. Back in the ring she hit another Thesz press, leading to a two count. When Mickie climbed to the top rope, Layla shoved her down. Mickie landed on her feet, then turned and kicked her in the gut. McCool went for a big boot against Mickie, but Mickie moved and the kick hit Layla, sending her to the floor. Mickie went for a schoolgirl on McCool, which got a two count. McCool fired right back with a kick to the face for the win.

WINNER: McCool in 9:00.
STAR RATING: **1/4 — Good for WWE giving the Women's Title match nearly ten full minutes to have an actual full-fledged match.

—A lengthy video package aired on Sheamus, which is a good idea since many PPV viewers may not be Raw viewers or even necessarily watch a lot of WWE TV if they're part of a PPV party gathering, so the backstory is good. They showed the cover of an Irish newspaper with Sheamus on the cover predicting victory tonight.

**4 — JOHN CENA vs. SHEAMUS — Tables Match for the WWE Title**

Cole said the last time a WWE Champion was born outside of the United States was 16 years ago when Yokozuna held the title. Cena went after Sheamus at the bell aggressively including two head rams into the turnbuckle. Sheamus caught Cena with an elbow to the chest as he charged him in the corner. Sheamus took over at ringside, throwing Cena shoulder-first into the ringpost. Cena returned fire, whipping Sheamus into the ringside steps. Lawler predicted color being added to the white body of Sheamus before the end of the match. Cena put Sheamus face-down on a table, then climbed to the top rope. Sheamus moved. Cena chased Sheamus back into the ring, but Sheamus caught him and stomped away at him aggressively. Sheamus punched away at Cena on the ring apron. Cena held onto the top rope. The crowd might not have understood the rules as they didn't pop or gasp at him nearly falling backwards through it. Cena surprsed Sheamus with an Attitude Adjustment attempt at 6:00, but Sheamus escaped.

At ringside Sheamus took over on Cena, including throwing him head-first into the ringside steps. Cena lifted Sheamus for an Attitude Adjustment, but Sheamus slipped out and tried to powerbomb Cena through the table. Cena blocked that. They brawled up the ramp. Cena suplexed Sheamus. Cena tried to slam a table onto Sheamus, but Sheamus moved. Cena then went after Sheamus aggressively again, dragging him back into the ring. Cena pulled a table out from under the ring. Striker recommended buying Home Depot stock with all of the tables around the ring at this event. Cena took long enough to enter the ring that Sheamus caught Cena in the face with a big boot at 11:00. Sheamus brought a table into the ring and leaned it in the corner. He lifted Cena to slam him through the table, but Cena powered out and went for an STF. He followed with two flying shoulders and a side slam. Then came the You Can't Seen Me routine, popping a segment of the crowd. He hit the Five Knuckle Shuffle.

Sheamus got up and threw the table out of the ring to avoid being slammed through it. Cena gave Sheamus an Attitude Adjustment. Sheamus was down and not moving at that point.

Cena took his time folding the legs of a table at ringside, sliding it into the ring, and then setting it up in mid-ring. He lifted Sheamus to put him on the top turnbuckle and set him up for an Attitude Adjustment off the ropes. Sheamus fought out of it and shoved Cena to the mat. Cena tried again, this time a superplex. There were some boos from the crowd aimed at Cena's offense. After a long set-up where Cena seemed like he wasn't going to keep his balance, Sheamus shoved him off the top rope and also fell to the floor himself. Cena crashed through the table, giving Sheamus the win. Cole said he was in shock. Cena was slow to get up as two referees checked on him. Sheamus celebrated and then returned to the back with the belt in hand. Striker said around the arena there were jaws wide open expressing disbelief.

WINNER: Sheamus in 16:00.

STAR RATING: *** — Good match, although there were some real slow spots involving getting tables set up or moved into the ring. Sheamus looked like he belonged out there in that he hit his spots and carried himself as a main eventer, but whether the fans bought him as a top tier act isn't clear yet. They did a good job playing up the stunned silence of the crowd as Cena returned to the back.

–A video aired hyping the Tribute to the Troops special on NBC next Saturday night.

–They went to ringside with Cole, Lawler, and Striker discussing whether Sheamus's win should be considered a huge upset. When watching a replay, Lawler wondered if Cena lost his balance or Sheamus shoved Cena, contending that if Cena just slipped and fell through a table, that might not count. Striker said it doesn't matter because Sheamus is the champion. Lawler thanked Switchfoot for "Bullet Soul," the theme song for TLC.

**5 — UNDERTAKER vs. BATISTA — WWE Title match**

It's interesting that WWE has put the two world title matches on before the tag title match and Randy Orton vs. Kofi Kingston. Taker gained control early after stopping Batista from using a chair in the opening seconds. Several chairs were set up at ringside. Cole clarified that chairs can be used, but other objects or weapons could not legally, so the match could end by DQ, but otherwise would end by pinfall or submission. Batistas hit a clothesline at 1:00 for a short two count. At ringside, Taker tossed Batista over the security railing near the fans. Taker went for a big boot, but Batista moved and Taker straddled the security railing. Batista hit Taker across the back with a chair, the first chairshot of the match at 3:00. Batista swung a chair at Taker against the ringpost, but Taker moved. Taker hit a guillotine legdrop a minute later. Cole called it "vintage Undertaker." Lawler and Striker ribbed Cole over that signature term "vintage." Batista knocked Undertaker off balance on the top rope and then hit a superplex. Both were slow to get up.

Batista went for a Batista Bomb on a chair, but Taker backdropped out of it. Batista came back with a spinebuster for a near fall at 7:00. Taker fired back with a flying clothesline. He sat up, grabbed Batista's arm, and walked the top rope. Cole said, "Old school from the Undertaker." Taker followed up with a snake eyes, but Batista countered with a spear for a two count. He followed with a spinebuster on a chair, then stomped the mat, which drew boos. As he reached down for Taker, Taker surprised him with a Hell's Gate submission hold. Batista flailed his right arm and then eventually reached the bottom rope to force a break. Batista surprised Taker with a jab to the chest with a chair. Taker came back right away with a flying clothesline for a two count. Taker signaled for a

chokeslam and hit it, good for a two count. With the ref's back turned, Batista gave Taker a low blow. Batista picked up a chair and swung at Taker. Taker lifted a hand, but collapsed upon impact, and Batista scored the pin.

As Batista celebrated, Smackdown G.M. Teddy Long walked out and said, "No, no, no." He said use of a chair is legal, but a "blatant fowl" is not. He called what Batista did a "low, despicable act." He said he wouldn't let it stand. He ordered the match to re-start. The ref rang the bell. Taker sat up. Batista charged at Taker with a chair, but Taker kicked the chair into Batista. Taker hit Batista in the back with a chair, then gave him a Tombstone for the win.

WINNER: Undertaker in 15:00 to retain the World Heavyweight Title.

STAR RATING: **1/2 — Overall, just okay excitement-wise. Not bad, but not dynamic or particularly memorable or dramatic. It's about what you'd expect these two to produce, though, and they did enough to make it crowd-pleasing match. Nice to see such limited use of the chair in the match and not blatant head shots with the chair. Yet I doubt anyone in the crowd was complaining. The Long decision sets up PPV rematch or even a big TV rematch for Batista.

–A commercial aired for the January Royal Rumble. They went to Lawler, Cole, and Striker at ringside touting the Orton-Kingston match. Then they threw to a video package recapping the feud.

–Backstage Kingston was warming up. Cody Rhodes and Ted DiBiase approached him. They told him to relax because they were going to beat hi down, they'd let Orton do that. Kingston said he won't let them intimidate him. He called them Orton's sidekicks. DiBiase said he's never been in this position—one-on-one against someone of Orton's caliber. Haven't they wrestled each other before? Anyway, DiBiase said Kingston is terrified on the inside. Kingston walked down the hall into Orton's locker room. He told Orton that he doesn't deserve a title shot ever again and he's looking forward to beating him down tonight. Kingston looked at DiBiase and Rhodes as if to tell them that move proved he isn't intimidated.

–They showed scenes of San Antonio's river walk.

**6 — RANDY ORTON vs. KOFI KINGSTON**

Orton got his obligatory side headlock out of the way very early, going to it immediately at the start of the match. After a powerslam at 1:00, he applied his obligatory chinlock. Kingston surprised Orton with a roll-up at 2:00. Kingston ran in place, drawing some boos, and signaled for his "Boom Boom" sequence. Orton rolled out of the ring. Kingston leaped off the top rope at Orton, but Orton caught him with a dropkick. Orton dominated offense methodically for several minutes in the ring. At 8:00 Kingston clotheslined Orton over the top rope to the floor and then dove at him at ringside, knocking him down with a shoulder tackle. Back in the ring Kingston scored a two count after a flying bodyblock. Orton fired back with a backbreaker. At 9:00 Kingston hit Trouble in Paradise for a near fall, stopped when Orton grabbed the bottom rope. Orton then gave Kingston an implant DDT off the second rope. Orton waited for Kingston to rise onto his knees. Orton went for the punt kick. Kingston blocked it with his arm, but then sold serious arm pain. Orton drove his arm into the mat DDT–style, then licked his lips and rolled his eyes back as if he really enjoyed that moment. He then pounded the mat and set up his RKO. Kingston went for Trouble in Paradise out of nowhere, but Orton ducked and hit the RKO for the clean win. There was a significant minority pop for Orton's win.

WINNER: Orton in 13:00.

STAR RATING: **1/2 — Good match. Above-average, but not a classic show-stealer or anything.

–Backstage, Batista chewed out Teddy Long. Batista said he was robbed and he must make it right or else he'll swing a chair at his head. Long covered and the camera stayed on him an uncomfortably long time.

**7 — CHRIS JERICHO & BIG SHOW vs. DX (Triple H & Shawn Michaels) — TLC Match for the Unified Tag**

**Team Titles**

During the DX ring intro, Striker said he's still in shock over Cena losing the WWE Title. After some pushing and shoving, Show fought at ringside with Triple H as Michaels took control of Jericho in the ring. Hunter side-stepped a charging Show, who flew over the security railing into the front row. At 4:00 Michaels tried to suplex Jericho onto a table at ringside. Jericho blocked it. Back in the ring Jericho went for a Walls of Jericho. Michaels powered out of it and hit an inverted atomic drop. He followed with a top rope elbow drop attempt, but Jericho lifted an elbow and caught Michaels with it. Jericho charged at Triple H on the rampway and swung a chair. Hunter avoided it and set up a Pedigree. Jericho backdropped out of it. Michaels tried to make the save, but Jericho punched him. Michaels retreated behind the entrance set. Lawler wondered where he went. He came back with a chair. Jericho and Michaels had dueling chairs, with Michaels knocking Jericho's out of his hands. He jabbed Show in the cut with a chair, then hit Jericho across the back with a chair. Show stopped Michaels with a headbutt.

Jericho and Show walked back to ringside. Jericho entered the ring and watched Show slide a huge ladder between the ropes. Michaels and Hunter caught up to them. Hunter took over on Jericho in the ring, including using the ladder as a battering ram. At 10:00 Michaels and Hunter suplexed the ladder onto Jericho's back. That popped the crowd, which had been largely silent for most of this methodically paced match with a lot of walking between the ring and the stage. Michaels climbed the ladder. Show punched Hunter as he returned to the ring and yanked Michaels to the mat. Show went after Hunter in the corner with a barrage of punches as Jericho went after Michaels with a ladder. Jericho sidekicked the ladder into Michaels, sending him to ringside. Show and Jericho then double-teamed Hunter. Jericho gave Hunter a bulldog onto the ladder. They hung Hunter upside down in the corner with his legs caught in a ladder. Michaels tried to come to Hunter's defense, but Show reverse-whipped Michaels into the Triple H. Triple H reverse-whipped Jericho into the ladder a minute later.

Show looked at Hunter as he stood. Hunter side-stepped a charging Show and then swung a ladder at him. He threw the ladder onto the Jericho at ringside, hitting the back of his head and maybe the most dangerous looking spot of the night consider Jericho's back was turned. Hunter turned a chokeslam attempt into a DDT. Michaels returned with a flying elbow that hit Show. Michaels went for a superkick on Jericho, but Jericho turned it into a Code Breaker. Hunter surprised Jericho with a spinebuster. Show then surprised Hunter with a spear. The crowd chanted, "HBK, HBK," their hometown star. With everyone else knocked out, Show set up a ladder mid-ring and climbed it tentatively. Hunter entered and hit Show in the back with a chair. That seemed to just upset Show, who countered by punching the chair into Hunter's face. Hunter down fast. Show again climbed the ladder. Michaels tipped it over, sending Show onto the top rope. Michaels helped Hunter slam Show to the mat with a Pedigree. Michaels climbed the ladder and almost grabbed the tag belt, but Jericho tipped him over onto Show at ringside.

Jericho then climbed the ladder and grabbed the belt. Hunter intervened, but Jericho shoved him to the mat. Hunter went back at him and powerbombed him to the mat. Cole said he had goosebumps. (TMI.) Show re-entered the ring to stop Hunter from climbing the ladder. He chokeslammed Hunter to the mat at 19:00. Show tipped the ladder over and began destroying it. Then he threw Hunter against the ropes and into the corner, where he punched him several times. Jericho slid a ladder into the ring. They sandwiched Hunter

PPV REPORT CONT. PG. 15

## PPV ROUNDTABLE

## WWE TLC PPV

**Pat McNeill, columnist (5.5)**

This was an okay show, but few wrestling fans are going to pay that kind of money for a show that's just okay. There weren't any awful matches, but nothing really stood out as a reason to rewatch the program. Unless you enjoy watching John Cena getting put through a table, in which case you should order the replay at once.

The Christian vs. Shelton ladder match was the best match of the night. It sure was interesting to see WWE trying to tone their product down to a PG level, by sending a doctor out to ringside to patch up Christian's cut and by toning down the dangerous spots. It was also interesting to see the fans in San Antonio chanting "We want blood" and "We want tables", to let WWE know that certain audience members expected business as usual. WWE won the argument and they proved, again, that wrestlers don't need to suffer real injuries in order to have good matches.

Sheamus is the new WWE champion. The company has seen the importance of bringing new acts to the main event level. Sheamus is a perfectly acceptable big man, especially when you consider how little time he has spent in World Wrestling Entertainment. Cena is the most beloved (and most hated) act in the promotion. WWE is banking on the intrigue of Sheamus's title victory and John Cena's quest to regain the championship in order to pop some business in the next several weeks, and it should work. The match featured good selling from both wrestlers, and provided more proof that the Chain Gang Soldier is a better wrestler than he's given credit for.

Undertaker and Dave Batista did a fine job of working around the limitations of their ridiculous stipulation match. There had to be a temptation to work some stiff and/or unprotected chairshots into the deal. Fortunately, both men were smarter than that match. The finish may have seemed confusing, but it all played off of Teddy Long's reasonable fear of The Dead Man. The main event tag match was a lot of entertainment without a lot of danger. Degeneration X had a fun match with Team JeriShow, even though it didn't feel much like a pay–per–view main event. Michelle McCool and Mickie James had a match that was much better than the usual WWE Diva dreck. Kofi and Orton work well together, but the match didn't have much steam behind it.

Thumbs in the middle.

**Bruce Mitchell, columnist (6.5)**

This is one of those pay–per–views with consequence, where we learn what WWE is up to as far as its future.

Here's what we learned:

•WWE is serious about Drew McIntyre climbing to the top of the mid-card, the same place Inter–Continental and United States champions John Morrison and The Miz have been all these months. (OK, maybe we didn't learn that much.)

•WWE is serious about Sheamus climbing to the top of the card, as he beat John Cena, the top star in the company, for the WWE title. (Of course

Sheamus may lose it back to Cena Monday night so, OK, maybe we didn't learn that much.

•WWE isn't as serious about Kofi Kingston climbing to the top of the card, even if he, among all the young acts, had the best star–making moment in the build–up to the show, his ascendant moment in Madison Square Garden. Kofi missed his big move and got planted clean in the middle of the ring by Randy Orton's RKO, so this may have been just a six week program designed to keep Orton busy until the next title shot.

All three young lions performed well enough in the ring that you couldn't say they weren't ready, and not well enough that they seemed fully–formed top main–event–style workers. McIntyre and Shaemus were given a chance to show their arrogant personalities backstage. (McIntyre was marginally better than the pale Celtic) but Kofi was stuck with a written stinker of a skit that no one could make anything).

WWE needs to stick with progressing all three.

I thought the WWE Superstars all did a good job of taking measured risks with the tables. Ladders, and chairs tonight, protecting their health and the company's reputation in the face of the media's current interest in the devastating health effects of concussion, ar least until Jerishow's balancing act ended in an ugly bump for Chris Jericho at the end of the night.

As for the matches, DX had the best match of the night with Jerishow, Christian and Shelton Benjamin didn't steal the show but they did just fine, and Mickie James isn't out of the pig sty yet. Randy Orton and Kofi Kingston had a good free–TV–style match, John Cena did alright without being carried, and Morrison/McIntyre was perfectly functional.

**Greg Parks, columnist (6.5)**

At Survivor Series, Drew McIntyre, Sheamus and Kofi Kingston got their wings. Tonight, they learned to fly. Kingston held up well in his first marquee PPV bout against Randy Orton, and McIntyre and Sheamus both finished the night wearing gold. If there was any question of whether or not WWE is dedicated to a youth movement, those can probably be put to bed at this point.

The thing with WWE these days is you're not going to see any real stinkers on the card. That may not be enough to always make for thumbs–up shows, but you're not going to get the terrible PPVs either that other companies put out from time–to–time (not to mention any names…). So generally, they'll vary from middle–of–the–road to pretty damn good. This one had just enough newsworthy events combined with solid in–ring work to put it as a thumbs–up.

Shelton and Christian didn't quite steal the show, but they had a match that was "good enough." Morrison and McIntyre put on a fine show, considering they were in cool–down mode. Sheamus didn't look out of place at all taking on John Cena, and Cena losing the way he did gave him an out that he can use tomorrow night on Raw. Still a shocker, though. Good to see McCool and Mickie James get ample time, and for Cole and Lawler to defend Mickie the way they did before the match started. Batista and Undertaker didn't show the chemistry they have in the past, but again, the situation they were in didn't really call for them to put on a classic. Kingston vs. Orton was what it needed to be: A clean, one–on–one match after the two previous

matches were more style than substance. And the main event, though I'm not a big fan of DX going over, had a really good final 10–15 minutes, including a unique finishing sequence.

**James Caldwell, assistant editor (5.5)**

I can do without another gimmick–match–themed PPV for a while. I feel WWE has gone too far away from reinforcing to the audience that what happens within a straight singles match is important. As a result, WWE is very close to burning out the audience on actual wrestling. And on this particular night, I thought the PPV opener between Christian and Shelton Benjamin compounded the problem by disengaging the audience. It's like the audience was taken out of the action by the constant co–operation for spots and lengthy amount of time necessary to set up over–complicated and over–choreographed spots to where fans became silent spectators rather than engaged participants for most of the rest of the night.

Best match of the show went to DX vs. Chris Jericho & Big Show, which was the main event folks came to see or paid to watch and the wrestlers were able to do more creative multiple–man spots without having to set up long sequences for over–choreographed spots. It was a satisfying conclusion to the PPV to boost the PPV to a slight thumbs up in my book.

Undertaker vs. Batista was in the tough spot of having to follow the disappointing ending to Sheamus vs. John Cena for many of the crowd members. The audience was simply in a bad mood to watch Taker vs. Batista, which exposed some of the flaws and weaknesses of the match–up. I think one Torch reader sending in feedback nailed it that the match–up has been over–exposed and it doesn't feel fresh or new or exciting despite WWE incorporating chairs into the match on this particular PPV.

It appeared that WWE wanted Randy Orton vs. Kofi Kingston to be an afterthought, and that's what it was despite being one of the better matches on the PPV. Otherwise, it didn't make sense to completely ignore the match and allow viewers to completely forget about the match through the first two hours. Kofi standing up to Orton was a good prior to Orton picking up the actual win. Solid one–on–one, no gimmicks needed singles match that appeared to settle the score in Orton's favor for now. Too bad Kofi didn't pick up a legit singles match victory in this stage of the feud.

**Wade Keller, editor (6.0)**

If someone bought this PPV based on the carnage in the commercials, they might have felt there was a gap between what was advertised and what was delivered. But overall, this was a solid show of decent matches. Not a show of the year, but it had enough to leave most fans satisfied.

## POLL RESULTS

## Average Score: 7.5

**Best Match:** Christian vs. Shelton Benjamin (45%), Jericho & Show vs. DX (21%), Cena vs. Sheamus (13%), Orton vs. Kingston (11%), Undertaker vs. Batista (4%), Others (5%)



## MITCHELL'S MEMO
### By BRUCE MITCHELL

# Dear Bonnie Hammer

Dear Bonnie,

Yeah, I know, the Torch has been on something of an irregular publishing track the last few weeks, and that can throw off a busy working woman like you off her stride, but Wade assures me, that with the doctor X-raying his nasal passages and all, things should be unclogged from here on out.

Now that I've relieved some pressure and stress for you (much like the doctor did for Wade), it's time you did something for me and your broadcast partners at WWE.

Yeah, yeah, I read those puff–pieces articles you get written about yourself and how well you're doing at the USA Network. Clearly, you've learned how to spread the blarney among half–interested entertainment reporters who really would like to sell you this script about this great idea they had (which reminds me, have you had a chance to look over that "The Wrestler 2" treatment I sent you?). It doesn't hurt that you, like Stephanie McMahon and Sarah Palin, are quite the looker. I particularly liked the one where you claimed you produced Vince Russo's "Choppy, choppy, pee–pee" segment, like that was something to be proud of.

Anyway, here's the deal:

Lay off.

You're not being a good partner with WWE by "asking" for these three hour shows all the time. Yeah, I know. WWE is unique. You can't get "Burn Notice" to throw together an extra hour or two after it has produced, what, three times the programming of anything else on your network.

But what you don't know, and Vince McMahon is too much of a team player to tell you, is that WWE is over–exposed even without those three hour shows. They put on six hours of free programming every week, then expect fans to buy their forty dollar monthly pay–per–views and yearly touring Harlem Globetrotter, featuring the same stars in pretty much the same matches they put on your show. WWE is good, but that's a tough buck.

McMahon has gone all out for you and your network. Devoted fans can get all the WWE they can eat without ever spending a dime on the company, thanks to all that TV. He's burnt out all his tried and true Superstars, to the point he's now pushing an albino red head as his champion.

You can see it on these three–hour shows, if you ever watch. The live crowd is worn out by 10:15 Eastern. WWE puts on fake thirty second main events in a vain attempt to save something for, I don't know, some TV show a few days later. A good bit of the regular Raw audience cares so little about these things they don't bother tuning in until the second hour. You're wearing the Raw audience out and the WWE creative and production teams besides.

The worst thing about these bloated Raws is that first hour and a fact so horrible I blot it out

virtually every time I hear it. WWE is hurt by that extra first hour (and that is the extra hour, after all), but so is your network. You know those NCIS re–runs you usually run in that hour? They get consistently better ratings than that extra Raw hour does. To put it bluntly, WWE isn't "Law and Order: Special Victims Unit."

That means there is no good reason, either, for your network or WWE, to continue to insist on these overblown, over–long wrestling shows.

So, c'mon, knock it off.

Whatever you decide, don't forget to renew your Torch subscription on time. WWE isn't the only one with a tough buck to make.

Very truly yours,
Bruce Mitchell
Senior PWTorch Columnist

### PPV REPORT CONT. FROM 13

and Michaels in the ladder and smashed them. Show yanked the ladder in half. Lawler wondered if there'd be a ladder left to climb. Again, the crowd was watching in "silent interest." A "We Want Tables" chants began as Show knocked Michaels to the floor. He chokeslammed Michaels into Hunter and both crashed through a table at ringside. Meanwhile, Jericho tried to climb the half ladder. He couldn't balance it, so he had Show put him on his shoulders. Show walked toward the belt with Jericho standing on his shoulders. He reached for the belt, but almost lost his balance. Hunter and Michaels re–entered the ring. Show and Jericho looked panicked. Michaels superkicked Jericho who was knocked over the top rope almost onto a table at ringside, coming up a bit short of the intended crash bump. Michaels and Hunter used the half–ladder to clothesline Big Show over the top rope to the floor. Hunter then held the half–ladder in place and told Michaels to climb it. It worked, as

Michaels yanked the tag belts down for the win.

WINNERS DX at 24:00.

STAR RATING: **3/4 — Again, an okay match, borderline acceptable in terms of pacing and excitement for a PPV main event. While the crowd was never totally lost or out of it, they were often in that "silent interest" mode where they were watching and waiting, but not really reacting to big spots. They knew the finish wouldn't come until a big moment that was the culmination of near–grabs of the belt. At least temporarily, Michaels for the first time ever is a member of the Smackdown roster, or at least officially eligible to be on the show. He hasn't wanted to do Tuesday tapings in the past because of his Wednesday morning church activities that he'd have to miss.

## QUOTEBOOK

WWE PPV Pre-show Pitchman Jack Rapala: "Think about what the superstars will endure tonight. Can you imagine climbing a dangerous ladder with Shelton Benjamin or Christian? How about getting hit by an unforgiving steel chair by Undertaker or Batista? Or driven through a table by John Cena or Sheamus."

WWE PPV Pre-show Pitchman Jack Rapala: "With perilous, tables, dangerous ladders, and skull–shattering chairs as the backdrop for this match, not even I can predict what will happen."

Matt Striker: "These are trained professionals. They have given their lives to sacrifice for our entertainment."

Jerry Lawler: "Christian may be out on his feet. He's locationally challenged right now."

Jerry Lawler: "If a metal ladder snaps in half like that, what keeps your bones from breaking?"

Jerry Lawler: "Look at this list of countries. Manilla. I use their envelopes."

Jerry Lawler on Sheamus: "His white body reminds me of a corpse. I might like him better if he was one."

---

# PRO WRESTLING TORCH ORDER FORM

### Step 1: Indicate method of sending in order and payment

☐ **Email**—Master Card, Visa, Pay Pal
E—mail name, address, card# (w/exp. date) and indicate what you are ordering to: <torchsubscriptions@gmail.com> or visit www.pwtorch.com to use Pay Pal online.

☐ **Fax**—Must use Visa or Master Card
•Fax this form (or all pertinent information to 651—452—2316)

☐ **Traditional Mail** (check, m.o., or credit)
•Mail this form to: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121.
•Important: If your address is not on backside of this form, please include separately.
•Canada/Overseas orders must use money orders in U.S. funds or Visa or Master Card.

### Step 2: Indicate your purchase

☐ **100 issues—$175 U.S.**
($200 Canada, $275 overseas)

☐ **50 issues—$97 U.S.**
($108 Canada, $143 overseas)

☐ **20 issues—$41 U.S.**
($45 Canada, $60 overseas)

☐ **8 issues—$18 U.S.**
($20 Canada, $26 overseas)

Have a sub concern? E—mail us or call 651—452—2316.

### Step 3: Indicate means of payment

Circle one of the following:

**Check—Money Order—Visa—Master Card**

CREDIT CARD NUMBER _____ EXP. DATE _____

SIGNATURE (for credit card orders only) _____

PLEASE PRINT FIRST AND LAST NAME _____

HOME & WORK PHONE #s (for all orders, in—house use only) _____

PLEASE INCLUDE YOUR E—MAIL FOR "VIP EMAIL EXPRESS" REPORTS AND RENEWAL REMINDERS:

If you could change one thing about the Torch, what would it be?

Do you visit PWTorch.com regularly? Yes No

Please rate these: 10=great!... 5=okay... 1=ugh

| | |
|---|---|
| Cover Story: | Ask the Editor: |
| Newswire: | Keller Columns: |
| Keller Analysis: | McNeill Columns: |
| WWE PPV Reports: | Mitchell Columns: |
| TNA PPV Reports: | Parks Columns: |
| ROH DVD Reviews: | Radican Columns: |
| Keller TV Reports: | Powell Pg2 Buzz: |

## PWTorch Weekly #1122 • P.O. BOX 211654 • ST. PAUL, MN 55121

•PUBLISHING INFORMATION: Pro Wrestling Torch is published approximately 50 times per year by TDH Communications Inc. including occasional double issue weeks. It is 12 pages standard, with special 16 page bonus weeks. •COPYRIGHT NOTICE: All material herein is copyright TDH Communications Inc. 2009. All rights reserved. No portion of the Torch may be extensively quoted, reprinted, or broadcast in whole or in part (including on the Internet) without written permission of the publisher. •CONTACTING THE TORCH: Editorial and Subscription Offices: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121... Editorial Office (for news, results, or to contact Wade Keller: (651) 452–2316... Subscription Concern Phoneline or to FAX A RENEWAL ORDER: (651) 452–2316... E–Mail Sub Deptartment: torchsubscriptions@gmail.com... E–Mail Wade Keller: kellerwade@gmail.com. •RESUBSCRIBING GUIDELINE: To assure uninterrupted service, please resubscribe at least three weeks before your issue arrives. Once each bulk mailing takes place on Tuesday or Wednesday, no individual back issues are available. If you wait too long, you may miss an issue. •MISSING AN ISSUE?: If you do not receive an issue within seven days of its Tuesday or Wednesday mailing date, notify the Torch for a replacement. Please wait at least seven days, though. •ADDRESS CHANGE?: Send to the subscription department via e–mail (torchsubscriptions@gmail.com) or regular mail. Please DO NOT phone it in verbally.



### EVENTS SCHEDULE
- 12/18 ROH show in Manassas, Va.
- 12/20 TNA Final Resolution PPV in Orlando, Fla.
- 12/20 WWE Raw in Tallahassee, Fla.
- 12/20 WWE SD/ECW in Orlando, Fla.
- 12/21 WWE Raw TV live in Tampa, Fla.
- 12/21 TNA Impact taping in Orlando, Fla.
- 12/22 WWE SD/ECW TV taping TBA
- 12/28 WWE Raw TV live in Charlotte, N.C.
- 12/30 WWE Supershow in Syracuse, N.Y.
- 1/4 WWE Raw TV live in Dayton, Ohio
- 1/4 TNA Impact taping in Orlando, Fla.

## Daily News at www.PWTORCH.com and www.MMATORCH.com

# FIRST CLASS (WARNING: SEAL TO BE BROKEN BY ADDRESSEE ONLY)

Sub Expires at Issue #   1159
EILEEN WARGO
1311 YUTES RUN ROAD
TARENTUM            PA 15084

---

# BBL FROM COVER

### By Wade Keller, PWTorch editor

nonsense, but at least in retrospect in a few weeks we can all have a good laugh over Dixie letting it on the air.

If they were serious and thought that was a cohesive, audience–building, money–drawing, character–enhancing, dramatically compelling episode of an ongoing serial TV series, they're kinda nuts.

The Jarrett–Foley skits were the worst of it. There's little things, like thinking it's wise to put the TNA Knockouts in a mud pit match and have middle aged Mike Tenay getting verbally aroused over the idea that the opponents might make out. People who have discovered the Internet don't need mud wrestling women on a TV show, especially two partners (Velvet Sky vs. Lacey Von Erich).

What's worse, Kevin Nash explained to them beforehand they were wrestling because the match would "draw ratings." They asked, in the high point of the show, why that mattered to them. Nash explained that if the ratings were high, they'd be rich and could buy more shoes. That was good enough for them. But to the viewer, it makes no sense once you extend that explanation to the rest of the show.

After all, do wrestlers get paid to win or do they get paid based on ratings? Of course, behind the scenes, a wrestler who draws ratings gets paid better, but in the context of a wrestling show, wrestlers are playing characters who want to win matches and titles. What TNA doesn't seem to get is that the same logic that applies to a wrestler selling a fake punch applies to a wrestler selling the idea that he (or she) wants to win a match to earn more money. The whole presupposition of a wrestling show is that wrestlers execute fake moves that a colleague sells as if it's real all to try to win a match which presumably will lead to rewards such as a winner's purse and higher placed matches on future cards including title shots. When you break from that by talking about ratings, you might as well start talking about "selling" and "scripted promos."

Oh wait, Foley did exactly that. As he was looking for Jarrett, he bumped into Russo and Ferrara in a back room. Foley said they write good stuff, so could they "write a vignette" in which Dixie Carter returns his phone call. This is mind–bending nonsense that serves no purpose other than to smoke pot while watching the show back thinking about how deep and layered the show is and how they've taken wrestling into a new dimension.

There were other little things wrong, such as Foley, a minority shareholder who apparently has full control over the TV show, handing over power to Kevin Nash because Nash arranged for him to fly to Tennessee to try to track down Jarrett. So Nash then gets 100 percent power which he uses to force against her will Bobby Lashley's wife Krystal into a tag team match. She ends up tagging with her husband against Scott Steiner and a partner of his choice, who turns out to be Awesome Kong.

That's all fine except for one thing. Can Nash make Krystal wrestle? She's a wife of Lashley, not a contracted wrestler. That might not seem like an issue worth addressing to the TNA braintrust, but it is. If there's not some sort of inner logic, what keeps Nash from, say, stripping Styles of his World Title, giving it to Eric Young, and having Young lie down for him so he can pin him and become champion? I mean, why stop at putting Krystal at physical harm for no apparent reason (he finds her hot, so why would he want her hurt in the first place?). Why not make yourself champion while you're at it?

Nash did sell a World Title shot to the highest bidder. It turned out to be Desmond Wolfe, who outbid everyone else. Apparently Wolfe is now rich enough to ante up more than everyone else, including Kurt Angle.

The worst was Nash forcing Tara and ODB to drink a 12 pack before their match. It's just slapstick over–the–top stupidity to ask the audience to believe that Nash could force two women to drink that much before wrestling. So are we to believe they didn't really have to drink that much? Or that Tara can handle her liquor that well? (ODB's character could perhaps wrestle with a 12 pack in her.)

The whole Dec. 10 Impact was a product of a group of pot smokers sitting around daring each other to script the worst show imaginable and see if Dixie Carter is smart enough to recognize it as the practical joke that it was and step in and stop it. Or at least react to it afterward by firing them.

The World Title main event, by the way—a first–time meeting between Styles and Wolfe, which received zero hype—ended in four minutes. After that, fans are supposed to be inspired to pay for a PPV ten days later headlined with a similar title match?

# EXHIBIT 82

  

CENTER FOR THE STUDY OF TRAUMATIC ENCEPHALOPATHY

**Written Testimony of Christopher Nowinski**
Co-Director, Center for the Study of Traumatic Encephalopathy
Boston University School of Medicine

President and CEO, Sports Legacy Institute

Before Committee on the Judiciary
United States House of Representatives

Hearing on "Legal Issues Relating to Football Head Injuries, Part II"

Monday, January 4, 2010

1

Mr. Chairman, Ranking Member Smith, and Members of the Committee, thank you for the invitation to testify again today as a part of the second hearing on brain trauma in football. My name is Chris Nowinski, and currently I am a Co-Director of the Center for the Study of Traumatic Encephalopathy (CSTE) at Boston University School of Medicine, co-founder, president, and CEO of the non-profit Sports Legacy Institute, or SLI, which is dedicated to solving the sports concussion crisis, and a member of the board of directors of the Brain Injury Association of America.

My testimony from the prior hearing on October 28, 2009, provides my background with concussions in sports, beginning with my football career at Harvard University.
At the prior hearing in October, I focused my testimony on two major battles in what is appropriately described as a two-front "concussion crisis." First, to define the issue today as we see it, football is currently plagued by a problem with concussions and also a problem with Chronic Traumatic Encephalopathy, or CTE, the progressive degenerative brain disease caused by repetitive brain trauma, including both concussions and subconcussive blows to the head.

The problem with concussions in football is that there are too many, and they need to be better prevented, reported, diagnosed, and managed. The problem with CTE in football is that in our research at the Center for the Study of Traumatic Encephalopathy at Boston University School of Medicine, we have yet to find a brain of an athlete who played football in college or beyond that doesn't show signs of the disease; which becomes more and more shocking with each additional case. Unfortunately we cannot predict with any accuracy the risk to athletes who only play football through high school, but there is evidence to suggest that the brain damage may begin at the youth level. A recent study by Broglio et. al. that found that high school players take more force to the brain in football collisions than even college players, due partially to the fact that they have weaker necks. In addition, at our Center, Dr. Ann McKee, who testified in the first hearing, identified the beginnings of CTE in a young football player who died at 18.

Fortunately, the solution to both problems appears to be virtually the same – fewer impacts to the head, reduced total brain trauma, fewer concussions, and better diagnosis and treatment of concussions.

The two major battles that were being fought in October highlighted two different aspects of this public health crisis. The first was that truthful information on the risk of CTE and magnitude of the concussion problem, as well as meaningful information on HOW to reduce risk, was not reaching youth athletes, coaches, and parents.

The second was that the National Football League, by denying the clear link between CTE and brain trauma, as well as minimizing the risk of concussions, was subverting the positive efforts of organizations like the Centers for Disease Control and the Sports Legacy Institute. Instead of helping, the NFL was burying its head in the sand, allowing this public health crisis to flourish.

I am amazed to see how much has changed in the last two months since the last hearing.
The hearings in October, backed by growing research and a changing culture, appear to have awakened the NFL in a way many never thought possible, and now the NFL is setting the standard on concussion care and research.

2

Among the changes announced since the hearing, the NFL, with assistance from the NFL Players Association has:

1. Changed the leadership of their Mild Traumatic Brain Injury Committee
2. Created a rule that players with diagnosed concussions must see an independent neurological expert prior to return-to-play
3. Widened the guidelines for players not allowed to return-to-play the same day of a concussion
4. Instructed the NFL Competition Committee to continue to look for ways to reduce brain trauma in games
5. Developed a committee to look for ways to reduce brain trauma outside of games
6. Influenced change in youth education through
    a. Public Service Announcements approved by the CDC
    b. An online coaching certification curriculum as part of the USA Football training program
    c. Further distribution of the CDC Heads Up program
7. Announced a second mandatory "Concussion Summit" for NFL team medical staffs
8. Developed a program to test safety equipment

Other developments have occurred since that announcement. Under new executive director DeMaurice Smith, the National Football League Players Association continued its strong trajectory on addressing this issue at all levels by officially collaborating with the CSTE at Boston University. They will encourage active and retired players to participate in CSTE research.

The NFL has also taken an active role on the research front, announcing they are encouraging active and retired players to participate in our brain donation program. In addition, the NFL has offered to financially support some of the research conducted at the CSTE, although the details of the arrangement have yet to be worked out. Our research team must always have complete independence from outside interests to maintain the integrity and scientific vigor of the research, and in early conversations the NFL, they have expressed their willingness to support us in a way that maintains our independence.

The changes the NFL has made since October allow us to take a dramatic step forward in addressing this public health crisis. The researchers and advocates can spend more time addressing the actual problem of concussions and CTE, rather than the prior focus on changing the minds of those contributing to the problem.

I imagine many of my colleagues today will point out that the battle with the direction of the NFL's leadership on this issue is far from over, and that in no way should we stop pushing for more change and action on this issue.

There are some who are concerned that the NFL is trying to silence their harshest critics through the promise of research funding.

And there are others, including our many brain donors that are retired NFL players, that will say these changes are too little too late, and that the NFL is still accountable for those injured during the years of denial.

I believe that the fight is far from over, but I am pleased with the direction in which the NFL is moving and impressed with how much has been accomplished; I am now going to focus on what needs to be accomplished going forward. I will say that the NFL's current actions do not erase the past, but from the perspective of saving lives, the only way we can undo the damage is through prevention and developing a treatment or cure for CTE. We do that by moving forward. We've temporarily won the public relations battle and the hearts and minds campaign, but we still can't be sure the changes that have been made will truly protect children playing the game today from developing the cognitive and behavioral impairments caused by CTE in the future.

I'd like to focus on where we go from here to protect those most vulnerable.  To begin, we must recognize that not every concussion can be prevented.  But in a perfect world, athletes do not suffer unnecessary concussions, athletes do not suffer 'too many' concussions, and concussions are always reported, properly diagnosed, and properly managed.

In a perfect world, sports evolve to reduce total brain trauma (including those milder, repetitive subconcussive hits to the head) to a 'tolerable' level, whatever that may be, so that athletes do not eventually develop CTE due to recreational sports.

Reaching this perfect world has always required a culture change, and a culture change in football has always required a change in the attitudes of NFL players. NFL players are role models and heroes of younger football players. Because of the educational efforts of a large group of doctors, advocates, and members of the media, the information has reached NFL stars. Now that the NFL culture has stopped punishing players for suffering and sitting out with concussions, we've seen that culture change happens virtually overnight.

I was overjoyed to hear Kurt Warner, quarterback for the Arizona Cardinals, say in December, "I can tell you I wrestled with it when I was going down to that room to talk to them (before the game), saying, 'Do I not want to tell them everything so I can play?' But I had to go, 'What are you thinking? This is bigger than that.' The easy thing to do is play. The hard thing is to make that decision where you feel like you could be hurting your team, but you don't know whether you're putting yourself at risk or not."

It's becoming abundantly clear that we've all been locked in a game of chicken. No one wanted to be the first to flinch and admit they'd prefer to sit out when they have a concussion because the culture would question their commitment or strength. Now that athletes are advised to sit out, we are seeing a revolution overnight, and it was clearly simmering just below the surface this whole time. Players can rest with their reputations intact because management and doctors are playing the role of the 'bad guy,' forcing players to sit out 'against their will,' or at least that is the perception. This has also allowed management to step back and see that this behavior actually protects their multi-million dollar investments. I anticipate fewer great players retiring early from concussions. It's really a win-win all around.

4

It's encouraging to discover NFL players are gaining awareness of the risks of CTE and are willing to discuss it. Philadelphia Eagles running back Brian Westbrook recently said, "That's my biggest concern. How am I going to be when I'm 50 or when I'm 60? Will I have all these brain diseases and will I have a problem remembering things? . . . Now, I'm trying to get myself together with the help of the doctors as well as coach [Andy] Reid and the training staff. Now, the most important thing is to get 100 percent healthy - and not play football . . . until I'm 100 percent healthy."

I felt a hint of nostalgia when the Pittsburgh Steelers' Hines Ward questioned Ben Roethlisberger's commitment when Ben sat out with a concussion. Ward said, "I could see some players or teammates questioning, like, 'It's just a concussion. I've played with a concussion before.' It's almost like a 50-50 toss-up in the locker room. Should he play? Shouldn't he play? It's really hard to say. I've been out there dinged up. The following week, got right back out there."

What Hines said was irresponsible and wrong, but I don't really blame him, because I'm pretty confident no one has ever sat down with him and explained concussions, second-impact syndrome, or CTE. He has likely not seen the ravaged brain tissue of the dead athletes with CTE that our center has studied. And, he has likely not sat down with the widows of deceased players whose CTE destroyed their lives, their marriages, and their families. But what was most fascinating is that no player publicly came to his defense. I think that Ward may have made the last public statement by an NFL player that questions a player sitting out with a concussion. At least, I hope so.

This culture change will almost certainly trickle down to youth sports, especially at the high school level, where athletes are mature enough to understand the risks but less able to incorporate that understanding into behaviors. We must always remember that 95% of football players are under the age of 18 and under the age of consent, so it is our responsibility to not let them throw away their futures with our endorsement.

Teenagers love to imitate their sports heroes, and every NFL player that acts and speaks responsibly on concussions sets a tremendous example.

Smoking has provided many great analogies during these hearings, and it provides another here. Today, close to 100% of Americans know that smoking cigarettes is hazardous to their health. Yet 20% still smoke. And 80% choose not to. I anticipate we can expect a similar level of success, if we can ever reach 100% penetration on education and awareness. Imagine youth sports with an 80% concussion reporting rate. Sure, with player surveys showing concussion rates of around 50%, we may not have enough players left to field a team by the end of the year, but maybe that will inspire us to more urgently find ways to play a safer game.

As we push ahead, let's remember that these educational programs do not do a great job protecting the youngest athletes. Younger players cannot understand concussion risks, and they cannot verbalize their symptoms. Therefore, in this changing culture it seems logical that we rethink how we introduce them to contact and collision sports. It's been said time and time again,

5

but the younger brain is more vulnerable to brain trauma, and the fewer lifetime hits to the head, the better.

At the first hearing on this issue I entered into the record the Sports Legacy Institute's 10 Point Plan to Save Football. It provides a strong framework to assess our progress in addressing the options available to us to make sports safer.

1. Reevaluate how the game is **practiced**
   - Status – little formal discussion of reducing brain trauma in practice
2. Encourage mandatory brain trauma and concussion **education** for coaches, athletic trainers, parents, and athletes
   - Status – legislation has been passed requiring formal education for high school coaches in Washington, Oregon, and Texas
3. Reevaluate **protective equipment**
   - Status – of the two most obvious options, there is a healthy discussion on helmets, and zero discussion of shoulder pads. The role of mouthguards in concussion reduction remains unclear.
4. Develop better methods of concussion detection and **diagnosis**
   - Status - ongoing
5. Develop better methods of concussion **management**
   - Status - ongoing
6. Consider minimum **medical resources**
   - Status – some discussion of requiring athletic trainers to play football
7. Reevaluate **techniques** of tackling and blocking
   - Status – little formal discussion
8. Reevaluate the **rules**
   - Status – NFL has made changes
9. Reevaluate **rule enforcement** and the role of **referees**
   - Status – not enough discussion
10. Reconsider the **culture** of the game
    - Status – changed at the professional level, trickling down to lower levels

If I could snap my fingers and make changes prior to the 2010 season, I would change the following:

1. **Education for Coaches** – Our Sports Legacy Institute has traveled to schools and gyms to conduct 90 minute Coaches Concussion Clinics for the few programs that so far have chosen to make concussion education a priority. However, we have limited resources, and we cannot be everywhere. The best alternative to live, comprehensive presentation is a shorter, online course. And if it were free and developed by top independent experts, there would be no barriers to adoption. If only it existed!

   The CDC informed me last week that they are in the process of developing a simple, 20 minute certification course using their widely accepted Heads Up program that they hope to be ready within six months. When it is up and running, I would make an online concussion certification program mandatory for all youth coaches, similar to CORI checks. The only problem preventing this from being up and running as quickly as possible is funding – somehow the CDC has not been able to secure the

6

measly $100-200 thousand dollars required to make it a top notch program. Considering the availability of bailout money from the government, as well as our willingness to spend into debt, I think the government needs to take a look at this as an investment that is easily recouped in lowered future health care costs.

I would then want this program made mandatory through all sports leagues, including USA Football, Pop Warner, American Youth Football, and other football leagues and similar organizations in other sports. I am concerned they do not have the guts to mandate such a program by the fall of 2010 without serious pressure from outside sources, so I also have a plan to create that pressure.

I plan to work with and through parents to get this free online program widely adopted. Because parents sign their kids up for sports, and because parents sign the checks, they can make demands. Parents need to be told this program is available, and free, and that coaches refuse to spend 20 minutes to be certified. I would ask them the following question:

- Is a coach who refuses to invest 20 minutes to protect your child's health **responsible enough** to coach your child?

If they answer is no, then I would ask parents to refuse to sign their kids up for programs that do not require CDC certification.

If organizations continue to refuse to make this education mandatory for their coaches, I can assure them that there are many like-minded groups, including the Brain Injury Association of America and their state affiliates, that are prepared to push through legislature that would require it. I hope it doesn't come to that.

Similar education for athletes and parents should quickly follow.

2. **Management** – The latest concussion management guidelines support the recommendation that no youth player who is diagnosed with a concussion be allowed to return to the same game. I would ask that all organizations formally adopt that guideline and expand this, as the NFL has, to include practices.

3. **Rule Enforcement and Role of Referees** – Referees should continue to increase penalizing helmet-to-helmet hits. Referees should also immediately be trained to recognize symptoms of concussions and given the authority, and the expectation, to send a player to the sideline for evaluation when they appear to have suffered a concussion.

4. **Practice** – We need to put together a commission of medical experts, youth coaches, and youth sports organizations and investigate where we can reduce unnecessary brain trauma in practice, and consider reducing how many days of full contact younger players are allowed. If a handful of drills with higher risk for brain trauma aren't discouraged or banned by fall of 2010, then we are not trying. I dare you to

7

watch this video on YouTube of eight year-olds and not imagine think there is a better way to train children to play football. http://www.youtube.com/watch?v=Vf-qgqLqzds&feature=player_embedded

The other parts of the 10 Point Plan require ongoing discussions in which we can make incremental gains each year. But again, it will be a question of will. Post concussion syndrome is a terrible burden on a child, and CTE is an even worse burden on a family.

I believe the biggest barrier to making sports safer for the brain has been overcome. Now that the NFL is putting their immense resources behind solving the concussion crisis, it is up to the rest of us to execute the solutions.

# EXHIBIT 83

# PRO WRESTLING TORCH
NEWS • ANALYSIS • INTERVIEWS • SINCE 1987

## Monday Night War II start date: March 8
### TNA announces it's going head–to–head with Monday Night Raw

TOP FIVE STORIES OF THE WEEK
(1) TNA Impact moves to Mondays on March 8
(2) Pope vs. Anderson main events TNA PPV
(3) Survivor Series canceled after low buyrate
(4) Bret Hart hit by car in storyline on Raw
(5) Styles retains TNA Title against Joe at PPV

## HEADLINE ANALYSIS
By Wade Keller, PWTorch editor

TNA officials have wanted it for years. Their goal was to grow enough and, heck, survive long enough to earn Spike TV's approval to go head–to–head with WWE's Monday Night Raw. They just got their wish.

Apparently after some haggling over money in recent weeks delayed the finalizing of the deal, displacing the original goal of a March 1 launch date, TNA announced this Monday afternoon the big news.

TNA President Dixie Carter and presumed part–owner and top executive Hulk Hogan were the lone representatives at the press conference. It had to be a bitter–sweet day for Jeff Jarrett, who hoped to be the one standing at that podium. Instead, Hogan rode in and took TNA to that final step, with the help of Dixie Carter opening up the wallet for new acquisitions.

Logistics and budgeting didn't allow the deal to include being live every week. If ratings are strong enough, and if the taped shows don't do as well as live shows, that could change to weekly, but the extra transportation for talent and satellite and production expense that goes along with being live makes it impractical at this time.

March 8 TNA Impact goes live from 9–11 p.m. The decision to not go unopposed for an hour and just compete with one hour of Raw surprised many people, but TNA clearly wants to be head–to–head just like Nitro and Raw were from the start. The rating for the unopposed first hour of the March 4 Monday debut for Impact was much stronger (1.7) than the two hours that went head–to–head with Raw (1.3).

Had TNA Impact started an hour before, chances were strong that WWE would expand Raw to three hours anyway. It would have been a devilish strategic move by TNA and Spike to see if they'd make that move, because going to three hours would ultimately probably hurt WWE more than anything TNA could do for the foreseeable future, watering down the product, exhausting the fans, and watering down the creative team's ideas. It's one of the top reasons WCW went under; the expansion of Nitro to three hours.

While no parameters have been publicly set for what TNA must do to remain in the Monday night slot long–term, sources tell PWTorch that Spike is looking for 2.2 million viewers as a target. They've been hovering lately in the 1.6–1.9 million viewer range. They have lost some momentum the last two weeks as network programming has shifted to February sweeps first–run shows, losing about 300,000 viewers compared to January.

Reading between the lines on public comments and off–record conversations, TNA and Spike TV have a "save–face" out built into this situation. TNA is not guaranteed the Monday timeslot for a year or two. If ratings are low enough, in fact, they could be moved back to Thursdays in a couple months. However, it'd have to be a disaster, with ratings regularly below 0.8 for that to happen.

Instead, if ratings are below the Thursday average of 1.1 at the end of summer, it's possible Spike TV will move them back to Thursdays when the NFL season starts, with the excuse being that they never planned to go up against both Raw and Monday Night Football on ESPN. This is not, though, a four week trial run or an eight–week trial run. Barring a total disaster, they'll be on Mondays at least through the summer, giving them a chance to correct their course along the way if needed.

At Monday's press conference, Hogan was full of p.r. hyperbole (known otherwise as "bullsh—") and Carter overflowing with her signature ebullient optimism, but it was entirely appropriate for the circumstances. Hogan talked about TNA's programming being better than WWE's and it's talent roster deeper and more enthusiastic. He touted how well everyone gets along and how great everyone feels going to work, unlike "up North" where he claims everyone is miserable. He said while top brass at WWE are downplaying this, the wrestlers in WWE are cheering them on because it gives them negotiating power and leverage.

As for what TNA can do to try to make a splash on March 8, the new "biggest day in TNA history," there aren't a lot of options. Jim Ross's short–term WWE extension isn't up yet, and there may be a non–compete period build into it.

PWTorch has learned that Rob Van Dam is definitely being considered, although TNA will be sending out red herrings to throw people off the scent in the next few weeks. Jeff Hardy is still lurking on the sidelines, a free agent with major baggage—felony drug charges that are pending. But the occasion may call for TNA to take a chance and build toward an RVD vs. Hardy main event.

Goldberg and Sid are the other potential names most often brought up as possible "impact players" who could add to the aura that "things are happening" in TNA.

Sunday night's Against All Odds PPV, though, indicated TNA might be finally truly getting behind some of the younger home–grown talent, with "The Pope" D'Angelo Dinero and Samoa Joe high on Hogan's list of talent to push as fresh main eventers.

BBL

By WADE KELLER



### The winning formula for 2010

If TNA Impact doesn't thrive on Mondays, it's not because it wasn't possible. They have a strong partner in Spike TV, the biggest name over the last three decades in the industry as the face of the company, a core of really good up–and–coming charismatic wrestlers just waiting to be introduced to a larger viewership, and the experience of people who have been involved in the first Monday Night War, including Eric Bischoff and Jeff Jarrett.

The worst thing Impact can do, and what most people think they're most likely to do wrong, is try to book every minute of every edition of Impact as if viewers have the remote control in their hand and are waiting for two seconds that lack stimulation or surprise to flip over to Raw. If they do that, the show will never entertain the core viewers enough to draw them into being TNA loyalists. In fact, they could drive people to Raw, which has a sense of pacing that allows a viewer to settle in and enjoy the show.

The number one thing TNA can do is project the image that they are the home of the best young athletes in pro wrestling, stars ready to break out and be the next generation that makes history and memories.

Sunday's Against All Odds pay–per–view was an encouraging sign. The show felt like a star–making evening for "The Pope" D'Angelo Dinero. I was cool on him six weeks ago, not sure if he had the combination of traits to be worth building around. I think in just six week's he's grown comfortable with his character, which doesn't feel like a pasted on cartoon anymore, but rather an extension of his personality. Yeah, he was in WWE as Elijah Burke, but to any WWE viewer tuning in to TNA Impact in March on Mondays, The Pope will seem new and exciting.

Mr. Anderson had a great night on Sunday, too, the co–star of the show not just because he and Burke were in the final match on the PPV, but also because every time the camera was on him, he emoted star power and charisma. Rather than seeming cliched and derivative, which he bordered on in his debut performances with TNA, he brought back that magic that put him on the fast track at one time in WWE to the World Title before an injury and some bone–headed media interviews derailed WWE's faith in him. He reminded me on Sunday that he can be a centerpiece attraction, and with his WWE exposure, Raw viewers will see him as a star they're familiar with, but not a star whom they believe is over–the–hill.

There is a place for long–in–the–tooth veterans in TNA, but they need to be used cleverly and

–KELLER continued on pg. 28

Photo caption: HULK HOGAN AT THE PODIUM FOR THE ANNOUNCEMENT

## WHAT TNA SHOULD HAVE ANNOUNCED AT THE PRESS CONFERENCE

TNA officially announced on Monday that they are moving the Impact television show to Monday nights beginning March 8. Here are a few announcements that should have been made at the same press conference.

(1) "Vince Russo has been demoted from the head writer role." Let's be honest, the only people who still feel Russo should have a job are Dixie Carter, TNA fanboys, and anyone who feels their job or push is safer in his hands than in unknown hands. I won't listen to the usual "Who else is there?" or "Dixie feels comfortable with Vince" arguments that his defenders give. Seriously, this is the best they can come up with?

I am more confident with Russo in the writer's role now that Eric Bischoff is involved in the creative process. Russo did the best work of his career when he had Vince McMahon editing his work. That said, Russo was clearly more passionate about pro wrestling at the time. He was also younger, hipper, and hungrier. Don't forget that this is the same guy who has told people that he doesn't grasp the basics of babyfaces vs. heels despite the fact that he's spent so much time reading the ultimate good vs. evil book. It's a little book known as The Bible. Maybe you've heard of it.

Russo has disrespected wrestlers and wrestling fans with his idiotic blogs and the early word is that his latest book is just as embarrassing. He's had countless chances in two companies to prove that he's as good as he advertised he was when he left WWE. He's failed time and time again, yet Carter just won't pull the plug. Apparently, she actually believes Russo's bullshit excuses that all the bad we saw when he was a member of the creative regime were because he was just following the lead that Jeff Jarrett and Dutch Mantel set for him.

This is the same guy who blamed backstage politics and stubborn veteran wrestlers for the debacle that WCW became under his watch. Sure, the company was a debacle even before he arrived and he did have some roadblocks, but it's not like anyone felt like Russo was on the right path and just needed some veterans to get on board with his master plan. Honestly, the only things Russo has produced in the new millennium are excuses and rehashed versions of failed stories from the past.

(2) "We're changing the name of the company." Hulk Hogan has lobbied for a change behind the scenes and for good reason. The TNA name has always been embarrassing. The original logo the company used until recently looked like cheap knockoff of the logo used for the Vin Diesel "XXX" movie that was released in 2002. The company finally updated the logo recently, but it doesn't change the fact that their corny name plays on the T&A theme.

If all goes well, his company will eventually covet the same type of advertisers that WWE currently possesses or is targeting. Will major advertisers really attach themselves to a company whose name sounds like T&A? How many parents pass on buying TNA action figures for their kids because the name sounds so bad? If the company reaches the heights that Carter and her staff hope it will, the name will need to change someday, so why not give in and make the switch now when your company will be garnering some mainstream media attention as it prepares to go head-to-head with WWE?

(3) "We're moving to Monday nights, but we're not running directly head-to-head with WWE." I don't understand what TNA and Spike TV officials are thinking. Why not start the show an hour before WWE Raw goes on the air? This would them an unopposed hour and a chance to hype something big for the top of the head-to-head hour and in the main event slot.

The first hour of the last head-to-head battle ran unopposed and drew the highest rating of the night for TNA. Take that hour away and they couldn't have hyped Hulk Hogan's

**SPECIAL TO PWTORCH**

# PG. 2 BUZZ

**prowrestling.NET's**

**JASON POWELL**

appearance for the top of the second hour, and there's no guarantee the company would have registered the 1.5 rating it drew for the entire show.

Dixie Carter indicated in the press conference on Monday that they had the option of going head-to-head or starting an hour earlier. She said they could still tweak it along the way. Here's hoping they make that decision sooner rather than later because they're asking fans to make a true choice between the two shows and I don't think they'll be happy with the results.

(4) "We're not going with an all X Division pay-per-view on March 21." TNA might as well post a big note on the top of their website stating that they're waving the white flag when it comes to the March pay-per-view. There was a time when I would have been fired up to see an all X Division pay-per-view, but the company has made the X Division regulars seem like glorified jobbers.

TNA will probably scramble over the next month to make the X Division seem relevant again, but they really have their work cut out for them. The X Division wrestlers are shown losing on Impact on a regular basis, and they generally open the pay-per-view shows with train wreck matches that are designed to pop the live crowd rather than create stars.

I love the idea of spotlighting the Ultimate X match rather than just randomly throwing it in the middle of pay-per-view cards, but TNA officials have lost their minds if they think they can make anyone but the diehards care about these abused wrestlers in less than a month. I want to believe that TNA officials are serious about rebuilding the X Division and that this show will serve as a launching pad for that process, but seeing is believing. This brings back WCW memories of Hulk Hogan and company going above and beyond to make sure that the pay-per-view events he wasn't on

bombed.

(5) "The Nasty Boys are finished with the company." I don't care how many Bubba The Love Sponge followers wear Nasty Boys t-shirts while sitting in the front row of the Impact Zone, the masses don't give a damn about these two. I've been watching the Nasty Boys since they debuted in the AWA and I've never understood their appeal. Here we are 20-plus years later and these two are actually featured prominently in pay-per-view matches even though Brian Knobbs looks like he might keel over and die from exhaustion when he walks through the curtain.

I was fine with TNA using these two on the January 4 show if the idea was simply to feature as many surprises as possible, but they lost me the moment they decided to book them in an actual match. Think about the quality wrestlers that were left off the TNA Against All Odds pay-per-view lineup in favor of the Nasty Boys. Think about how many young TNA wrestlers could use the endorsement of legendary manager Jimmy Hart. I guess it's good to be Hogan's friend. Sadly, I think we'll see Brutus Beefcake on TNA Impact long before the Nasty Boys leave the company.

(6) "There will be a dress code for fans who visit the TNA Impact Zone." I'm not suggesting that the fans should be force to adhere to a WWE talent-style dress code by forcing them to wear business casual. However, I am tired of watching some of the regulars attempt to make themselves the center of attention. My dress code idea is simple. You're not allowed to wear shades in the building without a doctor's note that states there is some medical need.

I generally don't notice the majority of fans at ringside on wrestling shows. It took me years to care enough to find out exactly what the infamous WWE Sign Guy (a/k/a loser who maxed out his credit cards to follow WWE around like a groupie) looks like. Yet when I watch TNA, I find myself annoyed by the regulars, particularly the obnoxious jackass who wore the neat guy sunglasses, the Bubba The Love Sponge t-shirt, and held up the sign that said something to the effect of, "Pipe down, nerds."

Dude, you're an adult male who presumably stood outside all day waiting to sit front row at a wrestling show while wearing a shock jock's t-shirt and a self-satisfied smirk on your face and you actually have the nerve to call the people around you "nerds"? Insert multiple Miz's "Really?" lines here.

It's not really dress code related, but I'd also boot any fan who refers to himself as a member of "The Crucial Crew." These losers have actually come up with their own hand symbols to flash on camera to let everyone know they are part of this nerdy little club of fans who attend the tapings on a regular basis. I guess they couldn't come up with cool hand symbols for their rightful name of "Nerdy Fanboy Virgins." By the way, if the Bubba mark was targeting The Crucial Crew with the "nerd" sign, then I take back everything I wrote about him.

*Get more news and commentary from Jason Powell at www.prowrestling.net.*

## RAW RATINGS

The Feb. 8 WWE Raw scored a 3.59 rating, which was down slightly from last week's 3.63 rating and dead even with the 3.59 rating on January 25.

TV viewership was up an equally slim percentage with 5.34 million viewers compared to 5.29 million viewers last week.

Raw's first hour was up to 5.16 million viewers compared to 5.01 million viewers last week. The second hour didn't have quite as dramatic of a jump, though.

The second hour averaged 5.52 million viewers compared to 5.56 million viewers last week for Bret Hart's advertised TV return.

Through six weeks in 2010, WWE Raw's TV ratings are up just slightly at 1.3 percent compared to the first six weeks of 2009.

Raw has averaged a 3.61 rating in 2010 compared to a 3.56 rating the first six weeks of 2009.

TV viewership is similar with Raw up 1.2 percent in 2009 compared to the first six weeks of 2009.

Raw has averaged 5.35 million viewers through six weeks in 2010 compared to 5.29 million viewers through si weeks in 2009.

Looking at Week 6 (Feb. 8, 2010 to Feb. 9, 2009) the ratings and viewership compare as follows:

•Feb. 8, 2010: Rating: 3.59; Viewers: 5.34 million

•Feb. 9, 2009: Rating: 3.42; Viewers: 5.24 million

## MORE ON WWE NXT

An article in Variety on Tuesday this week, the day ECW would air its final show on SyFy, detailed the format of the WWE NXT show.

It will pair up eight current WWE stars with eight rookies from Florida Championship Wrestling. Vince McMahon had narrowed down the teams to 12, but wouldn't disclose names. He said he will whittle that down to eight when the show starts next week.

The concept will center around pros mentoring rookies. "This is an opportunity to show another side you've never seen," Vince McMahon, WWE's colorful chairman and CEO told Daily Variety.

WWE NXT will be broken into two or three season each year, with talent graduating to one of WWE's top brands, Raw or Smackdown.

"These kids crash and burn a lot," McMahon said. "By putting them into this environment we'll find out if they can make it. There's no better way to develop skills than being in front of an audience. And that makes for good television."

He says the show will have a different feel than ECW or any other WWE programming. Regarding ECW, McMahon said the brand felt old and tired. "You have to continue to reinvent yourself," he said.

"Syfy is excited to continue our partnership with WWE, Vince and his team with this innovative live event-reality show," said Syfy president Dave Howe. The 'NXT' rookies take the challenge of our new tagline 'Imagine Greater' to heart as they embark on their ultimate dream quest to be the next generation of revered heroes and champions in the fantastic arena of the WWE."

*Keller's Analysis: It sounds a bit like a melding of Tough Enough, The Ultimate Fighter, and even the structure of MMA where experienced fighters work with and train younger athletes with great potential. I'm excited about a new concept on Tuesday night. I agree with McMahon that ECW, as executed, had lost its sense of purpose and did feel like a tired brand. I also like the seasonal concept where there's a beginning and an end with a fresh start afterward with new veterans and rookies.*

## WWE FINANCIALS

WWE reported fourth quarter 2009 revenue of $117.3 million compared to $125.4 million in the prior year fourth quarter. Despite the decline in revenue, WWE is reporting that Adjusted Operating income was actually up 9 percent with some maneuvering on comparability.

In the fourth quarter 2008, WWE recorded a $6.4 million one-time revenue item for a new WWE book deal and a $5.0 million revenue item with WWE Studios. Removing the two items, WWE's quarterly revenue in 2009Q4 was up 2.9 percent compared to adjusted 2008Q4 revenue ($117.3 vs. $114.0).

Looking at some specific business areas, WWE stabilized the PPV business with strong performances by the TLC PPV in December, Hell in a Cell in October, and Bragging Rights in October.

Survivor Series's decline was so steep that the gains from the other three PPVs were almost washed out by a 26.3 percent decline with Survivor Series. TLC almost outdrew Survivor Series with 228,000 buys compared to 235,000 buys for the Big Four PPV.

The Consumer Products division took another dip with the DVD business. Consumer Products was down $10.6 million, much of which can be attributed to the one-time-only $5.0 million book deal in the 2008 fourth quarter.

The next portion can be found in a $4.6 million decline in Home Video sales, as DVD shipments declined 6.0 percent. WWE also reported a "14 percent decline in effective DVD pricing." WWE just isn't reaching consumers with their DVD offerings.

WWE reported total 2009 revenue of $475.2 million compared to $526.5 million in 2008 total revenue. Due to some financial cutbacks with a 10 percent reduction in staff at the beginning of 2009, WWE reported that Operating Income was actually up to $77.1 million compared to $70.3 million in 2008.

Similar to the fourth quarter specific report, the revenue drop-off is attributable to the Consumer Products division, which was down 26.6 percent compared to 2008. Inside the numbers, DVD sales were down 32.6 percent and Licensing revenue (apparel, toys, video games) was down 26.1 percent.

Despite WWE stabilizing PPV business in fourth quarter 2009, PPV business was down $11.4 million with $80.0 million compared to $91.4 million in 2008.

The decline in PPV business was virtually off-set by an increase in TV Rights Fees, which increased to $111.9 million compared to $100.7 million in the prior year quarter.

The following is a break down of how each major business segment was a percentage of total revenue in 2009 ($475.2 million).

•TV Rights Fees: 23.5 percent
•Live Events: 22.9 percent
•PPV business: 16.8 percent
•Licensing: 9.4 percent
•Home Video (DVDs): 8.3 percent

WWE's fourth quarter 2009 earnings results came in below expectations established by financial analysts who study WWE's business.

Analysts expected $0.18 per share in Net Income, but WWE reported $0.15. Analysts also predicted $123.8 million in 4Q 2009 revenue, but WWE reported $117.3 million.

It's worth noting the analyst predictions typically focus on comparable numbers without including special, one-time only items. WWE reported several one-time items in their quarterly results, which skewed the comparability of reporting.

WWE's 2009 PPV business was $80.0 million (16.8 percent of 2009 total revenue) compared to $91.4 million in 2008.

The $11.4 million decline in year-to-year PPV revenue was captured in the first three quarters of 2009. PPV revenue was up slightly (3 percent) in the fourth quarter 2009 to help stabilize PPV business after a rough start to the year.

Even a slight increase in PPV revenue in the fourth quarter comes with the caveat that WWE recorded a 14 percent increase in international PPV buys compared to fourth quarter 2008, which reflects the still-struggling domestic PPV market.

We can now look at the entire 2009 PPV buy totals and compare how each PPV compared to its 2008 counterpart. The list is ranked starting with the most-purchased PPV and working toward the least-purchased PPV of the year.

PPV—buys (% increase/decrease vs. 2008 event)

•WrestleMania 25—960,000 buys (down 9.3 percent)

•Royal Rumble—450,000 buys (down 15.6 percent)

•Summerslam—369,000 buys (down 22.6 percent)

•Hell in a Cell—283,000 buys (up 8.4 percent)

•No Way Out—272,000 buys (down 17.3 percent)

•Night of Champions—267,000 buys (down 2.2 percent)

•Survivor Series—235,000 buys (down 26.3 percent)

•TLC PPV—228,000 buys (up 18.1 percent)

•Judgment Day—228,000 buys (down 9.5 percent)

•Extreme Rules—213,000 buys (up 9.7 percent)

•Backlash—182,000 buys (down 9.0 percent)

•Bragging Rights—181,000 buys (up 18.3 percent)

•The Bash—178,000 buys (down 9.2 percent)

•Breaking Point—169,000 buys (down 19.1 percent)

## MCMAHON INVESTOR CONFERENCE HIGHLIGHTS

WWE's fourth quarter 2009 conference call with investors hosted by WWE CEO Vince McMahon was highlighted by WWE executives and McMahon describing WWE's strong business

relationships with Mattel for toys, THQ for video games, Vivendi for DVD distribution, and the likes of Kmart, Walmart, Target, and Toys R Us for licensed products that WWE hopes to leverage into increased revenue going forward.

WWE is targeting 15—20 percent revenue growth over the next three years, which they established as a "reasonable target" based on their partnerships for domestic and international distribution, especially Mattel. COO Donna Goldsmith was seemingly ready to jump through a wall describing WWE's partnership with Mattel, the leading toy manufacturer in the world.

McMahon opened the conference call saying they had a "good, but not great, but good" fourth quarter 2009. "We achieved some revenue and profit growth across our business," McMahon said. He also pointed to WWE's cost-cutting measures, especially reducing production costs on TV "without the audience realizing it."

McMahon also praised the TV ratings for Raw in 2009, saying they're proud of Raw's largest increase since 2001 when there are plenty of other options on TV. This led into an international business discussion.

McMahon said Mexico is a "huge market" for WWE and they are making inroads in China. He said they're reaching about 90 million households in China under the old syndication system of going province to province so they stay "under the radar" as opposed to being subject to "national scrutiny."

The following are additional highlights from the call not already covered in the separate news stories above on Survivor Series, WWE TV Network, and the PPV price increase.

**Mattel:** McMahon said they had a "really, really strong launch" for the new toy line that is out–pacing last year's first quarter results. They also have four items in the Walmart Top 100.

The focus was on Mattel also being able to get them in international markets where Mattel already has strong relationships and understands "sensitivities in marketplace." COO Donna Goldsmith says it's not just about the number of toys on shelves, but having reach into markets they previously couldn't get into with Jakks Pacific.

**NXT:** The topic of NXT replacing ECW surprisingly didn't come up in the conference call from McMahon, WWE executives, or investors/analysts calling in to ask WWE about current business. McMahon gave a slight nod to NXT when he said WWE is "reinventing itself every year," as is required in the entertainment industry during his opening remarks.

**DVD market:** Goldsmith said WWE is having a meeting with RedBox next week to tap into the DVD rental market. They already have a partnership with Netflix, but WWE sees rentals as a way to offset declines in DVD sales.

WWE signed a new home video deal with Vivendi for domestic distribution. WWE remains "cautiously optimistic" they can actually reverse the recent declines in DVD business in 2010.

"Genius helped us grow, but Vivendi will help us build," said Goldsmith. "Genius got us into Walmart, but Vivendi has more reach and distribution."

**New media center:** WWE is not as aggressive with pushing for the upgraded new media center at

their headquarters. WWE executives said the project is still of "strategic importance," especially with the planned summer 2011 launch of the WWE TV Network, but they still want to maintain their cost–cutting measures before dedicating more than $6–8 million to the capital campaign.

## SURVIVOR SERIES DROPPED

WWE Chairman/CEO Vince McMahon said on WWE's quarterly conference call with investors that the Survivor Series PPV will be scrapped in 2010 after WWE determined the concept is "obsolete."

"We think Survivor Series is obsolete," McMahon said. "It worked many, many years ago. It was one of the original four, but it's outlasted its usage."

McMahon added that "Survivor Series" will be re–branded in 2010 and the title will be going away.

"It's one of the PPVs we will be looking at in terms of re–branding. We will no longer have that title anymore," McMahon said.

Survivor Series 2009 was down 26.3 percent compared to the 2008 event. In WWE's fourth quarter, three re–branded PPVs were up in PPV buys, with Survivor Series being the only PPV that was down.

## UPDATE ON WWE TV NETWORK

WWE chairman/CEO Vince McMahon says WWE's target for being "up and running" with its own WWE TV Network will be summer 2011. McMahon said he believes a new network will be a "game–changer" for their business.

"We move pretty quickly. I would hope a year–and–a–half from now we would be up and running," McMahon said on the WWE conference call with investors.

McMahon said WWE is currently doing its "due diligence" researching the TV market and outlining a "formula" they hope to present in the near future.

"Right now, we're continuing along the lines of a formula in which we will soon be presenting and taking the next steps. We think there is tremendous opportunity," he said. "If things happen as we hope, it will be a really big game–changer. There is huge opportunity as it relates to domestically and internationally. We are pursuing that and taking the next steps."

McMahon was asked if any of their current TV broadcasters would be concerned about WWE taking away audiences on USA Network, Syfy, MyNetworkTV, or WGN with a new network. McMahon equated it to the NFL advertising their NFL Network during the Super Bowl on CBS.

"We are unique in that what's good for WWE is good for all of our TV partners. We promote Syfy on MyNet or USA will promote MyNet. There are things where we're set up a little differently," McMahon said.

McMahon also said they're still trying to determine whether MyNetworkTV will be the permanent home for Smackdown. He said the goal will be feeding their two top brands of Raw and Smackdown.

"The strategy will be maintaining the broadcasts, therefore, keeping Raw on USA Net for many years to come and find a really strong home, whether it be MyNet or someone else, for

Smackdown," he said. "We don't see any interruption for Raw or Smackdown. The new network could tie–in to Raw and Smackdown and enhance the two brands."

## FLAIR DETAILS DISOLVING RELATIONSHIP WITH WWE

Ric Flair says he will never have another "retirement match" in pro wrestling, as he believes his match against Shawn Michaels at WrestleMania 24 was his official retirement match, even if he will likely wrestle again for TNA. Flair also says he wants TNA to eventually establish a Hall of Fame to recognize wrestlers who have contributed to the wrestling business.

"I want Dixie Carter to establish a Hall of Fame for TNA. I will never have a retirement match again, let me just go on record about that. My retirement match will be Shawn Michaels," Flair said on the Monday Night Mayhem radio show last week. "But, if TNA will build a company the whole world can be proud of, then it's important to cover every facet of our business. The guys wants to feel important and know that some day for all their hard work, they're going to be rewarded. I wear my WWE Hall of Fame ring wherever I go and the gold Rolex Shawn gave. No one can ever take that moment away from me in Orlando—the whole three days. It's something I apparently earned and it came from respect for all the hard work I put into the business."

Flair feels that it's WWE's loss that he won't be part of their Hall of Fame this year. He said his main reason for not working with WWE again was that he couldn't come to an agreement with WWE on how to work with his outside ventures for the North Carolina Lottery, Coca–Cola, and a new sponsorship with Kroger grocery stores. Flair says there was too much "corporate involvement," especially with the Lottery because it represents gambling and WWE didn't want to be associated with gambling as a publicly–traded company.

"I have a lot of ideas and I'm just so happy to be there (TNA). I don't look it at as being disrespectful to WWE for the main reason that I couldn't do a lot of outside things with WWE," Flair said. "The legal process of getting cleared to do outside projects with WWE is a nightmare."

From a TNA side, Flair says he wanted to work with Hulk Hogan after having a "newfound respect" for him. He said he's not putting Hogan over, but he respects what he's doing from a business perspective.

"It wasn't a hard decision to make (disassociating from WWE). The other reason is my newfound respect for Hulk Hogan. Don't misunderstand me, I will never take a backseat to him," Flair said. "But, I have a lot of respect for what he's doing and what he wants to accomplish. It's nothing more than putting together a really good product and creating a workplace for a lot of talent that has nowhere to go."

## LINDA MCMAHON GRILED ON DRUG PROBLEMS ON MSNBC

Linda McMahon, the former WWE CEO and current Republican candidate in the 2010 Connecticut Senate race, appeared on MSNBC's "Morning Joe" to chat about her prospects, pro wrestling's history of drug problems, and political topics.

The conversation quickly got heated when

# WWE NEWS/NOTES/ANALYSIS

Lawrence O'Donnell, an MSNBC political analyst and frequent fill-in host for shows like Hardball and Countdown, threw out some pretty confrontational questions. He first asked, "Why didn't you do more to combat the rampant use of drugs in the WWE including steroids that have damaged the people who you made money off of for so many years?"

He then immediately clarified: "You made money off the blood of people who've destroyed themselves for a living for you, and you did nothing as far as I know to clean up the drug use and the steroid use in your business."

Linda responded by pointing to the Wellness Policy. "If you would look at what WWE has done and the policies its had over time with its Health and Wellness Policy for our talent—after all, those performers are the biggest assets in WWE. When I was the CEO, we absolutely implemented many policies for their safety and welfare, including what's there today that's for physicals, cardio evaluation, impact testing…the safety measures that are absolutely utilized."

Morning Joe host Joe Scarborough then questioned whether Lawrence just fabricated these claims. O'Donnell responded, "No, I didn't make it up. Are you kidding me? They've done all sorts of exposes of rampant wild drug use in the WWE by these guys who are in the process of killing themselves for money so Linda can get phenomenally rich and run for the Senate. Use of steroids, use of drugs, and they did nothing to police it. Because everyone thinks your business is a joke, that's why you're off the hook for this one."

Linda jumped in, saying, "Come on, I've got to stop you now. This is all entertainment. WWE is entertainment." In what is a textbook definition of a non sequitur, she immediately shifted to the ratings WWE garners every week, citing the 16 million viewers on a weekly basis, 17 percent of those who are 18 and older.

The segment began with MSNBC posting the latest Rasmussen Reports poll from February 1, 2010 that shows Rob Simmons (R) at 35 percent to Attorney General Blumenthal's (D) 54 percent, while Linda McMahon trails Blumenthal's 56 percent by exactly 20 points in the Connecticut Senate race with a margin of error of 4.5 percent.

Linda noted that Blumenthal has been a recognizable figure in Connecticut for 20 years, but she expected to run against him rather than Chris Dodd because of how dismal Dodd's poll numbers turned out in 2009.

The political campaign for Rob Simmons, who is running against former WWE CEO Linda McMahon for the Republican nomination in the Connecticut Senate race, emailed a statement this morning ripping McMahon for her responses during her interview on MSNBC when asked about WWE's history of health issues under her watch.

Simmons's campaign manager, Jim Barnett, cited WWE eliminating their drug-testing policy for a decade prior to implementing a new policy in 2006. McMahon's defense throughout her Senate campaign has been to describe the current Wellness Policy without accounting for WWE's lack of testing before 2006.

Barnett also attacked the current Wellness Policy, citing expert research over the past three years that has brought into question the validity of the current policy.

"This morning on national television, Linda McMahon was called to account for the culture of drugs, steroids and death through which she made the hundreds of millions of dollars that are financing her U.S. Senate campaign," said Barnett. "The program she defends now is regarded as a joke by leading experts and the U.S. Congress who only last year completed one investigation and requested another. And to this day, wrestlers in their 30s and 40s are dying because of the unconscionable industry practices she has promoted and allowed to continue nearly unabated."

Simmons's and McMahon's campaign managers have gone back and forth this week over comments made by McMahon about the future Senator of Connecticut needing business experience in China. McMahon said she has negotiated a TV deal, while Simmons showed he speaks fluent Mandarin.

Barnett said: "Rob Simmons has the real experience that McMahon can only grasp at. He learned Chinese by serving as a CIA officer, living overseas while working on difficult and dangerous missions in East Asia in order to protect American security. … That's in sharp contrast to Linda McMahon's 'experience' as the head of a pro wrestling company who made a personal fortune marketing truly troubling programming to our children."

McMahon's manager, Ed Patru, said: "Now he's attacking Linda McMahon for not being fluent in Chinese. Guilty as charged. Linda doesn't speak Chinese. But fluency in Mandarin isn't the top issue on the minds of Connecticut voters. Economic recovery and job creation are top issues, as are federal spending and debt."

*Caldwell's Analysis: Former WWE CEO Linda McMahon combated questions about pro wrestling's history of drug abuse and health problems during her appearance on MSNBC's "Morning Joe" show this morning (recapped here) by presenting her standard argument that WWE instituted a Wellness Policy while she was CEO.*

*In the segment (which can be viewed below), McMahon was the beneficiary of the co-hosts Joe Scarborough and Mika Brzezinski using a tone of ignorance, even questioning whether MSNBC political analyst Lawrence O'Donnell was accurate when he suggested there is a history of health-related issues in pro wrestling.*

*O'Donnell, who should be credited for actually bringing up the subject, made the mistake of saying WWE has done nothing to combat the history of health issues in pro wrestling, which gave McMahon her opening to cite the recent implementation of the Wellness Policy.*

*After McMahon presented her standard defense, O'Donnell followed up by trying to educate the co-hosts, who seemed oblivious to any type of over-riding health issues in the industry. This led to the following exchange.*

*O'Donnell: "They've done all sorts of exposes of rampant wild drug use in the WWE by these guys who are in the process of killing themselves for money so Linda can get phenomenally rich and run for the Senate. Use of steroids, use of drugs, and*

they did nothing to police it. Because everyone thinks your business is a joke, that's why you're off the hook for this one."

*McMahon: "Oh, come on. This is all entertainment."*

*Again, O'Donnell left an opening for McMahon to walk right through. Instead of addressing Points A–C, McMahon took Point D that "pro wrestling is a joke" and proceeded to talk about the millions of viewers who watch WWE programming on a weekly basis.*

*The segment was typical for a cable news show exchange—innocuous discussion with hosts who know a little about a lot, but not a lot about the subject. McMahon, with her charm and disarming personality, easily walked through the interview where Lawrence O'Donnell was the "WWE heel" for actually bringing up very real subjects that, no, are not entertainment.*

## ROSS BLOG NOTES

WWE announcer Jim Ross is becoming agitated about questions about his future in WWE before his short-term contract extension expires next month. Ross is making it sound like he would be content staying home working on other projects that do not include traveling for work if a WWE return doesn't pan out.

"If I get asked one more time when I'm going back to work at WWE, I think my head will explode," Ross said on jrsbarbq.com. "My career will take whatever direction it's meant to take when contract negotiations commence. One never knows how that process will go until it begins. I do expect it to go well."

Ross added: "We have several, viable opportunities that will allow me to do some fun things and rarely leave Oklahoma which is a somewhat popular option with some members of my household. … I would be less than honest if I did not say that being at home, working on projects from Norman and from this region of the country isn't an intriguing option for me to explore."

Ross also talked about positioning himself to have several options if a WWE return doesn't come to fruition. Ross said returning to WWE won't make or break his future endeavors.

"I do know that my feelings toward broadcasting, my love of sports and entertainment, and emotionally engaging in whatever I do is alive and well," Ross said. "I'm certainly not burned out or even charred around the edges and sincerely feel that my best days lie ahead."

Ross responded to a question on the backstage atmosphere in WWE when they finally beat WCW Nitro in the Monday night ratings battle after taking it on the chin for one-and-a-half-years.

"I don't recall any one having a celebration, celebrations are unfortunately rare in most wrestling circles, and it was essentially business as usual. We thought that we had been producing better Monday night shows for a good while even though the ratings indicated otherwise for 83 weeks," he said. "I never got too euphoric for the great ratings or too low on the bad numbers because when there is no season and one is doing live TV 51 weeks a year there is simply no time to "bask" in any glory or to feel sorry for one's self when the ratings aren't what one wants."

Ross took a shot at the NFL trying to market the "Who Dat?" slogan by saying wrestling fans in

Louisiana were chanting that at the Junkyard Dog in Bill Watts's territory 30 years ago.

"BTW...New Orleans folks were yelling "Who Dat" at the Junkyard Dog about 30 years ago so, again, the NFL attempting to claim ownership of that saying is bogus. The NFL needs to focus on making sure that we have football in 2011 and not fixate on t–shirt sales."

–He recapped the funeral service held for Jack Brisco in Florida on Thursday afternoon. Ross described Brisco as the "Norman Rockwell of wrestling in that Jack had the skills and desire to paint memorable and unduplicated portraits on the wrestling canvas." Tampa Bay's Ch. 9 report showed Pat Patterson, Dusty Rhodes, Terry Funk, Mike Graham, and Edge in attendance. Ross added that Dory Funk, Michael Hayes, Bruce Prichard, Chavo and Hector Guerrero, Steve Keirn, Tom Prichard, Norman Smiley, George Scott, Brian Blair, Haku, Ricky Santana, Dan Spivey, David Sierra, Lanny Poffo, and WWE VP of talent relations John Laurinaitis were also in attendance along with "several members" of the FCW talent roster. Ross said he also spent some time with Jack Brisco's brother, Gerald Brisco. "I got to spend a few hours Thursday night with Gerald Brisco and we toasted our memories of his late brother who influenced countless wrestling stars," Ross said.

### BRET HART TALKS WWE RETURN, HOGAN, TNA

Bret Hart says he's heard criticism about returning to WWE after standing against Vince McMahon for 12 years, but he feels he's made his point about feeling wronged by the company and he wants to be "The Hitman" again on WWE TV.

"I want to move on. I made a big fuss out of all that happened. I wrote a book about it. There was a documentary. I held out for a long time because of my pride. In the end, I think I made my point," Hart told Alex Marvez in an interview for his weekly wrestling column. "Some people feel it wasn't the right thing for me to go back. But there's only one person in Bret 'The Hitman' Hart's shoes and it's me … This is a lot of fun for me. It sure beats shoveling snow."

Hart hinted that the endgame for his program with Vince McMahon is a singles match at WrestleMania 26. Hart said he can "move around" and "get a quality match" out of McMahon. He also addressed criticism that he hasn't looked terrific physically mixing it up with McMahon thus far.

"I'll never put on the performance I want to have, but I'll be able to do enough to entertain and give a good show," Hart said.

Hart also said he's enjoyed working with McMahon, who he said is fully engaged in the storyline and seems to have a fire lit under him. He says he's not sure how much that can be attributed to TNA, but he knows McMahon doesn't want TNA bothering him while he's the king of the wrestling hill.

"Vince is just as focused and involved as I remember him ever being. This whole (storyline) seems to have lit a fire under him. He's very competitive," Hart said. "My guess is TNA and (Hulk) Hogan can't be much of a factor, but Vince doesn't like anyone messing around on his turf. He

doesn't want this to become any kind of WCW rivalry like before. He wants to be king."

Hart also took a shot at Hogan's physical state, saying he doesn't think he looks as bad as his January 4 counterpart.

"I don't want to go out there in a wheelchair like Hogan. I know people watching me are saying, 'He's not exactly a cheetah out there.' But at same time I do remember being in a wheelchair when I had my stroke," Hart said. "The thought of doing what I'm doing right now is beyond everything I imagined."

### MORE ON THE ROCK–WWE

Former WWE wrestler "The Rock" Dwayne Johnson recently said in a radio interview that he plans on hosting WWE Raw on a regular basis (most likely in the summer based on previous interviews) where he can build a program interacting with weekly guest hosts.

"I do have intention of going back and hosting the show. Hosting a show like that would give me the opportunity to get on the microphone, rip open the writing, and invite guests on to come host with me," Johnson said on Mix 104 in Boston. "We wanted to create something cool and big and fun for the audience."

Johnson was asked if he plans on wrestling, but Johnson said he has no intention of wrestling unlike what believes to be Hulk Hogan and Ric Flair's plan in TNA.

"How I would come back is a different capacity than what Hulk Hogan did or I believe Ric Flair is doing," he said. "Those guys are coming back to actually wrestle. I don't want to wrestle; I have no intention of wrestling a match."

*Caldwell's Analysis: As Johnson has put out more clues about his future involvement with WWE, it sounds like a typical "summer program" WWE puts together after they hit the WrestleMania lull in April, May, and June. Last year, it was the Donald Trump angle that began the guest–hosting concept. Two years ago, it was the McMillion weekly giveaway. Apparently this year it will be The Rock Runs Raw or something to that effect.*

### ALLIED PHARMACY LIST

Executives for Applied Pharmacy Services were found guilty of illegal steroid distribution on Monday and their client list included several wrestlers, notably TNA wrestler Kurt Angle.

The Wrestling Observer reports that WWE wrestlers Randy Orton, Edge (Adam Copeland), Rey Mysterio (Oscar Gutierrez), the now–deceased Eddie Guerrero, and "The Hurricane" Gregory Helms were also on the client list.

The guilty verdict was handed down in Alabama, which is where Applied Pharmacy was based. The Press–Register reports that several doctors testified that they worked with a third party—Internet–based Infinite Health—to write steroid prescriptions for a collection of sports athletes including wrestlers, bodybuilders, and some teenagers.

"These defendants were charged with being a part of a nationwide conspiracy to distribute anabolic steroids and other drugs to people throughout the country," said Department of Justice representative Donna Dobbins.

Trial evidence showed doctors were "recruited" to write scripts, sometimes without even seeing a customer for a consultation. Applied Pharmacy then filled the orders, some of which included drugs approved by the FDA only for livestock, not for humans.

The Press–Register report notes Kurt Angle and former Major League Baseball star Jose Canseco as two key names on the client list.

Video of DOJ representative Donna Dobbins discussing the guilty verdict can be seen below. A full list of convicted executives in the case is available in the Press–Register story.

### CONCUSSIONS

Former WWE wrestler Chris Nowinski has put the issue of concussions in the spotlight this week as the NFL gears up for its biggest weekend of the year with the Super Bowl in Miami.

The Pittsburgh Tribune–Review published a report on Nowinski trying to educate NFL players on the long–term risks of concussions, much the same way he's tried to educate the pro wrestling industry on the risks of continuing to take bumps in the ring even when having concussion–like symptoms.

The NFL held a seminar last week to educate NFL players on risks, which followed the U.S. Congress's recent hearing seeking answers from the NFL on how they've handled concussions in light of recent research on negative long–term effects.

"It's good it's being addressed," said former NFL star Jerome Bettis. "Because it's being addressed, there are going to be some massive changes, and I think it's going to help the players."

WWE has its own "Impact" concussion testing system, but the company rarely discloses when certain wrestlers are treated or kept out of the ring for further monitoring.

The NFL has taken steps to be held accountable for player safety, whereas WWE has a policy that is certainly on par with the NFL's program, but WWE has not publicly disclosed the program's effectiveness or application.

Nowinski said in the article there's a re–education process that has to take place, as evidenced by Pittsburgh Steelers WR Hines Ward questioning QB Ben Roethlisberger's toughness in a national TV interview.

"When I heard Hines Ward say that, I shed a little tear because I thought: 'That's the last time an active player is going to speak out in a negative way on the concussion issue,'" said Nowinski. "I understand where Hines is coming from because that's the same way I was when I played. I know Hines has not been educated on the risk to Ben's career if he goes back and suffers another concussion. That's the part that's been missing, that player education."

Another NFL player echoed a sentiment often heard in pro wrestling that it's "not ballet" and wrestlers are going to walk away from the industry with plenty of pain and lasting injuries.

"You're trying to increase a guy's longevity in the game and make sure he's healthy after the game," said current NFL player Will Witherspoon. "We all understand this is a game where you are going to come out with some type of disability, regardless. But you want to be as healthy as you can."

*Caldwell's Analysis: This is where the sports*

and sports entertainment industry is on the concussion issue—much more awareness, athletes actively seeking information, research behind the times but trying to catch up, and a trying to fight against a strong mentality that a player/athlete/wrestler has to be tough and stupid.

The next step for WWE is disclosing the application of the concussion policy and which wrestlers have been affected. Shareholders of a publicly-traded company have a right to know that the revenue-drivers for WWE's business—the wrestlers who sell tickets, PPVs, and merchandise—are being protected and kept healthy. WWE would argue their brand name is the revenue-driver, as Forbes reported the name "WWE" is valued at 30 percent of the entire company's worth, but that leaves the other 70 percent attributable to the wrestling stars such as Rey Mysterio, Triple H, John Cena, etc. WWE has a strong concussion testing policy written down on a piece of paper, but unless WWE discloses the application of the policy to maintain the health of its stars, then it's just words on paper right now.

## JERICHO REACTS TO TMZ COVERAGE OF HIS ARREST

WWE wrestler Chris Jericho commented on his public intoxication arrest at the end of January during a recent appearance on 100.5 FM in Atlanta promoting his band's "Chasing The Grail" CD. Jericho downplayed the incident and ripped TMZ, but admitted the incident was a "dumb thing to do in the first place."

The following are Jericho's quotes on his radio appearance (with the video below showing Jericho in-studio). Jericho didn't name Gregory Helms, Matt Hardy, or anyone else involved in the events while recapping the story.

"My fine for said violation—you guys might have to take up a collection or do a telethon for me—was $25. I went to jail for about 40 minutes because there was a cop who I did not agree with who basically arrested me for lying to him. He wanted me to rat out my friend. He goes, 'Was this the guy that was freaking out and yelling and screaming?' I said, 'no.' He said, 'Who was it, then?' I said, 'It was some other guy.' He said, 'Then what was his name?' I said, 'John Swarzen…steinz…en. … 'You're lying! You're coming downtown.'"

Jericho was asked what attracted the police to them in the first place.

"I was having a little bit of a debate with my friend that got a little bit loud and spirited. … We were just arguing and screwing around. One thing leads to another and we were in Kentucky. What do you expect? That's what they do. I just laugh because it was a $25 violation and next thing you know, TMZ gets a hold of it and it becomes we crucified an infant wearing just suspenders and our weiners hanging out."

Jericho was then asked about TMZ's coverage of the story.

"The thing is Harvey Levin calls me—I've done stuff with TMZ before on a good side like doing bits with them and comedy things—and then he'll call and say, 'We got something we have to do, show this clip here, Chris.' So, I'm like, 'Fine, do it.' But then they'll have that stupid TV show

where they'll totally bury you. So, this time when he called me, I said, 'Harvey, eff off.' And that was it. I hung up. And then the next day Rip Torn gets drunk and carries a loaded gun into a bank and you're off the hook. And that's exactly how it works. … So it's the most ridiculous concept, but it was a dumb thing for me to do in the first place. I owe Rip some chocolates."

## JERRY SPRINGER ON HOSTING RAW

The following are quotes from this week's WWE Raw guest host Jerry Springer on guest-hosting the show from a recent conference call with The Miz to promote tonight's show. (Quotes from Brian Fritz at Fanhouse.com.)

•Springer on whether he'll confront Vince McMahon as part of the current storylines: "I could take him to dinner but that's about it. No, you know, he could wipe me out with sneeze. No, you know, there's no one on this earth I can beat up. You know, it's not even close. But, yeah, but I will take him to dinner."

•Springer on not getting involved physically on Raw: "I've lived my whole life as a chicken so I guess I'll just go back to my natural instincts and I'll be fine. I don't think you'll see me jumping into the ring taking anybody on. No, I'm pretty much a wimp."

•Springer on the appeal of pro wrestling from a fan perspective on living vicariously through the performers: "It's not you going out there and fighting someone on the street and, you know, that's horrible and all that kind of stuff, here all the aggression that you might normally have, all the testosterone that's going through, here is a way to, you know, hold up a sign or scream and yell and cheer your guys on. It's vicarious enjoyment of a behavior that we recognize you wouldn't do out on the street."

## MIZ ASPIRES TO BE AS BIG AS ROCK, AUSTIN

WWE U.S. champion The Miz is setting lofty goals for himself in WWE that don't just include a possible WWE Title run down the line, but achieving the level of success attributable to "Stone Cold" Steve Austin, The Rock, Hulk Hogan, and Ric Flair.

"I obviously respect him [Flair] and I watched him growing up as a kid but now I'm looking at that like 'I want their spot.' I want to be remembered as a legend in the WWE," Miz said on this week's conference call with Jerry Springer to promote Raw on Monday.

Miz added: "I don't want to just be the World Champion, or the WWE Champion. I want to be the poster child for WWE and wrestling. Just like Ric Flair, Hulk Hogan, The Rock, Stone Cold Steve Austin. I want to be in those names. So to see those names in highlights and on marquees still is incredible to me. But I want their spot."

Miz said he considers himself the biggest up-and-comer in WWE, along with WWE champion Sheamus and Evan Bourne, who he called the next Rey Mysterio.

"I think I'm the biggest up and comer right now. I mean obviously Sheamus is doing incredible right now because he is WWE Champion and he did it quicker than anyone I've ever seen do it," Miz said.

"Evan Bourne is like the new Rey Mysterio. He has an incredible mind in and outside the ring. It's not all about John Cena, DX and The Undertaker anymore. It's all about the new up and comers."

## RAW OFF-AIR HAPPENINGS

Monday, Feb. 15 in Des Moines, Iowa, besides what aired live on USA Network, PWTorch reader Edward Reisinger sent the following details:

Dark Match: Jack Swagger defeated a jobber (I forgot his name) with his Gutwrench Powerbomb. The unknown wrestler got little to no offense.

In matches taped for Superstars, Evan Bourne & Primo beat Chavo Guerrero & Carlito when Bourne hit his Shooting Star Press. Bourne and Chavo got most of the offense. Primo seemed like a jobber and had almost no offense until he nailed Carlito with Carlito's Backstabber to get him out of the ring so Bourne could beat Chavo. And Gail Kim beat Katie Lea Burchill with her Pull Back Boot. Match was pretty good.

After Raw went off the air, I didn't think that we were going to get the advertised WWE Title match between John Cena and Sheamus because both of them were in separate matches on Raw and we haven't got our advertised match on the last two TV tapings, but they delivered it. Sheamus got on the microphone after Raw went off the air and said that if Cena wants his WWE Title match, he can have it right now.

Post-Raw Dark Match: John Cena beat WWE champion Sheamus via DQ, Sheamus retained the WWE Title. It was the same finish that happened when Cena got his re-match vs. Sheamus after Sheamus beat him for the title where Cena won by DQ because Sheamus shoved the ref.

## WWE NOTEBOOK

Bret Hart says there's one big missing piece from his current program on WWE TV with Vince McMahon—Jim Ross calling the action. "As far as the WWE goes, all I can say is where the heck is Jim Ross? With everything that has transpired in my three appearances on Raw, it's too bad he hasn't been there to call it," Hart said on his Facebook page. "There's nobody that calls it the way Jim Ross calls it and that's the bottom line because I say so"…

Next week's WWE Raw guest host Jerry Springer says he agreed to guest host an episode of Raw because he was drinking at the time. WWE wrestler The Miz and Springer, who guest hosts next week, were on a conference call to promote Raw when Springer was asked what made him decide to guest host. "I was drinking! Someone asked and I said, 'Yeah,'" Springer said. "I was a fan of wrestling more so when I was a kid. I would always watch wrestling. We would watch it and play it." Springer said he's not familiar with the current WWE product, but he appreciates the entertainment aspect of WWE's product and the highly-trained athletes on the show. "I haven't seen that much recently, though I know about it. I'm looking forward to doing it though you know how opposed I am to fighting on television," Springer said. "These are all professionally trained people. You have that. Other than that, entertainment is entertainment whether you're an athlete or a singer. You have your moment when you're on stage, or in a ring, or on a ballfield. It's that moment where you have to be really, really focused. You have to perform"…

# WWE NEWS/NOTES/ANALYSIS

Rob Van Dam announced last week that his "Wrong Side of Town" straight–to–DVD action movie will be released on February 23. RVD made the announcement on the "Between the Ropes" radio show and cut a promo on Lionsgate for featuring WWE wrestler Batista instead of him on the DVD box cover. "I thought it was my movie. The movie was written for me, I was there for three weeks, filmed every day except for one day, they came out with the DVD box cover and, oh my God, I didn't realize Batista is the star of it!," RVD said sarcastically. RVD vented that he was told this was a platform for him to transition into being an action star, but Lionsgate pushed him to the background on the DVD cover. "I was completely confused. They said this was like a vehicle for me to go into these other action movies and, yeah, Batista is the star. He was there for two days," RVD said. "I feel like Lionsgate pulled the carpet out from underneath my feet when I was looking. Hopefully when you watch it, I'm still starring in it"…

WWE wrestler Chris Jericho announced that his "Fozzy" rock band will be doing a U.K. tour in May with four shows currently scheduled. "Fozzy" will be in Glasgow, Scotland on May 13, Nottingham on May 14, and two shows in London on May 15. Ticket information has not been announced yet. Jericho's group released its "Chasing the Grail" album last week and Jericho has been heavily promoting the album in the U.S. for two weeks…

WWE wrestler John Cena took a shot at Hulk Hogan during a live chat on WWE's website Monday night that was meant to get a reaction out of WWE fans. Cena was asked whether he would like to wrestle Hulk Hogan, who is currently working for TNA, and Cena responded: "Yes. I just don't think that's going to happen right now. He's too busy wasting his time." In the same live chat, Cena said the name of his new movie also starring Patricia Clarkson and Danny Glover will be called "Legendary." The working title has been "Brother's Keeper," although WWE has not officially confirmed a name change. Cena said he will be recording a song for the movie along with Freddy Foxxx (Bumpy Knuckles), who collaborated with Cena on his first rap album. Cena also half–jokingly said he would like to face "The Rock" Dwayne Johnson at WrestleMania 26. On the chat, WWE.com editor Joey Styles quipped, "John's new movie will be better than "The Tooth Fairy""…

Officials in Vancouver, B.C., Canada have organized a committee seeking a WWE WrestleMania bid in 2013 or 2014, which would be WrestleMania 29 or 30. Vancouver is the site of the 2010 Winter Olympics that begins on Friday, Feb. 12. The city also draws tremendous entertainment dollars with many big–budget and independent movies filmed locally. One potential venue in Vancouver would be the BC Place Dome, which can fit 60,000 people. BC Place will be the official venue for the 2010 Winter Olympics Opening and Closing Ceremonies. Since running WrestleManias 20–22 in sports arenas in New York City, Los Angeles, and Chicago, respectively, WWE has booked much–larger NFL–sized stadiums such as Ford Field (WM23), the Citrus Bowl (WM24), Reliant Stadium (WM25), Univ. of Phoenix Stadium this year (WM26), and the Georgia Dome (WM27) next year…

Recently released WWE wrestler Eric Escobar saved face in Puerto Rico with a promo talking down about the WWE backstage atmosphere and saying he left WWE in January on good terms with the door open for his return. Escobar recently cut a promo on TV saying he wasn't told he would be paired with Vickie Guerrero on TV as her new boyfriend until John Cena gave him a heads up. Escobar also described WWE as "disorganized" behind–the–scenes. Escobar equated it to a house where the mother wanted one thing, the father wanted something else, and the kids wanting another thing. He did say he was treated fair while in WWE before he was released from his contract…

WWE wrestler Chris Jericho's band "Fozzy" will be performing at Club Red in Tempe, Ariz. on Friday, March 26 during WrestleMania 26 weekend. "Fozzy" will be playing alongside the rock band "RAZER," which recently released their latest album "Dark Devotion." Jericho's band will be promoting their "Chasing the Grail" album…

WWE held a press conference in Tokyo, Japan a week ago Sunday to officially induct Antonio Inoki into the 2010 WWE Hall of Fame class. WWE presented Inoki with a certificate and Inoki said he would fly to the Hall of Fame ceremony in Phoenix. He also said he would appear at WrestleMania 26 the following night. Ted DiBiase was the first Hall of Fame inductee officially recognized on WWE TV last night on Raw…

The second hour of last week's WWE Raw landed the top spot in the last week's cable TV rankings. Bret Hart's return to TV helped WWE draw 5.56 million viewers in the second hour, which topped Spongebob Squarepants on Nickelodeon with 5.52 million viewers. The first hour of Raw scored the #4 ranking for the week with 5.02 million viewers. The top 11 ranked shows of the week and 14 out of the top 15 were either on USA Network on Nickelodeon…

Recently released WWE wrestler Tommy Dreamer posted a new blog on WWE's fan page sharing his first thoughts on the end of WWE's version of ECW. He was positive and upbeat for the most part. "Some people are happy, some people are sad about ECW going off the air. The Original die hard ECW fans knew it wasn't the same," Dreamer said. "That Original ECW was a magical time in wrestling and can never be duplicated. … I think the new ECW had some great expectations, but had some extreme shoes to fill in. Let us not pass negative judgment on the show. As a fan I have enjoyed many moments of ECW TV (except for anything involving Abraham Washington or Koslov no offense)." Dreamer looked at the positive impact WWE's version of ECW had on WWE's current roster by helping create new stars and reviving other wrestlers's careers. "So all should not be so negative and as I always say appreciate what you have because one day it may be gone," he said…

WWE has an eight–city, four–day tour of Canada scheduled for the middle of May 2010 that includes a live Raw TV taping from Toronto. The tour includes a double–shot for the Smackdown brand on Sunday, May 16 with a matinee and evening show in New Brunswick. Tickets for the tour go on–sale in March. The following is a list dates: 5/14 Raw house show in Barrie, Ont., 5/15 Raw house show in Kingston, Ont., 5/15 SD/ECW house show in Halifax, N.S., 5/16 Raw house show in London, Ont., 5/16 SD/ECW house show in Moncton, N.B., 5/16 SD/ECW house show in St. John, N.B., 5/17 Raw TV live in Toronto, Ont., 5/18 Smackdown TV taping in Ottawa, Ont…

Bay News 9 in Tampa, Fla. filed a video report on Jack Brisco's funeral held in Tampa with footage of colleagues from the wrestling industry such as Terry Funk, Dusty Rhodes, WWE wrestler Edge (Adam Copeland), Pat Patterson, and WWE Hall of Fame announcer Jim Ross shown on–camera in attendance. A portion of Ross's eulogy for Jack Brisco was shown, which is one of the first times Ross has been seen on–camera since suffering his third Bell's Palsey attack in late 2009…

ESPN.com gave WWE some press this morning covering Jerry Springer guest–hosting WWE Raw tonight. The report included numerous mentions to the divas, including hope for nudity based on Springer hosting the show tonight. Reporter Jerry Greene said: "Two thoughts immediately come to mind. Will there be nudity and even more violence than usual?" Later in the story: "Well, okay, back to the nudity. The WWE has some lovely divas." The report included Jerry Springer quoted on WWE being more "kid–friendly" to shoot down the ESPN reporter's fantasy. "They're really concentrating on going kid–friendly, you know, family–friendly, so I don't think there'll be anything like that. I really don't," Springer said…

WWE Women's champion Mickie James will be making her live country music debut next Monday, February 22 in Nashville, Tenn. at the "W.O. Music School's Dustin Wells Gift of Music" concert. Mickie will be performing at the Wildhorse Saloon, which is where TNA runs their annual charity wrestling show with the Tennessee Titans. She will be joined by big country names such as Rascal Flatts, Kellie Pickler, and Jason Michael Carroll…

This week's WWE Raw guest host Carl Edwards talked to USA Today about guest–hosting Raw and he revealed the back–flip off the top rope to start Raw was his first live back–flip since a foot injury in September 2009. "That was the first back–flip I've done since I broke my foot and it went well," Edwards said. "Did five or six of them in practice and it was good." Edwards, whose gimmick is doing a back–flip off his NASCAR vehicle after winning a race, was asked if his team owner Jack Roush had restrictions on him doing outside work that could affect his driving. "I negotiate my contract, so I make sure there's nothing like that in there," Edwards said. "Jack's real simple: If you can't race, you aren't going to get paid, so do what you like. I don't know if he saw the WWE thing, so if we can keep that between us and the 6 million viewers that would be great"…

Former WWE wrestler Tommy Dreamer was scheduled to return to the ring for ACE Pro Wrestling tonight in Union City, New Jersey last Saturday night. Dreamer was listed for the main event against ACE Hvt. champion Mo Sexton in an Extreme Rules match. Also on the line–up was former Ring of Honor wrestler Dan Maff…

Jerry Lawler, the cohost of the top rated weekly

## WWE News/Notes/Analysis

cable series WWE Raw, says he likes MMA so much, he's promoting amateur MMA events in the Mid–South region of the U.S. He was guest ring announcer for last month's amateur MMA event in Minglewood, Tenn. promoted by Jimmy Williams of Soutern Fighting Championship and Cage Assault. Curtis Tate vs. Crunchy Miller headlined the show. Williams plans to promote the events monthly at the Minglewood Hall. "It's something that certainly appeals to me," Lawler told the Memphis Commercial–Appeal last month. "It's a mixture of the wrestling, the boxing, the martial arts, and kickboxing. It's an exciting sport and we have a lot of young athletes in the Tennessee, Mississippi, and Arkansas area. This is going to give them an opportunity to see how good they are and to let everybody else see how good they are." MMA received a boost in perception among media and non–fans in the Memphis area after UFC 107 drew 14,000 fans at FedExForum…

### WWE TV & HOUSE SHOW RESULTS

2/13 SD/ECW house show (San Jose, Costa Rica): (1) John Morrison & Matt Hardy beat Hart Dynasty (Tyson Kidd & D.H. Smith w/Natalya). … (2) Beth Phoenix beat Michelle McCool. … (3) ECW champion Christian & Goldust beat Ezekiel Jackson & Zack Ryder (w/Rosa Mendes). … (4) C.M. Punk (w/Luke Gallows) beat R–Truth. … (5) Intercontinental champion Drew McIntyre vs. Kane ended in a No Contest. … (6) Rey Mysterio beat Chris Jericho. … (7) World Hvt. champion The Undertaker beat Batista to retain the World Title.

2/13 Raw house show (Madison, Wis.): (1) Chris Masters beat Carlito. … (2) U.S. champion The Miz beat Kofi Kingston and MVP to retain the U.S. Title. … (3) Yoshi Tatsu beat William Regal. … (4) Evan Bourne beat Chavo Guerrero. … (5) DX (Shawn Michaels & Triple H) beat Legacy (Ted DiBiase, Jr. & Cody Rhodes). … (6) Bella Twins & Gail Kim beat Maryse & Jillian Hall & Alicia Fox in a six-divas tag match with Santino Marella as special referee. … (7) Mark Henry beat Jack Swagger. … (8) John Cena beat WWE champion Sheamus to retain the WWE Title.

2/12 SD/ECW house show (Guayaquil, Ecuador): (1) Matt Hardy & R–Truth beat The Hart Dynasty (Tyson Kidd & D.H. Smith w/Natalya). … (2) Goldust beat Zack Ryder (w/Rosa Mendes). … (3) Beth Phoenix beat Michelle McCool. … (4) ECW champion Christian beat Ezekiel Jackson to retain the ECW Title. … (5) Kane beat C.M. Punk (w/Luke Gallows). … (6) Intercontinental champion Drew McIntyre beat John Morrison to retain the Intercontinental Title. … (7) Rey Mysterio beat Chris Jericho. … (8) World Hvt. champion The Undertaker beat Batista to retain the World Hvt. Title.

2/11 Smackdown house show (Quito, Ecuador): (1) John Morrison & Matt Hardy beat Hart Dynasty (Tyson Kidd & D.H. Smith w/Natalya). … (2) Goldust beat Zack Ryder (w/Rosa Mendes). … (3) Michelle McCool beat Beth Phoenix. … (4) Intercontinental champion Drew McIntyre vs. Kane ended in a No Contest. … (5) ECW champion Christian beat Ezekiel Jackson. … (6) C.M. Punk (w/Luke Gallows) beat R–Truth. … (7) World Hvt. champion The Undertaker & Rey Mysterio beat Batista & Chris Jericho.

2/11 Superstars on WGN (Lafayette & Baton Rouge): (1) Jack Swagger beat Santino Marella. … (2) ECW champion Christian beat Zack Ryder (w/Rosa Mendes). … (3) Dolph Ziggler beat JTG.

2/9 ECW TV on Syfy (Baton Rouge, La.): (1) Yoshi Tatsu & Goldust beat Trent Barreta & Caylen Croft in a #1 contender match for the Unified tag titles. … (2) Ezekiel Jackson (w/William Regal) beat Perry Wallace. (3) Shelton Benjamin beat Vance Archer in a No DQ, No Count-out match.

2/8 Raw live on USA Network (Lafayette, La.): (1) WWE champion Sheamus beat ECW champion Christian. … (2) U.S. champion The Miz & Big Show beat Unified tag champions DX (Shawn Michaels & Triple H) and C.M. Punk & Luke Gallows (w/Serena) in a three–team Elimination match to capture the Unified tag titles. … (3) Gail Kim beat Jillian Hall. … (4) Cody Rhodes beat Randy Orton. … John Cena vs. Ted DiBiase did not happen. … Bret Hart attacked Vince McMahon after a McMahon–Cena exchange to close Raw. …

2/7 Supershow (Lake Charles, La.): (1) Chris Masters beat Tyler Reks. … (2) Legacy (Cody Rhodes & Ted DiBiase) beat Evan Bourne & Mark Henry. … (3) Bella Twins & Gail Kim beat Maryse & Alicia Fox & Katie Lea Burchill. … (4) John Morrison beat C.M. Punk. … (5) Intercontinental champion Drew McIntyre vs. Kane ended in a No Contest. … (6) ECW champion Christian beat Ezekiel Jackson. … (7) Jack Swagger beat Santino Marella. … (8) U.S. champion The Miz beat Kofi Kingston, Carlito, and MVP in a four–way match. … (9) John Cena & Rey Mysterio beat WWE champion Sheamus & Randy Orton.

2/6 SD/ECW house show (Waco, Tex.): (1) Kane beat Mike Knox. … (2) Goldust & Kozlov beat William Regal & Tyler Reks. … (3) Women's champion Mickie James beat Michelle McCool with Beth Phoenix as special referee. … (4) Cryme Tyme (Shad Gaspard & JTG) & Maria beat Hart Dynasty (Tyson Kidd & D.H. Smith & Natalya) in a six-person tag match. … (5) Matt Hardy beat Finlay. … (6) Intercontinental champion Drew McIntyre beat R–Truth and John Morrison in a three–way match. … (7) ECW champion Christian beat Ezekiel Jackson. … (8) Rey Mysterio beat C.M. Punk.

2/6 Raw house show (Alexandria, La.): (1) Chris Masters beat Carlito. … (2) Jack Swagger beat Santino Marella. … (3) Paul Burchill beat Johnny Curtis. … (4) U.S. champion The Miz beat MVP. … (5) Bella Twins & Gail Kim beat Maryse & Katie Lea Burchill & Alicia Fox. … (6) Legacy (Cody Rhodes & Ted DiBiase) beat Mark Henry & Evan Bourne. … (7) Randy Orton beat Kofi Kingston. … (8) John Cena beat WWE champion Sheamus via DQ, Sheamus retained the WWE Title.

2/4 Superstars on WGN (Nashville & Memphis): (1) Alicia Fox & Katie Lea Burchill beat Kelly Kelly & Eve. … (2) Evan Bourne beat Carlito. … (3) John Morrison & Matt Hardy & Great Khali beat IC champion Drew McIntyre & Hart Dynasty (Tyson Kidd & D.H. Smith w/Natalya) in a six–man tag match.

2/2 ECW TV on Syfy (Memphis, Tenn.): (1) Vance Archer beat Shelton Benjamin. … (2) Yoshi Tatsu beat Trent Barreta. … Vince McMahon announced the end of the ECW brand. … (3) ECW champion Christian beat Zack Ryder via DQ. …

1/30 Supershow (Macon, Ga.): (1) Yoshi Tatsu beat Zack Ryder. … (2) Intercontinental champion Drew McIntyre beat John Morrison to retain the IC Title. … (3) Bella Twins beat Natalya & Layla. … (4) Finlay beat Tyler Reks. … (5) U.S. champion The Miz beat MVP to retain the U.S. Title. … (6) ECW champion Christian beat Ezekiel Jackson to retain the ECW Title. … (7) Big Show beat Mark Henry. … (8) Unified tag champions DX (Shawn Michaels & Triple H) & Kofi Kingston beat Randy Orton & Legacy (Cody Rhodes & Ted DiBiase). … (9) John Cena beat WWE champion Sheamus via DQ; Sheamus retained the WWE Title.

1/28 Superstars on WGN (Columbus & Cincinnati): (1) Bella Twins beat Katie Lea Burchill & Jillian Hall. … (2) Chris Masters (w/Eve) beat Chavo Guerrero and Primo Colon in a three–way Royal Rumble qualifying match. … (3) D.H. Smith (w/Tyson Kidd and Natalya) beat Matt Hardy (w/Great Khali and Ranjin Singh).

1/26 ECW TV on Syfy (Cincinnati, Ohio): (1) Ezekiel Jackson & William Regal beat ECW champion Christian & Kane. … (2) Yoshi Tatsu & Goldust & The Hurricane beat Zack Ryder (w/Rosa Mendes) & Caylen Croft & Trent Barreta.

1/24 SD/ECW house show (Cleveland, Ohio): (1) Intercontinental champion Drew McIntyre beat Matt Hardy, R–Truth, and John Morrison in a four–way match to retain the IC Title. … (2) Mickie James & Maria beat Beth Phoenix & Layla. … (3) Tyler Reks beat Goldust. … (4) Hart Dynasty (D.H. Smith & Tyson Kidd w/Natalya) beat Jimmy Wang Yang & Slam Master J. … (5) ECW champion Christian beat Ezekiel Jackson to retain the ECW Title. … (6) Finlay beat Dolph Ziggler. … (7) Rey Mysterio & Kane beat C.M. Punk and Luke Gallows. … (8) Unified tag champion Triple H beat Chris Jericho.

1/24 Raw house show (Champaign, Ill.): (1) Yoshi Tatsu beat Zack Ryder. … (2) Chris Masters beat Johnny Curtis via submission. … (3) Mark Henry & Evan Bourne beat Legacy (Cody Rhodes & Ted DiBiase). … (4) U.S. champion The Miz beat Primo, Carlito, and MVP in a four–way match to retain the U.S. Title. … (5) Gail Kim & Bella Twins beat Maryse & Jillian Hall & Alicia Fox in a six-divas tag match with Santino as guest referee. … (6) Big Show beat Jack Swagger in an over–the–top-rope challenge. … (7) Randy Orton beat Kofi Kingston. … (8) John Cena beat WWE champion Sheamus via DQ; Sheamus retained the WWE Title.

1/23 SD/ECW house show (Hammond, Ind.): (1) R–Truth beat Dolph Ziggler. … (2) Hart Dynasty (Tyson Kidd & D.H. Smith w/Natalya) beat Jimmy Wang Yang & Slam Master J. … (3) Tyler Reks beat Goldust. … (4) Mickie James & Maria beat Beth Phoenix & Layla. … (5) Matt Hardy beat Finlay. … (6) ECW champion Christian beat Ezekiel Jackson to retain the ECW Title. … (7) Intercontinental champion Drew McIntyre beat John Morrison to retain the IC Title. … (8) Rey Mysterio & Kane beat Chris Jericho & C.M. Punk (w/Luke Gallows).

1/23 Raw house show (Evansville, Ind.): (1) Yoshi Tatsu beat Zack Ryder. … (2) Mark Henry beat Jack Swagger in an over–the–top-rope challenge. … (3) Legacy (Cody Rhodes & Ted DiBiase) beat Primo & Evan Bourne. … (4) Chris Masters beat Johnny Curtis. … (5) U.S. champion The Miz beat MVP and Carlito in a three–way match to retain the U.S. Title. … (6) Bella Twins & Gail Kim beat Maryse & Alicia Fox & Jillian Hall. … (7) Randy Orton beat Kofi Kingston. … (8) Triple H beat Big Show in a Street Fight. … (9) John Cena beat WWE champion Sheamus via DQ; Sheamus retained the WWE Title.

1/22 Raw house show (Cape Girardeau, Mo.): (1) Yoshi Tatsu beat Zack Ryder. … (2) Legacy (Cody Rhodes & Ted DiBiase) beat Evan Bourne & Mark Henry. Rhodes pinned Bourne. … (3) Primo beat Johnny Curtis. … (4) U.S. champion The Miz beat MVP, Jack Swagger, and Carlito in a four–way to retain the U.S. Title. … (5) Gail Kim & Bella Twins beat Maryse & Alicia Fox & Jillian Hall in a six–divas tag match with Santino Marella as guest referee. … (6) Big Show beat Chris Masters (w/Eve). … (7) Randy Orton beat Kofi Kingston. … (8) John Cena beat WWE champion Sheamus via DQ, Sheamus retained the WWE Title.

## TNA PRESS CONFERENCE REPORT

TNA held a press conference to detail news already reported in cable trade publications and pro wrestling websites earlier that day—confirmation that they were moving from Thursdays to Mondays starting March 8.

After a 13–minute delay past the announced start time, the press conference began airing online with Mike Tenay inside the Impact Zone to make a "monumental" announcement. Tenay turned it to TNA president Dixie Carter. Cue up TNA theme music to bring out Carter from the entrance tunnel.

Carter recapped the TNA history with the usual items about the "impossible dream" and outlasting critics giving TNA six months to exist. Carter then transitioned to talking about Impact moving to Monday nights starting March 8. The show will air at 9:00 p.m. EST/PST. She said it's no coincidence there was a lot of buzz and attention on TNA starting four months ago when Hulk Hogan made the TNA announcement. Carter talked about Hogan saying TNA needed that "little bit of rocket fuel" to go to the next level. She then introduced "the pop icon" Hulk Hogan.

Hogan came out through the entrance tunnel doing his NWO entrance. Hogan said he's been around the block a couple times in the business, but he had no idea things would go so fast to be making this big announcement. Hogan said they're getting more momentum with each passing TV taping. He said he's never been around such a positive environment. He said this is bigger than any wrestling moment of his career.

"Just when I thought things had leveled out and Hulk Hogan and my career had peaked, we're going ready—and we are—making history," Hogan said. "Things from this day forward are changing like they've never changed before."

Hogan said the "old barbaric wrestling mentality" is gone in the locker room. Hogan thanked Dixie, Bob Carter in Texas, and the TNA staff for putting in the hard work ahead of him allowing him to come in now. Hogan said it's no agenda and one team "positive vibration" going forward. He talked up TNA being on a roll.

A media member asked how long this will be going on with Spike TV. Carter said this will be forever. They have no plans to do anything else, she said. Carter said they will be going live on Monday, March 8 and taping some episodes and being live with others.

Brian Fritz asked why not stagger the timeslot vs. WWE Raw. Carter said they could have done either one and they can tweak it later on, but they wanted to do this to start with. Hogan said from a wrestler's POV, if you want to prove you're the best and want to get in a fight, then you want to make the fans make the choice. Hogan said the network and Carter's motivation could change to tweak the timeslot, but wrestlers want to fight.

Another question on being part of the first Monday Night Wars. Hogan said they were across the street at Disney with WCW and within six months, they were dominant and controlling wrestling. Hogan said he doesn't think the same outcome will happen. Hogan said they are going to win the war, but it's not a competition anymore. He said the company has a better product and talent. He said this company is better at everything they do. If it is a war, they want to show they're the better company with the better product. Carter said a War is fought over a long period of time. She said their goals have not changed from the beginning to grow the company slow and steady. Carter said they set their target on "their competitor's" third–rated show and now they're aiming for the second–rated show.

Another question on going three hours. Carter said there were no talks to take Impact three hours. She said there are talks of additional TNA programming, but not Impact going two hours.

Fritz asked what kind of reaction from WWE and Vince McMahon. Hogan said he expects no reaction because WWE doesn't acknowledge them because they "live in their own world up there." Hogan said the inside scoop from the wrestlers is they're cheering TNA on. He said there's nowhere to go outside of WWE without TNA and it opens up the world for the talent. Hogan said the corporate–side is panicking. "That's the scoop," Hogan said.

Carter was asked about ratings goals from Spike. Carter said they'll continue to grow and strive for growth like they did on Thursday nights. Carter said the real winners are the wrestling fans looking for a reason to be a wrestling fan again or to grab new wrestling fans. Carter said she wants people to be proud to be a fan.

Tenay wrapped up the conference, but Hogan interrupted. Hogan said TNA is like church where people love to go to church. He said he used to go to work in another place where it was the longest day of his life. "An hour was a year," he said. Hogan said the benchmarks for success aren't there and TNA is raising the bar so much that he doesn't want to predict anything. He talked about the energy in the building and he's hanging on for the ride surrounded by young guys with energy. "This thing's happening fast and I'm just really happy to be here," Hogan said with a smile.

Tenay wrapped up the press conference at 3:00 p.m. EST and plugged Impact on Thursday night before Impact moves to Monday nights on March 8.

## PRESS RELEASE ON MONDAY TNA IMPACT

TNA issued an official press release on Impact moving to Monday nights with confirmation of the every–other–week live TV schedule beginning March 8.

One interesting item in the press release was Spike TV president Kevin Kay pointing to the end of the NFL season giving TNA an opening to grab viewers on Monday night opposite WWE Raw.

"With NFL Football off the television schedule and with "TNA Impact's" expanding roster of top wrestling talent, we see this as an opportunity to tap into the millions of wrestling fans on Monday nights," said Kay.

*Caldwell's Analysis: TNA has six months to hook, sell, and keep viewers who are flipping back to wrestling on Monday nights without NFL football on ESPN. So, at least there is a target goal for TNA to try to build an audience over the spring and summer. WWE's mistake over the past few years has been hitting that "post–WrestleMania lull season" where the product isn't as strong and viewers begin to look forward to the NFL returning on Monday nights. TNA's objective is clear starting March 8.*

## BISCHOFF COMMENTS ON MOVE TO MONDAYS

TNA "creative team executive" Eric Bischoff commented on Twitter early Monday morning about going head–to–head with WWE Raw. "Head to head. I love it. For a guy that would rather fight than…., I want to thank TNA and all the people behind the company. Let's fight!" Bischoff said.

Bischoff echoed similar, more corporate–friendly sentiments in an interview with Variety about trying to be on the same battlefield as WWE on Monday nights. "This is a great opportunity for TNA to step up and get noticed and showcase their product. I've said since the moment I started talking to Dixie (Carter), in my opinion we should go head–to–head with Monday Night Raw," Bischoff said. To me, it's a battlefield — and to win the battle, you have to be on the battlefield."

## WWE SAYS ITS NOT CONCERNED ABOUT IMPACT ON MONDAYS

WWE spokesman Robert Zimmerman told Variety that WWE is not concerned about TNA Impact moving to Monday nights starting March 8.

"We're not too concerned," Robert Zimmerman said. "We're in good shape."

The Hollywood Reporter included an additional quote, apparently from Zimmerman or another WWE spokesman.

"It's somewhat of a different audience," said a WWE spokesperson. "On Monday nights we're one of the top cable shows. We're focusing on our new show for Syfy, 'NXT,' and 'Wrestlemania XXVI.'"

## SPIKE TV EXECUTIVE TALKS TNA

Spike TV executive Brian Diamond said last week that going live with TNA Impact was an eventual goal, but Spike and TNA are working to confirm "a variety of issues" before confirming the schedule.

"The taped programming we've done with TNA we've been very proud and pleased with, but live is something that obviously is a goal that we strive for," Diamond told Jim Varsallone of the Miami Herald. "At the end of the day, it works fine either way. There are a variety of issues that have to be resolved to go live on a regular basis. One of them is cost, and there are some logistics involved."

Diamond also defended keeping some shows taped, which could be part of the schedule of every–other week being live on Mondays. Diamond said they feel the post–produced shows on Thursday nights have been successful even without the "rush and exhilaration" of a live show.

"Using one of our other properties as an example, the Ultimate Fighter is a pre–produced show, and our Fight Nights are live," he said. "At the end of the day, as long as you're putting out a strong product, it's fine either way."

Diamond said Spike has a very tight working relationship with TNA, down to the storylines and overall look and feel of the product. Spike has a vested interest in the product, as they pay a licensing fee to air TNA's product.

"We're very actively involved. It's a collaborative relationship. We work very closely together on how things are going to play out," Diamond said. "Having said that, they're the experts when it comes to wrestling. They know what works and what doesn't. In combination with our television expertise, it works really well."

Diamond also commented on Eric Bischoff proposing some potential TV ideas for additional programming with Spike. Diamond said nothing is confirmed yet. "Eric is just involved with us on the TV part. We've had various discussions with Jason (Hervey of Bischoff–Hervey Productions) and Eric

about programming ideas but nothing specific at this point and time," he said.

Varsallone asked: "It was listed that TNA would return to Monday night on a specific date in March, and then it was removed. Is that an accurate, inaccurate report?"

Diamond responded: "It's accurate that it went out. It's inaccurate as to the fact that there was a date. That was an error. There is nothing carved in stone at this point."

Diamond said the success of January 4 in TV ratings and incorporating Hulk Hogan into the TV product pushed them to move for a Monday show.

"It's something we're looking at right now. Obviously, the success of Jan. 4 lends itself to that, and after that success, it's making us take pause and consider that. As to when and how and where, that remains to be seen, but that result on Jan. 4 made us look at it and say, 'Maybe we're onto something,'" Diamond said.

## HOGAN ADMITS MISTAKES IN TNA, TALKS GOING AGAINST RAW

Hulk Hogan claims TNA isn't to the point yet of having a Monday night timeslot locked in with Spike TV, but he feels their "positive energy" every day that tells him they're getting closer to working out a deal.

Hogan is pulling back the reigns on what he said in January about wanting desperately to be on Monday nights after he says he's learned more about how the TV industry works.

"We're pushing hard for Mondays, trying to get there, a lot of variables, but it looks like it's much better than it did yesterday," Hogan said on the Monday Night Mayhem radio show yesterday. "I'm just starting to figure this crap out right now dealing with networks, ad sales, cross-overs, going to the top of the hours, quarter-hours."

Hogan said they've been "getting good news" for the last week as they push hard for Monday nights, but now he's shifting the heat to the "smart marks"—his scapegoat term the past week—for pushing for Monday nights.

"There's stuff that's already been scheduled, there's budgeting issues, there's shows for the new season, so it's not like 'Okay, let's go live on Monday nights.' Nothing is that easy. A lot of the fans, a lot of the 'smart marks' are saying 'we should go live Monday nights.' They have no idea what it entails, I'm just now having people sit me down after 30 years of wrestling and go 'Guy, you know what it's all about to work the match and be on the road.' Now you're dealing with the economy, the network, and the way the audience flips and changes the channel," Hogan said. "Right when you think you have it figured out what attracts the right demo, it starts to mold, and manipulate, and shape."

Hogan did admit TNA can't just "plug in the old NWO" and do the same storylines again like they did in WCW. He said they're learning from their mistakes a month into running TNA and figuring out how to present the product.

"It's not a cookie-cutter thing…you just lock down like you did when you ran against Vince (McMahon) with Ted Turner (in WCW). I thought that would work just to work it in and make a crack, but things are different than they two–three months ago because of the economy," Hogan said. "When you figure in the networks and the head of Viacom,

and they're watching the minute by minute numbers for 18–34 (year olds), it's not like you could just plug in the old NWO and do it like we did when we pushed Vince out. It's ever–changing moving parts, so we did learn from our mistakes; like when you get successful sometimes, you can get too full of yourself."

Hogan also gave a nod to the ratings dip this past Thursday on Impact when they lost approximately 350,000 viewers after the all–time ratings peak on Thursday nights on January 28.

"We have learned from our mistakes, and we are learning, almost like on the job training, because some of the stuff that worked two weeks ago, didn't work last week, so we're digging in and have our ears and eyes to the ground," he said.

## HOGAN ON WHY HE DOESN'T THINK HE SHOULD WRESTLE AGAIN

Hulk Hogan says he shouldn't be wrestling anymore, but he might be "crazy enough" to wrestle for TNA again despite back surgeries, hip replacements, and arthritis in his body. Hogan is also continuing to play his self–deprecation game to lower expectations if he does get in the ring down the line.

"I learned one thing about Australia (in November), and that is I shouldn't be in the ring anymore," Hogan said on the Monday Night Mayhem radio show yesterday. "I just needed to get out of the house, get in the ring, and feel that love and that crazy vibe even if I was dragging a leg or limping around. I found out in Australia that me wrestling in a ring is not the place to be, so if I (were) to wrestle in TNA, the hardest part of my night is walking down that ramp and staying straight–faced because my back, my hips, and legs hurt so much. If you really watch close, I'm doing a bit of a shuffle out there, so if I was crazy enough to wrestle in that ring, they might be using a broom and a dustpan to sweep me out the ring at the end of the match."

Hogan complemented TNA's roster by saying he doesn't feel the need to get in the ring to help TNA's business because he feels confident in the wrestlers the promotion already has.

"I'm not anticipating climbing back in the ring. I'm just getting excited working in the back with the guys. I always thought I was going to have to wrestle to make something happen, but TNA makes it happen because they have so much talent; I don't have to worry about wrestling."

Hogan continued: "Whenever I got into this thing, I was going 'Oh my god, how am I going to pull this thing off' without climbing in the ring and wrestling?,' because that's always been my safety net. No matter what people say about my work, no matter what thinks following my career, at the end of the day, whether you love me or hate me, I could always reach into the bag of tricks and put on the old yellow boots and pull a number (TV ratings or PPV buys)."

## HOGAN ON STYLES, SAMOA JOE'S PUSH, RUSSO, BROOKE HOGAN

Hulk Hogan talked a number of specific TNA subjects in his radio appearance on Monday Night Mayhem yesterday, including TNA needing to fix its marketing approach, giving a big push to Samoa Joe, challenging A.J. Styles to fit their vision, working with Vince Russo, and whether he wants Brooke Hogan in TNA. The following are key highlights.

•Hulk Hogan says there are certain things he doesn't agree with in TNA, but he says they're all

"fixable" and a matter of a difference of opinion. The specific item he mentioned was his vision for TNA running bigger house shows rather than smaller cities and smaller arenas. He also said TNA isn't marketing their shows properly in local areas.

"The things that I see that are wrong aren't really wrong; I just have a different opinion. I think we should be running hard on the road doing big arenas. I think we need to be in St. Louis doing chin–ups off the Arch during the day; then going to Madison Square Garden and walking down 5th Avenue stealing people's wallets," Hogan said. "Once we get our sea legs underneath us, we need to jump out of the nest and say we've arrived."

•Hogan said he's ready to rocket–ship Samoa Joe after Joe looked him in the eyes and told him he would do whatever it takes to make TNA grow. He also challenged A.J. Styles to step up and become a star as an example for the rest of the younger stars on the roster. Hogan says he wants those cross–over opportunities for the TNA wrestlers.

"I'm trying to do it (cross over) with A.J. Styles and I've got an idea for him that if he goes all the way with this voice trailed–off to other thoughts)… I asked Samoa Joe to do some really controversial things and Samoa Joe looked me in the eye and said, 'Whatever it takes.' Everybody thought I was going to kick Styles in the rear end and put the belt on Brutus Beefcake, I'm all about business, man. With A.J. Styles, we've handed him an opportunity. I don't want Jay Leno or Regis calling me anymore. I want them calling guys like A.J. Styles," Hogan said. "We're handing him the keys–to–the car. This is Dixie's hood ornament. If Styles goes all the way with it, it's possible. If he pulls up short on me or he doesn't want to do what we to do or lets his ego get in the way, then we're throwing it out. The only thing that's going to stop them from going on to greatness is their own ego or limitations or if they're afraid they're going to embarrass themselves. They got the talent, but they really have to roll with it and do whatever it takes—like Samoa Joe said—to raise this company to the next level. Otherwise, it's 'next.' I'll find someone else."

•Hogan said he hasn't read Vince Russo's new book talking about Bash at the Beach in WCW that led to a lawsuit between Hogan and Russo. Hogan said he's not going to talk bad about Russo and he might not get along with him, but he's all about business.

"My mother told me if you can't say something good, don't say nothing at all. Sometimes you have to look at the big picture, and sometimes if it get real nasty, you don't want to step in shiznit, you want to step over it. You don't want to piss down my back and say it's raining," Hogan said. "Because I'm getting along with TNA right now—I'm not saying I get along with Vince Russo and I'm not saying I get along with everybody—but the big picture is for me to make a left–handed, back–handed comment about this situation right now, I haven't read his book, and I didn't hear the radio interview. But all I know is if you're gonna tell the truth, you gotta tell all the truth, not just part of it, and that's all I'm gonna say."

•Hogan was also asked if his daughter, Brooke Hogan, will be joining TNA. "No, brother, I don't want to see her get in the wrestling business. Her just sitting in the crowd hanging out in the crowd is good enough for me. I don't want to see her crawling around half–naked on WWE. I don't want to see her getting chest–slapped or dropkicked by the Beautiful People. At the end of the day, I love Brooke to death and I wouldn't wish this life on anyone," Hogan said.

"To be in this business, you compromise comfort, a lot of things that I don't want to see her compromise. The guys in this business have distorted their bodies to achieve greatness and no, I don't want my daughter in the wrestling business. The real part of me, the father, does not want this for her."

## HOGAN RESPONDS TO CENA, MORE ON WWE, VINCE MCMAHON, UNIONS

Hulk Hogan talked a number of WWE–related subjects in his radio interview with Monday Night Mayhem yesterday. The following are highlights on Hogan talking Vince McMahon positive and negative, John Cena's jab at Hogan last week, TNA having Earl Hebner when WWE doesn't, and unions in pro wrestling.

•Hogan tossed out a quick story that he heard through the grapevine that WWE VP of Talent Relations John Laurinaitis contacted Earl Hebner's son (former Smackdown referee Brian Hebner) to referee a possible Bret Hart–vs. Shawn Michaels match at WrestleMania when that was a potential idea several weeks ago.

Hogan reiterated his remark from the "TNA State of the Union" interview on Bubba the Love Sponge's show that he believes TNA has a competitive advantage because they have Earl Hebner and WWE doesn't, which is why they did the "Who Screwed Who?" storyline with Kurt Angle two weeks ago.

•Hogan responded to John Cena's quote in a WWE chat last Monday about Hogan "wasting his time right now" in TNA.

"John's doing what he's gonna' do take care of his family and stay true to his paycheck," Hogan said. "We see John Cena all the time at the (Tampa Bay) Rays games. He's my boy, man. He's my boy doing what he has to do to cover his ass, brother. You never know, one day John Cena may be working for me. Vince McMahon could be working for me...who knows? You can never say never in this business."

•Hogan also talked positively and negatively about Vince McMahon. He talked positively about McMahon "keeping the business alive" seemingly to cover his bases in case he needs a payday from McMahon down the line. He talked negatively about McMahon's WWE product to promote TNA having what he believes is a better wrestling product.

"We're making good TV; we're not doing anything vindictive and learning that we don't want to put out the same product Vince has. We want to put out a better product. We don't want to compete with him because we do not want to do what he's doing. 'Too late and turned me off.' We're doing our own thing and doing it better than anyone else," Hogan said. "We have no malice toward anyone. I'll thank him (McMahon) day and night for keeping the business alive and keeping guys to where they can feed their business, but this is good for the business to have choices. We're not out here to hurt anyone. We just want to rock the house."

•Hogan again hyped TNA as the "place to be" for wrestlers, especially in WWE. He again claimed he has wrestlers calling him up feeling out the TNA scene and whether there's an opening. Hogan said he's looking for wrestlers who can help build TNA.

"Oh good God brother, telephone, telegraph, tell a wrestler! My phone's been ringing off the hook. I've got all kinds of people from the WWE calling me, wanting to hang out, wanting to talk, wanting to feel me out. This thing is really going down. I mean whether you like it or not, I'm not looking for the players like back in the day. When I was running, we had these crazy big contracts, these big money contracts, but times have changed," Hogan said. "At the end of the day, I'm looking for these guys who want to help me build a company. I'm looking for these guys that invest their hearts and their souls like Samoa Joe said, 'whatever it takes.' Like A.J. Styles said, 'whatever it takes, with no limitations.' Those are the type of guys I'm looking for to build this company and step in. Jeff Hardy, Rob Van Dam, if (John) Cena wants to play that game down the road, he can get real. Once the tide rises, then all the boats float. I'm looking for guys who can get real with me and not a bunch of posers."

•Hogan acted put off by a question about union protection in TNA, saying he's only been in TNA for a month and he needs to get "everyone up and running" before they cross that bridge. He played the self-deprecation card again that he's just trying to keep his job right now with the TV ratings up and down all the time.

"We're not any closer at all. I just want to keep my job. I've just been in business four weeks over here. I still can't figure out how to lace up the business shoes yet," Hogan said, sounding exasperated. "How am I going to start a union? How am I going to get health care? How am I going to get dental for the boys? I'm just trying to keep my job watching the ratings minute–by–minute. I'm hanging in there for dear life. Let me get down the road with this thing and get everybody up and running. Let's share the wealth. What would be better than having security for the guys and their kids and family? But, I need more than four weeks, brother."

## FLAIR WILL WRESTLE AGAIN—SOONER THAN LATER

Ric Flair says he will be wrestling in TNA "sooner than later." Flair wrestling again would be his first domestic match since "retiring" at WWE WrestleMania 24 against Shawn Michaels in 2008.

Flair answered, "yep," when asked by Virginian–Pilot newspaper reporter Lee Tolliver if he would be wrestling again.

"And probably sooner than later, much to my dismay," Flair added. "Things are happening quickly."

Flair also shed light on a future storyline feud with Hulk Hogan, which plays into what Hogan said in a radio interview two weeks ago that he wants to work with A.J. Styles on TV.

"The feud thing with Hogan will play out later," Flair said. "The storyline right now is that they've made all these changes to be competitive, and I'm just a part of that."

Flair was interviewed by the Virginian–Pilot to promote TNA's house show in Norfolk, Va. on Friday where Flair will be making his first house show date for TNA as A.J. Styles's manager against Kurt Angle.

"I just missed the business, and they created a very nice opportunity for me," said Flair. "I wasn't sure if it was something I wanted to do. But I'm a big fan of Kurt Angle, and working with Hulk Hogan in Australia really showed me how much I missed things."

## TNA ESTABLISHING RANKING SYSTEM

TNA will likely establish a ranking system for the heavyweight division similar to Ring of Honor's "Pick 6 Contender's Series" with the eight–man #1 contender tournament at the TNA Against All Odds PPV.

"We decided that the heavyweight division needed a ranking system," Eric Bischoff said on TNA's Before the Bell PPV preview. "There needed to be some order, some organization, and some reason that's justifiable to the wrestlers themselves and to the audience so that everyone understood when someone gets a title shot in TNA, they've earned it."

The #1 contender tournament at the PPV will determine the #1 ranking and the winner will receive a TNA World Title shot at the Lockdown PPV in April.

Four of the eight wrestlers have been added to the tournament—Mr. Anderson, Hernandez, Desmond Wolfe, and Kurt Angle. TNA will present qualifying matches on Thursday's Impact to determine more slots in the tournament.

TNA's "Before the Bell" PPV preview is teasing Abyss, Robert Roode, Matt Morgan, The Pope, Mick Foley, Eric Young, Orlando Jordan, Kevin Nash, and Jeff Jarrett as other possible entrants in the heavyweight division tournament.

The complete 30–minute preview is below with wrestlers on the roster talking in a sit–down interview setting about the PPV, especially TNA World champ A.J. Styles vs. Samoa Joe, the TNA roster, and Bischoff and Hulk Hogan's new regime.

## TAZ SOUNDS OFF ON ECW'S END, MICHAEL COLE, VINCE MCMAHON

TNA announcer Taz says he doesn't think most "wrestling purists" will remember WWE's version of the ECW when looking back at the history of ECW. He believes Paul Heyman's version will stand the test of time rather than the brand WWE created in their vision.

"Most true pro wrestling fans or purists will not remember ECW for being on Syfy, but ECW from the gritty days. That's what ECW is going to be remembered for," Taz said on the Between the Ropes radio show yesterday. "That's no disrespect for the ECW wrestlers that are in WWE. It's no disrespect to WWE. ECW was re-created in WWE's vision and now that it's dead and buried, people will remember ECW as a bunch of guys that nobody really wanted and Paul Heyman was a genius for using that as a motivation. There were times when our checks wouldn't clear and we'd still go out there and give 150 percent. That's good leadership, or we were a bunch of marks—one or the other. (laughs) I like to go with it was good motivation."

Taz was asked if there was a moment when he thought perhaps WWE was going to re-create the ECW brand as close to the original as possible. Taz says he did when their first show had a gritty, stripped-down production approach. He says when everything changed to a WWE–style show the next week, he foresaw ECW becoming a' Raw or Smackdown Lite show.

"I knew what we were doing was never going to replicate the original ECW. In the very beginning, I did think it was. I thought it was a chance," Taz said. "I kind of got the vibe that it didn't look like a high-end production that WWE wanted to align with, though."

Taz also talked about working for Vince McMahon as a broadcaster when McMahon is notorious for instructing announcers on exactly what to say on the air. Taz recalled a conversation with McMahon when he asked McMahon why he pays him to call wrestling if he can't give his own creative input.

"It's his show. I get that. It's cool," Taz said. "But why pay me all the money you pay me when you can get anyone who can understand English and speak it—which you can argue I'm not really speaking English either (laughs). I've even said it to Vince McMahon, 'You're getting all over me about something, but you can hire anyone to sit there and repeat what you say.' It's very hard to be creative and it's hard to be a performer and entertainer and have your own instincts in WWE."

At the end of the interview, Taz was asked how close he came to hosting a full–time radio show with current Raw announcer Michael Cole in the mid–2000s. Taz says he was actually close to leaving the business, but the deal fell through when Sirius radio hired a radio personality instead.

"If things would have worked out the way they almost did, which was super close, we probably wouldn't be having this interview right now because I wouldn't be in TNA. I almost left the wrestling business more than once to go to Sirius with Michael Cole and I," Taz said. "Cole kind of wanted to stay in WWE. I was ready to move on and do radio full–time. What happened was they had a guy who a lot more radio experience ended up getting the gig at Sirius. I had done a bunch of shows for CBS Radio here in New York and I was doing a solo show by myself. Then, I started hitting my stride after a couple of weeks and they killed the format. I was able to work for WWE while I was still doing the Free FM shows, so I learned a different respect for radio guys."

TNA announcer Taz says he has no desire to wrestle again after his so–called "bump card" ran out and wrestling a match isn't in his heart anymore. Taz says he even turned down some opportunities while in WWE to wrestle at Madison Square Garden in New York City.

"I had chances as a broadcaster to do some things in MSG with some decent–sized talent and I turned it down," Taz said on the Between the Ropes radio show yesterday. "I didn't want to go in the ring and be a shell of my former self. I do not miss being in the ring. I miss the rush of sometimes walking out in front of large crowds with my music blaring, but I don't miss having a match."

Taz says he's content being an announcer, especially in TNA where he says he looks forward to work rather than dreading it, which he says was the case in WWE. Taz echoed what most former WWE wrestlers, talent, or workers say when they join TNA.

"I'm being very sincere when I say I can't wait to go to work Sunday (calling the Against All Odds PPV). In WWE, toward the end, I didn't want to pack my bags and get on a plane and go to work. Now, I pack my bags two, three days before I have to go to work."

Taz also described his philosophy on being in the passenger seat while Mike Tenay is driving the TNA vehicle as a commentating team. He also talked about PPVs being easier to call than Impacts, which he joked can be quite a challenge at times trying to keep up with the storylines.

"PPVs are easy to call," he said. "Impact's a little more challenging. ... Especially some of our Impacts. (laughs) It's a little bit more involved!"

## SCOTT HALL TALKS ABOUT INTEREST IN TNA

TNA wrestler Scott Hall says he's scheduled for a run–in at the Against All Odds PPV on Sunday after last week's turn on Kevin Nash and working an angle with Hulk Hogan that will air tonight on Impact.

"I understand I'm doing some kind of run–in," Hall said on the In Your Head radio show on Wednesday night. "I haven't really been watching the show, but the last thing we taped was a couple weeks ago, I hit Kev. Then, I think it airs tomorrow (Thursday) where me and Kid (Sean Waltman) hit the ring and beat up Kurt (Angle) with brass knucks. Me and Kid are beating up Angle, then Hulk comes down and Hulk takes the knucks and hits me, then Kid. So, all I know is I'm in the mix right now. I don't know what's going on, but it's exciting."

Hall said he initially wasn't interested in joining TNA for the January 4 kick–off because he didn't have a great experience working for TNA before, but he felt wanted by Hogan and Eric Bischoff, so he agreed to join the company.

"I wasn't really interested at first. Then, Hulk called. I've been in this business a long time, but we ain't talking on the phone buds. My phone rang and it was Hulk Hogan. Then Eric Bischoff called and said, 'We need you one more time.' That's pretty flattering," Hall said.

Hall also said he's heard TNA is going to run on Monday nights every other month at first. "Spike TV is going to realize we need to go live every Monday and guess what Vince (McMahon), I've seen your show and it's not that good," Hall said in the first of many shots at McMahon.

## MICK FOLEY ON HIS PHYSICAL LIMITATIONS, WRESTLING PLANS

TNA wrestler Mick Foley acknowledged in an interview with Brian Fritz of Fanhouse.com that he's lowered the bar for what he's capable of in the ring due to physical limitations. He also said he doesn't expect to wrestle as many matches in 2010 as he did in 2009 when he pushed his body.

"A lot of that (lowering the standard) had to do with a really bad back injury I suffered two years ago and I had to accept that I can't live up to my old expectations. It's unrealistic and ultimately really unhealthy," Foley said. "I was surprised that I wrestled as actively as I did last year. ... There were some unique circumstances that kind of put me in the ring more often than I had planned on being there."

Foley said he's decided not to be as hard on himself for not being able to perform like he did in the 1990s and simply do what he can when called upon to wrestle in TNA.

"I used to put a lot of pressure on myself to be every bit as good as used to be and I have come to understand that's not physically possible any more," Foley said. "I think some fans have certain things they want to see in a match in order to declare it a good one and for those fans it will not. My match with Kurt (Angle) was not going to live up to that standard. But I think it was different. I tried things I hadn't done in 15 years or so and I think given that Kurt was injured and I have a litany of limitations, we did a pretty good job."

TNA wrestler Mick Foley says he agrees with some of the criticism that TNA's product can have too much going on at times to where it's difficult to follow.

"That's the product of working too hard sometimes," Foley told Brian Fritz for Fanhouse.com. "I think you'd rather have the work ethic and do too much than believe you can go into coast mode and

give the fans too little. I've always maintained that the success of the show is finding the right balance. Some weeks we do a better job than others but I think overall we're doing a lot better than we were a few years ago and I believe that formula is going to be tweaked and hopefully improved and perfected."

Foley also had an interesting quote that he hopes Hulk Hogan remains backstage helping the creative effort rather than stepping into the ring as a wrestler. Foley said Hogan would be susceptible to looking out for himself before the other wrestlers.

"I think it's difficult to fully capitalize on all of the tools available to someone if they are a current wrestler. It's just human nature that person is going to think of themselves usually to the detriment of other wrestlers in the company," Foley said. "So I think it's great that Hulk's on the sidelines looking in. I'd always heard he had a great mind for the business and I have been very impressed in the little bit of time I've known him."

Foley also went inside Ric Flair's mindset that Flair was concerned about being disloyal to WWE if he joined TNA. Foley equated WWE to the New York Yankees and TNA to the Minnesota Twins, saying the Yankees will recover and retool if they lose a big free agent to another baseball team.

"I had actually talked with Ric a little bit about coming in and there's so many guys that have such a deep respect for Vince McMahon and feel in a way they're being disloyal by coming to TNA," Foley said. "My message is to always reassure them that Vince is going to be just fine."

*Caldwell's Analysis: The match with Kevin Nash on Impact last Thursday was pretty rough and exposed the limitations for both Foley and Nash. The best option going forward is limiting Foley's exposure in the ring so that when he actually does wrestle, TNA can build it up effectively and it will have some meaning rather than continuing to reinforce to the audience that Foley isn't worth paying to see wrestle due to the obvious limitations.*

## FOLEY ON OLD STORYLINES, IDEA THAT VOCAL MINORITY WILL HATE

TNA wrestler Mick Foley acknowledged in an interview that TNA will have to vary their stories and not depend on "re–creating the Montreal Screwjob" as Eric Bischoff and Hulk Hogan build the current look and feel of the product.

"It's a danger. But I don't think the trap of being there is a bad thing. It's the challenge of not falling into that trap," Foley told Brian Fritz of Fanhouse.com in response to a question on whether TNA is "going back to the well too many times."

Foley said he has an idea for a storyline that he believes hardcore fans will "hate" because it's been done before.

"I have an idea in mind that I think will be tremendous but a very vocal minority will hate because they'll realize it's a retread of an idea that worked a long time ago," Foley said. "There's only so many ways you can get two guys to settle their differences in a wrestling ring. But by necessity we're going to need variations on old themes. That's just a fact."

*Caldwell's Analysis: I don't think the biggest issue is actually presenting "old stories" that seem like WWE or WCW knock–offs. The biggest issue is how the stories are presented. That needs to be distinguished. The inconsistencies with characters, alignments, who has good intentions, who has bad intentions, what's motivating people are the biggest flaws with the product. TNA needs to settle things*

# TNA News/Notes/Analysis

down, not feel like there has to be a "swerve" on every episode, and just tell stories that make sense to every viewer watching at home. You can't build an audience when you're alienating viewers at home—not necessarily with the use of a storyline from 12 years ago—but with unclear storylines, alignments, and motivations.

## RUSSO DEFENDS THE PACING OF HIS WRITING

TNA writer Vince Russo had plenty to say in defense of his writing style, why he writes fast-paced wrestling shows, and dealing with "paranoid" talent in an interview with Jim Varsallone of the Miami Herald promoting his new book. The following are some highlights from Russo's interview.

•Russo gave his philosophy on writing during the Monday Night Wars, which would carry over to a potential head-to-head battle between WWE and TNA on Monday nights. Russo also touched on his near-obsession with minute-by-minute TV ratings.

"When I was involved in the Monday Night Wars in the late 1990s, and we went head-to-head with WCW Monday Nitro, we literally wrote the show like the viewer at home was sitting there with the remote control in his hand, and he was begging you to give him the opportunity to change the channel," Russo said.

"That's literally how we wrote the show from minute to minute, making sure you didn't give anybody ten seconds to change that channel and go watch the competition," he said. "When you're head-to-head, every second counts. You literally have to treat every second like it's gold, and you have to go in it with the mind-set, 'If they click off my channel and watch the competition, they may not come back.' So, it's a completely different ball game."

Russo summed up his personal view: "There's no room for error. There's no experimenting. There's no trying new things."

Caldwell's Analysis: The last quote directly above captures why TNA Impact continues to resemble a replica of a late 1990s wrestling show rather than something new, different, or innovative to adjust to current entertainment/TV trends.

•Russo said he shouldn't be targeted for the majority of criticism that comes his way because he often times has a grand vision that's watered down with tweaks here and tweaks there to where it's no longer his vision.

Based on Russo's quotes below, you can almost see him criticizing Eric Bischoff and Hulk Hogan, as well as the wrestlers with their own input, for taking what he's written and editing out some of his ideas.

Hogan has not been shy about saying he's often-times told a wrestler to forget what's written and just "rock and roll," while Bischoff has said he's filtered out some of the writing and given it to Hogan for approval.

"A lot of that (criticism) really comes from a misunderstanding of what it is I do — just exactly what I do and do not have control over — and the obstacles that get in the way in doing what I do, because you're dealing with personalities, stars, celebrities," Russo said.

"A lot of times, when you write a story, which to the writer — being me — is the perfect story or the dream story, you take it to the talent/the personalities, and you've got to sell it to them. They're the ones who will be doing it," Russo said. "Then there's a little tweak here, a little tweak there and a little change there. All of a sudden, it's not the original story that you had in mind, but at the end of the day, you're getting criticized for everything because you're the writer. There are just so many elements that unless you do it, you can't understand it."

•Russo also said he deals with paranoia from the wrestlers in the locker room. Russo didn't specifically mention TNA having a locker room full of paranoid wrestlers, but he said it's inevitable wrestlers will walk around wondering if someone is going to try to mess with his or her career when everyone is fighting for a spot on the card.

Russo also interestingly shot down statements made by numerous TNA wrestlers and personalities who have publicly talked about TNA having a "team-first" mentality where everyone gets along to produce the best TV product.

"What you're dealing with in the wrestling business — and this is really where the problem occurs — the biggest issue I'm dealing with when it comes to talent is paranoia. The wrestling business was really built as these guys are independent contractors. So basically the way the business was set up 50 years ago was every man for himself. As independent contractors, each one was working for a spot," Russo said. "You still have that today, and that's the mentality you have today. There's no team environment, no matter what anyone tells you."

Russo continued: "Everybody's trying to get their spot. So with that comes the paranoia — the looking over my shoulder, the how is this guy going to screw me, how is the writer going to screw me. That's the biggest hurdle in working with talent."

Caldwell's Analysis: I just hit the tip of the iceberg on everything Russo had to say in the interview, so check it out (if you dare). After reading the entire interview, sometimes I wonder if Russo has ever heard the phrase "keep it simple." He talked a great deal about envying Hollywood TV writers because they get to write 22 weeks at a time before taking a break to digest each season while wrestling writers have to go, go, go 52 weeks a year. Wade Keller has used the following analogy before and I agree with it that Russo should be able to put each week's TV show on a 5x7 index card and that should be the show. Russo talks like TNA has to come up with elaborate scripts that detail everything down the minute. His stress level, the pace of the show, and the quality of wrestling would actually improve if TNA's writing team were to simplify the entire process down to a simple list.

## SAMOA JOE DEFENDS HALL ANGLE

In a TNA interview on the Hermie's Hotseat, TNA wrestler Samoa Joe defended his actions of calling out Scott Hall at the December 2007 "Turning Point PPV" when Hall no-showed. Joe said his viewpoint still applies in TNA two years later as TNA continues to bring in new stars.

Joe didn't name Hall or identify the incident from the Dec. '07 PPV, as Hermie made loose references to the story to introduce the topic, but Joe said he still stands by what he said.

"It was a statement that needed to be made. This is a company that can't have a lot of dead weight attached to it. You either come here to work or fight or get down or you don't come here at all," Joe said. "For the people that I was speaking about, I made it known

I wasn't here to play games and just be a TV star. I'm here for this company to be the very best and for me to be the very best."

Joe talked about "ruffling feathers" with TNA management at the time of his promo, which played into the work/shoot type of story that TNA was trying to promote at the time.

"If anything that I said out there you didn't find to be true, then maybe you don't need to be here because everything I said out there I still stand by," he said. "I apologized for the tone to some people because they may have taken offense, but at the same time, in their heart of hearts, they knew everything I said out there was absolutely true."

TNA timed the release of this week's Hermie's Hotseat to put Joe's name and face in front of their fans before TNA reintroduces Joe on TV leading to the Against All Odds PPV.

The interview to promote current storylines, and also with Joe talking a number of TNA subjects and a Ring of Honor name-drop by Hermie, is below.

## TNA NOTEBOOK

The New York City Metro newspaper featured a picture of Hogan and a headline "Hulksters in the Classroom?" on a story about a public school teacher in Queens being accused of telling a nine-year-old and ten-year-old student to wrestle in the classroom. According to the report, the teacher encouraged the fight and gave the students stories to explain the injuries to their parents and school nurse. The newspaper appears to be making an editorial statement on pro wrestling being linked to violence in public schools by including Hogan's likeness in the headline and lead photo. However, the report does not include any supporting evidence that pro wrestling on TV influenced the actions of the teacher and students in this specific instance. Apparently the newspaper was simply looking to catch their readers' attention using one of the most-recognizable names and faces in pro wrestling…

Former TNA wrestler Scott Steiner is now taking independent bookings through wrestling representative Bill Behrens. Steiner is also available for teaming with his brother, Rick Steiner, as the Steiner Brothers. Steiner officially left TNA at the end of January after not making appearances on TNA TV last month. FYI: Steiner is based out of Atlanta, Ga. and can be booked through Bill Behrens at showbis@aol.com…

TNA has removed Bobby Lashley's profile from their roster, which suggests Lashley is no longer with TNA.

TNA and inDemand have released official details and the PPV poster for TNA's all-X-Division "Destination X PPV" next month that coincidentally doesn't feature the current X Division champion, Doug Williams. The PPV poster focuses on former X Division champion Amazing Red and Daniels, who was in the TNA World Hvt. Title match on the December PPV. Also featured on the promotional poster are the Motor City Machineguns, Lethal Consequences, Suicide, Homicide, The Pope D'Angelo Dinero, and Kiyoshi. TNA has not announced the format for the all-X-Division PPV on March 21 yet. The PPV preview reads: The past, present, and future collide when the young guns of TNA take center stage in an all X-Division Pay-Per-View. The PPV is one week before WWE WrestleMania 26 and two weeks after Dragon Gate USA's latest PPV release…

# THE   WWE RAW PAGES

### BY WADE KELLER, EDITOR

**FEB. 15, 2010—DES MOINES, IOWA**

[Q1] –A local 15 year old girl stood on the Raw stage and sang the United States National Anthem in honor of Presidents Day. The local National Guard held up American flags, too.

–After the Raw opening, Michael Cole and Jerry Lawler introduced the show and touted that Jerry Springer was the guest host, Bret Hart would address the WWE Universe, and Batista was on his way "to react to John Cena's threats from last week."

## 1 — SHEAMUS vs. RANDY ORTON

As Sheamus walked out, clips aired of the Sheamus–Randy Orton conflicts last week. Sheamus held his WWE Title belt in the air. Orton then made his ring entrance. Lawler talked about the odds being stacked against Sheamus on Sunday. Not much happened the first two minutes, as they pretty much avoided each other's early moves. [c] Ted DiBiase and Cody Rhodes walked to ringside. Lawler and Cole wondered if it made Orton more or less confident to have them out there.

[Q2] At 8:00 Orton pounded the mat with is fists as Cole called him "WWE's Apex Predator." Sheamus avoided the RKO. The action spilled to the floor. Orton reversed Sheamus into the ringpost. DiBiase went after Sheamus at ringside. Sheamus fought him off. Cody hit Sheamus. The ref DQ'd Orton. Cody reacted like he knew he blew it again. Orton wasn't happy at all. DiBiase got into the ring and blamed Cody. Cody trailed behind and blamed DiBiase. Orton held his head in frustration, trying to control his Samoan temper. Orton apparently blamed Cody as he gave him a sudden RKO. Sheamus knocked DiBiase out of the ring a second later. Orton then gave Sheamus an RKO. Orton then pounded the mat and gathered his thoughts. Cole said he pitied the other men in the Chamber on Sunday.

WINNER: Sheamus in 9:00.

STAR RATING: *1/4 — Not a ton of the match, but nothing wrong with it, either. It was there as a set-up for the angle afterward, establishing more tension between Orton, Rhodes, and DiBiase. The question is whether Orton would have gone after DiBiase in addition to Rhodes had Sheamus not gotten to DiBiase first. The announcers, though, didn't express the same curiosity. They did point out Orton was in control of the match.

–They showed Bret Hart walking backstage. Lawler said his statement was up next. [c]

–WWE Fact: "Last Monday, Raw was watched by more people than both NBA games on TNT—combined!" How long are these types of bragging going to last when TNA Impact starts going head–to–head with Raw starting March 8? Especially if TNA has its act together and chips away at Raw viewership (although if both shows are good, the wrestling audience should simply expand).

–They went to Cole and Lawler at ringside. When speaking about Bret's return to WWE, Lawler said it hasn't gone how he envisioned as it's become one painful humiliation after another. They threw to a video package on Bret–Vince–Cena–Batista.

–Bret Hart came out to his full ring intro. He said it's no real shock that Vince McMahon is not at the arena tonight. He said if he had flown in "I've have been waiting for him at the airport. I'd have

been waiting for him to get in or out of his car. I'd have been waiting for him at his hotel. I'd have been waiting for him right at the building." He said he wants to finish things once and for all. The crowd chanted, "Bret! Bret! Bret!" He said he came back to WWE with really good intentions to make peace with Vince McMahon, but it wasn't to be. He said when he thinks of things and tries to put things in perspective, he realizes that Vince lied to him, kicked his gut, spit in his face, lied to him some more, and had his good Batista beat him up.

[Q3] He said what he hears most of all in his head are the words "Bret deserved to be screwed." Bret said, "Well, I think Vince McMahon deserves to have the holy hell beat out of him." He said he had his heart set on how things would happen, but Vince is the world's greatest liar. He said not even at the bottom of the barrel, he's actually under the barrel. He said he had his heart set on having one last victory at WrestleMania and get to beat Vince in the process. He said it's not to be, though, since he also lied about that. "Victory will last a lifetime, but excellence will last forever," he said.

He said he wanted to thank all WWE Superstars for welcoming him and thanked the WWE Universe for being so kind in having him back. He said he especially wanted to thank John Cena. Some cheers turned to boos among the deep-voiced fans. He also thanked the fans from the bottom of his heart (but not under it) for all they're support. He then said goodbye and waved to them. His music didn't play. Everyone gets their music played as they leave the ring. When he got to the stage it finally played.

–Backstage Kofi Kingston told Bret he's sorry to see him go, but it's been an honor. Jack Swagger and Alicia Fox also wished him luck. Primo said it sucks that he's leaving. Bret told him to say hi to his dad for him. Gail Kim and Evan Bourne also wished him well. John Cena then walked with Bret toward his car. Cena said he thinks he can make something happen at WrestleMania. Cena told him to take care of himself as he got into a limo. As Cena walked away, the sound of a car crash could be heard. The camera turned back to Bret and a car had run into the door and crushed his leg. Bourne, Kim, and Alicia ran up to the scene. Someone called for medics as Cena chewed out the lady driver who drove into the car. Bret winced as they pulled him out of the limo and put him on a stretcher with his leg wrapped. I'm suspicious that the woman was paid by McMahon to run into him! Bret was driven out in an ambulance. [c]

–Cole recapped a video package on what happened to him. Cole said they'd try to keep everyone updated on his condition. Lawler said, "It can't be any worse than this." Well...

[Q4] 2 — THE MIZ & BIG SHOW vs. MVP & MARK HENRY

If the tag titles are truly Unified, why are there still two sets of belts? Miz held up both tag belts while wearing his U.S. Title. A clip aired of DX losing the tag belts last week. After a minute of offense by Henry & MVP, they cut to a break. [c] Lawler hyped that tomorrow night is the final ECW program ever. Henry powerslammed Miz and went for the win, but Show legdropped him from behind to break up the pin. MVP tagged in and went on a flurry

against Show, including a big kick in the corner. Show caught MVP with is boot on a second charge into the corner. Miz tagged in and went for the pin, but MVP reversed him into a leverage three count.

WINNERS: MVP & Henry in 7:00.

STAR RATING: Not much aired, so no grade given. It was about what you'd expect out of these two teams, though.

–Cole and Lawler plugged that Jerry Springer would be revealing intimate relationships in WWE up next. [c]

–Elimination Chamber Fact: "No WWE Superstars has ever won more than one Elimination Chamber match—except Triple H, who has won an astounding four chamber matches."

–Jerry Spring ermade his way to the ring with a Joe the Plumber's twin brother. They booed him and he said: "Thank you. How nice you are." He stood in front of a flat screen with is signature graphic. He introduced Kelly Kelly. As she walked out, Lawler might have had his best line EVER: "Way to go, God!" She revealed she is pregnant. He asked who the father is. She said she's not sure because she's been in a lot of relationships. Springer said, "Where do I sign up?" Kelly said she thinks she knows. Out came Santino Marella. Lawler said he's a proud papa. Kelly said Santino isn't the father because while he was sleeping, she needed someone to finish the job with more stamina and experience. Michael Cole interrupted as Santino claimed the baby will be born with a unibrow. "That was our little secret, you loose–lipped little secret!" Cole said. Lawler said he's talking about him, not Cole. Lawler entered the ring. The crowd chanted "Jerry, Jerry." Springer said that chant makes him nervous. He asked Lawler if Kelly is too old for him. "You usually pick up your girls during recess," he said, taking a dig at Lawler's past tendencies. Out walked the Bella Twins.

The Bellas said they have their own shocking treatment. I never realized how much Springer sounds like Jerry Lewis before. Nikki said Bri is a man. They had a brief scuffle over that comment. Chris Masters then walked out. Spring said, "Oh, this is absurd." Kelly smiled when his pecs danced. Springer told him to put a bra on. Next in the circus parade came Eve. She confronted Kelly, who was upset that Masters cheated on her. Masters said obviously she wasn't getting the job done. Eve said she had a secret, too. She said she's been cheating on Chris with someone who is a whole lot more man. Masters told her to bring that person out. The Great Khali then came out with Ranjin Singh. Santino demanded to know who the father is. Springer said he has the results of the paternity test. Santino asked how that's possible when that happened three days ago. Springer said, "Because I'm Jerry Springer... Eat your heart out, Maury." He couldn't pronounce the name. Santino's eyes bugged out when he saw what it said: "Hornswoggle!" He ran out and hugged Kelly. Springer said this is crazier than his own show and he walked to the back.

Lawler then shouted from the ring to Springer. He said when they heard he was going to be there, they couldn't stop themselves. He said the put together this charade. He said Kelly's not pregnant,

SMACKDOWN CONT. ON PG. 17

JOHN CENA
Art credit Grant Gould

# WWE SMACKDOWN PAGES

By Greg Parks, Columnist

**FEB. 12—TAPED 2/9 IN BATON ROUGE, LA.**

—Wow, they went straight to the arena with fireworks, no WWE open, no Smackdown open. Todd Grisham and Matt Striker opened the show, plugging Chris Jericho vs. Undertaker in a no–DQ match first up. Then, they advertised John Morrison vs. R–Truth for this evening.

## 1 – REY MYSTERIO vs. C.M. PUNK

This is the first match that features all of the Chamber participants participating in one–on–one matches against each other on the night. Luke Gallows and Serena accompanied Punk to the ring. Mysterio tired of Punk's mocking very quickly, and went on the offensive to start. Victory roll for a near–fall. Rey began to work the leg of Punk, but it didn't last long. After a test of strength, Mysterio got another roll–up for two. Punk returned fire with an enziguiri. Headscissors by Punk, who laid in some kicks of his own. Punk ended up on the outside, and avoided Rey's intended offense; Rey 619'd himself back into the ring and Punk held court with his followers on the outside as they went to break. [c]

Punk ran the ropes and caught Mysterio with a leg lariat for two. Rey got back–dropped on the apron, where he used his legs to bring Punk to the outside. Seated senton on Punk on the floor followed. Gallows provided the necessary distraction to allow Punk to drop Mysterio back–first on the barricade, with Rey falling into the front row of seats. Punk baseball slid Mysterio into the ring post inside the ring. Back outside the ring and Punk continued to soften up Rey. Bow–and–arrow from Punk as the crowd chanted for Mysterio. Rey came back with another near fall after countering a suplex. Punk regained control with a back–breaker. At about 12:00, Punk tripped Rey up on the top rope, resulting in Rey getting stuck in the Tree of Woe. Punk tried another baseball slide, but Rey picked his head up and Punk went crotch–first into the post. Mysterio began hitting his patented offense, but couldn't get the three–count. Mysterio rolled through a roll–up and kicked Punk in the head for two. Big powerslam in the middle of the ring by Punk for a near–fall. Knee in the corner by Punk, but was shoved off on the bulldog attempt. Mysterio set up the 619, but Serena got on the apron. Gallows was taken out on an attempt at interference. Punk dodged another 619 and got Mysterio up for the GTS. Rey turned it into a roll–up for the win.

WINNER: Mysterio, at 14:53. About what you'd expect from these two.

Before Rey could even celebrate, Gallows hit the ring and started taking apart Rey. They should bring back the ringing of the bell to attempt to stop post–match attacks. Even Serena got a shot in at Rey. Punk grabbed Rey by the mask and told him he could save him. Punk kneeled down while Gallows picked up Rey and put him on Punk's shoulders for him. Neat visual. Punk then gave him the GTS.

—Batista's explanation for his attack on Bret Hart will come tonight. [c]

—They showed replays of the finish of the previous match, as well as what followed.

—A brief video of Drew McIntyre aired. Then Tony Chimel announced him in the arena. Holy cow, is that his new music? That is awesome – I wholeheartedly approve. And since I like it, I'm sure it'll never be heard again. Upon reflection, it looks like the video was his Titan–Tron. McIntyre got the mic and said when he was told he had a match tonight, he told them he didn't care who it was against. McIntyre bragged about his accomplishments and said he was unstoppable. He looked down when the fire went off and he realized Kane was his opponent. McIntyre said he has nothing to prove tonight, and even dropped Kane last week. McIntyre said Kane could have a match next week, but not tonight. The ref rang the bell anyway, and Kane kicked him out of the ring.

## 2 – DREW MCINTYRE vs. KANE

Outside the ring, Kane threw McIntyre back in and caught him with a clothesline. Kane to the top, but McIntyre saw it and fled to ringside for relief. Grisham wondered whether his unbeaten streak would be laid to rest tonight as they went to break. [c]

McIntyre worked over Kane with Chris Jericho move #569 (arm–bar). Kane with a sidewalk slam for a two–count. Then he went to the top rope and this time, McIntyre couldn't get away from the clothesline. Kane grabbed McIntyre by the throat, but McIntyre got out. Future Shock couldn't fully be locked in, and both men, in their attempt to get the better of the other, went tumbling over the top rope. McIntyre tried to make it in at five, but Kane pulled him back and both men brawled out there. It ended with a double count–out, even though Kane seemed to be in a position to win it.

WINNER: Double count–out, at 6:55. I'll say it again: the count–out is getting over–used on Smackdown.

McIntyre got a few more cheap shots in on Kane then grabbed his Intercontinental Title from ringside. He was about to use it in the ring, but Kane grabbed him and chokeslammed him. He set the title on McIntyre's chest, then summoned the fire.

—Backstage, Mickie James was picking at some fruit when Michelle McCool and Layla walked up to her. Imagined their shock to see her eating. Mickie said their issue is over with. McCool said as long as Mickie has her title, it ain't over. Mickie reminded her of what happened the last time they fought, and McCool countered by asking if the title could even fit around her waist. The heels taunted her with cottage cheese, but Mickie smacked it out of their hands and behind her. Layla and McCool made faces, which must mean it hit someone. And of course the camera panned back to show it did, and it was the butt of every WWE joke, Vickie Guerrero. [c]

## 3 – MICKIE JAMES vs. LAYLA

Layla was happy with her one offensive move, going so far as to look at the crowd and pause after it. But Mickie capitalized and went right after her. Before she could do too much damage, Vickie Guerrero, who hadn't cleaned herself off yet, came



C.M. PUNK
ART CREDIT: GRANT GOULD

out and announced the match as a handicap match with Michelle McCool being included.

## 3 – MICKIE JAMES vs. LAYLA & MICHELLE MCCOOL – HANDICAP MATCH

I'll treat this as one continuous match in case you're scoring at home. Michelle came in and her face immediately hit the mat. Then she caught Layla with a Thesz Press. James continued to fight off her challengers until Layla whipped James into a McCool back–breaker for a near–fall. Mickie tried a hurricanrana on Michelle, but Layla held her hair to stop her. She was knocked off the apron, but McCool kicked Mickie in the face. Faith–Breaker finished Mickie off.

WINNERS: McCool and Layla, at 3:01. About 1:30 of that was the handicap match.

—Batista was walking backstage….he's due in the ring for an appearance next. [c]

—They showed clips of two weeks ago on Raw, when Batista attacked Bret Hart at Mr. McMahon's behest. They also showed him walking out on his Chamber qualifying match with C.M. Punk.

—In the ring was Josh Mathews, who called out Batista for an interview. Mathews asked him about his actions lately. After a long pause, he took the microphone from Mathews and gave a "get the hell out of my ring" stare to his interviewer, who obliged. Crowd got a "Cena" chant going while Batista waited. And waited. And waited. Then he left the ring, mic still in hand, spotlight following him. He walked around ringside and took some crap from fans in the front row, including one middle–aged man in a Cena shirt who did the "you can't see me" routine, which popped the crowd. Then Batista got back in the ring, dropped the mic and walked out. He got half–way up the ramp and fans started chanting for Cena again. "You want an explanation?" he shouted. Then he walked back to the ring with a purpose, picked up the mic….and dropped it again. That's an interesting approach to take. Some people will not like that he didn't actually address anything (and they watched at least five minutes of nothing going on that led to nothing), but I think it's OK to do as long as they don't do it again for a long while.

—The announcers pushed the other two matches tonight featuring Chamber participants [c]

—Smackdown general manager Theodore Long walked out onto the stage. He addressed the Batista situation. He said since Batista doesn't feel like talking, maybe he'll feel like competing – against Edge. Well, since Long brought up the Batista walked out of his match last week against Punk, what's to stop him from doing the same thing this week? That was kinda weird that they' bring up his non–match last week in order to force him into another match, presumably in the near future (though no date was announced).

## 4 – MATT HARDY & THE GREAT KHALI vs. THE HART DYNASTY

Hardy got the mic pre–match and wished everyone a Happy Valentine's Day. He said the Punjabi Playboy always has a special Valentine

Day, and Matt said he'd have one this year as well....with Maria. Maria then came out and Hardy retconned that the two have been friends for years. David Hart Smith wanted no part of Khali once the bell rang, so Khali brought Tyson Kidd in the hard way. Dropkick to the back of Hardy's head after a distraction, and a tag to Smith for a standing suplex for two. Side Effect on Kidd for two after Hardy worked out of a rest–hold. Natalya tripped up Hardy behind the ref's back, and Maria went after her with a Thesz Press on the outside. Roll–up by Kidd for two, and Hardy did the same to Kidd and picked up the three–count. Grisham mistakenly called it two.

WINNERS: Hardy and Khali, at 2:11. Just there. You could see the reason they paired Maria with Hardy out of nowhere when The Harts and Natalya came out. Obviously, both women would get involved, and they did. Perhaps the most disappointing aspect of the Bret Hart storyline thus far is that the Hart Dynasty hasn't been (and probably won't be) involved.

–The Hall–of–Fame video package on Ted DiBiase aired. [c]

–The Raw Rebound aired.

–Todd Grisham thanked Cypress Hill for "Rise Up," the official theme song of Elimination Chamber.

–The Chamber PPV card was previewed by the announcers.

–They went to highlights of the Punk vs. Mysterio match from earlier this evening.

–R–Truth came out for his match against John Morrison. It's next. [c]

**5 – R–TRUTH vs. JOHN MORRISON**

Handshake started things off for the two Chamber entrants. Morrison did a flip off the back of Truth and landed awkwardly on his ankle. He sold the pain immediately, and even began to try to loosen his boots. The referee ordered the match to be ended at this point, with Truth being declared the winner. The replay didn't appear to show anything twisting, despite the announcers' insistence otherwise.

WINNER: Truth, via ref stoppage, at :54. With the news that Morrison's Twitter post of a broken ankle was false, could this be a way to get Shawn Michaels into the match at the PPV?

A trainer and R–Truth helped Morrison to his feet after the match.

–The announcers plugged Undertaker vs. Chris Jericho, no–DQ, later tonight. [c]

–Edge came out. He talked about the Elimination Chamber matches that are coming up in just more than a week. He said at Wrestlemania, he could end up facing his old Rated RKO buddy, Randy Orton. Or, the guy he faced at 'Mania last year, John Cena. Or he could choose the winner of the Smackdown Elimination Chamber, which could be Rey Mysterio, or C.M. Punk. Edge said 12 different superstars are in the running to be his opponent at Wrestlemania. But there is one guy who stands out of the pack. This man is undefeated at Wrestlemania. He's 17–0 at Wrestlemania. And that man is The Undertaker. He did say that he doesn't know who he'll be facing at 'Mania, but he does know he'll be facing Batista next week on Smackdown. Boos from the

crowd, not sure if it's for Batista or for the fact that the crowd realized the match won't be happening on this show. Chris Jericho's music interrupted and he walked out.

Jericho was offended that Edge never mentioned him as a potential opponent at 'Mania. I can see Sheamus saying the same thing this week on Raw. Jericho said he's not surprised, as bad things seem to happen to Edge when the two of them are together. Jericho said he was there the night Edge tore his Achilles tendon. He said he doesn't know what it's like to make a triumphant return from injury, because he doesn't get injured; he just wins championships. Great line. Jericho implored Edge to save himself some grief at 'Mania and to choose the winner off the Raw Elimination Chamber. Jericho said he'd walk out of the Chamber as World Champion and told Edge to stay away from him. He said if Edge continues to antagonize him, bad things will continue to happen to him. Jericho asked Edge to watch what happens when he beats The Undertaker tonight. The bell tolled and the lights went out, signaling Taker's impending entrance. Taker made his entrance and turned on the lights. They went to break at that point. [c]

**6 – CHRIS JERICHO vs. THE UNDERTAKER – NO DISQUALIFICATION MATCH**

Edge joined the commentary team for this match. Taker pounded away at Jericho from outside the ring, and booted Jericho in the head as Y2J was draped over the apron. Edge talked about his history with The Undertaker as Taker continued to slowly eat away at the endurance of Jericho. Jericho crotched Taker on the top rope and went up to meet him. Superplex off the top for a two–count from Jericho. Taker fought out of a rest–hold and the two traded haymakers back–and–forth. Big splash in the corner from Taker. Taker readied for the chokeslam, but Jericho ran to ringside. He jawed with Edge a bit until Taker attacked him from behind. He took his time glaring at Edge, which brought the 2010 Royal Rumble winner out of his seat. Taker tossed Jericho in Edge's direction, but Edge dodged it. The two went face–to–face, but Taker decided to go after Jericho. He picked him up and threw him into the ring, then turned around and kicked Edge straight in the face. DDT by Jericho as Taker was coming into the ring, but it only got a two–count. Jericho was thrown off a roll–up and into the turnbuckle, the pad of which he had removed earlier. Taker gave him the Last Ride powerbomb, then turned around and was greeted with an Edge spear. Edge left and went to the back. Taker did his zombie sit–up and went over to Jericho. He picked Jericho up and Jericho hit the Codebreaker out of nowhere for the win.

WINNER: Jericho, at 7:32. I liked the interplay between Edge and the two combatants, as they've done a good job throwing some red herrings in there on who will win at the Chamber and who Edge will choose to face. The win by Jericho here makes me wonder if he'll come out on top in the Chamber now.

After a few replays of the finish, Jericho stood with his hand raised on the ramp as the show faded out.

–The show ended with a video plugging Edge vs. Batista for next week.

Bri's not a man, and he's pretty sure Khali has no idea what's going on. The crowd laughed. Singh said that like the audience, Khali feels this has been a gigantic waste of time. Lawler said they have one real surprise to reveal, though. He revealed Jerry's intimate relationship with Mae Young. She walked out and hugged him and kissed him all over his face. Everyone in the ring chanted "Jerry! Jerry!" Well, that quarter hour rating will be interesting. The good news WWE probably won't be balky enough to try that circus stuff starting March 8. Or maybe they'll feel the need to do more of it. Either way, we'll find out then if it works.

–Cole plugged the Cena–Triple H main event. [c]

[Q6] –A commercial aired for the new John Morrison DVD which comes out tomorrow.

–Lawler told Cole that he hopes Springer had fun.

**3 – KOFI KINGSTON vs. TED DIBIASE**

After Kingston dropped DiBiase a couple times with clotheslines, Lawler told DiBiase to stay down because he wouldn't have as far to fall. After Kingston dominated the entire match, DiBiase slipped the Dream Street on Kofi from behind as he climbed the ropes and scored the clean win. It was an abbreviated version of the booking of The Pope beating Mr. Anderson at TNA Against All Odds last night.

WINNER: DiBiase in 3:00. Whatever push Kofi is going to get isn't going to be all that big in the immediate future, but he's still good enough to be elevated once Vince McMahon decides to get behind him. DiBiase is the one who is clearly getting a strong push right now, continuing to build the case he'll end up against Orton at WrestleMania one way or another.

–The next Hall of Fame inductee was announced: Antonio Inoki.

It included a rare clip of "Dr. D" David Shults on WWE TV. It also showed him against Hulk Hogan and standing next to Vince McMahon Jr. and Vince McMahon Sr. They also detailed "the world's first mixed martial arts superfight" between Inoki and Ali. They didn't talk about what a disaster it turned out to be, merely showing a still shot of Inoki kicking at Ali's legs. Extended clips aired of Inoki vs. Ric Flair in North Korea in front of an announced 190,000. The chapter in Eric Bischoff's book on that experience is definitely worth reading. [c]

[Q7] –They showed Cole and Lawler at ringside, who recapped the Bret Hart angle earlier. Then they showed security camera footage of the incident. Cole said all arenas have those cameras in the garages. It's nice to see WWE going to the trouble of explaining why a camera filmed it from another angle. It didn't reveal any new detail, but it was cool to see what happened off camera.

–A video package aired on the Elimination Chamber. Cole and Lawler hyped the participants in the Chamber matches.

–Jerry Springer gave his "Final Thoughts" including a list of things that could happen at the Chamber in terms of feuds being advanced or new champions being crowned. He asked a lot of questions regarding the Road to WrestleMania will be answered. Then in walked Mae Young. Springer told viewers not to judge him. [c]

–A clip aired of Josh Matthews attempting to interview Batista on Smackdown on Friday. Batista

RAW CONT. ON PG. 17

# TNA IMPACT PAGES

By Wade Keller, Editor

**FEB. 11—TAPED IN ORLANDO, FLA.**

[Q1] –A clip aired of Mick Foley and Eric Bischoff arguing, and then Syxx–Pac and Scott Hall turning on Kevin Nash. Average age of those five, somewhere around 45 or 46.

–Title of the show: "Hulk's Moment of Truth." Then the TNA Impact opening aired, followed by Mike Tenay introducing the show as the camera panned the crowd and pyro blasted.

–Hulk Hogan walked out to his NWO music. He strutted and played to the crowd as Tenay and Tazz talked about Kurt Angle getting in Hogan's face. Taz said Angle works for Hogan and should watch the tone he takes with him. "Welcome to your Impact Zone, brother," he said. "This place is crackle–lackin' jack." He said walking through airports he's got his swagger on. He said everyone at airports and the gym is talking about TNA. He said his brothers "up North" who are dancin' to the tune are thinking about TNA. He told the Impact Zone fans, "You've made this the in place to be. I feel like I'm cool again. Being in TNA, I'm back on the map, jack. This place is on fire, and the fans have made this the number one in place to be." (You shouldn't have to say it, but it's not bad to say it if it's not quite the perception yet.)

Hogan said the Impact Zone is on full lockdown. He said he has security guards all over the building. He said if you have to go to the bathroom, you better hold it, because nobody's getting out and nobody's getting in. (Can't people inside use bathrooms inside, or are there outhouses only at Universal Studios?) He accentuated that Syxx–Pac and Hall especially aren't allowed to crash the show. He said TNA is moving fast as a freight train, and he doesn't want them getting in the way. He said he gets the idea of "getting even" if you've got a grudge, but Syxx and Hall "taking a brother out" like Nash is totally not acceptable. He said if Hall and Syxx sneak past the crevices, he'll be tempted to put the red and black back on.

Eric Young walked out to interrupt Hogan. The crowd chanted "Underrated! Underrated!" at Hogan. He said he and Nash are friends. He said good friends are hard to find in this business. He asked Hogan for a favor. He asked Hogan to let Hall and Syxx back into the building so they can get what's coming to them. He said though he will learn that he's not afraid to get his hands dirty. Hogan asked if it's his turn yet. He said he's not some Johnny Come Lately. He said he knows what time it is. He said Dixie Carter has been wining and dining him a long time. He said he knows all about Young because he's one of the young guys with the energy and talent to take TNA where it's supposed to go. Young nodded in a conciliatory manner.

Hogan told Young that he gave Syxx and Hall their last warning and he won't let them in. Young said there aren't many people he respects more than Hogan, and Hogan's a big reason he's standing there. He told Hogan he's going to do what Hogan and the fans would do. He said he's going to go find them. Hogan told him to take it off the property and bust them up real bad. (In other words, risk a felony assault charge instead of wrestling them in the ring. Usually authority figures want to keep their talent out of jail.)

–Mick Foley asked a woman backstage if she's seen Eric Bischoff. She pointed him toward his office. He was soft spoken, almost humble.

[Q2] [c] 1 — "THE POPE" D'ANGELO

**DINERO vs. ORLANDO JORDAN**

Tenay said when Pope lost to Jordan a few weeks ago, he wasn't at 100 percent, so he wants to make good on this rematch opportunity. Tenay brought up the ranking system that's in the works. He said matches like this will have huge "implications" (he means "ramifications," as "implications" means something totally different) on the rankings. The crowd chanted "You still suck" at Jordan early in the match. At 3:00 Pope scored an near fall. Jordan came back with a near fall of his own 30 seconds later. Pope came back to win with the D'Angelo Express flying knees into the corner.

WINNER: Pope in 4:00.

STAR RATING: *1/4 — I don't like this match–up because it makes Pope look relatively small to Jordan, who wasn't exactly perceived as a top guy in WWE. But at least he got his back.

–Jeff Jarrett approached Bischoff in his office. He asked Bischoff if he delivered for him against Anderson. Bischoff said he can't think of a match in the last ten years he personally enjoyed more. He said his strategy and psychology going into the match impressed him. He said he may have miscalculated with him and underestimated how valuable he is to the company. He said he is reconsidering their situation. He called him a world class athlete. Jarrett said that's music to his ears. Jarrett asked to be put into one of the PPV tournament slots that are open. Bischoff said he doesn't think he's ready for that steep of a challenge and he doesn't want to put him at risk because he's such a big asset for TNA. He said if went to Against All Odds and won three matches and suddenly he's the no. 1 contender, that isn't starting at the bottom of the ladder. Bischoff said he needs to go to the gym and work hard and be the "exemplary employee I know you can be. So, n'yah, I don't think so. See ya!" [c]

**2 — MATT MORGAN vs. SUICIDE**

A screen graphic plugged TNA Epics focused on Sting featuring his greatest matches. Well, those from TNA, not from WCW. Morgan smashed Suicide in the corner and then lifted and dropped him to the mat. Suicide got in a brief offensive flurry, but then was KO'd by Morgan's Carbon Footprint for the win.

WINNER: Morgan in 3:00. This is another example of why TNA should use jobbers and keep the X Division and Heavyweights separate. By having Morgan basically squash Suicide, it makes anyone in the X Division who had competitive matches with Suicide in the past seem like a virtual jobber also. If they want to claim the X Division won't draw, it's a self–fulfilling prophesy with matches like that. Until the X Division wrestlers are kept completely separate from heavyweights except for a rare case where a smaller wrestler moves to heavyweight and does well (i.e. Rey Mysterio vs. Undertaker and Batista), the X Division might as well be renamed the Little Jobbers Flippy Floppy Division. Imagine if UFC tried to sell the Lightweight Division or Welterweight Division after having Brock Lesnar pound B.J. Penn and GSP on TV?

–Foley walked into Bischoff's office. He was humbled and asked Bischoff to take care of Jeremy Borash and Abyss, and in exchange he'd do whatever he asks. Bischoff said he didn't expect to see Foley. Foley said it was tough, but he's doing what he feels he has to. Bischoff said Abyss gets one of the two open slots in the Eight Card Stud Tournament. Bischoff then

said he impresses himself sometimes with how good he is at his job. Definitely playing up the cocky smarmy side. [c]

–Taz and Tenay showed the brackets of the Eight–Card Stud Tournament.

–Christy Hemme interviewed Mr. Anderson and Kurt Angle, asking how they can function as a team later when they're facing each other in the Against All Odds tournament. Anderson called Christy by the wrong name, then said he can carry any partner because he's done it before. He said what matters to



VELVET SKY
Art credit Grant Gould

him is wining the tournament and tearing through each of his opponents as he does it. He said he will then go on to become the next TNA Champion. He chomped on his gum as Angle walked up to his face. He said he's going to have eyes on the back of his head, and he tries to screw him like Hulk Hogan did, he's going to snap his ankle "faster than that ridiculous microphone can fall from the ceiling." He walked away and Anderson made funny faces. Angle then walked back and made a snapping gesture with his fists. Anderson held out his hand and a mic dropped right into his palm from above. He closed with, "Misssteeeeer Annn–der–soooonn!" Good segment.

[Q4] [c] Angle approached Eric Young backstage and told he appreciates that he wants to take up Kevin Nash. He said he can't trust Hogan. Angle told Young to stay backstage and not try to help him. Angle left and Young punched a locker.

**3 — DOUG WILLIAMS vs. AMAZING RED — X Division Title**

Taz said Red is "fresh as a daisy" compared to when Williams cashed in his briefcase and beat Red for the title on zero notice. The screen plugged Dixie Carter's Twitter account. She closing in on 30,000. It's long road to the 1 million mark that her Spike TV co–partner Dana White just reached. Red hit a cool twisting corkscrew bodyblock over the top rope onto Williams at ringside at 3:00. The crowd chanted "That's amazing!" Red followed up with a top rope dropkick for a near fall. After another near fall, Tenay wondered if frustration would set in with Red. Williams came back with the Rolling Chaos (German suplex) for the win.

WINNER: Williams in 5:00.

STAR RATING: *1/4 — Nice short TV match.

–As they showed The Beautiful People on the way to the entrance tunnel, Taz said, "It's going to be like a produce stand here." [c]

[Q5]

–A short video package aired on Angelina Love–BP feud.

–Christy interviewed Tara & Angelina Love backstage. Tara addressed the lack of trust she must have with Love, but said the plan for the BP is simple. "It's going to get ugly." Love added, "Real ugly."

**4—ANGELINA LOVE & TARA vs. THE BEAUTIFUL PEOPLE (Velvet Sky & Lacey Von Erich & Madison Rayne)**

Taz said, after the crotch rub by Love, that needs to start hanging out with that second rope because it "gets a lot of lovin'" Love can absolutely become one of the MVPs of TNA—including all the men in the promotion—if they promote her like a star. They need to pretend they just signed her away from WWE after a few years with the Sable/Trish/Chyna–like big push. Someone in front row held up a sign that said, "Pipe down next." As the BP grouped outside, Tara and L

slidekicked them into the security railing. They cut to a break at 4:00. [c] Rayne worked over Tara after the break. Love got a hot-tag and cleaned house. With the ref distracted by Tara and Rayne, Love KO'd Sky with a boot to the face. Lacey, though, KO'd Love with the Ugly Stick and draped Sky on top for the win. They also attacked Tara with the Ugly Stick afterward.

**WINNER:** The Beautiful People in 10:00.

**STAR RATING:** *1/4

[Q5] –Christy interviewed Desmond Wolfe backstage regarding his tag match later against Angle & Anderson. He said, "A very famous stupid American once said life is like a box of chocolates, you never know what you're going to get." He said only one person in the match can end up on top. He called Hernandez "Super Maxy Pad" and Angle "Kurt Mangled." He then mocked Mr. Anderson's self–intro and said, "Misssssttteeeeerr Wolfe." Christy giggled throughout as if she was being tickled. Wolfe said he'll end anyone who takes a cheap shot at him, while sniffing a few times. He then put on his sunglasses. [c]

–They showed Scott Hall and Syxx lurking in the parking garage area.

## 5 — DESMOND WOLFE & HERNANDEZ vs. KURT ANGLE & MR. ANDERSON

Taz wondered, when Wolfe came to the ring alone, where his "arm candy" was. Wolfe offered a handshake. Hernandez hesitated, and then the camera cut away. He told the "imbeciles and mouth–breathers" that he is the next TNA World Hvt. Champion. Hernandez opened against Anderson and used his shirt wrapped around Anderson's neck to toss him across the ring. He tagged in Angle. Wolfe also tagged in shortly thereafter. With Angle on a roll at 6:00 against Wolfe after an Angle slam out of nowhere, Anderson tagged himself in, tossed Angle out of the ring, and stole the pin on Wolfe.

**WINNERS:** Anderson & Angle in 6:00.

**STAR RATING:** *3/4 — Good short tag match.

[Q7] –Samoa Joe called A.J. Styles and Ric Flair to the ring. Taz said Joe showed real guts by giving Styles two weeks notice that he was cashing in his briefcase for at title shot rather than surprising him. When Styles walked out with Flair, Joe told Styles that he disgusts him. Joe said he's known Styles for a long time. He said they were known as the two hottest young stars at one time. He said they gave it all they had to the fans. He said he should know that when it comes to the most epic clashes in the ring, it always involved Styles and Joe. He said he could always have been proud of earning what he had, but now he's thrown it all away. Flair interrupted. He said he wasn't going to speak, but he has something he has to say. He said he wanted to establish one thing before Styles goes to work on him, which is, "He is The Champ. He is the World Champion. He is the Flagship." Flair said Joe, just like all of the fans, are going to learn the word respect. Joe said Flair can strut down to the ring and teach him respect, but he guarantees he'll be limping his way to the hospital afterward. He told Styles he is "the last pure thing" for the fans and wrestlers in TNA to believe in. He said he cheated the fans out of a champion they could be proud of. Joe's emotions were in check yet intense and believable.

Styles said Joe has "turned more coats than the dry cleaners." He said he was with the Front Line, the Main Event Mafia, and the Nation of Violence. "How's that going, anyway? This Nation of Violence thing, now that the Main Event Mafia money has run out." He told Taz to maybe tag with Joe, but then warned Taz that he'd turn on him, too. "Who are you

to judge 'The Phenomenal' A.J. Styles?" Joe said he knows his transgressions, and at the risk of sounding Biblical, he'll bare his crosses." Joe said every time some newcomer came to TNA and said they were going to shake things up, he stood right in his face, "whereas you dropped to your knees, puckered your lips, and kissed the ring of your new sugar daddy." Flair's reaction was great, taking one of those deep breaths that said, "I can't believe he just said that." Styles took off his suit jacket. Flair tried to talk him into waiting, but Styles charged into the ring. Joe took instant control of Styles. When he set up a Muscle Buster, Flair gave him a low–blow from behind. Tenay said Flair is the dirtiest player in the game. Taz said things are going to get really ugly. After the beatdown, Flair said, "Hey tough guy, whooo!" One of TNA's better segments of the year. Everyone was really good, and the focus was on the title belt and the wrestler's respective history in TNA.

[Q8] [c] –Styles bumped into Bischoff backstage. Styles was still excited about what he just did. Bischoff was more reserved. He said it sounds like there are women waiting for him in the limo and he's in for a great night. He said he had something to add first. He said he and Hogan had decided to add a special referee—and it'd be him, Eric Bischoff. Styles wasn't sure he liked that news. Bischoff claimed he'd call is straight down the middle. I'm not sure how viewers are supposed to feel since Bischoff has been a heel lately. Why would Styles be worried? Styles pulled out his cell phone and called Flair, saying, "Naitch, we've got a problem!"

–They went to Taz and Tenay who hyped the Against All Odds line–up: Anderson vs. Angle, Hernandez vs. Matt Morgan, Desmond Wolfe vs. D'Angelo Dinero, and Abyss vs. Mick Foley. Plus The Nasty Boys vs. Team 3D and the main event of Samoa Joe challenging Styles for the TNA Title with Bischoff as special referee.

–Angle confronted Hogan backstage. He said he knew all along that he didn't have good intentions in TNA. He said he told Dixie Carter she couldn't trust him. Hogan said if he's so hell–bent on getting his ass beat, he's not going to stand in his way. He said he'd make sure that whatever happens to him happens in his house "so that when they're beating you down, maybe somebody will beat your dumb ass." He told him to get in the ring because he believes The Band will be showing up real soon." Angle said since he's the boss, he's sure he'll see all three of them out there—Hogan, Hall, and Syxx. [c]

–Angle stood in the ring and called "Hogan's boys, Scott Hall and Syxx Pac" to the ring to "come get some." Syxx and Hall ran to the ring. Angle knocked Syxx down immediately. Angle's punches looked weird. Not sure if it was the selling of Syxx and Hall or Angle's fault, but they seemed to miss each time against both Syxx and Hall. Angle put Hall in an ankle lock. Syxx hit Angle from behind with brass knuckles. Hall then put the knux on and hit Angle. After a couple minutes, Hogan's music played. He strutted out, trying to mask his limp with a stylistic voyage to the ring. Hogan then gave friendly greetings to both Hall and Syxx. Hall handed Hogan the brass knux. Hogan put them on and smiled. Taz said Hogan broke everyone's trust. Hall held Angle, but Hogan hit Hall instead. Hogan put his hand on Syxx's head. He made Syxx awkwardly act like he had him by his hair even though Syxx could have easily slipped away as he wound up and hit Syxx. Syxx took one of his crazy bumps. Hogan dropped the knux on the mat with a frown as Angle looked up at him.

dropped the mic and kicked it.

–Justin Roberts introduced someone named "Geee–yawn–ceeee–nawwww." John Cena came out instead. Then a video package aired of Batista beating up Cena on Raw. Cena stared up at the big screen as the video concluded. The crowd chanted, "Cena! Cena! Cena!" Cena said first things first, he's not sure of Bret's condition, but everyone is pulling for him. He then said he's a one–man welcoming committee for Batista. He called for Batista. No Batista. Then he showed up "via satellite" on the big screen. He waved and said, "Hi John." Cena said he knows how this works. He turned his back and admonished him to attack him from behind. Batista said, "Trust me, I'm doing you a huge favor by not being there tonight. You don't me in the same building. You definitely don't want me in the same ring as you." He said the next time they're in the ring together, he'll wish it was a bad dream.

[Q8] Cena said those are the words of a tough guy. Cena told him he's not a dentist, but he'll take care of that smile on his face if he comes to the ring right now. Batista said he's laughing because Cena keep running his mouth when he's not there. Batista said next week he'll be at Raw in person, not 2,000 miles away. "Let's see how much you run your mouth then. Batista wished him luck on Sunday. Cena said he's not afraid of him, so next Monday, "You want some, you come get some!" Triple H's ring entrance then took place. [c]

–Next week's guest hosts are musician Jewel and Ty Murray, who is apparently the greatest bull rider ever.

## 4 — TRIPLE H vs. JOHN CENA

Triple H dominated early. When it spilled to ringside, Triple H moved out of Cena's path and Cena went ribs–first into the security barrier. Triple H went for a Pedigree, but Cena backdropped out of it. They cut to a break at 3:00. [c] Cena made a comeback at 7:00 and went into his You Can't See Me routine.

[Q9]

Cena reset the main event for new viewers at the very top of the hour. Triple H made a comeback and hit a clothesline for a two count. Lawler touted how great it is that Cena vs. Triple H is the main event free on Raw. Cena headbutted Triple H off the ropes to counter a superplex attempt. He then flew off the top rope with a legdrop to the back of Hunter's neck. Cena set up an STF. Hunter twisted out of it. Triple H countered with a half crab. Cena flipped out and immediately applied an STF. Hunter grabbed the top rope. Cena tried to lift Hunter, who had what appeared to be a 15 inch string of snot hanging from his nose, into an STF position. Hunter escaped and gave Cena the knee driver and spinebuster. He then set up the Pedigree, but Sheamus interfered with a Pump Kick (front thrust kick) to Hunter's head.

**WINNER:** No contest in 11:00.

**STAR RATING:** **1/4 — Nice match. The finish was fine for a TV match when it's being used to obviously promote Elimination Chamber.

–Sheamus attacked both Cena and Hunter afterward, both of whom were beaten down from the match. Sheamus gave Hunter his running released Razor's Edge. The crowd chanted "You suck! You suck!" as the show ended.

# EVOLVE 1 on DVD

**RADICAN'S EVOLVE DVD REVIEW SERIES**
**EVOLVE 1: RICHARDS vs. IBUSHI**
**TAPED JAN. 16—RAHWAY, N.J.**
**BY SEAN RADICAN, TORCH COLUMNIST**

*volve 1 is currently available for pre-order at Evolvewrestling.com. It will begin shipping on March 1.*

The show opened with Davey Richards and Kyle O'Reilly warming up backstage with Tony Kozina. They ended up kicking the cameras out of the locker room.

Several of the wrestlers were asked why they wrestle. The wrestlers had various answers for the question. Some yelled and screamed. Others were more laid back.

Kyle O'Reilly and Bobby Fish came out to the same music. They were introduced by the ring announced and the action quickly began. Lenny Leonard and Chikarason are doing the commentary at ringside.

**(1) Kyle O'Reilly (w/Tony Kozina) vs. Bobby Fish.** Fish dominated the action early, but O'Reilly fired back and landed a series of rolling butterfly suplexes that drew and ovation from the crowd. Fish got the better of an exchange and went for a kick, but O'Reilly caught his leg and suplexed him to the mat for a 2 count. Both men traded superkicks. The finish saw O'Reilly hit a tornado DDT/brainbuster combination for the pin. (**3/4)

**(2) Chuck Taylor vs. Cheech.** This match does not count as an official singles match since neither man is in the official singles division. Taylor dominated for several minutes, but Cheech fired back and nailed Taylor with a moonsault press. Cheech got a couple of nearfalls with various pinning combinations. Taylor eventually fired back and nailed Cheech with the awful waffle for the pin. (**3/4)

After the match, Lenny Leonard interviewed Taylor. Taylor said he was going to win every single match that he was in just to make the Evolve office's lives miserable.

(3) Ricochet vs. Arik Cannon. Ricochet sent Cannon to the outside and nailed him with a handspring dive to the outside during the early stages of the match. Cannon hit total anarchy a short time later, but Ricochet kicked out. Ricochet hit an impressive inverted hurricanrana on Cannon out of the corner and went up top and nailed him with a 630 for the pin. (**1/2)

Chuck Taylor came out and challenged Ricochet to a match at that next show. Ricochet agreed and challenged him to a match on the spot, but Taylor backed off.

Jimmy Jacobs was backstage with two other wrestlers. One of the wrestlers told Jacobs he had a match coming up shortly. Jacobs seemed upset and walked off with a cigarette in his mouth. Brad Allen was shown backstage writing on his wrist tape.

**(4) DCFC (Kory Chavis & Jon Davis) vs. Aeroform (Louis Lyndon & Flip Kendrick).** Kendrick hit a nice dive to the outside on Davis. Moments later Lyndon nailed Davis with a kick and bounced off the ropes, but Davis obliterated him with a clothesline. DCFC hit the head rush on Kendrick for a nearfall as they took control of the

match. Aeroform fired back and Kendrick nailed Chavis with a body press off the top. Kendrick hit a spiral tap on Davis off the top, but Chavis dove into the ring to make the save. Kendrick went to charge at Chavis, but Davis caught him with the pounce! The DCFC then finished off Lydon a short time later with project mayhem for the pin. (***)

**(5) Mercedes Martinez vs. Niya.** Martinez won a short, but impressive squash match. (n/a)

Lenny Leonard interviewed Martinez after the match. Martinez said Evolve isn't just a promotion for men.

**(6) Brad Allen vs. Silas Young.** Young slapped Allen across the face after the bell. Allen fired back and booted Young out of the ring before nailing him with a dive over the top rope. Allen went for a moonsault to the outside after several minutes of action, but Young caught him with a dropkick. Allen appeared to land right on his face. The officials checked on Allen, who didn't move. Young rolled back in the ring and the ref began counting. Allen didn't move and the crowd booed as the ref's count neared 20. Allen finally made it back into the ring at 19 and Young covered him right away, but he kicked out at the last second. The finish saw Allen mount a comeback and nail Young with an F5 for the pin. (***)

Leonard interviewed Allen after the match. Allen challenged Chris Hero to a match on March 13.

**(7) Jimmy Jacobs vs. Kenn Doane.** Doane used his power to overwhelm Jacobs, but Jacobs fired back and stomped on Doane in the corner. Jacobs then got a small package on Doane for a nearfall. Jacobs went for the end time, but Doane dumped him onto the apron. Jacobs went for the end time a short time later, but Doane countered it into a spinebuster for a 2 count. Doane sent Jacobs down to the mat and nailed him with a big leg drop off the top for the apparent win, as the ref didn't see that Jacobs's foot was on the ropes. Tommy Dreamer came down to ringside and told the ref that Jacobs's foot was on the ropes. The ref ordered the match to be restarted. Jacobs immediately caught Doane in the end time submission. Doane tried to roll through, but Jacobs held on and Doane tapped. (***)

After the match Jacobs and Dreamer got into a verbal debate before Dreamer beat down Jacobs and finished him off with a DDT.

Richards and Ibushi were shown backstage again getting ready for their match. The woman with the camera crew screamed at the cameras to follow Doane, who stormed out of the building.

**(8) Chris Dickinson vs. Johnny Gargano.** Dickinson nailed Gargano with a series of kicks and then a nice roundhouse kick. He went to charge Gargano, who surprised him with a spear. Gargano spat in Dickinson's face a short time later. Dickinson took exception to this and nailed Gargano with the kick to the head and Gargano went flying to the mat. The finish saw Gargano toss Dickinson head–first into the turnbuckle and he then nailed him with the hurts don't it for the pin. (***3/4)

Gargano went into the crowd and hugged Sean Davis, who was with another man. Davis told him they were going to party tonight.

**(9) TJP vs. Munenori Sawa.** Both men exchanged slaps to the face before Leonard could introduce them. This was a very intense match with a lot of hard-hitting action. Both men continually came close to being DQ'd. Sawa ended up

finishing TJP with a baseball punch before he tapped out to an octopus submission. (***3/4)

Adam Cole was shown backstage asking Tommy Dreamer for advice. He narrated the footage of him and Dreamer talking. Cole was then shown seated. He said fans will remember his name.

**(10) Akuma's Army (Gran Akuma & Icarus & Brodie Lee) vs. Team Frightening (Hallowicked & Frightmare & Mike Quackenbush).** This was the usual CHIKARA tag match. Akuma's Army got the heat on Frightmare before the action broke down after the hot tag. The action really picked up with all six men going at it in the ring. Frightmare nailed Akuma with a dive to the outside. Hallowicked eventually ended up nailing Icarus with a lightening bomb for the pin. (***1/4)

Leonard interviewed Quackenbush after the match. Quackenbush made an open challenge for a Four Corner Elimination tag at the next Evolve event.

TJP was shown backstage with documentary girl. She seemed to be tending to him until she noticed the cameras were on them. She yelled at the crew to find Silas Young.

Richards and Ibushi were both shown getting ready backstage before they came to the ring. Both men came out to a heavy metal mix. Richards got a big ovation and streamers.

**(11) Kota Ibushi vs. Davey Richards (w/Kyle O'Reilly, Tony Kozina).** Both men went at each other right away. Richards worked over Ibushi's arm during the match and Ibushi targeted Richards's mid-section. The action was fantastic throughout with the crowd on their feet for most of the match. The finish saw Richards go up top and hit a gorgeous SSP, but Ibushi kicked out. Richards immediately locked in the kimura, but Ibushi escaped. Richards nailed Ibushi with several forearms to the back of the head before applying the kimura again for the submission victory. (****1/2)

Brad Allen cut a promo backstage. He said his mother was killed in a car accident right after he signed his first WWE contract. He said his head wasn't where it needed to be. Allen said tonight, everything came together.

Jimmy Jacobs, Johnny Gargano, and Silas Young were shown leaving the venue with Sean Davis. Silas Young was also there, but he said he didn't want to go. Young eventually agreed to go, but his cell phone rang at it showed his wife on caller ID.

Overall thoughts: (8.0) This was a really good show that was very different than other independent wrestling shows. The matches moved along at a brisk pace and they felt like legitimate contests in the ring as opposed to traditional wrestling matches. Evolve philosophy is to move the card along at a brisk pace and save the longer matches for the end of the show. It seemed to translate well to DVD, as I was engrossed in the various backstage promos and vignettes about the wrestlers on the show. The main event is worth the price of admission on its own, but I see some real potential in the wrestlers on the undercard. I never heard of a lot of the names on the card, but came away really impressed with their intensity and in-ring work. I highly recommend a purchase.

# TNA AGAINST ALL ODDS

**FEB. 14, 2010—ORLANDO, FLA.**

–Mike Tenay and Taz introduced the show as the cast members cheered on cue.

**1 — DESMOND WOLFE (w/Chelsea) vs. "THE POPE" D'ANGELO DINERO — Eight Card Stud Tournament Quarterfinals**

The crowd chanted "Let's go Pope!" in the opening minute. Nice back and forth action early. At 6:00 Wolfe hit a top rope superplex. Pope came back a minute later with a snap neck breaker off the second rope. He followed with his double–knee finisher for the clean win.

WINNER: The Pope in 8:00.

STAR RATING: ** — Really good eight–minute match. They easily could have held the crowd's interest if they went another eight or ten minutes. The crowd is reacting to Pope like he's an emerging main eventer. Pope faces the winner of Morgan vs. Hernandez.

–Ric Flair barged into Eric Bischoff's office and asked why he made himself special referee for the TNA World Title match. Flair said an executive decision like that should go through him, Styles's manager. Bischoff sat and listened, then chastised him for raising his voice to him. He said Flair's just upset that he's a referee that Flair can't buy. Bischoff said he's going to call it right down the middle tonight. He warned him to keep his distance. He excused him because he had work to do. He turned to his computer. (Hi, Eric.)

–Jeremy Borash is back. He introduced Hernandez and Matt Morgan, who will be facing each other next. Hernandez said he's making the most of this opportunity. Morgan agreed. Morgan said they want to see who between them is the best athlete. Good segment. Tenay said it's good to see J.B. back on TV.

**2 — HERNANDEZ vs. MATT MORGAN — Eight Card Stud Tournament Quarterfinals**

Taz called them young lions, although Hernandez is in his late 30s and Morgan is in his early 30s. But it's good to hype them as future stars with the bulk of their careers ahead of them. They fought a clean back–and–forth match early, countering and escaping each other's key moves. Morgan nailed Hernandez with a series of back elbows in the corner. Taz said that's no way to treat a partner. Hernandez went for a bodyblock on Morgan. Morgan tried to catch him, but there appeared to be miscommunication and it was sloppy. The crowd chanted "Let's Go Morgan" at 3:00. Morgan showed a little frustration after a kickout by Hernandez. He settled into a chinlock. Hernandez came back with a delayed vertical suplex. Morgan rolled onto the Hogan Ramp. Hernandez dove through the ropes onto Morgan. The crowd chanted "TNA, TNA." Hernandez sold that his shoulder popped out of socket. He took his time getting back into the ring. He entered the ring. Morgan threw Hernandez shoulder–first into the ringpost and scored the pin. Hernandez didn't seem thrilled with Morgan's opportunism afterward, but Morgan tried to accompany him out of the ring. Hernandez blew him off.

WINNER: Morgan in 9:00.

STAR RATING: *1/2 — Clunky at times, good at others. Good finish, actually, in getting across Morgan was willing to exploit an accidental injury from his partner.

–A video package aired on the Angle–Hogan tension.

–Christy Hemme interviewed Angle backstage. Angle apologized for doubting Hogan. He said his path to the TNA Title now begins with Ken Anderson. He said he plans to introduce Mr. Anderson to TNA the only way he knows how, by kicking his ass in the ring.

**3 — KURT ANGLE vs. MR. ANDERSON — Eight Card Stud Tournament Quarterfinals**

Anderson stood in the ring and waited for the mic to drop down. He reached for the mic, grabbed at it, but missed. The fans laughed at him. He said, "That was intentional." He did a good job playing into the crowd in a heelish way during his self–intro. Then out came Angle. At 4:00 Anderson bloodied Angle with is own medal. He then pounded him in the corner. Tenay said that turned the complexion of the match 180 almost instantly. Anderson settled into a chinlock. Angle made a comeback a minute later with clotheslines, but then charged and caught an Anderson boot to the face. He countered immediately, though, with a released belly–to–belly for a two count at 6:00. Angle applied an anklelock at 9:00. Anderson kicked out of it before it was fully applied. Anderson shoved his face into the exposed turnbuckle pad that Anderson removed a minute earlier. He then drove him into the mat with a Mic Check for the pin. Afterward Anderson put Angle's medal on his chest and then spit on him. Spitting may be the new thing that's overdone now in 2010 as a heelish move. Taz said Anderson just signed his death wish.

WINNER: Anderson in 10:00.

STAR RATING: ** — Good ten minute match. Some old bag–o–tricks used effectively by Anderson, who made up for his lack of flashiness to his style with effective but rudimentary heelish moves throughout. This is more his type of match.

–Backstage Bischoff talked to Abyss and Mick Foley. He acknowledged he put them in a very difficult situation. He said running a wrestling company is a tough job. He said he has a lot of responsibility to the wrestlers, but he also owes the audience the best show possible. He said he wants them to go at each other like it's the last match they'll ever have. He said if he senses any gamesmanship, he's serious that he will remove Abyss's mask. Foley wanted to know what counts as a shenanigan. Bischoff said he's going to make their match no–DQ so that the barbed wire baseball bat is legal, which will prove to him that they aren't taking it easy on one another. See, there's an explanation that makes sense for a barbed wire baseball bat being legal in a match. Too bad it has been used so much in the past it's been watered down. Abyss said, "Mick, Mick, I can't hurt you, Mick!" Abyss is hilarious.

–They went to Tenay and Taz at ringside to talk about the previous segment.

**4 — ABYSS vs. MICK FOLEY — Eight Card Stud Tournament Quarterfinals**

Abyss opened with a side headlock. Then he splashed him in the corner. The crowd chanted, "Use the bat!" That chant may seem to show how "over" the bat is, but it also shows how the crowd doesn't really take it seriously as a weapon that actually does any long–term damage because it's been used so flippantly for so long. It's become a novelty prop rather than a weapon of major ramifications when used. Foley bailed out to ringside, but Foley met him with a punch. Foley, by the way, was decked out Cactus Jack ring pants and the old "Wanted" t–shirt. He hit Abyss in the back with a chair. In the ring Foley hit a swinging neckbreaker. Taz said it seems like Abyss is wrestling defensively, but without the desire to dish out any serious punishment to his pal. Foley poured thumb tacks out of a black bag all over the mat. Abyss set up a chokeslam onto the tacks, but he thought twice and chokeslammed Foley away from the tacks. Taz wondered if that would qualify as "shenanigans" by Bischoff, who wanted them to go all–out fighting. The crowd chanted for Abyss to use the bat. Abyss put on a sock. The crowd changed to a chant of "Use the sock!"

Foley blocked the Mandible Claw and DDT'd Abyss instead. Foley then put on a sock. He dropped the ref and pulled off his sock. Taz said, "He has some cheesy–ass feet." Tenay warned the ref to watch the tacks. They applied the Mandible Claw on each other. Foley's won out. As Foley picked up the bat, Abyss defensively slammed Foley onto the tacks for the win.

WINNER: Abyss in 7:00.

STAR RATING: 3/4* — They managed to tell a solid story in this one and limit the use of blood to none and undersold hardcore weapons shots to very little, so it was actually a disciplined hardcore style match that told a story rather than going for numbing shock and awe. It still wasn't good, but at least it wasn't as bad as usual for this type of match.

–Hemme interviewed The Nasty Boys backstage. She said they were nearing a tag match 15 years in the making. Brian Knobs says they know why they're there. He said they're good friends with Hogan. He said Hogan told them to show all of the tag teams in TNA what it's all about. He said tonight it starts with Team 3D. Jerry Sags said they're not bottom–feeders. "We go right to the top," he said. "If we can't beat you, why are we even here?" Knobs has the look of someone, at his most intense moment on a promo, about to kiel over with a heart attack or stroke.

–A video package aired on the Nastys–3D feud.

**5 — THE NASTY BOYS vs. TEAM 3D**

Tenay said this is the first–ever match–up between these two decorated tag teams. It began with a stand–up brawl with punches and face rakes. The Nastys bailed out early. When they returned, Ray worked over Sags for a minute, then tagged in Devon. When they set up a 3D, Knobs yanked Sags out of the ring. The crowd chanted, "We want tables!" Sags beat up on Devon at ringside. Ray lost his cool and charged at Sags from behind, knocking him hard into the security railing. Taz noted that Brooke Hogan was at ringside. Back in the ring Knobs worked over Devon. Tenay and Taz noticed a cameraman went down in that collision at ringside earlier. After a few minutes of tag by the Nastys, concentrating on Devon, Ray encouraged the crowd to clap and energize Devon for a tag. He hot–tagged Ray, who took Knobs down with punches and forearms. "It's like lifting a small foreign car," said Taz after Ray bodyslammed Knobs. Sags didn't take the urinage from Ray right. Ray then set up Knobbs for the What's Up flying headbutt from Devon. Sags interjected himself, but Team 3D gave him a 3D. As it appeared Team 3D were going to win, Jimmy Hart ran out to ringside and handed Knobs a helmet, which he used to KO Ray. That led to the Nastys getting the win.

WINNERS: The Nasty Boys in 11:40.

STAR RATING: * — They get credit for doing the most with the least in terms of athleticism and conditioning. They used facial expressions, hot tags, signature spots, and outside interference at the end to cover for how little they can actually do to otherwise tell a story with a simulated fight. The Jimmy Hart surprise return is the story of the match. Let's see what he can do on the mic after all of these years.

–Backstage, Bischoff chatted with Samoa Joe. Joe held up his case and said he is cashing it in to give TNA someone representing the company they can be proud of. Bischoff said there's a lot of history between he and Flair. He said it's all bad. He said he doesn't want to see Flair standing next to the TNA Champion. Bischoff said he needs to call it right down the middle, though, because he is also representing TNA. Joe said he appreciates his social situation, but as far as they go, Bischoff just needs

to take care of Flair. Bischoff told Joe to take care of that "Samoan temper" of his. He told him to get the job done. Joe said, "Deal." There's a little foreshadowing.

—They went to a crowd shot that made the Impact Zone seem like a major arena with a wide angle from the opposite side of the entrance stage.

## 6 — MATT MORGAN vs. THE POPE — Semi-Finals

Morgan methodically outpowered and dominated Pope for the first five minutes. He applied a bearhug at 5:00. It was so one-sided for two evenly ranked wrestlers, you knew Booking 101 dictated that Pope would win. Pope avoided a Carbon Footprint in the corner, then Pope kneed him in the back and scored the pin with both legs hooked.

WINNER: The Pope in 8:00.

STAR RATING: *1/4 — Not a lot of crowd heat with two babyfaces (I think; you never know with TNA for sure) battling, but they popped for Pope winning. Morgan certainly wrestled a more heel style. They did a good job focusing afterward on what a big win it was for Pope and how upset Morgan seemed afterward. Taz said Morgan has no reason to be ashamed as he wrestled a good match.

—Borash interviewed Anderson backstage. When Borash said he beat Angle, Anderson asked him to repeat himself twice. Anderson liked the sound of it, but then insisted he actually destroyed the "so-called greatest wrestler." He added, "Nick-names are given, not chosen, by the way." He said he's going to grab the title at Lockdown after winning this tournament. He got in Borash's face. Taz said Borash's bug-eyes almost blew out of his skull. Actually, Borash, wearing a suit, tried to behave and did not over-emote with his eyeballs. Anderson ran behind the camera and came up on the other side of Borash and yelled one last time: "Anderson!" That popped the crowd. Anderson is on his game and showing why he emerged in WWE in that first year or so as a fast-rising star on course for a World Title.

## 7 — ABYSS vs. MR. ANDERSON — Semi-Finals

Taz and Tenay noted the size difference between the two. Taz said Abyss "a massive human being." At 1:00 Abyss beat up Anderson at ringside. "He's got fingers like sausage, this guy," said Taz regarding Abyss. Anderson made a comeback at ringside. They fought back and forth in the ring for several minutes. Anderson blocked a chokeslam attempt by Abyss at 4:00. Abyss continued on offense, including a sideslam for a two count at 5:00. Anderson ducked Abyss and went for a Mic Check. Abyss blocked it and gave him a Shock Treatment. Abyss draped his arm over Anderson for a near fall. Anderson raked Abyss's eyes and moved his mask. Abyss grabbed the ref by mistake. Anderson then gave Abyss the mic check for the win.

WINNER: Anderson at 7:00 to advance to the finals.

—Christy interviewed a cocky A.J. Styles and Flair. Styles is interjecting Flair-like mannerisms and phrases, such as saying he "ooozes excellence." He does the tip-toe thing, too, when he gets excited. Styles said a wrestler like himself comes around once in a lifetime. He told everyone to excuse him while he takes off his 30K diamond ear rings. (If they're looking for a heat-generating name for Styles, how about Abercrombie Jermaine Styles?) Flair said a few words endorsing Styles.

—Backstage Hogan told Bischoff that he hopes he does call it down the middle, but word is on the street, he knows what he's up to. Taz chuckled when

he first saw Bischoff in the referee shirt. Hogan told him to leave his history with Flair behind and get over it. Bischoff said he is. There was something about Hogan's eyes here. Bischoff promised he wouldn't let Hogan down. Hogan said he felt bad asking. Bischoff said no worries. The best part of the segment was the sign on the door behind them that read: "Please keep elephant door closed when not in use." Bischoff uttered, "Damn it!" once Hogan walked away.

## 8 — A.J. STYLES (w/Ric Flair) vs. SAMOA JOE — TNA World Hvt. Title Match

Bischoff got his own ring entrance music. Tenay said as someone who lived through it i the WCW era, he knows first-hand about the Flair–Bischoff issues back then. Tenay said Joe has something to prove against Styles tonight. They showed backstage Styles debuting his new robe, which was like Flair's with the feather trim, but also had the hood that is signature Styles. Taz said he never thought he'd see Styles sport a robe like that. Borash did his best-in-the-business big match ring introductions. The crowd chanted "Joe! Joe! Joe!" during his ring intro. Tenay said you could feel the big match atmosphere in the Impact Zone. Joe outpowered Styles early including a hard shoulder block. Tenay travelled back to 2008 and said, "That was fierce." At 3:00 Styles used a leg whip to take control.

At 5:00 Joe took control and dove onto Styles at ringside. Back in the ring, Styles begged off and rolled to ringside. Joe went right after him, but Styles used a cheap shot to take control. He pulled up the mat, but couldn't suplex Joe onto the exposed floor before Joe reversed and escaped. Styles went on sustained offense for several minutes. Joe blocked a huracanrana out of the corner and then chopped Styles in the chest. "I'll kill you stupid Samoan!" yelled Styles as he charged at Joe. Joe caught him mid-air and one-arm slammed him.

At 12:00 Styles began working over Joe's leg. He applied a figure-four at 14:00. Flair helped Styles with leverage, so Bischoff ordered a break. Joe backdropped Styles over the top rope to the floor. Joe went on a series of offensive moves leading to near falls. Joe grew impatient and frustrated. At 18:00 Styles came back and set up a Styles Clash. Joe escaped and applied a rear naked choke, but Styles had an arm in to block it. Joe overhead suplexed Styles onto his head. Joe set up a Muscle Buster in the corner. Flair held onto Joe's leg, so Bischoff jumped to ringside to scold Flair. Flair yanked on Styles's arm. When Flair tried to get into the ring, Bischoff punched him. Too bad Bischoff has been such a jerk for the last month or so on TV or the crowd might have popped more. Joe was upset with Bischoff because he had Styles down for a pin after a Muscle Buster. Joe's temper came into play as he shoved Bischoff into the corner. Styles then surprised Joe with his Pele Kick. He followed up with the Styles Clash for the win. Bischoff counted very, very slowly, upset with the circumstances of the pin.

WINNER: Styles in 21:00.

STAR RATING: (***3/4) What you'd expect between these two, although the sense that no one who deserves to win ever wins in TNA is starting to drag down the sense that anything that happens during the match leading up to the finish matters all that much.

—They went to Tenay and Taz at ringside. Taz said Bischoff said he was going to call it down the middle, and he did. They threw to a video recap of the tournament.

—Christy interviewed Anderson before the match. These backstage pre-match interviews are always welcome. Anderson said he's checking things off his bucket list tonight. He listed the things he accomplished tonight and said next is sending Pope back to the Harlem Street Corner he came from. He said he's one win away from earning a shot at the most

prestigious title in the "whole freakin' world." He continued to chomp on his gum.

—Borash interviewed Pope backstage. He said he doesn't respect Anderson, so he's going to call him Junior from now on instead of "Mister." He said, "This business needs change, so consider Pope the cashier and Anderson's check voided." He's really clicking on the mic with each week that goes by, to the point of having that kind of swagger that Randy Savage did in his prime. Hall and Syxx jumped Pope on the set. Security came in quickly. They fought them off. The beatdown continued. Hall told Hogan he hears he's having a party and warned him not to turn his back on the WolfPac. They left. The camera panned down to Pope, who was trying to regain his senses.

## 9 — MR. ANDERSON vs. "THE POPE" D'ANGELO DINERO

Anderson attacked Pope during his ring intro with a running clothesline. He stomped away at him on the ramp. Taz said Hall and Syxx "inadvertently" set the table for Anderson. Taz said the spotlight was on The Pope and they wanted to get in that spotlight to send a message to Hogan. Kennedy controlled the match for six minutes. Pope surprised Anderson with a small package for a near fall. Anderson took over again immediately and methodically beat down Pope. He tried for a double-leg-hook pin, but Pope continued to kick out. Tenay and Taz agreed it seemed like it was just a matter of time before Pope won. At 9:00 Anderson settled into a chinlock. Pope made a full-fledged comeback and went on a flurry of offense. The German suplexed Anderson, then held on and went for another. Anderson elbowed out of it. Pope, though, clotheslined Anderson down and immediately leveraged him for a near fall. Pope charged Anderson in the corner with his double flying knees into Anderson's chest for a believable near fall. Tenay expressed amazement that Pope managed to wrestle his way back into the match. Anderson fired a clothesline at Pope to regain control at 13:00. Anderson reached up and a mic lowered into his hands. Anderson then said, "Ladies and gentleman, you are one Mic Check away from the next number one contender. Hold that thought." He let go of the mic, set up Pope for the Mic Check, and delivered it. Pope kicked out after Taz declared Pope the loser. The crowd popped. Anderson couldn't believe it. Anderson got upset and stomped away at Pope. Tenay said he was embarrassed because his finisher wasn't enough. Anderson went for a cannonball off the top rope, but Pope moved. Pope came back with another double-knee in the back and scored the pin. "You've got to be kidding me!" said Tenay. "It's a miracle," said Taz. "And then there was one, and his name is The Pope." Tenay said he managed to come back from the deck being stacked against him, playing into the Eight-Card Stud theme of the tournament (perhaps by accident). Confetti dropped from the rafters as Pope celebrated.

WINNER: The Pope in 16:00.

STAR RATING: **1/2 — This told a very nice story, also. It dragged a little excitement–wise with Anderson's methodical beatdown, but it was for a purpose as it helped make Pope's comeback seem all the more of an achievement. They did a nice job trying to make Pope into a star and elevate him to being perceived as a new generation star in TNA.

FINAL THOUGHTS: Interesting night. With Joe, Styles, Anderson, and Pope starring in the final two matches, it did feel like TNA did enough to avoid charges that at least to their hardcore fans who buy the PPVs that they're living in the past.

# PPV ROUNDTABLE

## TNA Against All Odds

**Pat McNeill, columnist (6.0)**

Maybe I'm just overflowing with love this weekend, or maybe I was just happy to get out of watching pairs figure skating with my wife, but this was a better show than expected, and that deserves a thumbs–up. For all the fuss about the overwritten and overwrought booking, tonight's event was simple enough that you could write it out on two 5x7 index cards and still have room left over.

There were two highlights on "Against All Odds". The first was A.J. Styles' match with Samoa Joe. This was a good wrestling match that didn't much resemble their previous meeting in TNA or Ring of Honor. The finish was a little bit overly cheesy. TNA can either ignore that fact, or use it to plant the seed of a Bischoff–Flair alliance. Styles is very entertaining in the ring, but he's not "the next Ric Flair". Hopefully TNA realizes this, and uses Styles' pale imitation of Flair to get more heat on the champ.

The other highlight of the event was the use of TNA's "Eight Card Stud" tournament, combined with the last few weeks of Impact, to get Pope D'Angelo Dinero over as a potential world champion. Sure, it seemed unlikely at first, but even the most skeptical fans had to be impressed with the finish of the main event, and the fact that Scott Hall and Sean Waltman were two of the guys used to help get Pope over. Maybe Dinero will become the new star that this promotion needs. Or maybe Angle and Desmond Wolfe are both banged up, and didn't need to work three times tonight.

It was good to see Jeremy Borash back tonight, because that means the Bubba The SpongeBob era has ended in TNA. Ken Anderson got to do more talking than usual, but that wasn't bad. There weren't any truly awful performances tonight. Jimmy Hart is back with the Nasty Boys, and their feud with Team 3–D must continue. Well, at least Hogan's buddies are only clogging up the undercard so far. I'm not sure where the Abyss–Mick Foley–Eric Bischoff storyline is heading, but can we make a pact with TNA to have everyone involved forget tonight's match ever happened? Also, kudos to Taz for quoting the legendary Arthur Fonzarelli on commentary tonight.

A mild thumbs up.

**Greg Parks, Torch columnist (5.0)**

There were some good signs shown by TNA during this show, most notably, the willingness to put over new, young stars in Matt Morgan, The Pope and Mr. Anderson. But overall, the in–ring action fell short of expectations, and the tournament–style matches hurt with odd match–ups and wrestlers having to pace themselves for multiple contests on the night. Of the notable Eight–Card Stud matches, Desmond Wolfe and Kurt Angle losing should've had more of an impact, perhaps with a backstage interview with one or both of them. Anderson's win over Angle was big, even though it came with a few caveats. Hernandez and Matt Morgan had perhaps the most disappointing match, as both felt like they were going at it in slow–motion and just didn't mesh well.

Abyss vs. Mick Foley at least built up to the hardcore portions of the match, rather than just throwing them in as meaningless sequences during the bout. Unfortunately, the rest of the match just wasn't good. Speaking of "not good," Team 3D vs. The Nasty

Boys. I actually had such low expectations for this one, that just simply being "not good" wasn't very satisfying. I was rooting for a real stinker so there'd at least be entertainment value from that end. Morgan needs to be turned heel, as his mannerisms just aren't becoming of a babyface. Styles vs. Joe wasn't the usual classic the two put on, but they had to weave Styles as Flair, Bischoff as ref and Flair as Styles' manager all into the match, making the storyline just as important as the match itself. The main event just dragged on and on and probably should've been cut five minutes short. The two men aren't strong enough or established enough yet to hold the audience's attention that long in a match of that kind.

**Bruce Mitchell, columnist (5.0)**

I enjoyed a good bit of the show tonight, but I have a few questions:

Why is the TNA world champion's title defense the semi–main event, while the match to determine his next contender goes on last?

Why did The Pope need to win the number one contender's tournament to get a title shot when he already has a clean win over the champion and could just demand a title shot based on that?

Did he even think to ask?

Why did tweaking his shoulder hurt Hernandez more than Matt Morgan got hurt taking Hernandez's stand–up suplex followed immediately by taking Hernandez's dive outside the ring?

If Mick Foley and Abyss needed motivation to wrestle each other why didn't TNA management just offer more money to the winner of their match?

Why weren't Mike Tenay and Taz outraged when Mr. Anderson cut Kurt Angle's head with a metal object?

Who thought the Nasty Boys and Team 3D could wrestle a match without gimmicks?

Is A.J. Styles the most miscast Nature Boy since Chic Donavan?

Who measured A.J. Styles' head for that robe?

With Jimmy Hart in, will Hulk Hogan have nerve enough to bring in Brutus Beefcake?

Why is Dixie Carter paying Ric Flair all that money, just to have him sell for a non–wrestler?

Why was the world champion's title match just a backdrop to get over the special referee?

Why do I have to pay thirty–five bucks to watch TNA's show on Sunday night, when the exact same type of show on Thursday night is free?

Has there been a more out–of shape wrestler on pay–per–view in the last ten years than the Nasty Boys' Brian Knobs?

Well, okay, I know the answer to that last one. No.

**James Caldwell, assistant editor (6.0)**

This gets a thumbs up for delivering a good heaping of wrestling action with seven matches built around the theme of a one–night tournament where each match had a purpose. TNA also delivered three–fourths of a strong TNA World Title match between Samoa Joe and A.J. Styles, plus Team 3D vs. Nastys wasn't nearly as bad as it could have been, even though it was barely passing.

"The Pope" D'Angelo Dinero was clearly the star–in–making of the night, as TNA focused on him from beginning to end. Mr. Anderson also had a superb night in and out of the ring. He has a victory over Kurt Angle that TNA should stretch to TNA to get the most out of that victory.

The TNA World Title match was hurt by Ric Flair and Eric Bischoff overshadowing A.J. Styles and

Samoa Joe. Styles vs. Joe was reduced to a mere sequence of spots and comebacks leading to the eventual over–done finish leading to the TV follow–up. It was like a TV main event stretched from ten minutes to 20 minutes with the same referee incompetence, outside interference, and unsatisfying finish where nothing was really settled inside the ring.

Unless PPV viewers at home were really into The Pope's star–making night, they probably walked away with a feeling of unsatisfaction, but not disappointment. There was enough total wrestling to not be disappointed, but not enough satisfying match finishes. Even for casual fans looking forward to Team 3D vs. Nastys, the match ended with outside interference and the heel team winning.

$34.99 is a lot to ask for a TNA PPV when the PPV doesn't deliver that "Angle vs. Wolfe" or "Styles vs. Daniels vs. Joe" caliber standout PPV main event. Joe vs. Styles was supposed to be that match, but there were too many additional players taking away from the match. Pope vs. Anderson in the main event went 15 minutes, but the match dragged in the middle and wasn't at the level of a PPV main event. The garbage mess between Abyss and Mick Foley with the pre–match confusion also dragged down the PPV to a passable thumbs up, but not replay worthy.

**Sean Radican, columnist (5.5)**

TNA had the right idea trying to push a couple of new faces to the top of the card with the 8 Card Stud tournament, but ultimately the execution fell short.

There simply weren't enough good matches on the card to make this feel like it was a card worth $34.95. The tournament matches for the most part were solid, but none were spectacular. D'Angelo and Anderson both were showcased in some entertaining segments tonight. Both men came off well, but they didn't truly get a "spotlight" moment in the ring.

The show featured some good backstage segments and interviews that built up the tournament and the other matches on the show. I enjoyed Anderson's promo work with Hemme and Borash. He was really good tonight.

Other skits fell short, especially Bischoff's segment backstage with Foley and Abyss. There were two real stinkers on this card with Team 3D taking on the Nasty Boys and The Abyss–Foley match being a mess in the ring.

The last two matches were good, but not good enough to make this PPV worthy of a replay recommendation. Styles–Joe delivered another good match, but this time around the action was about everything but the title, as the Bischoff–Flair feud was at center stage and not Joe–Styles in the ring.

The main event was slow, but Dinero did a good job of playing the babyface in peril. The match really heated up towards the end and Pope came off great, as did Anderson. The problem was they didn't have a highlight reel moment during the show in the ring.

I like where TNA is headed with Dinero and Anderson getting a strong push on PPV, but a lot of the segments and matches on this show weren't anything you wouldn't see on television for free.

**Wade Keller, editor (6.5)**

TNA PPVs have undergone a major facelift. This wasn't a show with 40 wrestlers on it. This wasn't a show with long stipulations attached to more than half the matches. This wasn't the 2005–2009 formula, give or take, that featured a wild and crazy multi–person X Division opener followed by a tag match, then a garbage brawl, then a match with special stipulations

ROUNDTABLE CONT. PG. 27



## REAR VIEW MIRROR

By Brian Hoops
columnist

# Nostalgia Items: Ted DiBiase HOF

•Wrestling legend, "Million Dollar Man" Ted DiBiase, is the first, publicly announced inductee into the WWE Hall of Fame for 2010. While DiBiase is best remembered for his national run with the WWF from 1987 to 1993 and for his Million Dollar Man gimmick, he was an outstanding wrestler in the territory system prior to joining the WWF.

DiBiase is a second generation wrestler, his mother Helen and stepfather, Iron Mike DiBiase were both professional wrestlers. DiBiase played football at West Texas State University, but dropped out of school to pursue a career in wrestling.

DiBiase was trained for professional wrestling by the Funks in Amarillo, Texas and made is professional debut in 1975. DiBiase wrestled for Mid-South Wrestling from 1975–1979 when he went to the WWF.

DiBiase was regarded as a quick learner and excellent technical wrestler. DiBiase was booked to win the North American Championship in the WWF, the title's first and only champion. On June 19, 1979, DiBiase lost a title match to Pat Patterson. The WWF then referred to the Intercontinental Championship, proclaiming Patterson as the first Intercontinental Champion.

DiBiase returned to Mid South Wrestling in 1980 and would become one of the most popular wrestlers of the territory. In fact, by 1981, DiBiase was in line for a run with the NWA World Title. Harley Race was set to lose the belt in 1981 to Dusty Rhodes and the plan was for DiBiase and Ric Flair to both get a run with the belt. However, Flair did so well with his run with the belt that the decision was made to keep the belt on Flair and DiBiase never got his promised run with the NWA belt.

Back in that timeframe, the NWA promoters all had a vote in who the NWA Champion was. Jim Barnett, Fritz Von Erich and Jim Crockett were major promoters of influence and were huge supporters of Flair. DiBiase had his supporters, including Sam Muchnick and the Funks, but Flair was booked as Champion through early 1983, when Race was to regain the belt for the belt to the first Starcade match on Thanksgiving night, 1983, where Flair was to regain the belt from Race.

DiBiase turned heel in famous match against The Junkyard Dog in 1982, taking the Mid-South Championship from the Dog and setting off a major program between the two biggest stars of Mid-South Wrestling.

DiBiase received an offer from the WWF in 1987 and lost a loser leaves town match to Jim Duggan, who would also jump to the WWF so after, ending his feud with Duggan.

DiBiase struggled with the offer from Vince McMahon as McMahon wouldn't tell DiBiase how he would be used or his gimmick until he

signed to his contract. DiBiase asked Terry Funk if he should sign the contract offered by McMahon or stay with the UWF, which is what Bill Watts renamed the Mid South promotion after Watts went national in an effort to compete with McMahon and Jim Crockett. Funk told DiBiase to jump on the opportunity and DiBiase did.

The "Million Dollar Man" was born and DiBiase became a huge star in the WWF. DiBiase debuted during a series of vignettes that were designed to get the character over.

DiBiase tried to purchase the WWF World Title from Hulk Hogan, but Hogan refused. This led to the February 5, 1988 edition of The Main Event where Andre the Giant defeated Hogan for the title after DiBiase paid off referee Dave Hebner and DiBiase bought the belt from The Giant.

The title was held up and a tournament was held at WrestleMania IV for the title. Randy Savage defeated DiBiase for the vacant title. DiBiase feuded with Hogan and Savage for the rest of 1988.

DiBiase was never given a run with the WWF Title, but was the World Tag Team Champion three times with Irwin R. Schyster (Mike Rotundo). DiBiase also created his own Million Dollar Championship and won the 1988 King of the Ring winner.

DiBiase retired from active ring competition on January 18, 1994 as the years of wrestling left DiBiase with painful neck injuries.

DiBiase would manage in the WWF, creating the Million Dollar Corporation and also in WCW as it was revealed that DiBiase was the money behind the early nWo. DiBiase also managed the Steiner Brothers before leaving wrestling completely.

DiBiase is now a Christian minister and founded the Heart of David Ministries in 1999. I met DiBiase at one of his Christian events in 1997.

## NOSTALGIA ITEMS

•The Steel Domain DVD produced by promoter, Ed Hellier will be ready to be shipped February 28. The DVD will feature matches from the Steel Domain library with former AWA announcer Mick Karch handling the play by play commentary. Matches featured on the DVD include Austin Aires vs. Shawn Daivari, Lenny Lane w/Sherri Martel vs. Ken Anderson, Lenny Lane vs. Austin Aires, Ace Steel vs. CM Punk, ODB, Colt Cabana and more. The DVD can be purchased from the Steel Domain website, www.sdwonline.com.

•In the February/March issue of the Cauliflower Alley Club's newsletter, Nick Bockwinkel recounted funny story about a 1980s tag team match he had with Ray Stevens. Bockwinkel and Stevens were wrestling in Honolulu and Bockwinkel's wife's family all resided in Hawaii. Bockwinkel had arranged tickets for his mother–in–law and father–in–law, along his wife and her brother.

None of Bockwinkel's in-laws were wrestling fans, except for his mother–in–law, who was had been a die hard, hard core fan all of her life.

Bockwinkel's parents were sitting about 12 rows back from ringside and his wife was in the

same aisle, about six rows from ringside.

At one point in the match, Bockwinkel and Stevens were dropped kicked over the top rope onto the floor. At that point in the match, Bockwinkel's mother–in–law got out of her seat and started charging the ring. Stevens, seeing Bockwinkel's mother–in–law coming to the ring, told Bockwinkel what was happening. Bockwinkel, with blood flowing down his face from his head and in front of a sell out crowd, yelled "lady, put your ass back in your seat and get out of our way doing business."

Bockwinkel explained he did return to her seat and was later told that his mother in law's feelings were hurt that he yelled at her in public.

•Tito Santana will be hosting a wrestling clinic on February 20 at the IWF Center in West Paterson, New Jersey. The clinic will teach wrestlers the fundamentals, in ring instructions, interviews and will also include a question and answer session with Santana. There is a wrestling show on February 19 and 20 at the gym that Santana will also be appearing on. Tom Pritchard will be conducting his 9th annual wrestling clinic at the gym April 23–April 25.

•Former AWA World Champion, Stan Hansen is finishing his autobiography. The book will be published by Crowbar Press and Scott Teal.

•Ivan Putski, Tito Santana, Road Warrior Animal and Paul Ellering have been added to the Legendsmania event in Atlanta, Georgia on March 13. The convention will feature some of the best tag teams in history like The Rock & Roll Express, The Highflyers, Demolition, The Midnight Express, Ivan & Nikita Koloff and the Armstrong family.

•Sean Oliver, co-owner and host of Kayfabecommentaries, which produces the highly acclaimed DVDs from www.kayfabecommentaries.com, was a guest on my Torch Nostalgia Podcast last week. Oliver talked about how he started the company, goals for the company and how the company comes up with ideas for different guests and series. Oliver said he will be recording a "You Shoot" DVD with Jim Cornette.

The You Shoot series is one of their most popular series. Oliver also said Bill Apter will be hosting the next Ringside series, which will be with Terry Funk and will be released in May. Upcoming releases for the "Timeline" series will be 1977 & 1978 WWF with Super Star Billy Graham, released in April, 1988 WWF with Jim Duggan and 2001 WWE with Ivory. Oliver also expressed an interest in having a timeline of other organizations after the brand name becomes established. Oliver stated the "My Side" series has been canceled due to financial considerations.

Listen to Brian Hoops and George Schire discuss nostalgia news and memories in the weekly Torch Nostalgia Podcast. Topics they will be discussing this week include the career of Ted DiBiase, the greatest wrestling rivalries and much more. Newstips, questions or comments can be sent to torchnostalgia@gmail.com.

![ANOTHER VOICE]

**ANOTHER VOICE**

By Greg Parks
columnist

# Analyzing Bischoff & Hogan Interview

the picture. The point is I don't see how he'd help the company in any way.

**Point Three:** Hogan and Bischoff briefly described the creative process in TNA, and who has final say over whom.

**Reaction:** If Vince Russo weren't so unlikeable in his Internet comments, I'd almost feel bad for the guy for the position he's in.

Both Hogan and Bischoff, men he is working with in TNA, have gone on record AFTER signing with the company, about how much they dislike Russo and his writing. And what can he say about it?

I'm sure Bischoff and Hogan would love to get rid of Russo and are waiting for him to give them a reason, so they can go to Dixie Carter, who is known to be very loyal to Russo, and get him canned. But damn, Russo does not make it easy to feel bad for him.

Hogan rightfully called Russo out on his "fake wrestling" diatribe that he wrote on his Facebook page a few days prior to the interview. Hogan stuck up for the wrestlers who have given their bodies in the ring, something Russo apparently didn't think about, even though you think he'd be editing his posts carefully, seeing as how they can be read by pretty much anyone.

The chain of command seems to be Russo–Bischoff–Hogan when it comes to writing, editing, and approving scripts. They made it known that Bischoff often has to do a lot of cleaning up of Russo's writing.

**Point Four:** Both Hogan and Bischoff discussed their wish list of WWE talent.

**Reaction:** Randy Orton and John Cena were at the top of both men's lists, and rightfully so: They'd both immediately jump to the top of the heel and babyface charts in TNA respectively.

I would side more with Bischoff than Hogan in terms of bringing in Big Show. To see him when he returned to WWE, in comparison to even just a year later, it was obvious he had put on a lot of weight.

He could carry backstage segments that TNA likes to do, but in the ring, I have my doubts. He's just so limited at this point, with his weight, height and age creeping up on him.

Hogan was of the opinion that Big Show has never been used correctly. I would slightly disagree, though I'd wait to hear Hogan's ideas for him before fully disagreeing.

On the flip side, I agree with Hogan and disagree with Bischoff on their assessment of Chris Jericho. Hogan raved about Jericho, whereas Bischoff was of the opinion that he wasn't World Championship material, even going so far as to say that Vince McMahon thinks the same way. Well, except for those times when Jericho HAS been champion.

Did Bischoff not see Jericho's feud with Shawn Michaels almost two years ago? How about his matches with Rey Mysterio this past summer? The dude can bring it both in the ring and outside of it, carrying segments on the mic, with his facial reactions, and with his in-ring style. Bischoff did compliment Jericho's talent, so I'm not sure what he

sees as his shortcomings.

**Point Five:** Members of the TNA roster were evaluated by Bischoff and Hogan.

**Reaction:** Some of their opinions (mostly Hogan's) were downright scary to read. I was surprised they talked about Jay Lethal, since he has been a non-factor since the Bischoff/Hogan regime took over.

Hogan mentioned wanting to get Randy Savage in to manage Lethal as Black Machismo. Again, I can't tell if Hogan was kidding or not, but that would never, ever happen, to the point where I don't even know why Hogan would've brought it up (unless it was meant as a joke).



JAY LETHAL
ART CREDIT GRANT GOULD

Bischoff and Hogan didn't mention dropping the gimmick, so I wonder where they plan to go with it.

Sting received a stern lecture from Hogan and Bischoff about not appearing committed to TNA, after he didn't show up to the Genesis PPV. Sting has never been one to eat, drink and breathe the business, but maybe Bischoff and Hogan were using Sting to send a message to others in the TNA locker room. They've worked with him long enough in WCW to know what he's about.

Both Hogan and Bischoff had positive things to say about Desmond Wolfe, but like Sting, Hogan said they needed to get Wolfe "dialed in." Not sure what he means by that, but I assume it means tighten his character and make his persona more three-dimensional.

Perhaps that's wishful thinking on my part. They mentioned his character as James Bond–like, which I could see working for Wolfe. I felt like adding a valet was just Hogan and Bischoff looking at Wolfe and thinking he was too plain, so they needed to dress him up with some arm–candy, but maybe I was off on that.

They both mentioned The Pope D'Angelo Dinero in a positive manner as well. Bischoff said he loved his "character," but I'm wondering if he would even be able to tell someone what the character is really about, because they've been kind-of vague thus far.

Quote #2 from Hogan that worried me was saying that he saw Abyss as "perfect... he's my next John Cena." I think they're both of the male gender, but that's where I'd end the comparisons about the two, at least as far as their on–camera personas go.

I don't really know what Hogan means by "my next John Cena"; does it mean the guy they'll push to the moon? The guy they expect to do a ton of public relations work for the company? The guy that can represent TNA positively in the mainstream media? Because I don't really see any of that in him.

The interview touched on more subjects, and really gave insight into the minds of the creative leaders of TNA. It was sometimes a frightening experience based on what they had to say, but at least things were made a little clearer as to their intentions and expectations for the company.

*Greg Parks covers Smackdown live every Friday for PWTorch.com. His feature columns appear exclusively weekly in the PWTorch Newsletter.*

---

When Hulk Hogan and Eric Bischoff went on the Bubba the Love Sponge radio show to give their "State of TNA Address," you had to know it was going to be newsworthy.

Hogan and Bischoff haven't pulled any punches in their media appearances since taking over the reigns of Total Non–Stop Action. They didn't disappoint, giving fans a few talking points to ponder coming out of the interview. Some of them, I thought, were worth exploring here in this column.

**Point One:** Eric Bischoff noted that the Montreal Screwjob angle that aired on Impact was a shot at WWE. He said it was successful because it got people talking, and because the rating for that quarter–hour was higher than usual. Hogan said TNA having Earl Hebner allowed TNA to have the advantage over WWE's re–creation of the angle.

**Reaction:** Yeah, when needs BRET HART, ya know, the guy who actually got screwed and has finally come back to WWE after a 13–year absence; TNA has Earl Hebner! He's the referee that screwed Bret... and... that's it.

Yeah, TNA sure showed WWE on that one! Thing is, Hebner does not equal PPV buys, whereas Bret and his angle with Vince will draw viewers to the PPV come WrestleMania time.

And it's one thing to take a shot at WWE on–air like Bischoff used to do on Nitro, revealing results ahead of time. That didn't really affect storylines and angles on Nitro. But building an entire angle on your own show at taking a shot at WWE just doesn't make any sense.

They didn't even play it up for laughs, like, "Haha, this is what WWE is doing! Look at how lame it is!" They played it seriously, so how was it taking a "shot" at WWE exactly? That I do not get.

I understand that Bischoff wants to recreate the Monday Night Wars, but at this point, TNA's constant referencing of WWE does nothing to help them and in fact makes them seem like a company with an inferiority complex.

**Point Two:** Bischoff refuted Honky Tonk Man's claims that he was negotiating with TNA. Hogan seemed to be keen on the idea of bringing HTM in.

**Reaction:** Bischoff had some choice words about the longest–reigning Intercontinental Champion of all–time, but at this point, I wouldn't rule out Bischoff working with anyone no matter what he says. He's spoken ill of so many people (and companies) before going to work with them later on, that what he says about people isn't really worth a hill of beans.

I confess that I did not hear the show, so Hogan may have said what he did in jest. But if not, this is going to be the main problem Bischoff and Dixie Carter will have to deal with, that being Hogan wanting to bring in every star that is past their prime. At this point, Honky Tonk Man is the LAST person TNA needs to add to their roster. Okay, maybe Sid is the last person they need, but you get

## McNEILL FACTOR

### By Pat McNeill columnist

# At the Matches: Styles vs. The Pope

On Thursday Night, Total Nonstop Action wrestling brought a house show to the John Paul Jones Arena in Charlottesville, Virginia. The J.P.J., which is on the campus of the University of Virginia, can hold about 14,500 people for wrestling. Last year's TNA house show in Charlottesville drew about 1,000 fans. This year's show, for which half the building and the upper deck were blocked off, drew about nine hundred. Ten hundred fans on a college campus on a Thursday night means…whoever was in charge of advertising the show dropped the ball.

Compared to the Richmond Coliseum, the modern John Paul Jones Arena is a dream for wrestling fans. Parking was expensive ($10), but it sure was plentiful, and there was space available near the entrance. A friendly scalper (or TNA employee, I'm not sure) sold me a lower bowl ticket for $5. Shortly after I walked through the door, I found the merchandise table, where the one and only Don West was hawking T-shirts and DVD's. Former TNA champion Jeff Jarrett was at the autograph table, signing TNA programs. Buy the program ($20) and Jarrett would sign it for free. West was also doing the Brown Bag Special, where $20 got you a brown bag of four random TNA DVD's from the warehouse and your choice of an A.J. Styles or Beer Money T-shirt. Turns out, I look darn good in my Beer Money T-shirt, so mission accomplished. It was less thrilling to look at the T-shirt label and read "Made In Haiti".

Craig Somebody came out to welcome everyone, and to hype the show. He pointed out that the four-sided ring has replaced the six-sided ring (boo!), that fans were welcome to take all the photos they wanted, but no video footage, and that, by order of Hulk Hogan (boo!), A.J. Styles would have the defend the TNA World Title tonight against D'Angelo Dinero, who beat Styles on a recent episode of Impact. Then, Craig introduced ring announcer Jeremy Borash, who came out to "Wildside" by Motley Crue.

This was the start of the Jeremy Borash Show. Borash did the same schtick he does at every house show. He gave Craig a handful of backstage passes, and promised that the loudest fans would get to go backstage at intermission. Craig informed J.B. that the British Invasion were not allowing fans to go backstage. Jeremy said that he didn't need anyone's permission. The fans ate all this up with a spoon. On with the show!

**(1) Generation Me (Max Buck & Jeremy Buck) defeated Lethal Consequences (Jay Lethal & Consequences Creed) in 8:04 when Max pinned Creed.** The former Young Bucks came out to "Click Click Boom" by Saliva. Apparently their TNA music isn't ready for prime time. Gen Me were wearing black jeans with handkerchiefs in their back pockets. I wonder who they're trying to look like. Both teams were popular with the crowd, but Lethal and Creed did a good job working as subtle heels. When Jeremy hit his first flip over the top rope, the crowd went nuts. The finish came when Lethal had Max set up for the top rope elbow, Jeremy pushed Jay off the top rope and the G.M.'s hit their finisher on Creed for the win. A good, high-energy opening match. Call it three stars.

Second Referee Mike Posey came out to "Seek and Destroy" by Metallica. I kid you not.

**(2) Homicide pinned Jesse Neal in 8:03.** The drunken college kids behind me started rooting for Homicide in the early going. A lot of people didn't recognize Neal, who came out to "Awake" by Godsmack. Neal was announced as "representing the United States Navy". It's a good think Borash told us that, because we never would have guessed it ourselves. Neal had the power advantage and Homicide played the chickenscratch heel. The 187 stole Borash's ringside chair, but Posey took it away from him. Neal got a near fall with the Bossman slam. Then he made the mistake of going up top and jumping right into a Gringo Cutter by Homicide. Oops. Neal has the muscular superstar look, but he needs more experience. Working with guys like Homicide can only help him.

Borash and friends handed out more backstage passes.

**(3) TNA Knockout Champion Tara & Angelina Love defeated The Beautiful People (Madison Rayne & Lacey von Erich) in 9:20 when Love pinned Rayne.** It is worth noting that Lacey von Erich is ridonkulously hot in person. If they ever remake the film "Cherry 2000", Lacey's a natural for the title character. Love and Tara came out to the Marilyn Manson version of "Beautiful People", along with their "manager" from the local classic rock station. Tara dropped off her spider cage at ringside and Angelina did his entrance in front of the timekeeper's table. This was done entirely so Angelina could get a bug-eyed reaction from Borash.

With Velvet Sky absent, the Beautiful People stalled a lot. Madison finally got in and did the bulk of the work. For reasons that still escape me, Lacey attempted a moonsault and botched it badly. The drunk guys behind me demanded that Angelina Love use a finishing move called "the motorboat", but Angelina opted for the Lights Out and scored the fall. This was longer than it should have been, but I didn't hear any fans complaining.

After some more whoring for backstage passes, we got to the semi main event.

**(4) Jeff Jarrett pinned Christopher Daniels in 11:40.** The good news is that Jarrett received a superstar reaction from the Charlottesville faithful. The bad news is that the drunks behind me started a "Double J" chant and everyone joined in. This means that many fans remembered Jarrett from his two runs in WWE, not for anything that happened in TNA. Daniels dominated the opening minutes until Jarrett hit a series of moves and followed with the Fargo strut. This settled into your classic Main Event Style battle. Daniels applied the Koji Clutch, but Jarrett made the ropes. The match ended when Daniels missed the B.M.E. and Jarrett followed with the Stroke. Jarrett looked almost rejuvenated by the enthusiasm of the crowd.

Jeremy Borash announced that it was intermission, and the fans with passes could go backstage. For everyone else. Angelina Love & Tara were signing autographs at the merchandise table. Borash also threw T-shirts and DVD's out to the remaining fans. There was a father with his kids in our section who was carrying a "Captain Redneck" sign. No one had the heart to tell him that Dick Murdoch wasn't showing up.

**(5) In a six-man tag team match, Kurt Angle & Beer Money (James Storm & Robert Roode) defeated** Desmond Wolfe, TNA X-Division Champion Doug Williams & Brutus Magnus in 8:45 when Angle pinned Wolfe. Wolfe got the microphone before the match and went for the cheap heat, saying that he was a big fan of rival school Virginia Tech. Wolfe also pointed out that this was the first time these three men had teamed together. Magnus then demanded silence for their rendition of "God Save The Queen". Of course, Beer Money interrupted to start their entrance. Roode and Storm then gave Borash a handful of backstage passes to give out. Naturally, the British team stole the passes and tore them up. Angle made his entrance and received the biggest pop of the night.

The match was designed to protect Angle, who spent a lot of time on the apron chuckling at the antics of Roode and Storm. Beer Money set up the British team for the infamous "sixty-nine plus doggy style" comedy spot. Storm took the heat for most of the match. Roode made the comeback, and then Angle made the blind tag and started suplexing everybody, ending with an Olympic Slam on Wolfe for the win. This wasn't a five-star classic, but it sure was a lot of fun. In hindsight, this should have been the main event, because no one else should have following Angle.

Between matches, Jeremy Borash asked the fans if they watched Impact. About two-thirds of them did. Borash then asked if they were excited about the additions of Ric Flair and Jeff Hardy. They were. Then Jeremy teased a "special surprise" for after the match, in order to keep the crowd from leaving early.

**(6)** In our main event, TNA World Heavyweight Champion A.J. Styles pinned "Pope" D'Angelo Dinero in 15:13. Referee Earl Hebner came out to "Man In The Box" by Alice In Chains to officiate the title match. Craig ran down to the ring and confronted Hebner with the suspension papers that Hulk Hogan had signed. The security guards escorted Earl to the back, a nice payoff for people who have been watching the TV show. The champion received a special entrance, as the house lights were turned off and he came in to a single spotlight. Styles was without manager Ric Flair, who wasn't booked tonight.

The Phenomenal One had a rough time turning the crowd against until he began stalling and begging off. Even then, about half of the people cheered for him. The finish came after Pope scored a near fall of a backdrop and complained to referee Slick Johnson about the count. This allowed A.J. to hit the Pele Kick and the Styles Clash for the win. After the match, there was a lengthy postmatch brawl between Pope and Styles, which lasted until Pope was dragged away by security.

Borash took the microphone one final time and announced a Thursday night "Autograph Party". Fans could get photos taken with A.J. Styles for $20 in the ring, or autographs and photos with Kurt Angle at the merchandise stand, or autographs from the other wrestlers for free.

**Final Analysis:** TNA delivered a fun and entertaining house show product, designed for those of us who like about eighty percent wrestling on our wrestling shows. It combined the best elements of a WWE house show and a local independent show. If you can find a TNA live event in your area, check out.

*Pat McNeill of Fairfax, Va. has been a PWTorch Columnist since 2001.*

**MITCHELL'S MEMO**
By BRUCE MITCHELL

*Vince Russo: The wrestling business has hurt me more than any other*



# PRO WRESTLING TORCH ORDER FORM

### Step 1: Indicate method of sending in order and payment

☐ **Email**—Master Card, Visa, Pay Pal
E—mail name, address, card# (w/exp. date) and indicate what you are ordering to: <torchsubscriptions@gmail.com> or visit www.pwtorch.com to use Pay Pal online

☐ **Fax**—Must use Visa or Master Card
•Fax this form (or all pertinent information to 651—452—2316)

☐ **Traditional Mail** (check, m.o., or credit)
•Mail this form to: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121.
•Important: If your address is not on backside of this form, please include separately.
•Canada/Overseas orders must use money orders in U.S. funds or Visa or Master Card.

### Step 2: Indicate your purchase

☐ **100 issues—$175 U.S.**
($200 Canada, $275 overseas)

☐ **50 issues—$97 U.S.**
($108 Canada, $143 overseas)

☐ **20 issues—$41 U.S.**
($45 Canada, $60 overseas)

☐ **8 issues—$18 U.S.**
($20 Canada, $26 overseas)

Have a sub concern? E—mail us or call 651—452—2316

### Step 3: Indicate means of payment

Circle one of the following:

Check—Money Order—Visa—Master Card

CREDIT CARD NUMBER                    EXP. DATE

SIGNATURE (for credit card orders only)

PLEASE PRINT FIRST AND LAST NAME

HOME & WORK PHONE #s (for all orders, in—house use only)

PLEASE INCLUDE YOUR E—MAIL FOR "VIP EMAIL EXPRESS" REPORTS AND RENEWAL REMINDERS:

If you could change one thing about the Torch, what would it be?

Do you visit PWTorch.com regularly? Yes No

| Please rate these: 10=great!... 5=okay... 1=ugh | |
| --- | --- |
| Cover Story: | Ask the Editor: |
| Newswire: | Keller Columns: |
| Keller Analysis: | McNeill Columns: |
| WWE PPV Reports: | Mitchell Columns: |
| TNA PPV Reports: | Parks Columns: |
| ROH DVD Reviews: | Radican Columns: |
| Keller TV Reports: | Powell Pg2 Buzz: |

---

*"I can never take back the years I stole from my own family in favor of fake wrestling scripts for human beings who could never have the insight to appreciate what I was attempting to do for them and their families. Yes, perhaps the wrestling business has hurt me more than any other."*

– Vince Russo, Rope Burns

Really, Vince?

The wrestling business hurt you more than it hurt Michael Benoit?

The professional wrestling business took Michael Benoit's family away from him, too, and not just during the hours he was working, either.

Michael Benoit's son, professional wrestler Chris Benoit, in his grief, strangled his wife Nancy to death, hid that fact for hours from their young son Daniel, then choked Michael's grandson to death with his famous pro wrestling submission hold, then spent a day or so alone in hellish misery, before he committed suicide by wrapping the metal cord from a weight machine around his neck and strangling himself to death. Michael Benoit, in his grief, then got to watch the worldwide media firestorm his now reviled son's murderous actions ignited go on for months.

But then, you can never take back the years you stole from your own family, and what's Michael Benoit's pain compared to that?

And what about Martha Hart and her two children? You remember how the pro wrestling business hurt her family, don't you?

You should. You were there.

Owen Hart, Martha's husband and the father of her two children, by your own account one of your best friends in the pro wrestling business, died a horrifying death when he fell from the ceiling of the Kemper Arena trying to execute one of those fake wrestling scripts you wrote.

He was one of your best friends in the business, but it never occurred to you to ask him if he was afraid of heights.

Martha Hart lost her husband that night and was left to fight the bitterest of fights with the professional wrestling business that has hurt you so. Those two children lost their father.

But then, you had to write those fake wrestling scripts for human beings who could never have the insight to appreciate what you were attempting to do for them and *their* families. Hell, what happened to Owen Hart couldn't be as bad as all that; after all, the show went on, didn't it? And you kept on writing fake wrestling show scripts with real dangerous stunts for untrained wrestlers to perform, remember?

I know Owen's brother Bret Hart and Bill Goldberg do.

Or what about Vickie Guerrero? The wrestling business hurt her, too. Her husband Eddie, the breadwinner in her family, dropped dead brushing his teeth one morning before one of those wrestling shows. Eddie Guerrero was only 38 years old and left behind three children for Vickie to raise by herself. Vickie Guerrero and her family lost more than a husband and a father. Dead wrestlers don't make money, either, for their promotions or their families, and the Guerrero family lost their home.

Still, that couldn't be as bad as spending all those hours away from your own family writing fake wrestling scripts for human beings who could never have the insight to appreciate all you do. After all, the wrestling business appreciated Vickie Guerrero, at least enough to allow her to leave those children at home without any parent at all to go on the road as the single poorest–paid regular on television, vilified at every stop for not having the body of a fitness model half her age.

Still, human beings appreciated Eddie Guerrero, and not you. That has to hurt.

I could ask you about how that hurt you feel compares to the hurt suffered by dozens upon dozens of wrestling families whose fathers and sons died, but what's the point?

All I know, Vince, is the pain you feel as the person who, perhaps, the wrestling business hurt the most must be horrific, you know, compared to all that.

*Bruce Mitchell is the PWTorch senior columnist, beginning his writing for PWTorch since September 1990. He and editor Wade Keller discuss pro wrestling's current events and history every weekend in the PWTorch VIP Audio Show section. He is also occasionally guest cohost of Wade Keller's PWTorch Livecast at BlogTalkRadio.com/pro-wrestling-torch.*

ROUNDTABLE CONT. FROM PG. 23

that took Mike Tenay a minute or two explain, and then some match with a crazy structure involved, and then a World Title match.

This PPV was about regular wrestling matches and a few wrestlers only. Sure, the tournament format has a mix of good and bad built into it—you see the same wrestlers several times, fewer wrestlers can be on the show, and you can't advertise the main event ahead of time (and thus can't build a rivalry between the finalists on the weeks of TV leading to the event).

Still, it felt newsworthy and largely entertaining because it accomplished something. It provided a platform for Samoa Joe and A.J. Styles to shine, for Mr. Anderson to show he is a potential top star, and The Pope to show that he's a hot commodity ready to be elevated.

Let's hope Thursday's Impact begins with The Pope's tourney win, not a clip of Eric Bischoff punching Ric Flair. Against All Odds, first and foremost, should be portrayed as the star–making show for The Pope, who won a grueling tournament wrestling three times in one night against top TNA competition. Other stories, while important, didn't matter as much as that. Let's hope TNA gets it right.

I agree that Bischoff punching Flair was a mistake and confusing (for whom do we cheer?). There were stretches that dragged. It wasn't a PPV of the Year. But it was a show where you could kick back and watch, not be overwhelmed and dizzied by non–stop everythingness, and at the end of the night feel as if something was accomplished in the ring— that what happened in the ring mattered. That's how you give customers a feeling of getting their money's worth. Now they've got to get some women, tag teams, and X Division wrestlers in the line–up again.

PWTorch Weekly #1133/34 • P.O. BOX 211654 • ST. PAUL, MN 55121

•PUBLISHING INFORMATION: Pro Wrestling Torch is published approximately 50 times per year by TDH Communications Inc. including occasional double issue weeks. It is 12 pages standard, with special 16 page bonus weeks. •COPYRIGHT NOTICE: All material herein is copyright TDH Communications Inc. 2009. All rights reserved. No portion of the Torch may be extensively quoted, reprinted, or broadcast in whole or in part (including on the Internet) without written permission of the publisher. •CONTACTING THE TORCH: Editorial and Subscription Offices: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121… Editorial Office (for news, results, or to contact Wade Keller: (651) 452–2316… Subscription Concern Phoneline or to FAX A RENEWAL ORDER: (651) 452–2316… E–Mail Sub Deptartment: torchsubscriptions@gmail.com… E–Mail Wade Keller: kellerwade@gmail.com •RESUBSCRIBING GUIDELINE: To assure uninterrupted service, please resubscribe at least three weeks before your final issue arrives. Once each bulk mailing takes place on Tuesday or Wednesday, no individual back issues are available. If you wait too long, you may miss an issue. •MISSING AN ISSUE? If you do not receive an issue within seven days of its Tuesday or Wednesday mailing date, notify the Torch for a replacement. Please wait at least seven days, though. •ADDRESS CHANGE? Send to the subscription department via e–mail (torchsubscriptions@gmail.com) or regular mail. Please DO NOT phone it in verbally.

PRESORT
FIRST-CLASS
MAIL
U.S. POSTAGE PAID
MINNEAPOLIS, MN
PERMIT NO. 4665

**Daily News at www.PWTORCH.com and www.MMATORCH.com**

EVENTS SCHEDULE

– 2/19 WWE Supershow in Chicago, Ill.
– 2/19 TNA in Plattsburgh, N.Y.
– 2/20 WWE Supershow in Springfield, Ill.
– 2/20 TNA in Massena, N.Y.
– 2/21 WWE Elimination Chamber PPV in St. Louis, Mo.
– 2/22 Raw TV live in Indianapolis, Ind.
– 2/23 SD/ECW TV taping in Milwaukee
– 2/24 TNA in Brisbane, Australia
– 2/26 Raw in Amarillo, Tex.
– 2/26 TNA in Sydney, Australia

## FIRST CLASS (WARNING: SEAL TO BE BROKEN BY ADDRESSEE ONLY)

THIS IS ISSUE #1133-1134 YOUR SUB EXP. AT 1159
4*11***************MIXED AADC 553
EILEEN WARGO
1311 YUTES RUN RD
TARENTUM PA  15084-3816

## BBL EDITORIAL

### continued from cover

minimally. By minimally, I don't "very little" or "not very much." I just mean that the least exposure possible while still giving them a chance to be in the mix and a presence on the show.

I like what they've done with Syxx Pac & Scott Hall, so far, for instance. They're identified with another area, and especially in Hall's case, don't look fit for today's era. But they have some name value and enough history with some others in the promotion that it's perhaps worth getting some mileage from their being identified with the NWO. They're hardly a make–or–break act, and with Anderson, Pope, and the resurgence Samoa Joe (whom Hulk Hogan is an unlikely big fan of now), TNA doesn't need to dip into the past to carry the majority of the content of the show. They may just be starting to realized that.

What they haven't necessarily realized yet is the value of the Knockouts, X Division, and Tag Team Divisions—all three of which were absent at Against All Odds, unless you count the Nasty Boys vs. Team 3D, but that felt less like a TNA Tag Division match and more like a special attraction match flashing back to the Stars of the '90s.

For Impact to make the biggest splash possible and keep the Raw viewers flipping over and getting hooked is the sense not that this is where the WWE discards have gathered long past their freshness date, but rather it's the party that's not living off reputation, but rather is gathering steam as the place to be.

TNA, by opting for the later timeslot head–to–head with Raw, may have more flexibility to counter WWE's PG rating with a more edgy style. They shouldn't, though, think they need to tawdry or excessively violent to get the attention of WWE fans. Leave the sexist jokes, misogyny, and gratuitous violence behind and instead pick their spots for something just a step more adult–oriented than WWE. Since they're the only other game in town, they don't need to dial it up and push the limits of what Spike is comfortable with (or what many viewers are comfortable with). But they can, in meaningful instances, once or twice a month, have something that WWE Raw wouldn't feature. Then let it speak for itself; don't go around bragging about being more adult. It seems more like a marketing gimmick if that's done. Just let what happens sink in on its own.

They also will succeed when they realize the best way to hook viewers isn't with frenetic pacing with something happening every 20 seconds, including talking about anything except the match in the ring. Instead, the audience is going to grow when viewers get attached to the characters. The bookers need to put their self–centeredness aside and realize nobody is watching because of them. They aren't watching because they're curious whether Bischoff or Hogan or Jarrett will win a power struggle. People watch wrestling because of the characters.

People want to feel emotions when a character is on TV—good or bad—and it should be predictable the vast majority of the time how that character acts. The novelty is in the situation or the foe, not in the character acting completely different from week to week with no rhyme or reason for changing. Build personalities fans either want to get behind and see succeed or enjoy rooting against.

The best emotions you can get out of a wrestling fan is utter disappointment that their favorite lost a match or elation that their favorite won. The centerpiece of the show, no matter how many bells and whistles are thrown against the wall, has to be that it's a show about wrestlers with compelling personalities and connections with the viewers fighting to win titles or settle grudges. Anything that strays from that is obviously sabotaging the ability to sell house show tickets and PPVs, but it's also sabotaging the backstage arguments or out–of–ring angles from meaning anything. After all, if the matches that wrestlers compete in and the titles they sweat and bleed for don't matter, then what's everyone arguing over in the first place?

Build new stars. Sprinkle in some big names from the past as a supplement, Make fans care passionately for or against those wrestlers. Make match outcomes matter in the advancement or setbacks of career aspirations. Make sure whatever is done inside or outside the ring matters. Make a big deal out of every win, every loss, every (rare) backstage brawl. Every wrestler who raises a hand to a non–wrestler (referee, executive, interviewer). And make titles the ultimate goal.

When that is done, everything else falls into place. Viewers will be glued to the TV during matches not because they love seeing wrestling moves, but because those wrestlers move are part of a story they're hooked on, which is the voyage the wrestlers they care about are taking in a quest for titles or settling grudges.

Then there's no need for super–short matches, as fans will be attracted to the roller coaster ride of comebacks and near falls. There will be no need to push older stars who can't work, because fans will have bonded with newer stars and will be excited about following their careers, not reminiscing about past careers. TNA can compete with that formula.

# EXHIBIT 84



**CHRIS BENOIT'S MURDER, SUICIDE WAS BRAIN DAMAGE TO BLAME?**
2189 words
26 August 2010
ABC News: Special Report
ABSR
English
(c) Copyright 2010, American Broadcasting Companies, Inc. All Rights Reserved.

GRAPHICS: NIGHTLINE: PRIME

TOMMY LYNN SELLS, PSYCHOPATHOLOGY, ADRIAN RAINE, BRAIN

JOEL RIFKIN, BRAIN SCAN, DANIEL AMEN

**BENOIT**, BRAIN, JULIAN BAILES, STEROIDS

MARTIN BASHIR (ABC NEWS)

(VO) He was a powerhouse in the ring. A man at the height of his strength. World-famous wrestler. Champion to his fans. His father says he always wanted to be a wrestler.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

He was pretty much driven from the age of 12, 13 to get into the wrestling industry. Chris lifted weights every day. He was breaking records in high school in our basement.

MARTIN BASHIR (ABC NEWS)

(VO) When he became a pro-wrestler at 18, his career soon skyrocketed. By the age of 25, he was already a world champion.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

He won titles every place that he traveled in the world.

MARTIN BASHIR (ABC NEWS)

(VO) While living the wrestling high life, Chris **Benoit** was a devoted dad and husband, who cherished time with his family.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

I wish you would have known my son when he was the Chris **Benoit** that we knew and loved. What you saw on the ring was not the Chris **Benoit** on the outside. He loved to be at home playing with his children. That's where he wanted to be.

MARTIN BASHIR (ABC NEWS)

(VO) In June 2007, Mike **Benoit**'s heart was broken. Behind the doors of this suburban Atlanta home, an unimaginable horror.

INVESTIGATOR (MALE)

The wife was bound on her feet and I think also on her wrists.

MARTIN BASHIR (ABC NEWS)

(VO) Chris **Benoit** strangled his wife Nancy and suffocated their 7-year-old son Daniel. Bibles were found next to their bodies.



INVESTIGATOR (MALE)

There was a Bible placed beside the body of each of the victims. And I thought that was somewhat bizarre.

MARTIN BASHIR (ABC NEWS)

(VO) **Benoit**'s own body was found hanging from a weight machine in the basement. He'd killed himself.

LIEUTENANT TOMMY POPE (FAYETTE COUNTY SHERIFF)

It was the cord on the weights. We are now looking at this case and ruling it as a double homicide-suicide.

MARTIN BASHIR (ABC NEWS)

At some point during the tragic weekend, investigators reported that **Benoit** did internet searches on the prophet Elijah. One of the stories of Elijah is how the prophet could raise a boy from the dead, starting with placing the dead child on a bed. Police found young Daniel on his own bed.

NEIGHBOR (FEMALE)

Well, he seemed like a really nice guy.

MARTIN BASHIR (ABC NEWS)

(VO) The violent death stunned and confused everyone who knew him.



MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

The next three, four days were an absolute nightmare. I'd watch TV 24 hours a day, waiting for someone to say something nice about my son. It wasn't happening. Everything was bad. Everything was bad.

MARTIN BASHIR (ABC NEWS)

(VO) No one understood what happened to Chris **Benoit**. A man who, at just 40 years old, seemed to have it all.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

He wanted to stay home. I'd say, come on, go out and have dinner tonight at the restaurant or something. "No, no, no. I just want to stay home and spend time with the family." That's the type of individual he was.

MARTIN BASHIR (ABC NEWS)

(VO) Upon learning about the Chris **Benoit** case, researchers like Dr. Julian Bailes, who'd been examining the brains of deceased pro-football players, were eager to study his brain.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

I'm not certain about his behavior and what caused it. We can only say that he had very similar changes and he had a neuro-behavioral syndrome that was similar to what we saw in others.

MARTIN BASHIR (ABC NEWS)



(VO) **Benoit** had also suffered chronic blows to the head over the course of his 22 years as a wrestler. Pounded, slammed with chairs and ladders.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Hard-core wrestling, tables, ladders, chairs, the props that they were using. When they were getting hit in the head with a chair, it's a real chair. It's a steel chair.

MARTIN BASHIR (ABC NEWS)

(OC) Neurologists say that anybody who suffers three or four more concussions is likely to have long-time damage to the brain. Did your son have three or more concussions?

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Well, when I asked him at one point how many he'd had, he said to me, "Dad, I don't count them anymore. I've had so many."

ROBIN ROBERTS (ABC NEWS)

(VO) The investigation has zeroed in on steroids.

CHARLES GIBSON (ABC NEWS)

(VO) Prescription steroids may have played a role.

MARTIN BASHIR (ABC NEWS)

(VO) But the intense media coverage was focused on 'roid rage when a toxicology report showed that **Benoit** tested positive for steroids.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

This was a murder-suicide spree that lasted over, I believe, a three-day weekend. So I don't think that 'roid rage, which is believed to be maybe a snap in judgment, a snap in emotions or actions, I don't think this is what explains Chris's behavior.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Still today what they talk about is steroids. They talk about the 2007 murder of his wife and his son, 'roid rage, Chris **Benoit**. What scientific evidence do people have?

MARTIN BASHIR (ABC NEWS)

(VO) Desperate for an explanation, Mike **Benoit** decided to turn over his son's brain to scientists.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Is it okay? Go ahead and do it. They took Chris's brain tissue and actually examined it.

MARTIN BASHIR (ABC NEWS)

(VO) When we come back.

COMMERCIAL BREAK

MARTIN BASHIR (ABC NEWS)

(VO) The heinous crime shocked those who knew him. Pro-wrestler Chris **Benoit** murdered his wife and young son, then killed himself.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Everything that he did for a period of 22 years in the ring, he was a very accomplished wrestler. He had won titles every place that he traveled in the world. In three days, he destroyed, he destroyed that image.





MARTIN BASHIR (ABC NEWS)

(VO) In the hope of understanding why, a mystified father allowed scientists to study his son's brain. Dr. Bailes and neuro-pathologist Dr. Bennet **Omalu** cut sections of **Benoit**'s brain. They examined the brain tissue under a microscope. What they said they found, evidence of years of repeated blows to the head. This is what a normal cross-section of the brain looks like.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

Which is very smooth and homogenous.

MARTIN BASHIR (ABC NEWS)

(VO) In Chris **Benoit**'s brain, the markings are an abnormal protein that Dr. Bailes says indicates severe brain damage.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

This is Christopher **Benoit**'s brain. These areas here of brown staining are all areas of dead nerve cells or dead neurons.

MARTIN BASHIR (ABC NEWS)

(VO) When you look to Chris **Benoit**'s brain, how severe was the damage?

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

Chris's damage was extensive. It was replete across multiple areas of the brain.

MARTIN BASHIR (ABC NEWS)

(OC) It was the worst you'd seen.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

It was and it remains one of the worst we've seen.

MARTIN BASHIR (ABC NEWS)

(VO) There had been other athletes.

REPORTER (MALE)

Mike Webster died today.

MARTIN BASHIR (ABC NEWS)

(VO) Starting with Pittsburgh Steelers Hall of Famer Mike Webster, who had dissolved into a shell of his former self after retiring at just 38 years old.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

Well, I knew Mike very well personally, and saw Mike, who was a great player, a great father, a great teammate, a great person, change.



MIKE WEBSTER (FOOTBALL HALL OF FAMER)

I slept in the car for probably about a year and a half out of the last five years.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

Mike died homeless, pitiful, penniless and had a few close friends.

MARTIN BASHIR (ABC NEWS)



(VO) Dr. **Omalu** suspected the bizarre behavior that marked the end of Webster's life could be explained in his brain, caused by repeated blows to the head. He called this new condition CTE or chronic traumatic encephalopathy.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

A lot of these repetitive impacts are felt in the emotional circuitry of the brain.

MARTIN BASHIR (ABC NEWS)

(VO) They plan to rename the condition Mike Webster's disease.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

These are the areas where the expression is that we see in their behavior, their psychiatric disturbance or depression or suicide, maybe in some cases homicide.

MARTIN BASHIR (ABC NEWS)

(VO) Dr. Bailes says Webster's and **Benoit**'s brains were similarly damaged.

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

The changes in the brain were microscopically very, very similar. They both had extensive disease.



MARTIN BASHIR (ABC NEWS)

(VO) Could Mike Webster's disease be the reason Chris **Benoit** was driven to kill? What did they tell you about your son's brain?

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

That it was, it was heavily, heavily damaged. I still get emotional about it. We now had a good understanding of why the tragedy had taken place. We now knew that our son had a serious amount of brain damage.

MARTIN BASHIR (ABC NEWS)

(VO) Mike **Benoit** also thinks that's why his son was suffering insomnia, increased drinking, and mood swings before it happened.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Clearly, he was on a collision course that something terrible was gonna happen. You can look at his life and just see him going downhill. You look back now and there was a number of changes that took place over a period of time. Chris had become an extremely religious person. He read the Bible on a daily basis, could quote scripture. That's not Chris **Benoit**. It's just not Chris **Benoit**.

MARTIN BASHIR (ABC NEWS)

(VO) Is it also common that individuals with this kind of injury seem to develop a religiosity?



DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

In some cases, that has been a trait.

MARTIN BASHIR (ABC NEWS)

(OC) Is that what happened to Chris **Benoit**?

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

I think it's very likely that it is.

MARTIN BASHIR (ABC NEWS)

(VO) How does he go from being a man who loves his family to murdering them?

DOCTOR JULIAN BAILES (CHIEF OF NEUROSURGERY AT WEST VIRGINIA UNIVERSITY)

I don't think we can come up with why human behavior can become so severe and so perverse and so extreme.

MARTIN BASHIR (ABC NEWS)

(VO) But for one father, his son's dream of becoming a wrestler turned into a nightmare.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

I think if Chris **Benoit** had been anything other than a professional wrestler, we wouldn't be sitting here having this conversation.

MARTIN BASHIR (ABC NEWS)

(OC) He'd still be alive.

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

He would still be alive.

MARTIN BASHIR (ABC NEWS)

(VO) The WWE vehemently disagrees with this position and questions the scientific findings on Chris **Benoit**.

GRAPHICS: EXCERPT FROM WWE'S STATEMENT

MARTIN BASHIR (ABC NEWS)

(VO) In a statement, they said Mr. **Benoit**'s claim that head trauma could be, quote, "the cause of his son's aberrant, criminal behavior is impossible. And if he was suffering extensive brain damage, he would not be able to function as a pro-wrestler, much less commit a methodical murder-suicide over an 8-hour period."

MARTIN BASHIR (ABC NEWS)

(OC) What would you say to some who will argue that when you place the blame for these actions on brain damage, you're basically making an excuse?

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Oh, absolutely. I mean, that's what people talk about. But what's their excuse? I would like people to have an understanding that the tragedy that took place in 2007 happened because of his career choice.

MARTIN BASHIR (ABC NEWS)

(VO) So, does that mean that wrestling and its impact on your son turned him from a good man into a bad man?

MIKE **BENOIT** (CHRIS **BENOIT**'S DAD)

Absolutely, no question.

ANNOUNCER



What would you do if you discovered you may have a brain of a killer?

MARTIN BASHIR (ABC NEWS)

(OC) Were you shocked?

TOMMY LYNN SELLS (CONFESSED SERIAL KILLER)

I was shocked. But still, I was looking for an explanation.

ANNOUNCER

When we come back.

COMMERCIAL BREAK

Document ABSR000020100827e68q00004

© 2010 Factiva, Inc. All rights reserved.

# EXHIBIT 85

280
SHARES

# Chris Benoit's Murder, Suicide: Was Brain Damage To Blame?

By **ETHAN NELSON and ROXANNA SHERWOOD** · Aug. 26, 2010        Share with Facebook

Share with Twitter



Courtesy of the Benoit family

**WATCH** | **Can Brain Damage Lead To Murder?**

A powerhouse in the ring, Chris Benoit was a world-famous wrestler and champion to his fans, loved by all. No one ever suspected he would be capable of murdering his family and taking his own life.

"He was pretty much driven from the age of 12, 13 to get in the wrestling industry," said his father, Mike Benoit. "Chris lifted weights every day. He was 13 years old ... he was breaking records in high school in our basement."

null
  null

After Canadian-born Chris Benoit became a pro-wrestler at 18, his career soon skyrocketed. By age 25, he was already a world champion.

"He had won titles every place that he traveled in the world," said Mike Benoit.

While living the wrestling high life, Chris Benoit was a devoted dad and husband who cherished time with his family.

280
SHARES

"What you saw in the ring was not the Chris Benoit on the outside," his father said. "He loved to be at home, playing with his children. That's where he wanted to be."

null
null

### The Benoit Family Murders

On June 25, 2007, an unimaginable horror was discovered inside of Chris Benoit's home in Fayetteville, Ga., when police stopped by on a "welfare check" after Benoit had missed several appointments, according to the Atlanta Journal-Constitution.

Officers found his wife Nancy strangled to death and their 7-year-old son Daniel appeared to have been suffocated. Bibles were found next to their bodies. Benoit's body was found hanging from a weight machine in the basement.

null
null

"We're ruling it as a double homicide-suicide," said Fayette County Sheriff's Lt. Tommy Pope. After seizing Benoit's computer, investigators also reported that the wrestler had searched the Internet for stories on the prophet Elijah. One of the stories of Elijah is how the prophet could raise a boy from the dead, starting with placing the dead child on his bed. Police found young Daniel on his bed.

## Chris Benoit's Brain Battered

The violent deaths of the Benoit family shocked and confused everyone who knew him, especially his father.

"The next three to four days were an absolute nightmare," Mike Benoit recalled. "Watched TV 24 hours a day, waiting for someone to say something nice about my son. It wasn't happening. Everything was bad."

He was dead at age 40 and on the top of the world in his career, and Benoit's loved ones couldn't make sense of what would drive him to murder the family he cared for so much.
After hearing about the Benoit case, several researchers at the Sports Legacy Institute were eager to look at his brain. Dr.



Born to Kill? Face-to-Face With a Psycho

**280**

SHARES

Julian Bailes, now with West Viriginia University's Health and Science Center, had been studying the brains of deceased pro-football players, and became interested in Benoit's case.

"We can only say that he had very similar changes and he had neuro-behavioral syndrome that was very similar to what we saw in others," Bailes said.

Like pro-football players who take many hits to the head, which can often lead to concussions, Mike Benoit said his son had suffered chronic blows to the head over the course of his 22 years as a wrestler -- including the six and a half years he worked for the WWE.

"Cables, ladders, chairs ... the props they were using when they were getting hit in the head. It's a real chair, it's a steel chair," Mike Benoit said.

## Chris Benoit's Death and 'Roid Rage' Rumors

A media frenzy exploded in 2007 when a toxicology report showed Benoit tested positive for steroids.

Bailes is skeptical of pinning the blame of these deaths on Benoit's steroid use.

"This was a murder-suicide spree that lasted over, I believe, a three-day weekend," Bailes said. "I don't think that 'roid rage,' which is believed to be a snap judgment ... in emotions or actions, I don't think this is what explains Chris's behavior."

Desperate for more answers and disgusted with the media for painting a picture of his son as a juiced-up murderer, Benoit decided to give his son's brain to scientists for further study.

When researchers examined the wrestler's brain tissue under a microscope, they said they found evidence of years of repeated blows to the head, indicating severe brain damage.

"Chris's damage was extensive. It was replete across multiple areas of the brain," Bailes said. "It remains one the worst we have seen."

Bailes and neuro-pathologist Dr. Bennet Omalu had studied other athletes' brains before Benoit. One was former Pittsburgh Steelers

Hall-of-Famer Mike Webster, who had dissolved into a shell of his former self after retiring at age 38.

280
SHARES

After finding severe damage in Webster's brain, Omalu called the new condition "Chronic Traumatic Encephalopathy" (CTE), caused by repeated blows to the head. He plans to rename the condition, "Mike Webster's Disease."

Bailes stated that both Webster and Benoit's brains were similarly damaged, but cautioned that brain scans alone can't prove Benoit's battered brain drove him to murder.

"I think even if you had a great psychiatric input on this case that you couldn't come up with why human behavior can become so severe," he said.

Benoit was believed to have been prone to insomnia, mood swings, depression and alcohol abuse. All of these behaviors can be symptoms, doctors say, of brain damage.

After learning their findings, Mike Benoit believes that hardcore wrestling caused his son to go from being a loving, caring person to an evil one.

"I think if Chris Benoit had been anything other than a professional wrestler ... he would still be alive," he said.

The WWE vehemently disagreed with this position and questioned the scientific findings on Benoit.

In a statement to ABC News, they said Benoit's claim that head trauma could be the "cause of his son's aberrant, criminal behavior ... is impossible." Click here to read the full statement.

WWE argued if he was suffering from extensive brain damage, he would not have been able to function as a pro-wrestler, "much less commit a methodical murder-suicide over a 48-hour period."

Mike Benoit continues to defend his belief about his son's death and denies that he's using brain damage as an excuse for the murder-suicide.

"I would like people to have an understanding that the tragedy that took place in 2007 happened because of his career choice," he said.

*Watch the full story tonight on "Secrets of Your Mind" at 10 p.m. ET.*

280
SHARES

# EXHIBIT 86


WATCH THE FOX29 MORNING NEWS
TEXT THE KEYWORD TO 29000
WIN A CHANCE AT A MILLION BUCKS
@ THE 2016 HONDA CLASSIC
WEEKDAYS 7AM-9AM



*Hal Habib*
*Palm Beach Post Staff Writer*

# Doctor's study of brains of NFL players shows football can cause 'gridiron dementia'

COMMENTS

7:14 p.m. Saturday, Sept. 11, 2010 | Filed in: **Sports**

As a boy growing up in Nigeria, Bennet Omalu's knowledge of American football could be summed up by saying, "I understood it to be a game without a goal."

As a doctor and researcher in California today, Omalu believes his once-crude understanding of football - and therefore his lack of passion - makes him uniquely qualified to help determine the long-term effects the game can have on the body.

"I may have been more objective in approaching and treating the NFL cases I prosecuted because of my lack of sentimental involvement with football," Omalu wrote in his 2008 book, Play Hard, Die Young: Football Dementia, Depression, and Death.

ADVERTISING





*Emmitt Smith is shown before the NFL Hall of Fame induction ceremonies.*

Omalu, a forensic pathologist, has gained considerable knowledge about the sport after a series of premature deaths involving retired NFL players, including Pahokee's Andre Waters.

Those deaths might have been written off as isolated cases, Omalu argues, if not for examinations he conducted on the brains of those players, revealing all three suffered damage he attributed to football.

By linking the deaths of Waters and former Pittsburgh Steelers Mike Webster and Terry Long to a condition called chronic traumatic encephalopathy (CTE), also known as gridiron dementia or concussion-drunk syndrome, Omalu raised awareness about the dangers of concussions in football.

He became a catalyst for change.

This summer, the league announced it was posting sterner warnings in every NFL locker room to caution players of the long-term risks of what often was dismissed as "getting your bell rung."

The warnings serve to vindicate Omalu, who felt his work initially was discredited both by the NFL and others in the medical profession.

Omalu remained undaunted, saying if people want to call him the "brain chaser," fine. He knew he was on to something not only by what he found in the exam room, but by meeting with relatives of the deceased players and hearing wrenching details of their post-football lives.

Fans remember Webster as a member of the Steelers' championship teams. Many call him the best center ever.

Late in life, Webster would wander the streets, homeless. Even when Webster did have an address, there were problems.

Once, having finished dinner, Webster urinated into his oven in front of friends and family. He mistook it for the toilet.

Because Webster had trouble identifying his apartment, his son placed a flag in the window. Even then, Webster would pound on his neighbor's door late at night, angry that his key did not work. He would forget about the flag.

Webster was only 50 when he died in 2002 of issues including post-concussion syndrome. Omalu, who performed autopsies at the time in Pittsburgh, discovered that Webster's brain had CTE. Within four years, Omalu found similar damage to the brains of Long and Waters, who both committed suicide.

For Omalu, there was no turning back. He founded the Brain Injury Research Institute in California, where he also serves as a professor of pathology at the University of California-Davis and is the coroner and chief medical examiner for the San Joaquin County Sheriff.

"I have looked at 20-something brains" of former football players, Omalu said. "I have challenged the NFL: Let us look at the brains of every player who dies, and then you will see that almost every player has this disease."

The NFL did not respond to requests to comment on Omalu's challenge. The league has posted online a series of steps it is taking, including the 2009 mandate that any player who has suffered a concussion be tested thoroughly before returning to the field.

In July, the NFL added the poster campaign, which warns against the onset of depression and early dementia. It lists symptoms to watch for, including headaches and confusion. Repeated concussions "can change your life and your family's life forever," the poster warns.

Omalu labeled it "commendable, but it is a first step in a 100-mile journey. We need to do more, and be more proactive rather than reactionary."

Omalu wants more disclosure regarding the risks of football.

"They need to do just like we do with cigarette smoking," he said. "They need to let the players know that, 'You know what? If you play this game, you could suffer brain damage, just like boxing.'

"If the player still goes ahead to play, that is his own personal freedom."

Much of the research also was pioneered by Chris Nowinski, a former Harvard football player and professional wrestler with World Wrestling Entertainment whose career was cut short by concussions.

Nowinski co-founded the nonprofit Sports Legacy Institute (SLI), which along with Boston University formed the Center for the Study of Traumatic Encephalopathy in 2008. Nowinski also was the liaison who helped persuade Waters' family to allow Omalu to study Waters' brain.

Two years ago, Nowinski categorized his relationship with the NFL as "adversarial" and worsening. That's changing. The NFL has pledged at least $1 million to the Center for the Study of Traumatic Encephalopathy. And in October, NFL Commissioner Roger Goodell will accept SLI's "Impact Award" in recognition of the league's new advocacy and educational programs on youth sports concussions.

Those counting on advancements in helmets should not, Omalu said. Helmets prevent injuries such as skull fractures but do not prevent concussions, which are caused by rapid acceleration/deceleration, he said.

If there's one area of agreement, it's that there is much to be learned.

That puts many recently retired players on edge.

"I'm not a doctor or researcher, but if you continue to pound your head and pound and pound, it's going to affect your mental thoughts, your brain," said 46-year-old former linebacker Byron Evans, Waters' closest friend on the Philadelphia Eagles. "... Andre never knew how his body was going to react 10 years down the line from all the collisions. I thank the Lord I'm doing the best I can."

Former defensive lineman Clyde Simmons, who like Waters was named to the Eagles' 75th anniversary team, added, "We're just starting to hit the tip of the iceberg. ... All we know is that the brain is not designed to slam into your skull sideways."

For former Dallas Cowboys running back Emmitt Smith, the reward was induction into the Pro Football Hall of Fame this summer. It's the cost that concerns him.

"Why wouldn't it be a concern for a guy that carried the ball over 4,000 times?" he said. "Why wouldn't it be a concern for a guy who rushed for over 18,000 yards and played over 15 years in a very, very physical sport? Why wouldn't it be for a guy that's only 5-9 1/2, only weighed 210, 215 pounds, taking that kind of pounding?"

Smith, 41 and six years removed from football, said feels fine now. He just doesn't understand the support for extending the season by two games to 18 until more is known.

"That's what they need to get ironed out before they start trying to make as much
capital as they possibly can," Smith said. " ... I think people need tounderstand the
risk and the reward factor."

# EXHIBIT 87



**PRINT**  **ESPN.com:** ESPN          [Print without images]

Tuesday, October 12, 2010

# Athletes donating brains for injury study

Associated Press

Since his college days, New England Revolution forward Taylor Twellman has had seven diagnosed concussions. Given all the headers and hits over his career, he's wondering if that number might be drastically higher.

Twellman still deals with the effects of a concussion he sustained during a collision with a goalkeeper two years ago, one that possibly cost him a shot at making the U.S. World Cup team and cut short his 2010 season after going on injured reserve in late June.

Now he's volunteered to join a Boston University medical school program in which researchers are trying to better understand the long-term effects of repeated concussions. He's one of 300 athletes in just the last two years who have agreed to undergo a battery of annual tests and donate their brain after death.

"It's not hard [to donate] in that you want to help people down the road," Twellman told The Associated Press in a telephone interview. "But it is hard since they want your brain because it's been damaged."

The athlete registry is the work of the university's Center for the Study of Traumatic Encephalopathy, a collaborative venture between BU Medical School and the Sports Legacy Institute that's addressing what it calls the "concussion crisis" in sports. The group has been at the forefront of research into head trauma in sports and received a $1 million gift from the NFL, which it has pushed for better treatment of concussions.

In addition to the athlete volunteers, the families of 40 deceased players have donated brain and spinal column tissue of their loved ones to the center. The material has been studied to see if repetitive head injuries possibly led to a degenerative disease known as chronic traumatic encephalopathy.

Chris Nowinski, the co-founder of the Sports Legacy Institute, leads the charge to round up donors.

"

It's not hard [to donate] in that you want to help people down the road. But it is hard since they want your brain because it's been damaged.

" -- *Taylor Twellman*

A former football player at Harvard, Nowinski got involved after his career with World Wrestling Entertainment was cut short because of repeated concussions that were so bad he couldn't even remember the script for the bout.

"I think we all know that this is a significant problem that has been ignored," Nowinski said. "These athletes are like, 'I don't need my brain when I go, especially if something good can come of it.'"

Still, it's not always an easy sell.

"Even good friends of mine who are former athletes are completely uncomfortable with the idea of donating your brain," Nowinski said. "But we need a registry to accelerate our search for treatment."

So far, the athlete registry consists primarily of pro wrestlers, hockey and football players, including former NHL standout Keith Primeau and current Baltimore Ravens offensive lineman Matt Birk, according to a partial list provided to the AP.

Donors to the brain bank include former Philadelphia Eagles safety Andre Waters and Penn football player Owen Thomas, both of whom committed suicide. The family of pro wrestler Chris Benoit also bequeathed his brain after Benoit killed his wife, son and himself at his suburban Atlanta home in June 2007.

All three athletes showed signs of CTE, a disease that has been connected to depression and impulse control issues in NFL players who have sustained concussions.

Thomas, who would have been a senior, killed himself in April. He had no history of concussions, but an autopsy on Thomas' brain by the center's researchers showed he had the early stages of CTE.

Ideally, Nowinski said the center would like to sign up 50 athletes from each sport. Most of the volunteers are men, but there are women in the registry including soccer player Cindy Parlow and swimmer Jenny Thompson.

Athletes who are enrolled in the registry take a medical history every year, perform cognitive tests and answer an array of questions, such as if they've been dealing with bouts of depression. It's a way to establish a medical baseline, helping researchers watch for signs of CTE, which can eventually lead to dementia.

"We have no idea how much head trauma is necessary to produce [CTE]," said Dr. Robert Cantu, a clinical professor of neurosurgery and co-founder of the institute. "We just know those who play sports and who have higher amounts of head trauma have a higher incident of it. ... This is just the tip of the iceberg in terms of studying this problem."

Cantu said studies have shown a first-string college football player in a given year experiences between 800 and 1,500 blows to the head of a G-force greater than 20. That's the equivalent of about a 20-mph car crash each time.

"Not enough to produce a concussion, but a substantial jolt," Cantu said. "Let's make [sports] as safe as we can because total head trauma in susceptible individuals can lead to some really bad stuff."

Over his 13-year NFL career, Birk has sustained at least three concussions, along with being jarred senseless on numerous occasions. He realizes the importance of the research.

"It's something that needs to be figured out because it's somewhat alarming to me as a player what they've found in a short amount of time," said Birk, who played football at Harvard with Nowinski.

Twellman has been struggling to retain his form since taking a punch to the face while scoring a goal against Los Angeles on Aug. 30, 2008. The 30-year-old striker doesn't know when -- or if -- he will return to the soccer field.

"It's very difficult to not do what you're paid to do, what you're born to do," Twellman said. "I'm starting to feel better, having more good days than bad days. But I haven't gotten over the hump to have all good days yet."

In a nine-year NFL career, offensive lineman Kyle Turley estimates he took hundreds of hits to the head bad enough to possibly give him a concussion. As if that wasn't enough, he also used to fire himself up with hard slaps to the side of his head before every game.

After retiring following a career with the Saints, Rams and Chiefs, the tattoo-laden Turley experienced severe headaches, sensitivity to light, vertigo, depression and memory issues.

So he went searching for answers and ran across Nowinski at a retired players conference in Las Vegas 18 months ago.

Nowinski was someone who helped him make some sense of his situation.

"As a player, you're going to go out there and gladly give your body and your brain and everything else, you go out there risking your life," said Turley, a budding country musician in Nashville, Tenn., and one of the athletes in the ongoing study.

"The reality is you're going to be left with a lifelong battle of severe injuries. They have answers for every other injury but the head."

# EXHIBIT 88



Print this page  |  Close

# Chris Benoit's father: Murderous rampage resulted from brain damage, not steroids

By Ty Tagami
The Atlanta Journal-Constitution

9:34 a.m. Saturday, October 16, 2010

The doctor who prescribed steroids to Chris Benoit before the wrestler killed his family and committed suicide is serving a 10-year federal sentence, but Benoit's father says it wasn't the drugs that drove his son into a homicidal rage.

Michael Benoit says extensive brain damage from years of trauma in the wrestling ring turned his son into a killer. The professional wrestler strangled his wife with a cord, killed his 7-year-old son with a choke hold and then hung himself.

"The person that committed that tragic act back in June 2007 was certainly not the Chris we knew and loved," his father told the AJC Friday. "Without that brain damage, my son would never have done what he did."

The notion of a steroidal rampage lingers in the public imagination as an explanation for the murders in the family's Fayetteville home.

That is likely in part because steroids were found there and because a toxicology report later indicated that Benoit had about 10 times the normal amount of testosterone in his system when he died.

Also, when the Drug Enforcement Administration raided the office of Dr. Phil Astin III soon after the deaths, they were armed with a search warrant that said he had prescribed, on average, a 10-month supply of anabolic steroids to Benoit every three to four weeks over the preceding year.

Yet experts noted how carefully Benoit had planned the murders. He drugged his son before killing him. That didn't fit the pattern of a "roid rage."

"None of that rings true with steroids, " Dr. Chuck Yesalis, a Penn State University professor regarded as one of the nation's foremost authorities on steroids, said at the time. "I think he was just a very troubled soul."

And, although Astin was sent to prison last year for illegally dispensing drugs, the drugs in question were pain killers, muscle relaxers and tranquilizers. When Astin pleaded guilty in January 2009, assistant U.S. Attorney John Horn told reporters that there was "no evidence in the court record" of a link between Benoit's drug use and the killings.

Michael Benoit said Friday that he didn't know what to think at the time. Then, within days of the killings, a former wrestler and acquaintance of his son approached him with a bizarre request.

Chris Nowinski, who had retired from wrestling because of a series of concussions, was involved in a fledgling effort to study a degenerative disease known as chronic traumatic encephalopathy, or CTE.

Michael Benoit said he didn't know whether to trust Nowinski, but said he was encouraged to participate in the study by the medical examiner for the Georgia Bureau of Investigation, which had preserved his son's body for its forensic exam.

Doctors from Nowinski's group, the Sports Legacy Institute, studied Benoit's brain and found damage consistent with multiple traumas. They said the damage would account for paranoia and depression and could have led Benoit to kill his wife and son.

Benoit's was the fifth brain of an athlete that they had inspected. "He was the worst case they had ever seen," his father said. "He had damage to every part of his brain, right down to his brain stem."

Nowinski's group has joined forces with the Boston University Medical School and over the past two years the joint venture has gotten 300 athletes to agree to undergo a battery of annual tests and to donate their brains after death, according to the Associated Press.

The athlete registry includes former NHL standout Keith Primeau and current Baltimore Ravens offensive lineman Matt Birk, according to a partial list provided to the AP. Donors to the brain bank include former Philadelphia Eagles safety Andre Waters and Penn football player Owen Thomas, both of whom committed suicide.

Those two, like Benoit, showed signs of CTE. The disease has been connected to depression and impulse control issues in NFL players who have sustained concussions.

Michael Benoit lives in Canada and didn't see his son frequently enough to notice a mental decline. But he said the signs at the murder scene -- Benoit had surrounded his victims with Bibles, and a suicide note was found in a Bible in a drawer -- fit the profile of a CTE sufferer.

"He had a hand-written notation in there saying 'I'm preparing to leave this Earth,'" Benoit said.

He said he'd always assumed that fights in the wrestling ring were staged. While it's true they were scripted, he said, his son told him that the beatings with chairs and other furniture caused real damage.

"You're damn right it hurt, dad," his son once told him.

Find this article at:
http://www.ajc.com/news/chris-benoits-father-murderous-683532.html

☐ Print this page  · – Close

# EXHIBIT 89

Case 3:15-cv-01074-JAM   Document 193-1   Filed 08/01/16   Page 237 of 331

 **ESPN.com:** Action Sports          [Print without images] 

**Friday, November 19, 2010**
**Updated: November 22, 9:44 PM ET**

# Head games

By Matt Higgins
ESPN Action Sports

It was one
of the
simpler
maneuvers
he had
attempted
in a 14-
year



T.J. Lavin is still recovering from a head injury suffered at October's Dew Tour Championship.

professional BMX dirt-jumping career. But while performing a nac nac combination during
qualifying at the Dew Tour Championships last month, T.J. Lavin failed to get his feet back on the
pedals before landing, sending him headfirst over his handlebars into the flat. Lavin, 33, who won two
gold medals (1997, '98) and one silver medal (1996) in dirt at the X Games, wound up in a medically
induced coma at University Medical Center in Las Vegas. He sustained bleeding on his brain and a
broken wrist and orbital bone.

Lavin, who lives in Las Vegas, checked out of University Medical Center last week after nearly a
monthlong stay and doctors expect him to make a full recovery. Yet his brain injury is just the latest
of several high-profile examples in action sports during the past year. They come at a time when
studies demonstrating a link between cumulative concussions and degenerative brain disease later in
life have spurred rules changes in professional sports leagues such as the National Football League
and National Hockey League.

Action sports athletes have taken notice.



**I was always in a total rush to get back. I never knew what it meant to get a concussion, and the seriousness of having one. I was never educated about that stuff. "**

-- Kevin Pearce

"It's crazy how in the NFL these guys are getting head injuries and they were not really making a big deal of it, and now they're starting to realize what happens to people who get repetitive concussions," says Kevin Pearce, who was favored to win a medal in Olympic halfpipe snowboarding earlier this year until he sustained a traumatic brain injury following a fall in December 2009.

Pearce referred to research showing that athletes who sustain multiple concussions during their careers are at increased risk for chronic traumatic encephalopathy -- known as CTE -- a degenerative brain disease with symptoms similar to Alzheimer's. The brains of several former NFL players who exhibited a range of cognitive and neurological problems during their lives were examined after they died and exhibited CTE, a condition more commonly associated with boxers.

"KOs are what I fear more than any other injury," Travis Pastrana, whose motocross stunts and crashes have earned him a reputation for injuries and fearlessness, says by e-mail.

The relationship between blows to the head and CTE remains a subject of continued study; 400 former and current athletes have agreed to donate their brains after they die for research at the Center for the Study of Traumatic Encephalopathy at Boston University Medical Center. So far none has come from the action sports realm.

"These people don't need to worry about somebody else hitting them, but they do need to worry about all of their faculties, especially balance and judgment, visual perception and so on being perfectly 100 percent as good as it can," says Dr. Robert Cantu, a professor of neurosurgery and part of a team at Boston University Medical School that helped establish the link between multiple concussions and CTE. "These people are carrying out very dangerous stunts and if they're doing it impaired, they're courting greater disaster than they would if they weren't impaired."

Pastrana,
27, does
not know
the number
of

Case 3:15-cv-01074-JAM    Document 193-1    Filed 08/01/16    Page 239 of 331

Kevin Pearce, five months after the brain injury that ended his Olympic hopes.

concussions he has sustained in a career that has spanned two decades across motocross, freestyle motocross and rally car racing, but he knows he has been knocked unconscious more than 20 times.

"My worst symptoms were a spell of three weeks throwing up regularly," Pastrana says. He has learned to wait until symptoms pass before he rides again. In 2001 he sustained three blows to the head in succession during the outdoor national motocross championships and could "barely walk down my driveway to get the mail without passing out from what felt similar to exhaustion. I had to take six months off before I felt normal again."

Pearce reckoned he had about six concussions during his snowboarding career. But they seldom slowed him down. "I was always in a total rush to get back," he says. "I never knew what it meant to get a concussion, and the seriousness of having one. I was never educated about that stuff."

In December 2009 Pearce sustained a concussion at a Grand Prix event at Copper Mountain, Colo., where results would determine the selection of the U.S. team at the Olympics. "That was on a first run, and I actually took another run after that which is completely insane to me," Pearce says about pressure he felt to qualify for the Games despite being impaired.

Three weeks later, on Dec. 31, Pearce sustained a career-altering injury during practice on a halfpipe in Park City, Utah, when he struck his head while attempting a double cork, a difficult inverted maneuver. He was wearing a helmet. Pearce spent a month at the University of Utah Hospital before beginning rehabilitation at Craig Hospital in Denver. In May he returned home to Norwich, Vt., where his rehabilitation continues.



Travis Pastrana is known for clowning around, but he takes head injuries seriously.

Now Pearce wonders whether his earlier concussion contributed to his more serious brain injury. "I don't

know if this would have been the outcome if I didn't have that," he says.

In the run-up to the Olympics in February, several snowboarders sustained blows to the head.

Torah Bright of Australia sustained three concussions in the five weeks before the Games. Bright, 23, rested for 10 days following the first. The next two came in three days during practice at the Winter X Games and she spent two weeks resting at home in Utah. Bright arrived in Vancouver and was cleared to compete following neurological testing and showed no ill effects from her concussions, stomping her signature backside 720 to win a gold medal in women's halfpipe.

Shaun White famously slammed his face against the halfpipe during practice at the Winter X Games in January while attempting a double McTwist 1260 during practice. His helmet flew off but White was cleared to compete in the final later that night and won. Weeks later he won an Olympic gold medal, too.



**Live the rest of your life wishing you went for it? Or live the rest of your life not remembering you did? Most athletes who make it to a championship situation would probably rather live with the latter.** "

-- Travis Pastrana

In BMX, Lavin is just the latest athlete to sustain a serious blow to the head. During BMX Street practice at the X Games in July, Van Homan fell and struck his head. He was not wearing a helmet. Homan, 30, who won silver (2008) and bronze (2009) medals in Street at X Games, cracked his skull and sustained a brain injury. He spent nearly three months recovering before he rode his bike again.

Unlike with Lavin's or Homan's injuries, it's not always obvious if an athlete is impaired following a crash.

"If they do have a head injury, are they very carefully worked up and checked out before they're allowed to go back and do their stunts?" asks Dr. Cantu. "Because they're pretty much largely on their own, without like a quote-unquote team physician looking out for them." Both X Games and the Dew Tour have implemented protocols to evaluate athletes following a slam.

"It's very simple: What we do is we go through a standard neurological evaluation," says Dr. David Chao, chief medical officer for the X Games and team doctor for the San Diego Chargers. "We have athletic trainers and staff at multiple practices and every event as well."

At X Games, athletes undergo a battery of tests for balance, memory and coordination to determine if they have a concussion. The policy at the Dew Tour is similar.

"We had to put in certain standards so if something happens on sight, now we have control of the situation," says Rick Bahr, president and CEO of Winning Medicine International, which contracts to provide medical service at the Dew Tour. "We can say, 'Look, you're not going to go for X amount of

Case 3:15-cv-01074-JAM   Document 193-1   Filed 08/01/16   Page 241 of 331

hours, or days, or what have you.' That is our way of handling the situation."

At both the X Games and the Dew Tour, if doctors feel an athlete is impaired, they can hold the athlete out of competition. That's what happened to freestyle motocross competitor Jackson Strong at the X Games in August. Strong, 19, of Australia, fell hard during practice and hit his head. A doctor recommended he not ride again for weeks, according to Paul Taublieb, motocross sport organizer at the X Games.



**Torah Bright's concussions didn't keep her from winning Olympic gold.**

"These kids are really tough," Taublieb says about the decision to bar Strong from competition. "Injuries are like going to 7-Eleven for them, and there's a 'red badge of courage' factor as well."

Chris Stiepock, ESPN vice president for content and sponsorship at X Games, says: "The fact we're only four days a year for these guys, a lot of them might carry injuries into the X Games. But it's stated loud and clear on paperwork that they sign: If our medical team says they're not fit to go, they're not going to go."

Requiring helmets has been another way to protect athIetes. In 2009 the Winter X Games mandated helmets for all athletes and the Dew Tour followed suit last season after Pearce's fall.

"They guaranteed me that if I didn't wear a helmet I'd be dead right now," Pearce says about his doctors.

Gary Young won a bronze medal in BMX Park at the X Games last summer while wearing a helmet. In 2007, Young slammed while riding on the street without a helmet, striking his head and fracturing his skull in three places. Blood poured from one of his ears and he spent three days in intensive care.

Ever since, Young, 27, always wears a helmet while riding his bike, a choice that still carries a stigma in his sport. "I've gotten crap from some of my friends for wearing a helmet before," he says.

Although ambivalent, Young says "in contests, a helmet should be mandatory."

But across
action
sports,

Case 3:15-cv-01074-JAM   Document 193-1   Filed 08/01/16   Page 242 of 331

where



**Gary Young is one of the few riders in BMX who wears a helmet in and out of competition.**

individuality is prized, many are uncomfortable with rules or restrictions.

"I respect that everyone should wear a helmet, like I wear a helmet," professional snowboarder Keir Dillon says. "But I don't think it should be mandated. For me, I always get worried about mandating or having governing bodies over our sport."

Without a governing body or players' association, individual athletes determine the level of risk they're willing to take, Chris Nowinski, co-director of the Center for the Study of Traumatic Encephalopathy, says. Nowinski's career as a performer with World Wrestling Entertainment ended following a concussion in 2003, one of several he had sustained during years of playing football and wrestling.

"With extreme sports, one half of the argument says that adults can do risky jobs if they're aware of the risks and reasonable measures are taken to protect them," Nowinski says. "Whether you're talking about firefighters or you're talking about miners, there are protections in place with governing bodies. I don't necessarily have a problem with extreme sports. But when you watch some of the tricks and you look at the arc in growth of risk, you realize you need some group of people sitting down and asking, is it worth it?"

For action sports athletes, it has always been a fundamental question.

"I don't feel like anything changed a lot in our world, or the risk of injury," Tony Hawk says. "All along that's something that's a concern in our sports. I feel like our sports are as safe as you want them to be. It's on the person. There's no coach telling them they have to get back in there. There's no team relying on them for their success. It's just a different approach how we do it. There are plenty of guys who do it to a fault, who just get back in there too soon."

Pastrana explains why an athlete would intentionally risk potential brain damage.

"When everything is on the line, the chances of an athlete being honest with their coaches or themselves is slim to none," he says. "But at the end of the day, they are the ones who will have to live with the decisions they've made.

"Live the rest of your life wishing you went for it? Or live the rest of your life not remembering you did? Most athletes who make it to a championship situation would probably rather live with the latter."

# EXHIBIT 90



ISSUE #1179 • NOVEMBER 27, 2010

**TOP FIVE STORIES OF THE WEEK**
(1) Miz captures WWE Title on Raw
(2) Cena counts pin on Barrett, then is fired
(3) Cena says farewell, then attacks Barrett
(4) Smackdown roster trimmed by six
(5) Nowinski nominated for SI's Sportsman

## MITCHELL'S MEMO
By Bruce Mitchell
PWTorch columnist



# Miz beats Orton to capture WWE Hvt. Title
## Miz win caps eventful two day stretch including Cena "fired" from WWE

### HEADLINE ANALYSIS
By Wade Keller, PWTorch editor

The Miz captured his first WWE Hvt. Title at the conclusion of Raw on Monday, an event that stole the headline from John Cena being fired, within a storyline, by Nexus leader Wade Barrett.

All are linked, and all have ramifications on WWE headed into the Royal Rumble and WrestleMania season.

Some are scoffing at Miz getting a world title, but those who think he isn't worthy are probably unfairly holding his "reality TV" history or heel character against him, or perhaps just haven't paid close attention to his evolution the last year or two as an all-around performer.

Miz winning the title might "feel" a bit premature. He might have fully ripe for this elevation in six months or a year. WWE, though, is looking for a spark and a way to convey that something new is happening.

Randy Orton has been a luke-warm babyface champion. Working against him was that he won a title that has been passed around too much in the last decade or two, was in the shadow of true top Raw babyface Cena, and lacked a rival who fans could rally against. He also just didn't catch fire because, well, he's not a very good babyface.

He comes across at times as a distant, disconnected, disengaged. He doesn't seem comfortable in the role of a pandering smiling babyface, yet by not really changing anything about himself since he was a ruthless heel, it was tough for fans to rally behind him. And they didn't. Fans seemed to respect him as a main event worthy tough badass, but they didn't have strong feelings for or against him, unlike Cena.

I argued in this space a few months ago that Orton's best hope to get over would be if WWE gave him a very long title defense streak lasting 12–18 months. His gimmick would be, in essence, that no one could beat him. If WWE felt that they needed Orton to be over since they were thin in the top tier, the best way to accomplish that, short of a personality transplant, was giving Orton the credibility of being the longest-reigning WWE Champion in 20–25 years. They chose not to, as the temptation to move off of Orton was too strong given the shaky Raw ratings and dismal PPV buyrate trends.

Whether Miz is slated to be a long-term champion himself isn't known. He'd not as good of a fit as Orton for that role, as Miz is seen like Edge and C.M. Punk—previous Money in the Bank winners who parlayed that into a world title reign—opportunists who maybe couldn't have achieved a

title win straight-up. Miz has that working against him, plus he also lacks a line-up of stellar babyface challengers.

Cena is "fired" for now and wrapped up in a feud with Nexus. That leaves Orton, although there's no personal issue that makes for an obvious hook for the feud. Perhaps Miz's mic work—which has grown to the point that he's among the most effective talkers in the industry today—can draw something fresh out of the measured and narrow range Orton has shown as a babyface.

Miz has taken a journey from a reality TV misfit seen as a joke or a pretender to a Tough Enough runner-up to a miscast Smackdown host to a tag team mid-carder to an emerging second tier agitating heel to a legitimate top tier candidate to now, a WWE Champion.

WWE needs to elevate some new stars. Sheamus, Wade Barrett, and Jack Swagger emerged this year, although Sheamus seems to have plateaued as a character for now and Swagger had his push yanked out from under him late this summer. With C.M. Punk sidelined with an injury, Rey Mysterio's body breaking down after 20 years of wear and tears, and Undertaker out until WrestleMania at least, Miz is the best of the next crop of young emerging wrestlers. Others he leapfrogged this year include Dolph Ziggler, Drew McIntyre, MVP, Christian, Matt Hardy, Kofi Kingston, Cody Rhodes, and Ted DiBiase. Of those on the list, there isn't a heel that jumps out as being at all more worthy of this push.

There are a ton of question marks regarding where WWE might be headed for WrestleMania next year. There are fewer obvious and compelling matches that just leap off the page than in a typical year. If Cena vs. Barrett is saved until WrestleMania, no title is needed there. That could lead to Triple H winning the Royal Rumble and challenging Miz, giving Hunter a fresh opponent who has been elevated in his absence; does anyone really want to see Triple H return and face a usual suspect such as Orton or Cena?

Orton, though, could be saved for Miz while Triple H gets slotted against Undertaker in a battle of two legends who have been kept apart for many years. Heck, Roy Nelson, a UFC heavyweight contender, threw his name into the mix this week, saying he's up for a WrestleMania payday. With Brock Lesnar perhaps off the table now (who really knows, though), WWE will be looking for that big celebrity hook to elevate WrestleMania above other events on their calendar.

Miz could end up being a transitional champion, too, passing it right back Orton as soon as the next PPV. Looking at the roster depth chart, though, he has become suddenly important to WWE's future.

# Exploiting New John Cena Revenue Streams

Watching the odd reaction by fans at the Survivor Series pay-per-view to the biggest star in sports entertainment deliberately getting himself fired from WWE, I was struck, yet again, by a simple fact:

A lot of fans like John Cena. A lot of fans don't.

This seems to be true, whether he wins championships, salutes soldiers, mentors DVD teens, loses championships, or gives his all for the WWE Universe. Even Sunday night, when he showed the ultimate in Hustle, Loyalty, and Respect in Hot Rod We Trust by counting down the final count on Nexus leader Wade Barrett's crooked dreams of cheating Randy Orton out of his WWE Championship, some fans loved him and other fans hated him.

This time John Cena simply did the right thing, respecting the legends and the championship traditions they created, and cementing his own good character, by calling the title match straight down the middle—and dooming himself to getting fired from his dream WWE job by the same nefarious leader of Nexus he denied the title.

Now WWE Creative faces a dilemma: how to continue to focus most of Raw and part of Smackdown on John Cena, the center of the WWE Universe, even as he remains fired long enough for WWE to play out a credible scenario where he can earn back his return to the place he loves best.

It's part of a larger dilemma the entire company faces: how to create revenue during an economic downturn, flat television ratings, and plummeting pay-per-view buy rates. WWE needs to look for new ways to exploit old tropes.

Then it hit me: Wade Barrett fires John Cena. A lot of fans like it. A lot of fans don't. Let's make some money with that.

Instead of John Cena putting on the camouflage and a mask to taunt Nexus as the Unknown Soldier as Pat McNeil has suggested (thereby blowing all the integrity he demonstrated in the face of adversity—not that anyone will notice) in just another cornball PG sports entertainment series of skits, use the mixed emotions Cena elicits to open that greatest of all corporate prizes—a brand new revenue stream.

Here's how: John Cena, as is his right under the WWE Wealth and Hellness Policy, appeals his termination. Michael Cole, as spokesperson for the email Raw General Manager, announces that the WWE Board of Directors finds itself balanced on a proverbial razor. Wade Barrett, as leader of Nexus, had the contractual right to fire John Cena if Cena disobeys his edicts.

Barrett, however, may have damaged the integrity of the sports-entertainment process, by

**MITCHELL CONT. ON PG. 15**

THE MIZ
ARTIST GRANT GOULD

**PAGE 2 BUZZ**

Featuring ProWrestling.net's
Jason Powell's exclusive
backstage news and insight

## WWE SURVIVOR SERIES

Another underwhelming pay-per-view from WWE. They're not delivering wretched pieces of garbage that make me question my career choice like TNA has done way too many times, but WWE is not delivering memorable events that make me feel good about my pay-per-view financial investment.

The match quality on WWE pay-per-views has been very ordinary. The talent is working to the best of their abilities with their allotted time in most cases, but we're just not getting standout performances or anything that feels meaningful the morning after a pay-per-view event.

WWE would likely attribute the problem to the retirement of Shawn Michaels, Chris Jericho's hiatus, and Triple H's long recovery time. Losing Michaels and Jericho hurt, but it's not like Hunter was setting the world on fire. WWE has been forced into a youth movement, and the results have been mixed. Sheamus can go if he's given the right opponent, but Wade Barrett has yet to deliver a memorable in-ring performance.

Randy Orton has a built in excuse that he's working with younger wrestlers, but it's not like he has a long track record of standout performances. There's a lot to like about Orton. He's a wrestler's wrestler, but he's also been stuck in a comfort zone for far too long. I can't even remember the last great in-ring performance that Orton had. That said, I wouldn't pull the plug on Orton's title reign, as he is right behind Cena in the popularity department, and it's not like there haven't been successful WWE Champions who didn't deliver standout in-ring performances.

Kane has sucked the life out of the World Heavyweight Championship. He's working to the best of his ability, but it's just not good enough. He's done some of the best mic work of his career lately and it was nice to see a veteran be rewarded for years of hard work, but he's just not getting the job done.

These days, the most reliable performer has been Daniel Bryan. He makes the most of the time he's given, but the time has come to stop featuring his matches in the opening spot. I know WWE likes to get the shows off to good starts and get the crowd involved early, but I'm convinced they'd be better off featuring the U.S. Champion in longer and more meaningful matches later on the card.

I don't expect a full slate of five star classics, but I do expect more than just a collection of passable pay-per-view matches, which is quickly becoming the norm for WWE. The company has wrestlers who are capable of delivering better matches, but they have to be put in positions to shine. The names that jump out at me are Bryan, Kaval, and Evan Bourne once he returns.

The Survivor Series was all about John Cena's decision. Sadly, the decision turned out to be the least compelling of the various possibilities that fans conjured up in the weeks leading up to the show. The problem, of course, is that no one really believes he's gone for good. Whether he returns wearing a mask or is reinstated by Vince McMahon or whatever the plan is, the fans know they haven't seen the last of John Cena.

Overall, the show looked good on paper and just didn't deliver. It wasn't a lousy show, but it was just another ordinary WWE pay-per-view event. The shows are just too lifeless and uneventful. I'm sure things will pick up with the Royal Rumble through WrestleMania as they usually do, but WWE has to do something to make these mundane pay-per-view events more attractive to buyers and deliver a stronger product to those who do purchase the shows.

## WWE QUICK HITS

WWE Smackdown creative team member Chris DeJoseph was among those let go by the company last week, as first reported on Prowrestling.net. He was considered the right hand man of Smackdown lead writer Michael Hayes, and made frequent on-air appearances as "Big Dick Johnson." Details regarding his departure are still sketchy, but the word is that he was saying his goodbyes to people a few days before he was let go.

Referee Aaron "Goose" Mahoney was among the cuts that were made official on Friday. WWE did not include his name on the list of talent cuts that was posted on the company website.

An video of Shad Gaspard taking part in MMA training surfaced online. A source with knowledge of the situation said he has friends in MMA, and predicted even before the video surfaced that Gaspard would attempt to launch an MMA career now that he's been released by WWE.

Actor David Arquette attended the Survivor Series in Miami. He was introduced to the fans as a former WCW Champion and was greeted with boos. One Dot Net reader noted that Arquette then climbed onto the announcers table and was escorted backstage by security.

For those wondering why John Cena hugged Michael Cole after the Survivor Series main event, my guess is that they were trying to add realism because the two are tight behind the scenes. However, I'm not sure if it really added anything since most fans have no clue about their friendship. In fact, it seemed more odd than anything given Cole's current heel role.

## TNA QUICK HITS

The decision was made to postpone Ken Anderson's return to the ring. He was originally scheduled to wrestle on the last house show loop, but it was determined that he needed more time to recover from a concussion. Thus, the company opted to shut him down for the remainder of 2010. He will still play an on-air role, though, as he will be the special referee of the Jeff Hardy vs. Matt Morgan main event at the TNA Final Resolution pay-per-view.

I've heard conflicting stories regarding Hulk Hogan leaving the November 15 Impact taping early. While two source stated that it was known that he wouldn't be staying for the full taping, one source insists that Hogan was scheduled to do more than he did on Monday. Hogan left with his fiancee Jennifer McDaniel on before the actual taping begin and was not on the show on Tuesday.

Dixie Carter will make her return to television on Thursday. They are doing a storyline where she is attempting to regain control of the company via legal means. I believe Hogan is written out of the storylines temporarily as a result of Dixie's appearance, which will air on Thursday's show. Her segment was not shown to the live crowd that attended the tapings. Carter did not attend the tapings on Tuesday.

Mickie James performed her "Hardcore Country" song at the November 15 taping. She was put in a tough position because the company didn't give her much notice and asked her to perform without her regular band. She sang over a music track as a makeshift band, which included two TNA production crew members, pretended to play instruments.

The segment also included Eric Young running onto the stage wearing ass-less chaps (and underpants) and playing the cowbell in a takeoff of the Will Ferrell "More Cowbell" skit. Three people who saw the segment said the Young bit was hilarious. It eventually turned into an angle with Tara attacking James on the stage. Although some within the company felt it was unprofessional to have James perform on such short notice and under those circumstances, others praised her for doing the right thing by not balking at the opportunity to perform on national, television or upsetting creative by complaining about the situation.



**KANE**
ARTIST GRANT GOULD

There was some talk backstage about Taz dropping an F-bomb during an in-ring confrontation with Brother Ray of Team 3D. Although two sources said they weren't even aware of the situation, those who were questioned whether he would face a fine for swearing if the line was unscripted. One source recalled a wrestler being fined $500 for making the same mistake previously.

Mick Foley mentioned in a recent interview that he may have unintentionally cost some of the EV2 wrestlers their jobs. Apparently, he meant that he rejected the idea of playing the mole within EV2. Ironically, he may have actually saved Rhino's job for the time being. Creative gave the mole role to Rhino, who had been slated to be released when his contract expired around the end of October. Instead, he's working on a nightly deal and was thrust into a program with Rob Van Dam.

Kevin Nash continues to deny reports that he has re-signed with the company. There is talk that he technically has not signed even though a deal is in place.

Stevie Richards worked with wrestlers who received tryout matches prior to the Impact tapings. The buzz backstage is that this could become the norm for Richards, as it's obvious that the company has given up on the EV2 faction. That said, one source couldn't rule out the possibility that some of the EV2 wrestlers could be brought back once Carter regains storyline control of the company.

Jeff Hardy and his longtime companion Beth had their infant daughter backstage at the tapings on Monday.

*For daily news and points of view from Jason, check out his website: prowrestling.net.*

 

**WWE NEWSWIRE**

Featuring editorial analysis of many of the stories by Wade Keller and/or James Caldwell

## WWE RELEASES SIX SMACKDOWN TALENTS

WWE announced the releases of four Smackdown wrestlers and two Divas effective Friday, Nov. 19. The list includes:

•Shad Gaspard. Gaspard was taken off TV earlier this year and sent to FCW developmental.

•Luke Gallows. Gallows had recently been working as a singles wrestler, mainly on Superstars, following the end of Straight Edge Society. WWE tried him as a babyface recently.

•Vance Archer. WWE broke up the Archer and Curt Hawkins tag team and Archer tried working as a singles wrestler, mainly on Superstars.

•Caylen Croft. Croft was teaming with Trent Barreta as the Dudebusters. The writing was on the wall last night on Superstars when Croft did not accompany Barreta to the ring for Barretta's singles match.

•Tiffany. Tiffany was suspended from WWE this summer when she was arrested and charged with assaulting her husband, Smackdown wrestler Drew McIntyre. Tiffany was cleared of the charges, but did not return to TV.

•Jillian Hall. Jillian has not been used on TV for several weeks. She had been on the main roster since 2005 after joining developmental in 2003.

C.M. Punk commented on the release of former Straight Edge Society member Luke Gallows: "Days like today bum me out. Gallows, many times was given chicken s— and turned it gold. He has heart, hustles, and loves wrestling," Punk said on his Twitter page.

*Caldwell's Analysis: WWE deciding to try out a babyface Luke Gallows at the very end of Luke's run certainly fits Punk's description. It wasn't just the babyface attempt, but the complete lack of explanation or back-story behind it. It was clear WWE wasn't willing to make an investment in the next chapter of Luke's career, so it was inevitable he would be cut.*

## GALLOWS REACTS TO RELEASE

Former WWE wrestler Luke Gallows says he was discussing new creative plans with WWE on Friday morning, Nov. 19 before he was told he was released by the company on Friday afternoon.

Gallows told Slam Wrestling's Greg Oliver that the turn of events surprised him because WWE was scheduled to debut a new version of his babyface character next week on TV.

"I've not gotten to really break out, I've not gotten any good mic time," Gallows told Slam Wrestling. "I think that if I do that, and I present myself as a character, that people can sink their teeth into, there's no reason that I can't be right back in the mainstream and on national television, in the next six months or a year."

Gallows says Freddy Prinze, Jr. was working with him on developing a new "Roughneck" babyface character that he also thought WWE management was on board with.

"The agents always acted like they were into it. The creative people, I don't know if it was a Vince (McMahon) thing or Johnny (Laurinaitis) not to go for it," he said.

Gallows is quickly moving past his WWE career, where he also wrestled as Fake Kane and Festus, to take independent bookings. He's already booked on a European Tour with Vance Archer, who was also released on Friday.

Regarding Caylen Croft, who was part of the six WWE wrestlers released, Gallows said, "He really didn't get any (TV) time at all."

## TIFFANY REACTS TO RELEASE

Taryn Terrell (Tiffany in WWE) commented on her release from the company announced Friday in a series of posts on her Twitter page.

"Thank you WWE for an amazing journey. I am saddened by the news but forever grateful for the experience," she wrote.

"I am sad that I won't be able to work with Drew (McIntyre). He is the best thing in my life and I know he is going to do amazing things with WWE. WWE is still a major part of my family and will always be."

Tiffany was released on Friday along with Luke Gallows, Caylen Croft, Shad Gaspard, Vance Archer, and Jillian Hall.

In August, Tiffany was suspended by WWE following a reported domestic dispute with McIntyre that led to her arrest. The charges were eventually dropped, but she did not return to TV following her suspension.

Tiffany said she is available for bookings and media appearances through Hollywood agent Mike Esterman (Mike@Esterman.com).

## NOWINSKI NOMINATED FOR PRESIGIOUS SPORTS ILLUSTRATED AWARD

Former WWE wrestler Chris Nowinski has been nominated for Sports Illustrated magazine's "Sportsman of the Year" award for his research in head trauma and concussions that has helped change safety in youth, college, and professional sports.

This year's award winner will be announced on November 29. SI writer Pablo S. Torres wrote that Nowinksi should receive the award because he has "campaigned tirelessly to raise awareness about the neurological effects of repeated head trauma in contact sports."

The story mainly talks about his WWE background, including Nowinski's account of suffering a concussion following a boot to the head from Bubba Ray Dudley (Brother Ray in TNA) during a WWE match in 2003.

Also mentioned is Nowinski's current work for Sports Legacy Institute as the lead recruiter for the organization's "brain bank." The story notes Nowinski recently detected early stages of CTE in Owen Thomas, a college football player who hung himself at age 21, the youngest football player to receive the diagnosis.

SI has named a "Sportsman of the Year since 1954. In addition to Nowinski, other nominees from the sports world include Josh Hamilton, Kevin Durant, Duke coach Mike Krzyzewski, Sidney Crosby, Cy Young winner Roy Halladay, Rafael Nadal, and Kurt Warner.

## BARRETT TALKS ABOUT FAST RISE IN WWE, PIPER, BRYAN, MORE

WWE wrestler Wade Barrett hinted at a potential match-up with The Undertaker down the line in an interview with Jon Robinson on ESPN.com promoting the Survivor Series PPV on Sunday.

"The fact that I'm competing with John Cena and Randy Orton and The Undertaker, they have me at that main event level so now that's how people view me," Barrett said in regards to his sudden rise this year. "It's important for WWE to create new stars and bring the business forward and setting things up for the future by giving guys like myself and Sheamus these main event opportunities."

Barrett vs. Undertaker is a rumored match for WrestleMania 27, which could be contingent on Taker's health and availability following shoulder surgery. The following are additional highlights from Barrett's lengthy interview on ESPN.com.

•Barrett said the Nexus invasion angle was formulated mere hours before it happened on the Viewer's Choice edition of Raw in June following the end of NXT Season 1.

"It was something that we found out about literally when we got to TV that afternoon it happened, then we ran with it from there. We found out about five hours before we went live on air," Barrett said. "They kept us in the dark as the WWE tends to do."

Barrett said he wasn't completely sure the initial angle trashing the ring and causing chaos would work. He said once they executed the angle and saw the crowd reaction, he agreed with the decision.

"When we were coming up with the plan before the show, I realized it was something the fans had never seen before. When we were going to trash the ring, I realized it could have one of those big impact moments that occasionally happen within WWE," Barrett said. "But I was never one hundred percent just because I had seen the ring broken down and smashed up so many times...but then when you take it from a fan's perspective, they don't see that. So when we were done smashing the ring up and walking out, that's when I realized that every single person in the crowd was on their feet. Nobody was chanting anything. Nobody was shouting. They were just gobsmack with their mouths open in stunned silence. That's when I realized we had just done something pretty incredible."

•Barrett said he would like to feud against Daniel Bryan, who was an original member of the Nexus group before he released.

"Yeah, he's somebody that I'd really like to work with. He's a great performer who has a lot of experience. I always like to work with people who have more experience than me," he said. "I'd definitely love to work with him in the future and I think we will, especially with his history with the Nexus and the fact that we kicked him out."

•Barrett also commented on working with Roddy Piper on the Piper's Pit segment Monday on Raw, the wrestlers he was a fan of growing up, dealing with celebrity status, and video games in the interview well worth the read on ESPN.com.

## BARRETT MORE FOND OF CENA THAN ORTON

Wade Barrett continued his media tour promoting Survivor Series talking to Kevin Eck of the Baltimore Sun about locker room resentment toward the wrestlers in Nexus when they started receiving a big push, among other topics.

"I think we felt it (resentment) a little more when we first came up for NXT. I think people saw that we were young guys, we're in good shape and we've got a lot of potential. I think a lot

of guys before they knew us were certainly worried about us being there, and probably some guys didn't want us around," Barrett said.

Barrett said he believes the group has "won a lot of people over" with their attitudes and hard work. He acknowledged "one or two guys" feel they should be in line for the type of push Nexus has received, but he believes that attitude is in the minority.

"It's something that WWE has pretty much stamped out in this day and age," he claimed. "I believe from reading books and hearing stories of the past the politicking and things like that were commonplace, but in general nowadays from what I understand it's probably the most harmonious locker room it's ever been."

Working with main event level stars, Barrett said John Cena has been more approachable than Randy Orton behind the scenes. He also said Chris Jericho, William Regal, and Goldust have given him advice related to his prominent role on TV.

"I'd say Cena is probably a lot more approachable than Randy. He's probably somebody I was able to connect with a lot sooner than I did with Randy. I think their on-air personas are very similar to what they're like in real life in that respect. Randy's a lot colder," he said. "But both guys have been great to work with. It's been an incredible experience working with them and I've learned a lot just from working with them."

•Barrett also talked about the development of his mic skills as a former sales representative before wrestling, advice from Chris Jericho on being well-rounded, and wanting to work with Sheamus and/or Drew McIntyre down the line.

## ROSS ADDRESSES HIS RETURN TO RAW, PIPER'S PERFORMANCE, MORE

WWE Hall of Famer Jim Ross wrote in-depth about his experience guest commentating on Monday's "Old School" Raw and shared some behind-the-scenes stories in his latest blog on jrsbarbq.com.

•Ross said he flew into Hershey, Pa. on Sunday evening before Raw on Monday. Talent were scheduled to be at the arena at 1:00 p.m. EST, a full seven hours before the show started. "Which means that many Legends were there over 10 hours which is a long day in anyone's book, young or not so young," Ross said.

•Ross said he felt "a little rusty" back on the air for the first time in 13 months calling Jack Swagger vs. Daniel Bryan. He said Michael Cole's amplified heel persona trying to take over the broadcast didn't bother him.

"Be assured that Michael was simply doing his job and embellishing upon his new, antagonist persona. There are no issues here I can assure you," Ross said. "If I helped folks dislike Cole's new persona then I accomplished one objective it would seem."

As for a potential WWE TV return, Ross said he has "no future WWE gigs planned at the announce table."

"I don't know if my broadcasting style plays well in today's sports entertainment marketplace but regardless I appreciate WWE providing me the opportunity to get back on the horse, so to speak, for one more ride," Ross said.

•Getting back to the Legends having a long night, Ross said he noticed many of them were dozing off 15-20 minutes prior to the Legends being brought back on-stage for the final curtain call at the end of the show.

"I would suggest that most of the Legends were taking a much needed siesta in the Legends holding area which was stocked with comfortable couches and chairs and was perfect for napping," Ross said. "I walked by prior to going out to call my match and got a chuckle when peaking into the special area and seeing so many famous wrestling folks sound asleep. Hell, it was past many of their bedtimes."

•Regarding Roddy Piper's involvement in the final segment of Raw helping sell the Survivor Series PPV, Ross said he thought Piper singlehandedly sold Survivor Series.

"Roddy Piper arguably did more in his brief albeit impactful time on Raw to promote the Survivor Series main event of Orton vs. Barrett w/Cena as the special referee than anyone has done on Raw or elsewhere since the storyline began," Ross said. "Awesome job by Piper who can still be 'money.'"

Ross attributed Piper's strong performance to personal changes Piper has made in his life. "Roddy looked better than I have seen him in years and has made some important, life style changes that were evident when speaking with him and subsequently watching him perform."

## ALEX RILEY ARRESTED ON SUSPICION OF DRUNK DRIVING

WWE wrestler Alex Riley (Kevin Kiley, Jr.) was arrested early this morning in Tampa, Fla. on suspicion of drunk driving.

Riley was arrested at 1:14 a.m. and charged with "driving under the influence." He was booked in Hillsborough County jail at 2:56 a.m. before he was released at 9:33 a.m. on $500 bond.

According to Riley's booking sheet, he listed "WWE" as his employer and "pro wrestler" as his occupation.

TMZ also covered the story with a report on the basics of Riley's arrest and being The Miz's "sidekick" on WWE TV.

## WWE RAW OLD SCHOOL RATINGS

Monday night's "Old School" edition of WWE Raw officially scored a 3.05 rating off a first hour 2.74 rating, second hour 3.20 rating, and third hour 3.22 rating.

Raw averaged 4.53 million viewers over the course of the three-hour show, which was up slightly compared to last week's show.

Removing the additional first hour, the standard two hours of Raw averaged 4.76 million viewers. That would represent the second-highest viewership since October 4 when the John Cena/Nexus angle began.

Raw's TV ratings increased each hour, but the show's average viewership interestingly peaked in the second hour before declining in the third hour.

The last time Raw's standard first hour (9:00 p.m. EST) averaged more viewers than the stanard final hour (10:00 p.m. EST) was ten weeks ago on September 6. The following is an hourly break down of the three-hour Raw.

First Hour (extra hour)—2.74 rating / 4.07 million viewers

Second Hour (regular first hour)—3.20 rating / 4.86 million viewers

Third Hour (regular second hour)—3.22 rating / 4.66 million viewers

Average: 3.05 rating / 4.53 million viewers

## SMACKDOWN RATINGS DECLINE AGAIN

The Friday night, November 19 episode of WWE Smackdown scored a 1.7 rating, which was down slightly from the previous week's show.

Smackdown averaged 2.52 million viewers over the course of the show, down from 2.69 million viewers the previous week and 2.77 million viewers the week before.

Friday night's episode was five percent below Smackdown's average on Syfy prior to Friday.

The most concerning demographic number for the night was a 34 percent decline among males 18-34 compared to the previous week's show.

Other demographic ratings had slight drop-offs compared to the previous week, but not at the level of the drop-off among m18-34.

For the night, Smackdown was #3 among males 18-49, trailing NBA and college football on ESPN. Smackdown was #10 among m18-34, trailing sports and movie re-runs on cable TV.

## MVP ADDRESSES WHETHER HE FEELS THREATENED BY YOUNGER TALENT

WWE wrestler MVP is the subject of a lengthy mainstream story in the Miami Herald promoting MVP's return to his hometown of Miami for the Survivor Series PPV on Sunday. The following are highlights of Scott Fishman's story on MVP.

•MVP, age 37, said he doesn't feel threatened that he could lose a spot on the WWE roster with the recent influx of young talent. He also said he's not quitting WWE. He acknowledged his public comments can be misinterpreted because he's "honest about who I am and how I feel" about WWE.

"A lot of the guys coming in today don't have the background in wrestling. A lot guys are being recruited as former college athletes, football players. They can't do what I do. So I've never been concerned," MVP said. "Besides that, I wish them the best of luck. The more stars we have the better the product is. So if they are developing new stars, that is great, but at no point have I felt threatened or concerned or anything along those lines."

•MVP said he recently collaborated with John Cena and R-Truth on a new song that he believes WWE will eventually promote. "The office has been real receptive to it, and it's something that will eventually get done. It's a matter of scheduling. I'd say the near future on that one," he said.

Also, he's working on a book project detailing his life story and pro wrestling career. MVP said he won't finish the book until he achieves career goals such as wrestling in the Tokyo Dome, headlining WrestleMania, and winning a World Title.

•The Miami Herald story also includes quotes from former WWE writer Court Baurer describing how he helped MVP get to the main roster when WWE CEO Vince McMahon was looking for new talent in 2006.

"In mid-August 2006 during a creative meeting when Vince McMahon demanded new talent on WWE programming, I just pressed play

WWE NEWS CONT. ON PG 8



# TNA NEWSWIRE

Featuring editor analysis of many of the stories by Wade Keller and/or James Caldwell.

## FOLEY CALLS FOR END OF CHAIRSHOTS... AT HOUSE SHOWS

TNA wrestler Mick Foley says anyone in TNA who delivers a chairshot to the head at house shows should be fired considering the amount of concussion research available today compared to when Foley was in his prime.

"Knowing what we do know about concussions, the less times people are hit on the head with hard objects the better. I'm not saying we have to eliminate them totally, but I think anyone who throws a chair shot on a house show should be fired," Foley said on the WrestleCast podcast with the U.K. Sun's Rob McNichol and Joel Ross.

Foley also questioned TNA's creative philosophy and TNA's television product frequently lacking meaningful wrestling matches.

"I remember being in a 10-man match with some really good wrestlers and the whole thing was over in five minutes. Sometimes the wrestling almost seems like an afterthought," Foley said.

"You're doing it at 5:30 in the afternoon in a theme park. I still think there should be more wrestling. That's my major complaint."

Foley added even more bluntly: "It is a wrestling show. It is called Total Nonstop Action. It's an easy solution. I still think it should be more wrestling-driven. That way when you do your angles it means more. Your promos mean more. I hope they give it a try."

Foley also said in the interview that he requested two TV segments for his most recent match against Ric Flair on the October 7 live Impact. Foley said he thought the match was better than he anticipated.

"I thought it was intense. People who write it off as garbage wrestling are not looking at how well everything was done. I thought we did a really good job," Foley said. "I think we could have done a better job of getting some eight counts and it was not a clear ending. Nonetheless, it was a better match than I thought I was capable of."

*Keller's Analysis: I suppose that's a step in the right direction that Foley called for the end of chairshots to the head on house shows. But with that qualifier, it leaves the impression that he thinks "now and then on TV or PPV" is okay as long as it's done to "draw money." It's really antiquated to think a little extra blood or a chairshot in a TV angle is going to make a significant difference, if any at all, in drawing on PPV. In his latest book, he talks about his angles with Sting as if that little extra "realism" can make a difference in the buyrate, but the problems in TNA run much deeper. And now that he's acknowledged he knows that concussion research this year has confirmed everyone's worst fears, to stop short of wanting to ban charishots to the head entirely is almost worst than just be naive to the known dangers. It's as if he's saying we have to trade concussions and brain damage only for situations where you can earn a little extra money as a result, but not at*

house shows. I'm just shaking my head.

He is catching onto what so many TNA and Vince Russo critics have been saying for years and years and years regarding wrestling seeming like an afterthought. A little late to the party, he is, but at least again he's acknowledging something that more people in TNA need to acknowledge, accept, and address.

*Caldwell's Analysis: Foley answered his own question on why people viewed the match vs. Flair as a garbage match. Considering the complete lack of pre-match hype on the live Impact—removing the promo exchange the previous week that TNA failed to revisit on the live Impact—the match came across like two old men savagely beating each other with no story. The wrestling was indeed an afterthought, which created a feeling within the match that they were doing stunts for the sake of doing stunts.*

*Foley is giving the impression that he wants to be part of something relevant again in pro wrestling, but it sounds like he's coming to the realization that he's wasting his time until TNA makes wholesale creative team changes or completely changes their booking philosophy.*

## FOLEY SAYS HE TURNS DOWN CHANCE TO TURN HEEL

TNA wrestler Mick Foley says he turned down a heel turn against EV2, which apparently would have extended the life of the angle on TV.

"This is breaking news and maybe I'll get in trouble for this, but TNA had discussed me doing a big heel turn," Foley said on the latest WrestleCast with the U.K. Sun's Rob McNichol and Joel Ross.

"But with this anti-bullying campaign we're doing and coming off an award for reasonableness I was given by Jon Stewart, it just didn't seem right."

Foley added that he does not believe the heel turn would have been in the best interest of TNA. He talked about himself as an ambassador for TNA and said he didn't feel that playing a villain would be beneficial.

"But in the bigger picture — and I think TNA has got to start looking at the bigger picture more often — I could be a lot more effective as somebody who goes out there and talks about serious issues," Foley said.

*Caldwell's Analysis: Shocking that TNA's creative team wanted to turn another character. I agree with Foley that he could be better utilized as a voice for the company outside of wrestling, but I don't think turning heel would affect him in that area. It's not like anyone takes TNA's product seriously at this point because of how big of a mess they've created. For example, Jeff Hardy, fresh off a "shocking heel turn," played babyface on house shows following his heel turn and appeared on CBS's "The Talk" TV show as a babyface ambassador for TNA inviting a 10-year-old boy to the Impact Zone after he stood up to bullies.*

## IMPACT RATINGS

The Nov. 18 episode of TNA Impact drew a 1.07 rating and 1.4 million viewers. That's the lowest rating since Sept. 23 and down from last week's rating of 1.16.

As usual, the story is in the quarter hours, which showed a decline in viewership as the show progressed. The first quarter hour rating of 1.13 was matched twice later in the first hour. The second hour opened with a 1.10, dropped as low as 0.97,

rebounded to a 1.00 for the Mickie James vs. Angelina Love match (that quarter also had two commercial breaks, making the increase in rating a remarkable achievement for the Knockouts), and then dropped again for the final quarter of the main two hour block which featured the Brother Ray interview and the ring intros very start of Matt Morgan vs. Ric Flair.

— First Hour: 1.13 rating.
— Second Hour: 1.01 rating.

*Keller's Analysis: More of the same. What's of greatest concern is the trend that the audience that tunes in at the start is the highest of the show. That's highly unusual historically with wrestling programs, as usually the show does a good job retaining existing viewers and adding more as the show progresses. In the case of TNA, the booking drives away more people during the course of the show than it gains. People tune in excited to see TNA and they are turned away in the tens of thousands by the end of the show. Q7 featured not only Mickie vs. Love, but also two commercial breaks, so the fact that it was the only quarter hour in the second hour that increased is a real credit to the drawing power of the Knockouts, but that's not really news as the Knockouts have been the top draw on Impact for years, despite featuring some of TNA's lower paid talent. Maybe since this show had less Eric Bischoff than usual, he can parlay this rating into a case for being all over the show again starting at the next opportunity. Really, though, the diminishing ratings during the show should be making a larger case for a new booking approach and booking team.*

## TNA NOTEBOOK

Thursday night's Thanksgiving edition of TNA Impact is being marketed around TNA president Dixie Carter's TV return to confront the Immortal group. The set-up for the segment is Immortal celebrating Thanksgiving with Carter as the "guest of honor." Carter has been off TV for a month selling the storyline that Eric Bischoff "stole control of the company" from Carter. The only wrestling match TNA is advertising for Thanksgiving is Tommy Dreamer vs. Rhino in a "Last Street Fight." TNA is also promoting an "MMA Rules match" between Jeff Jarrett and Jesse Neal. The only match announced thus far for the Final Resolution PPV in December is TNA World Hvt. champion Jeff Hardy vs. Matt Morgan. More matches will be announced on Thanksgiving...

TNA president Dixie Carter says Desmond Wolfe is expected to return to TNA television "soon." "Just spoke to Desmond. Expect London Brawling to be back on Impact soon," Carter said on her Twitter page this afternoon. Wolfe and Brutus Magnus, the other half of London Brawling, have been off TV since the September 2 episode of Impact leading to the No Surrender PPV. They were scheduled to challenge for the TNA Tag Titles against Motor City Machineguns, but were pulled from the PPV. Wolfe had a health issue that has kept him off TV until he could be cleared to return to TV. Carter did not give a specific date when Wolfe and Magnus will return. In the Torch Question of the Day on Friday, Wolfe was ranked high on the Top 5 TNA wrestlers to build the company around. Wolfe received the sixth most ballot selections, trailing A.J. Styles, Samoa Joe, Motor City Machineguns, Matt



# WWE RAW

**Featuring editor Wade Keller's report and analysis of USA Network program**

## NOV. 22—ORLANDO, FLA.

[Q1] –The show opened with a wide shot of the crowd and no pyro and no opening music. Michael Cole described Survivor Series as "one of the most emotional, gut-wrenching, and devastating pay-per-views in WWE history." Jerry Lawler said the unthinkable happened—John Cena counted the pin on Wade Barrett, and thus was fired afterward since he didn't obey Barrett.

–Barrett walked onto the stage and led Nexus to the ring. Lawler said Barrett never thought he'd walk out to the ring without the WWE Title tonight. Lawler said Cena did the right thing even though it cost him his future in WWE. Barrett stood in the ring listened to a booing from the fans. He waited long enough that a loud chant of "You suck!" began. He asked for the some decorum. He said please. The chanting intensified.

He continued to milk it another minute before finally saying what he had to say. He shouted, "Hard luck; I fired him!" He disgustingly said he would now try to speak. He said Cena looked him in the eye and said he knew exactly what he was doing. That means two things to him. It means he was willing to sacrifice his entire career to do what he felt was the right thing and it means he went into last night's match "without so much as a fighting chance" because Cena already decided he wasn't going to become the champion. He said he was biased from the beginning and that is not fair.

He claimed that in the entire history of WWE an official has never been allowed to put his hands on a competitor, but Cena did. He said he shoved him into a waiting RKO from Orton. He said it was unjust, unfair, and unprofessional. He scolded the fans for cheering. He said in the name of justice he'd like another opportunity to take on Orton, but this time with a neutral referee so he can prove to the world he can indeed beat Orton and become the new WWE Champion.

The G.M. chime sounded. Cole stood, asked for silence, and said he received an email from the G.M. He said there's no question there is some validity from the supposition by Barrett. He also believes Orton wants to prove he can beat Barrett on an even playing field. He said therefore Orton will defend his title against Barrett… tonight! The crowd cheered.

Barrett thanked the G.M. for such a gracious decision. He said in anticipation of such an announcement, he decided to allow Cena to appear on Raw tonight. He said he enjoyed firing him last night, but he felt as a gentleman he owed it to Cena to allow him to say his final farewell to the WWE audience. He said he'd enjoy listening to those final words as he will enjoy becoming the new WWE Champion. Lawler asked Cole if he was sure he read that email correctly. Cole said it's a blockbuster announcement. He also wondered if Cena would accept his invite to say goodbye later. Lawler said he couldn't believe Barrett spoke about fairness and justice. As Cole and Lawler hyped Orton vs. Barrett as the Raw theme kicked in in the background, Cole said he just received word that Cena will appear on the show later.

*KELLER'S REAX: Could Cena cost Barrett his match later against Orton—since he has nothing to lose now—and do so in a way that outrages Barrett enough that Barrett demand Cena be instated (or rescinds his firing or however they want to phrase it)? Or will Cena begin to torment Barrett from a distance in creative ways causing Barrett to demand he show his face, even offering to rescind his firing of him? Good promo from Barrett. He looks like someone who worked territories for ten years before getting to WWE, with tons of experience in a money main event role. [c]*

–A commercial aired for the King of the Ring tournament on Raw next Monday—a three-hour special edition of Raw.

–Cole told Lawler he had a surprise for him. He stood and announced C.M. Punk as the newest member of the Raw broadcast team. Lawler said, "What?!" Cole said he surprised him last week with the Jim Ross appearance, so he's returning the favor. Lawler said he was very surprised. Punk hugged Cole. Lawler said he'd be happy just shaking his hand. Punk put on the headset and said he'll be a Raw broadcast team member for the foreseeable future. (Punk is recovering from an injury.)

[Q2] **1 — SHEAMUS vs. R-TRUTH (w/Eve) — KOTR Qualifying Match**

Truth sang and danced his way into the ring with Eve. Punk said Truth should spend more time working on his wrestling skills and less time dancing. He said there's no way he can beat Sheamus. (Punk said "wrestling.") Truth asked Orlando "What's up?" Punk said Sheamus will make a fantastic King of the Ring. He said he's had a bad month after losing to Santino and John Morrison. Lawler said he's been as impressed by Sheamus as anyone in WWE in such a short time. Sheamus opened with a headlock on Truth. Punk said in all the times he was fired from a job, nobody ever invited him to come back and say farewell. Truth knocked Sheamus out of the ring with his hook kick. Sheamus threw a fit. Punk said it was "vintage R-Truth." Cole said: "Now you're going to steal my lines?" They cut to a break at 3:00. [c]

Sheamus had Truth on the mat with an armbar after the break. Sheamus asked if Lawler agrees this is Sheamus's tournament to lose. Lawler agreed. He said he was shocked that he was upset by Morrison last night. Punk said losing a match really tells you a lot about yourself. Cole said KOTR is known to jump-start careers. He said six former KOTR winners joined the Hall of Fame. Truth escaped the armbar at 8:00. Punk asked Lawler which tournament he won to become a king, wondering if it was a win over George Hackenschmidt or Farmer Burns. Lawler said he was born a king. Lawler said if he ever cuts his finger, Punk will see he bleeds blue blood. Punk drying said, "Interesting." Truth took Sheamus down with a power armdrag for a two count. At 10:00 Truth hit a top rope dropkick and scored a convincing two count. After a leverage pin attempt by Sheamus, he nailed Truth with a thrust kick to the face. Punk called it a king-like kick. Sheamus caught his breath and signaled for a High Cross. He nailed it and scored the clean pin.

**WINNER: Sheamus in 12:00.**

**STAR RATING: \*1/4 — Just okay.**

*KELLER'S REAX: Punk is good on commentary. His tendency is to use his humor in a biting way, and mixed with his passion and knowledge of wrestling and recall of facts and storyline detail, he's already added great energy to the commentary.*

[Q3] –They went to Cole, Lawler, and Punk talking about the "John Cena Experience" DVD.

Cole said it's the best selling DVD [..]. Punk said it's ironic that now that's the [..] see him. A video package aired with clips [..] DVD. It was him behind the scenes [..] WrestleMania, greeting people backstage.

–Lawler them plugged that Cena will show up later and he hopes that Cena "lets Barrett and Nexus have it." [c]

–Layla and Michelle McCool showed up at the entrance. A security guard told them only Raw members could enter there. McCool said they may not technically be on Raw because they lost last night, but they're LayCool. The guard said they're not on their list. Layla and McCool protested and said they're messing with the wrong ladies. Natalya showed up wearing the WWE Divas Title. The guard asked if he knew them. Natalya said she's never seen them before. The guard locked the door closed on LayCool who made "he didn't just do that" faces.

–Vladimir Kozlov and Santino chatted at a table, trying to reconcile their failure to win the Unified Tag Team Titles. Kozlov said there's always tomorrow. Santino said tomorrow is never guaranteed. He wondered if there was anything that could make him feel better. Then he heard Tamina playing a guitar. The camera panned to her as Santino sat next to her. He leaned in for a kiss. At first she backed off, but then leaned in and kissed him. She then mouthed, "Call me!" Santino bit his fist in excitement.

–Josh Matthews interviewed Orton backstage as he tied his boots. Orton said Cena called the match right down the middle. He said he could have taken the easy way out, but he didn't, and that cost him his career. He said he's never been friends with Cena, but he respects the hell out of him. Orton said he doesn't care whom the referee is. He guaranteed Barrett won't leave with the WWE Title.

–Cole plugged Ezekiel Jackson vs. The Miz. Cole called Ezekile "a hot newcomer." [c]

[Q4] **2 — EZEKIEL JACKSON vs. ALEX RILEY — KOTR Qualifying Match**

Jackson flexed, one again showing how valuable it is that the WWE Wellness Policy keeps cheaters from stealing Jackson's gimmick of being jacked like no one in WWE history has ever been. Riley walked out. He said he had news. He said ten minutes ago "the most awesome competitor of all-time" happened to suffer an anxiety attack, so he's been given permission to take his place and qualify for KOTR. Punk asked if Riley was "under the influence or something" by getting into the ring with Jackson, a sly reference to Riley's arrest on suspicion of DUI last week. The announcers agreed that King Riley doesn't have a ring to it. Punk made fun of the A-Rye nickname. He said it's the stupidest nickname. He's right. Jackson won clean easily with his one-armed slam.

**WINNER: Jackson in 3:00 to advance into the KOTR Tournament next week.**

–Cole hyped Orton vs. Barrett.

–They showed Cena backstage chatting with R-Truth and Eve. Santino shook his hand. Gail Kim hugged him. Yoshi Tatsu shook his hand, too. Cole said he can't wait to hear what he has to say. [c]

–A commercial aired hyping follow up on the Edge-Kane match at the PPV without giving away



the result.

—They went to Cole, Lawler, and Punk at ringside. Punk continued to protest Cena being there considering he was fired. Lawler wondered if it's some kind of a trap.

—Justin Roberts introduced Cena who came out to his music and smiled at the crowd. He saluted and charged to the ring. An held up a sign that read: "You'll be missed, Cena." We got deep into the song. When it stopped, Cena took in cheers from the crowd. He said if he's leaving he wants to leave not in a ref shirt, but "just like this!" A "Cena! Cena!" chant broke out briefly. Cena explained that Orton is still WWE Champion, which means he's fired. He said it was a decision that was probable, but he didn't think it would happen. Cena said before he got his WWE job, he was living in his car and cleaning toilets. "I didn't think any of this would happen," he said. He said the fans have gotten to know him over the years. He said you only see what you see on TV. He said there's a lot about him that they don't know. He said he only has a few seconds, so he wanted to tell them one thing. "You guys have no idea how much I respect this company," he said, his voice cracking. He's following in Tommy Dreamer's footsteps. He said he respects those who came before him such as Steve Austin, Triple H, Shawn Michaels, and Undertaker. He said when he got a chance to be in WWE, his goal was to look each of them in the eye and hear them say, "Kid, you're all right."

[Q5] He said he has a smile on his face even though some may think he got a bad deal out of this. He said he got to live out a fantasy, though, and see the world. He said he's not going to let what Nexus did to him the last two months ruin the greatest nine years of his life. He said the fans may not know that life moves pretty fast in WWE. He said when he started, WWE was a very big part of his life. He said then WWE became his life. He said it was his choice. He said he wanted to give everything he could to the fans every time he stepped between the ropes. He said his family has been so patient with him and let him step back and be him. He said they're okay with it. He said his brother Matt just had a baby girl and he missed it. His voice cracked and he teared up. He said his mom's birthday is in a couple of days. He said he's sorry he missed Shelby's birth, but he heard she's big. He said his mom is going to get the best birthday present she's had in ten years because he's going to love her and hug her and all the money in the world can't buy her that. He continued to really lose it and wiped his eyes and leaned on the top rope. He said the fans are being nice, but he looks like an idiot up there.

He said one thing he really always loved about the fans is they're always honest. He said if he's walking out of there just one more time, he wanted to hear half of the arena go "Let's Go Cena" and the other half say the other thing. He said every women and every child should chant "Let's go Cena," while "every guy over the age of 18 to say 'Cena sucks!' Is that all right?" He led the crowd in that chant. He said if they're going to do it, do it right. He asked who could be louder. A very loud battle of chants broke out as Cena smiled widely. He's almost convincing me he's retiring the way he's playing this up. He's doing a great job and showing true appreciation for the entire ride he's been on. After a minute or so, he said: "That is beautiful. Thank you very much." He said the fans' passion is what keeps them coming back night after night. He said no matter what the chant was, whenever he

heard that kind of passion, he knew he earned it. "

He said before leaving he wants to say something to Wade Barrett. He said regarding Barrett: "I actually think the kid has a little bit of talent and I'm trying to help him out before I leave." He told him to take advice from a grizzled, disgruntled ex–employee (uh, independent contractor) who wears purple "and may have accidentally peed in your coffee once or twice." He told him to "stop taking shortcuts and stop taking the easy way out." He said the fans will give him everything if he gives them everything in return. He said success is achieved through consistent effort. He said they'll probably fine him for this, but since he's already fired, "Kharma is a bitch." He said his shortcuts will come back to haunt him. He said Billy Kidman is probably ready to strangle himself because he's way over the time they gave him.

He said the thank you list could go all night, so he's going to save it for one very important thank you—the WWE Universe. "Thank you for letting me share my life with you the past nine years. Thank you for understanding all of this. Thank you for standing up to the WWE. Thank you for showing up every day. Thank you for watching every Monday, Tuesday, Friday, Saturday, whenever the hell we're on. Thank you for allowing idiots like me to come out and live this wonderful, wonderful dream. All of this is because of you. I love you to death. Let's go home." He left to larger ovation than he arrived with. The director found fans crying and smiling. They stayed with the crowd without any music or commentary as they soaked up the moment with just a buzz of conversation.

*KELLER'S REAX: That was a hell of a farewell speech. I'm almost buying that he's leaving for some top secret reason. Almost. He also could be setting up Barrett by trying to get him to let his guard down about Cena plotting revenge.*

—They went backstage to the wrestlers applauding Cena as he walked out. He said to someone, "You owe me." Orton walked up to him. Cena extended a hand and Orton accepted, hugged him, and actually smiled. Cena then left the building, literally. As he walked past the threshold, Barrett entered the picture and waved his hand in front of his face as Cena turned the corner and disappeared. [c]

[Q6] 3 — DANIEL BRYAN vs. TED DIBIASE (w/Maryse)

Cole said: "I'll say it. John Cena has left the building." Punk called Cena's speech "awful." Brie Bella walked up to Bryan and held his arm. Bryan smiled, but kept walking up the ring steps. Lawler wondered if Bryan "just sort of ignored her." Punk said there's no reason to make a big deal out of Brie because "she's a 4 at best." Well, DiBiase is in the dog house for some reason as Bryan made him tap in one minute to the Lebell Lock. Punk said, "Wow, what a nerd, huh?" Afterward Nikki Bella ran out and she fought Brie over Bryan.

WINNER: Bryan in 1:00 via tapout.

*KELLER'S REAX: Man, what's going on with DiBiase? Is this part of a storyline where he goes soul searching? His character is a mess, as he has no chemistry with Maryse, he's clearly not into the Million Dollar Man Jr. gimmick, and he contradicts himself by taking Maryse shopping for expensive toys while saying he doesn't want handouts from his father. [c]*

—WWE Fact: Including WWE SmackDown vs. Raw 2011, WWE has released 49 video games and has sold over 50 MILLION games globally.

4 — NATALYA vs. ALICIA FOX

Cole and Lawler talked about the return of

"Glamazon" Beth Phoenix after Natalya's win last night. Lawler asked Punk to rate the Divas. Punk and Lawler can get along well doing this. Fox yanked out a wad of Natalya's hair. Natalya lifted Fox for a suplex, held her there, and then did squats. Cole asked Punk why he hadn't rated Natalya yet. Punk said that's still to come.

WINNER: Natalya via tapout with the sharpshooter in 2:00.

*KELLER'S REAX: The announcers are just being jerks if their refusal to rate Natalya is because it's supposed to be obvious she's ugly and they don't want to hurt her feelings. I hope I misunderstood that because that would be just world class asshole if they're having a laugh at her supposed expense on commentary like that. If Punk is portraying himself as some sort of world class chauvinist prick, then so be it, but he has to be called out for it and not have it seem like the company stance that anyone not in a Bella / McCool / Eve mold is just a target for disdain and ridicule.*

[Q7] [c] 5 — JOHN MORRISON vs. TYSON KIDD — KOTR Qualifier

Cole said Tyson was held back by DHS. Punk said DHS is a "real weirdo." Lawler said it's nice that Cole and Punk agree on everything. Punk said Kidd is dangerous and crazy as the last person to be trained in the Stu Hart Dungeon. Punk mocked Tyson's haircut. Morrison ducked a Tyson kick and then nailed Tyson with a spin kick. Punk and Cole argued over whether that was a parkour move by Morrison. Good back and forth athleticism, a expected here, with Morrison landing Starship Pain for the clean win. Not the best way to give Tyson a push coming off of the break–up with DHS, although he can be the new utility athletic guy filling the injured Evan Bourne's role.

WINNER: Morrison in 3:00.

—They showed a split screen of Orton and Barrett heading toward the entrance tunnel. [c]

—Lawler named the four qualifiers for the KOTR tournament next week: Sheamus, Ezekiel, Bryan, and Morrison. Cole then hyped that on Smackdown on SyFy, Kofi Kingston, Big Show, Alberto Del Rio, Drew McIntyre, Rey Mysterio, Jack Swagger, Cody Rhodes, and MVP would battle for four other qualifying positions in next week's tournament.

[Q8] —Orton began his ring entrance. The Nexus attacked Orton on the stage and beat him down on the ramp. Barrett shouted orders from a safe distance. Orton clutched his right knee. Four referees came out and backed Nexus up the ramp. Lawler said he didn't get this at all. Orton tried to stand, but couldn't put weight on his knee. Husky Harris charged back at Orton and kicked him in the knee. Barrett looked on with a smile. They cut to a break. [c]

—They showed the announcers at ringside. Lawler said he just didn't get it since Barrett was in line for a title shot. Barrett music interrupted. Punk said Barrett is a coward because he has so many other men fighting his battles. Cole said Barrett didn't take Cena's advice on stopping the shortcuts. Cole said he just received word on his Blackberry that Nexus has been banned from ringside for this match. Punk said the damage has already been done, though. Orton music played and he took quite a while to gingerly step onto the stage and toward the ring. Lawler said it wasn't good. Punk said Orton might be more dangerous injured. Orton

winced with every step.

## 6 — RANDY ORTON vs. WADE BARRETT — WWE Title Match

Lawler said Orton wouldn't forfeit the match. Punk said that's foolish because he can barely stand. Lawler said Orton had a look of defiance. Punk said he can look however he wants, but he's hurt and it doesn't bode well. Didn't Punk just say a minute earlier that Orton may be more dangerous hurt? The match began 54 minutes into the second hour. Orton favored his leg as they circled each other after the bell rang. Barrett went after Orton's knee. Orton fought back, but Barrett eventually backed Orton into the corner and battered the knee.

Punk referenced Roddy Piper last week saying if Barrett won the WWE Title, he'd be disgracing all previous men who earned that title. That's not at all accurate. Piper said if Cena helped Barrett win the title without him earning it, Cena would be disgracing all men whom held the title before him. Barrett then hit his Wasteland finisher. When he made the cover, Cena ran to ringside and yanked the ref out of the ring. He then gave Barrett the Attitude Adjustment. He bailed out before the rest of Nexus could touch him. Cena escaped through the crowd. Lawler implored Orton to seize on the situation. Barrett got up first, but Orton surprised him with a sudden RKO for the win.

WINNER: Orton in 4:00 to retain the WWE Title.

–Miz's music then played. He ran to the ring with the Money in the Bank briefcase in hand. Punk said this looked really familiar to him. He cashed in the briefcase. Cole said he was preying on a vulnerable champion.

## [Q9] – RANDY ORTON vs. THE MIZ (w/Alex Riley) — WWE Title Match

Miz circled Orton, then charged him in the corner and went after Orton's leg. Miz yanked Orton's leg around the ringpost. Miz charged Orton in the corner, but Orton met him mid-ring and knocked him over. He blocked Miz's Skull Crushing Finale and hit an uppercut. He went for his DDT off the second rope, but Miz slipped free and went after Orton's knee. Orton snap powerslammed Miz and then pounded the mat to signal for the RKO. Miz blocked the RKO and hit the Skull Crushing Finale for the three count. As Miz celebrated, they cut to a little girl who had a stern look on her face that seemed like it was out of a horror movie and she was about to set Miz on fire with her eyes. They cut to more kids looking dismayed. Punk said everyone thought Cena, Orton, or Barrett was the story of the night, but Miz set everyone straight. Cole said tonight's Raw was nothing short of awesome. He gave Orton credit for a courageous effort.

WINNER: Miz in 3:00 to capture the WWE Title.

*KELLER'S REAX: Miz is sleeping with that title belt tonight. From coming in second place to Daniel Puder in Tough Enough to this.*

–The show closed with Miz celebrating with Riley, perhaps showing some real emotions as he began to shed some tears. They also showed Orton shaking with anger over what went down. Punk asked if things are always that eventful around there.

*KELLER'S REAX: Good show. Definitely an interesting night and a buzz-worthy Raw. Should be a good PWTorch Livecast on Tuesday with Jason Powell co-hosting with me from 5:30–6:30 ET. Join us at http://www.blogtalkradio.com/pro-wrestling-torch for an hour of analysis with live calls..*

on the DVD player and let MVP do the talking. Five minutes later, Vince wanted MVP fast tracked and on Smackdown for the New Talent Initiative storyline," Baurer said. "Weeks later, MVP walked onto WWE TV and the rest is history."

## WWE NOTEBOOK

WWE backstage agent/producer Dean Malenko reportedly suffered a heart attack in recent months. Malenko, age 50, was backstage at last night's Survivor Series PPV in Miami…

The state of Connecticut's investigation into WWE's independent contractor classification is believed to be related to unemployment claims. The Department of Labor issued a statement to Muchnick that suggests the investigation of WWE is related to a tax payment issue…

Dark Match prior to the Survivor Series: R–Truth (w/Eve) beat Zack Ryder. Truth came out to his old music…

Jim Ross wrote on JRsBarBQ.com regarding The Undertaker's status for WrestleMania 27 that could make or break the PPV, Ross said it could be a "photo finish" on Taker recovering from injury, but he does not envision Taker missing Mania. "The biggest issue about WM27 seems to be the status of the Undertaker. I think it will be a photo finish but I will not, cannot, and choose not to bet against Taker returning to try and take his streak to 19–0," Ross said. "If most fans only knew what Wrestlemania personally means to the Phenom you wouldn't bet against him either."

Ross said he expects WWE to begin announcing names for the 2011 WWE Hall of Fame "in the next two weeks or so and maybe sooner." Ross pointed out that tickets need to be sold and it would help to know who will be part of the next HOF class…

Ross said there are "absolutely no plans" right now for him to make a return to WWE TV, but he does not believe Monday's surprise announcing gig was his final time on the air in WWE. He also said his health is not an issue and he could handle working a more regular schedule. "I don't think that Monday night was my official 'send off' from WWE announcing or at least no one told me such," Ross said. "Who knows, WWE might want me to do something on an occasional basis but I must point out that there is absolutely no plans to that affect at this time."

Ross posted an in-depth review of Friday's Smackdown, including his thoughts that the show failed to motivate anyone to order the Survivor Series PPV on Sunday. "Smackdown was a good show but nothing on it motivated me to become more interested in Survivor Series than Piper's Pit Monday night on Raw," Ross said. Ross complemented MVP's promo work on the show, said Alberto Del Rio needs to show more aggression, and hopes Kaval vs. Dolph Ziggler for the Intercontinental Title on Sunday receives more than 5–7 minutes of in-ring time…

Shawn Michaels says he was in a car accident on Friday night after being hit by a drunk driver at speeds of 50 MPH. According to Michaels's description on Twitter, he was driving with his family. "All are okay," he said. Michaels said he had a few stern words for the driver after jerking him out of his seat. "We're fine. Car is fine. I drive a tank. Kids were fired up. Wanted 2 beat him up," Michaels said. "Poor guy hit the craziest fam he cud"…

ran over Reks, though for some reaso.. like he slowed down before he hit him. Choh followed that for the win.

WINNER: Show, at 1:18. Don't know if they were running long or what, given the last two match times.

–Josh Mathews was backstage with Alberto Del Rio. Mathews noted that both the heel and face side have two wins each tonight, and that his match would be the deciding match of which side has momentum going into Sunday. Del Rio said Mysterio is not a survivor and on Sunday, he'll give the WWE Universe an authentic hero. [c]

–The announcers discussed John Cena's situation heading into Survivor Series, then they tossed it to a video package on Cena about how much WWE means to him, spliced in with footage of his latest dilemma.

–The announcers discussed the Survivor Series card.

–Edge was wheeling Bearer backstage, with Bearer still covered in pizza stuff. Edge said he didn't see Kane anywhere around. He suggested Bearer yell for Kane, so Edge allowed him to do so. Edge wheeled him back into the car. Kane was walking quickly backstage, passed a guy with a tattoo on his neck and someone who appeared to be Caylen Croft. Then he shoved a guy out of his way and passed Luke Gallows, standing perfectly still in a doorway. That was weird. Kane found the car and asked Bearer where Edge was. Edge ambushed Kane, jumping on him over the car. He threw Kane into some miscellaneous stuff backstage, while Edge took advantage and got back in the car to drive away. Terrible hype for this match for a go-home show. [c]

## 7 – ALBERTO DEL RIO vs. REY MYSTERIO

Del Rio kicked away at Mysterio in the corner and reigned blows down upon him as well. Mysterio dodged another corner attack and slid under Del Rio, only to get kicked in the gut. Sunset flip failed by Del Rio and Mysterio set him up for the 619. Then, the entire heel team captained by Del Rio ran down and interfered, drawing the DQ.

WINNER: Mysterio, via DQ, at 1:53. I did not expect that so soon.

Mysterio's team ran down to even the odds, and a brouhaha ensued. Teddy Long came out and must've seen that there were nine minutes left, so he turned things into a ten–man battle royal. That's next. [c]

## 8 – 10–MAN SURVIVOR SERIES SHOWDOWN BATTLE ROYAL

The bell rang upon return from break. Rhodes got chopped hard in the chest, then no-sold it seconds later to run across the ring at someone else. MVP and Show double–teamed Reks. Mysterio attempted to eliminate Dle Rio. Masters eliminated Rhodes from the apron at 1:23. Reks barely held on to stave off elimination. Masters was thrown over by Reks at 2:06. Del Rio and McIntyre double–teamed Show. Swagger battled MVP in the corner. Kofi went to the apron at 2:50. Headbutt to the heel team captain. Kofi went to the apron and Mac took him out at 3:45. MVP and McIntyre went out in short order, MVP at about 4:00. Del Rio out via Rey at 4:35. Down to Mysterio, Show and Swagger. Swagger locked in the ankle–lock on Rey. With the help of Show, Swagger got set up for the 619. After that connected, Show took Swagger by the throat and pushed him over the top. Del Rio looked on from the ramp, unhappy.

WINNERS: Show and Rey, at 5:10.

Rey got on Show's shoulders to celebrate the win.

# WWE SMACKDOWN

### Featuring columnist Greg Parks's report and analysis of SyFy network program



**NOV. 19—TAPED IN RICHMOND, VA.**

–A video package of Kane and Paul Bearer aired. It was very cartoonish and seemed made for small kids. It culminated with last week's abduction of Bearer at the hands of Edge.

–Smackdown Open.

–Todd Grisham opened the show by plugging a battle of Survivor Series team captains, Alberto Del Rio vs. Rey Mysterio, for tonight.

–Ring announcer Tony Chimel introduced Ricardo Rodriguez, who then introduced Alberto Del Rio. Del Rio was not dressed to compete…yet. He said that Survivor Series is going to be great, because he's the superstar of the show, and promised to lead Team Del Rio to victory on Sunday. Del Rio talked about teaching people the hard way, and they showed a clip of him beating Sgt. Slaughter on Monday night. He talked about making Slaughter cry and before long, MVP's music interrupted and he came out. MVP noted the chant for his name, and how they want him to punch Del Rio in the mouth. He said they're tired of him disrespecting the ring and what it represents. Del Rio said there is no one like him, but MVP said guys like him are a dime a dozen. He said it was the Slaughters, Chavo Classics, Tito Santanas, Iron Sheiks, Ricky Steamboats, Roddy Pipers and Dusty Rhodes' who have paved the way for Del Rio. Of those, only Steamboat didn't appear on Raw. Del Rio said MVP holds the legends in high regard because he's never going to be one of them. He seemed to briefly stumble over that line. He said he was already a legend. MVP suggested he give Del Rio a legendary beat-down. Del Rio was having none of it, since he already has a match scheduled. He said that even if he wasn't in a match anyway, MVP couldn't handle him. He could sense MVP really wanted to fight, so Del Rio said he'd bring him someone from Team Del Rio for him to fight…Drew McIntyre. Did Teddy Long approve of this?

## 1 – MVP vs. DREW MCINTYRE

Overhead throw by MVP sent McIntyre to the outside. MVP went out to take the fight to him, but Mac threw MVP into the barricade. MVP recovered and dropped McIntyre abdominal-first over said barricade. Both men were headed back in the ring as they took the first break of the show.

[Commercial Break]

MVP suplexed McIntyre down, but went outside, then under the ring. MVP went after him, but McIntyre pulled MVP's arm toward him and into the ring apron. I think he's done that once before. He continued to go to work on the arm of MVP. MVP kicked McIntyre in the back to break a hold, but McIntyre mowed him down with a shoulderblock. MVP caught McIntyre a boot when Drew was running in. He eventually caught him with another and went for a cover, only to get two. Whip into the buckle by MVP, and he suplexed McIntyre down. Ballin' elbowdrop landed as Striker name-dropped Charles Oakley. The referee had to restrain McIntyre from MVP in the corner. That allowed MVP to nail McIntyre with a running kick to the head, and that surprisingly finished things.

WINNER: MVP, at 7:29. Well, MVP is out of the doghouse it would seem. Match was a decent enough opener.

–Close–up on Edge's face backstage. He was talking to himself, but the camera panned back to

show Paul Bearer, still tied up with duct tape over his mouth. Edge pulled the tape off and Bearer screamed. Edge said they're in Richmond, but Kane will never find them, because no one knows where they are. Except the cameraman, of course. Edge listed all the activities they did this past week, and Edge even challenged him to a wheelchair race (Bearer was bound up in a wheelchair). Why are they making Edge act crazier than Kane? Edge suggested other games when it seemed Bearer wasn't interested. Edge said he had a better idea….then they went to break. That was just bizarre. How is that supposed to make me want to see Edge vs. Kane? I have no idea what Edge's character is supposed to be at this point. [c]

–Chavo Guerrero was backstage with Long. Chavo looked like he hasn't aged since his WCW days. He was upset about something, but quickly exited Long's office when Kane stormed in. He kept his cool for the most part. He demanded to know where is father is. Long pleaded ignorance as Kane went crazy, demanding to know where Bearer is. Kane tore apart the office as Long got out of there.

## 2 – CHRIS MASTERS vs. JACK SWAGGER

Swagger shoved Masters around the ring, but Masters punched him in the head in response. He got Swagger up for a powerslam, to no avail. Vader bomb by Swagger for two. Abdominal stretch by Swagger. Masters worked out of it and gave Swagger a Samoan drop. The announcers were really trying to get over Masters' credibility, because to the fans, he really has none. Shoulderblock off the middle rope for two. Swagger missed a punch and landed in the Masterlock. Swagger dragged Masters across the ring, then kicked himself up over the top rope and to the apron to break it. That was impressive. Swagger went after the knee with a front chop block, then applied the ankle–lock for the victory.

WINNER: Swagger, at 2:58. Fundamentally sound. I still think Masters being in this PPV match speaks poorly of Smackdown's depth on the babyface side.

–Edge was back with Bearer, and Edge suggested they play dodgeball. Edge threw a ball hard against the wall behind Bearer. Then he did it again. He threw it a third time and hit Bearer in the chest. He then threw it and it hit Paul in the head. Edge said that was really using his head. [c]

–The announcers talked about how funny Knucklehead was, after a plug for the movie.

–They showed Edge bouncing the ball off of Bearer's head from moments ago.

## 3 – KAVAL vs. DOLPH ZIGGLER

Ziggler got the mic and said he was undefeated as I.C. Champion and he has the hottest girlfriend in the world. He said he is on a roll and that Kaval will be no match for him. He said all the Internet fanboys probably think Kaval is special, but he's not Ziggler. Ziggler should've introduced himself to Kaval. Kaval sent Ziggler shoulder–first into the ring post. Handspring cross–body for two. Zig Zag blocked by Kaval. Couple of reversals of roll–ups got a number of two–counts. Ziggler tried another roll–up, but Kaval grabbed Ziggler's arms as he was going for the tights, flipped him over, bridged, and got the win.

WINNER: Kaval, at 2:01. Much shorter than I'd like, but hopefully I'll get my longer match at the PPV. Whoops, jumped the gun there….

Kaval got the mic and said that, even though he won NXT and still has a PPV title shot, he's going to use it to face Ziggler at the Survivor Series for the I.C.

Title.

–Matt Striker plugged Mysterio vs. Del Rio, still to come tonight.

–Next, Cody Rhodes vs. Kofi Kingston. [c]

–Edge, still angry, was still taunting Bearer at an undisclosed location. Edge told Bearer that he looks like he could miss a meal…or eight. He said he was going to get Pizza Hut, since he has to keep his strength up for the match on Sunday.

## 4 – KOFI KINGSTON vs. "DASHING" CODY RHODES

Kingston's first high–impact move was a hard slap to Cody's face. Rhodes ran to ringside and kicked the steps a few times in anger that Kingston would dare hit him in the face! He checked the mirror on his jacket to see if he was still OK. Then they went to break. [c]

Rhodes was pounding on Kingston out of break, but Kingston came back with a flying elbow. He kept Rhodes down with a side headlock. Monkey flip by Kingston and Rhodes went back to ringside. Baseball slide on Rhodes as he tried to get back in. Hard uppercut to the chest, but after dodging a clothesline and back elbow, he fell victim to a knee–lift. Striker again plugged Arn Anderson for the Hall–of–Fame after comparing Rhodes to Anderson following a few gourdbusters. Rhodes hooked Kofi's arms behind his head, but Kofi made it to his feet and flipped Cody over his back. Kofi nailed Cody with a few dropkicks, then hit his flip kick. Cross–body by Kingston for two. Trouble in Paradise missed, as did Beautiful Disaster. Roll–up by Kingston for two. Cross–Rhodes by Rhodes (with the hair AND the tights) ended up getting him the win.

WINNER: Rhodes, at 10:00. Solid match here, given just enough time.

–Kane was venting backstage about how Bearer was the only one who understood him. Turns out, he was talking to Rosa Mendes, who appeared to not know how to react. Kane said Edge was torturing Bearer and he thinks its funny, but Edge has no idea what pain and torture are. He said he'd tear Edge's guts out and shove them down his throat. And that would be just the beginning.

–Del Rio vs. Mysterio is tonight. [c]

## 5 – LAYCOOL vs. NATALYA & KELLY KELLY

Natalya and Kelly traded off against Layla, until she made it to McCool. Wheelbarrow throw by Nattie on McCool. Tag made, but Nattie didn't see it. Double boot by LayCool put Natalya down, and the heel divas got the win.

WINNERS: LayCool, at 1:12. Just a way to put Nattie in a hole heading to the PPV.

–Edge had a veritable smorgasbord of food from Pizza Hut, and he used it to taunt Bearer. He ended up dumping most of the food on Bearer. Poor James Caldwell…I hope he had his pizza that he wanted after the Livecast before seeing this.

–Big Show was walking backstage…he's in action next. [c]

–Kane was stewing backstage and acted like he had a massive headache. He then broke down and began crying. Some monster.

## 6 – THE BIG SHOW vs. TYLER REKS

Show got his hand around Reks' throat early on, but couldn't finish things. Huge clothesline that knocked Show off his feet. Show got serious and

KELLY KELLY
ARTIST GRANT GOULD



## TNA IMPACT

Featuring editor Wade Keller's in-depth report and analysis of Spike TV program

**NOV. 18—TAPED IN ORLANDO, FLA.**

—The show opened with a Jeff Hardy created song in the background as highlights aired of Hardy's recent matches. He said he can't believe he spent so long "destroying his body for the fans." He said without him, TNA is (bleep). Credit TNA for not going half-way with Hardy's heel turn. There's ambiguity that he's going for boos, not cool heel cheers.

—This episode's title: "Morgan Woooo's The Nature Boy."

—They went right to Ric Flair's ring entrance without the Impact opening or an intro from the announcers. Mike Tenay said last week Flair watched on as Matt Morgan earned a title shot at the TNA Champion Jeff Hardy. Tazz said he's a skeptic of Flair's and Fortune's move last week.

Flair said he wants to talk about the hot topic which is Matt Morgan. He said he made a mistake last week of punching out Fortune, including himself. He said he, Hulk Hogan, and Eric Bischoff have decided to appoint a special referee—Flair himself. "You will be refereed by God," Flair said. "Knowing you won't like this, I don't want you walking around backstage complaining. I want you to bring your lanky ass right out here so I can tell you to your face." When Taz said he trusted Flair to be a fair referee, Tenay said his nickname is "the dirtiest player in the game." Taz conceded that point.

Flair told Morgan he can't walk past him backstage and call him Naitch anymore. He said that privilege has been taken away. When Morgan looked to the fans, Flair told him not to look to the fans, look at him. "Why would you turn away from the face of God?" Flair asked. He said he's never asked anyone to do something he couldn't do. He told Morgan that if he wants to remove him as referee, he can beat him later tonight in a match. Morgan said wrestling him is "number one on my bucket list." Flair laughed and took off his ring jacket and cut an intense rant. Morgan replied that he'll do his talking later when he takes his size 18 boot and shoved it up his ass. Morgan accentuated "ass" as if he was Abyss. Does TNA require everyone to stress naughty words like that? Flair said: "See you tonight."

—Tara caught up to Generation Me backstage. She told them to show her something out there and then slapped their butts. They were very excited about that. [c]

—Tenay hyped Morgan vs. Flair and Abyss's open challenge.

### 1 — GENERATION ME & ROBBIE E. & COOKIE vs. THE MOTOR CITY MACHINE GUNS & JAY LETHAL & VELVET SKY

After Sky gave Max Buck a head scissors, Taz called him a lucky S.O.B. At 5:00 as Sky rammed Cookie's head into the mat repeatedly, chaos broke out among the six men with rapid-fire moves. Jeremy ended up yanking on Sabin's tights and scoring the three count. Tenay said we'll never hear the end of this from Max and Jeremy. What, is Tenay saying TNA is going to talk about a match outcomes on TV as if it has any relevance after it ends?

**WINNER:** GenMe & Robbie E. & Cookie in 6:00.

**STAR RATING: \*3/4**

—They showed Jeff Jarrett barefoot warming up

backstage. Tenay said he was in MMA gear. They wondered what was up. [c]

—Backstage GenMe gloated about their win. The Guns approached them from behind and said they cheated. Shelley proposed they settle it in Reaction in an empty arena match. GenMe accepted. Nice segment selling the effects of an outcome of a match as if it mattered, which shouldn't be novel, but is.

—Jarrett told Murphy and Gunner that he has a newfound love of MMA and he's going to show it off later. He told Murphy and Gunner not to let Kurt Angle anywhere near the ring. Jarrett said Samoa Joe has no integrity because he said if he didn't win the title, he'd retire. Jarrett also brought Jeremy Borash into the picture. When Borash tried to talk, Jarrett said he didn't tell him he could speak. When Borash smirked, Jarrett slapped him. Jarrett said everyone thinks his new MMA skills are a joke, but it's not. He told Borash he better be in the ring describing the pain and agony his six MMA students are going through during his exhibition. When Borash tried to ask a question, Jarrett shoved him. Jarrett said Borash is giving him the look the fans give him, as if he sold out. He said the company is being run the right way and they're going to make it profitable once and for all.

**[Q3]** —They went to Tenay and Taz at the table. Tenay said seeing Jarrett get physical with his longtime pal J.B. makes him uncomfortable. Tenay threw to a video package chronicling Angle's 2010 in TNA. [c]

—Borash introduced the "Double-J, Double-M-A Exhibition." The MMA students walked onto the ramp first. They lined up and let Jarrett walk through them. Jarrett was dressed in boxing shorts and MMA gloves. The graphic said: "Jeff Jarrett: MMA Enthusiast." Taz said Jarrett is insisting that he's serious about MMA and he wants to show Joe up by out-doing him in MMA. Jarrett entered the ring and punched Borash lightly in the jaw. Borash said the moves demonstrated in this exhibition are being performed by professionals. Borash said they ask everyone watching at home or in attendance, "please do not try this at home."

Jarrett then applied a cross armbreaker on one of his students. The crowd chanted "boring." Up next Jarrett showed a Japanese kneelock. He said sometimes on his back he's at his best. He then demonstrated the kneelock. He said his buddy Frank Mir made Brock tap out to that. Jarrett made his student tap out to that Taz said Jarrett is impressive.

Up next, Jarrett demonstrated an anklelock. Jarrett said it was perfected by a guy he knows very, very well. He said he has been a champion all over the world including inside a TNA ring. He said he has literally perfected the anklelock. He said he learned it from Ken Shamrock. He said it took Shamrock years to perfect it, whereas it took him a matter of months. More "boring" chants. Tenay said, "He's really convinced he is an MMA specialist."

Borash said the rear naked choke is up next. Jarrett said he's done a naked rear choke before in the bedroom. He said one guy has perfected it and it took years. The crowd chanted "Joe's gonna kill you." Jarrett paused and said it was Royce Gracie. Jarrett demonstrated it on a student, making him frantically tap as he talked about how you have to crank on it. Joe's music played and Jarrett released his grip. Tenay said Joe has had enough of this MMA exhibition.

**[Q4]** Joe said, "Jeff, you sad, silly son of a bitch." He said it's time to stop wasting everyone's time and Jarrett spar with him. Jarrett said he'll one up him. He said he has two students left, and if he can go through them he'll face him one-on-one in a submissions

match later.

Joe entered the ring and faced one of his students and got a quick tapout to a keylock. Up next Joe took a striker to the mat and got a quick tapout. Jarrett at ringside looked on as Borash said Jarrett would now face Joe in a submissions match. The crowd chanted, "Joe's gonna kill you!" Earl Hebner called for the bell. Jarrett shoved his students one at a time at Joe. Joe dropped them one at a time in rapid-fire fashion. Jarrett then ran to the back. He shouted, "Not tonight." Another student shoved Joe from behind. Joe pelted him with rapid-fire backfists and the gave him a Muscle Buster.

—Backstage Stevie Richards gave Raven a pep talk. Tommy Dreamer and Brian Kendrick also gave Raven a pep talk. Kendrick said he saw a bird outside so it means something about synchronicity or something or other. Raven said someone needs to give the bird to the immortals. He stood up and gave the camera two middle fingers, which were digitized.

—Tenay said if Raven doesn't beat Hardy later, he's gone from TNA. Again, that's the type of stip you don't just throw out there without making a bigger deal out of it. [c]

### 2 — RAVEN vs. JEFF HARDY

Full ring intro for Hardy followed by Borash giving Hardy an elaborate ring intro. He then shrugged and introduced Raven by name only. Taz and Tenay said that was on instruction from Bischoff. Taz said Raven is fighting for his life. Raven opened with a side headlock. Hardy escaped. Raven came back with a Russian leg sweep at ringside. He then leaped off the top rope and drove Hardy's head into the mat for a one count. Raven reached under the ring and brought in a chair. Hardy reverse whipped Raven into the corner and then pursued him at ringside, ramming him back-first into the ring apron. Back in the ring Hardy missed a Whisper in the Wind. Raven clotheslined Hardy in the corner and delivered a bulldog. When he set up his DDT, Hardy escaped and gave him a Twist of Fate near the chair. Then he hit the Swanton for the clean win.

**WINNER:** Hardy in 3:00.

*KELLER'S REAX: During this match Tenay said Raven is fighting for his livelihood. There was a case where what Tenay said meant more even though it was less severe. Nobody believes Raven is fighting for his life because it's just a cliche. But when Tenay said something that sounded real and tangible that people could relate to and is actually true within the context of the storyline presentation, it felt like something substantial was actually at stake. It's why I wish Samoa Joe would vow to make someone tapout until they cry or vow to tear someone's ligaments rather than promise to kill them, because he never delivers on the death threats. Let the fans chant it, but as a babyface stay away from promising something he can't deliver.*

**[Q5]** Hardy waved goodbye to Raven as Raven sat in disbelief in the ring. Taz said Raven put up a hell of a fight. Stevie, Dreamer, and Kendrick entered the ring to console him. Hulk Hogan's music played and he walked out onto the stage with Hardy. Hogan took exception to Dixie Carter saying EV2 meant to wrestling what Hulk Hogan once meant. He said it's not looking like that now. "Wah wah wah, what about me?" Hogan said mockingly. "You're fired, Raven. Quote the Hulkster, nevermore." Raven buried his head in disappointment. Is that the end of Raven's national TV wrestling career? [c]

—Dreamer stood mid-ring and demanded Rhino come out and explain himself. Rhino walked out and said everyone in EV2 knew that after Turning Point his contract expired. He said nobody in EV2 cared. He said Bischoff was the only one who cared. He said he gave him a choice—employment or unemployment. He said at first he told Bischoff he could kiss his ass, but he realized afterward that he was in TNA years before Dreamer and RVD. He said he became an afterthought to EV2, though, and he said he doesn't take a backseat to anybody. Dreamer denied that Rhino took a backseat to anyone. He said he's one of the greatest athletes to ever step foot in a TNA ring. Three people clapped. Dreamer said he's called the War Machine for a reason.

Rhino said yeah, "Yeah, because I kick ass, and if you piss me off, I'll kick your ass tonight."

Dreamer said he and RVD wanted to come to TNA to prove it's the best damn wrestling company in the world today. He said they believe in TNA and each of the guys in the back. He seemed on the verge of crying again. He said the fact that his contract expired is "just part of this business" and "we had nothing to do with that." He said Rhino sold out his soul and his friends for the almighty dollar. The crowd chanted "You sold out!" at Rhino. Rhino told the fans to shut up. He asked Dreamer if he'll take care of his daughter. "Sometimes desperate people do different things." Rhino said he's going to look out for himself now.

Dreamer said he understands taking care of his daughter because he's a father, too. Some fans let out a sarcastic "awwww." Dreamer said other EV2 members went out with a fight, whereas Rhino quit on each of them and the fans who have supported him his entire career. Rhino responded by attacking Dreamer's dislocated wrist and then stood on it. RVD charged to the ring for the save. Rhino beat down RVD at first. RVD fought back seconds later and took Rhino down with a jump spin sidekick. Rhino fired back with a Gore as RVD turned to check on Dreamer.

[Q6] [c] —Backstage Morgan said he's not going to be star-struck facing Flair one-on-one for the first time.

## 3 — SHANNON MOORE vs. ABYSS — Casket Match

Why a casket match? Because stips mean ratings, right? The same ratings as any other match without a stip, that is. Taz and Tenay applauded Moore's guts for coming out for the match. At 2:00 Moore showed signs of life by avoiding an Abyss corner charge. He then punched Abyss a few times and then bulldogged him off the top rope. He then rolled Abyss toward the casket. Taz said he was wrong to underestimate Moore. Abyss resisted being pushed all the way into the casket. He punched Moore and stood up. Moore punched back and charged at Abyss. Abyss held onto the top rope on the apron and then threw Moore by his Mohawk over the top rope to the floor.

Moore slammed the top of the casket over Abyss at 3:00 and then flip dove onto him at ringside. They were giving Moore a lot more offense than you'd expect here. Moore again tried to throw Abyss into the casket, but Abyss resisted and kicked Moore away. Abyss countered a minute later with a Black Hole Slam. As he was about to throw Moore into the casket, The Pope popped out and attacked him. Moore then hit Abyss with a top rope kick. Abyss slipped out of the ring and grabbed Janice to defend himself against further attack.

WINNER: Who the hell cares, right? No announcement because finishes in TNA don't matter. It went six minutes.

—Angelina Love spoke about facing Mickie James. She said she can't walk into TNA to be handed the no. 1 contendership position. She'll have to fight her for it.

[Q7] [c] 4 — ANGELINA LOVE vs. MICKIE JAMES — No. 1 Contender's Match

As Love entered the ring, Taz belted out: "Let the pigeons loose!" Mickie then skipped to the ring to her "Hardcore Country" song.

*KELLER'S REAX: With the right build up and commitment, they could have headlined the show with this match. Then again the men in charge of TNA don't want the women to show up the men with the strongest Q8 and overrun rating of the year.*

They exchanged some headlocks early and picked up the pace at 3:00 with several near falls. Mickie took Love down with a headscissors and then a neckbreaker for a two count at 4:00. Love thrust kicked Mickie in the face. Love recovered briefly and made a delayed cover for a two count. Mickie countered with a spike DDT for the win.

WINNER: Mickie in 5:00.

STAR RATING: *1/4

*KELLER'S REAX: A match between these two might not seem like a big enough deal to TNA's creative team to give them more than five minutes or any hype ahead of time, but they got 10 percent of what they could have out of this match-up. Love is the lead babyface and arguably the best consistent worker in the Knockouts, while Mickie is a star coming fresh out of WWE. This deserved 12–20 minutes and a main event spot, and a week or two of hype. TNA continues to give hype and TV time to proven losers and just misses opportunities like this time after time to stay to another level. [c]*

[Q8] —Backstage afterward Love was despondent, tossing apparatus around backstage. When she sat and buried her face in her hands and sulked, the mystery lady with a British accent walked up to her. Love asked her what she wanted. The mystery lady said everything is happening exactly as it should and things are falling into place. She told her to relax. She said it's time for them to get to know each other.

—Brother Ray entered the ring. Tenay and Taz commented on a clip of Ray turning on Devon last week. Ray opened: "Why, Brother Ray, why? That seems to be the question everybody's asking. Why did you kick your brother Devon in the back of the head? Because I can." The crowd chanted, "You suck! You suck!" He said he owes everybody an explanation. He said 15 years ago he created the greatest tag team wrestling finishing move in the history of the business—a move that could beat anybody on any given night in any kind of match. He said it was a move that won him 23 tag team titles. He said that move is the 3D, the Dudley Death Drop.

He said everybody has fallen to the 3D—Dreamer, Sabu, RVD, Taz, Terry Funk, Undertaker, "Stone Cold" Steve Austin, the Hardy Boyz, Edge & Christian, The APA, The Rock, Jeff Jarrett, Samoa Joe, and even Kurt Angle. He said nobody kicked out until Chris Sabin. He said Sabin didn't kick out of 3D because he's a better wrestler or a tougher wrestler. He said he kicked out because his brother, Devon, was weak. He said Devon has always been weak and has always been the weak link in the team. He said he was the star of Team 3D and Devon was the co-star. He said Devon never stood by his side, he always stood two steps behind him where he belonged. The crowd chanted, "We want Devon!"

He said someone as simple-minded as Devon should understand what he's about to say: "I'm the Shawn Michaels, you're the Marty Jannetty." He said to those fans who are going, "Who in the hell is Marty Jannetty… exactly!" He said any one of their brothers could have been his partner—Little Runt, Big Dick, it didn't matter. He said Devon was just his sidekick. He concluded: "You're nothing more than a guy who got my tables."

Tenay asked Taz for his thoughts on what one of his best friends did. Taz said he has nothing to add; Ray just explained why he did what he did. [c]

## 5 — RIC FLAIR vs. MATT MORGAN

As Flair made his ring entrance, Taz hyped this as a rare in-ring wrestling appearance by Flair. Tenay said it doesn't get any better than Flair in the ring, especially considering what's at stake in the match. Morgan then made his ring intro. The bell rang to start this with two minutes left in the second hour. When Tenay used the term "S.O.L," Taz told Tenay to explain it because "some of our nerdy fans may not know." Tenay said: "It means you're bleep out of luck."

Morgan shoved Flair hard into the corner to start the match. Flair kicked Morgan during a tease of a lock-up to gain the advantage. He chopped Morgan in the corner. Morgan fired back and then hit a backdrop. Morgan grabbed the top rope and stomped the mat to celebrate.

[Q9] Tenay asked Taz if he has any idea whom Morgan might choose to be special referee if he wins this match. Taz didn't have any idea, but wondered if it'd be someone outside of TNA. Flair shoved Morgan into the referee, who went down like he was shot. Flair then used a low blow. Flair chopped and punched Morgan. Morgan grabbed Flair by the throat. Flair eye poked himself out of Morgan's grip, then tossed Morgan to the floor. Flair chopped Morgan against the railing. Morgan came back right away and beat up Flair at ringside. Flair bled from the forehead and then Morgan bit the open wound. At 4:00 Tenay signed off Impact and then Reaction began.

Morgan pummeled Flair in the ring in the corner with a barrage of punches. Flair collapsed. Morgan side-slammed Flair and then signaled for a chokeslam. After chokeslamming Morgan, Fortune charged to the ring and attacked Morgan. The ref was still out. Douglas Williams watched from the side and didn't participate. Taz said he's been an outcast lately. A.J. Styles called on Williams to join in. Williams didn't. Styles grabbed his arm. Williams punched Styles and headbutted Kaz and threw Storm out of the ring. Robert Roode punched Morgan and yepped at him. Morgan gave Roode a discus clothesline and then took Kaz and Styles down with punches. The ring cleared and Flair chopped Morgan. Morgan no-sold it and then gave Flair a big boot. The ref returned and counted three.

WINNER: Morgan in 7:00.

STAR RATING: *1/4 — Lots of extra ingredients to fill some time. I bet Morgan didn't think two or three years ago that in 2010 he'd score a pin in a straight up one-on-one nationally televised match against Flair.

—Tenay plugged what was scheduled on the rest of Reaction including the empty arena tag match.



MICKIE JAMES
ARTIST GRANT GOULD

 

**WWE PPV REPORT**

SURVIVOR SERIES
NOV. 21 · MIAMI, FLA.
BY WADE KELLER

# Cena special referees Orton defense against Ba

—They opened with an excellent video package chronicling John Cena's difficult dilemma headed into tonight's main event. It had narration from Cena saying he'd do the right thing, clips of Roddy Piper trying to shame Cena into doing the right thing, and dramatic music in the background.

—Pyro blasted in the arena as the camera panned the crowd and Michael Cole introduced the Survivor Series as the second–longest running PPV series. He was joined by Matt Striker and Jerry Lawler.

## 1 — DANIEL BRYAN vs. TED DIBIASE (w/Maryse) — U.S. Title Match

Cole said DiBiase took Maryse shopping on South Beach last night. A lot banter out of the gate from Cole about Daniel being a nerd. He called his intro music "nerd music." Lawler asked if Striker if he could afford to take Maryse shopping if he were still on a teacher's salary. Cole laughed. Striker said he'd mortgage his house. Lawler said Maryse wouldn't hang out with an Average Joe. Striker laughingly said Bryan said he was honored to have Jim Ross call his match on Old School Raw. Cole brought up various countries watching Survivor Series. The lights darkened briefly. It wasn't a glitch, not the Raw G.M. chiming in.

Bryan knocked DiBiase to the floor with a thrust kick to the chest. Striker said DiBiase's knowledge of submissions shouldn't be doubted considering he was trained by Harley Race. DiBiase backdropped Bryan over the top rope to the floor at 1:00 to take control. He rolled him onto the apron and bashed him with forearms, then leaped off with an elbow to his chest as Maryse looked on from a few feet away. DiBiase scored a two count back in the ring. Bryan fought back with an uppercut. DiBiase cut off his comeback and applied a headlock. Bryan fought out of it at 3:00, but DiBiase gave him a backbreaker and his high standing dropkick, then went back into a headlock. Bryan came back at 4:00 and hit a running dropkick. Both were slow to get up.

Bryan hit some rapid–fire kicks and a flying clothesline. Bryan dove onto DiBiase on the floor, but landed on his shoulder and clutched it in pain afterward. He hit a top rope dropkick for a near fall seconds later, but continued to clutch his shoulder afterward. Bryan threw roundkicks to a kneeling DiBiase's chest and then small packaged him for a near fall. DiBiase flipped Bryan with a clothesline at 7:00 for a two count. DiBiase applied the cobra clutch, but Bryan blocked Dream Street. Bryan went for a leverage pin, but DiBiase held on to the cobra clutch. He then hit a spinebuster for a two count.

DiBiase back suplexed Bryan off the top rope and catapulted him into the corner for a near fall. Bryan then managed to apply the Lebell Lock out of nowhere for the tapout win. Cole said: "Somehow he keeps winning. I don't get it."

WINNER: Bryan to retain the U.S. Title in 10:00.

STAR RATING: *** — Good match. Nice to see Bryan getting legit wins that show a faith in him. If he becomes a long–running U.S. Champion who has three star or better opening matches on PPVs, that's a pretty good career start in WWE.

—Afterward, The Miz hit Bryan with the Money in the Bank briefcase as he celebrated on the stage. Alex Riley kneeled down and trash–talked Bryan as Miz strutted to the ring. Miz cut a promo on

Miami Heat and took digs at Lebron James. The lights flickered briefly again at the start. He said he is a proud resident of Cleveland, Ohio. He said like the Heat, Nexus are overrated, despised by millions, and hopelessly mediocre. He said Lebron feels entitled to a title just like Wade Barrett. Fans chanted "Let's Go Heat." Miz said Lebron should apologize to everyone in Cleveland for what he did. Miz said he's tiring of carrying the Money in the Bank briefcase around and issued a warning that it's a matter of if, not when, he cashes it in. He closed with his catch phrase and the lights flickered again.

—They showed the announcers at ringside briefly and then scenes of Miami Beach.

—After a video package on the Sheamus–John Morrison feud, Josh Matthews interviewed Sheamus backstage. Sheamus said Morrison is jealous that he's a former and future World Champion, which he never will be. He said he's going to break his will and break his body tonight.

## 2 — SHEAMUS vs. JOHN MORRISON

During Sheamus's ring entrance, Lawler said he knew a bully in school that everyone wanted to see get his comeuppance, but it never happened. He said he hopes Morrison stops Sheamus's bullying. Cole said Morrison should mind his own business. Lawler said Sheamus is deceptively big. Morrison dropkicked Sheamus to the floor in the opening minute and then corkscrew dove onto him. Morrison pounded on Sheamus at ringside. Sheamus shoved Morrison into the ring barrier, though, and then took control inside the ring. Similar structure to the start of the Bryan–DiBiase match. Sheamus methodically beat on Morrison including a headlock and armbar. Lawler said, "Sometimes they say size doesn't matter." Striker said, "To you they don't." Lawler had a set–up to make a comment about Striker there, but wisely didn't.

Morrison blocked a superplex attempt at 5:00 and hit a crossbody block, but Sheamus rolled through and lifted Morrison and powerslammed him for a two count. Morrison made a full comeback at 7:00 and scored a soft two count. Sheamus cut him off with a backbreaker a minute later for a two count. Sheamus set up his finisher, but Morrison blocked it and catapulted Sheamus into the corner and then his a side Russian leg sweep for a two count. The structural similarities between this and the opener continued. Lawler wondered what Morrison would have to string together to get a three count on Sheamus. Sheamus took over again and leg whipped Morrison over his shoulder for a two count. Morrison yelled, "What?! Three!" at the referee. Sheamus applied a half crap and tried to get Morrison to submit. Morrison lunged to the bottom rope to force a break. Sheamus blocked a Starship Pain at 10:00. He then set up the High Cross again, but Morrison slipped free and then roundkicked Sheamus in the face. He followed with his running knee to the head for the clean win. Cole called it a "surprise." Cole said Morrison called out Sheamus for being bully, and then he delivered. Striker said Morrison showed a great example of what to do in the face of a bully—always fight back as Morrison did.

WINNER: Morrison in 11:00.

STAR RATING: **1/2 — Good match. The reports on the house show matches these two were having were good, and this was evidence that they have some chemistry.

—A commercial aired for Big Show's movie.

—Backstage R–Truth told John Cena not to look at him like that. Cena said everything going on with him

and Nexus was none of his business. Truth said he might have a solution for him. Truth said he's not officially at ringside for the match, but Nexus is. He said there's nothing stopping him from coming to ringside and something accidentally happens to Randy Orton. "Accidents happen," he said. "You get to keep your job, you get the 1–2–3, and it's guilt free." Not really guilt free if he endorses it in front of cameras. Cena mockingly agreed, then said if he did that he couldn't look himself in the mirror. He said nobody around there can even look him in the eye anymore. He said he promised everyone that he would call this down the middle. Truth said he'll believe it when he sees it. Cena gulped and exhaled.

## 3 — DOLPH ZIGGLER (w/Vickie Guerrero) vs. KAVAL — Intercontinental Title Match

Cole gave a "major league shout–out" to the men and women of the American Armed Forces. Lawler, Striker, and Cole each gave shout outs to specific brigades in Germany, Afghanistan, and Iraq. Cole interrupted Striker as he listed a bunch of family and friends of service members on behalf of Kaval. Cole said Kaval won NXT because of "the Internet crowd." Striker said there are 1.9 billion people using the Internet. Cole said Kaval is an "Internet darling."

Kaval went on offense out of the gate including some hard chops to Dolph's chest. Striker said Kaval has "unique international offense." Ziggler took over at 1:00 and wrapped himself around Kaval with a matbold. Kaval caught Ziggler with a boot at 5:00. Kaval went on rapid–fire offense. Lawler said he's as entertained by Vickie's reaction to Kaval's offense as the moves themselves. When Striker pointed out that Kaval calls himself the "World Warrior," Cole replied: "I call myself the greatest announcer in WWE history. Not everybody believes that. Some people."

Kaval caught Ziggler in the corner with a handspring roundhouse kick to the face leading to a two count. That was cool looking. Striker called for and got a replay afterward. Ziggler knocked Kaval off the top rope and then applied the sleeper hold on Kaval while standing on the second rope. Kaval punched free and knocked Ziggler to the mat. Kaval went for a spinning flip move, but Ziggler moved. Kaval managed to still land on his face. They exchanged near falls and got some "ohhs" and "ahhs" from the crowd. Both were slow to get up. A minute or so later, Ziggler rolled through on a Kaval roll–up attempt for a leverage three count.

WINNER: Ziggler in 10:00 to retain the IC Title.

STAR RATING: **1/2 — Another nice ten minute PPV match between two wrestlers with some good chemistry, even if it didn't seem like an obvious match–up before they feuded.

—Grisham interviewed Jack Striker who said as the only former World Champion on the Smackdown team, the team should be named after him, "the All–American Americans." He said they're not in Miami, they're in Little Cuba. Cody Rhodes walked in and said he caught Striker trying to get into a club and he was rejected because of his shoes. Striker said those shoes were his grandfathers and are vintage. Cody said he doesn't know what it's like to stand behind ropes at a club entrance. Alberto Del Rio walked into the picture and mocked Cody and Swagger, then called them to unite for war and destroy Rey Mysterio and his friends. He said if they do that, he'll buy the beers later. Tyler Rex and Drew McIntyre stood behind Del Rio and listened.

They seemed to be on his side. Cody said, "I hate to admit it, but he's good."

## 4 — JACK SWAGGER & CODY RHODES & ALBERTO DEL RIO & DREW MCINTYRE & TYLER REX vs. REY MYSTERIO & BIG SHOW & KOFI KINGSTON & MVP & CHRIS MASTERS

Striker said this elimination styles match could easily become five–on–one. Rey got in some offense on Del Rio early, then tagged in MVP. Relatively fast tags in and out continued with various match–ups for several minutes. MVP was the first out when Drew pinned him at 6:00. Next was Masters, then Rhodes, then Reks, then Kingston, then Swagger, then Drew. Mid–match Del Rio was KO'd by Show and helped to the back, but he was never pinned nor did he submit. Rey hit Drew with the 619 and Show then finished Drew with a chokeslam.

WINNERS: Show & Rey were the sole survivors in 18:00.

STAR RATING: **3/4 — Good action and enough time alloted so the eliminations didn't seem rushed.

–A commercial aired for the TLC PPV featuring pencil animation with stunts including someone hitting someone else a half dozen or more times with a chair, plus lots of high dives off ladders and tables being broken.

–Backstage Matthews approached a pensive Orton. He asked him for his take on Cena. Orton interrupted and said he's sick and tired of talking about Cena. He said he "feels for the guy and all, but John Cena did this to himself." He said he's not thinking of Cena, he's thinking about Barrett. He said he's going to beat Barrett tonight and retain the WWE Championship. He said Cena knows him well enough to know that being fired is the best situation to be in because if he screws him over, he knows what he'll do to him. He said he doesn't care about Cena, Barrett, or the Miz. He said he cares about walking out as the champion. He said tonight isn't about "Cena: Free or Fired," but rather it's about "Wade Barrett: A Punt to the Skull or an RKO." Good promo to at least get his point of view on the major storyline of this show.

## 5 — LAYCOOL (Layla & Michelle McCool) vs. NATALYA — Unified Divas Title

After being outnumbered early, Natalya applied a sharpshooter on McCool for a quick tapout. Striker said Natalya inspired many girls and women who aspire to be Divas Champion some day. Cole said he dreams of Striker being quite for just five seconds tonight.

WINNER: Natalya in 4:00 to capture the Unified Title.

STAR RATING: 3/4* — Too short to amount to much.

–As Natalya celebrated emotionally, LayCool attacked her. ayla held her as McCool slapped her. "Glamazon" Beth Phoenix's music played and she charged to the ring, making her return from injury. She knocked McCool out of the ring and then gave Layla her face plant finisher. Phoenix held Natalya on her shoulders afterward for a real celebration.

–A video package aired on the Kane–Edge feud.

## 6 — KANE vs. EDGE — World Hvt. Title Match

The announcers said Kane's head can't be in the game since Edge kidnapped Paul Bearer, who is still missing. Edge pushed a wheelchair to the ring to taunt Kane. Kane battered Edge early. Lawler wondered if Bearer was bound and gagged somewhere, or forced to watch this match locked in a room somewhere. They fought back and forth for the body of the match. Kane signaled for a chokeslam, but Edge kicked out of it and gave Kane a DDT. Edge charged at Kane after signaling for the spear, but Kane caught him with a boot to the face and then chokeslammed him for a believe near fall. Kane signaled for the Tombstone, but Edge escaped and hit a spear. Edge draped his arm over Kane, but he was on his back and Kane also had his arm draped over Edge. The ref counted to three, and the ring announcer declared Edge the new winner as his music played. The ref waved off the ring announcers' assumption. Striker asked, "Wait, whose shoulders were down." The ref explained to ring announcer Tony Chimel what happened—that both competitors' shoulders were down for the three count. That meant it was a tie and Kane retained the title. Edge grabbed his hair in frustration. Lawler said he was just watching Kane's shoulders. Kane attacked Edge afterward. Edge fought back, put Kane in the wheel chair, and shoved him into the ringside barrier.

WINNER: No contest in 13:00 so Kane retained the World Title.

STAR RATING: ** — Some okay action and well paced, but the lack of a clean finish hurt, as did the manufactured feel of this feud. However, the crowd made up for some of that by being more into the match than I'd anticipated.

–Barrett sat next to Cena in the locker room backstage. He asked Cena if he remembered that arena and being in it on June 7, 2010. He said this is where the Nexus chose to make their mark on history and gave him the worst beating of his career. "We left you a broken, battered, shallow man." He said it's ironic they're back here and it's gone full circle and he's now part of Nexus. He asked if he ever thought he'd be instrumental in making him the WWE Champion. He said the only reason he didn't fire him after the stunt he pulled on Raw "is because I chose not to." He told him to do his job, do the right thing, and he'll be free of Nexus forever. Cena said he remembers every single thing that Nexus has ever done to him. He told him to remember that tonight, no matter what happens, when the time is right, he knows exactly what he's doing—referencing his promise to beat up Barrett after the match no matter what.

## 7 — HEALTH SLATER & JUSTIN GABRIEL (w/David Otunga, Husky Harris, Michael McGillicutty) vs. SANTINO MARELLA & VLADIMIR KOZLOV — Unified Tag Team Title Match

Kozlov took a beating the majority of the match until hot-tagging Santino who went on a flurry. Santino set up the Cobra, but Otunga distracted him. That freed up Slater to surprise Santino from behind and get the pin.

WINNERS: Slater & Gabriel in 5:00 to retain the Unified Tag Team Titles.

STAR RATING: * — Not bad, but just a filler to give Nexus a chance to get some time before the main event.

–Afterward the Nexus members attacked Santino and Kozlov. The Raw G.M. chimed in. Cole stood at the podium and said he wanted to remind Nexus that they're banned from ringside in the main event. If any member of Nexus attempts to interfere, the entire

group will be indefinitely suspended. We have learned that "indefinitely" is a vague term that could mean a week or less. Nexus fussed over the announcement before leaving.

## 8 — RANDY ORTON vs. WADE BARRETT — WWE Title Match

John Cena was introduced first as special guest referee. The crowd was relatively muted for his entrance. Lawler said Cena surely can't wait to get his this night behind him no matter what happens. Lawler reminded everyone that Cena said he can't not be in WWE. Barrett walked up to Cena and pointed at him and shot instructions at him. Cena looked away sheepishly and Barrett turned and smiled. Orton then came out. Orton and Barrett opened at a slow pace, feeling each other out with tests of strengths and sort spurts of offense. Cena pulled Orton off of Barrett in the corner. Orton turned to protest. Barrett surprised Orton with a boot to the face. Barrett then went on offense. Lawler said he didn't think Cena intentionally distracted Orton. Cole said Orton has to keep his emotions in check and not argue every time Cena makes a decision he doesn't like. Cena showed objectivity by pulling Barrett away from Orton after a similar situation in the corner. Orton caught a protesting Barrett with a dropkick.

Orton went on offense, including stomping on Barrett's head. Cole said Cena has to be secretly enjoying any offense Orton gets on Barrett. Barrett beat on Orton at ringside, and then scored a two count in the ring at 6:00. Cena reenforced with Barrett that it was just a two count. At 9:00 Orton fought back with uppercuts and a clothesline and snap powerslam. Orton then clotheslined Barrett over the top rope to the floor. Barrett shot Orton into the ringpost, but as Barrett reentered the ring, Orton kicked him. At 11:00 Barrett slammed Orton from an abdominal stretch position. Cena counted to two. Barrett shot Cena a look. Cena said Orton lifted his shoulder. Cole said Barrett wants a faster count. Lawler said Barrett expected the match to be over by now, Cena again counted only two. Barrett got in Cena's face and threatened him. That gave Orton a chance to recover. He hit Barrett with an uppercut. The crowd competed with loud chants of "Let's Go Cena!" and "Cena sucks!"

Orton pounded the mat and went for an RKO, but Barrett rolled to the floor. Orton clotheslined Barrett at ringside and then threw him back into the ring. Barrett kicked Orton as he entered the ring and gave Orton the Wasteland finisher. Barrett made the cover, but Orton grabbed the bottom rope just before three. Orton almost missed the rope and reacted too late (shown as "pulling a Jeff Hardy" these days). Barrett again got in Cena's face. Cena reiterated that he was going to call it right down the middle. Barrett shoved Cena hard. Cena took a deep breath and then shoved Barrett right into Orton's RKO. Orton made the cover and Cena counted to three, pausing only slightly before counting the third time. "Cena's free!" said Striker. Cole said, "Cena's fired." Striker said, "You're right, I'm sorry." What was that by Striker? He said he got caught up in the moment.

WINNER: Orton in 15:00.

STAR RATING: **1/2 — Serviceable main event. It wasn't about the match between Orton and Barrett as much as it was anticipation for how Cena would act when the time came to make a three

ALBERTO DEL RIO
ARTIST GRANT GOULD



## PPV ROUNDTABLE

Featuring PWTorch staff reviews and scores for the Survivor Series PPV

### Bruce Mitchell, columnist (6.5)

Obviously the whole show hung on how WWE Creative solved the Flee or Fire dilemma for John Cena. The main event between Wade Barrett and Randy Orton was understandably hurt by fans knowing this. Cena counting out Barrett for the win was the right finish. The announcers, particularly Matt Striker, did an awful job putting over how John Cena stayed true to himself and his own integrity, even at great price. I don't know if fans knew how to react at the end, since everyone knows at the end of the day John Cena isn't going anywhere.

The match itself was lacking a little. Hopefully this will improve as Barrett gains experience in main event rings.

This show certainly started strong with Daniel Bryan's win against Ted DiBiase, who could use the fire Bryan should bring out in him by forcing him to keep up. Bryan's incredible back suplex from the top rope on DiBiase should have been the end of the match. DiBiase had a lot of guts to take that. Sheamus and John Morrison also did very well. I was surprised that Morrison went over as strong with his kick as he did. Santino Morello actually came across a credible pro wrestler there for a while. It's funny to hear Michael Cole complain about Bryan and Kaval being "Internet Darlings" when their hard-hitting offense gets them over with the WWE Universe the same way it did with any other audience they appeared before.

Kane's title defense against Edge revealed how old in their career both are. I'm still trying to figure out why Edge hitting the spear on Kane, particularly at the speed he hits it with these days, would cause him not to be able to roll over and pin the big bastard. Team Mysterio vs. Team Del Rio was an entertaining mid-card mix of shtick and signature spots, but it's going to take a lot for Cody Rhodes to get out from under that Don't Hit Me In The Face stuff. Natalya Neidhart match with LayCool wasn't much but the return of Beth Phoenix helped pick things up.

### James Caldwell, assistant editor (5.0)

I'm right in the middle of WWE's final Big Four PPV of the year. The end of the PPV was underwhelming following some strong work in the first half of the show from the undercard players. The PPV seemed to peak with the traditional Survivor Series match where Smackdown's heel Future Stars really took an opportunity to shine before the "feel good" victory for Rey Mysterio and Big Show.

The "swerve" in the main event was Randy Orton retaining the WWE Title and John Cena being "fired." But, Cena's "feel good moment" was foreshadowed early in the PPV. John Morrison scored a "feel good" win over Sheamus. Mysterio and Show scored the aforementioned "feel good" win. Miz's potential MITB cash-in was eliminated from consideration with the local sports team promo. Natalya scored a "feel good" Divas Title victory. Even Kane retaining the World Title by hook or by crook led to a "feel good" moment with Edge sending Kane through the gimmicked ringside barricade.

Where WWE goes from here with John Cena's "firing" remains to be seen, likely as early as Monday's Raw following Survivor Series. Regardless of where they're going, WWE's PPV business took another hit with the Survivor Series PPV where the headline matches came across more like TV matches than strong PPV main events. The most glaring example was Orton vs. Barrett where the focus was nowhere near the WWE Title and the prestige of holding the belt. The audience was more interested in the referee than two title combatants, which was expected based on the TV build-up.

In the process of WWE shifting so far away from focusing on the title, Randy Orton has seemingly become just another guy. You could tell Orton wasn't pleased with the way things were going during the match, especially when the crowd started the classic dueling Cena chants and Orton suddenly teased the RKO to draw the attention back to him. Meanwhile, we didn't learn much about whether Barrett is a main-event player yet. He seemed to shrink a bit on the big stage and the focus wasn't on him until the end of the match when he shoved Cena.

The undercard of the PPV helped offset WWE's questionable presentation of the headline matches, especially another strong performance from Daniel Bryan, Ted DiBiase showing new aggression, Natalya's emotional title victory, and John Morrison scoring a strong victory that he needed. At the end of the day, it was another WWE PPV that feels too much like a glorified three-hour episode of Raw that continues to chink away at the trust between WWE and its customers.

### Pat McNeill, columnist (6.5)

WWE was sure trying to put its best foot forward this month with the Survivor Series. But in order to have a great show, the main event match of Randy Orton vs. Wade Barrett needed to deliver. The match itself came up a little short. In fact, you could easily argue that last month's Orton–Barrett match was better. On the other hand, the finish, and the postmatch farewell for John Cena, was about as good as it gets for this sort of thing. The promotion did it's best to make it look that John Cena is actually done with World Wrestling Entertainment, even though nobody believes that will happen. Hopefully, the follow-up on Raw will capitalize on the good start, and move us into the next phase of the story. My money's on Cena returning under a hood. Your mileage may vary.

So, like all of you, I watched the prematch video package for Kane vs. Edge. Kevin Dunn and associates managed to make Kane look like a monster, and make Edge look like a superstar. After watching the match, I think the rest of the Edge vs. Kane feud should be conducted by video package. WWE should have found a way to get the Smackdown title onto Miz months ago. I understand that Kane is a good WWE citizen and does a fine job protecting the guys he works with, but enough already. Plus, this whole Paul Bearer kidnapping story makes Kane look less like a demon and more like a clown. Monsters usually don't scream and cry for their daddies.

There was a concerted effort to turn the first hour of the program into the "wrestling hour," and I appreciated it. Ted DiBiase showed that he can hang with Daniel Bryan in the opening match, which bodes well for the rest of their feud. It is ironic that DiBiase is the wrestler who needs a manager to cut promos for him, where the surprisingly charismatic Bryan does not. The Ziggler vs. Kaval match was okay, but featured a few miscommunications, one of which involves Kaval kicking Dolph really hard in the face. With John Morrison defeating Sheamus, and looking pretty sharp in the process, I'm guessing Triple H won't be coming after the Celtic Warrior soon.

The five on five elimination match featured a bunch of comedy, but it was a fun type of comedy, not the unfunny Vince McMahon brand of humor. It was also nice to see the return of Beth Phoenix. You have to wonder how Beth and Natalya will click as friends and possible tag team partners, as well as whether can get a good Divas match that runs longer than four minutes.

By the way, we just had a WWE tag team title match where Vladimir Kozlov took the heat and made a hot tag to Santino Marella. How on earth did that happen?

Thumbs up.

### Greg Parks, columnist (6.0)

The undercard looked promising on this PPV, and for the most part delivered. The main event matches didn't look too promising, and they really weren't. Then again, the WWE Championship was not about the match. To WWE's credit, they did a heck of a job building up John Cena and the "will he or won't he" stipulation. If only they could provide hype like that for actual matches more often.

Daniel Bryan continues to be the guy WWE leans on to warm up the crowd, and he just keeps coming through. His match had so little fanfare going in and was clearly an afterthought, but that didn't seem to matter. Hopefully this is only the first match in a Bryan vs. DiBiase feud. Sheamus vs. John Morrison was good as well, and I had been looking forward to this since their Falls Count Anywhere Raw match several weeks back. This seemed to be the surprise finish of the night.

Ziggler over Kaval was the third nice match in a row; all three seemed to hover between 2 1/2 and 3 stars, but didn't really get any higher than that. The Survivor Series Elimination match kinda felt out of place, ironically, on a Survivor Series PPV. It just didn't seem to fit and I felt like I've seen this match too often lately on the big shows. That said, it was better than the last elimination match we saw.

Beth Phoenix making her return was a nice touch, and I almost expected her to drop Natalya when she put her on her shoulders for the celebration. With Phoenix back, I'm surprised they put the belt on Natalya and didn't have Phoenix just came back to feud with LayCool over the Divas Title. Kane vs. Edge hasn't made for very good TV, especially the go-home show this past Friday. The match followed suit. The tag title match was just sad in the lack of emphasis it got.

Barrett vs. Orton was all about Cena and what he was going to do. In that case, they made it feel like a big deal. But everyone knows Cena will be back, and that's one of the problems with angles like this.

### Wade Keller, editor (6.5)

This show delivered what any viewer had any right to expect. I didn't think the main event was particularly flat. I think the tension from the storyline was the story of the main event, as it should have been, and the match itself did enough to avoid getting in the way.

The first hour featuring three good matches with good athletes providing unique styles (Bryan, Kaval, Morrison) who had solid chemistry with more traditional WWE wrestlers (DiBiase, Sheamus, Ziggler). The big tag match was solid mid-card action. The World Title match was forgettable, but not a big negative.

Collectively, not a PPV of the Year contender, but it delivered just enough to be considered a good show.



## MITCHELL'S MEMO
### By Bruce Mitchell
### PWTorch columnist

### CONTINUED FROM COVER

demanding that Cena, in his duly-appointed role as WWE referee, see to it that he became champion that night no matter what with a double bribe of offering him his release from Nexus if Barrett won, and threatening him with termination from the parent WWE if Barrett did not.

Seeing that the integrity of referees is the lifeblood of any sports entertainment, but so is the sanctity of the sports entertainment contract, the email Raw G.M. has decided to leave the decision of whether John Cena is fired up to the ultimate stakeholders – the fans of the WWE Universe. It's those fans who will ultimately decide if Cena is re-instated in World Wrestling Entertainment.

This time, though, WWE won't be running some hoary old internet poll. Anyone can vote in one of those things. WWE wants only the most passionate fans to make this all–important decision.

Cole announces that fans can go to wweshop.com and, for $9.99, cast a vote that will decide, once and for all, whether John Cena can return to WWE free and clear of any and all Nexus obligations or whether Cena is permanently fired.

Sick and tired of John Cena's unctuous, phony, blue–jean–short–wearing merchandise–hustling goody–two–shoes persona? Here's your chance to do something more about it than just chant "Cena sucks!" at T.V. tapings (while the announcers pat you on the head). For only ten bucks a vote you can send WWE into a new era of excitement.

Love John Cena, from the bottom of his regular guy sneakers through her perfect abs past his steely blue eyes to the top of his perfectly squared–offed head? Hate the haters? Only 9.99 a vote can cement your hero as the top star in sports entertainment for years to come.

I know what you're thinking: ten bucks a vote is outrageous. Well, it's not. In fact, it's darn cheap a price to break–through into the sports–entertainment world in a way that the likes of Cyber–Sunday could never provide. Consider that one month's pay–per–view show is four to five times that much, that tickets to WrestleMania run upwards to a thousand dollars, or that you can't get wweshop.com to ship out anything anywhere for only ten bucks.

Hell, think of how much Connecticut senatorial candidate Linda McMahon spent per vote in her campaign this fall, and you'll realize that ten bucks is cheap. (Since Linda looks like she will be running again, let's slice off a little for the 'cause—maybe a voter registration drive targeting busy working mothers.)

Since John Cena's very fate is really at stake this time (WWE is a publicly traded company and as such can't have any voter fraud), the email G.M. decrees that he will be allowed to showcase his skills during this special election. Cena can wrestle Raw main events against the stars of both rosters every week, driving both sides of the debate to frenzy. He can do his oh–so–ironic pop culture comedy, and his oh–so–sincere appeals from the heart, and the fans can decide.

Let's go, Cena! … Cena Sucks!

Imagine the business that will be driven to wwe.com as fans track the second–by–second, day–by–day voting results. You really think Cena Haters will let Cena Nation get too far ahead as the race goes down to the wire? Would you pay a hundred bucks to enjoy pro wrestling without John Cena permanently? Would you pay the same to know you saved your hero when he needed you most?

What if I told you that this gimmick works the next longtime Superstar up for vote is Triple H? Would you pay to get rid of John Cena if it meant next you could really play The Game?

How about the formerly off–brand pay–per–view (Call it "John Cena: Live Or Die") where the final vote is open until 15 minutes before the end of the show? Turn off the graph showing the poll results on wwe.com when the show begins. That way you better vote again, and again, just to be sure you get what you want.

Wouldn't you pay 45 more bucks to see the look on John Cena's face just before the results, and then see it again, either way, after he stays or goes? The scene at the end of Survivor Series was flat because, hell, we all know Cena wasn't going to get fired. This time, the consequences are real, and the WWE Universe will never be the same.

This time, as the Babe Ruth of Wrestling said, it's all about drawing money.

*Bruce Mitchell has been a PWTorch columnist since September 1990 and is worth the price of admission alone! He and Wade Keller discuss pro wrestling for two hours exclusively for subscribers every weekend at www.pwtorch.com/members.*

---

# PRO WRESTLING TORCH ORDER FORM

### PRINT NEWSLETTER & E-ZINE SUB
- [ ] **$20 for 8 issues (U.S. only)**
- [ ] **$99 for 52 issues (U.S. only)**

This option is available only for U.S.–based subscribers and includes home delivery of the newsletter and online access to the PWTorch E-Zine, but not a full–access VIP password. Email us for instructions on accessing E-Zine.

### NEWSLETTER & EZINE + FULL VIP ACCESS
- [ ] **$26 for 8 issues (U.S. and Canada)**
- [ ] **$129 for 52 issues (U.S. and Canada)**
- [ ] **$36 for 8 issues (Overseas)**
- [ ] **$170 for 52 issues (Overseas)**

**(Overseas and Canada orders must use Money Orders in U.S. Funds or Visa or Master Card. No checks.)**

This options includes Newsletter PLUS full VIP access.

### INDICATE METHOD OF PAYMENT (or subscribe online at www.pwtorch.com/govip)

PLEASE CIRCLE ONE OF THE FOLLOWING: Check — Money Order — Visa — Master Card

CREDIT CARD NUMBER _____ EXP. DATE _____

SIGNATURE (for credit card orders only) _____

PLEASE PRINT FIRST AND LAST NAME (Please be sure your home address is on the back of this form!)

EMAIL ADDRESS (for VIP Emails and Renewal Notices) _____ HOME or WORK PHONE #s (optional if email included)

How would you suggest we improve the Torch?

Please rate these: 10=great!... 5=okay... 1=ugh
Cover Story: _____   Powell Pg2 Buzz: _____
Newswire: _____   Mitchell's Memo: _____
Keller's BBL: _____   Parks Columns: _____
PPV Reports: _____   McNeill Columns: _____
Keller TV Reports: _____   Torch Talks: _____
Hoops Nostalgia: _____   PPV Roundtables: _____

Do you visit PWTorch.com regularly? Yes No

**Send to: PWTorch • P.O. Box 211654 • St. Paul MN 55121 or Fax to: 651–452–2316**

---

### WWE PPV CONT. FROM PG. 13

count. It was good in that respect, with a somewhat surprising finish, although they spent the 2.5 hours before the match began trying to eliminate various other possibilities in terms of interference and such.

–Afterward Orton looked at Cena like he almost didn't believe what he did. Cena soaked up the ramifications of the situation. Orton's celebration was a little held back. Cena yanked off his referee shirt. The rest of Nexus charged at Cena in the ring. Orton helped clear the ring of Nexus. Nexus helped Barrett to the back. Cena presented Orton with the title belt and they briefly embraced. Orton stood on the second rope and looked over at Cena, who was leaning in the corner, despondent over the situation. Orton left the ring as his music played. He turned and left and seemed choked up over what Cena sacrificed in the name of integrity. The camera stayed on Orton as he finally turned and held his title belt in the air while on the stage. The crowd didn't pop much as they were also soaking up the situation.

They went to a wide shot of the ring, then a close–up of Cena still leaning in the corner. Cena took off his purple wristbands and set them in the middle of the ring. A chant of "Cena! Cena!" broke out. Cena gulped, looked around at the crowd, saluted three sides of the arena, and then walked over and hugged Cole (while totally ignoring Lawler, which was strange). Cena hugged some fans and walked to the stage. He looked back at the crowd, raised his arms, and began to leave – leaving fans of his wondering if he was really leaving as Shawn Michaels did after WrestleMania. Cena then walked into the crowd and shook hands with fans. It was eerie in that there was no music, not announcer reaction, just a camera following him walk through the crowd. He finally walked off the stage.

# PWTorch Weekly #1179 • P.O. BOX 211654 • ST. PAUL, MN 55121

•PUBLISHING INFORMATION: Pro Wrestling Torch is published approximately 50 times per year by TDH Communications Inc. including occasional double issue weeks. It is 12 pages standard, with special 16 page bonus weeks. •COPYRIGHT NOTICE: All material herein is copyright TDH Communications Inc. 2010. All rights reserved. No portion of the Torch may be extensively quoted, reprinted, or broadcast in whole or in part (including on the Internet) without written permission of the publisher. •CONTACTING THE TORCH: Editorial and Subscription Offices: Pro Wrestling Torch, P.O. Box 211654, St. Paul, MN 55121... Editorial Office (for news, results, or to contact Wade Keller: (651) 452–2316... Subscription Concern Phoneline or to FAX A RENEWAL ORDER: (651) 452–2316... E–Mail Sub Deptartment: torchsubscriptions@gmail.com... E–Mail Wade Keller: kellerwade@gmail.com. •RESUBSCRIBING GUIDELINE: To assure uninterrupted service, please resubscribe at least three weeks before your final issue arrives. If you wait too long, you may miss an issue. •MISSING AN ISSUE?: If you do not receive an issue within seven days of its Tuesday or Wednesday mailing date, notify the Torch for a replacement. Please wait at least seven days, though. •ADDRESS CHANGE?: Send to the subscription department via e–mail (torchsubscriptions@gmail.com) or regular mail. Please DO NOT phone it in verbally. •GET ACCESS TO PWTORCH E–ZINE ONLINE: Log on at www.pwtorch.com/amember/members.php if you subscribed online or email us if you paid by check or money order.

## EVENTS SCHEDULE

- 11/28 Raw in Salisbury, Md.
- 11/29 Raw TV live in Philadelphia, Pa.
- 11/30 Smackdown TV taping in Norfolk, Va.
- 12/4 WWE in Jackson, Tenn.
- 12/4 WWE in Las Vegas, Nev.
- 12/5 TNA Final Resolution PPV in Orlando
- 12/5 WWE in Bowling Green, Ky.
- 12/5 WWE in Ontario, Calif.
- 12/6 Raw TV live in Louisville, Ky.
- 12/6 TNA Impact TV taping in Orlando, Fla.
- 12/7 Smackdown TV taping in Dayton, Ohio
- 12/7 TNA Impact TV taping in Orlando, Fla.

## Daily News at www.PWTORCH.com and www.MMATORCH.com

## FIRST CLASS (WARNING: SEAL TO BE BROKEN BY ADDRESSEE ONLY)

THE NUMBER TO THE RIGHT OF YOUR NAME ON THE ADDRESS LABEL INDICATES THE FINAL ISSUE ON YOUR SUBSCRIPTION. IF YOU HAVE AN AUTO–RENEWING SUB, THERE IS NO EXPIRATION ISSUE #.

EILEEN WARGO 1212
1311 YUTES RUN ROAD
TARENTUM, PA  15084

15084*3816  R001

---

## END NOTES

### By Wade Keller
### PWTorch editor



WWE has a DVD coming out on Dec. 14 focused on the top 50 WWE Superstars of all–time. They released the list ahead of time and it's a complete utter preposterous mess. As you look at the list, just as it appears it's making sense, something idiotic or head–scratching pops out.

It's not even clear the criteria is. Why make a list if you don't bother to define the criteria so its' more than a largely random mish–mash? It appears sometimes drawing power matters or length of tenure in WWE compared to outside of WWE matters, but then ten names later you lose faith you have any idea what this list was based on.

They did pretty well with the first five: (1) Shawn Michaels; (2) The Undertaker; (3) "Stone Cold" Steve Austin; (4) Bret Hart; (5) The Rock.

Then comes a major head–scratcher: (6) Harley Race. No offense to Race, who had a great career and held the NWA Title for years, but he's not ahead no. 6 no matter what the criteria. Most obviously, Ric Flair belongs ahead of him. He had a better NWA career and a more extensive and significant WWE career. Also, if you just count his WWE career, there are dozens ahead of him. If you count just his NWA career, there are many ahead of him. This isn't debatable. Race is way too high and it's hard to imagine even one biased or poorly informed person having him this high on

their list.

The next five are decent in that it's not just bat–crazy to have them in the top 20: (7) Ricky Steamboat; (8) Andre the Giant; (9) Rey Mysterio; (10) "Rowdy" Roddy Piper; (11) Eddie Guerrero.

Steamboat is too high if you count just his WWE days, and if you include his NWA/WCW work, there are others who should rank ahead of him—Flair being the most obvious. But like Harley Race, Steamboat didn't jump to TNA.

Then comes: (12) Triple H. First of all, he's too low. There's no way he should be below Steamboat, Guerrero, or Race, and probably not below Rey. Second, he's too high in the sense that he shouldn't be ahead of John Cena or Hulk Hogan.

This is where the list gets preposterous and arbitrary: (13) Gorgeous George; (14) "Macho Man" Randy Savage; (15) "Mr. Perfect" Curt Hennig; and (16) John Cena. You could argue Cena should be no. 6 at this point behind (in no particular order) Austin, Rock, Michaels, Undertaker, and Hulk Hogan. It's ludicrous that he's listed behind Hennig, whose WWE career lagged way behind both expectations going in and apparently the legend afterward.

Randy Savage is fine around no. 14, although could easily be several spots higher.

Gorgeous George at no. 13 shows the peril of trying to rank the entire history of pro wrestling in the same list. It's just arbitrary and without a criteria that could explain this high placement.

Just when it seemed impossible, it got even more ridiculous: (17a) Dusty Rhodes; (17b) Ric Flair; (19) Edge; (20) Jerry "The King" Lawler;

(21) Lou Thesz; (22) Terry Funk; (23) Hulk Hogan; (24) Bruno Sammartino.

Bruno and Hogan should each be top ten, and arguably top 5. Their placement this low just gives away the game—which is that this list is a political enemies list with no integrity. The fact that Flair is so low could be forgiven if this was WWE–only list, but he shouldn't be below Hennig, who never had a PPV main event or even a memorable four–star match. Flair had several and held WWE world titles. The fact that Dusty was listed in a tie with Flair is just a way to jab Flair by declaring Dusty—a long–time rival behind the scenes and on camera—his equal. He wasn't and he's not.

The rest is as follows: (25) Chris Jericho; (26) Ted DiBiase; (27) Fabulous Moolah; (28) Classy Freddie Blassie; (29) Randy Orton; (30) Pat Patterson; ; (31) The Iron Sheik; (32) Jimmy Snuka; (33) Mick Foley; (34) Kurt Angle; (35) Buddy Rogers; (36) Gorilla Monsoon; (37) Junkyard Dog; (38) "Superstar" Billy Graham; (39) Jake "The Snake" Roberts; (40) Big Show; (41) Jack Brisco; (42) Sgt. Slaughter; (43) Kane; (44) Nick Bockwinkel; (45) Jeff Hardy; (46) Dory Funk Jr.; (47) Bob Backlund; (48) Rick Rude; (49) Batista; (50) Killer Kowalski.

There's a lot wrong with the second half, including TNA wrestlers Foley, Angle, and Hardy too low and Orton way too low. And how did Nick Bockwinkel make a WWE list? Especially ahead of Batista and Rick Rude.

There are other problems with this list, too. It's just sad that WWE mixed politics and nonsense to create a list that has no historical integrity.

# EXHIBIT 91

# [FEATURES]

NEWS+FEATURES  »  FEATURES                                           December 02, 2010

## Heavyweight Champions

By Charlie Deitch        @CharlieDee71



click to enlarge

Ask most Pittsburghers about the city's contributions to professional wrestling, and you'll likely hear the name Kurt Angle, the former Olympian who doubled down on his fame by becoming a professional-wrestling superstar. Older fans will recall the greatness of Bruno Sammartino, who once squared off against the likes of Ivan Koloff and Cowboy Billy Watts.

Very few Pittsburghers will mention Jerry McDevitt. And yet it may be McDevitt, an attorney with the law firm of K&L Gates, whose legacy will be the most lasting.

McDevitt has represented World Wrestling Entertainment since the late 1980s. Over the years, he has helped its performers, and impresario Vince McMahon himself, out of various legal scrapes. And McDevitt helped establish a medical-testing program to protect the wrestlers' health -- a program that was a key issue in the failed Connecticut Senate bid of McMahon's wife, Linda.

2010 WORLD WRESTLING ENTERTAINMENT, INC. ALL RIGHTS RESERVED.

Chris Benoit

Which is why I found myself in McDevitt's Downtown offices -- decorated with four small wrestling action figures and a stack of wrestling books and biographies on the window ledge -- in mid-August, talking about the WWE's vaunted wellness policy. The protocols, devised by Pittsburgh neurosurgeon Dr. Joseph Maroon, stress regular drug-testing and an increased awareness of concussions and cardiac health. It was, McDevitt boasted, the finest

monitoring program in American sports -- and one sign of its success, he said, was that since it was adopted, the number of headlines involving dead wrestlers had trailed off.

As we spoke, though, McDevitt's phone rang several times. His incoming e-mail alert went off, but he ignored that, too. Minutes later, his assistant came to the door and called him into the hallway.

After a few moments, he re-entered the room, looking shaken.

"I just found out that one of our former wrestlers died last night," he said.

That wrestler was Lance Cade. He was 29 years old, and his death -- although ruled an accident -- came from ingesting multiple drugs on top of a weak heart. McMahon's election opponent had a new talking point. But for wrestling fans everywhere, the real question is what more, if anything, can be done to protect their stars.



click to enlarge

2010 WORLD WRESTLING ENTERTAINMENT, INC. ALL RIGHTS RESERVED.

Lance Cade

## Going to the Mat

Pittsburgh's ties to the WWE were established in 1987, when it was known as the World Wrestling Federation -- and when a wrestler named Jim "The Anvil" Neidhart was brought up on federal charges of assaulting a flight attendant on a flight to Pittsburgh. At the time, McDevitt was working an unrelated case with the WWF's corporate counsel; because the incident took place in Pittsburgh, McDevitt's colleague put him in touch with Neidhart.

Neidhart "was this big guy with these weird sunglasses, close-cropped haircut and this ZZ Top beard," says McDevitt with a laugh. "But he kept telling me he was really worried about what this guy named Vince was going to do to him."

Neidhart would eventually be acquitted -- "he's a guy who stands out and no one on that plane saw him do anything," says the lawyer -- and McDevitt got his introduction to Vince McMahon.

After the Neidhart case, McDevitt began to do other work for McMahon, ranging from intellectual-property work to winning a 1994 acquittal on charges that McMahon had been distributing steroids to his performers.

"I've watched this company grow over the years," says McDevitt. "I've also developed a strong relationship with Vince and Linda. I think that comes from going through a criminal trial with someone. ... I was with them when the jury came back 'not guilty,' and I stood on the stage with their family when Linda recently gave her concession speech" on election night.

And McDevitt has been there when wrestlers have died too young.

click to enlarge

On Nov. 13, 2005, for instance, when a wildly popular 38-year-old wrestling superstar named Eddie Guerrero was found dead in his Minneapolis hotel room.



Medical examiners ruled that Guerrero died a natural death due to arteriosclerotic heart disease -- a hardening of the arteries. However, according to the Associated Press, officials said that past anabolic steroid use enlarged Guerrero's heart and other organs, contributing to his death. Guerrero also had a history of using prescription drugs.

2010 WORLD WRESTLING ENTERTAINMENT, INC. ALL RIGHTS RESERVED.

Guerrero was hardly the first wrestler to die prematurely. In March 2004, 18 months earlier, USA Today reported that 65 wrestlers younger than the age of 45 had died. Of those, 25 had died from heart-

William Regal

related illnesses. Twelve others showed evidence of having abused pain killers, cocaine and other drugs. Since that report in 2004, 16 additional professional wrestlers under the age of 45 have died. Four died of heart ailments, three from drug overdoses, four from suicide, one from homicide and five from other causes such as cancer and kidney disease.

Still, "Eddie's death was a shock to everyone," McDevitt says. "It was the catalyst to the program that we now have in place." That program "checks for drugs, we monitor head injuries and we monitor cardiac health. We are doing everything we possibly can to make sure these men and women are healthy."

And to set it up, in 2006, with McDevitt's recommendation, WWE turned to another Pittsburgher: Joseph Maroon, UPMC's director of neurosurgery.

click to enlarge



2010 WORLD WRESTLING ENTERTAINMENT, INC. ALL RIGHTS RESERVED.

Mark Henry

## Tag-Teaming

When McDevitt first introduced Maroon to Linda McMahon, the neurosurgeon admits he "did wonder, quite frankly, what this was all about. Because I had no background in it whatsoever."

But Maroon, who has also served on the NFL's head-injury committee and is the Pittsburgh Steelers' team neurosurgeon, soon saw an opportunity.

"I spent my entire career trying to fix the cars after they were already broken," he says. But working with WWE was a "chance to institute preventative measures. ... And I truly believe that this is the best preventative medical program I have ever seen in sports."

Among other innovations, Maroon and colleague Dr. Mark Lovell had developed a head-injury evaluation tool called ImPACT (Immediate Post-Concussion Assessment and Cognitive Testing). The system is used in the NFL and on athletes from the high school level on up. ImPACT is a visual test: Images flash on a computer screen and measures memory and reaction time. That data is compared to a baseline test taken when the athlete is healthy. That test is just one part of an extensive drug-testing regimen and wellness program.

During the Sept. 20 edition of Monday Night Raw, the results were on display, although just outside camera range. City Paper was granted access to a large locker room on the bottom floor of Indianapolis' Conseco Fieldhouse, where WWE had set up a traveling training room/examination room/medical testing center. Some of the industry's biggest stars -- Jon Cena, The Undertaker and Randy Orton -- walked in and out, getting ankles

taped and muscles stretched.

"We travel with a full complement of medical equipment which is, for all intents and purposes, a mini-emergency room," says Dr. Christopher Amman, WWE's senior ringside physician. Before the health and wellness policy was established, WWE hired a local doctor in each city that hosted an event. But Amman, the former doctor for the U.S. Women's Olympic soccer team, now travels with the athletes and deals with all of their injuries -- from bumps and bruises to concussions and broken bones.

"One of the most important things [in medicine] is continuity of care and knowing the patients," says Amman. "[H]aving a full-time physician who knows these guys and can follow them on a continual basis made more sense."


click to enlarge



Stephen Farelly, a tall, pale, red-headed Irishman who performs under the name Sheamus, has first-hand knowledge of the program. During a Feb. 23 match, Farelly suffered a concussion when his head bounced off the ring mat. He was in the middle of a big storyline and was supposed to headline a match the next evening on live television.

"I was pretty much knocked out," Farelly recalls. The doctor "didn't let me out of his sight. He even had someone stay with me that night to keep an eye on me."

2010 WORLD WRESTLING ENTERTAINMENT, INC. ALL RIGHTS RESERVED.

MVP

The next day Farelly took Maroon's ImPACT test ... and was told that until he recovered, he was out of action.

"It was in my best interest professionally to be on television that night," he says. "But they kept me off until I not only passed the ImPACT test, but a cardio test as well to see how your body responds to the stress. Some other group might have said, 'Ah, go ahead and go.'"

This program -- and a similar one offered by the WWE's companion Smackdown series -- doesn't come cheap. WWE spends roughly $3 million every year, says McDevitt. That pays for ringside care as well as annual exams.

And the money gets results.

Take Hassan Hamin Assad, who performs under the name MVP. During his

annual screening, doctors discovered he had a rare and potentially dangerous heart condition. "Depending on who you ask, this can be a fatal condition," Assad says -- and "the more active you are, the worse it can be. So I take exception when someone says this program is a sham. It discovered something in me that needed to be fixed."

Maroon also boasts of being proactive in other ways. WWE's roster is "steroid-free," he says. Just one performer -- Carlos "Carlitos" Colon Jr. -- has been released for violating the drug policy this year. Doctors have aggressively reviewed other drugs for potential abuse as well.

Take the muscle relaxant marketed under the name Soma, which was being used by some WWE performers. But earlier this year, the WWE banned Soma use for its performers, although it's a legal drug when prescribed. Aside from its medical uses, Soma is used as a party drug that can make the user high, especially when combined with alcohol and other drugs.

The WWE took that step because it feared Soma was too addictive. "We are testing for medications that are widely used but hold a high degree of risk for abuse," says forensic toxicologist David Black, the CEO of Aegis Labs, which administers WWE drug tests. The WWE, he adds, "wanted to address prescription-drug abuse ... which is now a much bigger problem than illegal drugs."

Black recognizes that athletes may try to game the system, seeking trumped-up prescriptions to feed their addictions. That's why the WWE "monitors what kind of a doctor is prescribing medication, and what kind of clinics are they going [to] to get the drug. ... We [scrutinize] whether the physician they go to use is a legitimate doctor and whether or not the prescription is legitimate."

Maroon also takes credit for trying to reduce brain injuries. A minor-league WWE facility in Florida, he found, was seeing a large number of concussions, he says, "So we went and we added more padding to the mat so it would absorb that kinetic energy when the body hit it.

"We approach this job very aggressively. The performers are the lifeblood of this organization."


Fake Sport, Real Consequences                                          click to enlarge

Not everyone is impressed.

"The only reason they instituted the wellness program was the high-profile death of Eddie Guerrero," says wrestling author and WWE critic Irvin Muchnick. "That program is a joke. Although they have steroid testing, the contract lab is controlled by the WWE. The decisions on suspensions and other discipline are completely controlled by Vince McMahon."



2010 WORLD WRESTLING ENTERTAINMENT, INC. ALL RIGHTS RESERVED.

Sheamus

It's true that the WWE administers its policy internally without outside scrutiny. But that doesn't mean that McMahon calls the shots. McDevitt says WWE pays for the Wellness policy, but it's the doctors and administrators at the drug testing lab that call the shots.

"Vince McMahon has no idea when they're testing these guys and the punishments are set forth clearly in the wellness policy," McDevitt says. "This is handled completely by the doctors and the testing lab. Vince McMahon is left completely out of that loop. Anyone who says differently, just doesn't understand the policy and how it works."

Other major sports leagues like the NBA and the NFL -- which has paid $9.2 million to 123 former players suffering from dementia attributable to their gridiron careers -- also control their own drug-testing mechanisms. And wrestling, McDevitt says, gets a disproportionate share of scrutiny: "People see wrestling as low-brow and they have no problems taking shots at it because it's good fodder for news shows."

Still, some studies have shown that wrestlers face special risks. In 2004, USA Today reported that pro wrestlers have death rates seven times higher than the U.S. average, with wrestlers age 24 to 44 having 12 times the risk of dying from heart disease. "[W]restlers are about 20 times more likely to die before 45 than are pro football players, another profession that's exceptionally hard on the body," the paper reported.

"The number of deaths [in wrestling] -- which paradoxically is fake -- is so much higher than it is in the so-called 'real' sports," Muchnick says. "We need to come to grips that we're facing these deaths in professional wrestling."

Muchnick has written two books faulting the WWE's medical procedures. His gripes got ample airing during Linda McMahon's Senate campaign. "WWE and Linda McMahon created the atmosphere and the working conditions that have caused many, many deaths in the industry," Muchnick told Connecticut

television station WTNH in March 2010. "The WWE has what they call a wellness policy and it's a joke."

And he's joined by others who say that while wrestling may be fake, the pressure it puts on performers is very real.

Tragedies do still happen, like the one that took place on June 27, 2007. On that night in a suburb of Atlanta, authorities say WWE wrestler Chris Benoit bound and strangled his wife, then sedated and strangled his young son, Daniel. He then went to his home's weight room and hung himself using a cable from a Nautilus machine. Medical examiners later found high levels of Xanax, hydrocodone and testosterone in Benoit's body.

At the time, Benoit, the former world champion, was one of the industry's top stars, and his father, Michael, says his son was doing whatever it took to stay there. He says his son changed in the final years of his life -- physically and mentally.

"If I look at my son in 2003 and 2004, and then I look at a picture of him in 2007, he was a totally different person," Benoit says. "I thought, 'My God, this guy was abusing.'"

Soon after his son's death, Michael Benoit was approached by Chris Nowinski, a former professional wrestler and Harvard graduate whose career was cut short by concussions. Nowinski had formed a group, the Sports Legacy Institute, which was studying the brains of former athletes to see if they suffered from a condition called Chronic Traumatic Encephalopathy (CTE).

Again, Pittsburgh played a pivotal role: CTE was first identified in 2002, in Pittsburgh, by pathologist Dr. Bennett Omalu. Now a medical examiner in California, Omalu previously worked for then–Allegheny County Coroner Cyril Wecht. (Wecht is a former client of Jerry McDevitt, who successfully defended him against federal charges of misusing his office. In fact, Omalu testified against Wecht in his criminal trial.) Omalu diagnosed the condition in the brain of former Steelers center Mike Webster, who died in September 2002, as well as in other athletes.

CTE involves the release of certain proteins in the brain. These proteins are often found in the brains of elderly dementia patients, but Omalu was finding them in the brains of young, otherwise healthy athletes who engaged in contact sports. Benoit, he says, had a severe case.

"I became interested in the case of Chris Benoit," says Omalu, "because of the

suicide that he committed." Omalu had previously spoken out in publications like The New York Times, asserting that CTE could lead victims to commit suicide. He says CTE led former NFL stars Terry Long and Andre Watters to kill themselves, and Benoit's death added to his certainty.

"I'll tell you clearly," says Omalu: "Chris Benoit committed suicide because of CTE. His berserk behavior was caused by CTE. Period."


click to enlarge

2010 WORLD WRESTLING ENTERTAINMENT, INC. ALL RIGHTS RESERVED.
Eddie "Umaga" Fautu

Muchnick too finds confirmation in Omalu's findings. Omalu has also diagnosed CTE in another wrestler, Andrew Martin, who died at 33 from an accidental overdose of oxycodone in 2009: "They're two for two on finding this in wrestlers," says Muchnick.

"The WWE has been very reactive to what's gone on with these guys over the years," says Michael Benoit. "They did these things after Eddie Guerrero's death and after the death of my son. ... [T]hey've only reacted after the high number of deaths over the years and the bad publicity that's come with it."

As for Maroon, Omalu calls him "a good brand name [who] has high name recognition." But he faults Maroon for not recognizing that repeated concussions can cause abnormal behavior. ImPACT, Omalu says, "quantifies the amount of damage to the brain, but it's not a diagnostic, preventive tool. It's like killing someone and then testing them to see if they're dead."

For his part, Maroon says CTE deserves more study -- something he and a colleague are doing, in fact. But at this stage it's just too early to say what its consequences are.

"Can head injuries in sports lead to chronic brain problems?" asks Maroon. "I've been preaching it my entire career. I treat dozens of kids and concussions in here every week." Still, he adds, "I haven't agreed with some of Dr. Omalu's findings, particularly that CTE definitely causes behavioral issues. Maybe he's upset with some of my opinions about his work."


"It all gets thrown back on us"

Wrestlers interviewed by City Paper lauded WWE's efforts.

Among them is William Regal. When Regal came to WWE in 1999, he had

what he calls a "serious addiction to pain pills." Though wrestling was criticized at the time for having slipshod drug-testing, he says, "They figured out in pretty short order that I had a problem and they sent me to rehab.

"I hear the criticisms today and I just try to ignore them," says Regal. "I wouldn't be alive today if it weren't for this company."

WWE boosters say the fact that Regal is clean and still working -- while guys like Cade were removed from the roster after refusing help -- proves the policy is serious.

"If you don't believe this program is for real, go ask the people that don't work here no more," says former Olympic weightlifter Mark Henry, who has been a WWE performer since 1995.

McDevitt notes that since the formation of the company in 1982, "only five wrestlers have died while under contract with the WWE." Along with Guerrero, those wrestlers are Brian Pillman, Russ Haas, Chris Benoit and Owen Hart. Hart died in an infamous ring accident when a stunt went awry and he plummeted to his death during a live pay-per-view event. Haas and Pillman both died of the same heart condition that killed Guerrero. Pillman had documented drug problems and prescription-pill bottles were found near his body when he died. Haas was never linked to drug abuse.

Still, Muchnick points out that McDevitt's list doesn't include wrestlers like Cade, who were no longer with WWE at the time of their death. Says Muchnick: "WWE put Cade through rehab, then fired him again in time for him not to make the official corporate list of five people whose death certificates were signed at a moment when they were under contract."

The official number also doesn't include athletes like Andrew Martin, who died of a drug overdose. Or former WWE wrestlers like: Eddie "Umaga" Fatu, 36 (drug toxicity); Brian "Crush" Adams, 43 (accidental overdose of painkillers); Scott "Bam Bam" Bigelow, 42 (drug toxicity); Ray "Big Bossman" Traylor, 42 (heart attack); Hercules Hernandez, 45 (heart attack); Curt Henning, 44 (drug overdose); Davey Boy Smith, 39 (heart attack); or Rick Rude, 41 (heart attack).

And there's another challenge for wrestlers who leave, or are forced from, the ring, Muchnick says. Wrestlers are classified as independent contractors rather than employees -- even though "[o]nce you sign a WWE contract, you can't go to work anywhere else." WWE officials "tell wrestlers what to say, what to wear, where to be, what time to be [there], what hotels to stay in. They direct their life."

As a result of their independent status, wrestlers can't count on pensions, as athletes in the NFL can (though WWE offers financial counseling to help wrestlers prepare for the day they leave the ring). Nor can employees unionize as athletes in other leagues do, says Joseph Slater, a law professor with the University of Toledo. Their status is more like golfers -- albeit golfers who body-slam each other on the 18th green.

Slater is an avid wrestling fan, but he says that, based on his reading of the law and his understanding of the WWE's operations, "I can't see for the life of me how WWE can have a legally supported position that these people are independent contractors."

Still, Slater says if wrestlers did unionize, work rules might make extensive testing harder to enforce, since the union would have to agree to it. And WWE spokesman Robert Zimmerman says that as independent contractors, performers can negotiate royalty deals when their image or name appears in video games, T-shirts or other merchandise.

"As an employee, if I were in a video, I don't get a cut of that," Zimmerman says. "If you're hurt in the ring WWE pays for all of your treatment and rehab, which is essentially what worker's comp is."

And McDevitt says wrestlers have never been full-time employees. But that doesn't mean the business is the same.

"These guys are paid well for what they do," says McDevitt. In the early years, "You never knew how much money you were going to get at the end of the night from a promoter."

McDevitt also stresses WWE's willingness to stand by its athletes. "We offer to pay for rehab for any individual that ever worked for this company -- even if they were only up here long enough to have a cup of coffee."

But there's no denying that, among the athletes who are drawn to wrestling are those who live on the edge, and are willing to pay a heavy price for fame.

Here too, problems used to be worse, says Olympian-turned-pro Mark Henry. "There was a time when you were leery about whether or not some people were going to even make it to the next town because they were too drunk to drive," he recalls. "If you do that now, you'll be deemed as unreliable. ... There are a lot of guys behind you who are more than willing to take your spot."

"The new superstars are a lot more head-down, business-oriented and

fitness-focused," agrees Stephen "Sheamus" Farelly. But "if one former superstar does something, it all gets thrown back on us."

Which is why -- as long as there's a market for watching large men with outsized personalities simulating acts of violence on each other -- Jerry McDevitt knows there's a chance his next phone call will be a painful one.

"Some people," he says, "no matter how hard you try, can't be saved."

## LATEST IN FEATURES



**Winter Guide 2016**
Jan 20, 2016



**Winter Art**
Jan 20, 2016



**Winter Stage**
Jan 20, 2016

## MORE BY CHARLIE DEITCH

Pittsburgh Left: It's time for whites to confront racism in a meaningful way
Racists have become emboldened in recent years because those around them have given them a free pass to be hateful.
by Charlie Deitch

Fresh snow can be converted into an ice-cream-like treat
You only need milk, sugar, vanilla, salt and — snow
by Charlie Deitch

# EXHIBIT 92



HEALTH

# Brain Injuries Haunt Football Players Years Later

Updated January 21, 2011 · 11:45 AM ET
Published January 20, 2011 · 1:49 PM ET

Listen to the Story

Fresh Air                                                                                          **38:25**

                                                                                        **Embed     Transcript**



High school football players will experience more than 40,000 concussions this season.
*iStockphoto.com*

A 2000 study that surveyed 1,090 former NFL players found that more than 60 percent
had suffered at least one concussion during their career.

Concussions, a type of traumatic brain injury, generally occur when the head either
spins rapidly or accelerates quickly and then stops — like when a player tackles another
player on the field. The National Football League and Congress have both held hearings

on the head injuries, which can cause memory loss, confusion, nausea, blurred vision and long-term neurological effects, including symptoms of dementia, headaches and concentration problems.

A study commissioned by the NFL in 2009 reported that former NFL players have been diagnosed with Alzheimer's disease or other memory problems 19 times more than the normal rate for men between 30 and 49. And pathologists who have examined the brains of ex-athletes have found signs of chronic traumatic encephalopathy (CTE), a progressive neurological disease that patients get after sustaining repeated head injuries.



Chris Nowinski is the founder of the Sports Legacy Institute, a non-profit organization which raises awareness of concussions in contact sports.
*Sports Legacy Institute*

Chris Nowinski, who runs a nonprofit organization that raises awareness about concussions, explains how the head injuries continue to damage players years after they've left the field.

Nowinski knows this first-hand. After playing football at Harvard, he became a professional wrestler with World Wrestling Entertainment. His over-the-top

Case 3:15-cv-01074-JAM   Document 193-1   Filed 08/01/16   Page 277 of 331

personality and penchant for referencing his Ivy pedigree made him a superstar in the ring. In 2002, he was named the "Newcomer of the Year" by RAW Magazine and became the youngest male Hardcore Champion in WWE history.

But Nowicki's wrestling career was cut short in 2003, after he suffered at least six concussions.

"[After one] I remember looking up at the ceiling and I had no idea where I was," Nowinski tells *Fresh Air's* Dave Davies. "I had no idea what we were doing and I couldn't remember what was supposed to happen next. It's scary to be with 5,000 fans and become completely distracted."

## Related NPR Stories



**HEALTH**
Concussion Worries Renew Focus On Football Safety

**Hockey Puck Test Helps Detect Concussions** Feb. 16, 2010

**Fact Sheet: Traumatic Brain Injury** Sept. 8, 2010

**Sports Injuries May Cause Lasting Brain Damage** Jan. 30, 2009

Nowinski started reading everything he could about head injuries. He soon realized concussions were a far bigger crisis than anyone realized. In 2006, his book *Head Games: Football's Concussion Crisis*, helped put the concussion issue on the NFL's radar, after he profiled several players who exhibited symptoms of neurological damage after their playing careers ended.

"Football did not react well at the beginning," he says. "The commissioner of the NFL saw this as a threat to the game. They did not want to have this conversation."

More cases changed their mind. Ted Johnson, a linebacker who helped lead the New England Patriots to three Super Bowl victories, suffered two concussions in four days in August 2002. When he returned to play, he received several more concussions before his playing career ended in 2005. His neurologist told *The New York Times* in 2007 that the 34-year-old was already "show[ing] the minor cognitive impairment that is characteristic of early Alzheimer's disease."

In 2009, Congress held hearings on the subject of brain injuries in football. After those hearings, the NFL changed some of its policies on when players could return to games after an injury and how players were allowed to hit each other on the field. But, Nowinski says, there's still more to be done.

"We can prevent them with rule changes, recognize them better and treat them better," he says. "But the bigger change in dramatically reducing how we practice the game. Seventy-five percent of hits happen in practice when no one is keeping score. If this is

bad for you, we should eliminate them from practice and save hits for the game. If we did that, we would lower everyone's exposure by 50 percent."

© 2016 npr

SHARE

# EXHIBIT 93

# *Concussion awareness*; Undiagnosed injuries endanger young athletes; Nowinski dedicated to spreading word, research

Newsday (New York)

January 31, 2011 Monday, ALL EDITIONS

Copyright 2011 Newsday, Inc.



**Section:** SPORTS; Pg. A37

**Length:** 479 words

**Byline:** BY LAURA ALBANESE , *laura.albanese@newsday.com*

## Body

Chris "Harvard" Nowinski flickers to life on the projection screen at the Suffolk Y Jewish Community Center and, within moments, he is goading an unseen WWE rival on the superiority of his Ivy League education. It was an odd schtick, but it was his, and for three years, it was enough to earn the former college football player a good amount of relevance in the pro wrestling community.

Shortly afterward, Nowinski, 32, suffered at least his sixth concussion - all the others were undiagnosed - and it ended his career. But he was the lucky one.

Pro wrestler Chris Benoit killed his wife and son and hung himself. Medical tests later reported he had an advanced form of dementia at age 40 because of repeated blows to the brain.

Former NFL players Mike Webster and Terry Long exhibited bizarre behavior before dying at 50 and 45, respectively. They later were diagnosed with CTE, a neurodegenerative disease caused by chronic head injury. Nowinski also said an average of five youth athletes die every year from a head injury.

"I'd never been educated for concussions and I didn't know I had one," said Nowinski, author of "Head Games: Football's Concussion Crisis."

He spoke yesterday at the concussion clinic in Commack as part of his work with Sports Legacy Institute, a non-profit he helped establish that does research and educates on the effects of head injuries. "It led me on an odyssey," he said. "There's a lot more going on with concussions in sports."

A concussion is defined as a brain injury caused by a sudden blow to the head, often accompanied by memory loss, disorientation, double vision or nausea.

A major concern is the prevalence of concussions in youth sports. About 50 percent of high school football players exhibited some symptoms of a concussion during a season of play, Nowinski said, "and we simply cannot see all the concussions, no matter how hard we looked."

Often, driven by a competitive urge and pressure from parents and teammates, athletes will re-enter games minutes after having suffered a head injury. That doesn't let them heal properly and may cause more extensive damage to nerve cells, according to research by Nowinski's group and the associated Boston University Center for the Study of Traumatic Encephalopathy.

Concussion awareness; Undiagnosed injuries endanger young athletes; Nowinski dedicated to spreading word, research

The best coping method, Nowinski said, is educating parents, young athletes and coaches, getting proper medical attention and allowing plenty of time for healing step by step.

"Kids are not old enough to accept these health risks," he said. "No youth athlete can recover on the same day."

Leonard Framson, clinical director at Ronkonkoma Sports Medicine and Rehab, has coached girls youth soccer. He said the "never sit out" mentality deeply concerns him.

"I think everybody needs to be educated on the causes and effects of these blows to the head," Framson said. "From the neck on up, any jolt to the body can cause [damage]."

## Graphic

NEWSDAY PHOTO / AUDREY C. TIERNAN - Chris Nowinski, who suffered multiple concussions, created a non-profit institute to study the injury.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:** BRAIN INJURIES (91%); CONCUSSIONS (90%); SPORTS INJURIES (90%); WRESTLING (90%); WOUNDS & INJURIES (90%); HEAD INJURIES (90%); SPORTS & RECREATION (89%); ATHLETES (89%); COLLEGE & UNIVERSITY SPORTS (89%); YOUTH SPORTS (89%); SCHOOL SPORTS (89%); NEUROLOGICAL DISORDERS & INJURIES (88%); MEDICAL DIAGNOSTICS, SCREENING & TESTING (78%); MEMORY DISORDERS (76%); COACHES & TRAINERS (76%); SPORTS MEDICINE (76%); RESEARCH INSTITUTES (74%); DEMENTIA (74%); BRAIN (74%); NONPROFIT ORGANIZATIONS (73%); SOCCER (72%); HIGH SCHOOL SPORTS (71%); JEWS & JUDAISM (58%)

**Organization:** HARVARD UNIVERSITY (91%)

**Industry:** COLLEGE & UNIVERSITY SPORTS (89%); SPORTS MEDICINE (76%); HIGH SCHOOL SPORTS (71%)

**Geographic:** BOSTON, MA, USA (79%)

**Load-Date:** February 10, 2011

# EXHIBIT 94

# See enclosed disc

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH, *et al.,*** | : | **No. 3:15-cv-01074 (VLB)** |
| | : | **Lead Case** |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

_____

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO** | : | **No. 3:15-cv-00425 (VLB)** |
| **LOGRASSO,** | : | **Consolidated Case** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

_____

## <u>NOTICE OF MANUAL FILING</u>

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed a copy of a CD that is Exhibit 94 to Tab 3 to the Appendix to its Local Rule 56(a)(1) Statement because it cannot be filed electronically.  The CD has been manually served on all parties.

# EXHIBIT 95

**Sport**

# dailytelegraph.com.au

League ▾    All ▾

| | | | | | |
|---|---|---|---|---|---|
| TESTS | TESTS | TESTS | NINES | NINES | NINES |
| ENG **26** | ENG **2** | ENG **20** | SYD | PAR | NEW |
| NZ **12** | NZ **9** | NZ **14** | SOU | MEL | NQL |
| FULL TIME | FULL TIME | FULL TIME | FRI 5/2 18:30 | FRI 5/2 18:55 | FRI 5/2 19:20 |

POWERED BY FOX SPORTS

# NRL player brains used in study

- **by: Nick Walshaw**
- From: The Daily Telegraph
- April 30, 2011 12:00AM

Share
×

## Share this story

- **Facebook**
- **Twitter**
- 
- **Google**
- **Email**

**0**
**0**

**Ads By Google**

- *Start Download Now*
  Convert From Doc to PDF, PDF to Doc Simply With The Free On-line App!

  **www.fromdoctopdf.com**



Victim: Former Cowboys winger Shaun Valentine, who suffered numerous concussions.
*Source:* The Daily Telegraph

**SOME of rugby league's biggest names - including the Immortals - will be asked to donate their brains in death as part of a revolutionary study on the effects of concussion in the NRL.**

The Daily Telegraph can reveal America's Sports Legacy Institute, operating out of Boston University, has employed two Australian researchers to specifically study Chronic Traumatic Encephalopathy in league players.

The extraordinary move comes following revelations former North Queensland prop Shaun Valentine - who suffers regular episodes of dizziness, vomiting and nausea - is among a group of NRL retirees now fearing years of head knocks have affected their long-term wellbeing.

Institute president Chris Nowinski is arranging to interview Valentine and hopes the Townsville landscaper will become the first leaguie to donate his grey matter to a "bank" of more than 1000 brains - which already includes American boxers, footballers, wrestlers and ice hockey players.

Nowinski is himself a former WWE superstar, and Harvard graduate, who was forced into retirement after repeated concussions.

"Right now we have a huge problem that needs solving," Nowinski says. "And it's not just an American problem; it belongs to Australia, New Zealand, to athletes competing in contact sports right around the world.

"We've already diagnosed CTE in NFL players, ice hockey players, wrestlers. But when it comes to rugby league, who knows? We haven't got any brains in our bank and no league players on our registry. It's something we intend to rectify."

CTE is a disease that can only be discovered, and therefore studied, post mortem. Causing the degeneration of brain tissue, symptoms include depression, aggression and extremely advanced Alzheimer's.

It's why Nowinski and his team are building a number of brain banks with the permission of former superstar athletes or their immediate families. Among the more recent pledges is boxer Micky Ward, whose rise to fame has been made into hit film The Fighter.

It's understood the Australian researchers will try to speak with some of the game's biggest names, including Immortals Wally Lewis, Johnny Raper and Bob Fulton.

However, they are also keen to establish a hotline for all footballers - from both the bush and big time - who fear repeatedly having their "bell rung" may now be causing serious problems in retirement.

Asked about the idea of footballers donating to a brain bank, Rugby League Players Association chief David Garnsey said he would first like to consult the progress of research already being conducted by leading Sydney neurosurgeon Dr Richard Parkinson - the man who saved the career of Rabbitoh Ben Ross.

Dr Parkinson, who is currently working in the US, is halfway through a two-year study into the impact of head and spinal injuries in the code.

"Which isn't to say I'm going to discourage other experts, be they from Australia or overseas, looking into the subject," Garnsey said.

"The RLPA is extremely concerned about the welfare of its players and head injury plays a big role in that.

"But when it comes to the sort of decision you're talking about, I think it really comes down to a player's personal choice."

**Comments**  *(#social-comments)*

- **facebook**

- **twitter**

- **linkedin**
- **google +**

- **reddit**

- **email**

**0 comments**

# EXHIBIT 96

Case 3:15-cv-01074-JAM   Document 193-1   Filed 08/01/16   Page 289 of 331

# Boogaard one of many athletes contributing to study of brain trauma and sport

By Donna Spencer, The Canadian Press – 21 hours ago

CALGARY — The decision by Derek Boogaard's family to donate his brain to science is another example of athletes helping the medical world understand the effects of hits to the head.

Boogaard, who was found dead Friday in his Minneapolis apartment, will have his brain sent to a Boston University medical centre that studies chronic traumatic encephalopathy, a degenerative brain disease caused by repeated head trauma.

The 28-year-old Saskatoon native's cause of death has yet to be determined.

In the three years since the Center for the Study of Traumatic Encephalopathy was established at BU, the brains of 75 deceased athletes (half of them football players) have been analysed, according to co-director Chris Nowinski.

Among the deceased athletes whose brains were analysed were NHL player Bob Probert, who died at 45 last year of a heart attack, and Canadian pro wrestler Chris Benoit, whose killed himself at the age of 40 in 2007.

Nowinski, the main speaker Sunday at a concussion seminar in Calgary, is a former college football player and pro wrestler who suffered multiple concussions during his career.

He wrote "Head Games: Football's Concussion Crisis" and is largely credited with bringing attention to CTE and a possible link to repeated head blows suffered by pro athletes in collision sports.

While Nowinski wouldn't comment specifically on Boogaard, he says athletes like him are contributing greatly to understanding the mystery of brain injury.

CTE was once termed "punch drunk" and less than 50 studies were conducted on the subject between 1928 and 2005, he said. Now, 400 athletes still living have committed to donating to the brain bank after their deaths.

"One of the best ways we're finding out the long-term effects of hits to the head is through actually studying the brain post-mortem," Nowinski explained. "A lot of the abnormalities we find cannot be studied in living people, so we really appreciate every family that's participated. They've changed the knowledge of CTE.

"It's very humbling and I have great respect for the families that have done it because they know a lot of times we're not even searching for answers to death. We're just trying to understand what sports has done."

Boogaard's agent Ron Salcer and a spokeswoman for the Boston University School of Medicine confirmed Sunday to The Associated Press that Boogaard's family made the donation.

Salcer says Boogaard was approached by researchers because he played combative style similar to Probert, whom the centre determined suffered from CTE. Boogaard missed the last half of the 2010-11 season with the Rangers while recovering from a concussion, although no link has been made between that and his death.

Former NFL safety Dave Duerson died by a self-inflicted gunshot wound to the chest in February. The 50-year-old left a note asking for his brain to be donated to the centre, which established Duerson suffered from brain damage linked to concussions.

Some athletes, including Nowinski himself, have publicly announced their intention to bequeath their brains to science.

Hockey players Keith Primeau and Kerry Goulet are two of them. Both had major concussions during their careers. They're trying to educate coaches, players and parents on recognizing and preventing head injuries through their organization Stop Concussions.

Goulet, a Winnipeg native who played pro hockey in Europe, recalled feeling suicidal for several months when he suffered a concussion in 2000.

"Hopefully through (Boogaard's) death — and if it is something that has been dealt to him through concussions and possibly the CTE situation — that we learn from it and take action now," Goulet said.

"There's going to be a lot more athletes giving their brains and higher profile than I am, but the way Chris put it, we need to have everybody's brain.

"We can wait forever for data and wait for statistics, but the problem is we know the problem is happening now. If nothing else, let's change the way we do things. By donating my brain, hopefully it helps (others) make the decision (to do it)."

Goulet and Nowinski were among the speakers at Sunday's seminar "Head on, the sport head injury prevention convention" at the University of Calgary. It was sponsored by local minor sports associations and geared towards amateur athletes.

"There are children going to bed with undiagnosed concussions," Goulet said. "It's a ticking time bomb."

About 75 coaches, parents and a few young athletes fell silent watching video during Nowinski's presentation depicting an NFL player unable to remember a few numbers or the months of the year.

While head injuries are currently the buzz in the NFL and NHL, the attention paid to brain trauma in young, amateur athletes is woeful, according to Nowinski.

"If they're concerned about the professionals and the concussion issues in the NHL and NFL, they should be 10 times more concerned with what is happening at the youth level," Nowinski said. "The developing brain is far more susceptible to damage from trauma."

Professional athletes have doctors and therapists available during practices and games to quickly diagnose and treat concussions. Most children have only parents and coaches watching from the sidelines.

"The infrastructure we provide whether to medical resources or training for coaching and parents is minuscule to what the pros have available to them," Nowinski said. "I want every parent and coach to walk out of here reconsidering every blow to the head their kid takes, and to decide what is appropriate considering all we know and all we don't know about brain trauma."

He says unlike adult athletes, children are ill-equipped to determine they've suffered a head injury and thus don't tell anyone. Pre-season education of coaches, parents and players on concussions, plus a firm policy on what to do in the event of a head injury and when an athlete can be cleared to play, should be mandatory in minor sport, he added.

"We need to demand more from ourselves and from our youth programs," he said. "We need to dramatically reduce unnecessary brain trauma, hitting in practice, changing rules so we aren't intentionally hitting each other in the head. We need to be absolutely preventing any child we suspect of having a concussion go back into the game."

Copyright © 2011 The Canadian Press. All rights reserved.

THE CANADIA

**Map**



# EXHIBIT 97

# Rule, policy changes needed to stop concussions: expert

By Kristen Odland, Calgary Herald May 16, 2011

A researcher from the Boston University School of Medicine said radical change needs to happen in concussion prevention.

"We're not having very big conversations about (concussion prevention) and part of that needs to come from the top down in terms of rule changes, policy changes, training changes," said Chris Nowinski, a leading expert in concussions, who spoke Sunday to a gathering during the Head On Sport Head Injury Prevention Convention at the University of Calgary. "Luckily, we are having conversations with the bodies that are in charge of those things.

"It's education." Nowinski, a Harvard graduate and former WWE wrestler, has been educating the masses on concussion issues. He's the co-founder and president of the Sports Legacy Institute, a non-profit organization dedicated to sports concussions, and the codirector of the Center for the Study of Traumatic Encephalopathy at Boston University. Researchers there have set up a brain bank to investigate athletes for chronic traumatic encephalopathy, a neurodegenerative disease which causes cognitive decline, behavioural abnormalities including depression, and dementia.

The post-mortem analysis of brain tissue reveals concussions and nonconcussive blows could both be linked to the disease. About 400 athletes have agreed to donate their brains to the research facility when they die.

"It doesn't necessarily correlate to concussions right now, but that's because we haven't historically diagnosed them," Nowinski said. "It appears to be correlated to total brain trauma. We know that every hit to the head and every symptom counts."

On Sunday, the Sports Legacy Institute received word that the family of National Hockey League enforcer Derek Boogaard has donated his brain to the institution. Due to legal reasons, Nowinski couldn't speculate on Boogaard's situation.

Boogaard, who spent his first five seasons with the Minnesota Wild, was limited to 22 games last season with the New York Rangers due to a concussion and shoulder injury. He was found dead in his Minneapolis apartment Friday.

Concussion and spinal injury activist Kerry Goulet, who works alongside former NHLer Keith Primeau, told the audience Boogaard's family made the right decision in donating his brain to science.

"What a horrible, tragic incident that has happened," said Goulet, who suffered depression and the effects of concussions during a 16-year professional hockey career in Germany. "It brings back memories you just don't want to think about. It's a grieving time for the family; all of us a community of hockey and sports people are I'm sure sending out their regards for the family.

"And, hopefully, through his death and if it is in fact that it is something that has been dealt to him through concussion and possibly through the CTE situation, we learn from it."

Two cases of CTE in the NHL have been discovered.

Reggie Fleming died in 2009 at age 73 with dementia. Bob Probert, a 16-year veteran who died last summer after his heart gave out while he was fishing, suffered at least three concussions and struggled with substance abuse. He began to show signs of CTE in his 40s, such as memory loss and behavioural problems.

Both players were fighters.

The findings have fuelled the debate surrounding the need for rule changes in hockey, which largely came to the forefront when Pittsburgh Penguins captain Sidney Crosby was sidelined with concussion symptoms this season.

"We knew it was real. I've been doing this for nine years and all of a sudden, now that Crosby's gone out of the game with a concussion, we take it really seriously," Goulet added. "People like Chris have been able to build an infrastructure for us to educate and hopefully make a difference in this thing."

Nowinski was speaking in Calgary along with Goulet, Calgary Stampeders medical services director Pat Clayton, Dr. Carolyn Emery, professor of pediatric rehabilitation at the University of Calgary, and Brady Greening, the director of health services and head athletic therapist at the Edge School.

All speakers alluded to the fact that children are much more susceptible to concussions. Nowinski said because their brains are developing, they are more sensitive to the excitotoxic shock of a concussion. Other factors are weak necks and torsos that can't distribute force of the body well, poor equipment, exposure to coaches of various levels of training, and have poor language skills to communicate concussion symptoms.

Helmets are one element in prevention, according to Nowinski, but rule and culture changes also need to be enforced.

"When we think about the problem with kids and playing contact sports," explained Nowinski. "We have to start thinking about the differences between adults and kids.

"If we're concerned about adults, we should be really, really, worried about kids."

kodland@calgaryherald.com

© Copyright (c) The Calgary Herald

- E-mail this Article
- Print this Article
- Share this Article

# EXHIBIT 98



**Big Picture . Local Focus**

This **copy** is for personal, non-commercial use. To order presentation-ready copies for distribution you can: **1)** Use the "**Reprint**" button that appears at the top and bottom of every article **2)** Visit **reprints.dailyherald.com** for samples and additional information **3) Order a reprint of this article now**.

Article updated: 5/16/2011 06:29 PM | published: 5/16/2011 12:01 AM

# Hersey grad tackles brain trauma research

By **LINDSEY WILLHITE**

When Chris Nowinski flies in from Boston to conduct speaking engagements in the suburbs, he always stays at his boyhood home in Arlington Heights.

He always tries to get together with Hersey High School classmate Michael White, with whom he started on the Huskies' basketball team that went downstate in 1995.

The 32-year-old Nowinski always tries to eat Lou Malnati's pizza on his visits. He always sleeps in his childhood bedroom, which looks amazingly similar to the way it did in 1996 when he left home to attend Harvard.

"Exactly the same," the 6-foot-5 Nowinski said with a slight chuckle. "Same single bed that's slightly tilted."

In essence, Nowinski's ritual finds him doing everything possible to turn back the clock 15 years.

If only he could do the same with his brain.

During his four years as a Harvard defensive tackle and nearly three years as a popular WWE wrestler, Nowinski endured several concussions.

While those traumas, which included post-concussion syndrome and depression, ruined his professional wrestling career, they gave life to another career that aspires to a much more grandiose goal:

Protecting the brains of millions of children (and adults) that engage in contact sports.

"Right now, I'm having a new appreciation for what brain trauma does in children," Nowinski said. "Fifty percent of athletes report concussion-like symptoms. We only diagnose 10 percent of those."

Where does Nowinski get these numbers? Not only did he write the book "Head Games: Football's Concussion Crisis" in 2006, he co-founded the Sports Legacy Institute shortly thereafter.

The SLI works with the Boston University School of Medicine to study the effects of repetitive blows to the brain.

When former Bears All-Pro Dave Duerson committed suicide in February, he made sure his family donated his brain to the Sports Legacy Institute's research.

As Duerson suspected and feared, he suffered from a disease called Chronic Traumatic Encephalopathy (CTE) triggered by all of the blows to his head during his career.

"This is not a disease you'd wish on your worst enemy," Nowinski said. "It's turning great men into monsters."

The SLI has 74 brains in its research bank — the latest donated by the family of Derek Boogaard, the 28-year-old New York Rangers winger who died Friday of still-to-be-determined causes.

Boogaard, a top-flight enforcer, suffered a concussion during a fight in December and didn't play again.

The vast majority of donated brains — including 14 of the 15 from former NFL players — showed the degenerative signs associated with CTE.

Nowinski receives emails and phone calls each day from people promising to donate brains when their time on earth has passed.

The more brains the Sports Legacy Institute studies, the more everyone learns about the devastating effects repetitive -contact sports such as football, hockey, pro wrestling and soccer can produce.

That's why Nowinski, named in January to the Hockey News' list of 40 influential people under 40 years of age, believes it's a powerful sign when the Pittsburgh Penguins' Sidney Crosby and Minnesota Twins' Justin Morneau have missed so much time for concussion-related reasons.

If the finest professional athletes can be allowed to rest for extended periods, then amateurs (and their coaches) should be willing to do the same when necessary.

"The brain is just something you can't mess around with," Nowinski said. "Any coach who sees the signs of a concussion in a kid, they should sit out for the rest of the day and see a doctor before playing again."

Nowinski, who's single, goes further with regards to the harm football can do.

"I don't think there's any way I'd let my (prospective) son start playing football until high school," he said. "And hopefully we'll have done more research by the time he'd get to that point."

If Nowinski seems like he's in a hurry to fulfill his missions, there's a sobering reason for his accelerated pace.

When asked whether he's concerned how well his brain will work as he turns 55 ... 60 ... 65, Nowinski is blunt.

"I worry about what's going to happen when I'm 40," he said. "Going by what we've seen in our research, people with my level of trauma do not do well."

Ÿ Lindsey Willhite's Suburban Sports Reunion column appears each Tuesday in the Daily Herald and online at dailyherald.com. If you have a former suburban athlete or coach you'd like to see profiled here, please contact Lindsey at lwillhite@dailyherald.com.

Copyright © 2010 Paddock Publications, Inc. All rights reserved.

# EXHIBIT 99

Racking their brains - Sabres & NHL - The Buffalo News
Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 298 of 331
Page 1 of 8

# BuffaloNews.com



Matthew Barnaby admits to at having suffered at least a dozen concussions, only half of which were diagnosed.
Jeff Vinnick / Getty Images

# Racking their brains

## Repeat concussions take a toll on athletes, such as Matthew Barnaby, causing confusion, pain and fear

By **Bucky Gleason**

Published:May 23, 2011, 5:20 PM
2 Comments

Tweet

# Sabres Links

Sabres Edge blog

- The News' Sabres page
- Schedule
- Roster
- Stats
- Standings

- <u>Scoreboard</u>
- <u>Leaders</u>

Updated: May 23, 2011, 5:20 PM

Matthew Barnaby still remembers his first visit to La-La Land, at which he arrived on a nonstop flight via Steve Searles' right hand during the 1991-92 season. Barnaby was carving a name for himself as a feisty 18-year-old winger for Beauport in the Quebec Major Junior Hockey League.

If you thought Barnaby was a mouthy, pugnacious scrapper during his NHL career, you should have watched him in his early days. He had 29 goals and 66 points in 63 games in 1991-92, impressive numbers dwarfed by his 476 penalty minutes, including 33 fighting majors that accentuated his style over his ability.

He weighed 148 pounds when he reported to Sabres' training camp in 1992 and was involved in 13 fights in his first three days. He had 77 fights in junior, 27 in the American Hockey League and 185 more in the NHL. His eagerness to take on the world explains why, upon waking up in the dressing room from the Searles fight, he had an immediate response to this question:

"Are you ready to go?" coach Allain Chainey asked.

"Abso-freaking-lutely," Barnaby said.

He gained his feet, took a few wobbly steps and fell on his face like a newborn calf.

It marked the first severe concussion of Barnaby's career, but it was hardly the last. Now, with new research into head injuries and a growing list of athletes falling victim to them, he fears he could someday experience much bigger problems. Scientists who for years studied concussions found similarities among athletes who have suffered head trauma and varying degrees of brain damage.

The list of concussed athletes who failed to reach the average life span of a male in the United States is long and disturbing. Many weren't aware that they had problems until much later in life before suffering downward and sometimes tragic turns.

"Obviously, it's scary and it's nerve-racking when you hear about these things happening to people," Barnaby said last week. "Maybe 'scared' is the wrong word because I don't know. Not knowing is what's nerve-racking, but I live pretty well day to day. You just don't know. There's a chance we're all going to get cancer."

Barnaby's mentality was the same between his first major concussion and his last. The former Sabres winger estimated he had at least a dozen concussions in all, about half of which were diagnosed. It sounds about right. He played as if he had taken too many shots to the head. He was a loose cannon, an agitator, an instigator, a punk.

Here's a little secret: It was an act, an orchestrated approach to stay in the NHL by any means possible. He says he purposely took punches until his opponent grew tired so he could rally in the end. Remember his exit from Buffalo, when he ran his mouth until the Sabres could take no more and traded him to Pittsburgh? Contrived.

"When I was crazy and nuts, it was all calculated," Barnaby said. "I thought about it for hours, days and months. The trade thing [in Buffalo], I went home and thought about it. How can I make more money and how can I be used more effectively? It wasn't a knee-jerk reaction to be an idiot. I thought about these things. I weighed everything."

Perception doesn't always match reality.

Barnaby appeared to make a smooth transition into retirement. He was a natural as an analyst for ESPN and TSN. He was intelligent, insightful, witty, well-spoken and, of course, bold in his opinions. By most accounts, he had his life together after the cheering stopped.

Here's the irony: Barnaby came off like a kook when he played but actually had everything in order. When everything appeared to be fine, his life was a mess. The domestic dispute May 13 involving his estranged wife, the former Christine Cardarella, and her male friend appears to fall in line with other erratic behavior after he left the game.

Barnaby spent a night in jail and was released on his own recognizance. He would not comment on the case, which is pending.

Known as a good guy off the ice, Barnaby's behavior became unpredictable in the first two years after he retired in 2007. He was short-tempered and irritable, two qualities among many he now believes cost him his marriage and turned him into a different man. Looking back, he's convinced the concussions compounded problems he already had while adjusting to life after hockey.

During an interview in November, he did not solely blame the shots to his head for his problems, but he wondered if they were contributing factors.

"I was always cocky on the ice because that's the way I had to play, but when I left the rink I was always a good guy to my friends and my family," Barnaby said at the time. "And I lost that. I lost it. It happened right after I retired and after two bad concussions, back to back. There has to be a direct correlation between the two."

Recent research into concussions could support his theory.

"My attitude for two straight years changed who I was," he said. "I lost a sense of who I was for two years. I didn't like the father I was becoming. I didn't like anything. The biggest part of me is that I snap, and I snap on anything. I would have a temper. I've never been one to snap off [the ice]. I was totally away from my family and what I was proud to become. I got away from that."

### The victims

The past two years, Barnaby said, have been better despite his recent marital issues. Others have experienced much worse. A study conducted by Boston University found evidence that appeared to link head trauma in sports with health issues and untimely deaths.

West Seneca native and former Pittsburgh Steelers tackle Justin Strzelczyk died in a chase with police that ended when he crashed his vehicle into a gasoline tanker on the Thruway.

 Hard-hitting Eagles safety Andre Waters and Steelers offensive lineman Terry Long committed suicide several years after they retired.

Professional wrestler Chris Benoit killed his wife and son before committing suicide. University of Pennsylvania football player Owen Thomas killed himself. Steelers center Mike Webster died of a heart attack at age 50 after spending years homeless while battling depression and memory loss and becoming more violent.

Former Bears safety Dave Duerson, a man known for his intelligence before he headed into a downward spiral, committed suicide in February. In 2007, he testified for the NFLPA's player benefits board at a Senate Commerce Committee hearing, questioning whether his problems were related to football.

Doctors found evidence that all suffered from Chronic Traumatic Encephalopathy, a disease that's caused by repeated hits to the head. Boston University released a study in which experts believe there's a direct link between head injuries and Lou Gehrig's Disease.

"I don't want to say that was the reason," Alicia Duerson, his ex-wife, told the Chicago Tribune shortly after his death. "I don't want to give a reason because I don't know. I only know what he told me: Get my brain to the NFL. I think there is something wrong with the left side of my brain.'"

The aforementioned are among the athletes whose families have donated samples of their brains for extensive examination to Sports Legacy Institute, which is working with BU. The nonprofit group was co-founded by former Harvard football player and pro wrestler Chris Nowinski, whose own career ended after several concussions. A few years ago, Nowinski started a movement to collect the brains of athletes upon their deaths. About 400 agreed to donate their brains to science. Barnaby said he planned to add his name to the registry.

"It's a shame it took so long because a lot of athletes have been suffering unnecessary brain damage along the way," Nowinski said. "It's certainly disturbing to look at the amount of destruction to the brain for contact-sport athletes, especially football players. Just to think that playing football as a young man can cause a disease that destroys your brain cells, destroys your being, in as early as your 30s or 40s, is disturbing."

On the same day Barnaby was arrested, New York Rangers tough guy Derek Boogaard was found dead in his Minnesota apartment. The 28-year-old had not played since suffering a concussion in December. A medical examiner ruled he died accidentally after mixing alcohol and oxycodone, a powerful painkiller. Was the concoction related to a deeper problem? His family donated his brain to BU, where doctors will examine his brain for CTE.

Late hockey tough guy Bob Probert, who had drug and alcohol problems before he died of an apparent heart attack at age 45, was found to have suffered from CTE.

Dr. Robert Cantu, who with Nowinski co-founded Sports Legacy, wonders if former Bills great O.J. Simpson is a living victim of CTE. Simpson's erratic and violent behavior is consistent with that of others who suffered from the disease.

"There's a brain I would love to study," said Cantu, a clinical professor of neurosurgery at Boston University School of Medicine and one of the nation's top sports concussion specialists. "I don't know, but I really wonder. With his inability to handle frustrating circumstances, violence and all that stuff, it could be.

"It's hard to know. I'm not suggesting I know the answer, but if and when the time comes I would give anything for him to be on our registry."

Experts said all irrational behavior cannot be blamed on CTE, but it also cannot be ruled out when it comes to athletes or others who have suffered multiple concussions. Cantu wondered if former NFL linebacker Junior Seau, who last year drove his vehicle off a cliff after a domestic dispute, could be suffering from the disease. Nobody knows for sure. Doctors cannot diagnose CTE in living people, leaving many unanswered questions until their deaths.

"It's difficult to connect brain disease to specific actions," Nowinski said. "We know when you look at the group, they're far more likely to be having memory problems, impulsive-control issues, behavioral problems and depression.

"When you combine those symptoms, it helps understand abnormal behavior. It makes sense that people are more susceptible to having these sorts of breakdowns, if you will, with this disease, but you can never say the disease caused them to kill themselves, for example."

Said Barnaby: "It's not the con□cussions that make me do anything. It skews your point of view or can give you a not-care attitude when you don't [recognize] what triggers it. I'm responsible for my actions. Concussions don't make you do anything. You're always responsible for you're own actions. Anyone who says they aren't is absolutely lying."

## Primeau fears unknown

Former Flyers center Keith Primeau, whose career ended in 2006 with post-concussion syndrome, is among a growing number of athletes willing to donate their brains to Sports Legacy.

He still suffers from symptoms more than four years after his last one and has become one of the most vocal sports figures when it comes to identifying and treating brain injuries.

"I'm very realistic, and I know that I damaged my brain," Primeau said. "I've told my wife and children the same thing. I hope I'm here for a very long time. But there's also the reality that I damaged my brain. I'm not afraid of when it's going to turn but how quick it will be. I don't think it's going to be tomorrow, but you never know."

Primeau said he never contemplated suicide, but he wondered during his lowest moments if death was somehow a better option than living with concussion-related problems. He

was essentially a recluse in his South Jersey home 18 months after his last blow. He once found himself crying uncontrollably over his fate.

"When you wake up every day and you have a headache, or you're in a fog, or your vision is blurred, or it's something that just doesn't feel right, it puts huge stress on your level of emotion," Primeau said. "I just broke down in tears. I couldn't believe I felt the way I did that far removed from the injury. It feels like it's never going to get better."

## Solutions

The NHL years ago addressed the issue with guidelines teams and players were encouraged to follow. Players showing signs of a concussion must be examined by a doctor and be symptom free for a week before resuming activity.

The NFL, after years of loose guidelines, has become aggressive in monitoring shots to the head. Both leagues have issued fines and suspensions for head hits they deemed were deliberate against other players.

One key element of treatment is awareness. Former Bills quarterback Jim Kelly once prescribed a couple of beers for himself after getting dinged. Players for generations have dismissed concussions after making a quick recovery from getting their "bell rung." Cantu, the neurologist, said most don't know they likely suffered at least a mild concussion.

"I remember fighting Stu Grimson one night in Anaheim and playing the next night," former Sabres tough guy Rob Ray said. "I went out for warm-up [in Los Angeles] and couldn't turn left. All I could do was turn right and skate in circles. It's different now. Back then, you were so afraid of losing your job, so you sucked it up."

Nowinski pointed to a study that showed only 10 percent of all concussions are diagnosed. Fifty percent of football, hockey and soccer players have concussion symptoms every year, but only 5 percent are reported. In many cases, players don't realize they have had a concussion because their brains aren't properly functioning.

"Teammates almost always know when a guy is banged up," Nowinski said. "They have to report each other. If you knew your buddy could die if he stayed in the game and took another hit to the head, you're obligated to speak up."

According to SportsConcussions.org, 19 states have passed laws designed to manage concussions. Some include mandatory removal of athletes from any game or practice when a concussion is merely suspected, and the player would not be allowed to participate until he was cleared by a doctor. More than 20 other states, including New York, have similar bills pending. Congress is considering legislation that could become a national law.

Prevention is almost impossible given the nature of contact sports, but there are ways to dramatically reduce concussions. One way to limit them is decreasing the amount and intensity of hitting in practice.

"High school players are taking almost 2,000 blows to the head at over 20 G's [gravitational acceleration] per year with 75 percent happening in practice," Nowinski

said. "You can change that tomorrow. You dramatically reduce that in practice and everybody's exposure is reduced by half. It's a simple solution."

Another is eliminating the macho mentality that often comes with athletes. Many on all levels are slow to acknowledge any injury because they want to prove their toughness, believe they can overcome pain, or fear losing their places in the lineup.

Experts say there's no connection between concussions and a lack of toughness. Simply, a brain injury is a brain injury. But it's not enough to stop everybody.

Fifteen years after his first concussion, Barnaby was playing for Dallas when he squared off with Anaheim winger Shawn Thornton, now with Boston, in what looked like an ordinary fight. Barnaby temporarily lost vision in his left eye, which hardly stopped him from charging Thornton later in the game and getting ejected.

Barnaby returned the next night and played six more games for the Stars. He had another fight against Phoenix's Josh Gratton on Jan. 9, 2007, before telling team doctors he had a few minor headaches.

In truth, he had lost vision again in the same eye. It was the last game of his memorable 14-year career.

"There's nothing I can do about it now," Barnaby said. "There's nothing preventative now. Time will tell, but I can't live my life every day thinking I might die because of it. It's not the way I live my life. If I die a few years earlier, I had a pretty damn good life."

*bgleason@buffnews.com*

---

# Comments

**SORT:** NEWEST FIRST | OLDEST FIRST

Fighting detracts from hockey; it is nonproductive and distracting. I think it should be banned. The only sport fighting should be allow in is boxing, and I'd like to see boxing banned also.

**DAVID MUSCALO, LAFAYETTE, NJ** on Tue May 24, 2011 at 09:07 AM

🚩 FLAG AS INAPPROPRIATE

---

I think folks should now have a better idea as to the strain that a barnaby/ray type player put on their bodies and brains. I'm very happy with less fighting in hockey. In most cases, it is one teams fighter against the others and what does that prove?

**CHRIS SAJDA, CANTON, GA** on Tue May 24, 2011 at 01:35 AM

- Scoreboard
- Leaders

Updated: May 23, 2011, 5:20 PM

Matthew Barnaby still remembers his first visit to La-La Land, at which he arrived on a nonstop flight via Steve Searles' right hand during the 1991-92 season. Barnaby was carving a name for himself as a feisty 18-year-old winger for Beauport in the Quebec Major Junior Hockey League.

If you thought Barnaby was a mouthy, pugnacious scrapper during his NHL career, you should have watched him in his early days. He had 29 goals and 66 points in 63 games in 1991-92, impressive numbers dwarfed by his 476 penalty minutes, including 33 fighting majors that accentuated his style over his ability.

He weighed 148 pounds when he reported to Sabres' training camp in 1992 and was involved in 13 fights in his first three days. He had 77 fights in junior, 27 in the American Hockey League and 185 more in the NHL. His eagerness to take on the world explains why, upon waking up in the dressing room from the Searles fight, he had an immediate response to this question:

"Are you ready to go?" coach Allain Chainey asked.

"Abso-freaking-lutely," Barnaby said.

He gained his feet, took a few wobbly steps and fell on his face like a newborn calf.

It marked the first severe concussion of Barnaby's career, but it was hardly the last. Now, with new research into head injuries and a growing list of athletes falling victim to them, he fears he could someday experience much bigger problems. Scientists who for years studied concussions found similarities among athletes who have suffered head trauma and varying degrees of brain damage.

The list of concussed athletes who failed to reach the average life span of a male in the United States is long and disturbing. Many weren't aware that they had problems until much later in life before suffering downward and sometimes tragic turns.

"Obviously, it's scary and it's nerve-racking when you hear about these things happening to people," Barnaby said last week. "Maybe 'scared' is the wrong word because I don't know. Not knowing is what's nerve-racking, but I live pretty well day to day. You just don't know. There's a chance we're all going to get cancer."

Barnaby's mentality was the same between his first major concussion and his last. The former Sabres winger estimated he had at least a dozen concussions in all, about half of which were diagnosed. It sounds about right. He played as if he had taken too many shots to the head. He was a loose cannon, an agitator, an instigator, a punk.

Here's a little secret: It was an act, an orchestrated approach to stay in the NHL by any means possible. He says he purposely took punches until his opponent grew tired so he could rally in the end. Remember his exit from Buffalo, when he ran his mouth until the Sabres could take no more and traded him to Pittsburgh? Contrived.

"When I was crazy and nuts, it was all calculated," Barnaby said. "I thought about it for hours, days and months. The trade thing [in Buffalo], I went home and thought about it. How can I make more money and how can I be used more effectively? It wasn't a knee-jerk reaction to be an idiot. I thought about these things. I weighed everything."

Perception doesn't always match reality.

Barnaby appeared to make a smooth transition into retirement. He was a natural as an analyst for ESPN and TSN. He was intelligent, insightful, witty, well-spoken and, of course, bold in his opinions. By most accounts, he had his life together after the cheering stopped.

Here's the irony: Barnaby came off like a kook when he played but actually had everything in order. When everything appeared to be fine, his life was a mess. The domestic dispute May 13 involving his estranged wife, the former Christine Cardarella, and her male friend appears to fall in line with other erratic behavior after he left the game.

Barnaby spent a night in jail and was released on his own recognizance. He would not comment on the case, which is pending.

Known as a good guy off the ice, Barnaby's behavior became unpredictable in the first two years after he retired in 2007. He was short-tempered and irritable, two qualities among many he now believes cost him his marriage and turned him into a different man. Looking back, he's convinced the concussions compounded problems he already had while adjusting to life after hockey.

During an interview in November, he did not solely blame the shots to his head for his problems, but he wondered if they were contributing factors.

"I was always cocky on the ice because that's the way I had to play, but when I left the rink I was always a good guy to my friends and my family," Barnaby said at the time. "And I lost that. I lost it. It happened right after I retired and after two bad concussions, back to back. There has to be a direct correlation between the two."

Recent research into concussions could support his theory.

"My attitude for two straight years changed who I was," he said. "I lost a sense of who I was for two years. I didn't like the father I was becoming. I didn't like anything. The biggest part of me is that I snap, and I snap on anything. I would have a temper. I've never been one to snap off [the ice]. I was totally away from my family and what I was proud to become. I got away from that."

### The victims

The past two years, Barnaby said, have been better despite his recent marital issues. Others have experienced much worse. A study conducted by Boston University found evidence that appeared to link head trauma in sports with health issues and untimely deaths.

West Seneca native and former Pittsburgh Steelers tackle Justin Strzelczyk died in a chase with police that ended when he crashed his vehicle into a gasoline tanker on the Thruway.

Hard-hitting Eagles safety Andre Waters and Steelers offensive lineman Terry Long committed suicide several years after they retired.

Professional wrestler Chris Benoit killed his wife and son before committing suicide. University of Pennsylvania football player Owen Thomas killed himself. Steelers center Mike Webster died of a heart attack at age 50 after spending years homeless while battling depression and memory loss and becoming more violent.

Former Bears safety Dave Duerson, a man known for his intelligence before he headed into a downward spiral, committed suicide in February. In 2007, he testified for the NFLPA's player benefits board at a Senate Commerce Committee hearing, questioning whether his problems were related to football.

Doctors found evidence that all suffered from Chronic Traumatic Encephalopathy, a disease that's caused by repeated hits to the head. Boston University released a study in which experts believe there's a direct link between head injuries and Lou Gehrig's Disease.

"I don't want to say that was the reason," Alicia Duerson, his ex-wife, told the Chicago Tribune shortly after his death. "I don't want to give a reason because I don't know. I only know what he told me: Get my brain to the NFL. I think there is something wrong with the left side of my brain.'"

The aforementioned are among the athletes whose families have donated samples of their brains for extensive examination to Sports Legacy Institute, which is working with BU. The nonprofit group was co-founded by former Harvard football player and pro wrestler Chris Nowinski, whose own career ended after several concussions. A few years ago, Nowinski started a movement to collect the brains of athletes upon their deaths. About 400 agreed to donate their brains to science. Barnaby said he planned to add his name to the registry.

"It's a shame it took so long because a lot of athletes have been suffering unnecessary brain damage along the way," Nowinski said. "It's certainly disturbing to look at the amount of destruction to the brain for contact-sport athletes, especially football players. Just to think that playing football as a young man can cause a disease that destroys your brain cells, destroys your being, in as early as your 30s or 40s, is disturbing."

On the same day Barnaby was arrested, New York Rangers tough guy Derek Boogaard was found dead in his Minnesota apartment. The 28-year-old had not played since suffering a concussion in December. A medical examiner ruled he died accidentally after mixing alcohol and oxycodone, a powerful painkiller. Was the concoction related to a deeper problem? His family donated his brain to BU, where doctors will examine his brain for CTE.

Late hockey tough guy Bob Probert, who had drug and alcohol problems before he died of an apparent heart attack at age 45, was found to have suffered from CTE.

Dr. Robert Cantu, who with Nowinski co-founded Sports Legacy, wonders if former Bills great O.J. Simpson is a living victim of CTE. Simpson's erratic and violent behavior is consistent with that of others who suffered from the disease.

"There's a brain I would love to study," said Cantu, a clinical professor of neurosurgery at Boston University School of Medicine and one of the nation's top sports concussion specialists. "I don't know, but I really wonder. With his inability to handle frustrating circumstances, violence and all that stuff, it could be.

"It's hard to know. I'm not suggesting I know the answer, but if and when the time comes I would give anything for him to be on our registry."

Experts said all irrational behavior cannot be blamed on CTE, but it also cannot be ruled out when it comes to athletes or others who have suffered multiple concussions. Cantu wondered if former NFL linebacker Junior Seau, who last year drove his vehicle off a cliff after a domestic dispute, could be suffering from the disease. Nobody knows for sure. Doctors cannot diagnose CTE in living people, leaving many unanswered questions until their deaths.

"It's difficult to connect brain disease to specific actions," Nowinski said. "We know when you look at the group, they're far more likely to be having memory problems, impulsive-control issues, behavioral problems and depression.

"When you combine those symptoms, it helps understand abnormal behavior. It makes sense that people are more susceptible to having these sorts of breakdowns, if you will, with this disease, but you can never say the disease caused them to kill themselves, for example."

Said Barnaby: "It's not the con□cussions that make me do anything. It skews your point of view or can give you a not-care attitude when you don't [recognize] what triggers it. I'm responsible for my actions. Concussions don't make you do anything. You're always responsible for you're own actions. Anyone who says they aren't is absolutely lying."

## Primeau fears unknown

Former Flyers center Keith Primeau, whose career ended in 2006 with post-concussion syndrome, is among a growing number of athletes willing to donate their brains to Sports Legacy.

He still suffers from symptoms more than four years after his last one and has become one of the most vocal sports figures when it comes to identifying and treating brain injuries.

"I'm very realistic, and I know that I damaged my brain," Primeau said. "I've told my wife and children the same thing. I hope I'm here for a very long time. But there's also the reality that I damaged my brain. I'm not afraid of when it's going to turn but how quick it will be. I don't think it's going to be tomorrow, but you never know."

Primeau said he never contemplated suicide, but he wondered during his lowest moments if death was somehow a better option than living with concussion-related problems. He

was essentially a recluse in his South Jersey home 18 months after his last blow. He once found himself crying uncontrollably over his fate.

"When you wake up every day and you have a headache, or you're in a fog, or your vision is blurred, or it's something that just doesn't feel right, it puts huge stress on your level of emotion," Primeau said. "I just broke down in tears. I couldn't believe I felt the way I did that far removed from the injury. It feels like it's never going to get better."

## Solutions

The NHL years ago addressed the issue with guidelines teams and players were encouraged to follow. Players showing signs of a concussion must be examined by a doctor and be symptom free for a week before resuming activity.

The NFL, after years of loose guidelines, has become aggressive in monitoring shots to the head. Both leagues have issued fines and suspensions for head hits they deemed were deliberate against other players.

One key element of treatment is awareness. Former Bills quarterback Jim Kelly once prescribed a couple of beers for himself after getting dinged. Players for generations have dismissed concussions after making a quick recovery from getting their "bell rung." Cantu, the neurologist, said most don't know they likely suffered at least a mild concussion.

"I remember fighting Stu Grimson one night in Anaheim and playing the next night," former Sabres tough guy Rob Ray said. "I went out for warm-up [in Los Angeles] and couldn't turn left. All I could do was turn right and skate in circles. It's different now. Back then, you were so afraid of losing your job, so you sucked it up."

Nowinski pointed to a study that showed only 10 percent of all concussions are diagnosed. Fifty percent of football, hockey and soccer players have concussion symptoms every year, but only 5 percent are reported. In many cases, players don't realize they have had a concussion because their brains aren't properly functioning.

"Teammates almost always know when a guy is banged up," Nowinski said. "They have to report each other. If you knew your buddy could die if he stayed in the game and took another hit to the head, you're obligated to speak up."

According to SportsConcussions.org, 19 states have passed laws designed to manage concussions. Some include mandatory removal of athletes from any game or practice when a concussion is merely suspected, and the player would not be allowed to participate until he was cleared by a doctor. More than 20 other states, including New York, have similar bills pending. Congress is considering legislation that could become a national law.

Prevention is almost impossible given the nature of contact sports, but there are ways to dramatically reduce concussions. One way to limit them is decreasing the amount and intensity of hitting in practice.

"High school players are taking almost 2,000 blows to the head at over 20 G's [gravitational acceleration] per year with 75 percent happening in practice," Nowinski

said. "You can change that tomorrow. You dramatically reduce that in practice and everybody's exposure is reduced by half. It's a simple solution."

Another is eliminating the macho mentality that often comes with athletes. Many on all levels are slow to acknowledge any injury because they want to prove their toughness, believe they can overcome pain, or fear losing their places in the lineup.

Experts say there's no connection between concussions and a lack of toughness. Simply, a brain injury is a brain injury. But it's not enough to stop everybody.

Fifteen years after his first concussion, Barnaby was playing for Dallas when he squared off with Anaheim winger Shawn Thornton, now with Boston, in what looked like an ordinary fight. Barnaby temporarily lost vision in his left eye, which hardly stopped him from charging Thornton later in the game and getting ejected.

Barnaby returned the next night and played six more games for the Stars. He had another fight against Phoenix's Josh Gratton on Jan. 9, 2007, before telling team doctors he had a few minor headaches.

In truth, he had lost vision again in the same eye. It was the last game of his memorable 14-year career.

"There's nothing I can do about it now," Barnaby said. "There's nothing preventative now. Time will tell, but I can't live my life every day thinking I might die because of it. It's not the way I live my life. If I die a few years earlier, I had a pretty damn good life."

*bgleason@buffnews.com*

# Comments

SORT: NEWEST FIRST | OLDEST FIRST

Fighting detracts from hockey; it is nonproductive and distracting. I think it should be banned. The only sport fighting should be allow in is boxing, and I'd like to see boxing banned also.

**DAVID MUSCALO, LAFAYETTE, NJ** on Tue May 24, 2011 at 09:07 AM

🚩 FLAG AS INAPPROPRIATE

I think folks should now have a better idea as to the strain that a barnaby/ray type player put on their bodies and brains. I'm very happy with less fighting in hockey. In most cases, it is one teams fighter against the others and what does that prove?

**CHRIS SAJDA, CANTON, GA** on Tue May 24, 2011 at 01:35 AM

# EXHIBIT 100

# WWE's Masked Plague: Why Chair Shots Should Be Banned in Professional Wrestling

*By RiZE, Senior Writer*  Jul 29, 2011

SHARE

TWEET

Use your ← → (arrow) keys to browse more stories

NE

WWE's Masked Plague: Why Chair Shots Should Be Banned in Professional Wrestling

**3.4K**
Reads

**71**
Comments

Eric Kanes vs. Rize

Topic: Why chair shots should be banned

A **chair shot.**

Those words can spark a mixed array of emotions and ultimately describe the dark side of pro wrestling. From the shock of the impact, excitement of nostalgia, and the disgust at the site of blood (blade job), a chair shot has always aided a match/segment by providing the "real" feeling pro

wrestling unmistakably lacks.

While fans overwhelmingly favor the usage of chairs in pro wrestling, they fail to realize what it's doing to the target Superstar. One way to describe a chair shot and its profound effect on a WWE Superstar is the lyrics of the hit song, *"Bring me to life"* by Evanescence.

*"Bid my blood to run, before I come undone."*

This strange commodity has had its fair share of victims. The numerous injuries, early retirements, and accompanying health issues have gotten to a point where I believe all forms of chair usage should be exiled.

I know what you're asking yourself. Why?

*"Since chair shots of today are less effective and more protected, why should chair shots be banned?"*

An error occurred.

Try watching this video on www.youtube.com, or enable JavaScript if it is disabled in your browser.

2/6/2016
Case 3:15-cv-01074-JAM Document 103-1 Filed 08/01/16 Page 314 of 331
WWE's Masked Plague: Why Chair Shots Should Be Banned in Professional Wrestling | Bleacher Report

Before you write this article off, let's examine the reasons why I believe chair shots should be banned.

### Medical Issues

The primary reason chair shots should be removed from pro wrestling is the risk of injury to the target.

The usage of chairs has shortened dozens of pro wrestling careers. The majority of these superstars suffered injuries that have eventually led to their retirement. The risk of injury was highlighted by the shocking retirement of former World Heavyweight Champion, Edge.

In 2003, Adam Copeland suffered a severe neck injury. The Rated R Superstar underwent a surgery that placed a metal plate and screws in his neck. Because of this, Edge knew his time as a WWE Superstar would be limited.

The injury sidelined Edge for almost a year.

In case you've missed my point, the primary target of a chair shot is the skull. If swung with enough force, a chair shot to the skull could cause a considerable amount of damage to the neck and spinal areas.

With Edge being a victim of multiple chair shots after the injury, it's highly possible that Edge would be an active member of the WWE roster today.

An error occurred.

Unable to execute JavaScript.

Edge's case is a shocking one but he's just the tip of the iceberg when it comes to injuries sustained by a chair shot.

Fellow Canadian Chris Benoit was said to have suffered multiple concussions during his time in the WWE. The primary cause of these concussions was chair shots Benoit sustained in multiple matches.

These multiple concussions eventually led to a considerable amount of brain damage. This eventually leads to chronic traumatic encephalopathy (CTE). CTE can eventually lead dementia and a number of strange/violent emotions.

Former professional wrestler, Andrew "Test" Martin, unwittingly suffered from the disease.

The number of professional wrestlers who have suffered concussions is a cruel notion to my argument. From Mr. Anderson and Randy Orton to Test and Chris Benoit, chair or not, concussions aren't to be taken likely.

In the end, from the head to other parts of the

human anatomy, chair shots have always proven to have a negative effect on its target. As pro wrestling fans, we should invest our interest in the well being of the performers instead of anticipating a **cheap pop** from a chair shot.

This brings me to my next point.

### *They're pointless*



Chris Benoit is arguably the biggest victim of concussions associated with chair shots.

I'll be the first to admit, wrestling would have an odd feeling. That being said, as fans, we can adjust to the idea in favor of product quality. Like I stated above, the primary reason for a chair shot is a cheap pop. Hardcore Legend Mick Foley also dislikes the usage of chair shots.

> *"It was overused, it was an easy pop, guaranteed reaction and they have showed that when you use it sparingly as in The Undertaker-Triple H match at WrestleMania that a chair really means something."*

My point is the use of a chair shot is no longer needed as it's easy to spark a crowd reaction based on moves inside the squared circle.

For example, CM Punk vs. John Cena received a

five-star match rating. The match revolved around pure wrestling skill and refused to incorporate weapons, as the crowd was already responsive to the in-ring action.

While the Punk/Cena match received a five star rating while Undertaker/Triple H was panned as forgettable compared to Taker's bouts with Shawn Michaels.

Simply put, chair shots don't add much to the match and aren't essential as they once were.

## END

In closing, I'd like to say chair shots have played their role in pro wrestling history. A number of matches/segments would've been less effective had the chair not been used.

With that being said, I would rather witness WWE Superstars hang it up on their terms. We've lost too many Superstars because of the effects of a chair shot.

Injuries are serious.

This is a contact sport, and despite the smoke and mirrors associated with professional wrestling, these performers are subject to injury.

As I watch RAW and SmackDown each week, it's tough realizing I'll never experience the exhilarating feeling that comes once "Metalingus" by Alter Bridge explodes through the arena.

# EXHIBIT 101



SPORTS

# At Last, Football Faces Concussion Problems Head-On

Updated August 14, 2011 · 8:35 PM ET
Published August 14, 2011 · 5:58 PM ET

---

### Listen to the Story

All Things Considered                                                                11:28

Embed        Transcript



Green Bay Packers Quarterback Matt Flynn goes down hard during a preseason game vs. the Cleveland Browns on August
13. (Photo by Jason Miller/Getty Images)

*Jason Miller/Getty Images*

The NFL got back to the playing field this past week for its first preseason games since the players and owners agreed to a new collective bargaining agreement. But the scene at NFL training camps is a bit different this year.

New rules now limit the amount of full-contact practice that players can participate in. Gone are the grueling summer two-a-days.

These rules were put in place to address growing concerns about player injuries, concussions in particular. Medical research suggests that the bone-crunching hits that energize fans have serious health consequences for players long after they hang up their pads.

**Warnings From A Former Player**

Chris Nowinski isn't your typical Harvard graduate. After earning a degree in sociology and spending four years on the football team, Nowinski made his professional wrestling debut in 2001.

Two years later, he suffered a bad concussion, but tried to keep wrestling. The post-concussion symptoms became so severe that Nowinski had to take an extended absence, and eventually retired in May 2004.

Nowinski's own concussion experience led him to write a book on the subject and found a group called the Sports Legacy Institute to research athletic trauma. He's concerned about players with concussion histories who continue to play.

The standard for diagnosing the seriousness of a concussion is how long the symptoms last, he says. "The longer the symptoms last, the more of an indication it might be that maybe you should hang it up," Nowinski tells David Greene, guest host of weekends on *All Things Considered*.

Nowinski's Sports Legacy Institute has done research into a condition called chronic traumatic encephalopathy, or CTE. This degenerative disease has been diagnosed in many retired football players, and may have led to the suicide of former Chicago Bears player Dave Duerson earlier this year.

"If you're an athlete thinking about your future," Nowinski tells Greene, "a lot of the

guys who have long-term problems never had a problem when they were active athletes."

Out of the first 15 former football players his team examined, 14 had CTE. Nowinski sums up his research bluntly: "I think we've found that playing a lot of football is a very dangerous proposition."

**Concussions Under Friday Night Lights**



Spencer Helgren from West Ishpeming, Mich., plays offensive and defensive line for the Westwood High Patriots. During two games last season, Helgren took several hard hits that led to a six-month, 24-hours-a-day headache.
*Submitted Photo/University of Michigan Public Relations*

One high school player that Nowinski might worry about is Spencer Helgren from West Ishpeming, Mich. He plays offensive and defensive line for the Westwood High School Patriots.

In the third quarter of a game late last season, Helgren took a head-to-head hit from

another lineman. He thought he was OK, and went back to cover a punt a few plays later. He was knocked down by a blocker, and after hitting the ground, he began to cry.

"I'm not the kind of guy that cries ever," he says. "I'm one of those guys that's kind of like a wall."

He knew something was up, but passed all of the team trainer's concussion test. And then he was cleared to play the next week.

In that game, Helgren suffered another head-to-head hit, and this time, he wasn't allowed back to the field.

"That's what started the six-month, 24-hour-a-day splitting headache that never went away," he says.

## A Coach's View

The seriousness of both the short- and long-terms symptoms of head injuries make coach Jamey DuBose of Prattville High School in Alabama very careful when a player takes a big hit.

"If it's a head injury, we don't risk," DuBose tells guest host David Greene. "We just had a scrimmage Friday night and we had a kid take a big shot on a kick return. The kid was shaken up a little bit and we sat him down for the rest of the night."

DuBose, whose team is ranked No. 1 in the nation this fall by Rivals.com, says this caution is the result of new awareness about the seriousness of concussions.

"If I would've been a coach 10, 15 years ago, that player would have been back out there playing again," he says.

But even with this new awareness, players still want to get out onto the field and hit their hardest. Helgren himself says that he plans to return to his team this fall.

Because player behavior is so difficult to change, many are trying to figure out ways to at least limit the damage on a player's head.

## Engineering a Solution

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 323 of 331

Researcher Stefan Duma of Virginia Tech University has been studying how the human body responds to extreme impacts — during war, say, or auto accidents. A lifelong football fan, Duma began looking into sports impacts about 10 years ago.

A big-time football school like Virginia Tech has proved to be an ideal research environment.

Since 2003, Duma and his team have measured every head impact that each player experiences in every practice and every game. He says that typical impacts - the ones that occur 15 to 20 times on every play - have a strength of 30 to 40 times the force of gravity.

But the biggest hits are much more intense - up to 150 times the force of gravity.

"That's at the level of a severe car accident," he says.

Duma started testing how well different models of football helmets cushion these extreme impacts. And his team gave each one a star rating.

The newest, safest helmets got four to five stars — and he says they could cut risk of concussion in half.

The most popular helmet in the NFL last year — and the one worn by about half of Virginia Tech's players — got a paltry one-star rating. Now, because of Duma's research, every Hokie player will suit up this fall with a brand-new five-star helmet.

Duma admits that the best way to limit concussions is for players to tackle properly. Though they may feel invincible donning the latest armor, football players are still soft-tissue humans, vulnerable to the immense forces of the game.

© 2016 npr

SHARE

# EXHIBIT 102

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 325 of 331

# The Washington Post

Back to previous page



# In Chicago, education and prevention play key roles in plan to attack head injuries

## By Associated Press, Published: August 22

CHICAGO — That familiar sadness struck Chris Nowinski when he heard about former NFL player Corwin Brown's recent standoff with police and self-inflicted gunshot wound.

He was hardly shocked, though, when relatives suggested the degenerative brain disease chronic traumatic encephalopathy might be to blame for the incident in Indiana earlier this month.

"There's a good chance they're right," he said.

As the CEO of the Sports Legacy Institute at Boston University, Nowinsky has studied closely the effects of repeated blows to the head, an issue that has become a hot-button topic in recent years. He spoke Monday at a workshop for high school coaches, administrators and trainers in Chicago, a city that in January passed an ordinance requiring public and private schools to take athletes who show concussion symptoms off the field. It also fines schools if they allow youngsters to participate with concussions.

The long-term effects of repeated blows to the head have dominated discussions in the NFL, around the NCAA and into the prep ranks for some time now, with states passing laws intended to protect young athletes from trauma. Many remember pro wrestler Chris Benoit's suicide after murdering his wife and young son in 2007. He showed signs of CTE.

Case 3:15-cv-01074-JAM Document 193-1 Filed 08/01/16 Page 326 of 331

So did Dave Duerson, the former Pro Bowl safety who helped those nasty 1985 Chicago Bears shuffle their way to the championship. He committed suicide in February. Bob Probert, who spent part of his career as one of the NHL's greatest enforcers with the Chicago Blackhawks, had the disease, too.

Then there's Brown, a former Notre Dame defensive coordinator who was taken from his home after a nearly seven-hour standoff with police in Granger, Ind. He faces three felony counts for allegedly holding his wife hostage with a handgun and bruising her during the standoff, and his family released a statement painting a gloomy picture of a man who has become distant, suspicious and depressed since leaving the field.

His relatives believe he, too, might have CTE.

The NFL and NHL require players who have suffered concussions to be cleared by an independent neurologist before they're allowed to play again. The NFL also made significant changes in offseason workout schedules, reducing team programs by five weeks and cutting organized team activities (OTAs) from 14 to 10 sessions as part of the new labor deal. Practice time and contact is more limited now, too, but youth and high school players don't have a union on their side.

They're relying on the adults to look out for their best interests. They're also more susceptible to concussions because their bodies are still developing and they're not necessarily using the best equipment. Young children might not possess the language skills to alert coaches who might not recognize the symptoms that there is a problem.

That's why, officials say, education is so important.

"There's no lobby for 8-year-old kids," Nowinski said. "There are coaches out there doing four full days of practices a week, 50 times a year having these kids collide, suffering brain trauma. Unnecessary."

A product of suburban Arlington Heights, Ill., Nowinski is one of four chairmen of the Chicago Concussion Coalition. The group will be conducting about 40 workshops over the next year like the one on Monday, an event that had some celebrity power to go with politicians and doctors.

It included former Bears linebacker Hunter Hillenmeyer and Smashing Pumpkins front man Billy Corgan.

"You think of concussions, you think of it as a football issue," said Hillenmeyer, who missed almost all of last season because of a concussion he suffered in the preseason and got released. "That's not necessarily the case."

Corgan figures he suffered at least one concussion and it "might have been 20, it might have been 15, it might have been 40" playing youth baseball, basketball and football, although he never was diagnosed. He said he remembers getting knocked out by an inadvertent elbow to the face in a basketball game, but back then, blows to the head weren't taken so seriously. Players just got their bell rung and were soon back in the game.

"There was no culture there to say, 'Are you OK?'" said Corgan, who's from the Chicago area and took up the guitar when he didn't make those high school teams. "Getting your head hurt was like, that's something you could overcome."

Now, ironically, Corgan is running his own independent pro wrestling organization — Resistance Pro.

Case: 3:15-cv-01074-JAM    Document 193-1    Filed 08/01/16    Page 327 of 331

He's taking steps to minimize long-term damage by banning dangerous moves as "chairshots" to the head and making it clear wrestlers who use them won't perform for him again.

"You can't take all the risk out, but you can minimize the risk," he said.

Copyright 2011 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**Sponsored Links**

**Laser Spine Institute PA**
Safe Outpatient Procedure. Relief from Back Pain in Less than 1 Week!
www.LaserSpineInstitute.com

**$500,000 Life Insurance**
No Exam Necessary. Same- day coverage as low as $6.month. Free Quotes
USAcoverage.com

**Mortgage Rates Hit 2.50%**
Homeowners Are Using This Ridiculously Easy Trick To Pay Off Their Homes In Half The Time! (3.1 APR)
www.SeeRefinanceRates.com

                                                    **Buy a link here**

© The Washington Post Company

# EXHIBIT 103

11/16/11

Concussion crisis: Hard hits make big impact | concussion, concussions, a...

| REAL ESTATE | JOBS | CARS | DEALS | CLASSIFIEDS | PLACE AN AD | | SIGN-IN/SIGN-UP | SUBSCRIBE | E-REGISTER | CUSTOMER SERVICE | TODAY'S PAPER |

## SPORTS

SURF REPORT/CAMS | 59.0°F in Santa Ana | LIVE TRAFFIC

HOME   NEWS   **SPORTS**   BUSINESS   ENTERTAINMENT   LIFE   TRAVEL   OPINION

Angels | Blogs | Clippers | Colleges | Columns | Dodgers | Ducks | Fan Shop | Play Fantasy | Golf | Lakers | MMA and Boxing | NFL | OC Varsity | Photos | UCLA | USC | Videos | Pro highlights

Published: Nov. 12, 2011 Updated: Nov. 14, 2011 11:42 a.m.

# Concussion crisis: Hard hits make big impact

Tweet    Share    ✉ Email

**Tustin Pizza**
*53% off! $7 for 15" Takeout or Delivery at Tustin Pizza!*

By DAN WOIKE / THE ORANGE COUNTY REGISTER

Before Blake Ayles was the best tight end to come out of Orange County since future NFL Hall-of-Famer Tony Gonzalez, he was on his back, ready for a one-on-one faceoff with his team's star running back.

He sprang to his feet, and at full speed, collided with the running back. Ayles thinks it was his first concussion.

ADVERTISEMENT



A serious concussion ended former Orange Lutheran High star Blake Ayles' football career this summer while he was playing football at the University of Miami.

*AL DIAZ, MIAMI HERALD*

MORE PHOTOS »

ADVERTISEMENT

He was 12.

"All you're told is to just go and hit someone," Ayles said. "I've been doing that ever since, but I can't anymore."

More than seven concussions later, Ayles is in Coral Gables, Fla., a 22-year-old retiree from football with an uncertain future and serious concerns over his long-term health.

Ayles should be finishing college at Miami, getting ready for the inevitable career in the NFL that football fans throughout Orange County had pegged him for since he starred at Orange Lutheran.

Instead, without football in his life for the first time in as long as he can remember, Ayles is hurting.

Part of him is worried. Part of him is scared. And part of him is relieved.

A serious concussion ended Ayles' football career this summer, and while the pressure inside of his skull may have subsided, the regrets over a concussion-filled past make him wonder what would have happened had he done things differently.

"I really wish I took more time (to recover)," Ayles said. "I remember days where I couldn't even remember a practice until the next day when we'd watch film. That wasn't a good feeling.

"But it's kind of a relief now that I don't have to take any more hits."

Like many athletes, Ayles was exposed to concussions at a young age and put himself at further risk by not recognizing or understanding the severity of the injury.

High schools around California are operating with increased sensitivity to concussions, but there is little question that there is so much more to be done in terms of education, treatment and prevention.

But at least people are talking.

"They've always been there," Los Alamitos



**Related**

SLIDE SHOW: Concussion crisis: Hard hits make big impact 5 Photos »

GRAPHIC: Concussion crisis: Hard hits make big impact

• Concussion crisis: Young O.C. star forced to retire

**More from Sports**

• O.C. football: Predicting CIF playoff winners
• Is Matt Leinart ready to start?
  54 minutes ago
• Duck Takes: Dan Ellis on the former Ron Artest
  2 hours & 27 minutes ago

**Recommended for You**

• Fire Authority's eternal flame memorial damaged in crash

**More information on concussions**
• The Center for Disease Control:
  www.cdc.gov/traumaticbraininjury/
• CIF Health & Safety center:

11/16/11                    Concussion crisis: Hard hits make big impact | concussion, concussions, a...

- www.cifstate.org/index.php/the-latest-news/concussions
- The Concussion Blog: theconcussionblog.com
- Sports Legacy Institute: www.sportslegacy.org

**Concussion symptoms**

- Difficulty thinking clearly
- Feeling slowed down
- Difficulty concentrating
- Difficulty remembering new information
- Headache
- Fuzzy or blurry vision
- Nausea or vomiting (early on)
- Dizziness
- Sensitivity to noise and light
- Balance problems
- Feeling tired, having no energy
- Irritability, sadness, more emotional, nervousness or anxiety
- Changes in sleep

*Courtesy of the Center for Disease Control*

football coach John Barnes said. "But we weren't as worrisome as we are now."

**UNDERSTANDING CONCUSSIONS**

In the simplest terms, a concussion occurs when a blow to the head or torso forces the brain to push back and forth against the inside of the skull. It is classified as a traumatic brain injury (TBI) and impedes the brain's ability to function.

And, far too often, concussions go undiagnosed and under-reported.

"We've set up systems where we expose children to an extraordinary amount of brain trauma through repetition that we're not paying attention to," concussions expert Christopher Nowinski said. "Kids don't realize that they're putting themselves at risk of sudden death. They don't realize they're putting themselves at risk for future problems if they don't let their concussions heal properly."

Nowinski, an all-Ivy League football player at Harvard, went on to a career in the World Wrestling Entertainment before a concussion forced his retirement in 2004.

- O.C. firm among 20 'Best Small Companies'
- Free sausage biscuit Wednesday at Carl's Jr.
- Sex offender convicted of violating park ordinance
- Hot topics: Plastic surgery & Madonna, celebrity look-alikes, 'Real Housewives' and more ...
- Teen runner collecting shoes for Ethiopians
- Tuition-increase proposal prompts Cal State Fullerton protest

Powered by  newstogram

ADVERTISEMENT

Diagnosed with post-concussion syndrome, Nowinski founded the Sports Legacy Institute – a not-for-profit organization dedicated to solving the issue of sports concussions. His work has been featured on numerous national TV programs, including HBO's "Real Sports" and ESPN's "Outside the Lines."

Nowinski said the biggest issue high schools are facing when it comes to concussions is a lack of understanding.

"The most important things a school or a program can do are free," he said. "You can get to a pretty decent place by getting education preseason for your coaches, parents and athletes. And the quality of that education is very important."

While football is most frequently tied to concussions, sports such as soccer also place athletes at risk. Nowinski said something as simple as heading a soccer ball multiple times has medical professionals worried about the ties to TBIs.

The stats Nowinski, working on his doctorate in behavioral neuroscience, rattles off about concussions and concussion awareness are jarring. He cites one study that said 90 percent of concussions go undiagnosed. Another says 36 percent of parents whose children suffer concussions had no previous knowledge about the injury.

"It starts with education," Nowinksi said. "If you do a great job of education, you're going to be ahead of 90 percent of the schools that aren't doing a great job. Those places are doing the minimum.

"Adopting the (Center for Disease Control's) return-to-play guidelines, a lot of schools don't do that – making sure that no athlete returns to play when they're suspected of having a concussion and sticking to that as well as making sure they get clearance from a doctor. You do that, and you're getting to a much safer place. But not everyone is doing that."

**SHARED RESPONSIBILITY**

With people from medical fields and professional through high school sports agreeing that concussions are a serious issue, the question remains: Who exactly is responsible for dealing with them?

The California Interscholastic Federation, the state's high school athletics governing body, instituted a rule in 2010 allowing officials to remove a player from the field during a game if the player appears to have suffered a concussion. That player isn't allowed to return to the field during a game or practice until he has been cleared by a doctor.

Still, CIF attempts to regulate things such as how long football teams can practice in a particular day have been rebuffed.

"It was not warmly received," CIF associate executive director Roger Blake said. "We have coaches out there that aren't following sound, scientific studies about how to best train student athletes. That was the impetus behind it, of why we were saying this should go forward.

"The local schools wanted to oversee it."

The CIF doesn't have an active concussion database, and, due to privacy laws, can't force schools to report concussions or track the effectiveness of any rules it enforces.

Blake oversees health and safety issues for the CIF and said the responsibility for concussion education has to be shared among coaches, officials, parents, trainers and athletes.

However, the numbers say that is not happening.

Blake said the CIF produces a health and safety newsletter each month that deals with things like concussions, heat-related injuries and infections. That newsletter, which is free for anyone to subscribe to, goes out to 50,000 coaches and only 1,500 parents.

11/16/11                                  Concussion crisis: Hard hits make big impact | concussion, concussions, a...

Case 3:15-cv-01074-JAM   Document 193-1   Filed 08/01/16   Page 331 of 331

"You have to make it so that it's easy for people to access," Blake said. "The educational part is out there. We've just not been good at getting this info out to all the parents, athletes and coaches."

Barnes, who has been coaching football for 42 years, said he thinks coaches are taking this issue seriously. He knows he is.

At a Los Alamitos practice, a lot of the live tackling drills have been replaced, and most of the scrimmage situations no longer end with the ball carrier being hit. Instead, he's touched down by the defender.

"We're not in position to argue on this," Barnes said. "Any arguing is silly."

Still, a lot of the schools in the CIF aren't prepared to deal with a concussion because of financial issues.

According to a 2010 CIF study, only approximately 25 percent of the schools in the state have an athletic trainer on campus every day. And while improvements in equipment help, it's not the best solution, Nowinski said.

"People love technological solutions. People want to buy solutions," Nowinski said. "But the biggest solutions in this problem will come from hard work and policy changes. We're not buying our way out of this problem."

Money, though, does help. For instance, JSerra, a private school, does preseason baseline testing, which helps in knowing when an athlete can return to the field. Los Alamitos, a public school, does not do that testing.

Still, Nowinski believes education is at the root of the solution.

"It takes everyone to do it," Blake said. "The one thing that is certain is that kids won't tell you they're hurt. Kids want to play. They're not going to tell when they think they're going to have to stop playing."

**RETHINKING THE CULTURE**

One of the biggest problems health and safety advocates have faced in dealing with football players and concussions has everything to do with one of the game's cornerstones – toughness.

"There are players who will fight through anything," Ayles said. "From day one, you're always told that you're not really hurt – that you can fight through most injuries."

Barnes, a former quarterback, recalls a concussion he received while playing in high school. He went to the doctor, was given some aspirin and returned to practice the next day.

"The educational process is making everyone take a step back to make sure that there's not that second concussion," JSerra coach Jim Hartigan said. "In the old days, I'm not so sure the timeline for recovery was clear."

Coaches have a better understanding of concussions and their seriousness, in some part, because of a mandated course all coaches must take. However, by Blake's own admission, the course is the "Reader's Digest" version of concussion education.

The CIF strongly encourages all coaches to take a free online course produced by the National Federation of State High School Associations.

A lot of coaches, like Hartigan and Barnes, are getting the message.

"Over the years, I've become afraid to do hitting drills for a long time," Hartigan said. "We try to reduce the number of hits we have in practice. There's more control. We're more sensitive.

"But it's still a contact game."

Educating coaches is one thing; educating young athletes is another. One policy change that both Barnes and Hartigan agree on would be a requirement for all athletes to undergo concussion training before they're allowed to play.

Nowinski says the idea that football players are willing to play through any pain is a myth. There are exceptions, like with neck injuries and the fear of paralysis.

"It's as simple as teaching these athletes that a subtle headache can be a sign of a brain injury just like subtle tingling in your neck is a sign of a neck injury," Nowinski said. "And that you don't screw around with brain injuries like you don't screw around with neck injuries.

"There are carveouts within the warrior myth."

And Ayles is grateful to have people around him, like his parents and Miami coach Al Golden, to tell him it was OK to stop playing.

When Ayles finally got the news his career was over, weeks after that final concussion, Golden did his best to assure him it was the right decision.

"Coach Golden told me 'This isn't your knee, your hamstring, your back. You can fix those things. This is your head, and we can't see what's going on with it. We just have to be really careful,'" Ayles said. "That's when they pulled the plug.

"... I feel lucky to have had heard that, even if I didn't realize it right away."

**Contact the writer:** dwoike@ocregister.com

**Related:**

- Concussion crisis: Young O.C. star forced to retire

COMMENTS | PRINT | EMAIL |                                                    More from Sports »

Reader Comments