# App. Tab 5

# Filed Under Seal