# App. Tab 6
# Filed Under Seal