# App. Tab 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

### AFFIDAVIT OF GEORGE GERMANAKOS

State of Connecticut        )
                            ) ss: Stamford
County of Fairfield         )

I, George Germanakos, being first duly sworn, hereby depose and say:

1.  I am over eighteen (18) years of age. I have personal knowledge of the matters set forth herein and am competent to testify thereto.

2. I am employed as Director, Media Clearance and Research of World Wrestling Entertainment, Inc. ("WWE"). In that capacity, I am responsible for overseeing and managing WWE's video library.

3. WWE's video library includes past and present WWE footage as well as the video libraries of a number of defunct wrestling promotions, including World Championship Wrestling ("WCW") and Extreme Championship Wrestling ("ECW"). WWE maintains an index of footage in the video library to enable my staff and me to search for footage by particular criteria, including the name(s) of performers.

4. At my direction, my staff has searched WWE's video library for footage of Vito LoGrasso's ("LoGrasso") matches, including LoGrasso's matches in ECW and WCW, and I have reviewed the results of that search.

5. The footage of LoGrasso's matches in ECW and WCW reflects that LoGrasso received blows to the head from chairs and other objects in numerous matches while performing in ECW and WCW.

6. Attached hereto as Exhibit 1 is a true and accurate copy of a video depicting footage from twenty-six (26) of LoGrasso's matches in ECW and WCW (certain of these matches have multiple clips) in which LoGrasso received blows to the head from chairs and other objects:

| Clip No. | Promotion | Air Date | Match Participants | Location |
|---|---|---|---|---|
| 001, 002 | ECW | 12/26/1998 | Rob Van Dam & Bill Alfonso vs. Skull Von Crush & Mr. Wright | Queens, NY |
| 003 | ECW | 02/12/1999 | Skull Von Crush vs. Sabu & Bill Alfonso | Philadelphia, PA |

| 004, 005 | ECW | 11/07/1999 | New Jack, Axl Rotten & Balls Mahoney vs. Da Baldies - Angel, P.N. News, DeVito & Vito LoGrasso | Buffalo, NY |
| --- | --- | --- | --- | --- |
| 006 | ECW | 11/05/1999 | Da Baldies - Tony DeVito, Angel, & Skull Von Krush) vs. Balls Mahoney & Axl Rotten | Philadelphia, PA |
| 007 | ECW | 11/19/1999 | Balls Mahoney & Axl Rotten vs. Da Baldies - P.N. News & Skull Von Krush | Binghamton, NY |
| 008 | WCW | 12/27/1999 | Disco Inferno & Big Vito with Tony Marinara and Johnny "The Bull" vs. Buff Bagwell & Chris "Champagne" Kanyon with J. Biggs, Baby, and Chameleon | Houston, TX |
| 009 | WCW | 1/16/2000 | The Harris Boys - Ron & Don Harris vs. The Mamalukes - Big Vito and Johnny "The Bull" with Disco Inferno | Cincinnati, OH |
| 010, 011 | WCW | 02/16/2000 | Vito with Johnny "The Bull" & Disco Inferno vs. Crowbar with David Flair and Daffney | Philadelphia, PA |
| 012, 013 | WCW | 02/20/2000 | The Mamalukes - Johnny "The Bull" & Big Vito with Disco Inferno vs. David Flair & Crowbar with Daffney | San Francisco, CA |
| 014 | WCW | 02/28/2000 | Big Vito & Johnny "The Bull" vs. Lane & Idol | Minneapolis, MN |
| 015 | WCW | 03/29/2000 | Stevie Ray and Big T with Cash and J. Biggs vs. The Mamalukes - Big Vito and Johnny "The Bull" | Houston, TX |
| 016, 017, 018, 019, 020, 021 | WCW | 06/12/2000 | Big Vito vs. Terry Funk | Richmond, VA |

| 022, 023 | WCW | 06/19/2000 | Big Vito vs. Johnny "The Bull" | Billings, MT |
| --- | --- | --- | --- | --- |
| 024, 025, 026 | WCW | 06/21/2000 | Big Vito vs. The Wall | Bozeman, MT |
| 027 | WCW | 07/05/2000 | Big Vito vs. The Demon | Columbus, GA |
| 028, 029, 030, 031, 032 | WCW | 07/09/2000 | Big Vito vs. Screamin' Norman Smiley & Ralphus | Daytona Beach, FL |
| 033 | WCW | 07/10/2000 | Screamin' Norman Smiley & Ralphus vs. Big Vito | Jacksonville, FL |
| 034, 035 | WCW | 07/19/2000 | Big Vito vs. The Artist | East Lansing, MI |
| 036 | WCW | 07/26/2000 | Lance Storm vs. Big Vito | Wheeling, WV |
| 037 | WCW | 09/11/2000 | Reno & Chuck Palumbo vs. Big Vito | Charlotte, NC |
| 038 | WCW | 09/17/2000 | Natural Born Thrillers - Mike Sanders, Mark Jindrak, Sean O'Hare, Chuck Palumbo, Reno & Johnny "The Bull" vs. Big Vito & Filthy Animals, Disco Inferno, Rey Myserio Jr. & Juventud Guerrera & Paul Orndorff with Tygress | Buffalo, NY |
| 039, 040, 041 | WCW | 09/25/2000 | Big Vito vs. Johnny "The Bull" | Uniondale Long Island, NY |
| 042 | WCW | 10/18/2000 | Big Vito vs. Shane Douglas with Torrie Wilson | Melbourne, Australia |
| 043 | WCW | 11/13/2000 | Big Vito vs. Crowbar | London, England |
| 044 | WCW | 01/08/2001 | Bam Bam Bigelow vs. Big Vito | Rock Hill, SC |
| 045 | WCW | 02/28/2001 | Rick Steiner vs. Big Vito | New Orleans, LA |

7. LoGrasso performed in WCW's Starrcade pay-per-view event ("Starrcade") on December 19, 1999. Following Starrcade, the clips of footage

4

depicted in Exhibit 1 reflects that LoGrasso received blows to the head from chairs and other objects in twenty-one (21) WCW matches.

8. Attached hereto as Exhibit 2 is a true and accurate copy of a video depicting a slow-motion clip of footage from LoGrasso's October 10, 2006 match in WWE against Steven Regal.

9. LoGrasso's final match in WWE was filmed on January 29, 2007 and aired on WWE SmackDown on February 2, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

_____
George Germanakos

Subscribed and sworn to before me
this 22th day of June, 2016.

_____
Notary Public
My Commission Expires: 5/31/21

5

# Exhibits 1&2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| vs. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| vs. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | |

### NOTICE OF MANUAL FILING

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed a copy of a CD that is Exhibits 1-2 of Tab 7 to the Appendix to its Local Rule 56(a)(1) Statement because it cannot be filed electronically.  The CD has been manually served on all parties.