# App. Tab 8

# Filed Under Seal