# App. Tab 9

# Filed Under Seal