# App. Tab 10
# Filed Under Seal