# App. Tab 11

# Filed Under Seal