# App. Tab 12

Filed Under Seal