# App. Tab 14

# Filed Under Seal