# App. Tab 16

# Manually Filed

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO | : | No. 3:15-cv-00425 (VLB) |
| LOGRASSO, | : | Consolidated Case |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF MANUAL FILING**

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed a copy of a DVD that is Tab 16 to the Appendix to its Local Rule 56(a)(1) Statement because it cannot be filed electronically.  The DVD has been manually served on all parties.