# App. Tab 18



**World Wrestling Entertainment, Inc.**

1241 East Main Street
Stamford, CT 06902
Tel: 203 352 8600

February 19, 2010

Mr. Vito Lograsso
20617 Whitewood Way
Tampa, FL 33647

Dear Vito and Family,

A New Year is once again upon us, and we here at the WWE are writing to remind you of a program we have in place to help those in need of treatment from drugs and/or alcohol. WWE is offering to pay for drug and/or alcohol rehabilitation at a certified treatment center chosen by WWE for any performer with a prior WWE booking contract who may need this service.

Ann Russo-Gordon is our representative in this matter and has been with the Company for 20 years. Ann has been directly involved with many WWE performers who have received treatment for substance abuse; she understands the emotions that individuals and family members go through during this process. Any conversation you have with Ann is **confidential** and will not be released to the public during your lifetime.

Ann is available 24 hours a day, 7 days a week at 1-888-668-4826.

Again, WWE pays for this treatment in full; there is no cost to you or your family. Help will be provided regardless of the circumstances of your departure from the WWE or the amount of time you performed. If you do not have a drug and/or alcohol problem but know a former WWE performer that does, we ask you to help them by encouraging them to take advantage of this opportunity.

This service is being provided for performers with a prior WWE booking contract only; not family members or friends. Please reach out to Ann if you think you might have a drug and/or alcohol problem, or if you know someone who does. We all need to do everything we can to help each other.

Sincerely,

*[signature]*

Vincent K. McMahon