# App. Tab 20



**World Wrestling Entertainment, Inc.**

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600

March 24, 2009

Mr. Vito LoGrasso
20617 Whitewood Way
Tampa, FL 33647

Dear Vito and Family,

Over the last ten years, an inordinate number of wrestlers have passed away. Some of those deaths may, in part, have been caused by drugs and alcohol. In an effort to help prevent such tragedies in the future, the WWE is offering to pay for drug and/or alcohol rehabilitation at a certified treatment center chosen by the WWE for any performer with a prior WWE booking contract who may need this service.

The WWE will pay for this service in full; there is no cost to you or your family. Help will be provided regardless of the circumstances of your departure from the WWE or the amount of time you performed for WWE. If you do not have a drug and/or alcohol problem but you know a former WWE performer that does, we are asking you to try to help them by encouraging them to take advantage of this opportunity.

Ann Russo-Gordon has been appointed as our representative in this matter. Ann has been with the company for a number of years, and has been directly involved with many WWE performers who have received treatment for substance abuse. She understands the emotions that individuals and family members go through during this process. Any conversation you have with Ann is **confidential** and will not be released to the public during your lifetime.

Ann is available 24 hours a day, 7 days a week at 1-888-668-4826.

In many instances, an individual in need of help is in denial and will not want rehabilitation. There are professional intervention companies that can help persuade that person that they need treatment. Ann will be able to facilitate such intervention should it be necessary. Any intervention and treatment will be at the cost of WWE exclusively.

This service is being provided for performers with a prior WWE booking contract only; not family members or friends. Please reach out to Ann if you think you might have a drug and/or alcohol problem, or if you know someone who does. We all need to do everything we can to help prevent another tragedy.

Sincerely,

Vincent K. McMahon