# App. Tab 21

# Filed Under Seal