# App. Tab 22
# Filed Under Seal