# App. Tab 23

NEWS   COLUMNS   PROMOTIONS   PROFILES   PHOTO GALLERY   RESULTS   TITLES   MEDIA   Search

INFORMATION

 Online World of Wrestling

Home / Indies / Big Vito talks about wanting to work with Jeff Jarrett, and much more

# Big Vito talks about wanting to work with Jeff Jarrett, and much more

*By David Buckler on February 23, 2014*

SHARE    TWEET    SHARE    SHARE    0 COMMENTS





ADVERTISEMENT                                    AdChoices ▷

ONLY $9.99 /MONTH
NO COMMITMENT.
CANCEL ANYTIME.

W NETWORK
BUY NOW

WCW, WWE, and ECW star **Big Vito Lo Grasso** recently appeared on **The Undisputed Wrestling Show** with **"The Prophet" Rick Craig** and **Zane Pasley** to discuss his time wrestling all over the world, wrestling with a dress on, and his wrestling academy (www.bigvito.com).

**Big Vito on wanting to work with Jeff Jarrett:** "Jeff, I'd like to work for you. I'd like a job, I don't care what kind of job it is. If it is wrestling I would be more than happy to wrestle with you. If you wanted me to be in creative, if you wanted me to help out backstage, great I'd do it. If you wanted me to be an agent, a trainer, I'd be more than willing to do it. Because you know why? I've done it all in wrestling and any job I'm given now I would accept."

**Big Vito on wrestling deaf:** "I don't advertise that I am handicapped. I am three quarters deaf and I've been that way my whole life. I made it, I did my thing."

http://angrymarks.com/?ArticleID=29377

www.facebook.com/theundisputedwrestlingshow

RELATED ITEMS   BIG VITO   JEFF JARRETT   TNA



← Previous Story
GUEST COLUMN: "Who is Will o' The Wisp? A Willow of

Next Story →


Reigns Wins Rumble – Lesnar Retains – Complete Royal Rumble 2015 Results


5 legends who never won a WWE title


Daniel Bryan thought neck injury might end his career


Eric Bischoff discusses today's wrestling product



PENGAD 800-631-6989

EXHIBIT
LOGRASSO-7
5/18/16