# App. Tab 25

# Filed Under Seal