# App. Tab 26

# Filed Under Seal