# App. Tab 27

# Filed Under Seal