# App. Tab 28

# Filed Under Seal