# App. Tab 29

# Filed Under Seal