# App. Tab 30

# Filed Under Seal