# App. Tab 31

Filed Under Seal