# App. Tab 35

**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

T 412.355.6500   www.klgates.com

Jerry S. McDevitt
D 412.355.8608
F 412.355.6501
jerry.mcdevitt@klgates.com

September 25, 2007

**VIA CERTIFIED MAIL/RETURN RECEIPT**

Chris Nowinski
Sports Legacy Institute
230 Third Avenue
Waltham, MA 02451-7528

**VIA CERTIFIED MAIL/RETURN
RECEIPT and ELECTRONIC MAIL**

Chris Nowinski
32 Garrison Street
Apartment 50304
Boston, MA 02116

      Re: **Chris Benoit**

Dear Mr. Nowinski:

    We are writing on behalf of World Wrestling Entertainment, Inc. ("WWE") in connection with the widely publicized statements of Sports Legacy Institute ("SLI") and those affiliated with it regarding the post-mortem examination of Chris Benoit's brain.

    We have reviewed SLI's press release and observed certain of the many media appearances of SLI spokespersons and Mr. Michael Benoit regarding the findings of SLI. Interestingly, although litigation motives were expressly disavowed by Mr. Benoit and his counsel during the orchestrated media blitz surrounding the announcement of SLI's finding, we received a formal letter from counsel for Mr. Michael Benoit and the estate of Chris Benoit the ensuing week demanding that WWE preserve a wide group of records for possible litigation—the factual and legal basis of which were not articulated. Additionally, despite the refusal of SLI medical spokespersons to opine that there is any causal connection between its post-mortem findings and the murders committed in the Benoit house, SLI's findings are being advanced in the media as supporting the notion that Chris Benoit bound and gagged his wife, garroted her, gave Xanax to his son and then killed him, and thereafter committed suicide due to the brain injuries described by SLI. Thus, in light of the threat of litigation which was made against WWE as an adjunct to SLI's findings, we must ask that SLI maintain any and all records, in hard copy and electronic form, related to work done in the Benoit case, including the examination of Chris Benoit's brain, the scientific work done

PI-1850190 v1

**K&L|GATES**

Chris Nowinski
September 25, 2007
Page 2

by SLI and its representatives, the planning and execution of the media strategy regarding SLI's findings, and anything related in any way to the Benoit case. This includes emails, discs, CDs, drafts and any form of stored information, as well as all antecedent scientific work such as tissue slides, photographs, staining materials, chain of custody records, and the like. SLI should also maintain and safeguard all such records for the other studies it has done.

Although we regret that SLI's findings have been injected into the Benoit case in a fashion designed to shift factual and legal responsibility away from the actual murderer, WWE nevertheless requests complete access to SLI's work in order that it may have it independently analyzed and evaluated in order to intelligently apply any verifiable and peer reviewed scientific findings to the prevention and management of concussions in its business. Thus, we would ask for complete access to all of SLI's information regarding its work on the Benoit case in order to do so. In order to begin that process, we request complete information as to the following:

1. On what date did SLI obtain the brain or tissue of Chris Benoit and from what source.

2. Were photographs taken depicting the physical condition of his brain upon receipt by SLI.

3. When, where and by whom were the tissue samples prepared supporting the SLI findings.

4. When, where and by whom were the tissue samples subjected to staining techniques and was that process recorded in any way.

5. Was compensation paid to any of the personnel who did SLI's work on the Benoit matter and, if so, in what amount and who paid for the work.

6. What is the confirmation of multiple concussions and the "clinical symptoms associated with CTE" which supports the statements in the SLI press release regarding these matters.

7. Has Sports Legacy Institute, or any of its representatives, been retained as an expert and/or consultant by the Estate of Chris Benoit, Mr. Michael Benoit, or their counsel?

# K&L|GATES

Chris Nowinski
September 25, 2007
Page 3

      We would appreciate your prompt advice to these inquires. Please advise as to when your institute will make the underlying science available for our independent review and evaluation. We would also welcome a meeting with your researchers to discuss access to your findings and evaluation of those findings, and look forward to your response.

                                    Very truly yours,

                                    Jerry S. McDevitt

JSM/emw

WWE_SING00000577

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. 9-25-07 | A. Received by *(Please Print Clearly)*    B. Date of Delivery 9/28/07<br>C. Signature<br>X     ☐ Agent    ☐ Addressee |
| 1. Article Addressed to:<br><br>CHRIS NOWINSKI<br>SPORTS LEGACY INSTITUTE<br>230 THIRD AVENUE<br>WALTHAM, MA 02451-7528 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7002 2410 0005 1715 2425 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789

1

WWE_SING00000578