# App. Tab 39

## RE: BIRI / WWE

From:

Susan Hamilton <susan@wvflo.com>

To:

"Wargo, Eileen M." <eileen.wargo@klgates.com>, "McDevitt, Jerry" <jerry.mcdevitt@klgates.com>

Cc:

jbailes@hsc.wvu.edu, bennetomalu@comcast.net, bigweb52@mac.com, tom.vorbach@steptoe-johnson.com

Date:

Thu, 11 Feb 2010 11:32:42 -0500

```
Dear Mr. McDevitt:

I did receive your February 8, 2010, email timed 1:07 p.m.

I have passed your inquiry on for response which will be provided to
you.

Very truly yours,
Robert P. Fitzsimmons
```

**Susan for Robert P. Fitzsimmons**
**Fitzsimmons Law Offices**
1609 Warwood Ave │ Wheeling, WV 26003
tel. (304) 277-1700 │ fax. (304) 277-1705
wvflo.com │ susan@wvflo.com



**Confidentiality Note:**
This e-mail is covered by the Electric Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (304-277-1700) or by return e-mail and delete this message along with any attachments.  Thank you for your cooperation.
**Fitzsimmons Law Offices**

> **From:** Wargo, Eileen M. [mailto:Eileen.Wargo@klgates.com]
> **Sent:** Thursday, February 11, 2010 9:04 AM
> **To:** Susan Hamilton
> **Subject:** FW: BIRI / WWE

Would you please confirm that you received the email referenced below.  Thank you.

Eileen Wargo
Secretary to Jerry S. McDevitt
412.355.8308
eileen.wargo@klgates.com

---

**From:** McDevitt, Jerry
**Sent:** Monday, February 08, 2010 1:07 PM
**To:** 'Susan Hamilton'
**Cc:** tom.vorbach@steptoe-johnson.com; jbailes@hsc.wvu.edu; bennetomalu@comcast.net; bigweb52@mac.com
**Subject:** RE: BIRI / WWE

Dear Mr. Fitzsimmons,
 If your clients don't want to provide the requested information, that is their choice. Given the widespread publicity to the work regarding Benoit that has already occurred, and the offer to provide such information if requested made by Dr. Bailes, I am surprised at your reluctance and concern about the purpose behind our requests. I would think it would be routinely made available for anybody examining the work and the conclusions already advanced based on the work. But I don't feel any purpose is served by repeated responses to requests of us as to purpose and the prior questions you posed, which I went to great length to answer.
 We have not at this time asked to have what you term a qualified medical professional examine the slides or brain tissue. I have been quite clear that we are requesting the information on the scientific chain of custody leading up to the preparation of the slides. Once we have an opportunity to evaluate that information, we may of course ask for further and additional information.

---

**From:** Susan Hamilton [mailto:susan@wvflo.com]
**Sent:** Monday, February 08, 2010 12:14 PM
**To:** McDevitt, Jerry
**Cc:** tom.vorbach@steptoe-johnson.com; jbailes@hsc.wvu.edu; bennetomalu@comcast.net; bigweb52@mac.com
**Subject:** BIRI / WWE

```
Dear Mr. McDevitt:

Would you please advise me as to the specific purposes for which
you are requesting information relating to the chain of custody
of Chris Benoit's brain.

Please also confirm that you have not requested the opportunity
to have a qualified medical professional review the slides
and/or brain tissue.

Very truly yours,
Robert P. Fitzsimmons
```

**Susan for Robert P. Fitzsimmons**
**Fitzsimmons Law Offices**
1609 Warwood Ave │ Wheeling, WV 26003
tel. (304) 277-1700 │ fax. (304) 277-1705
wvflo.com │ susan@wvflo.com



**Confidentiality Note:**
This e-mail is covered by the Electric Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (304-277-1700) or by return e-mail and delete this message along with any attachments.  Thank you for your cooperation.
**Fitzsimmons Law Offices**

This electronic message contains information from the law firm of K&L Gates LLP.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at Eileen.Wargo@klgates.com.