# App. Tab 40

**[INTENTIONALLY LEFT BLANK]**