# App. Tab 47

# Filed Under Seal