# App. Tab 49

# Filed Under Seal