# App. Tab 50
# Filed Under Seal