# App. Tab 51

# Filed Under Seal