# App. Tab 52
# Filed Under Seal