# App. Tab 53

# Filed Under Seal