# App. Tab 54
# Filed Under Seal