# App. Tab 57

# Filed Under Seal