# App. Tab 58

# Manually Filed Under Seal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSS McCULLOUGH**, *et al.*, | : No. 3:15-cv-01074 (VLB) |
| | : Lead Case |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| **WORLD WRESTLING** | : |
| **ENTERTAINMENT, INC.**, | : |
| | : |
| Defendant. | : |

| | |
|---|---|
| **EVAN SINGLETON and VITO** | : No. 3:15-cv-00425 (VLB) |
| **LOGRASSO**, | : Consolidated Case |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| **WORLD WRESTLING** | : |
| **ENTERTAINMENT, INC.**, | : |
| | : |
| Defendant. | : |

### NOTICE OF MANUAL FILING

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed under seal a copy of a DVD that is Tab 58 to the Appendix to its Local Rule 56(a)(1) Statement because it cannot be filed electronically. The DVD has been manually served on all parties.