# App. Tab 59
# Filed Under Seal