# App. Tab 60

# Filed Under Seal