# App. Tab 61

# Filed Under Seal