# App. Tab 64

# Filed Under Seal