# App. Tab 65

# Manually Filed Under Seal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH,** *et al.,* | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO LOGRASSO,** | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF MANUAL FILING

Please take notice that Defendant World Wrestling Entertainment, Inc., has manually filed under seal a copy of a DVD that is Tab 65 to the Appendix to its Local Rule 56(a)(1) Statement because it cannot be filed electronically. The DVD has been manually served on all parties.