# App. Tab 66

# Filed Under Seal