# App. Tab 67

# Filed Under Seal