# App. Tab 68

# Filed Under Seal