# App. Tab 69

# Filed Under Seal