# App. Tab 70

# Filed Under Seal