# App. Tab 71

# Filed Under Seal