# App. Tab 72

# Filed Under Seal