# App. Tab 73

# Filed Under Seal