# App. Tab 74

# Filed Under Seal