# App. Tab 75



**Adam Mercer**
@MercerWWE TWEETS 704   FOLLOWING 288   FOLLOWERS 4,524    •☻ Follow

**Adam Mercer**
@MercerWWE

The Official Twitter of WWE NXT
Superstar, Adam Mercer .WWE's
youngest superstar. Engaged to the love
of my life.

♀ Lancaster, PA
🔗 Adam-MercerHQ.com
🕐 Joined July 2012

📷 19 Photos and videos





EXHIBIT
Singleton 8
5-11-16
PENGAD 800-631-6989

Adam Mercer (@MercerWWE) | Twitter

**Adam Mercer** @MercerWWE · Nov 19
They don't even know....

↩   ⇄   ★   •••

**Adam Mercer** @MercerWWE · Nov 19
Legendary.

↩   ⇄   ★   •••

**Adam Mercer** @MercerWWE · Aug 17
My dude @WWERomanReigns now going
to go get that belt from @BrockLesnar , just
wait on it.

↩   ⇄ 4   ★ 2   •••

⇄ Adam Mercer retweeted
**Triple H** @TripleH · Mar 31
The NXT Experience will be one you won't want to miss at #Axxess.
Glimpse at the official poster! #WrestleMania



↩   ⇄ 461   ★ 688   •••          View more photos and videos

**Adam Mercer** @MercerWWE · Jun 1
Been upset lately on how @WWE has not
even contacted me lately..

↩   ⇄ 1   ★   •••

**Adam Mercer** @MercerWWE · Apr 21
Monday Morning can be real nice.

↩   ⇄   ★   •••

**Adam Mercer** @MercerWWE · Feb 24
MOTY by far last night was
@TheShieldWWE vs @WyattFamilyWWE !!
Absolute epic match!!!

↩   ⇄ 2   ★ 1   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer retweeted  Search Twitter                    Q       Have an account? Log in ▾

Hannahsfight @Hannahsfight · Jan 25
@MercerWWE Pls Help Give Baby Hannah A Fighting Chance As She
Battles C.A.H, Bowel & Heart Disease.Pls Give&RT
igg.me/p/646956/x/439...

↩        ↻ 1        ★        •••                                View summary

Adam Mercer @MercerWWE   Dec 22

Got back in the ring finally!!!

↩        ↻ 3        ★ 1        •••

Adam Mercer @MercerWWE · Dec 13
Not even close to cold here in Florida. The ones getting the snow, enjoy it.
Start a snowball or make a snowman.

↩        ↻        ★        •••

Adam Mercer @MercerWWE · 1 Dec 2013

Must visit the WWE Performance Center
soon again. Need to get a good workout in.
@WWE IS MY LIFE. Live my job.

↩        ↻ 2        ★        •••

Adam Mercer @MercerWWE · 1 Dec 2013

Keep your head up @B3astMode911 !
#TotalDivas it's just a learning process.

↩        ↻ 1        ★        •••

Adam Mercer retweeted
Charlotte @MsCharlotteWWE · 24 Nov 2013
Only 12 hours away until @WWE #SurvivorSeries is live tonight!! Who is
excited?!? I am!! #woo #naturegirl

↩        ↻ 13        ★ 19        •••

Adam Mercer @MercerWWE · 24 Nov 2013
So, @JudasDevlinWWE you #FollowTheBuzzards ? #WWE

↩        ↻        ★        •••

Adam Mercer @MercerWWE   10 Nov 2013

Getting built like a machine, Ready to make
my return to @WWENXT . It'll be soon.

↩        ↻ 1        ★        •••

Adam Mercer retweeted
GOLDUST @Goldust · 30 Oct 2013
Congrats to #RedSoxNation World Series Champions @RedSox
#BostonStrong from #TheBrotherhoodTagChamps @WWE

↩        ↻ 74        ★ 36        •••

**Adam Mercer** @MercerWWE · 4 Oct 2013
What a game by Anibal Sanchez

Have an account? Log in ▾

**Adam Mercer** @MercerWWE · 4 Oct 2013
I'm at #WWESyracuse . @WWE

**Adam Mercer** @MercerWWE · 28 Sep 2013
Meeting with the family.

Adam Mercer followed LANA, Rusev, Bayley and 7 others

**LANA** ✔
@LanaWWE
Women who seek to be equal to men lack ambition. I grew up in the U.S.S.R. Story teller. Entrepeuner. Activist.

+👤 Follow

**Rusev** ✔
@RusevBUL
Български юнак който в WWE представя най могъщият човек на света. Руският президент Путин

+👤 Follow

**Adam Mercer** @MercerWWE · 23 Sep 2013
Where am I? none of your business.

**Adam Mercer** @MercerWWE · 23 Sep 2013
I like how mostly every teenager in my school thought I was on steroids in High School, I will never turn into A-ROD. I don't cheat.

**Adam Mercer** @MercerWWE   23 Sep 2013
Off to the Gym with my lady

Adam Mercer retweeted
**Stephanie M** @OfficialStephye · 21 Sep 2013
@mercerwwe @conorobrian @rickvictor69 @wwenxt You guys are the best! @tripleh the future is here! <~~~~

View conversation

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer @MercerWWETwi14rSep 2013          Q    Have an account? Log in ▾
I want join #TheAscension @ConorOBrian and @RickVictor69. We'd
dominate @WWENXT . Hopefully @TripleH will think that's best for
business.

↩    ↺    ★    •••

Adam Mercer @MercerWWE · 19 Sep 2013

## #TBT , I was the real deal in High School.



↩    ↺ 4    ★    •••                          View more photos and videos

Adam Mercer @MercerWWE · 16 Sep 2013
I just had the best dinner ever!

↩    ↺    ★    •••

Adam Mercer @MercerWWE · 13 Sep 2013
Congrats to @ConorOBrian and @RickVictor69 on becoming the NEW
@WWENXT Tag Team Champions. You guys earned it.

↩    ↺ 1    ★    •••

Adam Mercer @MercerWWE · 13 Sep 2013
It's Friday the 13th... Don't be scared, Have some fun.

↩    ↺    ★    •••

❏ Adam Mercer retweeted
Jason Ayers @JasonAyersWWE · 25 Aug 2013
Beautiful landscape out here. #WWERioRancho tonight at 7pm! @ Rio
Rancho, NM instagram.com/p/dc-rqUP4Ft/

↩    ↺ 1    ★ 2    •••

Adam Mercer @MercerWWE · 25 Aug 2013
Hey @kaylamercer1218 how's your day going!?

↩    ↺    ★ 2    •••

❏ Adam Mercer followed Colin Cassady, Enzo Amore , Braun Stowman and 8 others

Search Twitter    Q    Have an account? Log in ▾

**Colin Cassady** ✓
@BigCassWWE
Official Twitter of WWE NXT Superstar
Colin Cassady AKA BIG cAss
#BigBambino #QueensFinest
#BadaBoom ...

➕ Follow

**Enzo Amore** ✓
@WWEAaLLday21
Official Twitter of WWE.NXT SuperStar
Enzo Amore Rapper. DJ. Entertainer.
#BadaBoom #RealestGuyInTheRoom
#CertifiedG #BonafideStud ...

➕ Follow

🔁 Adam Mercer retweeted
**James Jonathon** @YourPalJJ · 19 Aug 2013
@WWE - Please let Orton and @TripleH start a new Evolution and call
up 2 new talent. I'd say @MercerWWE would be a good choice. #beast

↩    🔁 1    ★    •••

🔁 Adam Mercer retweeted
**WWE SummerSlam** @SummerSlam · 18 Aug 2013
#TheViper has the Briefcase!! @RandyOrton is at ringside!! .... Just a
reminder to @WWEDanielBryan! #SummerSlam

↩    🔁 65    ★ 21    •••

🔁 Adam Mercer retweeted
**Joey Styles** @JoeyStyles · 18 Aug 2013
Here comes @RandyOrton with the MITB briefcase. OMG! Pedigree by
@TripleH! Orton cashes in and wins as Triple H makes the count!
#SummerSlam

↩    🔁 90    ★ 35    •••

🔁 Adam Mercer retweeted
**WrestlingNewsSource** @WNSource · 18 Aug 2013
ORTON COVER! 1...2......3! RANDY ORTON IS THE NEW WWE
CHAMPION. TRIPLE H SCREWS DANIEL BRYAN! #summerslam

↩    🔁 306    ★ 108    •••

🔁 Adam Mercer retweeted
**WWE SummerSlam** @SummerSlam · 18 Aug 2013
The NEWWW @WWE Champion is #TheViper @RandyOrton, cashing in
Money In The Bank! #SummerSlam #CantBelieveWhatWeJustSaw

↩    🔁 857    ★ 299    •••

🔁 Adam Mercer retweeted
**GOLDUST** @Goldust · 18 Aug 2013
Entertainment at its finest!

↩    🔁 65    ★ 28    •••



Adam Mercer retweeted  Search Twitter        Q    Have an account? Log in ▾ 

Alexa Bliss @AlexaBliss_WWE · 18 Aug 2013
Are you kidding me!?!?I Randy Orton new champ . where did that come from?? #SummerSlam #moneyinthebank

↩   ♺ 7    ⭐ 5    •••

Adam Mercer retweeted
Joe Villa @JoeVilla_ME · 18 Aug 2013
Wow! @JohnCena @WWEDanielBryan @TripleH @RandyOrton #SummerSlam

↩   ♺ 3    ⭐    •••

Adam Mercer retweeted
Lilian Garcia @LilianGarcia · 18 Aug 2013
Omg!! Who saw that coming?? @WWEDanielBryan wins @WWE championship, @TripleH pedigrees Bryan then @RandyOrton cashes in $ in the bank & wins

↩   ♺ 226    ⭐ 91    •••

Adam Mercer retweeted
Shaura Thomas @bhsqueen03 · 18 Aug 2013
@RandyOrton is your new WWE champion! #SummerSlam

↩   ♺ 2    ⭐ 3    •••

Adam Mercer retweeted
David Otunga @DavidOtunga · 18 Aug 2013
Just when I thought I was shocked... now I'm really shocked. @WWE #SummerSlam

↩   ♺ 283    ⭐ 127    •••

Adam Mercer @MercerWWE   18 Aug 2013
"@SummerSlam: Stage is being set for #summerslam #Axxess, starts tomorrow! " awesome

↩   ♺ 4    ⭐    •••                    View more photos and videos

Adam Mercer @MercerWWE · 12 Aug 2013
My Dad is a BIG @RGIII fan and a HUGE Washington Redskins fan.

↩   ♺    ⭐    •••

Adam Mercer (@MercerWWE) | Twitter



Adam Mercer retweeted   Search Twitter        Q    Have an account? Log in ▾

**Xavier Woods** @XavierWoodsPhD · 12 Aug 2013
@wwe

↰  ⟲ 37   ★ 31   •••                    View more photos and videos

---

Adam Mercer retweeted
**WWE** @WWE · 12 Aug 2013
RT to WELCOME BACK @WWETheBigShow to #RAW!

↰  ⟲ 616   ★ 83   •••

---

**Adam Mercer** @MercerWWE · 12 Aug 2013
Can we have like The Old R-Truth? Lol.

↰  ⟲ 1   ★ 1   •••

---

Adam Mercer retweeted
**Frank The Clown** @FrankWWEClown · 12 Aug 2013
D-Bryan & Cena just talked LOTS of money straight into their pockets.
Holy awesome promo. #wwe #raw

↰  ⟲ 43   ★ 20   •••

---

Adam Mercer retweeted
**Justin Roberts** @JustinRoberts · 12 Aug 2013
WOW. I wish SummerSlam was tomorrow. Sunday night is close enough
though. I can't wait for @JohnCena vs @WWEDanielBryan ...wow again.
#RAW

↰  ⟲ 70   ★ 23   •••

---

**Adam Mercer** @MercerWWE · 12 Aug 2013
That segment between @JohnCena and @WWEDanielBryan was
phenomenal. I cannot wait for SummerSlam. Who will be @WWE Champ
after SummerSlam?

↰  ⟲   ★   •••

---

**Adam Mercer** @MercerWWE · 11 Aug 2013
I'll be tweeting live during #TotalDivas tonight. Everyone should watch this
show on @eonline at 10Pm . #WWE @WWE

↰  ⟲   ★   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer retweeted  Search Twitter                              Q      Have an account? Log in ▾

Jason Ayers @JasonAyersWWE · 8 Aug 2013
Long, but productive day. Absolutely LOVE the new setup for our
@WWENXT Live Events! See it for yrself tmrw in Cocoa! nxttickets.com

↰      ⟳ 5      ★ 2      •••                                    View summary

Adam Mercer @MercerWWE · 8 Aug 2013

## #tbt Backstage at @WWENXT



↰      ⟳ 3      ★ 2      •••                          View more photos and videos

Adam Mercer @MercerWWE · 7 Aug 2013
I hate the situation I'm in right now with being apart of @WWE . I never
get put in any matches anywhere. Not Live Events or NXT Tapings.

↰      ⟳ 2      ★      •••

Adam Mercer @MercerWWE · 6 Aug 2013
IN February I had only 476 followers, In August I have 2,517. It just keeps
on growing!

↰      ⟳      ★      •••

Adam Mercer followed Erika Hammond, Earvin Magic Johnson, Kobe Bryant and 2 others



•⚎ Follow

**Erika Hammond** ✔
@ErikaAnnHammond

Once my job title was Diva. Not a WWE
NXT Diva anymore, but still a Diva.
Professional athlete, host, model, fitness
guru... I do it all. IG:erikaannhammond



•⚎ Follow

**Earvin Magic Johnson** ✔
@MagicJohnson

Adam Mercer @MercerWWE · 5 Aug 2013
Braun, Cruz, Everth Cabrera, Jhonny Peralta all been suspended so far.
@MLB making it fair.

↰      ⟳ 1      ★      •••

Adam Mercer retweeted    Search Twitter                Q       Have an account? Log in ▾

Randy Orton @RandyOrton · 4 Aug 2013
Home, Sweet..... Home

↩    ⇄ 1.3K    ★ 1.2K    •••

Adam Mercer @MercerWWE  4 Aug 2013
I think I should start being put back on TV. Hmm...? That's what you fans
want see right? Hmm...? @WWE @WWENXT

↩    ⇄ 1    ★ 1    •••

Adam Mercer retweeted
Mommy Guru @mommyguru · 4 Aug 2013
@WWEArmstrong  PLEASE RT! Need donations!  #tampa mom killed in
a car accident,leaves behind 1 year old, needs help-
mommyguru.com/raising-for-ma...

↩    ⇄ 7    ★ 1    •••

Adam Mercer @MercerWWE · 4 Aug 2013
Sitting at home with Candace. Anyone up for a Q&A ? Use the hashtag
#AskMercer

↩    ⇄    ★    •••

Adam Mercer @MercerWWE · 2 Aug 2013
EVERYONE follow my Sister
@kaylamercer1218  right now!!!

↩    ⇄    ★ 1    •••

Adam Mercer retweeted
Lance Storm @LanceStorm · 30 Jul 2013
@wizardspodcast @iLikeSamiZayn  Motley Crew? I was quoting my
grandfather

↩    ⇄ 1    ★    •••                        View conversation

Adam Mercer retweeted
WWE @WWE · 30 Jul 2013
BREAKING NEWS: @WWE Superstar @RandyOrton attacked by
audience member at Cape Town, South Africa event. Details:
wwe.me/ntPTC

↩    ⇄ 593    ★ 125    •••                   View summary

Adam Mercer @MercerWWE · 30 Jul 2013
Stupid fans these days. Why would you try to attack a Wrestler? You're
lucky @RandyOrton didn't get his hands on you. You lucky SOB.

↩    ⇄    ★    •••

Adam Mercer @MercerWWE · 28 Jul 2013
Watching WWE Total Divas. Candace and Myself love this show. These
couples are absolute in the love with eachother. @WWE @JohnCena

↩    ⇄    ★    •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer @MercerWWE · 28 Jul 2013    Q    Have an account? Log in ▾

Yasiel Puig is an AMAZING Baseball player! @YasielPuig

↩   ♻   ★ 1   •••

Adam Mercer @MercerWWE · 28 Jul 2013

Can we please see a @WWEDanielBryan vs @AntonioCesaro vs @HEELZiggler match?

↩   ♻ 3   ★ 1   •••

Adam Mercer @MercerWWE · 27 Jul 2013

Happy Birthday to @HEELZiggler too! One of the BEST wrestlers in @WWE Today. #ShowOff

↩   ♻   ★   •••

Adam Mercer @MercerWWE · 27 Jul 2013

Happy Birthday to The COO Of @WWE , @TripleH !

↩   ♻   ★   •••

Adam Mercer @MercerWWE · 26 Jul 2013

Flashback Friday!



↩   ♻ 2   ★   •••            View more photos and videos

Adam Mercer @MercerWWE · 26 Jul 2013

I'm still in Florida.

↩   ♻   ★   •••

Adam Mercer @MercerWWE · 26 Jul 2013

How much more obvious is it? @WWE and @WWEUniverse along with @WWENXT all miss me.

↩   ♻   ★   •••

Adam Mercer retweeted   Search Twitter                          🔍      Have an account? Log in ▾

WWE NXT @WWENXT · 26 Jul 2013
Meet @MojoRawleyWWE @RealPaigeWWE @ILikeSamiZayn tonight!
M&G for presale ONLY! Presale ends at 4pm: ow.ly/nlGkW
#NXTWinterHaven

↰      ⇄ 10      ★ 2      •••

Adam Mercer retweeted

Sami Zayn @ILikeSamiZayn · 26 Jul 2013
Winter Haven, FL! Doing a meet and/or greet before tonight's NXT show!
Say hi, get your tix online! Oh yeah, the show is going to rule too!

↰      ⇄ 11      ★ 4      •••

Adam Mercer @MercerWWE · 26 Jul 2013
Well, I know I'll be watching Total Divas on Sunday, Because of my Baby
Girl. I think we'll both enjoy the show. @WWE

↰      ⇄      ★      •••

Adam Mercer followed Matt Kemp, MVK. Valkabious, Yasiel Puig and Jack Marshall

**Matt Kemp** ✔                          ✚ Follow
@TheRealMattKemp
Faith. Family. Baseball. Giving everything
I have in all three - each and every day.
Instagram @bmdc27

**MVK. Valkabious**                       ✚ Follow
@AndreTyson90
Mostly known as being MVK Valkabious.
Professional Wrestler in the UK. A Brand
NEW WWE Signee Developmental
Talent. In the Gym 24/7.

Adam Mercer retweeted

Marc Harris WWE @WWE_Ref_MarcH · 26 Jul 2013
My first over seas tour in Melbourne, Australia!! It's starting now!!!

↰      ⇄ 2      ★      •••

Adam Mercer retweeted

WWE Universe @WWEUniverse · 22 Jul 2013
It's almost time... #RAW instagram.com/p/cFUrnq_gFHz/

↰      ⇄ 69      ★ 28      •••

Adam Mercer @MercerWWE · 16 Jul 2013
Hanging out with Candace today. I love her!

↰      ⇄      ★      •••

Adam Mercer @MercerWWE · 14 Jul 2013
Money In The Bank was a phenomenal PPV. So many surprises from
@WWE that you didn't expect to happen. I love @WWE

↰      ⇄ 1      ★      •••

Adam Mercer @MercerWWE · 14 Jul 2013

I thought @CodyRhodesWWE was going to win the MITB, Not Sandow. Don't worry Cody, Your time will come. @WWE #MITB

← �makes 2   ★ 1   •••

Adam Mercer @MercerWWE · 13 Jul 2013

Not guilty? Wow...

← �
 2   ★ 1   •••

Adam Mercer @MercerWWE · 13 Jul 2013

Using the @WWEPerformCtr today for my workout, and then spending the day with my babe. #MITB tomorrow night! Everyone tune in. @WWE

← �
 1   ★   •••

Adam Mercer retweeted
Performance Center @WWEPerformCtr · 11 Jul 2013

.@MichaelCole kicks off the #WWWPC Press Conference as members of the @WWENXT roster line the ring.



← �
 60   ★ 36   •••   View more photos and videos

Adam Mercer @MercerWWE · 11 Jul 2013

Training has already begun here at The Brand NEW @WWEPerformCtr. It's an amazing facility. Adam Mercer is back to work harder then ever.

← �
 1   ★   •••

Adam Mercer retweeted
Performance Center @WWEPerformCtr · 11 Jul 2013

26,000 square feet and $3.5 million in enhancements, the #WWEPC is one of a kind! #WWE

← �
 60   ★ 32   •••

Adam Mercer retweeted
Michael J Sampson @DocSampson13 · 11 Jul 2013

@WWEPerformCtr 5,500 sq foot fitness area

← �
 22   ★ 15   •••   View more photos and videos

Adam Mercer @MercerWWE·Twitter Jul 2013    Q    Have an account? Log in ▾
Looking forward to seeing the Brand New @WWE Performance Center today. I'll be there and I've heard it's impressive. Big Day! #WWEPC

↩  ♺ 1  ⭐ 1  •••

Adam Mercer @MercerWWE · 8 Jul 2013
Hey @KaneWWE , I know you want retribution of The Wyatt Family. I'm down here at @WWENXT with my partners. Feel free to ask for help. @WWE

↩  ♺ 2  ⭐ 1  •••

Adam Mercer @MercerWWE · 8 Jul 2013
The Wyatt Family has proven so far why they're creepy. Creepy scenes = Creepy People. That's what The Wyatt Family is. Haha! @WWE

↩  ♺  ⭐  •••

Adam Mercer @MercerWWE · 4 Jul 2013
Happy 4th of July everybody!

↩  ♺ 1  ⭐ 2  •••

Adam Mercer @MercerWWE · 28 Jun 2013
I'm destined for Greatness. But, right now I'm being used for something like Catering, Something I shouldn't be doing. It's My time!

↩  ♺ 1  ⭐ 2  •••

↻ Adam Mercer retweeted
WWE GOAT @WWEgoat · 20 Jun 2013
NXT.WWE.com still needs to get profiles up for @ConorOBrian @MercerWWE @itsBayleyWWE @MalikOmariWWE @iLikeSamiZayn etc. #NXT

↩  ♺ 3  ⭐ 1  •••    View summary

Adam Mercer @MercerWWE · 26 Jun 2013
At the gym!

↩  ♺  ⭐  •••

👤 Adam Mercer followed Ashlyn Khorram, Farah Jana Renshaw, Jurassic Park Legacy and 24 others

Search Twitter 🔍          Have an account? Log in ⌄

**Ashlyn Khorram** 🔒          •⚲ Follow
@DashingAshlyn
♥ Bella Italiana/Latina, Interior design
student, Full time mommy/monster killer,
Taken by the sexiest man alive, Wine
lover, and Christ follower ♥

**Farah Jane Renshaw**          •⚲ Follow
@FJR_biebercrazy
want to sing forever, because its the only
thing that will last forever..!!

**Adam Mercer** @MercerWWE · 16 Jun 2013
#Payback @WWE
↩    ↿↾ 1    ★ 2    •••

🔁 Adam Mercer retweeted
**WWE NXT** @WWENXT · 8 Jun 2013
Come see our NXT Superstars at #WWELakeland during intermission to
get autographs & pictures with your favorites! Section 27!
↩    ↿↾ 9    ★ 7    •••

**Adam Mercer** @MercerWWE · 8 Jun 2013
Damn! these fans here at the @WWENXT Showcase at the WWE Live
Event in Lakeland are awesome! #NXTShowcase #WWELakeland
↩    ↿↾    ★ 1    •••

**Adam Mercer** @MercerWWE · 6 Jun 2013
Surgeries suck! So I'm wishing
@WWERichie a speedy recovery with his
back. Be safe!
↩    ↿↾ 1    ★    •••

**Adam Mercer** @MercerWWE · 1 Jun 2013
Decided to head to Bethlehem, PA today since it's in my home state of
Pennsylvania. My lady and I enjoyed the show. @WWE #wwebethlehem
↩    ↿↾    ★ 1    •••

🔁 Adam Mercer retweeted
**John Cena** @JohnCena · 1 Jun 2013
Tonight the @WWE is in Manchester NH, I do love that place, but most
love that I get to spend the whole morning with my mom. #ILoveYouMom
↩    ↿↾ 1K    ★ 950    •••

**Adam Mercer** @MercerWWE · 31 May 2013.
I'm finally back... #YearOfMercer
↩    ↿↾ 1    ★    •••

Adam Mercer (@MercerWWE) | Twitter

**Adam Mercer** @MercerWWE · 31 May 2013
It looks like Camacho is now on Twitter too. Follow him at ---->
@TheWWECamacho .

↩  ♻  ★  •••

🔁 Adam Mercer retweeted
**Joel Redman** @NXTOliverGrey · 31 May 2013
@WWENXT is heading to the minnreg hall in @nxtlargo tonight! Bell time
is 7.30, don't miss out on a great night of #NXT wrestling

↩  ♻ 1  ★  •••

**Adam Mercer** @MercerWWE · 31 May 2013
WWE in Glens Falls tonight. Since I live in Pennsylvania, Why not go? Oh
wait... NXT is live tonight in Largo. Hmm...?

↩  ♻  ★  •••

**Adam Mercer** @MercerWWE · 29 May 2013
Sitting back watching this crazy Game 7 Hockey Game between the
@NHLBlackhawks and @DetroitRedWings . I hope the Blackhawks pull it
off!

↩  ♻  ★  •••

**Adam Mercer** @MercerWWE · 28 May 2013
I'm up for a Q&A before I work out. Questions only about Basketball today!

↩  ♻  ★  •••

🔁 Adam Mercer retweeted
**ESPN** @espn · 28 May 2013
Happy 75th Birthday to an absolute legend, The Logo, Jerry West. ->



↩  ♻ 1K  ★ 411  •••           View more photos and videos

**Adam Mercer** @MercerWWE · 27 May 2013
So Bray Wyatt and his family are debuting soon for Raw? not on my
watch. Payback is a month away, @WWENeville @NXTOliverGrey you
up for it?

↩  ♻  ★ 1  •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer @Merc&AWCHETwith May 2013          Q      Have an account? Log in ▾
Happy Memorial Day to all the men and women who protect our country—
day in and day out.

↰   ⇄   ★   •••

Adam Mercer @MercerWWE · 25 May 2013

Happy Birthday to @WWERomanReigns !
#BelieveInTheShield

↰   ⇄ 2   ★   •••

Adam Mercer @MercerWWE · 21 May 2013

I just need people to Believe in me.

↰   ⇄ 3   ★   •••

Adam Mercer @MercerWWE · 20 May 2013

McGillicutty... I mean Axel... Just made a stupid mistake... Heyman and
Axel are both playing The Game. They're screwed!

↰   ⇄   ★   •••

⇄ Adam Mercer retweeted
WWE @WWE · 19 May 2013
#WWE VIDEO: John Cena refuses to go to the hospital: WWE.com
Exclusive, May 19, 2013 wwe.me/2x0ghy

WWE



↰   ⇄ 170   ★ 52   •••          View more photos and videos

Adam Mercer @MercerWWE · 19 May 2013
My god... @Ryback22 @JohnCena  they have to be seriously injured...
#ExtremeRules

↰   ⇄   ★   •••

Adam Mercer (@MercerWWE) | Twitter

🐦       Adam Mercer followed T, The Big Guy, Bill Goldberg and The Shield

Search Twitter    🔍    Have an account? Log in ▾

**T**
@TheWWECamacho

Blue seal check to authenticate who I am? Hell No! Son of Haku, brother to Tama Tonga. Thankful for past opportunity still working hard and...

✚ Follow

**The Big Guy** ✓
@Ryback22

Wake up be grateful, Start full and end empty say thank you and FEED ME MORE!

✚ Follow

🔁 Adam Mercer retweeted
**Jason Ayers** @JasonAyersWWE · 19 May 2013
#NXTMeansChampionships #ExtremeRules

↩   🔁 22   ★ 5   •••

🔁 Adam Mercer retweeted
**Justin Roberts** @JustinRoberts · 19 May 2013
The Scottrade Center has erupted for St Louis' own @RandyOrton #ExtremeRules match is underway!



↩   🔁 167   ★ 88   •••      View more photos and videos

🔁 Adam Mercer retweeted
**WWE** @WWE · 19 May 2013
Trending Worldwide for @WWE #ExtremeRules: Rollins and Reigns, New Tag Team Champions, Team Hell No

↩   🔁 98   ★ 24   •••

**Adam Mercer** @MercerWWE · 19 May 2013
The Shield has owned the night so far. They have captured gold tonight. They've been making NXT proud. #BelieveInTheShield

↩   🔁   ★   •••

**Adam Mercer** @MercerWWE · 6 May 2013
The Shield just got one helluva ovation. #BelieveInTheShield @WWERomanReigns @WWERollins #Ambrose

↩   🔁 1   ★   •••

Adam Mercer (@MercerWWE) | Twitter



Adam Mercer @MercerWWE·1 May 2013
Thanks for coming to NXT tonight, @JohnCena! That WWE Title that you were carrying around was bright and awesome! I can't wait to hold it!

↩   ♻ 1   ★   •••

Adam Mercer @MercerWWE · 29 Apr 2013
John Cena is a true inspiration to me and hopefully everybody. He's the man. Much Respect to Cena. He does 365 days a year. #worldwishday

↩   ♻ 2   ★   •••

Adam Mercer @MercerWWE · 28 Apr 2013
So John Cena is injured now? I see how it is. I think it's Adam Mercer time. Don't you agree?

↩   ♻ 2   ★ 1   •••

Adam Mercer @MercerWWE   27 Apr 2013
On my way to Palmetto Armory for @WWENXT tonight. Show up! It'll be fun!

APR
SAT
7:30pm
Palmetto Armory
Palmetto, FL
BUY TICKETS

↩   ♻   ★   •••          View more photos and videos

🔁 Adam Mercer retweeted
WWE NXT @WWENXT · 27 Apr 2013
Tonight is the #WWENXT taping in Palmetto, FL! RT if you'll be there

↩   ♻ 10   ★ 4   •••

Adam Mercer @MercerWWE · 26 Apr 2013
Dean Ambrose just tapped out to The Undertaker. Never mess with The Deadman.

↩   ♻   ★   •••

Adam Mercer @MercerWWE · 19 Apr 2013
Headed to Starke, FL for @WWENXT Wrestling tonight. Looking forward to seeing a great crowd! #YearOfMercer

↩   ♻   ★   •••

**Adam Mercer** @MercerWWETwitter 6 Apr 2013          Q      Have an account? Log in ▾
Devastated to hear what happened in Boston. I'm speechless. This is unbelievable. Thoughts and Prayers go out to all involved #Pray4Boston

↩    ↻ 1    ★ 1    •••

**Adam Mercer** @MercerWWE · 8 Apr 2013
MVP = Luke Hancock. If not then its Peyton Siva.

↩    ↻    ★ 3    •••

🔁 Adam Mercer retweeted
**Corey Graves** @WWEGraves · 8 Apr 2013
Well, would ya look at this? A pretty familiar crew is shipping up to Boston.

#filthparade

#Smackdown

↩    ↻ 22    ★ 14    •••

**Adam Mercer** @MercerWWE · 8 Apr 2013

I think Ziggler should cash in tonight. Hope it happens! No offense or anything Del Rio.

↩    ↻ 1    ★ 2    •••

🔁 Adam Mercer retweeted
**WWE** @WWE · 8 Apr 2013
The final media stop for @JohnCena, the new #WWE Champion, is the @HuffingtonPost. Now, off to @IZODCenter for #Raw



↩    ↻ 786    ★ 628    •••          View more photos and videos

**Adam Mercer** @MercerWWE · 8 Apr 2013
After a FANTASTIC WrestleMania. Raw Tonight! Which means we're already on The Road To WrestleMania 30!!!

↩    ↻    ★    •••

🔁 Adam Mercer retweeted
**Joey Styles** @JoeyStyles · 7 Apr 2013
#WRESTLEMANIA RESULT: @JohnCena kicked out of three Rock Bottoms and used the AA to win the @WWE Championship from @TheRock.

↩    ↻ 97    ★ 33    •••

Adam Mercer (@MercerWWE) | Twitter

🐦

🔁 Adam Mercer retweeted    Search Twitter          🔍   Have an account? Log in ▾

Kurt Angle @RealKurtAngle · 7 Apr 2013
Great Wrestlemania! Kudos to Wwe and the Wrestlers. I Enjoyed It. GOD Bless!

↩    🔁 470    ⭐ 218    •••

Adam Mercer @MercerWWE · 7 Apr 2013
JohnCena is your BRAND NEW WWE CHAMPION! He shocked the world liked he promised. Great performance by both Rock and Cena!

↩    🔁 5    ⭐ 3    •••

🔁 Adam Mercer retweeted
Renee Young @ReneeYoungWWE · 7 Apr 2013
Ahem. Nevermind. @mikethemiz is our new #intercontinentalchamp

↩    🔁 17    ⭐ 13    •••

🔁 Adam Mercer retweeted
WWE WrestleMania @WrestleMania · 7 Apr 2013
And the NEWWWW Intercontinental Champion, @MikeTheMiz!!! It is The Miz's second IC Title reign! #WrestleMania

↩    🔁 783    ⭐ 195    •••

🔁 Adam Mercer retweeted
•never give up• @CenaOrtonN1Fan · 7 Apr 2013
We Want @ZackRyder chants on the WrestleMania 29 pre-show.

↩    🔁 2    ⭐    •••

🔁 Adam Mercer retweeted
Bill DeMott @BillDeMott · 7 Apr 2013
Just shook hands and spoke with # BrunoSammartino.........what a day! #wrestlemania29
#DEMOTTCRACY #NXTMEANSBUSINESS

↩    🔁 4    ⭐ 7    •••

🔁 Adam Mercer retweeted
WWE @WWE · 7 Apr 2013
Text MANIA30 to 59907 for a chance to win a trip to @WrestleMania XXX in New Orleans!

↩    🔁 75    ⭐ 37    •••

🔁 Adam Mercer retweeted
WWE WrestleMania @WrestleMania · 7 Apr 2013
Text MANIA30 to 59907 for a chance to win a trip to @WrestleMania XXX in New Orleans!

↩    🔁 54    ⭐ 17    •••

Adam Mercer (@MercerWWE) | Twitter

🐦

Adam Mercer @Merc&WWETwi8Apr 2013        Q        Have an account? Log in ▼

Here at MetLife Stadium ready for WRESTLEMANIA. Tonight will be
SHOCKING. @WWE

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 7 Apr 2013
Today is WRESTLEMANIA! The calm before the storm. This will be one
helluva Mania. It'll be GREAT!

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 5 Apr 2013
Just met this interesting fella here in NYC.
He told me that @WWE should be using
me. I said I AGREE! Push me!



↩   ⟲ 2   ★ 1   •••        View more photos and videos

Adam Mercer @MercerWWE · 5 Apr 2013
So I hear the Wyatt Family isn't happy and their looking for a fight here at
Axxess. Hmm..? I'm dying to fight boys! #WrestleManiaAxxess

↩   ⟲   ★ 1   •••

⟲ Adam Mercer retweeted
Dennis Boyle @rdmb1 · 5 Apr 2013
I honestly feel that all the #Nxtsuperstars belong on WM, they're some of
the best wrestlers in @WWE . #Axxess not enough, they belong on WM

↩   ⟲ 3   ★   •••

Adam Mercer @MercerWWE · 4 Apr 2013
That's @RealSummerWWE dancing with
@WWEFandango at The Press Conference
for WrestleMania. Interesting?!?! #WM29

↩   ⟲ 1   ★   •••

Adam Mercer @MercerWWE · 4 Apr 2013
Candace and I are ready to go to Axxess right now! Let's Go!!!
#WRESTLEMANIA29 #Axxess

↩   ⟲   ★   •••



Adam Mercer @MercerWWE · 4 Apr 2013

Surprisingly I'm still up at 1:05 am in NY. Candace already sleeping. While I'm stuck watching ESPN. Can never sleep when it's WM WEEKEND!

↰  ♺ 1  ★  •••

Adam Mercer @MercerWWE · 3 Apr 2013
Oh and for all you asking, I will be representing NXT in front of all you wonderful New Yorkers at WM29 Axxess which starts tomorrow. @WWE

↰  ♺  ★ 1  •••

Adam Mercer retweeted
Stephanie McMahon @StephMcMahon · 3 Apr 2013
#Axxess sneak peak #Wrestlemania

↰  ♺ 272  ★ 230  •••        View more photos and videos

Adam Mercer @MercerWWE · 3 Apr 2013
Did a lot of things today with Candace. We both checked out MetLife Stadium and visited Axxess which opens tomorrow. @WWE #WM29

↰  ♺  ★  •••

Adam Mercer retweeted
Triple H @TripleH · 3 Apr 2013
Help support #Stars4Sandy Relief. Bid on a VIP Experience with me at @WWENXT in Orlando: wwe.me/jHLtJ youtu.be/JDPoOTrFOHY

↰  ♺ 188  ★ 113  •••

Adam Mercer (@MercerWWE) | Twitter                    Page 24 of 69

Adam Mercer retweeted   Search Twitter            Have an account? Log in ▾

**Brooklyn Brawler** @brawlerreal · 3 Apr 2013
#WWE 2013 HALL OF FAME at the Worlds Most Famous Arena Madison
Square Garden April 6. What an experience. #EPIC



View more photos and videos

↩   ↻ 54   ★ 23   •••

Adam Mercer retweeted
**John Cena** @JohnCena · 3 Apr 2013
Now @iamdiddy will perform at #WrestleMania @TheRock  @WWE I will
make sure it's a #suckerfreesunday #RTime=NOW #redemption 4/7/13

↩   ↻ 1.1K   ★ 504   •••

**Adam Mercer** @MercerWWE · 2 Apr 2013
Hello New York! It's windy and snowy here. WrestleMania weekend shall
be great! NXT Talent will be here too. @WWE @WWENXT
@WrestleMania

↩   ↻   ★   •••

**Adam Mercer** @MercerWWE · 1 Apr 2013
I've never seen anyone physically brutalities The Undertaker. Heyman and
Punk crossed the line. WrestleMania29 is heating up.

↩   ↻   ★   •••

**Adam Mercer** @MercerWWE · 1 Apr 2013
Paul Heyman lives with disappointment,
That's why he barely has any hair on his
head.

↩   ↻ 1   ★ 1   •••

**Adam Mercer** @MercerWWE · 1 Apr 2013
Damn @JohnCena ! Making a statement for @TheRock and the millions
of people. John Cena will shock the world on Sunday. #WM29 @WWE

↩   ↻   ★   •••

Adam Mercer retweeted
**Seth Rollins** @WWERollins · 1 Apr 2013
The Hounds of Justice are on the heels of your heroes. There is no
escape. There is no hope...and there is no other way. #webelieve #RAW

↩   ↻ 275   ★ 118   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer @MercerWWETwitter4Apr 2013      Q    Have an account? Log in ▾

Raw sold out tonight in Washington. I'm
looking forward to it! #RAWTonight
#YearOfMercer keep watching...

↰   ♻ 2   ★   •••

Adam Mercer retweeted
Wrestling Plaza @WrestlingPlaza · 1 Apr 2013
PSU Wrestling's Ruth To Join WWE – Onward State dlvr.it/39DZBQ

↰   ♻ 3   ★   •••

Adam Mercer @MercerWWE · 31 Mar 2013

Happy Birthday to my favorite wrestler in the
WWE, @RandyOrton !

↰   ♻ 1   ★ 1   •••

Adam Mercer followed Brock Lesnar and Kendall Skye



**Brock Lesnar** ✔        ✚ Follow
@BrockLesnar

Current WWE Champion and former
UFC World Heavyweight Champion. Eat.
Sleep. Conquer. Repeat.



**Kendall Skye** ✔ ·        ✚ Follow
@KendallSkyeWWE

WWE NXT Diva IG: kendallskyewwe
#skyesthelimit

Adam Mercer @MercerWWE · 31 Mar 2013
Happy Easter!!

↰   ♻   ★   •••

Adam Mercer retweeted
Richie Steamboat @WWERichie · 31 Mar 2013
I've worked so hard to accomplish my dream. It finally has paid off! My
time is now!! #WWESTEAMBOAT @WWE

↰   ♻ 5   ★ 3   •••

Adam Mercer @MercerWWE · 30 Mar 2013

And that's how you wrap up #NXTMiami
without Adam Mercer in the Main Event.
Thanks for coming @BrodusClay . I enjoyed
The FAIR.

↰   ♻ 2   ★ 5   •••

Adam Mercer (@MercerWWE) | Twitter

Search Twitter     Q     Have an account? Log in ▾

Adam Mercer retweeted
Jason Ayers @JasonAyersWWE · 30 Mar 2013
GAME TIME here at #NXTMiami! Get here, now! Don't miss out! Miami-Dade County Fair, included with fair admission!

↰    ⇄ 2    ★ 1    •••

Adam Mercer @MercerWWE · 30 Mar 2013
Mercer takeover. #WWEAtlanticCity

↰    ⇄    ★    •••

Adam Mercer retweeted
Bilawal Mirbahar @BilawalMirbahar · 30 Mar 2013
TONIGHT at 6pm, @WWE Superstars @BrodusClay @NaomiWWE @TitusONeilWWE @DarrenYoungWWE as they appear at @WWENXT event at @MiamiDadeFair, FL.

↰    ⇄ 18    ★ 7    •••

Adam Mercer retweeted
Howard Finkel @howardfinkel · 29 Mar 2013
My deepest condolences go out to the Flair family on their loss.

↰    ⇄ 59    ★ 14    •••

Adam Mercer retweeted
Anya-Anna Bogomazova @RussianBruiser · 29 Mar 2013
Praying for Flair family. Always here to support you @MsCharlotteWWE

↰    ⇄ 12    ★ 7    •••

Adam Mercer retweeted
Justin Roberts @JustinRoberts · 29 Mar 2013
My condolences go out to the Flair family. I'm very sorry to hear about Reid, my thoughts are with all of you.

↰    ⇄ 96    ★ 22    •••

Adam Mercer @MercerWWE · 29 Mar 2013
Prayers sent out to Ric and the rest of his family. RIP Reid! You'll be missed!!

↰    ⇄    ★    •••

Adam Mercer retweeted
Marc Harris WWE @WWE_Ref_MarcH · 29 Mar 2013
Time to fly out to this weekends live events, Washington DC for Raw TV, then to New Jersey for Wrestlemania! I'm on my way baby!

↰    ⇄ 2    ★    •••

Adam Mercer @MercerWWE · 29 Mar 2013
Good seeing @FindEvan return to the ring last night defeating former El Generico. NXT is amazing!

↰    ⇄ 1    ★    •••

Search Twitter          Q      Have an account? Log in ▾

**Adam Mercer** retweeted
**John Cena** @JohnCena · 29 Mar 2013
Time to head to Springfield MA. @ESPN @SportsCenter @WWE very
happy to be back there 2nite. Gr8 prep for 4/7/13 #RTime=NOW
#redemption

↰    ♺ 748    ★ 520    •••

**Adam Mercer** @MercerWWE · 27 Mar 2013
NXT IN ORLANDO TONIGHT.

↰    ♺    ★    •••

**Adam Mercer** retweeted
**Brock Lesnar** @LesnarOfficial · 26 Mar 2013
I'll be at Raw next week in Washington. I know @TripleH will be there too.
I'm ready for anything that stands in my way.

↰    ♺ 1    ★    •••

**Adam Mercer** @MercerWWE · 25 Mar 2013
Big Show just cleaned out The Shield with Sheamus and Orton just
wrecked Reigns back with that chair. #OUCH #RAWPhilly #RAWTonight

↰    ♺    ★    •••

**Adam Mercer** @MercerWWE · 25 Mar 2013
Ziggler vs Jericho? Great opening match!

↰    ♺    ★    •••

**Adam Mercer** @MercerWWE · 24 Mar 2013
Hey, @ZackRyder ! Me vs You at WrestleMania, Screw Catering.
#RyderManiaWWWYKI

↰    ♺    ★ 1    •••

**Adam Mercer** @MercerWWE · 21 Mar 2013
Hope everybody comes to FullSail tonight. Why? because @IAmJericho
will be here! the place will be rocking and we'll be rolling! @WWE

↰    ♺    ★    •••

**Adam Mercer** @MercerWWE · 20 Mar 2013
Well, @IAmJericho will be here live at NXT
tomorrow night. I hope he brings his music!
NXT will be rockin!

↰    ♺ 2    ★    •••

**Adam Mercer** @MercerWWE · 19 Mar 2013
How has @HEELZiggler not been in any
movies? He's such a great drama queen
actor. Great wrestler too!

↰    ♺ 2    ★ 1    •••

Adam Mercer (@MercerWWE) | Twitter

**Adam Mercer** @Merc&AA9TTwit6rMar 2013          Q    Have an account? Log in ▾
This shall be interesting! The Shield vs Orton, Sheamus, and Show at
WM29?!

↰   ⇄   ★ 2   •••

🔁 Adam Mercer retweeted
**WWE SummerSlam** @SummerSlam · 18 Mar 2013
Get ready Los Angeles!! Tickets for WWE @SummerSlam go on sale
THIS SATURDAY!! Details: wwe.me/jb611 @STAPLESCenter @axs

↰   ⇄ 44   ★ 9   •••                                    View summary

**Adam Mercer** @MercerWWE · 18 Mar 2013
Congrats To Booker T! Only if he could be a FIVE TIME, FIVE TIME, FIVE
TIMES, FIVE TIME , FIVE TIME WWE Hall Of Famer. @WWE

↰   ⇄ 1   ★ 1   •••

**Adam Mercer** @MercerWWE · 18 Mar 2013
Where's Raw tonight? Oh yeah in Pittsburgh. In my home state. See you
there!

↰   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 17 Mar 2013
I need to be put on TV! I\ve worked my ass off. I'm destined to do this.
Give the fans what they want  This is my year!  @WWE @WWENXT

↰   ⇄ 1   ★ 1   •••

**Adam Mercer** @MercerWWE · 17 Mar 2013
Spending my day with the loved ones. I'll enjoy this day for sure. I love
Family!

↰   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 17 Mar 2013
Happy St. Patrick's Day!! Wear Green and enjoy your day . Oh yeah...
Where are The Leprechauns?

↰   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 16 Mar 2013
Thanks for coming out tonight in West Palm.
Enjoyed it here! Now time for rest and GYM
early in the morning. #YearOfMercer

↰   ⇄   ★ 1   •••

🐦

Adam Mercer retweeted  Search Twitter                    🔍

Matt Morgan @BPmattmorgan · 16 Mar 2013
Please read and RT this. Pathetic and sad....



**Are our soldiers going hungry while Congress boosts its pay?**

My nephew recently returned to Afghanistan for his second deployment. A few days ago he went to the mess hall only to find it locked and posted with a sign explaining that, due to budget cuts, breakfast would no longer be served.

On that same day, it was reported in the media that members of Congress would be receiv-

↩   🔁 113   ⭐ 21   •••                      View more photos and videos

Adam Mercer @MercerWWE · 13 Mar 2013
I've got my WrestleMania 29 tickets. So, that means I'll be heading to MetLife Stadium on April 7th!

↩   🔁   ⭐   •••

Adam Mercer retweeted
Ryan Nemeth @HotYoungBriley · 13 Mar 2013



I CANNOT TELL A LIE... CHERRY BUZZ COLA IS SUGARIFFIC!

↩   🔁 7   ⭐ 3   •••                      View more photos and videos

Adam Mercer @MercerWWE · 13 Mar 2013
Today was the day where we got a Brand New Pope and the day I got 100 percent stronger. Good day!

↩   🔁   ⭐   •••

Adam Mercer @MercerWWE · 11 Mar 2013
The Shield is stoppable!

↩   🔁   ⭐   •••

Adam Mercer retweeted
WWE @WWE · 11 Mar 2013
Turn on #WWEActive on the official @WWE App now for exclusive bonus content! #LiveFromNewYorkItsMondayNightRaw WWE.com/APP

↩   🔁 29   ⭐ 6   •••                      View summary

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer retweeted  Search Twitter          Q    Have an account? Log in ▾

WWE Universe @WWEUniverse · 11 Mar 2013
We salute #PaulBearer 1954-2013 .... and the bell tolls ... #Undertaker #RAW

↰    ⟲ 846    ★ 171    •••

Adam Mercer retweeted
John Cena @JohnCena · 11 Mar 2013
Tonight, I have a special treat for #WWEIndianapolis for whomever shows up live. I'll Tout a hint later... @wwe #RTime=NOW

↰    ⟲ 632    ★ 384    •••

Adam Mercer retweeted
WWE Universe @WWEUniverse · 11 Mar 2013
RT if you think #PaulBearer deserves induction into the @WWE Hall of Fame. #WWEHOF

↰    ⟲ 2K    ★ 118    •••

Adam Mercer @MercerWWE · 11 Mar 2013
#YearOfMercer

↰    ⟲    ★    •••

Adam Mercer @MercerWWE  11 Mar 2013
Woke up.. Ate like a REAL Man.. Worked out.  This will be my year.. @WWE be ready and enjoy! #YearOrMercer

↰    ⟲    ★    •••

Adam Mercer followed Bradley Maddox, Marc Harris WWE, WWE Careers and 8 others

                          ⊶ Follow                          ⊶ Follow

Bradley Maddox ✔                    Marc Harris WWE
@BradMaddoxIsWWE                    @WWE_Ref_MarcH
WWE                                Official Twitter acct. of WWE Referee
                                   Marc Harris

Adam Mercer retweeted
WWE Universe @WWEUniverse · 8 Mar 2013
#ADeliciousPlot! #SmackDown @RRWWE @VivaDelRio

↰    ⟲ 32    ★ 19    •••

Adam Mercer (@MercerWWE) | Twitter                                    Page 31 of 69

Adam Mercer retweeted   Search Twitter          Q    ·   Have an account? Log in ▾
Stephanie McMahon @StephMcMahon · 6 Mar 2013
Proud to represent WWE in support of Sandy Hook Relief Fund providing
aid to first responders, workers, and teachers



↩    ↻ 302    ★ 241    •••          View more photos and videos

Adam Mercer retweeted
Undertaker @TheRealTakerWWE · 5 Mar 2013
Rest in Peace Paul Bearer. Thank you for being one of the best managers
of all time to me. You'll never be forgotten. Sad day..

↩    ↻ 1    ★    •••

Adam Mercer @MercerWWE · 5 Mar 2013
Thoughts and Prayers go out to Paul Bearer/
William Goodys family. #RIPPaulBearer

↩    ↻ 3    ★ 1    •••

Adam Mercer @MercerWWE · 5 Mar 2013
So sad to hear about the passing of Paul
Bearer. I'll still remember the times of you
managing Taker. You're in a better place
now. #RIPPaul

↩    ↻ 3    ★ 2    •••

Adam Mercer @MercerWWE · 5 Mar 2013
Just bought TheMarine3Homefront starring @WWE Superstar,
@MikeTheMiz . I'll certainly be watching this tonight. It shall be
AWESOME!

↩    ↻    ★    •••

Adam Mercer @MercerWWE · 4 Mar 2013
Sheamus has a nice tour bus! #OldSchoolRaw

↩    ↻    ★    •••

Adam Mercer @MercerWWE · 4 Mar 2013
Triple H means business!!

↩    ↻    ★    •••

Adam Mercer followed Vince McMahon, Cristiano Ronaldo, Honky Tonk Man ® and Fandango
Search Twitter          Q     Have an account? Log in ▾



**Vince McMahon** ✔
@VinceMcMahon

Vince McMahon, Chairman & CEO of
WWE, Inc., is a third generation promoter
who has made WWE into the global
phenomenon it is today.

•👤 Follow

**Cristiano Ronaldo** ✔
@Cristiano

This Privacy Policy addresses the
collection and use of personal
information - cristianoronaldo.com/terms

•👤 Follow

---

🔁 Adam Mercer retweeted
**Triple H** @TripleH  · 4 Mar 2013
#OldSchoolRAW   It's time!!!!

↩    🔁 994    ★ 496    •••

---

**Adam Mercer** @MercerWWE  · 4 Mar 2013

## Fandango and Morrison wear the same pants? Interesting... #OldSchoolRaw

↩    🔁 1    ★ 1    •••

---

**Adam Mercer** @MercerWWE  · 4 Mar 2013
The crowd went absolute silent it seems like when @OfficialHTM entered
the arena. Are You Serious?

↩    🔁    ★    •••

---

**Adam Mercer** @MercerWWE  · 4 Mar 2013
Monsters of Funk lol

↩    🔁    ★    •••

---

🔁 Adam Mercer retweeted
**Justin Roberts** @JustinRoberts  · 4 Mar 2013
The Million Dollar Man Ted Diblase at ringside for Team Hell No vs Prime
Time Players! @WWE #OldSchoolRAW



↩    🔁 32    ★ 12    •••          View more photos and videos

**Adam Mercer** @Merc&AWWETw&Mar 2013          Q     Have an account? Log in ▾
I see @WWERichie and @MsCharlotteWWE hitting it off! Lol Just-
kidding! I won't tell both of your fathers.

↩   ⇄   ★   •••

Adam Mercer retweeted
**Renee Young** @ReneeYoungWWE · 4 Mar 2013
Sorry Canada, I keep forgetting about your chump 15 min delay. 💙 We
still cool?

↩   ⇄ 12   ★ 4   •••

**Adam Mercer** @MercerWWE · 4 Mar 2013
Mustard Bottle = @MichaelCole #OldSchoolRaw

↩   ⇄   ★   •••

Adam Mercer retweeted
**Michelle Beadle** @MichelleDBeadle · 4 Mar 2013
"Lance Armstrong was full of crap and so are you." oh Rocky....
#OldSchoolRaw

↩   ⇄ 398   ★ 136   •••

Adam Mercer retweeted
**WWE Creative Humor** @WWECreative_Ish · 4 Mar 2013
In order to be the greatest alive you have to beat everyone living. And
then Mike Tyson beat up his girlfriend. Thanks @JohnCena #RAWTonight

↩   ⇄ 100   ★ 41   •••

Adam Mercer retweeted
**WWE Universe** @WWEUniverse · 4 Mar 2013
"At WrestleMania 29, your time is up, my time is NOW!" - @JohnCena to
@TheRock, #RAW

↩   ⇄ 222   ★ 59   •••

**Adam Mercer** @MercerWWE · 4 Mar 2013
This shall be good to watch. Rock and Cena
in the same ring once again. Can't wait for
WM29! #TwiceInALifetime #Legends
@WWE

↩   ⇄ 1   ★   •••

Adam Mercer retweeted
**WWE** @WWE · 4 Mar 2013
Check in NOW for #OldSchoolRAW on @getglue and get your
@WrestleMania Moments sticker, feat. @TripleH! wwe.me/ilQqN
#TheGame

↩   ⇄ 31   ★ 12   •••                          View summary

Adam Mercer (@MercerWWE) | Twitter

🐦

Adam Mercer retweeted  Search Twitter          🔍    Have an account? Log in ▾

Michelle Beadle @MichelleDBeadle · 4 Mar 2013
Come on @wwe.  Just give @ZackRyder a Wrestlemania spot. Anyone
who is willing to let all that Mark Henry sweat touch them deserves it.
#RAW

↩    ⟲ 141    ★ 72    •••

Adam Mercer @MercerWWE · 4 Mar 2013
Hey @TheMarkHenry I I'll stand in your way and walk right through you.
Bring it on! #OldSchoolRaw #YearOfMercer

↩    ⟲ 1    ★ 1    •••

Adam Mercer retweeted
Triple H @TripleH · 4 Mar 2013
Good to see "THE Man" @RicFlairNatrBoy  #OldSchoolRAW

↩    ⟲ 637    ★ 311    •••

Adam Mercer retweeted
WWE Universe @WWEUniverse · 4 Mar 2013
That's right - TONIGHT #OldSchoolRaw is LIVE from #WWEBuffalo! Be
sure to tune in at 8/7 CT on USA! instagr.am/p/Wc33_GAFHM/

↩    ⟲ 120    ★ 30    •••

Adam Mercer @MercerWWE · 4 Mar 2013

## Speaking about OldSchool.. Boy does time fly and boy have I gotten more tan since this!



↩    ⟲    ★ 3    •••          View more photos and videos

Adam Mercer @MercerWWE · 4 Mar 2013
Eating breakfast and after that, I think I will head to a Gym to do some
weight lifting, bench press, and of course CARDIO. #YearOfMercer

↩    ⟲    ★    •••

Adam Mercer @MercerWWE · 4 Mar 2013
The Legends return to Monday Night Raw tonight because it's OLD
SCHOOL RAW! Can't wait to see some wrestler I admired growing up.

↩    ⟲    ★    •••

**Adam Mercer** @MercerWWE · 3 Mar 2013          Q     Have an account? Log in ▾

I made a promise to all my fans. That
promise was it will be my year and it will be.
#YearOfMercer @WWE #AdamMercer

↩   ♺ 2   ★ 1   •••

**Adam Mercer** @MercerWWE · 3 Mar 2013

In the Morning, The Sun rises... and At night it fades away quietly...

↩   ♺   ★   •••

**Adam Mercer** @MercerWWE · 3 Mar 2013

The Shield = Cowards.

↩   ♺ 1   ★ 2   •••

**Adam Mercer** @MercerWWE · 26 Feb 2013

Hey @WWE ! It should be @TheShieldWWE vs @WWESheamus ,
@RandyOrton and MYSELF at WM29. #MakeItHappen
#IDontBelieveInTheShield

↩   ♺ 1   ★ 1   •••

**Adam Mercer** @MercerWWE · 26 Feb 2013

Seth Rollins and Roman Reigns can threaten The Viper all they want.
They can't destroy him. Him and Sheamus are too damn tough. Me too!

↩   ♺ 1   ★ 1   •••

**Adam Mercer** @MercerWWE · 25 Feb 2013

This is one of the best matches I've seen in
a while. I respect both of these men. This is
why we do what we do. #RESPECT
#PunkVsCena

↩   ♺ 2   ★ 2   •••

Adam Mercer followed Drew Galloway, Seth Green, Stephanie McMahon and 7 others



**+≗ Follow**

**Drew Galloway** ✔
@TheDrewMcIntyre

Book for Wrestling, Acting & media
appearances via SHOWBIS@aol.com



**+≗ Follow**

**Seth Green** ✔
@SethGreen

Hello Twitter. I promise not to say
anything too stupid.

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer retweeted    Search Twitter    🔍    Have an account? Log in ▼

WWE Universe @WWEUniverse · 25 Feb 2013
"We are moments away from #THUNDERDOME in Dallas!"
- @JohnCena, #RAW

↩  ♻ 66    ★ 23    •••

Adam Mercer @MercerWWE · 25 Feb 2013
My money is on Cena. #ThunderDomeInDallas

↩  ♻    ★    •••

Adam Mercer @MercerWWE · 25 Feb 2013
Hey @WWESheamus ! I like the name " The Fear " the group should be
You, Orton, and MYSELF. Make it happen @WWE ! #DynamicDuo
#TheFear

↩  ♻    ★ 1    •••

Adam Mercer @MercerWWE · 25 Feb 2013
And The Viper strikes! Sucks to be you Rollins.

↩  ♻ 1    ★ 1    •••

Adam Mercer retweeted
WWE @WWE · 25 Feb 2013
Don't miss OLD SCHOOL RAW next week on @WWE #RAW LIVE on
@USA_Network!

↩  ♻ 277    ★ 78    •••

Adam Mercer retweeted
Triple H @TripleH · 25 Feb 2013
Time to play the Twitter game... #Raw

↩  ♻ 3.4K    ★ 1.5K    •••

Adam Mercer @MercerWWE · 25 Feb 2013
Orton vs Cesaro.

↩  ♻    ★ 2    •••

Adam Mercer @MercerWWE · 25 Feb 2013
HHH!!!!

↩  ♻    ★ 1    •••

Adam Mercer @MercerWWE · 25 Feb 2013
Ultimate Fighter Paul Heyman? HAHAHAHA! What a joke.

↩  ♻    ★    •••

Adam Mercer (@MercerWWE) | Twitter



Adam Mercer @MercerWWE · 26 Feb 2013
Updated for Twitter yesterday. Only 476 followers tho? That'll change.
#YearOfMercer

**400**
TWEETS

**207**
FOLLOWING

**476**
FOLLOWERS

View more photos and videos

Adam Mercer @MercerWWE · 25 Feb 2013
Can't wait for Walrus vs McMahon also!! Vince will win. If not.. Then, it'll be
a sad day for the whole @WWEUniverse . #VinceForTheWin

Adam Mercer @MercerWWE · 25 Feb 2013
Expecting a good Raw tonight. Cena vs Punk should be a phenomenal
match to watch. TheRock better pay close attention.
#thunderdomeindallas

Adam Mercer retweeted
PAIGE @RealPaigeWWE · 24 Feb 2013
Thank you Ric Flair for coming to an awesome NXT show in Melbourne
tonight!! #ilovemyjob

♻ 26    ★ 12

Adam Mercer retweeted
Zack Ryder @ZackRyder · 24 Feb 2013
"@WWE: RT @zackryder: The #Oscars are tonight. Good luck to my
broski @RealHughJackman #OSCARSWWE" I didn't put
#OSCARSWWE in my tweet

♻ 98    ★ 67

Adam Mercer followed Triple H and Dr. Shelby

Adam Mercer (@MercerWWE) | Twitter                              Page 38 of 69

Search Twitter          Q     Have an account? Log in ▾

**Triple H** ✓
@TripleH
13-time World Champion and Chief
Operating Officer of @WWE. Time to
Play The Game!

**Dr. Shelby**
@DrShelbyTweets
Stay calm, everyone. I'm the official
Anger Management Therapist for the
WWE. Now I have to figure out how to
work this twitter thing.

·≗ Follow                    ·≗ Follow

**Adam Mercer** @MercerWWE · 24 Feb 2013

Here in Melbourne tonight for NXT Live!
WWE Hall of Famer Ric Flair and his
daughter will be here!

↩  �recycle  ★ 1   •••

**Adam Mercer** @MercerWWE · 23 Feb 2013

#UFC157

↩  ↻ 1  ★   •••

**Adam Mercer** @MercerWWE · 23 Feb 2013

If anything I would've thought The Undertaker would've returned on either
Raw or PPV. But, It's @WWE and it's full of surprises.

↩  ↻  ★   •••

**Adam Mercer** @MercerWWE · 21 Feb 2013

After that long car ride, I have officially arrived in Jacksonville for NXTLive.
See y'all there. It's time for me to get some sleep!

↩  ↻  ★   •••

↻ Adam Mercer retweeted
**Joey, from Wrestling** @WWEMercury · 21 Feb 2013

Thanks to @RandyOrton, @howardfinkel & as always, @JRsBBQ. NXT
threw DOWN @FullSail tonight. Damn proud of our crew. Future's safe,
y'all.

↩  ↻ 5  ★ 3   •••

**Adam Mercer** @MercerWWE · 21 Feb 2013

Good Morning!

↩  ↻  ★   •••

↻ Adam Mercer retweeted
**WWE NXT** @WWENXT · 21 Feb 2013

Missed @WWENXT tonight @FullSail?  Then make sure you're there for
the next event on Thursday, March 21st featuring.... Y2J! @IAmJericho

↩  ↻ 30  ★ 8   •••

Adam Mercer (@MercerWWE) | Twitter                                    Page 39 of 69

🐦

Adam Mercer @Merc6AV4WE Tw1ter Feb 2013          🔍    Have an account? Log in ▾

Great Atmosphere tonight for @WWENXT . The place went insane. So long FullSail, I'm off to Jacksonville for NXT Live tomorrow night.

↩   ⇄   ★   •••

Adam Mercer @MercerWWE · 21 Feb 2013

Arrived here at FullSail and now I'm inside the arena, Take a look!



↩   ⇄   ★ 1   •••                          View more photos and videos

Adam Mercer @MercerWWE · 21 Feb 2013

Hmm.. I just thought to myself, What if Me and @RandyOrton teamed up tonight at the NXT Tapings. You know how interesting that would be?

↩   ⇄ 1   ★ 1   •••

🔁 Adam Mercer retweeted
WWE NXT @WWENXT · 21 Feb 2013

Florida @WWEUniverse members, see #TheViper @RandyOrton TONIGHT LIVE at @FullSail in Orlando at @WWENXT! wwe.me/hVzeM

↩   ⇄ 27   ★ 7   •••

Adam Mercer @MercerWWE · 21 Feb 2013

Getting all the gear packed and then headed to Full Sail for @WWENXT tonight. Randy Orton will be there. It's going to be a good day!

↩   ⇄   ★ 1   •••

Adam Mercer @MercerWWE · 21 Feb 2013

Oh:. My bad for having goal that I want to accomplish. You all can keep hating but none of you will stop me. I'm destined for GREATNESS.

↩   ⇄   ★   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer @MercerWWE · 20 Feb 2013
"@JerommeGraham: Are @WWERichie and @MercerWWE for real?"
Yes @WWE FOLLOWS THE BOTH OF US!

↩  ⇄  ★  •••

Adam Mercer @MercerWWE · 20 Feb 2013
Randy Orton will be here @FullSail for @WWENXT tomorrow. I wonder
what he has in store for the NXT Wrestlers and the fans. @WWE

↩  ⇄  ★  •••

Adam Mercer retweeted
WWE NXT @WWENXT · 20 Feb 2013
Tomorrow @WWENXT returns to @FullSail with The Viper, Randy
Orton! ow.ly/hPM6j

↩  ⇄ 44  ★ 10  •••

Adam Mercer @MercerWWE · 20 Feb 2013
I don't compare myself to Randy Orton. But
I'd like to. I'm Adam Mercer. Randy's just my
favorite wrestler in WWE right now. That's
all...!

↩  ⇄ 2  ★ 2  •••

Adam Mercer @MercerWWE · 20 Feb 2013
I'm Adam Mercer. Future World Champion. I
DREAM BIG. When an opportunity is given,
you take it. And that's what I'm doing.
#YearOfMercer

↩  ⇄ 2  ★ 2  •••

Adam Mercer @MercerWWE · 19 Feb 2013
TheMercerEffect is in tact!

↩  ⇄  ★ 1  •••

Adam Mercer retweeted
WWE @WWE · 19 Feb 2013
#WWE PHOTO GALLERY: The new WWE Championship: photos
wwe.me/2uYDq7

↩  ⇄ 152  ★ 81  •••        View photo

Adam Mercer @MercerWWE · 19 Feb 2013
Hmm.. How about my Twitter account (
@MercerWWE ) gets verified?

↩  ⇄ 1  ★  •••

Adam Mercer @MercerWWE · Twitter · Feb 2013     Q     Have an account? Log in ▾

"@ZackRyder: My song "Hoeski" is SSSIIICCCKKK! itun.es/us/YUFTJ—·—
Who pops in your head when you hear #Hoeski?" Princess Leia?

↩   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 19 Feb 2013
New WWE title? I like it. One day, I'll be
holding it. I'll be holding a championship and
will keep it in my grasp.

↩   ⇄ 2   ★   •••

**Adam Mercer** @MercerWWE · 18 Feb 2013
"@WWENXT: Randy Orton vs. Kane right
now on #Raw, Orton appears this Thursday
@FullSail for @WWENXT..."

↩   ⇄   ★ 1   •••

**Adam Mercer** @MercerWWE · 18 Feb 2013
I think I'm gonna buy some tickets for Extreme Rules. I love chaos!

↩   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 18 Feb 2013
New Orleans will host @WrestleMania next year. Guess what arena? The
Super Dome! April 6, 2014! #WM30

↩   ⇄   ★   •••

👤 Adam Mercer followed •never give up•, 2K , Stephanie M and Office Xmas Marty

+👤 Follow

+👤 Follow

**•ɴᴇᴠᴇʀ ɢɪᴠᴇ ᴜᴘ•**
@CenaOrtonN1Fan

supporting the 15-time world champion.
john cena followed 12/19/13
#nevergiveup

**2K** ✅
@2K

Official Twitter feed for 2K. Publisher of
@NBA2K, @WWEgames, @XCOM,
@ClvGame, @Evolvegame,
@Borderlands, @Hangar13Games, ...

**Adam Mercer** @MercerWWE · 17 Feb 2013
I'm in disbelief.. Did The Shield really just win? Was their an error on my
TV screen? Down go Cena, Sheamus, and Ryback..

↩   ⇄   ★   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer @MercerWWE · 17 Feb 2013
Does Zeb Coulter smell?

**Adam Mercer** @MercerWWE · 17 Feb 2013
I think The Miz is gonna win this match. Antonio is gonna control most of
the match. But, I believe Miz will win.

**Adam Mercer** @MercerWWE · 17 Feb 2013
#WWEChamber

**Adam Mercer** @MercerWWE · 17 Feb 2013
And it looks Del Rio is headed to WrestleMania. His opponent at WM29
will be @RandyOrton and we all know that.

**Adam Mercer** @MercerWWE · 17 Feb 2013
Watching the Elimination Chamber. Del Rio vs Show kicks off the show. I
think it's time for Adam Mercer to shine. #YearOfMercer

Adam Mercer retweeted
**John Cena** @JohnCena · 17 Feb 2013
Focusing on the @TheShield tonight, but you bet I'll be keeping a close
eye on @CMPunk, @TheRock and the #WWE Title. tout.com/m/mi0alf?
ref=t...

Tout



↩   ⟲ 737   ★ 472   •••          View more photos and videos

**Adam Mercer** @MercerWWE · 17 Feb 2013
Almost SHOWTIME here in Brooksville. The
future of the WWE is here. Where am I you
might ask? Watch and see! It's the Year of
Mercer.

↩   ⟲ 1   ★   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer retweeted    Search Twitter    🔍    Have an account? Log in ▾

**WWE** @WWE · 17 Feb 2013
At #WWEChamber, @TheShieldWWE collides with @JohnCena, @Ryback22 & @WWESheamus in a blockbuster 6-man tag! PREVIEW: wwe.me/hKNK6

↩   ↻ 111   ★ 20   •••      View summary

---

Adam Mercer retweeted
**Seth Rollins** @WWERollins · 17 Feb 2013
I've always dreamed of changing the world and tonight we, @TheShieldWWE, get the chance to reshape the future. Believe in that. #WWEChamber

↩   ↻ 451   ★ 180   •••

---

**Adam Mercer** @MercerWWE · 17 Feb 2013
If you won't be here in Brooksville tonight for #NXTLive you better watch WWE Elimination Chamber. It's going to be a good day!

↩   ↻   ★   •••

---

**Adam Mercer** @MercerWWE · 16 Feb 2013
I'm gonna achieve my goal. No matter how I do it, it will happen. I'm destined for greatness. It will be the Year Of Mercer. @WWE

↩   ↻   ★   •••

---

**Adam Mercer** @MercerWWE · 16 Feb 2013
Never thanked WWE for finally following me. So, Thank You!!! Best Wrestling in the world is here at WWE.

↩   ↻   ★   •••

---

**Adam Mercer** @MercerWWE · 16 Feb 2013
Off to the Gym to lift weights, bench, and many more.

↩   ↻   ★   •••

---

**Adam Mercer** @MercerWWE · 16 Feb 2013

They're following me too! In your face haters. Thinking I was fake.. Shame on you guys. #AdamMercer @wwe

Superstars & Divas, featuring the latest breaking news, photos, features and videos from http://WWE.com.

http://www.wwe.com

| 34.9K | 215 | 2.1M |
|-------|-----|------|
| TWEETS | FOLLOWING | FOLLOWERS |

↩   ↻ 1   ★   •••      View more photos and videos

Adam Mercer (@MercerWWE) | Twitter

🔲 Adam Mercer retweeted    Search Twitter          Q    Have an account? Log in ▾
Richie Steamboat @WWERichie · 15 Feb 2013
@WWENXT live tonight in Ft. Pierce with one of my favorite BROSKI'S
@ZackRyder !! Better be there.

↩    ↻ 1    ★ 1    •••

Adam Mercer @MercerWWE · 15 Feb 2013
And y'all thought I was fake.. Shame on you
guys. @wwe

Superstars & Divas, featuring the latest
breaking news, photos, features and videos
from http://WWE.com.

http://www.wwe.com

**34.9K**          **215**          **2.1M**
TWEETS          FOLLOWING          FOLLOWERS

↩    ↻    ★    •••              View more photos and videos

🔲 Adam Mercer retweeted
WWE @WWE · 29 Jan 2013
Mr. McMahon suffers injury at the hands of Brock Lesnar on #RAW!
EXCLUSIVE VIDEO: wwe.me/he1ER #TheChairman

WWE



↩    ↻ 169    ★ 41    •••              View more photos and videos

🐦

**Adam Mercer** @MercerWWE · Dec 2012          🔍   Have an account? Log in ▾

Can somebody put this on a WWE background with my whole body? If so you'll get a s/o and more followers! somebody!



↩  ♺  ★  •••                          View more photos and videos

**Adam Mercer** @MercerWWE · 29 Dec 2012

Can somebody put this on a @WWE background? If so you'll get a s/o and more followers! somebody!



↩  ♺  ★  •••                          View more photos and videos

👥 Adam Mercer followed Renee Young, Alberto El Patron, Michelle Beadle and 5 others



**±⚲ Follow**

**Renee Young** ✔
@ReneeYoungWWE

The Maury Povich of WWE. I used to be able to jump pretty high. Probably still could wwe.com

**±⚲ Follow**

**Alberto El Patron** ✔
@VivaDelRio

Honor,pride and dignity/honor,orgullo y dignidad For serious booking inquiries contact me at Therealpatron@hotmail.com

Adam Mercer (@MercerWWE) | Twitter

🐦

**Adam Mercer** @MercerWWE · 28 Dec 2012    🔍    Have an account? Log in ▾
Spent most of my day working out. Getting stronger by the day. Now, put me on TV.

↩    ↻    ★    •••

🔁 Adam Mercer retweeted
**WWE** @WWE · 28 Dec 2012
TONIGHT: It'll be @VivaDelRio vs. @WWETheBigShow for the World Hvt. Title on #SmackDown on @Syfy! #DoItForRicardo!

↩    ↻ 87    ★ 27    •••

**Adam Mercer** @MercerWWE · 28 Dec 2012
#WWELI

↩    ↻    ★    •••

🔁 Adam Mercer retweeted
**Daniel Bryan** @WWEDanielBryan · 28 Dec 2012
"He that hath a beard is more than a youth, and he that hath no beard is less than a man"

—Shakespeare, William

↩    ↻ 989    ★ 311    •••

🔁 Adam Mercer retweeted
**Justin Roberts** @JustinRoberts · 27 Dec 2012
My view from the ring @ Madison Sq Garden-Phenomenal crowd as always in NYC-No sign of Pigeon Lady..off to Long Island



↩    ↻ 22    ★ 13    •••                    View more photos and videos

🔁 Adam Mercer retweeted
**Kip sopp** @RealBillyGunn · 27 Dec 2012
The nao road in to NYC And stole the show thank you New York @WWERoadDogg

↩    ↻ 16    ★ 9    •••

🔁 Adam Mercer retweeted
**Scott Armstrong** @WWEArmstrong · 27 Dec 2012
Nothin' like Reffin' in the Garden! Thank u New York City!!! #HardBodyRefs

↩    ↻ 8    ★ 6    •••

🐦

Adam Mercer @MercerWWE · 27 Dec 2012          Q          Have an account? Log in ▾

I wish I was already traveling the road with @WWE . Can't wait for it to happen someday. I'm a future World Champion!

↩   ↻ 1   ★   •••

Adam Mercer @MercerWWE · 27 Dec 2012
Put Mercer on TV!

↩   ↻ 3   ★   •••

Adam Mercer retweeted
Scott Armstrong @WWEArmstrong · 27 Dec 2012
1st time with @RealBillyGunn and @WWERoadDogg together. I'm still having career HIGHSPOTS after 29yrs n the biz!



↩ ·   ↻ 20   ★ 27   •••          View more photos and videos

Adam Mercer @MercerWWE · 27 Dec 2012
Taking the stairs, and not the elevator.

↩   ↻   ★   •••

Adam Mercer @MercerWWE · 25 Dec 2012
I'm in it for the Money. I'm in it to entertain people all around the world. I'm in it to do it all. My promise is still in-tact.

↩   ↻   ★   •••

Adam Mercer @MercerWWE · 25 Dec 2012
Merry Christmas Everybody! May your day be filled with joy. Enjoy!

↩   ↻   ★   •••

Adam Mercer retweeted
DJoshua Bleich @JoshuaBleich · 2 Dec 2012
@MercerWWE i remember seeing you around Penn Manor high school man congrats on creating your dream man make the small city proud #LancCity

↩   ↻ 1   ★ 1   •••

Adam Mercer (@MercerWWE) | Twitter                          Page 48 of 69

Search Twitter          Q        Have an account? Log in ▾

**Adam Mercer** retweeted
**Corey Graves** @WWEGraves · 19 Dec 2012
3.18.13 #goals

↩   ♺ 16   ★ 5   •••

**Adam Mercer** @MercerWWE · 20 Dec 2012
3.25.13 #Future #Goals

↩   ♺   ★   •••

**Adam Mercer** @MercerWWE · 20 Dec 2012
After tonight's show I plan on staying 1 more day in Florida then, head
back to my family in PA then, come back to Florida for Christmas!

↩   ♺   ★   •••

**Adam Mercer** @MercerWWE · 20 Dec 2012
NXT tonight! Tampa Arena you better be there. Let's end tonight's show
with a bang! I mean it's the last show of the year. #NXT

↩   ♺   ★   •••

**Adam Mercer** @MercerWWE · 20 Dec 2012
Just got done lifting/benching. Getting stronger and stronger by the day.
#NextNXTChamp

↩   ♺   ★   •••

**Adam Mercer** followed Frank The Clown, USA Network, Rick Achberger and 8 others

•± Follow

**Frank The Clown**
@FrankWWEClown
Your resident WWE Clown! I'm forced to
wear facepaint due to my overwhelming
attractiveness contributing to girls pants
falling off all around the world. XXX

•± Follow

**USA Network** ✔
@USA_Network
Official Twitter for USA Network.
Characters Welcome.

**Adam Mercer** @MercerWWE · 18 Dec 2012
Let's go @JohnCena @WWESheamus !!

↩   ♺   ★   •••

**Adam Mercer** @MercerWWE · 18 Dec 2012
Sorry to all My Twitter friends and fans for
being off for a long time. I've been working
harder and harder to achieve my goal.

↩   ♺ 1   ★   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer @Merc6ANWET witer Nov 2012          Q     Have an account? Log in ⌄
#NXTInvasion

↩   ♺ 1   ★   •••

Adam Mercer @MercerWWE · 18 Nov 2012
Just got off the phone with the boys and all
Dean is saying " That's HOW YOU MAKE
AN IMPACT!!"

↩   ♺ 1   ★ 3   •••

Adam Mercer retweeted
WWE @WWE · 18 Nov 2012
Trending Worldwide for @WWE #SurvivorSeries: Dean Ambrose (
@TheDeanAmbrose), Seth Rollins (@WWERollins)

↩   ♺ 214   ★ 48   •••

Adam Mercer @MercerWWE · 18 Nov 2012
Oh My gosh! My dudes @WWERollins ,
@TheDeanAmbrose , and Roman Reigns
finally debuted in the @WWE !! make the
boys here at NXT proud!

↩   ♺ 1   ★ 2   •••

Adam Mercer retweeted
Zack Ryder @ZackRyder · 16 Nov 2012
ROSES ARE RED AND VIOLETS ARE BLUE...YOU MAY HAVE LEFT
ME BUT I STILL WOO WOO WOO! #hoeski youtu.be/q_SvvGpFl_w RT

↩   ♺ 216   ★ 115   •••

Adam Mercer retweeted
Summer Rae @RealSummerWWE · 15 Nov 2012
When you stay ready you ain't gotta get ready. Headed to Orlando for
@WWENXT tapings! #NXT #WWE @WWE

↩   ♺ 11   ★ 3   •••

Adam Mercer @MercerWWE · 14 Nov 2012
So... #SurvivorSeries this Sunday! I'm looking forward to all the great
matches. I just know that Brad Maddox won't be there.

↩   ♺   ★   •••

Adam Mercer retweeted
Jim Ross @JRsBBQ · 13 Nov 2012
Excited to fly to Orlando Wed for Thurs nite taping of #WWE NXT
@FullSail. One of my favorite assignments. Then on to #OU vs #WVU.

↩   ♺ 12   ★ 9   •••

Adam Mercer (@MercerWWE) | Twitter

**Adam Mercer** @MercerWWE · Nov 2012

It's good to know a Wrestling Legend by the name of @Storm_Wrestling watches NXT! He watches the future of WWE!

↰  ⇄  ★  •••

**Adam Mercer** @MercerWWE · 14 Nov 2012

Well you all know that Me and PAC have some things in common and some we don't. But I thing we have in common is our BDAY go check out NXTcm.

↰  ⇄  ★  •••

**Adam Mercer** @MercerWWE · 12 Nov 2012

Time for dinner! And tv time!

↰  ⇄  ★  •••

👤 Adam Mercer followed SportsNation, Smith Hart, Tye Rexrode and Summer Rae

**SN**

•👤 Follow

**SportsNation** ✔
@SportsNation

SportsNation is your show. Share your opinions, jokes, criticisms, videos and links with us and we'll do our best to get them on TV. ESPN2 12PM PST/3P...

•👤 Follow

**Smith Hart**
@SmithHart1

The 1st son of Stu Hart and the oldest brother of Bret and Owen Hart. I am also the president of Hart Brothers Wrestling in Canada.

**Adam Mercer** @MercerWWE · 12 Nov 2012

Any SuperBowl predictions??

↰  ⇄  ★  •••

**Adam Mercer** @MercerWWE · 9 Nov 2012

Plant city for @nxtwrestling tonight!! Things just started, come and watch the action.

↰  ⇄  ★  •••

**Adam Mercer** @MercerWWE · 8 Nov 2012

Happy birthday @TedDiBiase !

↰  ⇄  ★  •••

**Adam Mercer** @MercerWWE · 5 Nov 2012

Interesting #RAWTonight ... Fandangoo?

↰  ⇄ 1  ★ 1  •••

**Adam Mercer** @MercerWWE · 5 Nov 2012

Interesting #RAWTonight ... FANGOO

↰  ⇄  ★  •••

Adam Mercer (@MercerWWE) | Twitter

**Adam Mercer** @Merc&W4ETwi04rOct 2012    Q · Have an account? Log in ▾
"@JJisACoolDude:-#TeamFoley--Bring-in-Dean Ambrose,
@MercerWWE, @WWEGarrettDylan , and @WWENickRogers !!!!!!!
#TopNotchTalent" not now ha!

↰　t��　★　•••

**Adam Mercer** @MercerWWE · 31 Oct 2012
"@trentylocks: Hey lobster/grandma. I've missed you. You look better
without the mustache." way to judge you're lobster/grandma's look.

↰　t��　★　•••

**Adam Mercer** @MercerWWE · 31 Oct 2012
"@trentylocks: Hey lobster/grandma. I've missed you. You look better
without the mustache." nice one Trent! Way to judge You're

↰　t��　★　•••

**Adam Mercer** @MercerWWE · 31 Oct 2012
Happy halloween! Share the candy with me! Tweet me a pic of how much
ya got!

↰　t��　★　•••

**Adam Mercer** @MercerWWE · 29 Oct 2012
## Sandy was horrific and it still is. This is crazy!! #chaos

↰　t��1　★　•••

**Adam Mercer** @MercerWWE · 28 Oct 2012
## TONIGHT IS THE NIGHT. #HIAC

↰　t��2　★1　•••

**Adam Mercer** @MercerWWE · 23 Oct 2012
Orlando Amory tommorrow night for @WWE @nxtwrestling
#FutureIsNow let's get it!

↰　t��　★　•••

**Adam Mercer** @MercerWWE · 23 Oct 2012
Tired, it's been a long day...

↰　t↓　★　•••

**Adam Mercer** @MercerWWE · 22 Oct 2012
Good #Raw tonight, I enjoyed all the matches especially Punk vs
Sheamus. It could've been better if I was on.

↰　t↓　★　•••

**Adam Mercer** @MercerWWE · 21 Oct 2012
Yes, I've been 20 ever since October 9th.

↰　t↓　★　•••

Adam Mercer @MercerWWE · 22 Oct 2012          Have an account? Log in ▾
So @MojoRawleyWWE is close to 2,000 followers? Is it only because
he's a party rocker?

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 21 Oct 2012
Beautiful day outside, why wouldn't it be beautiful? I'm in Florida.

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 20 Oct 2012
Just another Saturday..

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 19 Oct 2012
The BEST Tag Team is NXT as of right now has to be The Ascension!
dudes are phenomenal in the ring. We have alot in common.

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 18 Oct 2012
Follow the NEWEST @WWENXT Diva @TherealDaniWWE

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 18 Oct 2012
Headed to the GYM tommorrow. #BigGuns #GreatShape

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 18 Oct 2012
Great Show tonight at the Tampa Arena! can't wait to come back.

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 17 Oct 2012
If @NXTWrestling is following any of the
NXT Superstars then you're real and Their
following me.

↰    ⇄ 1    ★    •••

Adam Mercer @MercerWWE · 17 Oct 2012
196 cm and 116KG

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 17 Oct 2012
#Engaged

↰    ⇄ 1    ★    •••

👤 Adam Mercer followed Sin Cara AAAOfficial, ADRIAN NEVILLE, ESPN and 6 others

Search Twitter          Q     Have an account? Log in ▾

**Sin Cara AAAOfficial** ✪
@TheSinCaraWWE

Wrestling Superstar. Welcome my friends
to my official twitter. Bienvenidos amigos
a mi twitter oficial, aqui les estare
informando de todas mis presentaciones.

**± Follow**

**ADRIAN NEVILLE** ✪
@WWENeville

The Man That Gravity Forgot. Proudly
born and raised in Newcastle, England.

**± Follow**

**Adam Mercer** @MercerWWE · 15 Oct 2012
When I was a kid, I always wanted to be a dinosaur and now I am.
Standing at 6 ft 5 and 255 Pounds. I'm in really good shape.

↰   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 15 Oct 2012
Can't wait til #Raw pops up on my TV screen tonight @ 8. I have a feeling
that Punk will choose Cena.. only because it's a rumor.

↰   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 15 Oct 2012
Have you heard? Have you heard about it? Have you? It will change the
rest of your life.. It might even ruin it. #TheTrentoning @JohnCena

↰   ⇄ 1   ★   •••

**Adam Mercer** @MercerWWE · 14 Oct 2012
#HardNocks

↰   ⇄ 1   ★   •••

**Adam Mercer** @MercerWWE · 14 Oct 2012
SUNDAY!

↰   ⇄   ★   •••

🔁 Adam Mercer retweeted
**Seth Rollins** @WWERollins · 10 Oct 2012
@NXTWrestling tomorrow night at @FullSail with @WWEDanielBryan &
Kane plus @JRsBBQ & @RealKingRegal. We're making waves only we
can ride.

↰   ⇄ 12   ★ 5   •••

**Adam Mercer** @MercerWWE · 9 Oct 2012
Raw was the BOMB last night!!!!

↰   ⇄   ★   •••

**Adam Mercer** @MercerWWE · 3 Oct 2012
#PresidentialDebate

↰   ⇄   ★   •••

Adam Mercer @Merc6AWWETwitterSep 2012          Q     Have an account? Log in ▾
Winter Haven tonight for @NXTWrestling #WeWantMercer

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 27 Sep 2012
NXT tonight! who's coming out!?!?! #NXT

↩   ⟲ 2   ★   •••

Adam Mercer @MercerWWE · 26 Sep 2012
Exhausted

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 19 Sep 2012
Vickie Guerrero was here in Orlando today giving out advice.

↩   ⟲ 1   ★ 1   •••

Adam Mercer @MercerWWE · 19 Sep 2012
Congradulations to @TheDeanAmbrose and @BradMaddoxisWWE , They are finally getting time in the BIG league.

↩   ⟲ 1   ★ 1   •••

Adam Mercer @MercerWWE · 18 Sep 2012
Man! that Thunder storm was crazy!

↩   ⟲   ★   •••

Adam Mercer retweeted
Joey Styles @JoeyStyles · 17 Sep 2012
To donate $10 to @KomenfortheCure, text the word "KOMEN" to 90999.
Details: wwe.me/dKRbx  #RiseAboveCancer

↩   ⟲ 16   ★ 2   •••

Adam Mercer @MercerWWE · 17 Sep 2012
Happy Birthday @RealAudreyMarie !!

↩   ⟲   ★   •••

Adam Mercer retweeted
WWE Universe @WWEUniverse · 17 Sep 2012
UPDATE on @JerryLawler's condition: Lawler released from medical facility and heading home. Details: wwe.me/dMtq8 #GetWellJerry

↩   ⟲ 105   ★ 20   •••                           View summary

Adam Mercer retweeted
WWE @WWE · 17 Sep 2012
UPDATE on @JerryLawler's condition: Lawler released from medical facility and heading home. Details: wwe.me/dMtiU #GetWellJerry

↩   ⟲ 320   ★ 62   •••                           View summary

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer followed WWE SummerSlam, Scott Armstrong, Twitter and 32 others

Search Twitter    Q    Have an account? Log in ▾

**WWE SummerSlam**
@SummerSlam
•⚐ Follow

The official Twitter feed for the Biggest
Event of the Summer! @WWE
SummerSlam, August 17, 2014 at
@STAPLESCenter.

**Scott Armstrong**
@WWEArmstrong
•⚐ Follow

Was a wrestler then a Ref and now just
keepin' time and ALWAYS lovin'
PENSACOLA BEACH!!!

---

**Adam Mercer** @MercerWWE · 17 Sep 2012
Time to put on More Mniscle!

↩ ♺ ★ ••

---

**Adam Mercer** @MercerWWE · 17 Sep 2012
The Bombers are @ChadBaxterWWE and @ChaseDonovanWWE , Not
Me and Chad.

↩ ♺ ★ •••

---

**Adam Mercer** @MercerWWE · 17 Sep 2012
Follow my Twitter website @AdamMercerHQCom !!!

↩ ♺ ★ •••

---

Adam Mercer retweeted
**MaryseOuelletMizanin** @maryseOuellet · 16 Sep 2012
Please if you see my dog Flake in Hollwood area, call the number thats on
him thank you lockerz.com/s/244990372

↩ ♺ 852 ★ 110 •••

---

**Adam Mercer** @MercerWWE · 17 Sep 2012
I'm only at 206 tweets about to make this 207 tweet? YIKES!!!

↩ ♺ ★ •••

---

**Adam Mercer** @MercerWWE · 17 Sep 2012
All you NXT fans got what you want, ME!

↩ ♺ ★ •••

---

**Adam Mercer** @MercerWWE · 15 Sep 2012
Great crowd last night!

↩ ♺ ★ •••

---

**Adam Mercer** @MercerWWE · 7 Sep 2012
Orlando Armory tonight!

↩ ♺ ★ •••

Adam Mercer (@MercerWWE) | Twitter

**Adam Mercer** @MercerWWE Twitter Sep 2012                    Q    Have an account? Log in ▾
Silence.

↩    ♺ 2    ★    •••

**Adam Mercer** @MercerWWE · 29 Aug 2012
Rock and Cena, Michaels and Jericho, Michaels and Angle , Hulk and
Andre, and HHH vs Taker

↩    ♺    ★    •••

**Adam Mercer** @MercerWWE · 29 Aug 2012
Q&A Time!

↩    ♺    ★    •••

**Adam Mercer** @MercerWWE · 29 Aug 2012
So how's everybody's day going?

↩    ♺ 1    ★ 1    •••

Adam Mercer retweeted
**Jason Ayers** @JasonAyersWWE · 29 Aug 2012
@hotyounglindsey good question. Hard to say, tho – lots of the
@NXTWrestling stars have been on a hot streak lately. TONS of ptntial
cntndrs

↩    ♺ 1    ★    •••                                            View conversation

Adam Mercer retweeted
**Jason Ayers** @JasonAyersWWE · 29 Aug 2012
Hey Twitter - got some time to kill before I help the graduates of the
#FCW beginners school celebrate at their graduation show tonight...

↩    ♺ 2    ★ 1    •••

👤 Adam Mercer followed Kayla Singleton, Konnor, Jason Jordan and 35 others

**Kayla Singleton**                              **Konnor** ✓
@kaylamercer1218                                 @KonnorWWE

*nursing student (RN), then BSN, and             One half of the most physical tag team
hopefully CRNA in the future *love my            walking this planet...Line em up we knock
family more than anything in this world          em down..We Will Risell

                        👤 Follow                                    👤 Follow

**Adam Mercer** @MercerWWE · 28 Aug 2012
I'm positive that alot of people liked Burn It
to Ground better then the New Theme.

↩    ♺ 1    ★    •••

Adam Mercer (@MercerWWE) | Twitter

🐦

**Adam Mercer** @Merc&4MWETwiterAug 2012          Q    Have an account? Log in ▾
Following 282 people and have 141 followers, Do the Math.

↩   ↻   ☆   •••

🔁 Adam Mercer retweeted
**Chris Hero** @thechrishero · 28 Aug 2012
Fake @RealWWERichie

↩   ↻ 16   ☆ 1   •••

**Adam Mercer** @MercerWWE · 25 Aug 2012
Watching @WWE #WrestleMania #RockVsCena #OnceInALifeTime
#TheRock #JohnCena @JohnCena @TheRock @WWEUniverse

↩   ↻   ☆   •••

🔁 Adam Mercer retweeted
**John Cena** @JohnCena · 25 Aug 2012
Im saying this right now. I dig the #littleleaugeworldseries and im now a
HUGE fan of #USAGUY #holdontoyourflagpoles

↩   ↻ 460   ★ 314   •••

**Adam Mercer** @MercerWWE · 25 Aug 2012
R.I.P. Neil Armstrong

↩   ↻   ☆   •••

🔁 Adam Mercer retweeted
**Kofi Kingston** @TrueKofi · 25 Aug 2012
Anyone catch the first edition of Saturday Morning Slam? What'd you
think?

↩   ↻ 24   ★ 22   •••

**Adam Mercer** @MercerWWE · 24 Aug 2012
Looking forward to watching @TheRock vs @JohnCena once again on
@NBC

↩   ↻   ☆   •••

🔁 Adam Mercer retweeted
**PAIGE** @RealPaigeWWE · 24 Aug 2012
#NXT is off to crystal river tonight!!!! Be there!!!!

↩   ↻ 9   ☆   •••

🔁 Adam Mercer retweeted
**Jesse White** @Mr_JesseWhite · 24 Aug 2012
@WWENXT will be in Crystal River, FL tonight.. Who's coming out?

↩   ↻ 5   ☆   •••

**Adam Mercer** @MercerWWE · 24 Aug 2012
I was born a CHAMPION

↩   ↻   ☆   •••

Adam Mercer (@MercerWWE) | Twitter                                          Page 58 of 69

Adam Mercer @MercerWWE · 24 Aug 2012          Q     Have an account? Log in ▾
Hey guys... I



↩   ♺ 1   ★ 1   •••                              View more photos and videos

Adam Mercer @MercerWWE · 24 Aug 2012
Tonight @NXTWrestling invades Crystal river! ....Uhh yeah... Be THERE!

↩   ♺   ★   •••

Adam Mercer @MercerWWE · 24 Aug 2012
I'll admit it last night was great! The two champs got to team up to face the
K.O.W. ! @WWERollins @CMPunk @KassiusOhno @AntonioCesaro

↩   ♺   ★   •••

Adam Mercer @MercerWWE · 21 Aug 2012
What @CMPunk did to a Hall of Famer like @JerryLawler last night was
very DISRESPECTFUL!

↩   ♺ 1   ★   •••

Adam Mercer @MercerWWE · 21 Aug 2012
Back on Twitter! Who enjoyed
#SummerSlam and #Raw ?

↩   ♺ 1   ★ 1   •••

Adam Mercer retweeted
James Jonathon @YourPalJJ · 19 Aug 2012
Excited about the future of @MercerWWE. Saw one of his promos a few
weeks back. This guy is the future. #FutureIsNow. Great prospect

↩   ♺ 2   ★   •••

Adam Mercer retweeted
MaryseOuelletMizanin @maryseOuellet · 18 Aug 2012
awesome beach party today..... happy Birthday @evemarietorres

↩   ♺ 91   ★ 28   •••

Adam Mercer retweeted
Coach @CMPunk · 17 Aug 2012
I don't retweet nice things about me because that seems so desperate. I
retweet the haters because they pop me. They're here to entertain me!

↩   ♺ 1.3K   ★ 489   •••

Adam Mercer @MercerWWE · 16 Aug 2012          Q     Have an account? Log in ▾
#NXT #FutureIsNow #Mercer

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 16 Aug 2012
Should get off Twitter right now because @NXTWrestling starts in 8 mins
here at the Tampa Arenal #FutureIsNow

↩   ⟲ 1   ★   •••

🔁 Adam Mercer retweeted
Maria Andrade @mariaa_xo · 16 Aug 2012
I may have developed a small crush on @MercerWWE

↩   ⟲ 1   ★   •••                            View conversation

Adam Mercer @MercerWWE · 16 Aug 2012
Grow up and fight like a man and not like a lil girl

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 16 Aug 2012
Doors just recently Opened here in Tampa for @NXTWrestling ! Bell
Time @ 7 Will I have a match? #FutureIsNow

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 16 Aug 2012
Well The SummerSlam party is tonight but
so is @NXTWrestling WOOHOO! Tampa
Arena! Here I come! #Futureisnow

↩   ⟲ 3   ★ 1   •••

Adam Mercer @MercerWWE · 15 Aug 2012
L'il Jimmy Pizza #WWERestraunts

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 15 Aug 2012
If I had a tag team partner in FCW/NXT who would it be? I'd like to hear
your answers.

↩   ⟲   ★   •••

Adam Mercer @MercerWWE · 15 Aug 2012
Who's ready for #SummerSlam !?!?!?!

↩   ⟲   ★   •••

🔁 Adam Mercer retweeted
Anya-Anna Bogomazova @RussianBruiser · 14 Aug 2012
Great practice today, thank you @ Adam Mercer for helping me)

↩   ⟲ 2   ★ 1   •••

🐦

Adam Mercer retweeted  Search Twitter                    Q      Have an account? Log in ▾

Bill DeMott @BillDeMott · 14 Aug 2012
Hey all go to fcwwrestling.com to check out our new web site!
#DEMOTTCRACY

↰    ⇄ 11    ★ 1    •••

Adam Mercer @MercerWWE · 13 Aug 2012
## Entertain me?

↰    ⇄ 1    ★ 1    •••

Adam Mercer @MercerWWE · 13 Aug 2012
#Y2JPit

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 13 Aug 2012
#RealDeal Roddy Piper

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 12 Aug 2012
What's Up Twitter!

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 12 Aug 2012
I don't get why Kids stay up late at night. I mean whe i was a kid I loved to
sleep and I still do, Night! #AdamMercer

↰    ⇄    ★    •••

Adam Mercer retweeted
Zack Ryder @ZackRyder · 11 Aug 2012
A fan? instagr.am/p/OL3s0pt9Vr/

↰    ⇄ 92    ★ 73    •••

Adam Mercer @MercerWWE · 12 Aug 2012
So now it's Mr.SAKAMOTO @WWEMrSAKAMOTO ?

↰    ⇄    ★    •••

Adam Mercer @MercerWWE · 12 Aug 2012
Tonight was Awesome! One of "THE" Best crowd's I've ever been apart
of! I had a great time, did you?

↰    ⇄    ★    •••

Adam Mercer retweeted
Bill DeMott @BillDeMott · 11 Aug 2012
Tonight in Live Oaks, @wwe presents #NXTSUPERSTARS in action!
Don't miss #1stnxtchamp @WWERollins doing what he does best!
#DEMOTTCRACY

↰    ⇄ 10    ★    •••

Adam Mercer @MercerWWE · 11 Aug 2012
Suwanne, You Ready?

↰    ⇄    ★    •••

Adam Mercer @MercerWWE·Twitter9 Aug 2012     Q     Have an account? Log in ▾

Joel Redman and @ZackRyder could be broski's I mean their the same height and they spike their HAIR!

↩   ⟲   ★   •••

🔁 Adam Mercer retweeted
GET READY TO FLY @GymerWrestler · 10 Aug 2012
@WWEAdamMercer Read ur bio on FCW website yesterday. 6ft 5 over 250lbs 4 19yrs old! An incredible physical specimen! Wish I was built like u

↩   ⟲ 1   ★   •••

🔁 Adam Mercer retweeted
Huntress @RealIvelisse · 9 Aug 2012
"How I wish we lived in a time when laws were not necessary to safeguard us from discrimination."-- Barbra Streisand

↩   ⟲ 3   ★ 1   •••

Adam Mercer @MercerWWE · 9 Aug 2012
Won't be on the next 3! NXT Show's, But I get it I have to work my way to the top to be on top #futureisnow

↩   ⟲   ★   •••

🔁 Adam Mercer retweeted
Jim Ross @JRsBBQ · 9 Aug 2012
Nice nite @ NXT. Finished 3, wrestling heavy shows in under 2 hrs. @CMPunk here in 2 wks.

↩   ⟲ 21   ★ 1   •••

Adam Mercer @MercerWWE · 9 Aug 2012
Thank You @WWE for giving me the background

↩   ⟲   ★   •••

🔁 Adam Mercer retweeted
Dolph Ziggler @HEELZiggler · 9 Aug 2012
come see me @GuardMS Storefront 3905 north gloster street Tupelo, MS friday August 10th 3pm! #NGWWE #WWE @WWE

↩   ⟲ 28   ★ 20   •••

Adam Mercer @MercerWWE · 9 Aug 2012
Haven't had a notification for a day #AreYouSeriousBro

↩   ⟲ 2   ★   •••

👤 Adam Mercer followed Verified Accounts, Josh Mathews, Matt Morgan and 2 others



Search Twitter Have an account? Log in

Follow

**Verified Accounts**
@verified
Accounts verified by Twitter.

Follow

**Josh Mathews**
@realjoshmathews

Adam Mercer retweeted
**Curtis Axel** @RealCurtisAxel · 8 Aug 2012
I'm The One Man, Bad Bad Man Babyyy! Wooooooooo! Yeaaa Dadddy! @HeathSlaterOMRB @WWE tout.com/m/6jnlaw?ref=t...

Tout

20 8 View more photos and videos

Adam Mercer retweeted
**Solace Winter** @SolaceWinter · 2 Aug 2012
Of course I like Adam Mercer as well, but they still don't seem sure what they are doing with him. #NXT

1

Adam Mercer retweeted
**Tori Gwathney** @danniebear87 · 2 Aug 2012
Adam Mercer is hot. OMG! Where has #NXT been hiding him??

1

Adam Mercer retweeted
**The Living Legend** @RuthlessRyan84 · 4 Aug 2012
Adam Mercer has a bright future

1

Adam Mercer (@MercerWWE) | Twitter                                      Page 63 of 69

Adam Mercer @MercerWWE Twitter Aug 2012    Q    Have an account? Log in ▾

Do you know the feeling of losing to a small guy? Congrats
@BigELangston

↩  ↻  ★  •••

↻ Adam Mercer retweeted
Randy Orton @RandyOrton · 7 Aug 2012
Parked at Houston airport for flight to Japan in morning. Wifi is looking
good so gonna kill some terrorists before bed

↩  ↻ 414  ★ 229  •••

Adam Mercer @MercerWWE · 7 Aug 2012
If there was any WWE Superstar I would compare myself to it would be
@RandyOrton and Randy I'm gonna become the youngest WC in History

↩  ↻  ★  •••

↻ Adam Mercer retweeted
Kofi Kingston @TrueKofi · 6 Aug 2012
Chicken bone, chicken bone and I can make it thunderstorm from a light
rain... #VoodooMan

↩  ↻ 18  ★ 10  •••

Adam Mercer @MercerWWE · 5 Aug 2012
I'm tired but I'm still up? How is that possible

↩  ↻  ★  •••

Adam Mercer @MercerWWE · 5 Aug 2012
Thoughts and Prayers go out to Andy Reid and The Rest Of his Family
very sad news, R.I.P. Garrett Reid

↩  ↻  ★  •••

Adam Mercer @MercerWWE · 5 Aug 2012
Chicks Dig The Abs and Muscles



↩  ↻  ★ 1  •••                              View more photos and videos

Adam Mercer @MercerWWE · 5 Aug 2012
Mark Jindrak could be @ZackRyder 's Bro!

↩  ↻  ★  •••

Adam Mercer @MercerWWE · Aug 2012
Follow @WWERefsFansite #HardBodyRefs

Q    Have an account? Log in ▾

---

Adam Mercer @MercerWWE · 4 Aug 2012
Welcome back @TheMarkHenry !!

---

Adam Mercer retweeted
TheMarkHenry @TheMarkHenry · 4 Aug 2012
Twitter world my phone overloaded I guess. But I'm back in business!!!!

↰  ⇄ 27  ★ 7  •••

---

Adam Mercer retweeted
Scott Stanford @scottstanford1 · 4 Aug 2012
Headed down for a little late Saturday sports on NBC4. If you've had a few drinks, I'll look really good on camera tonight!!

↰  ⇄ 3  ★ 1  •••

---

Adam Mercer retweeted
lindsey @lindseyhxx · 4 Aug 2012
BABY YOU WERE BORN TO BE A STAR~

↰  ⇄ 1  ★  •••

---

Adam Mercer retweeted
John Cena @JohnCena · 4 Aug 2012
Hometown fav Jessica Ennis chalks up another for GB! Looking forward to womens weightlifting tomorrow, and @wwe in Dothan!

↰  ⇄ 728  ★ 385  •••

---

Adam Mercer @MercerWWE · 4 Aug 2012
I don't break promises so I'll bust my ass off to become the Youngest World Champ in history

---

Adam Mercer @MercerWWE · 4 Aug 2012
I need to be confirmed

Adam Mercer (@MercerWWE) | Twitter                                    Page 65 of 69

Search Twitter          Q      Have an account? Log in ▾

Adam Mercer retweeted

Nikki & Brie @BellaTwins · 4 Aug 2012
Moscow Mule Time! Let's see if Downtown is as good as Pacific Beach!
So far no copper mugs 🍺 but it's still yummy! N



↩    ↻ 29    ★ 30    •••                          View more photos and videos

Adam Mercer retweeted                                                    ♀

Jason Ayers @JasonAyersWWE · 4 Aug 2012
@WWEAdamMercer Get my damn mug out of your car! Rather, GOT my
damn mug...

↩    ↻ 1    ★    •••                              View conversation

Adam Mercer retweeted

John Cena @JohnCena · 4 Aug 2012
So damn excited hit wrong keys #Ilyanllyin #Ilyanllyin #Ilyanllyin world
record lift at 94kg a 233kg CLEAN AND JERK!!!!!!

↩    ↻ 397    ★ 247    •••

Adam Mercer retweeted

Bill DeMott @BillDeMott · 4 Aug 2012
Tonight it's #mistymay on the sand! Huge fan!!!!!!!!

#DEMOTTCRACY

↩    ↻ 3    ★ 1    •••

Adam Mercer @MercerWWE · 4 Aug 2012
Give @AntonioCesaro a chance at The US title, Let's see how much
more ready Santino will be.

↩    ↻    ★    •••

Adam Mercer @MercerWWE · 4 Aug 2012
Still destined to become the Youngest World Champ in History.

↩    ↻    ★    •••

Adam Mercer retweeted

Scott Armstrong @WWEArmstrong · 4 Aug 2012
Happy Birthday to the man of a thousand holds...Dean Malenko!!!

↩    ↻ 33    ★ 5    •••

Adam Mercer (@MercerWWE) | Twitter

🐦

Adam Mercer @MercerWWE·4 Aug 2012
What-A-Match!

↩  ♻  ★  •••

🔁 Adam Mercer retweeted
Sports Quotes @Sports_Greats · 4 Aug 2012
God places the heaviest burden on those who can carry its weight.
-Reggie White

↩  ♻ 1.2K   ★ 371   •••

Adam Mercer @MercerWWE · 4 Aug 2012
Hard work beats talent when talent doesn't work hard.

↩  ♻  ★  •••

🔁 Adam Mercer retweeted
Coach @CMPunk · 4 Aug 2012
Albany GA! Let's go!



↩  ♻ 655   ★ 552   •••                    View more photos and videos

Adam Mercer @MercerWWE · 4 Aug 2012
Spread the Word @WWEAdamMercer

↩  ♻  ★  •••

Adam Mercer @MercerWWE · 4 Aug 2012
Congrats @Wesbrisco

↩  ♻  ★  •••

Adam Mercer @MercerWWE · 4 Aug 2012
#MichaelPhelps 22 Medals! unbelieveable!

↩  ♻  ★  •••

🔁 Adam Mercer retweeted
Jason Ayers @JasonAyersWWE · 2 Aug 2012
@WWeSinCaraRojo I referee FCW shows as well as WWE NXT TV
tapings. All FCW talent is under contract to WWE

↩  ♻ 1   ★  •••

Adam Mercer retweeted  Search Twitter          Q    Have an account? Log in ▾

Seth Rollins @WWERollins · 28 Jul 2012
Really fun time in Melbourne tonight. Crushed bodies and got to wear my fancy new title. Now I'm slathering my soul in bar-b-que.

↩  ⇄ 11   ★ 3   •••

Adam Mercer retweeted
The Usos @WWEUsos · 28 Jul 2012
@WWELeakee is a fake people.unfollow this WHOso...#EverybodyWannaBeAUso

↩  ⇄ 6   ★ 1   •••

Adam Mercer @MercerWWE · 28 Jul 2012
FCW Tonight! come see some great action!

↩  ⇄   ★   •••

Adam Mercer @MercerWWE · 26 Jul 2012
Congradulations @WWERollins on winning the NXT Championship 1st one to do it I call being the first person you defend it against #Champ

↩  ⇄   ★   •••

Adam Mercer @MercerWWE · 25 Jul 2012
Tommorrow is a BIG day with @WWENXT and I'm going to the GYM

↩  ⇄   ★   •••

Adam Mercer retweeted
Dwayne Johnson @TheRock · 25 Jul 2012
Havin' a blast w/ @WWE Universe & my Hurricane jersey. #94 on the field, but #1 in your heart! #TheUBaby



↩  ⇄ 473   ★ 380   •••        View more photos and videos

Adam Mercer retweeted
Dwayne Johnson @TheRock · 25 Jul 2012
"It's not how you fall that counts.. It's how you get up" ~ Broadway Joe Namath

↩  ⇄ 3K   ★ 785   •••

Adam Mercer (@MercerWWE) | Twitter

Adam Mercer retweeted   Search Twitter          Q    Have an account? Log in ▾

Shaura Thomas @bhsqueen03 · 22 Jul 2012
@WWEMercer and I at FCW in Starke (7-21-12) excited about his poster.
Thanks for coming out! :-) #WeWantAdamMercer #19



↩   ♺ 1   ★ 1   •••          View more photos and videos

Adam Mercer retweeted
Mojo Rawley @MojoRawleyWWE · 21 Jul 2012
Playing a little Logos Quiz on the iPhone compliments of a
recommendation from @WWEMercer! Surprising how many logos I
remember!!!

↩   ♺ 1   ★   •••

Adam Mercer retweeted
Seth Rollins @WWERollins · 25 Jul 2012
Tomorrow night everything changes. All I've ever wanted in my life was to
hold a title in WWE. 30 hours from now I'll be setting new goals.

↩ .   ♺ 36   ★ 11   •••

Adam Mercer @MercerWWE · 25 Jul 2012
So THE first @WWENXT champion will be crowned tommorrow night and
I know who I'm betting on, @WWERollins

↩   ♺   ★   •••

Adam Mercer (@MercerWWE) | Twitter

Search Twitter

Have an account? Log in ▼

**Don't miss any updates from Adam Mercer**

Full name

Email

Password

Sign up for Twitter

**Worldwide Trends**
Change