# App. Tab 79













Candace Renshaw | Jessica | Home | Find Friends

Candace Renshaw | Timeline | 2009 | Highlights | Add Friend

Candace Renshaw

Add Friend | Message

Timeline | About | Friends | Photos | More

FRIENDS · 690

DO YOU KNOW CANDACE?

...riend request.

Add Friend

Went to pinconning high school

Lives in Tampa, Florida

Engaged to Evan Singleton
Since October 7, 2012

From Glendale, Arizona

690 friends

PHOTOS

**Candace Renshaw**
February 12, 2014 · Egypt Lake-Leto, FL ·

Close up of my chalk and sharpie drawing

Share

13 people like this.

**Candace Renshaw**
February 12, 2014 · Egypt Lake-Leto, FL ·

Shhh octo hunting

Recent
2013
2012
2011
2010
2009
December
November
October
September
August
July
June
May
April
March
February
January
Born

EXHIBIT
PENGAD 800-631-6989
Singleton 13
5-11-16

Chat

Candace Renshaw

Home Find Friends

PLACES

Egypt Lake-Leto, Florida
Over a year ago

MUSIC · 5

Say Anything | Forrest Kline | Regina Spektor
Oren Lavie | Enrique Iglesias

MOVIES · 3

Buddy The Elf

Finding Nemo

TV SHOWS · 3

How I Met Your Mother | The Office | The Big Bang Theory

LIKES · 37

Buddy The Elf | Friend Matrix | Heather's Restaurant
Tofu | Tofurky | Music

English (US) · Privacy · Terms · Cookies · More
Facebook © 2015

Share

8 people like this.

**Michael Vogt** Very Nice. Yet another talent that makes you so much more then a pretty face : )
February 12, 2014 at 3:33pm

**Candace Renshaw** Aww
How's business going?
February 12, 2014 at 3:52pm

**Grace Franco Renshaw** Nice work Candy!
February 12, 2014 at 7:16pm

**Michael Vogt** Business is going better. You should make an appointment and come get a massage. I an also doing a different kind of stretching routine I would like to show you. I am working with the same photographer we worked with before and we are going to re work the stretches on the website so I need my model ready around June. You gona be down again?
February 12, 2014 at 8:28pm

**Candace Renshaw** changed her profile picture.
January 5, 2014

Share

8 people like this.

**John Carlos** Brilliant!
February 2, 2014 at 2:14am

**Candace Renshaw**
November 19, 2013

It's almost 2014, how is gay marriage not legalized? — in Egypt Lake-Leto, Florida.

Share

5 people like this.

Chat

**Justin Jean Sizemore** That's crazy how often am i out of state working and see somone I know is less then a hour away lmao
November 19, 2013 at 7:40pm

**Candace Renshaw** Whoa no way!
November 19, 2013 at 8:24pm

**Justin Jean Sizemore** Yup im in.davenport rihht by orlando
November 19, 2013 at 8:36pm

**Candace Renshaw**
September 27, 2013 · Egypt Lake-Leto, FL

Evan drew and I painted — with Evan Singleton.

Share

14 people like this.

View 3 more comments

**Shelby Bursic** Ps I feel old now!
September 27, 2013 at 9:52pm · 1

**Candace Renshaw** He still does! Now they are all over our living room! Lol
September 27, 2013 at 9:54pm · 2

**Kayla Singleton** They are^^^ I've seen them lol
September 27, 2013 at 9:56pm · 1

**Anita Kelly** Talented duo!
September 28, 2013 at 11:23am

**Candace Renshaw**
August 23, 2013 · Egypt Lake-Leto, FL

My math teacher doesn't wear shoes in class...... I think I'm going to like it here

Share

9 people like this.

**Candace Renshaw**
August 16, 2013 · Egypt Lake-Leto, FL

I'm so sick of hearing cats having sex outside my apartment......

Share

12 people like this.

**Chakia Sweetberry Davenport** Lol omg
August 16, 2013 at 9:30pm

Chat

Candace Renshaw | Jessica | Home | Find Friends

**Candace Renshaw**
July 24, 2013 · Egypt Lake-Leto, FL

I have a date tonight with my bed, we're totally going to sleep together.

Share

12 people like this.

**Kayla Singleton** Can I come??
July 24, 2013 at 6:27pm

**John Carlos** Don't forget a proper nightcap
July 24, 2013 at 8:09pm

FRIENDS · 2013

+16

**Candace Renshaw** and Amber Mahar are now friends.
April 24, 2013

Works at Stay at home mom...

Add Friend

**Candace Renshaw** and Allison Graham are now friends.
January 17, 2013

Sales Associate at Party City

Add Friend

**Candace Renshaw** and Kyle Dake are now friends.
January 7, 2013

Cashier at Pinny Food Center

Add Friend

PHOTOS · 2013

**2012** HIGHLIGHTS ▾

**Candace Renshaw**
December 24, 2012 · Tampa, FL

Chat

Candace Renshaw | | | Jessica   Home   Find Friends

Share

15 people like this.

**Arnie Swartz** sure do miss you all, just to let you know..........!
December 24, 2012 at 4:08pm

**Melody Milligan** I miss you Candace!!!!
December 24, 2012 at 4:55pm

**Carol Flanders** Beautiful!!
December 25, 2012 at 12:14am

**Candace Renshaw**
December 22, 2012 · Egypt Lake, FL ·

I know taco bell isn't authentic Mexican food, I go there because I'm broke and I like tacos

Share

15 people like this.

**Candace Renshaw**
November 30, 2012 · sulphur springs Florida ·

Go away, I'm walking on sunshine!

Share

3 people like this.

**Evan Singleton** You need help.... And your upsetting washcloth
December 1, 2012 at 9:06am

**Candace Renshaw**
November 8, 2012 · Tampa, FL ·

Relax everyone, everything is awesome!

Share

5 people like this.

**Candace Renshaw**
October 25, 2012 · Tampa, FL ·

I'm sorry to say everyone that our beloved tv decided to commit suicide a few moments ago...... Sadly after it's dramatic fall it cracked, fortunately it survived but it is now brain damaged....

Share

3 people like this.

**Erin Kelly Brown** rip candy's tv~
October 26, 2012 at 1:12am · 1

**Candace Renshaw**
October 17, 2012 · ·

Chat

Candace Renshaw

Got Engaged to Evan Singleton

October 17, 2012

See Relationship

2011            HIGHLIGHTS ▾

Jessica    Home    Find Friends



7 people like this.

**Elizabeth Richards** YAY!
October 18, 2012 at 1:43pm

**Candace Renshaw** Thanks liz
October 18, 2012 at 9:37pm

**Candace Renshaw**
October 8, 2012 · Tampa, FL

Guess what!



Share

39 people like this.

View 31 more comments

**Jenny Franco Mcnamara** Beautiful ring, congratulations!
October 14, 2012 at 5:26pm

**Candace Renshaw** Thank you auntie
October 15, 2012 at 10:21am

**Erin Kelly Brown** holy shit! congrats dude!!!
October 15, 2012 at 10:36am

**Candace Renshaw** Thanks very much!
October 15, 2012 at 10:37am

**Candace Renshaw**
October 4, 2012 · Port Tampa, FL ·

My boyfriend just pissed on my candle ........... To put it out...... My life      Chat





Candace Renshaw

Share

Jessica Home Find Friends

7 people like this.

**Carol Flanders** I hope it was outside!!
October 4, 2012 at 10:34pm

**Candace Renshaw** Lol it was he's too funny lol
October 5, 2012 at 10:13am

**Candace Renshaw** changed her profile picture.
October 2, 2012

Share

6 people like this.

**Juli Sparks** Very cute couple, very cute pic!!
October 2, 2012 at 2:07pm

**Candace Renshaw** Aww thanks
October 2, 2012 at 5:37pm

**Pawan K Raju** cute pic
October 3, 2012 at 6:05am

**Candace Renshaw**
September 30, 2012

I love this guy — with Evan Singleton.

Chat

Candace Renshaw | Jessica Home Find Friends

Share

9 people like this.

**Courtney Perrou** Cute! Candance you have amazing eyes! So purty!!!
September 30, 2012 at 11:03pm

**John Carlos** now thats a happy beautiful couple!!! Zombie eyeballs and all!! lol precious picture! thanks for sharing
October 1, 2012 at 12:58am

**Ron C Hubbard** What about all the other guys you love? LOL
October 1, 2012 at 9:18am

**Candace Renshaw**
September 30, 2012 · Port Tampa, FL

About to go hang — with Evan Singleton.

Share

10 people like this.

**Ashley Solak** Your eyes look wicked
September 30, 2012 at 2:05pm

**Larry Thomas** I miss you bro
September 30, 2012 at 2:09pm

**Roy Keagy** Good to see your still alive miss u man
September 30, 2012 at 6:36pm

**Candace Renshaw**
September 19, 2012 · Port Tampa, FL

Chat

Candace Renshaw



5 people like this.

View 4 more comments

**Jessica Diaz** not for nothing.. But it looks like you are debating whether or not to MotorBoat your friend..
September 19, 2012 at 10:33pm

**John Carlos** ^^^lol!!! winning comment^^^^
October 1, 2012 at 1:00am · 1

**Candace Renshaw**
September 19, 2012 · Port Tampa, FL ·

My man



Share

Jessica Diaz likes this.

**Candace Renshaw**
September 19, 2012 · Port Tampa, FL

Who wants to let me use there netflix account until mines fixed?

Share

2 people like this.

**Brad Newcombe** They made it so you can only use your account on one device at a time, so even if someone let you use theirs, they wouldnt be able to watch anything while your watching it lol
September 19, 2012 at 8:33pm

**Candace Renshaw** I know lol
September 20, 2012 at 10:28am

**John Carlos** not sure if your still lookin.. we have the option for two instant feeds at the same time.. so here it bee....marychavez1981@aol.com - patricia ... ps, congrats on the nuptials     this is what life is allllll about!!! cheers!!!
October 25, 2012 at 2:15am

**Candace Renshaw**
September 6, 2012 · Tampa, FL

I hate white people

Chat



Candace Renshaw

2010

Share

Jessica    Home    Find Friends

6 people like this.

View 4 more comments

**Bobby Paul Hayes** ^lol
September 6, 2012 at 9:46pm

**Bobby Paul Hayes** chink eye
September 6, 2012 at 9:47pm

**Shane Downs** White chocolate here
September 7, 2012 at 8:25am

**Candace Renshaw** Oh god Shane
September 7, 2012 at 2:40pm    1

**Candace Renshaw**
September 5, 2012 · Tampa, FL ·

I woke up 2 hours before I had too....... I'm pissed at myself

Share

3 people like this.

**Evan Cunningham** fuck that noise!
September 5, 2012 at 1:32pm

**Candace Renshaw**
September 3, 2012

In a Relationship with Evan Singleton

September 3, 2012

3 people like this.

**Candace Renshaw** changed her profile picture.
September 3, 2012

Chat



Candace Renshaw                                                    Home    Find Friends

Share

10 people like this.

**Danielle Fitzgerald** I miss u gorgeous
September 4, 2012 at 12:16am

**Candace Renshaw**
September 3, 2012 · Tampa, FL

Haha y'all don't get to eat my goodies

Share

3 people like this.

View 2 more comments

**Candace Renshaw** What's up dougie
September 3, 2012 at 9:51pm

**Candace Renshaw** You don't want these goodies bahaha
September 3, 2012 at 9:52pm

**Brad Newcombe** I want your goodies candace!!!!!!!!!!!
September 4, 2012 at 1:47am

**Candace Renshaw** and LostTo TheSorrow are now friends.
May 18, 2012

**LostTo TheSorrow**

Pinconning Senior High Sch...
13 followers                                    Add Friend

**Candace Renshaw**
March 22, 2012 · Tampa, FL ·

and it feels like i am just too close to love you

Share

Phil Moore likes this.

**Phil Moore** I miss you Candance!
March 22, 2012 at 4:20pm

**Brad Newcombe** Candace i feel like your too far away from me
March 22, 2012 at 5:23pm

**Ron C Hubbard** Candi I broke my comb. LOL
March 22, 2012 at 7:11pm     1

**Candace Renshaw**
March 15, 2012 · Carrollwood Village, FL ·

Did I tell you all I have the best boyfriend

Share

3 people like this.

**Arnie Swartz** NO!
March 15, 2012 at 7:46pm

**Ariel Boo** ont care
March 15, 2012 at 7:48pm

**Ariel Boo** dont
March 15, 2012 at 7:48pm

Chat



Candace Renshaw

Ron C Hubbard Geez another one? lol
March 15, 2012 at 9:17pm · 1     Jessica   Home   Find Friends

**Candace Renshaw**
February 27, 2012 · Tampa, FL ·

you are such a typical non conformist

Share

2 people like this.

**Michael Verduyn** The prototypical non conformist
February 27, 2012 at 1:56pm

**Candace Renshaw** updated her cover photo.
February 26, 2012

Share

**Candace Renshaw**
February 20, 2012

whats love got to do with it?

Share

4 people like this.

View 1 more comment

**David William Bolick** great now i got that song stuck inside my head
February 20, 2012 at 2:33pm

**Candace Renshaw** good! just dance to the beat inside your head
February 20, 2012 at 2:36pm · 1

**Lynn Smith** i do lol i miss you sweetie
February 20, 2012 at 3:44pm

**Phil Moore** All you need is love!
February 22, 2012 at 6:07pm

**Candace Renshaw**
February 5, 2012

I blinked and I cured my brain!

Share

2 people like this.

**Phil Moore** No, that would be: I bent over and my brain fell out. I put it back in,
and so far it seems like minimal drain bamage!
February 5, 2012 at 12:35pm · 1

Chat





Candace Renshaw

Jessica Home Find Friends

FRIENDS · 2011

+189

MOMENTS FROM THE YEAR

friends and the end of winter!

nathaniel and i getting ready to go out!

PHOTOS · 2011

LIKES · 2011

Heather's Restaurant

Tofu

+25

**Candace Renshaw**
January 30, 2012

can't wait for kick boxing!

Share

2 people like this.

**Candace Renshaw**
January 26, 2012

I agree 100%

Rant worth listening too

Real Video Telling it like it is

YOUTUBE.COM

Share

Summer Woodbury-Loudenslager likes this.

**Grace Franco Renshaw** It is ok to have an opinion but this is too vulgar!
January 29, 2012 at 8:22pm

**Candace Renshaw**
January 21, 2012

imma be going out tonight!

Share

3 people like this.

**Farah Renshaw** withhhh meeeee!!! lmao
January 21, 2012 at 6:26pm

**Candace Renshaw**
January 20, 2012

bahaha please try me, ill chew you up and spit you out

Share

2 people like this.

**Ryan Franceschina** ok start at my foot!
January 21, 2012 at 12:20am

**Candace Renshaw**
January 20, 2012

i should be filling my day with better things then this

Share

2 people like this.

**Phil Moore** You could make me chocolate chip cookies! Just kidding! I sure do miss you though. Hug yourself for me, and remember, if things get too bad, just stroke the furry wall!
January 20, 2012 at 4:01pm · 1

**Candace Renshaw** yes i miss you too phil! i have a fuzzy pillow for that exact reason
January 20, 2012 at 10:47pm · 1

**Candace Renshaw**
January 17, 2012

Chat

if you want to destroy my sweater pull this string as you walk away

Jessica    Home    Find Friends

Share

2 people like this.

**Kasandra Lynn Willams** Hi this is kasandra headings from pinconning churh
January 17, 2012 at 6:46pm

**Semi Aboud** And you look like Mary Tyler Moore...
January 17, 2012 at 11:00pm

**Kasandra Lynn Willams** Who
January 18, 2012 at 5:49pm

**Candace Renshaw**
January 16, 2012

even when im on my game im only about as sexy as john mcain

Share

2 people like this.

**Zack Coyer** Im awesome
January 16, 2012 at 4:00pm

**Candace Renshaw** no your not dude, don't lie
January 16, 2012 at 4:02pm      2

**Candace Renshaw**
December 23, 2011 · Carrollwood Village, FL

I really think people over complicate things just for the hell of it

Share

5 people like this.

**Catalina Aboud Bair** Well don't you worry. We will be there soon enough to make things super simple. Landen will help you bring it back to the simple times of playing with toys on the floor! See you soon!
December 23, 2011 at 12:48pm

**Ryan Franceschina** well if they got nothing else to do why stop them? ahah
December 23, 2011 at 1:11pm

**Candace Renshaw**
December 7, 2011 · Bay City, MI

why can't money grow on trees?

Share

7 people like this.

**Justin Walker** because then only farmers would know how to make money! lol
i thought it was funny.
December 7, 2011 at 5:44pm      1

**Candace Renshaw** very lol
December 7, 2011 at 7:21pm

**Candace Renshaw**
December 5, 2011 · Bay City, MI

I just watched a cat chase its tail for ten minutes, and I thought to myself "wow cats are easily entertained".......... then I thought " I just watched a cat chase its tail for ten minutes.... Lol

Share

16 people like this.

**Ron C Hubbard** Your goofy girl. LOL
December 5, 2011 at 12:33pm

Chat



Candace Renshaw

**Candace Renshaw**
November 24, 2011 · Bay City, MI

Jessica   Home   Find Friends

happy tofurky day! im most thankful for my mother, sister,and Caryn. I love you all so much, and I hope din din at our place will be awesome

Share

5 people like this.

**Lori VanOchten** Happy Thanksgiving, young lady.
November 24, 2011 at 9:12am · 1

**Catalina Aboud Bair** When I first read this, I read it as, "I'm almost thankful for..." Oops!
November 24, 2011 at 11:32am

**Candace Renshaw** bahaha
November 24, 2011 at 1:15pm

**Candace Renshaw**
November 13, 2011

I swore id never fall again but this doesn't even feel like falling

Share

2 people like this.

**Candace Renshaw** you really shouldn't make gay jokes broeders, you have way to much fuel for our fire when you start talking about gays lol
November 13, 2011 at 6:38pm

**Candace Renshaw** was with **Melody Milligan** and **4 others**.
November 8, 2011

Share

6 people like this.

1 share

**Candace Renshaw**
November 4, 2011

I talk to myself on my facebook wall lol

Share

4 people like this.

**Candace Renshaw** how are you? bahahaha I love spose

Chat









Candace Renshaw
Jessica Home Find Friends

November 4, 2011 at 5:25pm

**E.c. Morin** lol
November 4, 2011 at 5:35pm

**Ron C Hubbard** Your ok till you start answering yourself. LOL
November 4, 2011 at 5:38pm

**E.c. Morin** agreed....lol
November 4, 2011 at 5:39pm

**Candace Renshaw** was with Melody Milligan.
October 12, 2011 · Adobe Photoshop Express

Share

2 people like this.

**Grace Franco Renshaw** Oh I like those girls!!!
October 12, 2011 at 6:21am · 1

**Maryjean Taylor** ooooh---oh....sooo cute
November 5, 2011 at 4:46pm

**Candace Renshaw**
October 10, 2011 · Adobe Photoshop Express

Share

12 people like this.

Chat

Candace Renshaw | Jessica Home Find Friends

Born

Share

4 people like this.

**Brianna Baranowski** Sexy Ladyyyy
September 28, 2011 at 9:02pm

**Candace Renshaw** Awwe
September 28, 2011 at 9:04pm

**Gerald Cartier Antonio Penalba** Pretty, beautiful & damn gorgeous. Im speechless. Awed by ur beauty.
October 11, 2011 at 5:14pm

**Candace Renshaw**
September 20, 2011

khoa: I like my kids how i like my coffee
me: black and not yours?
khoa: yes
WIN

Share

4 people like this.

**Mike Denison** Hahaha, you make me laugh Candi.
September 20, 2011 at 11:39pm

**Xavier Cervantes** Sounds almost like I like my women, hot black and strong
September 21, 2011 at 12:12am

**Candace Renshaw**
August 28, 2011

Caryn and I aren't allowed to watch chick flix anymore, we get mad and scream at the tv lol

Share

4 people like this.

**Candace Renshaw**
August 27, 2011

im just saying if anybody messes with me today they will die

Share

7 people like this.

**Margaret Raymond** are you having a bad day?
August 27, 2011 at 5:40pm

**Candace Renshaw**
August 23, 2011

The best smell in the world, is the man that you love.

Chat

Candace Renshaw

Share                              Jessica   Home   Find Friends

4 people like this.

View 2 more comments

**Matt Brown** I do though
August 23, 2011 at 10:25am

**Candace Renshaw** Lol
August 23, 2011 at 10:25am

**Farah Renshaw** creepy!! jk
August 23, 2011 at 11:18pm

**Candace Renshaw**
August 16, 2011 ·

Share

5 people like this.

**Farah Renshaw** Stop being pretty! I no like u!!!!
August 16, 2011 at 5:21pm

**Melody Milligan** wow u gots some big eyes...reminds me of tht one lady gaga
video lol. But u r much prettier     keep on bein beautiful my lovely friend
August 17, 2011 at 6:21pm

**Candace Renshaw** Awed love you melody
August 17, 2011 at 6:23pm

**Melody Milligan** thnks girl! i love u 2 n i miss u soooo much. come see me!
August 17, 2011 at 6:24pm

**Candace Renshaw**
August 9, 2011 ·

hmmm have my own apartment, i live with my best friend, you would think i
would of done something stupidly amazing by now lol

Share

4 people like this.

**Joshua Kurtansky** did you forget to buy pancake mix?
August 9, 2011 at 4:43pm ·   1

**Candace Renshaw** you owe me pancake mix!
August 10, 2011 at 9:58pm

**Joshua Kurtansky** i'll take you to ihop
August 10, 2011 at 11:04pm

**Candace Renshaw**
July 30, 2011 ·                                              Chat



Candace Renshaw

Just moved in

Share

Jessica    Home    Find Friends

5 people like this.

**Christopher Staggs** hey candace how r ya
July 30, 2011 at 6:20pm

**Katelyn Tipmore** Where at?
July 30, 2011 at 7:01pm

**Candace Renshaw**
July 22, 2011

scottie doesn't know ;D

Share

8 people like this.

**Candace Renshaw**
July 19, 2011

i wish it wasnt so hot lol

Share

4 people like this.

**Andrea Trudell** me too!
July 19, 2011 at 12:41pm

**Christopher Kustra** That's for sure?
July 19, 2011 at 2:12pm

**Audrey Franco Aboud** Only 92 today with a nice breeze.
July 19, 2011 at 5:53pm

**Candace Renshaw**
July 10, 2011

I JUST GAVE CARYN AIDS! MUWHAHAHAHAHA!!!

Share

3 people like this.

View 2 more comments

**Candace Renshaw** bandAIDS that is
July 10, 2011 at 11:29am

**Loren Loudenslager** Awwwww man !!!!! Shucks !!!!
July 10, 2011 at 11:32am

**Candace Renshaw**
July 8, 2011

Scissors cuts paper, paper covers rock, rock crushes lizard, lizard poisons
Spock, Spock smashes scissors, scissors decapitates lizard, lizard eats
paper, paper disproves Spock, Spock vaporizes rock, and as it always has,
rock crushes scissors.

Share

3 people like this.

**Brandon Thresher** http://ilovecharts.tumblr.com/.../the-ultimate-rock-paper...
July 8, 2011 at 10:39am

**Brandon Thresher**
July 8, 2011 at 10:39am

**Candace Renshaw**
July 3, 2011

sometimes my knight in shining armor, turns out to be a retard in tin foil..... lol

Chat





Candace Renshaw | Jessica Home Find Friends

Share

7 people like this.

**Kasandra Lynn Willams** Dont they all lol
July 3, 2011 at 5:37pm

**Kasandra Lynn Willams** Dont they all lol
July 3, 2011 at 5:37pm

**Candace Renshaw** but i love my retard
July 4, 2011 at 9:01am · 1

**Kasandra Lynn Willams** Lol how r u
July 4, 2011 at 1:51pm

**Candace Renshaw** shared a link.
May 20, 2011 ·

Fruit Roll up

Funny pictures, funny videos, flash games and funny movies

FUNNYJUNK.COM

Share

**Matt Wood** not fair need more roll up ><
May 20, 2011 at 11:56pm

**Candace Renshaw** added 26 new photos to the album: friends and the end of winter! — with Farah Renshaw and Grace Franco Renshaw.
April 11, 2011 ·

Share

Chat

Candace Renshaw                     Candace Renshaw with Farah Renshaw        Home    Find Friends
                                    April 8, 2011             Jessica

my little sister farah winning the talent show!

                                                            farah won the
                                                            talent show 2011

Share

9 people like this.

View 3 more comments

**Rachel Champine** Omg I cryed when I watched this!! Amaysing!
April 8, 2011 at 10:54pm

**Courtney Perrou** OMG! Farah was so amazing, God your fast, this was like a
couple hours ago
April 8, 2011 at 11:34pm

**Melody Milligan** tht was amazing!!!! farah is a beautiful singer. i totally
understand y she won tht competition. i bow down before her
April 9, 2011 at 10:58pm

**Candace Renshaw**
April 8, 2011

farah won the talent show!!!!!! i am so proud of her i knew you could do it!

Share

4 people like this.

View 1 more comment

**Candace Renshaw** im glad she won she deserved
April 8, 2011 at 9:50pm    1

**Candace Renshaw** it
April 8, 2011 at 9:50pm

**Chelsie Ososki** yeah she really did!!c=
April 8, 2011 at 9:52pm    1

**Christina Harman** Aww, congrats, Farah
April 8, 2011 at 9:55pm

**Candace Renshaw** shared a link.
March 24, 2011

Transformer
Funny pictures, funny videos, flash games and funny movies
FUNNYJUNK.COM

Share

Erin Ivey likes this.

**Candace Renshaw**
February 4, 2011

im the type of girl who texts all day and talks all night! lol take that

Share

5 people like this.
                                                            Chat



Candace Renshaw

View 2 more comments

**Matt Brown** Do* my phone sucks

Jessica    Home    Find Friends

February 4, 2011 at 9:46am

**Candace Renshaw** i see this lol!
February 4, 2011 at 9:55am

**Matt Brown**   you pulloff a moustache better than me apparently
February 4, 2011 at 9:59am

**Candace Renshaw** agreed
February 4, 2011 at 11:12am

**Candace Renshaw**
February 3, 2011

you know its going to be a good day when you have the last bowl of cereal

Share

5 people like this.

View 6 more comments

**Jenny Franco Mcnamara** That's true.
February 3, 2011 at 12:11pm

**Summer Woodbury-Loudenslager** yeah thanks fur thinking of urself& not saving some fur me&farah!    lol jk
February 3, 2011 at 1:30pm

**Summer Woodbury-Loudenslager** haha wow alright i will get it from u at school
February 3, 2011 at 5:42pm

**Candace Renshaw**
February 1, 2011

hahaha i laugh in your face, because the little stupid ways you try to make me jealous, just make me giggle.

Share

8 people like this.

View 27 more comments

**Anthony Jefferys** GET OVER HERE BOY! IMA DRINK YOU!.....no but seriously....I.....AM....BATMAN
February 1, 2011 at 10:56pm

**Candace Renshaw** NO PHIL IS BATMAN!
February 2, 2011 at 8:59am

**Candace Renshaw** shared a link.
January 31, 2011

For srs?

Funny pictures, funny videos, flash games and funny movies

FUNNYJUNK.COM

Share

Matt Brown likes this.

Chat





Candace Renshaw | Jessica | Home | Find Friends

~~View 8 more comments~~

~~**Matt Brown** I know I do.~~
February 1, 2011 at 4:18pm

**Candace Renshaw** no you don't
February 1, 2011 at 4:19pm

**Candace Renshaw** wait a second yes you do! you called me stupid!
February 1, 2011 at 4:19pm

**Matt Brown** No I didn't. I implied it.
February 1, 2011 at 4:21pm

**Candace Renshaw** shared a link.
January 22, 2011

BOB ROSS
Funny pictures, funny videos, flash games and funny movies
FUNNYJUNK.COM

Share

2 people like this.

**Travis Nix** Love this
January 22, 2011 at 9:39pm

**Candace Renshaw** i use to watch him for hours lol
January 23, 2011 at 3:13pm

**Candace Renshaw** added 15 new photos to the album: nathaniel and i getting ready to go out!
January 15, 2011

Share

**Dyani Lynn** These photos are so funny!
January 15, 2011 at 1:46pm

Chat

FRIENDS · 2010

+340

MOMENTS FROM THE YEAR

good times 2009

PHOTOS · 2010

LIKES · 2010

MY SISTER SAID IF I GET

Regina Spektor

+6

Candace Renshaw

**Candace Renshaw** i love playing dr... ug lol
January 15, 2011 at 1:46pm

**Dyani Lynn** lol what girl doesnt?      ..im glad nathaniel got out and had some fun
January 15, 2011 at 1:47pm

**Candace Renshaw** lol ya he needed it lol
January 15, 2011 at 1:48pm

**Candace Renshaw**
January 3, 2011 ·

God grant me the serenity
to accept the things I cannot change;
courage to change the things I can;
and wisdom to know the difference.

Share

8 people like this.

**Jenny Franco Mcnamara** Wonderful prayer! Just close your eyes and meditate on each word.
January 3, 2011 at 3:33pm · 1

HIGHLIGHTS ▼

**Candace Renshaw**
December 31, 2010 ·

i think im a little bit bossy lol

Share

2 people like this.

View 5 more comments

**Candace Renshaw** and my post was correct
December 31, 2010 at 4:56pm

**Candace Renshaw** lol yep
December 31, 2010 at 4:57pm

**Candace Renshaw**
December 29, 2010 ·

YOU AINT GOT NO PANCAKE MIX!!!!!!

Share

2 people like this.

**Candace Renshaw** hee hee i love you summer
December 29, 2010 at 11:52am

**Candace Renshaw**
December 28, 2010 ·

ugh girls are messy!

Share

4 people like this.

**Ron C Hubbard** You should know. LOL
December 28, 2010 at 1:52pm

**Candace Renshaw**
December 25, 2010 ·

ok im leaving it at i hate the twilight saga

Share

4 people like this.

**Matt Marzano** I'm with you on that
December 25, 2010 at 11:43pm

Chat



Candace Renshaw

**Candace Renshaw**    Jessica   Home   Find Friends
December 25, 2010

missing a certain someone

Share

2 people like this.

**Xavier Cervantes** who?!
December 25, 2010 at 6:37pm

**Ron C Hubbard** Must be missing me. LOL
December 25, 2010 at 8:00pm

**Candace Renshaw** oops sorry it was xav, but i miss you too ron!
December 25, 2010 at 9:34pm

**Candace Renshaw**
December 23, 2010

farah: candi, doesn't pancakes sound good?
candi: no.
farah: GO MAKE ME PANCAKES!!!!!!!!
so everyone im making pancakes.......

Share

3 people like this.

**Loren Loudenslager** WoooHoooo !! Breakfast at the renshaws!!!
December 23, 2010 at 1:02pm

**Candace Renshaw** lol ya!
December 23, 2010 at 1:16pm

**Candace Renshaw**
December 22, 2010

violence solves nothing... except when used on a vending machine!

Share

4 people like this.

**Anthony Jefferys** once again....agreed
December 22, 2010 at 7:29pm

**Brandon Thresher** Or you can just hack it
December 22, 2010 at 8:42pm

**Candace Renshaw** um not a hacker! ( my boyfriends job) i will use my fists lol
December 23, 2010 at 10:22am          1

**Candace Renshaw**
December 21, 2010

awww i love Kermit the frog!!!!

Share

3 people like this.

**David William Bolick** who doesn't ?
December 21, 2010 at 9:48pm

**Anthony Jefferys** COOKIE MONSTER FTW!
December 21, 2010 at 10:01pm

**Candace Renshaw**
December 21, 2010

"First get your facts; then you can distort them at your leisure"
Mark Twain

Share

4 people like this.                                        Chat





Candace Renshaw

Candace Renshaw hahaha
December 21, 2010 at 9:45pm

Jessica Home Find Friends

**Candace Renshaw** added 38 new photos to the album: good times 2009 — with Kassie Cooke and Carrie Marie Deyarmond.
December 20, 2010

Share

**Candace Renshaw**
December 18, 2010

i had so much fun today!!!!! and got an awesome paint set!!!!!!!!! can you say georgia o'keefe?

Share

3 people like this.

**Terry Coffey** One of my favorite artists and probably the only one who's work is outside the impressionists' realm.
December 19, 2010 at 4:46am

**Candace Renshaw**
December 8, 2010

ULTIMATE HIPPIE WIN!!!!!!!

Share

3 people like this.

View 15 more comments

**Anthony Jefferys** Veggie eater, Veggie eater
i know her, dont need to meet her
She will win, you cannot beat her... See More
December 8, 2010 at 9:00pm

**Candace Renshaw** i love it lol
December 8, 2010 at 9:01pm

**Brian Carles** hippies rule
December 8, 2010 at 9:31pm

**Candace Renshaw** agreed
December 8, 2010 at 9:46pm

**Candace Renshaw**
November 29, 2010

AND FOOD!!!!!

Share

Chat

Candace Renshaw                                    2 people like this.        Jessica   Home   Find Friends

**Candace Renshaw** YES!!!!!
November 29, 2010 at 8:12pm

**Justine Osborn** hehe what are you eating?
November 29, 2010 at 8:23pm

**Candace Renshaw** FOOD
November 29, 2010 at 8:28pm

**Candace Renshaw**
November 29, 2010 ·

computer, techno, hippie

Share

4 people like this.

**Travis Brown** haha nice
November 29, 2010 at 11:08am

**Candace Renshaw**
November 25, 2010 ·

happy toufurky day!

Share

6 people like this.

View 2 more comments

**Karen Federer Walker Hubbard** Noooo that just ain't right!
November 25, 2010 at 4:28pm

**Candace Renshaw**
November 10, 2010 ·

yes ladies and gentlemen i am single

Share

2 people like this.

View 4 more comments

**Andrea Trudell**
November 10, 2010 at 5:31pm

**Travis Brown** where is the sign up list
November 11, 2010 at 12:51pm

**Susi Kolka** watch out!!!!! be choosey candace!!!! (((SMILE!!!))))
November 12, 2010 at 3:02pm

**Candace Renshaw**
October 11, 2010 · Who were you in a past life? ·

## Who were you in a past life?

Not only a smart woman, but resourceful too. If you feel
confident about traversing large expanses of woodland,
you were definitely this woman in a past life.

CANDACE RENSHAW GOT LAURA SECORD.

Share · Take this Quiz

Candace Renshaw likes this.

**Candace Renshaw**
September 27, 2010 ·

Chat

Candace Renshaw

i am sooo happy! i am going to a special class to for designing flora culture! the greatest woman in her trade asked me to come and is paying for it for me!!! thank you god

Share

3 people like this.

View 3 more comments

**Catalina Aboud Bair** Nice!!!
September 27, 2010 at 5:00pm

**Stacy Murray** I am really happy for you what a blessing
September 27, 2010 at 8:27pm

**Audrey Franco Aboud** Wonderful!!!!!
September 27, 2010 at 8:28pm

**Arnie Swartz** way to go girl....you deserve the best, be blessed Candace!
September 27, 2010 at 9:41pm

FRIENDS  2009

+19

MOMENTS FROM THE YEAR

me

PHOTOS · 2009



**Candace Renshaw** added 18 new photos to the album: me.
April 13, 2009

Share

Arpit Agrawal likes this.

**Candace Renshaw**

Born

Chat