# App. Tab 80

# Filed Under Seal