# App. Tab 81
# Filed Under Seal