# App. Tab 82

# Filed Under Seal