# App. Tab 83

# Filed Under Seal