# App. Tab 84

# Filed Under Seal