# App. Tab 85

# Filed Under Seal