# App. Tab 86

Filed Under Seal