# App. Tab 87

# Filed Under Seal