# App. Tab 88

# Filed Under Seal