# App. Tab 89
# Filed Under Seal