# App. Tab 90

# Filed Under Seal