# App. Tab 91
# Filed Under Seal