# App. Tab 92

# Filed Under Seal