# App. Tab 93

```
                   UNITED STATES DISTRICT COURT

                     DISTRICT OF CONNECTICUT




------------------------------ x
                               :
SINGLETON, ET AL,              :
              Plaintiffs       : CRIMINAL NO.
v.                             : #3:15-CV-00425(VLB)
                               :
WORLD WRESTLING                : June 8, 2015
ENTERTAINMENT, INC.,           :
              Defendants       :
                               :
------------------------------ x


                                  Federal Building
                                  450 Main Street
                                  Hartford, Connecticut



                          HEARING


       (Transcription from Electronic Recording)


Held Before:



              THE HON. VANESSA L. BRYANT
              United States District Judge




               Transcription Services of
             FALZARANO COURT REPORTERS, LLC
                    4 Somerset Lane
                   Simsbury, CT  06070
                      860.651.0258
```

A P P E A R A N C E S:

   <u>For the Plaintiffs:</u>

       WILLIAM BLOSS, ESQ.
       Koskoff, Koskoff & Bieder, P.C.
       350 Fairfield Avenue
       Bridgeport, CT  06604

   and

       KONSTANTINE KYROS, ESQ.
       Kyros Law Offices
       17 Miles Road
       Hingham, MA  02043

   <u>For the Defendants, Admitted Pro Hac Vice:</u>

       THOMAS D. GOLDBERG, ESQ.
       Day Pitney, LLP
       One Canterbury Green
       Stamford, CT  06901

   and
       JEFFREY MUELLER, ESQ.
       Day Pitney, LLP
       242 Trumbull Street
       Hartford, CT  06103-1212

   and
       JERRY S. McDEVITT, ESQ.
       K & L Gates, LLP
       K & L Gates Center
       210 Sixth Avenue
       Pittsburgh, PA  15222-2613

   and

       CURT KRASIK, ESQ.
       K & L Gates, LLP
       K & L Gates Center
       210 Sixth Avenue
       Pittsburgh, PA  15222-2613

   <u>Also Present</u>:

       ANTHONY NORRIS, ESQ.

```
 1                    COURT CLERK:  The Court is now open
 2     after recess in the matter of -- in the matter of
 3     Singleton v. WWE, case no. 3:15-cv-425-VLB.
 4                    THE COURT:  Good afternoon.
 5                    MULTIPLE VOICES:  Good afternoon, Your
 6     Honor.
 7                    THE COURT:  Okay, can we have the
 8     appearances of the parties for the record please.
 9                    MR. BLOSS:  William Bloss, Your Honor
10     of Koskoff, Koskoff & Bieder for the plaintiffs.
11     With me is Konstantine Kyros who has been
12     admitted by the Court as visiting counsel and
13     Anthony Norris (phonetic) of Mr. Kyros' firm is
14     here – is not expected to participate, but I did
15     want to note his attendance, Your Honor.
16                    THE COURT:  And who will be
17     participating today?
18                    MR. BLOSS:  I will be Your Honor,
19     William Bloss and Mr. Kyros may as needed,
20     depending on the Court's questions.
21                    THE COURT:  Alrighty.  Yes.  And for
22     the defense?
23                    MR. GOLDBERG:  Good afternoon, Your
24     Honor, Tom Goldberg.  And I'm here with Jeff
25     Mueller from Day Pitney for the defendants World
```

```
 1        Wrestling Entertainment, Inc.  And I'd also like
 2        to introduce to the Court Jerry McDevitt and Curt
 3        Krasik of K & L Gates who have been admitted pro
 4        hac vice.
 5                  THE COURT:  Wonderful.  Welcome.
 6                  UNIDENTIFIED MALE:  Good afternoon,
 7        Your Honor.
 8                  THE COURT:  Please be seated.  The
 9        defense requests that a pre-filing conference in
10        this case or pre-scheduling conference before the
11        Court entered a scheduling order.  And we're
12        convened for the Court to hear the parties on the
13        issues preceded to that entry.
14                  MR. BLOSS:  I believe it, Your Honor,
15        to the defense – it's the defense's request if
16        the Court please, I will present the position on
17        behalf of the plaintiffs, but it might be
18        fruitful to start with the defense – defendant.
19                  THE COURT:  Yes.
20                  MR. McDEVITT:  Good afternoon Your
21        Honor, Jerry McDevitt from K & L Gates in
22        Pittsburgh.
23                  Thank you for having the conference
24        Your Honor.  We requested it because there's been
25        a lot of what I'll say is irregular things going
```

1      the same evidence or are we basically going to
2      have two trials at the same time?  Are we going
3      to have you know, guilt by association?  I mean
4      what – why should these cases be tried together?
5      Typically cases would only be tried together if
6      they arise out of the same nucleus of fact.
7      These cases seem to be wholly factually distinct.
8      There may be a culture.  I mean on that theory,
9      every single person that alleges an employment
10     discrimination at Pitney Bowes for example, would
11     be able to file a single lawsuit.  That doesn't
12     happen.
13              MR. KYROS:  Well, that raises an
14     interesting question about separating two cases,
15     Your Honor.  The cases as you know, were
16     originally filed together as a class claim and
17     then they were transferred to this Court.  And
18     then --
19              THE COURT:  Right.  And even as a class
20     claim, I mean let's face it, where's the –
21     where's the typicality in Mr. Lograsso and Mr.
22     Singleton?  How could you allege that they're
23     representative of a whole class of people that
24     fought for the WWE?
25              MR. KYROS:  Well, that – that I would

```
 1         argue that – we're arguing that the class
 2         actually is all WWE wrestlers. Singleton does
 3         present unique facts in the nature of how his
 4         injury occurred and I do believe that you're
 5         right Your Honor, that Singleton's case in some
 6         ways is distinct because the injury alleged is –
 7         is more in line with a single incident, single
 8         event, but it does play into the negligent
 9         discharge – negligent pattern of conduct we
10         allege where they are prayed.  If for example Mr.
11         Singleton's case, he was taught how to do a choke
12         slam six minutes according to him – he was taught
13         how to do it six minutes before he was put in one
14         and subsequently permanently injured.
15                   So that type of conduct is, I think,
16         something that runs through the note – the cases,
17         including Mr. Lograsso's case.  And you know, the
18         notion that you know, Lograsso has this
19         degenerative disease, is distinct in a sense.
20         But it continues – his – the allegation that Mr.
21         Lograsso makes is that during his time at the WWE
22         when he was injured less severely in a single
23         incident, but he continued to space these
24         injuries throughout his tenure there.  And there
25         was no medical treatment, both at ringside or
```

```
 1        outside the ring.  And in fact, the abusive
 2        culture encouraged these folks to not speak up
 3        about their injuries because if they did, they
 4        would lose their spot on television or they
 5        wouldn't be allowed to perform and earn a living.
 6        So the WWE contrary to the representations that
 7        they make even to this Court, wasn't very
 8        concerned according to our theory of the case and
 9        according to Mr. Lograsso and other wrestlers
10        that we've investigated and spoken to.
11                THE COURT:  But - okay.  Doesn't your
12        complaint say that WWE required them to fight,
13        even though they were injured?
14                MR. KYROS:  I believe it says
15        "encouraged".
16                THE COURT:  Now you're saying it's the
17        opposite.  Now you're saying that they couldn't
18        disclose that they were injured because if they
19        disclosed they were injured, the WWE wouldn't
20        allow them to fight.
21                MR. KYROS:  Well that's part of the
22        culture which is if you -
23                THE COURT:  Is part of the culture --
24                MR. KYROS:  - if they were being --
25                THE COURT:  -- you can't fight if
```