UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.*, | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | August 8, 2016 |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : | No. 3:15-cv-00425 (VLB) |
| | : | Consolidated Case |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | August 8, 2016 |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S
MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH
COURT'S ORDER ON MOTION TO COMPEL**

Pursuant to Rules 33 and 37 of the Federal Rules of Civil Procedure, Rule 37 of the Local Rules of Civil Procedure, and the Court's inherent authority, Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves for sanctions relating to Plaintiffs' failure to comply with the Court's May 19, 2016 Order ("Compulsion Order"), which required Plaintiffs to provide complete and accurate responses to certain interrogatories (*See* Doc. No. 144).

**ORAL ARGUMENT REQUESTED**

**As set forth more fully in the accompanying Memorandum of Law, Plaintiffs committed perjury in response to the Court's Compulsion Order by verifying false Second Supplemental Interrogatory Responses, and their counsel should be sanctioned for drafting and signing those false responses. Plaintiffs also willfully violated the Compulsion Order because the Second Supplemental Interrogatory Responses were just as incomplete, evasive, and non-responsive as the First Supplemental Interrogatory Responses that this Court already found did not comply with the Federal Rules of Civil Procedure.**

**WHEREFORE, WWE requests that the Court sanction Plaintiffs and their counsel by dismissing the sole remaining claim of fraud by omission. WWE also requests an order striking the Second Supplemental Objections and Responses and precluding Plaintiffs from introducing any evidence that would have been responsive to the interrogatories subject to the Compulsion Order. WWE further requests an order requiring Plaintiffs' counsel to either produce or provide to WWE or to the Court their correspondence reflecting if and when Plaintiffs reviewed the Second Supplemental Responses and sanctioning Plaintiffs' counsel for submitting false supplemental interrogatory responses that contradicted their clients' deposition testimony. WWE also requests an order compelling Plaintiffs and their counsel to pay WWE's fees and costs in connection with this motion.**

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,**

**By: */s/ Jerry S. McDevitt***
**Jerry S. McDevitt (pro hac vice)**
**Terry Budd (pro hac vice)**
**Curtis B. Krasik (pro hac vice)**
**K&L GATES LLP**
**K&L Gates Center**
**210 Sixth Avenue**
**Pittsburgh, PA 15222**
**Phone: (412) 355-6500**
**Fax: (412) 355-6501**
**Email: jerry.mcdevitt@klgates.com**
**Email: terry.budd@klgates.com**
**Email: curtis.krasik@klgates.com**


**Thomas D. Goldberg (ct04386)**
**Jonathan B. Tropp (ct11295)**
**Jeffrey P. Mueller (ct27870)**
**DAY PITNEY LLP**
**242 Trumbull Street**
**Hartford, CT 06103**
**Phone: (860) 275-0100**
**Fax: (860) 275-0343**
**Email: tgoldberg@daypitney.com**
**Email: jbtropp@daypitney.com**
**Email: jmueller@daypitney.com**

**Its Attorneys.**

## CERTIFICATION OF SERVICE

I hereby certify that August 8, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                         /s/ *Jeffrey P. Mueller*
                                         Jeffrey P. Mueller (ct27870)