# Exhibit 2

**From:** Katie Van Dyck [mailto:kvandyck@cuneolaw.com]
**Sent:** Friday, June 17, 2016 4:57 PM
**To:** Krasik, Curtis B.; McDevitt, Jerry; Mueller, Jeff
**Cc:** Andrew Sciolla (asciolla@pbmattorneys.com); Anthony Norris (anorris@kyroslaw.com); Bill Bloss; Charles LaDuca; Erica Mirabella; Harris L. Pogust; Konstantine Kyros; Michael Flannery; Peterson, Rebecca A.; Robert K. Shelquist (rkshelquist@locklaw.com); Clint Woods
**Subject:** RE: Singleton & LoGrasso v. WWE

Curt,

Attached are Mr. Singleton and Mr. LoGrasso's verifications for your files.

Katie

**From:** Krasik, Curtis B. [mailto:Curtis.Krasik@klgates.com]
**Sent:** Thursday, June 16, 2016 2:37 PM
**To:** Katie Van Dyck <kvandyck@cuneolaw.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Mueller, Jeff <jmueller@daypitney.com>
**Cc:** Andrew Sciolla (asciolla@pbmattorneys.com) <asciolla@pbmattorneys.com>; Anthony Norris (anorris@kyroslaw.com) <anorris@kyroslaw.com>; Bill Bloss <BBloss@KOSKOFF.com>; Charles LaDuca <charles@cuneolaw.com>; Erica Mirabella <erica@mirabellallc.com>; Harris L. Pogust <hpogust@pbmattorneys.com>; Konstantine Kyros <kon@kyroslaw.com>; Michael Flannery <mflannery@cuneolaw.com>; Peterson, Rebecca A. <rapeterson@locklaw.com>; Robert K. Shelquist (rkshelquist@locklaw.com) <rkshelquist@locklaw.com>; Clint Woods <cwoods@audetlaw.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>
**Subject:** RE: Singleton & LoGrasso v. WWE

Counsel,
Please be advised that Plaintiffs' supplemental responses to WWE's first set of interrogatories are not verified as required by Fed. R. Civ. P. 33(b). WWE specifically reserves all of its rights and remedies, including the right to seek sanctions, as a result of Plaintiffs' failure to comply with the Court's 5/19/16 Order (Dkt. 144).

**From:** Katie Van Dyck [mailto:kvandyck@cuneolaw.com]
**Sent:** Wednesday, June 15, 2016 11:47 PM
**To:** McDevitt, Jerry; Mueller, Jeff; Krasik, Curtis B.
**Cc:** Andrew Sciolla (asciolla@pbmattorneys.com); Anthony Norris (anorris@kyroslaw.com); Bill Bloss; Charles LaDuca; Erica Mirabella; Harris L. Pogust; Konstantine Kyros; Michael Flannery; Peterson, Rebecca A.; Robert K. Shelquist (rkshelquist@locklaw.com); Clint Woods
**Subject:** Singleton & LoGrasso v. WWE

Counsel,

In accordance with the Court's order on WWE's motion to compel, I am attaching Plaintiffs' second supplemental responses to WWE's first set of interrogatories.  We have no additional responsive documents, privileged or otherwise, given the restrictions of the Court's order.

Regards,

Katie

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| v. | : | 3:15-cv-001074 (VLB) |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | Lead Case |
| Defendant. | : | |
| EVAN SINGLETON and VITO LOGRASSO, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| v. | : | 3:15-CV-00425 (VLB) |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | Consolidated Case |
| Defendant. | : | |

### DECLARATION OF VITO LOGRASSO

Pursuant to 28 U.S.C. § 1746, I, Vito LoGrasso, declare under penalty of perjury that the Second Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Set of Interrogatories served on June 15, 2016 are true and correct.

Executed this 17 day June, 2016.

*Vito J Lo Grasso*
Vito LoGrasso

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-CV-00425 (VLB)<br>Consolidated Case |

### DECLARATION OF EVAN SINGLETON

Pursuant to 28 U.S.C. § 1746, I, Evan Singleton, declare under penalty of perjury that the Second Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Set of Interrogatories served on June 15, 2016 are true and correct.

Executed this 17th day June, 2016.

_____
Evan Singleton