# Exhibit 4

Case 3:15-cv-01074-VLB   Document 198-5   Filed 08/08/16   Page 2 of 8



Follow PWInsider on Twitter
Join PWInsider on Facebook
Add PWInsider on Google+

Search PWInsider:

Search







Shop Honda
automobiles.honda.v2.uptracs.com
Find The Best Deals! Schedule A Test Drive Today

Macy's® Stores
macys.com/Stores
Save on Apparel, Home Items & More Buy Online & Pick Up In Store Now!

# CHRIS NOWINSKI TALKS CONCUSSIONS, TOUGH ENOUGH, MAVEN, WWE AND MORE

By WrestleMag.com on 2006-11-09 13:24:00

After a hectic few months here at WrestleMag, we figured it was time to get back into the swing of conducting interviews with some of the top names in the business on a more regular basis. Phil Lowe recently got the opportunity to speak with WWEÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¾Ãƒâ€šÃ‚Â¢s Chris Nowinski on a variety of topics, and hereÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¾Ãƒâ€šÃ‚Â¢s what the Harvard graduate had to say:

Need a break from the head smashing, read this new casino review of Pokies.com and make up your own mind about whether real money online slots are your game.







**For those perhaps unaware with how you ended up getting a deal with WWE, if we could start by getting some information on your background (prior to applying for Tough Enough - were you a fan as a kid, if so any favorites etc etc)**

I wasnÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚t allowed to watch wrestling as a kid - my Mom thought it caused brain damage. How ironic. I fell in love with it during the summer of 1999, when I shared a 2 bedroom apartment with 5 of my football teammates. All they watched was wrestling, and thatÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚s how I was exposed. Not only did I think it was the most entertaining thing on TV, I thought the wrestlers looked like they were having the times of their lives.

**Prior to the Tough Enough contest, did you have any wrestling background at all?**

I had enrolled at Killer KowalskiÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚s Institute of Professional Wrestling in November of 2000, about 2 months before Tough Enough was announced. I had already committed to the business by then, and thatÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚s why I knew how to bump already on the show.

**Although you didnÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚t win the competition, you did get to the final. Were you happy with how you trained throughout Tough Enough, and when youÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚d reached the final, did you at anytime think to yourself that could could have won it?**

I gave it my best shot during Tough Enough, so I had no regrets. However, when I was portrayed as a heel on the show, I knew my chances were slim. The idea of the show was to convert new viewers from MTV, and they were more likely to follow someone they loved versus someone they hated. And I mean ÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÂ¢â‚¬Å"portrayedÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚¢ as a heel. They needed to create heels and faces, and they could have gone either way with all 3 of us. Everyone has a few bad moments in 9 weeks. But the overall show was best with me as the bad guy.

**After you lost out to Maven, you started to take bookings on the independent circuit. Was that your game plan all along if youÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚d failed to win a WWE contract, or did you decide on working Indies later on?**

I was working Indies before Tough Enough, I was working Indies while Tough Enough was airing, and I was booking dates on the drive back from the final episode. Tough Enough was neither the beginning nor the end of my wrestling career.

**After working with the likes of Al Snow, Tazz etc, and getting some good exposure via MTV and WWE during Tough Enough, how did you find working on the Indies?**

I loved working the Indies. Half of wrestling is all about the locker room, and IÃƒÆ'Ã†'â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢Ã¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã‚Â¢Ãƒâ€šÃ‚d take an Indy locker room over a locker room of the original 13 contestants any day. So I got to go back with the friends I broke in with - people who actually wanted to be there. As for the work, I needed a place to develop my character and to try new things and make mistakes without being under a microscope. The stretch after Tough Enough, working new people other than the trainers and

finalists, was where I really found my confidence.

**Was there ever any issues with wrestlers in the locker room not accepting you because of the exposure you'd had through the competition?**

I certainly don't remember any, although after all the concussions there are a lot of things I don't remember. Actually now that I think about it, everyone knew I was already training at Kowalski's before the competition, which was respected, and I had good reputation from the guys in the North East. So I really never had a problem.

**Any memorable shows/matches from your time with WWE that spring to mind?**

My favorite matches include my classroom match with Tommy Dreamer, a hardcore match with Al Snow, the 2003 Royal Rumble, and 2002 Survivor Series for Steiner's debut. Working with Undertaker, Booker T, Steiner, getting choke slammed by Kane, and taking a figure 4 from Ric Flair are up there too.

**You made an appearance for (the then) WWF during their WrestleMania X-8 weekend. At this point I think I'm right in thinking you weren't under contract. How did that come about?**

I got a call from Big, the producer of Tough Enough, telling me they wanted to bring up the finalists to put on an hour show during each of the 6 sessions of Fan Axxess. I wasn't under contract, so I took the week off of work. It was an informal tryout, as each hour ended with a match. Sink or swim. They never even told us contracts were on the table, but we knew. I worked Maven and Chavo Guerrero. Nidia worked Taylor. Everyone worked everyone. My Chavo match probably got me my job, which is partially why I'll always feel a deep debt to him. He's also just a hell of a guy.

Although they didn't officially offer me a contract for two weeks, an agent told me at the post-Wrestlemania party to make arrangements to leave my job.

**From there you landed a developmental contract with the company and it wasn't long before you debuted on RAW. What do you remember about being offered a contract?**

I just remember John Laurinaitis calling me while I was in the doctor's office getting a physical. I didn't put up much of a fight.

**You got quite a decent push when you debuted, winning your debut match and getting involved in a little program with Bradshaw. Looking back to around the time that you debuted, how did you feel you fitted in both on TV and in the locker room?**

The locker room gave me a chance. Al Snow has since told me I had too much legit heat coming off Tough Enough to survive the locker room right after the show, but during the nine months between Tough Enough and my debut, word got back that I was OK. So the locker room was great from day one. As for TV, I couldn't ask for anything more than teaming with (William) Regal, and the juxtaposition of Bradshaw's character and mine was great, so I was given a great opportunity. I did the best I could with it, but having only been with the WWE for two months at that point, and legit having less than fifty matches under

my belt, I was admittedly limited.

**With some of the veterans in the locker room being big on "paying your dues", was there ever any issues with certain individuals or any situations in which you were perhaps singled out as the new guy in the locker room?**

I was humble, and I knew I hadn't paid dues like the other guys, so no. Usually the guys who get singled out bring it upon themselves.

**You got given the "Harvard snob" gimmick from Day One, which given your Harvard background was to be expected I guess. Was the gimmick your idea or WWE's, and were you happy to go along with it?**

It came out of Tough Enough, and I ran with it and developed it on the Indys. WWE loved it, so we just kept it going basically as it was. The writers "got it" so there were never any disagreements about what to try to accomplish with the character. They let me write a lot of my stuff, because let's face it - I was the only one that graduated from Harvard, so only I knew what a Harvard snob - rather than a generic snob - would say in any given situation.

**Towards the back end of 2002 you were out of action for a few months and when you returned you were used less and less before being taken off TV in mid-2003 as a result of being diagnosed with post-concussion syndrome. When you returned at the end of 2002, did management tell you of any plans they had for you down the line at all, or were you fully aware that with the Tough Enough push perhaps running it's course that you'd find it harder to make your way up the ladder in WWE?**

I had surgery to repair my nose from the Royal Rumble incident in 2003, and when I returned we were gearing up for Wrestlemania, when lots of guys get forgotten. It's a terrible time to come back from injury. Your memory is actually disappointing, and paints me as a jobber, tsk tsk! I had a nice program going with the Dudleys when I got hurt, having worked 2 PPVs in the previous month in tags with Rodney Mack. On house shows we were doing 20 minutes tables matches before intermission. So by PPV standards (and salary), I was peaking.

**Moving on to the problems that kept you off the road and effectively ended your career as a wrestler, which originated - I think - at the Royal Rumble in January 2003. At what point did you first realize that something wasn't quite right?**

The short version - and the long version is in the book - is that I blacked out from a kick from Simon Dean in April. The concussion that ended my career was in June. Between April and mid-July I never took a day off to let my brain recover, even though after the June kick my head hurt all the time. I now know that had I known to rest and let my brain recover, I'd probably still be wrestling. Bret Hart ran himself into the ground the same way. After the first concussion, we were doing a live Heat before the PPV and I actually forgot a line. That had never happened to me before.

Looking back, that may have been a sign that my brain wasn't working properly. I only stopped when Vince McMahon finally put an end to me getting back in the ring. The actual incident that scared us straight is too long to go into, but in the book, and would probably make you reassess too.

**Was it easy for you to accept that you wouldn't wrestle again? What were your concerns and your priorities after you'd found out?**

For the first 12 months after the concussion, if I'd ever woken up feeling normal, rather than feeling like I wished I was dead, I would have gone back in a heartbeat. After 12 months of wishing I was dead - and researching the book, which told me future concussions were now more likely and would cause worse symptoms - I finally realized that returning was not in my best interest. I would have done anything not to feel like that anymore.

**Since then, you've taken a role with WWE that has seen you make numerous appearances as a speaker, including representing WWE at the Democratic National Convention back in 2004. How supportive were WWE in helping you deal with the post-concussion syndrome?**

The WWE has been unbelievably supportive. Not only did they fly me around the country to see any doctor I asked for and spared no expense, but even after I said I wasn't likely to come back they still honored my contract. For eighteen months after the injury I couldn't have held down a job, so that kept me from a very bad place. I love my new role with the company, and I think they like having me there.

**What's your current status with WWE contractually?**

I'm under a consulting contract with the WWE (don't worry, it's nothing like talent contract) to make appearances for the company and to work as the political correspondent for Smackdown Your Vote! I think it's up in February.

**Your book, 'Head Games' is out now, and looks at the amount of concussions suffered in American Football. Did the idea for the book come from your own experiences in WWE, or was this something that stemmed back to your days playing Football while you were at Harvard?**

The book was inspired by my search to understand why I was suffering from post-concussion syndrome. It didn't make sense to me why I didn't 'bounce back' like everyone else. The worst part about the experience was that for those first few weeks doctors couldn't (and didn't) help me - they didn't diagnose me properly, they didn't ask the right questions, they didn't warn me of the risks - and that's why I kept getting back in the ring and hurting myself further. I later found out that was because most of them didn't understand the injury.

Although I got most of my concussions wrestling, I began looking back at football

when I realized I'd had at least 5 undiagnosed concussions in my career. I'd called them "getting my bell rung" but I never knew that by playing through them I was risking and likely causing permanent brain damage. What made me look at the problem on a more grand scale was that in the back of my mind I knew that many of my former teammates played through far more concussions and more severe concussions than I ever did, so I wanted to find out exactly how bad the problem was - first, how many undiagnosed concussions happen in football each year, and then what it means to us in the long-term.

**What did you learn while researching and writing the book?**

When I looked at the data, I found that nearly 50% of high school football players admitted suffering an average of three concussions each season (although they didn't know they were concussions — they just admitted to the symptoms), and that the average was 3 per player. But up to 99% were going undiagnosed! That blew my mind.

When I learned multiple concussions were linked to neurological disorders like Alzheimer's disease and depression, I realized that athletes and families needed to be informed and learn how to protect themselves. Until you read about Tommy Dreamer talking about concussions and suicide in the same sentence in the final chapter, you don't realize how important this knowledge is. And this information isn't just for America football players. It's concussion information and stories simply told through football (and wrestling of course). One reviewer wrote: "There is a book that everyone involved in any aspect of all contact sports should read as soon as possible. It's called "Head Games: Football's Concussion Crisis."

**How has the book been received by your former co-workers and friends involved in both football and wrestling?**

The book has been better received than I could ever imagine. Without putting myself over too much, it's considered a groundbreaking book in the universe where sports, health, and ethics meet. My former football teammates send me emails that say, "Thanks for speaking up," and "I'm proud of you!" which you don't expect from football buddies. The wrestlers say similar things. It's a topic that has simply gone untouched in this country for whatever reason.

But the media is finally catching up with this topic. Right now I'm on a train coming back from New York where I taped an appearance on the College Sports TV show

€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¡ÃƒÂ¢â€šÂ¬Ã…â€œTaking Issue with Brian CurtisÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Å¡Ãƒâ€šÃ‚Â discussing whether or not college football players are receiving proper medical treatment from team doctors based on an article I wrote for SportsIllustrated.com. IÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢ve been quoted in the last few days in the New York Times and ESPN The Magazine. You can see what all the fury is about, read all the articles, listen to radio interviews, and learn more about the book at [www.ConcussionCrisis.com](http://www.ConcussionCrisis.com).

If youÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢re a parent of an athlete, when you download the first chapter for free youÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢ll realize how important it is to have this book in your house. If you have a friend in sports or with children in sports, do them a favor and send them a copy. And if youÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢ve ever had a concussion or two yourself, like me, this book will finally help you understand exactly how it may have changed you.

**Finally, looking to the future, obviously youÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢ve had a hectic and last few years and a heck of a rollercoaster ride since applying for the first Tough Enough competition. What lies in store for Christopher Nowinski in the future?**

Right now IÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢m balancing the WWE job with the Head Games and a full-time job as a consultant. I think IÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢m going to maintain this balance and commit to changing how concussions are treated in sports for a few more years by continuing to write and speak about it. But donÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢t worry, I always have a few side projects up my sleeve, and perhaps weÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢ll be talking about one or two in the near future.

**For more on ChrisÃƒÆ'Ã†â€™Ãƒâ€šÃ‚Â¢ÃƒÆ'Ã‚Â¢ÃƒÂ¢â€šÂ¬Ã…Â¡Ãƒâ€šÃ‚Â¬ÃƒÆ'Ã¢â‚¬Â¦Ã‚Â¾Ãƒâ€šÃ‚Â¢ book, check out** [www.ConcussionCrisis.com](http://www.ConcussionCrisis.com).

*If you enjoy PWInsider.com you can check out the AD-FREE PWInsider Elite section, which features exclusive audio updates, news, our critically acclaimed podcasts, interviews and more, right now for THREE DAYS free by* clicking here!

   0    Tweet