# EXHIBIT 1

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
--------------------------------x
RUSS MCCULLOUGH, et al.,

        Plaintiff,

        vs.                No. 3:15-cv-01074 (VLB)

WORLD WRESTLING ENTERTAINMENT, INC.,


        Defendant.
--------------------------------x
EVAN SINGLETON and VITO LOGRASSO,

        Plaintiffs,

        vs.                No. 3:15-cv-00425 (VLB)

WORLD WRESTLING ENTERTAINMENT, INC.,


        Defendant.
--------------------------------x



VIDEOTAPED DEPOSITION OF VITO LOGRASSO

Philadelphia, Pennsylvania

May 18, 2016

9:35 a.m.



Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 44300

2

May 18, 2016

9:35 a.m.

Videotaped Deposition of VITO
LOGRASSO, held at the offices of
Kleinbard, LLC, 1650 Market Street,
Philadelphia, Pennsylvania, pursuant to
notice, before Jennifer Ocampo-Guzman,
a Certified Real-Time Shorthand
Reporter and Notary Public of the
Commonwealth of Pennsylvania.

3

1    A P P E A R A N C E S:

2

3

4        Attorneys for Plaintiff Vito LoGrasso

5            POGUST BRASLOW MILLROOD, LLC

6            Eight Tower Bridge

7            161 Washington St., Suite 1520

8            Conshohocken, Pennsylvania 19428

9            BY:   ANDREW J. SCIOLLA, ESQ.

10               asciolla@pbmattorneys.com

11

12

13       Attorneys for Plaintiff Vito LoGrasso

14           KYROS LAW OFFICES

15           17 Miles Road

16           Hingham, Massachusetts 02043

17           BY:   KONSTANTINE W. KYROS, ESQ.

18               kon@kyroslaw.com

19               ANTHONY NORRIS, ESQ.

20

21

22

23

24

25

4

1    A P P E A R A N C E S (Cont.d):

2

3

4        Attorneys for Defendant

5            K&L GATES, LLP

6            210 Sixth Avenue

7            Pittsburgh, Pennsylvania 15222

8            BY:   JERRY McDEVITT, ESQ.

9                 jerry.mcdevitt@klgates.com

10                STEFANIE M. LACY, ESQ.

11                stefanie.lacy@klgates.com

12

13

14   ALSO PRESENT:

15       JOSEPH WILLS, Videographer

16

17

18

19

20

21

22

23

24

25

5

1          THE VIDEOGRAPHER:  We are now on

2      the record.

3          My name is Joseph Wills, the

4      videographer obtained by David Feldman

5      Worldwide.  This is a video deposition

6      for the United States District Court for

7      the District of Connecticut.  Today's

8      date is May 18, 2016, and the video time

9      is 9:35 a.m.

10          This deposition is being held at

11      1650 Market Street, Philadelphia,

12      Pennsylvania, in the matters of

13      McCullough, et al., versus World

14      Wrestling Entertainment Incorporated and

15      Singleton and LoGrasso versus World

16      Wrestling Entertainment Incorporated.

17      The deponent is Vito LoGrasso.

18          Will all counsel please identify

19      themselves.

20          MR. SCIOLLA:  Andrew Sciolla from

21      Pogust Braslow Millrood, on behalf the

22      plaintiff, Vito LoGrasso.

23          MR. KYROS:  Konstantine Kyros,

24      Kyros Law Offices, for the plaintiff,

25      Vito LoGrasso.

6

1            MR. NORRIS:  Anthony Norris, Kyros

2        Law Offices, for the plaintiff.

3            MR. McDEVITT:  Jerry McDevitt for

4        WWE.

5            MS. LACY:  Stefanie Lacy for WWE.

6    V I T O    J.    L O G R A S S O,  called

7    as a witness, having been duly sworn, was

8    examined and testified as follows:

9    EXAMINATION BY

10   MR. McDEVITT:

11        Q.   Would you state your name for the

12    record, please?

13        A.   Veto J. LoGrasso.

14        Q.   Have you ever testified under oath

15    before?

16        A.   No, sir.

17        Q.   Do you understand the oath you've

18    just taken?

19        A.   Yes, sir.

20        Q.   And you understand it obligates you

21    to tell the truth, even if telling the truth

22    is against your interest?

23        A.   Yes.

24        Q.   And even if the truth is contrary

25    to what you said in court pleadings?

7

1       A.   Yes, sir.

2       Q.   What's your date of birth, sir?

3       A.   6/18/64.

4       Q.   And what is your current address?

5       A.   12 Flemming Drive, Coatesville,

6    Pennsylvania, 19320.

7       Q.   Do you own that property?

8       A.   No, I do not.  My wife does.

9       Q.   How long have you lived there?

10       A.   Two years, I think.

11       Q.   Does anybody else live there

12    besides you and your wife?

13       A.   No, just us.

14       Q.   What is your wife's name?

15       A.   Becca, B-E-C-A -- C-C-A.

16       Q.   What was her maiden name?

17       A.   Ford.

18       Q.   And am I correct, she was also a

19    previous performer in the wrestling business?

20       A.   Yes, sir.

21       Q.   But not with WWE, correct?

22       A.   No.

23       Q.   She was with WCW?

24       A.   No.

25       Q.   Who did she perform for?

8

1          A.    She was more of an indie wrestler.

2          Q.    When were you married?

3          A.    September 27, 2014.

4                If I got that wrong, I die.

5          Q.    We're going ask her whether you

6    were right.

7                MR. SCIOLLA:  Jerry, I don't meant

8          interrupt, but as you can see, he's

9          leaning toward you.  As much as you can,

10         keep your voice up so that he can hear.

11               MR. McDEVITT:  If you can't hear or

12         understand any question I ask you, just

13         tell me and I will be glad to raise my

14         voice, but I don't want to appear like

15         I'm yelling at you.

16               I may yell at you anyway, but --

17               THE WITNESS:  It's okay.

18         Q.    But seriously, if you cannot hear

19    me, tell me.

20         A.    Okay.

21         Q.    Is your wife disabled?

22         A.    Yes.

23         Q.    And what's the nature of her

24    disability?

25         A.    She has three herniated disks and

9

1    spinal stenosis.

2        Q.   And prior to moving to

3    Pennsylvania, you lived in Florida?

4        A.   Yes, sir.

5        Q.   When did you move to Pennsylvania?

6        A.   Let's see.  I'm not sure of the

7    day.  I know it was in 2014, I think.

8        Q.   The year is fine.  The year 2014?

9        A.   I think so, yeah.

10       Q.   Why did you move back to

11   Pennsylvania?

12       A.   Because I closed my wrestling

13   school, and I decided to get married.

14       Q.   Why couldn't you stay in Florida?

15       A.   My wife lives here, and she has two

16   children here.

17       Q.   Is it true you hate living in

18   Pennsylvania?

19       A.   Say that one more time?

20       Q.   You hate living in Pennsylvania?

21       A.   I'm not fond of Pennsylvania.  The

22   people are nice, but I'm not too fond of

23   Pennsylvania.

24       Q.   Have you told some of your

25   healthcare providers you hate living in

10

1    Pennsylvania?

2        A.    Probably I enjoyed living in

3    Florida more.

4        Q.    My question was:  Did you tell your

5    healthcare providers that you hate living in

6    Pennsylvania?

7        A.    I don't recall if I said "hate."  I

8    just said I would rather live in Florida.

9        Q.    Is it true you want to move back to

10   Florida?

11       A.    Yes, I would like to move back to

12   Florida.

13       Q.    But your wife doesn't want to move

14   back to Florida, does she?

15       A.    She does now.

16       Q.    Now, as of what date?

17       A.    We haven't come up with a date.

18            Her daughter is graduating high

19   school and she's going to college, and her

20   son is autistic; so it's kind of like, it's a

21   big, you know, family situation where we have

22   to make sure we take the son with us, and

23   then the daughter is situated here.  Or take

24   everybody with us.  It's a big family

25   planning kind of situation.

11

1          Q.   Have you told healthcare providers

2     that you don't want to take the son to

3     Florida?

4          A.   I don't want to take him away from

5     the family.

6          Q.   Have you told them that you don't

7     want to take him to Florida?

8          A.   I don't want to take him away from

9     his family.

10         Q.   So that would mean you don't want

11    to take him to Florida.

12         A.   No, I don't want to take him away

13    from his family.

14         Q.   Were you ever in the military?

15         A.   Say that one more time?

16         Q.   Were you in the military?

17         A.   Yes.

18         Q.   What branch?

19         A.   U.S. Army.

20         Q.   What period were you in the army?

21         A.   I don't have the sheet in front of

22    me with dates.

23         Q.   Were you drafted or were you, did

24    you enlist?

25         A.   I enlisted.

12

1      Q.   Do you remember what century you

2   were in -- I'm sorry, what decade you were

3   in, I should say?  '80s, '90s?

4      A.   '80s.

5      Q.   In the '80s?

6      A.   I think it was 1983 or '4 I think I

7   enlisted.

8      Q.   And how long did you serve?

9      A.   I think it was less than a year.

10   I'm not sure of the dates.

11      Q.   What was your MOS?

12      A.   Infantry, 11 Bravo.

13      Q.   Where were you stationed?

14      A.   I was in, for boot camp I was in

15   Fort Benning, and then I was stationed in

16   Fort Ord, California.

17      Q.   Were you court marshaled?

18      A.   No.

19      Q.   What kind of discharge did you get?

20      A.   Other than honorable.

21      Q.   Was it an undesirable?

22      A.   No.

23      Q.   Was it an administrative discharge?

24      A.   Other than honorable.  That's what

25   it read on my discharge papers.

13

1       Q.   Do you still have your DD 214?

2       A.   Yes, I do.

3       Q.   You do?

4       A.   The lawyer has a copy of it, if you

5 need it.

6       Q.   Are you employed?  Are you employed

7 now?

8       A.   No.

9       Q.   Are you on disability?

10      A.   No.

11      Q.   Have you applied for disability?

12      A.   Yes.

13      Q.   And what kind of disability have

14 you applied for?

15      A.   Social Security Disability.

16      Q.   And when did you file your

17 application?

18      A.   I filed the application I think, I

19 think -- I'm not sure of exactly.  I know I

20 have 2014, 2015, and then there was a process

21 where the court got denied and then they gave

22 me and I had to get, I had to find an

23 attorney to do the appeal.  And then they

24 gave me -- and in June there's an appeal

25 date.

14

1          So I think from, I started doing

2     from the doctors and started to process in

3     2014 to 2015, so in that time frame.

4          Q.   And did I understand you to say

5     that some court denied your claim?

6          A.   The initial claim.  They deny all

7     the initial claims the first time you apply

8     for Social Security Disability.  It's

9     standard.

10          Q.   And now that's being appealed?  Do

11     I understand you to be saying that's now

12     being appealed?

13          A.   Right.  I think the process is that

14     once you get denied, you have to go to a

15     court date that goes through the courts in

16     Pennsylvania; and then you have to appeal it,

17     so you can fight the, fight the appeal.

18          Q.   So what attorneys are representing

19     you in that?

20          A.   Disability Justice.  That's the

21     name of the firm.

22          Q.   Where are they located?

23          A.   Pennsylvania.

24          Q.   What city, though?

25          A.   I'm not sure.

15

1      Q.    How did you find them?

2      A.    I found them through my attorney,

3  Kyros.

4      Q.    Through who?

5      A.    Bill Kyros recommended them.

6      Q.    All right.

7            And what is the basis of your claim

8  of disability?

9            In other words, why are you saying

10  you're disabled?  What is disabling you?

11      A.    I have my hearing impairment.  I

12  have the headaches.  I have sleep disorder.

13  I have depression.  I have the concussion

14  syndrome.

15            I believe that's it.

16      Q.    And when you made your claim for

17  disability benefits, did you submit any kind

18  of evidence?

19      A.    The doctors' reports that I

20  obtained while I was going to the doctors.

21      Q.    What doctors' reports were

22  submitted?

23      A.    Okay.  Let's see.  I think it was

24  Dr. DeMarco, who's my primary, Dr. Smith who

25  is the ENT.  Dr. Handler who's -- Dr. Smith

16

1    -- Dr. DeMarco, Dr. Smith.  Dr. Smith is the

2    ENT Dr. Handler is the neurologist.

3        Q.   Anybody else?

4        A.   And the psychologist, I think, I'm

5    not sure.

6        Q.   Who is the psychologist?

7        Who is the psychologist?

8        A.   I think it dealt with a Dr. -- I

9    think a Dr. Adams, I'm not sure.  I've only

10    seen him a few times.

11        Q.   Dr. Adams ejected you from the

12    program, didn't he?

13        A.   Excuse me?

14        Q.   Dr. Adams ejected you from their

15    program, didn't he?

16        MR. SCIOLLA:  Object to form.

17        You can answer.  I just objected to

18        the form of the question.  You can

19        answer the question.

20        A.   He asked me to leave the program,

21    yes.

22        Q.   And you went to him seeking support

23    for a disability determination, didn't you?

24        A.   No.  I went for help for my

25    problems.

1      Q.    And did you tell him that you

2   wanted him to support a disability

3   determination?

4      A.    I told him I was applying for

5   Social Security Disability.

6      Q.    And were you throwing chairs around

7   there?

8      A.    No.

9      Q.    Acting violently?

10      A.    I was upset.

11      Q.    So you were acting violently?

12      A.    No.

13      Q.    What were you upset about?

14      A.    Just upset that they asked me to

15   leave the program when I came there for help.

16      Q.    He told you to get a job, didn't

17   he?

18      A.    Huh?

19      Q.    He told you to get a job, didn't

20   he?

21      A.    He told me to go get a job.  I

22   said, what job could I possibly get?  I can't

23   wrestle anymore.

24      Q.    You got angry when he told you to

25   go get a job instead of saying you were

18

1      disabled?

2              MR. SCIOLLA:   Objection, asked and

3          answered.

4          Q.   When you say it was initially

5      denied, was there a written opinion saying

6      why your disability application was being

7      denied?

8          A.   That's standard process, from what

9      I understand.

10         Q.   Well, did you ever see any

11     explanation in writing for why they were

12     denying your disability?

13         A.   They sent me a form saying that I

14     was denied.  I don't recall what it said in

15     the letter.

16         Q.   And have you turned all those

17     documents over to your attorneys in this

18     case?

19         A.   I don't recall if I gave them those

20     documents.

21         Q.   But you still have them, correct?

22         A.   I believe so.  I'm not sure.

23         Q.   And did any witnesses testify for

24     you in that proceeding?

25         A.   Not that I'm aware of.

19

1          Q.   Did you give any testimony?

2          A.   I was the patient.  That's the best

3     I could tell you.

4          Q.   Well, for example, was there any

5     hearing under which you testified under

6     oath --

7          A.   No.

8          Q.   -- about your disability or

9     anything related to it?

10         A.   No.

11         Q.   What did you do to prepare for your

12    deposition today, sir?

13         A.   I met with my lawyers.

14         Q.   How long?

15         A.   I was with them Monday and Tuesday.

16         Q.   All day?

17         A.   Afternoon.

18         Q.   Which lawyers?

19         A.   I was with Mr. Kyros, Andrew, and

20    Anthony.

21         Q.   And did you read any documents

22    during those prep sessions?

23         A.   Only what was, what I, the

24    documents that I signed and the documents,

25    the question and answer thing.  That was

1   about it, I think.

2        Q.   What was the question and answer

3   thing?

4             Do you mean the interrogatories

5   that you signed?

6        A.   I think so.  I'm not sure.  I know

7   I saw paperwork that was filed that I signed.

8        Q.   Did you read Mr. Singleton's

9   deposition?

10       A.   No.

11       Q.   Do you have any understanding of

12  what he testified to?

13       A.   No, sir.

14       Q.   Did talk to him about his

15  deposition?

16       A.   No, sir.

17       Q.   When did you last speak to

18  Mr. Singleton?

19       A.   I met him one time, and that was in

20  Harris' office, and then we had a meeting.

21       Q.   Is that the only time you talked to

22  him?

23       A.   Yes, sir.

24       Q.   Did you read Dr. Adams' testimony,

25  in preparation for the day?

21

1    A.   No, sir.

2    Q.   Did you watch any videotapes of the

3  matches you have identified as the ones you

4  now state you received concussions in?

5    A.   Can you repeat the question?

6    Q.   Sure.  Did you watch any videotapes

7  of WWE matches you participated in and which

8  you now claim you got a concussion in?

9         MR. SCIOLLA:  Object to the form.

10        You can answer.

11   A.   Yes, I did.

12   Q.   Which matches did you watch?

13   A.   The ones with Steven Regal.  I

14  believe there was a six-man tag.

15   Q.   Any others?

16   A.   I believe there is another Steven

17  Regal match and a Mr. Kennedy match.

18   Q.   Do you know if those are the ones

19  that you identified in this case as the ones

20  in which you now claim you received a

21  concussion?

22   A.   I'm not sure which ones you guys

23  put together until I look at them.

24   Q.   Well, you signed an interrogatory

25  in which you swore there were certain

22

1    matches.

2          Do you recall that?

3      A.   Yes.

4      Q.   Is it the same matches that you

5    watched?

6      A.   Yes, sir.

7      Q.   What were you watching them for?

8          MR. SCIOLLA:  Object to the form.

9          You can answer, to the extent you

10    know.

11     A.   Those matches were the matches

12    where I sustained head injuries.

13     Q.   Did you watch the match where

14    Steven Regal appears to throw you into the

15    metal steps going up to the cage, or up to

16    the ring?

17     A.   I'm sorry?

18     Q.   Did you watch the match where

19    Steven Regal appeared to throw you into the

20    metal steps leading up to the ring?

21     A.   Yes.

22     Q.   And that's when you claim you hit

23    your head on the steps and got a concussion?

24     A.   That's when I hit my head.  I

25    didn't know if I had a concussion.

23

1      Q.   But that's one of the matches you

2   claim now that you hit your head on those

3   steps and you got a concussion, right?

4      A.   That's when I hit my head.  I did

5   not know I had a concussion.

6      Q.   I understand that.  But now you

7   claim you did get a concussion, right?  You

8   didn't know it then, but now you're claiming

9   you had a concussion, right?

10          MR. McDEVITT:  He's talking about

11      your current knowledge, not what you

12      know then.

13      Q.   As I understand what you're saying,

14   Mr. LoGrasso, you watched the match with

15   Steven Regal, you say you hit your head on

16   those metal steps.  You didn't know then that

17   you got a concussion, but you believe now

18   that you did.

19          Is that an accurate statement?

20      A.   That's -- that's my explanation.

21      Q.   What other documents did you

22   review?  Any other ones?

23          What other documents did you review

24   in preparation for your deposition?

25      A.   It would just be the ones that I

24

1   said.

2       Q.   Did you review any of your medical

3   records?

4       A.   No.

5       Q.   Are you currently taking any drugs

6   which would impair your memory --

7       A.   No.

8       Q.   -- or your ability to recall

9   things?

10      A.   No.

11      Q.   How much time did you spend

12  watching the videotapes of the matches in

13  preparation for your deposition?

14      A.   I never watched them.  I never

15  watched them in preparation.  I just, you

16  know, produced the videotapes.  That was it.

17  I didn't do it in preparation for this.

18      Q.   I'm sorry, I thought you said in

19  your preparation for today you watched those

20  matches.  That's what we were just talking

21  about a couple of questions ago.

22      A.   Yes, I watched the matches.

23      Q.   And you watched those with your

24  attorneys, right?

25      A.   I did not watch them with the

25

1    attorneys, no.

2         Q.   So you watched them outside of your

3    preparation session with the attorneys?

4         A.   I watched the matches.  I submitted

5    them to the attorneys.  I did not watch them

6    with the attorneys.

7         Q.   Where did you get those matches?

8         A.   From tapes I had.

9         Q.   Were they tapes?  Do you keep tapes

10   of all your matches?

11        A.   There are some that I -- there are

12   a lot of them that I kept.  I just didn't

13   recall I had them recorded.  And usually

14   there's a lot of stuff on the WWE network.

15        Q.   Did you pull any of those matches

16   off the network?

17        A.   No.

18        Q.   In terms of social media, do you

19   have a Facebook account?

20        A.   Yes.

21        Q.   Under what name?

22        A.   Vito LoGrasso.

23        Q.   Do you have a Snapshot account?

24        A.   I don't think so, no.

25        Q.   Snapchat?

26

1          MR. SCIOLLA:  It's okay, Jerry ten

2      worry about it.

3          MR. McDEVITT:  I meant to say

4      Snapchat.

5          Q.   Do you have snapchat?

6          A.   No.  I'm the worst guy to take a

7      picture with a telephone.  I haven't mastered

8      that yet, so.

9          Q.   How about Tumblr?

10         A.   Tumblr I think I have, but I don't

11     use.

12         Q.   How about Twitter?

13         A.   Twitter I use.

14         Q.   What's your handle on Twitter?

15         A.   I think it's Vito LoGrasso.

16         Q.   How about Instagram?

17         A.   Instagram is Vito LoGrasso.

18         Q.   Do you have any other social media

19     accounts?

20         MR. SCIOLLA:  Are there other ones?

21         MR. McDEVITT:  Nothing that...

22         A.   Social media, I think that's about

23     the extent of it.  I'm not a computer guy.

24         Q.   Have you used social media to

25     discuss this lawsuit?

27

1          MR. SCIOLLA:  Object to the form.

2          You can answer.

3      A.   I've written about the lawsuit.  I

4  didn't have a discussion.  I wrote my

5  opinions.

6      Q.   Have you used social media to try

7  to recruit other people to join in this

8  lawsuit?

9      A.   I wrote down, if guys need help and

10  they would like to join the lawsuit, and I

11  believe I gave Mr. Kyros' number.

12      Q.   Did anybody ever contact you in

13  response to those, telling you that they

14  wanted to join the lawsuit?

15      A.   I believe a few reached out.  I

16  don't remember who.

17      Q.   You don't remember any of the

18  people that reached out?

19      A.   No, because I stopped, you know, I

20  stopped the, you know, I stopped putting -- I

21  put the post out at one point, and then, you

22  know, I figured that was enough for me to do.

23  And if guys wanted to pursue it, they could

24  pursue it on their own.

25      Q.   So as you sit here today, your

28

1    testimony is you can't remember the name of

2    any former performer who contacted you in

3    response to those e-mails or those social

4    media?

5         A.   Rob Holm.

6         Q.   What was his ring name?

7         A.   Mo Enable.

8         Q.   Anybody else?

9         A.   Man On a Mission.

10        Q.   Anybody else?

11        A.   Let me just think.

12             I really can't recall.

13        Q.   Have you had any communications

14   with Billy Jack Haynes?

15        A.   No, sir.

16        Q.   Do you know Billy Jack Haynes?

17        A.   Not personally, no.

18        Q.   Have you had any communications

19   with Ryan Sakoda?

20        A.   No, sir.

21        Q.   Do you know him?

22        A.   I don't believe he was there in the

23   WWE when I was there.  I don't recall meeting

24   him.

25        Q.   How about Russ McCullough?

29

```
 1        A.   I think these guys were there
 2   before me.  I'm not sure.
 3        Q.   So is it your testimony you haven't
 4   had any conversations of any kind with any of
 5   the other people suing the WWE over alleged
 6   head injuries?
 7        A.   Those gentlemen that you mentioned,
 8   no.
 9        Q.   Is there anybody else that you've
10   had communications with about alleged head
11   injuries in suits against the WWE that used
12   to work with WWE?
13        MR. SCIOLLA:  Object to the form.
14        You can answer.
15        A.   If you can repeat the question
16   again.
17        Q.   Sure.  Have you had any
18   communications about this lawsuit with
19   anybody else who used to work at WWE, other
20   than the ones you identified, Rob Holm?
21        MR. SCIOLLA:  Just wrestlers or
22        anybody?
23        MR. McDEVITT:  Anybody.
24        MR. SCIOLLA:  Anybody.
25        A.   Anybody.  My wife.
```

30

1      Q.   Anybody else?

2      A.   My doctors.

3      Q.   I'm talking about people who used

4    to work for WWE.

5           Your wife didn't work for WWE, I

6    mean you've already testified --

7      A.   I'm just giving you a general

8    answer.  No.

9      Q.   When did you first decide that the

10   symptoms you now claim to have had for years

11   are caused by brain injuries?

12          MR. SCIOLLA:  Object to the form.

13          MR. McDEVITT:  What's the

14      objection?

15          MR. SCIOLLA:  Your characterization

16      that he had all the same symptoms for

17      years and that there wasn't any

18      progression of his symptoms and their

19      severity.

20          MR. McDEVITT:  I didn't make any

21      such characterization at all.

22          Would you like the question read

23      back?

24          MR. SCIOLLA:  Sure, read it back.

25          (A portion of the record was read.)

31

1          MR. SCIOLLA:  Same objection.

2          You can answer.

3      A.   So I get it right.  Can you repeat

4  it for me one more time?  I'd appreciate it.

5      Q.   Yes.  When did you first determine

6  that the symptoms you now claim to have were

7  associated with brain injuries suffered while

8  you performed for WWE?

9          MR. SCIOLLA:  Same objection.

10      A.   That would be the year 2014.

11      Q.   All right.  And what was it in 2014

12  that made you come to that conclusion?

13      A.   When I started going to the

14  doctors, and they started telling me that I

15  had all these symptoms that I was suffering

16  from, you know, these things that I'm dealing

17  with.  So that's when, you know, I started to

18  put two and two together that I had

19  concussion syndrome, and as part of that I

20  might have a brain injury.

21      Q.   Did any doctor tell you in 2014

22  that you had brain injuries caused by

23  wrestling?

24      A.   My neurologist, Dr. Handler.

25      Q.   You say he told that you in 2014?

32

1    A.   When I started seeing Dr. Handler.

2    Q.   I'm not saying when you started

3    seeing him.

4         Is it your testimony that he told

5    you that in 2014?

6    A.   No, you asked -- if you asked me if

7    there was anybody who told you -- told me.

8    And when I seen my neurologist, and you asked

9    me the people who said this, and it was the

10   neurologist who told me.

11   Q.   No.  My question is very precise,

12   Mr. LoGrasso.

13        In 2014, did any doctor tell you

14   that the symptoms you had were associated

15   with brain injuries while you were performing

16   for WWE?

17   A.   I tried to -- I'm trying to gauge

18   when I saw Dr. Handler.  I'm not sure if I

19   saw him in 2014, or was it '15.

20   Q.   Did you have --

21   A.   I'm not sure.

22   Q.   By 2008, your complaint alleges

23   that you had pounding headaches; is that

24   correct?

25   A.   In 2008?

33

1    Q.   Yes.

2    A.   Who alleged that I had that?

3    Q.   You did.

4    A.   Would you repeat the question

5  again.

6    Q.   Is it true that by 2008 you had

7  pounding headaches?

8    A.   I started dealing with headaches.

9    Q.   Was that in 2008?

10   A.   That's been all along, since maybe,

11  I started with the headaches in 2000 -- 2006.

12   Q.   2006.

13   A.   Yeah.

14   Q.   Did you get headaches when you were

15  performing for WCW and getting hit over the

16  head with chairs?

17   A.   I don't recall.

18   Q.   Did you get headaches when you were

19  performing for ECW and getting hit over the

20  head with chairs?

21   A.   I don't recall.

22   Q.   What I just said is true, isn't it?

23  You did get hit over the head with chairs in

24  ECW and WCW, didn't you?

25       MR. SCIOLLA:   Object to the form.

34

1     A.   I did get hit with chairs in WCW

2    and in ECW.

3     Q.   And by the way, the matches you

4    identified that you got hurt in WWE, there

5    were no chairs involved in any of those

6    matches, were there?

7     A.   No, sir.

8     Q.   Those were conventional wrestling

9    matches, right?

10         MR. SCIOLLA:  Object to the form.

11    A.   Conventional in what manner?

12    Q.   Well, there were no other objects.

13   It was you and another performer wrestling,

14   correct?

15    A.   Except for the steel steps and the

16   mat and the posts and the ring, those are all

17   objects you hit your head against.

18    Q.   But those are all part of a normal

19   wrestling match, correct?

20    A.   Stairs are not part of the

21   wrestling match, and the table is not, you

22   know -- when you go against tables or the

23   announce tables or the barriers.  Those are

24   all part of it, too.

25    Q.   And you claim you did that in any

35

1    of the matches you identified as hurting

2    yourself in WWE?

3         A.   One more time?  I'm sorry.

4         Q.   Are you claiming you got thrown

5    through a table in any WWE match?

6         A.   No, I didn't say that.

7         Q.   And are you claiming you got hurt

8    by thrown into a barrier at a WWE match?

9         A.   I just didn't say.  You asked me if

10   there was a conventional match and what was

11   used, and that's what I'm saying.  We used

12   the ring, we used the posts, we used all of

13   that stuff, and it's all part of the

14   conventional thing.

15        Q.   So your headaches started in 2006.

16             And then did they continue

17   thereafter?

18        A.   They -- it was 2006, after -- after

19   I got hit, when I hit my head against the

20   stairs; and that's when things started to,

21   started to go different, started to change.

22        Q.   And the stairs being the same one

23   we're talking about in the Steve Regal match

24   that you identified as the one --

25        A.   Steel chairs, steel, yes.

36

1     Q.   And that's when you're saying your

2     headaches started, because you got your head

3     hit in that match?

4     A.   Uh-huh.

5     Q.   You have to say yes or no.  That's

6     all he writes down is words, not shaking your

7     head.

8     A.   I'm listening and --

9     Q.   I understand.

10    A.   -- those are the same stairs that

11    we used, yes.

12    Q.   And you're saying that when you hit

13    your head on those stairs in that match with

14    Steven Regal is when these headaches really

15    began?

16    A.    That's when they started, that's --

17    after I got hit, after I hit my head in that

18    match, that's when my headaches became -- I

19    didn't understand why I was getting them, and

20    that's when things changed for me and my

21    health changed with my head.

22    Q.   So that match with Steve Regal,

23    then, where you claim he threw you into the

24    stairs was sort of a turning point for you,

25    wasn't it, in the sense that these headaches

37

1    that you now claim, that's when the genesis

2    of this is?

3              MR. SCIOLLA:  Object to the form.

4         Mischaracterizes his testimony.

5              You can answer.

6         A.   Can you repeat the question?

7         Q.   Well, prior to that episode that

8    you've just described where you claim Steven

9    Regal threw you into the steps, in the match

10   you've identified in this case, is it your

11   testimony you didn't have headaches before

12   that event?

13             MR. SCIOLLA:  Object to the form.

14        Mischaracterizes his testimony.

15        A.   Not that I recall.

16        Q.   So that in all the matches with

17   ECW -- and by the way, you were with the ECW

18   before WWE, right?

19        A.   No.  Actually I was in WWF before I

20   was in ECW.

21        Q.   Didn't you go from ECW to WCW?

22        A.   No, sir, I started my career in

23   WWF.

24        Q.   Well, when you were a job -- I

25   understand you were a jobber for couple years

38

1      in the early '90, right?

2           A.   Yes, I was enhancement talent.

3           Q.   And then in your career pattern

4      after that period of time you went to ECW,

5      correct?

6           A.   Right.

7           Q.   And then you went to WCW?

8           A.   Right.

9           Q.   And then you came to WWE under the

10     only contract you ever signed with WWE in

11     roughly 2005, right?

12          A.   I started working for them again in

13     2004, and then I signed in 2005.

14          Q.   So you were with ECW before your

15     last run with WWE, correct?

16          A.   Yes.

17          Q.   And you were with WCW before your

18     last run with the --

19          A.   Yes.

20          Q.   And in both of those organizations,

21     did you do hard core wrestling?

22          A.   Yes.

23          Q.   Did you ever do a hard core match

24     in WWE?

25          A.   No.

39

1      Q.    So what is a "hard core match"?

2      A.    Hard core match is when you use all

3    the toys, candlesticks, chairs, bats, tables,

4    cookie pans, garbage cans.

5      Q.    And you use them to hit each other

6    over the head with, right?

7      A.    No, not necessarily every shot is

8    over the head.  You hit each other across the

9    body.

10     Q.    But a lot are on the head, aren't

11   they?

12     A.    No, not a lot.  You get a couple in

13   the head.  Not -- the whole match is not

14   hitting everybody over the head.

15     Q.    How long times did you take a chair

16   shot in the head in your career with ECW?

17     A.    I don't recall.

18     Q.    More than ten?

19     A.    I don't recall.

20     Q.    More than 100?

21     A.    I don't recall.

22     Q.    Was it a frequent occurrence?

23     A.    I don't recall.

24     Q.    How about in WCW, how many times

25   did you get hit over the head in hard core

40

1    matches there?

2        A.   I don't recall.

3        Q.   More than ten?

4        A.   I don't recall.

5        Q.   How long were you the champion?

6        A.   How long what?

7        Q.   How long were you the hard core

8    champion in ECW?

9        A.   How long was --

10       Q.   How long were you the hard

11   champion?

12            You were the hard core champion,

13   weren't you?

14       A.   Yes.

15       Q.   In ECW, right?

16       A.   No.

17       Q.   In WCW?

18       A.   Yes.

19       Q.   How long?

20       A.   I would say maybe six, six weeks,

21   maybe two months.

22       Q.   And in ECW was it sort of against

23   the code of honor to put your hands up to try

24   to block a chair shot?

25            MR. SCIOLLA:  Object to the form.

41

1          A.    Code of honor.  Basically you just,

2     you know, take chair shots.  As far as code

3     of honor, you know, you're just, you're

4     wrestling.

5          Q.    Well, ECW stood for Extreme

6     Championship Wrestling, right?

7          A.    Yes, sir.

8          Q.    It was an extreme style of

9     wrestling, correct?

10         A.    Yes, sir.

11         Q.    It was characterized by much more

12    violence than the other wrestling promotions

13    at the time, wasn't it?

14         A.    Yes, sir.

15         Q.    And it was characterized by the use

16    of metal chairs, hitting performers on the

17    head who didn't even try to block the blow,

18    correct?

19         A.    Yes, sir.

20         Q.    And you were one of them, correct?

21         A.    ECW --

22         Q.    Am I correct, you were one of the

23    ones that that was done with and did that?

24         A.    I did.

25         Q.    And did you it voluntarily,

42

1      correct?

2           A.   Yes.

3           Q.   Nobody forced you to do it?

4           A.   It was scripted.

5           Q.   Did you have the ability to say,

6      I'm not doing that?

7           A.   Of course.

8           Q.   Did you say, I'm not doing that?

9           A.   No.

10          Q.   And how many times did you lean in

11     with your head to get smashed over the head

12     with a chair while you were at ECW?

13          A.   I don't recall.

14          Q.   Did it hurt?

15          A.   Yes.

16          Q.   Did you see bells -- see stars, I

17     mean, hear bells?

18          A.   I don't recall.

19          Q.   Looking back on it now, you

20     don't -- now that you have all this increased

21     awareness of concussions, you don't recall

22     now whether those were concussions you were

23     experiencing when you were getting whacked on

24     the head with a metal chair?

25               MR. SCIOLLA:  Object to the form.

43

1      A.    It's not what you asked me.

2      Q.    Well, I'm asking that now.

3      A.    Okay, repeat the question directly.

4      Q.    Were you getting a concussion when

5   you were getting whacked on the head with

6   those chairs at ECW?

7            MR. SCIOLLA:  Object to the form.

8      A.    Well, from what -- the education I

9   have now, I would say, yes, from where I'm

10  educated to now.  Where I was educated

11  before, I would say no.

12     Q.    Did ECW have doctors?

13     A.    No.

14     Q.    Did WCW have doctors?

15     A.    I think WCW had trainers.

16     Q.    Did do you remember -- I'm sorry, I

17  didn't mean to interrupt you.

18            Are you done?

19     A.    If I remember, they had trainers.

20     Q.    What were their names?

21     A.    I don't know.  I don't recall.

22     Q.    Did any of those trainers ever talk

23  to you about concussions?

24     A.    Who?

25     Q.    Any of the trainers at WCW ever

44

1    talk to you about concussions?

2         A.    No.

3         Q.    Did you ever talk to them about

4    concussions?

5         A.    No.

6         Q.    When did you first hear the word

7    "concussion"?

8         A.    When did I first hear the word

9    "concussion"?

10        Q.    Yeah, how old were you?

11        A.    I don't recall.

12        Q.    Well, you've been in combat sports

13   all of your life, haven't you?

14             MR. SCIOLLA:  Object to the form.

15        A.    If you could tell me what combat

16   sports are.

17             MR. SCIOLLA:  Object to form.

18        Q.    Well, how many street fights have

19   you been in?

20             MR. SCIOLLA:  Object to the form.

21        Q.    Let's start with that.

22        A.    I don't recall.

23        Q.    Would it be fair to say that you've

24   touted your street toughness?

25             I don't mean that as an insult.

45

1    That's part of what you talk about, your

2    history, right?  You grew up in Brooklyn and

3    you fought a lot.  Have you made statements

4    to that effect?

5         A.   I guess I had my share of kick

6    fights, if that's what you're saying.

7         Q.   Did you knock anybody out?

8         A.   No.

9         Q.   Did you get knocked out?

10        A.   No.

11        Q.   Did you get knocked down?

12        A.   No.

13        Q.   Did you get beat in any fights?

14        A.   No.

15        Q.   You won every fight?

16        A.   I guess as a kid I might have lost

17   a few.

18        Q.   And when you were doing all of

19   that, you never heard the word "concussion"?

20        A.   No.

21        Q.   Do you do MMA?

22        A.   Did I do MMA?

23        Q.   In your life, yeah, have you done

24   MMA?

25        A.   Just through the training.

46

1      Q.    And you trained people in MMA?

2      A.    Just hitting the bags, hitting the

3   punching bags, hitting the punch dummy and

4   hitting the mix.

5      Q.    And you ran a wrestling school,

6   too, for a while, didn't you?

7      A.    Yes, sir.

8      Q.    Did you teach those people anything

9   about concussions?

10      A.    I wasn't educated in concussions

11   then.

12      Q.    My question was:  When you were

13   running a school, did you teach anybody

14   anything about concussions?

15      A.    No, sir.

16      Q.    So you didn't teach your students

17   anything about concussions, did you?

18      A.    That's because I wasn't educated in

19   concussions.

20      Q.    Did you know there was such a thing

21   as concussions then?

22      A.    No.

23            MR. SCIOLLA:  Object to the form.

24      When?

25      Q.    When you were running your

47

1    wrestling school?

2           MR. SCIOLLA:   I'm sorry, could you

3        repeat the question?

4        Q.   When you were running your

5    wrestling school, did you know there was such

6    a thing as concussions?

7        A.   Did I know such as thing as

8    concussions, yes.

9        Q.   What did you think a concussion was

10   when you were running a wrestling school?

11       A.   My interpretation of a concussion

12   was that you had to be knocked out to have a

13   concussion.  As stupid and uneducated as that

14   is, that's what I thought it was.

15       Q.   That's what you thought in 2000 --

16   what year did you run your wrestling school?

17       A.   I'm not sure of the dates.  That

18   would be like 2013, I think.  I think.

19       Q.   So you thought as late as 2013 that

20   you had to be knocked out to have a

21   concussion?

22       A.   Yes.

23       Q.   And so, did you watch boxing

24   matches?

25       A.   Yes, sir.

48

1    Q.   What did you think they were doing

2  when they were counting to ten?

3         MR. SCIOLLA:  Object to the form.

4    A.   Giving a guy a chance to get up and

5  fight.

6    Q.   And do you think they were gauging

7  whether he was mentally okay to fight?

8         MR. SCIOLLA:  Object to the form.

9    A.   Well, when you give a guy a ten

10  count, you're giving him a chance to get up

11  and defend himself.

12    Q.   To see if his brain is clear?

13         MR. SCIOLLA:  Object to the form.

14    A.   I guess if he's able to continue.

15    Q.   Well, you understood that's what

16  they're doing, right, they're checking to see

17  if the man is mentally capable of defending

18  himself.

19         MR. SCIOLLA:  Object to the form.

20    Q.   You understood that, didn't you?

21    A.   They're giving him a chance to get

22  up, recover and fight, yes.

23    Q.   And in your entire wrestling career

24  up to 2014, are you saying that you were

25  never present in any kind of wrestling event

49

1       where another performer suffered a

2       concussion?

3              MR. SCIOLLA:  Object to the form.

4          A.   Not that I'm aware of.

5          Q.   Never?

6          A.   Not that I'm aware of.  I don't

7       recall.

8          Q.   Who is the most famous wrestler

9       that you know of that had to retire because

10      of a concussion?

11         A.   You're talking about most famous or

12      most recent?

13         Q.   Most famous.

14         A.   I guess it would be Brett Hart.

15         Q.   Guess?  You don't have to guess.

16      You were on the card that night, weren't you?

17      You don't have to guess.  You were on the

18      card the night he got the concussion that

19      made him retire.

20              MR. McDEVITT:  Object to the form.

21         Q.   Weren't you?

22         A.   I'm just answering the question.

23         Q.   You don't have to guess.  You were

24      there, weren't you?

25              You were at the event in which he

50

1   got the concussion that caused him to have to

2   retire, weren't you?

3           MR. SCIOLLA:  I don't think he's

4       arguing with you, counsel, I think he's

5       just guessing whether or not he was --

6       A.   You asked me a question.

7           MR. SCIOLLA:  Hold on, let me

8   finish my --

9       Q.   Is my statement correct?

10          MR. SCIOLLA:  Which statement?

11          MR. McDEVITT:  Read back my

12  question.

13      A.   MR. McDEVITT, you asked me --

14          MR. SCIOLLA:  She'll read it back

15  for you.

16          Just wait for question instead.

17          (A portion of the record was read.)

18      A.   Before that, you asked me who I

19  thought was the most famous wrestler who had

20  a concussion, had to retire.  And I asked you

21  most recent, and you said no, you said most

22  famous.

23          I said I guess Bret Hart in my

24  estimation as being the most famous.  Then

25  you went into, you were there, weren't you,

51

1     you were there.

2              That's my interpretation of what

3     you just said.  Now I wasn't being a smart

4     ass and I wasn't trying to be facetious.  I

5     was answering your question, because you

6     asked me my assumption, who I thought was the

7     most famous wrestler.  So I said I guess Bret

8     Hart is the most famous that I know of.

9          Q.   Well, let's be clear.  The night

10    Bret Hart suffered the concussion that ended

11    his career, you were on the card and at that

12    event that night, weren't you?

13         A.   Right.

14         Q.   And that was Starrcade 1999, wasn't

15    it?

16         A.   Yes, sir.

17         Q.   You were the opening match in that

18    whole card, right?

19         A.   If I was, if I was the opening

20    match, then I was opening match.  I don't

21    remember my position on the card.

22         Q.   So since 1999, you have known that

23    wrestlers get concussions?

24              MR. SCIOLLA:  Object to the form.

25         A.   He got -- he got a concussion.

52

1    That was it.

2         Q.   And he didn't get knocked out that

3    night either, did he?

4         A.   I'm not sure.  I wasn't there.

5         Q.   You were there.

6         A.   I wasn't ringside.

7         Q.   Weren't you on that card that

8    night?

9         A.   Being on the card and being

10   ringside and being with him during the match

11   doesn't give me a doctor's look or a bird's

12   eye view of me being Bret Hart or what he

13   felt and how he responded, what he was

14   feeling, how hard he got hit.  I can go by

15   watching a monitor like you do, and you could

16   say I was in the even arena.  I was in the

17   arena like the rest of the 17,000 people.

18   Yeah, I was watching.

19        Q.   So you watched the match?

20        A.   I think I did.  I don't know.

21        Q.   Well, if you watched the match, did

22   you see the kick?

23        A.   I saw a kick.

24        Q.   And did you see Bret Hart continue

25   to fight after the kick?

53

1    A.   I don't recall the rest of the

2    match.  You asked me if he got, if you asked

3    me who the most famous person was who got a

4    concussion, I told you.  Now you're asking me

5    specifics.

6    Q.   I am.

7    A.   I can't give you specifics, because

8    it was 1999 and I don't recall, because I

9    wasn't in the match.

10    Q.   Well, you said just a minute ago

11    you watched the match.

12    A.   I watched it.

13    Q.   So if you watched the match, then

14    you would have seen what happened, correct?

15    A.   I don't recall everything that

16    happened, because I wasn't in the match.  It

17    wasn't a match that I was, I was involved

18    with.

19    Q.   Bret Hart was the biggest performer

20    in the promotion at the time, wasn't he, him

21    and Goldberg?

22    A.   Well, are you asking me, who's the

23    biggest star back then?  They were all big

24    stars.

25    Q.   Let me rephrase.

54

1          Bret Hart was a big star, wasn't

2     he?

3          A.   Yes.

4          Q.   And it was a big story when Bret

5     Hart got knocked out of the business because

6     of that episode, wasn't it?

7          A.   Right.

8          Q.   That's well-known in the wrestling

9     business, isn't it?

10         A.   Yes, it is.

11         Q.   And you were there that night?

12         A.   I was there.

13         Q.   So you knew that Bret Hart was

14    knocked out of the wrestling business by a

15    concussion he sustained that night?

16              MR. SCIOLLA:   Object to the form.

17         Q.   Since 1999 you've known that,

18    haven't you?

19              MR. SCIOLLA:   Object to the form.

20         Q.   Right?

21         A.   Yes.

22         Q.   Would that be a fair statement to

23    say?

24         A.   Yes.

25         Q.   And in the years after that,

55

1    knowing Bret Hart got knocked out of the

2    business completely from a single concussion

3    and the consequences of that, you got hit

4    over the head repeatedly with chairs and

5    objects and everything else in WCW and ECW,

6    didn't you?

7              MR. SCIOLLA:  Object to the form.

8         A.   Well, you're talking 1999 and ECW.

9    That was 1998, and WCW was '99, when I did

10   hard core.

11        Q.   So after you saw Bret Hart get

12   knocked out of the business, you took shots

13   on the head with chairs, didn't you?

14        A.   I don't recall.

15        Q.   Throughout the time you performed

16   for the WWE, and your last run, when did your

17   last run with the WWE start, and when did it

18   end?

19        A.   I started coming back and doing the

20   tryout matches in 2004.

21        Q.   All right.

22        A.   And then it ended in 2007.

23        Q.   Do you recall your last match in

24   2007 on the main roster?

25        A.   No.

56

1     Q.   And then you went to OVW for a

2  while, right?

3     A.   I was in Deep South --

4     Q.   Or Deep South, I'm sorry?

5     A.   -- and then I was at OVW, because I

6  was going to both, both developmentals when I

7  wasn't on the road.  So I would go to Deep

8  South for two days, and then I would go do

9  OVW one day.

10    Q.   During the time you were with the

11 WWE, you had a personal doctor, didn't you?

12    A.   I had a personal doctor, yes.

13    Q.   Dr. Tambour?

14    A.   Yes, sir.

15    Q.   Did I say his name right,

16 Dr. Tambour?

17         So you had the ability at any time

18 to ask your own personal doctor any question

19 you wanted to ask him about why you were

20 having headaches, didn't you?

21    A.   But at the time I was also being

22 seen by Dr. Rios.

23    Q.   That's not my question.

24         My question was:  In 2004 to 2007

25 you had the ability to ask your own personal

57

```
1    doctor any question you wanted about
2    headaches, didn't you?
3         A.   I could have asked him a question,
4    yes.
5         Q.   And in fact he was prescribing
6    testosterone for you at that time, correct?
7         A.   Yes.
8         Q.   And you submitted his paperwork to
9    the company to get a therapeutic use
10   exception to permit you to continue to use
11   testosterone, right?
12        A.   Yes.
13        Q.   So he was treating you actually
14   during the time you were performing for WWE?
15        A.   Yes.
16        Q.   So if you had headaches, did you go
17   to him and say, doctor, I'm getting a lot of
18   headaches.  I ran into a metal stair in a
19   match, and these headaches are getting worse?
20             MR. SCIOLLA:  Object to the form.
21        Q.   Can you tell me what these are for?
22             MR. SCIOLLA:  Object to form.
23        A.   I did not go to Dr. Tambour with
24   those -- with that.
25        Q.   Can you tell me why you didn't seek
```

58

1   medical attention from your own personal

2   doctor for these matters?

3       A.   Because I was also being treated by

4   Dr. Rios.

5       Q.   You've sworn under oath in the

6   Answers to Interrogatories here that you

7   never told Dr. Rios about any head injuries;

8   is that true?

9       A.   I told him I had headaches, I was

10  feeling woozy.  I told him that I was

11  lethargic, tired from being on the road; and

12  that's when he submitted and gave me

13  B-12 shots.

14      Q.   Did you ever tell him that you

15  thought you sustained a concussion or a head

16  injury in a specific match?

17      A.   I never told Dr. Rios that I had a

18  concussion.

19      Q.   Did you ever tell him, doctor, in a

20  match that just occurred, I think I hurt my

21  head?

22      A.   I told him that when I came back

23  from a match that I needed to collect myself

24  and that I was feeling a little woozy and I

25  had a welt on my stomach, if I'm interpreting

59

1    one particular time and that I wasn't, you

2    know, I wasn't feeling right and I just

3    needed to take a shower just to cool off.

4         Q.   You told him you needed to take a

5    shower, you needed to take a shower to cool

6    off?

7         A.   Yeah.

8         Q.   But I'm being very specific here.

9    I want to make sure I understand.

10        Did you ever go to Dr. Rios and

11   say, doctor, I hit my head on something

12   during that fight, and I think I'm hurt, and

13   have him examine you for a specific head

14   injury that you reported to him?

15        A.   No, sir, I did not.

16        Q.   Including the one where you say

17   Steve Regal threw you into the steps?

18        A.   That's when I went back to him,

19   after the match; and when I went back, he

20   attended to me, because I had a lump on my

21   stomach.  And he saw that I was a little, a

22   little out of it and sweating a lot; and I

23   said that I needed to take a shower just to

24   cool down, then he attended to my stomach

25   afterwards.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

60

1     Q.   Did somebody point out to you, in

2   connection with coming in here today, that

3   you did go see the doctor after that event

4   with Steven Regal, but you just didn't bother

5   to report a head injury, you reported a

6   problem with your stomach?

7           MR. SCIOLLA:  Object to the form.

8        I'm going to -- are you asking about

9        what he discussed with his attorneys?

10          MR. McDEVITT:  I'm asking him if

11       somebody pointed that out to him, yes.

12          MR. SCIOLLA:  Including his

13       attorneys?

14          MR. McDEVITT:  Yes.

15          MR. SCIOLLA:  So you're asking for

16       an attorney-client privileged

17       communication?

18          MR. McDEVITT:  I'm asking -- I'm

19       entitled to anything that refreshed his

20       recollection for his testimony today.

21          MR. SCIOLLA:  That wasn't what your

22       question was.

23          MR. McDEVITT:  Let's try it this

24       way:

25     Q.   Did you look at Dr. Rios' notes in

61

1       connection with preparing for your testimony

2       today?

3              A.   No, sir, I didn't.

4              Q.   Was it pointed out to you that you

5       didn't report a head injury to Dr. Rios, but

6       you reported some other thing to Dr. Rios?

7                   MR. SCIOLLA:  I am going to object

8              to the form.  And to the extent he's

9              talking about attorney-client

10             communications, I don't want you to

11             answer.

12                  MR. McDEVITT:  Well, which

13             attorney?  Which attorney-client --

14             which attorney are we talking about

15             privilege here?

16                  MR. SCIOLLA:  Any of the ones that

17             he --

18                  MR. McDEVITT:  Well, it's not any.

19             Which attorney specifically had that

20             communication you're claiming the

21             privilege with?  I'm entitled to know

22             the name of the attorney.

23                  MR. SCIOLLA:  Any of the attorneys

24             he mentioned that he prepared for his

25             deposition.

62

1           MR. McDEVITT:  So you are claiming

2       a privilege over a communication about

3       that?

4           MR. SCIOLLA:  What I'm claiming is

5       that if you can answer his question

6       without discussing any attorney-client

7       communications, then you should.

8           But I don't want you to reveal any

9       communications that you had with your

10      attorneys.

11          MR. McDEVITT:  That's an improper

12      instruction.  If there were no

13      communications, there's nothing to

14      reveal.  If there was a communication,

15      you could claim a privilege over it.

16          Are you claiming a specific

17      privilege over that communication or

18      not?

19          MR. SCIOLLA:  I made my objection,

20      and you can reask your question.

21          MR. McDEVITT:  I'm not reasking my

22      question.  I'm asking him --

23          MR. SCIOLLA:  Then I will have the

24      court reporter read it back.

25          MR. McDEVITT:  No, I'm asking about

63

1        a specific privilege claim.  If you are

2        making a specific privilege claim,

3        that's fine.

4             MR. SCIOLLA:  If you're asking him

5        what he discussed with the attorneys,

6        I'm making a specific attorney privilege

7        claim.  Attorney-client privilege.

8        Q.   Mr. LoGrasso, in the second

9   amendment --

10            THE WITNESS:  Excuse me, MR.

11       McDEVITT, can I grab a napkin?

12            MR. McDEVITT:  Absolutely.

13            MR. SCIOLLA:  Let's take a break

14       for a minute.

15            THE VIDEOGRAPHER:  The time is

16       10:33 a.m.  Off the record.

17            (A brief recess was taken.)

18            (LoGrasso Exhibit 1, CD labeled,

19       "Hart vs. Goldberg Starrcade 1999,"

20       marked for identification, this date.)

21            THE VIDEOGRAPHER:  The time is

22       10:42 a.m.  Back on the record.

23       Q.   Mr. LoGrasso, you understand you're

24   still under oath?

25       A.   Yes, I am.

64

1      Q.   We've marked what's marked as

2   Exhibit 1.  I'm going to hand a copy to your

3   counsel.  It is of the Hart versus Goldberg

4   match at Starrcade '99 that we were talking

5   about before the break.  And what we're going

6   to do now, sir, is on that monitor to your

7   right there, it should, the match should come

8   up that we were talking about between Bret

9   Hart and Goldberg.

10      A.   Right.

11      Q.   So if you -- and it's on

12   December 19th of '99.  If you would watch

13   that, and then I'll ask you some questions

14   when it's over.

15           MS. LACY:  I'm going to jump to

16       11:45.

17           MR. McDEVITT:  We are going to skip

18       midway into the match, rather than watch

19       the whole thing, to where we think this

20       happened.  But go ahead.

21           (Videotape played.)

22           MR. McDEVITT:  You can stop it

23       there.

24      Q.   And you recognize that now, Mr.

25   LoGrasso, as the match we were talking about

65

1    earlier this morning, as the one in which

2    Bret Hart received a concussion that put him

3    out of the business?

4         A.   If that's the match that happened

5    in, then, yes.

6         Q.   And did you see the kick that he

7    got from Goldberg?

8         A.   I saw the kick.

9         Q.   To the head?

10        A.   Yeah.

11        Q.   And did you see him continue to

12   perform after that kick to the head?

13        A.   Yes.

14        Q.   And he continued the match,

15   correct?

16        A.   Yes.

17        Q.   Right?

18        A.   Yes.

19        Q.   All the way to the end, right?

20        A.   Uh-huh.

21        Q.   Was not knocked unconscious, was

22   he?

23             MR. SCIOLLA:   Object to the form.

24        Calls for speculation.

25        A.   He finished the match.

66

1      Q.   And that's the one that you would

2    have seen, in fact testified that you did see

3    backstage and watched it?

4          MR. SCIOLLA:  Asked and answered.

5      A.   Yes, sir.

6      Q.   Did you know Bret Hart well?

7      A.   If you can define what you mean,

8    "well."

9      Q.   Well, let me put it this way:

10          You wrestled him, didn't you?

11     A.   Uh-huh.

12     Q.   Again, you have to respond

13    verbally.

14     A.   I'm sorry.

15     Q.   That's all right.  You have to say

16    yes, no or whatever your answer is.

17     A.   Yes, sir, I wrestled Bret Hart in

18    WWF when I first started as a rookie, and

19    then when he was in working for WCW, I worked

20    with him there, I didn't work against him.

21    And then I believe he was back, I believe he

22    was in the Hall of Fame in 2006.  When he got

23    elected to the Hall of Fame I think I was

24    there.

25     Q.   But would it be fair to say that

67

1    when Bret Hart left WWE to go to WCW, it was

2    a pretty big deal, wasn't it?

3         A.   Yes, it was.

4         Q.   And Bret Hart, in the wrestling

5    business, is sort of a legendary character,

6    isn't he?

7         A.   Yes, he is.

8         Q.   He Comes from the Hart family, all

9    the traditions of the Hart family, right?

10        A.   Yes, he does.

11        Q.   So what happened to Bret Hart at

12   Starrcade was big news in the wrestling

13   business, wasn't it?

14             MR. SCIOLLA:   Object to the form.

15        A.   Yes, it was.

16        Q.   I mean everybody knew what had

17   happened to Bret Hart in the wrestling

18   business, that he had got knocked out of the

19   business with that kick from Goldberg?

20        A.    It was a freak thing, a freak

21   accident.

22        Q.   Understood.  But it was well-known,

23   wasn't it?

24        A.   Yes, it was.

25        Q.   Now, I want to ask you something

68

1    about the language that's been used in this

2    complaint, Mr. LoGrasso.

3           First of all, do you agree that

4    professional wrestling is not a fight, is it?

5        A.   It's not a fight?

6        Q.   It's not a fight, is it?

7        A.   You're fighting the guy, you're

8    fighting against him.  A lot of times it

9    winds up into a struggle, it can wind up into

10   a fight.  You're wrestling and there's

11   physical contact.

12       Q.   It's entertainment, isn't it?

13       A.   No, sir, it's wrestling.

14       Q.   Oh, it's not entertainment?

15       A.   It's entertainment for the people

16   in there, as they changed the brand of it, to

17   be wrestling entertainment, but it's still

18   wrestling and fighting.

19       Q.   So you are really trying to hurt

20   the other guy?

21       A.   Not trying to hurt the other guy.

22       Q.   Is the other guy trying to hurt

23   you?

24       A.   He might be, if he doesn't like you

25   in the ring.

69

1      Q.   Aren't you responsible for each

2   other's safety, once you get in the ring?

3           MR. SCIOLLA:   Object to the form.

4      A.   You are supposed to take care of

5   each other.

6      Q.   I mean you wouldn't last long in

7   this business, if you didn't try to take care

8   of each other, would you?

9      A.   You're absolutely 100 percent

10  right.

11     Q.   If you were the kind of person that

12  went into the ring deliberately trying to

13  hurt people, you wouldn't last long in this

14  business, would you?

15     A.   No, you would not.

16     Q.   And you didn't do that when you

17  were performing, did you?

18     A.   No, I did not.

19     Q.   And as far as you know, did anybody

20  that you were ever up against in the WWE

21  deliberately try to hurt you?

22     A.   No.

23     Q.   Do you have any beef with Steven

24  Regal?

25          Do you have any beef with Steve

70

1      Regal?

2          A.   Beef?

3          Q.   Yeah.

4          A.   Not that I know of.

5          Q.   Are you friends with him?

6          A.   We worked together.

7          Q.   Did you consider him to be an

8      experienced pro?

9          A.   Yes.

10         Q.   I take it you considered yourself

11     to be an experienced professional in those

12     matches you had with him, right?

13         A.   Yes, sir.

14         Q.   Who had been a wrestler longer, you

15     or him?

16         A.   I'm not sure.  I think maybe he

17     might be a few years ahead of me, maybe.  I'm

18     not sure.

19         Q.   Were you fighting him in the sense

20     of trying to hurt him?

21         A.   No, but his style of wrestling is

22     very physical.

23         Q.   Those were comedy matches, weren't

24     they?

25             MR. SCIOLLA:  Object to the form.

71

1      Q.   Isn't that what they were, comedy

2    matches?

3      A.   They were very physical matches.

4      Q.   But they were designed to get

5    laughs from the crowd, weren't they?

6      A.   Those matches, if I can explain,

7    okay, have a tough man in a dress.  Nobody

8    wants to be humiliated by a guy in a dress,

9    so of course there is the laughter in it when

10   you flash your dress at somebody, a grown man

11   flashes his dress to get a laugh; so I guess

12   you can say in those particular sequences you

13   are entertaining the people.

14           But when you get embarrassed by a

15   man in a dress, the physicality that comes

16   with it that you're not going to embarrass

17   me, you know, and you're coming at somebody,

18   he's known as a very tough, stiff wrestler, a

19   good wrestler, you know.  And, you know,

20   those matches were physical.  It wasn't a

21   ha-ha match.

22      Q.   Who won those matches?

23      A.   I believe I did.

24      Q.   Every one of them, right?

25      A.   I think so.  I don't remember.

72

1       Q.   In the parlance of the business, he

2   was putting you over, wasn't he?

3       A.   Yes, sir.

4       Q.   And making you a bigger character

5   by allowing himself to be humiliated by you,

6   right?

7       A.   Yes, sir.

8       Q.   That was the story line, wasn't it?

9       A.   Yes, sir.

10       Q.   And did you talk about those

11   matches with him before you performed them?

12       A.   Talk about what we were going to

13   do --

14       Q.   Yes.

15       A.   -- and what the booking agents

16   wanted for us to do?

17       Q.   Well, let's talk about, did you and

18   Regal work out your match?

19       A.   Yes.

20       Q.   And that's fairly common in the

21   business, isn't it, you and the other

22   performer work out what you're going to do?

23       A.   Yes, sir.

24       Q.   In fact, what you're typically

25   given is the time you have of a match and the

73

1   finish, and you and the other performer work

2   out what you are going to do; is that fair to

3   say?

4           A.   Yes, sir.

5           Q.   And that's what you did in those

6   matches, right?

7           A.   Say it again?

8           Q.   And that's what you did in those

9   matches, right?

10          A.   Yes, sir.

11          Q.   And in fact the throwing you into

12  the metal stairs, you knew that was going to

13  happen, didn't you?

14          A.   I don't recall.  All I know is I

15  went into the stairs.  And a lot of times

16  when you're in those matches and you go

17  outside the ring, everything is not scripted,

18  and a lot of times you ad lib.

19          Q.   But you knew he was going to throw

20  you into those stairs, didn't you?

21          A.   No, I did not.

22          Q.   Don't you have know that to run the

23  camera angles?

24          A.   I didn't know what --

25               MR. SCIOLLA:  Object to the form.

74

1       Q.   Let me ask you this, sir.  Let me

2   ask you this, sir.

3            That's a fairly common move in the

4   pro wrestling matches, isn't it?

5            MR. SCIOLLA:  Object to the form.

6       A.   What is a common move?

7       Q.   Yeah, it's a fairly common move is

8   to throw a wrestler into the steps?

9       A.   It doesn't happen every night, so

10  it's not common.

11      Q.   It happens a lot of nights, doesn't

12  it?

13           MR. SCIOLLA:  Object to the form.

14      A.   I just said it's not a common move,

15  and it doesn't happen every night.

16      Q.   Well, how many times in your career

17  have you been thrown into the steps?

18      A.   I don't recall.

19      Q.   Have you ever thrown anybody into

20  the steps?

21      A.   I don't recall.

22      Q.   Do you think if we watched the

23  tapes, you would recall?

24      A.   If I watch tapes of me doing it?

25  Of course, if it's on tape.

1     Q.   Are there tricks to this trade?

2   Are there illusions you pull off as a

3   professional wrestler?

4     A.   Are there tricks to the trade?

5     Q.   Yeah, tricks to the trade.

6     A.   I don't understand what you mean.

7     Q.   Well, that maneuver, is there any

8   kind of stunt aspect to that maneuver of

9   being thrown into the steps?

10    A.   I would think so.  I mean you got,

11  you know, if it's scripted that you're going

12  to go into the steps, it's very defined on

13  what you're going to do and how you're going

14  to do it.

15    Q.   And how would you do it, if it was

16  scripted?

17    A.   It depends on what you, what the

18  match concept is.  A lot going into it.  You

19  just don't go outside and throw somebody in

20  the stairs.  And a lot of times when you're a

21  professional and it's outside the ring, if

22  there's two pros, you know, you know, you go

23  with the flow of what's going on.

24    Q.   Well, if you know you're going to

25  be thrown into the stairs, is there a safe

76

1      way to do that?

2          A.    There is a safe way, but a lot of

3      times, sometimes you try to do something, and

4      it doesn't always come out that way.

5          Q.    What's a safe way?

6          A.    Trying to put your hand up and

7      defending yourself.

8          Q.    And what does that mean?

9          A.    Trying to protect yourself.  Just

10     like you said before, wrestlers protect each

11     other when they're wrestling each other,

12     because it's an understanding.  Like you

13     said, it's a, you know, you work with each

14     other, you don't try to hurt each other, you

15     try to protect each other, because, as you

16     said, you don't last long in the business.

17         Q.    But there's also moves you have to

18     protect yourself, right?

19         A.    By landing correctly, yes.

20         Q.    While also creating the illusion

21     that you have really hit the steps, correct?

22         A.    Right.

23         Q.    And I mean that's the whole safe

24     way to do it, isn't it, to create an illusion

25     that you've been thrown into the steps, but

1  you really haven't been thrown into the

2  steps, correct?

3       A.   Making the illusion and doing it

4  like you just said, that can be done.  Being

5  thrown into the stairs and trying to do it,

6  as we're saying, sometimes doesn't come out

7  the way it's supposed to, because you're

8  going at a speed.  You could be at a

9  different angle, you could be in a different

10  place.  A guy could shoot you off too hard, a

11  guy could handle your body wrong, you could

12  judge the distance wrong.

13            So there's a lot of different ways.

14  It's not about a camera angle and it's not

15  about anything, it's the momentum and the

16  pace of the match.

17       Q.   You could make a mistake in which

18  you wouldn't protect yourself when you're

19  thrown into the steps?

20            MR. SCIOLLA:  Object to the form.

21       A.   Well, if somebody is throwing you

22  into the stairs and you don't know about it,

23  it's kind of hard to protect yourself at the

24  last minute.  You're going and you're really

25  not prepared for it.

78

1      Q.   But it's kind of a natural

2  instinct, isn't it, to put your hand up to

3  protect yourself?

4      A.   You would hope so.

5      Q.   I mean if somebody is coming at you

6  with a chair to hit you in the head, if it's

7  supposed to be realistic.  Wouldn't you

8  logically think the person would put their

9  hands up to block the chair?

10         MR. SCIOLLA:  Object to form.

11     A.   In this era, yes.

12     Q.   But when you were getting hit with

13  the chair, you didn't even do that, did you?

14     A.   Back then, no.

15     Q.   You leaned into it and took it full

16  force on the head, didn't you?

17         You would lean in and take it full

18  on the head, wouldn't you?

19         MR. SCIOLLA:  Objection, asked and

20      answered.

21         He can answer again.

22     A.   I don't know if I leaned in.

23     Q.   When were you diagnosed for TMJ?

24     A.   I think we're going into 2014,

25  2015.

79

1        Q.   Who diagnosed you as having TMJ?

2        A.   I believe it was both doctors,

Dr. Smith, the ENT, sent me to Dr. Handler.

4        Q.   Were you diagnosed for TMJ after

5    you brought the lawsuit?

6        A.   No.

7        Q.   So it wouldn't be correct to say

8    that you were diagnosed on February 4th of

9    2015?

10       A.   I'm not sure of the date of my

11   diagnosis.  I don't have the records in front

12   of me.

13       Q.   Did anybody tell you that your TMJ

14   was actually caused by head trauma?

15       A.   I'm trying to remember what they

16   told me.

17            They said repeated blows to the

18   head, repeated hits to the jaw, that's how I

19   got TMJ.

20       Q.   And who told you that?

21       A.   The doctors.

22       Q.   Which doctors?

23       A.   Dr. Smith and Dr. Handler, I

24   believe.

25       Q.   Who is first attorney you spoke to

80

1    regarding this lawsuit?

2         A.    The first attorney I spoke to is

3    Mr. Bill Kyros.

4         Q.    And when did you first speak to Mr.

5    Kyros?

6         A.    I'm not sure of the day.

7         Q.    Well, if your original lawsuit was

8    brought January 16th of 2015, to give you

9    some time frame.  That's the date you filed

10   your first complaint.

11        A.    So it would have to be within that

12   time frame.

13        Q.    Well, how long in advance of that

14   lawsuit did you first speak to Mr. Kyros?

15        A.    I would say, I would say it was in

16   January, I believe.

17        Q.    The same month that you brought the

18   lawsuit?

19        A.    I think, I'm not sure.  I'm really

20   not sure of the day.

21        Q.    And how did you know Mr. Kyros?

22        A.    Well, I heard a few guys talking

23   about a lawsuit and they mentioned Bill

24   Kyros' name, and I gave him a call.

25        Q.    Who were the guys that you heard

81

1    talking?

2         A.   It was just wrestlers, guys in the

3    business.

4         Q.   Who?

5         A.   I don't remember who.

6         Q.   Was it January this year and you

7    don't remember who it was that was talking

8    about a lawsuit?

9         A.   It was just in passing.

10             MR. SCIOLLA:  It was January of

11        last year.

12             MR. McDEVITT:  January of last

13        year, I'm sorry.

14        Q.   Did you see any advertisements on

15    the internet for Mr. Kyros?

16        A.   You asked me if I published

17    something on Facebook about people joining

18    the lawsuit, and I said yes.  It wasn't --

19             THE WITNESS:  Excuse me one second.

20             MR. SCIOLLA:  I'm sorry, could you

21        repeat the question back.

22             (A portion of the record was read.)

23        A.   Okay.  Can you give that to me one

24    more time?

25        Q.   Did you see any advertisements by

82

1      Mr. Kyros on the internet?

2          A.   Did I see any of Mr. Kyros' --

3          Q.   That's the question.

4          A.   No, I did not.

5          Q.   Did you call him or did he call

6      you?

7          A.   I called him.

8          Q.   The lawsuit says --

9              MR. McDEVITT:  Let me mark this

10         first.

11             (Discussion off the record.)

12             (LoGrasso Exhibit 2, Plaintiff's

13         Second Amended Complaint, marked for

14         identification, this date.)

15             MR. SCIOLLA:  This is 2?

16             MR. McDEVITT:  Yes.

17             MR. SCIOLLA:  The video is 1?

18             MR. McDEVITT:  Yes.

19             MR. SCIOLLA:  Great.

20         Q.   Mr. LoGrasso, I'm directing your

21     attention to Exhibit 2, which is the document

22     in front of you, the second amended

23     complaint.

24             Do you know how many complaints you

25     filed in this case?

83

1      A.   I'm not sure of all the complaints.

2   If you're asking me for a number, you know, I

3   don't recall how many.

4      Q.   Did you know that the original

5   complaint was brought as a purported class

6   action case?

7      A.   Yes.

8      Q.   Did you know that the class action

9   allegations were then dropped?

10     A.   Yes.

11     Q.   Do you know why they were dropped?

12          MR. SCIOLLA:   Objection.   To the

13       extent it goes into attorney-client

14       communications, I don't want you to

15       answer the question.   But if you have

16       some independent understanding about the

17       class action complaint allegations, then

18       you can answer the question.

19     Q.   So you're refusing to answer?

20     A.   I'm sticking to what my attorney

21   says, to don't answer the question.

22     Q.   Do you know you were soliciting

23   people to join the class action after it had

24   been dropped as a class action?

25          MR. SCIOLLA:   I'm sorry.   Object to

84

1      the form.

2          A.   Was I soliciting people after the

3      fact that they -- that the class action was

4      dropped?

5          Q.   Did you know you were soliciting

6      people to join the class action after it was

7      no longer a class action?

8              MR. SCIOLLA:  Object to the form.

9          A.   No.  I'm not aware of it.

10         Q.   In any event, on Exhibit 2, if you

11     would, sir, would you turn to page 39,

12     paragraph 146.

13             MR. SCIOLLA:  Just so you know, the

14             numbers are at the top and the bottom of

15             the pages.  They're consistent.

16         A.   39?

17         Q.   Yes, paragraph 146.

18         A.   146.

19         Q.   Do you recall me asking you earlier

20     when you were diagnosed as having a traumatic

21     brain injury?

22             Do you recall me asking you earlier

23     today when you were first diagnosed as having

24     a traumatic brain injury?

25         A.   Right.  Yes, sir.

85

1      Q.   If you look at paragraph 146, does

2   that refresh your recollection as to when you

3   were first diagnosed?

4      A.   Yes, that was part of it.

5      Q.   Who diagnosed you on April 1st,

6   2015 as having a traumatic brain injury?

7           Look up at paragraph 143, if you

8   would.

9      A.   Joseph Handler was my neurologist,

10  and that's the one who diagnosed me.

11     Q.   Does that refresh your

12  recollection, then, as to the date he

13  diagnosed you?

14     A.   If it's -- I'm not sure of the

15  dates, but if it's put here -- I know he

16  diagnosed me, that's the best I can answer.

17     Q.   But your allegations are that that

18  happened on or about April 1st of 2015.

19          Do you have some reason to think

20  that your lawyers have said something that

21  was false?

22          MR. SCIOLLA:  Object to the form.

23          You can answer.

24          THE WITNESS:  Huh?

25          MR. McDEVITT:  You don't need to

86

1       look to him to get an answer.

2          THE WITNESS:  I'm not looking at

3       him to get an answer, I'm trying to

4       hear.  He's saying things.  I'm trying

5       to hear what he's saying by looking at

6       him.  And then I'm turning back to you

7       and giving you my undivided attention.

8          MR. McDEVITT:  Well, you don't need

9       to look at him, because you're bending

10      that ear to hear me.  That's where he

11      faces.  You can hear in that ear.

12         MR. SCIOLLA:  You don't need to

13      engage the witness and tell him what to

14      do.

15         MR. McDEVITT:  I need to tell him

16      not to take coaching.  Absolutely, I do.

17      He's been doing it all morning, and I

18      would ask you to stop it.

19         MR. SCIOLLA:  He's trying to hear

20      me.

21         MR. McDEVITT:  He doesn't need to

22      turn his head to hear you.  His ear is

23      pointing right to you.

24         MR. SCIOLLA:  Not when it's pointed

25      at you.

87

1          MR. McDEVITT:  No, right now it's

2      pointing right at you.

3          MR. SCIOLLA:  I'm not go to bicker

4      with you.  Please don't bicker with the

5      witness.

6          MR. McDEVITT:  I'm not bickering

7      with the witness.  I'm asking him not

8      to --

9          MR. SCIOLLA:  The video shows.

10          MR. McDEVITT:  Well, then we'll see

11      what the video shows.

12      Q.   But Mr. LoGrasso, again, let me ask

13  you, looking at your own pleading here, am I

14  correct that your pleading alleges that it

15  was on or about April 1 that you were

16  diagnosed as having a traumatic brain injury?

17      A.   Yes, sir.

18      Q.   And that is after you brought the

19  lawsuit, isn't it?

20          You brought the lawsuit in January

21  of 2015.

22      A.   Yes, sir.

23      Q.   So you brought the lawsuit for

24  traumatic brain injury before you were even

25  diagnosed with traumatic brain injury?

88

1          MR. SCIOLLA:  Object to the form.

2      A.   I was getting checked out by my

3  doctors.

4      Q.   So is it safe, then, to assume that

5  the first person you talked to about

6  traumatic brain injury was Mr. Kyros and then

7  doctors about whether you had it?

8          MR. SCIOLLA:  Object to the form.

9          Hold on.  I'll also object to the

10         extent it goes to attorney-client

11         privilege, which it definitely does.

12         I'm going to instruct you not to answer.

13         MR. McDEVITT:  How does that go to

14         privilege?

15         MR. SCIOLLA:  You just asked him

16         about conversations with his attorney.

17         MR. McDEVITT:  No, I didn't.

18         MR. SCIOLLA:  Why don't you reread

19         the question.

20         MR. McDEVITT:  Why don't you listen

21         to the question.

22         MR. SCIOLLA:  I'll be happy to.

23         Could you please read it back.

24         (A portion of the record was read.)

25         MR. SCIOLLA:  My objection remains

89

1    the same, and I'll instruct you not to

2    answer.

3         MR. McDEVITT:  Well, let's put it

4    this way:

5    Q.   Did you talk to a lawyer about the

6    subject, without revealing any specific

7    communications, about the subject of your

8    lawsuit, before you were even diagnosed with

9    having a traumatic brain injury?

10        MR. SCIOLLA:  I'll continue my

11        objection and instruct you not to

12        answer.  Again, it goes to the substance

13        of communications with an attorney.

14   Q.   Did you retain Mr. Kyros the first

15   time you talked to him?

16   A.   I believe I spoke to Mr. Kyros a

17   couple of times.

18   Q.   And did you eventually sign some

19   kind of an agreement with him?

20   A.   I believe he sent me some paperwork

21   for me to sign.

22   Q.   How many conversations did you have

23   with him before you signed a retainer

24   agreement?

25   A.   I don't recall.

90

1      Q.   More than one?

2      A.   I don't recall.

3      Q.   Did you have conversations with

4   him, though, before you signed a retainer

5   agreement?

6      A.   I did have conversations with him.

7      Q.   And did you, in the conversations

8   you had with him before you retained him, did

9   he tell you about the lawsuits he wanted to

10  bring against the WWE?

11          MR. SCIOLLA:  Objection.  I'm going

12       to continue the objection as to

13       attorney-client privilege and instruct

14       you not to answer.

15          MR. McDEVITT:  My question said

16       before he retained.

17          MR. SCIOLLA:  Your question did not

18       establish whether he was talking with

19       Mr. Kyros for the purpose of

20       representation of his claims.  That is

21       still covered by attorney-client

22       privilege, as you well know.

23          MR. McDEVITT:  Don't tell me what I

24       well know.

25          MR. SCIOLLA:  Okay, I won't -- I

91

1        won't --

2              MR. McDEVITT:  I forgot more than

3        you know.

4              MR. SCIOLLA:  That's probably true.

5              MR. McDEVITT:  Okay.

6        Q.   Before you brought this lawsuit --

7              MR. McDEVITT:  Strike that.

8        Q.   What year did you begin your

9   wrestling career?

10       A.   What year I did start wrestling?

11       Q.   Yes.

12       A.   1990.

13       Q.   1990?

14       A.   Yeah.

15       Q.   And you trained with a fellow by

16  the name of Johnny Rods; is that right?

17       A.   Yes, sir.

18       Q.   And after that you spent some time

19  with what I think you called enhancement

20  talent with the WWE?

21       A.   Yes, sir.

22       Q.   That was 1991?

23       A.   '91 through '98.

24       Q.   Did you send a letter to the WWE in

25  2009 looking for work?

92

1          Do you understand my question?

2     A.    Yes.

3     Q.    Did you send an e-mail to the WWE

4   in 2009 looking for work?

5     A.    I know I spoke to them, and I

6   believe I -- I know I spoke to them.  I might

7   have sent an e-mail.

8          MR. McDEVITT:  Let's mark that.

9     Q.    And do you recall in that you sort

10   of summarized your wrestling career?

11     A.    Say that one more time.

12     Q.    Do you recall summarizing your

13   wrestling career?

14     A.    I don't recall the e-mail.  I don't

15   remember what the contents were.

16          MR. SCIOLLA:  Are we done with

17     Exhibit 2?

18          MR. McDEVITT:  Yes.

19          MR. SCIOLLA:  You can put that to

20     the side.

21          (LoGrasso Exhibit 3, E-mail date

22     5/6/09, Bates Nos. WWE_SING00002132 and

23     WWE_SING00002133, marked for

24     identification, this date.)

25     Q.    Mr. LoGrasso, I've handed you

93

1    what's been marked as Exhibit 3.  If you

2    would take a minute to reread the bottom

3    e-mail that I think you sent there.

4            Have you finished reading it, Mr.

5    LoGrasso?

6        A.    Yes, sir.

7        Q.    And am I correct, this is an e-mail

8    you sent to John Laurinaitis and Ty Bailey in

9    May of 2009?

10       A.    Yes, sir.

11       Q.    And basically trying to inquire

12   about the possibilities of joining the WWE

13   staff as a trainer, correct?

14       A.    Yes, sir.

15       Q.    And am I correct that in this memo

16   you say nothing to anybody about suffering

17   any kind of injuries or symptoms of head

18   injury, correct?

19       A.    Yes, sir.

20       Q.    And you indicate that, in this,

21   that you realize that "the days of wrestling

22   for me are over," do you see that?

23       A.    I do.

24       Q.    You continued to wrestle for five

25   more years after that, right?

94

1      A.    I was told to write this by Steve

2    Curran, so I can gain employment with the

3    WWE.

4      Q.    My question, sir, was, you

5    continued to wrestle for five years after

6    2009, right?

7      A.    Yes, sir.

8      Q.    WWE didn't give you employment in

9    response to this, did they?

10     A.    No, sir.

11     Q.    Did anybody call you and talk to

12   you about this, this e-mail?

13     A.    About the e-mail, yes.  I spoke to

14   John Laurinaitis, I spoke to Steve Curran, I

15   spoke to Tom Pritchard and Norman Smiley.

16     Q.    In connection with this particular

17   e-mail?

18     A.    Yeah.

19     Q.    After you sent it or before?

20     A.    It was before I sent it.  I went

21   down to FCW.  I saw Steve Curran, Tom

22   Pritchard, and Norman Smiley was working

23   there.  They thought I would be a good

24   candidate to join the staff as a trainer.

25   And they told me, they said they weren't

95

1    going to hire me unless I sent an e-mail.  I

2    had to write a form of e-mail saying that I

3    was going to be done with wrestling, because

4    at the time they were in a transition and

5    they didn't want guys who were trying to

6    still wrestle, possibly with the hope of

7    going back to wrestling on TV.  And they

8    said, if you write it in this manner, it

9    would be more in favor of you getting

10   employment to be a trainer.

11           So with the help of those

12   gentlemen, that's why I wrote this the way I

13   did.

14       Q.   Was there anything else in these

15   conversations with these gentlemen other than

16   what you just described?

17       A.   Just about me trying to be a

18   trainer there.  And Steve Curran was a big, a

19   big advocate of mine, and he liked the way I

20   wrestled, he liked the way I trained.  Norman

21   Smiley also was a big advocate, and he

22   thought I would be a good fit there.  But,

23   you know, ultimately it was up to John

24   Laurinaitis at the time.

25       Q.   Now, what I want to focus on, was

96

1    there any other conversation between you and

2    those gentlemen in connection with this,

3    other than what you've testified to?

4        A.   No, I don't believe so.

5        Q.   Now, in terms of your description

6    of your career pattern that is set forth

7    here, where you give what you describe as a

8    brief background, you indicate that you began

9    at the Johnny Roth School in Brooklyn,

10   correct?

11       A.   Uh-huh.

12       Q.   Again, you have to say yes or no.

13       A.   Yes, sir.  I'm sorry.

14       Q.   And then it says you started

15   working on TV in '91 for WCW.

16       A.   Johnny had sent me down to MM to

17   one TV taping of More Championship Wrestling.

18       Q.   And then it says, "and then to WWF

19   as an extra."

20       A.   Right?

21       Q.   Then from there I worked for All

22   Star Wrestling in Puerto Rico with Hugo

23   Savinovich, and then it has your first tour

24   of Japan in 1992, correct?

25       A.   Right.

97

1      Q.   And after '92, it goes on to talk

2  about going into the Dominican Republic; and

3  there's no mention in here of working for WWE

4  after 1991, is there?

5      A.   It was already known that I did

6  work for them.  They didn't know what I --

7  where I worked before, because everybody at

8  WWE knew I worked at Skull Von Crush or Von

9  Crush, in the WWE -- F.  And I just put that

10 down as an extensive background, but

11 everybody knew I was working for the company.

12 It was common knowledge.

13     Q.   How many matches would you say you

14 had as a jobber for WWE?

15         MR. SCIOLLA:  Entire career, or are

16     we limiting it to a certain time period?

17         Counsel?

18         MR. McDEVITT:  I'm not here to

19     answer your questions.

20         MR. SCIOLLA:  I'm just helping you

21     get the answers.

22         MR. McDEVITT:  I don't need your

23     help.  If you have an objection, make

24     it.

25         MR. SCIOLLA:  Okay.  I object to

98

1       the form, then.

2       A.   I know I had -- I had many matches

3    as an enhancement talent or, as you were

4    saying, a jobber in the WWE.

5       Q.   What is "many matches"?  Is that

6    50, 100, how many?

7       A.   It was from '91 to '98, there's a

8    lot of matches.

9       Q.   And you weren't working for anybody

10   else in that time period?

11      A.   Well, it says that right here, what

12   I was doing in between those times, not like

13   you were living anyplace else.  So when the

14   TV tapings were available and I was

15   available, I would be called and they would

16   ask me if I was available to do bookings.

17      Q.   Do you have any records that would

18   show the dates you performed as enhancement

19   talent for WWE?

20      A.   Actually there is a list, there's a

21   list of matches, and with the list of matches

22   that you have you can get from the computer,

23   you can find out the towns and where it was

24   and the exact place.  So yes, there is a list

25   available and WWF or E should have documents

99

1    of me being there as an enhancement.

2          Q.   I'm asking what records you have.

3               Do you have any records that show?

4          A.   I believe so.  I believe I have all

5    the matches listed somewhere.

6          Q.   Did you turn them over in this

7    litigation?

8          A.   I'm not sure.

9          Q.   In fact, this e-mail you didn't

10   turn over either, did you?

11         A.   I wasn't asked to turn over this

12   e-mail.

13         Q.   Well, you were asked for

14   communications with WWE.

15         A.   Communication in 2009?

16         Q.   It didn't matter what year.  You

17   were asked for communications with the WWE.

18   This wasn't turned over.

19               Did you search your computers to

20   see if there were other communications with

21   WWE?

22         A.   I don't understand what you're

23   saying.  I'm not understanding what you're

24   trying to get at.

25         Q.   What I'm saying is you didn't give

100

1    us this record in response to our document

2    requests.

3         A.   What document request is that?

4         Q.   You're not aware that we served you

5    with a document request?

6              Don't look at him, he's not going

7    to tell you the answer.  Look at me.

8         A.   I am looking at you, and I'm trying

9    to figure out what you're asking me.

10        Q.   What I'm asking you is, did you

11   know we served you with a document request?

12        A.   I did not recall sending this

13   e-mail.  I don't have a copy of this e-mail.

14        Q.   Did you know we served you with a

15   document request?

16        A.   I know that there were document

17   requests requested, yes.

18        Q.   Did you search your computers for

19   records responsive to that request?

20        A.   I didn't even remember I sent this.

21        Q.   Did you search your computers to

22   see what you sent?

23        A.   My computer is updated, and I do

24   not have a record of this e-mail.

25        Q.   So you did search for this, but you

101

1    just didn't find it?

2        A.   I don't have it in my e-mails.

3        Q.   When did you conduct a search of

4    your e-mails?

5        A.   Mr. Kyros had asked me to --

6             MR. SCIOLLA:  Just answer as far as

7        the date.  I don't want you to going

8        into communications with your attorney.

9        He's only asking for a date.

10       A.   I don't recall the date.

11       Q.   When you performed for WCW, did you

12   sign any contracts?

13       A.   Yes, I did.

14       Q.   How many contracts with them did

15   you sign?

16       A.   I only signed one contract with

17   WCW.

18       Q.   Do you still have a copy of it?

19       A.   Yes, sir.

20       Q.   Did your WCW contract have

21   provisions in it that indicated that you

22   assumed the risk of injury?

23       A.   I don't recall, sir.

24       Q.   Is that common in wrestling

25   contracts?

1          MR. SCIOLLA:  Object to the form.

2     A.   I don't know, because I don't read

3     everybody's contract.

4     Q.   Well, the ones that you have signed

5     in your career?

6     A.   I don't recall what was in the

7     contract.

8          MR. McDEVITT:  We would ask that

9          that document be produced.  I think it

10         was requested in our document requests.

11         MR. SCIOLLA:  Certainly we will

12         take a look at that.

13    Q.   When you were with the ECW, did you

14    sign any contracts?

15    A.   No, sir.

16    Q.   When you worked for foreigner

17    promoters, did you sign any contracts?

18    A.   No, sir.

19    Q.   You worked for TNA also, right?

20    A.   Yes.

21    Q.   What years did you work for them?

22    A.   2004.

23    Q.   Just one year?

24    A.   Yeah.

25    Q.   Were you terminated from WCW?

103

1      A.   I lasted when they did the

2   takeover, and then when the McMahons bought

3   WCW, I was not taken over in the exchange.

4      Q.   Were you terminated for domestic

5   abuse?

6      A.   No, sir.

7      Q.   I'm sorry, did you say you did or

8   did not have a contract with TNA?

9      A.   I did not.

10      Q.   And in every promotion that you

11   have ever performed for in your wrestling

12   career, have you been treated as an

13   independent contractor?

14          MR. SCIOLLA:  Object to the form.

15          MR. McDEVITT:  Let me rephrase

16      that.

17      Q.   You've been given a 1099, not a

18   W-2, from every wrestling promoter; correct?

19   Is that right?

20      A.   Yes, sir.

21      Q.   Do you contend you weren't an

22   independent contractor when you were working

23   with the WWE?

24          MR. SCIOLLA:  Object to the form.

25          To the extent you can answer, you

104

1      can.

2          A.    Would you say that one more time?

3          Q.    Did you contend that you were not

4      an independent contractor when you were

5      working for the WWE?

6                MR. SCIOLLA:   Same objection.

7          A.    I was under contract when I was an

8      WWE employee.

9          Q.    So you think you were an employee,

10     not an independent contractor?

11         A.    Well --

12               MR. SCIOLLA:   Object to the form.

13         A.    -- when I signed the WWE contract,

14     I couldn't do anything else, couldn't take

15     any dates, couldn't go anyplace else, so you

16     take it as you work for the WWE as an

17     employee.  You're paid.  It's a Catch 22,

18     because they say you're an independent

19     contractor, but then you can't go out and do

20     anything else or take any other -- earn any

21     money anyplace else, unless you get the

22     authorization of the WWE.  And when you are

23     working for the WWE, they basically own you.

24               So there is no outlet for you to go

25     and get any other kind of employment or make

105

1    any other money.

2         Q.   When you say the WWE basically owns

3    you, since you were let go in 2007 and before

4    you filed this lawsuit, have you often

5    praised the WWE?

6         A.   I never spoke badly of company.

7         Q.   I mean before you filed this

8    lawsuit, you were saying wonderful things

9    about the WWE and your time there?

10             MR. SCIOLLA:   Object to form.

11        A.   I always said I had the best time

12   of my life, I said I lived my dream.  I did

13   say these things.

14        Q.   Had no negatives at all, isn't that

15   what you said?

16        A.   Any negativity, any negativity I

17   had I kept to myself, because it was nobody's

18   business.

19        Q.   My question was, you said you had

20   no negatives at all about WWE, did you?

21   Publicly?

22        A.   Publicly, I did not say anything

23   bad about the WWE.

24        Q.   And publicly you kept trying to get

25   back into WWE, didn't you?

1      A.   Not publicly.  Quietly.

2      Q.   Well, weren't you promoting the

3   idea that it would be a good match between

4   you and Ryback, for example?

5      A.   Saying something on Facebook,

6   saying it would be a good match, of course it

7   would.  So it's not promoting that I wanted a

8   job back.  I said it would be a good match.

9      Q.   How many times since your release

10  have you tried to communicate with the WWE or

11  its personnel about getting a job with WWE?

12          We went through the one already.

13  Any other times?

14      A.   I went to, I went to Tampa and, in

15  the one TV taping where John Laurinaitis had

16  me come in.  And I saw John, I think 2011 he

17  had me come in, maybe, I'm not sure, or 2010.

18          And he basically told me WWE was

19  going in a different direction.  I was too

20  old and they weren't taking the older guys,

21  they wanted to go with somebody else, as far

22  as being talent.  And then started talking

23  about me being a trainer.  They said they had

24  no positions open.

25          And then I had gotten in touch with

107

1    Bill DeMott about possibly being, be a

2    trainer.

3         Q.   What year is that?

4         A.   The Bill DeMott thing had to be a

5    couple of years ago.

6         Q.   2012, 2013?

7         A.   About that, when he was in charge

8    of NXT.

9         Q.   Any other contacts trying to get a

10   job with them?

11        A.   And -- no, basically it was bring

12   you in as a guest trainer.  I called him a

13   few times, then he told me don't call me no

14   more I'll call you.

15        Q.   Who is the "he" there?

16        A.   Bill DeMott.

17        Q.   I didn't mean to interrupt you.  Go

18   ahead.

19        A.   That's fine.

20        Q.   Have you finished your answer?

21             So he told you, don't call me, I'll

22   call you?

23        A.   Yeah.

24        Q.   Was there anything else in that

25   conversation with Bill DeMott other than what

108

1    you just testified to?

2         A.    That was it.

3         Q.    Was there anything else to the

4    conversation with John Laurinaitis other than

5    what you've just testified to?

6         A.    I'm just going to think.

7               Basically told me the WWE was going

8    in a different direction.  They didn't want

9    to hire old guys.  He said the age thing was

10   a factor for Stephanie and Tripe H, so that

11   was the end of that, basically.

12              (LoGrasso Exhibit 4, Canoe Network

13         article entitled, "Big Vito takes aim at

14         Japan," marked for identification, this

15         date.)

16        Q.    Mr. LoGrasso, I've handed you what

17   has been marked as Exhibit 4.

18              Do you recognize the picture there

19   as a picture of you?

20        A.    Do I recognize the picture?

21        Q.    That's you, isn't it?

22        A.    Yes.

23        Q.    And did you give an interview with

24   Slam Wrestling in April of 2008?

25        A.    I would have to read this.  I

109

1    really don't recall it.

2        Q.   Well, let's look back to the second

3    page.

4             Again, that's your likeness there

5    depicted, isn't it?

6             Again, you have to say yes --

7        A.   Yes, sir.

8        Q.   -- or no.

9             And then you go on to talk about

10   your time at the WWE and the character you

11   portrayed when you were wearing a dress.

12            And this quotes you as saying, "'It

13   was one of the most enjoyable times of my

14   career,' he said, explaining he became one of

15   the most recognized performer as a result and

16   even posed for Playgirl magazine.  'How many

17   guys can say they went undefeated for four or

18   five months?  I had a lot of fun with it.'"

19            Did you say that?

20       A.   Yes, sir.

21       Q.   And that time period that you are

22   talking about there would include the time

23   you spent performing with Steven Regal,

24   correct?

25       A.   That was my time frame with the

110

1    WWE, yes.

2        Q.   So prior to the lawsuit, you were

3    saying you had a lot of fun with that?

4        A.   That gimmick, yes.

5        Q.   And you were undefeated for four or

6    five months with Mr. Regal, correct?

7        A.   Yes.

8        Q.   And that's always good for your

9    character to be the one who wins, isn't it?

10       A.   You know, when you wear a dress and

11   you win, I guess it's a win/win for

12   everybody, I guess.

13       Q.   And then it says, it closes by

14   saying, "If the opportunity arose to go back,

15   I'd go back.  I have nothing to be bitter

16   about.  I always wanted to wrestler in the

17   WWE and I did.  I have no regrets.  I'm not

18   bitter about one thing."

19            Did you say that?

20       A.   Yes.

21       Q.   And that was in 2008?

22       A.   If that's the date, if I'm reading

23   it correctly, yes, sir, on the top, yes.

24       Q.   On the top.

25            And that would have been at a time

111

1    which according to your time you were having

2    these horrible headaches, right?

3         A.   Yep.

4         Q.   That you have today dated from the

5    match you had with Steven Regal in which you

6    contend he threw you into the metal steps,

7    right?

8              MR. SCIOLLA:  Object to the form.

9         A.   Yes, sir.

10             (LoGrasso Exhibit 5, Article

11             entitled, "Ring Ranting Week 1:  A Rant

12             Sports Exclusive Interview with Former

13             WWE Star Vito (Part 2)," marked for

14             identification, this date.)

15        Q.   We've just handed you what's been

16   marked as Exhibit 5, Mr. LoGrasso.

17             Do you recall doing an interview in

18   2013 with a fellow by the name of Brian, and

19   I'm probably going to mispronounce his name,

20   Rzeppa?

21        A.   I would have to read it.

22        Q.   Feel free.

23             Have you read it all?

24        A.   Yes, sir.

25        Q.   And do you recall being asked the

112

1    question, "What was your favorite part about

2    your time in WWE"?

3          A.   Yes, sir.

4          Q.   And he says your answer was, "Just

5    that I was doing what I loved to do and was

6    wrestling for the company that I wanted to

7    wrestle for.  I was living the dream."

8              Is that what you said?

9          A.   Yes, sir.

10         Q.   And then is it says, "How about

11   your least favorite?"  And you said, "Nothing

12   at all.  I enjoyed every minute of it.

13   Everyone treated me very well.  I have no

14   negatives at all."

15             Is that what you said?

16         A.   Yes, sir.

17         Q.   Were you lying then, or are you

18   lying now?

19             MR. SCIOLLA:  Object to the form.

20        I don't think he can even answer that

21        question.  That's not a legit question.

22         Q.   Which is it, Mr. LoGrasso?

23             MR. SCIOLLA:  Object to the form.

24         Q.   Everyone treated you fairly well,

25   or you were severely beaten while you were

113

1    performing there?

2         A.   Okay, here is where I'm getting a

3    little confused.

4              THE WITNESS:  Do I answer?

5              MR. McDEVITT:  No, you answer.

6              MR. SCIOLLA:  You can answer.

7              MR. McDEVITT:  Unless he instructs

8         you not to answer, you answer.

9         A.   I'm asking, which question would

10   you like me to answer.  I've actually

11   answered the first one before, where you

12   asked me if I was lying, or you asked me to

13   answer this one now, so I'm trying to catch

14   up.

15        Q.   Well, let's put it this way:  In

16   this lawsuit you contend you were severely

17   beaten and mistreated, correct?

18             MR. SCIOLLA:  Object to the form

19        and characterization, but you can

20        answer.

21        A.   In my personal time and when I do

22   interviews, I rarely do not bad mouth

23   anybody, because bad mouthing people doesn't

24   bring you anything.

25             And I always said that I enjoyed my

114

1    time in WWE, and in this article, I said the

2    truth, which is the truth.

3        Q.    You had no negatives at all, that

4    was the truth?

5        A.    At that time, yes.

6        Q.    And that time, 2013 --

7        A.    In 2013.

8        Q.    What you now say is you were

9    suffering from various symptoms of head

10   trauma that you today dated as beginning when

11   Steven Regal supposedly threw you into the

12   steps in the match in 2006?

13            MR. SCIOLLA:  Object to the form --

14       excuse me.  Object to the form.

15       Q.    Correct?

16       A.    Like I said in a lot of my

17   interviews, I always said positive things.

18       Q.    Well, was it a lie, then?

19            MR. SCIOLLA:  Object to the form,

20       asked and answered.

21       A.    In my interviews I always say

22   positive things.

23       Q.    That's not my question.

24            Were you lying in this interview?

25       A.    I wasn't lying in the interview.

1      That's what I said.

2              (LoGrasso Exhibit 6, Article

3          entitled, "Big Vito speaks out on Dixie

4          Carter/TNA, Russo & More," marked for

5          identification, this date.)

6          Q.   Mr. LoGrasso, I've handed you

7      what's been marked as Exhibit 6, which

8      appears to be, at least on the date of it, up

9      at the top right-hand corner it's dated

10     4/21/2016; but I don't want to mislead you,

11     because I don't think that's date of the

12     interview.  I could be wrong.

13             MR. SCIOLLA:  If you look at the

14         last page, there's a different date.

15             MR. McDEVITT:  Yes, 2013.

16         Q.   I just want to ask you, on the

17     second page here, there are some quotes that

18     are attributed to you, where you are asked

19     about "On the current WWE product."

20             Do you see that paragraph that

21     begins with that?

22         A.   On the current WWE product.  Yes, I

23     have it.

24         Q.   And then if you skip down where it

25     says "On Ryback."

116

1          Do you see that?

2          Have you found that paragraph, sir?

3     A.    I'm reading.

4          MR. SCIOLLA:   One more down.

5     A.    "On Ryback."

6     Q.    It quotes you as saying, "They

7     brought Ryback in, you know.  Ryback was up

8     and then he was down.  If I could work a

9     program with him, you would never hear Big

10    Vito complain about how he ever got hit too

11    hard.  I would love to work with that guy,

12    because it would be a hard hitting thing."

13         Did you say that?

14    A.    Yes, I did say that.

15    Q.    And what did you mean by "it would

16    be a hard hitting thing"?

17    A.    Because my persona is always a

18    rugged wrestler, and here you have this guy

19    who everybody is complaining with wrestling

20    against and, you know, being that I thought

21    it would be a good match between him and I.

22    Q.    And so were you sort of promoting

23    the idea that the WWE should bring you back

24    to wrestle Ryback?

25    A.    No, I just said that it would be a

117

1    good match.

2        Q.   Were you hoping that would happen?

3        A.   No, I just said it would be a good

4    match.

5        Q.   And in 2013 is when you claim you

6    were suffering from the symptoms of head

7    injury, right?

8        A.   I didn't hear the last part of what

9    you said, I'm sorry.

10       Q.   You claim you were suffering from

11   the symptoms of the head injury in 2013, too,

12   right?

13       A.   Yes, sir.

14       Q.   How many times prior to this

15   lawsuit, sir, did you publicly state that you

16   have been three-quarters deaf your whole

17   life?

18       A.   I did that in an article that I

19   wrote for people, for people who were doing

20   a, it was a deaf, a guy who was wrestling, a

21   Coach McKay who was teaching wrestlers who

22   were deaf how to, they were trying to get

23   into the Olympics.  Wanted me to be a guest

24   speaker and to come down to his college, and

25   he really had no money.  So I took it upon

118

1    myself to write something inspiring for them

2    and write this article that was published.

3        Q.   Where was it published?

4        A.   I'm not sure where it was

5    published.  I think it was on my Facebook.

6    It could have been, it could have been

7    something that was put out there.  But I know

8    I wrote it, and I wrote it just for inspiring

9    kids that you can do things even if you're

10   handicapped.

11       Q.   And what year did you write that?

12       A.   I'm not sure.

13       Q.   Before you came to the WWE?

14            Let me rephrase it.  Was it before

15   or after your last run at the WWE?

16       A.   It was afterwards.

17       Q.   And what did you say in that piece?

18       A.   I don't recall.  I would have to

19   read it.  I have it in front of me.

20       Q.   Well, what did it say about your

21   deafness?

22       A.   Just as you repeated it, that I was

23   deaf, three-quarters deaf or deaf, you know,

24   half my whole life, and then I was able to

25   overcome it.

119

1      Q.   And that's what you wrote?

2      A.   That's what I wrote.

3      Q.   Was it true?

4      A.   No.

5      Q.   So you wrote a lie to inspire

6 people?

7      A.   You write things to help people and

8 inspire them, just like the WWE writes things

9 to inspire people, like the anti-bullying

10 campaign, even though they might do it in

11 their own backyard, you know, they do it to

12 inspire, you know, bullying and do all that

13 kind of stuff.

14        It's kind of like when the turkey

15 thing came out, and they insulted me and they

16 had this big anti-bullying thing going on,

17 and they took liberties of making fun of me,

18 calling me a turkey, and my career

19 was nothing to be made fun of.

20      Q.   Do you remember the question I

21 asked you?

22        Do you remember the question I just

23 asked you?

24      A.   Uh-huh.

25      Q.   What was it?

120

1      A.   If I wrote it, and do I write

2   things to inspire people, with lies.

3      Q.   No.  Did you lie to inspire people.

4   Then you went off on this rant about other

5   subjects.

6      A.   I was answering the question.

7      Q.   My question was, did you lie in

8   that article in an attempt to inspire them?

9      A.   I guess you could say I lied, yes.

10      Q.   And did you ever make any other

11   public statements anywhere else that you were

12   three-quarters deaf since birth?

13      A.   I don't recall.

14      Q.   Did you ever tell your doctors you

15   were deaf since birth?

16      A.   I don't recall.

17      Q.   Have you been deaf since birth?

18      A.   No, sir, I haven't.

19      Q.   So any time you've said that, you

20   were lying?

21      A.   Yes, sir.

22      Q.   Why would you lie about that?

23          MR. SCIOLLA:  Object to the form.

24      And asked and answered.

25      A.   Why would I lie about it?  Well, in

121

1    that instance, it was to inspire people.

2        Q.   Well, in other instances where

3    you've said it.

4            Have you said it in other

5    instances, or are you claiming that's the

6    only time in your life that you ever told

7    people you were deaf since birth?

8            MR. SCIOLLA:   Object to the form,

9        asked and answered.

10       A.   I don't recall if I did.

11       Q.   Well, has it been a habitual lie

12   that you've told all your life, that you've

13   been deaf since birth?

14       A.   No, you asked me that one article,

15   and I said I lied about that.  You asked me

16   if I told people I was deaf my whole life,

17   and obviously I'm not, I wasn't.

18       Q.   No, I didn't ask you about the one

19   article.  You identified the one article.  I

20   asked you if you ever made those statements

21   publicly, and you identified that one article

22   with what you did.

23       A.   Because that's the one that I knew

24   about.

25       Q.   And my question is, what other

122

1      ones, what other times have you made that

2      statement publicly that you've been deaf

3      since birth?

4          A.   I don't know.

5          Q.   As you sit there today, can you

6      think of any other times where you have lied

7      and told people in the public that you've

8      been deaf since birth?

9          A.   No, I can't.

10         Q.   Did you tell any other performers

11     that you were deaf since birth?

12         A.   I don't recall if I did.

13         Q.   Did you tell Tommy Dreamer you were

14     deaf since birth?

15         A.   I don't recall.

16         Q.   So for other wrestlers who have

17     known you through your career and say you've

18     told them you were deaf since birth, would

19     they be lying?

20             MR. SCIOLLA:   Object to the form.

21         A.   I couldn't be deaf since birth,

22     obviously.

23         Q.   If they said you told them that,

24     would they be lying?

25         A.    Not lying.

123

1         (LoGrasso Exhibit 7, Article

2         entitled, "Big Vito talks about wanting

3         to work with Jeff Jarrett, and much

4         more," marked for identification, this

5         date.)

6         Q.   I've shown you what's been marked

7    as Exhibit 7, Mr. LoGrasso.

8              Again, do you recognize this as

9    your picture there?

10        A.   It's me in the picture.

11        Q.   And this is posted on Online World

12   of Wrestling.  And it's a column, and it

13   quotes you as saying, "Big Vito On Wrestling

14   Deaf."  "I don't advertise that I'm

15   handicapped.  I am three-quarters deaf, and I

16   have been that way my whole life.  I made it,

17   I did my thing."

18              Did you say that?

19        A.   What year was this?

20        Q.   It apparently was published in

21   2014, prior to this lawsuit.

22        A.   I couldn't have been deaf my whole

23   life.

24        Q.   Did you say that or didn't you?

25        A.   I did say it.

124

1      Q.   Was that a lie when you told this

2   person that?

3      A.   Yes, it is a lie.

4      Q.   Who was that supposed to inspire?

5           MR. SCIOLLA:  Object to the form.

6      A.   I was just going along with what I

7   had said previously.

8      Q.   Well, where had you said it

9   previously?

10     A.   When you asked me if I ever said it

11  before in that other article.

12     Q.   You state here "I don't advertise

13  that I'm handicapped."

14     A.   That's a time I know I said it.

15  You just mentioned Tommy Dreamer.

16     Q.   Well, why wouldn't you tell him,

17  then, that, look, I'm not really deaf.  I

18  just said that to inspire people.  I just

19  told a story"?

20     A.   Well, it was done to inspire people

21  that you could do things.  Maybe I used poor

22  judgment.

23     Q.   Well, fine.  But why didn't you

24  tell the truth in this interview and say, I'm

25  not deaf?

125

1          So you were lying in 2014, too --

2          MR. SCIOLLA:  Object to the form.

3      Q.   -- is that right?

4      A.   No, sir.

5      Q.   Well, you're saying now this isn't

6  true.  The statements you make here, "I'm

7  three-quarters deaf, and I have been that way

8  my whole life," is that true or is it false?

9      A.   I have not been three-quarters deaf

10  my whole life.

11     Q.   So then you told a lie, then,

12  right?

13     A.   In that, yes.

14     Q.   Do you remember appearing on an

15  interview called the Angry Marks Podcast in

16  February of 2014?

17     A.   No.

18     Q.   Did you tell that same tale on that

19  podcast --

20     A.   Don't recall.

21     Q.   -- of being deaf?

22          MR. McDEVITT:  We are going to mark

23     this.

24          (LoGrasso Exhibit 8, CD labeled,

25     "The Undisputed Wrestling Show with Big

126

1          Vito & Lucky Thurteen (February 2014),"

2          marked for identification, this date.)

3          Q.   Mr. LoGrasso, you are going to hear

4     a voice talking here, and I'm going to ask,

5     after you are done hearing it, whether you

6     recognize it as your voice saying what you

7     hear.

8          MS. LACY:  Can you please skip to

9          4724.  At least before it.  If you can't

10         get close, that's fine.

11         (Video played and transcribed

12         following:)

13         "Voice:  I was and this week I'm

14         supposed to be getting a big boy.  And I

15         don't know, I've said this before, you

16         know, I've mentioned it a few times in

17         interviews.  A lot of people don't know

18         that I'm deaf.  And, you know, and

19         people ask me all the time, how the hell

20         do you wrestle, if you're deaf, and how

21         did you play ball?  I was born deaf.  I

22         was born deaf, you know.  And sometimes

23         when I'm in the house, you know, I hear,

24         my hearing is so accurate that I hear

25         things all the time and every little

127

1      thing.  And I'm so used to having a dog

2      with me and, you know, just like I need

3      that extra just in case I can't hear

4      something or something is going on that

5      I don't know.  So unless you're a

6      120-pound Rottie, his name is King, I'm

7      going to change his name to Brother,

8      come on, Brother.  His name is going to

9      be Brother.  And he's two years old and

10     he's 100, started out at 140.  He's been

11     training, so he's about 125 pounds right

12     now.  They hey, goodbye, somebody I

13     could pal around with, somebody I could

14     train with, somebody to have a companion

15     with, somebody to be in the house with

16     me and, you know, I don't advertise it.

17     Like I said, I don't advertise it that

18     I'm handicapped.  I'm deaf.  I'm

19     three-quarters deaf, you know, and I've

20     been like that my whole life.

21          And you know, I made it.  I did my

22     thing and I just need, you know, I've

23     been" --

24          (End of transcription.)

25     Q.   Is that your voice?

128

1        A.    Yes.

2        Q.    And that's you in a radio interview

3    in February of 2014 saying you were born

4    deaf, right?

5        A.    I said that.  I was just saying it.

6        Q.    And that was, again, before the

7    lawsuit you were telling people that you were

8    born deaf, right?

9        A.    That's what I was saying.

10       Q.    And you said you had been like that

11   your whole life?

12       A.    That's what I said.

13       Q.    So were you lying then, or are you

14   lying now?

15            MR. SCIOLLA:  Object to the form.

16       A.    No.

17       Q.    Which is it?

18       A.    I can't hear you.

19       Q.    Were you lying then or are you

20   lying now?

21       A.    I'm not lying.

22       Q.    Were you born deaf?

23       A.    No, I couldn't be born deaf.

24       Q.    You could be born deaf.

25            Why couldn't you be born deaf?

129

1      A.   How I did get in the military?

2      Q.   I don't know.  Maybe you lied

3  there, too.

4      A.   How could you lie in an exam or a

5  state physical?

6      Q.   I've been in the military Mr.

7  LoGrasso.  I know you how get into the

8  military?

9      A.   I know you've been in the military.

10     Q.   Don't kid me about that.  They'll

11 take anybody, especially in the time when you

12 were going in.

13     A.   It's 1983, it was peacetime.  They

14 take anybody?

15     Q.   They took you.

16     A.   Thank you for the compliment, I

17 appreciate it.

18     Q.   What was your discharge?

19          MR. SCIOLLA:  Object to the form.

20     Asked and answered.

21     Q.   So you basically have been shown

22 now to have said repeatedly that you were

23 deaf since birth, right?

24     A.   I said this in interviews.

25     Q.   Now, apart from interviews, you

130

1    also told a doctor that, too, didn't you?

2         A.   Not that I recall.

3         Q.   Is it fair to assume, Mr. LoGrasso,

4    that you would not lie to your doctors about

5    your condition?

6         A.   I have hearing loss.

7         Q.   But you would not lie to them,

8    would you?

9         A.   No.

10        Q.   I mean you want to get treated

11   accurately, don't you?

12        A.   Yes, sir.

13        Q.   And you know you can't get treated

14   accurately unless you tell them the truth

15   about your condition?

16             MR. SCIOLLA:  Object to the form.

17        A.   About my condition, yes.

18             (LoGrasso Exhibit 9, Medical

19             records, Bates Nos. Smith020516_00031

20             through Smith020516_00040, marked for

21             identification, this date.)

22        Q.   Showing you what's been marked as

23   Exhibit 9, Mr. LoGrasso, which comes out of

24   your medical records from Dr. Smith.  And if

25   I could, sir, I would direct your attention

131

1    to page 3 of this document, under the last

2    paragraph on page 3.

3           Am I correct that what the doctor's

4    note states is "Congenitally deaf on left,

5    severe loss on right"?

6           Is that what your doctor's own note

7    states?

8        A.   I'm reading it.

9        Q.   Is that what they say, do you know

10   what that means?

11       A.   That I'm deaf on the left and

12   severely lost on the right.

13       Q.   Do you know what "congenitally

14   deaf" means?

15       A.   I can't hear nothing out of the

16   left.

17       Q.   No.  Did you tell the doctor you

18   had been death since birth?

19       A.   No.  I just don't hear good out of

20   the ear.

21       Q.   And there is a note that is made in

22   May of 2012.  This is way before your

23   lawsuit, right?  At the top right it says

24   "May 2012."

25       A.   Right.

132

1    Q.   And then when you went back after

2  this lawsuit --

3         (LoGrasso Exhibit 10, Medical

4       records, Bates Nos. Smith020516_00002

5       through Smith020516_00006, marked for

6       identification, this date.)

7    Q.   Showing you what's been marked as

8  Exhibit 10.  This is the same Dr. Smith,

9  isn't it, that this is addressed to, from

10  Jennersville Neurology Center, do you see

11  that?

12    A.   Jennersville.

13    Q.   Jennersville at the top there?

14    A.   Yes.

15    Q.   Did you go to Jennersville

16  Neurology?

17    A.   Yes.

18    Q.   And you went there after this

19  lawsuit was brought, right?

20         That's March of 2015 --

21    A.   Yes.

22    Q.   -- two months after you brought

23  this lawsuit, right?

24    A.   Yes.

25    Q.   Knowing that you have to

133

1    demonstrate some kind of symptoms to support

2    your brain injury claim, right?

3              MR. SCIOLLA:  Object to the form,

4         argumentative.

5         Q.   You know that by then, don't you?

6    You know it by then.  You are trying to show

7    that you have symptoms associated with the

8    injuries that you're claiming in the lawsuit,

9    right?

10             MR. SCIOLLA:  Object to form.

11        A.   This was when I could get an

12   appointment to see a neurologist.

13        Q.   Two months after your suit?

14        A.   I was getting everything done,

15   because I was going by what Dr. Smith had

16   said, so this is where he referred me.

17        Q.   And when you go to this

18   Jennersville, you tell them --

19             MR. McDEVITT:  Strike that.

20        Q.   If you look at the History of

21   Present Illness on the second page, it says,

22   "Mr. LoGrasso is a 50-year-old man referred

23   by Dr. Smith for evaluation of headaches and

24   head trauma.  He has some difficulty giving a

25   concise history."  And then it goes on to

134

1    state that you were "A former WWE wrestler,

2    completely stopped wrestling only five months

3    ago.  He attributes most of his problems to

4    consequences of his wrestling career spanning

5    almost 30 years.  This includes deafness in

6    the left ear, moderate hearing loss in the

7    right ear."  Right?

8           Isn't that what it says?

9       A.   I'm reading it.

10          MR. SCIOLLA:  Can you repeat the

11      question.

12      Q.   And my question, Mr. LoGrasso, is

13   whether you told the Jennersville folks that

14   your deafness issue you associated with your

15   wrestling career.

16      A.   Yes, I did tell them that.

17      Q.   So after the lawsuit, you weren't

18   telling them that you were deaf since birth,

19   you were selling them that it was associated

20   with your wrestling career?

21          MR. SCIOLLA:  Object to the form.

22      A.   I told -- he asked me how this

23   happened, and I said repeated blows to the

24   head and that I had, this had gotten worse

25   and worse during my wrestling career.

135

1    Q.   Did you tell him that you had

2    previously made statements to the effect that

3    you had been deaf since birth?

4    A.   No.

5    Q.   This also goes on to state, you

6    told him, this doctor, whoever he is --

7    Handler, Dr. Handler, that you did not recall

8    having any significant post-concussive

9    symptoms during your career, do you see that?

10   A.   I was not educated on what they

11   were, so I didn't know what I was -- I was

12   finding out as I was going along what was

13   going on with me.

14   Q.   Well, he says, "He did not recall

15   having any significant post-concussive

16   systems during his career, such as loss of

17   consciousness, prolonged headaches, nausea,

18   balance problems or memory loss."

19           That's what he says, right?

20   A.   That's what it says there.

21   Q.   And that's what -- you claim those

22   things now, the prolonged headaches --

23   A.   That's what I'm suffering from, and

24   that's what I didn't know what was going on,

25   because I wasn't educated on what was

136

1    happening.  So it was the doctors telling me

2    what is going on, and then I told him what

3    was happening.  And now I know what

4    everything is, I put everything together.

5    But during this time I'm finding out like

6    everybody else, I'm finding out what is wrong

7    with me.

8         Q.   This was all done after you filed

9    the lawsuit where you had listed all the

10   symptoms, supposedly, of head injuries.

11        A.   This is all of what --

12        Q.   You knew the symptoms of the head

13   injuries by the time you went to the doctor,

14   didn't you, and filed a lawsuit about it;

15   isn't that true?

16        A.   Say that one more time.

17        Q.   You already filed a lawsuit where

18   you claimed a symptomatology of head injuries

19   in the lawsuit that you claimed and filed in

20   a Federal court, so you knew the symptoms by

21   the time you went to this doctor.

22        A.   I was getting checked out.

23        Q.   And you report to him you didn't

24   have any prolonged headaches, according to

25   what he says, and that you didn't have any

137

1     significant post-concussion symptoms during

2     your career, which he says only ended a short

3     time ago.

4           MR. SCIOLLA:  Object to the form

5      and characterization.

6      Q.    Right?

7      A.    I can't speak for the doctor's

8     notes.

9      Q.    Do you have some reason to think

10    they don't reflect what you told him?

11     A.    This is what is his observation,

12    and I'm telling you what I was going through.

13     Q.    And he's basing his --

14           MR. McDEVITT:  Strike that.

15     Q.    Do you agree that every symptom you

16    claim is a subjective symptom?

17           MR. SCIOLLA:  Object to the form.

18     A.    If you could say that one more

19    time.

20     Q.    Every symptom you now claim is

21    subjective, right?

22           MR. SCIOLLA:  Object to the form.

23     A.    "Subjective" meaning?

24     Q.    You claim you have headaches, but

25    it can't be verified.

138

1          A.    What headaches are there?

2          Q.    You claim it, but they can't be

3    objectively verified, right?

4                MR. SCIOLLA:  Object to the form.

5          A.    Objectively verified that they

6    wanted to stick needles in my head to give me

7    relief.  They put me on medication.

8          Q.    Well, they've given you three MRIs,

9    haven't they?

10         A.    I believe I've taken three MRIs.

11         Q.    And every one of them showed your

12   brain was perfectly normal, didn't they?

13               MR. SCIOLLA:  Object to the form.

14         A.    That's not what I was told.

15         Q.    Who told you otherwise?

16         A.    A doctor never told me my brain was

17   perfectly normal.

18         Q.    Did he tell you your MRIs were

19   unremarkable?

20         A.    The doctor told me that I had

21   things wrong with me.

22         Q.    What did he tell you about the

23   MRIs?

24         A.    He said that there was, the MRIs

25   that I took, he said that there was some

139

1   brain issues.

2          Q.    Who, who told you that?

3          A.    Dr. Handler.

4          Q.    Dr. Handler.

5          A.    He's the one who looked at the

6    MRIs.

7          Q.    And did he actually show you the

8    MRIs?

9          A.    No.

10         Q.    And what did he tell you the MRIs

11   showed?

12               Did he identify what the brain

13   issue was?

14         A.    He said that I had brain trauma.

15         Q.    What did he say he saw on the MRIs

16   that would verify that you had brain trauma?

17         A.    He was telling me that I had brain

18   trauma.  That's what I -- that's what I

19   interpreted.

20         Q.    Well, you told him you had brain

21   trauma, didn't you?

22         A.    And he told me that I had brain

23   trauma, and he told me that he sent me for

24   the MRIs.  I went to do the tests.  They put

25   me on medication.  He told me, you do have

140

1    some, you know, concussion, CT, concussion

2    syndrome.  He told me these things, so.

3         Q.   Did he tell you the MRI was a

4    negative study?

5              Did he tell you you have a normal

6    head brain?

7         A.   He gave me three MRIs.  He said the

8    first one came out normal.

9         Q.   And what about the other ones?

10        A.   I don't recall what he said on the

11   other ones.

12             (LoGrasso Exhibit 11, Brandywine

13        Hospital medical records, Bates Nos.

14        Brandywine050416_000020 through

15        Brandywine050416_000083, marked for

16        identification, this date.)

17        Q.   I'm handing you one of the MRI

18   reports, Mr. LoGrasso, and if you would turn

19   back to page, and it's on the bottom

20   right-hand corner, number 34.

21             Do you see the line that says,

22   "Impression"?  It should midway down on page

23   34.  You see "Impression"?

24             MR. McDEVITT:  For the record, I'm

25        just putting a little arrow next to it

141

1     on the exhibit.

2          THE WITNESS:  Thank you.

3     Q.   Do you see the, under the word

4     "impression" it says "Negative study"?

5     A.   Right.

6     Q.   And then if you would leaf back a

7     couple more pages to the one that says "68"

8     on it.

9     A.   You said "68," right?

10    Q.   68 on the bottom right.

11         Have you found it?

12    A.   68.

13    Q.   Do you see the category "Finding"?

14    A.   Got it.

15    Q.   First one is for hemorrhage.  It

16    says, "No intercranial hemorrhage," right?

17    A.   I see that.

18    Q.   The next one says, "Brain

19    unremarkable, no significant white matter

20    disease, no edema," correct?

21    A.   Uh-huh.

22    Q.   Next one for, ventricles,

23    "Unremarkable, no hydrocephalus."

24         Next one, "Bones, no acute

25    fracture.  Sinuses, unremarkable, mastoid ear

142

1    cells unremarkable."

2         And what does it say under

3    "Impression"?

4         A.   "Normal."

5         Q.   "Normal head brain," right?  Is

6    that what he told you?

7              MR. SCIOLLA:  Objection.  Who?

8              MR. McDEVITT:  The doctor.

9              MR. SCIOLLA:  The --

10             MR. McDEVITT:  Either doctor.

11        Q.   This was done on March of 2015,

12   after your lawsuit, sir.

13             Did he tell you after you filed

14   your lawsuit that the MRI showed you had a

15   normal head brain?

16             MR. SCIOLLA:  Object to the form.

17        This is the CT scan.

18        A.   He didn't tell me this.

19             MR. McDEVITT:  I stand corrected.

20        Q.   Did you get told that this CT scan

21   shows you had a normal head brain?

22        A.   I don't recall him telling me this.

23        Q.   Does it give you comfort to know

24   that now?

25             MR. SCIOLLA:  Object to form.

143

1    Q.   Does it give you comfort to know

2  that now?

3    A.   I still deal with my headaches

4  every day.

5         (LoGrasso Exhibit 12, OpenMRI

6         medical records, Bates Nos.

7         OpenMRI032316_000002 and

8         OpenMRI032316_000003, marked for

9         identification, this date.)

10   Q.   Showing you what's been marked as

11  Exhibit 12, sir, do you remember being

12  referred to open MRI by Dr. Cavoto?

13   A.   Yes.

14   Q.   And Dr. Cavoto is what?  What kind

15  of doctor?

16   A.   Pain management.

17   Q.   And he referred to you this MRI

18  clinic in April?

19   A.   Yes.

20   Q.   Which is months after you brought

21  your lawsuit?

22   A.   Yes.

23   Q.   And do you see where he says, "Soft

24  tissue swelling over left face likely from

25  recent trauma"?

144

1          A.   I haven't been hit, so I didn't --

2     that's what, that's what they asked me.  He

3     said, what is wrong with your face?

4               I said, nothing.  I haven't been

5     hit or anything.

6          Q.   Why was your face swollen?

7          A.   I don't know.

8          Q.   Did you even know you had a swollen

9     face when you went in to see him?

10         A.   No, I did not.

11         Q.   So you weren't in any fight where

12    you got hit by anybody?

13         A.   No, sir.

14         Q.   Including your wife?

15         A.   No, sir.

16         Q.   What does it say under

17    "Impression"?

18         A.   "Soft tissue swelling over the left

19    face likely from recent trauma.  No

20    significant findings in the brain."

21         Q.   And did you get told that they had

22    made no significant findings in your brain?

23         A.   I wasn't told.

24         Q.   So this is the first time you've

25    learned that?

145

1      A.   This is -- I'm reading this, and

2    all I knew was about the swellings and that I

3    had some trauma on the face.

4      Q.   Well, you knew you were going for

5    an MRI, didn't you?

6      A.   Yes.

7      Q.   Didn't they tell you the results of

8    the MRI?

9      A.   Basically they just -- they didn't

10   tell me this part.

11     Q.   So you go for an MRI, and you don't

12   say to them, well, what did it show about my

13   brain?

14     A.   They didn't say I was normal.

15     Q.   Well, what did they say?

16     A.   I don't recall what they told me.

17     Q.   Do you have some reason to think

18   they would have told you anything other than

19   what the findings are on the MRI report, that

20   it was a normal brain?

21          MR. SCIOLLA:  Object to the form.

22     Q.   Are you comforted by the fact that

23   those objective tests don't show anything

24   wrong with your brain?

25          MR. SCIOLLA:  Object to the form.

146

1     A.   Sitting here reading it like you

2     are.

3          Q.   Does it make you feel better to

4     know that there's nothing wrong with your

5     brain?

6               MR. SCIOLLA:  Object to the form.

7          A.   It doesn't make me feel better,

8     because I still have other problems.  I still

9     have the headaches and I still have things

10    that are wrong with me And still have the

11    other stuff that I deal with.  There is

12    something going on up there.

13         Q.   Do you think everybody who gets

14    headaches has brain damage?

15              MR. SCIOLLA:  Object to the form,

16         calls for medical opinion.

17              You can answer.

18         Q.   Does your wife get headaches?

19         A.   Does what?

20         Q.   Does your wife get headaches?

21         A.   Does she get headaches?  I guess.

22    I'm not sure.

23              MR. SCIOLLA:  Jerry, if you're

24         going to switch topics if we can take a

25         break for a little bit; but if you are

147

1       still going on with this line, I can

2       wait a little bit.  I just have to go to

3       the bathroom.

4            MR. McDEVITT:  What time do you

5       guys want to break for lunch?  You want

6       to do it now?

7            MR. SCIOLLA:  If it's a good time

8       for you.

9            MR. McDEVITT:  That's fine, we do

10      it now.  Why don't we get back at 1:15

11      then.

12           MR. SCIOLLA:  Great, perfect.

13           THE VIDEOGRAPHER:  The time is

14      1:15.  We're off the record.

15          (Lunch recess taken at 11:15 p.m.)

16

17

18

19

20

21

22

23

24

25

148

1        A F T E R N O O N   S E S S I O N

2            (Time noted:  1:13 p.m.)

3            (LoGrasso Exhibit 13, Plaintiff

4        Vito LoGrasso's Supplemental Objections

5        and Responses to Defendant World

6        Wrestling Entertainment, Inc.'s First

7        and Second Set of Interrogatories,

8        marked for identification, this date.)

9            THE VIDEOGRAPHER:  The time is

10       1:13 p.m.  Back on the record.

11   V I T O    L O G R A S S O,   resumed.

12   EXAMINATION (Cont'd.)

13   BY MR. McDEVITT:

14       Q.   Mr. LoGrasso, you understand you

15    are still under oath?

16       A.   Yes, sir.

17       Q.   And did you discuss your testimony

18    at lunchtime with anybody?

19       A.   No, sir.

20       Q.   I want to begin by clarifying

21    something I think I know the answer to, based

22    on your testimony this morning, but we will

23    start with, do you have Exhibit 1, the

24    complaint there, sir?  The very first one I

25    gave you, this one.

149

1    And if you would start there by

2    finding, if you will, paragraph 134, on page

3    37.

4    Do you see --

5    A.    Right there.

6    Q.    And that paragraph, if you take a

7    minute and read that for a minute.

8    A.    Read 134?

9    Q.    Yes, sir.  Just read that to

10   yourself for a minute.

11   A.    Okay.

12   Q.    Now, is that paragraph intending to

13   describe the match with Mr. Regal we've been

14   talking about this morning where you got

15   thrown in the metal steps?

16   A.    Yes, I believe so.

17   Q.    Now, just for a minute, I want to

18   clarify.

19   If you would look at the

20   interrogatory, the new exhibit I just gave

21   you.

22   A.    This one?

23   Q.    Yes, that one underneath that one.

24   First of all, that's Exhibit 14.

25   And if you look at the back page, sir, am I

150

1    correct, that's your verification where you

2    signed the --

3              MR. SCIOLLA:  13, right?

4              MR. McDEVITT:  14.

5         Q.   What number do you have?

6         A.   13.

7         Q.   Exhibit 13, I'm sorry.  You signed

8    a verification attesting that the answers in

9    that were true and correct, to the best of

10   your belief, right?  On the last page?

11        A.   I see my signature.

12        Q.   Okay.  And what does it say above

13   that?

14        A.   Okay.

15        Q.   Would you read out loud what it

16   says?

17        A.   It says, "I, Vito LoGrasso, duly

18   sworn, hereby verify that I have reviewed the

19   above supplemental objections and responses

20   to WWE's first set of interrogatories --

21   interrogatories and requests for production.

22   And they are true, accurate and complete, to

23   the best of my knowledge."

24        Q.   All right.  Now would you look,

25   sir, to the answer that was given to

151

1    interrogatory number 9 on page 9.

2         This one.  Okay.

3    A.    Thank you, sir.

4    Q.    And while you're reading, that

5    basically asks you to identify the locale of

6    the match that was referenced in paragraph

7    134, the prior document that we talked about,

8    the Regal match, okay?  And if you would just

9    take a minute and read your answer there.

10   A.    Okay.  I read it.

11   Q.    In paragraph 134 the date of that

12   match is said to be September of 2006, and

13   then in your interrogatory answers, which you

14   have verified, it seems to be correcting that

15   date to October 10th; am I correct?

16   A.    There's two different dates.

17   September 6, that's one date.

18   Q.    But it's asking you where, under

19   paragraph, it's asking you about where

20   paragraph 134 took place, and your answer

21   indicates that perhaps the September date was

22   wrong and October 10th is the day of the

23   match.

24        Am I understanding that correctly?

25        MR. SCIOLLA:  Yes, and I'll

152

1       stipulate on the record that more

2       information became available and they

3       are discussing the same exact incident,

4       just a new date and location was found.

5            MR. McDEVITT:  So the date is

6       October 10th?

7            MR. SCIOLLA:  Correct.

8            MR. McDEVITT:  And the reason I'm

9       confused.  There is one more document

10      that we will go through just to get

11      clarification, and maybe you can verify

12      this, too.

13           MR. SCIOLLA:  Sure.

14           MR. McDEVITT:  Mark this.

15           (LoGrasso Exhibit 14, Plaintiffs'

16      Evan Singleton and Vito LoGrasso's Brief

17      in Opposition to Defendant World

18      Wrestling Entertainment, Inc.'s Motion

19      for Reconsideration of March 21, 2016

20      Order with Respect to Singleton and

21      LoGrasso v. World Wrestling

22      Entertainment, Inc., marked for

23      identification, this date.)

24      Q.   I've handed you what's been marked

25      as Exhibit 14, and if I can, sir, I will just

153

1  turn -- this was recently filed with the

2  court.  And in this document, beginning on

3  page 8, at the bottom, if you look, it is

4  describing a match you had with Regal, but

5  now it goes back to the September date.

6         Do you see that, is that an error

7  on your part?

8         MR. SCIOLLA:  That is an error.  I

9      don't know if it was reliance on the

10      complaint.

11         MR. McDEVITT:  That's what I

12      figured, but I wanted to make sure.

13      Q.  So that the date you claim that

14  match occurred that you described this

15  morning as hitting your head and the

16  headaches follow and all the rest of it is

17  the October 10th date; am I correct?

18         MR. SCIOLLA:  That is correct,

19      counsel.

20      Q.  And if we could, sir, go back to,

21  in terms of the I-rog answers?

22         MR. SCIOLLA:  13 or 14?

23         MS. LACY:  Exhibit 13.

24         MR. SCIOLLA:  Thanks.

25      Q.  In your answers to interrogatory

154

1     number 1, on page --

2          A.   13.

3          Q.   Yes.  I'm focusing on your answer

4     to interrogatory number 1 here.

5          A.   All right.

6          Q.   Which asks you to identify all the

7     dates on which you claim to have suffered a

8     TBI while you performed for WWE or any other

9     wrestling organization, persons involved in

10    any matches in which each injury occurred,

11    the location or venue where each injury

12    occurred and how each such injury occurred."

13              And am I correct, sir, that the

14    only ones you identified specifically are the

15    five matches you identify there beginning at

16    the bottom of page 4 and going over to the

17    top of page 5?

18         A.   Yes, sir.

19         Q.   And that includes the October 10th

20    match with Mr. Regal we've been talking

21    about, as well as a different September match

22    with Mr. Regal, and apparently an August

23    match with Mr. Regal, correct?

24         A.   Yes, sir.

25         Q.   And that was all in the program you

155

1   were running with him?

2        A.   Yes, sir.

3        Q.   In terms of the wrestling

4   vocabulary, what does the term "selling" mean

5   to you?

6        A.   Selling?

7        Q.   Yes.

8        A.   Selling means when somebody does

9   something offensive to you, you register it.

10       Q.   In other words, if I, if I make a

11  move that is designed to look like I punched

12  you, you sell it by having your head move

13  back or some such thing; is that fair?

14       A.   Yes, sir.

15       Q.   And do you also often like a

16  wrestler purports to kick you in the leg, for

17  example, you sell that by indicating you're

18  injured?

19       A.   Right.  Yes, sir.

20       Q.   So it's a lot of different aspects

21  to the performance to make it look real, but

22  it's really not hurting you, it's just you're

23  selling the idea of injury just as part of

24  the match, right?

25       A.   When you sell something, it's to,

156

1   it's to the point where you are struck and

2   you're selling it for the crowd.  There are

3   some instances where the impact gets a little

4   bit too rough or it comes too forceful, but

5   sometimes you really sell it like for real,

6   like real life, like hey, man, I got hurt, I

7   got stung, you hurt me.

8          So to wrestling people who don't

9   know, you do sell the moves and you do sell

10  them when they're coming in.  There are times

11  when the, when you get hit that with so much

12  force that you sell them like it's a real

13  life shot, like you just explained, and, you

14  know, that's selling.

15      Q.   You used the term in your answer,

16  potato.

17      A.   Right.

18      Q.   By "potato," is that wrestler

19  parlance for when somebody hits you really

20  when they're not supposed to hit you?

21      A.   Yes, Mr. McDevitt, that is a

22  potato.

23      Q.   And that's sort of a mistake that

24  does happen, but it's not really intended,

25  right?

1    A.   Well, Mr. McDevitt, you know as

2  well as I do the first one is okay, the

3  second one is okay.  The third one I'm going

4  to give you a receipt.

5    Q.   And what's the receipt mean?

6    A.   I'm going to give you one for every

7  two potatoes you give me.

8    Q.   So am I understanding, there is

9  sort of an unwritten code among wrestlers

10  that you aren't supposed to be trying to hurt

11  me; and if you do, I'm going to hurt you

12  back?

13    A.   Yes, sir, you are correct.

14    Q.   But again, we talked about this

15  morning if you are doing a program with

16  Steven Regal, you and he want to both be able

17  to perform the next night, right?

18    A.   We would like to.

19    Q.   And so the idea is not to hurt each

20  other and put on a good show?

21    A.   That is the idea.

22    Q.   Now, I'm curious how you picked

23  these five matches.

24       Did you go through every match you

25  had at WWE and pick these matches?

158

1      A.   No, sir.  Those were the ones that

2   were most memorable, where I actually endured

3   some head shots, where I really did not know

4   what the hell was going on.  And I got, as

5   you said, potato, or I got stiffed or I got

6   my bell rung.

7      Q.   So these in your mind are the most

8   significant indications of performances you

9   gave at WWE during your last run that

10  resulted in traumatic brain injuries?

11     A.   These are the ones that stick out

12  the most in my mind.

13     Q.   And you were trying to be thorough

14  when you did this, correct?

15     A.   Excuse me?

16     Q.   You were trying to be thorough when

17  did you this, I assume?

18     A.   Well, to know which matches, the

19  ones that I know I got rocked, I got my bell

20  rung, yes, I was trying to be as thorough as

21  possible.

22     Q.   And so then is it safe to assume

23  that there were many more matches that you

24  didn't feel you got rocked, in your parlance?

25     A.   Yes, sir, other matches where I

159

1    feel like I did not get rocked or I did not

2    get as severely hit as I did in these

3    matches.

4        Q.   In fact, there are far more matches

5    not listed than are listed, correct?

6        A.   Yes, sir.

7        Q.   Now you don't purport to list

8    matches elsewhere where you may have received

9    a TBI; is that correct?

10           MR. SCIOLLA:  Object to the form.

11       A.   They're not listed anywhere else,

12   no, sir.

13       Q.   If you had to list those, could you

14   do that?

15           Let me put it another way.  Aside

16   from WWE, aside from your time in WWE, when

17   you were performing for other organizations,

18   what is the most significant match you recall

19   being in where you got rocked, in your

20   parlance?

21       A.   I couldn't say off the top of my

22   head.  I don't recall.

23       Q.   Were there any?

24       A.   Probably there were, you know, but

25   I mean I've had a lot of matches.

1    Q.   I know you have.  And you've had a
2    lot of hard core matches, too, haven't you?
3    A.   Not for a very long time.
4    Q.   I know you haven't had it for a
5    long time, but when you were a performer you
6    had a lot of hard core matches, didn't you?
7    A.   Yes, I had hard core matches.  But
8    to the extent of what you're saying when you
9    brought up ECW and you brought up the
10   extreme, I know a lot of people are not
11   wrestling people.
12        ECW is a very strong and very
13   violent organization and they carry
14   themselves to be, you know, over the top.  So
15   when you're doing over-the-top stuff, you
16   know, that's good, because some of the
17   wrestlers did not know how to wrestle
18   conventionally, like Mr. McDevitt explained.
19   And conventional wrestling is where I was at
20   my best and, you know, for the guys who
21   needed to do the hard core stuff, they did
22   it.  When you were asked to participate in
23   this type of wrestling, that's where you were
24   asked to do a little bit more and give your
25   heart and soul to the team.

1    So conventional wrestling in ECW, I

2   did a majority of those matches, and then I

3   was asked to slide over into the hard core

4   matches with, you know, with different guys,

5   like I'll just say when I did Da Baldies.

6    And then when I was in WCW I was a

7   conventional wrestler.  As you know, I

8   wrestled tag team and then I wrestled as

9   singles.  Then I went into the hard core

10   division because they asked me to, and then I

11   did my little stuff, I did my programs and

12   then I left the hard core division.

13    So it wasn't that I did it every

14   day.  I did it for small periods of time.

15   And, you know, being in the wrestling

16   business, Mr. McDevitt, you make your way

17   through the wrestling ranks being a good

18   solid wrestler, a guy that doesn't hurt

19   anybody.  You take care of your guys.  And as

20   you say, as you're saying, there it's the

21   code, and that's the way it goes.  Getting a

22   potato, you take one, you take two, you might

23   a third.  On the third one you might give it,

24   hey, lighten up.  Hey, give me a break.  Hey,

25   take it easy.

162

1        But if the guy doesn't register the

2    first one he gave and he give you a second

3    one, he automatically knows there's a code

4    and you say, hey, calm down.  So I hope that

5    was the best way I can explain it.

6        Q.   I appreciate your answer, but using

7    a distinction you made, mat wrestling has

8    meaning, doesn't it?

9        A.   It's gone.

10        Q.   You were a good mat wrestler,

11    weren't you?  That's sort of what you were

12    just saying and you consider yourself skilled

13    in that craft?

14        A.   Yes.

15        Q.   Holds and submission holds and all

16    of those sorts of things?

17        A.   Yes, sir.

18        Q.   But then going back to your days in

19    ECW and WCW, you did a lot of matches with

20    Terry Funk, didn't you?

21        A.   I did.  I ran a small program with

22    Terry Funk that may have lasted three weeks,

23    where we took the belt off him in one segment

24    on a mitral entity I came back and I beat him

25    in a singles on a Monday Night Nitro.

163

1      Q.   These were hard core matches,

2   weren't they?

3      A.   Right, for the title.

4      Q.   He's kind of a legendary hard core

5   performer, isn't he?

6      A.   Yes, sir, he is.

7      Q.   He does tables, garbage cans,

8   chairs.

9      A.   He is the man.

10      Q.   You are going to get hit with

11   everything when you perform with him, aren't

12   you?

13      A.   When he hits you, he hits you.  You

14   couldn't see, he hits you.

15      Q.   Let's do this, Mr. LoGrasso.  We

16   prepared a little reel here of you in ECW and

17   WCW.  And I want you to look at this and tell

18   me whether it's depicting shots that you took

19   when you performed in WCW and ECW.  And I

20   think you will be able to identify where they

21   come from, both by the visual sight that

22   tells you it's a the logo and Tony Chavonne,

23   his voice, for example, was a commentator for

24   WCW.

25             So I think what you are about to

164

1    watch, none of it is from WWE.

2         MR. SCIOLLA:  Just so I understand.

3    It's a collection of videos or it's one

4    video?

5         MR. McDEVITT:  No, it's a

6    collection from different matches.

7         MS. LACY:  It's clips, from the

8    different matches from ECW and WCW.

9         MR. SCIOLLA:  You guys created this

10   yourself?

11        MS. LACY:  Yes.

12        MR. McDEVITT:  From the films, yes.

13   And we have a copy of what we are going

14   to show you.

15        Hang on just one minute here.

16        (LoGrasso Exhibit 15, CD labeled,

17   "LoGrasso Headshots Received-Full Reel,"

18   marked for identification, this date.)

19        MR. McDEVITT:  Start now.

20        (Video played.)

21   Q.   Do you agree, Mr. LoGrasso, that

22   that film depicts you being hit on the head

23   with various objects?

24        MR. SCIOLLA:  Object to the form.

25   A.   I'm sorry.

165

1          MR. McDEVITT:  What's the

2      objection?

3          MR. SCIOLLA:  Do you want me to

4      speak all of my objections?

5          MR. McDEVITT:  You said it's a form

6      objection.  What is wrong with the form.

7          MR. SCIOLLA:  The form is that

8      you're generalizing and being vague and

9      lumping all of those into one question,

10     many different events that you depicted

11     in this creation of yours.  So some

12     seems like it was hit on the head and

13     some others not.

14     Q.   Do you agree, Mr. LoGrasso, that

15   that video you just saw depicts you being hit

16   on the head with various objects?

17         MR. SCIOLLA:  Same objection.

18     A.   In that video I saw, a lot of the

19   stuff was choreographed, and a lot of the

20   stuff I did get hit on the head with objects.

21     Q.   You got hit on the head with

22   garbage cans, correct?

23     A.   I saw a garbage can, yes.

24     Q.   Steel chair?

25     A.   I saw s steel chair.

166

1      Q.    Candlestick?

2      A.    I saw a candlestick.

3      Q.    Thrown into steel walls.

4      A.    I saw the wall.

5      Q.    Laying under a garage, Terry Funk

6   hits you full bore with a chair right in the

7   top of the head?

8      A.    Thank God, he hit the top of that

9   steel door.  I don't think I'd be here with

10  that one.

11     Q.    You're claiming he didn't hit you

12  in the head?

13     A.    Not that time.

14     Q.    Did you see the other ones where

15  you lean in and take a full head shot from a

16  chair?

17     A.    I've seen myself and my head down.

18     Q.    And did you see the chair bending

19  when it hits your head?

20     A.    I saw that, sir.

21     Q.    Did that hurt when that happened?

22     A.    I would say that it stung.  And

23  when you're wrestling, when you're wrestling

24  like that, you know, your body is like you

25  become programmed to absorb that.  And you

167

1    know, Mr. McDevitt, like you brought out a

2    few terms, and you said it's a badge of honor

3    and a code, and you're not trying to hurt

4    each other.  And also there's a code

5    backstage that you know of is that you don't

6    complain, you don't open your mouth, and

7    you're a tough guy and you got to take it.

8    And if you complain, you go home, and if you

9    complain, you lose your job.

10           And I'm just speaking as a code and

11   not anything else, that's aside from civilian

12   life, but the wrestling life.  And there are

13   certain things you follow and there are

14   certain rules that you follow; and when you

15   live that life, that's the way you live your

16   life.  And sometimes, you know, you really

17   don't take into consideration things, and you

18   don't realize things as you're going through

19   them; but it's later on that you realize what

20   you did and what you went through, and you

21   deal with the results of what your actions

22   were.  You know, in my case, banging against

23   my head and stuff I deal with today, but

24   that's the best way I answer it, you know, in

25   terms of what you would understand; but not

168

1   these people here, but you would understand

2   it.

3        Q.   I understand you to be claiming

4   you're suffering a consequence of voluntary

5   actions that you took.

6             That's basically what you're

7   saying, isn't it?

8             MR. SCIOLLA:   Object to the form.

9        Q.   Nobody forced you to do any of

10   that, did they?

11        A.   It was part of the script.

12        Q.   Well, you work some of that out

13   with the wrestlers, don't you?

14        A.   You work it out with the wrestlers,

15   and you work it out with the agents.

16        Q.   And if you didn't want to do it,

17   you were free to tell them, I'm not going to

18   take a chair shot to the head unprotected.

19             Let me ask you this:  Did you ever

20   tell any of those people, when you were

21   working through your matches beforehand, I'm

22   not taking the chair shots, I'm not.

23             Did you ever tell anybody that?

24        A.   You're asking me to the tell the

25   truth, yeah.

169

1    Q.   Who?

2    A.   Mr. McDevitt --

3    Q.   On those shots that you just saw,

4    which one of them?

5    A.   No, no, you asked me --

6    Q.   No, I'm asking about that film that

7    you saw.  Don't tell me what I'm asking you,

8    I'm asking you now.

9    A.   No, I don't --

10   Q.   You're going to answer my

11   questions.

12   A.   I'm answering your question.

13   Q.   My question is, on the shots you

14   just saw --

15   A.   I am answering your question, the

16   first one.

17   Q.   What's my question?  I didn't ask

18   that question.  I withdraw that question.

19        Here's my question:  On the shots

20   you just saw of all those wrestlers hitting

21   you on the head, the one you just saw, did

22   you tell any of them that you did not want to

23   do that?

24   A.   Of those shots to the head, I did

25   not say that I did not want to do it.

170

1            But the previous question was --

2       Q.   I'm not talking about the previous

3   question.

4       A.   You asked me --

5       Q.   That's the only answer I need, the

6   answer to that question.

7            MR. SCIOLLA:  Let the witness

8       answer.

9            MR. McDEVITT:  I'm not asking

10      another question.  That was the question

11      I asked.

12           MR. SCIOLLA:  He's not done with --

13           MR. McDEVITT:  I'm entitled to

14      answers to the questions I ask, not the

15      ones he poses.

16           MR. SCIOLLA:  He answered the

17      question.

18           MR. McDEVITT:  No, he's going to a

19      previous question.

20           MR. SCIOLLA:  You're not entitled

21      to tell him when he's done with his

22      answer.

23           MR. McDEVITT:  I'm entitled to a

24      witness that doesn't evade answers.

25           He answered my question, I'm on to

171

1        the next one.

2              MR. SCIOLLA:  You can wait until

3        he's done.  He's given you the courtesy

4        of listening to your questions.

5              MR. McDEVITT:  I'm not going to sit

6        here while he does open field running on

7        answering things that haven't been asked

8        him.

9              MR. SCIOLLA:  Maybe you have some

10       better questions.

11             MR. McDEVITT:  The problem isn't

12       with the question, it's with the

13       answers.

14             MR. SCIOLLA:  Okay, if you say so.

15       Q.   It's pretty straightforward.

16             Did you tell anybody on that film

17   not to hit you on the head?  That's about as

18   straightforward a question as you can get.

19   It's either yes or no.

20             MR. SCIOLLA:  Now that you've

21       revised it four times.

22             MR. McDEVITT:  I didn't revise it.

23             MR. SCIOLLA:  Yes, you did.

24             MR. McDEVITT:  No, I didn't revise

25       it.

172

1    Q.   Let me ask you this, Mr. LoGrasso:

2    Were you forced to hit people on the head?

3    A.   No, I was not forced to hit people

4    on the head.

5    Q.   Did you take garbage cans and smash

6    them over people's heads in the ECW and WCW?

7    A.   Sorry?

8    Q.   Did you take garbage cans and

9    chairs and foreign objects and hit people

10   over the head in ECW and WCW?

11   A.   Those are the types of matches I

12   was in.

13   Q.   So you did to others exactly what

14   we saw being done to you, right?

15   A.   Right.  And if there was something

16   that somebody did not like or did not want to

17   do, I did not do it.  And if I was asked if I

18   wanted to do something, I did not do it, and

19   I told the people I didn't want to do it.

20        So there was an instance where

21   somebody did not want to do something, you

22   didn't do it.  If somebody asked me to do

23   something and I didn't want to do it, there

24   is nobody on God's green earth is going to

25   make me do it.

173

1    Q.   So from your answer, then, I take

2  it you wanted to do everything we just saw?

3    A.   I did what was asked of me.

4    Q.   Well, you just said nobody on God's

5  green earth would make you do it, if you

6  didn't want to do it.

7    A.   That's right.  This was my job, but

8  I did what was asked of me.

9    Q.   And did you just say, nobody could

10 have made you do that, if you didn't want to

11 do it?

12       That's what you just said, isn't

13 it?

14   A.   I was answering your first

15 question.

16   Q.   Now --

17       MR. McDEVITT:  Let's play the --

18       (Discussion off the record.)

19       MR. McDEVITT:  I'm going to

20   condense that prior tape.

21       MS. LACY:  Can you please play the

22   top five clip, please.

23       (LoGrasso Exhibit 16, CD labeled,

24   "LoGrasso Top Hits-Received," marked for

25   identification, this date.)

174

1          MR. McDEVITT:  Mr. LoGrasso, we are

2     going to mark as 16.  This is another

3     video compilation.  Most of what you are

4     going to see on this one, if not all,

5     you've seen in the longer one, but these

6     are I think five specific shots I want

7     to ask you questions about.

8          THE WITNESS:  Yes, sir.

9          MR. SCIOLLA:  Just for

10    clarification, these are all still WCW?

11         MS. LACY:  Yes.  They are all from

12    WCW or ECW, and they are all contained

13    in the former reel.

14         MR. SCIOLLA:  Got you.

15         (Videotape played.)

16    Q.   You saw again that shot, Terry Funk

17    hitting you with the chair, right?

18    A.   Uh-huh.

19    Q.   And you reached up and grabbed your

20    head, right?

21    A.   Uh-huh.

22    Q.   Again, you have to respond

23    verbally, because he can't --

24    A.   I'm sorry.

25    Q.   Yes or no?

175

1      A.   I'm sorry.  Yes, I saw the tape.

2      Q.   And are you saying that he really

3  didn't hit you on the head?

4      A.   He did not hit me on the head, he

5  hit the door.

6      Q.   So when you reached out to hold

7  your head, was that selling?

8      A.   Yes.

9      Q.   So you're faking getting hit on the

10 head?

11     A.   Yes.

12     Q.   So somebody watching that wouldn't

13 know whether you are faking or whether you

14 are selling, right?

15     A.   Right.  They would believe that I

16 got hit on the head.

17     Q.   And that's the whole idea, right?

18 So if somebody sitting ringside or anybody

19 watching that would think you didn't get hit

20 on the head, right?

21          MR. SCIOLLA:  Object to the form.

22     A.   I got hit on the head.  Anybody

23 watching would see I got hit on the head,

24 because I sold it.

25     Q.   And there is other ones you're not

176

1    selling, you're getting flat out smashed on

2    the head with chairs and bend when you get

3    hit, aren't you?

4              MR. SCIOLLA:  Object to the form.

5         A.   I thought I was selling.  Maybe it

6    was a poor job of selling it.

7         Q.   Put it this way:  You're selling,

8    but you're really getting hit on the head.

9    It's not fake, you're getting smashed on the

10   head, aren't you?

11        A.   Yes.

12             MR. SCIOLLA:  Object to the form.

13        Q.   And do you see them bend?

14        A.   Yes, I saw them.

15        Q.   And you saw the one garbage can he

16   hit you with three times and it bends?

17             Did you see stars when that was

18   happening?

19        A.   I don't recall if I saw stars.  It

20   was a long time ago.

21        Q.   Did you go to any doctor after any

22   of those and say, my bell was rung?

23        A.   No.

24        Q.   And you didn't think any of that

25   had any consequence to your health?

177

1    A.    No.  Back then I wasn't educated

2    like I am today.

3    Q.    Let me ask you now, having watched

4    that, sir, with these symptoms that you say

5    you have now, how do you know the symptoms

6    you have now weren't caused by what you just

7    watched on that film?

8         MR. SCIOLLA:  Object to the form.

9    A.    I wasn't educated to what getting

10   hit in the head would do to you later on in

11   life.

12   Q.    I heard that answer.  Now you want

13   to answer the question I asked you?

14   A.    I just did answer the question.

15   Q.    How do you know that the symptoms

16   you're having weren't caused by what you just

17   saw?

18        MR. SCIOLLA:  Same objection to the

19        form.

20   A.    Nobody knows.  I don't know.

21   Q.    Did you sue WCW?

22   A.    No, I did not.

23   Q.    Why not?

24        MR. SCIOLLA:  Object to the form.

25        And to the extent it goes into any

178

1          attorney-client communications as to

2          your decisions on suing and who to sue,

3          I'll instruct you not to answer the

4          question.

5              MR. McDEVITT:  That's coaching the

6          witness.

7              MR. SCIOLLA:  No that's posing an

8          objection.

9      Q.   Why didn't you sue ECW?

10             MR. SCIOLLA:  And I'll instruct you

11         again, to the extent it goes into the

12         attorney-client privilege, don't answer

13         the question.

14     Q.   Do you have a reason, Mr. LoGrasso,

15    you didn't sue WCW?

16             MR. SCIOLLA:  Same objection, same

17         instruction.

18     Q.   Are you going to answer or not?

19             MR. SCIOLLA:  He's asking you if

20         you are going listen to my instruction.

21             THE WITNESS:  I am listening to

22         your objection.

23     Q.   So you are not going to answer my

24    question as to why --

25     A.   My attorney advised me not to

179

1    answer your question, Mr. McDevitt.

2        Q.   No, he advised you not to answer

3    the question if it would disclose

4    conversations you had with him.  I'm not

5    asking you to disclose conversations you had

6    with him.

7            I'm asking you, why you didn't sue

8    WCW?

9            MR. SCIOLLA:  If you have

10           independent knowledge absent

11           communications with your attorneys, then

12           you can answer his question.  If you

13           don't, then tell him that you can't.

14       A.   I did not sue WCW.  You're asking

15   me why I didn't sue WCW.  I don't have a

16   rhyme or reason why I didn't.

17       Q.   Would you agree with me, Mr.

18   LoGrasso, what we just saw happening to your

19   head in the tapes that we just watched is far

20   worse than anything we're going to see in the

21   five matches that you identified at WWE?

22           MR. SCIOLLA:  Object to the form.

23       A.   The best way I could explain is the

24   video you showed of the Bret Hart and

25   Goldberg, where it took that one particular

180

1      shot where that ended Bret Hart's career and

2      changed his life.  And you really can't judge

3      when you're going to get hit a certain way or

4      a certain reaction you are going to have

5      after a hit.  So the stuff that I presented

6      here is stuff, is the stuff that I presented,

7      and I thought I was being, that's when life

8      changed for me.

9          Q.   What was the question I just asked

10     you?

11              THE WITNESS:  I don't know.  Can

12         you repeat it?

13         Q.   Can you just try to answer the

14     questions I ask you, rather than speeches you

15     want to give?

16         A.   Can I have the question repeated to

17     me.

18              MR. McDEVITT:  Read it back.

19              (A portion of the record was read.)

20         A.   Visually, it probably looks bad.

21         Q.   It not just looks bad, he's hitting

22     you in the head with chairs isn't he?

23              MR. SCIOLLA:  Objection, asked and

24         answered.

25         A.   I did get hit with a chair.

181

1      Q.    And you didn't get hit in the head

2   with chairs in any of these matches with WCW

3   or WWE, do you?

4      A.    I got hit with the chairs and then

5   a lot of times when you are hit with the

6   direct impact from a person, it comes with a

7   lot greater force.

8      Q.    Do you have a hard time answering

9   questions directly, sir?  The question was

10  very simple.

11         MR. SCIOLLA:  Please don't bully

12      the witness.

13      Q.    The question was very simple.

14         Did you get hit on the head with

15  the chairs with the WWE?  That's a very

16  straightforward, simple question.  Can you

17  answer that?

18      A.    Mr. McDevitt, I did not get hit

19  with a chair in WWE.

20      Q.    Thank you.  That was very easy,

21  wasn't it?

22      A.    You're very welcome.

23      Q.    If we were to watch these matches

24  that you identified for WWE, the ones that

25  you supposedly got hurt in, will we see you

182

1   dancing, for example?

2       A.   I'm sorry, if you can say that

3   again, sir.

4       Q.   If we were to watch these matches

5   that you say you were hurt in at WWE, at the

6   end of the matches would we see you in the

7   ring dancing all over the ring, being very

8   happy?

9       A.   I don't know.  I'll have to watch

10  the match and see.

11      Q.   Do you think anybody watching a

12  match and seeing you after the finish dancing

13  around the ring and flopping your skirt you

14  up and laughing and playing to the crowd

15  would think you suffered an injury?

16          MR. SCIOLLA:  Object to the form,

17      calls for speculation.

18      A.   Well, it's kind of like the example

19  you used earlier with Bret Hart and Goldberg,

20  when he got hit with that kick, he finished

21  the match and he got out of there.  Nobody

22  knew he was hurt until he went to the back.

23      Q.   You didn't see him dancing, did

24  you?

25      A.   Hmm?

183

1          Q.   You didn't see him dancing around,

2     did you?

3               MR. SCIOLLA:  On the clip that you

4          played?

5               MR. McDEVITT:  Yeah.

6          A.   No.  That wasn't his gimmick to

7     dance around afterwards.

8               MS. LACY:  Do you want to play the

9          August 1st?

10              MR. McDEVITT:  The August.

11              MS. LACY:  Can you please play --

12              MR. McDEVITT:  We're going to play

13         now --

14              MS. LACY:  The match, the 8/29/2006

15         full match.

16         Q.   And when you watch this, Mr.

17    LoGrasso, please tell me where you think in

18    the match you received head trauma.

19              MR. SCIOLLA:  Are we watching the

20         whole thing?

21              MR. McDEVITT:  Yes.

22              (Video played.)

23              MR. SCIOLLA:  Just to make sure

24         he's clear on the instructions, do you

25         want him to stop when it happens, or we

184

1      will talk about it afterwards?

2           MR. McDEVITT:  Afterward.

3           MR. SCIOLLA:  Okay.

4           MR. McDEVITT:  You can stop it.

5           MS. LACY:  I don't want to

6      interrupt the clip, but these are the

7      matches.

8           (LoGrasso Exhibit 17, CD labeled,

9      "LoGrasso Interrogatory Matches," marked

10      for identification, this date.)

11      Q.   You agree with me, Mr. LoGrasso,

12  that at the end of that match you were

13  dancing around the ring and giving the

14  appearance of being happy and fine with the

15  outcome of the match?

16      A.   I finished the match.  I was

17  dancing in the ring.

18      Q.   Did you appear to be happy?

19      A.   That was my persona to be happy.

20      Q.   Playing to the crowd?

21      A.   Yes, sir.

22      Q.   Do you think that portrayed a

23  wrestler who had just suffered a traumatic

24  brain injury?

25      A.   I finished the match.  It's not

185

1   until afterwards when you get back to the

2   ring.  It's not to say that I wasn't dizzy or

3   rocked in the ring or my head wasn't

4   spinning.  Just like you indicated in the

5   Bret Hart match, he got up and finished his

6   match.  I did the same thing.

7        Q.   Bret Hart actually, in fact,

8   suffered a severe concussion, and he didn't

9   dance in the ring.

10            Where did you get hurt in there?

11       A.   But you said that Bret Hart was

12   selling after the kick, which he did.  You

13   saw he got the kick, which he made a

14   reference to.  He got up and he finished the

15   match.  So I was taking the blows to the

16   head, and I got up afterwards, after I was

17   done with my match.  I continued and I did

18   what I was supposed to do.

19       Q.   Where did you take blows to the

20   head?

21       A.   You didn't see any of the blows to

22   the head, you didn't see shots?

23       Q.   No.  Tell me where the blows to the

24   head occurred.

25            Were they punches?

186

```
 1          A.   Say it again?

 2          Q.   Were they punches?

 3          A.   The knees.

 4          Q.   So you think you got kneed in the

 5     head?

 6          A.   Uh-huh.

 7          Q.   What else?

 8          A.   Knees, just basically the knees.

 9     The elbow.

10          Q.   Knees and elbows?  So he potatoed

11     you?

12               Is that what you call it?

13          A.   I guess, yeah.

14          Q.   It wasn't called for him to hit you

15     like that, was it?

16          A.   No.

17          Q.   Did you tell him afterwards that,

18     you know, you hit me twice, you're going to

19     get a receipt now?

20          A.   No.

21          Q.   I thought that was the rule of

22     wrestling.

23          A.   It is a rule of wrestling, but I

24     couldn't do it right then and there.

25          Q.   Did you tell him afterwards?
```

187

1       A.   There was nothing to say

2    afterwards.

3       Q.   Well, you could have said you gave

4    me two potatoes, next time you're going to

5    get it.

6       A.   But that's a silent code, Mr.

7    McDevitt, like you stated yourself.

8       Q.   Well, I don't know if it's a silent

9    code.  I thought you said you tell somebody,

10   if they do that.

11      A.   Say it again?

12      Q.   I thought you said you would let

13   him know that you are going to get a receipt?

14      A.   You let them know when the next.

15      Q.   Did you give him a receipt?

16      A.   In that match, no.

17      Q.   Any of the subsequent matches, did

18   you?

19      A.   It got physical in there.

20      Q.   Did you give him a receipt?

21      A.   I hit him just as hard as he hit

22   me.

23      Q.   Which match was that?

24      A.   I believe in the rest of the

25   matches I think I fired up a few times.  I

188

1    can't recall where I gave him the potato.  If

2    you ask me for a potato receipt, I can't

3    exactly say.

4         Q.   Did you, when you came out of that

5    match, were you, was your bell rung, as you

6    call it?

7         A.   I went back to the doctor

8    afterwards, you know, and, you know, a lot of

9    times at the matches with him I would go back

10   to the, go back and I would tell Dr. Rios,

11   you know, if I could ask for some Tylenol

12   and, you know, and on those knee shots I know

13   I bang in the face and head.

14        Q.   What's the question I just asked

15   you?

16        A.   Huh.

17        Q.   What's the question I just asked

18   you?

19        A.   Can you repeat the question?

20        Q.   Could you please again answer the

21   question you're asked rather than speeches.

22   Answer the question you're asked, sir.

23             (A portion of the record was read.)

24        A.   My bell was rung.  It was how I had

25   a headache afterwards.

189

1      Q.   And when you say "bell rung," what

2   do think that means?

3      A.   You are hit pretty hard, you're

4   rocked, you don't know where you are.

5      Q.   And you know you don't have a bell

6   in your head, correct?  So when you say that,

7   what do you think is the part of your body

8   that has been injured?

9      A.   It's an expression, Mr. McDevitt.

10     Q.   I understand it's an expression,

11  but it's designed to express the idea that

12  your brain has been hurt, isn't it?

13     A.   Well, if you would like to say your

14  brain got scrambled, if you would like me to

15  say that instead, I'll do that.

16     Q.   Well, did you ever feel that your

17  brain had gotten scrambled?

18     A.   Yeah, there are times when my brain

19  has been scrambled, and there are times when

20  my brain did feel like everything moved

21  around inside it.

22     Q.   So you understand you're having an

23  injury to your brain?

24     A.   You understand it, but you don't

25  know, because you're not educated to the

190

1      extent of what's going on.

2          Q.  Well, you have doctors you can ask,

3      don't you?

4          A.  That's why Dr. Rios was my

5      physician at the time.  And when I asked for

6      aspirin, I told them I needed, I was feeling

7      a little woozy, and I needed to go to him and

8      ask him for things.  You know, give me the

9      Tylenol, like I needed.  I told him I needed

10     to take an shower to cool down, you know, to

11     get myself together.  So I was talking to a

12     doctor.

13         Q.  But you had never told Dr. Rios,

14     and you signed interrogatories saying you

15     never sought treatment for any head injury

16     from Dr. Rios, so --

17             MR. SCIOLLA:  Object to the form.

18         Q.  -- why didn't you ask your own

19     personal physician what any of this meant?

20         A.  Because I was seeing Dr. Rios and

21     he was the doctor on staff, and he was the

22     gentleman who was taking care of me.

23         Q.  Who was Dr. Tambour?

24         A.  He was my home physician.

25         Q.  Your personal physician?

191

1        A.    Right.

2        Q.    And is there some reason you could

3   not ask him any question you wanted to ask

4   him?

5        A.    No, because I was seeking the

6   advice from the physician, Dr. Rios.

7        Q.    You were even told Dr. Rios wasn't

8   your personal physician, weren't you?

9        A.    Hmm?

10       Q.    You were even told that Dr. Rios

11  wasn't your personal physician, weren't you?

12       A.    You're right.  He wasn't my

13  personal physician.

14       Q.    And your personal -- he told you,

15  your personal physician is the one you have

16  to go to for personal kind of information,

17  not Dr. Rios.

18            MR. SCIOLLA:  Object to the form.

19       Q.    You knew that.

20       A.    That's after the point.

21       Q.    No, during the time you were

22  performing, you were told, Dr. Rios isn't

23  your personal physician.  He's here to

24  treat-in-ring injuries.

25            You were told that, weren't you?

192

1     A.   So having a headache and asking for

2   aspirin and feeling woozy is not in any way

3   an injury.

4     Q.   Sometimes I go and say I have a

5   headache, that doesn't say I have an injury.

6   Did you go to him and say, I have a head

7   injury?  And you said repeatedly --

8          MR. SCIOLLA:  Object to the form.

9     Q.   -- in your I-rogs that you did not

10  do so.

11          Which is it, Mr. LoGrasso?

12          MR. SCIOLLA:  Object to the form,

13      compound.

14     Q.   Well, under oath you said,

15  "Plaintiff states he did not seek or receive

16  any treatment immediately following those

17  occasions identified in the previous

18  response."  And that's the five times we're

19  talking about.

20          So you didn't seek any treatment

21  for any kind of head injury, did you?

22     A.   I didn't know I had a head injury.

23          THE WITNESS:  Excuse me.  May I use

24      the men's room?

25          MR. McDEVITT:  Absolutely.

193

1          THE WITNESS:  Thank you.

2          THE VIDEOGRAPHER:  The time is

3     2:04 p.m.  We're off the record.

4          (A brief recess was taken.)

5          (LoGrasso Exhibit 18, Memorandum

6     dated 6/19/06, marked for

7     identification, this date.)

8          THE VIDEOGRAPHER:  The time is

9     2:09 p.m.  Back on the record.

10    Q.   Mr. LoGrasso, you've been handed

11  what's been marked as Exhibit 18.

12         Have you had a chance to look at

13  that document?

14    A.   I can look at it now.

15    Q.   Sure.

16         Have you finished reading it, sir?

17    A.   Yes, I have.

18    Q.   Do you recall getting this memo?

19    A.   No, I do not recall getting the

20  memo.

21    Q.   Do you have any reason to dispute

22  that you did?  Do you have any specific

23  reason to dispute that you would have gotten

24  this?

25    A.   I don't remember getting it, to be

194

1    honest with you.

2        Q.   Were you with the company in

3    June of 2006?

4        A.   Yes, sir.

5        Q.   Do you recall ever getting sort of

6    memorandums from the talent booking office?

7        A.   I would get some.

8        Q.   And how would they be delivered to

9    you?

10       A.   I think, if I remember, it's been a

11   long time, I think maybe they were in your

12   travel envelope when, your yellow envelope

13   when you got your schedule, your booking

14   schedule.  That's the one way I might have

15   gotten it.

16            I think that's the way -- I'm not

17   sure.  I'm not sure.

18       Q.   And am I correct, this memo tells

19   talent it was sent to, "Dr. Rios is not the

20   personal physician for any WWE employee,

21   talent or production personnel and cannot be

22   regarded as such."

23            That's what it says, correct?

24       A.   That's what it says, yeah.

25       Q.   And was that your understanding,

195

1    too, that he was not your personal physician?

2         A.   Yes, sir.

3              (LoGrasso Exhibit 19, Document

4         entitled, "World Wrestling

5         Entertainment, Inc., Booking Contract,"

6         Bates Nos. WWE_SING00000307 through

7         WWE_SING00000332, marked for

8         identification, this date.)

9              (Discussion off the record.)

10        Q.   Mr. LoGrasso, I've handed you what

11   had been marked as Exhibit 19, which I

12   believe to be a copy of your contract that

13   you signed with WWE.  If you would like to

14   verify that, you can leaf back to page 22 and

15   just confirm that that is, in fact, your

16   signature on the contract?

17        A.   Yes, sir.

18        Q.   And am I correct that you signed

19   that to indicate your agreement with the

20   terms of this contract?

21        A.   If you could say that once more.

22        Q.   Sir, am I correct, you signed that

23   to indicate your agreement with the terms of

24   this contract?

25        A.   Yes.

196

1      Q.   And would you turn, sir, to page

2   9 -- or page 14, section 9.5.

3      A.   9.5, you said?

4      Q.   9.5 under the paragraph "A

5   Wrestler's Obligation."

6           And am I correct that that

7   paragraph reads as follows:  "Wrestlers shall

8   take such precautions as are appropriate to

9   avoid any unreasonable risk of injury to

10  himself and others in any and all events.

11  These precautions shall include without

12  limitation prematch review of all wrestling

13  moves and maneuvers with wrestling partners

14  and opponents and prematch demonstration

15  and/or practice with wrestling partners and

16  opponents to ensure familiarity with

17  anticipated wrestling moves and maneuvers

18  during a wrestling match.  In the event of

19  injury to wrestler, and/or wrestler's

20  partners and opponents during a wrestling

21  match, wrestler shall immediately signal

22  partner, opponent and/or referees that it is

23  time for the match to end, and wrestler shall

24  finish the match forthwith so as to avoid

25  aggravation of such injury."

197

1         Did I read that correctly?

2     A.   Yes, you did.

3     Q.   Did you comply with that paragraph

4  when you were performing for WWE?

5     A.   I believe so.

6     Q.   And in terms of prematch review of

7  wrestling moves and maneuvers with your

8  partners, that's sort of what we talked about

9  before, that you go over what you're going to

10  do in the match?

11     A.   Right.

12     Q.   So that neither of you is,

13  generally speaking, surprised by what

14  happens, and you can all sort of do a good

15  match and sell what you're supposed to sell

16  and do what you're supposed to do, correct?

17     A.   Yes, sir.

18     Q.   And were you aware of this

19  provision that if you were hurt, you were

20  supposed to signal that you were hurt to the

21  referee?

22     A.   Yes, you know about the signal.

23     Q.   What is the signal that the referee

24  then gives, if a wrestler tells the referee

25  that he's hurt?  What happens?

198

1     A.   Well, one of two things that

2   happen.  If I just bring up a name, Charles

3   Robinson is one I'm familiar with it.  So if

4   you tell Charles, if a guy takes a bad bump,

5   does something, he will go over and ask the

6   guy if he's okay.  He will back up the

7   wrestler, make sure, you know, give him a

8   couple of seconds just to get his mind

9   together.

10        If he sees the wrestler is hurt and

11   can't go on, he will do the X signal, to

12   signal that the match is going to be over.

13   So basically that would be what would happen

14   during the match with what we're doing.

15        Q.   In your experience, have you seen

16   that happen?

17        A.   I've seen it happen once or twice.

18        Q.   And there's been some pretty famous

19   in-ring injuries through time, hasn't there?

20        A.   There's been some famous injuries,

21   yes.

22        Q.   For example, are you aware of what

23   happened to Stone Cold with Owen Hart?

24        A.   Yes, I was.

25        Q.   And that was one of those examples

199

1    where a guy gets hurt, referee has to step

2    in.  They go to a quick finish, it's not

3    planned, and try to eliminate any further

4    damage to the man, right?

5         A.   Yes, sir.

6         Q.   And again, this goes with -- well,

7    the same, the object is not to hurt anybody,

8    is it?

9         A.   Yes, sir.

10        Q.   I mean that's, you don't want to

11   hurt Stone Cold or anybody else here in the

12   ring.

13        A.   It was an accident.

14        Q.   It was a total accident.

15             And correct me if I'm wrong, sir,

16   every wrestler who enters that ring

17   understands there's risk from going in the

18   ring, don't they?

19        A.   Yes.

20             MR. SCIOLLA:  Object to the form.

21        Q.   They know there can be serious

22   injuries, up to and including death, if they

23   do things wrong, don't they?

24             MR. SCIOLLA:  Object to form.

25        A.   Yes, sir.

200

1       Q.   And for example, have you ever seen

2    the Undertaker's move, where he turns a

3    fellow upside down?

4       A.   The Tombstone.

5       Q.   The Tombstone?  Have you ever had

6    that move performed on you?

7       A.   Yes.

8       Q.   Would it be fair to say that for

9    the wrestler who is in the position of

10   receiving the Tombstone, that is pretty much

11   an ultimate act of trust that he's putting in

12   an Undertaker to execute that move correctly,

13   isn't he?

14      A.   Yes, sir.

15      Q.   If the Undertaker doesn't execute

16   that move correctly, that wrestler risks

17   paralysis, right?

18      A.   Yes, sir.

19      Q.   And you knew that when you executed

20   that move, correct?

21      A.   I never did that move, but I

22   understand your point.

23      Q.   And am I correct that the whole key

24   to that move is that the wrestler has to know

25   to keep your head above Undertaker's knees?

201

1          A.   Yes, he's got you.

2          Q.   So that when he drops to his knees

3     your head doesn't hit the mat, it just looks

4     like it does, and then he rolls you forward?

5          A.   Some guys actually, some guys panic

6     when they're upside down and they do hit the

7     mat.  It's an accident, it does happen.

8          Q.   Do you remember Draws?

9          A.   Yes, sir.

10         Q.   That's what happened to him, isn't

11    it?

12         A.   I remember.

13         Q.   And that's not something anybody

14    could have prevented once you got in the

15    ring, right?  That's just an accident that is

16    going to happen sometimes in wrestling?

17         A.   He was a good, he was a good, he

18    was a good guy.

19         Q.   I didn't say he wasn't.  I agree

20    with you.

21         A.   He was a good guy.

22         Q.   But nobody intended that to happen

23    to him, and the wrestler who executed that

24    move probably feels terrible the rest of his

25    life about that, doesn't he?

202

1       A.   I know for a fact he does.

2       Q.   But again, every wrestler who walks

3  in that ring understands there is a risk of

4  serious injury associated with what we do; is

5  that a fair statement?

6       A.   Fair statement.

7       Q.   Okay.  And would you agree, in this

8  document, if you would look back to page 9 --

9  sorry, page 16.

10      A.   You said page 15?

11      Q.   I'm sorry, page 16.  In bold print

12  there, under 9.12(b), would you just take a

13  minute and read that?

14      A.   Okay.  Okay.  I've read it.

15      Q.   And does that embrace the concept

16  that we were just talking about, that you

17  understand there is risk involved, and you're

18  indicating that you're accepting those risks

19  that come with being a professional wrestler?

20        MR. SCIOLLA:  Object to form.

21      A.   Yes, sir.

22      Q.   And that you assumed full

23  responsibility for all inherent risks as well

24  as those due to the negligence of a promoter

25  or other wrestlers?

203

1      A.   Yes, sir.

2      Q.   And then down below that in (c),

3 did you agree that you waived and discharged

4 the WWE from all liability to you on account

5 of injury to you which results in serious or

6 permanent injury?

7          MR. SCIOLLA:  Object to form.

8      A.   I see that, sir, yes.

9      Q.   And that's what you agreed to,

10 right?

11      A.   Yes, sir.

12      Q.   In fact, did you hear during I

13 think the pendency of this lawsuit about the

14 Mexican wrestler who died in the ring?

15      A.   I heard about it.

16      Q.   Did you actually ever see the match

17 in which he died?

18      A.   No, I didn't see it.

19      Q.   You didn't see it was sort of just

20 a routine maneuver, he hit the ropes and...

21      A.   I didn't see -- I might have saw

22 the end -- I think I saw the clip where he

23 was laying like this.  That's about the

24 extent I saw.

25      Q.   And the other wrestlers thought he

204

1    was selling, correct?

2            MR. SCIOLLA:  Object to the form.

3        Q.   As far as you could tell?

4        A.   From what I could tell.

5        Q.   Let's go now to the October 10th

6    match that we've been describing and talking

7    about today with Mr. Regal, in which you

8    claim that you had a traumatic brain injury

9    and began to suffer headaches thereafter.

10           MS. LACY:  Can you please play

11       LoGrasso, September 10, 2006 full match.

12           THE WITNESS:  Is there something

13       I'm looking for, or do I have to explain

14       something to you after this match?

15           MR. SCIOLLA:  I'm going ask you

16       some questions afterwards, but just

17       watch it, to refresh your memory.  This

18       is the one you identified we've been

19       talking about all day.

20           I think just before we start, I

21       don't think there is multiple occasions

22       where the chair or the steps come into

23       play.  I think it's one scene.

24       A.   One time.

25           (Video played.)

205

1      Q.   Is that the match we've been

2   talking about all day, in which you now claim

3   you got a serious traumatic brain injury from

4   hitting the steps?

5      A.   That's the match we talked about.

6      Q.   And at the end of that match were

7   you dancing?

8      A.   Yes, making my way back to the

9   dressing room.

10      Q.   And what part of your head hit the

11   steps?

12      A.   The top part.

13      Q.   Point with your finger to what part

14   of your head hit the steps.

15      A.   It was in here.

16      Q.   And you are pointing to the crown

17   of your head?

18      A.   Crown of my head.

19      Q.   You're saying you went head first

20   into those steps?

21      A.   When I got kicked, I was going to

22   fall, then when I turned, I didn't have

23   enough room.  I didn't have enough room for

24   me to go anywhere except that when I took --

25   when I saw the steps, I just, you know, they

206

1    were there.  You know, there is nothing,

2    nothing for me to do.  It was just one of

3    those things that happened.

4        Q.   When you say there was nothing for

5    you to do, what do you mean by that?

6        A.   Well, there was no place for me to

7    land, really, because the angle, like I

8    explained before, that I got hit, you know,

9    when I went into the steps I was going to

10   take the bump, that means a fall, I mean I

11   looked and I looked where I was and where I

12   was headed and, you know, I did the best I

13   could not to make a full impact with those

14   stairs, but I got a good stop.  Top of my

15   head was hit.

16       Q.   Are you saying you didn't know that

17   move was going to be part of that match?

18            You have to say yes or no.

19       A.   No.

20       Q.   So you didn't know that?

21       A.   No.

22       Q.   So you're saying he actually kicked

23   you?

24       A.   The kick was part of it.

25       Q.   And that was a real kick, not a

207

1    fake kick; is that what your testimony is?

2        A.    It's a kick.

3        Q.    What's a flatfoot called?  Do you

4    know what a flatfoot is in wrestling

5    parlance?

6        A.    Flatfoot, a flatfoot is when you

7    hit somebody with the flat of your boot, if

8    I'm not mistaken.

9        Q.    And your testimony is that's not

10   what he did there, he actually kicked you?

11       A.    The impact of what I was hit with,

12   it did hit me.  He didn't kick me with the

13   tip, he didn't kick me with the heel; but

14   when he did flatfoot, like you are

15   suggesting, the impact behind it; you know,

16   like we said, nobody goes to hurt anybody,

17   and you do try and protect each other.  And

18   when you're outside and your adrenaline is

19   going and you see the ferocity of the match

20   and you see the speed you're going at and the

21   hits I'm taking, it does get physical at

22   times.

23       Q.    So you claim you hit the top of

24   your head flush on the steps, right?

25       A.    If I remember.  I know I hit my

208

1    head.

2         Q.   When you are seen after that

3    holding your head, are you holding your head

4    because you actually hit your head or are you

5    holding your head --

6         A.   I hit my head.

7         Q.   -- because you're selling the move?

8         A.   I hit my head.

9         Q.   You hit your head.

10             Is there a stunt component or what

11   you might call tricks of the trade aspect of

12   that move that you were supposed to have

13   done?

14        A.   If it was part of the match.  There

15   is a way that you go into the stairs.

16        Q.   And how is that?

17        A.   On that particular match, no.

18        Q.   And if you want to execute that

19   move in a way that makes it appear to the

20   crowd that you hit your head, make a big

21   noise by hitting your head, but you don't

22   really hit your head, how do you do that

23   move?  What do you do?

24        A.   Try to put your hand in front of

25   your head and, you know, put your hand, try

1    to make your hand go to the point of contact

2    and then you peel off.  Peel off means to

3    skim.

4         Q.   So the hand, properly done --

5         A.   Properly done.

6         Q.   -- the hand hits the metal steps

7    first, makes a loud noise, makes people think

8    your head is the one that hit the steps; and

9    then you roll away and hold your head to make

10   look like that's what happened, right?

11        A.   Sometimes when you do that

12   particular move, as you know, when you are

13   doing it or when it's being applied to you,

14   sometimes you can't defend the force that's

15   behind the person doing it to you or the

16   force that you're going actually into it.  So

17   there are times when you can hurt yourself

18   even doing a safe move like you're saying.

19        Q.   Mr. LoGrasso, before I play the

20   next tape, I'm going to give you an

21   opportunity to recant the testimony which was

22   just given and admit it's false.

23             Would you care to do that?

24        A.   Say again?

25        Q.   I'm going to give you an

210

1     opportunity, before I play the next piece of

2     evidence, that the testimony you've given

3     today about that step and hitting that step

4     with your head is categorically false.   If

5     you wish to take the opportunity before I

6     show you the next tape, this is your chance

7     to do it.   You might want to talk to your

8     counsel beforehand.

9             You understand perjury is a

10    significant Federal crime; you understand

11    that, right?   All right.

12            Do you want to talk to your counsel

13    before I show the next piece of tape about

14    whether you wish to recant what you've

15    testified to before I confront you with a

16    piece of evidence?   I'm giving you an

17    opportunity.   I don't have to, but I'm giving

18    you the opportunity.

19            MR. SCIOLLA:   Do you want to talk?

20            MR. KYROS:   Yeah, let's talk.

21        Might as well.

22            THE VIDEOGRAPHER:   The time is

23        2:32 p.m.   Off the record.

24            (A brief recess was taken.)

25            THE VIDEOGRAPHER:   Back on.   The

211

1        time is 2:41 p.m.  Back on the record.

2        Q.   Mr. LoGrasso, you understand you

3    are still under oath?

4        A.   Yes, sir.

5        Q.   You've had a chance now to consult

6    with your counsel?

7        A.   Yes, sir.

8        Q.   And before we go any further, do

9    you wish to recant the testimony you gave

10   this morning about hitting your head on the

11   steps as false?

12       A.   No, sir.

13       Q.   What?

14       A.   No, sir.

15       Q.   All right.  Let's play the tape.

16            MS. LACY:  Can you please play

17       the --

18            MR. SCIOLLA:  Is this a different

19       this is a slow motion depiction of what

20       that step episode is.

21            (LoGrasso Exhibit 20, CD labeled,

22       "LoGrasso October 10, 2006 Stairs Clip,"

23       marked for identification, this date.)

24       Q.   Would you like to see it again?

25       A.   Uh-huh.

212

1        Q.   Your hand comes out, your hand hits

2    the steps.  Your head never hits the steps,

3    does it, Mr. LoGrasso?

4        A.   It's not how I remember it

5    happening.

6        Q.   Do you agree with me that what you

7    saw just now is your hand hits the steps, and

8    your head never does?

9        A.   Yes, sir.

10       Q.   So you lied this morning?

11           MR. SCIOLLA:  Object to the form.

12       Q.   You lied repeatedly this morning,

13   didn't you?

14       A.   No, I did not.  That's how I

15   remember what happened.

16       Q.   Your lawyers have told the judge in

17   a pending motion that is now before the court

18   in one match positioned -- in one match the

19   position of LoGrasso against Regal in

20   September 2006, which we already covered, is

21   the one we just watched, "The video of the

22   match, which has been in defendant's

23   possession since it aired, shows LoGrasso,

24   one, falling head first in the steel steps

25   that were ringside; two, looking dazed and

213

1    disoriented afterwards; three, repeatedly

2    holding his head with his hand; and four,

3    continuing to wrestler regardless.

4              "Accordingly, it rings quite hollow

5    when WWE claims that there was no treatment,

6    no suspicion, no knowledge of LoGrasso's head

7    injury at that time.  In fact, the argument

8    only further highlights attempts by WWE to

9    deny reality and continue the same course of

10   conduct to this day."

11             That description of events is

12   false, isn't it?

13             MR. SCIOLLA:  I'm sorry, what are

14        you reading from, counsel?

15             MR. McDEVITT:  From your opposition

16        to our petition for reconsideration

17        which is currently pending before the

18        court --

19             MR. SCIOLLA:  Okay.

20             MR. McDEVITT:  -- that you filed on

21        -- I'll answer your question -- that you

22        filed on, through Mr. Flaharty, on

23        5/9/16.  There is a currently pending

24        motion before the Federal judge.

25             MR. SCIOLLA:  It's a brief, written

214

1       by lawyers.  Just making sure.

2               MR. McDEVITT:  It's a motion we

3       filed, and you have filed that, and you

4       now know it's false.  Are you going to

5       withdraw that?  Are you going to tell

6       the judge that that is false?  What is

7       your intention.

8               MR. SCIOLLA:  To amend the

9       statement?

10              MR. McDEVITT:  Are you going to

11      tell the judge that what you have told

12      her is categorically false?  There is a

13      pending motion before the Federal judge

14      on a motion for reconsideration that you

15      now know is false.

16              MR. SCIOLLA:  Okay.

17              MR. McDEVITT:  Are you going to

18      tell the Federal judge that?

19              MR. SCIOLLA:  I'm not here to

20      answer your questions.  He is.

21              MR. McDEVITT:  Mr. Kyros, you're

22      lead counsel.  Are you going to tell the

23      Federal judge that?

24              MR. KYROS:  Well, I'm actually not

25      lead counsel.

215

1      MR. McDEVITT:  Well, you have three

2   lawyers here.  All of you speak for him.

3   Are any of you planning on telling the

4   Federal judge that this statement is

5   false.

6      MR. SCIOLLA:  We will consider,

7   after we look at it and read it, what

8   our actions will be.

9      MR. McDEVITT:  What do you need to

10   read?  I just read it to you.

11      MR. SCIOLLA:  This is not the

12   appropriate venue.

13      MR. McDEVITT:  Well, it is, because

14   the judge is pending --

15      MR. SCIOLLA:  It's not, and we're

16   not going to answer your question.  You

17   can move on.

18      MR. McDEVITT:  Well, the judge is

19   going to be deciding a pending motion.

20   You have a responsibility, ethically, as

21   lawyers, every one of you do.  You've

22   now seen graphic evidence that your

23   client committed perjury.

24      MR. SCIOLLA:  I didn't see that,

25   but.

216

1          MR. McDEVITT:  You didn't see what

2      we just saw.

3          MR. SCIOLLA:  I appreciate your

4      instructions.  Thank you.  You can move

5      on with your question.

6          MR. McDEVITT:  You were given an

7      opportunity to advise him, which I

8      didn't have to do.  I gave him an

9      opportunity to recant his testimony,

10     which he didn't.

11          Do you wish to continue answering

12     questions, or do you want to take the

13     Fifth Amendment?

14          MR. SCIOLLA:  He's going to

15     continue answering questions.

16          MR. McDEVITT:  All right.

17          MR. SCIOLLA:  And no more

18     instructions to counsel, thanks.

19          MR. McDEVITT:  You know, you're

20     sitting there with your client

21     committing perjury.  You're not criminal

22     lawyers, I assume, so I'm just being

23     fair.  I'm being more fair than I

24     probably have to be.

25          MR. SCIOLLA:  I appreciate the

217

1        speech, thank you very much.

2                MR. McDEVITT:  It's not a speech.

3                MR. SCIOLLA:  Little bit of a

4        speech.

5                MR. McDEVITT:  No, it's ethics.

6        It's ethics.  That's what we call it.

7                MR. SCIOLLA:  I'm glad the ethics

8        committee is in the room.

9                MR. McDEVITT:  Well, you can tell

10       the judge.  I'm very comfortable with

11       what I have done with Mr. LoGrasso.

12               MR. SCIOLLA:  Okay.

13               MR. McDEVITT:  If you don't want to

14       tell the judge --

15               MR. SCIOLLA:  Do you have no

16       further questions?

17               MR. McDEVITT:  I will get to my

18       questions.

19               MR. SCIOLLA:  Okay.

20    BY MR. McDEVITT:

21       Q.   Mr. LoGrasso, what you saw in that

22    clip demonstrates that you performed that

23    move exactly the way a skilled professional

24    wrestler would perform it so as not to hit

25    your head on the steps, doesn't it?

218

1          A.    That's what it shows.  I just

2     thought I hit my head, that's all.

3          Q.    And in fact you testified this

4     morning that you hit your head so bad that

5     these horrible headaches started right after

6     that?  Do you remember that?

7          A.    I did because of the physicality in

8     the match where I got hit outside the ring.

9     So the kick, and I went into the stairs,

10    obviously the kick was a solid kick, and then

11    the blows to the head in the ring was also a

12    part of it.

13            If you're directing it to one part

14    of the match, it was the whole match, the

15    repeated blows to the head, the kick.  It was

16    a physical match.

17         Q.    Wasn't it your previous testimony

18    that the headaches started after you hit your

19    head on those steel steps?

20            MR. SCIOLLA:  Objection, asked and

21         answered and mischaracterizes his

22         previous testimony.  The record stands

23         for itself.

24         Q.    Isn't that what you said

25    previously?

219

1          A.    Say it again.

2          Q.    Isn't that what you said

3     previously, that these headaches really began

4     after you hit your head on the steps during

5     that match?

6                MR. SCIOLLA:   Object to the form.

7          A.    That's not the way I remember it.

8          Q.    Now, if we were to do slow-mos of

9     your other matches, would we find the same

10    pattern?

11         A.    I have no idea.

12               MR. SCIOLLA:   Object to the form.

13         Q.    Now, after that match you didn't

14    report any head injury, because you had no

15    head injury, correct?

16               MR. SCIOLLA:   Objection, asked and

17         answered.

18         A.    I went back to the -- I went back

19    to Dr. Rios, sat on the table.  He examined

20    me and my stomach.

21         Q.    But you reported -- I'm sorry, I

22    didn't mean to interrupt you, go ahead.

23               Are you done?

24         A.    He advised me of my stomach.  I

25    said I would like to cool down.  I told him I

220

1      had a headache, I told him I needed some

2      Tylenol.  I wanted to go take a shower to

3      cool off.

4          Q.   You have a kind of memory that you

5      can remember that kind of a conversation in

6      October of 2006?  Is that your claim, is that

7      your memory?

8          A.   It's a specific something, because

9      I dealt with Dr. Rios.

10         Q.   What did you talk with Dr. Rios

11     about on December 17, 2006?

12         A.   I don't recall.

13         Q.   How about November 26th?

14         A.    If there were dates for TV and

15     dates that I would see him on Tuesdays on

16     Mondays, I would talk about my health.

17         Q.   No, no, specifically, what did you

18     talk with him about, for example, on

19     November 26th of 2006?

20         A.   Was it a TV taping?

21         Q.   I'm just asking the date.  You

22     apparently can recall dates.

23              MR. SCIOLLA:  Object to the form.

24         Q.   Can you tell me what you talked

25     with him about, say, on January 2, 2007?

221

1          A.    I can't recall.

2          Q.    Even though that's more recent than

3     October 11, 2006, on which you purport to be

4     able to recall the specifics of a

5     conversation that day.

6                MR. SCIOLLA:  I'm not sure if

7          that's a question.

8          Q.    I take it you have a pretty good

9     memory then, huh?

10                This brain injury stuff hasn't

11    affected your memory?

12                MR. SCIOLLA:  Objection.

13         A.    Like I said, I don't remember it

14    happening like that.

15                MR. McDEVITT:  Let's mark this.

16                (LoGrasso Exhibit 21, Medical

17         notes, Bates Nos. WWE_SING00000517

18         through WWE_SING00000521, marked for

19         identification, this date.)

20         Q.    I've shown you, Mr. LoGrasso,

21    what's been marked as Exhibit 21.  These are

22    notes that WWE produced in this litigation of

23    your medical treatment notes.

24                Have you seen this document before?

25         A.    I can't say that I recall seeing

222

1    this.

2         Q.   Do you see the October -- well,

3    were you told that these notes existed?

4              MR. SCIOLLA:  Objection, calls for

5         attorney-client privilege.  I'll

6         instructed you not to answer.

7              MR. McDEVITT:  There is no

8         communicative content in that, other

9         than a document exists.

10             MR. SCIOLLA:  Were you told.

11             MR. McDEVITT:  You're not giving

12        legal advice.

13             MR. SCIOLLA:  Were you told.  It's

14        attorney-client communications.  He's

15        not going to answer.

16             MR. McDEVITT:  It's not any

17        attorney-client communication.

18             MR. SCIOLLA:  It's

19        communications --

20             MR. McDEVITT:  -- given for the

21        purposes of giving or receiving legal

22        advice.

23             MR. SCIOLLA:  You're trying to get

24        the substance of communications.

25             MR. McDEVITT:  You are telling me

223

1      I'm not allowed to find out if you told

2      him about this document.

3             MR. SCIOLLA:  That's what I'm

4      telling you.

5      Q.   Mr. LoGrasso, on this document, it

6   says your complaint that date of

7   October 11th, which is the day after the

8   episode we just went through, you state, "He

9   was kicked in the abdomen during his match.

10  He's complaining along the left side of his

11  erectus muscle."

12             Do you see that?

13      A.   Uh-huh.

14      Q.   No mention of a headache, is there?

15  Nothing about head injuries, is there?

16      A.   I don't think that he recorded

17  everybody that had a headache in the WWE.

18      Q.   Well, there is nothing there that

19  indicates that you told him you had a

20  headache, is there?

21      A.   And not everybody reports

22  headaches.

23      Q.   And you would frequently go to

24  Dr. Rios and ask him to give you a vitamin D

25  shot wouldn't you?

224

1          I'm sorry, a vitamin B-12 shot.

2          A.   Yes, I did.

3          Q.   You still like getting vitamin

4    B-12 shots, don't you?

5          A.   Say again?

6          Q.   You still like getting vitamin

7    B-12 shots, don't you?

8          A.   Yes.  I still take them, yes.

9          Q.   And they give you energy, is that

10   why you take them?

11         A.   I take them, they're part of my

12   medication.

13         Q.   What is the reason you take them?

14         A.   Well, now I'm older, they help me,

15   you know, just to stay -- you know, being

16   over 50, you know, kind of sluggish, I'm kind

17   of not, you know, they help you.  It's a

18   vitamin I take.

19         Q.   And then if I could, sir, if you go

20   back to your interrogatory answer, you

21   identified August 29th of 2006 as another

22   match with Mr. Regal where you contend you

23   had a traumatic brain injury.

24              Would you look at the medical notes

25   and say what it says, you told Dr. Rios on

225

1    August 29th?

2        A.    I requested B-12 shots.

3        Q.    Again, no indication you went to

4    him and complained to him about a head

5    injury, is there?

6        A.    No, it doesn't report headaches.

7        Q.    Well, I'm not talking headaches,

8    I'm talking about head injury.

9              You didn't go to him and say, I got

10   hit on the head and I have an injury to my

11   head tonight.  You went and asked for a B-12

12   shot, right?  Is that right?

13             MR. SCIOLLA:  Object to the form.

14       A.    Can you repeat that?

15       Q.    You didn't go to him and say, I

16   suffered a head injury tonight.  You went to

17   him and said, can I get a B-12 shot.

18             Isn't that what you did?

19             MR. SCIOLLA:  Object to the form.

20       A.    I got a B-12 shot from Dr. Rios.

21       Q.    But you didn't tell him you had a

22   head injury that night, did you?

23       A.    No, I didn't say I had a head

24   injury.

25       Q.    Do you understand --

226

1          MR. McDEVITT:  Strike that.

2     Q.   Did you read the judge's decision

3 on our motion to dismiss?

4     A.   Did I read the judge's decision on?

5     Q.   Yes, we moved to dismiss your case,

6 and she issued a written opinion.

7          Did you read it?

8     A.   I believe I did.

9     Q.   And what is your understanding of

10 the claim that you have in this case that

11 remains?

12          MR. SCIOLLA:  I'll object to the

13     form, but you can answer.

14     A.   I'm really not understanding what

15 you're saying, so I really can't answer it.

16     Q.   Well, what is the claim you are

17 making against WWE?

18     A.   About not providing information

19 about head injuries and CTE during my time

20 there.  And not getting proper care, not

21 getting proper medical treatment, not getting

22 evaluated for head trauma.

23     Q.   What specific information do you

24 think they should have told you?

25          MR. SCIOLLA:  Object to the form,

227

1      calls for speculation.

2      A.   Well, being that you're in -- there

3  is no time or rest between wrestling and you

4  go in every day, you know, and you're on the

5  road and you're banging your body around, you

6  know, there was no evaluation on how my head

7  was or any evaluation on how my physical

8  well-being was.  And WWE never sought to

9  evaluate me at any time and never, you know,

10  sought to check and see if I was okay, if I

11  had any, any problems.

12      Q.   My question was, what specific

13  information do you contend they should have

14  told you that they didn't tell you?

15          MR. SCIOLLA:  Same objection.

16      A.   When they -- well, the information

17  they should have done and should have

18  provided was an evaluation or a physical of

19  some sort to see if I was suffering from any

20  head trauma, if I had any head injuries, if I

21  needed any assistance.

22          I was getting the B-12 shots

23  because I was fatigued, and I did have the

24  headaches, you know.  And I was feeling

25  lethargic and Dr. Rios was giving me those on

228

1    his, you know, you know, on his

2    recommendation to help me along.

3         Q.   I'm going to ask you for the third

4    and last time, what information about head

5    injuries are you contending that WWE should

6    have given you that you didn't know?

7         A.   They should have given me the

8    information that there was something that

9    could be happening to your head, some

10   awareness or some knowledge of head trauma.

11        Q.   And what is the something that

12   could be happening to your head that they

13   should have told you about?

14        A.   That you can suffer from a

15   concussion and that you can, you don't have

16   to be knocked out to get a concussion.

17   Because that was my understanding of what a

18   concussion was.

19        Q.   Anything else they should have told

20   you that you didn't know?

21             MR. SCIOLLA:  Object to the form.

22        A.    I mean they didn't give us -- I

23   mean you have a drug policy that goes for

24   addicts, for drug addiction, for alcohol

25   addiction, but you have nothing in place for

229

1    people who suffer head injuries or people who

2    suffer from headaches or depression or people

3    who have, you know, irregularities with their

4    brain.

5         Q.   You mean former talent?  You mean

6    former talent?

7         A.   Former talent, former employees.

8    You make it aware that there is a drug

9    policy, but that's only if you have a drug

10   addiction.  And you have drug addiction,

11   alcohol addiction, but there is nothing in

12   place for the talent to where they can get

13   help if they need it for head injuries.

14             And you offer this through your

15   program, but there is nothing for guys like

16   myself who have these problems, and all I'm

17   looking for is help.

18        Q.   And who do you contend at WWE was

19   engaged in fraud, who specifically?

20        A.   Huh?

21        Q.   Do you contend that people at WWE

22   were engaged in trying to defraud you?

23             MR. SCIOLLA:  Object to the form,

24        to the extent it calls for a legal

25        conclusion or evaluation.

230

1          You can answer.

2      A.    I didn't come out and say that they

3  tried to defraud me.  I said they didn't give

4  me any awareness or knowledge.

5      Q.    Do you contend that somebody at WWE

6  was trying to defraud you?

7          MR. SCIOLLA:  Object to the form.

8      A.    And my answer is, nobody gave me

9  the awareness or the knowledge for head

10  injury and for the trouble I was having.

11      Q.    Well, that's not the question I'm

12  asking you, sir.

13          Who at WWE, if anybody, are you

14  accusing of engaging in fraud towards you?

15      A.    I didn't accuse anybody of saying

16  fraud.  All I said is they did not provide

17  any information about CTE awareness or

18  concussions.

19      Q.    And do you think, sir, that maybe a

20  reason that they wouldn't tell you anything

21  about CTE is either because they didn't know

22  it either, or they probably figured you might

23  be reading it in the newspaper like everybody

24  else did?

25          MR. SCIOLLA:  Object to the form

231

1     and calls for speculation.

2          A.   Well, maybe.

3          Q.   Are you trying to tell me that in

4     all the years since 2007, that you never read

5     anything about CTE?

6          A.   I was not -- it didn't -- I didn't

7     know up until 2014 that I had any of these

8     problems that could contribute to me having

9     CTE.

10         Q.   That's not my question.

11              Did you read in the newspapers

12    anything about CTE?

13         A.   No.

14         Q.   Well, let's take, for example, in

15    2005.  Were you in the WWE locker rooms in

16    2005?

17         A.   Yes.

18         Q.   Was there any talk about CTE in the

19    locker rooms in 2005?

20         A.   No.

21         Q.   Was there any talk that you heard

22    of in 2005 about Mike Webster?

23         A.   I don't know who Mike Webster is.

24         Q.   Do you know the former Pittsburgh

25    Steeler Mike Webster?

232

1         A.    Might have heard the name.  I'm not

2     a Pittsburgh Steeler fan, so, I'm sorry.

3         Q.    In 2005 you don't recall hearing

4     any talk about CTE inside of WWE's locker

5     rooms from anybody, right?

6              MR. SCIOLLA:  Objection, asked and

7         answered.

8         A.    No.

9         Q.    How about in 2006, did you hear any

10    talk in the locker rooms in 2006 about CTE?

11        A.    No.

12        Q.    Did you hear any wrestlers talking

13    about it?

14        A.    Not that I recall.

15        Q.    Did you hear any management talking

16    about it?

17        A.    Not that I recall.

18        Q.    Did you hear Vince McMahon ever

19    talk about it?

20        A.    Not that I recall.

21        Q.    And you left in 2007, right?

22        A.    Uh-huh.

23        Q.    And Chris Benoit was a friend of

24    yours, wasn't he?

25        A.    I wrestled with him up until May of

233

1    2007.

2         Q.    And Chris Benoit was a friend of

3    yours, wasn't he?

4         A.    We worked together in the WWE.

5         Q.    Was Chris Nowinski a friend of

6    yours?

7         A.    He was before me.

8         Q.    Did you know him?

9         A.    I might have met him once or twice.

10   I think he was there in 2003.

11        Q.    Did you watch Tough Enough?

12        A.    I don't watch Tough Enough.

13        Q.    Did you know his persona, Chris

14   Harvard?

15        A.    I really didn't.

16        Q.    You never saw him perform?

17        A.    I can't say that I have.  I wasn't

18   a Tough Enough watch, I wasn't a fan of the

19   show.

20        Q.    Well, he made it to the main

21   roster.  Did you watch him when he made it to

22   the main roster?

23        A.    I might have remembered him being

24   on the main roster with Chris Nowinski.  But

25   that's about it.  I never watched him, per

234

1     se.

2          Q.   And what was your understanding of

3     what happened to Chris Nowinski?

4          A.   I'm not sure.

5          Q.   Did you ever hear he got

6     concussions?

7          A.   Not that I was aware of.

8          Q.   You never heard Chris Nowinski got

9     concussions?

10         A.   I know he runs this foundation.

11         Q.   And when did you learn that, when

12    did you learn that?

13         A.   A concussion foundation.

14         Q.   When did you learn that?

15         A.   I'm not sure.

16         Q.   But your testimony is that you

17    never heard in the locker rooms or anywhere

18    that Chris Nowinski had to retire from the

19    WWE wrestling because of concussions that he

20    received?

21         A.   I didn't know he had to retire

22    because of a concussion.

23         Q.   Did you know that he got

24    concussions?

25         A.   I don't recall if he got a

235

1    concussion.

2        Q.   Did you know that he went into the

3    area of concussion research?

4        A.   I know he was into the research.

5        Q.   Did you know that in 2005, 2006?

6        A.   No.

7        Q.   Did you know he wrote a book?

8        A.   No.

9        Q.   So your testimony is you had no

10   knowledge whatsoever of this wrestler who

11   went into concussion research that led to all

12   these scientific discoveries of what we're

13   here to talk about?

14       A.   I'm sorry, I don't read books.

15       Q.   Did you know Chris Benoit?

16       A.   Yes.

17       Q.   Was he a friend of yours?

18       A.   I guess you could say he was a

19   friend.  We worked together.

20       Q.   And you're aware what happened

21   shortly after you left -- by the way, did you

22   know his wife?

23       A.   Nancy, right?

24       Q.   Yes.

25       A.   Uh-huh.

236

1     Q.   Did you know her, too?

2     A.   Yeah, I knew her.  Yeah.

3     Q.   And did you know Dr. Aston?

4     A.   Dr. Aston I don't think I met.

5     Q.   Did you know that's the person who

6   was supplying him drugs down in Georgia?

7     A.   No.  Person life like that, I don't

8   know.

9     Q.   So you were aware of Chris Benoit

10  murdering his wife and his son and then

11  committing suicide in 2007, weren't you?

12    A.   Yes, sir.

13    Q.   And would you agree with me that

14  was a huge story --

15    A.   Yes, sir.

16    Q.   -- just about everywhere when it

17  happened, wasn't it?  National news, USA

18  Today, People magazine, well-known in

19  wrestling business, wasn't it?

20    A.   Yeah, it was well known.  I mean --

21    Q.   And you followed that story, didn't

22  you?

23    A.   All I know is that she, they said

24  he had CTE, he had brain damage.  They said

25  it could have been a steroid range -- rage,

237

1    excuse me.

2            WWE had said that it had nothing to

3    do with wrestling.

4        Q.    Where did WWE say that?

5        A.    I don't recall.

6        Q.    Then why did you say that, if you

7    don't recall?

8        A.    Because that's what I remember.  If

9    you're asking me.  I remember that you guys

10   took him off, you guys took him off all of

11   your programming, and he was abolished, and

12   he's a memory in the WWE.

13       Q.    What does that have to do with the

14   WWE supposedly saying that it nothing to do

15   with wrestling?

16       A.    Because I believe that's what you

17   guys had said.

18       Q.    Where?

19       A.    I don't remember where, but it had

20   nothing to do with wrestling.  You know, he

21   was just -- he went out of his mind.  He

22   could have had CTE, it could have been a

23   steroid rage.

24       Q.    So when did you hear that he could

25   have had CTE?

238

1   A. Well, at the same time he was

2 having all of these problems when the story

3 came out.

4   Q. And that was 2007, right?

5   A. I think it was after 2007.  I'm not

6 sure.

7   Q. Well, do you recall there being a

8 big press conference that announced he had

9 CLE (sic)?  It was all over the news.

10     MR. SCIOLLA:  CLE?

11     MS. LACY:  CTE.

12     MR. SCIOLLA:  It's not legal

13 classes.

14   Q. CTE.  Do you remember there being a

15 news conference announcing this and making a

16 whole lot of publicity about the fact that

17 this wrestler who had murdered his wife and

18 his child had this supposed CTE?

19   A. I mean I feel story that he did

20 that, and I knew Nancy and I knew him and I

21 knew the son, and I feel bad.

22   Q. I'm sure we all do, Mr. LoGrasso,

23 but my question is:  Did you hear about the

24 press conference where there was this

25 announcement that he had CTE?

239

1       A.   No, I did not.

2       Q.   But you knew it was said publicly

in or around the time of that murder that he

had CTE?

5       A.   Right.

6       Q.   And that was, frankly, a big story

in the wrestling business, wasn't it?

8            MR. SCIOLLA:   Objection, asked and

9       answered.

10       A.   It was.

11       Q.   And there probably wasn't anybody

that ever wrestled in that time frame that

did not know Chris Benoit had been supposedly

diagnosed with CTE?

15            MR. SCIOLLA:   Objection, calls for

16       speculation.

17       Q.   Would you agree with that?

18       A.   It was a big story, like you said.

19       Q.   And people were talking about it in

locker rooms, because they were concerned

about what does that mean about me; is that

fair to say?

23            MR. SCIOLLA:   Object to form.

24       A.   There was a lot of talk at that

25  time.  Like, you know, nobody knew for sure.

240

1    He could have went into a steroid rage,

2    because he was on the gas.  He could have, it

3    could have been, who knows?  You know, I was

4    there, nobody knows for sure what the hell

5    happened.  All I know is that it happened,

6    and it was a shock to the wrestling world.

7         Q.   And a lot of people were wondering

8    about the CTE aspect, weren't they?

9              MR. SCIOLLA:  Objection, calls for

10        speculation.

11        A.   I guess so.  I'm not sure.

12        Q.   Well, what was his finishing move?

13        A.   Flying head butt off the top of, if

14   I remember.  Cripple cross fist.

15        Q.   But in terms of flying head butt,

16   wasn't that a lot of discussion about whether

17   that particular move is what contributed to

18   his alleged head trauma and CTE?

19             MR. SCIOLLA:  Objection, calls for

20        speculation.

21        Q.   Do you recall --

22        A.   It could have been something that

23   he did every night.

24        Q.   And you recall that being part of

25   the discussion as to whether that was part of

241

1     what caused it?

2          A.   No, I don't recall.

3          Q.   Do you know how many newspaper

4     articles and media stories were out there

5     about Chris Benoit and CTE?

6          A.   No, I don't, sir.

7          Q.   But you would agree a lot, right?

8               MR. SCIOLLA:   Objection.

9          A.   I would assume so.  It was a pretty

10    big story.

11         Q.   Well, when you heard that story,

12    did you go to your doctor, your personal

13    doctor and say, do I have anything to worry

14    about?

15         A.   No, because it wasn't until 2014

16    that I started to get myself checked out and

17    realized that something could possibly be

18    wrong.

19              So whatever Chris Benoit did or how

20    or that stuff didn't pertain to me at the

21    time, because I didn't think it was me.  But

22    it wasn't until I started going to these

23    doctors, and they started telling me that I

24    had these symptoms, that I thought that it

25    could be me.  And that's when I started to do

242

1    my own research, do my own read up.  But

2    there was no reason for me to read up on

3    something that had nothing to do, that didn't

4    pertain to me.

5         Q.   So you have knowledge that Bret

6    Hart asked to retire from the wrestling

7    business in '99 because of concussions.  You

8    know Chris Nowinski is out of the business

9    because of concussions and involved in

10   concussion research.

11        You know Chris Benoit had

12   supposedly killed his wife because of CTE

13   associated with head trauma, but you can't

14   put that together that that might have

15   something to do with your symptoms?

16        MR. SCIOLLA:  Objection, that calls

17        for the mischaracterization of the

18        testimony.

19        A.   I don't know how to answer that

20   question.  You're asking me on an assumption,

21   if I only knew about these symptoms in 2014,

22   that they came to frutation (sic), then how

23   would I know how to react to Chris Benoit,

24   and all these other guys, if it wasn't

25   pertaining to me.

243

1      Q.   What diligence did you do in those

2   years to find out after you left WWE, when

3   you were experiencing these symptoms, what

4   diligence did you use to determine what the

5   cause of all these problems supposedly was?

6          MR. SCIOLLA:  Objection.

7      Q.   Let's start it this way:  Did you

8   try to do any internet research to read up on

9   possible reasons you might be suffering from

10  headaches and whatnot?

11     A.   I had no knowledge, like I said, a

12  concussion to me was somebody being knocked

13  out because you and I come to --

14     Q.   I've heard that speech.  I'd like

15  an answer to my question.

16     A.   It's the same answer I'm going to

17  give you.

18     Q.   My question was:  Did you do any

19  internet research?

20     A.   Not back then, no.

21     Q.   But you have since?

22     A.   Since I found out that I have these

23  symptoms, I have.

24     Q.   So you could have looked very

25  easily then and found out the same thing,

244

1    correct?

2         A.   If it meant something to me and I

3    was going, having these things going on back

4    then, and I had doctors to see, but since I

5    didn't, no.

6              MR. SCIOLLA:   And I'm offering an

7         objection in for the last question.

8         Q.   And you also had Dr. Tambour too,

9    didn't you?

10        A.   Actually, no.

11        Q.   You could have went to any doctor

12   in the country and said, "This is what I'm

13   experiencing."

14             MR. SCIOLLA:   Objection, calls for

15        speculation.

16        Q.   Did you do that?

17        A.   No, I didn't go to Dr. Tambour.

18        Q.   Did you go to any doctor, and say,

19   "Look" -- "I, you know, I'm just being

20   cautious here, I'm having headaches, I took a

21   lot of blows to my head when I was a

22   wrestler.  I know Chris Benoit had CTE.  I

23   just want to make sure I'm okay."  Did you do

24   anything like that?

25             MR. SCIOLLA:   Object to the form.

245

1    A.   No, I didn't go to a doctor and

2  say, my friend Chris Benoit killed himself or

3  his family and go to a doctor and say these

4  things.  No, it didn't happen.

5    Q.   Did you watch -- do you know Dr.

6  Maroon?

7    A.   Dr. Maroon.  I know of him.  I

8  don't know him personally.

9    Q.   He came after you were gone, right?

10    A.   Right.

11    Q.   So you've never had any personal

12  dealings with him?

13    A.   No.

14    Q.   How do you know of him?

15    A.   I think I heard his name mentioned

16  with brain research with the NFL.  I think,

17  I'm not sure.

18    Q.   Have you talked to the Ben Omalu?

19    A.   No, sir.

20    Q.   You just put out a Tweet or a

21  Twitter about him supposedly helping you?

22    A.   I don't recall if I did.

23    Q.   Do you know who he is?

24    A.   She does CTE analyzing, studies

25  brains.

246

```
 1           (LoGrasso Exhibit 22, Twitter

 2       update, marked for identification, this

 3       date.)

 4       Q.   I've handed you what's been marked

 5   as exhibit -- what number is that?

 6       A.   22.

 7       Q.   -- 22.

 8            Can you confirm that is a document

 9   that you authored?

10            THE WITNESS:  You want me to give

11       them --

12            MR. SCIOLLA:  No, I have it.

13            MR. McDEVITT:  He has a copy.

14       Q.   Did you write that on April 22nd of

15   this year?

16       A.   Yes, I did.

17       Q.   You say, "Dr. Omalu, working on my

18   behalf and on the behalf of others.  More is

19   coming.  What a ride this has been."  What

20   does that mean?

21       A.   I believe that Dr. Omalu is working

22   as a consultant with -- with the lawyers on

23   the CTE study.

24       Q.   And has he examined you?

25       A.   Never once.  I never met the man.
```

247

1    Q.   What did you mean "More is coming"?

2    A.   Meaning that there is more to this

3    that is coming, basically.  It was just an

4    out-there statement.

5    Q.   Well, what is "More"?

6    A.   Just an out-there statement.

7    Q.   Let me go back to a question I

8    asked you before.

9    Can you identify anything that

10   anybody at WWE, beyond what you testified to,

11   did that you regard as deceiving you or

12   fraudulent towards you?

13   A.   Deceiving or fraudulent towards me,

14   if you could explain in what manner you mean.

15   Q.   Well, in any manner, did they say

16   or do anything to you that deceived you, had

17   misled you in any way?

18   A.   I guess as far as being misled, it

19   goes about time when I was going back and

20   forth to, when I was going back and forth to

21   Louisville and Deep South Wrestling, and I

22   was doing a new gimmick down there and Mike

23   and Steve Curran were working for that

24   company, and I believe Mike was in charge of

25   talent relations, along with the Steve

248

1    Curran, and they came down to look at my new

2    gimmick.  And they had told me that I was

3    going up to TV the week -- the next week, and

4    then the following week I was released from

5    WWE.

6         Q.   Anything else?

7         A.   That's about it.

8         Q.   You've made allegations about Bill

9    DeMott in this case.  You never trained under

10   Bill DeMott, did you?

11        A.   At Deep South.

12        Q.   You had been a professional

13   wrestler for how many decades by the time you

14   went to Deep South?

15        A.   I still abided by his rules,

16   because it was his training facility.

17        Q.   How many decades had you been a

18   wrestler?

19        A.   I think it was up to 15 years at

20   the time.

21        Q.   And when you went down there, you

22   went down there as a WWE Superstar to help

23   those people, did you?

24        A.   I went down there to help and keep

25   training.

249

1      Q.   And you were by that time a fully

2   accomplished professional wrestler, fair to

3   say?

4      A.   You always could learn some things.

5      Q.   And that was after these matches

6   with Steve Regal that you lied about this

7   morning, correct?

8           MR. SCIOLLA:  Objection.

9      A.   So your point being?

10     Q.   So whatever you ran into with Bill

11  DeMott, that is after these matches that you

12  lied about this morning, isn't it?

13          MR. SCIOLLA:  Objection to the

14      characterization.

15     A.   You didn't tell me what Bill DeMott

16  did that I could say yes or no to.

17     Q.   Well, you didn't even encounter

18  Bill DeMott until what, 2007?  When did you

19  go down there, in 2007?

20     A.   I'm sorry?

21     Q.   When did you go down to Deep South?

22     A.   When did go down to Deep South?

23     Q.   Yes.

24     A.   I was going down to Deep South, I

25  believe from 2005 to 2007, because I would go

250

1    on the weeks that I was off.

2         Q.    Was DeMott a Facebook friend of

3    yours?

4         A.    No.

5         Q.    Never?

6         A.    He was at one time, I believe.

7         Q.    And when was that?

8         A.    I'm not even sure.

9         Q.    Did you ever read any congressional

10   testimony in the Benoit matter?

11        A.    Read congressional testimony?

12        Q.    Yeah.

13        A.    No.

14        Q.    Are you a boxing fan?

15        A.    A boxing fan?

16        Q.    Yes.

17        A.    Yes, sir.

18        Q.    And do you follow Muhammad Ali?

19        A.    Pretty much.

20        Q.    And have you followed his

21   deterioration in health?

22        A.    I know of it.  I don't follow it,

23   as per se.

24        Q.    And what is your understanding of

25   what caused his deterioration?

251

1           MR. SCIOLLA:  Objection, calls for

2      speculation.

3      A.    It's a lot of blows to the head.

4      Q.    Did you see him light the Olympic

5 torch in Atlanta several years ago?

6      A.    I might have.

7      Q.    Did you generally watch the

8 Olympics?

9      A.    I watched the Olympics.  I might

10 have watched him do it.  I'm not sure.

11      Q.    Are you familiar with what I'm

12 talking about?  How he came out and lit the

13 Olympic torch in Atlanta in 1996?

14      A.    Vaguely.

15      Q.    And if you watched that in 1996 and

16 you watched Muhammad Ali, did you conclude

17 that he was suffering from brain damage?

18           MR. SCIOLLA:  Objection, calls for

19      speculation.

20      A.    I don't know because I didn't watch

21 the tape, so I don't know.  Again, I can't

22 answer that.

23      Q.    Have you seen him in public where

24 he shakes?

25      A.    I've seen him with the shakes.

1    Q.   And he didn't seen talk any more,

2    does he?

3        A.   Not that I know of, sir.

4            MR. SCIOLLA:  Objection, calls for

5        speculation.

6        Q.   And he's been that way for quite a

7    while, hasn't he?

8            MR. SCIOLLA:  Objection.

9        A.   I think so.

10       Q.   And that's another instance where

11   you could have deduced that that man suffered

12   brain damage from blows to the head, right?

13           MR. SCIOLLA:  Objection.

14       A.   I would assume so.

15       Q.   You indicated I think --

16           MR. McDEVITT:  Strike that.

17       Q.   When did you say your last match in

18   2007 with WWE in the main roster was?

19       A.   I didn't.

20       Q.   When was that?

21       A.   I'm not sure.

22       Q.   It was prior to June though, wasn't

23   it.

24           I mean, you were gone by the time

25   Benoit had murdered his wife, right?

253

1    A.   Yes.

2    Q.   Did you talk to him in that part of

3    2007, prior to the murders?

4    A.   Locker room talk?

5    Q.   Yeah.

6    A.   "How are you doing, what's going

7    on."

8    Q.   Right.

9    A.   I mean before Eddie Guerrero died,

10   we were talking this, me, Nunzio, Chavo,

11   Benoit and Eddie, we used to go to the gym

12   all the time at the same time, and we all

13   used to meet.

14        So you're asking me if I was

15   friendly with him, during train or after

16   shows, yes.

17        Have an extensive conversations

18   with him, no.

19   Q.   Do you remember the last time you

20   talked to him?

21   A.   Not at all.

22   Q.   Have you ever known any 85-year-old

23   people with dementia?

24   A.   85-year-old people with the

25   dementia?

254

1      Q.    Around 85 years old.  Have you ever

2  known anybody with dementia?

3      A.    I know one or two people.

4      Q.    And how old are they?

5      A.    I could say the one person I know

6  is 50 or 60.

7      Q.    And how far along is their

8  dementia?

9      A.    I really don't keep up with him.  I

10  know him, when I see him I'm nice to him.  I

11  say, hello, how are you doing today.  It

12  doesn't look very well but, you know.

13      Q.    Is he capable of managing his

14  affairs?

15      A.    Is he capable of what?

16      Q.    Capable of managing his own

17  affairs?

18      A.    No.

19      Q.    Would he be capable, for example,

20  of getting on a plane and flying to a strange

21  city?

22           MR. SCIOLLA:  Objection, calls for

23      speculation.

24      A.    No.

25      Q.    Did the Chris Benoit that you knew

255

1    before you left WWE strike you as an 85 year

2    old with dementia?

3          A.    No.

4          Q.    No.

5                And nobody who knew him would have

6    thought he had dementia on a scale of an

7    85 year old dementia, would they?

8                MR. SCIOLLA:   Objection, calls for

9          speculation.

10         A.    It wasn't even a thought.

11         Q.    And so if somebody had said to you

12   back in 2007 when Chris Benoit did what he

13   did, "Vito, he's like an 85-year-old with

14   dementia," what would you have said to that?

15               MR. SCIOLLA:   Objection, calls for

16         a hypothetical.

17         A.    I would say that it's a standard no

18   way, I can't believe it.  But that's I think

19   everybody's reaction.

20         Q.    And if you had said that, would you

21   think you would be committing some kind of

22   fraud by expressing your opinion that you

23   didn't believe that?

24               MR. SCIOLLA:   Objection, calls for

25         speculation.

1      A.   You're talking like in general

2   circles about your own opinion about

3   different people.  So I mean you know it's

4   not about being any kind of thing like fraud,

5   but it's what you think about that person.

6      Q.   So that, in your mind, if you

7   express your truthful opinion, based on your

8   knowledge of Chris Benoit, no way; you don't

9   think you're trying to deceive anybody.

10  You're just expressing your opinion about

11  what you knew about the man?

12          MR. SCIOLLA:  Object to the form.

13     Q.   Is that fair to say?

14     A.   Fair, fair statement.

15     Q.   Back in 2007, after Benoit, after

16  the initial discovery of the murders, do you

17  recall, there was a lot of discussion about

18  whether that was associated with steroid

19  rage?

20     A.   That's what they said it was part

21  of.

22     Q.   Right after the murder.

23          And did that concern you as a

24  steroid user?

25     A.   Well, when you are on steroids like

257

1    that, you know, you do have these bits of

2    rage.  So I mean, it is possible.

3        Q.   So did that make you more

4    interested in the story as to whether or not

5    that could have been the cause?

6        A.   There's a difference between taking

7    steroids and taking testosterone replacement.

8        Q.   Understood.

9        A.   So I mean when you are taking

10   testosterone replacement, you are replacing

11   testosterone because you have a deficiency.

12   When you are taking steroids, you're taking

13   them for other gains and goals.

14            So when you are on a mild dose, you

15   know, the effect of having those rages are

16   very limited.  You do get irritable.  I'm not

17   saying that.  But they're much greater when

18   you're actually taking steroids.

19       Q.   But is the fact that steroids were

20   put in play in this case something that made

21   you more interested in the story?

22       A.   No.  Like I said -- like I said,

23   you know, like him doing that and everything

24   that happened, my interest of it was, okay,

25   it's a shock value, but after that, it really

258

1    wasn't of importance.  That's not to neglect

2    or negate anybody.  It just didn't deal with

3    my everyday life.

4         Q.   Did you hear when Chris Nowinski

5    made a call out to get his brain to get

6    examined for concussions?

7         A.   No, I did not.

8         Q.   What was your understanding of how

9    his brain was obtained?  Did you have any

10   understanding?

11        A.   No, I did not.

12        Q.   Did you know Andrew Martin?

13        A.   Yes.

14        Q.   Did you ever wrestle with Andrew

15   Martin?

16        A.   We wrestled together from the time

17   I was there in the WWE.

18        Q.   Was he a friend of yours?

19        A.   I guess so.  You know, hey, how you

20   doing.

21        Q.   Did you come to learn in 2009 that

22   Andrew Martin reportedly had been diagnosed

23   with CTE?

24        A.   I did not know that.

25        Q.   Is this the first time you learned

259

1    that?

2         A.   I'm learning it as we are going

3    along.

4         Q.   Did you know he died?

5         A.   Yes, I was a Tampa resident.  I

6    knew he died in his condo in Tampa of a drug

7    overdose.

8         Q.   And you never heard anything about

9    a CTE findings for Andrew Martin?

10             MR. SCIOLLA:  Objection, asked and

11        answered.

12        A.   Not that I -- not that I recall.

13        Q.   Did you talk to any friends in the

14   business, the wrestling business in 2009

15   about the fact that Testa died and been

16   diagnosed as supposedly having CTE?

17        A.   No.

18        Q.   Did you used to hang around Hulk

19   Hogan's bar?

20        A.   Say it again.

21        Q.   Did you used to hang around Hulk

22   Hogan's bar down in Tampa?

23        A.   Yes.

24        Q.   Who else was in that bar when you

25   were hanging out there that were in the

260

1    wrestling community?

2        A.    Jimmy Hawk was there every day

3    because he ran it.

4            Basically it was just Jimmy that

5    was there.

6        Q.    Did you talk to him about any of

7    these issues, about brain tumor -- or brain

8    trauma and headaches and all the rest of

9    that?

10       A.    Just there, hey, Jimmy, how you

11   doing, have a good time.

12       Q.    So can you tell me in the year

13   2008, for example, everything you did to

14   determine the cause of your symptoms?

15       A.    Okay.  Repeat that again.

16       Q.    In 2008 --

17       A.    Right.

18       Q.    -- tell me everything you did to

19   determine the cause of your symptoms.

20       A.    Tell you everything I did that

21   caused my symptoms.

22            MR. SCIOLLA:  I'm sorry.  Can you

23       just repeat one more time?  Can you just

24       repeat it?

25       Q.    Let me make sure.

261

```
1       A.   I'm trying to figure out how to

2   answer it.

3       Q.   Let me make sure you understand the

4   question.

5            The question is, tell me everything

6   you did in 2008 to try to determine the cause

7   of the symptoms you were having?

8       A.   Tell you what I did to determine

9   what were the causes --

10      Q.   In the year 2008, what did you do

11  to determine the cause of the symptoms you

12  were having that year?

13      A.   Seeking medical help, is that what

14  you're asking me?

15      Q.   Anything.  Anything you did.

16  Medical help, research, anything.

17      A.   I don't recall what I did.

18      Q.   Can you tell me anything you did in

19  the year 2009 to figure out the cause of your

20  symptoms?

21      A.   I don't recall.

22      Q.   Can you tell me anything you did in

23  the year 2010 to determine the cause of your

24  symptoms?

25      A.   No, sir.
```

262

1    Q.   How about 2011?

2    A.   I don't -- I don't recall, sir.

3    Q.   How about 2012?

4    A.   I don't recall.

5    Q.   How about 2013?

6    A.   I don't recall.

7    Q.   So is it fair to say that in that

8    six-year period that you were having

9    symptoms, you can't recall doing anything to

10   determine the cause of those symptoms?

11   A.   I didn't know I had these symptoms

12   until I got checked out in 2014.

13   Q.   Well, you knew you had headaches,

14   didn't you?

15   A.   Huh?

16   Q.   You knew you had headaches, didn't

17   you?

18   A.   But I didn't know it was a symptom.

19   I just dealt with the headaches.

20   Q.   It's a symptom of what you're now

21   calling a TMI or a TBI, isn't it?

22   A.   I didn't know that.

23   Q.   What other symptoms did you have in

24   the years 2008 to 2013 that you now

25   characterizing as being associated with TBI?

263

1      Did you have anger?

2              A.    I do have anger issues.

3              Q.    Did you have depression?

4              A.    I did have my own depression.

5              Q.    Did you have any memory loss?

6              A.    I guess vague.

7              Q.    Do you have anxiety?

8              A.    I have anxiety.  I definitely had

9      the sleep apnea was terrible and it still is.

10     They want me to sleep with a machine and I

11     can't do it.

12             Q.    And when did you begin to

13     experience sleep apnea?

14             A.    I had had that for a very long

15     time, and I just -- I sleep a couple of

16     hours.  I would wake up.  I sleep a couple

17     more hours, I get up.  I could never -- seems

18     like unless I was totally wiped out,

19     exhausted, I would sleep, but I don't sleep

20     the whole way through.

21             Q.    What -- from the minute you got

22     sleep apnea, what did you do to determine the

23     cause of the sleep apnea?

24             A.    I went to Brandywine Hospital.

25             Q.    What year?

264

1      A.    2014 I believe, or 2015.

2      Q.    I'm sorry.  When did you say you

3  started experiencing that?

4      A.    I've had that, you know, for a

5  while, a long time.

6      Q.    Prior to 2014?

7      A.    Prior, yes.

8      Q.    And how many years prior to 2014

9  did you have sleep apnea?

10      A.    I would say maybe 2008.

11      Q.    Between 2008 and 2014 what did you

12  do to determine the cause of the sleep apnea?

13      A.    Absolutely, this is not being --

14  this is nothing but I just thought I couldn't

15  sleep.  I just thought anxiety and just --

16      Q.    In the years 2008 to 2013, do you

17  contend WWE did anything to prevent from you

18  discovering the cause of your injuries?

19          MR. SCIOLLA:  Objection, calls for

20      speculation, legal conclusion.

21      A.    Did they do anything to prevent me?

22      Q.    Yeah, from discovering the cause of

23  your injuries in the years 2008 to 2013.

24          MR. SCIOLLA:  Same objection.

25      A.    No.

265

1      Q.   Am I correct, Mr. LoGrasso, that

2   you, in the years when you were still --

3           MR. McDEVITT:   Strike that.

4      Q.   In the years where you were having

5   these symptoms, you were still trying to

6   perform as a professional wrestler?

7      A.   Yes, sir.

8      Q.   When did you perform your last

9   match?

10     A.   I don't recall.

11     Q.   After you left the WWE and any of

12  the matches that you performed in, did you

13  take any chair shots?

14     A.   Did I take any what?

15     Q.   Chair shots?

16     A.   No, sir.

17     Q.   When was the last time you took a

18  chair shot?

19     A.   I don't remember.

20     Q.   I think you already indicated you

21  didn't when you were at WWE and you didn't

22  after you left WWE; am I correct in that?

23     A.   I would say so, yeah.

24     Q.   So it would have been sometime

25  prior to that last run with the WWE that you

1  took your last chair shot?

2      A.   Prior to WWE is probably, the last

3  time I took a chair shot, prior.  During my

4  time at WWE, I did not take any chair shots.

5  Afterwards, I'm really not sure -- I'm

6  probably saying, I don't remember if I did.

7  I know I wasn't into the hard core.  I wasn't

8  into doing the stuff.  I just, you know --

9      Q.   You were advertising pretty much on

10  social media for wrestling bookings and

11  things of that nature through 2013, weren't

12  you?

13      A.   I think so.

14      Q.   And you were advertising on, the

15  Marmelukes, available for bookings in 2013,

16  correct?

17      A.   I think, I don't remember, but I

18  think so.  But I'm not sure.

19      Q.   And Da Baldies were available for

20  bookings in 2013?

21      A.   I think so.

22      Q.   And then you opened up your

23  wrestling facility down in Florida, correct?

24      A.   Yes, sir.

25      Q.   How did that go?

267

1       A.    I wind up closing my doors.

2       Q.    Would you consider it a financial

3    success?

4       A.    No.

5       Q.    Would you consider it a flop?

6       A.    I considered it a good old fashion

7    college try.  That's about it.

8       Q.    You were doing MMA sparring in

9    there, weren't you?

10       A.    Just dummies and everything.

11       Q.    With dummies, not real people?

12       A.    We were doing sparring with the

13    dummies.  We were practicing kicks, you know.

14       Q.    Didn't you almost get killed?

15       A.    Say it again?

16       Q.    Didn't you almost get killed?

17    Didn't you have to go to the hospital because

18    of a serious injury you got sparring?

19       A.    I had hit my leg and I had -- I

20    didn't know that I had a blood clot in my

21    leg, and I thought it was -- I thought it was

22    a black and blue.

23       Q.    And you got that from getting

24    kicked hard, right?

25       A.    In a kick pad.

268

1      Q.   Did you go to the emergency room?

2      A.   Yes.

3      Q.   And did they tell you you almost

4  died?

5      A.   Yes, they told me it was serious.

6      Q.   Were you sparring with your

7  students in this studio?

8      A.   Yes.

9      Q.   Throwing punches at them?

10      A.   We were doing combination punches,

11  no head shots, kicks, practices kicks to the

12  legs.

13      Q.   So even as late as 2014, while

14  you're experiencing these symptoms, now

15  you're engaging in real fighting?

16          MR. SCIOLLA:   Objection.

17      A.   It wasn't really real fighting.  It

18  was a bunch of kids that didn't know and you

19  are trying to teach them the basics.  So it

20  wasn't fighting.

21      Q.   Did you say, "I spar with each

22  student the whole way through.  I tell them

23  if I have no breaks, no water, no chair, you

24  can do this.  You get to hit the teacher, I

25  tell you to hit"?

269

1        A.   I don't recall that.  Unless you

2    let me read it.

3              (LoGrasso Exhibit 23, Facebook

4         status update, marked for

5         identification, this date.)

6        Q.   I handed you what has been marked

7    as Exhibit 23, Mr. LoGrasso.  Is that

8    something you posted?

9        A.   Can I -- am allowed to read it?

10       Q.   Absolutely.  I'm sorry.

11       A.   I posted this, yes, I did.

12       Q.   Is that what you said, "you get to

13   hit the teacher, I tell you to hit"?

14       A.   Meaning, when you're sparring is

15   that a lot of the guys were afraid to make

16   contact because, you know, they didn't want

17   to hit the teacher.  There was a no heading

18   hunting rule, no head shots allowed.

19   Everything was one, two, three, four, kick,

20   kick, one, two, and all body shots and to the

21   legs.

22              And a lot of guys, a lot of guys

23   who don't know how to fight were intimidated

24   because they didn't want to make a mistake,

25   and as you know, being a new guy, you try not

270

1    to -- and, you know, everybody has a fear.

2    And everybody has -- everybody wants to be in

3    MMA fighter and everybody wants to do it.

4    And it's okay to hit the bags, hit the dummy,

5    kick the pads.  But now you're standing in

6    there with a guy who is going to actually

7    throw back at you, everybody was hesitant.

8    And then I used to tell the guys, I said, if

9    I could do, you could do it.  If I could do

10   this and not take a break, you can do this.

11        Q.   In one of the postings you made

12   about this lawsuit, did you state, "The WWE

13   will definitely see this and to know that I

14   will be going on TV soon in a tell all and

15   just prove that you got to believe in you and

16   the sacrifices you made in life.  As you know

17   you had to be tough.  Never say you're hurt.

18   If you were, you lost your spot."  Did you

19   say that?

20        A.   Can I read it?  Is it okay?

21             (LoGrasso Exhibit 24, Facebook

22        status update, marked for

23        identification, this date.)

24        A.   I wrote this.

25        Q.   Is that what you said?  "You know

271

1    you had to be tough.  Never say you're hurt.

2    If you were, you lost your spot"?

3        A.   That was one of the things we

4    talked about before is a code in wrestling.

5    If you say you're hurt, you lose your spot.

6    You always got to, you know, never say you're

7    injured, never say you're hurt.  Always keep

8    going.  I did say that.

9        Q.   And is that sort of the code you

10   followed when you were performing for the

11   WWE, never say you're hurt?

12       A.   You try to follow that code and you

13   try to do it to the best of your ability.

14       Q.   You also say in here, "This is a

15   chance for benefits.  The same as the NFL

16   lawsuit.  No one knew but a billion dollars

17   divided up for the guys who put their time in

18   and have some issues now have relief."

19            What is a chance for benefits?  Do

20   you see this lawsuit as a chance for

21   benefits?

22       A.   To get help.

23       Q.   Well, what benefits do you think

24   this lawsuit is about?

25       A.   To get the help people need so they

272

1    can monitor their head injuries, you know,

2    get what they need to survive this world.

3         Q.   Well, such as what?

4         A.   Well, you know, you're looking at

5    possibly healthcare, you know, some sort of

6    pension, you know, some kind of relief for

7    guys to help them get through their tough

8    times.

9         Q.   So you think this lawsuit is a way

10   of getting a pension?

11            MR. SCIOLLA:   Objection.

12        A.   Well, to get a pension for the guys

13   who put their time in.

14        Q.   By the way, are you one of them?

15        A.   I would think so.

16        Q.   So you put a couple of years in the

17   WWE and you think this lawsuit should get you

18   a pension?

19        A.   I didn't just put a couple of years

20   in the WWE.  It was for wrestling in general.

21            (LoGrasso Exhibit 25, Facebook

22        status update, marked for

23        identification, this date.)

24        Q.   Where did you get this information

25   about the NFL lawsuit is about billion

273

1  dollars divided up by the guys.  Where did

2  that come from?

3      A.   I read about it online.  That's

4  where I got the information from.  It was on

5  the newspaper and in the news.

6      Q.   Do you have some understanding that

7  Mr. Kyros was involved in that?

8      A.   Yes, I do.

9      Q.   What is your understanding?

10     A.   That he helped some of the people

11 in the NFL lawsuit.

12     Q.   Did you understand he had something

13 to do with that settlement?

14     A.   I know he was affiliated with it.

15 But the things that are on there, from what I

16 read, and what I saw on TV, and I wrote about

17 it.  It's my own opinion.

18     Q.   How is he affiliated with the

19 billion dollar settlement?

20     A.   How is Mr. Kyros affiliated with

21 it?

22     Q.   Yeah, how is he affiliated with

23 that.

24     A.   I didn't say he was affiliated with

25 it.  I said he was affiliated with the

274

1    lawsuit.  I didn't say the billion dollar

2    one.

3              Can I read it?

4         Q.   Well, it was on the one I just

5    asked.

6              (Discussion off the record.)

7         Q.   What was his affiliation with the

8    lawsuit?

9         A.   That was what I heard on TV and

10   read online, so that's what I put.

11        Q.   Where did you hear that on TV?

12        A.   I don't recall.

13        Q.   Advertisements?

14        A.   It wasn't advertising.  It was on I

15   think maybe Sports Center, or something, one

16   of the sports shows.

17        Q.   Sport Center said Mr. Kyros had

18   something to do with that?

19        A.   No, I didn't say that.

20        Q.   What --

21        A.   You asked me about the billion

22   dollar lawsuit.  You didn't ask me about Mr.

23   Kyros.

24        Q.   No, well, I'm sorry.  I thought I

25   did.  But I'm asking, what is your reason for

275

1    thinking he had something to do with that

2    billion dollar settlement?

3         A.   He represented some of the people

4    in the NFL lawsuit.

5         Q.   And did what?

6              MR. SCIOLLA:  Objection, calls for

7         speculation.

8         Q.   I'm not asking you to speculate.

9    I'm asking you, what is your understanding?

10        A.   He represented some of his clients

11   in the lawsuit.

12             THE WITNESS:  Is it all right if I

13        take a break?

14             MR. McDEVITT:  You want to take a

15        couple of minutes too.  Actually that's

16        a probably a good idea.  It will give me

17        a chance to look through and see if I

18        can shorten.

19             THE VIDEOGRAPHER:  The time is

20        3:51 p.m.  Off the record.

21             (A brief recess was taken.)

22             THE VIDEOGRAPHER:  The time is

23        4:02 p.m.  Back on the record.

24        Q.   Just a few more things to cover

25   with you today, if I could.

276

1           On Exhibit 25, am I correct that --

2      and I'll give it back to you -- am I correct

3      that on this one, you also said, "The fear on

4      losing your spot is real.  Are you hurt, no,

5      you keep going.  It was the culture."

6           That's the same thing you said in

7      the prior e-mail, not e-mail, the prior

8      posting, about the culture?

9           A.   Basically the same thing.

10          Q.   Did you ever subscribe or read the

11     WWE Magazine?

12          A.   No.  They stopped sending me the

13     magazine a long time ago.

14          Q.   Are you a subscriber to what is

15     called Dirt Cheats?

16          A.   No.

17          Q.   Have you ever been?

18          A.   No.

19          Q.   Do you ever read The Wrestling

20     Observer?

21          A.   Wrestle Zone, Wrestling Observer.

22          Q.   How about The Torch?

23          A.   The Torch is still a paper thing,

24     isn't it?

25          Q.   Yes.  Well, I think it is.  It may

277

1      be on the internet too, but paper --

2           A.   I don't read The Torch.  Maybe

3      Wrestle Zone or the PWInsider.

4           Q.   So they are internet-based rag

5      sheets, for lack of a better word?

6           A.   Those two.

7           Q.   Those two.  All right.

8                How long have you read those?

9           A.   I don't know, on and off.

10          Q.   Have you received written

11     communications from the WWE since you left

12     there?  Have you received any kind of written

13     communications from the WWE since you left

14     the company in 2007?

15          A.   E-mails about the wellness policy.

16          Q.   Anything else?

17          A.   Asking Tom Luminowski (phonetic)

18     about my royalties.

19          Q.   Tom Rigmoski (phonetic), do you

20     mean?

21          A.   Yes.

22          Q.   Anybody else?

23          A.   Let me think.  No, not that I know

24     of.

25          Q.   When you say you got e-mails, I

278

1    think that's what you said, e-mails regarding

2    the wellness policy?

3          A.   They used to send them to me I

4    guess as a group blast.

5          Q.   And did you keep those e-mails?

6          A.   No.

7          Q.   What did the e-mails say?

8          A.   Basically what you showed me,

9    something to the effect earlier, about the

10   wellness policy.

11         Q.   I don't recall what I showed you

12   about the wellness policy you're referring

13   to.

14         A.   It was saying that if you have -- I

15   think, if I remember, if you have any

16   problems or you know anybody who needs help,

17   call the wellness policy.

18         Q.   It would say call the WWE, not call

19   the wellness policy?

20         A.   Well, the program, WWE wellness

21   policy.

22         Q.   Well, those letters don't even

23   mention wellness policy, do they?

24         A.   I'm not sure because I don't

25   remember the exact e-mail.  You asked me if

279

1    there was any contact, if I remember, that

2    was the only one.

3        Q.   But you would agree, I take it, the

4    WWE has not provided you any kind of medical

5    care since you left the WWE?

6        A.   No.

7        Q.   All right.  And the letters you're

8    referring to are letters by which WWE offers

9    any talent that has a drug or alcohol

10   problem, help in going to rehab; is that

11   basically what you're talking about?

12       A.   That's it.

13       Q.   And do you happen to know any

14   people who have been helped by that program?

15       A.   No.  Pretty much, I guess the guys

16   who go to the rehab keep it to themselves,

17   and they don't advertise it.

18       Q.   Do you know Scott Hall?

19       A.   I know Scott Hall.  I don't talk to

20   him.  I'm not a friend of his.

21       Q.   Do you think he would be alive

22   today but for the WWE's help in that program?

23           MR. SCIOLLA:  Objection, calls for

24       speculation.

25       A.   I guess -- I guess it did help him,

280

1    and the DDP Yoga he swears by.  I mean it

2    might have helped him.

3        Q.   Do you --

4             THE VIDEOGRAPHER:  4:07 p.m.  Off

5        the record.

6             (A brief recess was taken.)

7             THE VIDEOGRAPHER:  4:08 p.m.  Back

8        on the record.

9             (LoGrasso Exhibit 26, Article

10       entitled, "Is it over for HBK?," Bates

11       Nos. SINGLETON_0000612 through

12       SINGLETON_0000614, marked for

13       identification, this date.)

14            MR. SCIOLLA:  Can I have a copy of

15       25?  I don't think I got one.

16            MS. LACY:  There were two that I

17       handed over.  I don't know where the

18       other copy went.

19            THE WITNESS:  This is 25.

20            MR. SCIOLLA:  You have to keep that

21       there.  That's marked.

22            MR. McDEVITT:  She's going to

23       attach them.

24            MS. LACY:  I don't know where it

25       got lost, but I did have two copies.

281

1           THE WITNESS:  Do you guys want that

2      door shut?

3           MR. McDEVITT:  No, that's okay.

4      Q.   Would you have a minute to take a

5   look at Exhibit 26.

6           Have you read that article before

7   today?

8      A.   No.

9           MR. McDEVITT:  I'm probably going

10         to conclude by showing you the last

11         three matches of WWE that you identified

12         in the interrogatories as the five

13         matches that you were hurt in.  We've

14         seen two already.

15              Let's do the January 16, 2007

16         match.

17              MS. LACY:  It always together.

18         Full match.

19      Q.   And I would like you to do, Mr.

20   LoGrasso, is --

21           MR. McDEVITT:  Are you able to stop

22         that when he speaks?

23              THE VIDEOGRAPHER:  Yes.  Just let

24         me know.

25      Q.   What I would like you to do is when

282

1   you watch this one is if -- if you see a

2   place where you think you received a head

3   injury, I would like you to tell us when you

4   see it, stop the tape.  You can identify it

5   and we will continue to roll it.

6            MR. SCIOLLA:  We are going to stop

7        now.

8            MR. McDEVITT:  Whenever he

9        identifies a spot so we can make sure we

10       identify.

11           MR. SCIOLLA:  Okay.  Do you

12       understand?  Okay.

13           (Video played.)

14           MR. McDEVITT:  Can you run that

15       until the match starts.  Run it to until

16       the match actually begins.

17           Okay.  There.

18           (Video played.)

19   A.    Right there is where I got rocked.

20           MR. McDEVITT:  Before we start it.

21   A.    That's where it started.

22   Q.    Who is your opponent there?

23   A.    Steve Taylor.

24   Q.    And you're indicating in the tape

25   where he sort of gives you a series of upper

283

1      cuts with the bent arm?

2          A.   Right.

3          Q.   Let's continue, and if you see any

4      others ones, tell us where is that.

5          A.   That's where it started and that's

6      where I like, from then on, you can go ahead.

7               (Video played.)

8          A.   Right in the corner I was being hit

9      in the head.

10         Q.   And you are indicating that Steven

11     Regal is hitting you in the head in the

12     corner?

13         A.   In that series also.

14         Q.   All right.  Let's continue.

15               (Video played.)

16         A.   Again I'm hit in the head, in the

17     back of the head on that.

18         Q.   Were you indicating the spot where

19     Steven Regal --

20         A.   Where I received a kick to the

21     head.

22         Q.   With his right foot?

23         A.   Yes, sir.

24         Q.   All right.

25               (Videotape played.)

284

1      A.   That was another upper cut on that.

2      Q.   And you've indicated the same

3   movement that that man made earlier in the

4   film with sort of a bent arm upper cut to

5   your chin?

6      A.   Yep.

7      Q.   Does he actually hit you in the

8   face there?

9      A.   Say it again.

10      Q.   Does he actually hit you in the

11   face?

12      A.   I believe so.  All I know is I got

13   it good.

14           (Videotape played.)

15      A.   This is the bit of the match where

16   they're actually tell me to tag, if it is,

17   and I'm not -- like, I'm trying to get there,

18   but I'm having a problem getting to make the

19   tag.

20      Q.   Well, that's conventional issue in

21   tags, the guy is trying to get, but he can't

22   get there because the guy keeps dragging him

23   back?

24      A.   I'm talking about I'm trying to go

25   back -- I'm saying if it's the end, you can

285

1    go forward.

2            (Video played.)

3        A.   That's the point I'm talking about.

4    Like a miss altogether.

5        Q.   That's scripted, isn't it?  That's

6    the scripted part of the finish, isn't it?

7        A.   Not that part.  They were telling

8    me from all three of them, to make the tag,

9    make the tag.  He couldn't missed any more

10   and made it more obvious that, you know, make

11   the tag already.  And I was having a hard

12   time making a tag and I missed it.  As you

13   could see, I missed it.

14       Q.   Well, that often happens, doesn't

15   it?  You miss the tag?  That's sort of

16   setting up the idea, you can't make the tag?

17       A.   Not when you are going on the

18   finish, or the go home.  You are supposed to

19   make the hot tag.

20       Q.   Let's see how it ends here.

21           (Video played.)

22           MR. McDEVITT:  All right.  You can

23   stop.

24       Q.   So after the segment where you

25   didn't make the tag, you made the tag, right?

286

1      A.   I missed, and then eventually they

2   tagged me.

3      Q.   That's the scripted.  You are

4   supposed to miss to set up what you

5   eventually do?

6      A.   That end part wasn't supposed to

7   be, I was supposed to make the hot tag diving

8   into the corner, but then it took me a little

9   extra at end to do a neck break.  You never

10  do a neck break that how close to the

11  turnbuckle.  Because as you're making a hot

12  tag, you're coming, you're coming, you're

13  coming, you make a hot tag, you jump and you

14  make the hot tag.  When you're doing a neck

15  breaker and you are doing something like

16  right there, so I have to fall back into the

17  turnbuckle, so I could wave my hands like

18  this.  I still never made the tag.  They made

19  the tag to me.  When you are going into the

20  turnbuckle, you make the tag, hot tag, and

21  you fall.

22     Q.   After every one of the episodes

23  that you indicated you got hurt in, you

24  continued to perform, didn't you?

25     A.   I continued to perform.

287

 1      Q.   And you continued to execute
 2   various complicated maneuvers, didn't you?
 3      A.   Complicated, in dropping to your
 4   knees, I don't think so.
 5      Q.   If somebody was watching that, do
 6   you find anything in that that looks like
 7   anything other than a routine wrestling
 8   match?
 9           MR. SCIOLLA:  Objection, calls for
10      speculation.
11      A.   I'm just telling you what happened
12   in the ring.
13      Q.   I'm just asking you, sir:  If you
14   watched that would you think that was
15   anything other than a routine, garden variety
16   wrestling match?
17      A.   I guess you could say it's a
18   wrestling match.
19      Q.   But you wouldn't find anything in
20   that that would indicate that anybody was
21   seriously hurt, would you?
22      A.   To the blind eye, what you're
23   saying is correct.  To the trained eye, there
24   is something wrong.
25      Q.   What trained eye?  Of a wrestler's?

288

1      A.   Other wrestlers, the agents, the

2   bookers, anybody who knows wrestling.

3      Q.   Well, did any of these wrestlers

4   say to you, were you hurt?

5      A.   They were telling me to make the

6   tag.  They were pushing me to the corner.

7   The ref was telling me to go home.

8      Q.   When we talk to those wrestlers,

9   they will say they knew you were hurt?

10      A.   They were telling me to go long and

11   I couldn't.

12      Q.   So they're going to say they knew

13   you were hurt?

14          MR. SCIOLLA:  Objection, calls for

15      speculation.

16          MR. McDEVITT:  All right.

17          Let's watch the January 30th one.

18          MS. LACY:  The full match.

19      Q.   Let's do the same thing, Mr.

20   LoGrasso.  When you see something that you

21   say now hurt you and took a head injury, tell

22   us and we will stop the tape.

23          (Videotape played.)

24      A.   Right there the knee to the head.

25      Q.   So your testimony is he actually

1      kneed you in the head?

2           A.   What you just saw.

3           Q.   No, I'm asking.  Are you selling

4      that he hit you in the head or did he hit you

5      in the head?

6           A.   He hit me in the head.

7           Q.   All right.  Let's go forward.

8                (Video played.)

9                MR. McDEVITT:  All right.  You can

10          stop that.

11               THE WITNESS:  There was more after

12          that, but if you want to stop it.

13               MR. McDEVITT:  All right.  Let's

14          run it just to make sure.  I didn't

15          realize it.

16               (Video played.)

17               THE WITNESS:  That's fine.

18          Q.   Do you recall about halfway through

19     that, when you were laying on the mat, he

20     bends down and appears to be talking to you?

21          A.   I don't know if he was talking to

22     me.

23          Q.   Well, fair enough.

24               But he bends down and his face is

25     near your ear; do you remember that?

290

1    A.   I just saw it.  I don't know if he

2    said anything to me.

3    Q.   But that is kind of an example of

4    when wrestlers -- I don't know did that one

5    or not.  But that's how they communicate,

6    right?  He could have told you what move to

7    go to next, right?

8    A.   We talk to each other.

9    Q.   He tells you what is the next move

10   he is going to do to you, or you should do

11   him?

12   A.   Or if you're okay.

13   Q.   Right.  Did he say anything to you

14   there?

15   A.   No.

16   Q.   And then at the end when he was,

17   had the red dress and apparently choking you,

18   he wasn't really choking you, was he?

19   A.   At one point when he had my neck

20   up, I was like, you know.  I was losing it a

21   little bit.  I was choking a little bit at

22   the end.  But, you know, you just did it and

23   that's was it.

24   Q.   You had your hands between the rag

25   and the --

1      A.   I had my fingers there, but that

2   strength, it doesn't matter.  If I'm pulling

3   and you have your fingers there, two fingers

4   is not going to separate it.  I did the best

5   I could.  But as he was bringing it back, it

6   was stronger and stronger.

7      Q.   Were you selling that move at that

8   point?

9      A.   Say what.

10     Q.   Were you selling this move there,

11  his choking you?

12     A.   Well, I was selling it and

13  experiencing it.

14     Q.   And if you watch that match, would

15  you agree that it looks like an everyday,

16  ordinary wrestling match?

17     A.   I would say it looks like an

18  everyday, ordinary wrestling match.

19          MR. McDEVITT:  Let's watch the last

20      one, which is --

21          MS. LACY:  Vito versus William

22      Regal, September 12, 2006.

23     Q.   Same thing, whenever you see what

24  hurt you, say so.

25          (Video played.)

292

1          THE WITNESS:  If I could say

2     something, if you could cut that for a

3     second.

4          I know we're watching matches here

5     and I know that the match just had

6     Kennedy, but if I remember right, there

7     was a running boot to where he started

8     off on one side of the ring and he hit

9     me full force, running me across to the

10    other side.  And that wasn't in the

11    tape.  If I remember correctly.  Maybe

12    I'm mistaken, but if I remember, I think

13    there was a running boot in there.

14          MR. McDEVITT:  We haven't edited

15    the tape.

16          THE WITNESS:  I'm just making a

17    statement.  Go ahead.

18          (Video played.)

19          THE WITNESS:  There is another kick

20    to the head on the outside.  I know I

21    took the turnbuckle in the post.  You

22    know, I absorbed the hit, but I just

23    making points.

24          You can go ahead.

25    Q.   What are you saying about the

293

1    turnbuckle, are you saying you hit your head

2    there, or not?

3         A.   I'm saying I absorbed the post.

4         Q.   What does that mean?

5         A.   That I took the post -- if you

6    rewind it back, you see I run into the post.

7         Q.   What part of your body hit the

8    post?

9         A.   The corner post of the ring.

10        Q.   What part of your body hit the

11   post?

12        A.   I'm not sure.

13        Q.   Are you claiming your head did or

14   not?

15        A.   I know I got kicked after that.

16   I'm just making a notation that I hit the

17   post.  I'm not sure if I hit my head.  I

18   don't think I did.  But I'm just letting you

19   know that I did register that with the steel.

20        Q.   And that move with the post, what

21   are you supposed to do to avoid hitting your

22   head and make it realistic?

23        A.   As a guy brings is bringing you in,

24   you hope you don't crack your head open.  You

25   know, and try to get out of there as safe as

294

1    possible, because there is a code of safety.

2    But when you blatantly take in a post and you

3    are running into it, you know, there is a

4    chance you can get hurt.

5         Q.   There is always a chance you can

6    get hurt, but what are you supposed to do to

7    avoid getting hurt when you run into a post?

8    What is the stunt aspect of it all?

9         A.   You are supposed to put your hand

10   up.

11        Q.   Right.  And did you do that there?

12        A.   I don't think I did, but I know I

13   took the post.

14        Q.   And then when you say he kicked

15   you, are you saying he actually --

16        A.   Like I did the last time outside

17   the ring.

18        Q.   You're saying he actually kicked

19   you in the face?

20        A.   He kicked me hard in the head.

21        Q.   Am I right, Mr. LoGrasso, that some

22   of these wrestlers are so talented that they

23   can stop a punch, or design a punch

24   one millimeter from your nose?

25             MR. SCIOLLA:  Object to the form.

295

1    A.   Yeah, absolutely correct, and there
2    are some wrestlers who are known to be stiff
3    in the ring.
4    Q.   Understood.  But there are also
5    some that can do the same thing with the
6    foot, aren't they?
7    A.   And like you said, it's an expert,
8    if you're an expert and you can do it, that's
9    great.  If the illusion is there, that's
10   great.  And there are some wrestlers that are
11   stiff in the ring, like Mr. Regal and they --
12   you know, he's a real wrestler.  He's not
13   wrestling there.
14   Q.   And it's a bit of an art form,
15   isn't it?
16   A.   Yes, sir, it is.
17   Q.   And so if you're really good at
18   kicks, he will stop that kick that close to
19   your nose, won't he?
20   A.   If you're that good.  But if you're
21   eating it --
22   Q.   All right.  Let's continue, see
23   what else you say happened here.
24        (Video played.)
25   A.   That was a shot there to my face

296

1    that I was unprotected.  He came with the

2    upper cut.  Same one he has been hitting me

3    with.

4              (Videotape played.)

5        A.   There was a forearm shot and not a

6    punch.  Because as he's coming around, he's

7    turning the forearm in and hitting me, giving

8    me a shimmer, instead of just a punch.

9              (Video played.)

10       A.   Forearm shift to the head, the

11   elbows.

12             (Video played.)

13       A.   There are shots there to the head

14   and the forearm and elbows.

15             (Video played.)

16       A.   And across face, across the jaw in

17   that series.

18             (Video played.)

19       A.   And there's a series of elbows.

20       Q.   And are you saying that he's

21   actually hitting with you those elbows

22   repeated what you called previously potatoes?

23       A.   Shows are stiff shots.

24       Q.   But you're saying he's actually

25   hitting you in your face with his elbows?

297

1      A.   Yeah.

2      Q.   Repeatedly?

3      A.   Repeatedly, and my hands are down.

4      Q.   So this is more than two, right?

5  So he's really due for a receipt from you,

6  isn't he?

7      A.   Yeah.

8      Q.   I mean, if what you've said, he's

9  given you how many potatoes in this match so

10  far?

11     A.   I know but the tape is still

12  rolling.

13     Q.   How many so far?  A lot, right?

14     A.   Yeah, we're rock and rolling,

15  that's for sure.

16     Q.   Have you given him a receipt yet?

17     A.   I haven't had any offense yet.

18          MR. McDEVITT:  Let's go, continue.

19          (Video played.)

20     A.   There is one thing right there.  I

21  tried to kick off, as offense.  It wasn't

22  even a perfectly dump kick, it ways sloppy

23  kick, but I just trying to keep him off.

24          (Video played.)

25     A.   And now I try give back what he's

298

1     giving to me.

2          Q.    Now, you're saying you're hitting

3     him in the face now?

4          A.    Giving him the same of what he gave

5     to me.

6               (Video played.)

7               MR. McDEVITT:   You can stop there.

8          Q.    And you don't think that's a comedy

9     match?

10         A.    Not the way we were going at it.

11    You say common, I've taken those shots to the

12    head, and you can see my head is like a

13    pinata in the corner, and if you had just

14    taken forearm blows to the chest, or you are

15    taking punches, but if he's getting me the

16    shimmy from here, with catching me with the

17    elbow with the inning.

18         Q.    If you watched that match, would

19    you think that was anything other than a

20    normal wrestling match?

21         A.    From the naked eye, it looks like a

22    regular wrestling match.

23         Q.    And what saw there is done in just

24    about every wrestling we've ever watched,

25    isn't it?

299

1    A.   Unless you're in there experiencing

2    it, you don't know how if feels and how it's

3    taken.  Am I correct?

4    Q.   And you don't know whether you are

5    selling or whether you don't?

6    A.   Huh.

7    Q.   And you don't know whether you are

8    selling or whether you are not?

9         MR. SCIOLLA:  Object to the form.

10   Q.   Right?

11        You're a big guy, aren't you?

12   A.   I'm a what?

13   Q.   You're pretty big guy?  Do you

14   really think if you punch somebody in the

15   face full amount, they would still be

16   standing?

17   A.   If I punched somebody in the face?

18   Q.   Yeah.  I mean if you punched Steve

19   Regal as hard as you could in the face, you

20   think you would still be standing?

21   A.   There are a bunch of tough guys in

22   WWE.  You know that.

23   Q.   Yeah, I know.  Do you think if

24   somebody hauled off and punched you full in

25   the face, you would still stand there?

300

1              MR. SCIOLLA:  Objection, calls for

2        speculation.

3              A.   Well, I'm standing in there.  So I

4     guess I'll stand outside.

5              MR. McDEVITT:  I think for now, Mr.

6        LoGrasso, I have no further questions

7        for you today.

8              Depending on the outcome of what

9        happens in the case, maybe later, but

10        none for the day.  Thank you for your

11        testimony.

12              I would like to know, counsel, what

13        you intend to do before the call

14        tomorrow.

15              MR. SCIOLLA:  I do have some

16        follow-up questions.

17              MR. McDEVITT:  That's fine.

18              MR. KYROS:  You want to take a

19        five-minute.

20              MR. SCIOLLA:  Very quick.  I will

21        be right back.

22              THE VIDEOGRAPHER:  4:44 p.m.  Off

23        the record.

24              (A brief recess was taken.)

25              THE VIDEOGRAPHER:  The time is

301

1      4:56 p.m.  Back on record.

2  EXAMINATION BY

3  MR. SCIOLLA:

4      Q.  Vito, I have some follow-up

5  questions to address or clarify some of the

6  testimony that you gave earlier.  Okay.

7          First off, we looked at the

8  October 2006 match with Regal where you had

9  initially thought you hit your head into the

10  stairs and certainly that's been talked out

11  at length.

12          Did you honestly believe before

13  seeing the slow motion of that impact that

14  you had hit your head?

15          MR. McDEVITT:  Object to the form

16      and foundation.

17      A.  Honestly thought that I hit my head

18  on the stairs.  I was kicked really hard, and

19  I thought I hit my head honestly and truly,

20  my head in the stairs.

21      Q.  Was there any attempt on your part

22  to deceive any of us about whether or not you

23  hit your head?

24      A.  Not in the least bit.

25      Q.  How do you explain your confusion

302

1    about whether or not you hit your head in

2    that match?

3            MR. McDEVITT:  Object to the form.

4       He didn't express any confusion.

5       A.    I got kicked really hard, and I

6    guess the impact to the kick just sent me, I

7    guess when I made contact with the stairs, I

8    thought that I hit my head, but the kick is

9    what really did me in.

10      Q.    Did you sustain any other, after

11   watching it again, do you recall seeing any

12   other blows to the head during that fight

13   following the stairs?

14      A.    When we watched the tape and went

15   through the fight, there were several blows

16   to the head that I pointed out to Mr.

17   McDevitt, and the people in the room that,

18   you know, affected me.

19      Q.    Okay.  And we've watched several

20   videos of your fights -- excuse me -- your

21   matches with Mr. Regal?

22      A.    Yes.

23      Q.    You described him as a stiff

24   wrestler.  Can you explain what that means?

25      A.    That means he hits harder than

303

1   most, and he makes it as legit as possible.

2       Q.   When you say as "legit as

3   possible," are there any times when you're

4   actually getting hit in the head?

5       A.   Yes, you are getting hid in the

6   head.  I mean, like we spoke about, you could

7   punch somebody without hurting them, and

8   there's guys, like Mr. Regal, who make

9   contact in a stiff way to bring out the

10  realism in wrestling.  So the contact that

11  was made in those blows were legit shots.

12      Q.   There's been a lot of discussion

13  today about what's real, what's fake, what's

14  selling.

15          Can you explain for those of us who

16  are not, you know, and have never involved in

17  the WWE, the reality versus fiction of what

18  is going on in the ring?

19          MR. McDEVITT:  Object to the

20      question.  I don't understand what you

21      mean.

22          MR. SCIOLLA:  You don't have to

23      answer it.

24          THE WITNESS:  Answer the question.

25          MR. SCIOLLA:  Go ahead.

304

1          THE WITNESS:  Can you repeat the

2      question again?

3          MR. SCIOLLA:  Sure.

4      Q.   For those who don't have any

5   experience in the WWE --

6      A.   Right.

7      Q.   -- we have talked today about the

8   real aspects, there is fake aspects to the

9   wrestling matches.  Can you take us or

10   explain to us what aspects can be real and

11   which aspects are fake or selling?

12          MR. McDEVITT:  Same objection.

13      A.   To the naked eye when you are

14   watching as a fan, you see -- you see the

15   contact or you see the -- you see a light

16   contact that is perceived as real.  Guys

17   sells it upon contact.

18          There are wrestlers who make it, as

19   they are trained in a certain way, where it's

20   old school wrestling, like it's believable,

21   it's TV, you got to make it -- you know, you

22   got to make it stiff, you got to make

23   contact, you can't leave nothing out.

24   Because for the viewers at home who watch it,

25   they might say, oh, that was full of shit, or

305

1   that was, you know, full of crap.  That's why

2   some wrestlers from back in the day were

3   trained and taught make contact, make solid

4   contact, and when your adrenaline is running

5   in there, okay, and you're going, and you are

6   throwing constant blows and you get fired up

7   and your adrenaline is going, sometimes you

8   don't realize how hard you're hitting.

9          Like we explained before, the

10  concept and the oath that we take between

11  each other is not to hurt each other, and

12  it's to protect each other.  But in those

13  circumstances, when you are laying it in

14  against somebody, when you're working with

15  them on a nightly basis, you are going back

16  and forth.  And you know how he's going to

17  come at you every night.  So you kind of like

18  got to expect it.  And if you complain about

19  it, or go to the office, you're in the wrong.

20  Because then you lose your spot or they get

21  mad or they say something that's not -- you

22  know, hey, listen, what are you complaining

23  about?  This is the guy you're working the

24  program with.  So you learn not to complain

25  and you just take it.

1       Q.   Now, we watched some of the matches

2    with Regal and you stopped and pointed out, I

3    took this hit, I took that hit.  When you did

4    that, were you saying that you actually

5    received contact?

6       A.   I was receiving full contact hits

7    to my head.

8       Q.   Is it your belief that when

9    receiving those hits that they had an effect

10    on you?

11       A.   I was rocking my head and forth

12    and, you know, it felt like sometimes, like

13    it was like, you know, your mind is juggling

14    or your brain is like scrambled eggs.  You

15    know what I mean, when you get hit and a lot

16    of times when you are getting hit with that

17    kind of force, you know -- I know Mr.

18    McDevitt doesn't like to hear the term you

19    get your bell rung but, you know, you get

20    rocked.  And you get -- you know, you get

21    discombobulated, where you got to regain

22    yourself and try to shake it off.  I mean

23    when you got two, three, four, five shots

24    coming in at you, it's kind of hard to shake

25    it them off.  It's just like a boxer who is

307

1    in the corner and he's taking five, six,

2    seven, eight, nine, and then ref stands in

3    for standing eight count.  In wrestling there

4    is no standing eight count, so he's not

5    breaking up the action.  Any time do you see

6    the refs step, except to maybe give a five

7    count, and then the ref guy will bring it

8    back to three, and then you go back to work.

9              But as you see the ref never

10    stepped in on any of that stuff.

11        Q.   So to you've said the naked eye, or

12    the untrained eye, when we look at the

13    matches and you go and you hold your head, is

14    any of that real, are you ever holding your

15    head because you hit your head?

16        A.   At times it is real, and at times

17    it is legit, you know.  And there are times

18    when you are selling, like it was explained

19    by Mr. McDevitt.

20        Q.   Okay.  And yourself, you also

21    explained that sometimes it's selling?

22        A.   Yes.

23        Q.   Okay.  When you say "rocked," is

24    that something that is in the world of WWE or

25    can you explain what that means?

308

1      A.   Well, being rocked, getting your

2  bell rung, getting your head shaken up.  I

3  mean, it's just an expression, a term.  It

4  might not just be in the WWE universe, but

5  it's used worldwide, that you got rocked, or

6  you got -- you know, you got, say you got

7  your bell rung.

8           And a lot of times, sometimes if

9  they see you've been in a bad match and you

10  are going in the back and you are seeing your

11  agents, like my agents, you know, on Arn

12  Anderson, Fit Bin Li (phonetic), Michael

13  Tondo, Steve Boat, Arn Anderson, and they

14  would say, hey, you okay?  I know that got

15  pretty rough in there.

16           Or if you are walking past

17  Stephanie or Triple H and they say, hey, you

18  okay?

19           I mean during that time Stephanie

20  was the one who gave me the dress gimmick.

21  She's the one who addressed me with it and

22  presented it to me.

23           And I lived that lifestyle.  I did

24  that gimmick to her preference to what she

25  wanted.

309

1      Q.   But going back to something you

2  just said, you mentioned that the wrestlers

3  or Stephanie McMahon or Triple H would come

4  say something to you, as far as untrained

5  eyes versus trained eye, what would you

6  consider the wrestlers and management?

7      A.   The wrestler and management are

8  trained eyes, because they're in the

9  business.

10     Q.   So when you say "trained eye," what

11 do you believe is their understanding of

12 whether you took an actual hit versus a fake

13 hit?

14         MR. McDEVITT:   Object, calls for

15     total speculation.

16     A.   Well, they could tell by your

17 reaction if something was stiff or something

18 was a work.

19     Q.   Why do you think that?

20         MR. McDEVITT:   Calls for

21     speculation.

22     A.   Because -- because they have the

23 understanding of what is going on in the

24 business and they could tell.

25     Q.   Do they also know the script?

310

1      A.    The writers and everybody, yes.

2      Q.    What about the production?

3      A.    The production team gets the

4  feedback from the writers who are sitting in

5  the gorilla position, or that's the TV

6  position where the monitors are, and they're

7  looking for the focal points where to look

8  and what highlights of the match to key in

9  on.

10      Q.    What if -- are there ever times

11  when you go off script?

12      A.    Yes.

13      Q.    Okay.  We looked at one video where

14  you said you were trying to make the tag and

15  then you had to do a maneuver too close to

16  the belt.  Is that an example of you going

17  off script in that moment?

18      A.    That was off.  They were trying to

19  get me to go, and I couldn't.  You know, he

20  was talking to me, and you could see I was

21  there, and then I'm trying to make the tag.

22  Mr. McDevitt explained, yes, it is correct to

23  have a hot tag and make it.  But when you're

24  that close, you never miss.  I never used to

25  miss.

311

1      Q.   Who besides yourself would you

2   expect to notice that that you're off script

3   at that point?

4      A.   It would be the guys who -- the

5   agents, the guys in the ring, the referee,

6   and you know, they would know because they

7   pretty much know the matches.

8      Q.   Okay.  And you mentioned something

9   about the spotters.  You used the term I'm

10   not -- what is the term for -- the gorilla

11   position?

12      A.   The gorilla position.  That's the

13   TV position where you go out before TV, where

14   you see the big Triton, and you walk through

15   the curtain, there are cameras back there.

16   And the producers of the show sit behind the

17   cameras during their matches, and they talk

18   to the ring crew, and the people who are

19   doing TV, to catch the spots and get

20   everything on camera, the highlights of the

21   matches that they need so they could produce

22   their matches for TV.

23      Q.   Are they alerted when you are going

24   off script?

25      A.   I believe so.  If they see

312

1    something that is wrong, they will say, turn

2    the camera, or go to another part or focus on

3    something else.  Just like if something gets

4    knocked out in the ring, like it just

5    happened on the last programming of the WWE,

6    where a young wrestler got knocked out, he

7    had a concussion, Enzo Amore, he took a very

8    bad spill, and they had the camera on him,

9    and then they took the camera off him,

10   because they didn't want to show him laying

11   there having a seizure.

12           That's an example of where

13   something where, you know, a guy gets hurt,

14   and they break from the back.  And they, you

15   know, deviate, and they come back to him, but

16   it's not an up-close thing.  It's from far

17   away.

18       Q.   When you missed that tag, who would

19   be alerted that something is wrong that you

20   missed that tag?

21       A.   Basically --

22           MR. McDEVITT:  Form and foundation.

23       You haven't established that anybody was

24       alerted.

25           MR. SCIOLLA:  Okay.  You can

313

1    answer.

2    A.   Basically everybody in the back,

3    oh, shit, what's wrong, why did he miss it or

4    they would get angry because the match was

5    botched, and the last thing you want to do is

6    piss off Mr. McMahon when you are working,

7    because then it comes down from Vince to

8    Stephanie, to Triple H, to the producers.

9    Q.   Had anyone in your history with WWE

10   come to you and said, something went wrong,

11   you did it wrong, you didn't follow the

12   script?

13   A.   Yes.

14   Q.   Who?

15   A.   Vince himself has come out of the

16   position.

17        There is one time where he didn't

18   like the fact that I used the super kick to

19   do a finish.  He sent me right back in the

20   ring.  He yelled at me.  He said go in there

21   and finish the Goddamn match the way you are

22   supposed and do something of your own.

23        I went back out with nobody

24   knowing, and I told them, I told the guys, I

25   said Vince sent me out here.  I said let's do

314

1    this finish.  And I tried to tell them as

2    best as possible, you know, what was going

3    on.  So it does happen.

4         Q.   Okay.  Now, we've -- if you will

5    look at Exhibit Number 13, if you can, I know

6    there's a lot in front of you.  But it's

7    interrogatory --

8         A.   Here is 11, here is 12, 10, 9, 7.

9         Q.   On page 4?

10        A.   I have it.

11        Q.   Now, if you look under the response

12   and at the very end of that long paragraph,

13   just follow along with me, it says,

14   "Plaintiff cannot recall every match or date

15   we he suffered a TBI during the relevant time

16   period but he can identify the following

17   matches and dates."  Do you see that?

18        A.   Yes.

19        Q.   Now -- and then listed are the five

20   matches that you have identified, four of

21   which were Regal and one which is Kennedy,

22   all of which we watched today, correct?

23        A.   Yes.

24        Q.   Now, why in your recollection, did

25   you focus on those five?  Why can you recall

315

1    those five versus, you know, you were

2    involved with a lot of matches?

3        A.   Because that was the program I was

4    running with Steven Regal, the guy I was

5    working with.  And those are the ones where I

6    had the most significant head shots and the

7    most real head shots during that time, when I

8    worked with him.

9        Q.   Is that because of who Mr. Regal

10   was?

11       A.   That's just because I was married

12   to him, and that's a married term, means

13   that's the guy you are in the program with,

14   that's the guy you work with, night in and

15   night out.  So the matches I was in, except

16   with the exception of Mr. Kennedy match,

17   which was I believe after those matches -- I

18   think, yes -- I think they were after those

19   matches, and that's when they finished off

20   the dress, you know.  Because there was

21   somebody who didn't like the dress gimmick.

22       Q.   Do you believe that there were

23   certain shots that you took in these matches

24   versus other matches that hurt you more?

25       A.   No.  These were pretty significant.

316

1   These are the ones I remember as being the

2   ones that really laid into me.

3       Q.   Now, do you think there could have

4   been other matches as well that you just

5   couldn't recall?

6       A.   There could be, but I don't recall.

7       Q.   These stand out in your

8   recollection?

9       A.   These stand out.

10      Q.   Okay.

11          And there are dates with all of

12  these matches.  Do you recall those specific

13  dates, or do you just recall the match?

14      A.   As far as the matches, I do have

15  100 percent.  The dates, they're from a long

16  time ago, there could be, you know, hit or

17  miss in what it was.  I'm not a date guy.

18  I'm just a match guy.

19      Q.   Okay.  Speaking of that, you were

20  asked several dates about your communications

21  where Dr. Rios.  Do you recall that?

22      A.   Yes.

23      Q.   And we looked at Exhibit 21, I

24  believe, yes, Exhibit 21.

25              MR. McDEVITT:  Which one is that?

317

1          MR. SCIOLLA:  It's the Rios notes.

2          THE WITNESS:  Mr. McDevitt, it's

3      this one here.

4          MR. McDEVITT:  Yes, I know.

5      Q.   Okay.  Now, you were asked on

6  these, on this date, tell me what you

7  reported to Mr. Rios, on this date tell me

8  what you reported to Dr. Rios, but you had a

9  specific recollection that was challenged

10  about October 11, 2006, that match with Mr.

11  Regal and what you talked to Dr. Rios about.

12          Why do you specifically recall that

13  match and that conversation with Dr. Rios?

14      A.   Because I had the lump on my

15  stomach that was pretty prudent, and that's

16  why I know I definitely went to him, and told

17  him about how I was feeling with the lump on

18  my stomach.  It wasn't -- I mean the lump on

19  the stomach is the key because I remember

20  that significantly because it was a pretty

21  big lump.

22          What a lot of people don't

23  understand with Dr. Rios, Dr. Rios just

24  wasn't a doctor.  He was a -- he took care of

25  everybody, not just me.  And he looked after

318

1      a whole roster of guys.  If there's was 100

2      guys, some guys were thumbing him and looked

3      to, some guys kept things from him and didn't

4      talk to him.  But he was the type of doctor

5      that helped you.  He wasn't there to hurt

6      you.

7              And going to him with these things,

8      and getting the B-12 shots, and telling him

9      what I was going through, he's not going to

10     write down I had a headache.  He's not going

11     to write down I took Tylenol.

12              MR. McDEVITT:  He's speculating

13         about what he's going to do.  Form.

14         A.  (Continuing) He's not going to

15     write down these things.  What other doctor

16     reports do you see that you have from

17     anything, oh, he said, he had a headache.  He

18     took aspirin.

19         Q.  Okay.  So you said you have a

20     specific recollection because of the injury

21     to your abdomen.

22         A.  Right.

23         Q.  Do you specifically recall what

24     other things you reported to Dr. Rios during

25     that conversation?

319

1      A.   I told him that I had a headache.

2  I told him that I was feeling a little woozy.

3  I was sweating profusely and I had to sit

4  down before he examined me with my lump on my

5  stomach.  I told him that I needed to go to

6  take a shower to cool off and try to collect

7  myself.

8      Q.   Okay.  There's been some

9  discussion.  Did you tell him that you had a

10  head trauma?  Is that something that you ever

11  told Dr. Rios?

12     A.   No.

13     Q.   Are those words that would have

14  come out of your mouth at the time?

15     A.   No.

16     Q.   What was your -- did you understand

17  those hits to your head to be causing head

18  trauma?

19     A.   No.

20     Q.   What did you understand them to be?

21     A.   Just blows to the head, because I

22  was not educated in CTE or head trauma,

23  because my understanding was that a

24  concussion was that you had to be knocked

25  out.  I didn't understand that you had all

320

1    these other symptoms that went along with it,

2    because I wasn't educated and nobody told me

3    about this.

4         Q.   Okay.  We will get back to that.

5              But, on all of these other -- if

6    you are looking at Exhibit 21, looking at

7    page 1, there's several other entries where

8    you saw him and the complaint is requesting a

9    B-12-shot.  Do you see that?

10        A.   Yes.

11        Q.   And then for each of those three on

12   the first page, as an example, it says

13   "Examination:  None," right?

14        A.   Right.

15        Q.   And then he would give you the

16   B-12-shot, correct?

17        A.   Yes.

18        Q.   What symptoms were you reporting to

19   Dr. Rios when going in to get these

20   B-12 shots?

21             MR. McDEVITT:  On which date?

22        A.   Fatigue --

23        Q.   On these three dates that we're

24   using as an example.

25        A.   Fatigue, feeling lethargic, tired,

321

1   muscle aches and, you know, told him, you

2   know, that I had headaches.  So I would tell

3   him, could I have some aspirin, can I have

4   some Tylenol.  So I mean those were the

5   things.

6           The thing I'm looking at here is,

7   is that I know we have this mentioned and he

8   wasn't supposed to be administer it, but Dr.

9   Rios used to administer my testosterone shots

10  as well.  They're not listed here because he

11  wasn't supposed to administer them because he

12  wasn't my physician.  But he did it anyway.

13      Q.   He wasn't the physician that

14  prescribed the testosterone to you?

15      A.   Yes, sir.

16      Q.   Okay.  When you were getting these

17  B-12 shots, is this directly after a match or

18  is this at a different time period or

19  different day?

20      A.   Usually it would be before a match,

21  when I would go in and ask for a B-12 shot.

22      Q.   So when you are reporting these

23  symptoms you just mentioned of headaches and

24  tired and lethargy, sluggish, this is not

25  right after you took a head shot, this is

322

1    before a match?

2         A.   Before, before your match.

3         Q.   Okay.  And what type of examination

4    would Dr. Rios do that perhaps he didn't list

5    here on you to determine the cause of your

6    symptoms?

7              MR. McDEVITT:  Again, calls for

8         speculation.

9         A.   He would look at you, ask you how

10   you felt, but he didn't do no examination.

11        Q.   Okay.  Quickly looking at

12   Exhibit 18 --

13             MR. McDEVITT:  What is 18?

14             MR. SCIOLLA:  This is the

15        memorandum.  You got it.

16        Q.   Looking at Exhibit 18, which is a

17   memo from WWE to talent and production

18   personnel, regarding Dr. Rios.  Do you

19   remember looking at this?

20        A.   When Mr. McDevitt showed it to me.

21        Q.   And if you look at the very first

22   sentence of the second paragraph, it says,

23   "Dr. Rios' main responsibility is to treat

24   talent at the assigned venues for injuries

25   suffered as a result of a performance."  Did

323

1      I read that correctly?

2          A.   Yes, you did.

3          Q.   Now, was that your understanding,

4      that Dr. Rios would treat you for injuries

5      you suffered in the ring?

6          A.   Yes.

7          Q.   And is that what he did?

8          A.   Yes.

9          Q.   And did this memorandum in June 19,

10     2006, in any way change your understanding of

11     whether Dr. Rios was to be treating you for

12     injuries you sustained in the ring?

13         A.   No.

14         Q.   You mentioned what your knowledge

15     of concussions was at the time you were

16     wrestling for WWE involved blacking out.

17     What do you mean when you say blacking out or

18     knocked out?

19         A.   When you knocked off your feet,

20     you're knocked unconscious.

21         Q.   And --

22         A.   I mean you're being out on, you're

23     being out, knocked out, you're down, knocked

24     down, out cold.  That's my understanding of

25     what it was.

1      Q.   Had you seen other athletes in

2    other sports get knocked out like that?

3      A.   Boxing is a prime example of being

4    knocked out.

5      Q.   And what about, let's say,

6    football, have you ever seen somebody just

7    lay flat on the grass in football?

8      A.   I've seen it before.

9      Q.   Okay.  And boxing, we talked about,

10   or you talked about Muhammad Ali.  Did you

11   ever see him get knocked out?

12     A.   I seen him get knocked around,

13   never get knocked out.

14     Q.   So is this idea of getting knocked

15   out cold, is that what you believed a

16   concussion was?

17     A.   That's what I believed a concussion

18   was.

19     Q.   When did you learn that's not what

20   a concussion is?

21     A.   2014 when I found out -- when I

22   started to get all the symptoms, and I

23   started to go to doctors to get treated, and

24   I started to get all the testing done.

25     Q.   Had you ever been knocked out cold

325

1    like that?

2         A.   No.

3         Q.   All right.  We talked a little bit

4    about the unfortunate occurrence with Chris

5    Benoit.

6         A.   Yes, sir.

7         Q.   And you knew him?

8         A.   Yes.

9         Q.   And apparently you knew his wife as

10   well?

11        A.   Yes.

12        Q.   And there was a lot of discussion

13   about the news stories and the public

14   knowledge of the circumstances of the

15   murder/suicide.

16             Do you recall that conversation

17   earlier?

18        A.   Yes.

19        Q.   What do you recall, if anything,

20   the WWE said to you or other wrestlers, or

21   publicly about that situation?

22        A.   Well, basically they didn't say

23   directly to me.  But they said, you know,

24   that they made the announcement, I guess

25   that -- basically what was said was, Chris

326

1    Benoit killed his family.  It could be

2    because of steroids.  It could be because of

3    CTE.  You know, I remember -- I remember,

4    like I stated before, that I believe it was

5    the WWE said, we believe that they said this

6    had nothing to do with wrestling.  When you

7    make a statement like that, you say, okay, it

8    had nothing to do with wrestling.  You know,

9    and I trusted in the WWE and what they were

10   saying at the time, and when they took him

11   off all their programming and never to make

12   mention of him, never to say anything about

13   him, to delete him out of their files, their

14   archives, everything, tapes.  It's like he

15   didn't exist.

16          So if it didn't have nothing to do

17   with wrestling and it didn't have nothing to

18   do with anything, and of course, with public

19   perception, they don't want to have a guy who

20   killed his family in their environment, which

21   is understandable, but they pushed it to the

22   side and they made him disappear.

23          And that's my understanding of it.

24   Q.   Based upon your trust, as you said,

25   in the WWE and their statement that it had

327

1    nothing to do with wrestling, did you think

2    that, hey, this could happen to me?

3              MR. McDEVITT:  What's "this"?

4        Q.    This type of injury or instance

5    could -- this type of a situation that Chris

6    Benoit was in could happen to me?

7        A.    I really -- I don't think -- I

8    never thought that.  I didn't think it could

9    happen to me because I don't know what went

10   on.  It's just like anybody else.  Nobody

11   knows and nobody was there for that instance.

12             So whether he took -- a steroid

13   rage or he had CTE, his mind snapped.  I

14   would tell you one thing, when Eddie Guerrero

15   died, and this was a big impact on the WWE,

16   you know, Eddie and Chris were best buddies

17   and every night they would do the Chris

18   Benoit -- I mean the Eddie Guerrero would

19   solute and the tribute and everything.

20             And a lot of guys could see he was

21   affected by that.  He kind of lost it.

22       Q.    "He" being?

23       A.    Chris Benoit.

24       Q.    Okay.  Go ahead.

25       A.    I mean he became like -- he would

328

1    stand there sometimes and just stare into

2    space and he would just look with this

3    bewildered look, like in this outcast look

4    like, what the hell is going on, because that

5    was his best friend who died.

6            And that being pushed in his face,

7    night in, night out.  Eddie, Eddie, Eddie,

8    Eddie, as good as a human being he was, as a

9    good father he was, as a good -- his wife,

10   who I knew, Vicky, you know, still the impact

11   that had on that guy, because that was his

12   best buddy.  And he had traveled with him, he

13   went on the roads with him.  That had an

14   affect on him too, and it was pushed.  And,

15   you know, everybody had to console everybody,

16   because it happened on the road.  We were

17   getting ready to go overseas.  We were

18   getting ready to go to the gym, and then you

19   know, nobody shows up to the gym.  We going

20   to the building and find out that Eddie died,

21   you know.  What led to Eddie dying is his

22   own, you know, what he was doing in his

23   personal life and what he was taking at the

24   time.

25            I know that's not Chris Benoit, but

329

1    it's along the same lines.

2        Q.   So when the -- with that background

3    and knowledge of how Chris Benoit reacted to

4    Eddie's death, and combined with the

5    statements by WWE that it wasn't wrestling

6    related, how did, in your mind what was the

7    relationship or what thought processes did

8    you have about whether wrestling could cause

9    these type of brain injuries?

10            MR. McDEVITT:  Asked and answered.

11       A.   If he did have the head trauma, and

12   he did have, you know -- you know, he did

13   have anything wrong with him, with his head

14   or he had CTE, nobody knew about it.  Because

15   we weren't tested for it, and there was no

16   awareness given.

17       Q.   Did you do any research of your own

18   at that time to find out more about

19   concussions or CTE Or anything like?

20       A.   No, I did not.

21       Q.   And why didn't you do it at that

22   time?

23       A.   Because I did not have the symptoms

24   and I did not have anything pertaining to

25   that that affected my life at the time until

330

1    2014, when I went to the doctors and I saw

2    that had I had all these symptoms and I had

3    these problems, that's when I started to do

4    my research.

5         Q.   And the six years or so that was

6    pointed out earlier that you didn't see any

7    doctors or do any research, why didn't you

8    look into it during that time period, why was

9    it not until 2014?

10        A.   Basically I didn't have any health

11   insurance.  I just dealt with my problems.

12   You know, sleepless nights, the headaches,

13   the fatigue, you know, the headaches.  I mean

14   I just dealt with it as it was just a part of

15   life.  I wasn't educated.  I didn't know.

16   The only time I went to doctors was to get my

17   testosterone checked, my B-12, you know, and

18   get that taken care of.

19            But other than that, I didn't go to

20   see any neurologist.  I didn't have the

21   money.  I didn't have the healthcare.  I

22   didn't have nothing for my, you know, for my

23   head, my hearing or anything.

24        Q.   So what changed in 2014 then?

25        A.   I started getting all of my

331

1    symptoms worsened, and I was getting worse.

2    And I said I better go get this checked out

3    and that's when I went and I started my quest

4    to get all theses testing and get Medicaid.

5    And then with the Medicaid I was able to go

6    to Dr. DeMarco, and I was able to go to Dr.

7    Smith, then I was able to go to Dr. Handler,

8    and I was able to go to Dr. Cavoto, and then

9    I was able to go to the Dr. Schneider, and I

10   was able to go to Dr. Adams.

11        Q.   So the relationship of you seeking

12   out medical attention had to do with the

13   worsening?

14        A.   Yes, the worsening of my condition.

15        Q.   And explain what got worse?

16        A.   My depression got worse, because I

17   would sit there and stare out the window a

18   lot.  My headaches were atrocious.  My

19   irritability was off the wall.  I couldn't

20   explain it.  My sleeping habits were

21   terrible.  They got worse, and sometimes I

22   would stay up all night.  I wouldn't go to

23   sleep.

24             You know, being fatigued.  You

25   know, the headaches.  The constant mild

332

1    headache that I have every day is just

2    ridiculous.  I can't explain it.  I know

3    there was -- one day everybody is going to

4    cut in my brain, they're going to have a

5    field day, and they will see, hey, this guy

6    has a problem and he's also nuts, which I

7    always say is true.  It probably is true.

8            But you know what, I know there is

9    something wrong.  I feel it.  I'm living it.

10   And it's not until the day I die where

11   everybody is going to be able to see what's

12   up there.  And I know this.

13           Am I going to be on that list with

14   the rest of my friends, and the rest of my

15   wrestling family who died.  We already had

16   ten people die this year.  Who knows?  Maybe

17   I might be number 11.  I don't know.

18       Q.   We looked at some MRIs that came

19   back negative or CT scan came back negative

20   or didn't show anything in particular.

21       A.   Yes.

22       Q.   Do you have any knowledge about

23   whether MRIs or CT scans can reveal evidence

24   of CTE?

25       A.   The thing with MRIs is that they

333

1    can show a fresh brain trauma when it first

2    happens.  After it heals and there is scar

3    tissue, it doesn't show or come up.

4         So when you get, when you get a

5    concussion and you go to the doctor, they're

6    able to tell right there, because it comes up

7    on the MRI.

8         After it heals it is very hard to

9    see what was traumatized in your brain

10   because it healed itself.

11        Q.   What doctor explained that to you?

12        A.   It was Dr. Handler.

13        Q.   Okay.  So even after these MRI

14   results came back, Dr. Handler told you what?

15        A.   What I just explained, about that

16   it healed, and that, you know, you do have

17   something going on there.  I mean for him

18   wanting to stick a needle in the back of my

19   head, for him to put me on these two kinds of

20   medications that make me dopey as hell and,

21   you know, to dull my headache.  For him

22   wanting, to -- I had an MRI of my neck.  I

23   have bone spurs on my neck.  I can't get them

24   treated, you know.  And that's from years of

25   wear and tear on my body in wrestling.

334

1      So everything attribute from the

2  bottom of my neck, up my neck, to my head.

3      Q.   So despite what the MRI and CT

4  results may show, did Dr. Handler tell you

5  you're fine, you have a clean bill of health?

6      A.   No, never once.  And when I went to

7  do the tests with Dr. Schneider and he gave

8  me his -- he was a brain specialist, and he

9  gave me his test.  He said my brain, I have

10  one side of my brain is weak and the other

11  side is not.  He said your left side is

12  weaker than your right side and just putting

13  spinning me in a chair and doing the testing,

14  he saw that I had some brain issues.

15      Q.   Okay.

16      Real briefly you talked about your

17  headaches getting worse, and you described

18  earlier having headaches the entire time in

19  those six years that you were not getting

20  treatment.

21      While with the WWE, were you still

22  having headaches after matches or even on

23  days off?

24      A.   I would still get headaches, but I

25  never thought anything of them, because I

335

1  just thought I was getting headaches.

2      Q.  Were the headaches limited to only

3  after these five matches that we looked at on

4  the video today?

5      A.  No.  They started coming around

6  more often.  So it wasn't, you know, just

7  because -- it could have been a lot of things

8  but like I started to get them.  And I

9  couldn't explain why.  I was in the unknown.

10  I didn't know why I got them.  I didn't know

11  why I wasn't sleeping.  I didn't know why,

12  you know, I was irritable.  I didn't know why

13  I was having these things I was going

14  through.

15      Q.  And you're saying you didn't know

16  why, and that's during that period of the

17  five matches we were talking about?

18      A.  Yes, sir.  That's when it got

19  worse.

20      Q.  Okay.  And you can specifically

21  recall that time period is when it got worse?

22      A.  Yes.

23      Q.  The Brett Hart, you talked about

24  that incident, when did that happen?

25      A.  Mr. McDevitt pointed out to me, it

336

1    happened in 1999 at Starrcade.  I was the

2    first match on the card.

3         Q.   And that -- after that match he

4    never wrestled again?

5         A.   He -- if I remember correctly, he

6    came back and he wrestled.  He was doing some

7    stuff in the WWE.  He wasn't wrestling as

8    Brett Hart, as we know it, but he did some

9    things.  So He retired and then he came back

10   and did some things.

11        Q.   Is it considered that Brett Hart,

12   maybe just the character, retired after that

13   fight?

14        A.   Brett Hart retired after that

15   fight.

16        Q.   Okay.  And you think that was 1999?

17        A.   Yes.

18        Q.   So when he -- what was your

19   understanding of why he had to retire at that

20   time, if you had one?

21        A.   My understanding was he took a kick

22   from Goldberg and got a concussion.  Nobody

23   explained the severity, nobody said how bad

24   it was, nobody knew nothing, because it

25   wasn't a priority -- a head trauma wasn't the

337

1   priority, it wasn't a thing.  It wasn't

2   the -- you know, if you got, you know, a kick

3   to the head, you had a concussion.  It was

4   like, okay.  It wasn't like you had the

5   knowledge that you have today that you go

6   into all these things.  Being that he retired

7   from it, I mean, it had to be pretty serious.

8       Q.   You mentioned a freak accident.  Is

9   that what you considered that to be?

10       A.   That was a freak accident.  Brett

11   Hart was a great wrestler.  He was a tough

12   wrestler.  He was one of the best of all

13   time.

14       Q.   We looked at that video where he

15   got kicked.  Do you know whether or not he

16   blacked out at any point after that kick?

17       A.   I don't know.  I wasn't in the ring

18   with him.  As Mr. McDevitt pointed out, he

19   was telling me finished the match.  But when

20   your adrenaline is running that high, you are

21   able to keep going just on instincts and when

22   your instincts are kicking in and you just

23   keep going, but sometimes you don't remember

24   you finished, you don't remember what you

25   did, you don't remember what is going on.

338

1    You know, in that instance that was a freak

2    thing.

3         Q.   Do you think it's possible that he

4    could have been knocked out and then revived

5    in a couple of seconds like that?

6              MR. McDEVITT:  Calls for

7         speculation and lack of foundation.

8         Q.   Do you have any idea if that's

9    possible?

10        A.   I don't know.  You would have to

11   ask Brett Hart himself.

12        Q.   Do you know if it's possible

13   whether he doesn't remember the rest of that

14   fight because he was blacked out even though

15   not knocked out?

16             MR. McDEVITT:  Same objections.

17        A.   Yes, it's possible.

18        Q.   We looked also at another

19   wrestler's injuries, Exhibit 26, regarding

20   Shawn Michaels.  Do you remember seeing that

21   exhibit?

22        A.   Yes.

23        Q.   Do you recall ever seeing this

24   before today?

25        A.   No.

339

1        Q.   The only indication of the

2    publication is on the third page, which is a

3    blank page, except for the date, that says

4    May 21, 2007.  Do you see that?

5        A.   Yes.

6        Q.   So this occurred after your

7    wrestling matches that we looked at today?

8        A.   This is -- I was released from the

9    WWE May 15, 2007.  So I was out of the

10   company.  So, no, I did not see this.

11       Q.   Okay.  Do you recall Shawn Michaels

12   retiring or hanging up?

13       A.   No.

14       Q.   No.

15            This article seems to discuss the

16   history of concussions going back to 1995

17   that Shawn Michaels has suffered.  Do you see

18   that that?

19       A.   I see it here.  I'm reading it.

20       Q.   Okay.  At any time before your

21   career ended with WWE, was this concern about

22   concussions and repeat concussions something

23   that the WWE spoke to you about?

24       A.   Never.

25       Q.   Is this concern about concussions

340

1    or repeated concussions something that Dr.

2    Rios ever talked to you about when you met

3    with him?

4         A.   Never brought it up once.

5         Q.   You've been -- you talked about

6    receiving communications or letters from WWE

7    since your time with them has ended regarding

8    drug and alcohol.  Do you recall that?

9         A.   Yes.

10        Q.   And do you recall receiving those

11   letters?

12        A.   Yes.

13        Q.   In any of those letters, do you

14   recall them ever mentioning something about

15   concussions or head injuries?

16        A.   Never once.

17        Q.   Did you ever get contacted by

18   someone at the WWE following your time with

19   them expressing concern about concussions or

20   repeated concussions suffered by wrestlers?

21        A.   No, I did not.

22        Q.   Do you know, do you have personal

23   knowledge of what information the WWE

24   gathered during the 2000s and thereafter

25   regarding concussions or repeated

341

1    concussions?

2         A.   I have no knowledge of what they

3    did, nothing.

4         Q.   Did they ever share any of that

5    information with you at any point?

6         A.   No, they did not.

7         Q.   If they had information during that

8    time period between when you, when your

9    career ended in 2007 and 2014, would you have

10   expected them to share that information with

11   you?

12            MR. McDEVITT:  Object to form and

13        foundation.

14        A.   Yes, sir.

15        Q.   Why?

16        A.   Because it was just as important as

17   the alcohol and drug abuse, and it had to do

18   with our health.

19        Q.   And did you think they cared about

20   you?

21        A.   Well, you would hope they would

22   care about you.

23        Q.   Did you trust that they did?

24        A.   We trusted they did.  You know,

25   they always try to put out their best foot

342

1    and say we care about with our wrestlers.

2    You know, we care about how we take care of

3    our guys.

4         You know -- and, you know, some

5    things, what you say and what you do is two

6    different things I guess.

7         Q.   You earlier mentioned briefly today

8    maybe a conversation or comment that you've

9    had with Stephanie McMahon.  Do you recall

10   saying that?

11        A.   Yes.

12        Q.   What type of interaction have you

13   ever had with her?

14        A.   Well, she is the one who helps run

15   the WWE and she's, you know, one of the

16   owners and the CEO and the head writers of

17   the company.

18        So she knows, along with her father

19   and the talent people, who comes into the

20   company, who leaves the company, who is being

21   used, who is not being used, who is injured,

22   who is not injured, who is available, who is

23   not available.

24        When you go to TVs and you go to

25   these places where we have SmackDown and we

343

1   have Raw, and if they're on tour, I mean, she

2   says hello to you acknowledges you if you are

3   doing a story line.  She interacts with you.

4   You know, I mean she's one of the directors

5   there.  She's the one who gave me the dress

6   gimmick.  I mean I spent countless times with

7   her in meetings with her and Vince over how

8   to do this particular dress gimmick.

9          And a lot of times -- it was her

10  baby, you know, it was her and Vince.  You

11  know, and she took a lot of credit for this,

12  and Vince said this is going to be big, and I

13  did the best I could with it.

14         You know, I never wore a dress

15  before, but I pulled it off.  I did what they

16  asked me to do, to the best of my ability,

17  and I did it.

18     Q.   So during these matches that we

19  looked at, where you had the dress on, were

20  you in contact with Stephanie during that

21  time period?

22     A.   Yes.

23     Q.   How often?

24     A.   Every time we were doing the

25  tapings or if we were on tour together.

344

1    Q.   That's a good question.  How often

2    were you doing tapings?

3    A.   Every week.

4    Q.   With the WWE?

5    A.   Yes.

6    Q.   Every week?

7    A.   Every week.

8    Q.   And how about with -- we talked a

9    little bit about ECW and WCW.  How often were

10   tapings with those programs?

11   A.   Every week.

12   Q.   Every week.  Okay.

13       And so during this time period

14   where you were wearing the dress, are you

15   still doing a watch every week?

16   A.   Yes.

17   Q.   Are you meeting with the producers

18   before each match?

19   A.   I met the producers.  I met with

20   Stephanie.  I met with Vince.  It was -- it

21   was a pretty big thing back then.

22   Q.   Would they see you after matches?

23   A.   Yes, in the office.

24   Q.   Would they see you before matches?

25   A.   Yes, in the office.

345

1    Q.    Would they know about the script?

2    A.    Yes, they would.

3    Q.    Did they ever help develop the

4    script?

5    A.    Yes, they did.

6    Q.    Did they ever make comments to you

7    after any of these matches we looked at a --

8    A.    They would critique me on my

9    performance.  They would say, you got a

10   pretty good one in that one.  You know, like

11   if I got -- you know, if I got a good blow or

12   got hit pretty good, you know.  I mean, they

13   would see it.  They know the business.  So I

14   mean they would comment or they would joke.

15   You know, that roughly ruffled your skirt,

16   how is your garter?  You know, jokes like

17   that.  Nothing in a facetious way.

18   Q.    And that really ruffled your

19   skirt -- I'm sorry, you said that really

20   ruffled your skirt?

21   A.    Your garter.

22   Q.    Your garter?

23   A.    Meaning that I got, you know -- I

24   got hit pretty good or I took a good shot or

25   I got pumped or, you know.

346

1      Q.   And when they talked, you took a

2   good shot, are they ever, from your

3   understanding, are they talking about shots

4   to your body?

5      A.   Shots to your body, shots to your

6   head, you know, they would come up to you,

7   good match, bad match, we would like to see

8   from your match, would like to see that from

9   your match, but they acknowledged you because

10  you were an employee of the company.

11     Q.   Did anyone talk to you about that

12  match where you missed the tag?

13     A.   They asked me what happened in the

14  back.  You know, they said what happened, and

15  I just said I don't know.  I just missed it.

16  I was, you know, messed up.

17     Q.   Who did you have that conversation

18  with?

19     A.   Vince asked me, and then Johnny Ace

20  asked me, and then my agent, I think -- I

21  forgot who my agent was.

22     Q.   Johnny who, I'm sorry?

23     A.   Johnny Ace.  John Laurinaitis, and

24  then the guys in the ring asked me.  They

25  said, "Vito, what the hell were you doing?"

347

1       I said, "I was out of it, I was

2    rocked."

3           So when they seen me go like this

4    and, you know, I'm -- you know, I'm a careful

5    wrestler.  I'm a veteran wrestler.  I'm an

6    expert wrestler.  You know, I do things

7    precisely and very rarely I make a make a

8    mistake.  And for them to see that, they were

9    like, what the hell are you doing.

10       Q.   When I look at that video, I don't

11   see anything to comment to you about.  You're

12   saying that all these people recognized you

13   couldn't make the tag?

14           MR. McDEVITT:  Object to the form.

15       Are you testifying now?

16           MR. SCIOLLA:  I mean it's something

17       you like to do.

18           MR. McDEVITT:  What's that?

19           MR. SCIOLLA:  I said it's something

20       you like to do as well.

21           I'll rephrase.

22           MR. McDEVITT:  You don't understand

23       the difference between what I do and

24       what you just did apparently.

25           MR. SCIOLLA:  Okay.

1      Q.   Is it your testimony that they were

2   able to recognize that you missed that tag?

3           MR. McDEVITT:  Object.

4      A.   Yes.

5           MR. McDEVITT:  How are you going to

6        establish a foundation that he is going

7        to speak for what they do?

8           MR. SCIOLLA:  You can answer.

9      A.   To the people who are experienced,

10   they could tell things that happen in a

11   wrestling ring.

12     Q.   Is it your testimony that they

13   recognize that you missed that tag?

14     A.   Yes.

15     Q.   And how do you have that

16   understanding?

17     A.   Because they asked me after the

18   match.

19     Q.   They talked to you about it

20   specifically?

21     A.   Yes.

22     Q.   Aside from those people you just

23   mentioned who talked to you about missing

24   that tag, and the wrestlers in the ring you

25   said noticed, would anyone else have been

1    aware that you, something was wrong?

2              MR. McDEVITT:  Again lack of form

3         and foundation.  He can't testify about

4         what people are aware of.

5              MR. SCIOLLA:  We will get there.

6              MR. McDEVITT:  You haven't yet.

7              MR. SCIOLLA:  Go ahead.

8              MR. McDEVITT:  Are you going to try

9         to establish a foundation or is this it?

10        Are you just going to ask him to

11        speculate --

12             MR. SCIOLLA:  Is this a speaking

13        objection?

14             MR. McDEVITT:  -- to what other

15        people knew without establishing?

16             MR. SCIOLLA:  Your objection is

17        noted.  Thank you.

18        Q.   You can continue.

19        A.   The people who are concerned with

20   the match are the people who are involved

21   with it and the people who are running the

22   controls from the back.

23             So you are talking about the people

24   who ran the camera, Vince would run it,

25   Stephanie, Johnny Ace, the agents, the

350

1    wrestlers involved, the referee.  Those are

2    the ones you would ask.  If one of your

3    buddies came up to you afterwards and said,

4    hey, you know, what happened on that tag, you

5    know, what was going on in there, you know,

6    then you would tell them.  But not everybody

7    would run up to and ask you, hey, you missed

8    that tag.  That wasn't how it went.

9        Q.   But some people did?

10       A.   Some people.  I don't remember who,

11   but some people.

12       Q.   Okay.  During a match would a

13   referee say any anything to you about you

14   being okay or you missed the part of the

15   script?

16       A.   If he had seen I was down or

17   something was going on, and he would ask.  I

18   mean they always ask, are you okay, are you

19   okay.

20       Q.   And what connection does the

21   referee have to anyone else in the

22   production?

23       A.   The referee wears an earpiece in

24   his ear, and he's told the go home time, what

25   is going on, how much time is left.  He's

351

1    instructing the wrestlers what to do in the

2    ring as per se.  So -- and if there is

3    anything wrong in the ring, the guys in the

4    back ask, what is going on in there, you

5    know, tell me him to hurry up or, hey, is

6    that guy okay or like, you know, it was a

7    voice from the back.  So usually it would be

8    Vince's voice, Stephanie's voice or Triple

9    H's voice who would be running the cameras

10   from the back.

11        Q.   In the earpiece --

12        A.   In the earpiece.

13        Q.   -- of the referee?

14        A.   Right.

15        Q.   Were there any trainers around the

16   ring watching your matches?

17        A.   There were trainers in the back,

18   and then there were trainers maybe ringside.

19   I don't recall, but I know they have them.

20             MR. McDEVITT:  I'll get that.

21             THE VIDEOGRAPHER:  5:50 p.m., off

22        the record.

23             (A brief recess was taken.)

24             THE VIDEOGRAPHER:  5:51 p.m., back

25        on the record.

352

1      Q.    You were talking about the

2   trainers.  Would Dr. Rios ever been ringside?

3      A.    Dr. Rios, from what I recall,

4   really never was ringside.  He was just in

5   the back.  If he was out there for a special

6   purpose or a special reason, he would be, but

7   usually he was in the back.

8      Q.    Are there TVs in the back?

9      A.    There are TV monitors in the back.

10      Q.    Okay.  And a lot of your fights

11   were also televised, correct?

12      A.    Yes.

13      Q.    Your matches, excuse me.

14      A.    Yes.  House shows are no cameras.

15   They might have them for -- they might have

16   cameras rolling to tape for the office, and

17   then those were -- and then there is house

18   show reports that go in, and then the house

19   show reports also go into the office, and

20   they tell you what's going on on the house

21   shows.

22      Q.    We used some terminology today, you

23   did, you used glancing blows, potatoes, bad

24   bumps.  To someone who is not familiar with

25   the terminology used in the WWE, can you

353

1    explain what some of those terms mean?

2         A.   Well, potato is when you get hit by

3    an accident.

4         Q.   And hit by an accident with?

5         A.   With force.  Like, give you a black

6    eye, bust your lip, give you a shot to the

7    head, you know.  And they will hit you too

8    hard because it's just a time and a moment,

9    kick you too hard, whatever.

10        Q.   It's a legitimate hit?

11        A.   Yes.

12        Q.   So when we looked at the one video

13   and you said I'm -- I think Mr. McDevitt said

14   that you took a lot of potatoes in that?

15        A.   Yes.

16        Q.   Is that a common occurrence, you

17   would get potatoes in the match?

18        A.   It's not really a common

19   occurrence.  It happens.  And it's a kind of

20   way of saying, excuse me.  So it's not like,

21   you know --

22        Q.   Was it odd that you took so many

23   potatoes in that match?

24        A.   He's just an aggressive wrestler.

25   That's the way he wrestles.

354

1      Q.   Mr. Regal?

2      A.   Yes.

3      Q.   And the glancing blows, I think you

4   said forearm elbow?

5      A.   The forearm elbow is hit when you

6   are coming in and it looks like it's going to

7   be a punch, and you're taking a forearm and

8   an elbow at the same time.  And when you take

9   a nose, you know, that is like another word,

10   when you get a flying chicken wing, you know

11   what I mean, because it's a forearm shiver.

12      Q.   Do those hurt?

13      A.   Forearm shiver, when you're taking

14   that.  So when you're taking this and you hit

15   with this part of your body, this part is the

16   hardest part of your body, and when you get

17   with this, this is solid.

18      Q.   Now, we talked about you guys, it's

19   an art form.  You're very professional.  You

20   can stop a punch close to the face?

21      A.   There's a way to hit somebody and a

22   way to not hit somebody.

23      Q.   And then you can sell it if he

24   stops close to your face?

25      A.   Right.

355

1      Q.   What about with the glancing blow,

2   is that something that stops before your

3   face?

4      A.   Try to make contact on a glancing

5   blow, a little bit of contact, so it looks

6   real.

7      Q.   Okay.  And with Mr. Regal how would

8   you describe his glancing blows?

9      A.   They all of connect.

10     Q.   Real quickly.  ECW, WCW, did they

11  have doctors?

12     A.   ECW, no.  WCW, they had trainers.

13     Q.   But did they have doctors?

14     A.   I don't believe -- I think maybe

15  WCW had a doctor.  I'm not sure.

16     Q.   Okay.

17     A.   I think I know they had trainers.

18  ECW did not have no trainers and doctors.

19     Q.   And after matches with those, with

20  ECW, WCW, was any doctor evaluating you

21  after?

22     A.   No.

23     Q.   Was anyone treating you for in-ring

24  injuries?

25     A.   No.

356

1     Q.   Was anyone giving you B-12 shots?

2     A.   No.

3     Q.   So were you -- did ECW or WCW

4  provide with you any kind of medical

5  professional who saw you on a weekly basis?

6     A.   No.

7          MR. McDEVITT:  Do you have any idea

8      how much more you have?

9          MR. SCIOLLA:  I think that's all I

10     actually do have.

11         MR. McDEVITT:  Okay.

12 EXAMINATION BY

13 MR. McDEVITT:

14     Q.   Mr. LoGrasso, you made a statement

15  to the effect that --

16         MR. McDEVITT:  Excuse me.

17         THE VIDEOGRAPHER:  5:56 p.m., off

18     the record.

19         (A brief recess was taken.)

20         THE VIDEOGRAPHER:  5:57 p.m., back

21     on the record.

22     Q.   You made the statement to the

23  effect that if you complain about something,

24  you lose your spot.  Do you recall that?

25     A.   Yes.

357

1    Q.   Did you ever complain to anybody

2    about anything and lose your spot?

3         A.   No, I tried not to complain.

4         Q.   So you don't know whether that's

5    true or not from a personal basis, do you?

6         A.   No, I do know it's true, because

7    that's the code.  You don't complain about

8    anything.

9         Q.   Well, the code doesn't necessarily

10   mean it's written by the WWE.  Did they ever

11   tell you that?

12        A.   It's practice by the WWE.  They

13   might not have written it, but they practiced

14   it.

15        Q.   Did you ever complain about

16   anything and lose your spot?

17        A.   I did not complain about anything

18   to lose my spot, right.

19        Q.   Did you ever personally work in the

20   gorilla position?

21        A.   Personally work in the gorilla

22   position, I spent a lot of time in there.  I

23   didn't work in there but I watched and

24   learned from there.

25        Q.   You stand in the gorilla position

358

1    essentially before you go out to perform,

2    right?

3         A.   And I would stand -- I would stand

4    in there to learn what went on behind the

5    scenes.  You know, the producers would teach

6    me how to do the job.

7         Q.   But when you were actually

8    performing, you don't have any idea what they

9    were doing in the gorilla position, do you?

10        A.   When they're in the gorilla

11   position?

12        Q.   When you are actually out in the

13   ring performing, you have no idea what is

14   going on in the gorilla position, do you?

15        A.   I'm in the ring.  They're in the

16   gorilla position.

17        Q.   You're not watching them, you have

18   no idea if they're even in there?

19        A.   No.

20        Q.   And so when you missed the tag they

21   were talking about, you really have no idea

22   what was being said in the back at that time,

23   do you?

24        A.   Not until I got back there.

25        Q.   And if you miss a finish, that's a

359

1    concern from a creative standpoint, isn't it?

2         A.   Say again.

3         Q.   If you missed a finish, that's a

4    creative concern, isn't it?

5         A.   Yes.

6         Q.   There is nothing usual about Vince

7    asking you why you blew a finish, is there?

8              There is nothing unusual about

9    Vince asking you why you didn't do a finish,

10   is there?

11        A.   No.

12        Q.   And in fact, the contract requires

13   you to do the finishes as given to you,

14   correct?

15        A.   I did, if it's stated in the

16   contract, yes.

17        Q.   And that's essential to the story

18   line, right?

19        A.   Right.

20        Q.   All the wrestlers have to know who

21   is going to win, who is going to lose?

22        A.   Yes.

23        Q.   Then when it comes to Dr. Rios, you

24   made a statement, some guys kept things from

25   him, some didn't.  Do you recall that?

360

1          A.   Yes.

2          Q.   And you said he was there to help

3    you, correct?

4          A.   Yep.

5          Q.   Who kept things from Dr. Rios?

6          A.   I don't recall.

7          Q.   Well, you made the statement.   What

8    was the basis of it?

9          A.   Because guys kept things from him

10   if they were injured.   I don't recall the

11   gentlemen, but I knew a lot of guys were

12   injured.   Because if you complained about

13   being injured and you reported it to the

14   doctor, there was a chance if you were on TV,

15   you could be taken off TV and sent home.

16   They don't like when you complain.

17         Q.   Who is "they"?

18         A.   The office.

19         Q.   Well, Dr. Rios, did Dr. Rios ever

20   say to you, I don't want to hear your

21   complaints?

22         A.   No, it's just an unwritten law.

23         Q.   It's an unwritten law.   Where does

24   one find it then?

25         A.    In the WWE universe.

361

1      Q.   What, floating around a room

2   somewhere?

3      A.   That's it.

4      Q.   And you said some people didn't

5   keep things from Dr. Rios, right?

6      A.   Some people went to him with

7   problems and injuries.

8      Q.   And would tell him?

9      A.   And would tell him, right.

10      Q.   Including people who had head

11   injuries, right?  Including people who had

12   head injuries?

13      A.   I don't know.  I'm not them.

14      Q.   Well, who are the ones that went to

15   him and told him the problems?

16      A.   I'm not sure.  I don't recall.

17      Q.   But yet you're going to sit there

18   and give testimony under oath that some

19   didn't and some didn't, but you can't give --

20      A.   I don't recall the guys who went to

21   him for help.

22      Q.   You can't give the name of anyone

23   who fit into either one of these categories?

24      A.   Bob Holly went to him, and Bob

25   Holly had a cyst in his arm that he almost

362

1      lost his arm.  And when they kept stitching

2      him up and bandaging his arm up and sent him

3      out to the ring, and they kept making that

4      man work, he came back.  They knew about the

5      injury.  They knew about what was going on,

6      and they still sent him out there, and he

7      almost lost his arm.

8          Q.   Who is "they"?

9          A.   I said he.

10          Q.   You kept saying "they."

11          A.   The office.

12          Q.   Well, who is the person?  The

13      office is not a person.  What person?

14          A.   The people in charge.

15          Q.   Who?

16          A.   Vince, the booking committee,

17      whoever was in charge.  Bob, I seen his arm.

18      You had asked me, he gotten care of by Dr.

19      Rios.  His arm, he had a puss thing coming

20      out.

21          Q.   And Dr. Rios was treating him?

22          A.   Dr. Rios treated it, wrapped it up

23      and sent him out there.

24          Q.   Did Bob Holly object to that?

25          A.   Excuse me?

363

1          Q.    Did Bob Holly object to that?

2          A.    No.

3          Q.    Did he ever tell he didn't want to

4     be performing?

5          A.    Because it was an unwritten rule

6     you don't complain --

7          Q.    Did he tell you he didn't want to

8     perform?

9          A.    He never told me that.

10         Q.    So for all you know, Bob Holly

11    wanted to be Band-Aided up and perform?

12         A.    Right, because his arm, because he

13    knows if he complained about it, he would be

14    sent home.

15         Q.    Well, you don't know what he knows.

16    You know what you know.

17              And in terms of the some guys told

18    Rios and some guys didn't, you fall in the

19    category of you didn't tell him, right?

20              MR. SCIOLLA:  Object to the form.

21         Q.    Right?  You fall in that category,

22    right?

23              MR. SCIOLLA:  Mischaracterizes

24         testimony.

25         Q.    You didn't tell him about head

364

1    injuries, did you?

2         A.   I didn't know I had head injury.  I

3    told him about my headaches.

4         Q.   Now, you say he was there to help

5    you, right?

6         A.   Yes.

7         Q.   So you would tell him you had a gut

8    injury or certain kind of injuries to get

9    help, right?

10        A.   I never told him I had a head

11   injury.  I said I had headaches.

12        Q.   But you would go to him for help?

13        A.   I would go him for help, my

14   headaches and getting Tylenol and feeling

15   fatigue and getting my B-12 shots.

16        Q.   Did you think a doctor, if you just

17   go and say I have a headache, you are

18   supposed to assume that's from a certain

19   cause?

20             MR. SCIOLLA:  Object to form.

21        A.   I don't know what a doctor can

22   assume, unless he gives you a full

23   examination, but he didn't.

24             So unless you do a full

25   examination, I guess he couldn't really tell.

365

1      Q.   What is the full examination a

2   doctor does when you tell him you have a

3   headache?

4            MR. SCIOLLA:  Object to the form.

5      A.   I guess you would be asking me if I

6   went to him with head injury for head

7   injuries, and I keep saying, no, I did not.

8   And you're telling me, well, why didn't you

9   go to the doctor.  And I said I did go to him

10  with the headaches and feeling fatigue and,

11  you know, muscle aches and everything else.

12     Q.   And you told him you had a

13  headache, give me some aspirin?

14     A.   That it.

15     Q.   You didn't tell him I think I got a

16  headache because I ran into the chairs -- or

17  the stairs tonight, did you?

18     A.   But I did tell him I had headaches.

19     Q.   As far as the testosterone --

20           THE WITNESS:  Excuse me, one

21      second.

22           (Discussion off the record.)

23           THE WITNESS:  Sorry, guys.  Sorry

24      about that.

25     Q.   With respect to him giving you

366

1    testosterone shots.  You asked him to do

2    that, didn't you?

3         A.   Yes.

4         Q.   As a favor to you?

5         A.   I have a hard time administering my

6    own shots.

7         Q.   And he's a doctor and he can give

8    you a shot?

9         A.   Right.

10        Q.   And you were grateful for that,

11   right?

12        A.   Yes.

13        Q.   And your testimony is that you

14   didn't understand until the year 2014 what a

15   concussion was, right?

16        A.   Right.

17        Q.   How old were you then?

18        A.   How old am I now?

19        Q.   How old were you in 2014?

20        A.   Forty-nine.

21        Q.   Forty-nine years old.  And how many

22   years had you been involved in the wrestling

23   business?

24        A.   Twenty something.

25        Q.   So you managed to live 49 years,

367

1    and 20-something years in the wrestling

2    business and not know what a concussion was?

3         A.   That was may perception of a

4    concussion.

5         Q.   And you made no effort to teach

6    yourself any better?

7         A.   No.

8         Q.   Why you are getting whacked over

9    the head with chairs and objects and

10   everything else, you just didn't care, did

11   you?

12              MR. SCIOLLA:  Object to the form.

13        Q.   You said, you said something about

14   concussions.  I think you said there was a

15   time where if you got a kick to the head in a

16   concussion, okay.  It wasn't like it is

17   today.  Do you remember that?

18        A.   What was it in reference to?

19        Q.   I don't know.  Your answer to his

20   question.

21        A.   Kick to the head --

22        Q.   Did you say there was a time you

23   get a kick to the head, and a concussion,

24   okay, but not like it is today?

25        A.   I believe he was talking about the

368

1    Brett Hart match.

2        Q.   Yes, he was.

3        A.   Okay.

4        Q.   Did you make that statement?

5        A.   I did.

6        Q.   And things were looked at a

7    different point in time, in '99, about

8    concussions than they are today, isn't it?

9        A.   Yes, they are.

10       Q.   It's not so much that people didn't

11   know concussions were.  They didn't think of

12   them the same way then as they do now?

13       A.   That's because they weren't

14   educated and didn't have the knowledge.

15       Q.   Would you even know when CTE was

16   discovered?

17       A.   No.

18       Q.   So you don't know if in 1999 any

19   knew about it or not?

20       A.   I don't.

21       Q.   Who is Dr. Schneider?

22       A.   Dr. Schneider is another doctor I

23   went to -- with the -- Dr. Cavoto suggested I

24   go see him.

25       Q.   What is his speciality?

369

1          A.    Brain specialist.

2                MR. McDEVITT:  Have the medical

3          records for that been turned over?

4                MR. KYROS:  I don't recognize it.

5                MR. SCIOLLA:  I can't say that they

6          were.

7                MR. McDEVITT:  Why not?

8                MR. SCIOLLA:  I don't know that we

9          were aware of Dr. Schneider either.

10               MR. McDEVITT:  Well, you should

11         have been.

12               MR. SCIOLLA:  Thanks.

13               MR. McDEVITT:  Well, you should

14         have been.  You served document

15         requests.

16         Q.    Did you tell your lawyers you had

17    been seeing Dr. Schneider?

18         A.    I saw Dr. Schneider one time,

19    testing.

20         Q.    Where does he live?

21         A.    He is in Pennsylvania.

22         Q.    In your hometown?

23         A.    No, he's not in my hometown.  I'm

24    not sure of the town in Pennsylvania, but

25    he's in Pennsylvania.

370

1    Q.   All right.

2         Now, with respect to Eddie Guerrero

3    you made some comments suggesting the reasons

4    he died.  Do you recall that?

5    A.   Uh-huh.

6    Q.   You don't have any clue why he

7    died, do you?  Did you ever see his autopsy

8    report?

9    A.   Eddie used to the sit in the

10   trainers room.  He used to sit on the table.

11   You know, he used to be out of it.  Eddie had

12   a drug problem.

13   Q.   You don't know if he died from a

14   drug problem, do you?

15   A.   No, I don't but.  He did have a

16   drug problem and drugs can attribute to it.

17   Q.   Do you know if he had a drug

18   problem at the time of his death?

19   A.   I don't know.  All I know when I

20   used to see Eddie sitting in the trainers

21   room.  He always used to sitting there

22   sleeping or doped up or was out of it.

23   Q.   Did you -- you have never looked at

24   Eddie Guerrero's autopsy report, correct?

25   A.   No.

371

1      Q.   You know nothing about the cause or

2   manner of his death, do you?

3      A.   No, I don't.

4      Q.   Yet you are willing to talk about

5   it as if you do?

6           MR. SCIOLLA:   Object to the

7           characterization.

8      A.   I've never seen Eddie Guerrero's

9   autopsy report.

10      Q.   You were also asked a bunch of

11   questions about WWE, and what they said about

12   the Benoit case, and you said, I think, and

13   I'm paraphrasing, but I think you said the

14   WWE said this has to do with wrestling.  Do

15   you understand that?  Is that what you said?

16   What was the "this" in that sentence?

17      A.   This?

18      Q.   Yes, what did you mean, "this"

19   nothing to do with the wrestling?

20      A.   I didn't write it.  I don't know.

21      Q.   Well, where did they say it?

22      A.   I believe it was on the internet

23   or, you know, something like that.  I don't

24   recall where I read it.

25      Q.   Well, was it in reference to the

372

1    murder has nothing to do with wrestling?

2        A.   I just read a statement, I made a

3    statement.  That's what I read at the time

4    and that's how I interpreted it.  This had

5    nothing to do with wrestling.  Is it the

6    murder that had nothing to do with wrestling,

7    it could be.  Was it his symptoms that had

8    nothing to do with wrestling, I don't know.

9        Q.   Well, you don't know and you can't

10   say now?

11       A.   I don't know.

12       Q.   And you can't tell us where this

13   was even said?  And you can't tell us where

14   this was even said?

15       A.   No.

16       Q.   And you talked about how they took

17   him off television?

18       A.   Right.

19       Q.   But I think you also said, you

20   couldn't understand why they would do that,

21   correct?

22       A.   I could understand why because they

23   didn't want nothing to do with him because he

24   killed his family and it was a bad publicity

25   for the company.

373

1        Q.   Well, you certainly wouldn't want

2    to put that on television, would you?

3        A.   No.

4        Q.   So you can understand why they

5    would take that off after it came out that he

6    hog tied his wife and killed his kid, why

7    would they put him on their television

8    program?

9        A.   But I didn't mock the WWE for doing

10   that.  I just said that they took him off all

11   the program.  He doesn't exist in the

12   universe no more.

13       Q.   Do you find it odd that anybody

14   would say Eddie -- or that Chris Benoit and

15   only Chris Benoit is responsible for the

16   homicides he committed?

17       A.   You're absolutely right.  Only he

18   knows.  He was there.  His wife was there.

19   The child was there.  That's the only people

20   that knew.

21       Q.   But he's the only one that is

22   responsible for the decision to murder his

23   family?

24            MR. SCIOLLA:  Object to the form.

25       A.   I wasn't there.  I don't know.

374

1     Q.    Well, do you think it's fair to try

2     to blame somebody else for his murderous

3     acts?

4     A.    I didn't say that, Mr. McDevitt.

5     Q.    So you wouldn't have any problem if

6     WWE, in responding to media articles, were

7     suggesting that WWE in some way was

8     responsible for what Chris Benoit chose to

9     do, that they would say, this has nothing to

10    do with us or wrestling?

11         MR. SCIOLLA:   Object to the form.

12    A.    I don't know.   It's just something

13    I read.   It's a statement.

14    Q.    In all the years that you were

15    ignorant, according to you, about what

16    concussions mean, is there any reason

17    whatsoever that you could not have read

18    articles in a public realm or watched media

19    articles that discussed at length the

20    emerging science about CTE and concussions

21    that has been going on for years?

22         MR. SCIOLLA:   Object, calls for

23         speculation.

24    A.    No, I didn't think it pertained to

25    me until 2014.

375

1          Q.   Well, whether you thought it or

2     not.  You could have read it in the

3     newspapers the same as anybody else, right?

4               MR. SCIOLLA:  Same objection.

5          A.   I could have, but I didn't.

6          Q.   And whatever was in the newspapers

7     about Chris Benoit and his CTE that WWE may

8     or may not have read, you could have read the

9     same, couldn't you?

10              MR. SCIOLLA:  Calls for

11         speculation.

12         A.   I don't know, Mr. McDevitt.

13         Q.   I mean they didn't have any

14    exclusive access to the public reporting on

15    anything, did they?

16              MR. SCIOLLA:  Objection, calls for

17         speculation.

18         A.   I'm not sure.  I wasn't there.

19         Q.   Now, you mentioned Stephanie

20    McMahon.  Did you ever once tell Stephanie

21    McMahon that you think you had a head injury

22    in a match?

23         A.   No, I did not.

24         Q.   Did you ever once tell Vince

25    McMahon that you thought you had a head

376

1    injury in a match?

2         A.   No, I did not.

3         Q.   Did you ever once tell John

4    Laurinaitis that you thought you had a head

5    injury in a match?

6         A.   No, I did not.

7         Q.   I think you've already indicated

8    you never once told Dr. Rios that either?

9         A.   Yes, that is true.

10        Q.   And I think you also indicated,

11   your testimony, that generally speaking, Dr.

12   Rios was in the back when matches were going

13   on?

14        A.   Unless he was asked to be ringside

15   for something specific.

16        Q.   Understood.  But I think you

17   indicated the most usual course is he is in

18   the back?

19        A.   In the back.

20        Q.   So would it be fair to say the only

21   way Dr. Rios is going to know if something

22   happened out there is if somebody tells him?

23             MR. SCIOLLA:  Objection, calls for

24        speculation.

25        A.   The only way during a TV taping Dr.

377

1   Rios would know is if he was matching his

2   monitor.  It's in the back.  It's in the

3   trainers room.  And if something bad

4   happened, he would be summoned to the ring by

5   the TV crew or somebody, the runner would

6   could come back and get him and bring him to

7   the ring.

8        Q.   And that never happened at any of

9   your matches, did it?

10       A.   No.

11       Q.   Did you like Dr. Rios?

12       A.   Yes.

13       Q.   Did you think he was a good doctor?

14       A.   Yes.

15       Q.   Do you have any indication or any

16  knowledge that any person involved in WWE

17  management ever told Dr. Rios not to tell you

18  something about head injuries or concussions?

19       A.   I don't know.  I wasn't there.  I

20  don't know what they told him to say or not

21  say.  But I do know one thing --

22       Q.   I'm not asking what you know about

23  one thing.  I'm asking you specifically.

24            Do you have any knowledge, did you

25  ever hear anybody in management at WWE tell

378

1    Dr. Rios, look, I don't want you telling Vito

2    anything about concussions?

3         A.   No, I didn't.

4         Q.   Do you have any evidence that

5    anybody at WWE ever directed anybody in the

6    medical staff to withhold any information

7    from you?

8         A.   From me personally, no.

9         Q.   Do you have any knowledge that

10   anybody at WWE management or employees ever

11   told Dr. Rios or the medical staff to lie to

12   you about anything?

13        A.   Not that I'm aware of.

14             MR. McDEVITT:  Again, I don't think

15        I have anything more, Mr. LoGrasso, and

16        I thank you for your time.

17             MR. SCIOLLA:  All done.

18             THE VIDEOGRAPHER:  This concludes

19        the video deposition.  The time 6:14

20        p.m., off the record.

21             MR. McDEVITT:  On the record.

22             What do you plan on doing about

23        what I asked you about, what you said in

24        the reconsideration motion to the court

25        that we now know is false.

379

1          MR. SCIOLLA:  I'm not prepared to

2      give you an answer right now.

3          MR. McDEVITT:  Well, as you all

4      know, we are supposed to talk to the

5      court at 4 o'clock tomorrow.  I would

6      appreciate some answer before the

7      conference call, because I will bring it

8      up if you don't tell me.

9          MR. SCIOLLA:  For sure.

10          MR. McDEVITT:  I would appreciate

11      it if you would consult with whoever you

12      are going to consult with, and let me

13      know the answer.

14          MR. SCIOLLA:  Agreed.

15          MR. McDEVITT:  Off the record.

16          (Time noted:  6:14 p.m.)

17

18

19

20

21

22

23

24

25

380

1    STATE OF _____ )

2                              ) :ss

3    COUNTY OF _____)

4

5

6        I, VITO LOGRASSO, the witness

7    herein, having read the foregoing

8    testimony of the pages of this

9    deposition, do hereby certify it to be a

10   true and correct transcript, subject to

11   the corrections, if any, shown on the

12   attached page.

13

14                _____

15                VITO LOGRASSO

16

17   Sworn and subscribed to before

18   me, this          day of

19            , 2015.

20   _____

21   Notary Public

22

23

24

25

381

1              C E R T I F I C A T E

2      COMMONWEALTH OF PENNSYLVANIA )

3                          : ss.

4      COUNTY OF PHILADELPHIA )

5

6              I, Jennifer Ocampo-Guzman, a

7      Notary Public within and for the Commonwealth

8      of Pennsylvania, do hereby certify:

9              That VITO LOGRASSO, the witness

10     whose deposition is hereinbefore set forth,

11     was duly sworn and that such deposition is a

12     true record of the testimony given by the

13     witness.

14             I further certify that I am not

15     related to any of the parties to this action

16     by blood or marriage, and that I am in no

17     way interested in the outcome of this

18     matter.

19             IN WITNESS WHEREOF, I have

20     hereunto set my hand this 19th day of May

21     2016.

22             _____

23             JENNIFER OCAMPO-GUZMAN, CRR, CLR

24

25

382

```
1      -------------- I N D E X -----------------

2      WITNESS              EXAMINATION BY      PAGE

3      VITO LOGRASSO      MR. McDEVITT       6, 356

4                         MR. SCIOLLA         301

5      -------------- EXHIBITS -----------------

6      LOGRASSO                        FOR I.D.

7      LoGrasso Exhibit 1, CD labeled,
       "Hart vs. Goldberg Starrcade
8      1999"................................63

9      LoGrasso Exhibit 2, Plaintiff's
       Second Amended Complaint..............82
10
       LoGrasso Exhibit 3, E-mail date
11     5/6/09, Bates Nos. WWE_SING00002132
       and WWE_SING00002133.................92
12
       LoGrasso Exhibit 4, Canoe Network
13     article entitled, "Big Vito takes
       aim at Japan".......................108
14
       LoGrasso Exhibit 5, Article
15     entitled, "Ring Ranting Week 1:
       A Rant Sports Exclusive Interview
16     with Former WWE Star Vito (Part 2)"...111

17     LoGrasso Exhibit 6, Article entitled,
       "Big Vito speaks out on Dixie
18     Carter/TNA, Russo & More"............115

19     LoGrasso Exhibit 7, Article entitled,
       "Big Vito talks about wanting to
20     work with Jeff Jarrett, and much
       more"...............................123
21
       LoGrasso Exhibit 8, CD labeled,
22     "The Undisputed Wrestling Show
       with Big Vito & Lucky Thurteen
23     (February 2014)".....................125

24     LoGrasso Exhibit 9, Medical records,
       Bates Nos. Smith020516_00031 through
25     Smith020516_00040...................130
```

383

1    (CONTINUED):
     --------------- EXHIBITS ------------------
2
     LOGRASSO                              FOR I.D.
3
     LoGrasso Exhibit 10, Medical records,
4    Bates Nos. Smith020516_00002 through
     Smith020516_00006....................132
5
     LoGrasso Exhibit 11, Brandywine
6    Hospital medical records, Bates Nos.
     Brandywine050416_000020 through
7    Brandywine050416_000083..............140

8    LoGrasso Exhibit 12, OpenMRI
     Medical records, Bates Nos.
9    OpenMRI032316_000002 and
     OpenMRI032316_000003.................143
10
     LoGrasso Exhibit 13, Plaintiff Vito
11   LoGrasso's Supplemental Objections and
     Responses to Defendant World Wrestling
12   Entertainment, Inc.'s First and Second
     Set of Interrogatories...............148
13
     LoGrasso Exhibit 14, Plaintiffs' Evan
14   Singleton and Vito LoGrasso's Brief in
     Opposition to Defendant World Wrestling
15   Entertainment, Inc.'s Motion for
     Reconsideration of March 21, 2016
16   Order with Respect to Singleton and
     LoGrasso v. World Wrestling
17   Entertainment, Inc...................152

18   LoGrasso Exhibit 15, CD labeled,
     "LoGrasso Headshots Received-Full
19   Reel"................................164

20   LoGrasso Exhibit 16, CD labeled,
     "LoGrasso Top Hits-Received".........173
21
     LoGrasso Exhibit 17, CD labeled,
22   "LoGrasso Interrogatory Matches".....184

23   LoGrasso Exhibit 18, Memorandum
     dated 6/19/06........................193
24

25

384

```
1    (CONTINUED):
     --------------- EXHIBITS ------------------
2    LOGRASSO                          FOR I.D.

3    LoGrasso Exhibit 19, Document
     entitled, "World Wrestling
4    Entertainment, Inc., Booking
     Contract," Bates Nos. WWE_SING00000307
5    through WWE_SING00000332...............195

6    LoGrasso Exhibit 20, CD labeled,
     "LoGrasso October 10, 2006 Stairs
7    Clip"................................211

8    LoGrasso Exhibit 21, Medical notes,
     Bates Nos. WWE_SING00000517 through
9    WWE_SING00000521......................221

10   LoGrasso Exhibit 22, Twitter update....246

11   LoGrasso Exhibit 23, Facebook
     status update.........................269
12
     LoGrasso Exhibit 24, Facebook
13   status update.........................270

14   LoGrasso Exhibit 25, Facebook
     status update.........................272
15
     LoGrasso Exhibit 26, Article
16   entitled, "Is it over for HBK?,"
     Bates Nos. SINGLETON_0000612 through
17   SINGLETON_0000614.....................280

18
     ---------------------------------------------
19   DOCUMENT REQUEST:
     PAGE:  102
20

21

22

23

24

25
```

385

                    INSTRUCTIONS TO WITNESS

1

2

3          Please read your deposition over

4     carefully and make any necessary

5     corrections.  You should state the

6     reason in the appropriate space on the

7     errata sheet for any corrections that

8     are made.  After doing so, please sign

9     the errata sheet and date it.

10         You are signing same subject to the

11    changes you have noted on the errata

12    sheet, which will be attached to your

13    deposition.

14         It is imperative that you return

15    the original errata sheet to the

16    deposing attorney within thirty (30)

17    days of receipt of the deposition

18    transcript by you.  If you fail to do

19    so, the deposition transcript may be

20    deemed to be accurate and may be used in

21    court.

22

23

24

25

386

E R R A T A

I wish to make the following changes,

for the following reasons:

PAGE LINE

____ ____ CHANGE:_____

REASON:_____

____ ____ CHANGE:_____

REASON:_____

____ ____ CHANGE:_____

REASON:_____

____ ____ CHANGE: _____

REASON:_____

____ ____ CHANGE: _____

REASON:_____

____ ____ CHANGE: _____

REASON:_____


_____ _____

WITNESS' SIGNATURE                DATE

**A**

**abdomen**
223:9
318:21
**abided**
248:15
**ability** 24:8
42:5 56:17
56:25
271:13
343:16
**able** 48:14
118:24
157:16
163:20
221:4
281:21
331:5,6,7,8
331:9,10
332:11
333:6
337:21
348:2
**abolished**
237:11
**absent**
179:10
**absolutely**
63:12 69:9
86:16
192:25
264:13
269:10
295:1
373:17
**absorb**
166:25
**absorbed**
292:22
293:3
**abuse** 103:5
341:17
**accepting**
202:18
**access** 375:14
**accident**
67:21
199:13,14

201:7,15
337:8,10
353:3,4
**accomplish...**
249:2
**account**
25:19,23
203:4
**accounts**
26:19
**accurate**
23:19
126:24
150:22
385:20
**accurately**
130:11,14
**accuse**
230:15
**accusing**
230:14
**Ace** 346:19
346:23
349:25
**aches** 321:1
365:11
**acknowled...**
346:9
**acknowled...**
343:2
**act** 200:11
**acting** 17:9
17:11
**action** 83:6,8
83:17,23,24
84:3,6,7
307:5
381:15
**actions**
167:21
168:5 215:8
**acts** 374:3
**actual** 309:12
**acute** 141:24
**ad** 73:18
**Adams** 16:9
16:11,14
20:24

331:10
**addiction**
228:24,25
229:10,10
229:11
**addicts**
228:24
**address** 7:4
301:5
**addressed**
132:9
308:21
**administer**
321:8,9,11
**administeri...**
366:5
**administra...**
12:23
**admit** 209:22
**adrenaline**
207:18
305:4,7
337:20
**advance**
80:13
**advertise**
123:14
124:12
127:16,17
279:17
**advertisem...**
81:14,25
274:13
**advertising**
266:9,14
274:14
**advice** 191:6
222:12,22
**advise** 216:7
**advised**
178:25
179:2
219:24
**advocate**
95:19,21
**affairs**
254:14,17
**affect** 328:14

**affiliated**
273:14,18
273:20,22
273:24,25
**affiliation**
274:7
**afraid** 269:15
**Afternoon**
19:17
**Afterward**
184:2
**age** 108:9
**agent** 346:20
346:21
**agents** 72:15
168:15
288:1
308:11,11
311:5
349:25
**aggravation**
196:25
**aggressive**
353:24
**ago** 24:21
53:10 107:5
134:3 137:3
176:20
251:5
276:13
316:16
**agree** 68:3
137:15
164:21
165:14
179:17
184:11
201:19
202:7 203:3
212:6
236:13
239:17
241:7 279:3
291:15
**agreed** 203:9
379:14
**agreement**
89:19,24

90:5 195:19
195:23
**ahead** 64:20
70:17
107:18
219:22
283:6
292:17,24
303:25
327:24
349:7
**aim** 108:13
382:13
**aired** 212:23
**al** 1:3 5:13
**alcohol**
228:24
229:11
279:9 340:8
341:17
**alerted**
311:23
312:19,24
**Ali** 250:18
251:16
324:10
**alive** 279:21
**allegations**
83:9,17
85:17 248:8
**alleged** 75:5
29:10 33:2
240:18
**alleges** 32:22
87:14
**allowed**
223:1 269:9
269:18
**allowing** 72:5
**altogether**
285:4
**amend** 214:8
**amended**
82:13,22
382:9
**amendment**
63:9 216:13
**Amore** 312:7

**amount**
299:15
**analyzing**
245:24
**Anderson**
308:12,13
**Andrew** 3:9
5:20 19:19
258:12,14
258:22
259:9
**and/or**
196:15,19
196:22
**anger** 263:1,2
**angle** 77:9,14
206:7
**angles** 73:23
**angry** 17:24
125:15
313:4
**announce**
34:23
**announced**
238:8
**announcem...**
238:25
325:24
**announcing**
238:15
**answer** 16:17
16:19 19:25
20:2 21:10
22:9 27:2
29:14 30:8
31:2 37:5
61:11 62:5
66:16 78:21
83:15,18,19
83:21 85:16
85:23 86:1
86:3 88:12
89:2,12
90:14 97:19
100:7 101:6
103:25
107:20
112:4,20

113:4,5,6,8
113:8,10,13
113:20
146:17
148:21
150:25
151:9,20
154:3
156:15
162:6
167:24
169:10
170:5,6,8
170:22
173:1
177:12,13
177:14
178:3,12,18
178:23
179:1,2,12
180:13
181:17
188:20,22
213:21
214:20
215:16
222:6,15
224:20
226:13,15
230:1,8
242:19
243:15,16
251:22
261:2
303:23,24
313:1 348:8
367:19
379:2,6,13
**answered**
18:3 66:4
78:20
113:11
114:20
120:24
121:9
129:20
170:16,25
180:24

218:21
219:17
232:7 239:9
259:11
329:10
**answering**
49:22 51:5
120:6
169:12,15
171:7
173:14
181:8
216:11,15
**answers** 58:6
97:21 150:8
151:13
153:21,25
170:14,24
171:13
**Anthony** 3:19
6:1 19:20
**anticipated**
196:17
**anti-bullying**
119:9,16
**anxiety** 263:7
263:8
264:15
**anybody** 7:11
16:3 27:12
28:8,10
29:9,19,22
29:23,24,25
30:1 32:7
45:7 46:13
69:19 74:19
79:13 93:16
94:11 98:9
113:23
129:11,14
144:12
148:18
161:19
168:23
171:16
175:18,22
182:11
199:7,11

201:13
207:16
230:13,15
232:5
239:11
247:10
254:2 256:9
258:2
277:22
278:16
287:20
288:2
312:23
327:10
357:1
373:13
375:3
377:25
378:5,5,10
**anymore**
17:23
**anyplace**
98:13
104:15,21
**anyway** 8:16
321:12
**apart** 129:25
**apnea** 263:9
263:13,22
263:23
264:9,12
**apparently**
123:20
154:22
220:22
290:17
325:9
347:24
**appeal** 13:23
13:24 14:16
14:17
**appealed**
14:10,12
**appear** 8:14
184:18
208:19
**appearance**
184:14

**appeared**
22:19
**appearing**
125:14
**appears**
22:14 115:8
289:20
**application**
13:17,18
18:6
**applied** 13:11
13:14
209:13
**apply** 14:7
**applying** 17:4
**appointment**
133:12
**appreciate**
31:4 129:17
162:6 216:3
216:25
379:6,10
**appropriate**
196:8
215:12
385:6
**April** 85:5,18
87:15
108:24
143:18
246:14
**archives**
326:14
**area** 235:3
**arena** 52:16
52:17
**arguing** 50:4
**argument**
213:7
**argumenta...**
133:4
**arm** 283:1
284:4
361:25
362:1,2,7
362:17,19
363:12
**army** 11:19

11:20
**Arn** 308:11
308:13
**arose** 110:14
**arrow** 140:25
**art** 295:14
354:19
**article** 108:13
111:10
114:1 115:2
117:18
118:2 120:8
121:14,19
121:19,21
123:1
124:11
280:9 281:6
339:15
382:13,14
382:17,19
384:15
**articles** 241:4
374:6,18,19
**asciolla@p...**
3:10
**aside** 159:15
159:16
167:11
348:22
**asked** 16:20
17:14 18:2
32:6,6,8
35:9 43:1
50:6,13,18
50:20 51:6
53:2,2 57:3
66:4 78:19
81:16 88:15
99:11,13,17
101:5
111:25
113:12,12
114:20
115:18
119:21,23
120:24
121:9,14,15
121:20

124:10
129:20
134:22
144:2
160:22,24
161:3,10
169:5 170:4
170:11
171:7
172:17,22
173:3,8
177:13
180:9,23
188:14,17
188:21,22
190:5
218:20
219:16
225:11
232:6 239:8
242:6 247:8
259:10
274:5,21
278:25
316:20
317:5
329:10
343:16
346:13,19
346:20,24
348:17
362:18
366:1
371:10
376:14
378:23
**asking** 43:2
53:4,22
60:8,10,15
60:18 62:22
62:25 63:4
83:2 84:19
84:22 87:7
99:2 100:9
100:10
101:9 113:9
151:18,19
168:24

169:6,7,8
170:9
178:19
179:5,7,14
192:1
220:21
230:12
237:9
242:20
253:14
261:14
274:25
275:8,9
277:17
287:13
289:3 359:7
359:9 365:5
377:22,23
**asks** 151:5
154:6
**aspect** 75:8
208:11
240:8 294:8
**aspects**
155:20
304:8,8,10
304:11
**aspirin** 190:6
192:2
318:18
321:3
365:13
**ass** 51:4
**assigned**
322:24
**assistance**
227:21
**associated**
31:7 32:14
133:7
134:14,19
202:4
242:13
256:18
262:25
**assume** 88:4
130:3
158:17,22

216:22
241:9
252:14
364:18,22
**assumed**
101:22
202:22
**assumption**
51:6 242:20
**Aston** 236:3
236:4
**athletes**
324:1
**Atlanta** 251:5
251:13
**atrocious**
331:18
**attach** 280:23
**attached**
380:12
385:12
**attempt**
120:8
301:21
**attempts**
213:8
**attended**
59:20,24
**attention**
58:1 82:21
86:7 130:25
331:12
**attesting**
150:8
**attorney**
13:23 15:2
61:13,14,19
61:22 63:6
79:25 80:2
83:20 88:16
89:13 101:8
178:25
385:16
**attorneys** 3:4
3:13 4:4
14:18 18:17
24:24 25:1
25:3,5,6

60:9,13
61:23 62:10
63:5 179:11
**attorney-cl...**
60:16 61:9
61:13 62:6
63:7 83:13
88:10 90:13
90:21 178:1
178:12
222:5,14,17
**attribute**
334:1
370:16
**attributed**
115:18
**attributes**
134:3
**August**
154:22
183:9,10
224:21
225:1
**authored**
246:9
**authorizati...**
104:22
**autistic** 10:20
**automatica...**
162:3
**autopsy**
370:7,24
371:9
**available**
98:14,15,16
98:25 152:2
266:15,19
342:22,23
**Avenue** 4:6
**avoid** 196:9
196:24
293:21
294:7
**aware** 18:25
49:4,6 84:9
100:4
197:18
198:22

229:8 234:7
235:20
236:9 349:1
349:4 369:9
378:13
**awareness**
42:21
228:10
230:4,9,17
329:16
**a.m** 1:19 2:9
5:9 63:16
63:22

_____
**B**

**baby** 343:10
**back** 9:10
10:9,11,14
30:23,24
42:19 50:11
50:14 53:23
55:19 58:22
59:18,19
62:24 63:22
66:21 78:14
81:21 86:6
88:23 95:7
105:25
106:8 109:2
110:14,15
116:23
132:1
140:19
141:6
147:10
148:10
149:25
153:5,20
155:13
157:12
162:18,24
177:1
180:18
182:22
185:1 188:7
188:9,10
193:9
195:14

198:6 202:8
205:8
210:25
211:1
219:18,18
224:20
243:20
244:3 247:7
247:19,20
255:12
256:15
270:7
275:23
276:2 280:7
283:17
284:23,25
286:16
291:5 293:6
297:25
300:21
301:1 305:2
305:15
307:8,8
308:10
309:1
311:15
312:14,15
313:2,19,23
320:4
332:19,19
333:14,18
336:6,9
339:16
344:21
346:14
349:22
351:4,7,10
351:17,24
352:5,7,8,9
356:20
358:22,24
362:4
376:12,18
376:19
377:2,6
**background**
96:8 97:10
329:2

**backstage**
66:3 167:5
**backyard**
119:11
**bad** 105:23
113:22,23
180:20,21
198:4 218:4
238:21
308:9 312:8
336:23
346:7
352:23
372:24
377:3
**badge** 167:2
**badly** 105:6
**bags** 46:2,3
270:4
**Bailey** 93:8
**balance**
135:18
**Baldies** 161:5
266:19
**ball** 126:21
**bandaging**
362:2
**Band-Aided**
363:11
**bang** 188:13
**banging**
167:22
227:5
**bar** 259:19
259:22,24
**barrier** 35:8
**barriers**
34:23
**based** 148:21
256:7
326:24
**basically** 41:1
93:11
104:23
105:2
106:18
107:11
108:7,11

129:21
145:9 151:5
168:6 186:8
198:13
247:3 260:4
276:9 278:8
279:11
312:21
313:2
325:22,25
330:10
**basics** 268:19
**basing**
137:13
**basis** 15:7
305:15
356:5 357:5
360:8
**Bates** 92:22
130:19
132:4
140:13
143:6 195:6
221:17
280:10
382:11,24
383:4,6,8
384:4,8,16
**bathroom**
147:3
**bats** 39:3
**beat** 45:13
162:24
**beaten**
112:25
113:17
**Becca** 7:15
**beef** 69:23,25
70:2
**began** 36:15
96:8 204:9
219:3
**beginning**
114:10
153:2
154:15
**begins** 115:21
282:16

**behalf** 5:21
246:18,18
**belief** 150:10
306:8
**believable**
304:20
**believe** 15:15
18:22 21:14
21:16 23:17
27:11,15
28:22 66:21
66:21 71:23
79:2,24
80:16 89:16
89:20 92:6
96:4 99:4,4
138:10
149:16
175:15
187:24
195:12
197:5 226:8
237:16
246:21
247:24
249:25
250:6
255:18,23
264:1
270:15
284:12
301:12
309:11
311:25
315:17,22
316:24
326:4,5
355:14
367:25
371:22
**believed**
324:15,17
**bell** 158:6,19
176:22
188:5,24
189:1,5
306:19
308:2,7

**bells** 42:16,17
**belt** 162:23
310:16
**Ben** 245:18
**bend** 176:2
176:13
**bending** 86:9
166:18
**bends** 176:16
289:20,24
**benefits**
15:17
271:15,19
271:21,23
**Benning**
12:15
**Benoit**
232:23
233:2
235:15
236:9
239:13
241:5,19
242:11,23
244:22
245:2
250:10
252:25
253:11
254:25
255:12
256:8,15
325:5 326:1
327:6,18,23
328:25
329:3
371:12
373:14,15
374:8 375:7
**bent** 283:1
284:4
**best** 19:2
85:16
105:11
150:9,23
160:20
162:5
167:24

179:23
206:12
271:13
291:4 314:2
327:16
328:5,12
337:12
341:25
343:13,16
**better** 146:3
146:7
171:10
277:5 331:2
367:6
**bewildered**
328:3
**beyond**
247:10
**bicker** 87:3,4
**bickering**
87:6
**big** 10:21,24
53:23 54:1
54:4 67:2
67:12 95:18
95:19,21
108:13
115:3 116:9
119:16
123:2,13
125:25
126:14
208:20
238:8 239:6
239:18
241:10
299:11,13
311:14
317:21
327:15
343:12
344:21
382:13,17
382:19,22
**bigger** 72:4
**biggest** 53:19
53:23
**bill** 15:5 80:3

80:23 107:1
107:4,16,25
248:8,10
249:10,15
249:18
334:5
**billion** 271:16
272:25
273:19
274:1,21
275:2
**Billy** 28:14
28:16
**Bin** 308:12
**bird's** 52:11
**birth** 7:2
120:12,15
120:17
121:7,13
122:3,8,11
122:14,18
122:21
129:23
131:18
134:18
135:3
**bit** 146:25
147:2 156:4
160:24
217:3
284:15
290:21,21
295:14
301:24
325:3 344:9
355:5
**bits** 257:1
**bitter** 110:15
110:18
**black** 267:22
353:5
**blacked**
337:16
338:14
**blacking**
323:16,17
**blame** 374:2
**blank** 339:3

**blast** 278:4
**blatantly**
294:2
**blew** 359:7
**blind** 287:22
**block** 40:24
41:17 78:9
**blood** 267:20
381:16
**blow** 41:17
345:11
355:1,5
**blows** 79:17
134:23
185:15,19
185:21,23
218:11,15
244:21
251:3
252:12
298:14
302:12,15
303:11
305:6
319:21
352:23
354:3 355:8
**blue** 267:22
**Boat** 308:13
**Bob** 361:24
361:24
362:17,24
363:1,10
**body** 39:9
77:11
166:24
189:7 227:5
269:20
293:7,10
333:25
346:4,5
354:15,16
**bold** 202:11
**bone** 333:23
**Bones** 141:24
**book** 235:7
**bookers**
288:2

**booking**
72:15 194:6
194:13
195:5
362:16
384:4
**bookings**
98:16
266:10,15
266:20
**books** 235:14
**boot** 12:14
207:7 292:7
292:13
**bore** 166:6
**born** 126:21
126:22
128:3,8,22
128:23,24
128:25
**botched**
313:5
**bother** 60:4
**bottom** 84:14
93:2 140:19
141:10
153:3
154:16
334:2
**bought** 103:2
**boxer** 306:25
**boxing** 47:23
250:14,15
324:3,9
**boy** 126:14
**brain** 30:11
31:7,20,22
32:15 48:12
84:21,24
85:6 87:16
87:24,25
88:6 89:9
133:2
138:12,16
139:1,12,14
139:16,17
139:20,22
140:6

141:18
142:5,15,21
144:20,22
145:13,20
145:24
146:5,14
158:10
184:24
189:12,14
189:17,18
189:20,23
204:8 205:3
221:10
224:23
229:4
236:24
245:16
251:17
252:12
258:5,9
260:7,7
306:14
329:9 332:4
333:1,9
334:8,9,10
334:14
369:1
**brains** 245:25
**branch** 11:18
**brand** 68:16
**Brandywine**
140:12
263:24
383:5
**Brandywin...**
140:14
383:6
**Brandywin...**
140:15
383:7
**Braslow** 3:5
5:21
**Bravo** 12:12
**break** 63:13
64:5 146:25
147:5
161:24
270:10

275:13
286:9,10
312:14
**breaker**
286:15
**breaking**
307:5
**breaks**
268:23
**Bret** 50:23
51:7,10
52:12,24
53:19 54:1
54:4,13
55:1,11
64:8 65:2
66:6,17
67:1,4,11
67:17
179:24
180:1
182:19
185:5,7,11
242:5
**Brett** 49:14
335:23
336:8,11,14
337:10
338:11
368:1
**Brian** 111:18
**Bridge** 3:6
**brief** 63:17
96:8 152:16
193:4
210:24
213:25
275:21
280:6
300:24
351:23
356:19
383:14
**briefly**
334:16
342:7
**bring** 90:10
107:11

113:24
116:23
198:2 303:9
307:7 377:6
379:7
**bringing**
291:5
293:23
**brings** 293:23
**Brooklyn**
45:2 96:9
**Brother**
127:7,8,9
**brought** 79:5
80:8,17
83:5 87:18
87:20,23
91:6 116:7
132:19,22
143:20
160:9,9
167:1 340:4
**buddies**
327:16
350:3
**buddy** 328:12
**building**
328:20
**bully** 181:11
**bullying**
119:12
**bump** 198:4
206:10
**bumps**
352:24
**bunch** 268:18
299:21
371:10
**business** 7:19
54:5,9,14
55:2,12
65:3 67:5
67:13,18,19
69:7,14
72:1,21
76:16 81:3
105:18
161:16

236:19
239:7 242:7
242:8
259:14,14
309:9,24
345:13
366:23
367:2
**bust** 353:6
**butt** 240:13
240:15
**B-E-C-A**
7:15
**B-12** 58:13
224:1,4,7
225:2,11,17
225:20
227:22
318:8
320:20
321:17,21
330:17
356:1
364:15
**B-12-shot**
320:9,16
_____
**C**
_____
**c** 3:1 4:1
203:2 381:1
381:1
**cage** 22:15
**California**
12:16
**call** 80:24
82:5,5
94:11
107:13,14
107:21,22
186:12
188:6
208:11
217:6 258:5
278:17,18
278:18
300:13
379:7
**called** 6:6

82:7 91:19
98:15
107:12
125:15
186:14
207:3
276:15
296:22
**calling**
119:18
262:21
**calls** 65:24
146:16
182:17
222:4 227:1
229:24
231:1
239:15
240:9,19
242:16
244:14
251:1,18
252:4
254:22
255:8,15,24
264:19
275:6
279:23
287:9
288:14
300:1
309:14,20
322:7 338:6
374:22
375:10,16
376:23
**calm** 162:4
**camera** 73:23
77:14
311:20
312:2,8,9
349:24
**cameras**
311:15,17
351:9
352:14,16
**camp** 12:14
**campaign**

119:10
candidate
  94:24
candlestick
  166:1,2
candlesticks
  39:3
Canoe 108:12
  382:12
cans 39:4
  163:7
  165:22
  172:5,8
capable
  48:17
  254:13,15
  254:16,19
card 49:16,18
  51:11,18,21
  52:7,9
  336:2
care 69:4,7
  161:19
  190:22
  209:23
  226:20
  279:5
  317:24
  330:18
  341:22
  342:1,2,2
  362:18
  367:10
cared 341:19
career 37:22
  38:3 39:16
  48:23 51:11
  74:16 91:9
  92:10,13
  96:6 97:15
  102:5
  103:12
  109:14
  119:18
  122:17
  134:4,15,20
  134:25
  135:9,16

137:2 180:1
  339:21
  341:9
careful 347:4
carefully
  385:4
carry 160:13
Carter/TNA
  115:4
  382:18
case 18:18
  21:19 37:10
  82:25 83:6
  127:3
  167:22
  226:5,10
  248:9
  257:20
  300:9
  371:12
catch 104:17
  113:13
  311:19
catching
  298:16
categorically
  210:4
  214:12
categories
  361:23
category
  141:13
  363:19,21
cause 243:5
  257:5
  260:14,19
  261:6,11,19
  261:23
  262:10
  263:23
  264:12,18
  264:22
  322:5 329:8
  364:19
  371:1
caused 30:11
  31:22 50:1
  79:14 177:6

177:16
  241:1
  250:25
  260:21
causes 261:9
causing
  319:17
cautious
  244:20
Cavoto
  143:12,14
  331:8
  368:23
CD 63:18
  125:24
  164:16
  173:23
  184:8
  211:21
  382:7,21
  383:18,20
  383:21
  384:6
cells 142:1
Center
  132:10
  274:15,17
century 12:1
CEO 342:16
certain 21:25
  97:16
  167:13,14
  180:3,4
  304:19
  315:23
  364:8,18
certainly
  102:11
  301:10
  373:1
Certified
  2:16
certify 380:9
  381:8,14
chair 39:15
  40:24 41:2
  42:12,24
  78:6,9,13

165:24,25
  166:6,16,18
  168:18,22
  174:17
  180:25
  181:19
  204:22
  265:13,15
  265:18
  266:1,3,4
  268:23
  334:13
chairs 17:6
  33:16,20,23
  34:1,5
  35:25 39:3
  41:16 43:6
  55:4,13
  163:8 172:9
  176:2
  180:22
  181:2,4,15
  365:16
  367:9
challenged
  317:9
champion
  40:5,8,11
  40:12
Champions...
  41:6 96:17
chance 48:4
  48:10,21
  193:12
  210:6 211:5
  271:15,19
  271:20
  275:17
  294:4,5
  360:14
change 35:21
  127:7
  323:10
  386:7,9,11
  386:13,15
  386:17
changed
  36:20,21

68:16 180:2
  180:8
  330:24
changes
  385:11
  386:4
character
  67:5 72:4
  109:10
  110:9
  336:12
characteriz...
  30:15,21
  113:19
  137:5
  249:14
  371:7
characteriz...
  41:11,15
characteriz...
  262:25
charge 107:7
  247:24
  362:14,17
Charles
  198:2,4
Chavo
  253:10
Chavonne
  163:22
Cheats
  276:15
check 227:10
checked 88:2
  136:22
  241:16
  262:12
  330:17
  331:2
checking
  48:16
chest 298:14
chicken
  354:10
child 238:18
  373:19
children 9:16
chin 284:5

choking
  290:17,18
  290:21
  291:11
choreograp...
  165:19
chose 374:8
Chris 232:23
  233:2,5,13
  233:24
  234:3,8,18
  235:15
  236:9
  239:13
  241:5,19
  242:8,11,23
  244:22
  245:2
  254:25
  255:12
  256:8 258:4
  325:4,25
  327:5,16,17
  327:23
  328:25
  329:3
  373:14,15
  374:8 375:7
circles 256:2
circumstan...
  305:13
  325:14
city 14:24
  254:21
civilian
  167:11
claim 14:5,6
  15:7,16
  21:8,20
  22:22 23:2
  23:7 30:10
  31:6 34:25
  36:23 37:1
  37:8 62:15
  63:1,2,7
  117:5,10
  133:2
  135:21

137:24
138:2
153:13
154:7 204:8
205:2
207:23
220:6
226:10,16
**claimed**
136:18,19
**claiming** 23:8
35:4,7
61:20 62:1
62:4,16
121:5 133:8
166:11
168:3
293:13
**claims** 14:7
90:20 213:5
**clarification**
152:11
174:10
**clarify**
149:18
301:5
**clarifying**
148:20
**class** 83:5,8
83:17,23,24
84:3,6,7
**classes**
238:13
**CLE** 238:9
238:10
**clean** 334:5
**clear** 48:12
51:9 183:24
**client** 215:23
216:20
**clients** 275:10
**clinic** 143:18
**clip** 173:22
183:3 184:6
203:22
211:22
217:22
384:7

**clips** 164:7
**close** 126:10
286:10
295:18
310:15,24
354:20,24
**closed** 9:12
**closes** 110:13
**closing** 267:1
**clot** 267:20
**CLR** 1:21
381:23
**clue** 370:6
**Coach** 117:21
**coaching**
86:16 178:5
**Coatesville**
7:5
**code** 40:23
41:1,2
157:9
161:21
162:3 167:3
167:4,10
187:6,9
271:4,9,12
294:1 357:7
357:9
**cold** 198:23
199:11
323:24
324:15,25
**collect** 58:23
319:6
**collection**
164:3,6
**college** 10:19
117:24
267:7
**column**
123:12
**combat** 44:12
44:15
**combination**
268:10
**combined**
329:4
**come** 10:17

31:12 64:7
76:4 77:6
106:16,17
117:24
127:8
163:21
202:19
204:22
230:2
243:13
258:21
273:2
305:17
309:3
312:15
313:10,15
319:14
333:3 346:6
377:6
**comedy**
70:23 71:1
298:8
**comes** 67:8
71:15
130:23
156:4 181:6
212:1 313:7
333:6
342:19
359:23
**comfort**
142:23
143:1
**comfortable**
217:10
**comforted**
145:22
**coming** 55:19
60:2 71:17
78:5 156:10
246:19
247:1,3
286:12,12
286:13
296:6
306:24
335:5 354:6
362:19

**comment**
342:8
345:14
347:11
**commentat...**
163:23
**comments**
345:6 370:3
**committed**
215:23
373:16
**committee**
217:8
362:16
**committing**
216:21
236:11
255:21
**common**
72:20 74:3
74:6,7,10
74:14 97:12
101:24
298:11
353:16,18
**Commonw...**
2:18 381:2
381:7
**communica...**
106:10
290:5
**communica...**
60:17 61:20
62:2,14,17
99:15
222:17
**communica...**
28:13,18
29:10,18
61:10 62:7
62:9,13
83:14 89:7
89:13 99:14
99:17,20
101:8 178:1
179:11
222:14,19
222:24

277:11,13
316:20
340:6
**communica...**
222:8
**community**
260:1
**companion**
127:14
**company**
57:9 97:11
105:6 112:6
194:2
247:24
277:14
339:10
342:17,20
342:20
346:10
372:25
**compilation**
174:3
**complain**
116:10
167:6,8,9
305:18,24
356:23
357:1,3,7
357:15,17
360:16
363:6
**complained**
225:4
360:12
363:13
**complaining**
116:19
223:10
305:22
**complaint**
32:22 68:2
80:10 82:13
82:23 83:5
83:17
148:24
153:10
223:6 320:8
382:9

**complaints**
82:24 83:1
360:21
**complete**
150:22
**completely**
55:2 134:2
**complicated**
287:2,3
**compliment**
129:16
**comply** 197:3
**component**
208:10
**compound**
192:13
**computer**
26:23 98:22
100:23
**computers**
99:19
100:18,21
**concept**
75:18
202:15
305:10
**concern**
256:23
339:21,25
340:19
359:1,4
**concerned**
239:20
349:19
**concise**
133:25
**conclude**
251:16
281:10
**concludes**
378:18
**conclusion**
31:12
229:25
264:20
**concussion**
15:13 21:8
21:21 22:23

22:25 23:3
23:5,7,9,17
31:19 43:4
44:7,9
45:19 47:9
47:11,13,21
49:2,10,18
50:1,20
51:10,25
53:4 54:15
55:2 58:15
58:18 65:2
140:1,1
185:8
228:15,16
228:18
234:13,22
235:1,3,11
242:10
243:12
312:7
319:24
324:16,17
324:20
333:5
336:22
337:3
366:15
367:2,4,16
367:23
**concussions**
21:4 42:21
42:22 43:23
44:1,4 46:9
46:10,14,17
46:19,21
47:6,8
51:23
230:18
234:6,9,19
234:24
242:7,9
258:6
323:15
329:19
339:16,22
339:22,25
340:1,15,19

340:20,25
341:1
367:14
368:8,11
374:16,20
377:18
378:2
**condense**
173:20
**condition**
130:5,15,17
331:14
**condo** 259:6
**conduct**
101:3
213:10
**conference**
238:8,15,24
379:7
**confirm**
195:15
246:8
**confront**
210:15
**confused**
113:3 152:9
**confusion**
301:25
302:4
**congenitally**
131:4,13
**congressio...**
250:9,11
**connect**
355:9
**Connecticut**
1:2 5:7
**connection**
60:2 61:1
94:16 96:2
350:20
**consciousn...**
135:17
**consequence**
168:4
176:25
**consequenc...**
55:3 134:4

**Conshohoc...**
3:8
**consider** 70:7
162:12
215:6 267:2
267:5 309:6
**considerati...**
167:17
**considered**
70:10 267:6
336:11
337:9
**consistent**
84:15
**console**
328:15
**constant**
305:6
331:25
**consult** 211:5
379:11,12
**consultant**
246:22
**contact** 27:12
68:11 209:1
269:16
279:1 302:7
303:9,10
304:15,16
304:17,23
305:3,4
306:5,6
343:20
355:4,5
**contacted**
28:2 340:17
**contacts**
107:9
**contained**
174:12
**contend**
103:21
104:3 111:6
113:16
224:22
227:13
229:18,21
230:5

264:17
**contending**
228:5
**content** 222:8
**contents**
92:15
**continue**
35:16 48:14
52:24 57:10
65:11 89:10
90:12 213:9
216:11,15
282:5 283:3
283:14
295:22
297:18
349:18
**continued**
65:14 93:24
94:5 185:17
286:24,25
287:1 383:1
384:1
**continuing**
213:3
318:14
**contract**
38:10
101:16,20
102:3,7
103:8 104:7
104:13
195:5,12,16
195:20,24
359:12,16
384:4
**contractor**
103:13,22
104:4,10,19
**contracts**
101:12,14
101:25
102:14,17
**contrary** 6:24
**contribute**
231:8
**contributed**
240:17

**controls**
349:22
**Cont'd**
148:12
**Cont.d** 4:1
**conventional**
34:8,11
35:10,14
160:19
161:1,7
284:20
**convention...**
160:18
**conversation**
96:1 107:25
108:4 220:5
221:5
317:13
318:25
325:16
342:8
346:17
**conversatio...**
29:4 88:16
89:22 90:3
90:6,7
95:15 179:4
179:5
253:17
**cookie** 39:4
**cool** 59:3,5,24
190:10
219:25
220:3 319:6
**copies** 280:25
**copy** 13:4
64:2 100:13
101:18
164:13
195:12
246:13
280:14,18
**core** 38:21,23
39:1,2,25
40:7,12
55:10 160:2
160:6,7,21
161:3,9,12

163:1,4
266:7
**corner** 115:9
140:20
283:8,12
286:8 288:6
293:9
298:13
307:1
**correct** 7:18
7:21 18:21
32:24 34:14
34:19 38:5
38:15 41:9
41:18,20,22
42:1 50:9
53:14 57:6
65:15 76:21
77:2 79:7
87:14 93:7
93:13,15,18
96:10,24
103:18
109:24
110:6
113:17
114:15
131:3
141:20
150:1,9
151:15
152:7
153:17,18
154:13,23
157:13
158:14
159:5,9
165:22
189:6
194:18,23
195:18,22
196:6
197:16
199:15
200:20,23
204:1
219:15
244:1 249:7

265:1,22
266:16,23
276:1,2
287:23
295:1 299:3
310:22
314:22
320:16
352:11
359:14
360:3
370:24
372:21
380:10
**corrected**
142:19
**correcting**
151:14
**corrections**
380:11
385:5,7
**correctly**
76:19
110:23
151:24
197:1
200:12,16
292:11
323:1 336:5
**counsel** 5:18
50:4 64:3
97:17
153:19
210:8,12
211:6
213:14
214:22,25
216:18
300:12
**count** 48:10
307:3,4,7
**counting** 48:2
**countless**
343:6
**country**
244:12
**COUNTY**
380:3 381:4

**couple** 24:21
37:25 39:12
89:17 107:5
141:7 198:8
263:15,16
272:16,19
275:15
338:5
**course** 42:7
71:9 74:25
106:6 213:9
326:18
376:17
**court** 1:1 5:6
6:25 12:17
13:21 14:5
14:15 62:24
136:20
153:2
212:17
213:18
378:24
379:5
385:21
**courtesy**
171:3
**courts** 14:15
**cover** 275:24
**covered**
90:21
212:20
**crack** 293:24
**craft** 162:13
**crap** 305:1
**create** 76:24
**created** 164:9
**creating**
76:20
**creation**
165:11
**creative**
359:1,4
**credit** 343:11
**crew** 311:18
377:5
**crime** 210:10
**criminal**
216:21

**Cripple**
240:14
**critique**
345:8
**cross** 240:14
**crowd** 71:5
156:2
182:14
184:20
208:20
**crown** 205:16
205:18
**CRR** 1:21
381:23
**Crush** 97:8,9
**CT** 140:1
142:17,20
332:19,23
334:3
**CTE** 226:19
230:17,21
231:5,9,12
231:18
232:4,10
236:24
237:22,25
238:11,14
238:18,25
239:4,14
240:8,18
241:5
242:12
244:22
245:24
246:23
258:23
259:9,16
319:22
326:3
327:13
329:14,19
332:24
368:15
374:20
375:7
**culture** 276:5
276:8
**curious**

157:22
**Curran** 94:2
94:14,21
95:18
247:23
248:1
**current** 7:4
23:11
115:19,22
**currently**
24:5 213:17
213:23
**curtain**
311:15
**cut** 284:1,4
292:2 296:2
332:4
**cuts** 283:1
**cyst** 361:25
**C-C-A** 7:15

### D

**D** 223:24
382:1
**Da** 161:5
266:19
**damage**
146:14
199:4
236:24
251:17
252:12
**dance** 183:7
185:9
**dancing**
182:1,7,12
182:23
183:1
184:13,17
205:7
**date** 5:8 7:2
10:16,17
13:25 14:15
63:20 79:10
80:9 82:14
85:12 92:21
92:24 101:7
101:9,10

108:15
110:22
111:14
115:5,8,11
115:14
123:5 126:2
130:21
132:6
140:16
143:9 148:8
151:11,15
151:17,21
152:4,5,23
153:5,13,17
164:18
173:25
184:10
193:7 195:8
211:23
220:21
221:19
223:6 246:3
269:5
270:23
272:23
280:13
314:14
316:17
317:6,7
320:21
339:3
382:10
385:9
386:22
**dated** 111:4
114:10
115:9 193:6
383:23
**dates** 11:22
12:10 47:17
85:15 98:18
104:15
151:16
154:7
220:14,15
220:22
314:17
316:11,13

316:15,20
320:23
**daughter**
10:18,23
**David** 5:4
**day** 9:7 19:16
20:25 56:9
80:6,20
143:4
151:22
161:14
204:19
205:2
213:10
221:5 223:7
227:4 260:2
300:10
305:2
321:19
332:1,3,5
332:10
380:18
381:20
**days** 56:8
93:21
162:18
334:23
385:17
**dazed** 212:25
**DD** 13:1
**DDP** 280:1
**deaf** 117:16
117:20,22
118:23,23
118:23
120:12,15
120:17
121:7,13,16
122:2,8,11
122:14,18
122:21
123:14,15
123:22
124:17,25
125:7,9,21
126:18,20
126:21,22
127:18,19

128:4,8,22
128:23,24
128:25
129:23
131:4,11,14
134:18
135:3
**deafness**
118:21
134:5,14
**deal** 67:2
143:3
146:11
167:21,23
258:2
**dealing** 31:16
33:8
**dealings**
245:12
**dealt** 16:8
220:9
262:19
330:11,14
**death** 131:18
199:22
329:4
370:18
371:2
**decade** 12:2
**decades**
248:13,17
**deceive** 256:9
301:22
**deceived**
247:16
**deceiving**
247:11,13
**December**
64:12
220:11
**decide** 30:9
**decided** 9:13
**deciding**
215:19
**decision**
226:2,4
373:22
**decisions**

178:2
**deduced**
252:11
**deemed**
385:20
**Deep** 56:3,4,7
247:21
248:11,14
249:21,22
249:24
**defend** 48:11
209:14
**Defendant**
1:7,13 4:4
148:5
152:17
383:11,14
**defendant's**
212:22
**defending**
48:17 76:7
**deficiency**
257:11
**define** 66:7
**defined** 75:12
**definitely**
88:11 263:8
270:13
317:16
**defraud**
229:22
230:3,6
**delete** 326:13
**deliberately**
69:12,21
**delivered**
194:8
**DeMarco**
15:24 16:1
331:6
**dementia**
253:23,25
254:2,8
255:2,6,7
255:14
**demonstrate**
133:1
**demonstrat...**

217:22
**demonstrat...**
196:14
**DeMott**
107:1,4,16
107:25
248:9,10
249:11,15
249:18
250:2
**denied** 13:21
14:5,14
18:5,7,14
**deny** 14:6
213:9
**denying**
18:12
**Depending**
300:8
**depends**
75:17
**depicted**
109:5
165:10
**depicting**
163:18
**depiction**
211:19
**depicts**
164:22
165:15
**deponent**
5:17
**deposing**
385:16
**deposition**
1:16 2:11
5:5,10
19:12 20:9
20:15 23:24
24:13 61:25
378:19
380:9
381:10,11
385:3,13,17
385:19
**depression**
15:13 229:2

263:3,4
331:16
**describe** 96:7
149:13
355:8
**described**
37:8 95:16
153:14
302:23
334:17
**describing**
153:4 204:6
**description**
96:5 213:11
**design** 294:23
**designed** 71:4
155:11
189:11
**despite** 334:3
**deterioration**
250:21,25
**determinat...**
16:23 17:3
**determine**
31:5 243:4
260:14,19
261:6,8,11
261:23
262:10
263:22
264:12
322:5
**develop**
345:3
**developme...**
56:6
**deviate**
312:15
**diagnosed**
78:23 79:1
79:4,8
84:20,23
85:3,5,10
85:13,16
87:16,25
89:8 239:14
258:22
259:16

**diagnosis**
79:11
**die** 8:4
332:10,16
**died** 203:14
203:17
253:9 259:4
259:6,15
268:4
327:15
328:5,20
332:15
370:4,7,13
**difference**
257:6
347:23
**different**
35:21 77:9
77:9,13
106:19
108:8
115:14
151:16
154:21
155:20
161:4 164:6
164:8
165:10
211:18
256:3
321:18,19
342:6 368:7
**difficulty**
133:24
**diligence**
243:1,4
**direct** 130:25
181:6
**directed**
378:5
**directing**
82:20
218:13
**direction**
106:19
108:8
**directly** 43:3
181:9

321:17
325:23
**directors**
343:4
**Dirt** 276:15
**disability**
8:24 13:9
13:11,13,15
14:8,20
15:8,17
16:23 17:2
17:5 18:6
18:12 19:8
**disabled** 8:21
15:10 18:1
**disabling**
15:10
**disappear**
326:22
**discharge**
12:19,23,25
129:18
**discharged**
203:3
**disclose**
179:3,5
**discombob...**
306:21
**discovered**
368:16
**discoveries**
235:12
**discovering**
264:18,22
**discovery**
256:16
**discuss** 26:25
148:17
339:15
**discussed**
60:9 63:5
374:19
**discussing**
62:6 152:3
**discussion**
27:4 82:11
173:18
195:9

240:16,25
256:17
274:6
303:12
319:9
325:12
365:22
**disease**
141:20
**disks** 8:25
**dismiss** 226:3
226:5
**disorder**
15:12
**disoriented**
213:1
**dispute**
193:21,23
**distance**
77:12
**distinction**
162:7
**District** 1:1,2
5:6,7
**divided**
271:17
273:1
**diving** 286:7
**division**
161:10,12
**Dixie** 115:3
382:17
**dizzy** 185:2
**doctor** 31:21
32:13 56:11
56:12,18
57:1,17
58:2,19
59:11 60:3
130:1
131:17
135:6
136:13,21
138:16,20
142:8,10
143:15
176:21
188:7

190:12,21
241:12,13
244:11,18
245:1,3
317:24
318:4,15
333:5,11
355:15,20
360:14
364:16,21
365:2,9
366:7
368:22
377:13
**doctors** 14:2
15:19,20,21
30:2 31:14
43:12,14
79:2,21,22
88:3,7
120:14
130:4 136:1
190:2
241:23
244:4
324:23
330:1,7,16
355:11,13
355:18
**doctor's**
52:11 131:3
131:6 137:7
**document**
82:21 100:1
100:3,5,11
100:15,16
102:9,10
131:1 151:7
152:9 153:2
193:13
195:3 202:8
221:24
222:9 223:2
223:5 246:8
369:14
384:3,19
**documents**
18:17,20

19:21,24,24
23:21,23
98:25
**dog** 127:1
**doing** 14:1
42:6,8
45:18 48:1
48:16 55:19
74:24 77:3
86:17 98:12
111:17
112:5
117:19
157:15
160:15
198:14
209:13,15
209:18
247:22
253:6
254:11
257:23
258:20
260:11
262:9 266:8
267:8,12
268:10
286:14,15
311:19
328:22
334:13
336:6 343:3
343:24
344:2,15
346:25
347:9 358:9
373:9
378:22
385:8
**dollar** 273:19
274:1,22
275:2
**dollars**
271:16
273:1
**domestic**
103:4
**Dominican**

97:2
**door** 166:9
175:5 281:2
**doors** 267:1
**doped** 370:22
**dopey** 333:20
**dose** 257:14
**Dr** 15:24,24
15:25,25
16:1,1,1,2,8
16:9,11,14
20:24 31:24
32:1,18
56:13,16,22
57:23 58:4
58:7,17
59:10 60:25
61:5,6 79:3
79:3,23,23
130:24
132:8
133:15,23
135:7 139:3
139:4
143:12,14
188:10
190:4,13,16
190:20,23
191:6,7,10
191:17,22
194:19
219:19
220:9,10
223:24
224:25
225:20
227:25
236:3,4
244:8,17
245:5,7
246:17,21
316:21
317:8,11,13
317:23,23
318:24
319:11
320:19
321:8 322:4

322:18,23
323:4,11
331:6,6,7,8
331:9,10
333:12,14
334:4,7
340:1 352:2
352:3
359:23
360:5,19,19
361:5
362:18,21
362:22
368:21,22
368:23
369:9,17,18
376:8,11,21
376:25
377:11,17
378:1,11
**drafted** 11:23
**dragging**
284:22
**Draws** 201:8
**dream**
105:12
112:7
**Dreamer**
122:13
124:15
**dress** 71:7,8
71:10,11,15
109:11
110:10
290:17
308:20
315:20,21
343:5,8,14
343:19
344:14
**dressing**
205:9
**Drive** 7:5
**dropped** 83:9
83:11,24
84:4
**dropping**
287:3

**drops** 201:2
**drug** 228:23
228:24
229:8,9,10
259:6 279:9
340:8
341:17
370:12,14
370:16,17
**drugs** 24:5
236:6
370:16
**due** 202:24
297:5
**dull** 333:21
**duly** 6:7
150:17
381:11
**dummies**
267:10,11
267:13
**dummy** 46:3
270:4
**dump** 297:22
**dying** 328:21

―――――――――
**E**
―――――――――

**E** 3:1,1 4:1,1
98:25 148:1
148:1 381:1
381:1 382:1
386:2
**ear** 86:10,11
86:22
131:20
134:6,7
141:25
289:25
350:24
**earlier** 65:1
84:19,22
182:19
278:9 284:3
301:6
325:17
330:6
334:18
342:7

early 38:1
earn 104:20
earpiece
  350:23
  351:11,12
earth 172:24
  173:5
easily 243:25
easy 161:25
  181:20
eating 295:21
ECW 33:19
  33:24 34:2
  37:17,17,20
  37:21 38:4
  38:14 39:16
  40:8,15,22
  41:5,21
  42:12 43:6
  43:12 55:5
  55:8 102:13
  160:9,12
  161:1
  162:19
  163:16,19
  164:8 172:6
  172:10
  174:12
  178:9 344:9
  355:10,12
  355:18,20
  356:3
Eddie 253:9
  253:11
  327:14,16
  327:18
  328:7,7,7,8
  328:20,21
  370:2,9,11
  370:20,24
  371:8
  373:14
Eddie's 329:4
edema
  141:20
edited 292:14
educated
  43:10,10

46:10,18
135:10,25
177:1,9
189:25
319:22
320:2
330:15
368:14
education
  43:8
effect 45:4
  135:2
  257:15
  278:9 306:9
  356:15,23
effort 367:5
eggs 306:14
eight 3:6
  307:2,3,4
either 52:3
  99:10
  142:10
  171:19
  230:21,22
  361:23
  369:9 376:8
ejected 16:11
  16:14
elbow 186:9
  298:17
  354:4,5,8
elbows
  186:10
  296:11,14
  296:19,21
  296:25
elected 66:23
eliminate
  199:3
embarrass
  71:16
embarrassed
  71:14
embrace
  202:15
emergency
  268:1
emerging

374:20
employed
  13:6,6
employee
  104:8,9,17
  194:20
  346:10
employees
  229:7
  378:10
employment
  94:2,8
  95:10
  104:25
Enable 28:7
encounter
  249:17
ended 51:10
  55:22 137:2
  180:1
  339:21
  340:7 341:9
ends 285:20
endured
  158:2
energy 224:9
engage 86:13
engaged
  229:19,22
engaging
  230:14
  268:15
enhancement
  38:2 91:19
  98:3,18
  99:1
enjoyable
  109:13
enjoyed 10:2
  112:12
  113:25
enlist 11:24
enlisted
  11:25 12:7
ensure
  196:16
ENT 15:25
  16:2 79:3

enters 199:16
entertaining
  71:13
entertainm...
  1:6,11 5:14
  5:16 68:12
  68:14,15,17
  148:6
  152:18,22
  195:5
  383:12,15
  383:17
  384:4
entire 48:23
  97:15
  334:18
entitled 60:19
  61:21
  108:13
  111:11
  115:3 123:2
  170:13,20
  170:23
  195:4
  280:10
  382:13,15
  382:17,19
  384:3,16
entity 162:24
entries 320:7
envelope
  194:12,12
environment
  326:20
Enzo 312:7
episode 37:7
  54:6 211:20
  223:8
episodes
  286:22
era 78:11
erectus
  223:11
errata 385:7
  385:9,11,15
error 153:6,8
especially
  129:11

ESQ 3:9,17
  3:19 4:8,10
essential
  359:17
essentially
  358:1
establish
  90:18 348:6
  349:9
established
  312:23
establishing
  349:15
estimation
  50:24
et 1:3 5:13
ethically
  215:20
ethics 217:5,6
  217:7
evade 170:24
evaluate
  227:9
evaluated
  226:22
evaluating
  355:20
evaluation
  133:23
  227:6,7,18
  229:25
Evan 1:8
  152:16
  383:13
event 37:12
  48:25 49:25
  51:12 60:3
  84:10
  196:18
events 165:10
  196:10
  213:11
eventually
  89:18 286:1
  286:5
everybody
  10:24 39:14
  67:16 97:7

97:11
110:12
116:19
136:6
146:13
223:17,21
230:23
270:1,2,2,3
270:7 310:1
313:2
317:25
328:15,15
332:3,11
350:6
everybody's
  102:3
  255:19
everyday
  258:3
  291:15,18
evidence
  15:18 210:2
  210:16
  215:22
  332:23
  378:4
exact 98:24
  152:3
  278:25
exactly 13:19
  172:13
  188:3
  217:23
exam 129:4
examination
  6:9 148:12
  301:2
  320:13
  322:3,10
  356:12
  364:23,25
  365:1 382:2
examine
  59:13
examined 6:8
  219:19
  246:24
  258:6 319:4

**example** 19:4
106:4
155:17
163:23
182:1,18
198:22
200:1
220:18
231:14
254:19
260:13
290:3
310:16
312:12
320:12,24
324:3
**examples**
198:25
**exception**
57:10
315:16
**exchange**
103:3
**exclusive**
111:12
375:14
382:15
**excuse** 16:13
63:10 81:19
114:14
158:15
192:23
237:1
302:20
352:13
353:20
356:16
362:25
365:20
**execute**
200:12,15
208:18
287:1
**executed**
200:19
201:23
**exhausted**
263:19

**exhibit** 63:18
64:2 82:12
82:21 84:10
92:17,21
93:1 108:12
108:17
111:10,16
115:2,7
123:1,7
125:24
130:18,23
132:3,8
140:12
141:1 143:5
143:11
148:3,23
149:20,24
150:7
152:15,25
153:23
164:16
173:23
184:8 193:5
193:11
195:3,11
211:21
221:16,21
246:1,5
269:3,7
270:21
272:21
276:1 280:9
281:5 314:5
316:23,24
320:6
322:12,16
338:19,21
382:7,9,10
382:12,14
382:17,19
382:21,24
383:3,5,8
383:10,13
383:18,20
383:21,23
384:3,6,8
384:10,11
384:12,14

384:15
**EXHIBITS**
382:5 383:1
384:1
**exist** 326:15
373:11
**existed** 222:3
**exists** 222:9
**expect** 305:18
311:2
**expected**
341:10
**experience**
198:15
263:13
304:5
**experienced**
70:8,11
348:9
**experiencing**
42:23 243:3
244:13
264:3
268:14
291:13
299:1
**expert** 295:7
295:8 347:6
**explain** 71:6
162:5
179:23
204:13
247:14
301:25
302:24
303:15
304:10
307:25
331:15,20
332:2 335:9
353:1
**explained**
156:13
160:18
206:8 305:9
307:18,21
310:22
333:11,15

336:23
**explaining**
109:14
**explanation**
18:11 23:20
**express**
189:11
256:7 302:4
**expressing**
255:22
256:10
340:19
**expression**
189:9,10
308:3
**extensive**
97:10
253:17
**extent** 22:9
26:23 61:8
83:13 88:10
103:25
160:8
177:25
178:11
190:1
203:24
229:24
**extra** 96:19
127:3 286:9
**extreme** 41:5
41:8 160:10
**eye** 52:12
287:22,23
287:25
298:21
304:13
307:11,12
309:5,10
353:6
**eyes** 309:5,8
**e-mail** 92:3,7
92:14,21
93:3,7
94:12,13,17
95:1,2 99:9
99:12
100:13,13

100:24
276:7,7
278:25
382:10
**e-mails** 28:3
101:2,4
277:15,25
278:1,5,7

———————
**F**
———————
**F** 97:9 148:1
381:1
**face** 143:24
144:3,6,9
144:19
145:3
188:13
284:8,11
289:24
294:19
295:25
296:16,25
298:3
299:15,17
299:19,25
328:6
354:20,24
355:3
**Facebook**
25:19 81:17
106:5 118:5
250:2 269:3
270:21
272:21
384:11,12
384:14
**faces** 86:11
**facetious**
51:4 345:17
**facility**
248:16
266:23
**fact** 57:5 66:2
72:24 73:11
84:3 99:9
145:22
159:4 185:7
195:15

202:1
203:12
213:7 218:3
238:16
257:19
259:15
313:18
359:12
**factor** 108:10
**fail** 385:18
**fair** 44:23
54:22 66:25
73:2 130:3
155:13
200:8 202:5
202:6
216:23,23
239:22
249:2
256:13,14
256:14
262:7
289:23
374:1
376:20
**fairly** 72:20
74:3,7
112:24
**fake** 176:9
207:1
303:13
304:8,11
309:12
**faking** 175:9
175:13
**fall** 205:22
206:10
286:16,21
363:18,21
**falling** 212:24
**false** 85:21
125:8
209:22
210:4
211:11
213:12
214:4,6,12
214:15

215:5
378:25
**Fame** 66:22
66:23
**familiar**
198:3
251:11
352:24
**familiarity**
196:16
**family** 10:21
10:24 11:5
11:9,13
67:8,9
245:3 326:1
326:20
332:15
372:24
373:23
**famous** 49:8
49:11,13
50:19,22,24
51:7,8 53:3
198:18,20
**fan** 232:2
233:18
250:14,15
304:14
**far** 41:2
69:19 101:6
106:21
159:4
179:19
204:3
247:18
254:7
297:10,13
309:4
312:16
316:14
365:19
**fashion** 267:6
**father** 328:9
342:18
**fatigue**
320:22,25
330:13
364:15

365:10
**fatigued**
227:23
331:24
**favor** 95:9
366:4
**favorite**
112:1,11
**FCW** 94:21
**fear** 270:1
276:3
**February**
79:8 125:16
126:1 128:3
382:23
**Federal**
136:20
210:10
213:24
214:13,18
214:23
215:4
**feedback**
310:4
**feel** 111:22
146:3,7
158:24
159:1
189:16,20
238:19,21
332:9
**feeling** 52:14
58:10,24
59:2 190:6
192:2
227:24
317:17
319:2
320:25
364:14
365:10
**feels** 201:24
299:2
**feet** 323:19
**Feldman** 5:4
**fellow** 91:15
111:18
200:3

**felt** 52:13
306:12
322:10
**ferocity**
207:19
**fiction** 303:17
**field** 171:6
332:5
**Fifth** 216:13
**fight** 14:17
14:17 45:15
48:5,7,22
52:25 59:12
68:4,5,6,10
144:11
269:23
302:12,15
336:13,15
338:14
**fighter** 270:3
**fighting** 68:7
68:8,18
70:19
268:15,17
268:20
**fights** 44:18
45:6,13
302:20
352:10
**figure** 100:9
261:1,19
**figured** 27:22
153:12
230:22
**file** 13:16
**filed** 13:18
20:7 80:9
82:25 105:4
105:7 136:8
136:14,17
136:19
142:13
153:1
213:20,22
214:3,3
**files** 326:13
**film** 164:22
169:6

171:16
177:7 284:4
**films** 164:12
**financial**
267:2
**find** 13:22
15:1 98:23
101:1 219:9
223:1 243:2
287:6,19
328:20
329:18
360:24
373:13
**finding**
135:12
136:5,6
141:13
149:2
**findings**
144:20,22
145:19
259:9
**fine** 9:8 63:3
107:19
124:23
126:10
147:9
184:14
289:17
300:17
334:5
**finger** 205:13
**fingers** 291:1
291:3,3
**finish** 50:8
73:1 182:12
196:24
199:2 285:6
285:18
313:19,21
314:1
358:25
359:3,7,9
**finished**
65:25 93:4
107:20
182:20

184:16,25
185:5,14
193:16
315:19
337:19,24
**finishes**
359:13
**finishing**
240:12
**fired** 187:25
305:6
**firm** 14:21
**first** 14:7
30:9 31:5
44:6,8
66:18 68:3
79:25 80:2
80:4,10,14
82:10 84:23
85:3 88:5
89:14 96:23
113:11
140:8
141:15
144:24
148:6,24
149:24
150:20
157:2 162:2
169:16
173:14
205:19
209:7
212:24
258:25
301:7
320:12
322:21
333:1 336:2
383:12
**fist** 240:14
**fit** 95:22
308:12
361:23
**five** 93:24
94:5 109:18
110:6 134:2
154:15

157:23
173:22
174:6
179:21
192:18
281:12
306:23
307:1,6
314:19,25
315:1 335:3
335:17
**five-minute**
300:19
**Flaharty**
213:22
**flash** 71:10
**flashes** 71:11
**flat** 176:1
207:7 324:7
**flatfoot** 207:3
207:4,6,6
207:14
**Flemming**
7:5
**floating**
361:1
**flop** 267:5
**flopping**
182:13
**Florida** 9:3
9:14 10:3,8
10:10,12,14
11:3,7,11
266:23
**flow** 75:23
**flush** 207:24
**flying** 240:13
240:15
254:20
354:10
**focal** 310:7
**focus** 95:25
312:2
314:25
**focusing**
154:3
**folks** 134:13
**follow** 153:16

167:13,14
250:18,22
271:12
313:11
314:13
**followed**
236:21
250:20
271:10
**following**
126:12
192:16
248:4
302:13
314:16
340:18
386:4,5
**follows** 6:8
196:7
**follow-up**
300:16
301:4
**fond** 9:21,22
**foot** 283:22
295:6
341:25
**football**
324:6,7
**force** 78:16
156:12
181:7
209:14,16
292:9
306:17
353:5
**forced** 42:3
168:9 172:2
172:3
**forceful**
156:4
**Ford** 7:17
**forearm**
296:5,7,10
296:14
298:14
354:4,5,7
354:11,13
**foregoing**

380:7
**foreign** 172:9
**foreigner**
102:16
**forgot** 91:2
346:21
**form** 16:16
16:18 18:13
21:9 22:8
27:1 29:13
30:12 33:25
34:10 37:3
37:13 40:25
42:25 43:7
44:14,17,20
46:23 48:3
48:8,13,19
49:3,20
51:24 54:16
54:19 55:7
57:20,22
60:7 61:8
65:23 67:14
69:3 70:25
73:25 74:5
74:13 77:20
78:10 84:1
84:8 85:22
88:1,8 95:2
98:1 102:1
103:14,24
104:12
105:10
111:8
112:19,23
113:18
114:13,14
114:19
120:23
121:8
122:20
124:5 125:2
128:15
129:19
130:16
133:3,10
134:21
137:4,17,22

138:4,13
142:16,25
145:21,25
146:6,15
159:10
164:24
165:5,6,7
168:8
175:21
176:4,12
177:8,19,24
179:22
182:16
190:17
191:18
192:8,12
199:20,24
202:20
203:7 204:2
212:11
219:6,12
220:23
225:13,19
226:13,25
228:21
229:23
230:7,25
239:23
244:25
256:12
294:25
295:14
299:9
301:15
302:3
312:22
318:13
341:12
347:14
349:2
354:19
363:20
364:20
365:4
367:12
373:24
374:11
**former** 28:2

111:12
134:1
174:13
229:5,6,7,7
231:24
382:16
**Fort** 12:15,16
**forth** 96:6
247:20,20
305:16
306:11
381:10
**forthwith**
196:24
**Forty-nine**
366:20,21
**forward**
201:4 285:1
289:7
**fought** 45:3
**found** 15:2
116:2
141:11
152:4
243:22,25
324:21
**foundation**
234:10,13
301:16
312:22
338:7
341:13
348:6 349:3
349:9
**four** 109:17
110:5
171:21
213:2
269:19
306:23
314:20
**fracture**
141:25
**frame** 14:3
80:9,12
109:25
239:12
**frankly** 239:6

**fraud** 229:19
230:14,16
255:22
256:4
**fraudulent**
247:12,13
**freak** 67:20
67:20 337:8
337:10
338:1
**free** 111:22
168:17
**frequent**
39:22
**frequently**
223:23
**fresh** 333:1
**friend** 232:23
233:2,5
235:17,19
245:2 250:2
258:18
279:20
328:5
**friendly**
253:15
**friends** 70:5
259:13
332:14
**front** 11:21
79:11 82:22
118:19
208:24
314:6
**frutation**
242:22
**full** 78:15,17
166:6,15
183:15
202:22
204:11
206:13
281:18
288:18
292:9
299:15,24
304:25
305:1 306:6

364:22,24
365:1
**fully** 249:1
**fun** 109:18
110:3
119:17,19
**Funk** 162:20
162:22
166:5
174:16
**further** 199:3
211:8 213:8
217:16
300:6
381:14

**G**
**G** 6:6 148:11
**gain** 94:2
**gains** 257:13
**garage** 166:5
**garbage** 39:4
163:7
165:22,23
172:5,8
176:15
**garden**
287:15
**garter** 345:16
345:21,22
**gas** 240:2
**GATES** 4:5
**gathered**
340:24
**gauge** 32:17
**gauging** 48:6
**general** 30:7
256:1
272:20
**generalizing**
165:8
**generally**
197:13
251:7
376:11
**genesis** 37:1
**gentleman**
190:22

**gentlemen**
29:7 95:12
95:15 96:2
360:11
**Georgia**
236:6
**getting** 33:15
33:19 36:19
42:23 43:4
43:5 57:17
57:19 78:12
88:2 95:9
106:11
113:2
126:14
133:14
136:22
161:21
175:9 176:1
176:8,9
177:9
193:18,19
193:25
194:5 224:3
224:6
226:20,21
226:21
227:22
254:20
267:23
272:10
284:18
294:7
298:15
303:4,5
306:16
308:1,2
318:8
321:16
324:14
328:17,18
330:25
331:1
334:17,19
335:1
364:14,15
367:8
**gimmick**

110:4 183:6
247:22
248:2
308:20,24
315:21
343:6,8
**give** 19:1
48:9 52:11
53:7 80:8
81:23 94:8
96:7 99:25
108:23
138:6
142:23
143:1 157:4
157:6,7
160:24
161:23,24
162:2
180:15
187:15,20
190:8 198:7
209:20,25
223:24
224:9
228:22
230:3
243:17
246:10
275:16
276:2
297:25
307:6
320:15
353:5,6
361:18,19
361:22
365:13
366:7 379:2
**given** 72:25
103:17
138:8
150:25
171:3
209:22
210:2 216:6
222:20
228:6,7

297:9,16
329:16
359:13
381:12
**gives** 197:24
282:25
364:22
**giving** 30:7
48:4,10,21
86:7 133:24
184:13
210:16,17
222:11,21
227:25
296:7 298:1
298:4 356:1
365:25
**glad** 8:13
217:7
**glancing**
352:23
354:3 355:1
355:4,8
**go** 14:14
17:21,25
34:22 35:21
37:21 52:14
56:7,8
57:16,23
59:10 60:3
64:20 67:1
73:16 75:12
75:19,22
87:3 88:13
104:15,19
104:24
105:3
106:21
107:17
109:9
110:14,15
132:15
133:17
145:11
147:2
152:10
153:20
157:24

167:8
176:21
188:9,10
190:7
191:16
192:4,6
197:9 198:5
198:11
199:2 204:5
205:24
208:15
209:1 211:8
219:22
220:2
223:23
224:19
225:9,15
227:4
241:12
244:17,18
245:1,3
247:7
249:19,21
249:22,25
253:11
266:25
267:17
268:1
279:16
283:6
284:24
285:1,18
288:7,10
289:7 290:7
292:17,24
297:18
303:25
305:19
307:8,13
310:11,19
311:13
312:2
313:20
319:5
321:21
324:23
327:24
328:17,18

330:19
331:2,5,6,7
331:8,9,10
331:22
333:5 337:5
342:24,24
347:3 349:7
350:24
352:18,19
358:1
364:12,13
364:17
365:9,9
368:24
**goals** 257:13
**God** 166:8
**Goddamn**
313:21
**God's** 172:24
173:4
**goes** 14:15
83:13 88:10
89:12 97:1
133:25
135:5 153:5
161:21
177:25
178:11
199:6
207:16
228:23
247:19
**going** 8:5
10:19 15:20
22:15 31:13
56:6 60:8
61:7 64:2,5
64:15,17
71:16 72:12
72:22 73:2
73:12,19
75:11,13,13
75:18,23,24
77:8,24
78:24 88:12
90:11 95:1
95:3,7 97:2
100:6 101:7

106:19
108:6,7
111:19
119:16
124:6
125:22
126:3,4
127:4,7,8
129:12
133:15
135:12,13
135:24
136:2
137:12
145:4
146:12,24
147:1
154:16
157:3,6,11
158:4
162:18
163:10
164:13
167:18
168:17
169:10
170:18
171:5
172:24
173:19
174:2,4
178:18,20
178:23
179:20
180:3,4
183:12
186:18
187:4,13
190:1 197:9
198:12
199:17
201:16
204:15
205:21
206:9,17
207:19,20
209:16,20
209:25

214:4,5,10
214:17,22
215:16,19
216:14
222:15
228:3
241:22
243:16
244:3,3
247:19,20
248:3
249:24
253:6 259:2
270:6,14
271:8 276:5
279:10
280:22
281:9 282:6
285:17
286:19
288:12
290:10
291:4
298:10
303:18
305:5,7,15
305:16
308:10
309:1,23
310:16
311:23
314:2 318:7
318:9,9,10
318:13,14
320:19
328:4,19
332:3,4,11
332:13
333:17
335:13
337:21,23
337:25
339:16
343:12
348:5,6
349:8,10
350:5,17,25
351:4

352:20
354:6
358:14
359:21,21
361:17
362:5
374:21
376:12,21
379:12
**Goldberg**
53:21 63:19
64:3,9 65:7
67:19
179:25
182:19
336:22
382:7
**good** 71:19
94:23 95:22
106:3,6,8
110:8
116:21
117:1,3
131:19
147:7
157:20
160:16
161:17
162:10
197:14
201:17,17
201:18,21
206:14
221:8
260:11
267:6
275:16
284:13
295:17,20
328:8,9,9
344:1
345:10,11
345:12,24
345:24
346:2,7
377:13
**goodbye**
127:12

**gorilla** 310:5
311:10,12
357:20,21
357:25
358:9,10,14
358:16
**gotten** 106:25
134:24
189:17
193:23
194:15
362:18
**grab** 63:11
**grabbed**
174:19
**graduating**
10:18
**graphic**
215:22
**grass** 324:7
**grateful**
366:10
**great** 82:19
147:12
295:9,10
337:11
**greater** 181:7
257:17
**green** 172:24
173:5
**grew** 45:2
**group** 278:4
**grown** 71:10
**Guerrero**
253:9
327:14,18
370:2
**Guerrero's**
370:24
371:8
**guess** 45:5,16
48:14 49:14
49:15,15,17
49:23 50:23
51:7 71:11
110:11,12
120:9
146:21

186:13
235:18
240:11
247:18
258:19
263:6 278:4
279:15,25
279:25
287:17
300:4 302:6
302:7
325:24
342:6
364:25
365:5
**guessing** 50:5
**guest** 107:12
117:23
**gut** 364:7
**guy** 26:6,23
48:4,9 68:7
68:20,21,22
71:8 77:10
77:11
116:11,18
117:20
161:18
162:1 167:7
198:4,6
199:1
201:18,21
269:25
270:6
284:21,22
293:23
299:11,13
305:23
307:7
312:13
315:4,13,14
316:17,18
326:19
328:11
332:5 351:6
**guys** 21:22
27:9,23
29:1 80:22
80:25 81:2

95:5 106:20
108:9
109:17
147:5
160:20
161:4,19
164:9 201:5
201:5
229:15
237:9,10,17
242:24
269:15,22
269:22
270:8
271:17
272:7,12
273:1
279:15
281:1
299:21
303:8
304:16
311:4,5
313:24
318:1,2,2,3
327:20
342:3
346:24
351:3
354:18
359:24
360:9,11
361:20
363:17,18
365:23
**gym** 253:11
328:18,19

_____

**H**

**H** 108:10
308:17
309:3 313:8
**habits** 331:20
**habitual**
121:11
**half** 118:24
**halfway**
289:18

**Hall** 66:22,23
279:18,19
**hand** 64:2
76:6 78:2
208:24,25
209:1,4,6
212:1,1,7
213:2 294:9
381:20
**handed** 92:25
108:16
111:15
115:6
152:24
193:10
195:10
246:4 269:6
280:17
**handicapped**
118:10
123:15
124:13
127:18
**handing**
140:17
**handle** 26:14
77:11
**Handler**
15:25 16:2
31:24 32:1
32:18 79:3
79:23 85:9
135:7,7
139:3,4
331:7
333:12,14
334:4
**hands** 40:23
78:9 286:17
290:24
297:3
**hang** 164:15
259:18,21
**hanging**
259:25
339:12
**happen** 73:13
74:9,15

117:2
156:24
198:2,13,16
198:17
201:7,16,22
245:4
279:13
314:3 327:2
327:6,9
335:24
348:10
**happened**
53:14,16
64:20 65:4
67:11,17
85:18
134:23
166:21
198:23
201:10
206:3
209:10
212:15
234:3
235:20
236:17
240:5,5
257:24
287:11
295:23
312:5
328:16
336:1
346:13,14
350:4
376:22
377:4,8
**happening**
136:1,3
176:18
179:18
212:5
221:14
228:9,12
**happens**
74:11
183:25
197:14,25

285:14
300:9 333:2
353:19
**happy** 88:22
182:8
184:14,18
184:19
**hard** 38:21
38:23 39:1
39:2,25
40:7,10,12
52:14 55:10
77:10,23
116:11,12
116:16
160:2,6,7
160:21
161:3,9,12
163:1,4
181:8
187:21
189:3 266:7
267:24
285:11
294:20
299:19
301:18
302:5 305:8
306:24
333:8 353:8
353:9 366:5
**harder**
302:25
**hardest**
354:16
**Harris** 20:20
**Hart** 49:14
50:23 51:8
51:10 52:12
52:24 53:19
54:1,5,13
55:1,11
63:19 64:3
64:9 65:2
66:6,17
67:1,4,8,9
67:11,17
179:24

182:19
185:5,7,11
198:23
242:6
335:23
336:8,11,14
337:11
338:11
368:1 382:7
**Hart's** 180:1
**Harvard**
233:14
**hate** 9:17,20
9:25 10:5,7
**hauled**
299:24
**Hawk** 260:2
**Haynes** 28:14
28:16
**ha-ha** 71:21
**HBK** 280:10
384:16
**head** 22:12
22:23,24
23:2,4,15
29:6,10
33:16,20,23
34:17 35:19
36:2,7,13
36:17,21
39:6,8,10
39:13,14,16
39:25 41:17
42:11,11,24
43:5 55:4
55:13 58:7
58:15,21
59:11,13
60:5 61:5
65:9,12
78:6,16,18
79:14,18
86:22 93:17
114:9 117:6
117:11
133:24
134:24
136:10,12

136:18
138:6 140:6
142:5,15,21
153:15
155:12
158:3
159:22
164:22
165:12,16
165:20,21
166:7,12,15
166:17,19
167:23
168:18
169:21,24
171:17
172:2,4,10
174:20
175:3,4,7
175:10,16
175:20,22
175:23
176:2,8,10
177:10
179:19
180:22
181:1,14
183:18
185:3,16,20
185:22,24
186:5
188:13
189:6
190:15
192:6,21,22
200:25
201:3
205:10,14
205:17,18
205:19
206:15
207:24
208:1,3,3,4
208:5,6,8,9
208:20,21
208:22,25
209:8,9
210:4

211:10
212:2,8,24
213:2,6
217:25
218:2,4,11
218:15,19
219:4,14,15
223:15
225:4,8,10
225:11,16
225:22,23
226:19,22
227:6,20,20
228:4,9,10
228:12
229:1,13
230:9
240:13,15
240:18
242:13
244:21
251:3
252:12
268:11
269:18
272:1 282:2
283:9,11,16
283:17,21
288:21,24
289:1,4,5,6
292:20
293:1,13,17
293:22,24
294:20
296:10,13
298:12,12
301:9,14,17
301:19,20
301:23
302:1,8,12
302:16
303:4,6
306:7,11
307:13,15
307:15
308:2 315:6
315:7
319:10,17

319:17,21
319:22
321:25
329:11,13
330:23
333:19
334:2
336:25
337:3
340:15
342:16
346:6 353:7
361:10,12
363:25
364:2,10
365:6,6
367:9,15,21
367:23
375:21,25
376:4
377:18
**headache**
188:25
192:1,5
220:1
223:14,17
223:20
318:10,17
319:1 332:1
333:21
364:17
365:3,13,16
**headaches**
15:12 32:23
33:7,8,11
33:14,18
35:15 36:2
36:14,18,25
37:11 56:20
57:2,16,18
57:19 58:9
111:2
133:23
135:17,22
136:24
137:24
138:1 143:3
146:9,14,18

146:20,21
153:16
204:9 218:5
218:18
219:3
223:22
225:6,7
227:24
229:2
243:10
244:20
260:8
262:13,16
262:19
321:2,23
330:12,13
331:18,25
334:17,18
334:22,24
335:1,2
364:3,11,14
365:10,18
**headed**
206:12
**heading**
269:17
**heads** 172:6
**Headshots**
164:17
383:18
**healed**
333:10,16
**heals** 333:2,8
**health** 36:21
176:25
220:16
250:21
330:10
334:5
341:18
**healthcare**
9:25 10:5
11:1 272:5
330:21
**hear** 8:10,11
8:18 42:17
44:6,8 86:4
86:5,10,11

86:19,22
116:9 117:8
126:3,7,23
126:24
127:3
128:18
131:15,19
203:12
232:9,12,15
232:18
234:5
237:24
238:23
258:4
274:11
306:18
360:20
377:25
**heard** 45:19
80:22,25
177:12
203:15
231:21
232:1 234:8
234:17
241:11
243:14
245:15
259:8 274:9
**hearing**
15:11 19:5
126:5,24
130:6 134:6
232:3
330:23
**heart** 160:25
**heel** 207:13
**held** 2:12
5:10
**hell** 126:19
158:4 240:4
328:4
333:20
346:25
347:9
**hello** 254:11
343:2
**help** 16:24

17:15 27:9
95:11 97:23
119:7
224:14,17
228:2
229:13,17
248:22,24
261:13,16
271:22,25
272:7
278:16
279:10,22
279:25
345:3 360:2
361:21
364:4,9,12
364:13
**helped**
273:10
279:14
280:2 318:5
**helping** 97:20
245:21
**helps** 342:14
**hemorrhage**
141:15,16
**hereinbefore**
381:10
**hereunto**
381:20
**herniated**
8:25
**hesitant**
270:7
**hey** 127:12
156:6
161:24,24
161:24
162:4
258:19
260:10
305:22
308:14,17
327:2 332:5
350:4,7
351:5
**hid** 303:5
**high** 10:18

337:20
**highlights**
213:8 310:8
311:20
**Hingham**
3:16
**hire** 95:1
108:9
**history** 45:2
133:20,25
313:9
339:16
**hit** 22:22,24
23:2,4,15
33:15,19,23
34:1,17
35:19,19
36:3,12,17
36:17 39:5
39:8,25
52:14 55:3
59:11 76:21
78:6,12
116:10
144:1,5,12
156:11,20
159:2
163:10
164:22
165:12,15
165:20,21
166:8,11
171:17
172:2,3,9
175:3,4,5,9
175:16,19
175:22,23
176:3,8,16
177:10
180:3,5,25
181:1,4,5
181:14,18
182:20
186:14,18
187:21,21
189:3 201:3
201:6
203:20

205:10,14
206:8,15
207:7,11,12
207:23,25
208:4,6,8,9
208:20,22
209:8
217:24
218:2,4,8
218:18
219:4
225:10
267:19
268:24,25
269:13,13
269:17
270:4,4
283:8,16
284:7,10
289:4,4,6
292:8,22
293:1,7,10
293:16,17
301:9,14,17
301:19,23
302:1,8
303:4 306:3
306:3,15,16
307:15
309:12,13
316:16
345:12,24
353:2,4,7
353:10
354:5,14,21
354:22
**hits** 79:18
156:19
163:13,13
163:14
166:6,19
207:21
209:6 212:1
212:2,7
302:25
306:6,9
319:17
**Hits-Recei...**

173:24
383:20
**hitting** 39:14
41:16 46:2
46:2,3,4
116:12,16
153:15
169:20
174:17
180:21
205:4
208:21
210:3
211:10
283:11
293:21
296:2,7,21
296:25
298:2 305:8
**Hmm** 182:25
191:9
**hog** 373:6
**Hogan's**
259:19,22
**hold** 50:7
88:9 175:6
209:9
307:13
**holding** 208:3
208:3,5
213:2
307:14
**holds** 162:15
162:15
**hollow** 213:4
**Holly** 361:24
361:25
362:24
363:1,10
**Holm** 28:5
29:20
**home** 167:8
190:24
285:18
288:7
304:24
350:24
360:15

363:14
hometown
369:22,23
homicides
373:16
honest 194:1
honestly
301:12,17
301:19
honor 40:23
41:1,3
167:2
honorable
12:20,24
hope 78:4
95:6 162:4
293:24
341:21
hoping 117:2
horrible
111:2 218:5
hospital
140:13
263:24
267:17
383:6
hot 285:19
286:7,11,13
286:14,20
310:23
hours 263:16
263:17
house 126:23
127:15
352:14,17
352:18,20
huge 236:14
Hugo 96:22
huh 17:18
85:24
188:16
221:9
229:20
262:15
299:6
Hulk 259:18
259:21
human 328:8

humiliated
71:8 72:5
hunting
269:18
hurry 351:5
hurt 34:4
35:7 42:14
58:20 59:12
68:19,21,22
69:13,21
70:20 76:14
156:6,7
157:10,11
157:19
161:18
166:21
167:3
181:25
182:5,22
185:10
189:12
197:19,20
197:25
198:10
199:1,7,11
207:16
209:17
270:17
271:1,5,7
271:11
276:4
281:13
286:23
287:21
288:4,9,13
288:21
291:24
294:4,6,7
305:11
312:13
315:24
318:5
354:12
hurting 35:1
155:22
303:7
hydroceph...
141:23

hypothetical
255:16
H's 351:9

I

idea 106:3
116:23
155:23
157:19,21
175:17
189:11
219:11
275:16
285:16
324:14
338:8 356:7
358:8,13,18
358:21
identification
63:20 82:14
92:24
108:14
111:14
115:5 123:4
126:2
130:21
132:6
140:16
143:9 148:8
152:23
164:18
173:25
184:10
193:7 195:8
211:23
221:19
246:2 269:5
270:23
272:23
280:13
identified
21:3,19
29:20 34:4
35:1,24
37:10
121:19,21
154:14
179:21

181:24
192:17
204:18
224:21
281:11
314:20
identifies
282:9
identify 5:18
139:12
151:5 154:6
154:15
163:20
247:9 282:4
282:10
314:16
ignorant
374:15
Illness 133:21
illusion 76:20
76:24 77:3
295:9
illusions 75:2
immediately
192:16
196:21
impact 156:3
181:6
206:13
207:11,15
301:13
302:6
327:15
328:10
impair 24:6
impairment
15:11
imperative
385:14
importance
258:1
important
341:16
impression
140:22,23
141:4 142:3
144:17
improper

62:11
incident
152:3
335:24
include
109:22
196:11
includes
134:5
154:19
including
59:16 60:12
144:14
199:22
361:10,11
Incorporated
5:14,16
increased
42:20
independent
83:16
103:13,22
104:4,10,18
179:10
indicate
93:20 96:8
195:19,23
287:20
indicated
101:21
185:4
252:15
265:20
284:2
286:23
376:7,10,17
indicates
151:21
223:19
indicating
155:17
202:18
282:24
283:10,18
indication
225:3 339:1
377:15
indications

158:8
indie 8:1
Infantry
12:12
information
152:2
191:16
226:18,23
227:13,16
228:4,8
230:17
272:24
273:4
340:23
341:5,7,10
378:6
inherent
202:23
initial 14:6,7
256:16
initially 18:4
301:9
injured
155:18
189:8 271:7
342:21,22
360:10,12
360:13
injuries
22:12 29:6
29:11 30:11
31:7,22
32:15 58:7
93:17 133:8
136:10,13
136:18
158:10
191:24
198:19,20
199:22
223:15
226:19
227:20
228:5 229:1
229:13
264:18,23
272:1
322:24

323:4,12
329:9
338:19
340:15
355:24
361:7,11,12
364:1,8
365:7
377:18
**injury** 31:20
58:16 59:14
60:5 61:5
84:21,24
85:6 87:16
87:24,25
88:6 89:9
93:18
101:22
117:7,11
133:2
154:10,11
154:12
155:23
182:15
184:24
189:23
190:15
192:3,5,7
192:21,22
196:9,19,25
202:4 203:5
203:6 204:8
205:3 213:7
219:14,15
221:10
224:23
225:5,8,10
225:16,22
225:24
230:10
267:18
282:3
288:21
318:20
327:4 362:5
364:2,8,11
365:6
375:21

376:1,5
**inning** 298:17
**inquire** 93:11
**inside** 189:21
232:4
**inspire** 119:5
119:8,9,12
120:2,3,8
121:1 124:4
124:18,20
**inspiring**
118:1,8
**Instagram**
26:16,17
**instance**
121:1
172:20
252:10
327:4,11
338:1
**instances**
121:2,5
156:3
**instinct** 78:2
**instincts**
337:21,22
**instruct**
88:12 89:1
89:11 90:13
178:3,10
**instructed**
222:6
**instructing**
351:1
**instruction**
62:12
178:17,20
**instructions**
183:24
216:4,18
385:1
**instructs**
113:7
**insult** 44:25
**insulted**
119:15
**insurance**
330:11

**intend** 300:13
**intended**
156:24
201:22
**intending**
149:12
**intention**
214:7
**interaction**
342:12
**interacts**
343:3
**intercranial**
141:16
**interest** 6:22
257:24
**interested**
257:4,21
381:17
**internet**
81:15 82:1
243:8,19
277:1
371:22
**internet-ba...**
277:4
**interpretat...**
47:11 51:2
**interpreted**
139:19
372:4
**interpreting**
58:25
**interrogato...**
20:4 58:6
148:7
150:20,21
190:14
281:12
383:12
**interrogato...**
21:24
149:20
151:1,13
153:25
154:4 184:9
224:20
314:7

383:22
**interrupt** 8:8
43:17
107:17
184:6
219:22
**interview**
108:23
111:12,17
114:24,25
115:12
124:24
125:15
128:2
382:15
**interviews**
113:22
114:17,21
126:17
129:24,25
**intimidated**
269:23
**involved** 34:5
53:17 154:9
202:17
242:9 273:7
303:16
315:2
323:16
349:20
350:1
366:22
377:16
**in-ring**
198:19
355:23
**irregularities**
229:3
**irritability**
331:19
**irritable**
257:16
335:12
**issue** 134:14
139:13
284:20
**issued** 226:6
**issues** 139:1

260:7 263:2
271:18
334:14
**I-rog** 153:21
**I-rogs** 192:9
**I.D** 382:6
383:2 384:2

_____
**J**
_____
**J** 3:9 6:6,13
**Jack** 28:14
28:16
**January** 80:8
80:16 81:6
81:10,12
87:20
220:25
281:15
288:17
**Japan** 96:24
108:14
382:13
**Jarrett** 123:3
382:20
**jaw** 79:18
296:16
**Jeff** 123:3
382:20
**Jennersville**
132:10,12
132:13,15
133:18
134:13
**Jennifer** 1:21
2:15 381:6
381:23
**Jerry** 4:8 6:3
8:7 26:1
146:23
**jerry.mcde...**
4:9
**Jimmy** 260:2
260:4,10
**job** 1:22
17:16,19,21
17:22,25
37:24 106:8
106:11

107:10
167:9 173:7
176:6 358:6
**jobber** 37:25
97:14 98:4
**John** 93:8
94:14 95:23
106:15,16
108:4
346:23
376:3
**Johnny** 91:16
96:9,16
346:19,22
346:23
349:25
**join** 27:7,10
27:14 83:23
84:6 94:24
**joining** 81:17
93:12
**joke** 345:14
**jokes** 345:16
**Joseph** 4:15
5:3 85:9
**judge** 77:12
180:2
212:16
213:24
214:6,11,13
214:18,23
215:4,14,18
217:10,14
**judge's** 226:2
226:4
**judgment**
124:22
**juggling**
306:13
**jump** 64:15
286:13
**June** 13:24
194:3
252:22
323:9
**Justice** 14:20

_____
**K**
_____

**keep** 8:10
25:9 200:25
248:24
254:9 271:7
276:5 278:5
279:16
280:20
297:23
337:21,23
361:5 365:7
**keeps** 284:22
**Kennedy**
21:17 292:6
314:21
315:16
**kept** 25:12
105:17,24
318:3
359:24
360:5,9
362:1,3,10
**key** 200:23
310:8
317:19
**kick** 45:5
52:22,23,25
65:6,8,12
67:19
155:16
182:20
185:12,13
206:24,25
207:1,2,12
207:13
218:9,10,10
218:15
267:25
269:19,20
270:5
283:20
292:19
295:18
297:21,22
297:23
302:6,8
313:18
336:21
337:2,16

353:9
367:15,21
367:23
**kicked**
205:21
206:22
207:10
223:9
267:24
293:15
294:14,18
294:20
301:18
302:5
337:15
**kicking**
337:22
**kicks** 267:13
268:11,11
295:18
**kid** 45:16
129:10
373:6
**kids** 118:9
268:18
**killed** 242:12
245:2
267:14,16
326:1,20
372:24
373:6
**kind** 10:20,25
12:19 13:13
15:17 29:4
48:25 69:11
75:8 77:23
78:1 89:19
93:17
104:25
119:13,14
133:1
143:14
163:4
182:18
191:16
192:21
220:4,5
224:16,16

255:21
256:4 272:6
277:12
279:4 290:3
305:17
306:17,24
327:21
353:19
356:4 364:8
**kinds** 333:19
**King** 127:6
**Kleinbard**
2:13
**knee** 188:12
288:24
**kneed** 186:4
289:1
**knees** 186:3,8
186:8,10
200:25
201:2 287:4
**knew** 54:13
67:16 73:12
73:19 97:8
97:11
121:23
136:12,20
145:2,4
182:22
191:19
200:19
236:2
238:20,20
238:21
239:2,25
242:21
254:25
255:5
256:11
259:6
262:13,16
271:16
288:9,12
325:7,9
328:10
329:14
336:24
349:15

360:11
362:4,5
368:19
373:20
**knock** 45:7
**knocked** 45:9
45:11 47:12
47:20 52:2
54:5,14
55:1,12
65:21 67:18
228:16
243:12
312:4,6
319:24
323:18,19
323:20,23
323:23
324:2,4,11
324:12,13
324:14,25
338:4,15
**know** 9:7
10:21 13:19
20:6 21:18
22:10,25
23:5,8,12
23:16 24:16
27:19,20,22
28:16,21
31:16,17
34:22 41:2
41:3 43:21
46:20 47:5
47:7 49:9
51:8 52:20
59:2 61:21
66:6 69:19
70:4 71:17
71:19,19
73:14,22,24
75:11,22,22
75:24 76:13
77:22 78:22
80:21 82:24
83:2,4,8,11
83:22 84:5
84:13 85:15

90:22,24
91:3 92:5,6
95:23 97:6
98:2 100:11
100:14,16
102:2
110:10
116:7,20
118:7,23
119:11,12
122:4
124:14
126:15,16
126:17,18
126:22,23
127:2,5,16
127:19,21
127:22
129:2,7,9
130:13
131:9,13
133:5,6
135:11,24
136:3 140:1
142:23
143:1 144:7
144:8 146:4
148:21
153:9 156:9
156:14
157:1 158:3
158:18,19
159:24
160:1,4,10
160:14,16
160:17,20
161:4,7,15
166:24
167:1,5,16
167:22,24
175:13
177:5,15,20
180:11
182:9
186:18
187:8,13,14
188:8,8,11
188:12,12

189:4,5,25
190:8,10
192:22
197:22
198:7
199:21
200:24
202:1
205:25
206:1,8,12
206:16,20
207:4,15,25
208:25
209:12
214:4,15
216:19
224:15,15
224:16,17
227:4,6,9
227:24
228:1,1,6
228:20
229:3
230:21
231:7,23,24
233:8,13
234:10,21
234:23
235:2,4,5,7
235:15,22
236:1,3,5,8
236:23
237:20
239:13,25
240:3,5
241:3 242:8
242:11,19
242:23
244:19,22
245:5,7,8
245:14,23
250:22
251:20,21
252:3 254:3
254:5,10,12
256:3 257:1
257:15,23
258:12,19

258:24
259:4
262:11,18
262:22
264:4 266:7
266:8
267:13,20
268:18
269:16,23
269:25
270:1,13,16
270:25
271:6 272:1
272:4,5,6
273:14
277:9,23
278:16
279:13,18
279:19
280:17,24
281:24
284:12
285:10
289:21
290:1,4,20
290:22
292:4,5,20
292:22
293:15,19
293:25
294:3,12
295:12
297:11
299:2,4,7
299:22,23
300:12
302:18
303:16
304:21
305:1,16,22
306:12,13
306:15,17
306:17,19
306:20
307:17
308:6,11,14
309:25
310:19

311:6,6,7
312:13,15
314:2,5
315:1,20
316:16
317:4,16
321:1,2,7
325:23
326:3,8
327:9,16
328:10,15
328:19,21
328:22,25
329:12,12
330:12,13
330:15,17
330:22
331:24,25
332:2,8,8
332:12,17
333:16,21
333:24
335:6,10,10
335:11,12
335:12,15
336:8 337:2
337:2,15,17
338:1,10,12
340:22
341:24
342:2,4,4
342:15
343:4,10,11
343:14
345:1,10,11
345:12,13
345:15,16
345:23,25
346:6,14,15
346:16
347:4,4,6
350:4,5,5
351:5,6,19
353:7,21
354:9,10
355:17
357:4,6
358:5

359:20
361:13
363:10,15
363:16,16
364:2,21
365:11
367:2,19
368:11,15
368:18
369:8
370:11,13
370:17,19
370:19
371:1,20,23
372:8,9,11
373:25
374:12
375:12
376:21
377:1,19,20
377:21,22
378:25
379:4,13
**knowing** 55:1
132:25
313:24
**knowledge**
23:11 97:12
150:23
179:10
213:6
228:10
230:4,9
235:10
242:5
243:11
256:8
323:14
325:14
329:3
332:22
337:5
340:23
341:2
368:14
377:16,24
378:9
**known** 51:22

54:17 71:18
97:5 122:17
236:20
253:22
254:2 295:2
**knows** 162:3
177:20
240:3,4
288:2
327:11
332:16
342:18
363:13,15
373:18
**Konstantine**
3:17 5:23
**kon@kyros...**
3:18
**Kyros** 3:14
3:17 5:23
5:23,24 6:1
15:3,5
19:19 27:11
80:3,5,14
80:21,24
81:15 82:1
82:2 88:6
89:14,16
90:19 101:5
210:20
214:21,24
273:7,20
274:17,23
300:18
369:4
**K&L** 4:5

_____

**L**
**L** 6:6 148:11
**labeled** 63:18
125:24
164:16
173:23
184:8
211:21
382:7,21
383:18,20
383:21

384:6
**lack** 277:5
338:7 349:2
**Lacy** 4:10 6:5
6:5 64:15
126:8
153:23
164:7,11
173:21
174:11
183:8,11,14
184:5
204:10
211:16
238:11
280:16,24
281:17
288:18
291:21
**laid** 316:2
**land** 206:7
**landing** 76:19
**language**
68:1
**lasted** 103:1
162:22
**late** 47:19
268:13
**laugh** 71:11
**laughing**
182:14
**laughs** 71:5
**laughter** 71:9
**Laurinaitis**
93:8 94:14
95:24
106:15
108:4
346:23
376:4
**law** 3:14 5:24
6:2 360:22
360:23
**lawsuit** 26:25
27:3,8,10
27:14 29:18
79:5 80:1,7
80:14,18,23

81:8,18
82:8 87:19
87:20,23
89:8 91:6
105:4,8
110:2
113:16
117:15
123:21
128:7
131:23
132:2,19,23
133:8
134:17
136:9,14,17
136:19
142:12,14
143:21
203:13
270:12
271:16,20
271:24
272:9,17,25
273:11
274:1,8,22
275:4,11
**lawsuits** 90:9
**lawyer** 13:4
89:5
**lawyers**
19:13,18
85:20
212:16
214:1 215:2
215:21
216:22
246:22
369:16
**lay** 324:7
**laying** 166:5
203:23
289:19
305:13
312:10
**lead** 214:22
214:25
**leading** 22:20
**leaf** 141:6

195:14
**lean** 42:10
78:17
166:15
**leaned** 78:15
78:22
**leaning** 8:9
**learn** 234:11
234:12,14
249:4
258:21
305:24
324:19
358:4
**learned**
144:25
258:25
357:24
**learning**
259:2
**leave** 16:20
17:15
304:23
**leaves** 342:20
**led** 235:11
328:21
**left** 67:1
131:4,11,16
134:6
143:24
144:18
161:12
223:10
232:21
235:21
243:2 255:1
265:11,22
277:11,13
279:5
334:11
350:25
**leg** 155:16
267:19,21
**legal** 222:12
222:21
229:24
238:12
264:20

**legendary**
67:5 163:4
**legit** 112:21
303:1,2,11
307:17
**legitimate**
353:10
**legs** 268:12
269:21
**length** 301:11
374:19
**lethargic**
58:11
227:25
320:25
**lethargy**
321:24
**letter** 18:15
91:24
**letters** 278:22
279:7,8
340:6,11,13
**letting** 293:18
**let's** 9:6
15:23 44:21
51:9 60:23
63:13 72:17
89:3 92:8
109:2
113:15
163:15
173:17
204:5
210:20
211:15
221:15
231:14
243:7
281:15
283:3,14
285:20
288:17,19
289:7,13
291:19
295:22
297:18
313:25
324:5

**Li** 308:12
**liability**
203:4
**lib** 73:18
**liberties**
119:17
**lie** 114:18
119:5 120:3
120:7,22,25
121:11
124:1,3
125:11
129:4 130:4
130:7
378:11
**lied** 120:9
121:15
122:6 129:2
212:10,12
249:6,12
**lies** 120:2
**life** 44:13
45:23
105:12
117:17
118:24
121:6,12,16
123:16,23
125:8,10
127:20
128:11
156:6,13
167:12,12
167:15,16
177:11
180:2,7
201:25
236:7 258:3
270:16
328:23
329:25
330:15
**lifestyle**
308:23
**light** 251:4
304:15
**lighten**
161:24

**liked** 95:19
95:20
**likeness**
109:4
**limitation**
196:12
**limited**
257:16
335:2
**limiting**
97:16
**line** 72:8
140:21
147:1 343:3
359:18
386:6
**lines** 329:1
**lip** 353:6
**list** 98:20,21
98:21,24
159:7,13
322:4
332:13
**listed** 99:5
136:9 159:5
159:5,11
314:19
321:10
**listen** 88:20
178:20
305:22
**listening** 36:8
171:4
178:21
**lit** 251:12
**litigation**
99:7 221:22
**little** 58:24
59:21,22
113:3
126:25
140:25
146:25
147:2 156:3
160:24
161:11
163:16
190:7 217:3

286:8
290:21,21
319:2 325:3
344:9 355:5
**live** 7:11 10:8
167:15,15
366:25
369:20
**lived** 7:9 9:3
105:12
308:23
**lives** 9:15
**living** 9:17,20
9:25 10:2,5
98:13 112:7
332:9
**LLC** 2:13 3:5
**LLP** 4:5
**locale** 151:5
**located** 14:22
**location**
152:4
154:11
192:11
**locker** 231:15
231:19
232:4,10
234:17
239:20
253:4
**logically** 78:8
**logo** 163:22
**LoGrasso** 1:8
1:16 2:12
3:4,13 5:15
5:17,22,25
6:13 23:14
25:22 26:15
26:17 32:12
63:8,18,23
64:25 68:2
82:12,20
87:12 92:21
92:25 93:5
108:12,16
111:10,16
112:22
115:2,6
123:1,7

125:24
126:3 129:7
130:3,18,23
132:3
133:22
134:12
140:12,18
143:5 148:3
148:14
150:17
152:15,21
163:15
164:16,17
164:21
165:14
172:1
173:23,24
174:1
178:14
179:18
183:17
184:8,9,11
192:11
193:5,10
195:3,10
204:11
209:19
211:2,21,22
212:3,19,23
217:11,21
221:16,20
223:5
238:22
246:1 265:1
269:3,7
270:21
272:21
280:9
281:20
288:20
294:21
300:6
356:14
378:15
380:6,15
381:9 382:3
382:6,7,9
382:10,12

382:14,17
382:19,21
382:24
383:2,3,5,8
383:10,13
383:16,18
383:18,20
383:20,21
383:22,23
384:2,3,6,6
384:8,10,11
384:12,14
384:15
**LoGrasso's**
148:4
152:16
213:6
383:11,14
**long** 7:9 12:8
19:14 39:15
40:5,6,7,9
40:10,19
69:6,13
76:16 80:13
160:3,5
176:20
194:11
263:14
264:5
276:13
277:8
288:10
314:12
316:15
**longer** 70:14
84:7 174:5
**look** 21:23
52:11 60:25
85:1,7 86:1
86:9 100:6
100:7
102:12
109:2
115:13
124:17
133:20
149:19,25
150:24

153:3
155:11,21
163:17
193:12,14
202:8
209:10
215:7
224:24
244:19
248:1
254:12
275:17
281:5
307:12
310:7 314:5
314:11
322:9,21
328:2,3,3
330:8
347:10
378:1
**looked** 139:5
206:11,11
243:24
301:7
310:13
316:23
317:25
318:2
332:18
335:3
337:14
338:18
339:7
343:19
345:7
353:12
368:6
370:23
**looking** 42:19
86:2,5
87:13 91:25
92:4 100:8
204:13
212:25
229:17
272:4 310:7
320:6,6

321:6
322:11,16
322:19
**looks** 180:20
180:21
201:3 287:6
291:15,17
298:21
354:6 355:5
**lose** 167:9
271:5
305:20
356:24
357:2,16,18
359:21
**losing** 276:4
290:20
**loss** 130:6
131:5 134:6
135:16,18
263:5
**lost** 45:16
131:12
270:18
271:2
280:25
327:21
362:1,7
**lot** 25:12,14
39:10,12
45:3 57:17
59:22 68:8
73:15,18
74:11 75:18
75:20 76:2
77:13 98:8
109:18
110:3
114:16
126:17
155:20
159:25
160:2,6,10
162:19
165:18,19
181:5,7
188:8
238:16

239:24
240:7,16
241:7
244:21
251:3
256:17
269:15,22
269:22
297:13
303:12
306:15
308:8 314:6
315:2
317:22
325:12
327:20
331:18
335:7 343:9
343:11
352:10
353:14
357:22
360:11
**loud** 150:15
209:7
**Louisville**
247:21
**love** 116:11
**loved** 112:5
**Lucky** 126:1
382:22
**Luminowski**
277:17
**lump** 59:20
317:14,17
317:18,21
319:4
**lumping**
165:9
**lunch** 147:5
147:15
**lunchtime**
148:18
**lying** 112:17
112:18
113:12
114:24,25
120:20

122:19,24
122:25
125:1
128:13,14
128:19,20
128:21

___

**M**

**M** 4:10
**machine**
263:10
**mad** 305:21
**magazine**
109:16
236:18
276:11,13
**maiden** 7:16
**main** 55:24
233:20,22
233:24
252:18
322:23
**majority**
161:2
**making** 63:2
63:6 72:4
77:3 119:17
205:8 214:1
226:17
238:15
285:12
286:11
292:16,23
293:16
362:3
**man** 28:9
48:17 71:7
71:10,15
133:22
156:6 163:9
199:4
246:25
252:11
256:11
284:3 362:4
**managed**
366:25
**management**

143:16
232:15
309:6,7
377:17,25
378:10
**managing**
254:13,16
**maneuver**
75:7,8
203:20
310:15
**maneuvers**
196:13,17
197:7 287:2
**manner**
34:11 95:8
247:14,15
371:2
**March**
132:20
142:11
152:19
383:15
**mark** 82:9
92:8 125:22
152:14
174:2
221:15
**marked**
63:20 64:1
64:1 82:13
92:23 93:1
108:14,17
111:13,16
115:4,7
123:4,6
126:2
130:20,22
132:5,7
140:15
143:8,10
148:8
152:22,24
164:18
173:24
184:9 193:6
193:11
195:7,11

211:23
221:18,21
246:2,4
269:4,6
270:22
272:22
280:12,21
**Market** 2:13
5:11
**Marks**
125:15
**Marmelukes**
266:15
**Maroon**
245:6,7
**marriage**
381:16
**married** 8:2
9:13 315:11
315:12
**marshaled**
12:17
**Martin**
258:12,15
258:22
259:9
**Massachus...**
3:16
**mastered**
26:7
**mastoid**
141:25
**mat** 34:16
162:7,10
201:3,7
289:19
**match** 21:17
21:17 22:13
22:18 23:14
34:19,21
35:5,8,10
35:23 36:3
36:13,18,22
37:9 38:23
39:1,2,13
51:17,20,20
52:10,19,21
53:2,9,11

53:13,16,17
55:23 57:19
58:16,20,23
59:19 64:4
64:7,18,25
65:4,14,25
71:21 72:18
72:25 75:18
77:16 106:3
106:6,8
111:5
114:12
116:21
117:1,4
149:13
151:6,8,12
151:23
153:4,14
154:20,21
154:23
155:24
157:24
159:18
182:10,12
182:21
183:14,15
183:18
184:12,15
184:16,25
185:5,6,15
185:17
187:16,23
188:5
196:18,21
196:23,24
197:10,15
198:12,14
203:16
204:6,11,14
205:1,5,6
206:17
207:19
208:14,17
212:18,18
212:22
218:8,14,14
218:16
219:5,13

223:9
224:22
252:17
265:9
281:16,18
282:15,16
284:15
287:8,16,18
288:18
291:14,16
291:18
292:5 297:9
298:9,18,20
298:22
301:18 302:2
308:9 310:8
313:4,21
314:14
315:16
316:13,18
317:10,13
321:17,20
322:1,2
336:2,3
337:19
344:18
346:7,7,8,9
346:12
348:18
349:20
350:12
353:17,23
368:1
375:22
376:1,5
**matches** 21:3
21:7,12
22:1,4,11
22:11 23:1
24:12,20,22
25:4,7,10
25:15 34:3
34:6,9 35:1
37:16 40:1
47:24 55:20
70:12,23
71:2,3,6,20
71:22 72:11

73:6,9,16
74:4 97:13
98:2,5,8,21
98:21 99:5
154:10,15
157:23,25
158:18,23
158:25
159:3,4,8
159:25
160:2,6,7
161:2,4
162:19
163:1 164:6
164:8
168:21
172:11
179:21
181:2,23
182:4,6
184:7,9
187:17,25
188:9 219:9
249:5,11
265:12
281:11,13
292:4
302:21
304:9 306:1
307:13
311:7,17,21
311:22
314:17,20
315:2,15,17
315:19,23
315:24
316:4,12,14
334:22
335:3,17
339:7
343:18
344:22,24
345:7
351:16
352:13
355:19
376:12
377:9

383:22
**matching**
377:1
**matter** 99:16
141:19
250:10
291:2
381:18
**matters** 5:12
58:2
**McCullough**
1:3 5:13
28:25
**McDEVITT**
4:8 6:3,3,10
8:11 23:10
26:3,21
29:23 30:13
30:20 49:20
50:11,13
60:10,14,18
60:23 61:12
61:18 62:11
62:11,21,25
63:11,12
64:17,22
81:12 82:9
82:16,18
85:25 86:8
86:15,21
87:1,6,10
88:13,17,20
89:3 90:15
90:23 91:2
91:5,7 92:8
92:18 97:18
97:22 102:8
103:15
113:5,7
115:15
125:22
133:19
137:14
140:24
142:8,10,19
147:4,9
148:13
150:4 152:5

152:8,14
153:11
156:21
157:1
160:18
161:16
164:5,12,19
165:1,5
167:1 169:2
170:9,13,18
170:23
171:5,11,22
171:24
173:17,19
174:1 178:5
179:1
180:18
181:18
183:5,10,12
183:21
184:2,4
187:7 189:9
192:25
213:15,20
214:2,10,17
214:21
215:1,9,13
215:18
216:1,6,16
216:19
217:2,5,9
217:13,17
217:20
221:15
222:7,11,16
222:20,25
226:1
246:13
252:16
265:3
275:14
280:22
281:3,9,21
282:8,14,20
285:22
288:16
289:9,13
291:19

292:14
297:18
298:7 300:5
300:17
301:15
302:3,17
303:19
304:12
306:18
307:19
309:14,20
310:22
312:22
316:25
317:2,4
318:12
320:21
322:7,13,20
327:3
329:10
335:25
337:18
338:6,16
341:12
347:14,18
347:22
348:3,5
349:2,6,8
349:14
351:20
353:13
356:7,11,13
356:16
369:2,7,10
369:13
374:4
375:12
378:14,21
379:3,10,15
382:3
**McKay**
117:21
**McMahon**
232:18
309:3 313:6
342:9
375:20,21
375:25

**McMahons**
103:2
**mean** 11:10
20:4 30:6
42:17 43:17
44:25 66:7
67:16 69:6
75:6,10
76:8,23
78:5 105:7
107:17
116:15
130:10
155:4 157:5
159:25
199:10
206:5,10
219:22
228:22,23
229:5,5
236:20
238:19
239:21
246:20
247:1,14
252:24
253:9 256:3
257:2,9
277:20
280:1 293:4
297:8
299:18
303:6,21
306:15,22
308:3,19
317:18
321:4
323:17,22
327:18,25
330:13
333:17
337:7 343:1
343:4,6
345:12,14
347:16
350:18
353:1
354:11

357:10
371:18
374:16
375:13
**meaning**
137:23
162:8 247:2
269:14
345:23
**means** 131:10
131:14
155:8 189:2
206:10
209:2
302:24,25
307:25
315:12
**meant** 8:7
26:3 190:19
244:2
**media** 25:18
26:18,22,24
27:6 28:4
241:4
266:10
374:6,18
**Medicaid**
331:4,5
**medical** 24:2
58:1 130:18
130:24
132:3
140:13
143:6
146:16
221:16,23
224:24
226:21
261:13,16
279:4
331:12
356:4 369:2
378:6,11
382:24
383:3,6,8
384:8
**medication**
138:7

139:25
224:12
**medications**
333:20
**meet** 253:13
**meeting**
20:20 28:23
344:17
**meetings**
343:7
**memo** 93:15
193:18,20
194:18
322:17
**memorable**
158:2
**memorand...**
193:5
322:15
323:9
383:23
**memorand...**
194:6
**memory** 24:6
135:18
204:17
220:4,7
221:9,11
237:12
263:5
**mentally** 48:7
48:17
**mention** 97:3
223:14
278:23
326:12
**mentioned**
29:7 61:24
80:23
124:15
126:16
245:15
309:2 311:8
321:7,23
323:14
337:8 342:7
348:23
375:19

**mentioning**
340:14
**men's** 192:24
**messed**
346:16
**met** 19:13
20:19 233:9
236:4
246:25
340:2
344:19,19
344:20
**metal** 22:15
22:20 23:16
41:16 42:24
57:18 73:12
111:6
149:15
209:6
**Mexican**
203:14
**Michael**
308:12
**Michaels**
338:20
339:11,17
**midway**
64:18
140:22
**Mike** 231:22
231:23,25
247:22,24
**mild** 257:14
331:25
**Miles** 3:15
**military**
11:14,16
129:1,6,8,9
**millimeter**
294:24
**Millrood** 3:5
5:21
**mind** 158:7
158:12
198:8
237:21
256:6
306:13

327:13
329:6
**mine** 95:19
**minute** 53:10
63:14 77:24
93:2 112:12
149:7,7,10
149:17
151:9
164:15
202:13
263:21
281:4
**minutes**
275:15
**mischaract...**
242:17
**mischaract...**
37:4,14
218:21
363:23
**mislead**
115:10
**misled**
247:17,18
**mispronou...**
111:19
**missed** 285:9
285:12,13
286:1
312:18,20
346:12,15
348:2,13
350:7,14
358:20
359:3
**missing**
348:23
**Mission** 28:9
**mistake**
77:17
156:23
269:24
347:8
**mistaken**
207:8
292:12
**mistreated**

113:17
**mitral** 162:24
**mix** 46:4
**MM** 96:16
**MMA** 45:21
45:22,24
46:1 267:8
270:3
**Mo** 28:7
**mock** 373:9
**moderate**
134:6
**moment**
310:17
353:8
**momentum**
77:15
**Monday**
19:15
162:25
**Mondays**
220:16
**money**
104:21
105:1
117:25
330:21
**monitor**
52:15 64:6
272:1 377:2
**monitors**
310:6 352:9
**month** 80:17
**months** 40:21
109:18
110:6
132:22
133:13
134:2
143:20
**morning** 65:1
86:17
148:22
149:14
153:15
157:15
211:10
212:10,12

218:4 249:7
249:12
**MOS** 12:11
**motion**
152:18
211:19
212:17
213:24
214:2,13,14
215:19
226:3
301:13
378:24
383:15
**mouth**
113:22
167:6
319:14
**mouthing**
113:23
**move** 9:5,10
10:9,11,13
74:3,6,7,14
155:11,12
200:2,6,12
200:16,20
200:21,24
201:24
206:17
208:7,12,19
208:23
209:12,18
215:17
216:4
217:23
240:12,17
290:6,9
291:7,10
293:20
**moved**
189:20
226:5
**movement**
284:3
**moves** 76:17
156:9
196:13,17
197:7

**moving** 9:2
**MRI** 140:3
140:17
142:14
143:12,17
145:5,8,11
145:19
333:7,13,22
334:3
**MRIs** 138:8
138:10,18
138:23,24
139:6,8,10
139:15,24
140:7
332:18,23
332:25
**Muhammad**
250:18
251:16
324:10
**multiple**
204:21
**murder**
239:3
256:22
372:1,6
373:22
**murdered**
238:17
252:25
**murdering**
236:10
**murderous**
374:2
**murders**
253:3
256:16
**murder/sui...**
325:15
**muscle**
223:11
321:1
365:11

———————
**N**
———————
**N** 3:1 4:1
148:1,1,1

382:1
**naked** 298:21
304:13
307:11
**name** 5:3
6:11 7:14
7:16 14:21
25:21 28:1
28:6 56:15
61:22 80:24
91:16
111:18,19
127:6,7,8
198:2 232:1
245:15
361:22
**names** 43:20
**Nancy** 235:23
238:20
**napkin** 63:11
**National**
236:17
**natural** 78:1
**nature** 8:23
266:11
**nausea**
135:17
**near** 289:25
**necessarily**
39:7 357:9
**necessary**
385:4
**neck** 286:9
286:10,14
290:19
333:22,23
334:2,2
**need** 13:5
27:9 85:25
86:8,12,15
86:21 97:22
127:2,22
170:5 215:9
229:13
271:25
272:2
311:21
**needed** 58:23

59:3,4,5,23
160:21
190:6,7,9,9
220:1
227:21
319:5
**needle** 333:18
**needles** 138:6
**needs** 278:16
**negate** 258:2
**negative**
140:4 141:4
332:19,19
**negatives**
105:14,20
112:14
114:3
**negativity**
105:16,16
**neglect** 258:1
**negligence**
202:24
**neither**
197:12
**network**
25:14,16
108:12
382:12
**neurologist**
16:2 31:24
32:8,10
85:9 133:12
330:20
**Neurology**
132:10,16
**never** 24:14
24:14 45:19
48:25 49:5
58:7,17
105:6 116:9
138:16
190:13,15
200:21
212:2,8
227:8,9
231:4
233:16,25
234:8,17

245:11
246:25,25
248:9 250:5
259:8
263:17
270:17
271:1,6,7
271:11
286:9,18
303:16
307:9
310:24,24
324:13
326:11,12
327:8 334:6
334:25
336:4
339:24
340:4,16
343:14
352:4 363:9
364:10
370:23
371:8 376:8
377:8
**new** 149:20
152:4
247:22
248:1
269:25
**news** 67:12
236:17
238:9,15
273:5
325:13
**newspaper**
230:23
241:3 273:5
**newspapers**
231:11
375:3,6
**NFL** 245:16
271:15
272:25
273:11
275:4
**nice** 9:22
254:10

**night** 49:16
49:18 51:9
51:12 52:3
52:8 54:11
54:15 74:9
74:15
157:17
162:25
225:22
240:23
305:17
315:14,15
327:17
328:7,7
331:22
**nightly**
305:15
**nights** 74:11
330:12
**nine** 307:2
**Nitro** 162:25
**nobody's**
105:17
**noise** 208:21
209:7
**normal** 34:18
138:12,17
140:5,8
142:4,5,15
142:21
145:14,20
298:20
**Norman**
94:15,22
95:20
**Norris** 3:19
6:1,1
**Nos** 92:22
130:19
132:4
140:13
143:6 195:6
221:17
280:11
382:11,24
383:4,6,8
384:4,8,16
**nose** 294:24

295:19
354:9
**Notary** 2:17
380:21
381:7
**notation**
293:16
**note** 131:4,6
131:21
**noted** 148:2
349:17
379:16
385:11
**notes** 60:25
137:8
221:17,22
221:23
222:3
224:24
317:1 384:8
**notice** 2:15
311:2
**noticed**
348:25
**November**
220:13,19
**Nowinski**
233:5,24
234:3,8,18
242:8 258:4
**number**
27:11 83:2
140:20
150:5 151:1
154:1,4
246:5 314:5
332:17
**numbers**
84:14
**Nunzio**
253:10
**nuts** 332:6
**NXT** 107:8
———————
**O**
———————
**O** 6:6,6,6
148:1,1,1
148:11,11

148:11
**oath** 6:14,17
19:6 58:5
63:24
148:15
192:14
211:3
305:10
361:18
**object** 16:16
21:9 22:8
27:1 29:13
30:12 33:25
34:10 37:3
37:13 40:25
42:25 43:7
44:14,17,20
46:23 48:3
48:8,13,19
49:3,20
51:24 54:16
54:19 55:7
57:20,22
60:7 61:7
65:23 67:14
69:3 70:25
73:25 74:5
74:13 77:20
78:10 83:25
84:8 85:22
88:1,8,9
97:25 102:1
103:14,24
104:12
105:10
111:8
112:19,23
113:18
114:13,14
114:19
120:23
121:8
122:20
124:5 125:2
128:15
129:19
130:16
133:3,10

134:21
137:4,17,22
138:4,13
142:16,25
145:21,25
146:6,15
159:10
164:24
168:8
175:21
176:4,12
177:8,24
179:22
182:16
190:17
191:18
192:8,12
199:7,20,24
202:20
203:7 204:2
212:11
219:6,12
220:23
225:13,19
226:12,25
228:21
229:23
230:7,25
239:23
244:25
256:12
294:25
299:9
301:15
302:3
303:19
309:14
341:12
347:14
348:3
362:24
363:1,20
364:20
365:4
367:12
371:6
373:24
374:11,22

**objected**
16:17
**objection**
18:2 30:14
31:1,9
62:19 78:19
83:12 88:25
89:11 90:11
90:12 97:23
104:6 142:7
165:2,6,17
177:18
178:8,16,22
180:23
218:20
219:16
221:12
222:4
227:15
232:6 239:8
239:15
240:9,19
241:8
242:16
243:6 244:7
244:14
249:8,13
251:1,18
252:4,8,13
254:22
255:8,15,24
259:10
264:19,24
268:16
272:11
275:6
279:23
287:9
288:14
300:1
304:12
349:13,16
375:4,16
376:23
**objections**
148:4
150:19
165:4

338:16
383:11
**objective**
145:23
**objectively**
138:3,5
**objects** 34:12
34:17 55:5
164:23
165:16,20
172:9 367:9
**obligates**
6:20
**Obligation**
196:5
**observation**
137:11
**Observer**
276:20,21
**obtained** 5:4
15:20 258:9
**obvious**
285:10
**obviously**
121:17
122:22
218:10
**Ocampo-G...**
1:21 2:15
381:6,23
**occasions**
192:17
204:21
**occurred**
58:20
153:14
154:10,12
154:12
185:24
339:6
**occurrence**
39:22 325:4
353:16,19
**October**
151:15,22
152:6
153:17
154:19

204:5
211:22
220:6 221:3
222:2 223:7
301:8
317:10
384:6
**odd** 353:22
373:13
**offense**
297:17,21
**offensive**
155:9
**offer** 229:14
**offering**
244:6
**offers** 279:8
**office** 20:20
194:6
305:19
344:23,25
352:16,19
360:18
362:11,13
**offices** 2:12
3:14 5:24
6:2
**oh** 68:14
304:25
313:3
318:17
**okay** 8:17,20
15:23 26:1
43:3 48:7
71:7 81:23
90:25 91:5
97:25 113:2
149:11
150:12,14
151:2,8,10
157:2,3
171:14
184:3 198:6
202:7,14,14
213:19
214:16
217:12,19
227:10

244:23
257:24
260:15
270:4,20
281:3
282:11,12
282:17
290:12
301:6
302:19
305:5
307:20,23
308:14,18
310:13
311:8
312:25
314:4
316:10,19
317:5
318:19
319:8 320:4
321:16
322:3,11
324:9 326:7
327:24
333:13
334:15
335:20
336:16
337:4
339:11,20
344:12
347:25
350:12,14
350:18,19
351:6
352:10
355:7,16
356:11
367:16,24
368:3
**old** 44:10
106:20
108:9 127:9
254:1,4
255:2,7
267:6
304:20

366:17,18
366:19,21
**older** 106:20
224:14
**Olympic**
251:4,13
**Olympics**
117:23
251:8,9
**Omalu**
245:18
246:17,21
**once** 14:14
69:2 195:21
198:17
201:14
233:9
246:25
334:6 340:4
340:16
375:20,24
376:3,8
**ones** 21:3,13
21:18,19,22
23:22,25
26:20 29:20
41:23 61:16
102:4 122:1
140:9,11
154:14
158:1,11,19
166:14
170:15
175:25
181:24
283:4 315:5
316:1,2
350:2
361:14
**online** 123:11
273:3
274:10
**open** 106:24
143:12
167:6 171:6
293:24
**opened**
266:22

**opening**
51:17,19,20
**OpenMRI**
143:5 383:8
**OpenMRI0...**
143:7 383:9
**OpenMRI0...**
143:8 383:9
**opinion** 18:5
146:16
226:6
255:22
256:2,7,10
273:17
**opinions** 27:5
**opponent**
196:22
282:22
**opponents**
196:14,16
196:20
**opportunity**
110:14
209:21
210:1,5,17
210:18
216:7,9
**opposition**
152:17
213:15
383:14
**Ord** 12:16
**Order** 152:20
383:16
**ordinary**
291:16,18
**organization**
154:9
160:13
**organizatio...**
38:20
159:17
**original** 80:7
83:4 385:15
**other's** 69:2
**outcast** 328:3
**outcome**
184:15

300:8
381:17
**outlet** 104:24
**outside** 25:2
73:17 75:19
75:21
207:18
218:8
292:20
294:16
300:4
**out-there**
247:4,6
**overcome**
118:25
**overdose**
259:7
**overseas**
328:17
**over-the-top**
160:15
**OVW** 56:1,5
56:9
**Owen** 198:23
**owners**
342:16
**owns** 105:2
**o'clock** 379:5

――――――
**P**
**P** 3:1,1 4:1,1
**pace** 77:16
**pad** 267:25
**pads** 270:5
**page** 84:11
109:3
115:14,17
131:1,2
133:21
140:19,22
149:2,25
150:10
151:1 153:3
154:1,16,17
195:14
196:1,2
202:8,9,10
202:11

314:9 320:7
320:12
339:2,3
380:12
382:2
384:19
386:6
**pages** 84:15
141:7 380:8
**paid** 104:17
**Pain** 143:16
**pal** 127:13
**panic** 201:5
**pans** 39:4
**paper** 276:23
277:1
**papers** 12:25
**paperwork**
20:7 57:8
89:20
**paragraph**
84:12,17
85:1,7
115:20
116:2 131:2
149:2,6,12
151:6,11,19
151:20
196:4,7
197:3
314:12
322:22
**paralysis**
200:17
**paraphrasi...**
371:13
**parlance** 72:1
156:19
158:24
159:20
207:5
**part** 31:19
34:18,20,24
35:13 45:1
85:4 111:13
112:1 117:8
145:10
153:7

155:23
168:11
189:7
205:10,12
205:13
206:17,24
208:14
218:12,13
224:11
240:24,25
253:2
256:20
285:6,7
286:6 293:7
293:10
301:21
312:2
330:14
350:14
354:15,15
354:16
382:16
**participate**
160:22
**participated**
21:7
**particular**
59:1 71:12
94:16
179:25
208:17
209:12
240:17
332:20
343:8
**parties**
381:15
**partner**
196:22
**partners**
196:13,15
196:20
197:8
**passing** 81:9
**patient** 19:2
**pattern** 38:3
96:6 219:10
**peacetime**

129:13
**peel** 209:2,2
**pendency**
203:13
**pending**
212:17
213:17,23
214:13
215:14,19
**Pennsylvania**
1:17 2:14
2:18 3:8 4:7
5:12 7:6 9:3
9:5,11,18
9:20,21,23
10:1,6
14:16,23
369:21,24
369:25
381:2,8
**pension**
272:6,10,12
272:18
**people** 9:22
27:7,18
29:5 30:3
32:9 46:1,8
52:17 68:15
69:13 71:13
81:17 83:23
84:2,6
113:23
117:19,19
119:6,7,9
120:2,3
121:1,7,16
122:7
124:18,20
126:17,19
128:7 156:8
160:10,11
168:1,20
172:2,3,9
172:19
209:7 229:1
229:1,2,21
236:18
239:19

240:7
248:23
253:23,24
254:3 256:3
267:11
271:25
273:10
275:3
279:14
302:17
311:18
317:22
332:16
342:19
347:12
348:9,22
349:4,15,19
349:20,21
349:23
350:9,10,11
361:4,6,10
361:11
362:14
368:10
373:19
**people's**
172:6
**perceived**
304:16
**percent** 69:9
316:15
**perception**
326:19
367:3
**perfect**
147:12
**perfectly**
138:12,17
297:22
**perform** 7:25
65:12
157:17
163:11
217:24
233:16
265:6,8
286:24,25
358:1 363:8

363:11
**performance**
155:21
322:25
345:9
**performan...**
158:8
**performed**
31:8 55:15
72:11 98:18
101:11
103:11
154:8
163:19
200:6
217:22
265:12
**performer**
7:19 28:2
34:13 49:1
53:19 72:22
73:1 109:15
160:5 163:5
**performers**
41:16
122:10
**performing**
32:15 33:15
33:19 57:14
69:17
109:23
113:1
159:17
191:22
197:4
271:10
358:8,13
363:4
**period** 11:20
38:4 97:16
98:10
109:21
262:8
314:16
321:18
330:8
335:16,21
341:8

343:21
344:13
**periods**
161:14
**perjury**
210:9
215:23
216:21
**permanent**
203:6
**permit** 57:10
**person** 53:3
69:11 78:8
88:5 124:2
181:6
209:15
236:5,7
254:5 256:5
362:12,13
362:13
377:16
**persona**
116:17
184:19
233:13
**personal**
56:11,12,18
56:25 58:1
113:21
190:19,25
191:8,11,13
191:14,15
191:16,23
194:20
195:1
241:12
245:11
328:23
340:22
357:5
**personally**
28:17 245:8
357:19,21
378:8
**personnel**
106:11
194:21
322:18

**persons**
154:9
**pertain**
241:20
242:4
**pertained**
374:24
**pertaining**
242:25
329:24
**petition**
213:16
**Philadelphia**
1:17 2:14
5:11 381:4
**phonetic**
277:17,19
308:12
**physical**
68:11 70:22
71:3,20
129:5
187:19
207:21
218:16
227:7,18
**physicality**
71:15 218:7
**physician**
190:5,19,24
190:25
191:6,8,11
191:13,15
191:23
194:20
195:1
321:12,13
**pick** 157:25
**picked**
157:22
**picture** 26:7
108:18,19
108:20
123:9,10
**piece** 118:17
210:1,13,16
**pinata** 298:13
**piss** 313:6

**Pittsburgh**
4:7 231:24
232:2
**place** 77:10
98:24
151:20
206:6
228:25
229:12
282:2
**places** 342:25
**plaintiff** 1:4
3:4,13 5:22
5:24 6:2
148:3
192:15
314:14
383:10
**Plaintiffs** 1:9
152:15
383:13
**Plaintiff's**
82:12 382:9
**plan** 378:22
**plane** 254:20
**planned**
199:3
**planning**
10:25 215:3
**play** 126:21
173:17,21
183:8,11,12
204:10,23
209:19
210:1
211:15,16
257:20
**played** 64:21
126:11
164:20
174:15
183:4,22
204:25
282:13,18
283:7,15,25
284:14
285:2,21
288:23

289:8,16
291:25
292:18
295:24
296:4,9,12
296:15,18
297:19,24
298:6
**Playgirl**
109:16
**playing**
182:14
184:20
**pleading**
87:13,14
**pleadings**
6:25
**please** 5:18
6:12 87:4
88:23 126:8
173:21,22
181:11
183:11,17
188:20
204:10
211:16
385:3,8
**podcast**
125:15,19
**Pogust** 3:5
5:21
**point** 27:21
36:24 60:1
156:1
191:20
200:22
205:13
209:1 249:9
285:3
290:19
291:8 311:3
337:16
341:5 368:7
**pointed** 60:11
61:4 86:24
302:16
306:2 330:6
335:25

337:18
**pointing**
86:23 87:2
205:16
**points** 292:23
310:7
**policy** 228:23
229:9
277:15
278:2,10,12
278:17,19
278:21,23
**poor** 124:21
176:6
**portion** 30:25
50:17 81:22
88:24
180:19
188:23
**portrayed**
109:11
184:22
**posed** 109:16
**poses** 170:15
**posing** 178:7
**position**
51:21 200:9
212:19
310:5,6
311:11,12
311:13
313:16
357:20,22
357:25
358:9,11,14
358:16
**positioned**
212:18
**positions**
106:24
**positive**
114:17,22
**possession**
212:23
**possibilities**
93:12
**possible**
158:21

243:9 257:2
294:1 303:1
303:3 314:2
338:3,9,12
338:17
**possibly**
17:22 95:6
107:1
241:17
272:5
**post** 27:21
292:21
293:3,5,6,8
293:9,11,17
293:20
294:2,7,13
**posted**
123:11
269:8,11
**posting** 276:8
**postings**
270:11
**posts** 34:16
35:12
**post-concu-**
137:1
**post-concu-**
135:8,15
**potato** 156:16
156:18,22
158:5
161:22
188:1,2
353:2
**potatoed**
186:10
**potatoes**
157:7 187:4
296:22
297:9
352:23
353:14,17
353:23
**pounding**
32:23 33:7
**pounds**
127:11
189:3
198:18

196:15
357:12
**practiced**
357:13
**practices**
268:11
**practicing**
267:13
**praised** 105:5
**precautions**
196:8,11
**precise** 32:11
**precisely**
347:7
**preference**
308:24
**prematch**
196:12,14
197:6
**prep** 19:22
**preparation**
20:25 23:24
24:13,15,17
24:19 25:3
**prepare**
19:11
**prepared**
61:24 77:25
163:16
379:1
**preparing**
61:1
**prescribed**
321:14
**prescribing**
57:5
**present** 4:14
48:25
133:21
**presented**
180:5,6
308:22
**press** 238:8
238:24
**pretty** 67:2
171:15
189:3
198:18

200:10
221:8 241:9
250:19
266:9
279:15
299:13
308:15
311:7
315:25
317:15,20
337:7
344:21
345:10,12
345:24
**prevent**
264:17,21
**prevented**
201:14
**previous** 7:19
170:1,2,19
192:17
218:17,22
**previously**
124:7,9
135:2
218:25
219:3
296:22
**primary**
15:24
**prime** 324:3
**print** 202:11
**prior** 9:2
37:7 110:2
117:14
123:21
151:7
173:20
252:22
253:3 264:6
264:7,8
265:25
266:2,3
276:7,7
**priority**
336:25
337:1
**Pritchard**

94:15,22
**privilege**
61:15,21
62:2,15,17
63:1,2,6,7
88:11,14
90:13,22
178:12
222:5
**privileged**
60:16
**pro** 70:8 74:4
**probably**
10:2 91:4
111:19
159:24
180:20
201:24
216:24
230:22
239:11
266:2,6
275:16
281:9 332:7
**problem** 60:6
171:11
279:10
284:18
332:6
370:12,14
370:16,18
374:5
**problems**
16:25 134:3
135:18
146:8
227:11
229:16
231:8 238:2
243:5
278:16
330:3,11
361:7,15
**proceeding**
18:24
**process** 13:20
14:2,13
18:8

processes
329:7
**produce**
311:21
**produced**
24:16 102:9
221:22
**producers**
311:16
313:8
344:17,19
358:5
**product**
115:19,22
**production**
150:21
194:21
310:2,3
322:17
350:22
**professional**
68:4 70:11
75:3,21
202:19
217:23
248:12
249:2 265:6
354:19
356:5
**profusely**
319:3
**program**
16:12,15,20
17:15 116:9
154:25
157:15
162:21
229:15
278:20
279:14,22
305:24
315:3,13
373:8,11
**programmed**
166:25
**programmi...**
237:11
312:5

326:11
**programs**
161:11
344:10
**progression**
30:18
**prolonged**
135:17,22
136:24
**promoter**
103:18
202:24
**promoters**
102:17
**promoting**
106:2,7
116:22
**promotion**
53:20
103:10
**promotions**
41:12
**proper**
226:20,21
**properly**
209:4,5
**property** 7:7
122:2 239:2
325:21
**protect** 76:9
76:10,15,18
77:18,23
78:3 207:17
305:12
**prove** 270:15
**provide**
230:16
356:4
**provided**
227:18
279:4
**providers**
9:25 10:5
11:1
**providing**
226:18
**provision**
197:19
**provisions**

101:21
**prudent**
317:15
**psychologist**
16:4,6,7
**public** 2:17
120:11
122:7
251:23
325:13
326:18
374:18
375:14
380:21
381:7
**publication**
339:2
**publicity**
238:16
372:24
**publicly**
105:21,22
105:24
106:1
117:15
121:21
122:2 239:2
325:21
**published**
81:16 118:2
118:3,5
123:20
**Puerto** 96:22
**pull** 25:15
75:2
**pulled** 343:15
**pulling** 291:2
**pumped**
345:25
**punch** 46:3
294:23,23
296:6,8
299:14
303:7 354:7
354:20
**punched**
155:11
299:17,18

299:24
**punches**
185:25
186:2 268:9
268:10
298:15
**punching**
46:3
**purport**
159:7 221:3
**purported**
83:5
**purports**
155:16
**purpose**
90:19 352:6
**purposes**
222:21
**pursuant**
2:14
**pursue** 27:23
27:24
**pushed**
326:21
328:6,14
**pushing**
288:6
**puss** 362:19
**put** 21:23
27:21 31:18
40:23 65:2
66:9 76:6
78:2,8
85:15 89:3
92:19 97:9
113:15
118:7 136:4
138:7
139:24
157:20
159:15
176:7
208:24,25
242:14
245:20
257:20
271:17
272:13,16

272:19
274:10
294:9
333:19
341:25
373:2,7
**putting** 27:20
72:2 140:25
200:11
334:12
**PWInsider**
277:3
**p.m** 147:15
148:2,10
193:3,9
210:23
211:1
275:20,23
280:4,7
300:22
301:1
351:21,24
356:17,20
378:20
379:16

———————
**Q**
**quest** 331:3
**question** 8:12
10:4 16:18
16:19 19:25
20:2 21:5
29:15 30:22
32:11 33:4
37:6 43:3
46:12 47:3
49:22 50:6
50:12,16
51:5 56:18
56:23,24
57:1,3
60:22 62:5
62:20,22
81:21 82:3
83:15,18,21
88:19,21
90:15,17
92:1 94:4

112:1,21,21
113:9
114:23
119:20,22
120:6,7
121:25
134:11,12
165:9
169:12,13
169:15,17
169:18,18
169:19
170:1,3,6
170:10,10
170:17,19
170:25
171:12,18
173:15
177:13,14
178:4,13,24
179:1,3,12
180:9,16
181:9,13,16
188:14,17
188:19,21
188:22
191:3
213:21
215:16
216:5 221:7
227:12
230:11
231:10
238:23
242:20
243:15,18
244:7 247:7
261:4,5
303:20,24
304:2 344:1
367:20
**questions**
24:21 64:13
97:19
169:11
170:14
171:4,10
174:7

180:14
181:9
204:16
214:20
216:12,15
217:16,18
300:6,16
301:5
371:11
**quick** 199:2
300:20
**quickly**
322:11
355:10
**Quietly** 106:1
**quite** 213:4
252:6
**quotes**
109:12
115:17
116:6
123:13

———————
**R**
**R** 3:1 4:1 6:6
148:1,11
381:1 386:2
386:2
**radio** 128:2
**rag** 277:4
290:24
**rage** 236:25
237:23
240:1
256:19
257:2
327:13
**rages** 257:15
**raise** 8:13
**ran** 46:5
57:18
162:21
249:10
260:3
349:24
365:16
**range** 236:25
**ranks** 161:17

**rant** 111:11
120:4
382:15
**Ranting**
111:11
382:15
**rarely** 113:22
347:7
**Raw** 343:1
**reached**
27:15,18
174:19
175:6
**react** 242:23
**reacted** 329:3
**reaction**
180:4
255:19
309:17
**read** 12:25
19:21 20:8
20:24 30:22
30:24,25
50:11,14,17
62:24 81:22
88:23,24
102:2
108:25
111:21,23
118:19
149:7,8,9
150:15
151:9,10
180:18,19
188:23
197:1
202:13,14
215:7,10,10
226:2,4,7
231:4,11
235:14
242:1,2
243:8 250:9
250:11
269:2,9
270:20
273:3,16
274:3,10

276:10,19
277:2,8
281:6 323:1
371:24
372:2,3
374:13,17
375:2,8,8
380:7 385:3
**reading** 93:4
110:22
116:3 131:8
134:9 145:1
146:1 151:4
193:16
213:14
230:23
339:19
**reads** 196:7
**ready** 328:17
328:18
**real** 155:21
156:5,6,12
206:25
267:11
268:15,17
276:4
295:12
303:13
304:8,10,16
307:14,16
315:7
334:16
355:6,10
**realism**
303:10
**realistic** 78:7
293:22
**reality** 213:9
303:17
**realize** 93:21
167:18,19
289:15
305:8
**realized**
241:17
**really** 28:12
36:14 68:19
76:21 77:1

77:24 80:19
109:1
117:25
124:17
155:22
156:5,19,24
158:3
167:16
175:2 176:8
180:2 206:7
208:22
219:3
226:14,15
233:15
254:9
257:25
266:5
268:17
290:18
295:17
297:5
299:14
301:18
302:5,9
316:2 327:7
345:18,19
352:4
353:18
358:21
364:25
**realm** 374:18
**Real-Time**
2:16
**reask** 62:20
**reasking**
62:21
**reason** 85:19
137:9
145:17
152:8
178:14
179:16
191:2
193:21,23
224:13
230:20
242:2
274:25

352:6
374:16
385:6 386:8
386:10,12
386:14,16
386:18
**reasons** 243:9
370:3 386:5
**recall** 10:7
18:14,19
22:2 24:8
25:13 28:12
28:23 33:17
33:21 37:15
39:17,19,21
39:23 40:2
40:4 42:13
42:18,21
43:21 44:11
44:22 49:7
53:1,8,15
55:14,23
73:14 74:18
74:21,23
83:3 84:19
84:22 89:25
90:2 92:9
92:12,14
100:12
101:10,23
102:6 109:1
111:17,25
118:18
120:13,16
121:10
122:12,15
125:20
130:2 135:7
135:14
140:10
142:22
145:16
159:18,22
176:19
188:1
193:18,19
194:5
220:12,22

221:1,4,25
232:3,14,17
232:20
234:25
237:5,7
238:7
240:21,24
241:2
245:22
256:17
259:12
261:17,21
262:2,4,6,9
265:10
269:1
274:12
278:11
289:18
302:11
314:14,25
316:5,6,12
316:13,21
317:12
318:23
325:16,19
335:21
338:23
339:11
340:8,10,14
342:9
351:19
352:3
356:24
359:25
360:6,10
361:16,20
370:4
371:24
**recant** 209:21
210:14
211:9 216:9
**receipt** 157:4
157:5
186:19
187:13,15
187:20
188:2 297:5
297:16

385:17
**receive**
192:15
**received** 21:4
21:20 65:2
159:8
183:18
234:20
277:10,12
282:2
283:20
306:5
**Received-F...**
164:17
383:18
**receiving**
200:10
222:21
306:6,9
340:6,10
**recess** 63:17
147:15
193:4
210:24
275:21
280:6
300:24
351:23
356:19
**recognize**
64:24
108:18,20
123:8 126:6
348:2,13
369:4
**recognized**
109:15
347:12
**recollection**
60:20 85:2
85:12
314:24
316:8 317:9
318:20
**recommen...**
228:2
**recommen...**
15:5

**reconsider...**
152:19
213:16
214:14
378:24
383:15
**record** 5:2
6:12 30:25
50:17 63:16
63:22 81:22
82:11 88:24
100:1,24
140:24
147:14
148:10
152:1
173:18
180:19
188:23
193:3,9
195:9
210:23
211:1
218:22
274:6
275:20,23
280:5,8
300:23
301:1
351:22,25
356:18,21
365:22
378:20,21
379:15
381:12
**recorded**
25:13
223:16
**records** 24:3
79:11 98:17
99:2,3
100:19
130:19,24
132:4
140:13
143:6 369:3
382:24
383:3,6,8

**recover** 48:22
**recruit** 27:7
**red** 290:17
**reel** 163:16
164:17
174:13
383:19
**ref** 288:7
307:2,7,9
**referee**
197:21,23
197:24
199:1 311:5
350:1,13,21
350:23
351:13
**referees**
196:22
**reference**
185:14
367:18
371:25
**referenced**
151:6
**referred**
133:16,22
143:12,17
**referring**
278:12
279:8
**reflect** 137:10
**refresh** 85:2
85:11
204:17
**refreshed**
60:19
**refs** 307:6
**refusing**
83:19
**regain** 306:21
**Regal** 21:13
21:17 22:14
22:19 23:15
35:23 36:14
36:22 37:9
59:17 60:4
69:24 70:1
72:18

109:23
110:6 111:5
114:11
149:13
151:8 153:4
154:20,22
154:23
157:16
204:7
212:19
224:22
249:6
283:11,19
291:22
295:11
299:19
301:8
302:21
303:8 306:2
314:21
315:4,9
317:11
354:1 355:7
**regard**
247:11
**regarded**
194:22
**regarding**
80:1 278:1
322:18
338:19
340:7,25
**regardless**
213:3
**register**
155:9 162:1
293:19
**regrets**
110:17
**regular**
298:22
**rehab** 279:10
279:16
**related** 19:9
329:6
381:15
**relations**
247:25

**relationship**
329:7
331:11
**release** 106:9
**released**
248:4 339:8
**relevant**
314:15
**reliance**
153:9
**relief** 138:7
271:18
272:6
**remains**
88:25
226:11
**remember**
12:1 27:16
27:17 28:1
43:16,19
51:21 71:25
79:15 81:5
81:7 92:15
100:20
119:20,22
125:14
143:11
193:25
194:10
201:8,12
207:25
212:4,15
218:6 219:7
220:5
221:13
237:8,9,19
238:14
240:14
253:19
265:19
266:6,17
278:15,25
279:1
289:25
292:6,11,12
316:1
317:19
322:19

326:3,3
336:5
337:23,24
337:25
338:13,20
350:10
367:17
**remembered**
233:23
**repeat** 21:5
29:15 31:3
33:4 37:6
43:3 47:3
81:21
134:10
180:12
188:19
225:14
260:15,23
260:24
304:1
339:22
**repeated**
79:17,18
118:22
134:23
180:16
218:15
296:22
340:1,20,25
**repeatedly**
55:4 129:22
192:7
212:12
213:1 297:2
297:3
**rephrase**
53:25
103:15
118:14
347:21
**replacement**
257:7,10
**replacing**
257:10
**report** 60:5
61:5 136:23
145:19

219:14
225:6 370:8
370:24
371:9
**reported** 1:21
59:14 60:5
61:6 219:21
317:7,8
318:24
360:13
**reportedly**
258:22
**reporter** 2:17
62:24
**reporting**
320:18
321:22
375:14
**reports** 15:19
15:21
140:18
223:21
318:16
352:18,19
**representat...**
90:20
**represented**
275:3,10
**representing**
14:18
**Republic**
97:2
**request** 100:3
100:5,11,15
100:19
384:19
**requested**
100:17
102:10
225:2
**requesting**
320:8
**requests**
100:2,17
102:10
150:21
369:15
**requires**

359:12
**reread** 88:18
93:2
**research**
235:3,4,11
242:1,10
243:8,19
245:16
261:16
329:17
330:4,7
**resident**
259:5
**respect**
152:20
365:25
370:2
383:16
**respond**
66:12
174:22
**responded**
52:13
**responding**
374:6
**response**
27:13 28:3
94:9 100:1
192:18
314:11
**responses**
148:5
150:19
383:11
**responsibil...**
202:23
215:20
322:23
**responsible**
69:1 373:15
373:22
374:8
**responsive**
100:19
**rest** 52:17
53:1 153:16
187:24
201:24

227:3 260:8
332:14,14
338:13
**result** 109:15
322:25
**resulted**
158:10
**results** 145:7
167:21
203:5
333:14
334:4
**resumed**
148:11
**retain** 89:14
**retained** 90:8
90:16
**retainer**
89:23 90:4
56:2,15
**retire** 49:9,19
50:2,20
234:18,21
242:6
336:19
**retired** 336:9
336:12,14
337:6
**retiring**
339:12
**return**
385:14
**reveal** 62:8
62:14
332:23
**revealing**
89:6
**review** 23:22
23:23 24:2
196:12
197:6
**reviewed**
150:18
131:23,25
**revise** 171:22
171:24
**revised**
171:21
**revived** 338:4
**rewind** 293:6

**rhyme**
179:16
**Rico** 96:22
**ride** 246:19
**ridiculous**
332:2
**right** 8:6
14:13 15:6
23:3,7,9
24:24 31:3
31:11 34:9
37:18 38:1
38:6,8,11
39:6 40:15
41:6 45:2
48:16 51:13
51:18 54:7
54:20 55:21
56:2,15
57:11 59:2
64:7,10
65:17,19
66:15 67:9
69:10 70:12
71:24 72:6
73:6,9
76:18,22
84:25 86:23
87:1,2
91:16 93:25
94:6 96:20
96:25 98:11
102:19
103:19
111:2,7
117:7,12
125:3,12
127:11
128:4,8
129:23
131:5,12,23
131:23,25
132:19,23
133:2,9
134:7,7
135:19
137:6,21
138:3 141:5

141:9,10,16
142:5 149:5
150:3,10,24
154:5
155:19,24
156:17,25
157:17
163:3 166:6
172:14,15
173:7
174:17,20
175:14,15
175:17,20
186:24
191:1,12
197:11
199:4
200:17
201:15
203:10
207:24
209:10
210:11,11
211:15
216:16
218:5
225:12,12
232:5,21
235:23
238:4 239:5
241:7 245:9
245:10
252:12,25
253:8
256:22
260:17
267:24
275:12
277:7 279:7
282:19
283:2,8,14
283:22,24
285:22,25
286:16
288:16,24
289:7,9,13
290:6,7,13
292:6

294:11,21
295:22
297:4,13,20
299:10
300:21
304:6
313:19
318:22
320:13,14
321:25
325:3 333:6
334:12
351:14
354:25
357:18
358:2
359:18,19
361:5,9,11
363:12,19
363:21,22
364:5,9
366:9,11,15
366:16
370:1
372:18
373:17
375:3 379:2
**right-hand**
115:9
140:20
**Rigmoski**
277:19
**ring** 22:16,20
28:6 34:16
35:12 68:25
69:2,12
73:17 75:21
111:11
182:7,7,13
184:13,17
185:2,3,9
199:12,16
199:18
201:15
202:3
203:14
218:8,11
287:12

292:8 293:9
294:17
295:3,11
303:18
311:5,18
312:4
313:20
323:5,12
337:17
346:24
348:11,24
351:2,3,16
358:13,15
362:3 377:4
377:7
382:15
**rings** 213:4
**ringside** 52:6
52:10
175:18
212:25
351:18
352:2,4
376:14
**Rios** 56:22
58:4,7,17
59:10 60:25
61:5,6
188:10
190:4,13,16
190:20
191:6,7,10
191:17,22
194:19
219:19
220:9,10
223:24
224:25
225:20
227:25
316:21
317:1,7,8
317:11,13
317:23,23
318:24
319:11
320:19
321:9 322:4

322:18,23
323:4,11
340:2 352:2
352:3
359:23
360:5,19,19
361:5
362:19,21
362:22
363:18
376:8,12,21
377:1,11,17
378:1,11
**risk** 101:22
196:9
199:17
202:3,17
**risks** 200:16
202:18,23
**road** 3:15
56:7 58:11
227:5
328:16
**roads** 328:13
**Rob** 28:5
29:20
**Robinson**
198:3
**rock** 297:14
**rocked**
158:19,24
159:1,19
185:3 189:4
282:19
306:20
307:23
308:1,5
347:2
**rocking**
306:11
**Rods** 91:16
**roll** 209:9
282:5
**rolling**
297:12,14
352:16
**rolls** 201:4
**rookie** 66:18

**room** 192:24
205:9,23,23
217:8 253:4
268:1
302:17
361:1
370:10,21
377:3
**rooms** 231:15
231:19
232:5,10
234:17
239:20
**ropes** 203:20
**roster** 55:24
233:21,22
233:24
252:18
318:1
**Roth** 96:9
**Rottie** 127:6
**rough** 156:4
308:15
**roughly**
38:11
345:15
**routine**
203:20
287:7,15
**royalties**
277:18
**ruffled**
345:15,18
345:20
**rugged**
116:18
**rule** 186:21
186:23
269:18
363:5
**rules** 167:14
248:15
**run** 38:15,18
47:16 55:16
55:17 73:22
118:15
158:9
265:25

282:14,15
289:14
293:6 294:7
342:14
349:24
350:7
**rung** 158:6
158:20
176:22
188:5,24
189:1
306:19
308:2,7
**runner** 377:5
**running**
46:13,25
47:4,10
155:1 171:6
292:7,9,13
294:3 305:4
315:4
337:20
349:21
351:9
**runs** 234:10
**Russ** 1:3
28:25
**Russo** 115:4
382:18
**Ryan** 28:19
**Ryback**
106:4
115:25
116:5,7,7
116:24
**Rzeppa**
111:20

————
**S**
————
**s** 3:1 4:1 6:6,6
148:1,1,6
148:11,11
152:18
165:25
383:12,15
**sacrifices**
270:16
**safe** 75:25

76:2,5,23
88:4 158:22
209:18
293:25
**safety** 69:2
294:1
**Sakoda** 28:19
**sat** 219:19
**Savinovich**
96:23
**saw** 20:7
32:18,19
52:23 55:11
59:21 65:8
94:21
106:16
139:15
165:15,18
165:23,25
166:2,4,20
169:3,7,14
169:20,21
172:14
173:2
174:16
175:1
176:14,15
176:19
177:17
179:18
185:13
203:21,22
203:24
205:25
212:7 216:2
217:21
233:16
273:16
289:2 290:1
298:23
320:8 330:1
334:14
356:5
369:18
**saying** 14:11
15:9 17:25
18:5,13
23:13 32:2

35:11 36:1
36:12 45:6
48:24 77:6
86:4,5 95:2
98:4 99:23
99:25 105:8
106:5,6
109:12
110:3,14
116:6
123:13
125:5 126:6
128:3,5,9
160:8
161:20
162:12
168:7 175:2
190:14
205:19
206:16,22
209:18
226:15
230:15
237:14
257:17
266:6
278:14
284:25
287:23
292:25
293:1,3
294:15,18
296:20,24
298:2 306:4
326:10
335:15
342:10
347:12
353:20
362:10
365:7
**says** 82:8
83:21 96:14
96:18 98:11
110:13
112:4,10
115:25
131:23

133:21
134:8
135:14,19
135:20
136:25
137:2
140:21
141:4,7,16
141:18
143:23
150:16,17
194:23,24
223:6
224:25
314:13
320:12
322:22
339:3 343:2
**scale** 255:6
**scan** 142:17
142:20
332:19
**scans** 332:23
**scar** 333:2
**scene** 204:23
**scenes** 358:5
**schedule**
194:13,14
**Schneider**
331:9 334:7
368:21,22
369:9,17,18
**school** 9:13
10:19 46:5
46:13 47:1
47:5,10,16
96:9 304:20
**science**
374:20
**scientific**
235:12
**Sciolla** 3:9
5:20,20 8:7
16:16 18:2
21:9 22:8
26:1,20
27:1 29:13
29:21,24

30:12,15,24
31:1,9
33:25 34:10
37:3,13
40:25 42:25
43:7 44:14
44:17,20
46:23 47:2
48:3,8,13
48:19 49:3
50:3,7,10
50:14 51:24
54:16,19
55:7 57:20
57:22 60:7
60:12,15,21
61:7,16,23
62:4,19,23
63:4,13
65:23 66:4
67:14 69:3
70:25 73:25
74:5,13
77:20 78:10
78:19 81:10
81:20 82:15
82:17,19
83:12,25
84:8,13
85:22 86:12
86:19,24
87:3,9 88:1
88:8,15,18
88:22,25
89:10 90:11
90:17,25
91:4 92:16
92:19 97:15
97:20,25
101:6 102:1
102:11
103:14,24
104:6,12
105:10
111:8
112:19,23
113:6,18
114:13,19

115:13
116:4
120:23
121:8
122:20
124:5 125:2
128:15
129:19
130:16
133:3,10
134:10,21
137:4,17,22
138:4,13
142:7,9,16
142:25
145:21,25
146:6,15,23
147:7,12
150:3
151:25
152:7,13
153:8,18,22
153:24
159:10
164:2,9,24
165:3,7,17
168:8 170:7
170:12,16
170:20
171:2,9,14
171:20,23
174:9,14
175:21
176:4,12
177:8,18,24
178:7,10,16
178:19
179:9,22
180:23
181:11
182:16
183:3,19,23
184:3
190:17
191:18
192:8,12
199:20,24
202:20

203:7 204:2
204:15
210:19
211:18
212:11
213:13,19
213:25
214:8,16,19
215:6,11,15
215:24
216:3,14,17
216:25
217:3,7,12
217:15,19
218:20
219:6,12,16
220:23
221:6,12
222:4,10,13
222:18,23
223:3
225:13,19
226:12,25
227:15
228:21
229:23
230:7,25
232:6
238:10,12
239:8,15,23
240:9,19
241:8
242:16
243:6 244:6
244:14,25
246:12
249:8,13
251:1,18
252:4,8,13
254:22
255:8,15,24
256:12
259:10
260:22
264:19,24
268:16
272:11
275:6

279:23
280:14,20
282:6,11
287:9
288:14
294:25
299:9 300:1
300:15,20
301:3
303:22,25
304:3
312:25
317:1
322:14
347:16,19
347:25
348:8 349:5
349:7,12,16
356:9
363:20,23
364:20
365:4
367:12
369:5,8,12
371:6
373:24
374:11,22
375:4,10,16
376:23
378:17
379:1,9,14
382:4
**Scott** 279:18
279:19
**scrambled**
189:14,17
189:19
306:14
**script** 168:11
309:25
310:11,17
311:2,24
313:12
345:1,4
350:15
**scripted** 42:4
73:17 75:11
75:16 285:5

285:6 286:3
**se** 234:1
250:23
351:2
**search** 99:19
100:18,21
100:25
101:3
**second** 63:8
81:19 82:13
82:22 109:2
115:17
133:21
148:7 157:3
162:2 292:3
322:22
365:21
382:9
383:12
**seconds**
198:8 338:5
**section** 196:2
**Security**
13:15 14:8
17:5
**see** 8:8 9:6
15:23 18:10
42:16,16
48:12,16
52:22,24
60:3 65:6
65:11 66:2
81:14,25
82:2 87:10
93:22 99:20
100:22
115:20
116:1
132:10
133:12
135:9
140:21,23
141:3,13,17
143:23
144:9 149:4
150:11
153:6
163:14

166:14,18
174:4
175:23
176:13,17
179:20
181:25
182:6,10,23
183:1
185:21,22
203:8,16,18
203:19,21
207:19,20
211:24
215:24
216:1
220:15
222:2
223:12
227:10,19
244:4 251:4
254:10
270:13
271:20
275:17
282:1,4
283:3
285:13,20
288:20
291:23
293:6
295:22
298:12
304:14,14
304:15,15
307:5,9
308:9
310:20
311:14,25
314:17
318:16
320:9
324:11
327:20
330:6,20
332:5,11
333:9 339:4
339:10,17
339:19

344:22,24
345:13
346:7,8
347:8,11
368:24
370:7,20
**seeing** 32:1,3
182:12
190:20
221:25
301:13
302:11
308:10
338:20,23
369:17
**seek** 57:25
192:15,20
**seeking** 16:22
191:5
261:13
331:11
**seen** 16:10
32:8 53:14
56:22 66:2
166:17
174:5
198:15,17
200:1 208:2
215:22
221:24
251:23,25
252:1
281:14
324:1,6,8
324:12
347:3
350:16
362:17
371:8
**sees** 198:10
**segment**
162:23
285:24
**seizure**
312:11
**sell** 155:12,17
155:25
156:5,9,9

156:12
197:15,15
354:23
**selling** 134:19
155:4,6,8
155:23
156:2,14
175:7,14
176:1,5,6,7
185:12
204:1 208:7
289:3 291:7
291:10,12
299:5,8
303:14
304:11
307:18,21
**sells** 304:17
**send** 91:24
92:3 278:3
**sending**
100:12
276:12
**sense** 36:25
70:19
**sent** 18:13
79:3 89:20
92:7 93:3,8
94:19,20
95:1 96:16
100:20,22
139:23
194:19
302:6
313:19,25
360:15
362:2,6,23
363:14
**sentence**
322:22
371:16
**separate**
291:4
**September**
8:3 151:12
151:17,21
153:5
154:21

204:11
212:20
291:22
**sequences**
71:12
**series** 282:25
283:13
296:17,19
**serious**
199:21
202:4 203:5
205:3
267:18
268:5 337:7
**seriously**
8:18 287:21
**serve** 12:8
**served** 100:4
100:11,14
369:14
**session** 25:3
**sessions**
19:22
**set** 96:6 148:7
150:20
286:4
381:10,20
383:12
**setting**
285:16
**settlement**
273:13,19
275:2
**seven** 307:2
**severe** 131:5
185:8
**severely**
112:25
113:16
131:12
159:2
**severity**
30:19
336:23
**shake** 306:22
306:24
**shaken** 308:2
**shakes**

251:24,25
**shaking** 36:6
**share** 45:5
341:4,10
**Shawn**
338:20
339:11,17
**sheet** 11:21
385:7,9,12
385:15
**sheets** 277:5
**She'll** 50:14
**shift** 296:10
**shimmer**
296:8
**shimmy**
298:16
**shit** 304:25
313:3
**shiver** 354:11
354:13
**shock** 240:6
257:25
**shoot** 77:10
**short** 137:2
**shorten**
275:18
**Shorthand**
2:16
**shortly**
235:21
**shot** 39:7,16
40:24
156:13
166:15
168:18
174:16
180:1
223:25
224:1
225:12,17
225:20
265:18
266:1,3
295:25
296:5
321:21,25
345:24

346:2 353:6
366:8
**shots** 41:2
55:12 58:13
158:3
163:18
168:22
169:3,13,19
169:24
174:6
185:22
188:12
224:4,7
225:2
227:22
265:13,15
266:4
268:11
269:18,20
296:13,23
298:11
303:11
306:23
315:6,7,23
318:8
320:20
321:9,17
346:3,5,5
356:1
364:15
366:1,6
**show** 98:18
99:3 125:25
133:6 139:7
145:12,23
157:20
164:14
210:6,13
233:19
311:16
312:10
332:20
333:1,3
334:4
352:18,19
382:22
**showed**
138:11

139:11
142:14
179:24
278:8,11
322:20
**shower** 59:3
59:5,5,23
190:10
220:2 319:6
**showing**
130:22
132:7
143:10
281:10
**shown** 123:6
129:21
221:20
380:11
**shows** 87:9
87:11
142:21
212:23
218:1
253:16
274:16
296:23
328:19
352:14,21
**shut** 281:2
**sic** 238:9
242:22
**side** 92:20
223:10
292:8,10
326:22
334:10,11
334:11,12
**sight** 163:21
**sign** 89:18,21
101:12,15
102:14,17
385:8
**signal** 196:21
197:20,22
197:23
198:11,12
**signature**
150:11

195:16
386:22
**signed** 19:24
20:5,7
21:24 38:10
38:13 89:23
90:4 101:16
102:4
104:13
150:2,7
190:14
195:13,18
195:22
**significant**
135:8,15
137:1
141:19
144:20,22
158:8
159:18
210:10
315:6,25
**significantly**
317:20
**signing**
385:10
**silent** 187:6,8
**simple**
181:10,13
181:16
**single** 55:2
**singles** 161:9
162:25
**Singleton** 1:8
5:15 20:18
152:16,20
383:14,16
**Singleton's**
20:8
**SINGLET...**
280:11
384:16
**SINGLET...**
280:12
384:17
**Sinuses**
141:25
**sir** 6:16,19

7:1,2,20 9:4
19:12 20:13
20:16,23
21:1 22:6
28:15,20
34:7 37:22
41:7,10,14
41:19 46:7
46:15 47:25
51:16 56:14
59:15 61:3
64:6 66:5
66:17 68:13
70:13 72:3
72:7,9,23
73:4,10
74:1,2
84:11,25
87:17,22
91:17,21
93:6,10,14
93:19 94:4
94:7,10
96:13
101:19,23
102:15,18
103:6,20
109:7,20
110:23
111:9,24
112:3,9,16
116:2
117:13,15
120:18,21
125:4
130:12,25
142:12
143:11
144:13,15
148:16,19
148:24
149:9,25
150:25
151:3
152:25
153:20
154:13,18
154:24

155:2,14,19
157:13
158:1,25
159:6,12
162:17
163:6
166:20
174:8 177:4
181:9 182:3
184:21
188:22
193:16
194:4 195:2
195:17,22
196:1
197:17
199:5,9,15
199:25
200:14,18
201:9
202:21
203:1,8,11
211:4,7,12
211:14
212:9
224:19
230:12,19
236:12,15
241:6
245:19
250:17
252:3
261:25
262:2 265:7
265:16
266:24
283:23
287:13
295:16
321:15
325:6
335:18
341:14
**sit** 27:25
122:5 171:5
311:16
319:3
331:17

361:17
370:9,10
**sitting** 146:1
175:18
216:20
310:4
370:20,21
**situated**
10:23
**situation**
10:21,25
325:21
327:5
**six** 40:20,20
307:1 330:5
334:19
**Sixth** 4:6
**six-man**
21:14
**six-year**
262:8
**skilled**
162:12
217:23
**skim** 209:3
**skip** 64:17
115:24
126:8
**skirt** 182:13
345:15,19
345:20
**Skull** 97:8
**Slam** 108:24
**sleep** 15:12
263:9,10,13
263:15,16
263:19,19
263:22,23
264:9,12,15
331:23
**sleeping**
331:20
335:11
370:22
**sleepless**
330:12
**slide** 161:3
**sloppy**

297:22
**slow** 211:19
301:13
**slow-mos**
219:8
**sluggish**
224:16
321:24
**SmackDown**
342:25
**small** 161:14
162:21
**smart** 51:3
**smash** 172:5
**smashed**
42:11 176:1
176:9
**Smiley** 94:15
94:22 95:21
**Smith** 15:24
15:25 16:1
16:1 79:3
79:23
130:24
132:8
133:15,23
331:7
**Smith0205...**
132:4 383:4
**Smith0205...**
132:5 383:4
**Smith0205...**
130:19
382:24
**Smith0205...**
130:20
382:25
**snapchat**
25:25 26:4
26:5
**snapped**
327:13
**Snapshot**
25:23
**social** 13:15
14:8 17:5
25:18 26:18
26:22,24

27:6 28:3
266:10
**Soft** 143:23
144:18
**sold** 175:24
**soliciting**
83:22 84:2
84:5
**solid** 161:18
218:10
305:3
354:17
**solute** 327:19
**somebody**
60:1,11
71:10,17
75:19 77:21
78:5 106:21
127:12,13
127:14,15
155:8
156:19
172:16,21
172:22
175:12,18
187:9 207:7
230:5
243:12
255:11
287:5
299:14,17
299:24
303:7
305:14
315:21
324:6
354:21,22
374:2
376:22
377:5
**son** 10:20,22
11:2 236:10
238:21
**soon** 270:14
**sorry** 12:2
22:17 24:18
35:3 43:16
47:2 56:4

66:14 81:13
81:20 83:25
96:13 103:7
117:9 150:7
164:25
172:7
174:24
175:1 182:2
202:9,11
213:13
219:21
224:1 232:2
235:14
249:20
260:22
264:2
269:10
274:24
345:19
346:22
365:23,23
**sort** 36:24
40:22 67:5
92:9 116:22
156:23
157:9
162:11
194:5 197:8
197:14
203:19
227:19
271:9 272:5
282:25
284:4
285:15
**sorts** 162:16
**sought**
190:15
227:8,10
**soul** 160:25
**South** 56:3,4
56:8 247:21
248:11,14
249:21,22
249:24
**space** 328:2
385:6
**spanning**

134:4
**spar** 268:21
**sparring**
267:8,12,18
268:6
269:14
**speak** 20:17
80:4,14
137:7 165:4
215:2 348:7
**speaker**
117:24
**speaking**
167:10
197:13
316:19
349:12
376:11
**speaks** 115:3
281:22
382:17
**special** 352:5
352:6
**specialist**
334:8 369:1
**speciality**
368:25
**specific** 58:16
59:8,13
62:16 63:1
63:2,6 89:6
174:6
193:22
220:8
226:23
227:12
316:12
317:9
318:20
376:15
**specifically**
61:19
154:14
220:17
229:19
317:12
318:23
335:20

348:20
377:23
**specifics** 53:5
53:7 221:4
**speculate**
275:8
349:11
**speculating**
318:12
**speculation**
65:24
182:17
227:1 231:1
239:16
240:10,20
244:15
251:2,19
252:5
254:23
255:9,25
264:20
275:7
279:24
287:10
288:15
300:2
309:15,21
322:8 338:7
374:23
375:11,17
376:24
**speech** 217:1
217:2,4
243:14
**speeches**
180:14
188:21
**speed** 77:8
207:20
**spend** 24:11
109:23
343:6
357:22
**spill** 312:8
**spinal** 9:1
**spinning**
185:4

**spoke** 79:25
80:2 89:16
92:5,6
94:13,14,15
105:6 303:6
339:23
**Sport** 274:17
**sports** 44:12
44:16
111:12
274:15,16
324:2
382:15
**spot** 270:18
271:2,5
276:4 282:9
283:18
305:20
356:24
357:2,16,18
**spots** 311:19
**spotters**
311:9
**spurs** 333:23
**ss** 380:2
381:3
**St** 3:7
**staff** 93:13
94:24
190:21
378:6,11
**stair** 57:18
**stairs** 34:20
35:20,22
36:10,13,24
73:12,15,20
75:20,25
77:5,22
206:14
208:15
211:22
218:9
301:10,18
301:20
302:7,13
365:17
384:6

**stand** 142:19
299:25
300:4 316:7
316:9 328:1
357:25
358:3,3
**standard**
14:9 18:8
255:17
**standing**
270:5
299:16,20
300:3 307:3
307:4
**standpoint**
359:1
**stands** 218:22
307:2
**star** 53:23
54:1 96:22
111:13
382:16
**stare** 328:1
331:17
**Starrcade**
51:14 63:19
64:4 67:12
336:1 382:7
**stars** 42:16
53:24
176:17,19
**start** 44:21
55:17 91:10
148:23
149:1
164:19
204:20
243:7
282:20
**started** 14:1
14:2 31:13
31:14,17
32:1,2 33:8
33:11 35:15
35:20,21,21
36:2,16
37:22 38:12
55:19 66:18

96:14
106:22
127:10
218:5,18
241:16,22
241:23,25
264:3
282:21
283:5 292:7
324:22,23
324:24
330:3,25
331:3 335:5
335:8
**starts** 282:15
**state** 6:11
21:4 117:15
124:12
129:5 134:1
135:5 223:8
270:12
380:1 385:5
**stated** 187:7
326:4
359:15
**statement**
23:19 50:9
50:10 54:22
122:2 202:5
202:6 214:9
215:4 247:4
247:6
256:14
292:17
326:7,25
356:14,22
359:24
360:7 368:4
372:2,3
374:13
**statements**
45:3 120:11
121:20
125:6 135:2
329:5
**states** 1:1 5:6
131:4,7
192:15

**stationed**
12:13,15
**status** 269:4
270:22
272:22
384:11,13
384:14
**stay** 9:14
224:15
331:22
**steel** 34:15
35:25,25
165:24,25
166:3,9
212:24
218:19
293:19
**Steeler**
231:25
232:2
**Stefanie** 4:10
6:5
**stefanie.lac...**
4:11
**stenosis** 9:1
**step** 199:1
210:3,3
211:20
307:6
**Stephanie**
108:10
308:17,19
309:3 313:8
342:9
343:20
344:20
349:25
375:19,20
**Stephanie's**
351:8
**stepped**
307:10
**steps** 22:15
22:20,23
23:3,16
34:15 37:9
59:17 74:8
74:17,20

75:9,12
76:21,25
77:2,19
111:6
114:12
149:15
204:22
205:4,11,14
205:20,25
206:9
207:24
209:6,8
211:11
212:2,2,7
212:24
217:25
218:19
219:4
**steroid**
236:25
237:23
240:1
256:18,24
327:12
**steroids**
256:25
257:7,12,18
257:19
326:2
**Steve** 35:23
36:22 59:17
69:25 94:1
94:14,21
95:18
247:23,25
249:6
282:23
299:18
308:13
**Steven** 21:13
21:16 22:14
22:19 23:15
36:14 37:8
60:4 69:23
109:23
111:5
114:11
157:16

283:10,19
315:4
**stick** 138:6
158:11
333:18
**sticking**
83:20
**stiff** 71:18
295:2,11
296:23
302:23
303:9
304:22
309:17
**stiffed** 158:5
**stipulate**
152:1
**stitching**
362:1
**stomach**
58:25 59:21
59:24 60:6
219:20,24
317:15,18
317:19
319:5
**Stone** 198:23
199:11
**stood** 41:5
**stop** 64:22
86:18
183:25
184:4
206:14
281:21
282:4,6
285:23
288:22
289:10,12
294:23
295:18
298:7
354:20
**stopped**
27:19,20,20
134:2
276:12
306:2

**stops** 354:24
355:2
**stories** 241:4
325:13
**story** 54:4
72:8 124:19
236:14,21
238:2,19
239:6,18
241:10,11
257:4,21
343:3
359:17
**straightfor...**
171:15,18
181:16
**strange**
254:20
**street** 2:13
5:11 44:18
44:24
**strength**
291:2
**strike** 91:7
133:19
137:14
226:1
252:16
255:1 265:3
**strong** 160:12
**stronger**
291:6,6
**struck** 156:1
**struggle** 68:9
**student**
268:22
**students**
46:16 268:7
**studies**
245:24
**studio** 268:7
**study** 140:4
141:4
246:23
**stuff** 25:14
35:13
119:13
146:11

160:15,21
161:11
165:19,20
167:23
180:5,6,6
221:10
241:20
266:8
307:10
336:7
**stung** 156:7
166:22
**stunt** 75:8
208:10
294:8
**stupid** 47:13
**style** 41:8
70:21
**subject** 89:6
89:7 380:10
385:10
**subjective**
137:16,21
137:23
**subjects**
120:5
**submission**
162:15
**submit** 15:17
**submitted**
15:22 25:4
57:8 58:12
**subscribe**
276:10
**subscribed**
380:17
**subscriber**
276:14
**subsequent**
187:17
**substance**
89:12
222:24
**success** 267:3
**sue** 177:21
178:2,9,15
179:7,14,15
**suffer** 204:9

228:14
229:1,2
**suffered** 31:7
49:1 51:10
154:7
182:15
184:23
185:8
225:16
252:11
314:15
322:25
323:5
339:17
340:20
**suffering**
31:15 93:16
114:9 117:6
117:10
135:23
168:4
227:19
243:9
251:17
**suggested**
368:23
**suggesting**
207:15
370:3 374:7
**suicide**
236:11
**suing** 29:5
178:2
**suit** 133:13
**Suite** 3:7
**suits** 29:11
**summarized**
92:10
**summarizing**
92:12
**summoned**
377:4
**super** 313:18
**Superstar**
248:22
**supplement...**
148:4
150:19

383:11
**supplying**
236:6
**support**
16:22 17:2
133:1
**supposed**
69:4 77:7
78:7 124:4
126:14
156:20
157:10
185:18
197:15,16
197:20
208:12
238:18
285:18
286:4,6,7
293:21
294:6,9
313:22
321:8,11
364:18
379:4
**supposedly**
114:11
136:10
181:25
237:14
239:13
242:12
243:5
245:21
259:16
**sure** 9:6
10:22 12:10
13:19 14:25
16:5,9
18:22 20:6
21:6,22
29:2,17
30:24 32:18
32:21 47:17
52:4 59:9
70:16,18
79:10 80:6
80:19,20

83:1 85:14
99:8 106:17
118:4,12
146:22
152:13
153:12
183:23
193:15
194:17,17
198:7 214:1
221:6 234:4
234:15
238:6,22
239:25
240:4,11
244:23
245:17
250:8
251:10
252:21
260:25
261:3 266:5
266:18
278:24
282:9
289:14
293:12,17
297:15
304:3
355:15
361:16
369:24
375:18
379:9
**surprised**
197:13
**survive** 272:2
**suspicion**
213:6
**sustain**
302:10
**sustained**
22:12 54:15
58:15
323:12
**swears** 280:1
**sweating**
59:22 319:3

**swelling**
143:24
144:18
**swellings**
145:2
**switch** 146:24
**swollen** 144:6
144:8
**swore** 21:25
**sworn** 6:7
58:5 150:18
380:17
381:11
**symptom**
137:15,16
137:20
262:18,20
**symptomat...**
136:18
**symptoms**
30:10,16,18
31:6,15
32:14 93:17
114:9 117:6
117:11
133:1,7
135:9
136:10,12
136:20
137:1 177:4
177:5,15
241:24
242:15,21
243:3,23
260:14,19
260:21
261:7,11,20
261:24
262:9,10,11
262:23
265:5
268:14
320:1,18
321:23
322:6
324:22
329:23
330:2 331:1

372:7
**syndrome**
15:14 31:19
140:2
**systems**
135:16

**T**

**T** 6:6 148:1
148:11
381:1,1
386:2
**table** 34:21
35:5 219:19
370:10
**tables** 34:22
34:23 39:3
163:7
**tag** 21:14
161:8
284:16,19
285:8,9,11
285:12,15
285:16,19
285:25,25
286:7,12,13
286:14,18
286:19,20
286:20
288:6
310:14,21
310:23
312:18,20
346:12
347:13
348:2,13,24
350:4,8
358:20
**tagged** 286:2
**tags** 284:21
**take** 10:22,23
11:2,4,7,8
11:11,12
26:6 39:15
41:2 59:3,4
59:5,23
63:13 69:4
69:7 70:10

78:17 86:16
93:2 102:12
104:14,16
104:20
129:11,14
146:24
149:6 151:9
161:19,22
161:22,25
166:15
167:7,17
168:18
172:5,8
173:1
185:19
190:10
196:8
202:12
206:10
210:5
216:12
220:2 221:8
224:8,10,11
224:13,18
231:14
265:13,14
266:4
270:10
275:13,14
279:3 281:4
294:2
300:18
304:9
305:10,25
319:6 342:2
354:8 373:5
**taken** 6:18
63:17 103:3
138:10
147:15
193:4
210:24
275:21
280:6
298:11,14
299:3
300:24
330:18

351:23
356:19
360:15
**takeover**
103:2
**takes** 108:13
198:4
382:13
**tale** 125:18
**talent** 38:2
91:20 98:3
98:19
106:22
194:6,19,21
229:5,6,7
229:12
247:25
279:9
322:17,24
342:19
**talented**
294:22
**talk** 20:14
43:22 44:1
44:3 45:1
72:10,12,17
89:5 94:11
97:1 109:9
184:1 210:7
210:12,19
210:20
220:10,16
220:18
231:18,21
232:4,10,19
235:13
239:24
252:1 253:2
253:4
259:13
260:6
279:19
288:8 290:8
311:17
318:4
346:11
371:4 379:4
**talked** 20:21

88:5 89:15
151:7
157:14
197:8 205:5
220:24
245:18
253:20
271:4
301:10
304:7
317:11
324:9,10
325:3
334:16
335:23
340:2,5
344:8 346:1
348:19,23
354:18
372:16
**talking** 23:10
24:20 30:3
35:23 49:11
55:8 61:9
61:14 64:4
64:8,25
80:22 81:1
81:7 90:18
106:22
109:22
126:4
149:14
154:20
170:2
190:11
192:19
202:16
204:6,19
205:2 225:7
225:8
232:12,15
239:19
251:12
253:10
256:1
279:11
284:24
285:3

289:20,21
310:20
335:17
346:3
349:23
352:1
358:21
367:25
**talks** 123:2
382:19
**Tambour**
56:13,16
57:23
190:23
244:8,17
**Tampa**
106:14
259:5,6,22
**tape** 74:25
173:20
175:1
209:20
210:6,13
211:15
251:21
282:4,24
288:22
292:11,15
297:11
302:14
352:16
**tapes** 25:8,9,9
74:23,24
179:19
326:14
**taping** 96:17
106:15
220:20
376:25
**tapings** 98:14
343:25
344:2,10
**taught** 305:3
**Taylor**
282:23
**TBI** 154:8
159:9
262:21,25

314:15
**teach** 46:8,13
46:16
268:19
358:5 367:5
**teacher**
268:24
269:13,17
**teaching**
117:21
**team** 160:25
161:8 310:3
**tear** 333:25
**telephone**
26:7
**televised**
352:11
**television**
372:17
373:2,7
**tell** 6:21 8:13
8:19 10:4
17:1 19:3
31:21 32:13
44:15 57:21
57:25 58:14
58:19 79:13
86:13,15
90:9,23
100:7
120:14
122:10,13
124:16,24
125:18
130:14
131:17
133:18
134:16
135:1
138:18,22
139:10
140:3,5
142:13,18
145:7,10
163:17
168:17,20
168:23,24
169:7,22

170:21
171:16
179:13
183:17
185:23
186:17,25
187:9
188:10
198:4 204:3
204:4 214:5
214:11,18
214:22
217:9,14
220:24
225:21
227:14
230:20
231:3
249:15
260:12,18
260:20
261:5,8,18
261:22
268:3,22,25
269:13
270:8,14
282:3 283:4
284:16
288:21
309:16,24
314:1 317:6
317:7 319:9
321:2
327:14
333:6 334:4
348:10
350:6 351:5
352:20
357:11
361:8,9
363:3,7,19
363:25
364:7,25
365:2,15,18
369:16
372:12,13
375:20,24
376:3

377:17,25
379:8
**telling** 6:21
  27:13 31:14
  128:7
  134:18
  136:1
  137:12
  139:17
  142:22
  215:3
  222:25
  223:4
  241:23
  285:7
  287:11
  288:5,7,10
  318:8
  337:19
  365:8 378:1
**tells** 163:22
  194:18
  197:24
  290:9
  376:22
**ten** 26:1
  39:18 40:3
  48:2,9
  332:16
**term** 155:4
  156:15
  306:18
  308:3 311:9
  311:10
  315:12
**terminated**
  102:25
  103:4
**terminology**
  352:22,25
**terms** 25:18
  96:5 153:21
  155:3 167:2
  167:25
  195:20,23
  197:6
  240:15
  353:1

363:17
**terrible**
  201:24
  263:9
  331:21
**Terry** 162:20
  162:22
  166:5
  174:16
**test** 334:9
**Testa** 259:15
**tested** 329:15
**testified** 6:8
  6:14 19:5
  20:12 30:6
  66:2 96:3
  108:1,5
  210:15
  218:3
  247:10
**testify** 18:23
  349:3
**testifying**
  347:15
**testimony**
  19:1 20:24
  28:1 29:3
  32:4 37:4
  37:11,14
  60:20 61:1
  148:17,22
  207:1,9
  209:21
  210:2 211:9
  216:9
  218:17,22
  234:16
  235:9
  242:18
  250:10,11
  288:25
  300:11
  301:6 348:1
  348:12
  361:18
  363:24
  366:13
  376:11

380:8
  381:12
**testing**
  324:24
  331:4
  334:13
  369:19
**testosterone**
  57:6,11
  257:7,10,11
  321:9,14
  330:17
  365:19
  366:1
**tests** 139:24
  145:23
  334:7
**thank** 129:16
  141:2 151:3
  166:8
  181:20
  193:1 216:4
  217:1
  300:10
  349:17
  378:16
**thanks**
  153:24
  216:18
  369:12
**therapeutic**
  57:9
**theses** 331:4
**thing** 19:25
  20:3 35:14
  46:20 47:6
  47:7 61:6
  64:19 67:20
  107:4 108:9
  110:18
  116:12,16
  119:15,16
  123:17
  127:1,22
  155:13
  183:20
  185:6
  243:25

256:4 276:6
  276:9,23
  288:19
  291:23
  295:5
  297:20
  312:16
  313:5 321:6
  327:14
  332:25
  337:1 338:2
  344:21
  362:19
  377:21,23
**things** 24:9
  31:16 35:20
  36:20 86:4
  105:8,13
  114:17,22
  118:9 119:7
  119:8 120:2
  124:21
  126:25
  135:22
  138:21
  140:2 146:9
  162:16
  167:13,17
  167:18
  171:7 190:8
  198:1
  199:23
  206:3 244:3
  245:4 249:4
  266:11
  271:3
  273:15
  275:24
  318:3,7,15
  318:24
  321:5 335:7
  335:13
  336:9,10
  337:6 342:5
  342:6 347:6
  348:10
  359:24
  360:5,9

361:5 368:6
**think** 7:10
  9:7,9 12:6,6
  12:9 13:18
  13:19 14:1
  14:13 15:23
  16:4,8,9
  20:1,6
  25:24 26:10
  26:15,22
  28:11 29:1
  43:15 47:9
  47:18,18
  48:1,6 50:3
  50:4 52:20
  58:20 59:12
  64:19 66:23
  70:16 71:25
  74:22 75:10
  78:8,24
  80:19 85:19
  91:19 93:3
  102:9 104:9
  106:16
  108:6
  112:20
  115:11
  118:5 122:6
  137:9
  145:17
  146:13
  148:21
  163:20,25
  166:9 174:6
  175:19
  176:24
  182:11,15
  183:17
  184:22
  186:4
  187:25
  189:2,7
  194:10,11
  194:16
  203:13,22
  204:20,21
  204:23
  209:7

223:16
  226:24
  230:19
  233:10
  236:4 238:5
  241:21
  245:15,16
  248:19
  252:9,15
  255:18,21
  256:5,9
  265:20
  266:13,17
  266:18,21
  271:23
  272:9,15,17
  274:15
  276:25
  277:23
  278:1,15
  279:21
  280:15
  282:2 287:4
  287:14
  292:12
  293:18
  294:12
  298:8,19
  299:14,20
  299:23
  300:5
  309:19
  315:18,18
  316:3 327:1
  327:7,8
  336:16
  338:3
  341:19
  346:20
  353:13
  354:3
  355:14,17
  356:9
  364:16
  365:15
  367:14
  368:11
  371:12,13

372:19
374:1,24
375:21
376:7,10,16
377:13
378:14
**thinking**
275:1
**third** 157:3
161:23,23
228:3 339:2
**thirty** 385:16
**thorough**
158:13,16
158:20
**thought**
24:18 47:14
47:15,19
50:19 51:6
58:15 94:23
95:22
116:20
176:5 180:7
186:21
187:9,12
203:25
218:2
241:24
255:6,10
264:14,15
267:21,21
274:24
301:9,17,19
302:8 327:8
329:7
334:25
335:1 375:1
375:25
376:4
**three** 8:25
138:8,10
140:7
162:22
176:16
213:1 215:1
269:19
281:11
285:8

306:23
307:8
320:11,23
**three-quart...**
117:16
118:23
120:12
123:15
125:7,9
127:19
**threw** 36:23
37:9 59:17
111:6
114:11
**throw** 22:14
22:19 73:19
74:8 75:19
270:7
**throwing**
17:6 73:11
77:21 268:9
305:6
**thrown** 35:4
35:8 74:17
74:19 75:9
75:25 76:25
77:1,5,19
149:15
166:3
**thumbing**
318:2
**Thirteen**
126:1
382:22
**tied** 373:6
**time** 5:8 9:19
11:15 14:3
14:7 20:19
20:21 24:11
31:4 35:3
38:4 41:13
53:20 55:15
56:10,17,21
57:6,14
59:1 63:15
63:21 72:25
80:9,12
81:24 89:15

91:18 92:11
95:4,24
97:16 98:10
104:2 105:9
105:11
109:10,21
109:22,25
110:25
111:1 112:2
113:21
114:1,5,6
120:19
121:6
124:14
126:19,25
129:11
136:5,13,16
136:21
137:3,19
144:24
147:4,7,13
148:2,9
159:16
160:3,5
161:14
166:13
176:20
181:8 187:4
190:5
191:21
193:2,8
194:11
196:23
198:19
204:24
210:22
211:1 213:7
226:19
227:3,9
228:4 238:1
239:3,12,25
241:21
247:19
248:13,20
249:1 250:6
252:24
253:12,12
253:19

258:16,25
260:11,23
263:15
264:5
265:17
266:3,4
271:17
272:13
275:19,22
276:13
285:12
294:16
300:25
307:5
308:19
313:17
314:15
315:7
316:16
319:14
321:18
323:15
326:10
328:24
329:18,22
329:25
330:8,16
334:18
335:21
336:20
337:13
339:20
340:7,18
341:8
343:21,24
344:13
350:24,25
353:8 354:8
357:22
358:22
366:5
367:15,22
368:7
369:18
370:18
372:3
378:16,19
379:16

**times** 16:10
39:15,24
42:10 68:8
73:15,18
74:16 75:20
76:3 89:17
98:12 106:9
106:13
107:13
109:13
117:14
122:1,6
126:16
156:10
171:21
176:16
181:5
187:25
188:9
189:18,19
192:18
207:22
209:17
272:8 303:3
306:16
307:16,16
307:17
308:8
310:10
343:6,9
**tip** 207:13
**tired** 58:11
320:25
321:24
**tissue** 143:24
144:18
333:3
**title** 163:3
**TMI** 262:21
**TMJ** 78:23
79:1,4,13
79:19
**TNA** 102:19
103:8
**today** 19:12
24:19 27:25
60:2,20
61:2 84:23

111:4
114:10
122:5
167:23
177:2 204:7
210:3
236:18
254:11
275:25
279:22
281:7 300:7
303:13
304:7
314:22
335:4 337:5
338:24
339:7 342:7
352:22
367:17,24
368:8
**Today's** 5:7
**told** 9:24 11:1
11:6 17:4
17:16,19,21
17:24 31:25
32:4,7,7,10
53:4 58:7,9
58:10,17,22
59:4 79:16
79:20 94:1
94:25
106:18
107:13,21
108:7 121:6
121:12,16
122:7,18,23
124:1,19
125:11
130:1
134:13,22
135:6 136:2
137:10
138:14,15
138:16,20
139:2,20,22
139:23,25
140:2 142:6
142:20

144:21,23
145:16,18
172:19
190:6,9,13
191:7,10,14
191:22,25
212:16
214:11
219:25
220:1 222:3
222:10,13
223:1,19
224:25
226:24
227:14
228:13,19
248:2 268:5
290:6
313:24,24
317:16
319:1,2,5
319:11
320:2 321:1
333:14
350:24
361:15
363:9,17
364:3,10
365:12
376:8
377:17,20
378:11
**Tom** 94:15
94:21
277:17,19
**Tombstone**
200:4,5,10
**Tommy**
122:13
124:15
**tomorrow**
300:14
379:5
**Tondo**
308:13
**tonight**
225:11,16
365:17

**Tony** 163:22
**top** 84:14
110:23,24
115:9
131:23
132:13
154:17
159:21
160:14
166:7,8
173:22,24
205:12
206:14
207:23
240:13
383:20
**topics** 146:24
**torch** 251:5
251:13
276:22,23
277:2
**total** 199:14
309:15
**totally** 263:18
**touch** 106:25
**tough** 71:7,18
167:7
233:11,12
233:18
270:17
271:1 272:7
299:21
337:11
**toughness**
44:24
**tour** 96:23
343:1,25
**touted** 44:24
**Tower** 3:6
**town** 369:24
**towns** 98:23
**toys** 39:3
**trade** 75:1,4
75:5 208:11
**traditions**
67:9
**train** 127:14
253:15

**trained** 46:1
91:15 95:20
248:9
287:23,25
304:19
305:3 309:5
309:8,10
**trainer** 93:13
94:24 95:10
95:18
106:23
107:2,12
**trainers**
43:15,19,22
43:25
351:15,17
351:18
352:2
355:12,17
355:18
370:10,20
377:3
**training**
45:25
127:11
248:16,25
**transcribed**
126:11
**transcript**
380:10
385:18,19
**transcription**
127:24
**transition**
95:4
**trauma** 79:14
114:10
133:24
139:14,16
139:18,21
139:23
143:25
144:19
145:3
183:18
226:22
227:20
228:10

240:18
242:13
260:8
319:10,18
319:22
329:11
333:1
336:25
**traumatic**
84:20,24
85:6 87:16
87:24,25
88:6 89:9
158:10
184:23
204:8 205:3
224:23
**traumatized**
333:9
**travel** 194:12
**traveled**
328:12
**treat** 322:23
323:4
**treated** 58:3
103:12
112:13,24
130:10,13
324:23
333:24
362:22
**treating**
57:13
323:11
355:23
362:21
**treatment**
190:15
192:16,20
213:5
221:23
226:21
334:20
**treat-in-ring**
191:24
**tribute**
327:19
**tricks** 75:1,4

75:5 208:11
**tried** 32:17
106:10
230:3
297:21
314:1 357:3
**Tripe** 108:10
**Triple** 308:17
309:3 313:8
351:8
**Triton**
311:14
**trouble**
230:10
**true** 9:17
10:9 33:6
33:22 58:8
91:4 119:3
125:6,8
136:15
150:9,22
332:7,7
357:5,6
376:9
380:10
381:12
**truly** 301:19
**trust** 200:11
326:24
341:23
**trusted** 326:9
341:24
**truth** 6:21,21
6:24 114:2
114:2,4
124:24
130:14
168:25
**truthful**
256:7
**try** 27:6
40:23 41:17
60:23 69:7
69:21 76:3
76:14,15
180:13
199:3
207:17

208:24,25
243:8 261:6
267:7
269:25
271:12,13
293:25
297:25
306:22
319:6
341:25
349:8 355:4
374:1
**trying** 32:17
51:4 68:19
68:21,22
69:12 70:20
76:6,9 77:5
79:15 86:3
86:4,19
93:11 95:5
95:17 99:24
100:8
105:24
107:9
113:13
117:22
133:6
157:10
158:13,16
158:20
167:3
222:23
229:22
230:6 231:3
256:9 261:1
265:5
268:19
284:17,21
284:24
297:23
310:14,18
310:21
**tryout** 55:20
**Tuesday**
19:15
**Tuesdays**
220:15
**Tumblr** 26:9

26:10
**tumor** 260:7
**turkey**
119:14,18
**turn** 84:11
86:22 99:6
99:10,11
140:18
153:1 196:1
312:1
**turnbuckle**
286:11,17
286:20
292:21
293:1
**turned** 18:16
99:18
205:22
369:3
**turning** 36:24
86:6 296:7
**turns** 200:2
**TV** 95:7
96:15,17
98:14
106:15
220:14,20
248:3
270:14
273:16
274:9,11
304:21
310:5
311:13,13
311:19,22
352:9
360:14,15
376:25
377:5
**TVs** 342:24
352:8
**Tweet** 245:20
**Twenty**
366:24
**twice** 186:18
198:17
233:9
**Twitter** 26:12

26:13,14
245:21
246:1
384:10
**two** 7:10 9:15
31:18,18
40:21 56:8
75:22 127:9
132:22
133:13
151:16
157:7
161:22
187:4 198:1
212:25
254:3
269:19,20
277:6,7
280:16,25
281:14
291:3 297:4
306:23
333:19
342:5
**Ty** 93:8
**Tylenol**
188:11
190:9 220:2
318:11
321:4
364:14
**type** 160:23
318:4 322:3
327:4,5
329:9
342:12
**types** 172:11
**typically**
72:24

__U__

**Uh-huh** 36:4
65:20 66:11
96:11
119:24
141:21
174:18,21
186:6

211:25
223:13
232:22
235:25
370:5
**ultimate**
200:11
**ultimately**
95:23
**unconscious**
65:21
323:20
**undefeated**
109:17
110:5
**underneath**
149:23
**understand**
6:17,20
8:12 14:4
14:11 18:9
23:6,13
36:9,19
37:25 59:9
63:23 75:6
92:1 99:22
148:14
164:2
167:25
168:1,3
189:10,22
189:24
200:22
202:17
210:9,10
211:2
225:25
261:3
273:12
282:12
303:20
317:23
319:16,20
319:25
347:22
366:14
371:15
372:20,22

373:4
**understand...**
326:21
**understand...**
20:11 76:12
83:16 99:23
151:24
157:8
194:25
226:9,14
228:17
234:2
250:24
258:8,10
273:6,9
275:9
309:11,23
319:23
323:3,10,24
326:23
336:19,21
346:3
348:16
**understands**
199:17
202:3
**understood**
48:15,20
67:22 257:8
295:4
376:16
**Undertaker**
200:12,15
**Undertaker's**
200:2,25
**undesirable**
12:21
**Undisputed**
125:25
382:22
**undivided**
86:7
**uneducated**
47:13
**unfortunate**
325:4
**United** 1:1
5:6

**universe**
308:4
360:25
373:12
**unknown**
335:9
**unprotected**
168:18
296:1
**unreasona...**
196:9
**unremarka...**
138:19
141:19,23
141:25
142:1
**untrained**
307:12
309:4
**unusual**
359:8
**unwritten**
157:9
360:22,23
363:5
**update** 246:2
269:4
270:22
272:22
384:10,11
384:13,14
**updated**
100:23
**upper** 282:25
284:1,4
296:2
**upset** 17:10
17:13,14
**upside** 200:3
201:6
**up-close**
312:16
**USA** 236:17
**use** 26:11,13
39:2,5
41:15 57:9
57:10
192:23

243:4
**user** 256:24
**usual** 359:6
376:17
**usually** 25:13
321:20
351:7 352:7
**U.S** 11:19

__V__

**v** 6:6 148:11
152:21
383:16
**vague** 165:8
263:6
**Vaguely**
251:14
**value** 257:25
**variety**
287:15
**various** 114:9
164:23
165:16
287:2
**ventricles**
141:22
**venue** 154:11
215:12
**venues**
322:24
**verbally**
66:13
174:23
**verification**
150:1,8
**verified**
137:25
138:3,5
151:14
**verify** 139:16
150:18
152:11
195:14
**versus** 5:13
5:15 64:3
291:21
303:17
309:5,12

315:1,24
**veteran** 347:5
**Veto** 6:13
**Vicky** 328:10
**video** 5:5,8
82:17 87:9
87:11
126:11
164:4,20
165:15,18
174:3
179:24
183:22
204:25
212:21
282:13,18
283:7,15
285:2,21
289:8,16
291:25
292:18
295:24
296:9,12,15
296:18
297:19,24
298:6
310:13
335:4
337:14
347:10
353:12
378:19
**videograph...**
4:15 5:1,4
63:15,21
147:13
148:9 193:2
193:8
210:22,25
275:19,22
280:4,7
281:23
300:22,25
351:21,24
356:17,20
378:18
**videos** 164:3
302:20

**Videotape**
64:21
174:15
283:25
284:14
288:23
296:4
**Videotaped**
1:16 2:11
**videotapes**
21:2,6
24:12,16
**view** 52:12
**viewers**
304:24
**Vince** 232:18
313:7,15,25
343:7,10,12
344:20
346:19
349:24
359:6,9
362:16
375:24
**Vince's** 351:8
**violence**
41:12
**violent**
160:13
**violently** 17:9
17:11
**visual** 163:21
**Visually**
180:20
**vitamin**
223:24
224:1,3,6
224:18
**Vito** 1:8,16
2:11 3:4,13
5:17,22,25
25:22 26:15
26:17
108:13
111:13
115:3
116:10
123:2,13

126:1 148:4
150:17
152:16
255:13
291:21
301:4
346:25
378:1 380:6
380:15
381:9 382:3
382:13,16
382:17,19
382:22
383:10,14
**VLB** 1:5,10
**vocabulary**
155:4
**voice** 8:10,14
126:4,6,13
127:25
163:23
351:7,8,8,9
**voluntarily**
41:25
**voluntary**
168:4
**Von** 97:8,8
**vs** 1:5,10
63:19 382:7

_____
**W**
_____
**W** 3:17
**wait** 50:16
147:2 171:2
**waived** 203:3
**wake** 263:16
**walk** 311:14
**walking**
308:16
**walks** 202:2
**wall** 166:4
331:19
**walls** 166:3
**want** 8:14
10:9,13
11:2,4,7,8
11:10,12
59:9 61:10

62:8 67:25
83:14 95:5
95:25 101:7
108:8
115:10,16
130:10
147:5,5
148:20
149:17
157:16
163:17
165:3
168:16
169:22,25
172:16,19
172:21,23
173:6,10
174:6
177:12
180:15
183:8,25
184:5
199:10
208:18
210:7,12,19
216:12
217:13
244:23
246:10
263:10
269:16,24
275:14
281:1
289:12
300:18
312:10
313:5
326:19
360:20
363:3,7
372:23
373:1 378:1
**wanted** 17:2
27:14,23
56:19 57:1
72:16 90:9
106:7,21
110:16

112:6
117:23
138:6
153:12
172:18
173:2 191:3
220:2
308:25
363:11
**wanting**
123:2
333:18,22
382:19
**wants** 71:8
270:2,3
**Washington**
3:7
**wasn't** 30:17
36:25 41:13
46:10,18
51:3,4,14
52:4,6 53:9
53:16,17,20
54:1,6 56:7
59:1,2
60:21 67:2
67:13,23
71:20 72:2
72:8 81:18
99:11,18
114:25
121:17
135:25
144:23
161:13
177:1,9
181:21
183:6 185:2
185:3
186:14
191:7,11,12
201:19
218:17
232:24
233:3,17,18
236:17,19
239:7,11
240:16

241:15,22
242:24
252:22
255:10
258:1 266:7
266:7
268:17,20
274:14
286:6
290:18
292:10
297:21
317:18,24
318:5 320:2
321:8,11,12
321:13
329:5
330:15
335:6,11
336:7,25,25
337:1,1,4
337:17
350:8
367:16
373:25
375:18
377:19
**watch** 21:2,6
21:12 22:13
22:18 24:25
25:5 47:23
64:12,18
74:24 164:1
181:23
182:4,9
183:16
204:17
233:11,12
233:18,21
245:5 251:7
251:20
282:1
288:17
291:14,19
304:24
344:15
**watched** 22:5
23:14 24:14

24:15,19,22
24:23 25:2
25:4 52:19
52:21 53:11
53:12,13
66:3 74:22
177:3,7
179:19
212:21
233:25
251:9,10,15
251:16
287:14
298:18,24
302:14,19
306:1
314:22
357:23
374:18
**watching**
22:7 24:12
52:15,18
175:12,19
175:23
182:11
183:19
287:5 292:4
302:11
304:14
351:16
358:17
**water** 268:23
**wave** 286:17
**way** 34:3
37:17 60:24
65:19 66:9
76:1,2,4,5
76:24 77:7
89:4 95:12
95:19,20
113:15
123:16
125:7
131:22
159:15
161:16,21
162:5
167:15,24

176:7
179:23
180:3 192:2
194:14,16
205:8
208:15,19
217:23
219:7
235:21
243:7
247:17
252:6
255:18
256:8
263:20
268:22
272:9,14
298:10
303:9
304:19
313:21
323:10
345:17
353:20,25
354:21,22
368:12
374:7
376:21,25
381:17
**ways** 77:13
297:22
**WCW** 7:23
33:15,24
34:1 37:21
38:7,17
39:24 40:17
43:14,15,25
55:5,9
66:19 67:1
96:15
101:11,17
101:20
102:25
103:3 161:6
162:19
163:17,19
163:24
164:8 172:6

172:10
174:10,12
177:21
178:15
179:8,14,15
181:2 344:9
355:10,12
355:15,20
356:3
**weak** 334:10
**weaker**
334:12
**wear** 110:10
333:25
**wearing**
109:11
344:14
**wears** 350:23
**Webster**
231:22,23
231:25
**week** 111:11
126:13
248:3,3,4
344:3,6,7
344:11,12
344:15
382:15
**weekly** 356:5
**weeks** 40:20
162:22
250:1
**welcome**
181:22
**wellness**
277:15
278:2,10,12
278:17,19
278:20,23
**well-being**
227:8
**well-known**
54:8 67:22
236:18
**welt** 58:25
**went** 16:22
16:24 38:4
38:7 50:25

56:1 59:18
59:19 69:12
73:15 94:20
106:12,14
106:14
109:17
120:4 132:1
132:18
136:13,21
139:24
144:9 161:9
167:20
182:22
188:7
205:19
206:9 218:9
219:18,18
223:8 225:3
225:11,16
235:2,11
237:21
240:1
244:11
248:14,21
248:22,24
263:24
280:18
302:14
313:10,23
317:16
320:1 327:9
328:13
330:1,16
331:3 334:6
350:8 358:4
361:6,14,20
361:24
365:6
368:23
**weren't** 40:13
49:16,21,24
50:2,25
51:12 52:7
70:23 71:5
94:25 98:9
103:21
106:2,20
134:17

144:11
162:11
163:2 177:6
177:16
191:8,11,25
236:11
240:8
266:11
267:9
329:15
368:13
**we'll** 87:10
**we're** 8:5
35:23 64:5
77:6 78:24
147:14
179:20
183:12
192:18
193:3
198:14
215:15
235:12
292:4
297:14
320:23
**we've** 64:1
111:15
149:13
154:20
204:6,18
205:1
281:13
298:24
302:19
314:4
**whacked**
42:23 43:5
367:8
**whatnot**
243:10
**whatsoever**
235:10
374:17
**WHEREOF**
381:19
**white** 141:19
**wife** 7:8,12

8:21 9:15
10:13 29:25
30:5 144:14
146:18,20
235:22
236:10
238:17
242:12
252:25
325:9 328:9
373:6,18
**wife's** 7:14
**William**
291:21
**willing** 371:4
**Wills** 4:15
5:3
**win** 110:11
359:21
**wind** 68:9
267:1
**window**
331:17
**winds** 68:9
**wing** 354:10
**wins** 110:9
**win/win**
110:11
**wiped** 263:18
**wish** 210:5,14
211:9
216:11
386:4
**withdraw**
169:18
214:5
**withhold**
378:6
**witness** 6:7
8:17 63:10
81:19 85:24
86:2,13
87:5,7
113:4 141:2
170:7,24
174:8 178:6
178:21
180:11

181:12
192:23
193:1
204:12
246:10
275:12
280:19
281:1
289:11,17
292:1,16,19
303:24
304:1 317:2
365:20,23
380:6 381:9
381:13,19
382:2 385:1
386:22
**witnesses**
18:23
**won** 45:15
71:22
**wonderful**
105:8
**wondering**
240:7
**woozy** 58:10
58:24 190:7
192:2 319:2
**word** 44:6,8
45:19 141:3
277:5 354:9
**words** 15:9
36:6 155:10
319:13
**wore** 343:14
**work** 29:12
29:19 30:4
30:5 66:20
72:18,22
73:1 76:13
91:25 92:4
97:6 102:21
104:16
116:8,11
123:3
168:12,14
168:15
307:8

309:18
315:14
357:19,21
357:23
362:4
382:20
**worked** 66:19
70:6 96:21
97:7,8
102:16,19
233:4
235:19
315:8
**working**
38:12 66:19
94:22 96:15
97:3,11
98:9 103:22
104:5,23
168:21
246:17,21
247:23
305:14,23
313:6 315:5
**world** 1:6,11
5:13,15
123:11
148:5
152:17,21
195:4 240:6
272:2
307:24
383:11,14
383:16
384:3
**worldwide**
5:5 308:5
**worry** 26:2
241:13
**worse** 57:19
134:24,25
179:20
331:1,15,16
331:21
334:17
335:19,21
**worsened**
331:1

**worsening**
331:13,14
**worst** 26:6
**wouldn't**
69:6,13
77:18 78:7
78:18 79:7
124:16
175:12
223:25
230:20
287:19
331:22
373:1 374:5
**wrapped**
362:22
**wrestle** 17:23
93:24 94:5
95:6 112:7
116:24
126:20
160:17
258:14
276:21
277:3
**wrestled**
66:10,17
95:20 161:8
161:8
232:25
239:12
258:16
336:4,6
**wrestler** 8:1
49:8 50:19
51:7 70:14
71:18,19
74:8 75:3
110:16
116:18
134:1
155:16
156:18
161:7,18
162:10
184:23
196:19,21
196:23

197:24
198:7,10
199:16
200:9,16,24
201:23
202:2,19
203:14
213:3
217:24
235:10
238:17
244:22
248:13,18
249:2 265:6
295:12
302:24
309:7 312:6
337:11,12
347:5,5,6
353:24
**wrestlers**
29:21 51:23
76:10 81:2
117:21
122:16
157:9
160:17
168:13,14
169:20
196:7
202:25
203:25
232:12
288:1,3,8
290:4
294:22
295:2,10
304:18
305:2 309:2
309:6
325:20
340:20
342:1
348:24
350:1 351:1
359:20
**wrestler's**
196:5,19

287:25
338:19
**wrestles**
353:25
**wrestling** 1:6
1:11 5:14
5:16 7:19
9:12 31:23
34:8,13,19
34:21 38:21
41:4,6,9,12
46:5 47:1,5
47:10,16
48:23,25
54:8,14
67:4,12,17
68:4,10,13
68:17,18
70:21 74:4
76:11 91:9
91:10 92:10
92:13 93:21
95:3,7
96:17,22
101:24
103:11,18
108:24
112:6
116:19
117:20
123:12,13
125:25
134:2,4,15
134:20,25
148:6
152:18,21
154:9 155:3
156:8
160:11,19
160:23
161:1,15,17
162:7
166:23,23
167:12
186:22,23
195:4
196:12,13
196:15,17

196:18,20
197:7
201:16
207:4 227:3
234:19
236:19
237:3,15,20
239:7 240:6
242:6
247:21
259:14
260:1
266:10,23
271:4
272:20
276:19,21
287:7,16,18
288:2
291:16,18
295:13
298:20,22
298:24
303:10
304:9,20
307:3
323:16
326:6,8,17
327:1 329:5
329:8
332:15
333:25
336:7 339:7
348:11
366:22
367:1
371:14,19
372:1,5,6,8
374:10
382:22
383:11,14
383:16
384:3
**write** 94:1
95:2,8
118:1,2,11
119:7 120:1
246:14
318:10,11

318:15
371:20
**writers** 310:1
310:4
342:16
**writes** 36:6
119:8
**writing** 18:11
**written** 18:5
27:3 213:25
226:6
277:10,12
357:10,13
**wrong** 8:4
77:11,12
115:12
136:6
138:21
144:3
145:24
146:4,10
151:22
165:6
199:15,23
241:18
287:24
305:19
312:1,19
313:3,10,11
329:13
332:9 349:1
351:3
**wrote** 27:4,9
95:12
117:19
118:8,8
119:1,2,5
120:1 235:7
270:24
273:16
**WWE** 6:4,5
7:21 21:7
25:14 28:23
29:5,11,12
29:19 30:4
30:5 31:8
32:16 34:4
35:2,5,8

37:18 38:9
38:10,15,24
55:16,17
56:11 57:14
67:1 69:20
90:10 91:20
91:24 92:3
93:12 94:3
94:8 97:3,8
97:9,14
98:4,19
99:14,17,21
103:23
104:5,8,13
104:16,22
104:23
105:2,5,9
105:20,23
105:25
106:10,11
106:18
108:7
109:10
110:1,17
111:13
112:2 114:1
115:19,22
116:23
118:13,15
119:8 134:1
154:8
157:25
158:9
159:16,16
164:1
179:21
181:3,15,19
181:24
182:5
194:20
195:13
197:4 203:4
213:5,8
221:22
223:17
226:17
227:8 228:5
229:18,21

230:5,13
231:15
233:4
234:19
237:2,4,12
237:14
243:2
247:10
248:5,22
252:18
255:1
258:17
264:17
265:11,21
265:22,25
266:2,4
270:12
271:11
272:17,20
276:11
277:11,13
278:18,20
279:4,5,8
281:11
299:22
303:17
304:5
307:24
308:4 312:5
313:9
322:17
323:16
325:20
326:5,9,25
327:15
329:5
334:21
336:7 339:9
339:21,23
340:6,18,23
342:15
344:4
352:25
357:10,12
360:25
371:11,14
373:9 374:6
374:7 375:7

377:16,25
378:5,10
382:16
**WWE's**
150:20
232:4
279:22
**WWE_SIN...**
195:6 384:4
**WWE_SIN...**
195:7 384:5
**year** 9:8,8
**WWE_SIN...**
221:17
384:8
**WWE_SIN...**
221:18
384:9
**WWE_SIN...**
92:22
382:11
**WWE_SIN...**
92:23
382:11
**WWF** 37:19
37:23 66:18
96:18 98:25
**W-2** 103:18

**X**
**x** 1:2,8,13
198:11
382:1

**Y**
**yeah** 9:9
33:13 44:10
45:23 52:18
59:7 65:10
70:3 74:7
75:5 91:14
94:18
102:24
107:23
168:25
183:5
186:13
189:18
194:24

210:20
236:2,2,20
250:12
253:5
264:22
265:23
273:22
295:1 297:1
297:7,14
299:18,23
year 9:8,8
12:9 31:10
47:16 81:6
81:11,13
91:8,10
99:16
102:23
107:3
118:11
123:19
246:15
255:1,7
260:12
261:10,12
261:19,23
263:25
332:16
366:14
**years** 7:10
30:10,17
37:25 54:25
70:17 93:25
94:5 102:21
107:5 127:9
134:5 231:4
243:2
248:19
251:5 254:1
262:24
264:8,16,23
265:2,4
272:16,19
330:5
333:24
334:19
366:21,22
366:25
367:1

374:14,21
**yell** 8:16
**yelled** 313:20
**yelling** 8:15
**yellow** 194:12
**Yep** 111:3
284:6 360:4
**Yoga** 280:1
**young** 312:6

**Z**
**Zone** 276:21
277:3

**0**
**02043** 3:16

**1**
**1** 63:18 64:2
82:17 87:15
111:11
148:23
154:1,4
320:7 382:7
382:15
**1st** 85:5,18
183:9
**1:13** 148:2,10
**1:15** 147:10
147:14
**10** 132:3,8
204:11
211:22
314:8 383:3
384:6
**10th** 151:15
151:22
152:6
153:17
154:19
204:5
**10:33** 63:16
**10:42** 63:22
**100** 39:20
69:9 98:6
127:10
316:15
318:1

**102** 384:19
**108** 382:13
**1099** 103:17
**11** 12:12
  140:12
  221:3 314:8
  317:10
  332:17
  383:5
**11th** 223:7
**11:15** 147:15
**11:45** 64:16
**111** 382:16
**115** 382:18
**12** 7:5 143:5
  143:11
  291:22
  314:8 383:8
**120-pound**
  127:6
**123** 382:20
**125** 127:11
  382:23
**13** 148:3
  150:3,6,7
  153:22,23
  154:2 314:5
  383:10
**130** 382:25
**132** 383:4
**134** 149:2,8
  151:7,11,20
**14** 149:24
  150:4
  152:15,25
  153:22
  196:2
  383:13
**140** 127:10
  383:7
**143** 85:7
  383:9
**146** 84:12,17
  84:18 85:1
**148** 383:12
**15** 32:19
  164:16
  202:10

**248:19**
  339:9
  383:18
**152** 383:17
**1520** 3:7
**15222** 4:7
**16** 173:23
  174:2 202:9
  202:11
  281:15
  383:20
**16th** 80:8
**161** 3:7
**164** 383:19
**1650** 2:13
  5:11
**17** 3:15 184:8
  220:11
  383:21
**17,000** 52:17
**173** 383:20
**18** 1:18 2:8
  5:8 193:5
  193:11
  322:12,13
  322:16
  383:23
**184** 383:22
**19** 195:3,11
  323:9 384:3
**19th** 64:12
  381:20
**193** 383:23
**19320** 7:6
**19428** 3:8
**195** 384:5
**1983** 12:6
  129:13
**1990** 91:12
  91:13
**1991** 91:22
  97:4
**1992** 96:24
**1995** 339:16
**1996** 251:13
  251:15
**1998** 55:9
**1999** 51:14

**51:22 53:8**
  54:17 55:8
  63:19 336:1
  336:16
  368:18
  382:8

**2**

**2** 82:12,15,21
  84:10 92:17
  111:13
  220:25
  382:9,16
**2:04** 193:3
**2:09** 193:9
**2:32** 210:23
**2:41** 211:1
**20** 211:21
  384:6
**20-somethi...**
  367:1
**2000** 33:11
  47:15
**2000s** 340:24
**2003** 233:10
**2004** 38:13
  55:20 56:24
  102:22
**2005** 38:11
  38:13
  231:15,16
  231:19,22
  232:3 235:5
  249:25
**2006** 33:11
  33:12 35:15
  35:18 66:22
  114:12
  151:12
  194:3
  204:11
  211:22
  212:20
  220:6,11,19
  221:3
  224:21
  232:9,10
  235:5

**291:22**
  301:8
  317:10
  323:10
  384:6
**2007** 55:22
  55:24 56:24
  105:3
  220:25
  231:4
  232:21
  233:1
  236:11
  238:4,5
  249:18,19
  249:25
  252:18
  253:3
  255:12
  256:15
  277:14
  281:15
  339:4,9
  341:9
**2008** 32:22
  32:25 33:6
  33:9 108:24
  110:21
  260:13,16
  261:6,10
  262:24
  264:10,11
  264:16,23
**2009** 91:25
  92:4 93:9
  94:6 99:15
  258:21
  259:14
  261:19
**2010** 106:17
  261:23
**2011** 106:16
  262:1
**2012** 107:6
  131:22,24
  262:3
**2013** 47:18
  47:19 107:6

**111:18**
  114:6,7
  115:15
  117:5,11
  262:5,24
  264:16,23
  266:11,15
  266:20
**2014** 8:3 9:7
  9:8 13:20
  14:3 31:10
  31:11,21,25
  32:5,13,19
  48:24 78:24
  123:21
  125:1,16
  126:1 128:3
  231:7
  241:15
  242:21
  262:12
  264:1,6,8
  264:11
  268:13
  324:21
  330:1,9,24
  341:9
  366:14,19
  374:25
  382:23
**2015** 13:20
  14:3 78:25
  79:9 80:8
  85:6,18
  87:21
  132:20
  142:11
  264:1
  380:19
**2016** 1:18 2:8
  5:8 152:19
  381:21
  383:15
**21** 152:19
  221:16,21
  316:23,24
  320:6 339:4
  383:15

**384:8**
**210** 4:6
**211** 384:7
**214** 13:1
**22** 104:17
  195:14
  246:1,6,7
  384:10
**22nd** 246:14
**221** 384:9
**23** 269:3,7
  384:11
**24** 270:21
  384:12
**246** 384:10
**25** 272:21
  276:1
  280:15,19
  384:14
**26** 280:9
  281:5
  338:19
  384:15
**26th** 220:13
  220:19
**269** 384:11
**27** 8:3
**270** 384:13
**272** 384:14
**280** 384:17
**29th** 224:21
  225:1

**3**

**3** 92:21 93:1
  131:1,2
  382:10
**3:15-cv-004...**
  1:10
**3:15-cv-010...**
  1:5
**3:51** 275:20
**30** 134:5
  385:16
**30th** 288:17
**301** 382:4
**34** 140:20,23
**356** 382:3

**37** 149:3
**39** 84:11,16

**4**

**4** 12:6 108:12
  108:17
  154:16
  314:9 379:5
  382:12
**4th** 79:8
**4/21/2016**
  115:10
**4:02** 275:23
**4:07** 280:4
**4:08** 280:7
**4:44** 300:22
**4:56** 301:1
**44300** 1:22
**4724** 126:9
**49** 366:25

**5**

**5** 111:10,16
  154:17
  382:14
**5/6/09** 92:22
  382:11
**5/9/16** 213:23
**5:50** 351:21
**5:51** 351:24
**5:56** 356:17
**5:57** 356:20
**50** 98:6
  224:16
  254:6
**50-year-old**
  133:22

**6**

**6** 115:2,7
  151:17
  382:3,17
**6/18/64** 7:3
**6/19/06** 193:6
  383:23
**6:14** 378:19
  379:16
**60** 254:6

**63** 382:8
**68** 141:7,9,10
  141:12

**7**

**7** 123:1,7
  314:8
  382:19

**8**

**8** 125:24
  153:3
  382:21
**8/29/2006**
  183:14
**80s** 12:3,4,5
**82** 382:9
**85** 254:1
  255:1,7
**85-year-old**
  253:22,24
  255:13

**9**

**9** 130:18,23
  151:1,1
  196:2 202:8
  314:8
  382:24
**9.12(b)**
  202:12
**9.5** 196:2,3,4
**9:35** 1:19 2:9
  5:9
**90** 38:1
**90s** 12:3
**91** 91:23
  96:15 98:7
**92** 97:1
  382:11
**98** 91:23 98:7
**99** 55:9 64:4
  64:12 242:7
  368:7

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099