# EXHIBIT 22

# Ex-Steeler Long drank antifreeze to commit suicide


PRINT

**Thursday, January 26, 2006**

Ex-Steeler Long drank antifreeze to commit suicide

Associated Press

PITTSBURGH -- Former Pittsburgh Steelers lineman Terry Long committed suicide by drinking antifreeze, a revised death certificate shows, and did not die as a direct result of football-related head injuries. The Allegheny County coroner ruled in September that Long, 45, who had attempted suicide before, had died of meningitis. The condition, a swelling of the lining of Long's brain, was caused by football-related "chronic traumatic encephalopathy," also known as "punch-drunk syndrome," said the coroner at the time, Dr. Cyril Wecht. But a revised death certificate, which Wecht's office never publicly announced, was filed Oct. 19, listing the manner of Long's death as suicide from drinking antifreeze. The ruling was changed when outside laboratory tests on Long's tissue and urine showed they contained ethylene glycol, the active ingredient in antifreeze, county officials said. Joseph Dominick, chief of operations at the medical examiner's office, said Thursday that the antifreeze was what caused the swelling of the brain and the brain lining, and the football-related brain injuries were a contributing factor to the death. The finding was first reported by the Pittsburgh Post-Gazette on Thursday. Long died in a hospital about five hours after he was found unresponsive in his suburban Pittsburgh home on June 7. The original findings reinvigorated the debate over the dangers football players -- particularly linemen -- face from repetitive head injuries. The medical examiner felt Long's history of brain injury was still a "significant factor" in the death and that he would be remiss in not mentioning it in the updated report, Dominick said. "People with chronic encephalopathy suffer from depression," Dr. Bennet Omalu, a neurologist who worked on Long's autopsy and is still with the medical examiner's office, told the newspaper. "The major depressive disorder may manifest as suicide attempts. Terry Long committed suicide due to the chronic traumatic encephalopathy due to his long-term play." But Steelers team physician Dr. Joseph Maroon, a neurosurgeon and nationally recognized expert on concussions, disagreed with Omalu. "I think it's fallacious reasoning, and I don't think it's plausible at all," Maroon said. "To go back and say that he was depressed from playing in the NFL and that led to his death 14 years later, I think is purely speculative." Long started at right guard for the Steelers from 1984 until 1991, when he attempted suicide with rat poison after he was suspended for violating the NFL's steroid policy. Long later rejoined the team although he was not re-signed after one season. In March, Long was indicted by a federal grand jury on charges he fraudulently obtained loans for a chicken-processing plant which prosecutors allege he burned to the ground for the insurance money. At the time he died, Long's neighbor said he was separated from his second wife and was depressed about that as well as the federal charges he faced.

This page is safe

# Steelers - Pittsburgh Post-Gazette

## Suicide ruling in Long's death hasn't ended controversy

January 26, 2006 12:00 AM

By Jonathan D. Silver Pittsburgh Post-Gazette

Toxicology tests and other evidence have revealed that former Steelers lineman Terry Long committed suicide by drinking antifreeze, but the Allegheny County medical examiner's office also found that head trauma suffered during Mr. Long's eight-year career in the National Football League contributed to his death.

Mr. Long's death June 7 had been ruled accidental. But after further tests revealed the presence of antifreeze in Mr. Long's system, the manner of death was changed to suicide.

Dr. Bennet Omalu, a neuropathologist at the office, took things a step further, arguing that Mr. Long's head injuries as a football player set the stage for depression severe enough to make him suicidal.

"People with chronic encephalopathy suffer from depression. The major depressive disorder may manifest as suicide attempts. Terry Long committed suicide due to the chronic traumatic encephalopathy due to his long-term play," Dr. Omalu said yesterday. He later added, "The NFL has been in denial."

At odds with Dr. Omalu's conclusion was Dr. Joseph Maroon, the Steelers' neurosurgeon for the past 24 years and an expert on concussions.

"I think it's fallacious reasoning, and I don't think it's plausible at all," Dr. Maroon said yesterday. "To go back and say that he was depressed from playing in the NFL and that led to his death 14 years later, I think is purely speculative."

Mr. Long, 45, died five hours after being found unconscious in his Franklin Park home. The cause of death was inflammation of the lining of the brain and brain swelling as a result of ingesting antifreeze, the death certificate said.

A contributing cause was chronic traumatic encephalopathy -- or "getting smacked in the head over and over again," said Joseph Dominick, chief of operations at the medical examiner's office. The condition is known as punch drunk.

"The trauma, according to the death certificate, was a result of his injuries during his tenure as a football player," Mr. Dominick said yesterday. "I think it is the same as what was on Mike Webster's death certificate."

Mr. Webster, a Hall-of-Fame Steelers center who died in 2002, suffered from a similar disorder.

Mr. Webster's family, alleging that he suffered football-related head injuries that led to his declining health, was awarded disability benefits last year after suing the NFL pension fund.

Dr. Omalu, who co-authored a paper on Mr. Webster's injuries last year in the scientific journal Neurosurgery, has submitted a second paper for peer review that compares the cases of Mr. Webster and Mr. Long.

In an interview, Dr. Omalu described a "cascade" of events that began with football-related injuries and ended in suicide.

People with Mr. Long's disease, Dr. Omalu said, are beset by depression, short-term memory problems and a "loss of executive function," which manifests itself in poor business decisions.

Three months before he died, Mr. Long was indicted by a federal grand jury on charges that he fraudulently obtained $1.2 million in state loans for his company, Value Added Food Groups, a chicken-processing plant on the North Side.

The two-story, 30-employee business was extensively burned in a fire that federal authorities say was arson and for which Mr. Long filed an insurance claim.

Mr. Long filed for protection under federal bankruptcy laws in March on the same day he was indicted on federal charges of arson and mail fraud. Authorities in Kansas City, Mo., also held a warrant for Mr. Long on a felony charge of writing bad checks.

Last year, Dr. Maroon publicly disagreed with former coroner Dr. Cyril H. Wecht, who linked Mr. Long's death with his football days. Dr. Wecht is a co-author on Dr. Omalu's papers.

Dr. Maroon, who is also vice chairman of the neurosurgery department at the University of Pittsburgh Medical Center, said it was impossible to tell whether Mr. Long suffered head injuries outside of two documented instances.

Mr. Long had a concussion in 1987 after colliding with an opposing player and another in 1990 from an auto accident. He played football from 1984-91.

"They really don't know of any head injuries that Terry Long may have experienced before, during or after his football playing that was unrelated to football, and I think that's a critical point," Dr. Maroon said.

"He could have had a head injury that wasn't reported before football. He could have had a fight, he could have had a head injury ... And that's why I'm saying it's so speculative," Dr. Maroon said.

The medical examiner's office last June issued an initial death certificate listing the cause and manner of death as pending. Three months later, a second certificate called his death accidental.

It was not until testing at an outside laboratory on Mr. Long's tissues and urine yielded positive results in October for ethylene glycol -- the active ingredient in antifreeze -- that a third and final death certificate was issued Oct. 19. The manner was suicide.

This page is safe

# Document Says Former Steeler Drank Antifreeze in Suicide

By THE ASSOCIATED PRESSJAN. 27, 2006

Terry Long, a former offensive lineman for the Pittsburgh Steelers, committed suicide by drinking antifreeze, a revised death certificate shows, and did not die as a direct result of football-related head injuries.

The Allegheny County (Pa.) coroner ruled in September that Long, 45, who had previously attempted suicide, died of cerebral meningitis. The condition, a swelling of the lining of the brain, was caused by football-related "chronic traumatic encephalopathy," also known as "punch-drunk syndrome," said the coroner at the time, Dr. Cyril Wecht.

But a revised death certificate, which Wecht's office never publicly announced, was filed Oct. 19 listing the manner of Long's death as suicide from drinking antifreeze.

The ruling was changed when outside laboratory tests on Long's tissue and urine showed they contained ethylene glycol, the active ingredient in antifreeze, county officials said.

Joseph Dominick, chief of operations at the medical examiner's office, said yesterday that the antifreeze was what caused the swelling of the brain and the brain lining, and that the football-related brain injuries were a contributing factor to the death.

The finding was first reported yesterday by The Pittsburgh Post-Gazette.

Long died in a hospital about five hours after he was found unresponsive in his suburban Pittsburgh home on June 7.

The original finding reinvigorated the debate over the dangers players -- particularly linemen -- face from repetitive head injuries.

"People with chronic encephalopathy suffer from depression," Dr. Bennet Omalu, a neurologist who worked on Long's autopsy and is still with the medical examiner's office, told The Post-Gazette.

"The major depressive disorder may manifest as suicide attempts. Terry Long committed suicide due to the chronic traumatic encephalopathy due to his long-term play."

But the Steelers' team physician, Dr. Joseph Maroon, a neurosurgeon and nationally recognized expert on concussions, disagreed with Omalu.

"I think it's fallacious reasoning, and I don't think it's plausible at all," Maroon said. "To go back and say that he was depressed from playing in the N.F.L. and that led to his death 14 years later, I think is purely speculative."

Long started at right guard for the Steelers from 1984 until 1991, when he attempted suicide with rat poison after he was suspended for violating the N.F.L.'s steroids policy. Long rejoined the team, although he was not

re-signed after one season.

In March, Long was indicted by a federal grand jury on charges he fraudulently obtained loans for a chicken-processing plant that prosecutors alleged he burned to the ground for the insurance money.

Advertisement

KUBIAK TO COACH TEXANS -- Gary Kubiak, who spent the last 11 years as Denver's offensive coordinator, returned home to become coach of the Houston Texans yesterday.

Kubiak inherits a team that had a league-worst 2-14 record last season, which cost Dom Capers his job as coach. Kubiak reportedly signed a five-year contract worth about $10 million.

"I won't let you down; I promise you that," he told team owner Bob McNair seconds after being introduced as the Texans' second coach. "The No. 1 thing is to have expectations. My dream is to see this city win a championship, and I am confident that we can get that done."

The Texans formally interviewed six candidates, including four offensive coordinators, but Kubiak, who has never been a head coach at any level, emerged as the front-runner quickly.

"It became obvious during the interviews that there was one person that really fit our situation and that was Gary," McNair said.

Kubiak, who grew up in Houston and is a former Texas A&M quarterback, played for Dan Reeves, a Texans consultant, and backed up John Elway from 1983-91.

He said he had not evaluated Reggie Bush, the Southern California running back, or Vince Young, the Texas quarterback, but that he was excited about getting to work on deciding whom the Texans would pick with the No. 1 draft choice.

TIME OUT FOR TRAFFIC -- Federal authorities announced restrictions yesterday on air and river traffic during the Super Bowl in Detroit.

A temporary flight restriction will be in effect within a 30-mile radius of Ford Field on game day, Feb. 5, from 4 p.m. Eastern time until midnight, the Federal Aviation Administration said.

Advertisement

The Coast Guard said it would enforce a security zone along the Detroit waterfront of the Detroit River that will be off limits to all vessels from 8 a.m. on Jan. 31 until 8 a.m. on Feb. 6. The zone covers one mile from Joe Louis Arena to north of the Renaissance Center and extends 300 yards from shore.

# Expert Ties Ex-Player's Suicide to Brain Damage

Photo



Credit

Since the former National Football League player Andre Waters killed himself in November, an explanation for his suicide has remained a mystery. But after examining remains of Mr. Waters's brain, a neuropathologist in Pittsburgh is claiming that Mr. Waters had sustained brain damage from playing football and he says that led to his depression and ultimate death.

The neuropathologist, Dr. Bennet Omalu of the University of Pittsburgh, a leading expert in forensic pathology, determined that Mr. Waters's brain tissue had degenerated into that of an 85-year-old man with similar characteristics as those of early-stage Alzheimer's victims. Dr. Omalu said he believed that the damage was either caused or drastically expedited by successive concussions Mr. Waters, 44, had sustained playing football.

In a telephone interview, Dr. Omalu said that brain trauma "is the significant contributory factor" to Mr. Waters's brain damage, "no matter how you look at it, distort it, bend it. It's the significant forensic factor given the global scenario."

He added that although he planned further investigation, the depression that family members recalled Mr. Waters exhibiting in his final years was almost certainly exacerbated, if not caused, by the state of his brain — and that if he had lived, within 10 or 15 years "Andre Waters would have been fully incapacitated."

Dr. Omalu's claims of Mr. Waters's brain deterioration — which have not been corroborated or reviewed — add to the mounting scientific debate over whether victims of multiple concussions, and specifically longtime N.F.L. players who may or may not know their full history of brain trauma, are at heightened risk of depression, dementia and suicide as early as midlife.

The N.F.L. declined to comment on Mr. Waters's case specifically. A member of the league's mild traumatic brain injury committee, Dr. Andrew Tucker, said that the N.F.L. was beginning a study of retired players later this year to examine the more general issue of football concussions and subsequent depression.

"The picture is not really complete until we have the opportunity to look at the same group of people over time," said Dr. Tucker, also team physician of the Baltimore Ravens.

The Waters discovery began solely on the hunch of Chris Nowinski, a former Harvard football player and professional wrestler whose repeated concussions ended his career, left him with severe migraines and depression, and compelled him to expose the effects of contact-sport brain trauma. After hearing of the suicide, Mr. Nowinski phoned Mr. Waters's sister Sandra Pinkney with a ghoulish request: to borrow the remains of her brother's brain.

The condition that Mr. Nowinski suspected might be found in Mr. Waters's brain cannot be revealed by a scan of a living person; brain tissue must be examined under a microscope. "You don't usually get brains to examine of 44-year-old ex-football players who likely had depression and who have committed suicide," Mr. Nowinski said. "It's extremely rare."

As Ms. Pinkney listened to Mr. Nowinski explain his rationale, she realized that the request was less creepy than credible. Her family wondered why Mr. Waters, a hard-hitting N.F.L. safety from 1984 to 1995 known as a generally gregarious and giving man, spiraled down to the point of killing himself.

Ms. Pinkney signed the release forms in mid-December, allowing Mr. Nowinski to have four pieces of Mr. Waters's brain shipped overnight in formaldehyde from the Hillsborough County, Fla., medical examiner's office to Dr. Omalu in Pittsburgh for examination.

He chose Dr. Omalu both for his expertise in the field of neuropathology and for his rare experience in the football industry. Because he was coincidentally situated in Pittsburgh, he had examined the brains of two former Pittsburgh Steelers players who were discovered to have had postconcussive brain dysfunction: Mike Webster, who became homeless and cognitively impaired before dying of heart failure in 2002; and Terry Long, who committed suicide in 2005.

Mr. Nowinski, a former World Wrestling Entertainment star working in Boston as a pharmaceutical consultant, and the Waters family have spent the last six weeks becoming unlikely friends and allies. Each wants to sound an alarm to athletes and their families that repeated concussions can, some 20 years after the fact, have devastating consequences if left unrecognized and untreated — a stance already taken in some scientific journals.

Advertisement

"The young kids need to understand; the parents need to be taught," said Kwana Pittman, 31, Mr. Waters's niece and an administrator at the water company near her home in Pahokee, Fla. "I just want there to be more teaching and for them to take the proper steps as far as treating them.

Photo



Chris Nowinski, a former Harvard football player and professional wrestler, contacted Dr. Bennet Omalu after he read about Mr. Waters's suicide.

Credit

Jodi Hilton for The New York Times

"Don't send them back out on these fields. They boost it up in their heads that, you know, 'You tough, you tough.' "

Mr. Nowinski was one of those tough kids. As an all-Ivy League defensive tackle at Harvard in the late 1990s, he sustained two concussions, though like many athletes he did not report them to his coaches because he neither understood their severity nor wanted to appear weak. As a professional wrestler he sustained four more, forcing him to retire in 2004. After he developed severe migraines and depression, he wanted to learn more about concussions and their effects.

That research resulted in a book published last year, "Head Games: Football's Concussion Crisis," in which he detailed both public misunderstanding of concussions as well as what he called "the N.F.L.'s tobacco-industry-like refusal to acknowledge the depths of the problem."

Football's machismo has long euphemized concussions as bell-ringers or dings, but what also alarmed Mr. Nowinski, 28, was that studies conducted by the N.F.L. on the effects of concussions in players "went against just about every study on sports concussions published in the last 20 years."

Studies of more than 2,500 former N.F.L. players by the Center for the Study of Retired Athletes, based at the University of North Carolina, found that cognitive impairment, Alzheimer's-like symptoms and depression rose proportionately with the number of concussions they had sustained. That information, combined with the revelations that Mr. Webster and Mr. Long suffered from mental impairment before their deaths, compelled Mr. Nowinski to promote awareness of brain trauma's latent effects.

Then, while at work on Nov. 20, he read on Sports Illustrated's Web site, si.com, that Mr. Waters had shot himself in the head in his home in Tampa, Fla., early that morning. He read appraisals that Mr. Waters, who retired in 1995 and had spent many years as an assistant coach at several small colleges — including Fort Valley (Ga.) State last fall — had been an outwardly happy person despite his disappointment at not landing a coaching job in the N.F.L.

Remembering Mr. Waters's reputation as one of football's hardest-hitting defensive players while with the Philadelphia Eagles, and knowing what he did about the psychological effects of concussions, Mr. Nowinski searched the Internet for any such history Mr. Waters might have had.

Advertisement

It was striking, Mr. Nowinski said. Asked in 1994 by The Philadelphia Inquirer to count his career concussions, Mr. Waters replied, "I think I lost count at 15." He later added: "I just wouldn't say anything. I'd sniff some smelling salts, then go back in there."

Mr. Nowinski also found a note in the Inquirer in 1991 about how Mr. Waters had been hospitalized after sustaining a concussion in a game against Tampa Bay and experiencing a seizure-like episode on the team plane that was later diagnosed as body cramps; Mr. Waters played the next week.

Because of Dr. Omalu's experience on the Webster and Long cases, Mr. Nowinski wanted him to examine the remaining pieces of Mr. Waters's brain — each about the size of a small plum — for signs of chronic traumatic encephalopathy, the tangled threads of abnormal proteins that have been found to cause cognitive and intellectual dysfunction, including major depression. Mr. Nowinski tracked down the local medical examiner responsible for Mr. Waters's body, Dr. Leszek Chrostowski, who via e-mail initially doubted that concussions and suicide could be related.

Mr. Nowinski forwarded the Center for the Study of Retired Athletes' studies and other materials, and after several weeks of back-and-forth was told that the few remains of Mr. Waters's brain — which because Waters had committed suicide had been preserved for procedural forensic purposes before the burial — would be released only with his family's permission.

Mr. Nowinski said his call to Mr. Waters's mother, Willie Ola Perry, was "the most difficult cold-call I've ever been a part of."

When Mr. Waters's sister Tracy Lane returned Mr. Nowinski's message, he told her, "I think there's an outside chance that there might be more to the story."

"I explained who I was, what I've been doing, and told her about Terry Long — and said there's a long shot that this is a similar case," Mr. Nowinski said.

Photo



Dr. Bennet Omalu of the University of Pittsburgh is a leading expert in forensic pathology. His claims of Waters's brain deterioration have yet to be corroborated or reviewed.

Credit

Ms. Lane and another sister, Sandra Pinkney, researched Mr. Nowinski's background, his expertise and experience with concussions, and decided to trust his desire to help other players.

Advertisement

"I said, 'You know what, the only reason I'm doing this is because you were a victim,' " said Ms. Pittman, Mr. Waters's niece. "I feel like when people have been through things that similar or same as another person, they can relate and their heart is in it more. Because they can feel what this other person is going through."

Three weeks later, on Jan. 4, Dr. Omalu's tests revealed that Mr. Waters's brain resembled that of an octogenarian Alzheimer's patient. Nowinski said he felt a dual rush — of sadness and success.

"Certainly a very large part of me was saddened," he said. "I can only imagine with that much physical damage in your brain, what that must have felt like for him." Then again, Mr. Nowinski does have an inkling.

"I have maybe a small window of understanding that other people don't, just because I have certain bad days that when I know my brain doesn't work as well as it does on other days — and I can tell," he said. "But I know and I understand, and that helps me deal with it because I know it'll probably be fine tomorrow. I don't know what I would do if I didn't know."

When informed of the Waters findings, Dr. Julian Bailes, medical director for the Center for the Study of Retired Athletes and the chairman of the department of neurosurgery at West Virginia University, said, "Unfortunately, I'm not shocked."

In a survey of more than 2,500 former players, the Center for the Study of Retired Athletes found that those who had sustained three or more concussions were three times more likely to experience "significant memory problems" and five times more likely to develop earlier onset of Alzheimer's disease. A new study, to be published later this year, finds a similar relationship between sustaining three or more concussions and clinical depression.

Dr. Bailes and other experts have claimed the N.F.L. has minimized the risks of brain trauma at all levels of football by allowing players who sustain a concussion in games — like Jets wide receiver Laveranues Coles last month — to return to play the same day if they appear to have recovered. The N.F.L.'s mild traumatic brain injury committee has published several papers in the journal Neurosurgery defending that practice and unveiling its research that players from 1996 through 2001 who sustained three or more concussions "did not demonstrate evidence of neurocognitive decline."

A primary criticism of these papers has been that the N.F.L. studied only active players, not retirees who had reached middle age. Dr. Mark Lovell, another member of the league's committee, responded that a study using long-term testing and monitoring of the same players from relative youth to adulthood was necessary to properly assess the issue.

Advertisement

"We want to apply scientific rigor to this issue to make sure that we're really getting at the underlying cause of what's happening," Dr. Lovell said. "You cannot tell that from a survey."

Dr. Kevin Guskiewicz is the director of the Center for the Study of Retired Athletes and a member of U.N.C.'s department of exercise and sport science. He defended his organization's research: "I think that some of the folks within the N.F.L. have chosen to ignore some of these earlier findings, and I question how many more, be it a large study like ours, or single-case studies like Terry Long, Mike Webster, whomever it may be, it will take for them to wake up."

The N.F.L. players' association, which helps finance the Center for the Study of Retired Athletes, did not return a phone call seeking comment on the Waters findings. But Merril Hoge, a former Pittsburgh Steelers running back and current ESPN analyst whose career was ended by severe concussions, said that all players — from retirees to active players to those in youth leagues — need better education about the risks of brain trauma.

"We understand, as players, the ramifications and dangers of paralysis for one reason — we see a person in a wheelchair and can identify with that visually," said Mr. Hoge, 41, who played on the Steelers with Mr. Webster and Mr. Long. "When somebody has had brain trauma to a level that they do not function normally, we don't see that. We don't witness a person walking around lost or drooling or confused, because they can't be out in society."

Clearly, not all players with long concussion histories have met gruesome ends — the star quarterbacks Steve Young and Troy Aikman, for example, were forced to retire early after successive brain trauma and have not publicly acknowledged any problems. But the experiences of Mr. Hoge, Al Toon (the former Jets receiver who considered suicide after repeated concussions) and the unnamed retired players interviewed by the Center for the Study of Retired Athletes suggest that others have not sidestepped a collision with football's less glorified legacy.

"We always had the question of why — why did my uncle do this?" said Ms. Pittman, Mr. Waters's niece. "Chris told me to trust him with all these tests on the brain, that we could find out more and help other people. And he kept his word."

Expert Ties Ex-Player's Suicide to Brain Damage

A version of this article appears in print on , on page A1 of the New York edition with the headline: Expert Ties Ex-Player's Suicide To Brain Damage From Football. Order Reprints| Today's Paper|Subscribe

# Expert: Waters had major brain damage

**Updated: January 18, 2007 — 1:00 AM EST**
by **ALAN SCHWARZ**, New York Times News Service

Since Andre Waters killed himself in November, an explanation for the former Eagles safety's suicide has remained a mystery. But after examining remains of Waters' brain, a neuropathologist in Pittsburgh is claiming that Waters had suffered brain damage from playing football and he says that led to his depression and ultimate death.

Dr. Bennet Omalu, of the University of Pittsburgh, a leading expert in forensic pathology, determined that Waters' brain tissue had degenerated into that of an 85-year-old man with similar characteristics as those of early-stage Alzheimer's victims. Omalu said he believed the damage was either caused or drastically expedited by successive concussions Waters, 44, had sustained playing football.

He added that although he planned further investigation, the depression that family members recalled Waters exhibiting in his final years was almost certainly exacerbated, if not caused, by the state of his brain - and that if he had lived, within 10 or 15 years "Andre Waters would have been fully incapacitated."

Omalu's claims of Waters' brain deterioration - which have not been corroborated or reviewed - add to the mounting scientific debate over whether victims of multiple concussions, and specifically longtime NFL players who may or may not know their full history of brain trauma, are at heightened risk of depression, dementia and suicide as early as midlife.

The NFL declined to comment on Waters' case specifically. A member of the league's mild traumatic brain injury committee, Dr. Andrew Tucker, said that the NFL was beginning a study of retired players later this year to examine the more general issue of football concussions and subsequent depression.

The Waters discovery began solely on the hunch of Chris Nowinski, a former Harvard football player and pro wrestler whose repeated concussions ended his career, left him with severe migraines and depression, and compelled him to expose the effects of contact-sport brain trauma. After hearing of the suicide, Nowinski phoned Waters' sister Sandra Pinkney with a ghoulish request: to borrow the remains of her brother's brain.

As Pinkney listened to Nowinski explain his rationale, she realized that the request was less creepy than credible. Her family wondered why Waters, a hard-hitting NFL safety from 1984 to '95 out of Cheyney State, known as a generally gregarious and giving man, spiraled down to the point of killing himself.

Pinkney signed the release forms in mid-December, allowing Nowinski to have four pieces of Waters' brain shipped overnight in formaldehyde from the Hillsborough County, Fla., medical examiner's office to Omalu in Pittsburgh for examination.

Because Omalu was situated in Pittsburgh, he had examined the brains of two former Steelers who were discovered to have had postconcussive brain dysfunction: Mike Webster, who became homeless and cognitively impaired before dying of heart failure in 2002; and Terry Long, who committed suicide in 2005.

Upon reading of Waters' suicide and knowing what he did about the psychological effects of concussions, Nowinski searched the Internet for any such history Waters might have had.

It was striking, Nowinski said. Asked in 1994 by the *Inquirer* to count his career concussions, Waters replied, "I think I lost count at 15." He later added: "I just wouldn't say anything. I'd sniff some smelling salts, then go back in there."

Nowinski also found a 1991 item about how Waters had been hospitalized after suffering a concussion in a game against Tampa Bay and experiencing a seizurelike episode on the team plane that was later diagnosed as body cramps. Waters played the next week. *

**Published:** January 18, 2007 — 12:00 AM EST | **Updated:** January 18, 2007 — 1:00 AM EST
SPONSORED STORIES

- 



 **ESPN.com:** NFL     [[Print without images]] 

Friday, January 19, 2007

# See no evil? The NFL won't face concussion facts

By Peter Keating
ESPN The Magazine

Sad but true: You didn't have to actually read the comments by the NFL or the doctors on its concussions committee to know how they were going to respond to the Andre Waters case.

In a New York Times story on Thursday, forensic pathologist Dr. Bennet Omalu of the University of Pittsburgh says that former NFLer Waters had the brain of an 85-year-old man with signs of Alzheimer's disease before he killed himself on Nov. 20, and that multiple concussions caused or severely worsened Waters' brain damage.

And as usual, you could count on the league and the scientists conducting research for its committee on mild traumatic brain injury (MTBI) to channel South Park's Officer Barbrady, who likes to say, "OK, people, move along - there's nothing to see here." For years, the NFL has maintained there is no scientific evidence connecting concussions to lasting injuries or brain damage while also asserting that its committee is about to look into the matter.

In November 2003, Dr. Elliot Pellman, medical adviser to the NFL and chairman of its MTBI committee, appeared on HBO's "Inside the NFL" to discuss a report by the Center for the Study of Retired Athletes that linked multiple concussions and depression among former pro players with histories of concussions. "When I look at that study, I don't believe it," Pellman said flatly. Later, however, he announced the committee would begin to study the long-term effects of concussions.

Two years later, the same Dr. Omalu now involved in the Waters case concluded that former NFL player Terry Long had died from chronic traumatic encephalopathy, a swelling of the lining of the brain, caused partly by "repeated mild traumatic injury while playing football." Pellman called that conclusion "speculative and unscientific." But he said the committee was planning its own look at the long-term impact of head injuries. "It will begin within the year and involve 160 active and retired NFL players, other athletes and those not involved in contact sports," the Pittsburgh Post-Gazette reported on Sept. 16, 2005.



Do Dr. Elliott Pellman and other NFL medical experts have their heads buried in the sand about concussions?

The [Nov. 6, 2006, issue of ESPN The Magazine] detailed the growing concerns that many top sports doctors have with the MTBI committee's methods and conclusions. Among other things, the Magazine's report showed that the committee didn't include hundreds of neuropsychological tests conducted on NFL players when studying the effects of concussions on the results of such tests. It also revealed that Pellman had fired William Barr, a neuropsychologist for the New York Jets who was concerned that Pellman might be picking and choosing what data to include in the committee's research to get results that would downplay the effects of concussions.

After that article appeared, Pellman went silent. Instead, Dr. Mark Lovell, another member of the committee and a leader in the field of neuropsychological testing in sports, went on ESPN's "Outside the Lines" to reply. "It's a very important issue. It needs to be studied scientifically, though," he said about non-NFL research showing an association between concussions and mental impairment in former football players. "It's very important to do this work. It's just we're in the middle of doing it at this time."

And now, Andre Waters.

"Whatever its cause, Andre Waters' suicide is a tragic incident and our hearts go out to his family," the NFL said in a statement released to the media Thursday afternoon. That statement concluded: "The league has a traumatic brain injury committee that will begin studying retired players later this year regarding concussions and depression."

After more than a dozen years of studying concussions, the NFL is -- still -- just getting around to examining the long-term effects of head trauma but still -- still -- refuses to acknowledge the validity of outside research on the subject. As Julian Bailes, chairman of neurosurgery at West Virginia University, told ESPN The Magazine, the MTBI committee "has repeatedly questioned and disagreed with the findings of researchers who didn't come from their own injury group."

What gives?

The explanation is straightforward, if depressing. The NFL has used the work done so far by its concussions committee to justify league practices. And if that research turns out to be flawed, and those practices turn out to be dangerous, the league could face massive liability, financially and legally.

In December 2004, Pellman, Lovell and their colleagues published the sixth of an ongoing series of papers in the journal Neurosurgery. In that report - and over the objections of several of the scientists who reviewed it - they stated: "The results of this present study support the authors' previous work, which indicated that there was no evidence of worsening injury or chronic cumulative effects of multiple MTBIs in NFL players." Their study found "no evidence" of "widespread permanent or cumulative effects of single or multiple MTBIs in professional football players."

No worsening injury, no cumulative effects, no widespread permanent damage from concussions.

Indeed, Pellman, Lovell et al found that, on average, NFL athletes didn't show a decline in brain function after suffering concussions, or after three or more concussions, or after taking blows to the head that kept them out a week or more. Despite blistering criticism over the study's small sample size and voluntary participation, these are the results that made it into print, and these are the results to which the league points when arguing that it doesn't put players at unnecessary risk.

As independent research continues to paint a different picture, the NFL is finding itself pushed further and further out on a limb. It's getting harder to deny the assertions of outside doctors and former players that concussions are linked to lasting problems.

"It's skating on dangerously thin ice to argue that there's no connection between multiple concussions and a decline in brain function, and it's amazing that the league continues to do so," says Chris Nowinski, author of "Head Games: Football's Concussions Crisis." (Nowinski is the man who obtained permission from Waters' family for Omalu to examine Waters' brain.)

Yet it also would be difficult for the NFL to turn its back on its own research and admit it has a long-term

concussions problem. The league is well-known in legal circles for tenaciously fighting even minor disability claims, and the last thing it wants to face is a flood of lawsuits by athletes who suffered head injuries and kept playing.

"There is the potential for bankrupting the league pension and disability plan if the NFL had to honor claims of disability brought by players who have concussions," says Michael Kaplen, a New York lawyer who specializes in brain injuries.

Some doctors and former players have long suspected that the NFL has always intended to use the MTBI committee's work as a bulwark against just such liability. One of the scientists who reviewed the committee's work for Neurosurgery told ESPN The Magazine: "They're basically trying to prepare a defense for when one of these players sues. ... They are trying to say that what's done in the NFL is OK because in their studies, it doesn't look like bad things are happening from concussions."

But as the concussion committee's studies turn out to be flawed or incomplete and outsiders are linking concussions to serious illness and even death, the NFL is going to need a new strategy. Its same old dismiss-and-wait statement on Andre Waters shows it's still looking for one.

*Peter Keating writes about sports business for ESPN The Magazine. His book, "Dingers: A Short History of the Long Ball," is available now on Amazon.com.*

# Butting Heads—Autopsies Fuel Debate on Football and Neurodegeneration

24 Jan 2007

In American football, using your head may mean different things to different players. A top-class quarterback like Peyton Manning uses it for millisecond analysis of the state of play, but for a running back or a lineman it often doubles as a battering ram. Not surprisingly, football players suffer their fair share of concussions, despite the helmets. Do these mild traumas have long-term effects? Some recent autopsy data may re-energize the debate over the link between repetitive brain injuries and subsequent neurological decline, including depression and the development of Alzheimer-like pathologies, such as amyloid plaques and neurofibrillary tangles.

In last month's Neurosurgery, Bennet Omalu and colleagues from the University of Pittsburgh, Pennsylvania, report autopsy data on retired National Football League (NFL) offensive guard Terry Long, who committed suicide in November 2005 at age 45 following a long battle with depression. They write that Long had chronic traumatic encephalopathy (CTE) accompanied by widespread neurofibrillary tangles and neuropil threads in the brain. The findings are reminiscent of an earlier autopsy on another ex-Pittsburgh Steeler, "Iron" Mike Webster. Omalu and colleagues, including University of Pittsburgh's Steve DeKosky, had reported in July of 2005 that the 50-year-old Webster also had had CTE along with many diffuse amyloid plaques in his brain and sparse neurofibrillary tangles (Omalu et al., 2005). That earlier paper found itself hotly challenged by members of the NFL's Mild Traumatic Brain Injury Committee, who asked for its retraction. The Committee's rationale was not that the data was incorrect, but that Omalu and colleagues misinterpreted the definition of chronic traumatic encephalopathy. As far as this reporter has determined, the committee has not yet commented on Omalu's new paper. Nor has it issued an official response to a story in the 18 January New York Times reporting that Omalu found similar neuropathology in the brain of a third former NFL player, Philadelphia Eagles defensive back Andre Waters, who committed suicide in November of 2006 at the age of 44.

In a telephone interview with Alzforum, Omalu said that though Waters's complete brain had not been saved after autopsy, sufficient material was saved for histochemical analysis on more than 120 sections. "We found frequent density of neurofibrillary tangles and neuritic threads in the hippocampus, the neocortex, and the brainstem," said Omalu. If the findings stand up to peer review, this will represent the third young ex-NFL player to exhibit pathologies normally associated with 70- and 80-year-old AD patients.

Three retrospective cases are hardly proof that football-related injuries precipitate AD-like pathologies in the prime of life. For this reason, Omalu and colleagues have called for a prospective, longitudinal study on a specified cohort of former professional contact-sport players, such as the NFL Hall of Famers. A preponderance of evidence from other studies suggests that the effects of repetitive mild traumatic brain injuries are cumulative. Kevin Guskiewicz and colleagues at the University of North Carolina, Chapel Hill, reported that NFL players who have received three or more concussions during their careers are five times more likely to suffer from mild cognitive impairment (Guskiewicz et al., 2005). The issue is a sensitive one for other professional sports, as well, such as boxing (Jordan, 2000).

Case 3:15-cv-01074-JAM Document 21-22 Filed 09/10/16 Page 20 of 40

Within the NFL, part of the debate surrounds the question of how quickly a player should play again after sustaining a concussion, and what medical attention is appropriate to prevent long-term consequences. But many neurodegeneration researchers may question whether any medical intervention is available to stem a long-term process of pathology buildup triggered by repetitive mild head trauma. These researchers are less surprised by a link between such trauma and neurofibrillary/amyloid pathologies than by the fact that this is news to society at large. Animal studies have documented this connection repeatedly (e.g., Yoshiyama et al., 2005; Uryu et al., 2002), and human data exist, as well (e.g., Jellinger, 2004).

"Recently there has been a major shift in scientific thought about the long-term sequelae of playing football. What we are finding out is that these repetitive concussions are cumulative over time and additive, and when players retire many years later they may have dementia-like disease," said Omalu. Where do AD researchers stand on this issue? Are you letting your kids play high school football?—Tom Fagan

# Dark Days Follow Hard-Hitting Career in N.F.L.

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

February 2, 2007

By ALAN SCHWARZ; Clifton Brown contributed reporting from Miami.

Ted Johnson helped the New England Patriots win three of the past five Super Bowls before retiring in 2005. Now, he says, he forgets people's names, misses appointments and, because of an addiction to amphetamines, can become so terrified of the outside world that he locks himself alone inside his Boston apartment in bed with the blinds drawn for days at a time.

''There's something wrong with me,'' said Mr. Johnson, 34, who spent 10 years in the National Football League as the Patriots' middle linebacker. ''There's something wrong with my brain. And I know when it started.''

Mr. Johnson's decline began, he said, in August 2002, with a concussion he sustained in a preseason game against the New York Giants. He sustained another four days later during a practice, after Patriots Coach Bill Belichick went against the recommendation of the team's trainer, Johnson said, and submitted him to regular on-field contact.

Mr. Belichick and the Patriots' head trainer at the time, Jim Whalen -- each of whom remain in those positions -- declined to comment on Mr. Johnson's medical experience with the team or his allegations regarding their actions.

Following his two concussions in August 2002, Mr. Johnson sat out the next two preseason games on the recommendation of a neurologist. After returning to play, Mr. Johnson sustained more concussions of varying severity over the next three seasons, each of them exacerbating the next, according to Mr. Johnson's current neurologist, Dr. Robert Cantu.

Dr. Cantu said that he was convinced Mr. Johnson's cognitive impairment and depression ''are related to his previous head injuries, as they are all rather classic postconcussion symptoms.'' He added, ''They are most likely permanent.''

Asked for a prognosis of Mr. Johnson's future, Dr. Cantu, the chief of neurosurgery and director of sports medicine at Emerson Hospital in Concord, Mass., said: ''Ted already shows the mild cognitive impairment that is characteristic of early Alzheimer's disease. The majority of those symptoms relentlessly progress over time. It could be that at the time he's in his 50s, he could have severe Alzheimer's symptoms.''

Mr. Johnson is among a growing number of former players and their relatives who are questioning whether their serious health issues are related to injuries they sustained and the treatment they received as players. Mr. Johnson said he decided to go public with his story after reading in The New York Times two weeks ago about

Andre Waters, the former Philadelphia Eagles player who committed suicide last November and was later determined to have had significant brain damage caused by football-related concussions.

Mr. Johnson said he was not suicidal, but that the depression and cognitive problems he had developed since 2002 had worsened to the point that he now takes Adderall, a prescription amphetamine, at two to three times the dosage authorized by his doctors, who have been unaware of this abuse.

When he runs out of these pills, Mr. Johnson said, he shuts himself inside his downtown apartment for days and communicates with no one until a new prescription becomes available. He said he was coming forward with his story so that his friends and family might better understand his situation, and also so that the National Football League might improve its handling of concussions.

While the league's guidelines regarding head injuries have been strengthened over the past decade, the N.F.L.'s record of allowing half of players who sustain concussions to return to the same game remains a subject of medical debate.

"I am afraid of somebody else being the next Andre Waters," said Mr. Johnson, who spent two weeks in February at a psychiatric hospital outside Boston with, he said, no appreciable results. "People are going to question me: 'Are you a whistleblower, what are you doing this for?' You can call it whatever you want about what happened to me. I didn't know the long-term ramifications. You can say that my coach didn't know the long-term, or else he wouldn't have done it. It is going to be hard for me to believe that my trainer didn't know the long-term ramifications, but I am doing this to protect the players from themselves."

The N.F.L. spokesman Greg Aiello said that the league had no knowledge of Johnson's specific situation. Regarding the subject of player concussions in general, he said, "We are very concerned about the issue of concussions, and we are going to continue to look hard at it and do everything possible to protect the health of our players."

At a news conference yesterday in Miami, where the Super Bowl will be held Sunday, Gene Upshaw, the executive director of the National Football League Players Association, spoke in general terms about concussions in the N.F.L. "If a coach or anyone else is saying, 'You don't have a concussion, you get back in there,' you don't have to go, and you shouldn't go," Upshaw said, not speaking about the Johnson case specifically. "You know how you feel. That's what we tried to do throughout the years, is take the coach out of the decision-making. It's the medical people that have to decide."

Mr. Johnson, who has a 2-year-old daughter and a 1-year-old son, is currently in divorce proceedings with his wife, Jackie, a situation that he admitted was compounding his depression.

He was arrested in July on domestic assault-and-battery charges, which were later dropped because his wife declined to testify. Mr. Johnson said that his concussive symptoms and drug addiction not only precipitated his marriage's decline but began several years before it, specifically that preseason of 2002.

According to Patriots medical records that Mr. Johnson shared with The Times, the only notable concussion in his career to that point happened when he played at the University of Colorado in 1993. Against the Giants on

Aug. 10, 2002, those records indicate, he sustained a "head injury" -- the word concussion was not used -- and despite the clearing of symptoms after several minutes on the sideline, he did not return to the game.

Mr. Johnson said that four days later, when full-contact practice resumed, Mr. Whalen issued him a red jersey, the standard signal to all other players that he was not supposed to be hit in any way. About an hour into the practice, Mr. Johnson said, before a set of high-impact running drills, an assistant trainer came out on the field with a standard blue jersey. When he asked for an explanation, Mr. Johnson said, the assistant told him that he was following Mr. Whalen's instructions.

Mr. Johnson, whose relationship with Mr. Belichick had already been strained by a contract dispute, said he interpreted the scene as Mr. Belichick's testing his desire to play, and that he might be cut and lose his $1.1 million salary -- N.F.L. contracts are not guaranteed -- if he did not follow orders.

"I'm sitting there going, 'God, do I put this thing on?' " Mr. Johnson said. "I put the blue on. I was scared for my job."

Regarding the intimidation he felt at that moment, Mr. Johnson added, "This kind of thing happens all the time in football. That day it was Bill Belichick and Ted Johnson. But it happens all the time."

Several Patriots teammates said they did not recall this incident but invariably testified to the believability of Mr. Johnson, the team captain in 1998 and 2003. Said one former teammate, who insisted on anonymity because he still plays with the Patriots under Mr. Belichick, "If Ted tells you something's going on, something's going on."

Mr. Johnson said that the first play called after he put the blue jersey on, known as "ace-ice," called for one act from him, the middle linebacker: to sprint four yards headlong into the onrushing blocking back. After that collision, Mr. Johnson said, a warm sensation overtook his body, he saw stars, and he felt disoriented as the other players appeared to be moving in slow motion. He never lost consciousness, though, and after several seconds regained his composure and continued to practice "in a bit of a fog" while trying to avoid contact. He said he did not mention anything to anyone until after practice, when he angrily approached Mr. Whalen, the head trainer.

"I said, 'Just so you know, I got another concussion,' " Johnson said. "You could see the blood, like, leave his face. And he was like, 'All right, all right, well, we're going to get you in to see a neurologist.' "

Dr. Lee H. Schwamm, the neurologist at Massachusetts General Hospital who examined Mr. Johnson, concluded in a memo on Aug. 19, 2002, that Mr. Johnson had sustained a second concussion in that practice. Dr. Schwamm also wrote that, after speaking with Mr. Whalen, that Mr. Whalen "was on the sidelines when he sustained the concussion during the game and assessed him frequently at the sideline," and that "he has kept Mr. Johnson out of contact since that time."

Mr. Johnson said that the next day he spoke with Mr. Belichick about the incident but that they only glossed over it.

"He was vaguely acknowledging that he was aware of what happened," Mr. Johnson said, "and he wanted to just kind of let me know that he knew."

Mr. Johnson missed the next two preseason games, played in the final one, and then, believing he was still going to be left off the active roster for the opening game against Pittsburgh, angrily left camp for two days before returning and meeting with Mr. Belichick and confronting him privately about the blue-jersey incident.

''It's as clear as a bell -- 'I had to see if you could play,' '' Mr. Johnson recalled Mr. Belichick saying. Minutes later, Mr. Johnson said, Mr. Belichick admitted he had made a mistake by making him wear the blue jersey. ''It was a real kind of admittance, but it was only him and I in the room,'' Mr. Johnson said.

Mr. Johnson sat out the season opener but played the following Sunday against the New York Jets, a game in which Mr. Johnson said he could not remember line formations and was caught out of position because he could not concentrate. After sitting out the next game against Kansas City, Mr. Johnson played against San Diego and had the same problem.

He learned how to manage the disorientation and played the rest of the season but said that, ''from that point on, I was getting a lot of these, what I call mini-concussions.''

Mr. Johnson added that he did not report these to his trainer or coaches for fear he would be seen as weak.

This continued through the 2003 season, Mr. Johnson said, as he noticed himself feeling increasingly more unfocused, irritable and depressed. Teammates noticed as well, said Willie McGinest, a fellow linebacker who now plays for the Cleveland Browns.

''He was always an upbeat, positive guy,'' Mr. McGinest said. ''After the last few concussions, you could tell he was off at times.''

Playing poorly, Mr. Johnson lost his starting job.

In the week before the 2004 Super Bowl, Mr. Johnson said, a friend who supplied amphetamines to several major league baseball pitchers gave him some Adderall pills to cure his lethargy and increase his concentration. ''It was the best I had felt in the longest time,'' Mr. Johnson said. ''The old Ted was back.''

After playing only sparingly in that Super Bowl, Mr. Johnson began taking larger and larger doses before and throughout the 2004 season, when he regained his starting position at middle linebacker and helped the Patriots win their second consecutive Super Bowl.

The better mood did not last long, he said. The minor concussions -- euphemized as ''dings'' in N.F.L. lingo -- that he regularly sustained in practice and in games hurt more than the Adderall could help. The thought of violently tackling a player, he said, ''made me physically ill.''

''For the first time in my life,'' he said, ''I was scared of going out there and putting my head in there.''

Mr. Johnson retired before the 2005 season and briefly worked as a football analyst for WBZ-TV in Boston. But he said his malaise and cognitive problems were only getting worse, and in his attempt to regain some sort of balance, he wound up taking large amounts of antidepressants along with increasing amounts of Adderall, creating a dangerous up-and-down cycle that he realized required professional attention. Last February, he spent two weeks at McLean Hospital, a psychiatric institution in suburban Belmont, Mass.

Mr. Johnson said he felt no better after that experience, and he quickly resumed the Adderall abuse that continues today. He has moved out of his former house during his divorce proceedings and lives in a two-bedroom apartment downtown, which after three months contains dozens of half-open moving boxes.

''Welcome to the glamorous life of a former N.F.L. player,'' he said. A half-hour later, he stepped into his Range Rover and drove to his local CVS to pick up another bottle of Adderall. The 72 pills of 30 milligrams each are supposed to last nine days, but he knows he will blow through them in four or five.

One of his most maddening frustrations, Mr. Johnson said, is that no tests -- from M.R.I.'s to other scans of his brain -- have confirmed his condition, causing some people in his life to suspect that he is wallowing in retirement blues. ''That's ridiculous,'' he said, ''because I always treated football as a steppingstone for the rest of my life. I used to have incredible drive and ambition. I want to get my M.B.A. But I can't even let myself have a job right now. I don't trust myself.''

Dr. Cantu, his neurosurgeon, said he was convinced that Mr. Johnson's condition was primarily caused by successive concussions sustained over short periods of time. He said that M.R.I.'s of Mr. Johnson's brain were clear, but that ''the vast majority of individuals with postconcussion syndrome, including depression, cognitive impairment, all the symptoms that Ted has, have normal M.R.I.'s.''

The most conclusive method to assess this type of brain damage, Dr. Cantu said, was to examine parts of the brain microscopically for tears and tangles, but such a test is done almost exclusively post-mortem. It was this type of examination that was conducted by a neuropathologist at the University of Pittsburgh, Dr. Bennet Omalu, on the brain of Mr. Waters after his suicide, revealing a condition that Dr. Omalu described as that of an 85-year-old with Alzheimer's disease.

''The type of changes that Andre Waters reportedly had most likely Ted has as well,'' Dr. Cantu said.

Experts in the field of athletic head trauma have grown increasingly confident through studies and anecdotal evidence that repeated concussions, particularly those sustained only days apart, are particularly dangerous. Dr. David Hovda, a professor of neurosurgery and director of the Brain Injury Research Center at U.C.L.A., said, ''Repeated concussions -- it doesn't matter the severity -- have affects that are more than additive, and that last longer.''

Sitting in his apartment this week, Mr. Johnson said that he had not considered a lawsuit against Mr. Belichick, any Patriots personnel or the N.F.L. He said that his sole motivation was to raise awareness of the dangers that football players can face regarding concussions.

Asked who was to blame for his condition -- Mr. Belichick, Mr. Whalen, himself or the entire culture of the N.F.L. -- Mr. Johnson thought for 30 seconds and said he could not decide.

Several hours later, he was riding in an elevator up to a consultation with Dr. Cantu. As the door opened on the seventh floor, a middle-aged man walked out and smiled warmly at Mr. Johnson. ''We missed you this year,'' he said.

9/9/2016    Case 3:15-cv-01074-JAM   Document 214-22   Filed 09/10/16   Page 26 of 40

"Thanks, man," Mr. Johnson said with a grin and a nod. Later, Mr. Johnson said something else went through his troubled mind at that moment.

"I miss me, too," he said.

Photos: Ted Johnson (52) has symptoms comparable to early Alzheimer's. (Photo by Jim Davis/The Boston Globe)(pg. A1); Johnson has photographs of what happened to the helmet of a Miami player after a collision with Johnson.; Ted Johnson says that his behavior has become so erratic that "I can't even let myself have a job right now. I don't trust myself." (Photographs by Jodi Hilton for The New York Times)(pg. D2)

http://query.nytimes.com/gst/fullpage.html?res=9501E7DE123FF931A35751C0A9619C8B63&pagewanted=all&pagewanted=print                                                    6/6

# Concussions Drawing Increased Scrutiny

By Les Carpenter
Washington Post Staff Writer
Sunday, April 22, 2007

LOS ANGELES -- The night of the Dallas Cowboys' second consecutive NFC championship in January 1994, Troy Aikman was in a hospital unable to remember what, if anything, he and his teammates had accomplished hours earlier.

A third-quarter hit had knocked the quarterback's brain against the sides of his skull. At a concussion seminar this past Friday morning, Aikman's agent Leigh Steinberg recalled visiting him in the hospital that night and being met with blank stares.

Steinberg remembered Aikman asking, "Did I play a football game today?"

When Steinberg said yes, Aikman then asked if he played well. Steinberg again said yes. Aikman then wondered if the Cowboys had won. When told yes again, Aikman asked what the win meant. Steinberg told him he was going to the Super Bowl.

"His face really brightened then," Steinberg recalled.

Five minutes later, Aikman turned to Steinberg and said, "Did I play a football game today?"

Steinberg told this story at the seminar he put on along with the Los Angeles-based Sports Concussion Institute to illustrate a fact that now seems startling. After a week of fogginess and feeling sick to his stomach, Aikman played in the Super Bowl, exposing himself to a potential blow that could have caused further head trauma and put him at risk for future debilitating problems.

Several years ago, Steinberg organized a seminar to study concussions, but the subject quickly died. Now interest has regenerated after recent suggestions that the deaths of former NFL players Mike Webster, Andre Waters and Terry Long might have been related to concussions. Friday's seminar drew several doctors who are considered leaders in the field and who presented new findings that appear to show just how blows to a brain not healed from a previous concussion can cause exponentially more damage.

Mark Lovell, the director of the Sports Medicine Concussion Program at the University of Pittsburgh Medical Center, said estimates from the Centers for Disease Control show there are 1.6 million to 3.8 million sports concussions a year. Other studies of high school athletes suggest 70 percent of football players reported concussion symptoms but only 20 percent knew they had a concussion. It takes two weeks for 60 percent of high school athletes to recovery fully from a concussion, he said.

Several of the doctors worried that too many of those kids are returning to action sooner than that, which leaves the brain vulnerable to another hit that could give the athlete headaches, dizziness and temporary amnesia for weeks and put him or her at a heightened risk for conditions such as Alzheimer's and Parkinson's diseases.

The problem is no one knows just how extensive those risks are.

"This is the last frontier in medical research," Steinberg said. "We know everything about the knees and joints. But the brain is truly the last frontier."

Complicating such study, many of the doctors said, is the current sports culture that demands players get onto the field as soon as possible. Several gave anecdotal evidence of high school athletes who tried to get back into soccer games or football games or play again within days of what appeared to be severe concussions.

The doctors urged all high schools and sports teams to adopt baseline testing, which requires athletes to look at a television monitor and respond to a series of prompts. This gives a record of normal brain activity, so when a head injury occurs, the athlete can be tested again to determine how much function has been lost.

While many professional sports leagues do baseline testing, only a fraction of high schools do.

To illustrate how tricky this research can be, several doctors said injured players can fake their way through basic tests for concussions by saying they feel fine, even as their heads are pounding. Only when more extensive tests are given, forcing the patient to remember simple facts and identify objects, can the true extent of the injury be determined.

Bennet Omalu, a forensic pathologist who first made the link between brain injuries and the deaths of Waters, Long and Webster, showed pictures of each player's brain to demonstrate how normal all three of the brains appeared. Only after further examination could the telltale signs of head trauma be identified.

The brain of Webster, who had several post-football health issues, showed dementia "often seen in an 80-year-old," Omalu said.

Technology is helping in studying brain issues. Some scientists have wired the helmets of college football teams to study the force of impact on the brain.

There was a lot of discussion about designing new helmets, but many cited the problem of having something that is comfortable enough for a player to want to wear.

"People are appalled when I tell them to put a used swimsuit on their kids, but they put on their kids' heads anything that comes out of the equipment closet," said J. Nadine Gelberg, the president of Get Charged, a company that examines sports technology. "They don't know what's happened to that helmet."

© 2007 The Washington Post Company

This page is safe

# 'Brain Chaser' Tackles Effects of NFL Hits

By Les Carpenter

Washington Post Staff Writer

Wednesday, April 25, 2007

PITTSBURGH -- Bennet Omalu knows why his phone calls often bring silence on the other end. He introduces himself as a forensic pathologist, which means he is trained to examine dead people. He explains that he's also a neuropathologist, which means he is trained to examine dead people's brains. He says all this through a thick accent that is the result of a childhood spent in Nigeria.

Then there is the matter of what he is seeking in those calls: the brains of recently deceased professional football players.

Coming over the phone in slightly broken English, with a complicated explanation of a medical phenomena that most coroners have never heard of or believe to be true, the request to have the brain pulled from the freshly deceased player's head and shipped here to be studied might as well come from Mars.

"They insult me," Omalu said. "They say, 'What do you think you are doing?' " Then they say no.

Omalu, 37, a man who knew nothing about football and was a soccer goalie in his homeland, believes he has proven that repeated concussions in football lead to early-onset dementia, very similar to the boxing ailment known as "punch-drunk syndrome," possibly leading to dementia and depression.

Omalu has been able to examine four brains -- those of former Philadelphia Eagles defensive back Andre Waters, former Pittsburgh Steelers offensive linemen Mike Webster and Terry Long and former Denver Broncos running back Damien Nash. Webster, Long and Waters all showed signs of severe punch-drunk syndrome, and Long and Waters committed suicide. Nash, who died Feb. 24 after collapsing following a charity basketball game, did not. But he was just 24 and barely had played in the NFL.

And while the link between Webster, Long and Waters, who all suffered emotionally and intellectually in their post-football lives, has encouraged some researchers, others question the validity of Omalu's work, suggesting his research is sloppy and the evidence is insufficient. Either way, he needs more brains.

That is not easy to accomplish.

"Just call me a brain chaser. That's what I do," Omalu said with a laugh.

He is a smallish man with a wide face and a big smile who favors pinstriped suits and chats without the detached air of many doctors. He came to the United States in 1994 to do his residency at the University of Washington. He was drawn to pathology because he never really liked any other field of medicine. He found it all too boring. Along the way, he discovered he loved to study the brain.

Five years ago, while working at the Allegheny County medical examiner's office, he came to work and discovered Webster's body on the slab. The former Steelers center caused a stir in the coroner's office mainly because he was one of the most beloved Pittsburgh players of the 1970s and '80s. But Webster had fallen on hard times after football; he seemed scattered and irritable, eventually lost all of his money and distanced himself from his family.

Watching coverage of Webster's death (the cause was not released), Omalu was shocked that the people who talked about him on television mocked his intelligence. Omalu wondered if perhaps Webster suffered from dementia pugilistica, or punch-drunk syndrome. When he arrived at work and discovered he would be doing the autopsy on Webster, he pulled out the brain and found it to look unblemished. Still, he wanted a further look.

When slides were made of the matter, then magnified 200 times, the telltale red flecks of abnormal protein appeared. The proteins appear when the brain is hit, Omalu said, but disappear as the healthy brain cells devour them, leading to recovery. Yet when the brain suffers too many blows, the brain cells can't keep up with the protein and eventually give up and die, leaving just the red flecks.

"No brain of a 40- or 50-year-old should look like this," Omalu said. The only people who would have such markings, he added, were boxers, very old people with Alzheimer's disease or someone who had suffered a severe head wound. Webster was only 50.

There is a good chance that Omalu is the only person who would have thought to check Webster's brain for punch-drunk syndrome. Since few pathologists are trained as neuropathologists, they never would have seen the textbook pictures of the abnormal proteins that Omalu had observed in medical school.

"Another doctor would have cut up the brain," Omalu said.

Omalu was on duty when Long killed himself. Once again, Omalu preserved the brain, had slides made up and discovered the same red flecks. He also faced a skeptical medical field that shrugged off Webster's problems as non-football related. But by then, he had made a believer of Christopher Nowinski, a former football player at Harvard who had wrestled in World Wrestling Entertainment under the name Chris Harvard. Nowinski had been forced to retire from wrestling in 2003 because of numerous concussions and wrote a book on the ordeal called "Head Games: Football's Concussion Crisis."

When Nowinski heard of Waters's suicide last fall, he called the medical examiner in Florida, requesting the brain for Omalu. When the coroner refused, Nowinski contacted Omalu, who discovered that the brain mostly had been destroyed.

After getting permission from Waters's family, Omalu was able to salvage small chunks of Waters's brain. Upon examination, Omalu found the same red streaks as in the brains of Webster and Long.

"In medicine, three cases make a series," said Julian Bailes, the chairman of the neurosurgery department at West Virginia University and a leading concussion researcher. "You can report that. When they published the findings about Mike Webster, a skeptic could say, 'This is a chance occurrence.' Then Terry Long died and was brought, serendipitously, to the same medical examiner's office, but people could say 'maybe that was a coincidence.' But a third case makes a series."

All of which prompts Bailes to call Omalu's work "breakthrough research."

Others are not so sure. Ira Casson, the co-chair of the NFL's Committee on Mild Traumatic Brain Injury and a neurologist at Long Island Jewish Hospital, said Omalu has not provided complete medical histories on Webster and Long, relying instead on anecdotal evidence from the families rather than actual records. He also questions whether a real diagnosis can be made on Waters from such small fragments.

Casson also said there were "glaring deficiencies" in an article Omalu published on Webster, claiming that Omalu made Webster's brain trauma seem worse after being questioned on his initial findings. He said Omalu needs to have a wider sampling than just football players to prove his thesis.

Omalu has heard many of these criticisms. He realizes there are not many people who would make the calls he has, but he also can't let go of the red flecks he saw on the slides and the effects they have had on the families of those players. He still can feel the warmth of the embrace Waters's mother, Willie Ola Perry, gave him when he told her what he found inside her son's brain.

"She was so glad to know that [he] didn't do this on his own, he was sick," Omalu said.

Every time he seems unsure of what he's doing and frets that another coroner is going to mock his request, he thinks of that hug or the smile Webster's son Garrett gave him and picks up the phone.

He'll read of a former NFL player dying, especially under suspicious circumstances, and he'll make a call, first to the coroner and then to the family. He looks for candidates who might want to donate their brains when they die. He even said he phoned the office of boxer Muhammad Ali, whose Parkinson's disease is believed to have been caused by too many blows to the head. But Ali's people were so horrified at the thought of discussing the possibility of the boxer's death they quickly ended the call.

He realizes his inquiries are going to put off people and is certain his accent is a burden. He thinks people are convinced he is out to ruin football and are threatened the moment they pick up the phone.

"They seem to think: 'A foreigner is coming in to teach something of value to us. Is he telling us to stop playing football? Who is he?' " Omalu said. "It's not about the game, it's about the science."

When he thinks his accent might get in the way, he asks Nowinski to make the calls.

"It's extremely awkward to ask," Nowinski said. "I spend 15 minutes before picking up the phone to practice how actually I am going to put it. You only get one chance."

When he first called the Waters family after Andre's death, they told him no. In the time he was able to finally persuade them to say yes, the full brain already had been destroyed. Nowinski and Omalu were fortunate the medical examiner's office had kept some small parts of the brain that could be examined.

It shows the urgency Nowinski and Omalu feel to make sure they don't let any further opportunities slip away.

"Calling people within days of a passing is not comfortable," Nowinski said. "But the long-term good is better than the negatives of the call. It gives the answers to strange behaviors. And it's helped give meaning to a tragic

situation. By doing what they've done, they've helped a whole lot of people."

Omalu is hopeful he soon will have another brain to examine, though he will not provide the name of the deceased former player whose family has given him permission to look at the brain. It will be someone people will know, he said. He is certain he will find the same red streaks in this brain as he did in the others. And when he releases those findings, he is sure more people will answer when he and Nowinski call about brains.

"You kind of can't stop because of the importance of the findings," Nowinski said. "To not keep going would hurt a lot of people."

© 2007 The Washington Post Company

This page is safe

# At Concussion Seminar, There's No Time to Waste

By Les Carpenter

Washington Post Staff Writer

Tuesday, June 19, 2007

By late yesterday, some of the nation's top concussion researchers were making their way to a Chicago suburb in preparation for an all-day presentation today to NFL team doctors and trainers. They hope it will be a revolutionary seminar that will lead to new ways that professional football players are treated for concussions in games and practices.

And the researchers express cautious optimism that a new commissioner, Roger Goodell, is interested in changing a system they don't think was always open to new concussion research.

But with that hope also comes a fear that the day is simply a facade designed to make an offseason of bad headlines about concussions go away.

"I want to be optimistic and encouraged," said Julian Bailes, the chair of West Virginia University's Department of Neurosurgery.

Of most concern to several doctors is the amount of time each speaker will be allotted. The league has invited a handful of specialists in the field and will have some of its own advisers, and a seminar that normally would take two days has been squeezed into about seven hours. Most presentations will only be 10-15 minutes, which doesn't leave much time for the slide shows and PowerPoint presentations doctors often make at such meetings.

For instance, at a concussion conference two months ago in Los Angeles, many of the same presenters who will be at the NFL seminar made hour-long speeches. This seminar's timeframe could mean that important facts or examples will be left out and might dilute the impact of what the doctors are trying to say.

At the Los Angeles seminar, Bennett Omalu, a forensic pathologist who has drawn a link to head trauma in football and brain conditions such as dementia, gave a sobering talk complete with autopsy photos of two of the players he studied -- Mike Webster and Terry Long. Bailes will be making a shorter version of the same talk and certainly won't be able to discuss it in as great detail.

"The fact is it took me four hours to put together 10 thoughts," said Mark Lovell, founder of the sports medicine concussion program that the University of Pittsburgh Medical Center who had to significantly cut down his normal presentation. But Lovell, who sits on the league's Mild Traumatic Brain Injury (MBTI) committee, also said that there will be so many speakers representing different schools of thought on the subject that there really wasn't another way to organize the event.

Concussions have become a significant issue in recent months as more doctors question whether the NFL has been serious about addressing safety. Some members of the league's MBTI committee have been critical of

new research, saying it lacks depth. As recently as 2004, the committee said it had not found permanent effects of multiple concussions. Several doctors, including Bailes, believe three concussions can have lifelong effects.

"We labored in obscurity for many years and they're still criticizing us," Bailes said.

With so much talk about concussions and football-related trauma, the NFL has made some changes to the way it addresses head injuries. Last month, Goodell introduced a whistleblower program in which players who have had concussions can complain if they feel they are being pushed to play too soon after their injury.

All players are required to have neurological baseline testing to determine normal brain function, which can be matched to a similar test after a concussion to determine how much function has been affected. Likewise, team doctors will now make all decisions about when a player can come back, presumably without interference from players or coaches.

Bailes said he has heard from team doctors and trainers curious about the research into long-term effects of concussions, but was somewhat surprised that there was not more interest given the damage it can cause later in life.

"I think they are looking to the league and the league's MTBI committee and the commissioner for leadership," Bailes said.

Speakers today will talk about subjects such as when a player with concussions should retire, an evaluation of current concussion guidelines, the effects concussions might have on depression and an analysis of data collected around the NFL the last five years, which will be presented by Lovell.

"We can certainly, accurately measure very subtle changes in brain function," Lovell said. "Ten or 15 years ago, much of that would not have been detectable."

Lovell said he is amazed to see how quickly professional athletes recover from brain injuries, surmising that perhaps those players susceptible to concussions had given up football because of repeated head trauma at a younger age. However, he said, that does not mean there isn't a concussion problem in the NFL.

"I think it needs to be discussed in a very sophisticated way," he said.

© 2007 The Washington Post Company

This page is safe

# Compromise Reigns at Summit on Concussions

By Les Carpenter

Washington Post Staff Writer

Wednesday, June 20, 2007

ROSEMONT, Ill., June 19 -- They sat shoulder-to-shoulder on a dais in a hotel conference room, the dissenting minds on concussion research together at last. For months these doctors exchanged occasional harsh words and tongue-clucking critiques of each other's thoughts on the long-term effects of concussions and the merits of the NFL's policy.

But when they got together under the lights of a news conference at the NFL's concussion summit Tuesday, the bickering stopped.

"The more you sit with these people, you see how you share the same opinions even though each person has been presented as a polar opposite," said Mark Lovell, the founder of the sports medicine concussion program at the University of Pittsburgh Medical Center. "The difference is that in the scientific community, what we have are cordial scientific disagreements that can appear to be over-exaggerated if it is outside the community.

"We disagree with each other all the time. That's part of science. It's just not usually in the media."

It had gotten bad. Many of the members of the NFL's mild traumatic brain injury committee have been publicly skeptical of new concussion research. And in turn they have been attacked as being unreceptive to new science by the outside doctors. Yet Tuesday, each side seemed willing to accept the other's work.

For instance, Julian Bailes, the chairman of the neurosurgery department at West Virginia University, has been taken by the research of Bennett Omalu, a Pittsburgh area forensic pathologist. Omalu has studied the brains of four dead NFL players who played in Pennsylvania -- Mike Webster, Andre Waters, Terry Long and Justin Strzelczyk -- and has discovered dead neurons that are often found in boxers who had severe head trauma. It may be the first evidence to show that football concussions might lead to dementia in players after retirement.

But Joseph Maroon, a professor of neurosurgery at the University of Pittsburgh Medical Center and also the Steelers' team neurosurgeon, seemed less sure of the connection than Bailes. With Bailes sitting nearby, he ran through a list of other possibilities for the dead neurons that include steroids, drug abuse, amphetamines and even rat poison and antifreeze, which Long used to kill himself.

Rather than snap a defense, Bailes nodded ruefully and said, "I agree we don't know the exact cause."

And Maroon, in the spirit of conciliation, said Omalu's research had brought important data to light that needed to be examined more.

Some tension did simmer in the privacy of the doctors' presentations, which were closed to reporters. Much of the contention came over Omalu's research, which many on the league's concussion committees question as incomplete and needing a control sample of non-athletes for comparison.

But even with the occasional spats, most of the doctors seemed to agree that the discussion was helpful and the exchange of opinions was a good thing.

As they left the conference, many of the doctors who have been critical of the league seemed to have a sense of guarded optimism that the NFL took the event seriously. Each team was required to send a team doctor and two trainers, and attendees were given a giant folder filled with concussion research.

They were encouraged by the opening remarks of Commissioner Roger Goodell, who told them "medical decisions must always take priority over competitive concerns."

A common criticism by doctors and some players over the years is that the league does not want to know how serious concussions are for fear of diluting the product. Those detractors have criticized NFL studies that seem to indicate there are no long-term effects from concussions.

Tuesday's conference seemed to pacify many of them.

Robert Cantu, the chief of neurosurgery at Emerson Hospital in Massachusetts, said he was encouraged by the rhetoric and thought Goodell seemed sincere in addressing concussion issues. So far the commissioner has required all teams to do baseline testing to measure each player's normal brain function to be compared against a similar test after a concussion. He also has initiated a whistle-blower program, in which players can complain anonymously if they feel they are being pressured to play too soon after a concussion.

Players have treated the whistle-blower program with suspicion, worrying that if it isn't implemented correctly their complaints won't remain anonymous. On Tuesday, Ernie Conwell, a free agent tight end who has played for several teams, said he wonders if players are going to feel comfortable reporting concussions to trainers if they think they will undergo extra testing and might be kept from games.

"Nobody wants to be labeled with a soft head," he said.

This, after Conwell admitted to four "documented concussions" in his career and several other possible concussions. Former Redskin Troy Vincent, who also attended the meeting, said he has had as many as 50 or 60 incidents that might be defined as concussions.

As he said this, Conwell simply smiled and nodded.

"When you ask a player on the sideline if he wants to go back in the game, he says yes," Texans tight end Mark Bruener said. "If you establish guidelines for all 32 teams, you protect the player from himself."

Tuesday was not for drawing up a leaguewide policy determining when a player should be kept from playing. That comes later, and the doctors who have been skeptical of the NFL's concussion policies say this is when the proof of the league's commitment will be measured.

Until then, they left the hotel, boarded buses for the airport and chose to remain optimistic.

© 2007 The Washington Post Company

This page is safe

 **ESPN.com:** NFL          [Print without images] 

Friday, January 19, 2007

# See no evil? The NFL won't face concussion facts

By Peter Keating
ESPN The Magazine

Sad but true: You didn't have to actually read the comments by the NFL or the doctors on its concussions committee to know how they were going to respond to the Andre Waters case.

In a New York Times story on Thursday, forensic pathologist Dr. Bennet Omalu of the University of Pittsburgh says that former NFLer Waters had the brain of an 85-year-old man with signs of Alzheimer's disease before he killed himself on Nov. 20, and that multiple concussions caused or severely worsened Waters' brain damage.

And as usual, you could count on the league and the scientists conducting research for its committee on mild traumatic brain injury (MTBI) to channel South Park's Officer Barbrady, who likes to say, "OK, people, move along - there's nothing to see here." For years, the NFL has maintained there is no scientific evidence connecting concussions to lasting injuries or brain damage while also asserting that its committee is about to look into the matter.

In November 2003, Dr. Elliot Pellman, medical adviser to the NFL and chairman of its MTBI committee, appeared on HBO's "Inside the NFL" to discuss a report by the Center for the Study of Retired Athletes that linked multiple concussions and depression among former pro players with histories of concussions. "When I look at that study, I don't believe it," Pellman said flatly. Later, however, he announced the committee would begin to study the long-term effects of concussions.

Two years later, the same Dr. Omalu now involved in the Waters case concluded that former NFL player Terry Long had died from chronic traumatic encephalopathy, a swelling of the lining of the brain, caused partly by "repeated mild traumatic injury while playing football." Pellman called that conclusion "speculative and unscientific." But he said the committee was planning its own look at the long-term impact of head injuries. "It will begin within the year and involve 160 active and retired NFL players, other athletes and those not involved in contact sports," the Pittsburgh Post-Gazette reported on Sept. 16, 2005.



Do Dr. Elliott Pellman and other NFL medical experts have their heads buried in the sand about concussions?

The Nov. 6, 2006, issue of ESPN The Magazine detailed the growing concerns that many top sports doctors have with the MTBI committee's methods and conclusions. Among other things, the Magazine's report showed that the committee didn't include hundreds of neuropsychological tests conducted on NFL players when studying the effects of concussions on the results of such tests. It also revealed that Pellman had fired William Barr, a neuropsychologist for the New York Jets who was concerned that Pellman might be picking and choosing what data to include in the committee's research to get results that would downplay the effects of concussions.

After that article appeared, Pellman went silent. Instead, Dr. Mark Lovell, another member of the committee and a leader in the field of neuropsychological testing in sports, went on ESPN's "Outside the Lines" to reply. "It's a very important issue. It needs to be studied scientifically, though," he said about non-NFL research showing an association between concussions and mental impairment in former football players. "It's very important to do this work. It's just we're in the middle of doing it at this time."

And now, Andre Waters.

"Whatever its cause, Andre Waters' suicide is a tragic incident and our hearts go out to his family," the NFL said in a statement released to the media Thursday afternoon. That statement concluded: "The league has a traumatic brain injury committee that will begin studying retired players later this year regarding concussions and depression."

After more than a dozen years of studying concussions, the NFL is -- still -- just getting around to examining the long-term effects of head trauma but still -- still -- refuses to acknowledge the validity of outside research on the subject. As Julian Bailes, chairman of neurosurgery at West Virginia University, told ESPN The Magazine, the MTBI committee "has repeatedly questioned and disagreed with the findings of researchers who didn't come from their own injury group."

What gives?

The explanation is straightforward, if depressing. The NFL has used the work done so far by its concussions committee to justify league practices. And if that research turns out to be flawed, and those practices turn out to be dangerous, the league could face massive liability, financially and legally.

In December 2004, Pellman, Lovell and their colleagues published the sixth of an ongoing series of papers in the journal Neurosurgery. In that report - and over the objections of several of the scientists who reviewed it - they stated: "The results of this present study support the authors' previous work, which indicated that there was no evidence of worsening injury or chronic cumulative effects of multiple MTBIs in NFL players." Their study found "no evidence" of "widespread permanent or cumulative effects of single or multiple MTBIs in professional football players."

No worsening injury, no cumulative effects, no widespread permanent damage from concussions.

Indeed, Pellman, Lovell et al found that, on average, NFL athletes didn't show a decline in brain function after suffering concussions, or after three or more concussions, or after taking blows to the head that kept them out a week or more. Despite blistering criticism over the study's small sample size and voluntary participation, these are the results that made it into print, and these are the results to which the league points when arguing that it doesn't put players at unnecessary risk.

As independent research continues to paint a different picture, the NFL is finding itself pushed further and further out on a limb. It's getting harder to deny the assertions of outside doctors and former players that concussions are linked to lasting problems.

"It's skating on dangerously thin ice to argue that there's no connection between multiple concussions and a decline in brain function, and it's amazing that the league continues to do so," says Chris Nowinski, author of "Head Games: Football's Concussions Crisis." (Nowinski is the man who obtained permission from Waters' family for Omalu to examine Waters' brain.)

Yet it also would be difficult for the NFL to turn its back on its own research and admit it has a long-term

concussions problem. The league is well-known in legal circles for tenaciously fighting even minor disability claims, and the last thing it wants to face is a flood of lawsuits by athletes who suffered head injuries and kept playing.

"There is the potential for bankrupting the league pension and disability plan if the NFL had to honor claims of disability brought by players who have concussions," says Michael Kaplen, a New York lawyer who specializes in brain injuries.

Some doctors and former players have long suspected that the NFL has always intended to use the MTBI committee's work as a bulwark against just such liability. One of the scientists who reviewed the committee's work for Neurosurgery told ESPN The Magazine: "They're basically trying to prepare a defense for when one of these players sues. ... They are trying to say that what's done in the NFL is OK because in their studies, it doesn't look like bad things are happening from concussions."

But as the concussion committee's studies turn out to be flawed or incomplete and outsiders are linking concussions to serious illness and even death, the NFL is going to need a new strategy. Its same old dismiss-and-wait statement on Andre Waters shows it's still looking for one.

*Peter Keating writes about sports business for ESPN The Magazine. His book, "Dingers: A Short History of the Long Ball," is available now on Amazon.com.*

---