# EXHIBIT 24

# Concussion Legacy Foundation | Traumatic Brain Injury



1 in 6

Only 1 in 6 concussions are diagnosed

90 of 94

90 of 94 former NFL players have been diagnosed with CTE at the VA-BU-CLF Brain Bank



Our Mission

Concussions can derail a life. The Concussion Legacy Foundation believes we all have a responsibility to ensure athletes can reach their full potential on and off the field. We are committed to protecting athletes and families through research, policy, and education.

**We need your help.**