# EXHIBIT 26

# Christopher Nowinski

Co-Founder & President of the Concussion Legacy Foundation

## Skills & Expertise

**Public Speaking**
**Research**
**Non-profits**
**Sports**
**Networking**
**Strategic Planning**
**Social Media**
**New Business Development**
**Fundraising**
**Entrepreneurship**
**Business Strategy**
**Leadership**
**Healthcare**
**Public Relations**
**Nonprofits**
**Strategy**
**Event Management**
**Team Building**
**Event Planning**
**Business Development**
**Social Networking**
**Health Advocacy**
**Clinical Research**
**Project Management**
**Leadership Development**
**Community Outreach**
**Start-ups**
**Social Media Marketing**
**Consulting**
**Management**
**Strategic Partnerships**
**Analytics**
**Program Management**

## Experience

**Fellow   at   Eisenhower Fellowships**
2011  -  Present (5 years)

Eisenhower Fellowships engages emerging leaders from around the world to enhance their professional capabilities, broaden their contacts, deepen their perspectives, and unite them in a diverse, global community - a network where dialogue, understanding, and collaboration lead to a more prosperous, just, and peaceful world.

## Member of Mackey/White Traumatic Brain Injury Committee  at  NFL Players Association
2010  -  Present (6 years)

Advise the NFL Players Association on concussion and brain trauma education, policy, and research. Co-Chair of the sub-committee on Education & Awareness

## Co-Founder, CTE Center  at  Boston University School of Medicine
September 2008  -  Present (8 years 1 month)

The CTE Center was original created as the Center for the Study of Traumatic Encephalopathy at Boston University School of Medicine in 2008 as a collaborative venture between Boston University School of Medicine, the US Department of Veterans Affairs, and Sports Legacy Institute (SLI). Includes the VA-BU-SLI Brain Bank, the largest CTE tissue repository in the world.

## Co-Founder & CEO  at  Concussion Legacy Foundation
June 2007  -  Present (9 years 4 months)

The mission of the Sports Legacy Institute is to advance the study,
treatment, and prevention of brain trauma in athletes and other at-risk groups.

## Consultant  at  Trinity Partners
June 1999  -  July 2010  (11 years 2 months)

Trinity is a leading life sciences consulting firm that provides strategic and tactical insights to clients worldwide. Clients include a mix of pharmaceutical, biotechnology, medical device, and diagnostic companies. Blending consulting services with research capabilities, Trinity specialized in corporate strategy, pipeline & portfolio optimization, brand planning, market analytics, promotional effectiveness, and licensing & acquisition

## Wrestler  at  World Wrestling Entertainment
April 2002  -  February 2008  (5 years 11 months)

Member of Monday Night RAW roster until a concussion forced retirement. Continued as spokesperson for WWE "Smackdown Your Vote" program dedicated to increasing voter turnout for 18 to 30 year olds.

---

# Publications
**Head Games: Football's Concussion Crisis**
Thought Leaders LLC   October 1, 2006
Authors: Christopher Nowinski

This is the book that started the concussion revolution. In 2003, WWE wrestler Chris Nowinski took a kick to the head that knocked him out of professional wrestling and sent him on a journey that changed the way contact sports are played. Nowinski, a former Harvard football player, suddenly found himself suffering from a constellation of debilitating symptoms that included cognitive problems, severe headaches, and depression. Doctors eventually diagnosed him with post-concussion syndrome (PCS), but they couldn't tell him why that specific kick to the head created this problem, nor if he would ever recover enough to return to his job. His personal quest to understand his condition led him to discover that if the public knew what a handful of doctors understood about the serious consequences of concussions, we would change how we play sports forever. But information wasn't reaching the American public, because, as Nowinski was the first to expose, NFL officials actively sought to undermine and discredit the legitimate and valuable research that could make the difference between life and death for so many. Head Games takes readers through Nowinski's journey to diagnosis, then deeper into an understanding of this far-reaching national crisis. The book includes interviews with NFL Hall of Famer Harry Carson, Merril Hoge, Leigh Steinberg, Sylvia Mackey, dozens of college and youth football players, and top doctors in the field of sports concussion. This book is a must read for any parent, coach, or medical professional, and reveals the changes we must make to keep children safe in sports.

**Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy following Repetitive Head Injury.**
Journal of Neuropathology and Experimental Neurology   July 2009
Authors: Christopher Nowinski, Ann C. McKee, Robert C. Cantu, Robert A. Stern, Tessa Hedley-Whyte, Brandon E. Gavett, Andrew E. Budson

**Head Games**
Head Games the Film   October 1, 2012
Authors: Christopher Nowinski

An update to the 2006 Head Games: Football's Concussion Crisis with two-thirds original content, covering how concussions rose to pubic attention between 2006-2012 and changed sports forever.

**Concussion reporting intention: A valuable metric for predicting reporting behavior and evaluating concussion education**
Clinical Journal of Sports Medicine   2014
Authors: Christopher Nowinski, Emily Kroshus, Christine Baugh, Daniel Daneshvar, M.D., Ph.D., Robert Cantu

## Volunteer Experience

**Founding Executive Director   at   Sports Legacy Institute**
June 2007  -  Present

**Board of Directors   at   Brain Injury Association of America**
September 2010  -  January 2013

## Education

**Boston University School of Medicine**

Ph.D., Behavioral Neuroscience, 2010 - 2015

**Harvard University**

AB, Sociology, 1996 - 2000

Activities and Societies:  Football

## Interests

Brain trauma research and education, drug development, pro wrestling, public speaking

# Christopher Nowinski

Co-Founder & President of the Concussion Legacy Foundation



## 1 person has recommended Christopher

"Chris, through his his work and passion changed how the world looks at head injuries (concussions) and it was beautiful to watch how he crafted this unbeleivably huge shift by organizations like the NFL. He accomplished this through building a team, and staying focused. Now I am excited to see the next phase as the head injuries are solved through rule and equipment changes, truly marvelous what Chris has accomplished."

— **Stephen Grooms**, was with another company when working with Christopher at Concussion Legacy Foundation

Contact Christopher on LinkedIn