# EXHIBIT 28

# [WWE] Updates on PPV Buyrates, Chris Nowinski, Jeff Hardy & More

– Alex Marvez interviewed Jim Ross in his latest syndicated column.

– Jim Ross has opened a new blog here.

– Jeff Hardy's bio has been added to WWE.com's RAW Superstars page. Also, Johnny Nitro talks about his upcoming match vs. Jeff, Cena talks TLC, and Cena's been Punk'd.

– According to WWE's recent financial report, Judgment Day did 231,000 Pay Per View buys, ECW One Night Stand did 280,000, Vengeance did 313,000 and Great American Bash did 224,000 (40% of these buys came outside of North America, as previously reported). You can see them all here (needed: Adobe Acrobat Reader).

– PWInsider.com is reporting that Chris Nowinski has written a book on concussions. Having his career as an in-ring competitor with WWE ended due to concussions, Nowinski had last been seen on WWE.com as part of the Smackdown Your Vote campaign with WWE. The book, to be released on October 1, will be called "Head Games: Football's Concussion Crisis," and he made the following comments on his MySpace site:

*"I quickly discovered that what the medical community knows about concussions and what the sports world knows are miles apart. I decided to bridge that gap. In the short term, sports concussions can lead to emotional, behavioral, and cognitive disorders, and sometimes even death. In the long term, they can increase one's risk of Alzheimer's, depression, and many other neurological disorders. 10 times more concussions are happening in football than are diagnosed, because kids aren't speaking up, much like I didn't until I'd had too many. This book will show parents and athletes what these life altering consequences of concussions are, and what they can do to minimize their exposure. It will also help former athletes understand what those concussions have done to their brains, and what they can expect in the future.*

According to promotional material on the book (which includes an introduction by Jesse Ventura — more information can be found at www.ConcussionCrisis.com), "In 2003, WWE wrestler Christopher Nowinski took a kick to the head that knocked him out of professional wrestling and sent him on a journey that could change the way contact sports are played.

"Nowinski, a former Harvard football player, suddenly found himself suffering from a constellation of debilitating symptoms that included cognitive problems, severe headaches, and depression. Doctors eventually diagnosed him with post-concussion syndrome, but they couldn't tell him why that specific kick to the head created this problem, nor if he would ever get healthy enough to return to his job. His personal quest to understand his condition led him to discover that he had suffered not one concussion, but many over the course of an amateur career in football and his professional career in wrestling, and it was the cumulative effect of these injuries that had ended his career. He also learned that the worst was not necessarily behind him, as he uncovered research linking multiple concussions with serious long-term neurological disorders like Alzheimer's disease, memory impairment, and depression.

"Most disturbing, however, was not what the research said was happening to Chris, but to the young athletes who play contact sports. He discovered that concussions happen with frightening regularity, but over 9 out of 10 go undiagnosed. The lack of awareness, diagnosis, and treatment of these injuries causes children to die every year on athletic fields and many others to acquire permanent brain damage, some immediate, and some that won't reveal themselves for decades. Worst of all, he found that while the most popular and violent of American sports, football, is literally overwhelmed by a concussion crisis, parents, coaches, and players on all levels remain without the information and means to protect themselves, and NFL officials actively seek to undermine and discredit the legitimate and valuable research that could make the difference between life and death for so many young athletes.

"Head Games takes readers through Nowinski's journey to diagnosis, then deeper into an understanding of this far-reaching national crisis. The book includes interviews with NFL Hall of Famer Harry Carson, Merril Hoge, Doug Flutie, Pete Cronan, Leigh Steinberg, Sylvia Mackey, dozens of college and youth football players, and top doctors in the field of sports concussion."

Nowinski is currently a consultant with Trinity Partners in Waltham, MA, specializing in commercial strategy and licensing and acquisitions in the pharmaceutical and biotech industries.

**About The Author**

