# EXHIBIT 30

# "CNN: Special Investigations Unit" Death Grip: Inside Pro Wrestling (TV Episode 2007)

**Connect with IMDb**

**Share this Rating**

Title: **Death Grip: Inside Pro Wrestling** (07 Nov 2007)



7.2/10

Want to share IMDb's rating on your own site? Use the HTML below.

Edit

## Storyline

An interview with WWE chairman Vince McMahon accents this look at pro wrestling, whose participants are more likely to die young than their counterparts in other professional sports. Drew Griffin reports.

___