**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RUSS McCULLOUGH, *et al.*,** | : | **NO. 3:15-cv-01074-VLB** |
| | : | **LEAD CASE** |
| **Plaintiffs,** | : | |
| **VS.** | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : | |
| **Defendant.** | : | |

| | | |
|---|---|---|
| **JOSEPH M. LAURINAITIS, *et al.*,** | : | **NO. 3:16-CV-01209-VLB** |
| | : | **CONSOLIDATED CASE** |
| **Plaintiffs,** | : | |
| **VS.** | : | |
| **WORLD WRESTLING ENTERTAINMENT, INC., *et al.*,** | : | |
| **Defendants.** | : | **OCTOBER 17, 2016** |

**TABLE OF CONTENTS OF EXHIBITS TO**
**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS**


1. **Plaintiffs' Amended Master Administrative Long-Form Complaint filed in *In Re National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-023230AB, MDL No. 2323, Dated July 17, 2012 (Doc. No. 2642).**

2. **Redline Comparison of Amended Master Administrative Long-Form Complaint filed in *In Re National Football League Players' Concussion Injury Litigation* with Complaint filed in *Laurinaitis* Case.**

3. **NFL Press Release, "NFL outlines for players steps taken to address concussions," dated August 14, 2007 (available at http://www.nfl.com/ news/story/09000d5d8017cc67/article/nfl-outlines-for-players-steps-taken-to-address-concussions) (last visited Oct. 5, 2015).**

4. **Transcript of Interview with Konstantine Kyros During March 27, 2015 "Radio Takedown" Podcast (available online for listening at http://www.**

**blogtalkradio.com/theradiotakedownnetwork/2015/03/27/drt--ep36--attorney-konstantine-kyros-educates-you-on-his-filing-on-wwe lawsuits) (last visited Nov. 4, 2015).**

5. **Kyros Law Solicitation Entitled "WWE Wrestler Compensation Lawsuit" available online from Lawyer Views at http://www.lawyerviews.com/WWE-concussion-lawsuit.html (last visited Nov. 4, 2015).**

6. **Transcript of June 8, 2015 Status Conference in *Singleton* Case No. 3:15-cv-00425-VLB Before The Honorable Vanessa L. Bryant.**

7. **Mayo Clinic Webpage Referenced in Plaintiffs' Second Amended Complaint in *Singleton* Case.**

8. **Excerpted Testimony from Rule 30(b)(6) Deposition of Paul Levesque taken May 31, 2016 (Filed Under Seal).**

9. **Excerpted Testimony from Deposition of Stephanie McMahon taken May 26, 2016 (Filed Under Seal).**

10. **Excerpted Testimony from Deposition of Vincent McMahon taken May 27, 2016 (Filed Under Seal).**

11. **Sports Legacy Institute Press Release, "Sports Legacy institute Announces Findings of Forensic Examinations on Wrestler Chris Benoit's Brain," dated September 5, 2007, produced by Defendant at WWE_SING00000550-570**

12. **Excerpted Testimony from Deposition of Evan Singleton taken May 11, 2016.**

13. **Excerpted Testimony from Deposition of Vito LoGrasso taken May 18, 2016.**

14. **Defendant World Wrestling Entertainment, Inc.'s Rule 11 Motion dated August 5, 2016.**

15. **Defendant World Wrestling Entertainment Inc.'s Supplemental Rule 11 Motion dated August 19, 2016.**

16. **Transcript of Interview with Buff Bagwell During September 13, 2016 "Pancakes and Powerslams: Episode 233" Podcast (available online for listening at http://www.blogtalkradio.com/pancakesandpowerslams/2016/09/14/pancakes-and-powerslams-episode-233) (last visited Oct. 5, 2015).**

**17. Master Services Agreement Between WWE and ImPACT Applications, Inc., dated March 10, 2008, produced by Defendant at WWE_SING00000277-297 (Filed Under Seal).**

**18. Transcript Excerpts of Stephanie McMahon-Levesque's Testimony before the Committee on Oversight and Government Reform of the U.S. House of Representatives, 12/14/07.**

**19. "Heavyweight Champions," Pittsburgh City Paper, dated December 2, 2010 (available online at http://www.pghcitypaper.com/pittsburgh/heavyweight-champions/Content?oid=1380633) (last visited Oct. 4, 2016).**

**20. Statute of Limitations Chart**

**21. Letter sent from Max Addison on behalf of Joseph Laurinaitis to Vincent McMahon and Linda McMahon dated September 29, 1999.**

**22. Release Executed by Carlene Moore-Begnaud dated January 18, 2007. (Filed Under Seal).**

**23. Release Executed by Rodney Begnaud dated January 18, 2007 (Filed Under Seal).**

**24. Release Executed by Mark Canterbury dated June 15, 2016 (Filed Under Seal).**

**25. Release Executed by Bryan Emmett Clark, Jr. dated January 9, 1996 (Filed Under Seal).**

**26. Release Executed by Marc Copani dated September 20, 2005 (Filed Under Seal).**

**27. Release Executed by Michael Enos dated September 9, 1993 (Filed Under Seal).**

**28. Release Executed by Bill Eadie dated May 25, 2001 (Filed Under Seal).**

**29. Release Executed by Michael Halac dated July 24, 1997 (Filed Under Seal).**

**30. Release Executed by James Harrell dated February 28, 1991 (Filed Under Seal).**

**31. Release Executed by James Harris dated September 9, 1993 (Filed Under Seal).**

32. Releases Executed by Marty Jannetty dated February 9, 1993 & September 15, 1995 (Filed Under Seal).

33. Release Executed by Mark Jindrak dated July 12, 2005 (Filed Under Seal).

34. Release Executed by Rick Jones dated January 11, 1991 (Filed Under Seal).

35. Release Executed by Joseph Laurinaitis dated June 6, 2006 (Filed Under Seal).

36. Release Executed by Troy Martin dated December 19, 1995 (Filed Under Seal).

37. Release Executed by John Nord dated January 15, 2016 (Filed Under Seal).

38. Release Executed by Anthony Norris dated March 6, 1998 (Filed Under Seal).

39. Release Executed by James W. Snuka-Reiher dated November 15, 1991 (Filed Under Seal).

40. Releases Executed by Terry Szopinski dated April 15, 1992 & January 8, 2016 (Filed Under Seal).