**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **RUSS McCULLOUGH, *et al.*,**<br><br>**Plaintiffs,**<br><br>**VS.**<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.,**<br><br>**Defendant.** | **: NO. 3:15-cv-01074-VLB**<br>**: LEAD CASE** |
| **JOSEPH M. LAURINAITIS, *et al.*,**<br><br>**Plaintiffs,**<br><br>**VS.**<br><br>**WORLD WRESTLING ENTERTAINMENT, INC., *et al.*,**<br><br>**Defendants.** | **: NO. 3:16-CV-01209-VLB**<br>**: CONSOLIDATED CASE**<br><br><br><br><br><br>**: OCTOBER 19, 2016** |

**TABLE OF CONTENTS OF EXHIBITS TO**
**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

**A.** **Statute of Limitations Chart**

**B.** **Booking Contract Executed by Brian Knighton, dated May 3, 2006 (Filed Under Seal).**

**C.** **Post Mortem Examination Report Regarding Brian D. Knighton, Office of the Chief Medical Examiner, State of Maryland, dated March 21, 2006.**

**D.** **Release Executed by Carlene Moore-Begnaud dated January 18, 2007. (Filed Under Seal).**

**E.** **Release Executed by Rodney Begnaud dated January 18, 2007 (Filed Under Seal).**

F. Release Executed by Mark Canterbury dated June 15, 2016 (Filed Under Seal).

G. Release Executed by Bryan Emmett Clark, Jr. dated January 9, 1996 (Filed Under Seal).

H. Release Executed by Marc Copani dated September 20, 2005 (Filed Under Seal).

I. Release Executed by Michael Enos dated September 9, 1993 (Filed Under Seal).

J. Release Executed by Bill Eadie dated May 25, 2001 (Filed Under Seal).

K. Release Executed by Michael Halac dated July 24, 1997 (Filed Under Seal).

L. Release Executed by James Harrell dated February 28, 1991 (Filed Under Seal).

M. Release Executed by James Harris dated September 9, 1993 (Filed Under Seal).

N. Releases Executed by Marty Jannetty dated February 9, 1993 & September 15, 1995 (Filed Under Seal).

O. Release Executed by Mark Jindrak dated July 12, 2005 (Filed Under Seal).

P. Release Executed by Rick Jones dated January 11, 1991 (Filed Under Seal).

Q. Release Executed by Joseph Laurinaitis dated June 6, 2006 (Filed Under Seal).

R. Release Executed by Troy Martin dated December 19, 1995 (Filed Under Seal).

S. Release Executed by John Nord dated January 15, 2016 (Filed Under Seal).

T. Release Executed by Anthony Norris dated March 6, 1998 (Filed Under Seal).

U. Release Executed by James W. Snuka-Reiher dated November 15, 1991 (Filed Under Seal).

V. Releases Executed by Terry Szopinski dated May 18, 1992 & January 8, 2016 (Filed Under Seal).