**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **RUSS McCULLOUGH, *et al.*,** | **: NO. 3:15-cv-01074-VLB** |
| | **: LEAD CASE** |
| **Plaintiffs,** | : |
| **VS.** | : |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | : |
| **Defendant.** | : |

| | |
|---|---|
| **JOSEPH M. LAURINAITIS, *et al.*,** | **: NO. 3:16-CV-01209-VLB** |
| | **: CONSOLIDATED CASE** |
| **Plaintiffs,** | : |
| **VS.** | : |
| **WORLD WRESTLING ENTERTAINMENT, INC., *et al.*,** | : |
| **Defendants.** | **: DECEMBER 23, 2016** |

**TABLE OF CONTENTS OF EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS REGARDING THE FIRST AMENDED COMPLAINT**

1. **Transcript of June 8, 2015 Status Conference in *Singleton* Case No. 3:15-cv-00425-VLB Before The Honorable Vanessa L. Bryant.**

2. **Email from Jerry McDevitt to Plaintiffs' Counsel, dated November 14, 2016.**

3. **Email from Jerry McDevitt to Plaintiffs' Counsel, dated November 16, 2016.**

4. **Transcript Excerpts of Stephanie McMahon-Levesque's Testimony before the Committee on Oversight and Government Reform of the U.S. House of Representatives, 12/14/07 (pp. 114-115).**

5. **Master Services Agreement Between WWE and ImPACT Applications, Inc., dated March 10, 2008, produced by Defendant at WWE_SING00000277-297 (Unredacted Version Filed Under Seal).**

6. **Associated Press, "Ex-Steeler drank antifreeze to commit suicide," dated January 26, 2006, available online at http://www.espn.com/nfl/news/story?id=2307003.**

7. **Email Correspondence from Dr. Bennet Omalu to Dr. Joseph Maroon, dated February 11, 2008.**

8. **Andy Sheehan, "Portrayal of Steelers Doctor In 'Concussion' Ignites Anger," dated January 5, 2016, available online at http://pittsburgh.cbslocal.com/2016/01/05/ portrayal-of-steelers-doctor-in-concussion-ignites-anger/.**

9. **Letter from Robert P. Fitzsimmons to the Editor of the Pittsburgh Post Gazette, dated January 25, 2016.**

10. **Bob Fitzsimmons, "Dr. Joseph Maroon is one of the good guys," dated March 8, 2016, available online at http://www.post-gazette.com/opinion/2016/03/08/Dr-Joseph-Maroon-is-one-of-the-good-guys/stories/201603080035.**

11. **Plaintiffs' Amended Master Administrative Long-Form Complaint filed in *In Re National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-023230AB, MDL No. 2323, Dated July 17, 2012 (Doc. No. 2642).**

12. **Redline Comparison of Amended Master Administrative Long-Form Complaint filed in *In Re National Football League Players' Concussion Injury Litigation* with First Amended Complaint filed in *Laurinaitis* Case.**

13. **Excerpted Testimony from Rule 30(b)(6) Deposition of Paul Levesque taken May 31, 2016 (pp. 129-131, 136-139, 141-142, 157, 172-174).**

14. **Excerpted Testimony from Deposition of Stephanie McMahon taken May 26, 2016 (pp. 49-51, 53, 62-63, 91, 132-133).**

15. **Excerpted Testimony from Deposition of Vincent McMahon taken May 27, 2016 (pp. 22-23, 35-37, 42-43, 105-106, 117-118).**

16. **Sports Legacy Institute Press Release, "Sports Legacy Institute Announces Findings of Forensic Examinations on Wrestler Chris Benoit's Brain," dated September 5, 2007, produced by Defendant at WWE_SING00000550-570.**

17. **Letter and Attachment from Jerry McDevitt, Esq. to Julian Bailes, dated January 19, 2010, produced by Defendant at WWE_SING00000579-583.**

**18.** **Email Attaching Letter from Jerry McDevitt, Esq. to Julian Bailes, dated January 19, 2010, produced by Defendant at WWE_SING00000584-589.**

**19.** **Letter from Robert Fitzsimmons, Esq. to Jerry McDevitt, Esq., dated February 17, 2010, produced by Defendant at WWE_SING00000590-591.**

**20.** **Email Exchange between Robert Fitzsimmons, Esq. and Jerry McDevitt, Esq., dated between February 8-11, 2010, produced by Defendant at WWE_SING00000592-594.**

**21.** **Letter from Jerry McDevitt, Esq. to Robert Fitzsimmons, Esq., dated January 27, 2010, produced by Defendant at WWE_SING00000619-620.**

**22.** **Emailed letter from Robert Fitzsimmons, Esq. to Jerry McDevitt, Esq., dated January 26, 2010, produced by Defendant at WWE_SING00000621-623.**

**23.** **Excerpted Testimony from Deposition of Evan Singleton taken May 11, 2016 (p. 211).**

**24.** **Excerpted Testimony from Deposition of Vito LoGrasso taken May 18, 2016 (pp. 73-73, 163-169, 254-255, 265-266).**

**25.** **Dr. Bennet Omalu, et. al., "Emerging Histomorphologic Phenotypes of Chronic Traumatic Encephalopathy in American Athletes,"** ***Neurosurgery*** **69: 173-183 (2011).**

**26.** **Order Pursuant to 11 U.S.C. §§ 105 and 363 Approving Sale of Assets to World Wrestling Entertainment, Inc.,** ***In re HHG Corp., a/k/a Extreme Championship Wrestling,*** **Case No. 01 B 11982 (ASH), in the United States Bankruptcy Court for the Southern District of New York.**

**27.** **Georgia Secretary of State Records for Universal Wrestling Corporation (formerly World Championship Wrestling, Inc.).**

**28.** **Affidavit of James W. Langham (executed December 21, 2016).**

**29.** **Intentionally Left Blank.**

**30.** **Affidavit of C. Scott Amann (executed December 13, 2016).**

**31.** **Bob Hohler, "Former WWE diva joins lawsuit, alleges sexual abuse, brain injuries,"** ***Boston Globe*****, dated November 12, 2016, available online at https://www.bostonglobe.com/sports/2016/11/12/former-wwe-diva-joins-lawsuit-alleges-sexual-abuse-brain-injuries/DxKRDb8reXsjH5ACJZExKN/story.html.**

**32. Joe Burgett, "WWE News: Former WWE Diva Ashley Massaro Claims That She Was Sexually Assaulted While in WWE," *Inquisitr*, dated November 13, 2016, available online at http://www.inquisitr.com/3711932/wwe-news-former-wwe-diva-ashley-massaro-claims-she-was-sexually-assaulted-while-in-wwe/.**

**33. Jigmey Bhutia, "Former diva Ashley Massaro claims she was sexually assaulted, but WWE told her to keep quiet about it," *International Business Times*, dated November 13, 2016, available at http://www.ibtimes.co.uk/former-diva-ashley-massaro-claims-she-was-sexually-assaulted-wwe-told-her-keep-quiet-about-it-1591281.**

**34. Affidavit of Patricia A. Vovchansky (executed December 16, 2016).**

**35. Statute of Limitations Chart.**

**36. Release Executed by Carlene Moore-Begnaud dated January 18, 2007. (Unredacted Version Filed Under Seal).**

**37. Release Executed by Rodney Begnaud dated January 18, 2007 (Unredacted Version Filed Under Seal).**

**38. Release Executed by Mark Canterbury dated June 15, 2016 (Unredacted Version Filed Under Seal).**

**39. Release Executed by Bryan Emmett Clark, Jr. dated January 9, 1996 (Unredacted Version Filed Under Seal).**

**40. Release Executed by Marc Copani dated September 20, 2005 (Unredacted Version Filed Under Seal).**

**41. Release Executed by Michael Enos dated September 9, 1993 (Unredacted Version Filed Under Seal).**

**42. Release Executed by Bill Eadie dated May 25, 2001 (Unredacted Version Filed Under Seal).**

**43. Release Executed by Michael Halac dated July 24, 1997 (Unredacted Version Filed Under Seal).**

**44. Release Executed by James Harrell dated February 28, 1991 (Unredacted Version Filed Under Seal).**

**45. Release Executed by James Harris dated September 9, 1993 (Unredacted Version Filed Under Seal).**

**46. Releases Executed by Marty Jannetty dated February 9, 1993 & September 15, 1995 (Unredacted Versions Filed Under Seal).**

**47. Release Executed by Mark Jindrak dated July 12, 2005 (Unredacted Version Filed Under Seal).**

**48. Release Executed by Rick Jones dated January 11, 1991 (Unredacted Version Filed Under Seal).**

**49. Release Executed by Joseph Laurinaitis dated June 6, 2006 (Unredacted Version Filed Under Seal).**

**50. Release Executed by Troy Martin dated December 19, 1995 (Unredacted Version Filed Under Seal).**

**51. Release Executed by John Nord dated January 15, 2016 (Unredacted Version Filed Under Seal).**

**52. Release Executed by Anthony Norris dated March 6, 1998 (Unredacted Version Filed Under Seal).**

**53. Release Executed by Perry Satullo dated November 7, 2012 (Unredacted Version Filed Under Seal).**

**54. Release Executed by James W. Snuka-Reiher dated November 15, 1991 (Unredacted Version Filed Under Seal).**

**55. Releases Executed by Terry Szopinski dated April 15, 1992 & January 8, 2016 (Unredacted Version Filed Under Seal).**

**56. NWA Website Article Regarding October 28, 2016 Match Involving Carlene Moore-Begnaud (a/k/a Jazz).**

**57. October 29, 2016 IHWE Tales From the Ringside Poster Featuring Rodney Begnaud (a/k/a Rodney Mack).**

**58. August 6, 2016 Attack At The Yack Poster Featuring Terry Brunk (a/k/a Sabu).**

**59. October 28, 2016 Live Pro Wrestling Event Poster Featuring Bill Eadie and Barry Darsow (a/k/a Ax and Smash of Demolition).**

**60. September 17, 2016 Live Pro Wrestling Event Poster Featuring Bill Eadie and Barry Darsow (a/k/a Ax and Smash of Demolition).**

**61. September 10, 2016 Rise Above Poster Featuring Sylvain Grenier.**

62. November 2, 2016 Video Clip Showing Chavo Guerrero Sr. Hitting Salvador "Chavo" Guerrero Jr. With a Chair (Manually Filed).

63. November 28, 2016 Tokyo Dream Poster Featuring Chavo Guerrero Sr.

64. October 6, 2016 Wrestling Lucha Libre Poster Featuring Salvador "Chavo" Guerrero Jr.

65. September 13, 2016 European Wrestling Promotion Poster Featuring Michael Halac (a/k/a Bruiser Mastino).

66. Video Clip of April 22, 2016 Match Involving Earl Hebner (Broadcast on May 17, 2016) (Manually Filed).

67. June 11, 2016 Warriors of Wrestling Poster Featuring Jon Heidenreich, Sylvain Grenier (a/k/a one-half of La Resistance), and Charles Bernard Scaggs (a/k/a 2 Cold Scorpio).

68. May 28, 2016 BWCW Poster Featuring Marty Jannetty.

69. November 30, 2016 CMLL Event Poster Featuring Mark Jindrak (a/k/a Marco Corleone).

70. November 12, 2016 Grand Theft Autumn Poster Featuring Troy Martin (a/k/a Shane Douglas).

71. October 29, 2016 Death Match Mafia Poster Featuring Tracy Smothers.

72. June 3, 2016 RCW Results Featuring Terry Szopinski (a/k/a Warlord) and Sione Havea Vailahi (a/k/a Barbarian).

73. October 21, 2016 NOVA Pro Wrestling Facebook Post Featuring Sione Havea Vailahi (a/k/a Barbarian).

74. Booking Contract of Mark Jindrak effective July 26, 2001 (Unredacted Version Filed Under Seal).

75. Booking Contract of Ashley Massaro effective August 16, 2016 (Unredacted Version Filed Under Seal).

76. Loan Out Agreement Between World Wrestling Federation Entertainment and Saturn Enterprises Inc. for the Service of Perry Satullo, dated January 26, 2000 (Unredacted Version Filed Under Seal).

**77. Transcript of Interview with Konstantine Kyros During March 27, 2015 "Radio Takedown" Podcast, available online for listening at http://www.blogtalkradio.com/theradiotakedownnetwork/2015/03/27/drt--ep36--attorney-konstantine-kyros-educates-you-on-his-filing-on-wwe lawsuits).**

**78. Kyros Law Solicitation Entitled "WWE Wrestler Compensation Lawsuit" available online from Lawyer Views at http://www.lawyerviews.com/WWE-concussion-lawsuit.html.**

**79. "The Brooklyn Brawler Talks Approaching Vince McMahon About John Cena, Turning Down WWE Lawsuit," dated October 16, 2016, available online at http://www.wrestlinginc.com/wi/news/2016/1016/618472/the-brooklyn-brawler-talks-approaching-vince-mcmahon-about-john/.**

**80. Posts from Terry Brunk's Twitter Account dated July 19, 2016.**

**81. Post from Del Wilkes' Facebook Account dated September 22, 2015.**

**82. Transcript of Interview with Buff Bagwell During September 13, 2016 "Pancakes and Powerslams: Episode 233" Podcast, available online for listening at http://www.blogtalkradio.com/pancakesandpowerslams/2016/09/14/pancakes-and-powerslams-episode-233.**