# EXHIBIT 27

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRIAN P. KEMP

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **UNIVERSAL WRESTLING CORPORATION** | Control Number: | **J819692** |
| Business Type: | **Domestic Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | | | |
| Principal Office Address: | **ONE CNN CENTER, ATLANTA, GA, 30303, USA** | Date of Formation / Registration Date: | **10/11/1988** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2016** |

### REGISTERED AGENT INFORMATION

Registered Agent Name: **C T CORPORATION SYSTEM**

Physical Address: **1201 Peachtree Street, NE, Fulton, Atlanta, GA, 30361, USA**

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| CHARLES MOSTELLA | CFO | ONE CNN CENTER, ATLANTA, GA, 30303, USA |
| DAVID R LEVY | CEO | ONE TIME WARNER CENTER, NEW YORK,, NY, 10019, USA |
| LOUISE S SAMS | Secretary | ONE CNN CENTER, ATLANTA, GA, 30303, USA |

Back

Filing History Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone:(404) 656-2817 WEBSITE: http://www.sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 2.1.2a

**Report a Problem?**