# EXHIBIT 36

ORIGINAL

World Wrestling Entertainment, Inc.

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600

Joe Bogdan, V.P. Legal/Business Affairs

Direct Dial: (203) 328-2529
Fax: (203) 353-0236
Email: joe.bogdan@wwecorp.com

January 18, 2007

**VIA OVERNIGHT COURIER**

Carlene Begnaud
REDACTED [redacted]

**Re: World Wrestling Entertainment, Inc.**
**Carlene Begnaud**
**Booking Contract dated as of May 3, 2006**

Dear Ms. Begnaud:

REDACTED [redacted]

World Wrestling Entertainment, Inc.



REDACTED

[redacted]

3. In consideration of the covenants, representations and warranties set forth in this letter, including, without limitation, the release of claims set forth in Paragraph 5 of this letter:

3.1. WWE shall pay to you the total sum of Thirteen Thousand US Dollars ($13,000.00), less any sum that has been paid to while your countersignature on this letter remains pending, payable in one lump sum, as a full and complete buyout of your services under the Contract, other than the obligation to pay future royalties due you pursuant to, and as determined by, the Contract.

3.2. You agree that WWE shall not have any further financial obligation to you, effective as of the Termination Date, other than the obligation to pay to you: (i) the sum set forth in Paragraph 3.1 of this letter; and (ii) future royalties due you pursuant to, and as determined by, the Contract.

REDACTED

[redacted]

World Wrestling Entertainment, Inc.

[redacted]

Carlene Moore
January 18, 2007

Page 3

REDACTED

[redacted]

5.2. Effective as of the Termination Date, you hereby release and discharge WWE, along with the former or current owners, shareholders, partners, members, directors, officers, employees, agents, representatives, successors and/or assigns of WWE, from any and all obligations pursuant to the Contract, and any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered) that you have or may ever have arising out of or in connection with the Contract, except with respect to the obligations of WWE as set forth in this letter. You acknowledge and agree that, except as expressly set forth in this letter, no covenants, representations or warranties of any kind or character have been made to you by WWE or any of its agents, representatives or attorneys, to induce your execution of this letter.

World Wrestling Entertainment, Inc.



5.3. In connection with the release and waiver provided for by Paragraph 5.2 of this letter, you acknowledge and agree that you are aware that you may hereafter discover facts in addition to or different from those which you now know or believe to be true with respect to the subject matter of this letter, but that it is your intention to hereby fully, finally and forever settle and release all matters, disputes and differences, known or unknown, suspected or unsuspected, contingent or absolute, which now exist, may exist or heretofore have existed, and, in furtherance of such intention, the release and waiver you have given in this Agreement will be and remain in effect as a full and complete release, notwithstanding the discovery or existence of any such additional or different facts.

6. You agree to never sue any of the parties released by you pursuant to Paragraph 5.2 of this letter, either in any forum or for any claim covered by the above release language.

REDACTED

[redacted]

World Wrestling Entertainment, Inc.



REDACTED

[redacted]

Thank you for your prompt attention and cooperation, and we look forward to hearing from you.

Very truly yours,

Joe Bogdan
V.P. Legal/Business Affairs

JJB/jb

cc: Laura Coutant
Rich Hering
Ed Kaufman
John Laurinaitis
Lauren Middlen
Benny Morales
Meg Ytuarte

World Wrestling Entertainment, Inc.

Carlene Moore
January 18, 2007



AGREED AND ACCEPTED:

| WORLD WRESTLING ENTERTAINMENT, INC. | CARLENE MOORE |
|---|---|
| John Laurinaitis, Vice President of Talent Relations | Carlene Moore |
| Signature of Authorized Agent | |
| Dated: 1-30-07 | Dated: 1-30-07 |

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

On January 30, 2007, before me personally came John Laurinaitis, Vice President Talent Relations of World Wrestling Entertainment, Inc., to me known, and known to me to be the individual described in, and who executed the foregoing Release, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 30 day of January 2007.

Notary Public
My commission expires: 10/31/10

ANN R. GORDON
Notary Public
My Commission Expires October 31,2010

World Wrestling Entertainment, Inc.

Carlene Moore
January 18, 2007



STATE OF )
) ss:
COUNTY OF )

I am a Notary Public for said County and State, do hereby certify that Carlene Moore personally appeared before me this day and acknowledged the due execution of the attached Release to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 30th day of January, 2007.

Elton Cormier #167
Notary Public
My commission expires: ELTON CORMIER-NOTARY PUBLIC I.D.#164 MY COMMISSION IS FOR LIFE

APPROVED
CEO
Legal JB
Finance