# EXHIBIT 38

Dear Mark Canterbury,

REDACTED

[redacted]

(3) You agree to release and hold harmless WWE from any and all personal injury claims, now known or later discovered, arising out of or related to your past affiliation with, or performances rendered to, WWE.

REDACTED

[redacted]

Kindly indicate your agreement to the terms of this letter by your counter-signature below.

Mark Carrano

Vice President, Talent Relations

Mark Canterbury