# EXHIBIT 39

WORLD WRESTLING FEDERATION®

ORIGINAL

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

January 9, 1996

Mr. Emmett Bryan Clark
REDACTED [redacted]

Re: Early Contract Release

Dear Mr. Clark:

REDACTED [redacted]

1. The Contract shall be and is hereby terminated and canceled effective as of the date of this letter, January 5, 1996.

REDACTED [redacted]

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone 203 352 8600
Fax 203 352 8699

® Registered Trademark of TitanSports, Inc

REDACTED

[redacted]

4. Effective as of the Termination Date, you hereby release and discharge Titan from any and all obligations pursuant to the Contract. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by Titan or by any of Titan's agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce us to sign this instrument, you hereby release Titan, its affiliates, subsidiaries, successors, assigns, and its and their officers, directors, employees, independent contractors, licensees, representatives and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Contract.

REDACTED

[redacted]

Very truly yours,

TITAN SPORTS, INC.

By: ____________________
J.J. Dillon

Title: Vice President, Talent Relations

Date: MARCH 14, 1996

AGREED:

By: ____________________
Emmett Bryan Clark

Date: March 12, 1996

STATE OF Connecticut )
) ss: Stamford
COUNTY OF Fairfield )

On March 14, 1996, before me Elizabeth M DiFabio personally came J.J. Dillon, the Vice President of Talent Relations, of Titan Sports, Inc., to me known, and known to me to be the individuals described in, and who executed the foregoing Release, and duly acknowledged to me that he is a duly authorized corporate officer of Titan Sports, Inc., and that he executed the same on behalf of said company.

WITNESS my hand and notarial seal this 14th day of March, 1996.

____________________
Notary Public

My commission expires:

ELIZABETH M. DIFABIO
NOTARY PUBLIC, STATE OF CONNECTICUT
MY COMMISSION EXPIRES
AUGUST 31, 1999

STATE OF Georgia )
) ss:
COUNTY OF Fulton)

I, Theodora Spruell, a Notary Public for said County and State, do hereby certify that Emmett Bryan Clark personally appeared before me this day and acknowledged the due execution of the attached Release to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 12 day of March, 1996.

Theodora Spruell
Notary Public

My commission expires:

Notary Public, Fulton County, Georgia.
My Commission Expires November 21, 1997.