# EXHIBIT 40

World Wrestling Entertainment, Inc.

JOAN S. ACESTE
*Senior Vice President*
*Legal Affairs*

1241 East Main St.
Stamford, CT 06902
Tel: 203 328 2529
Fax: 203 353 0236

ORIGINAL

**Via Federal Express**

September 20, 2005

Mr. Marc J. Copani
REDACTED
[redacted]

**Re: Early Contract Release ("Release")**

Dear Mr. Copani:

REDACTED
[redacted]

G \Department\Legal Affairs\Contract Releases\Copani, Marc Early Contract Release 9-19-05 doc
09/21/05

REDACTED

[redacted]

7. Effective as of the Termination Date, Copani hereby releases and discharges WWE from any and all obligations pursuant to the Contract except as required hereunder. Copani

acknowledges that except as expressly set forth herein, no representations of any kind or character have been made to Copani by WWE or by any of WWE's agents, representatives or attorneys to induce the execution of this Release. In order for Copani to induce WWE to sign this Release, Copani hereby releases WWE, its parent companies, affiliates, subsidiaries, successors, assigns, and its and their respective officers, directors, employees, independent contractors, licensees, representatives and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered) which Copani has or may ever have arising out of or in connection with the Contract.

REDACTED

[redacted]

September 20, 2005
Page 4

Please confirm your acceptance of this Release as set forth above by signing in the space provided below on each of the enclosed two (2) copies and return them to me. One fully executed copy will be returned to you for your files. Thank you in advance for your prompt attention to this matter.

Very truly yours,

Joan S. Aceste
Senior Vice President

cc: Edward L. Kaufman, Esq.
John Laurinaitis
Rich Hering
Benny Morales

AGREED AND ACCEPTED:

MARC COPANI

("Copani")

Marc J. Copani

Date: 9/29/05

WORLD WRESTLING ENTERTAINMENT INC.

("WWE")

By:
John Laurinaitis
Vice President, Talent Relations

Date: 10/6/05

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

On October 6, 2005, before me personally came John Laurinaitis, Vice President, Talent Relations of World Wrestling Entertainment, Inc., to me known, and known to me to be the individual described herein, and who executed the foregoing Release, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 6th day of October, 2005.

Margaret M. Ytuarte
Notary Public

My commission expires: 7-31-07

MARGARET M. YTUARTE
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2007



SEE ATTACHED
NOTARIAL CERTIFICATE
NOTARY PUBLIC

September 20, 2005
Page 5

STATE OF STATE OF CALIFORNIA )
) ss:
COUNTY OF )

I am a Notary Public for said County and State, do hereby ~~certify~~ Proved that Marc J. Copani personally appeared before me this day and acknowledged the due execution of the attached Release to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 29th day of September, 2005.

Notary Public

My commission expires: 4.14.07

KEVIN RAMIREZ
Commission # 1411216
Notary Public — California
Los Angeles County
My Comm. Expires Apr 14, 2007