# EXHIBIT 41

WORLD
WRESTLING
FEDERATION®

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
203 353 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED

September 9, 1993

Mr. Michael Wayne Enos
REDACTED
[redacted]

Dear Michael:

REDACTED
[redacted]



®Registered Trademark of TitanSports, Inc

REDACTED

[redacted]



®Registered Trademark of TitanSports, Inc

REDACTED

[redacted]

6. You hereby release and discharge Titan from any and all obligations pursuant to the Agreement. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by Titan or by any of Titan's agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce Titan to sign this instrument, you hereby release Titan, our affiliates, subsidiaries, successors, assigns, officers, directors, employees and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Agreement, the warranties and representations made by Titan in this instrument and/or any claimed breach thereof.

REDACTED

[redacted]



®Registered Trademark of TitanSports, Inc

REDACTED

[redacted]

If the foregoing correctly expresses your understanding of our mutual agreement, as it does ours, please indicate your approval and acceptance by signing in the space provided below.

Very truly yours,

TITAN SPORTS, INC.

By: ______________________

AGREED:

By ______________________
Michael Wayne Enos



®Registered Trademark of TitanSports, Inc

STATE OF Minnesota }
COUNTY OF Hennepin }

I, Angela M. Heying,
a Notary Public for said County and State , do hereby certify that Michael Wayne Enos personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 24 day of September, 1993.

Angela M. Heying
Notary Public

My commission expires:

ANGELA M. HEYING
NOTARY PUBLIC-MINNESOTA
HENNEPIN COUNTY
My Commission Expires 8-13-96

STATE OF Connecticut }
COUNTY OF Fairfield }

I, Sharon L. Schenk,
a Notary Public for said County and State , do hereby certify that Vincent K. McMahon of Titan Sports, Inc. personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 19th day of October, 1993.

Sharon Schenk
Notary Public

My commission expires:

SHARON L. SCHENK
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 1997



®Registered Trademark of TitanSports, Inc