# EXHIBIT 42

ORIGINAL

**SETTLEMENT AGREEMENT AND MUTUAL RELEASE**

This Settlement Agreement and Mutual Release (the "Agreement") is entered into as of May 25, 2001 by and between Vincent K. McMahon ("McMahon") and World Wrestling Federation Entertainment, Inc., f/k/a Titan Sports, Inc., d/b/a World Wrestling Federation ("WWF") (hereinafter, from time to time, collectively, "WWFE"), on the one hand, and William R. Eadie ("Eadie") and Randy Colley ("Colley"), on the other hand. (WWFE, McMahon, Eadie and Colley shall be referred to herein, from time to time, as the "Parties").

WHEREAS, Eadie filed a lawsuit captioned *William R. Eadie v. Vincent K. McMahon and Titan Sports, Inc., d/b/a World Wrestling Federation,* at Civil Action No.5:91CV00423 (the "Eadie Action");

WHEREAS, Colley filed a lawsuit captioned *Randy Colley v. Vincent K. McMahon and Titan Sports, Inc., d/b/a World Wrestling Federation*, at Civil Action No. 5:92CV00216 (the "Colley Action");

WHEREAS, WWFE denied any and all liability on any and all claims alleged in the Eadie Action and the Colley Action;

WHEREAS, WWFE filed various Counterclaims against Eadie in the Eadie Action, including claims for, *inter alia*, indemnification and contribution;

WHEREAS, Eadie denies any and all liability on any and all Counterclaims alleged by WWFE; and

WHEREAS, the Parties wish to resolve their litigation and claims against each other as alleged in, arising out of, or related in any way whatsoever to the Eadie Action and the

Colley Action, and/or as otherwise may exist or be alleged to exist between and/or among the Parties hereto; on the terms hereinafter described.

NOW, THEREFORE, in consideration of the mutual promises and covenants set forth herein, the Parties hereto, INTENDING TO BE LEGALLY BOUND, agree as follows:

REDACTED

[redacted]

2. Each of the Parties hereto specifically represents and confirms that (a) he/it is fully authorized to enter into this Agreement; (b) he/it has reviewed this Agreement, is fully aware of its contents and legal effects and has been independently advised by counsel of his/its choice(s), in whom he/it has full and complete confidence, with respect to this Agreement and all matters embraced by it; and (c) he/it individually, or through its undersigned representatives indicated below, is fully authorized to execute this Agreement.

3. Eadie and Colley acknowledge and agree that WWFE is the full, rightful, lawful and legal owner of, and shall continue to so own in perpetuity, the AX and SMASH of DEMOLITION characters and the DEMOLITION tag team, and all trademarks, services marks, trade dress, personas, likenesses as well as all other indicia of said characters and/or tag team (collectively, the "Marks"), as performed, promoted, displayed, exploited, distributed, licensed, marketed, used, merchandised and/or produced in WWFE's shows, promotions, cablecasts, broadcasts, transmissions, events and/or live events and as depicted in WWFE's copyrighted works and in other works which record or depict the AX and SMASH of DEMOLITION characters and the DEMOLITION tag team which Eadie and Colley, along with Barry Darsow, from time to time, played or portrayed for WWFE (collectively, the "Works"). WWFE shall have

and retain all rights fully afforded it as the owner of such Marks and Works for any purpose whatsoever in any and all media or means of commerce including, but not limited to, network television, cable television, broadcast television, pay-per-view television, closed-circuit transmissions, movies, video cassettes, video tapes, video discs, floppy discs, CD-ROMs, DVDs, magazines, the Internet, animations, and/or in an electronic, digital or computerized medium of any of the foregoing, or any other means of use and/or exploitation, commercial or otherwise, whether in existence as of the date of this Agreement or hereafter devised, and, except as provided herein, Eadie and Colley shall have no rights whatsoever in or to WWFE's Marks and/or Works and/or WWFE's past, present, or future distribution, exploitation, promotion, displaying, merchandising, licensing, marketing and/or use of its Marks and Works including, but not limited to, no rights to any compensation of any form whatsoever for such distribution, exploitation, promotion, displaying, merchandising, licensing, marketing and/or use.

4. Eadie and Colley specifically acknowledge and agree that this Agreement is intended to be a complete, total and final termination of any and all business, professional, personal and/or commercial relationships between the Parties, except as provided for herein, and that Eadie and Colley enter this Agreement with no expectation whatsoever of any kind of any future income, royalties, benefits, privileges, and/or rights of compensation or remuneration from WWFE.

REDACTED

[redacted]

6. In consideration of the mutual covenants contained in this Agreement, and for other good and valuable consideration, the receipt and legal sufficiency of which are hereby acknowledged, and except for claims arising under this Agreement, Eadie and Colley hereby unconditionally RELEASE, ACQUIT AND FOREVER DISCHARGE WWFE and McMahon, its/their subsidiaries and affiliates, officers, directors, shareholders, partners, associates, general agents, agents, employees, independent contractors, attorneys, consultants, representatives, beneficiaries, trustees, and spouses, heirs, administrators, executors, legal representatives, and/or successors and assigns of each thereof, and all other persons and entities, from any and all claims, counterclaims, cross-claims, actions, causes of action, rights, disputes, controversies, judgments, debts, agreements, contracts, promises, representations, misrepresentations, allegations, demands, obligations, duties, suits, expenses, assessments, penalties, charges, injuries, losses, costs (including, without limitation, attorneys' fees and costs incurred), damages (including, without limitation, compensatory, consequential, or punitive damages), sanctions, and liabilities of every kind, character, nature, and manner whatsoever, in law or in equity, based on any federal or state law, statute, common law right of action or otherwise, civil or criminal, administrative or judicial, contract, tort (including, without limitation, strict liability, fraud and negligence of any kind) or otherwise, which they ever had, now have or ever may have in the future, whether now known or unknown, claimed or unclaimed, asserted or unasserted, foreseen or unforeseen, suspected or unsuspected, discovered or undiscovered, accrued or unaccrued, anticipated or unanticipated, contingent or fixed, alleged or litigated, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Agreement, including, but not limited to, any manner, cause, or matter arising out of, resulting from or in any way related, directly or indirectly, to the DEMOLITION tag team, AX, and/or SMASH wrestling characters/names/personas/Marks/Works, including, without limitation, Eadie's and Colley's performances as such characters or otherwise for WWFE and/or other provision of any services to WWFE, and specifically including, without limitation, any and all claims for: breach of contract,

quantum meruit, fraudulent misrepresentations, fraudulent inducement, unjust enrichment, breach of fiduciary duty, agency, unfair trade practices, CUTPA, false or deceptive practices, conversion, promised employment, wrongful termination, lifetime employment, misappropriation of ideas/ property, character origination, rights of publicity/ privacy, unauthorized use of idea or character(s), ownership of wrestler character names, likeness, and/or personas, underpayment of or unpaid compensation, past due compensation, future compensation, underpayment of or unpaid royalties, past due royalties, future royalties, WWFE's past, present and/or future distribution/promotion/exploitation/marketing/licensing/merchandising and/or use of wrestling characters/names/personas/images, and/or likenesses; and any other facts or circumstances underlying the Eadie Action and/or Colley Action, as well as any and all claims relating to, arising out of, or in any way connected with the Parties' and their counsels' prosecution/defense of the litigation proceedings, requests for sanctions/contempt, and the settlement discussions connected therewith.

7. Eadie, Colley, and their counsel hereby specifically represent and confirm that they are not aware of, possess no knowledge of, and/or have no belief of any facts or circumstances which would suggest, give rise to, and/or serve as a basis for any claims or causes of action which Eadie and Colley may have had, may have, or in the future may have, against WWFE and/or McMahon which are not released, settled, discharged, and/or fully covered and dispensed with by this Agreement.

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

IN WITNESS WHEREOF, the Parties hereto knowingly and voluntarily execute this Agreement as of the dates set forth below:

AGREED AND ACCEPTED:

William R. Eadie

William R. Eadie

SUBSCRIBED AND SWORN to before me this 25 day of May, 2001, by William R. Eadie.

Peggy O Hunt

Notary Public

My Commission Expires:

Notary Public, Forsyth County, Georgia
My Commission Expires May 11, 2002

_______________________

Randy Colley

SUBSCRIBED AND SWORN to before me this ____ day of May, 2001, by Randy Colley.

_______________________

Notary Public

My Commission Expires:

_______________________

REDACTED

[redacted]

IN WITNESS WHEREOF, the Parties hereto knowingly and voluntarily execute this Agreement as of the dates set forth below:

AGREED AND ACCEPTED:

____________________________________

William R. Eadie

SUBSCRIBED AND SWORN to before me this ____ day of May, 2001, by William R. Eadie.

____________________________________

Notary Public

My Commission Expires:

__________________

Randy Colley

Randy Colley

SUBSCRIBED AND SWORN to before me this 8th day of ~~May,~~ June 2001, by Randy Colley.

Melanie L. Norton

Notary Public

My Commission Expires:

04/16/02

WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.

Linda E. McMahon
Chief Executive Officer

SUBSCRIBED AND SWORN to before me this 6th day of ~~May~~ July, 2001, by Linda E. McMahon, Chief Executive Officer of World Wrestling Federation Entertainment, Inc.

Notary Public

My Commission Expires:

ELIZABETH M. DiFABIO
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2004

Vincent K. McMahon

SUBSCRIBED AND SWORN to before me this 6th day of ~~May~~ July, 2001, by Vincent K. McMahon.

Notary Public

My Commission Expires:

ELIZABETH M. DiFABIO
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2004