# EXHIBIT 43

WORLD WRESTLING FEDERATION®

**EDWARD L. KAUFMAN**
Vice President and General Counsel

July 24, 1997

**via overnight courier**

Mr. Michael Halac
REDACTED [redacted]

**Re:** **Michael Halac ("Halac") -w-**
**Titan Sports, Inc. d/b/a World Wrestling Federation ("Titan") / Release**

Dear Mr. Halac:

REDACTED [redacted]

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone:203 352 8786
Fax: 203 353 0236

..egistered Trademark of Titan Sports, Inc.

REDACTED

[redacted]

5. Effective as of the Termination Date, Halac hereby releases and discharges Titan from any and all obligations pursuant to the Contract except as required hereunder. Halac acknowledges that except as expressly set forth herein, no representations of any kind or character have been made to Halac by Titan or by any of Titan's agents, representatives or attorneys to induce the execution of this Release. In order for Halac to induce Titan to sign this Release, Halac hereby releases Titan, its parent companies, affiliates, subsidiaries, successors, assigns, and its and their respective officers, directors, employees, independent contractors, licensees, representatives and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered) which Halac has or may ever have arising out of or in connection with the Contract.

REDACTED

[redacted]



® Registered Trademark of TitanSports, Inc.

REDACTED

[redacted]

Please confirm your acceptance of this Release as set forth above by signing in the space provided below on each of the enclosed two (2) copies and return them to me. One fully executed copy will be returned to you for your files. Thank you in advance for your prompt attention to this matter.

Very truly yours,

Edward L. Kaufman /ss

Edward L. Kaufman

ELK:ss

cc: Bruce Prichard
Jim Ross
Liz DiFabio
Benny Morales

Agreed and Accepted:

MICHAEL HALAC
("Halac")

By: Michael Halac

Michael Halac

TITAN SPORTS, INC.
("Titan")

By: Linda E. McMahon

Linda E. McMahon
President and Chief Executive Officer



® Registered Trademark of TitanSports, Inc.

STATE OF Connecticut )
) ss: Stamford
COUNTY OF Fairfield )

On October 24, 1997, before me Elizabeth M DiFabio personally came Linda E. McMahon, President and Chief Executive Officer of Titan Sports, Inc., to me known, and known to me to be the individual described in, and who executed the foregoing Release, and duly acknowledged to me that she is a duly authorized corporate officer of Titan Sports, Inc., and that she executed the same on behalf of said company.

WITNESS my hand and notarial seal this 24 day of October 1997.

Elizabeth M. DiFabio
Notary Public

My commission expires: ELIZABETH M. DIFABIO
NOTARY PUBLIC, STATE OF CONNECTICUT
MY COMMISSION EXPIRES
AUGUST 31, 1999

STATE OF NEBRASKA )
) ss:
COUNTY OF SARPY )

I, DEAN ZARUBA, a Notary Public for said County and State, do hereby certify that Michael Halac. personally appeared before me this day and acknowledged the due execution of the attached Release to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 16 day of SEPT, 1997.

GENERAL NOTARY - State of Nebraska
DEAN ZARUBA
My Comm. Exp. Feb. 23, 1999

Dean Zaruba
Notary Public

My commission expires: 2-23-99