# EXHIBIT 44

WORLD
WRESTLING
FEDERATION®

1055 Summer Street
Post Office Box 3857
Stamford, CT 06905
203 352 8600
FAX: 203 352 8699
LEX: 643283 TITAN STM

February 28, 1991

Mr. James Harrell
REDACTED [redacted]

Dear Mr. Harrell:

REDACTED [redacted]

REDACTED

[redacted]

5. You hereby release and discharge us from any and all obligations pursuant to the Agreement. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by us or by any of our agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce us to sign this instrument, you hereby release us, our affiliates, subsidiaries, successors, assigns, officers, directors, employees and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Agreement, the warranties and representations made by us in this instrument and/or any claimed breach thereof.

REDACTED

[redacted]

If the foregoing correctly expresses your understanding of our mutual agreement, as it does ours,

please indicate your approval and acceptance by signing in the space provided below.

Very truly yours,

TITAN SPORTS, INC.

By ______________________

AGREED:

Boris Zhukov (p/k/a) James Harrell

James Harrell
p/k/a "Boris Zhukov"

STATE OF CONNECTICUT }
COUNTY OF FAIRFIELD }

I, TERESA CALLAGHAN, a Notary Public for said County and State, do hereby certify that VINCENT K. McMAHON of Titan Sports, Inc., personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his/her free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 8th day of APRIL, 1991.

Teresa Callaghan
Notary Public

My commission expires:

TERESA CALLAGHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 1993

STATE OF Alabama }
COUNTY OF Baldwin }

I, Rebecca C. Bonner, a Notary Public for said County and State do hereby certify that James Harrell p/k/a Boris Zhukov personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 13th day of March, 1991.

Rebecca C. Bonner
Notary Public

My commission expires: 2/9/94

• Registered Trademark of TitanSports, Inc