# EXHIBIT 45

WORLD WRESTLING FEDERATION®

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
203 353 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

[redacted]

**VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED**

September 9, 1993

[redacted]

Mr. James Arthur Harris
[redacted]

Dear James:

[redacted]



®Registered Trademark of TitanSports, Inc.

REDACTED [redacted]

5. You ~~hereby~~ have released and discharged Titan, effective on the termination Date, from any and all obligations pursuant to the Agreement. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by Titan or by any of Titan's agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce Titan & c to sign this instrument, you hereby release Titan, ~~our~~ affiliates, subsidiaries, successors, assigns, officers, directors, employees and agents, effective on the termination Date, from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Agreement, the warranties and representations made by Titan in this instrument and/or any claimed breach thereof. REDACTED [redacted]

REDACTED [redacted]



®Registered trademark of TitanSports, Inc.

REDACTED

[redacted]

If the foregoing correctly expresses your understanding of our mutual agreement, as it does ours, please indicate your approval and acceptance b[redacted] signing in the space provided below.

Very truly yours,

TITAN SPORTS, INC.

By: ____________________

AGREED: [redacted]

By: James Arthur Harris
James Arthur Harris



®Registered Trademark of TitanSports, Inc.

[redacted]

STATE OF Mississippi }
COUNTY OF Panola }

I, W. Joe Reed, Circuit Clerk,
a Notary Public for said County and State, do hereby certify that James Arthur Harris personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 15 day of December, 1994.

W. Joe Reed Circuit Clerk
Notary Public

My commission expires: 1-6-96 By: [signature] D.C.

STATE OF }
COUNTY OF }

I, Mary A. Gardella,
a ~~Notary Public~~ Commissioner of Superior Court for said County and State, do hereby certify that J. J. Dillon of Titan Sports, Inc. personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and ~~notarial~~ seal this 14th day of February, 1995.

[signature]
~~Notary Public~~
Commissioner of the Superior Court

My commission expires:



®Registered Trademark of TitanSports, Inc.