# EXHIBIT 46

WORLD WRESTLING FEDERATION®

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
203 353 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

**VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED**

February 9, 1993

Effective as of January 29, 1993

REDACTED [redacted]

Dear Mr. Jannetty:

REDACTED [redacted]



®Registered Trademark of TitanSports, Inc

REDACTED [redacted]

5. You hereby release and discharge us from any and all obligations pursuant to the Agreement. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by us or by any of our agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce us to sign this instrument, you hereby release us, our affiliates, subsidiaries, successors, assigns, officers, directors, employees and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Agreement, the warranties and representations made by us in this instrument and/or any claimed breach thereof.

REDACTED [redacted]



® Registered Trademark of TitanSports, Inc

REDACTED [redacted]

If the foregoing correctly expresses your understanding of our mutual agreement, as it does ours, please indicate your approval and acceptance by signing in the space provided below.

Very truly yours,

TITAN SPORTS, INC.

By [signature]

AGREED:

[signature] Marty Jannetty

STATE OF CONNECTICUT }
COUNTY OF FAIRFIELD }

I, Allison Lichter, a Notary Public for said County and State, do hereby certify that Vincent K. McMahon of Titan Sports, Inc., personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his/her free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 12th day of March, 1993.

[signature] Allison Lichter
Notary Public, Commission expires:

ALLISON LICHTER
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUL. 31, 1997

STATE OF FLORIDA }
COUNTY OF Orange }

I, Tamara Jo Wolford, a Notary Public for said County and State, do hereby certify that Marty Jannetty, personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 3rd day of March, 1993.

[signature] Tamara Jo Wolford
Notary Public, Commission expires:

NOTARY PUBLIC STATE OF FLORIDA

TAMARA JO WOLFORD
My Comm Exp. 11/05/96
Bonded By Service Ins
No. CC240807
[ ] Personally Known [✓] Other I.D.



® Registered Trademark of TitanSports, Inc

# RELEASE

This Release, effective Sept 15 MS, 1995, is hereby entered into by Fredrick Marty Jannetty ("Jannetty"), as Releasor in favor of Titan Sports, Inc. d/b/a The World Wrestling Federation (hereinafter "Titan"), as Releasee.

WHEREAS, Jannetty and Titan were parties to Talent Booking Contracts dated May 31, 1988; October 12, 1992; and May 13, 1993, respectively, along with any and all amendments, including an amendment dated February 19, 1991 (collectively the "Contracts"); and

WHEREAS, the parties wish to resolve any open issues with respect to such Contracts;

NOW, THEREFORE, based on the mutual promises between the parties, it is hereby agreed as follows:

1. For good and valuable consideration received by Jannetty, Jannetty hereby acknowledges termination of the Contracts by Titan, and further releases and discharges Titan, its officers, directors, agents, representatives, employees, independent contractors, parents, subsidiaries, affiliates, divisions, successors and assigns, from any and all claims, causes of actions, suits, demands or disputes between Jannetty and them that have arisen or might have arisen, whether known or unknown, suspected or unsuspected, from the beginning of the World to the date of the execution of this Release, including, without limitation, any and all claims which arise under the Contracts. Jannetty acknowledges that except as expressly set forth herein, no representations of any kind or character have been made to Jannetty by Titan or by any of Titan's agents, employees, officers, directors, representatives or attorneys to induce the execution of this instrument.

REDACTED

[redacted]

REDACTED [redacted]

TITAN SPORTS, INC.

By: ______________________

Date: September 20, 1995

Fredrick Marty Jannetty

Date: September 15, 1995 MJ

STATE OF CONNECTICUT )
SS: Stamford
COUNTY OF FAIRFIELD )

I, Elizabeth M DiFabio, Notary Public for said County and State, do hereby certify that J. J. Dillon of Titan Sports, Inc. personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his/~~her~~ free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 20th day of September, 1995.

Elizabeth M DiFabio
Notary Public
My commission expires:

ELIZABETH M. DiFABIO
NOTARY PUBLIC, STATE OF CONNECTICUT
MY COMMISSION EXPIRES
AUGUST 31, 1999

STATE OF Florida)

COUNTY OF Seminole)

I, Lorraine Torres, Notary Public for said County and State, do hereby certify that Fredrick Marty Jannetty personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 15 day of September, 1995.

Notary Public Lorraine Torres
My commission expires:

OFFICIAL SEAL
LORRAINE TORRES
NOTARY PUBLIC, STATE OF FLORIDA
My Commission Expires June 20, 1998
Commission # CC 384916