# EXHIBIT 47

ORIGINAL

World Wrestling Entertainment, Inc.

JOAN S. ACESTE
*Senior Vice President*
*Legal Affairs*

1241 East Main St.
Stamford, CT 06902
Tel: 203 328 2529
Fax: 203 353 0236

July 12, 2005

**Via Federal Express**

Mr. Mark Jindrak
REDACTED [redacted]

**Re: Early Contract Release ("Release")**

Dear Mark:

REDACTED [redacted]

REDACTED

[redacted]

REDACTED [redacted]

6. Effective as of the Termination Date, Wrestler hereby releases and discharges Promoter from any and all obligations pursuant to the Contract except as required hereunder. Wrestler acknowledges that except as expressly set forth herein, no representations of any kind or character have been made to Wrestler by Promoter or by any of Promoter's agents, representatives or attorneys to induce the execution of this Release. In order for Wrestler to induce Promoter to sign this Release, Wrestler hereby releases Promoter, its parent companies, affiliates, subsidiaries, successors, assigns, and its and their respective officers, directors, shareholders, employees, independent contractors, licensees, representatives and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered) which Wrestler has or may ever have arising out of or in connection with the Contract.

REDACTED [redacted]

REDACTED

Please confirm your acceptance of this Release as set forth above by signing in the space provided below on each of the enclosed two (2) copies and return them to me. One fully executed copy will be returned to you for your files. Thank you in advance for your prompt attention to this matter.

Very truly yours,

Joan S. Aceste

JSA/jpc

cc: Edward Kaufman
John Laurinaitis
Richard Hering
Benny Morales
Tom Bergamasco

JASON KAUFFMANN NOTARY PUBLIC Exp. Nov. 26, 2006 COBB COUNTY, GA

Agreed and Accepted:

| MARK JINDRAK ("Wrestler") | WORLD WRESTLING ENTERTAINMENT INC. ("Promoter") |
|---|---|
| By: ____________ Mark Jindrak | By: ____________ John Laurinaitis, Vice President, Talent Relations |
| Date: 7-13-05 | Date: 7/23/05 |

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

On July 23, 2005, before me personally came John Laurinaitis, Vice President, Talent Relations of World Wrestling Entertainment, Inc., to me known, and known to me to be the individual described in, and who executed the foregoing Release, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 23rd day of July, 2005.

Margaret M. Ytuarte
Notary Public

My commission expires: 7-31-07

MARGARET M. YTUARTE
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2007

STATE OF Georgia )
) ss:
COUNTY OF Cobb )

I am a Notary Public for said County and State, do hereby certify that Mark Jindrak personally appeared before me this day and acknowledged the due execution of the attached Release to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 13th day of July, 2005.

Notary Public

JASON KAUFFMANN NOTARY PUBLIC Exp. Nov. 26, 2008 COBB COUNTY, GA

My commission expires: 11/26/08