# EXHIBIT 48

WORLD
WRESTLING
FEDERATION

1055 Summer Street
Post Office Box 3857
Stamford, CT 06905
203 352 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

January 11, 1991

Mr. Rick Jones
REDACTED

Dear Mr. Jones:

Enclosed please find two copies of letter modifying Titan's Agreement with you. Please sign where indicated before a notary public and return both copies to our office for countersignature. We will return a fully-executed copy to you for your records.

If there are any questions or comments please feel free to call me.

Very truly yours,

Margaux E. Levy, Esq.
House Counsel, Legal Affairs

MEL:slv

HAND DELIVERED

® Registered Trademark of TitanSports, Inc.

WORLD
WRESTLING
FEDERATION

1055 Summer Street
Post Office Box 3857
Stamford, CT 06905
203 352 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

HAND DELIVERED

January 11, 1991

Mr. Rick Jones
REDACTED
[redacted]

Dear Mr. Jones:

REDACTED
[redacted]

® Registered Trademark of TitanSports, Inc.

REDACTED

[redacted]

6. You hereby release and discharge us from any and all obligations pursuant to the Agreement except as provided for in paragraph 2 above. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by us or by any of our agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce us to sign this instrument, you hereby release us, our affiliates, subsidiaries, successors, assigns, officers, directors, employees and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Agreement, the warranties and representations made by us in this instrument and/or any claimed breach thereof.

REDACTED

[redacted]

® Registered Trademark of TitanSports, Inc.

REDACTED

[redacted]

Very truly yours,
TITAN SPORTS, INC.

By ______________________

AGREED:

______________________
Rick Jones
p/k/a "Black Bart"

STATE OF ~~[illegible]~~ CT }
COUNTY OF FAIRFIELD }

I, ~~[illegible]~~ TERESA CALLAGHAN, a Notary Public for said County and State, do hereby certify that VINCENT K. McMAHON, PRESIDENT of Titan Sports, Inc., personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his/her free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 7th day of FEBRUARY, 1991.

Teresa F. Callaghan
Notary Public
TERESA CALLAGHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 1993

My commission expires:

STATE OF Fl }
COUNTY OF Collier }

I, Lynn Davison, a Notary Public for said County and State do hereby certify that Rick Jones p/k/a Black Bart personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 22th day of Jan, 1991.

Lynn Davison
Notary Public

My commission expires:

NOTARY PUBLIC, STATE OF FLORIDA.
MY COMMISSION EXPIRES: MAY 19, 1994.
BONDED THRU NOTARY PUBLIC UNDERWRITERS.

® Registered Trademark of TitanSports, Inc.