# EXHIBIT 50

WORLD WRESTLING FEDERATION®

**VIA FEDERAL EXPRESS**

December 19, 1995

Troy Martin
REDACTED
[redacted]

Re: Early Contract Release

Dear Mr. Martin:

REDACTED
[redacted]

1. The Contract shall be and is hereby terminated and canceled effective as of the date of this letter, December 18, 1995 (the "Termination Date").

REDACTED
[redacted]

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone. 203 352 8600
Fax: 203 352 8699

® Registered Trademark of TitanSports, Inc

REDACTED

REDACTED

[redacted]

6. Effective as of the Termination Date, you hereby release and discharge Titan from any and all obligations pursuant to the Contract except as required hereunder. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by Titan or by any of Titan's agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce us to sign this instrument, you hereby release Titan, its affiliates, subsidiaries, successors, assigns, and its and their officers, directors, employees, independent contractors, licensees, representatives and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Contract.

REDACTED

[redacted]

Mr. Troy Martin
December 19, 1995
Page 4

If foregoing correctly expresses your understanding of our mutual agreement, as it does ours, please indicate your approval and acceptance by signing in the space provided below.

Very truly yours,

TITAN SPORTS, INC.

By: ______________________
J.J. Dillon

Title: Vice President,
Talent Relations

Date: JANUARY 3, 1996

AGREED:

By: Troy Martin
TROY MARTIN
Date: 1-2-96

STATE OF Connecticut )
) ss:
COUNTY OF Fairfield )

On January 4th, 1996, before me Geri A Pettersen personally came J.J. Dillon, the Vice President of Talent Relations, of Titan Sports, Inc., to me known, and known to me to be the individuals described in, and who executed the foregoing Release, and duly acknowledged to me that he is a duly authorized corporate officer of Titan Sports, Inc., and that he executed the same on behalf of said company.

WITNESS my hand and notarial seal this 4th day of January, 1996.

Geri A Pettersen
~~Notary Public~~
Commissioner of Deeds.

My commission expires:

GERI A. PETTERSEN
Commissioner of Deeds for Connecticut
My Commission expires May 30, 2000

STATE OF )
) ss:
COUNTY OF )

I, Louis A. Crispeno, a Notary Public for said County and State, do hereby certify that Troy Martin personally appeared before me this day and acknowledged the due execution of the attached Release to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this day of 2 Jan., 1996.

Notarial Seal
Louis A. Crispeno, Notary Public
Pulaski Twp., Beaver County
My Commission Expires Nov. 8, 1997
Member, Pennsylvania Association of Notaries

Notary Public

My commission expires: