# EXHIBIT 51

ORIGINAL

**CONTRACTOR NOSTALGIA AGREEMENT**

This Contractor Nostalgia Agreement ("Agreement") is entered into by and between WORLD WRESTLING ENTERTAINMENT, INC. ("WWE"), with offices at 1241 East Main Street, Stamford, Connecticut 06902, and JOHN NORD, an individual with a mailing address at REDACTED REDAC ("Contractor"), individually referred to as a "Party" and collectively referred to as the "Parties", and shall be effective on the date that WWE executes the Agreement ("Effective Date").

**NOW, THEREFORE**, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

REDACTED

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

13. **<u>RELEASE</u>**: In consideration of the compensation described in Section 6(a), Contractor releases and forever discharges WWE and its parents, subsidiaries, affiliates, predecessors, successors and/or assigns, together with their respective past, present and future officers, directors, employees, agents, from any and all claims, actions, demands, judgments, liabilities or damages whatsoever, in law or equity, whether now known or unknown, claimed or unclaimed, asserted or unasserted, foreseen or unforeseen, discovered or undiscovered, accrued or unaccrued, contingent or fixed, which Contractor ever had, now has, or may have, for, upon, or by reason of any matter, cause or thing from the beginning of the world to the date of this Agreement.

REDACTED

[redacted]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

WORLD WRESTLING ENTERTAINMENT, INC.
("WWE")

By: ______________________
Mark Carrano
VP, Talent Relations

Date: 1/15/16

JOHN NORD
("Contractor")

By: ______________________
John Nord

Date: 1-15-16

STATE OF Minnesota )
) ss:
COUNTY OF Dakota )

On January 15th, 2016 before me personally came to me known John Nord, and known to me to be the individual described in, and who executed the foregoing Agreement, and duly acknowledged to me that he executed the same.

______________________
Notary Public

My commission expires: 1-31-2017

KEVIN M SCHWEIGER
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2017

STATE OF CONNECTICUT)
) ss: Stamford
COUNTY OF FAIRFIELD )

On January 15, 2016, before me Mark Carrano, Vice President, Talent Relations, personally came to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said company.

______________________
Notary Public

My commission expires:
JANET P. COLE
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 2019

# EXHIBIT A

REDACTED

[redacted]

# EXHIBIT B

REDACTED

[redacted]

**EXHIBIT C**

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

**EXHIBIT D**

REDACTED

[redacted]