# EXHIBIT 52

APR 14 1998

**WORLD WRESTLING FEDERATION®**

**EDWARD L. KAUFMAN**
Vice President and General Counsel

March 6, 1998

**via overnight delivery**

Mr. Tony Lorenzoe Norris
REDACTED
[redacted]

**Re: Titan Sports, Inc. d/b/a World Wrestling Federation ("Titan") -w- Tony Norris ("Norris")/"Release"**

Dear Mr. Norris:

REDACTED
[redacted]

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone: 203 352 8786
Fax: 203 353 0236

® Registered Trademark of Titan Sports, Inc

REDACTED

[redacted]

7. Effective as of the Termination Date, Norris hereby releases and discharges Titan from any and all obligations pursuant to the Contract except as required hereunder. Norris acknowledges that except as expressly set forth herein, no representations of any kind or character have been made to Norris by Titan or by any of Titan's agents, representatives or attorneys to induce the execution of this Release. In order for Norris to induce Titan to sign this Release, Norris, except as required hereunder, hereby releases Titan, its parent companies, affiliates, subsidiaries, successors, assigns, and its and their respective owners, officers, directors, employees, independent contractors, licensees, representatives and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered) which Norris has or may ever have arising out of or in connection with the Contract.

REDACTED

[redacted]



Registered Trademark of TitanSports, Inc

REDACTED

[redacted]

Please confirm your acceptance of this Release as set forth above by signing in the space provided below on each of the enclosed two (2) copies before a notary and return them to me. One (1) fully executed copy will be returned to you for your files. Thank you in advance for your prompt attention to this matter.

Very truly yours,

Edward L. Kaufman

ELK:dmm

Agreed and Accepted:

Tony Lorenzoe Norris
("Norris")

By: ______________________
Tony Lorenzoe Norris

Date: 04-13-98

TITAN SPORTS, INC.
("Titan")

By: ______________________
James Ross

Its: Senior Vice President of Talent Relations and Wrestling Administration

Date: 4/15/98



® Registered Trademark of TitanSports, Inc

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

On April 15 1998, before me Elizabeth M. DiFabio personally came James Ross, Senior Vice President of Talent Relations and Wrestling Administration of Titan Sports, Inc., to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of Titan Sports, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 15 day of April, 1998.

Elizabeth M DiFabio
Notary Public

My commission expires: ELIZABETH M. DIFABIO
NOTARY PUBLIC, STATE OF CONNECTICUT
MY COMMISSION EXPIRES
AUGUST 31, 1999

STATE OF Texas )
) ss:
COUNTY OF Harris )

I, Bilal FarahShah, a Notary Public for said County and State, do hereby certify that Tony Lorenzoe Norris personally appeared before me this day and acknowledged the due execution of the attached Release to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 13 day of April, 1998.

BILAL FARAHSHAH
NOTARY PUBLIC, STATE OF TEXAS
My Commission Expires
02 - 12 - 2000

[signature]
Notary Public

My commission expires: 02-12-2000