# EXHIBIT 53

ORIGINAL

World Wrestling Entertainment, Inc.

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600

**Via Federal Express**

November 7, 2002

Mr. Perry Satullo
Saturn Enterprises, Inc.
REDACTED [redacted]

**Re: Early Contract Release ("Release")**

Dear Mr. Satullo:

REDACTED [redacted]

World Wrestling Entertainment, Inc.

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600

November 7, 2002
Page 2

REDACTED

[redacted]

World Wrestling
Entertainment, Inc.

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600



6. Effective as of the Termination Date, Satullo hereby releases and discharges WWE from any and all obligations pursuant to the Contract except as required hereunder. Satullo acknowledges that except as expressly set forth herein, no representations of any kind or character have been made to Satullo by WWE or by any of WWE's agents, representatives or attorneys to induce the execution of this Release. In order for Satullo to induce WWE to sign this Release, Satullo hereby releases WWE, its parent companies, affiliates, subsidiaries, successors, assigns, and its and their respective officers, directors, employees, independent contractors, licensees, representatives and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered) which Satullo has or may ever have arising out of or in connection with the Contract.

REDACTED

[redacted]

Please confirm your acceptance of this Release as set forth above by signing in the space provided below on each of the enclosed two (2) copies and return them to me. One fully executed copy will be returned to you for your files. Thank you in advance for your prompt attention to this matter.

World Wrestling Entertainment, Inc.

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600

November 7, 2002
Page 4

Very truly yours,

John A. Ruzich
Associate Counsel

cc: Jim Ross
Ed Kaufman
John Laurinaitis
Benny Morales
Brad Small Esq.

AGREED AND ACCEPTED:

SATURN ENTERPRISES, INC.

("Lender")

Perry Satullo

Its: President

Date: 11-12-02

WORLD WRESTLING ENTERTAINMENT INC.

("WWE")

By: James Ross
James Ross

Senior Vice President Talent Relations and Wrestling Administration

Date: 11/13/02

World Wrestling Entertainment, Inc.

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600



STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

On Nov. 13, 2002, before me personally came James Ross, Senior Vice President Talent Relations and Wrestling Administration of World Wrestling Entertainment, Inc., to me known, and known to me to be the individual described in, and who executed the foregoing Release, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 13th day of November 2002.

KAREN SHAPIRO Karen Shapiro
NOT... CT Notary Public
MY ... EXPIRES SEP. 30, 2003

My commission expires: ______________

STATE OF Georgia )
) ss:
COUNTY OF Cobb )

I am a Notary Public for said County and State, do hereby certify that Perry Satullo to me known, and known to me to be the individual described in, and who executed the forgoing, and duly acknowledged to me that he is a duly authorized corporate officer of Saturn Enterprises, Inc., and that he executed the same on behalf of said company.

WITNESS my hand and notarial seal this 12 day of November, 2002.

Louise East
Notary Public

My commission expires: ______________

LOUISE EAST NOTARY EXPIRES GEORGIA April 23, 2005 PUBLIC PAULDING COUNTY

F:\USERS\Legal Affairs\Contract Releases\Satullo, Perry Early Contract Release doc
11/07/02