# EXHIBIT 54

**WORLD WRESTLING FEDERATION**®

1055 Summer Street
Post Office Box 3857
Stamford, CT 06905
203 352 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

November 15,, 1991

Mr. James W. Snuka-Reiher
REDACTED [redacted]

Dear Mr. Snuka-Reiher:

REDACTED [redacted]

® Registered Trademark of TitanSports, Inc

REDACTED

[redacted]

5. You hereby release and discharge us from any and all obligations pursuant to the Agreement. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by us or by any of our agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce us to sign this instrument, you hereby release us, our affiliates, subsidiaries, successors, assigns, officers, directors, employees and agents from any and all claims, liabilities and obligations whatsoever in law or equity arising out of or in connection with the Agreement, the warranties and representations made by you in this instrument and/or any claimed breach thereof from the beginning of the world to the day of the date of this Release.

REDACTED

[redacted]

REDACTED [redacted]

If the foregoing correctly expresses your understanding of our mutual agreement, as it does ours, please indicate your approval and acceptance by signing in the space provided below.

Very truly yours,

TITAN SPORTS, INC.

By ______________________

Accepted and Agreed To:

______________________
James W. Snuka-Reiher
p/k/a "Jimmy Superfly Snuka"

STATE OF CONNECTICUT
COUNTY OF FAIRFIELD

I, TERESA CALLAGHAN, a Notary Public for said County and State, do hereby certify that PAT PATTERSON of Titan Sports, Inc. personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his/her free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 14th day of November, 1991.

______________________
Notary Public, My Commission Expires:

TERESA CALLAGHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 1993

STATE OF
COUNTY OF

I, TERESA CALLAGHAN, a Notary Public for said County and State do hereby certify that James W. Snuka p/k/a "Jimmy Superfly Snuka" personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 15th day of November, 1991

______________________
Notary Public, My Commission Expires:

TERESA CALLAGHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 1993

® Registered Trademark of TitanSports, Inc