# EXHIBIT 55

WORLD WRESTLING FEDERATION*

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
203 352 8600
FAX: 203 352 8699
TELEX. 643283 TITAN STM

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

May 18, 1992

Mr. Terry Szopinski
REDACTED

Re: Release

Dear Mr. Szopinski:

Enclosed please find one fully-executed copy of the Release in connection with your engagement with Titan for your file.

Very truly yours,

Margaux E. Levy, Esq.
House Counsel, Legal Affairs

MEL/mky
enclosures

* Registered Trademark of TitanSports Inc

WORLD WRESTLING FEDERATION®

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
203 352 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

**VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED**

April 15, 1992

Mr. Terry Szopinski
REDACTED
[redacted]

Dear Mr. Szopinski:

REDACTED
[redacted]

1. The Term of the Agreement shall be and hereby is terminated and canceled effective as of April 18, 1992 (the "Termination Date").

REDACTED
[redacted]



® Registered Trademark of TitanSports, Inc

REDACTED

[redacted]

5. You hereby release and discharge us from any and all obligations pursuant to the Agreement. You acknowledge that except as expressly set forth herein, no representations of any kind or character have been made to you by us or by any of our agents, representatives or attorneys to induce the execution of this instrument. In order for you to induce us to sign this instrument, you hereby release us, our affiliates, subsidiaries, successors, assigns, officers, directors, employees and agents from any and all claims, liabilities and obligations whatsoever in law or equity (whether now known or hereinafter discovered notwithstanding information hereafter acquired) which you have or may ever have arising out of or in connection with the Agreement, the warranties and representations made by us in this instrument and/or any claimed breach thereof.

REDACTED

[redacted]



® Registered Trademark of TitanSports, Inc

REDACTED [redacted]

If the foregoing correctly expresses your understanding of our mutual agreement, as it does ours, please indicate your approval and acceptance by signing in the space provided below.

Very truly yours,
TITAN SPORTS, INC.

By ______________________

AGREED:

______________________
Terry Szopinski

STATE OF MINNESOTA }
COUNTY OF DAKOTA }

I, MELINDA W. SHULTS, a Notary Public for said County and State, do hereby certify that TERRY SZOPINSKI p/k/a Warlord personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his/her free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 5th day of MAY, 1992.

MELINDA W. SHULTS
NOTARY PUBLIC—MINNESOTA
DAKOTA COUNTY
My Commission Expires JUN. 21, 1994

______________________
Notary Public

My commission expires: 6-21-94.

STATE OF CONNECTICUT } STAMFORD
COUNTY OF FAIRFIELD }

I, Lisa A. Lentine, a Notary Public for said County and State, do hereby certify that Vincent K. McMahon personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his/her free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 15th day of May, 1992.

______________________
Notary Public

My commission expires:

My Commission Expires Mar. 31, 1993



® Registered Trademark of TitanSports, Inc

ORIGINAL

**CONTRACTOR NOSTALGIA AGREEMENT**

This Contractor Nostalgia Agreement ("Agreement") is entered into by and between WORLD WRESTLING ENTERTAINMENT, INC. ("WWE"), with offices at 1241 East Main Street, Stamford, Connecticut 06902, and TERRY SZOPINSKI, an individual residing at REDACTED REDACTED ("Contractor"), individually referred to as a "Party" and collectively referred to as the "Parties", and shall be effective on the date that WWE executes the Agreement ("Effective Date").

**NOW, THEREFORE**, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

REDACTED

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

13. **<u>RELEASE</u>**: In consideration of the compensation described in Section 6(a), Contractor releases and forever discharges WWE and its parents, subsidiaries, affiliates, predecessors, successors and/or assigns, together with their respective past, present and future officers, directors, employees, agents, from any and all claims, actions, demands, judgments, liabilities or damages whatsoever, in law or equity, whether now known or unknown, claimed or unclaimed, asserted or unasserted, foreseen or unforeseen, discovered or undiscovered, accrued or unaccrued, contingent or fixed, which Contractor ever had, now has, or may have, for, upon, or by reason of any matter, cause or thing from the beginning of the world to the date of this Agreement.

REDACTED

[redacted]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

WORLD WRESTLING ENTERTAINMENT, INC. ("WWE")

By: ______________________
Mark Carrano
VP, Talent Relations

Date: 1/8/16

TERRY SZOPINSKI ("Contractor")

By: ______________________
Terry Szopinski

Date: 1/8/16

STATE OF ) Florida
) ss:
COUNTY OF ) Broward

On 8th January, 2016 before me personally came to me known Terry Szopinski, and known to me to be the individual described in, and who executed the foregoing Agreement, and duly acknowledged to me that he executed the same.

______________________
Notary Public

My commission expires: 7/25/2016

LOLA S. BRAMWELL
NOTARY PUBLIC
STATE OF FLORIDA
MY COMM. EXPIRES JULY 25, 2016
NO. EE 219563

STATE OF CONNECTICUT)
) ss: Stamford
COUNTY OF FAIRFIELD )

On January 8, 2016, before me Mark Carrano, Vice President, Talent Relations, personally came to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said company.

______________________
Notary Public

My commission expires: JANET P. COLE
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 2019

**EXHIBIT A**

REDACTED
[redacted]

**EXHIBIT B**

REDACTED

[redacted]

**EXHIBIT C**

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

**EXHIBIT D**

REDACTED

[redacted]