# EXHIBIT 73

**NOVA Pro Wrestling**

October 21 at 6:16pm ·

BREAKING NEWS: WWE and WCW legend The Barbarian has just signed to appear at #SaturdaysOfThunder tomorrow night! Do not miss this event! Tickets are on sale now: tinyurl.com/nova1022



Like Comment Share