# EXHIBIT 74

ORIGINAL

**WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.**
**BOOKING CONTRACT**

This World Wrestling Federation Entertainment, Inc. Booking Contract ("Agreement"), dated this Twenty Sixth (26th) day of July, 2001, and made effective as of July 16, 2001, by and between World Wrestling Federation Entertainment, Inc., a Delaware corporation, with its principal place of business at 1241 East Main Street, Stamford, Connecticut 06902 (hereinafter referred to as "PROMOTER"), and Mark Jindrak, an individual residing at [redacted] (hereinafter referred to as "WRESTLER").

**PREMISES**

WHEREAS, PROMOTER is engaged in the business of professional wrestling and of representing professional wrestlers in the promotion and exploitation of a professional wrestler's name, likeness, personality and character; and

WHEREAS, PROMOTER intends to broadcast PROMOTER's wrestling programs for purposes of publicizing PROMOTER's professional wrestling exhibitions and/or events, as defined below, and PROMOTER intends to broadcast on a pay-per-view basis and publicize, display and promote PROMOTER's professional wrestling exhibitions; and

WHEREAS, PROMOTER intends that its business operations will afford WRESTLER opportunities to wrestle and obtain public exposure which will increase the value of his wrestling services and his standing in the professional wrestling community and entertainment industry; and

WHEREAS, WRESTLER is duly licensed, as required, to engage in professional wrestling exhibitions and/or events, as defined below, and is actually engaged in the business of performing as a professional wrestler; and

WHEREAS, WRESTLER is a performing artist and the professional wrestling exhibitions arranged by PROMOTER constitute demonstrations of wrestling skills and abilities designed to provide athletic-styled entertainment to the public, and such professional wrestling exhibitions and events constitute entertainment and are not competitive sports; and

WHEREAS, WRESTLER desires PROMOTER to arrange professional wrestling exhibitions and/or events, as defined below, for WRESTLER and to assist WRESTLER in obtaining public exposure through live exhibitions, television programs, public appearances, and merchandising activities, or otherwise;

NOW THEREFORE, in consideration of the mutual promises and agreements as set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties intending to be legally bound, do hereby agree as follows:

[redacted]



F:\USERS\Legal Affairs\Booking Contracts\Jindrak Mark 2001.doc
07/26/01

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

13.6 Any notices required or desired hereunder shall be in writing and sent postage prepaid by certified mail, return receipt requested, or by prepaid telegram addressed as follows, or as the parties may hereafter in writing otherwise designate:

TO PROMOTER:

World Wrestling Federation Entertainment, Inc.
Attn: Stuart C. Snyder
President and Chief Operating Officer
1241 E. Main Street
Stamford, CT 06902

TO WRESTLER:

Mark Jindrak
REDACTED
[redacted]

WITH A COPY TO:

Brad Small, Esq.
Erickson, Halloran and Small
1620 26th Street
Suite 2060 North
Santa Monica, CA 90404

The date of mailing shall be deemed to constitute the date of service of any such notice by PROMOTER. The date of receipt shall be deemed to constitute the date of service of any such notice by WRESTLER.

13.7 This Agreement is made in Connecticut and shall be governed by and interpreted in accordance with the laws of the State of Connecticut, exclusive of its provisions relating to conflicts of law.

13.8 In the event there is any claim, dispute, or other matter in question arising out of or relating to this Agreement, the enforcement of any provisions therein, or breach of any provision thereof, it shall be submitted to the Federal, state or local courts, as appropriate, only in the State of Connecticut. This provision to submit all claims, disputes or matters in question to the Federal or state courts in the State of Connecticut shall be specifically enforceable; and each

party, hereby waiving personal service of process and venue, consents to jurisdiction in Connecticut for purposes of any other party seeking or securing any legal and/or equitable relief.

REDACTED

[redacted]

REDACTED

[redacted]

IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year first above written.

WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.
("PROMOTER")

By: ______________________
James Ross
Its: Senior Vice President Talent Relations and Wrestling Administration

MARK JINDRAK
("WRESTLER")

By: ______________________
Mark Jindrak



F:\USERS\Legal Affairs\Booking Contracts\Jindrak Mark 2001.doc
07/26/01

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

On August 9, 2001 before me personally came James Ross, Senior Vice President Talent Relations and Wrestling Administration, to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Federation Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 9th day of August, 2001.

Karen Shapiro
Notary Public

My commission expires: KAREN SHAPIRO
NOTARY PUBLIC, STATE OF CT
MY COMMISSION EXPIRES SEP. 30, 2003

STATE OF Ga )
) ss:
COUNTY OF Paulding )

I am a Notary Public for said County and State, do hereby certify that Mark Jindrak personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 3rd day of Aug, 2001.

[signature]
Notary Public

My commission expires: Notary Public, Paulding County, Georgia
My Commission Expires July 24, 2004



F:\USERS\Legal Affairs\Booking Contracts\Jindrak Mark 2001.doc
07/26/01

# SCHEDULE A

REDACTED

[redacted]

## SCHEDULE B

REDACTED

[redacted]