# EXHIBIT 75

ORIGINAL

# WORLD WRESTLING ENTERTAINMENT, INC.
## BOOKING CONTRACT

This World Wrestling Entertainment, Inc. Booking Contract ("Agreement"), made effective August 16, 2006 ("Effective Date"), by and between WORLD WRESTLING ENTERTAINMENT, INC., a Delaware corporation, with its principal place of business at 1241 East Main Street, Stamford, Connecticut 06902 (hereinafter referred to as "PROMOTER"), and ASHLEY MASSARO, an individual residing at REDACTED (hereinafter referred to as "WRESTLER").

## PREMISES

WHEREAS, PROMOTER is duly licensed, as required, to conduct professional wrestling exhibitions and is actually engaged in the business throughout the world of organizing, publicizing, arranging, staging, conducting professional wrestling exhibitions and/or Events, as defined below, and representing professional wrestlers in the promotion and exploitation of a professional wrestler's name, likeness and personality; and

WHEREAS, PROMOTER has established a worldwide network of television stations which regularly broadcast PROMOTER's wrestling programs for purposes of publicizing PROMOTER's professional wrestling exhibitions and/or Events, as defined below, and PROMOTER has established a network of cable, satellite and internet organizations which regularly broadcast, transmit, stream and exhibit PROMOTER's professional wrestling Events on a pay-per-view and subscription basis; and in addition thereto, PROMOTER has developed and produced certain other television programs, which are also used to publicize, display and promote PROMOTER's professional wrestling exhibitions; and

WHEREAS, PROMOTER's business operations afford WRESTLER opportunities to wrestle and obtain public exposure which will increase the value of her wrestling services and her standing in the professional wrestling community and entertainment industry; and

WHEREAS, WRESTLER is duly licensed, as required, to engage in professional wrestling exhibitions and/or Events, as defined below, and is actually engaged in the business of performing as a professional wrestler; and

WHEREAS, WRESTLER is a performing artist and the professional wrestling exhibitions arranged by PROMOTER constitute demonstrations of wrestling skills and abilities designed to provide athletic-styled entertainment to the public, and such professional wrestling exhibitions and Events constitute entertainment and are not competitive sports; and

WHEREAS, WRESTLER desires PROMOTER to arrange professional wrestling exhibitions and/or Events, as defined below, for WRESTLER and to assist WRESTLER in obtaining public exposure through live exhibitions, television programs, public appearances, and merchandising activities, or otherwise;

NOW THEREFORE, in consideration of the mutual promises and agreements as set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties intending to be legally bound, do hereby agree as follows:

1



REDACTED

REDACTED



REDACTED

4

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

REDACTED



6

REDACTED



7

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06.jjb.doc

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc



REDACTED



REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06.jjb.doc

REDACTED



C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

REDACTED

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06.jjb.doc

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

REDACTED

REDACTED





13.6    Any notices required or desired hereunder shall be in writing and shall be deemed given when personally delivered or if mailed by certified mail, return receipt requested or registered mail, when deposited in the United States Mail, postage prepaid, or if telecopied, when telecopied, or if sent by courier service, when deposited with such service, or if sent by overnight delivery service, on the next business day following delivery to such service. Notices shall be addressed as follows (unless either party at any time or times designates another address for itself by notifying the other party thereof as provided herein):

TO PROMOTER:

TO WRESTLER:

World Wrestling Entertainment, Inc.
Attn:  Edward L. Kaufman
Executive Vice President and General Counsel
1241 E. Main Street
Stamford, CT  06902

Ashley Massaro
REDACTED

with a copy to:

Ronald S. Bienstock, Esq.
Bienstock & Michael, P.C.
250 West 57th Street, Suite 1917
New York, NY 10107

13.7    This Agreement is made in Connecticut and shall be governed by and interpreted in accordance with the laws of the State of Connecticut, exclusive of its provisions relating to conflicts of law.

13.8    The parties agree to submit any and all disputes arising out of or relating in any way to this Agreement exclusively to the jurisdiction of the United States District Court of Connecticut. The provision to submit all claims, disputes or matters in question to the Federal court in the State of Connecticut shall be specifically enforceable; and each party, hereby waiving personal service of process and venue, consents to jurisdiction in Connecticut for purposes of any other party seeking or securing any legal and/or equitable relief.

21

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

REDACTED

IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year written below.

WORLD WRESTLING
ENTERTAINMENT, INC.
("PROMOTER")

By: _____
John Laurinaitis
Vice President of Talent Relations

Date: _____3/21/06_____

ASHLEY MASSARO
("WRESTLER")

By: _____
Ashley Massaro
Social Security No.: REDACTED

Date: _____3/10/06_____

STATE OF CONNECTICUT     )
                         ) ss: Stamford
COUNTY OF FAIRFIELD      )

On _March 21_, 2006 before me personally came John Laurinaitis, Vice President of Talent Relations, to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 21st day of _March_, 2006.

_____
Notary Public            JANET P. COLE
                         NOTARY PUBLIC
                         MY COMMISSION EXPIRES MAR. 31, 2009
My commission expires: _____


STATE OF _Connecticut_  )
                        ) ss: _Stamford_
COUNTY OF _Fairfield_   )

I am a Notary Public for said County and State, do hereby certify that Ashley Massaro personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be her free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 10th day of _March_, 2006.

_____
Notary Public            JANET P. COLE
                         NOTARY PUBLIC
My commission expires: MY COMMISSION EXPIRES MAR. 31, 2009

**EXHIBIT A**

REDACTED

C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

**EXHIBIT B**



C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc

**EXHIBIT C**



C:\Documents and Settings\n608971\Local Settings\Temporary Internet Files\OLK78\BookingContract02-03-06 jjb.doc