# EXHIBIT 76

ORIGINAL

# LOAN OUT AGREEMENT

This Loan Out Agreement dated January 26, 2000, by and between **WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.** ("WWFE") and Saturn Enterprises, Inc., a company incorporated under the laws of Georgia ("Lender") for the services of Perry Satullo.

**WHEREAS**, WWFE and Perry Satullo ("Talent") recently entered into a Booking Contract dated January 25, 2000 ("Booking Contract") for the use of Talent as a performing artist and professional wrestler in exhibitions arranged by Promoter;

REDACTED

[redacted]

REDACTED

[redacted]

IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year first above written.

SATURN ENTERPRISES, INC.
("Lender")

By: ______________________
Perry Satullo

Its: ______________________

WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.
("WWFE")

By: ______________________
James Ross
Senior Vice President Talent Relations and Wrestling Administration

STATE OF CONNECTICUT )
)ss.:
COUNTY OF FAIRFIELD )

On ~~Feb. 11,~~ March 1, 2000, before me personally came James Ross to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Federation Entertainment, Inc., and that he executed the same on behalf of said company.

______________________
Notary Public
Karen Shapiro

KA... HAPIRO
... STATE OF CT
My commission expires: ... SEP. 30, 2003

F:\USERS\Legal Affairs\Docs\Saturn Enterprises, Inc. re Satullo.doc
01/26/00

STATE OF GA )
)ss.:
COUNTY OF COBB )

On Feb. 11, 2000, before me personally came Perry Satullo to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of Saturn Enterprises, Inc., and that he executed the same on behalf of said company.

Notary Public

My commission expires: ____________

SYLVIA McCLURE
Notary Public
Cobb County
State of Georgia
My Commission Expires July 5, 2003

# Exhibit "A"

# BOOKING CONTRACT

**WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.**
**BOOKING CONTRACT**

This World Wrestling Federation Entertainment, Inc. Booking Contract ("Agreement"), dated as of this Twenty Fifth (25th) day of January, 2000, and made effective as of January 31, 2000, by and between World Wrestling Federation Entertainment, Inc., a Delaware corporation, with its principal place of business at 1241 East Main Street, Stamford, Connecticut 06902 (hereinafter referred to as "PROMOTER"), and Perry Satullo, p/k/a Perry Saturn an individual, c/o Erickson and Halloran, Attn: Brad Small, Esq., 1620 26th Street, Suite 2060 North, Santa Monica, CA 90404 (hereinafter referred to as "WRESTLER").

**PREMISES**

WHEREAS, PROMOTER is duly licensed, as required, to conduct professional wrestling exhibitions and is actually engaged in the business of organizing, publicizing, arranging, staging and conducting professional wrestling exhibitions throughout the world and of representing professional wrestlers in the promotion and exploitation of a professional wrestler's name, likeness, personality and character; and

WHEREAS, PROMOTER has established a nationwide network of television stations which regularly broadcast PROMOTER's wrestling programs for purposes of publicizing PROMOTER's professional wrestling exhibitions and PROMOTER has established a network of cable television organizations which regularly broadcast PROMOTER's professional wrestling exhibitions on a pay-per-view basis; and in addition thereto, PROMOTER has developed and produced certain other television programs, which are also used to publicize, display and promote PROMOTER's professional wrestling exhibitions; and

WHEREAS, PROMOTER's business operations afford WRESTLER opportunities to wrestle and obtain public exposure which will increase the value of his wrestling services and his standing in the professional wrestling community and entertainment industry; and

WHEREAS, WRESTLER is duly licensed, as required, to engage in professional wrestling exhibitions and is actually engaged in the business of performing as a professional wrestler; and

WHEREAS, WRESTLER is a performing artist and the professional wrestling exhibitions arranged by PROMOTER constitute demonstrations of wrestling skills and abilities designed to provide athletic-styled entertainment to the public, and such wrestling exhibitions constitute entertainment and are not competitive sports; and

WHEREAS, WRESTLER desires PROMOTER to arrange wrestling matches for WRESTLER and to assist WRESTLER in obtaining public exposure through live exhibitions, television programs, public appearances, and merchandising activities, or otherwise;

NOW THEREFORE, in consideration of the mutual promises and agreements as set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and the parties intending to be legally bound, do hereby agree as follows:

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED [redacted]

13.6 Any notices required or desired hereunder shall be in writing and sent postage prepaid by certified mail, return receipt requested, or by prepaid telegram addressed as follows, or via fax, or as the parties may hereafter in writing otherwise designate:

TO PROMOTER:
World Wrestling Federation
Entertainment, Inc.
Attn: Linda E. McMahon
President and Chief Executive Officer
1241 E. Main Street
Stamford, CT 06902

TO WRESTLER:

Perry Satullo
c/o Erickson and Halloran
Attn: Brad Small, Esq.
1620 26th Street, Suite 2060 North
Santa Monica, CA 90404

WITH COPY TO WRESTLER AT:

Perry Satullo
REDACTED [redacted]

The date of mailing shall be deemed to constitute the date of service of any such notice by PROMOTER. The date of receipt shall be deemed to constitute the date of service of any such notice by WRESTLER.

13.7 This Agreement is made in Connecticut and shall be governed by and interpreted in accordance with the laws of the State of Connecticut, exclusive of its provisions relating to conflicts of law.

13.8 This Agreement shall be governed by, and construed in accordance with, the laws of the State of Connecticut applicable to contracts entered into and to be fully performed therein.

13.9 The parties hereto agree to submit solely to the jurisdiction of the United States District Court located in Bridgeport, Connecticut and the Judicial District Court of Stamford located in Stamford, Connecticut. The parties agree that service of process by mail shall be effective service of same and such service shall have the same effect as personal service with the State of Connecticut and result in personal jurisdiction over the parties in the forum in the State of

Connecticut. The provisions contained in this Paragraph shall survive the termination and/or expiration of this Agreement.

REDACTED

[redacted]

IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year first above written.

WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.
("PROMOTER")

By: James Ross
James Ross
Its: Senior Vice President Talent Relations & Wrestling Administration

PERRY SATULLO
("WRESTLER")

By: [signature]
Perry Satullo

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

On March 1, 2000 before me personally came James Ross, Senior Vice President of Talent Relations & Wrestling Administration., to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Federation Entertainment, Inc., and that he executed the same on behalf of said Company.

WITNESS my hand and notarial seal this 1st day of March, 2000.

KAREN SHAPIRO
NOTARY PUBLIC, STATE OF CT
MY COMMISSION EXPIRES SEP. 30, 2003

Karen Shapiro
Notary Public

My commission expires: ____________

STATE OF GA. )
) ss:
COUNTY OF COBB )

I am a Notary Public for said County and State, do hereby certify that Perry Satullo personally appeared before me this day and acknowledged the due execution of the foregoing instrument to be his free act and deed for the purposes therein expressed.

WITNESS my hand and notarial seal this 11th day of [illegible], 2000.

[signature]
Notary Public

My commission expires: ____________

SYLVIA McCLURE
Notary Public
Cobb County
State of Georgia
My Commission Expires July 5, 2[illegible]



\\TITAN1\SYS\USERS\Legal Affairs\Booking Contracts\Satullo Perry.doc
01/25/00

## SCHEDULE A

REDACTED

[redacted]

REDACTED

[redacted]

REDACTED

[redacted]

**Exhibit "B"**

REDACTED

[redacted]

**Exhibit "C"**

REDACTED

[redacted]

REDACTED

[redacted]