**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RUSS McCULLOUGH, *et al.,*** <br><br> **Plaintiffs,** <br><br> **vs.** <br><br> **WORLD WRESTLING ENTERTAINMENT, INC.,** <br><br> **Defendant.** | : | **No. 3:15-cv-01074 (VLB)** <br> **Lead Case** |
| **JOSEPH M. LAURINAITIS, *et al.*,** <br><br> **Plaintiffs,** <br> **vs.** <br><br> **WORLD WRESTLING ENTERTAINMENT, INC., *et al.*,** <br><br> **Defendants.** | : | **No. 3:16-CV-01209 (VLB)** <br> **Consolidated Case** <br><br><br><br><br><br> **December 23, 2016** |

**TABLE OF CONTENTS OF EXHIBITS TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

1. **Statute of Limitations Chart.**

2. **Order of the U.S. Bankruptcy Court for the Southern District of New York, dated June 17, 2003.**

3. **Corporate Records of Universal Wrestling Corporation on file with the Georgia Secretary of State.**

4. **Post Mortem Examination Report Regarding Brian D. Knighton, Office of the Chief Medical Examiner, State of Maryland, dated February 5, 2016.**

5. **Post Mortem Examination Report Regarding Jonathan Rechner, Office of the Medical Examiner, Middlesex County, dated April 14, 2016.**

6. **Affidavit of Patricia A. Vovchansky.**

7. **Release Executed by Carlene Moore-Begnaud dated January 18, 2007. (Filed Under Seal).**

8. **Release Executed by Rodney Begnaud dated January 18, 2007 (Filed Under Seal).**

9. **Release Executed by Mark Canterbury dated June 15, 2016 (Filed Under Seal).**

10. **Release Executed by Bryan Emmett Clark, Jr. dated January 9, 1996 (Filed Under Seal).**

11. **Release Executed by Marc Copani dated September 20, 2005 (Filed Under Seal).**

12. **Release Executed by Michael Enos dated September 9, 1993 (Filed Under Seal).**

13. **Release Executed by Bill Eadie dated May 25, 2001 (Filed Under Seal).**

14. **Release Executed by Michael Halac dated July 24, 1997 (Filed Under Seal).**

15. **Release Executed by James Harrell dated February 28, 1991 (Filed Under Seal).**

16. **Release Executed by James Harris dated September 9, 1993 (Filed Under Seal).**

17. **Releases Executed by Marty Jannetty dated February 9, 1993 & September 15, 1995 (Filed Under Seal).**

18. **Release Executed by Mark Jindrak dated July 12, 2005 (Filed Under Seal).**

19. **Release Executed by Rick Jones dated January 11, 1991 (Filed Under Seal).**

20. **Release Executed by Joseph Laurinaitis dated June 6, 2006 (Filed Under Seal).**

21. **Release Executed by Troy Martin dated December 19, 1995 (Filed Under Seal).**

22. **Release Executed by John Nord dated January 15, 2016 (Filed Under Seal).**

23. **Release Executed by Anthony Norris dated March 6, 1998 (Filed Under Seal).**

**24. Release Executed by Perry Satullo dated November 7, 2002 (Filed Under Seal).**

**25. Release Executed by James W. Snuka-Reiher dated November 15, 1991 (Filed Under Seal).**

**26. Releases Executed by Terry Szopinski dated May 18, 1992 & January 8, 2016 (Filed Under Seal).**