# EXHIBIT 27

ORIGINAL

# CONTRACTOR NOSTALGIA AGREEMENT

This Contractor Nostalgia Agreement ("Agreement") is entered into by and between World Wrestling Entertainment, Inc. ("WWE"), with offices at 1241 East Main Street, Stamford, Connecticut 06902, and Terry Brunk, an individual residing [redacted] ("Contractor"), individually referred to as a "Party" and collectively referred to as the "Parties", and shall be effective on the date that WWE executes the Agreement ("Effective Date").

**NOW, THEREFORE,** in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

8. <u>BODILY INJURY RELEASE/INSURANCE/ASSUMPTION OF RISK</u>:

**(A) CONTRACTOR SHALL BE RESPONSIBLE FOR HIS OWN COMMERCIAL GENERAL LIABILITY INSURANCE, WORKERS' COMPENSATION INSURANCE, PROFESSIONAL LIABILITY INSURANCE, AS WELL AS ANY EXCESS LIABILITY INSURANCE, AS HE DEEMS APPROPRIATE TO INSURE, INDEMNIFY AND DEFEND CONTRACTOR WITH RESPECT TO ANY AND ALL CLAIMS ARISING OUT OF HIS OWN ACTS, TRANSACTIONS, OR CONDUCT AS A PROFESSIONAL WRESTLER.**

**(B) CONTRACTOR ACKNOWLEDGES THAT THE PARTICIPATION AND ACTIVITIES REQUIRED BY CONTRACTOR IN CONNECTION WITH HIS PERFORMANCE IN A PROFESSIONAL WRESTLING EXHIBITION MAY BE DANGEROUS AND MAY INVOLVE THE RISK OF SERIOUS BODILY INJURY. CONTRACTOR KNOWINGLY AND FREELY ASSUMES FULL RESPONSIBILITY FOR ALL SUCH INHERENT RISKS AS WELL AS THOSE DUE TO THE NEGLIGENCE OF WWE OR OTHER WRESTLERS.**

**(C) CONTRACTOR HEREBY RELEASES, WAIVES AND DISCHARGES WWE FROM ALL LIABILITY TO CONTRACTOR AND COVENANTS NOT TO SUE WWE FOR ANY AND ALL LOSS OR DAMAGE ON ACCOUNT OF INJURY TO THEIR PERSON OR PROPERTY OR RESULTING IN SERIOUS OR PERMANENT INJURY TO CONTRACTOR OR IN CONTRACTOR'S DEATH, WHETHER CAUSED BY THE NEGLIGENCE OF WWE OR OTHER WRESTLERS UNDER CONTRACT TO WWE.**

**(D) CONTRACTOR MAY AT HIS ELECTION OBTAIN HEALTH, LIFE AND/OR DISABILITY INSURANCE TO PROVIDE BENEFITS IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES; AND CONTRACTOR ACKNOWLEGES THAT WWE SHALL NOT HAVE ANY RESPONSIBILITY FOR SUCH INSURANCE OR PAYMENT IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES.**

**(E) IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF CONTRACTOR'S PROFESSIONAL ACTIVITIES, CONTRACTOR ACKNOWLEDGES THAT AS AN INDEPENDENT CONTRACTOR HE IS NOT ENTITLED TO ANY WORKERS' COMPENSATION COVERAGE OR SIMILAR BENEFITS FOR INJURY, DISABILITY, DEATH OR LOSS OF WAGES; AND CONTRACTOR SHALL MAKE NO CLAIM AGAINST WWE FOR SUCH COVERAGE OR BENEFIT.**

[redacted]

[redacted]

[redacted]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

TERRY BRUNK
("Contractor")

By: ______________________
Terry Brunk
SS#: [redacted]

Date: 9/01/05

WORLD WRESTLING ENTERTAINMENT, INC.
("WWE")

By: ______________________
John Laurinaitis
Vice President, Talent Relations

Date: 9/15/05

STATE OF CONNECTICUT)
) ss: Stamford
COUNTY OF FAIRFIELD )

On 9/15, 2005, before me John Laurinaitis, Vice President Talent Relations personally came to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said company.

Notary Public

My commission expires: JANET P. COLE NOTARY PUBLIC COMMISSION EXPIRES MAR. 31, 2009

STATE OF )
)ss:
COUNTY OF )

On 9-1, 2005 before me personally came Terry Brunk to me known, and known to me to be the individual described in, and who executed the foregoing Agreement, and duly acknowledged to me that he executed the same.

Valerie J. Lawver
Notary Public

My commission expires: 2/14/12

VALERIE J. LAWVER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF CLINTON
My Commission Expires Feb. 14, 2012
Acting in the County of Ingham

# EXHIBIT A

[redacted]

**EXHIBIT B**

[redacted]

**EXHIBIT C**

[redacted]

[redacted]

[redacted]

[redacted]

**EXHIBIT D**

[redacted]