# EXHIBIT 30

ORIGINAL

# CONTRACTOR NOSTALGIA AGREEMENT

This Contractor Nostalgia Agreement ("Agreement") is entered into by and between World Wrestling Entertainment, Inc. ("WWE"), with offices at 1241 East Main Street, Stamford, Connecticut 06902, and James Harris, an individual residing at [redacted] ("Contractor"), individually referred to as a "Party" and collectively referred to as the "Parties", and shall be effective on the date that WWE executes the Agreement ("Effective Date").

**NOW, THEREFORE**, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

8. **BODILY INJURY RELEASE/INSURANCE/ASUSMPTION OF RISK:**

**(A) CONTRACTOR SHALL BE RESPONSIBLE FOR HIS OWN COMMERCIAL GENERAL LIABILITY INSURANCE, WORKERS' COMPENSATION INSURANCE, PROFESSIONAL LIABILITY INSURANCE, AS WELL AS ANY EXCESS LIABILITY INSURANCE, AS HE DEEMS APPROPRIATE TO INSURE, INDEMNIFY**

AND DEFEND CONTRACTOR WITH RESPECT TO ANY AND ALL CLAIMS ARISING OUT OF HIS OWN ACTS, TRANSACTIONS, OR CONDUCT AS A PROFESSIONAL WRESTLER.

(B) CONTRACTOR ACKNOWLEDGES THAT THE PARTICIPATION AND ACTIVITIES REQUIRED BY CONTRACTOR IN CONNECTION WITH HIS PERFORMANCE IN A PROFESSIONAL WRESTLING EXHIBITION MAY BE DANGEROUS AND MAY INVOLVE THE RISK OF SERIOUS BODILY INJURY. CONTRACTOR KNOWINGLY AND FREELY ASSUMES FULL RESPONSIBILITY FOR ALL SUCH INHERENT RISKS AS WELL AS THOSE DUE TO THE NEGLIGENCE OF WWE OR OTHER WRESTLERS.

(C) CONTRACTOR HEREBY RELEASES, WAIVES AND DISCHARGES WWE FROM ALL LIABILITY TO CONTRACTOR AND COVENANTS NOT TO SUE WWE FOR ANY AND ALL LOSS OR DAMAGE ON ACCOUNT OF INJURY TO THEIR PERSON OR PROPERTY OR RESULTING IN SERIOUS OR PERMANENT INJURY TO CONTRACTOR OR IN CONTRACTOR'S DEATH, WHETHER CAUSED BY THE NEGLIGENCE OF WWE OR OTHER WRESTLERS UNDER CONTRACT TO WWE.

(D) CONTRACTOR MAY AT HIS ELECTION OBTAIN HEALTH, LIFE AND/OR DISABILITY INSURANCE TO PROVIDE BENEFITS IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES; AND CONTRACTOR ACKNOWLEGES THAT WWE SHALL NOT HAVE ANY RESPONSIBILITY FOR SUCH INSURANCE OR PAYMENT IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES.

(E) IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF CONTRACTOR'S PROFESSIONAL ACTIVITIES, CONTRACTOR ACKNOWLEDGES THAT AS AN INDEPENDENT CONTRACTOR HE IS NOT ENTITLED TO ANY WORKERS' COMPENSATION COVERAGE OR SIMILAR BENEFITS FOR INJURY, DISABILITY, DEATH OR LOSS OF WAGES; AND CONTRACTOR SHALL MAKE NO CLAIM AGAINST WWE FOR SUCH COVERAGE OR BENEFIT.

[redacted]

[redacted]

[redacted]

[redacted]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

JAMES HARRIS
("Contractor")

By: James Harris
James Harris

Date: 6-17-05

WORLD WRESTLING ENTERTAINMENT, INC.
("WWE")

By: Edward L. Kaufman
Edward L. Kaufman
Executive Vice President and General Counsel

Date: 6/21/05

STATE OF CONNECTICUT)
) ss:
COUNTY OF FAIRFIELD )

On ~~April 7~~ June 21 M.Y., 2005, before me Edward L. Kaufman, Executive Vice President and General Counsel of World Wrestling Entertainment, Inc. personally came to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said company.

My commission expires: ~~May 4, 2006~~ 7·31·07 MY.

Notary Public

Margaret M. Ytuarte

MARGARET M. YTUARTE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2007

STATE OF MS )
)ss:
COUNTY OF YATE )

On JUNE 17, 2005 before me personally came James Harris to me known, and known to me to be the individual described in, and who executed the foregoing Agreement, and duly acknowledged to me that he executed the same.

Notary Public

My commission expires: May 4, 2007

# EXHIBIT A

[redacted]

# EXHIBIT B

[redacted]

# EXHIBIT C

[redacted]

[redacted]

[redacted]

[redacted]

**EXHIBIT D**

[redacted]

# CONTRACTOR NOSTALGIA AGREEMENT

ORIGINAL

This Contractor Nostalgia Agreement ("Agreement") is entered into by and between WORLD WRESTLING ENTERTAINMENT, INC. ("WWE"), with offices at 1241 East Main Street, Stamford, Connecticut 06902, and JAMES HARRIS, an individual residing at [redacted] ("Contractor"), individually referred to as a "Party" and collectively referred to as the "Parties", and shall be effective as of June 21, 2011 ("Effective Date").

**NOW, THEREFORE**, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

[redacted]

[redacted]

5. **REPRESENATION, WARRANTY, INDEMNITY AND GRANT OF RIGHTS**:

(a) Contractor hereby represents and warrants to WWE that: (i) he has the sole and exclusive right to unconditionally and exclusively grant to WWE the rights to use Contractor Intellectual Property consistent with the terms of this Agreement and doing so will not violate and/or infringe the rights of any third party; (ii) he is under no contractual or other legal obligation that shall in any way interfere with the exploitation of rights granted to WWE in this Agreement; (iii) he has the full authority to enter into this Agreement and grant the rights set forth herein and perform the services required of him herein; (iv) the obligations created by this Agreement, insofar as they purport to be binding, constitute legal, valid and binding obligations enforceable in accordance with their terms; and (v) as of the date of execution of this Agreement, he hereby acknowledges that he has received all amounts due him in connection with any contract or agreement entered into between him and WWE prior to the terms hereof (and as such, he acknowledges and agrees that WWE is released and discharged from any and all claims, liabilities or damages of any kind or manner relating thereto).

[redacted]

[redacted]

[redacted]

8. <u>BODILY INJURY RELEASE/INSURANCE/ASSUMPTION OF RISK</u>:

(A) CONTRACTOR SHALL BE RESPONSIBLE FOR HIS OWN COMMERCIAL GENERAL LIABILITY INSURANCE, WORKERS' COMPENSATION INSURANCE, PROFESSIONAL LIABILITY INSURANCE, AS WELL AS ANY EXCESS

LIABILITY INSURANCE, AS HE DEEMS APPROPRIATE TO INSURE, INDEMNIFY AND DEFEND CONTRACTOR WITH RESPECT TO ANY AND ALL CLAIMS ARISING OUT OF HIS OWN ACTS, TRANSACTIONS, OR CONDUCT AS A PROFESSIONAL WRESTLER.

(B) CONTRACTOR ACKNOWLEDGES THAT THE PARTICIPATION AND ACTIVITIES REQUIRED BY CONTRACTOR IN CONNECTION WITH HIS PERFORMANCE IN A PROFESSIONAL WRESTLING EXHIBITION MAY BE DANGEROUS AND MAY INVOLVE THE RISK OF SERIOUS BODILY INJURY. CONTRACTOR KNOWINGLY AND FREELY ASSUMES FULL RESPONSIBILITY FOR ALL SUCH INHERENT RISKS AS WELL AS THOSE DUE TO THE NEGLIGENCE OF WWE OR OTHER TALENT.

(C) CONTRACTOR HEREBY RELEASES, WAIVES AND DISCHARGES WWE FROM ALL LIABILITY TO CONTRACTOR AND COVENANTS NOT TO SUE WWE FOR ANY AND ALL LOSS OR DAMAGE ON ACCOUNT OF INJURY TO THEIR PERSON OR PROPERTY OR RESULTING IN SERIOUS OR PERMANENT INJURY TO CONTRACTOR OR IN CONTRACTOR'S DEATH, WHETHER CAUSED BY THE NEGLIGENCE OF WWE OR OTHER TALENT UNDER CONTRACT TO WWE.

(D) CONTRACTOR MAY AT HIS ELECTION OBTAIN HEALTH, LIFE AND/OR DISABILITY INSURANCE TO PROVIDE BENEFITS IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES; AND CONTRACTOR ACKNOWLEDGES THAT WWE SHALL NOT HAVE ANY RESPONSIBILITY FOR SUCH INSURANCE OR PAYMENT IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES.

(E) IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF CONTRACTOR'S PROFESSIONAL ACTIVITIES, CONTRACTOR ACKNOWLEDGES THAT AS AN INDEPENDENT CONTRACTOR HE IS NOT ENTITLED TO ANY WORKERS' COMPENSATION COVERAGE OR SIMILAR BENEFITS FOR INJURY, DISABILITY, DEATH OR LOSS OF WAGES; AND CONTRACTOR SHALL MAKE NO CLAIM AGAINST WWE FOR SUCH COVERAGE OR BENEFIT.

[redacted]

[redacted]

[redacted]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

JAMES HARRIS
("Contractor")

By: James Harris
James Harris

Date: 6-15-11

WORLD WRESTLING ENTERTAINMENT, INC.
("WWE")

By:
John Laurinaitis
EVP, Talent Relations

Date: 6/17/11

STATE OF MISSISSIPPI )
) ss:
COUNTY OF PANOLA )

On June 15, 2011 before me personally came to me known James Harris, and known to me to be the individual described in, and who executed the foregoing Agreement, and duly acknowledged to me that he executed the same.




W. Joe Reid by Kim Dill, D.C.
Notary Public

My commission expires: 1/2/12

STATE OF CONNECTICUT)
) ss: Stamford
COUNTY OF FAIRFIELD )

On June 17, 2011, before me John Laurinaitis, Executive Vice President, Talent Relations personally came to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that he executed the same on behalf of said company.

Notary Public

My commission expires JANET P. COLE
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2014

APPROVED
CEO
Legal
Finance

**EXHIBIT A**

[redacted]

**EXHIBIT B**

[redacted]

**EXHIBIT C**

[redacted]

[redacted]

[redacted]

[redacted]

**EXHIBIT D**

[redacted]