# EXHIBIT 32

ORIGINAL

# CONTRACTOR NOSTALGIA AGREEMENT

This Contractor Nostalgia Agreement ("Agreement") is ~~entered into~~ by and between WORLD WRESTLING ENTERTAINMENT, INC. ("WWE"), with offices at 1241 East Main Street, Stamford, Connecticut 06902, and JAMES W. SNUKA-~~REIHER~~, an individual residing at [redacted] ("Contractor"), individually referred to as a "Party" and collectively referred to as the "Parties", and shall be effective on the date that WWE executes the Agreement ("Effective Date").

**NOW, THEREFORE**, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

8. **<u>BODILY INJURY RELEASE/INSURANCE/ASSUMPTION OF RISK</u>:**

**(A) CONTRACTOR SHALL BE RESPONSIBLE FOR HIS OWN COMMERCIAL GENERAL LIABILITY INSURANCE, WORKERS' COMPENSATION INSURANCE, PROFESSIONAL LIABILITY INSURANCE, AS WELL AS ANY EXCESS LIABILITY INSURANCE, AS HE DEEMS APPROPRIATE TO INSURE, INDEMNIFY AND DEFEND CONTRACTOR WITH RESPECT TO ANY AND ALL CLAIMS ARISING**

**OUT OF HIS OWN ACTS, TRANSACTIONS, OR CONDUCT AS A PROFESSIONAL WRESTLER.**

**(B) CONTRACTOR ACKNOWLEDGES THAT THE PARTICIPATION AND ACTIVITIES REQUIRED BY CONTRACTOR IN CONNECTION WITH HIS PERFORMANCE IN A PROFESSIONAL WRESTLING EXHIBITION MAY BE DANGEROUS AND MAY INVOLVE THE RISK OF SERIOUS BODILY INJURY. CONTRACTOR KNOWINGLY AND FREELY ASSUMES FULL RESPONSIBILITY FOR ALL SUCH INHERENT RISKS AS WELL AS THOSE DUE TO THE NEGLIGENCE OF WWE OR OTHER WRESTLERS.**

**(C) CONTRACTOR HEREBY RELEASES, WAIVES AND DISCHARGES WWE FROM ALL LIABILITY TO CONTRACTOR AND COVENANTS NOT TO SUE WWE FOR ANY AND ALL LOSS OR DAMAGE ON ACCOUNT OF INJURY TO THEIR PERSON OR PROPERTY OR RESULTING IN SERIOUS OR PERMANENT INJURY TO CONTRACTOR OR IN CONTRACTOR'S DEATH, WHETHER CAUSED BY THE NEGLIGENCE OF WWE OR OTHER WRESTLERS UNDER CONTRACT TO WWE.**

**(D) CONTRACTOR MAY AT HIS ELECTION OBTAIN HEALTH, LIFE AND/OR DISABILITY INSURANCE TO PROVIDE BENEFITS IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES; AND CONTRACTOR ACKNOWLEDGES THAT WWE SHALL NOT HAVE ANY RESPONSIBILITY FOR SUCH INSURANCE OR PAYMENT IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES.**

**(E) IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF CONTRACTOR'S PROFESSIONAL ACTIVITIES, CONTRACTOR ACKNOWLEDGES THAT AS AN INDEPENDENT CONTRACTOR HE IS NOT ENTITLED TO ANY WORKERS' COMPENSATION COVERAGE OR SIMILAR BENEFITS FOR INJURY, DISABILITY, DEATH OR LOSS OF WAGES; AND CONTRACTOR SHALL MAKE NO CLAIM AGAINST WWE FOR SUCH COVERAGE OR BENEFIT.**

[redacted]

[redacted]

[redacted]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

JAMES W. SNUKA-REIHER
("Contractor")

By: ______________________________
James W. Snuka-~~Reiher~~
Social Security [redacted]

Date: ______________________________

WORLD WRESTLING ENTERTAINMENT, INC.
("WWE")

By: ______________________________
Donna Goldsmith
Senior Vice President, Consumer Products

Date: 3/8/07

STATE OF CONNECTICUT)
) ss: Stamford
COUNTY OF FAIRFIELD )

On March 8, ~~2006~~ 2007, before me Donna Goldsmith, Senior Vice President, Consumer Products personally came to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that she is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that she executed the same on behalf of said company.

Notary Public

My commission expires: JANET P. COLE NOTARY PUBLIC MY COMMISSION EXPIRES MAR. 31, 2009

STATE OF New Jersey )
) ss:
COUNTY OF Burlington )

On 12-5, 2006 before me personally came to me known, and known to me to be the individual described in, and who executed the foregoing Agreement, and duly acknowledged to me that he executed the same.

Janet A Maston
Notary Public

My commission expires: JANET A. MASTON Notary Public State of New Jersey My Commission Expires August 10, 2009

APPROVED
CEO
Legal 03/12/07
Finance

# EXHIBIT A

[redacted]

# EXHIBIT B

[redacted]

**EXHIBIT C**

[redacted]

[redacted]

[redacted]

[redacted]

**EXHIBIT D**

[redacted]

ORIGINAL

# LOAN OUT AGREEMENT

This Loan Out Agreement ("Loan Out Agreement") by and between **WORLD WRESTLING ENTERTAINMENT, INC.** ("PROMOTER") and **JIMMY SNUKA LLC.**, a company incorporated under the laws of New Jersey ("Lender") is made effective October 1, 2013("Effective Date").

**WHEREAS,** PROMOTER and JIMMY W. SNUKA ("Contractor") entered into a Contractor Nostalgia Agreement simultaneous with the execution of the Loan Out Agreement ("Agreement") for the services of Contractor to appear in exhibitions arranged by PROMOTER;

[redacted]

[redacted]

**IN WITNESS WHEREOF**, the parties have executed this Loan Out Agreement on the day and year first above written.

JIMMY SNUKA, LLC
("Lender")

By: Jimmy W. Snuka

Date: 10/30/13

WORLD WRESTLING ENTERTAINMENT, INC.
("PROMOTER")

By: ______________________
Jane Geddes
SVP, Talent Relations and Development

Date: 10/31/13

STATE OF New Jersey )
)ss.:
COUNTY OF Camden )

On 10 - 30, 2013, before me personally came Jimmy W. Snuka to me known and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that he is a duly authorized corporate officer of Jimmy Snuka, LLC, and that he executed the same on behalf of said company.

______________________
Notary Public

My commission expires

ROSE A HOLDEN
Notary Public
State of New Jersey
My Commission Expires Sep 17, 2018

STATE OF CONNECTICUT )
)ss.: Stamford
COUNTY OF FAIRFIELD )

On October 31, 2013, before me personally came Jane Geddes to me known, and known to me to be the individual described herein, and who executed the foregoing, and duly acknowledged to me that she is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that she executed the same on behalf of said company.

Notary Public

JANET P. COLE
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 2014

My commission expires: _______________

APPROVED
CEO ____________
Legal ____________
Finance ____________

**Schedule 1**

**CONTRACTOR NOSTALGIA AGREEMENT**

# CONTRACTOR NOSTALGIA AGREEMENT

This Contractor Nostalgia Agreement ("Agreement") is entered into by and between WORLD WRESTLING ENTERTAINMENT, INC. ("WWE"), with offices at 1241 East Main Street, Stamford, Connecticut 06902, and JAMES W. SNUKA an individual residing at [redacted] ("Contractor"), individually referred to as a "Party" and collectively referred to as the "Parties", and shall be effective October 1, 2013 ("Effective Date").

**NOW, THEREFORE**, in consideration of the promises, covenants and agreements set forth herein and for other good and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

[redacted]

[redacted]

5. **REPRESENATION, WARRANTY, INDEMNITY AND GRANT OF RIGHTS**:

(a) Contractor hereby represents and warrants to WWE that: (i) he has the sole and exclusive right to unconditionally and exclusively grant to WWE the rights to use Contractor Intellectual Property consistent with the terms of this Agreement and doing so will not violate and/or infringe the rights of any third party; (ii) he is under no contractual or other legal obligation that shall in any way interfere with the exploitation of rights granted to WWE in this Agreement; (iii) he has the full authority to enter into this Agreement and grant the rights set forth herein and perform the services required of him herein; (iv) the obligations created by this Agreement, insofar as they purport to be binding, constitute legal, valid and binding obligations enforceable in accordance with their terms; and (v) as of the date of execution of this Agreement, he hereby acknowledges that he has received all amounts due him in connection with any contract or agreement entered into between him and WWE prior to the terms hereof (and as such, he acknowledges and agrees that WWE is released and discharged from any and all claims, liabilities or damages of any kind or manner relating thereto).

[redacted]

[redacted]

[redacted]

8. <u>BODILY INJURY RELEASE/INSURANCE/ASSUMPTION OF RISK</u>:

**(A) CONTRACTOR SHALL BE RESPONSIBLE FOR HIS OWN COMMERCIAL GENERAL LIABILITY INSURANCE, WORKERS' COMPENSATION INSURANCE, PROFESSIONAL LIABILITY INSURANCE, AS WELL AS ANY EXCESS LIABILITY INSURANCE, AS HE DEEMS APPROPRIATE TO INSURE, INDEMNIFY AND DEFEND CONTRACTOR WITH RESPECT TO ANY AND ALL CLAIMS ARISING OUT OF HIS OWN ACTS, TRANSACTIONS, OR CONDUCT AS A PROFESSIONAL WRESTLER.**

**(B) CONTRACTOR ACKNOWLEDGES THAT THE PARTICIPATION AND ACTIVITIES REQUIRED BY CONTRACTOR IN CONNECTION WITH HIS PERFORMANCE IN A PROFESSIONAL WRESTLING EXHIBITION MAY BE DANGEROUS AND MAY INVOLVE THE RISK OF SERIOUS BODILY INJURY. CONTRACTOR KNOWINGLY AND FREELY ASSUMES FULL RESPONSIBILITY FOR ALL SUCH INHERENT RISKS AS WELL AS THOSE DUE TO THE NEGLIGENCE OF WWE OR OTHER TALENT.**

(C) CONTRACTOR HEREBY RELEASES, WAIVES AND DISCHARGES WWE FROM ALL LIABILITY TO CONTRACTOR AND COVENANTS NOT TO SUE WWE FOR ANY AND ALL LOSS OR DAMAGE ON ACCOUNT OF INJURY TO THEIR PERSON OR PROPERTY OR RESULTING IN SERIOUS OR PERMANENT INJURY TO CONTRACTOR OR IN CONTRACTOR'S DEATH, WHETHER CAUSED BY THE NEGLIGENCE OF WWE OR OTHER TALENT UNDER CONTRACT TO WWE.

(D) CONTRACTOR MAY AT HIS ELECTION OBTAIN HEALTH, LIFE AND/OR DISABILITY INSURANCE TO PROVIDE BENEFITS IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES; AND CONTRACTOR ACKNOWLEDGES THAT WWE SHALL NOT HAVE ANY RESPONSIBILITY FOR SUCH INSURANCE OR PAYMENT IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF HIS PROFESSIONAL ACTIVITIES.

(E) IN THE EVENT OF PHYSICAL INJURY ARISING OUT OF CONTRACTOR'S PROFESSIONAL ACTIVITIES, CONTRACTOR ACKNOWLEDGES THAT AS AN INDEPENDENT CONTRACTOR HE IS NOT ENTITLED TO ANY WORKERS' COMPENSATION COVERAGE OR SIMILAR BENEFITS FOR INJURY, DISABILITY, DEATH OR LOSS OF WAGES; AND CONTRACTOR SHALL MAKE NO CLAIM AGAINST WWE FOR SUCH COVERAGE OR BENEFIT.

[redacted]

[redacted]

[redacted]

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

WORLD WRESTLING ENTERTAINMENT, INC.
("WWE")

By: ______________________
Jane Geddes
SVP, Talent Relations and Development

Date: 10/31/13

JAMES W. SNUKA
("Contractor")

By: ______________________
James W. Snuka

Date: 10/30/13

STATE OF New Jersey )
) ss:
COUNTY OF Camden )

On 10-30-2013, 2013 before me personally came to me known James W. Snuka, and known to me to be the individual described in, and who executed the foregoing Agreement, and duly acknowledged to me that he executed the same.

______________________
Notary Public

My commission expires: ____________

ROSE A HOLDEN
Notary Public
State of New Jersey
My Commission Expires Sep 17, 2018

STATE OF CONNECTICUT)
) ss: Stamford
COUNTY OF FAIRFIELD )

On October 31, 2013, before me Jane Geddes, Senior Vice President of Talent Relations and Development personally came to me known, and known to me to be the individual described in, and who executed the foregoing, and duly acknowledged to me that she is a duly authorized corporate officer of World Wrestling Entertainment, Inc., and that she executed the same on behalf of said company.

JANET P. COLE
Notary Public
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 2014

My commission expires: __________

**EXHIBIT A**

[redacted]

**EXHIBIT B**

[redacted]

# EXHIBIT C

[redacted]

[redacted]

[redacted]

[redacted]

**EXHIBIT D**

[redacted]

**Schedule 2**

[redacted]

**Schedule 3**

[redacted]

[redacted]