Civil- (Dec-2008)

HONORABLE: Richardson
DEPUTY CLERK: A. Blue                RPTR/ECRO/TAPE: Falzarano Reporters
TOTAL TIME: 4 hours 40 minutes
DATE: 3/2/17      START TIME: 10:45am      END TIME: 3:45pm
LUNCH RECESS   FROM: 11:40am   TO: 1:00pm
RECESS (if more than ½ hr)   FROM:            TO:

CIVIL NO. 3:15cv1074 VLB

Russ McCullough et al                           Katherine Van Dyck
                                                Plaintiff's Counsel
          vs
World Wrestling Entertainment Inc               Jerry S. McDevitt
                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    4hrs.40m    ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #198   Motion for Sanctions              ☐ granted ☐ denied ☑ advisement
☑ ..... #206   Motion to Withdraw Admissions     ☐ granted ☐ denied ☑ advisement
☑ ..... #228   Motion for Sanctions              ☐ granted ☐ denied ☑ advisement
☐ ..... #      Motion                            ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                            ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                            ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                            ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ .....        ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ ..........   _____        ☐ filed ☐ docketed
☐ ..........   _____        ☐ filed ☐ docketed
☐ ..........   _____        ☐ filed ☐ docketed
☐ ..........   _____        ☐ filed ☐ docketed
☐ ..........   _____        ☐ filed ☐ docketed
☐ ..........   _____        ☐ filed ☐ docketed
☑ ..........   Motions   Hearing continued until March 9th   at 1:00pm

Notes: