# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSS McCULLOUGH,** *et al.,* | : | **No. 3:15-cv-01074 (VLB)** |
| | : | **Lead Case** |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

---

| | | |
|---|---|---|
| **EVAN SINGLETON and VITO** | : | **No. 3:15-cv-00425 (VLB)** |
| **LOGRASSO,** | : | **Consolidated Case** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | **April 14, 2017** |

---

## APPENDIX TO DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S LOCAL RULE 56(a)(1) STATEMENT

**Thomas D. Goldberg (ct04386)**
**Jonathan B. Tropp (ct11295)**
**Jeffrey P. Mueller (ct27870)**
**DAY PITNEY LLP**
**242 Trumbull Street**
**Hartford, CT 06103**
**Phone: (860) 275-0100**
**Fax: (860) 275-0343**
**Email: tgoldberg@daypitney.com**
**Email: jbtropp@daypitney.com**
**Email: jmueller@daypitney.com**

**Jerry S. McDevitt (pro hac vice)**
**Terry Budd (pro hac vice)**
**Curtis B. Krasik (pro hac vice)**
**K&L GATES LLP**
**K&L Gates Center**
**210 Sixth Avenue**
**Pittsburgh, PA 15222**
**Telephone: (412) 355-6500**
**Facsimile: (412) 355-6501**
**Email: jerry.mcdevitt@klgates.com**
**Email: terry.budd@klgates.com**
**Email: curtis.krasik@klgates.com**

*Counsel for Defendant*

## INDEX

| App. Tab # | Description |
|---|---|
| 1. | Exhibits to Defendant World Wrestling Entertainment, Inc.'s First Set of Requests for Admission, dated February 8, 2016<br><br>(CDs containing exhibits 18, 31, 94 filed manually) |
| 2. | Vito LoGrasso Booking Contract, dated June 28, 2005, marked as LoGrasso Depo. Ex. 19, produced by Defendant at WWE_SING00000307-332<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 3. | Transcript of Deposition of Vito LoGrasso, taken May 18, 2016 |
| 4. | May 16, 2007 letter from Joe Bogdan to Vito LoGrasso, produced by Defendant at WWE_SING00000305-306<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 5. | Excerpted testimony from the 30(b)(6) deposition of Paul Levesque, taken May 31, 2016<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 6. | Excerpted testimony from the deposition of Stephanie McMahon, taken May 26, 2016<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 7. | Declaration of John Laurinaitis<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 8. | Excerpted testimony from the deposition of Vincent McMahon, taken May 27, 2016<br><br>[Designated Confidential pursuant to the Standing Protective Order] |
| 9. | Plaintiff Vito LoGrasso's Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First and Second Set of Interrogatories, dated March 30, 2016 |

| App. Tab # | Description |
|---|---|

**10.**  Treatment notes of Vito LoGrasso, marked as LoGrasso Depo. Ex. 21, produced by Defendant at WWE_SING00000517-520

[Designated Confidential pursuant to the Standing Protective Order]

**11.**  Slow motion footage from October 10, 2006 match, marked as LoGrasso Depo. Ex. 20

(DVD filed manually)

**12.**  Affidavit of George Germanakos, dated April 6, 2017

(CD containing Exhibits 1-2 filed manually)

**13.**  Patient information, MRI report, CT report, dated March 8 & 10, 2015, produced by Brandywine Hospital in response to subpoena

[Designated Confidential pursuant to the Standing Protective Order]

**14.**  MRI report, dated April 28, 2015, produced by Delaware County Open MRI in response to subpoena

[Designated Confidential pursuant to the Standing Protective Order]

**15.**  Plaintiff Vito LoGrasso's Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Set of Requests for Admission, dated April 14, 2016

**16.**  Letter from Vincent McMahon to Vito LoGrasso, dated January 20, 2011, produced by Defendant at WWE_SING00000507

**17.**  Letter from Vincent McMahon to Vito LoGrasso, dated February 19, 2010, produced by Defendant at WWE_SING00000508

**18.**  Letter from Vincent McMahon to Vito LoGrasso, dated August 1, 2008, produced by Defendant at WWE_SING00000509-510

**19.**  Letter from Vincent McMahon to Vito LoGrasso, dated March 24, 2009, produced by Defendant at WWE_SING00000511

**20.**  May 6, 2009 Email from Vito LoGrasso to John Laurinaitis, Ty Bailey, Steve Keirn, produced by Defendant at WWE_SING00002132-133, marked as LoGrasso Depo. Ex. 3

[Designated Confidential pursuant to the Standing Protective Order]

| App. Tab # | Description |
|---|---|
| 21. | Mayo Clinic web page, referenced in Plaintiffs' Second Amended Complaint |
| 22. | 2005 article authored by Bennet Omalu, et al., "Chronic Traumatic Encephalopathy in a National Football League Player" |
| 23. | Sports Legacy Institute press release, "Sports Legacy Institute Announces Findings of Forensic Examinations on Wrestler Chris Benoit's Brain," dated September 5, 2007, produced by Defendant at WWE_SING00000550-570 |
| 24. | Letter and certified mail receipt from Jerry McDevitt, Esq. to Chris Nowinski, dated September 25, 2007, produced by Defendant at WWE_SING00000575-578 |
| 25. | Letter and attachment from Jerry McDevitt, Esq. to Julian Bailes, dated January 19, 2010, produced by Defendant at WWE_SING00000579-583 |
| 26. | Email attaching letter from Jerry McDevitt, Esq. to Julian Bailes, dated January 19, 2010, produced by Defendant at WWE_SING00000584-589 |
| 27. | Letter from Robert Fitzsimmons, Esq. to Jerry McDevitt, Esq., dated February 17, 2010, produced by Defendant at WWE_SING00000590-591 |
| 28. | Email exchange between Robert Fitzsimmons, Esq. and Jerry McDevitt, Esq., dated between February 8-11, 2010, produced by Defendant at WWE_SING00000592-594 |
| 29. | Email from Jerry McDevitt, Esq. to Robert Fitzsimmons, Esq., dated January 27, 2010, produced by Defendant at WWE_SING00000619-620 |
| 30. | Emailed letter from Robert Fitzsimmons, Esq. to Jerry McDevitt, Esq., dated January 26, 2010, produced by Defendant at WWE_SING00000621-623 |
| 31. | 2010 article authored by Bennet Omalu, et al., "Chronic traumatic encephalopathy in a professional American wrestler" |
| 32. | DVD depicting video of excerpted testimony from the deposition of Vito LoGrasso, taken May 18, 2016

(DVD filed manually) |

| App. Tab # | Description |
|---|---|

**33.**      Transcript of Deposition of Evan Singleton, taken May 11, 2016

**34.**      Evan Singleton Booking Contract, dated December 16, 2011, marked as Singleton Depo. Ex. 11, produced by Defendant at WWE_SING00000334-358

         [Designated Confidential pursuant to the Standing Protective Order]

**35.**      DVD depicting video of excerpted testimony from the deposition of Evan Singleton, taken May 11, 2016

         (DVD filed manually)

**36.**      Master Services Agreement between WWE and ImPACT Applications, Inc., dated March 10, 2008, produced by Defendant at WWE_SING00000277-297

         [Designated Confidential pursuant to the Standing Protective Order]

**37.**      Excerpted testimony from the deposition of Dr. Joseph Maroon, taken May 20, 2016

         [Designated Confidential pursuant to the Standing Protective Order]

**38.**      Excerpted testimony from the deposition of Mark Lovell, Ph.D., taken May 24, 2016

         [Designated Confidential pursuant to the Standing Protective Order]

**39.**      WWE Talent Relations Newsletter, dated February 2009, produced by Defendant at WWE_SING00000056-79

         [Designated Confidential pursuant to the Standing Protective Order]

**40.**      Presentation to wrestlers, dated January 25, 2010, produced by Defendant at IMPACT_SING00001875-888

         [Designated Confidential pursuant to the Standing Protective Order]

**41.**      Videotaped presentation to wrestlers, dated January 25, 2010, produced by Defendant at WWE_SING00002999

         [Designated Confidential pursuant to the Standing Protective Order]

         (DVD filed manually)

| App. Tab # | Description |
|---|---|

**42.**      **Videotaped presentation to wrestlers, dated January 26, 2010, produced by Defendant at WWE_SING00003000**

        **[Designated Confidential pursuant to the Standing Protective Order]**

        **(DVD filed manually)**

**43.**      **Presentation to wrestlers, dated April 4, 2011, produced by Defendant at WWE_SING00000909-942**

        **[Designated Confidential pursuant to the Standing Protective Order]**

**44.**      **Videotaped presentation to wrestlers, dated April 4, 2011, produced by Defendant at WWE_SING00003002**

        **[Designated Confidential pursuant to the Standing Protective Order]**

        **(DVD filed manually)**

**45.**      **Email from John Laurinaitis to Stephanie McMahon and Paul Levesque, dated May 5, 2011, produced by Defendant at WWE_SING00002111**

        **[Designated Confidential pursuant to the Standing Protective Order]**

**46.**      **Email exchange between Kristin Altman and Matt Martlaro, dated May 11, 2011, produced by Defendant at WWE_SING00000904**

        **[Designated Confidential pursuant to the Standing Protective Order]**

**47.**      **Presentation to wrestlers, dated July 30, 2012, produced by Defendant at IMPACT_SING00001004-40**

        **[Designated Confidential pursuant to the Standing Protective Order]**

**48.**      **Videotaped presentation to wrestlers, dated August 9, 2012, produced by Defendant at WWE_SING00003004**

        **[Designated Confidential pursuant to the Standing Protective Order]**

        **(DVD filed manually)**

| App. Tab # | Description |
|---|---|

**49.**     **Videotaped presentation to wrestlers, dated July 8, 2013, produced by Defendant at WWE_SING00003005**

       **[Designated Confidential pursuant to the Standing Protective Order]**

       **(DVD filed manually)**

**50.**     **WWE Professional Development Program Overview, dated October 2015, produced by Defendant at WWE_SING00000107-126**

       **[Designated Confidential pursuant to the Standing Protective Order]**

**51.**     **Videotaped presentation to wrestlers, dated September 16, 2013, produced by Defendant at WWE_SING00003006**

       **[Designated Confidential pursuant to the Standing Protective Order]**

       **(DVD filed manually)**

**52.**     **Presentation to wrestlers, at various dates in 2014, produced by Defendant at WWE_SING00002869-890**

       **[Designated Confidential pursuant to the Standing Protective Order]**

**53.**     **New Developmental Talent Orientation document, dated January 16-17, 2014, produced by Defendant at WWE_SING00001042-65**

       **[Designated Confidential pursuant to the Standing Protective Order]**

**54.**     **New Developmental Talent Orientation document, dated May 5-6, 2014, produced by Defendant at WWE_SING00001066-98**

       **[Designated Confidential pursuant to the Standing Protective Order]**

**55.**     **Email exchange between Stacy DePolo and Chris Nowinski, dated between July 24-August 25, 2014, produced by Defendant at WWE_SING00002825-827**

       **[Designated Confidential pursuant to the Standing Protective Order]**

| App. Tab # | Description |
|---|---|

**56.**      Email from Kristin Altman, dated October 15, 2014, produced by Defendant at WWE_SING00000106

         [Designated Confidential pursuant to the Standing Protective Order]

**57.**      Rookie Orientation Agenda, dated October 27-28, 2014, produced by Defendant at WWE_SING00000103

         [Designated Confidential pursuant to the Standing Protective Order]

**58.**      New Talent Orientation document, dated October 27-28, 2014, produced by Defendant at WWE_SING00000731-792

         [Designated Confidential pursuant to the Standing Protective Order]

**59.**      Presentation to wrestlers, dated November 30, 2015, produced by Defendant at IMPACT_SING00000112-144

         [Designated Confidential pursuant to the Standing Protective Order]

**60.**      Email from Kristin Altman to Bill DeMott, dated August 3, 2012, produced by Defendant at WWE_SING00000096

         [Designated Confidential pursuant to the Standing Protective Order]

**61.**      Excerpted testimony from the deposition of William DeMott, Jr., taken May 17, 2016

         [Designated Confidential pursuant to the Standing Protective Order]

**62.**      Printout of Twitter account for @MercerWWE, marked as Singleton Depo. Ex. 8

**63.**      Affidavit of Amanda Tustian, dated July 8, 2016

**64.**      Affidavit of Rob Naylor, dated July 9, 2016

**65.**      Plaintiff Evan Singleton's Supplemental Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First and Second Set of Interrogatories, dated March 30, 2016

| App. Tab # | Description |
| --- | --- |

**66.**     **Dr. Greenberg Followup Note on Evan Singleton, dated January 18, 2013, produced by Dr. Greenberg in response to subpoena**

[Designated Confidential pursuant to the Standing Protective Order]

**67.**     **Dr. Greenberg note clearing Evan Singleton to return to normal activity, dated January 18, 2013, produced by Defendant at WWE_SING00000419**

[Designated Confidential pursuant to the Standing Protective Order]

**68.**     **Email exchange between Brian Duncan, Chris Amann, and Stacy DePolo, dated February 12, 2013, produced by Defendant at WWE_SING00002236-237**

[Designated Confidential pursuant to the Standing Protective Order]

**69.**     **Email exchange between Brian Duncan, Canyon Ceman, and Chris Amann, dated March 7, 2013, produced by Defendant at WWE_SING00002243-244**

[Designated Confidential pursuant to the Standing Protective Order]

**70.**     **Email exchange between Brian Duncan, Canyon Ceman, Chris Amann, Jane Geddes, and Stacy DePolo, dated between March 7-14, 2013, produced by Defendant at WWE_SING00002247-249**

[Designated Confidential pursuant to the Standing Protective Order]

**71.**     **Plaintiff Evan Singleton's Objections and Responses to Defendant World Wrestling Entertainment, Inc.'s First Set of Requests for Admission, dated April 14, 2016**

**72.**     **Affidavit of Stacy DePolo, dated July 27, 2016**

[Designated Confidential pursuant to the Standing Protective Order]

**73.**     **Report of examination by Dr. Lovell of Evan Singleton on October 22, 2012, produced by Defendant at WWE_SING00000416-417**

[Designated Confidential pursuant to the Standing Protective Order]

| App. Tab # | Description |
|---|---|

**74.** Summary of Consultation and Treatment by Dr. Unterberg, dated October 7, 2013, produced by Defendant at IMPACT_SING00000634-638

[Designated Confidential pursuant to the Standing Protective Order]

**75.** Consultation report by Dr. Maroon, dated December 5, 2013, produced by Defendant at IMPACT_SING00000572-575

[Designated Confidential pursuant to the Standing Protective Order]

**76.** Concussion Evaluation by Dr. Mattingly of Evan Singleton, dated February 21, 2013, marked as Mattingly Depo. Ex. 28, produced by Dr. Mattingly in response to subpoena

[Designated Confidential pursuant to the Standing Protective Order]

**77.** Mayo Clinic webpage titled "Post Concussion Syndrome"

**78.** Excerpted testimony from the deposition of Dr. Michelle Mattingly, taken April 26, 2016

[Designated Confidential pursuant to the Standing Protective Order]

**79.** Excerpted testimony from the deposition of Dr. Nancy Rodgers-Neame, taken April 29, 2016

[Designated Confidential pursuant to the Standing Protective Order]

**80.** DVD depicting video of excerpted testimony from the deposition of Evan Singleton, taken May 11, 2016

(DVD filed manually)

**81.** Declaration of Mark R. Lovell, dated July 27, 2016