# EXHIBIT L

# WWE Talent Dress code

As the WWE continues to grow and evolve globally, our corporate image is being recognized throughout the world. Perception of all talent, both inside and outside the ring (WWE events, airports, restaurants, personal appearances) is an important issue that contributes to the company's success. As a high-profile WWE Superstar, you are expected to maintain a professional image at all times.

As a WWE Superstar, you're the company's most valuable asset and its most visual representative. We are relying on you as professionals to represent WWE in a positive manner. We appreciate your help on working to improve the public's perception of our industry and WWE.

The accepted dress will be "Professional Attire."

## For men:
- Collared shirts, jeans (no holes, weathered or torn), non-collared professional looking shirts, slacks, sweaters and dress shoes.
- *Jackets and ties are optional.*

- <u>Items not acceptable include</u>: shorts, tank tops, sweat suits, baseball caps, sneakers, and especially any ripped or shredded clothing.

## For women:
- Skirts, dresses, blouses, jeans (no holes, weathered or torn), casual pants and dress shoes.

- <u>Items not acceptable include</u>: shorts, tank tops, sweat suits, baseball caps, sneakers, and especially any ripped or shredded clothing.