UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE,** individually and behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.,**<br><br>        Defendant. | Case No. 3:15-cv-1074-VLB |

### MOTION TO WITHDRAW THE APPEARANCE OF SCOTT A. MORIARITY

PLEASE TAKE NOTICE that pursuant to Rule 7(e) of the Local Rules of the United States District Court for the District of Connecticut, Scott A. Moriarity is withdrawing from representing Plaintiffs in this matter. The other attorneys of record, including Robert K. Shelquist of Lockridge Grindal Nauen P.L.L.P., will remain as counsel for Plaintiffs in the above-captioned matter.

Dated:  January 17, 2018            LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: /s/ Scott Moriarity
    Robert K. Shelquist
    Scott Moriarity
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

**ATTORNEYS FOR PLAINTIFFS**

500911.1

## CERTIFICATE OF SERVICE

**I hereby certify that on January 17, 2018 the foregoing document was filed through the Electronic Court Filing system and a copy therefore will be sent electronically to the registered recipients and counsel of record as identified in the Notice of Electronic Filing.**

*/s/ Scott Moriarity*
**Scott Moriarity**

500911.1