# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, *et al.*, | : NO. 3:15-cv-01074-VLB |
| | : LEAD CASE |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| | : |
| | : |
| Defendant. | : |

| | |
|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : NO. 3:15-cv-00425-VLB |
| | : CONSOLIDATED CASE |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| | : |
| Defendant. | : |

## DECLARATION OF CURTIS B. KRASIK

I, Curtis B. Krasik, hereby declare under penalty of perjury as follows:

1.      I am an attorney and partner at the law firm of K&L Gates LLP and counsel for World Wrestling Entertainment, Inc. ("WWE") in this matter.

2.      I submit this declaration in support of WWE's application for attorneys' fees and costs incurred in connection with its Motion for Sanctions for Failure to Comply with Court's Order on Motion to Compel dated August 8, 2016 (Doc. 198) pursuant to the Court's Recommended Ruling on Defendant's Motions for Sanctions dated February 22, 2018 (Doc. 371) and the Court's Memorandum of

Decision Adopting the Recommended Ruling on Defendant's Motion for Sanctions dated July 22, 2018 (Doc. 376).

<u>Biographical Information</u>

3.      The K&L Gates LLP professionals who principally worked on WWE's Motion for Sanctions were partners, Jerry S. McDevitt and me, along with associates, Brian J. Kluckman and Stefanie M. Lacy, and paralegal, Rachael Sobolak.

4.      Mr. McDevitt is WWE's lead trial counsel in this matter.  He is a partner at K&L Gates LLP resident in the firm's Pittsburgh, Pennsylvania office. Mr. McDevitt graduated from the University of Pittsburgh in 1973 and Duquesne University School of Law in 1980.  Mr. McDevitt has practiced both civil and criminal law for nearly forty (40) years.  He has been WWE's primary outside counsel for approximately thirty (30) years, and has represented WWE in every significant lawsuit to which WWE has been a party during that time including in multiple jury and bench trials.

5.      I am a partner at K&L Gates LLP resident in the firm's Pittsburgh, Pennsylvania office.  I graduated from the University of Michigan in 1994 and the University of Pennsylvania Law School in 1997.  With Mr. McDevitt, I have represented WWE for over twenty (20) years in lawsuits throughout the United States.

6.      As WWE's primary outside counsel, K&L Gates LLP, and Mr. McDevitt and I specifically, have gained unique and extensive knowledge of WWE's business and practices.  Given K&L Gates LLP's long-standing

relationship with WWE and its familiarity with WWE's business and practices, K&L Gates LLP was able to handle this matter more effectively and efficiently.

<u>Evidence of Fees and Services Rendered</u>

7.     K&L Gates LLP has been lead counsel in these consolidated lawsuits since the first such lawsuit was filed in October 2014.

8.     The legal invoices attached as Exhibit A are true and accurate copies of K&L Gates LLP's invoices sent to WWE that have been redacted to reflect only the time spent in connection with WWE's Motion for Sanctions.  The invoices reflect the contemporaneous time entries made by K&L Gates LLP timekeepers for the services rendered on each day.  A manual review of each invoice was conducted to determine which fees related to WWE's Motion for Sanctions.  All information related to other fees and services was redacted from the invoices.

9.     As indicated, the time entries associated with the March 2, 2017 hearing before Judge Richardson have been prorated to 70% of the billed fees based on an allocation of the time spent on the Motion for Sanctions at the hearing.  From a review of the transcript of the March 2, 2017 hearing, approximately 70% of the time at the hearing was spent on the Motion for Sanctions while 30% of the time at the hearing was spent on Plaintiffs' motion to withdraw admissions, which had also been referred to Judge Richardson.

10.     A summary of the invoices and fees charged by K&L Gates LLP to WWE in connection with the Motion for Sanctions is attached as Exhibit B.

<u>Reasonableness of the Fees</u>

11.     Based on my personal review of the invoices and my active

participation in this matter, the time spent by K&L Gates LLP in connection with WWE's Motion for Sanctions was reasonable for the services provided.

12.      Based on my knowledge and experience in this matter and similar matters, the hourly rates charged by K&L Gates LLP in this matter were reasonable for the services rendered, particularly given the quality of the services provided and the results obtained.

13.      K&L Gates LLP billed WWE at its standard hourly rates for its professionals over the duration of this matter.  The hourly rates for these K&L Gates professional ranged over the duration of this matter as follows:  (i) Mr. McDevitt from $815 in 2016 to $855 in 2018; (ii) Mr. Krasik from $650 in 2016 to $680 in 2018; (iii) Mr. Kluckman only billed time in 2016 at $350; (iv) Ms. Lacy from $305 in 2016 to $365 in 2018; and (v) Ms. Sobolak from $285 in 2016 to $290 in 2017.  The hourly rates charged by K&L Gates LLP are similar to the rates charged by attorneys at Day Pitney LLP and comparable firms in Connecticut.  A recent decision by the Honorable Alvin W. Thompson of the United States District Court for the District of Connecticut found that the standard hourly rates charged by Day Pitney LLP for Mr. Mueller's services and those of several of its other professionals were reasonable.  *See Wells Fargo Bank, N.A. v. Konover*, No. 3:05-CV-1924, 2014 WL 3908596, at *4-19 (D. Conn. Aug. 8, 2014).

14.      WWE seeks reimbursement of $154,745.50 in legal fees for services provided by K&L Gates LLP in connection with WWE's Motion for Sanctions. Based on my knowledge and experience in this matter and similar matters, the fees charged by K&L Gates LLP relating to the Motion for Sanctions were

reasonable.

15.     WWE also incurred costs associated with the travel and lodging of Mr. McDevitt and me in order to appear at the March 2, 2017 hearing in the amount of $2078.24.  WWE is not seeking reimbursement for costs associated with the travel and lodging (or time) of Ms. Lacy, who also attended the March 2, 2017 hearing on behalf of WWE.

16.     WWE has reviewed and approved all of the invoices submitted by K&L Gates LLP in this matter and has paid all such invoices.

I, Curtis B. Krasik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:      August 2, 2018
            Pittsburgh, Pennsylvania

_____
Curtis B. Krasik

# EXHIBIT A

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613

T +1 412 355 6500   F +1 412 355 6501   klgates.com

Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | July 15, 2016 |
| Blake Bilstad, SVP General Counsel | Invoice Number | : | 3264475 |
| 1241 East Main Street | Services Through | : | June 30, 2016 |
| Stamford, CT 06902 | | | |

---

**0149511.01094      Singleton / LoGrasso TBI Litigation**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/17/16 | B. J. Kluckman | 7.10 | Research sanctions under Federal Rule of Civil Procedure 37(b) for failure to comply with the court's discovery order; research requirement to "meet and confer" under local rule 37(a) before moving for sanctions; draft e-mail message o J. McDevitt regarding research findings | 2,485.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/23/16 | B. J. Kluckman | 8.00 | Draft legal argument section of memorandum in support of sanctions for perjury and failure to comply with court order related to plaintiffs second supplemental responses to interrogatories | 2,800.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/24/16 | B. J. Kluckman | 6.50 | Review and revise draft brief in support of sanctions regarding perjury and evasive responses in plaintiffs' interrogatories; telephone conference with J. McDevitt, C. Verdini and J. Mueller regarding draft brief; research crime-fraud exception to the attorney-client privilege and subornation of perjury application | 2,275.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/27/16 | J. S. McDevitt | 8.00 | Review and revise sanctions motion | 6,520.00 |
| 06/27/16 | R. C. Sobolak | 0.70 | Respond to attorney requests regarding materials referenced in draft sanctions motion | 199.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/28/16 | B. J. Kluckman | 4.10 | Telephone conference with J. McDevitt regarding crime-fraud exception to the attorney-client privilege; research crime-fraud exception; draft e-mail message regarding same to J. McDevitt; conference with J. McDevitt regarding crime-fraud research findings | 1,435.00 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/29/16 | J. S. McDevitt | 8.00 | Continue revising sanctions motion regarding interrogatory answers; review sanction case | 6,520.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

## TIMEKEEPERS' SUMMARY

B. J. Kluckman                               $      350.00  / hr

J. S. McDevitt                               $      815.00  / hr

R. C. Sobolak                                $      285.00  / hr

**K&L GATES**  **K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.          Invoice Date        :   August 15, 2016
Blake Bilstad, SVP General Counsel           Invoice Number   :   3276695
1241 East Main Street                               Services Through  :   July 31, 2016
Stamford, CT 06902

_____

**0149511.01094      Singleton / LoGrasso TBI Litigation**

# K&L GATES

## <u>FEES</u>

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/01/16 | S. M. Lacy | 1.50 | Compile exhibits for WWE's memorandum of law in support of its motion for sanctions for failure to comply with the court's order on motion to compel | 457.50 |
| 07/01/16 | R. C. Sobolak | 3.10 | Assist in review of draft sanctions motion relating to interrogatory answers to obtain referenced documents, create exhibits | 883.50 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/05/16 | S. M. Lacy | 2.50 | Proofread and cite check WWE's memo of law in support of its motion for sanctions for failure to comply with the court's order on motion to compel | 762.50 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 07/07/16 | J. S. McDevitt | 5.60 | Revise motion for sanctions regarding failure to comply with compulsion order | 4,564.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/15/16 | S. M. Lacy | 3.70 | Cite check motion for sanctions regarding plaintiffs' interrogatory responses | 1,128.50 |
| 07/15/16 | R. C. Sobolak | 4.00 | Assist in review, revisions to draft sanctions brief; review and organize documents for use as exhibits to same | 1,140.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/28/16 | S. M. Lacy | 0.20 | Review exhibits to WWE's motion for sanctions in connection with plaintiffs' interrogatory responses | 61.00 |

K&L GATES

Invoice # 3276695
0149511.01094
Page 16 of 16

## <u>TIMEKEEPERS' SUMMARY</u>

| | | |
|---|---|---|
| S. M. Lacy | $ 305.00 | / hr |
| J. S. McDevitt | $ 815.00 | / hr |
| R. C. Sobolak | $ 285.00 | / hr |

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER

210 SIXTH AVENUE

PITTSBURGH, PA 15222-2613

T +1 412 355 6500    F +1 412 355 6501    klgates.com

Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

| | | |
|---|---|---|
| Invoice Date | : | September 15, 2016 |
| Invoice Number | : | 3288559 |
| Services Through | : | August 31, 2016 |

---

**0149511.01094    Singleton / LoGrasso TBI Litigation**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/03/16 | J. S. McDevitt | 4.90 | Revise sanctions motion regarding interrogatory answers | 3,993.50 |
| 08/04/16 | J. S. McDevitt | 3.80 | Revise sanctions motion regarding interrogatories | 3,097.00 |
| 08/05/16 | J. S. McDevitt | 6.50 | Final edits to sanctions motion | 5,297.50 |
| 08/08/16 | S. M. Lacy | 2.60 | Add statement of fact citations to WWE's sanctions motion and update the table of contents and | 793.00 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
|      |      |       | table of authorities |    |

K&L GATES

### TIMEKEEPERS' SUMMARY

| | | |
|---|---|---|
| S. M. Lacy | $ | 305.00  / hr |
| J. S. McDevitt | $ | 815.00  / hr |

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

| | | |
|---|---|---|
| Invoice Date | : | October 7, 2016 |
| Invoice Number | : | 3299714 |
| Services Through | : | September 30, 2016 |

**0149511.01094     Singleton / LoGrasso TBI Litigation**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/19/16 | S. M. Lacy | 0.70 | Review plaintiffs' opposition to WWE's motion for sanctions | 213.50 |
| 09/20/16 | J. S. McDevitt | 5.40 | Review response to sanctions motion | 4,401.00 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/23/16 | S. M. Lacy | 5.90 | Research and analyze second circuit law regarding subornation of perjury | 1,799.50 |
| 09/26/16 | S. M. Lacy | 4.10 | Research and analyze second circuit law regarding subornation | 1,250.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | of perjury | |
| 09/27/16 | S. M. Lacy | 1.60 | Draft summary of second circuit law regarding subornation of perjury | 488.00 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/29/16 | J. S. McDevitt | 2.00 | First draft of reply to sanctions motion | 1,630.00 |

K&L GATES

Invoice # 3299714
0149511.01094
Page 10 of 10

**TIMEKEEPERS' SUMMARY**

| | | |
|---|---|---|
| S. M. Lacy | $ | 305.00  / hr |
| J. S. McDevitt | $ | 815.00  / hr |

**K&L GATES**

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

Invoice Date      :   November 8, 2016
Invoice Number    :   3311777
Services Through  :   October 31, 2016

---

**0149511.01094     Singleton / LoGrasso TBI Litigation**

K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/03/16 | J. S. McDevitt | 1.00 | Complete revisions to first draft of reply to sanctions brief | 815.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/11/16 | C. B. Krasik | 1.30 | Review and revise reply to motion for sanctions | 845.00 |
| 10/11/16 | S. M. Lacy | 0.40 | Add citations to WWE's reply in support of WWE's motion for sanctions | 122.00 |
| 10/11/16 | J. S. McDevitt | 1.00 | First proofing of reply to sanctions motion | 815.00 |
| 10/13/16 | S. M. Lacy | 2.10 | Cite check and proofread WWE's reply to its motion for sanctions | 640.50 |
| 10/13/16 | S. M. Lacy | 0.40 | Draft table of contents and table of authorities for WWE's reply to its motion for sanctions | 122.00 |

K&L GATES

## **TIMEKEEPERS' SUMMARY**

| | | |
|---|---|---|
| C. B. Krasik | $ | 650.00 / hr |
| S. M. Lacy | $ | 305.00 / hr |
| J. S. McDevitt | $ | 815.00 / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | February 15, 2017 |
| Blake Bilstad, SVP General Counsel | Invoice Number | : | 3345593 |
| 1241 East Main Street | Services Through | : | January 31, 2017 |
| Stamford, CT 06902 | | | |

---

**0149511.01094    Singleton / LoGrasso TBI Litigation**

K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/24/17 | S. M. Lacy | 1.50 | Review sanctions motion to determine what deposition testimony we may want to use in upcoming hearing | 502.50 |
| 01/25/17 | S. M. Lacy | 4.50 | Prepare PowerPoint containing deposition testimony and documents for use at upcoming sanctions hearing | 1,507.50 |
| 01/26/17 | S. M. Lacy | 8.30 | Prepare PowerPoint containing deposition testimony and documents for use at upcoming sanctions hearing | 2,780.50 |
| 01/27/17 | S. M. Lacy | 8.90 | Prepare PowerPoint containing deposition testimony and documents for use at upcoming sanctions hearing | 2,981.50 |
| 01/30/17 | S. M. Lacy | 1.10 | Prepare PowerPoint containing deposition testimony and documents for use at upcoming sanctions hearing | 368.50 |
| 01/31/17 | S. M. Lacy | 2.80 | Prepare PowerPoint containing deposition testimony and documents for use at upcoming sanctions hearing | 938.00 |
| 01/31/17 | S. M. Lacy | 1.20 | Research and analyze Connecticut law regarding the court imposing the sanction of dismissal when plaintiff perpetrates a fraud on the court | 402.00 |

K&L GATES

Invoice # 3345593
0149511.01094
Page 3 of 3

## TIMEKEEPERS' SUMMARY

S. M. Lacy                                    $      335.00  / hr

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613

T +1 412 355 6500    F +1 412 355 6501    klgates.com

Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | March 15, 2017 |
| Blake Bilstad, SVP General Counsel | Invoice Number | : | 3356432 |
| 1241 East Main Street | Services Through | : | February 28, 2017 |
| Stamford, CT 06902 | | | |

**0149511.01094    Singleton / LoGrasso TBI Litigation**

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/10/17 | S. M. Lacy | 1.80 | Prepare PowerPoint containing deposition testimony and documents for use at upcoming sanctions hearing | 603.00 |
| 02/10/17 | R. C. Sobolak | 3.80 | Assist in preparation of presentation materials for use at March 2 hearing | 1,102.00 |

# K&L GATES

Invoice # 3356432
0149511.01094
Page 3 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/15/17 | J. S. McDevitt | 7.00 | Review sanction motion and opposition; draft argument outline for March 2, 2017 hearing | 5,845.00 |
| 02/16/17 | R. C. Sobolak | 0.30 | Respond to attorney requests for information for use in preparation for March 2 hearing | 87.00 |
| 02/17/17 | S. M. Lacy | 4.40 | Update Singleton Sanctions PowerPoint to match the updated argument outline | 1,474.00 |
| 02/20/17 | S. M. Lacy | 5.10 | Update Singleton Sanctions PowerPoint to match the updated argument outline | 1,708.50 |
| 02/21/17 | S. M. Lacy | 1.60 | Update Singleton Sanctions PowerPoint to match the updated argument outline | 536.00 |
| 02/23/17 | S. M. Lacy | 2.40 | Update Singleton Sanctions PowerPoint to match the updated argument outline | 804.00 |
| 02/23/17 | R. C. Sobolak | 0.80 | Respond to attorney requests for materials for use in preparation for March 2 hearing | 232.00 |
| 02/24/17 | S. M. Lacy | 2.50 | Update Singleton Sanctions PowerPoint to match the | 837.50 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | updated argument outline | |
| 02/27/17 | S. M. Lacy | 2.40 | Compile and highlight Singleton's and LoGrasso's second supplemental interrogatory responses in preparation for the upcoming hearing | 804.00 |
| 02/28/17 | S. M. Lacy | 1.60 | Compile and highlight Singleton's and LoGrasso's second supplemental interrogatory responses in preparation for the upcoming hearing | 536.00 |
| 02/28/17 | S. M. Lacy | 0.70 | Compile all materials and handouts needed for the hearing | 234.50 |

K&L GATES

## TIMEKEEPER SUMMARY

| | | |
|---|---|---|
| S. M. Lacy | $ | 335.00  / hr |
| J. S. McDevitt | $ | 835.00  / hr |
| R. C. Sobolak | $ | 290.00  / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

Invoice Date         :   March 15, 2017
Invoice Number   :   3356435
Services Through :   February 28, 2017

**0149511.01110     Laurinaitis Class Action**

K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/02/17 | J. S. McDevitt | 2.70 | Continue preparing for sanctions hearing and draft argument outline | 2,254.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/13/17 | J. S. McDevitt | 2.70 | Revise parts of argument outline for March 2, 2017 hearing; begin draft of outline for sanction motions regarding interrogatories | 2,254.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/16/17 | J. S. McDevitt | 4.00 | Prepare outline for sanctions motion; review pleadings and cases | 3,340.00 |
| 02/17/17 | J. S. McDevitt | 4.00 | Review sanctions briefs and prepare oral argument outline | 3,340.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 02/24/17 | J. S. McDevitt | 7.30 | Continue to review and revise PowerPoint on sanctions motion | 6,095.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/27/17 | J. S. McDevitt | 2.10 | Review and finalize sanctions outline | 1,753.50 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

**<u>TIMEKEEPER SUMMARY</u>**

J. S. McDevitt                              $      835.00  / hr

**K&L GATES**

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | April 15, 2017 |
| Blake Bilstad, SVP General Counsel | Invoice Number | : | 3368455 |
| 1241 East Main Street | Services Through | : | March 31, 2017 |
| Stamford, CT 06902 | | | |

**0149511.01110     Laurinaitis Class Action**

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/01/17 | J. S. McDevitt | 4.00 | Final prep for oral argument on sanctions motion | 3,340.00 |
| 03/02/17 | C. B. Krasik | 8.00 | Attend court hearing and conference with J. McDevitt, J. Mueller and S. Lacy in preparation for same; travel from Hartford to Pittsburgh | ~~5,320.00~~ 3,724.00 (70%) |
| 03/02/17 | J. S. McDevitt | 8.00 | Argue motion to withdraw admissions, the sanctions motion and return travel | ~~6,680.00~~ 4,676.00 (70%) |

K&L GATES

### TIMEKEEPER SUMMARY

C. B. Krasik                                 $      665.00  / hr

J. S. McDevitt                               $      835.00  / hr

**K&L GATES**   **K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.  Invoice Date : March 20, 2018
Jim Langham, Acting General Counsel  Invoice Number : 3487104
1241 East Main Street      Services Through : February 28, 2018
Stamford, CT 06902

---

**0149511.01094  Singleton / LoGrasso TBI Litigation**

K&L GATES

## **FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/22/18 | J. S. McDevitt | 1.00 | Review decision regarding sanctions against Kyros | 855.00 |

## **TIMEKEEPER SUMMARY**

J. S. McDevitt                                $       855.00  / hr

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | April 16, 2018 |
| James W. Langham, SVP & Assistant General Counsel | Invoice Number | : | 3497926 |
| | Services Through | : | March 31, 2018 |
| 1241 East Main Street | | | |
| Stamford, CT 06902 | | | |

**0149511.01094     Singleton / LoGrasso TBI Litigation**

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/06/18 | J. S. McDevitt | 2.10 | Review motion for sanctions in LoGrasso to prepare for response to sanctions order | 1,795.50 |
| 03/08/18 | J. S. McDevitt | 1.00 | Review objections to magistrate's sanctions order; review case cited | 855.00 |
| 03/09/18 | C. B. Krasik | 6.60 | Review objections to Magistrate's recomended ruling; review recommended ruling; review briefing on World Wrestling Entertainment's motion for sanctions; telephone conference with J. McDevitt regarding response to objections to Magistrate's recommended ruling; telephone conference with J. Mueller regarding same; conference with S. Lacy regarding research on legal standard for same | 4,488.00 |
| 03/09/18 | S. M. Lacy | 0.60 | Review plaintiffs' opposition to Judge Richardson's recommended ruling granting sanctions | 219.00 |
| 03/09/18 | S. M. Lacy | 2.40 | Research and analyze Second Circuit law regarding the standard review of a magistrate's recommended ruling granting sanctions | 876.00 |
| 03/09/18 | S. M. Lacy | 1.20 | Review cases cited in plaintiffs' opposition to Judge Richardson's recommended ruling granting sanctions to determine whether the cases support the propositions they were cited for | 438.00 |
| 03/12/18 | C. B. Krasik | 8.00 | Draft response to objections to Magistrate's recommended ruling; telephone conference with J. McDevitt regarding arguments for same | 5,440.00 |
| 03/12/18 | S. M. Lacy | 1.40 | Research and analyze Second Circuit law regarding the standard review of a magistrate's recommended ruling granting sanctions | 511.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/12/18 | J. S. McDevitt | 3.00 | Review K. Kyros's objection to sanctions order and cases cited therein; conference with C. Krasik regarding our response | 2,565.00 |
| 03/13/18 | C. B. Krasik | 7.90 | Draft response to objections to Magistrate's recommended ruling | 5,372.00 |
| 03/14/18 | C. B. Krasik | 7.50 | Draft response to objections to magistrate's recommended ruling | 5,100.00 |
| 03/16/18 | C. B. Krasik | 5.80 | Revise response to objections to magistrate's recommended ruling | 3,944.00 |
| 03/16/18 | S. M. Lacy | 0.70 | Draft footnote for World Wrestling Entertainment's reply to plaintiffs objection to Judge Richardson's recommended ruling | 255.50 |
| 03/19/18 | C. B. Krasik | 4.20 | Revise response to objections to magistrates recommended ruling; telephone conference with J. McDevitt regarding same; conference with S. Lacy regarding cite checking same | 2,856.00 |
| 03/19/18 | J. S. McDevitt | 1.50 | Review, revise and edit draft of opposition to K. Kyros' objection to sanctions | 1,282.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/20/18 | S. M. Lacy | 5.00 | Cite check World Wrestling Entertainment's response to Plaintiffs' Opposition to Judge Richardson's ruling recommending sanctions | 1,825.00 |
| 03/20/18 | J. S. McDevitt | 1.20 | Read, revise and edit response to K. Kyros objections to sanctions order | 1,026.00 |
| 03/21/18 | S. M. Lacy | 2.60 | Proof read World Wrestling Entertainment's response to Plaintiffs' Opposition to Judge Richardson's ruling recommending sanctions | 949.00 |
| 03/21/18 | S. M. Lacy | 1.00 | Draft table of contents and table of authorities for World Wrestling Entertainment's response to Plaintiffs' Opposition to Judge Richardson's ruling recommending sanctions | 365.00 |
| 03/21/18 | J. S. McDevitt | 1.00 | Final review and edits to response to K. Kyros' objection to sanctions recommendation | 855.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

**TIMEKEEPER SUMMARY**

| | | |
|------|------|------|
| C. B. Krasik | $ 680.00 | / hr |
| S. M. Lacy | $ 365.00 | / hr |
| J. S. McDevitt | $ 855.00 | / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | May 15, 2018 |
| James W. Langham, SVP & Assistant General | Invoice Number | : | 3509351 |
| Counsel | Services Through | : | April 30, 2018 |
| 1241 East Main Street | | | |
| Stamford, CT 06902 | | | |

---

**0149511.01094     Singleton / LoGrasso TBI Litigation**

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/02/18 | J. S. McDevitt | 0.30 | Read K. Kyros sanction reply | 256.50 |

K&L GATES

## TIMEKEEPER SUMMARY

J. S. McDevitt                                    $      855.00  / hr

# EXHIBIT B

**SUMMARY OF K&L GATES LLP FEES AND EXPENSES RELATING TO WWE'S MOTION FOR SANCTIONS**

| Month | Invoice | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| July 2016 | 3264475 | Jerry McDevitt | Partner | 16 | $815.00 | $13,040.00 |
| July 2016 | 3264475 | Brian Kluckman | Associate | 25.7 | $350.00 | $8,995.00 |
| July 2016 | 3264475 | Rachael Sobolak | Paralegal | 0.7 | $285.00 | $199.50 |
| August 2016 | 3276695 | Jerry McDevitt | Partner | 5.6 | $815.00 | $4,564.00 |
| August 2016 | 3276695 | Stefanie Lacy | Associate | 7.9 | $305.00 | $2,409.50 |
| August 2016 | 3276695 | Rachael Sobolak | Paralegal | 7.1 | $285.00 | $2,023.50 |
| September 2016 | 3288559 | Jerry McDevitt | Partner | 15.2 | $815.00 | $12,388.00 |
| September 2016 | 3288559 | Stefanie Lacy | Associate | 2.6 | $305.00 | $793.00 |
| October 2016 | 3299714 | Jerry McDevitt | Partner | 7.4 | $815.00 | $6,031.00 |
| October 2016 | 3299714 | Stefanie Lacy | Associate | 12.3 | $305.00 | $3,751.50 |
| November 2016 | 3311777 | Jerry McDevitt | Partner | 2 | $815.00 | $1,630.00 |
| November 2016 | 3311777 | Curtis Krasik | Partner | 1.3 | $650.00 | $845.00 |
| November 2016 | 3311777 | Stefanie Lacy | Associate | 2.9 | $305.00 | $884.50 |
| February 2017 | 3345593 | Stefanie Lacy | Associate | 28.3 | $335.00 | $9,480.50 |
| March 2017 | 3356432 | Jerry McDevitt | Partner | 7 | $835.00 | $5,845.00 |
| March 2017 | 3356432 | Stefanie Lacy | Associate | 22.5 | $335.00 | $7,537.50 |
| March 2017 | 3356432 | Rachael Sobolak | Paralegal | 4.9 | $290.00 | $1,421.00 |
| March 2017 | 3356435 | Jerry McDevitt | Partner | 22.8 | $835.00 | $19,038.00 |
| April 2017 | 3368455 | Jerry McDevitt | Partner | 4 | $835.00 | $3,340.00 |
| April 2017 | 3368455 | Jerry McDevitt* | Partner | 8 | $835.00 | $4,676.00 |
| April 2017 | 3368455 | Curtis Krasik* | Partner | 8 | $665.00 | $3,724.00 |
| March 2018 | 3487104 | Jerry McDevitt | Partner | 1 | $855.00 | $855.00 |
| April 2018 | 3497926 | Jerry McDevitt | Partner | 9.8 | $855.00 | $8,379.00 |
| April 2018 | 3497926 | Curtis Krasik | Partner | 40 | $680.00 | $27,200.00 |
| April 2018 | 3497926 | Stefanie Lacy | Associate | 14.9 | $365.00 | $5,438.50 |
| May 2018 | 3509351 | Jerry McDevitt | Partner | 0.3 | $855.00 | $256.50 |

| Attorney | Total Hours | Total Fees |
|---|---|---|
| Jerry McDevitt | 99.1 | $80,042.50 |
| Curtis Krasik | 49.3 | $31,769.00 |
| Brian Kluckman | 25.7 | $8,995.00 |
| Stefanie Lacy | 91.4 | $30,295.00 |
| Rachael Sobolak | 12.7 | $3,644.00 |
| **TOTAL** | **278.2** | **$154,745.50** |

*Time entry has been prorated to 70 percent of billed fees based on allocation of time at the 3/2/2017 hearing to motion for sanctions.