# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS McCULLOUGH, *et al.,* | : | No. 3:15-cv-01074 (VLB) |
| | : | Lead Case |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| EVAN SINGLETON and VITO | : | No. 3:15-cv-00425 (VLB) |
| LOGRASSO, | : | Consolidated Case |
| | : | |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>DECLARATION OF JEFFREY P. MUELLER</u>

I, Jeffrey P. Mueller, hereby declare under penalty of perjury as follows:

1.      I am an attorney and Partner at the law firm of Day Pitney LLP and counsel for World Wrestling Entertainment ("WWE") in this matter.

2.      I submit this declaration in support of WWE's application for attorneys' fees incurred in connection with its Motion for Sanctions For Failure to Comply with Court's Order on Motion to Compel dated August 8, 2016 (Doc. No. 198) pursuant to the Court's Recommended Ruling on Defendant's Motions for Sanctions dated February 22, 2018 (Doc. No. 122), and the Court's Memorandum

of Decision Adopting the Recommended Ruling on Defendant's Motion for Sanctions dated July 22, 2018 (Doc. No. 376).

Biographical Information

3.     I was the primary Day Pitney LLP attorney who worked on WWE's motion for sanctions.

4.     I am a Partner at Day Pitney LLP resident in the firm's Hartford, Connecticut office.  I have been a trial lawyer representing parties in civil cases in state and federal courts for 10 years.  I served as a law clerk for United States District Judge Alvin W. Thompson in the District of Connecticut from 2007 to 2008.  I graduated from Yale University in 2004 and Yale Law School in 2007.  I have been an attorney at Day Pitney LLP since 2008.

Evidence of Fees and Services Rendered

5.     Day Pitney LLP has represented WWE in this matter since January 2015.  We have worked on this matter with lead counsel from K&L Gates LLP.

6.     The legal invoices attached as Exhibit A are true and accurate copies of Day Pitney LLP's invoices sent to WWE that have been redacted to reflect only the time spent in connection with WWE's motion for sanctions.  The invoices reflect the contemporaneous time entries made by Day Pitney LLP timekeepers for the services rendered on each day.  A manual review of each invoice was conducted to determine which fees and services related to WWE's motion for sanctions.  Where only portions of the daily time entries related to the motion for sanctions, I have estimated the amount of time spent in connection with that

motion, and these allocated amounts are indicated on the invoices.   All information related to other fees and services was redacted from the invoices.

7.     A summary of the invoices and the fees charged by Day Pitney LLP to WWE in connection with the motion for sanctions is attached as Exhibit B.

**Reasonableness of the Fees**

8.     Based on my personal review of the invoices and my active participation in this matter, the time spent by Day Pitney LLP in connection with WWE's motion for sanctions was reasonable for the services provided.

9.     Day Pitney LLP has billed WWE at a discount off its standard hourly rates for its professionals over the duration of this matter.   My hourly rates ranged from $415/hour in 2016 to $480/hour in 2018.   Based on my knowledge and experience in this matter and similar matters, the hourly rates charged by Day Pitney LLP in this matter were reasonable for the services rendered, particularly given the quality of services provided and the results obtained.

10.     The standard hourly rates charged by Day Pitney LLP are similar to the rates charged by attorneys at comparable firms in Connecticut.   A recent decision from the United States District Court for the District of Connecticut found that the standard hourly rates charged by Day Pitney LLP for my services and those of several of its other attorneys were reasonable.   *See Wells Fargo Bank, NA v. Konover,* No. 3:05-CV-1924, 2014 WL 3908596 (D. Conn. Aug. 8, 2014).

11.     Day Pitney LLP has routinely served as local counsel for WWE, working with K&L Gates LLP, on matters pending in Connecticut, for well over a decade.   I am familiar with the hourly rates charged by the attorneys from K&L

Gates LLP in this matter.   Based on my knowledge and experience, the rates charged by K&L Gates LLP are within the range of rates charged by attorneys at Day Pitney LLP and comparable firms in Connecticut.

12.    WWE seeks reimbursement of $19,663 in legal fees and expenses for services provided by Day Pitney LLP in connection with WWE's motion for sanctions.   Based on my knowledge and experience in this matter and similar matters, the fees charged by Day Pitney LLP relating to the motion for sanctions were reasonable.

13.    WWE has reviewed and approved all of the invoices submitted by Day Pitney LLP relating to this matter and has paid all such invoices.

I, Jeffrey P. Mueller, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:       **August 1, 2018**
            **Hartford, Connecticut**

*Jeffrey Mueller*
_____
**Jeffrey P. Mueller**

# EXHIBIT A

Day Pitney LLP

Invoice: 33897904
Page: 3

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|
| 06/17/2016 | Review and analyze plaintiffs' supplemental interrogatory responses and research regarding same; | Mueller, J | ~~0.8~~ 0.6 |
| 06/20/2016 | | Mueller, J | ~~4.8~~ 2.0 |

legal research regarding
contradiction between deposition testimony and
supplemental interrogatory responses

Day Pitney LLP

Invoice: 33897904
Page: 4

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| 06/23/2016 | review draft of motion for sanctions for failure to comply with court's order on motion to compel | Mueller, J | ~~1.4~~ 0.7 |

| 06/24/2016 | Revise and provide comments on motion for sanctions for failure to comply with court order regarding motion to compel; legal research regarding motion for sanctions; | Mueller, J | ~~6.6~~ 3.6 |

Day Pitney LLP

Invoice: 33897904

Page: 5

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 06/29/2016 | Review legal research regarding crime-fraud exception to attorney-client privilege | Mueller, J | 0.2 |
| 06/30/2016 | Review and provide comments on revised draft of motion for sanctions | Mueller, J | 1.4 |

| Summary of Hours | Rank | Rate |
|------------------|------|------|
| Jeffrey P. Mueller | Partner | 415 |

 DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

August 4, 2016
Invoice: 33900342

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through July 31, 2016, including:

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|
| 07/05/2016 | Review and revise motions for sanctions; | Mueller, J | ~~5.2~~<br>2.2 |

Day Pitney LLP

Invoice: 33900342
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 07/11/2016 | Revise cover motion and memorandum of law for sanctions motion based on perjury | Mueller, J | 1.8 |
| 07/12/2016 | Correspondence with C. Verdini regarding motion for sanctions; | Mueller, J | ~~3.4~~ 0.4 |

Day Pitney LLP

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Jeffrey P. Mueller | Partner | | 415 | |

Day Pitney LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|

08/08/2016                                          Mueller, J              ~~7.0~~
                                                                            2.0

review and revise motion for sanctions for failure to
comply with court order; file motion for sanctions and
provide chambers copy;

Day Pitney LLP

Invoice: 33904950
Page: 5

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| 08/18/2016 | Correspondence with B. Bloss regarding motion for extension of time on sanctions motion; teleconference with J. McDevitt regarding same; | Mueller, J | ~~4.8~~<br>0.8 |

| 08/19/2016 | | Mueller, J | ~~9.8~~<br>0.8 |

revise joint motion for extension of time regarding motion for sanctions in Singleton case and correspondence with B. Bloss

Day Pitney LLP

Invoice: 33904950
Page: 6

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| | regarding same; | | |

Day Pitney LLP

Invoice: 33904950

Page: 8

| **Date** | **Description** | | | **Name** | | **Hours** |
|----------|-----------------|---|---|----------|---|-----------|

| **Summary of Hours** | **Rank** | **Hours** | **Rate** | **Amount** |
|----------------------|----------|-----------|----------|------------|
| Jeffrey P. Mueller | Partner | | 415 | |

Day Pitney LLP

Invoice: 33908465
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 09/19/2016 | Review and analyze plaintiffs' opposition to motion for sanctions in Singleton case and correspondence regarding same | Mueller, J | 0.8 |
| 09/20/2016 | Teleconference and correspondence with J. McDevitt regarding plaintiff's opposition to motion for sanctions in Singleton case | Mueller, J | 0.4 |

Day Pitney LLP

Invoice: 33908465

Page: 3

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Jeffrey P. Mueller | Partner | | 415 | |



BOSTON  CONNECTICUT  FLORIDA  NEW JERSEY  NEW YORK  WASHINGTON, DC  WWW.DAYPITNEY.COM

November 4, 2016
Invoice: 33912253

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period
through October 31, 2016, including:

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|
| 10/12/2016 | Review and revise reply brief in support of motion for sanctions; teleconference and correspondence regarding same | Mueller, J | 1.4 |

Day Pitney LLP

Invoice: 33912253
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/17/2016 | Filing of reply memorandum in support of motion for sanctions; correspondence with case team regarding same | Mueller, J | 0.4 |
| 10/27/2016 | Review and analyze plaintiffs' motion for leave to file surreply brief and proposed surreply; correspondence with case team regarding same | Mueller, J | 0.8 |

| Summary of Hours | Rank | Rate |
|------------------|------|------|
| Jeffrey P. Mueller | Partner | 415 |



BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

April 10, 2017
Invoice: 33932213

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period
through March 31, 2017, including:

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 03/02/2017 | Attendance at court hearing and meeting with case team | Mueller, J | ~~8.2~~ 5.8 |

Day Pitney LLP

Invoice: 33932213
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/29/2017 | Correspondence regarding transcript for hearing on motion to withdraw admissions and motion for sanctions | Mueller, J | 0.2 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| Jeffrey P. Mueller | Partner | | 465 | |



**DAY PITNEY** LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

March 5, 2018
Invoice: 33973506

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through February 28, 2018, including:

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 02/22/2018 | Review and analyze court's recommended ruling on motion for sanctions; correspondence with case team regarding same; teleconference with J. Tropp regarding same | Mueller, J | 1.2 |
| 02/23/2018 | Teleconference with J. McDevitt and C. Krasik regarding ruling; correspondence with case team regarding timeline for responses to ruling | Mueller, J | 1.0 |

Day Pitney LLP

Invoice: 33973506
Page: 2

| **Summary of Hours** | **Rank** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Jeffrey P. Mueller | Partner | | 480 | |

# ◨ DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

April 5, 2018
Invoice: 33977617

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through March 31, 2018, including:

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/09/2018 | Review and analyze plaintiffs' objections to recommended ruling; teleconferences and correspondence with case team regarding same | Mueller, J | 1.6 |
| 03/12/2018 | Correspondence with case team regarding plaintiffs' objections to recommended ruling | Mueller, J | 0.8 |
| 03/19/2018 | Review and revise draft of response to plaintiffs' objections to recommended rulings; legal research and draft section for inclusion in response; correspondence with C. Krasik regarding same | Mueller, J | 5.8 |

Day Pitney LLP

Invoice: 33977617
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/22/2018 | Review and file response to objections to recommended ruling; correspondence with case team regarding same | Mueller, J | 0.6 |

Day Pitney LLP

Invoice: 33977617
Page: 3

| **Summary of Hours** | **Rank** | **Rate** |
|---|---|---|
| Jeffrey P. Mueller | Partner | 480 |



BOSTON  CONNECTICUT  FLORIDA  NEW JERSEY  NEW YORK  WASHINGTON, DC  WWW.DAYPITNEY.COM

May 4, 2018
Invoice: 33981830

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD, CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period
through April 30, 2018, including:

CTE LITIGATION  (198753-000480)

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/02/2018 | Preparation of attorney's fees application; review and analyze plaintiffs' reply to response regarding recommended ruling and  correspondence with case team regarding same | Mueller, J | 4.8 |

Day Pitney LLP

Invoice: 33981830

Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/10/2018 | Revise and update attorney's fees application for sanctions motion | Mueller, J | 1.8 |

| Summary of Hours | Rank | Rate |
|------------------|------|------|
| Jeffrey P. Mueller | Partner | 480 |

# EXHIBIT B

**SUMMARY OF DAY PITNEY LLP FEES AND EXPENSES RELATING TO WWE'S MOTION FOR SANCTIONS**

| Month | Invoice | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| June 2016 | 33897904 | Jeffrey Mueller | Partner | 8.5 | $415 | $3,528 |
| July 2016 | 33900342 | Jeffrey Mueller | Partner | 4.4 | $415 | $1,826 |
| August 2016 | 33904950 | Jeffrey Mueller | Partner | 3.6 | $415 | $1,494 |
| September 2016 | 33908465 | Jeffrey Mueller | Partner | 1.2 | $415 | $498 |
| October 2016 | 33912253 | Jeffrey Mueller | Partner | 2.6 | $415 | $1,079 |
| March 2017 | 33932213 | Jeffrey Mueller | Partner | 6.0 | $465 | $2,790 |
| February 2018 | 33973506 | Jeffrey Mueller | Partner | 2.2 | $480 | $1,056 |
| March 2018 | 33977617 | Jeffrey Mueller | Partner | 8.8 | $480 | $4,224 |
| April 2018 | 33981830 | Jeffrey Mueller | Partner | 6.6 | $480 | $3,168 |
| **TOTAL** | | | | **43.9** | | **$19,663** |