UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-CV-00425 (VLB)<br>Consolidated Case<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' EVAN SINGLETON AND VITO LOGRASSO'S
MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT WWE'S
REPLY TO PLAINTIFFS' RESPONSE TO WWE'S MOTION FOR FEES**

Plaintiffs Evan Singleton and Vito Lograsso hereby request the opportunity to file a brief surreply, attached as Exhibit A, to Defendant WWE's Reply to Plaintiffs' Response to World Wrestling Entertainment, Inc.'s ("WWE") Motion for Fees because WWE has asserted legal and factual allegations not supported by the record.

1. It is imperative that Plaintiffs preserve an accurate and correct record for purposes of any potential appellate review. As the record stands,

1

**WWE's reply has made factual allegations and accusations against Plaintiffs' Counsel that must be addressed to properly preserve the record.**

**2.     WWE chose to include a non-pertinent fact issue in a motion about fees – namely, that Evan Singleton continues to compete in strongmen competitions. *See* WWE's Reply, Dkt. No. 380, p. 3, n.1.  As WWE notes, its inclusion was for one purpose, to establish the "magnitude of Kyros' fraud on the Court". *Id.***

**3.     Plaintiffs require the opportunity to correct the record for two reasons:**

- **A. WWE's statements imply that Mr. Singleton could not be competing in strongmen competitions if he suffers from long-term neurological injuries. This is simply not true, and Plaintiffs need to accurately demonstrate the realities of Mr. Singleton's injuries.**
- **B. On this point, Mr. Singleton was recently hospitalized for attempted suicide, a known and recognized result of long-term neurological injuries.  He, like the other former WWE performers within the consolidated cases, suffer daily from brain damage that can manifest itself in dramatic and potentially deadly ways.**

**4.     Mr. Singleton's attempts to find purpose in life while suffering from debilitating, WWE-caused injuries that WWE has refused to recognize or help with should not be used against him in a motion for fees. Yet here we are, and as such**

Plaintiffs respectfully request the opportunity to briefly address the skewed and unconscionable insinuations rampant throughout WWE's Reply.

WHEREFORE, Plaintiffs request the opportunity to file the attached Sur-Reply to WWE's Reply to Plaintiffs' Response to WWE's Motion for Fees.

Dated: September 14, 2018.

>Respectfully Submitted,
>
>*/s/ Konstantine Kyros*
>Konstantine W. Kyros
>Bar No. ct30132
>Anthony M. Norris
>KYROS LAW OFFICES
>17 Miles Rd.
>Hingham, MA 02043
>Telephone: (800) 934-2921
>Facsimile: 617-583-1905
>kon@kyroslaw.com
>anorris@kyroslaw.com
>
>Charles J. LaDuca
>CUNEO GILBERT & LADUCA, LLP
>8120 Woodmont Avenue, Suite 810
>Bethesda, MD 20814
>Telephone: (202) 789-3960
>Facsimile: (202) 789-1813
>charles@cuneolaw.com
>
>Michael J. Flannery
>CUNEO GILBERT & LADUCA, LLP
>7733 Forsyth Boulevard, Suite 1675
>St. Louis, MO  63105
>Telephone: (314) 226-1015
>Facsimile: (202) 789-1813
>mflannery@cuneolaw.com
>
>William M. Bloss
>Federal Bar No: CT01008
>KOSKOFF, KOSKOFF & BIEDER
>350 Fairfield Avenue
>Bridgeport, CT 06604
>Telephone: 203-336-4421

3

**Facsimile: 203-368-3244**

**Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com**

**Harris L. Pogust, Esquire
Pogust Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com**

**Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com**

*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2018, a copy of the foregoing was served via this Court's electronic case filing system.

/s/ *Konstantine Kyros*
**Konstantine Kyros**