UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-CV-00425 (VLB)<br>Consolidated Case<br><br>ORAL ARGUMENT REQUESTED |

**SURREPLY BRIEF IN OPPOSITION TO WWE'S REPLY TO
PLAINTIFFS' RESPONSE IN OPPOSITION TO WWE'S MOTION FOR FEES**

Plaintiffs Evan Singleton and Vito Lograsso hereby respond to Defendant World Wrestling Entertainment, Inc.'s ("WWE") Reply to Plaintiffs' Response in Opposition to WWE's Motion for Fees as WWE's gratuitous inclusion of factual allegations in a motion for fees was intended to skew the record on any potential appeal and to further taint the Court's perception of Plaintiffs' Counsel.

In its Reply to Plaintiffs' requests to the Court to strike or reduce the grossly excessive fees, WWE makes factual assertions about Plaintiff Evan

1

Singleton.  The assertions, like most of WWE's Motion, are not relevant to the reasonableness of the attorneys' fees being sought but do demonstrate WWE's continued manipulation of the nature of the claims asserted.

The claims brought by Mr. Singleton related to his head injuries suffered while training and performing for WWE.  These injuries resulted in brain damage and residual neurological effects including mood swings, suicidal tendencies, "black-out" or "white-out" periods, light sensitivity, and other debilitating and life-altering symptoms.

Mr. Singleton's decision to compete in strongmen competitions in no way evidences his claims were brought in bad faith or were a "fraud on the Court". In fact, the reality is Mr. Singleton's facts demonstrate the direness of his and each of the consolidated Plaintiffs' claims.

Mr. Singleton was recently hospitalized for attempted suicide.  A known manifestation of the long-term neurological injuries WWE performances cause, Mr. Singleton's life-long injuries do not necessarily prevent him from working or bodybuilding, but do require constant medical monitoring, care, and treatment.

In the years since Mr. Singleton, now age 25, commenced his lawsuit against his former employer, he has sought gainful employment as a forklift operator.  Unfortunately, he struggles with the after-effects of his traumatic brain injury suffered during a WWE-controlled exercise.  This reality became starkly clear when on November 21, 2017, Mr. Singleton was found on a bridge in Pennsylvania contemplating suicide.  The bridge was closed to traffic, the police

were called, and Mr. Singleton was transferred to a psychiatric hospital where he was admitted inpatient for three days.

His records reflect Mr. Singleton reported feelings of "hopelessness, and helplessness," and "suicidal ideations." These symptoms are not unique to Mr. Singleton in the consolidated cases, but WWE did choose to attack him personally for his attempt at making a better life despite his ever-present neurological struggles.

This is not an isolated event. On June 1, 2018, another former client of Mr. Kyros, a 52-year-old wrestler (who resided in Pennsylvania not far from Mr. Singleton) and who had performed in WWF, WCW and ECW events named Charles Donnelly Williams (Rockin' Rebel), was identified by police as having shot and killed his wife before he killed himself in an apparent murder suicide. His brain tissue is currently being studied for signs of CTE.

This tragedy echoes that of former WWE star Christopher Benoit who was diagnosed with CTE after killing his wife and son before hanging himself. Experts studying the issue of Benoit's wrestling induced head trauma linked his violent behavior to his actions. The Williams tragedy like that of Benoit was ignored by WWE which chooses instead to spend its vast resources attacking the credibility of Mr. Kyros.

Plaintiffs' Counsel strongly believes in Mr. Singleton's case, Mr. Lograsso's case, and each of the Plaintiffs' cases in the consolidated actions.  The injuries are real, the damages are permanent and life-long, and WWE should be ashamed that it purportedly spent $176,486.74 litigating the propriety of these Plaintiffs'

claims through sanctions when the wrestlers are so obviously suffering the dramatic effects of neurological injuries caused from its dangerous performances. Plaintiffs' Counsel brought these claims in good faith and continues to fight for former WWE performers' rights in the consolidated cases. Our conscience would permit nothing less.

Dated: September 14, 2018.

    Respectfully Submitted,

*/s/ Konstantine Kyros*
Konstantine W. Kyros
Bar No. ct30132
Anthony M. Norris
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com
anorris@kyroslaw.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
Telephone: (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Avenue

4

**Bridgeport, CT 06604**
**Telephone: 203-336-4421**
**Facsimile: 203-368-3244**

**Robert K. Shelquist**
**Scott Moriarity**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**100 Washington Ave., S., Suite 2200**
**Minneapolis, MN 55401-2179**
**Telephone: (612) 339-6900**
**Facsimile: (612) 339-0981**
**rkshelquist@locklaw.com**
**samoriarity@locklaw.com**

**Harris L. Pogust, Esquire**
**Pogust Braslow & Millrood, LLC**
**Eight Tower Bridge**
**161 Washington Street Suite 940**
**Conshohocken, PA 19428**
**Telephone: (610) 941-4204**
**Facsimile: (610) 941-4245**
**hpogust@pbmattorneys.com**

**Erica Mirabella**
**CT Fed. Bar #: phv07432**
**MIRABELLA LAW LLC**
**132 Boylston Street, 5th Floor**
**Boston, MA 02116**
**Telephone: 617-580-8270**
**Facsimile: 617-580-8270**
**Erica@mirabellaLLC.com**

*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2018, a copy of the foregoing was served via this Court's electronic case filing system.

/s/ *Konstantine Kyros*
**Konstantine Kyros**