# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, *et al.*, | : NO. 3:15-cv-01074-VLB |
| | : LEAD CASE |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, | : |
| INC., | : |
| | : |
| Defendant. | : |

| | |
|---|---|
| JOSEPH M. LAURINAITIS, et al., | : NO. 3:16-cv-01209-VLB |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, | : |
| INC. and VINCENT K. MCMAHON, | : |
| | : |
| Defendants. | : |

## DECLARATION OF CURTIS B. KRASIK

I, Curtis B. Krasik, hereby declare under penalty of perjury as follows:

1.    I am an attorney and partner at the law firm of K&L Gates LLP and counsel for Defendants World Wrestling Entertainment, Inc. ("WWE") and Vincent K. McMahon in this matter.

2.    I submit this declaration in support of Defendants' application for attorneys' fees and costs incurred in connection with their motion for sanctions with respect to Plaintiffs' original complaint (Doc. 228) and motion for sanctions with respect to Plaintiffs' First Amended Complaint (Doc. 262) pursuant to the

Court's Memorandum of Decision dated September 17, 2018 (Doc. 383).

<u>Biographical Information</u>

3.     The K&L Gates LLP professionals who principally worked on Defendants' motions for sanctions were partners, Jerry S. McDevitt and me, along with associate, Stefanie M. Lacy, and paralegal, Rachael Sobolak.

4.     Mr. McDevitt is lead trial counsel for Defendants in this matter. He is a partner at K&L Gates LLP resident in the firm's Pittsburgh, Pennsylvania office. Mr. McDevitt graduated from the University of Pittsburgh in 1973 and Duquesne University School of Law in 1980. Mr. McDevitt has practiced both civil and criminal law for nearly forty (40) years. He has been WWE's primary outside counsel for approximately thirty (30) years, and has represented WWE in every significant lawsuit to which WWE has been a party during that time including in multiple jury and bench trials.

5.     I am a partner at K&L Gates LLP resident in the firm's Pittsburgh, Pennsylvania office. I graduated from the University of Michigan in 1994 and the University of Pennsylvania Law School in 1997. With Mr. McDevitt, I have represented WWE for over twenty (20) years in lawsuits throughout the United States.

6.     As WWE's primary outside counsel, K&L Gates LLP, and Mr. McDevitt and I specifically, have gained unique and extensive knowledge of WWE's business and practices. Given K&L Gates LLP's long-standing relationship with WWE and its familiarity with WWE's business and practices, K&L Gates LLP was able to handle this matter more effectively and efficiently.

<u>Evidence of Fees and Services Rendered</u>

7.      K&L Gates LLP has been lead counsel in these consolidated lawsuits since the first such lawsuit was filed in October 2014.

8.      The legal invoices attached as Exhibit A are true and accurate copies of K&L Gates LLP's invoices sent to WWE that have been redacted to reflect only the time spent in connection with Defendants' motions for sanctions.  The invoices reflect the contemporaneous time entries made by K&L Gates LLP timekeepers for the services rendered on each day.  A manual review of each invoice was conducted to determine which fees related to the motions for sanctions.  Where only portions of timekeepers' daily time entries related to the motions for sanctions, we have estimated the amount of time spent in connection with those motions, and these allocated amounts are indicated on the invoices. All information related to other fees and services has been redacted from the invoices.

9.      A summary of the invoices and fees charged by K&L Gates LLP in connection with the motions for sanctions is attached as Exhibit B.

<u>Reasonableness of the Fees</u>

10.      Based on my personal review of the invoices and my active participation in this matter, the time spent by K&L Gates LLP in connection with Defendants' motions for sanctions was reasonable for the services provided.

11.      Based on my knowledge and experience in this matter and similar matters, the hourly rates charged by K&L Gates LLP in this matter were reasonable for the services rendered, particularly given the quality of the services

provided and the results obtained.

12.     K&L Gates LLP billed WWE at its standard hourly rates for its professionals over the duration of this matter. The hourly rates for these K&L Gates professional ranged over the duration of this matter as follows: (i) Mr. McDevitt from $815 in 2016 to $835 in 2017; (ii) Mr. Krasik from $650 in 2016 to $665 in 2017; (iii) Ms. Lacy from $305 in 2016 to $335 in 2017; and (iv) Ms. Sobolak from $285 in 2016 to $290 in 2017.

13.     The hourly rates charged by K&L Gates LLP are similar to the rates charged by attorneys at Day Pitney LLP and comparable firms in Connecticut. A recent decision by the Honorable Alvin W. Thompson of the United States District Court for the District of Connecticut found that the standard hourly rates charged by Day Pitney LLP for Mr. Mueller's services and those of several of its other professionals were reasonable. *See Wells Fargo Bank, N.A. v. Konover*, No. 3:05-CV-1924, 2014 WL 3908596, at *4-19 (D. Conn. Aug. 8, 2014).

14.     Defendants seek reimbursement of $218,657 in attorneys' fees incurred for services provided by K&L Gates LLP in connection with the motions for sanctions. Based on my knowledge and experience in this matter and similar matters, the fees charged by K&L Gates LLP relating to the motions for sanctions were reasonable.

15.     Defendants also incurred costs associated with the travel and lodging of Mr. McDevitt, Ms. Lacy and me in order to appear at the March 9, 2017 hearing in the amount of $3,959.70.

16.     In total, Defendants seek reimbursement of $222,616.70 in attorneys'

fees and costs incurred for services provided by K&L Gates LLP in connection with the motions for sanctions.

17.    WWE has reviewed and approved all of the invoices submitted by K&L Gates LLP in this matter and has paid all such invoices.

I, Curtis B. Krasik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:        October 4, 2018
              Pittsburgh, Pennsylvania

**Curtis B. Krasik**

# EXHIBIT A

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | August 15, 2016 |
| Blake Bilstad, SVP General Counsel | Invoice Number | : | 3276717 |
| 1241 East Main Street | Services Through | : | July 31, 2016 |
| Stamford, CT 06902 | | | |

**0149511.01110    Laurinaitis Class Action**

# K&L GATES

Invoice # 3276717
0149511.01110
Page 3 of 11

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/21/16 | S. M. Lacy | 1.30 | Create redline of Laurinaitis CTE complaint and NFL CTE complaint | 396.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/25/16 | S. M. Lacy | 5.80 | Manually create redline comparison between NFL complaint and In Re Laurinaitis complaint | 1,769.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/26/16 | S. M. Lacy | 2.90 | Manually create redline comparison between NFL complaint and In Re Laurinaitis complaint | 884.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

### TIMEKEEPERS' SUMMARY

S. M. Lacy                                        $      305.00  / hr

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

| Invoice Date | : | September 15, 2016 |
| Invoice Number | : | 3288571 |
| Services Through | : | August 31, 2016 |

**0149511.01110    Laurinaitis Class Action**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/03/16 | S. M. Lacy | 0.90 | Summarize redline of NFL and Laurinaitis complaints for J. McDevitt | 274.50 |
| 08/03/16 | J. S. McDevitt | 2.60 | Draft Rule 11 motion; conference with staff regarding strategy and tactic | 2,119.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/04/16 | J. S. McDevitt | 3.20 | Review and revise Rule 11 motion | 2,608.00 |

# K&L GATES

Invoice # 3288571
0149511.01110
Page 16 of 27

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/16/16 | S. M. Lacy | 2.30 | Compare language of various releases signed by Laurinaitis plaintiffs in connection with our sanctions motion | 701.50 |
| 08/16/16 | J. S. McDevitt | 5.50 | Review releases signed by various plaintiffs | 4,482.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | of release | |
| 08/17/16 | S. M. Lacy | 1.20 | Search for signed Eadie settlement documents for use in the sanctions motions | 366.00 |
| 08/17/16 | S. M. Lacy | 0.70 | Review case law supporting the proposition that filing case in the face of an enforceable release is sanctionable | 213.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/18/16 | C. B. Krasik | 3.80 | Review releases of 20 plaintiffs; review legal files of plaintiffs for same; conferences with J. McDevitt and S. Lacy regarding same; review S. Lacy chart of plaintiffs' WWE contracts for same | 2,470.00 |
| 08/18/16 | S. M. Lacy | 2.30 | Review case law supporting the proposition that filing a case in the face of an enforceable release is sanctionable | 701.50 |
| 08/18/16 | S. M. Lacy | 3.60 | Draft and revise supplemental sanctions motion regarding signed releases | 1,098.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/19/16 | S. M. Lacy | 3.00 | Proofread and cite check motion for sanctions in connection with signed releases | 915.00 |

K&L GATES

## <u>TIMEKEEPERS' SUMMARY</u>

| | | |
|---|---|---|
| C. B. Krasik | $ | 650.00  / hr |
| S. M. Lacy | $ | 305.00  / hr |
| J. S. McDevitt | $ | 815.00  / hr |

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | October 7, 2016 |
| Blake Bilstad, SVP General Counsel | Invoice Number | : | 3299721 |
| 1241 East Main Street | Services Through | : | September 30, 2016 |
| Stamford, CT 06902 | | | |

**0149511.01110    Laurinaitis Class Action**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/08/16 | J. S. McDevitt | ~~4.10~~ 2.1 | Review Rule 11 brief in draft form | ~~3,341.50~~ 1,711.50 |

# K&L GATES

Invoice # 3299721
0149511.01110
Page 5 of 10

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 09/15/16 | R. C. Sobolak | 1.20 | Respond to J. Mueller request regarding releases identified in supplemental sanctions motion | 342.00 |

# K&L GATES

## <u>TIMEKEEPERS' SUMMARY</u>

J. S. McDevitt                                    $      815.00  / hr

R. C. Sobolak                                     $      285.00  / hr

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER

210 SIXTH AVENUE

PITTSBURGH, PA 15222-2613

T +1 412 355 6500   F +1 412 355 6501   klgates.com

Tax ID No.

World Wrestling Entertainment, Inc.           Invoice Date       :   November 8, 2016
Blake Bilstad, SVP General Counsel            Invoice Number  :   3311782
1241 East Main Street                         Services Through  :   October 31, 2016
Stamford, CT 06902

**0149511.01110     Laurinaitis Class Action**

# K&L GATES

Invoice # 3311782
0149511.01110
Page 3 of 13

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/04/16 | R. C. Sobolak | 1.70 | Respond to attorney requests, conduct internet research regarding recent video footage of plaintiffs wrestling and transmittal of same to J. Mueller | 484.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/19/16 | S. M. Lacy | 1.40 | Determine number of paragraphs and the number of words that plaintiffs copied from the NFL complaint | 427.00 |
| 10/19/16 | S. M. Lacy | 0.30 | Compile materials for use in WWE's Rule 11 reply brief | 91.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/20/16 | R. C. Sobolak | 0.80 | Assist in review of recently filed exhibits to identify confidential materials to be redacted | 228.00 |

# K&L GATES

Invoice # 3311782
0149511.01110
Page 11 of 13

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/24/16 | C. B. Krasik | 0.50 | Review proposed redactions of exhibits previously filed under seal; conference with R. Sobolak regarding same | 325.00 |
| 10/24/16 | R. C. Sobolak | 5.00 | Assist in review of exhibits to sanctions motion to identify confidential information to be redacted for public filing and respond to attorney requests regarding same | 1,425.00 |
| 10/25/16 | J. S. McDevitt | 2.00 | Conferences with staff regarding to-do matters and opposing counsel's request for time extension | 1,630.00 |

# K&L GATES

Invoice # 3311782
0149511.01110
Page 13 of 13

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

### TIMEKEEPERS' SUMMARY

| | | |
|------|---|------|
| C. B. Krasik | $ | 650.00  / hr |
| S. M. Lacy | $ | 305.00  / hr |
| J. S. McDevitt | $ | 815.00  / hr |
| R. C. Sobolak | $ | 285.00  / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.          Invoice Date        :   December 7, 2016
Blake Bilstad, SVP General Counsel           Invoice Number      :   3324313
1241 East Main Street                        Services Through    :   November 30, 2016
Stamford, CT 06902

**0149511.01110     Laurinaitis Class Action**

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/02/16 | S. M. Lacy | 2.20 | Research and analyze Second Circuit law regarding the confines for redaction of proprietary business information | 671.00 |
| 11/02/16 | R. C. Sobolak | 1.90 | Assist in review, preparation of redacted exhibits to sanctions and respond to attorney requests regarding same | 541.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/03/16 | S. M. Lacy | 3.00 | Research and analyze Second Circuit law regarding the confines for redaction of proprietary business information | 915.00 |
| 11/03/16 | S. M. Lacy | 0.80 | Redact exhibits to sanctions in conformity with the court's recent order | 244.00 |
| 11/04/16 | R. C. Sobolak | 4.20 | Assist in review, redaction of exhibits to sanctions motion and respond to attorney requests regarding same | 1,197.00 |
| 11/07/16 | C. B. Krasik | 2.50 | Review order referring sanctions motion to magistrate; conference with J. McDevitt regarding same; telephone conference with J. McDevitt and | 1,625.00 |

# K&L GATES

Invoice # 3324313
0149511.01110
Page 4 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | J. Mueller regarding same | |
| 11/07/16 | R. C. Sobolak | 5.20 | Assist in review, redactions, preparation for filing of exhibits to                    motion for sanctions and respond to attorney requests regarding same | 1,482.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/08/16 | R. C. Sobolak | 3.10 | Assist in review, redactions, finalization of exhibits to motion for sanctions and respond to attorney requests regarding same | 883.50 |
| 11/10/16 | C. B. Krasik | 6.80 | Review amended complaint | 4,420.00 |
| 11/10/16 | S. M. Lacy | 1.00 | Prepare redline of complaint and first amended complaint to determine which allegations had been removed or added | 305.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/11/16 | S. M. Lacy | 0.80 | Prepare redline of complaint and first amended complaint to determine which allegations had been removed or added | 244.00 |
| 11/11/16 | S. M. Lacy | 1.30 | Draft memorandum summarizing which plaintiffs are currently performing and the evidence in support of that conclusion | 396.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/13/16 | C. B. Krasik | 2.80 | Review amended complaint to compile list of potential Rule 11 violations | 1,820.00 |

# K&L GATES

Invoice # 3324313
0149511.01110
Page 9 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/14/16 | C. B. Krasik | ~~6.50~~ <br> 3.0 | Review amended complaint to compile list of potential Rule 11 violations; conferences with J. McDevitt regarding same | ~~4,225.00~~ <br> 1,950.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 11/14/16 | J. S. McDevitt | ~~7.60~~ 6.6 | begin review of amended complaint and notes on issues to raise in Rule 11 motion | ~~6,194.00~~ 5,379.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/15/16 | S. M. Lacy | 7.00 | Research facts and draft memorandum summarizing whether any of the plaintiffs are currently performing | 2,135.00 |
| 11/15/16 | J. S. McDevitt | 7.20 | Continue review of amended complaint; notes regarding Rule 11 issues | 5,868.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/16/16 | S. M. Lacy | 6.30 | Research facts and draft memorandum summarizing whether any of the plaintiffs are currently performing | 1,921.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/16/16 | J. S. McDevitt | 7.20 | Continue review of amended complaint; make notes for Rule 11 issue | 5,868.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/17/16 | S. M. Lacy | 2.00 | Research facts and draft memorandum summarizing whether any of the plaintiffs are currently performing | 610.00 |
| 11/17/16 | J. S. McDevitt | 1.00 | Continued review of the first amended complaint | 815.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/21/16 | S. M. Lacy | 0.50 | Determine how many plaintiffs who had signed releases are | 152.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | also currently performing in order to narrow the class of potential plaintiffs | |
| 11/21/16 | J. S. McDevitt | 2.50 | Complete review of the first amended complaint; make notes regarding Rule 11 issues | 2,037.50 |

# K&L GATES

Invoice # 3324313
0149511.01110
Page 17 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/23/16 | S. M. Lacy | 0.50 | Conference with J. McDevitt and C. Krasik regarding fact gathering in response to the First Amended Complaint | 152.50 |

# K&L GATES

Invoice # 3324313
0149511.01110
Page 18 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/23/16 | J. S. McDevitt | 3.50 | Conferences with staff regarding to-do items and Rule 11 motion | 2,852.50 |

# K&L GATES

Invoice # 3324313
0149511.01110
Page 20 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/30/16 | J. S. McDevitt | 1.00 | Review draft of Rule 11 motion; conference with J. Mueller regarding edits to same | 815.00 |

K&L GATES

Invoice # 3324313
0149511.01110
Page 21 of 21

### TIMEKEEPERS' SUMMARY

| | | |
|---|---|---|
| C. B. Krasik | $ | 650.00  / hr |
| S. M. Lacy | $ | 305.00  / hr |
| J. S. McDevitt | $ | 815.00  / hr |
| R. C. Sobolak | $ | 285.00  / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500    F +1 412 355 6501    klgates.com
Tax ID No.

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | January 17, 2017 |
| Blake Bilstad, SVP General Counsel | Invoice Number | : | 3335383 |
| 1241 East Main Street | Services Through | : | December 31, 2016 |
| Stamford, CT 06902 | | | |

**0149511.01110     Laurinaitis Class Action**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/08/16 | S. M. Lacy | 1.10 | Review plaintiffs opposition to WWE"s motion for sanctions | 335.50 |
| 12/08/16 | S. M. Lacy | 1.10 | Review Wright & Miller section cited by plaintiffs in their opposition to WWE's motion for sanction regarding the difference between count and cause of action | 335.50 |
| 12/08/16 | S. M. Lacy | 0.50 | Conference with C. Krasik and B. Kluckman regarding research issues arising from plaintiffs' opposition to WWE's motion for sanctions | 152.50 |
| 12/08/16 | J. S. McDevitt | 3.00 | Review response to Rule 11 brief; discuss reply with J. Mueller | 2,445.00 |

# K&L GATES

Invoice # 3335383
0149511.01110
Page 8 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/08/16 | R. C. Sobolak | 0.90 | Respond to J. Mueller requests for materials for use in preparation of draft sanctions motion relating to first amended complaint | 256.50 |

# K&L GATES

Invoice # 3335383
0149511.01110
Page 10 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/12/16 | S. M. Lacy | 0.30 | Create redline comparison between NFL complaint and the First Amended complaint | 91.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/14/16 | S. M. Lacy | 1.90 | Create redline comparison | 579.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | between NFL complaint and the First Amended complaint for use on our sanctions motion | |
| 12/14/16 | S. M. Lacy | 0.30 | Compile exhibits to S. Amann affidavit for use in support of our motion for sanctions | 91.50 |
| 12/15/16 | S. M. Lacy | 1.50 | Create redline comparison between NFL complaint and the First Amended complaint for use on our sanctions motion | 457.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/18/16 | J. S. McDevitt | 2.50 | Review draft Rule 11 brief; review prior notes on Rule 11 issues | 2,037.50 |

# K&L GATES

Invoice # 3335383
0149511.01110
Page 15 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/19/16 | S. M. Lacy | 0.30 | Create redline comparison between NFL complaint and the First Amended complaint for use on our sanctions motion | 91.50 |
| 12/19/16 | R. C. Sobolak | 3.30 | Review evidence relating to recent matches involving plaintiffs in preparation for use as exhibits to sanctions motion | 940.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/20/16 | R. C. Sobolak | 2.50 | Assist in review, organization of documents relating to plaintiff contracts and recent wrestling matches in preparation for use as exhibits to sanctions motion | 712.50 |
| 12/21/16 | S. M. Lacy | 0.60 | Redact booking contracts attached as exhibits to the sanctions motion | 183.00 |

# K&L GATES

Invoice # 3335383
0149511.01110
Page 17 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 12/21/16 | R. C. Sobolak | 1.90 | Assist in review, organization, redactions to documents for use as exhibits to sanctions motion | 541.50 |

# K&L GATES

Invoice # 3335383
0149511.01110
Page 18 of 21

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/22/16 | R. C. Sobolak | 1.30 | Assist in review, revisions to draft sanctions papers and exhibits in preparation for filing | 370.50 |

# K&L GATES

## TIMEKEEPERS' SUMMARY

| | | |
|---|---|---|
| S. M. Lacy | $ | 305.00  / hr |
| J. S. McDevitt | $ | 815.00  / hr |
| R. C. Sobolak | $ | 285.00  / hr |

# K&L GATES

K&L GATES LLP
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

| | | |
|---|---|---|
| Invoice Date | : | February 15, 2017 |
| Invoice Number | : | 3345597 |
| Services Through | : | January 31, 2017 |

**0149511.01110     Laurinaitis Class Action**

# K&L GATES

Invoice # 3345597
0149511.01110
Page 3 of 14

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/04/17 | R. C. Sobolak | 0.50 | Assist in review and revisions to draft sanctions reply brief | 145.00 |

# K&L GATES

Invoice # 3345597
0149511.01110
Page 4 of 14

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/05/17 | J. S. McDevitt | 1.00 | Review draft sanctions motion; send comments and edits to J. Mueller | 835.00 |
| 01/06/17 | C. B. Krasik | 2.70 | E-mail message to J. Mueller regarding comments to draft reply to motion for sanctions and telephone conference with J. Mueller regarding same; conference with B. Kluckman regarding drafting footnote for reply to motion for sanctions | 1,795.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/09/17 | J. S. McDevitt | 2.00 | Review draft of Rule 11 reply brief; review situation with J. Snuka and other Nostalgia | 1,670.00 |

# K&L GATES

Invoice # 3345597
0149511.01110
Page 6 of 14

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
|  |  |  | deals and release language in those contracts |  |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/26/17 | J. S. McDevitt | ~~6.00~~ 5.00 | conference with S. Lacy regarding PowerPoint presentation for March motions; begin drafting argument outlines | ~~5,010.00~~ 4,175.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/30/17 | J. S. McDevitt | 7.60 | | 6,346.00 |

continue preparing for motion regarding sanctions

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

### TIMEKEEPERS' SUMMARY

| | | |
|---|---|---|
| C. B. Krasik | $ | 665.00  / hr |
| J. S. McDevitt | $ | 835.00  / hr |
| R. C. Sobolak | $ | 290.00  / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

| | | |
|---|---|---|
| Invoice Date | : | March 15, 2017 |
| Invoice Number | : | 3356435 |
| Services Through | : | February 28, 2017 |

**0149511.01110     Laurinaitis Class Action**

# K&L GATES

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/01/17 | J. S. McDevitt | ~~6.40~~ 3.2 | Continue drafting argument outline regarding sanctions motion for March hearing; go through PowerPoint presentation with S. Lacy | ~~5,344.00~~ 2,672.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/03/17 | C. B. Krasik | 3.50 | Conference with J. McDevitt and S. Lacy to review draft PowerPoint for hearing on motions for sanctions; conference with J. McDevitt regarding strategy for same; conference with J. McDevitt regarding A. Massaro medical file | 2,327.50 |
| 02/03/17 | J. S. McDevitt | ~~5.60~~ 4.6 | conference with staff to go through PowerPoint being compiled of video clips; revise and review argument outline to add case law supporting sanctions | ~~4,676.00~~ 3,841.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/08/17 | S. M. Lacy | 4.70 | Update redline of Laurinaitis complaint and NFL CTE FAC to include color and citations to NFL CTE FAC paragraphs | 1,574.50 |

# K&L GATES

Invoice # 3356435
0149511.01110
Page 5 of 13

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/09/17 | C. B. Krasik | 0.40 | Conference with S. Lacy regarding presentation for March 2, 2017 hearing; telephone conference with J. McDevitt and S. Lacy regarding same | 266.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/14/17 | S. M. Lacy | 2.60 | Update formatting for redline of Laurinaitis complaint and NFL amended master form complaint | 871.00 |
| 02/14/17 | R. C. Sobolak | 0.50 | Assist in preparation of materials for use at March 2 hearing | 145.00 |

# K&L GATES

Invoice # 3356435
0149511.01110
Page 7 of 13

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/15/17 | S. M. Lacy | 1.30 | Draft comparison of Laurinaitis complaint and NFL FAC in preparation for upcoming hearing | 435.50 |
| 02/16/17 | S. M. Lacy | 0.50 | Discuss deposition testimony | 167.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | contained in sanctions PowerPoint with C. Krasik | |
| 02/17/17 | C. B. Krasik | 3.20 | Conference with S. Lacy to review PowerPoint for March 2nd hearing; review J. McDevitt outlines of argument in preparation for same | 2,128.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/20/17 | C. B. Krasik | ~~3.50~~ 3.2 | Conference with S. Lacy to review revised PowerPoint slide for March 2nd conference; | ~~2,327.50~~ 2,128.00 |
| 02/22/17 | C. B. Krasik | ~~3.70~~ 3.0 | Conference with S. Lacy to review revised PowerPoint slides for March 2nd hearing | ~~2,460.50~~ 1,995.00 |
| 02/22/17 | S. M. Lacy | 3.50 | Update Laurinaitis Sanctions PowerPoint to match the updated argument outline | 1,172.50 |
| 02/22/17 | S. M. Lacy | 0.90 | Conference with C. Krasik to go over Sanctions PowerPoint | 301.50 |
| 02/23/17 | C. B. Krasik | ~~5.20~~ 4.4 | conference with J. McDevitt and S. Lacy to review PowerPoint | ~~3,458.00~~ 2,926.00 |

# K&L GATES

Invoice # 3356435
0149511.01110
Page 10 of 13

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | slides for March 2nd hearing | |
| 02/23/17 | S. M. Lacy | 0.80 | Conference with J. McDevitt and C. Krasik to go over Sanction PowerPoint | 268.00 |
| 02/23/17 | S. M. Lacy | 2.10 | Update Laurinaitis Sanctions PowerPoint to match the updated argument outline | 703.50 |
| 02/23/17 | J. S. McDevitt | 6.40 | Conference with C. Krasik and S. Lacy regarding contents of PowerPoint on sanctions motion | 5,344.00 |
| 02/24/17 | C. B. Krasik | 3.50 | Conference with J. McDevitt and S. Lacy to review PowerPoint slides for March 2nd hearing | 2,327.50 |
| 02/24/17 | S. M. Lacy | 2.80 | Update Laurinaitis Sanctions PowerPoint to match the updated argument outline | 938.00 |
| 02/24/17 | S. M. Lacy | 0.90 | Conference with J. McDevitt and C. Krasik to discuss the sanction PowerPoint | 301.50 |
| 02/24/17 | S. M. Lacy | 0.70 | Conference with J. McDevitt and C. Krasik to discuss strategy for hearing and potential questions that we may encounter | 234.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/27/17 | C. B. Krasik | 5.30 | Prepare for March 2nd hearing and conferences with S. Lacy regarding same; conference with J. McDevitt and S. Lacy to review PowerPoint for March 2nd hearing | 3,524.50 |
| 02/27/17 | S. M. Lacy | 2.20 | Update Laurinaitis sanctions PowerPoint to match the updated argument outline | 737.00 |
| 02/27/17 | S. M. Lacy | 0.90 | Conference with C. Krasik to discuss the sanction PowerPoint | 301.50 |
| 02/27/17 | S. M. Lacy | 0.60 | Compile releases cited in sanctions PowerPoint in preparation for upcoming hearing | 201.00 |
| 02/27/17 | S. M. Lacy | 2.00 | Update redline of Laurinaitis FAC and NFL FAC in preparation for upcoming hearing | 670.00 |
| 02/27/17 | S. M. Lacy | 0.40 | Conference with J. McDevitt and C. Krasik to review the sanctions PowerPoint | 134.00 |
| 02/27/17 | R. C. Sobolak | 5.50 | Assist in review and revisions to redline of first amended complaint to NFL complaint | 1,595.00 |
| 02/28/17 | S. M. Lacy | 0.80 | Update redline of Laurinaitis FAC and NFL FAC in preparation for upcoming hearing | 268.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

**TIMEKEEPER SUMMARY**

| | | |
|---|---|---|
| C. B. Krasik | $ | 665.00 / hr |
| S. M. Lacy | $ | 335.00 / hr |
| J. S. McDevitt | $ | 835.00 / hr |
| R. C. Sobolak | $ | 290.00 / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

| | | |
|---|---|---|
| Invoice Date | : | April 15, 2017 |
| Invoice Number | : | 3368455 |
| Services Through | : | March 31, 2017 |

**0149511.01110    Laurinaitis Class Action**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/03/17 | C. B. Krasik | ~~4.80~~ 3.5 | Review J. McDevitt e-mail messages regarding new information for PowerPoint presentation on motion for sanctions and conference with S. Lacy and R. Sobolak regarding same (2.5); review B. Omalu articles and "League of Denial" book for same (1.0); | ~~3,192.00~~ 2,327.50 |
| 03/03/17 | S. M. Lacy | 5.90 | Update Laurinaitis sanctions PowerPoint to match current outline | 1,976.50 |
| 03/03/17 | S. M. Lacy | 0.90 | Conference with C. Krasik and R. Sobolak regarding information needed for new sanctions PowerPoint slides | 301.50 |
| 03/03/17 | R. C. Sobolak | 5.10 | Respond to attorney requests regarding information, materials for use in preparation for March 9 sanctions argument | 1,479.00 |
| 03/04/17 | J. S. McDevitt | 7.00 | Revise argument outline and PowerPoint for sanctions motion | 5,845.00 |
| 03/06/17 | C. B. Krasik | 4.50 | Telephone conference with S. Lacy and J. McDevitt regarding revised PowerPoint slides for March 9th hearing on motion for sanctions regarding original complaint; conferences with S. Lacy regarding same; review League of Denial book and Frontline web site regarding MTBI Committee activities for NFL | 2,992.50 |
| 03/06/17 | S. M. Lacy | 8.00 | Update sanctions PowerPoint to match J. McDevitt outline | 2,680.00 |
| 03/06/17 | S. M. Lacy | 1.10 | Conference with J. McDevitt and | 368.50 |

# K&L GATES

Invoice # 3368455
0149511.01110
Page 4 of 23

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | C. Krasik regarding new PowerPoint slides for upcoming sanctions hearing | |
| 03/06/17 | J. S. McDevitt | ~~7.00~~ 6.0 | Revise outline of sanctions argument | ~~5,845.00~~ 5,010.00 |
| 03/06/17 | R. C. Sobolak | 4.10 | Respond to attorney requests for materials, information for use in preparation for argument on sanctions motion | 1,189.00 |
| 03/07/17 | C. B. Krasik | 8.00 | Conference with S. Lacy regarding PowerPoint slides for March 9th hearing on motion for sanctions regarding original complaint; prepare for same | 5,320.00 |
| 03/07/17 | S. M. Lacy | 5.00 | Update sanctions PowerPoint to match J. McDevitt outline | 1,675.00 |
| 03/07/17 | S. M. Lacy | 6.60 | Conference with C. Krasik regarding new PowerPoint slides for upcoming sanctions hearing | 2,211.00 |
| 03/08/17 | C. B. Krasik | 8.00 | Conference with J. McDevitt, J. Mueller and S. Lacy in preparation for March 9th hearing on motion for sanctions regarding original complaint | 5,320.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | (3.4); review PowerPoint slides with S. Lacy for same (1.5); travel from Pittsburgh to Hartford (5.5) | |
| 03/08/17 | S. M. Lacy | 5.60 | Travel to Hartford for upcoming hearing | 1,876.00 |
| 03/08/17 | S. M. Lacy | 4.10 | Conference with J. McDevitt, C. Krasik and J. Mueller regarding the sanctions PowerPoint and upcoming hearing | 1,373.50 |
| 03/08/17 | J. S. McDevitt | 4.00 | Travel to Hartford, CT for hearing | 3,340.00 |
| 03/09/17 | C. B. Krasik | 8.00 | Hearing on sanctions regarding original complaint; conference with J. McDevitt, J. Mueller and S. Lacy regarding same; conference with S. Lacy to revise PowerPoint slides for same | 5,320.00 |
| 03/09/17 | S. M. Lacy | 7.30 | Attend court hearing on motion for sanctions | 2,445.50 |
| 03/09/17 | S. M. Lacy | 0.30 | Update sanctions PowerPoint to match the argument outline | 100.50 |
| 03/09/17 | S. M. Lacy | 0.70 | Conference with C. Krasik to update sanctions PowerPoint to match the argument outline | 234.50 |
| 03/09/17 | S. M. Lacy | 2.10 | Conference with J. McDevitt, C. Krasik and J. Mueller regarding the sanctions PowerPoint and upcoming hearing | 703.50 |
| 03/09/17 | J. S. McDevitt | 8.00 | Attend hearing and argue sanctions motion | 6,680.00 |

# K&L GATES

Invoice # 3368455
0149511.01110
Page 6 of 23

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/10/17 | C. B. Krasik | 6.50 | Travel from Hartford to Pittsburgh | 4,322.50 |
| 03/10/17 | S. M. Lacy | 4.00 | Travel back from sanctions hearing in Hartford, Connecticut | 1,340.00 |
| 03/10/17 | J. S. McDevitt | 4.00 | Return after Laurinaitis hearing | 3,340.00 |

# K&L GATES

Invoice # 3368455
0149511.01110
Page 10 of 23

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/18/17 | C. B. Krasik | ~~3.50~~ 1.5 | review plaintiffs' opposition to motion for sanctions | ~~2,327.50~~ 997.50 |
| 03/18/17 | J. S. McDevitt | ~~8.00~~ 4.0 | Review sanctions opposition review cases cited in sanctions opposition; digest same | ~~6,680.00~~ 3,340.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

| 03/20/17 | C. B. Krasik | ~~8.00~~ 1.5 | | ~~5,320.00~~ 997.50 |

team conference/telephone
conference regarding strategy
for reply briefs (1.5)

# K&L GATES

Invoice # 3368455
0149511.01110
Page 12 of 23

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/20/17 | S. M. Lacy | 1.50 | Attend team conference to discuss plaintiffs' oppositions to World Wrestling Entertainment's motion for sanctions | 502.50 |

# K&L GATES

Invoice # 3368455
0149511.01110
Page 20 of 23

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/30/17 | J. S. McDevitt | ~~4.00~~ 3.8 | Continue editing sanctions reply brief | ~~4,008.00~~ 3,173.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 03/31/17 | J. S. McDevitt | 4.10 | Continue revising sanctions | 3,423.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | reply brief | |

K&L GATES

## TIMEKEEPER SUMMARY

| | | |
|---|---|---|
| C. B. Krasik | $ | 665.00 / hr |
| S. M. Lacy | $ | 335.00 / hr |
| J. S. McDevitt | $ | 835.00 / hr |
| R. C. Sobolak | $ | 290.00 / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No.

World Wrestling Entertainment, Inc.
Blake Bilstad, SVP General Counsel
1241 East Main Street
Stamford, CT 06902

| | | |
|---|---|---|
| Invoice Date | : | May 15, 2017 |
| Invoice Number | : | 3379056 |
| Services Through | : | April 30, 2017 |

**0149511.01110    Laurinaitis Class Action**

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/10/17 | C. B. Krasik | ~~1.00~~ 0.6 | telephone conference with J. Mueller regarding J. McDevitt final comments to sanctions reply brief and exhibits to sanctions reply brief | ~~665.00~~ 399.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

**TIMEKEEPER SUMMARY**

C. B. Krasik                                    $      665.00  / hr

# EXHIBIT B

**SUMMARY OF K&L GATES LLP FEES AND EXPENSES RELATING TO WWE'S MOTIONS FOR SANCTIONS**

| Month | Invoice | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| July 2016 | 3276717 | Stefanie Lacy | Associate | 10 | $305.00 | $3,050.00 |
| August 2016 | 3288571 | Jerry McDevitt | Partner | 11.3 | $815.00 | $9,209.50 |
| August 2016 | 3288571 | Curtis Krasik | Partner | 3.8 | $650.00 | $2,470.00 |
| August 2016 | 3288571 | Stefanie Lacy | Associate | 14 | $305.00 | $4,270.00 |
| September 2016 | 3299721 | Jerry McDevitt | Partner | 2.1 | $815.00 | $1,711.50 |
| September 2016 | 3299721 | Rachael Sobolak | Paralegal | 1.2 | $285.00 | $342.00 |
| October 2016 | 3311782 | Jerry McDevitt | Partner | 2 | $815.00 | $1,630.00 |
| October 2016 | 3311782 | Curtis Krasik | Partner | 0.5 | $650.00 | $325.00 |
| October 2016 | 3311782 | Stefanie Lacy | Associate | 1.7 | $305.00 | $518.50 |
| October 2016 | 3311782 | Rachael Sobolak | Paralegal | 7.5 | $285.00 | $2,137.50 |
| November 2016 | 3324313 | Jerry McDevitt | Partner | 29 | $815.00 | $23,635.00 |
| November 2016 | 3324313 | Curtis Krasik | Partner | 15.1 | $650.00 | $9,815.00 |
| November 2016 | 3324313 | Stefanie Lacy | Associate | 25.4 | $305.00 | $7,747.00 |
| November 2016 | 3324313 | Rachael Sobolak | Paralegal | 14.4 | $285.00 | $4,104.00 |
| December 2016 | 3335383 | Jerry McDevitt | Partner | 5.5 | $815.00 | $4,482.50 |
| December 2016 | 3335383 | Stefanie Lacy | Associate | 7.6 | $305.00 | $2,318.00 |
| December 2016 | 3335383 | Rachael Sobolak | Paralegal | 9.9 | $285.00 | $2,821.50 |
| January 2017 | 3345597 | Jerry McDevitt | Partner | 15.6 | $835.00 | $13,026.00 |
| January 2017 | 3345597 | Curtis Krasik | Partner | 2.7 | $665.00 | $1,795.50 |
| January 2017 | 3345597 | Rachael Sobolak | Paralegal | 0.5 | $290.00 | $145.00 |
| February 2017 | 3356435 | Jerry McDevitt | Partner | 14.2 | $835.00 | $11,857.00 |
| February 2017 | 3356435 | Curtis Krasik | Partner | 26.5 | $665.00 | $17,622.50 |
| February 2017 | 3356435 | Stefanie Lacy | Associate | 27.7 | $335.00 | $9,279.50 |
| February 2017 | 3356435 | Rachael Sobolak | Paralegal | 6 | $290.00 | $1,740.00 |
| March 2017 | 3368455 | Jerry McDevitt | Partner | 40.9 | $835.00 | $34,151.50 |
| March 2017 | 3368455 | Curtis Krasik | Partner | 41.5 | $665.00 | $27,597.50 |
| March 2017 | 3368455 | Stefanie Lacy | Associate | 53.1 | $335.00 | $17,788.50 |
| March 2017 | 3368455 | Rachael Sobolak | Paralegal | 9.2 | $290.00 | $2,668.00 |
| April 2017 | 3379056 | Curtis Krasik | Partner | 0.6 | $665.00 | $399.00 |

| Attorney | Total Hours | Total Fees |
|---|---|---|
| Jerry McDevitt | 120.6 | $99,703.00 |
| Curtis Krasik | 84.2 | $60,024.50 |
| Stefanie Lacy | 139.5 | $44,971.50 |
| Rachael Sobolak | 48.7 | $13,958.00 |
| **TOTAL** | **393** | **$218,657.00** |

| Expenses | Total Cost |
|---|---|
| Airfare | $2,071.84 |
| Lodging | $1,887.86 |
| **TOTAL** | **$3,959.70** |