# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RUSS McCULLOUGH,** *et al.,* | : | **No. 3:15-cv-01074 (VLB)** |
| | : | **Lead Case** |
| **Plaintiffs,** | : | |
| | : | |
| ***vs.*** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

| | | |
|---|---|---|
| **JOSEPH LAURINAITIS,** *et al.,* | : | **No. 3:16-cv-1209 (VLB)** |
| | : | **Consolidated Case** |
| **Plaintiffs,** | : | |
| | : | |
| ***vs.*** | : | |
| | : | |
| **WORLD WRESTLING** | : | |
| **ENTERTAINMENT, INC. and** | : | |
| **VINCENT K. MCMAHON,** | : | |
| | : | |
| **Defendants.** | : | |

<u>**DECLARATION OF JEFFREY P. MUELLER**</u>

I, Jeffrey P. Mueller, hereby declare under penalty of perjury as follows:

1.      I am an attorney and Partner at the law firm of Day Pitney LLP and counsel for Defendants World Wrestling Entertainment, Inc. ("WWE") and Vincent K. McMahon (collectively, "Defendants") in this matter.

2.      I submit this declaration in support of Defendants' application for attorneys' fees incurred in connection with their Motion for Sanctions with respect to Plaintiffs' Original Complaint (Doc. No. 228) and Motion for Sanctions with respect to Plaintiffs' First Amended Complaint (Doc. No. 262) pursuant to the Court's Memorandum of Decision dated September 17, 2018 (Doc. No. 383).

## Biographical Information

3.     I was the primary Day Pitney LLP attorney who worked on Defendants' motions for sanctions.

4.     I am a Partner at Day Pitney LLP resident in the firm's Hartford, Connecticut office.  I have been a trial lawyer representing parties in civil cases in state and federal courts for over 10 years.  I served as a law clerk for United States District Judge Alvin W. Thompson in the District of Connecticut from 2007 to 2008.  I graduated from Yale University in 2004 and Yale Law School in 2007.  I have been an attorney at Day Pitney LLP since 2008.

## Evidence of Fees and Services Rendered

5.     Day Pitney LLP has represented Defendants in this case since July 2016.  We have worked on this matter with lead counsel from K&L Gates LLP.

6.     The legal invoices attached as Exhibit A are true and accurate copies of Day Pitney LLP's invoices sent to WWE that have been redacted to reflect only the time spent in connection with Defendants' motions for sanctions.  The invoices reflect the contemporaneous time entries made by Day Pitney LLP timekeepers for the services rendered on each day.  A manual review of each invoice was conducted to determine which fees and services related to Defendants' motions for sanctions.  Where only portions of the daily time entries related to the motions for sanctions, I have estimated the amount of time spent in connection with those motions, and these allocated amounts are indicated on the invoices.  All information related to other fees and services was redacted from the invoices.

-2-

7.     A summary of the invoices and fees charged by Day Pitney LLP to Defendants in connection with the motions for sanctions is attached as Exhibit B.

**Reasonableness of the Fees**

8.     Based on my personal review of the invoices and my active participation in this matter, the time spent by Day Pitney LLP in connection with Defendants' motions for sanctions was reasonable for the services provided.

9.     My hourly rates for this matter were $415/hour in 2016, $465/hour in 2017, and $480/hour in 2018.  Based on my knowledge and experience in this matter and similar matters, the hourly rates charged by Day Pitney LLP in this matter were reasonable for the services rendered, particularly given the quality of services provided and the results obtained.

10.    The standard hourly rates charged by Day Pitney LLP are similar to the rates charged by attorneys at comparable firms in Connecticut.  A recent decision from the United States District Court for the District of Connecticut found that the standard hourly rates charged by Day Pitney LLP for my services and those of several of its other attorneys were reasonable.  *See Wells Fargo Bank, NA v. Konover,* No. 3:05-CV-1924, 2014 WL 3908596 (D. Conn. Aug. 8, 2014).

11.    Day Pitney LLP has routinely served as local counsel for WWE, working with K&L Gates LLP, on matters pending in Connecticut, for well over a decade.  I am familiar with the hourly rates charged by the attorneys from K&L Gates LLP in this matter.  Based on my knowledge and experience, the rates charged by K&L Gates LLP are within the range of rates charged by attorneys at Day Pitney LLP and comparable firms in Connecticut.

-3-

12.     Defendants seek reimbursement of $134,823 in legal fees and expenses for services provided by Day Pitney LLP in connection with Defendants' motions for sanctions.  Based on my knowledge and experience in this matter and similar matters, the fees charged by Day Pitney LLP relating to the motions for sanctions were reasonable.

13.     WWE has reviewed and approved all of the invoices submitted by Day Pitney LLP relating to this matter and has paid all such invoices.

I, Jeffrey P. Mueller, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:        October 4, 2018
              Hartford, Connecticut

_____
Jeffrey P. Mueller

# EXHIBIT A

Day Pitney LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| 08/19/2016 | Draft memorandum of law in support of Rule 11 motion in Laurinaitis case; | Mueller, J | ~~9.8~~ 6.8 |

revise and serve
supplemental Rule 11 motion in Laurinaitis case;

Day Pitney LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/22/2016 | Draft memorandum of law in support of Rule 11 motion in Laurinaitis action; draft correspondence to plaintiffs' counsel in Laurinaitis regarding Rule 11 motion; review responses from plaintiffs' counsel | Mueller, J | 1.8 |
| 08/23/2016 | Draft correspondence to plaintiffs' counsel regarding Rule 11 motion in Laurinaitis action; correspondence with J. McDevitt regarding same | Mueller, J | 1.4 |
| 08/24/2016 | | Mueller, J | ~~4.2~~ 3.2 |

draft memorandum of law in support of motion for sanctions

Day Pitney LLP

Invoice: 33904950
Page: 7

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/30/2016 | Draft memorandum of law in support of motion for sanctions | Mueller, J | ~~5.6~~ 5.0 |

Day Pitney LLP

Invoice: 33904950
Page: 8

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 08/31/2016 | Draft memorandum of law in support of motion for sanctions | Mueller, J | 4.4 |



BOSTON  CONNECTICUT  FLORIDA  NEW JERSEY  NEW YORK  WASHINGTON, DC  WWW.DAYPITNEY.COM

October 10, 2016
Invoice: 33908469

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through September 30, 2016, including:

JOSEPH M. LAURINAITIS V. WORLD WRESTLING ENTERTAINMENT, INC.  (198753-000570)

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 09/01/2016 | Draft memorandum of law in support of motion for sanctions in Laurinaitis action | Mueller, J | 9.2 |
| 09/02/2016 | Draft memorandum of law in support of motion for sanctions in Laurinaitis action | Mueller, J | ~~8.6~~ 5.6 |
| 09/06/2016 | Draft memorandum of law in support of motion for sanctions in Laurinaitis action | Mueller, J | 9.2 |
| 09/07/2016 | Draft memorandum of law in support of motion for sanctions in Laurinaitis action | Mueller, J | 8.8 |

Day Pitney LLP

Invoice: 33908469
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 09/08/2016 | Draft memorandum of law in support of motion for sanctions in Laurinaitis action | Mueller, J | ~~4.4~~<br>4.0 |
| 09/09/2016 | Review correspondence between counsel regarding Rule 11 motion in Laurinaitis case | Mueller, J | 0.2 |
| 09/15/2016 | Revise memorandum of law in support of motion for sanctions in Laurinaitis action and preparation of exhibits; review letter from J. Boumil regarding Rule 11 motion and correspondence with case team regarding same | Mueller, J | 5.8 |

Day Pitney LLP

Invoice: 33908469

Page: 3

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|
| 09/30/2016 | Revise memorandum of law in support of motion for sanctions and correspondence regarding same | Mueller, J | ~~5.0~~ 5.0 |



# DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

November 4, 2016
Invoice: 33912255

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through October 31, 2016, including:

JOSEPH M. LAURINAITIS V. WORLD WRESTLING ENTERTAINMENT, INC.  (198753-000570)

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/04/2016 | Revise memorandum of law in support of motion for sanctions; prepare exhibits to memorandum of law | Mueller, J | ~~5.4~~ 5.0 |
| 10/05/2016 | prepare exhibits for memorandum of law in support of motion for sanctions | Mueller, J | ~~5.6~~ 2.0 |

Day Pitney LLP

Invoice: 33912255

Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/07/2016 | Draft cover motion for sanctions; prepare exhibits for motion for sanctions | Mueller, J | ~~3.8~~ 2.0 |
| 10/10/2016 | Revise memorandum of law in support of motion for sanctions | Mueller, J | 4.8 |
| 10/11/2016 | Correspondence regarding sanctions brief and exhibits                      revise cover motion for sanctions | Mueller, J | ~~3.6~~ 2.0 |
| 10/12/2016 | revise memorandum of law in support of motion for sanctions and cover motion | Mueller, J | ~~4.4~~ 4.0 |
| 10/13/2016 | revise memorandum of law in support of motion for sanctions | Mueller, J | ~~4.4~~ 3.0 |
| 10/14/2016 | Draft and revise motions to seal for exhibits to motion for sanctions and supporting affidavits;                      revise and finalize memorandum of law in support of motion for sanctions and exhibits | Mueller, J | ~~6.8~~ 6.0 |

Day Pitney LLP

Invoice: 33912255
Page: 3

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/17/2016 | Coordination of filing of motion for sanctions, memorandum of law in support of motions with exhibits, motion to seal, and sealed exhibits; correspondence with case team regarding filings; correspondence with opposing counsel regarding sealed exhibits; prepare letter to Judge Bryant and chambers copy of memorandum of law and exhibits | Mueller, J | 3.8 |



## DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

December 7, 2016
Invoice: 33916688

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period
through November 30, 2016, including:

JOSEPH M. LAURINAITIS V. WORLD WRESTLING ENTERTAINMENT, INC.  (198753-000570)

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/07/2016 | Teleconferences and correspondence regarding referral of motions to Magistrate Judge Richardson; | Mueller, J | ~~2.2~~ 2.0 |

Day Pitney LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/14/2016 | Draft Rule 11 motion regarding Amended Complaint | Mueller, J | ~~8.8~~ 4.0 |

Day Pitney LLP

Invoice: 33916688
Page: 3

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/15/2016 | Draft Rule 11 motion for sanctions and correspondence regarding same | Mueller, J | ~~7.8~~ 3.0 |
| 11/16/2016 | | Mueller, J | ~~4.4~~ 0.4 |

revise draft
of Rule 11 motion

Day Pitney LLP

Invoice: 33916688
Page: 4

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/21/2016 | Revise draft of Rule 11 motion as to amended complaint | Mueller, J | ~~2.6~~ 0.6 |
| 11/25/2016 | | Mueller, J | ~~5.2~~ 1.0 |
| | revise draft of Rule 11 motion | | |
| 11/27/2016 | Revise Rule 11 motion as to amended complaint | Mueller, J | 2.8 |

Day Pitney LLP

Invoice: 33916688
Page: 5

| Date | Description | Name | Hours |
|---|---|---|---|
| 11/30/2016 | Teleconference with J. McDevitt regarding Rule 11 motion regarding amended complaint; revise and serve Rule 11 motion | Mueller, J | ~~5.2~~ 1.0 |

Day Pitney LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| 12/07/2016 | | Mueller, J | ~~2.6~~ |
| | | | 1.0 |

legal

research for Rule 11 brief

| 12/08/2016 | Review and analyze plaintiffs' opposition to motion for sanctions; teleconference and correspondence with J. McDevitt, C. Krasik and J. Tropp regarding same; | Mueller, J | ~~6.8~~ |
| | | | 3.0 |

Day Pitney LLP

Invoice: 33921121

Page: 3

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|
| 12/09/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint; | Mueller, J | ~~6.4~~ 5.0 |
| 12/11/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint | Mueller, J | 5.8 |
| 12/12/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint | Mueller, J | 6.6 |
| 12/13/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint; | Mueller, J | ~~7.2~~ 6.0 |
| 12/14/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint; | Mueller, J | ~~6.4~~ 5.0 |
| 12/15/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint; | Mueller, J | ~~6.2~~ 4.0 |

Day Pitney LLP

Invoice: 33921121
Page: 4

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 12/16/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint | Mueller, J | ~~8.2~~ 6.0 |
| 12/17/2016 | Draft memorandum of law in support of motion for sanctions regarding First Amended Complaint; draft table of contents for exhibits for memorandum of law; correspondence with case team regarding same | Mueller, J | 4.8 |
| 12/20/2016 | Revise memorandum of law in support of motion for sanctions | Mueller, J | 7.4 |
| 12/21/2016 | revise memorandum of law in support of motion for sanctions; preparation of exhibits for motion for sanctions; draft motion to seal and correspondence regarding same | Mueller, J | ~~8.8~~ 8.0 |

Day Pitney LLP

Invoice: 33921121
Page: 5

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| 12/22/2016 | | Mueller, J | ~~9.0~~ 4.0 |

draft cover motion for sanctions and memorandum of law in support of motion for sanctions; preparation of exhibits for motion for sanctions; correspondence with case team regarding same

| 12/23/2016 | Filing of | Mueller, J | ~~6.8~~ 4.0 |

motions for sanctions, memoranda of law in support of motions, and exhibits in support of motions; preparation of letter to clerk regarding manual filings, letter to Judge Bryant enclosing chambers copies, and letter to opposing counsel regarding manually filed exhibits; coordinate manual filings and preparation of chambers copies of filings; correspondence with opposing counsel regarding sealed exhibits and manually filed exhibits; correspondence with case team regarding filings

 **DAY PITNEY** LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

February 10, 2017
Invoice: 33925073

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through January 31, 2017, including:

**JOSEPH M. LAURINAITIS V. WORLD WRESTLING ENTERTAINMENT, INC.  (198753-000570)**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/02/2017 | Draft reply brief in support of motion for sanctions regarding original complaint | Mueller, J | 8.2 |
| 01/03/2017 | Draft reply brief in support of motion for sanctions regarding original complaint | Mueller, J | ~~8.6~~ 8.0 |
| 01/04/2017 | Review and revise reply brief in support of motion for sanctions regarding original complaint | Mueller, J | ~~7.8~~ 7.0 |

Day Pitney LLP

Invoice: 33925073

Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/05/2017 | Prepare index of exhibits and exhibits for reply brief in support of motion for sanctions regarding original complaint | Mueller, J | ~~3.6~~ 2.6 |
| 01/06/2017 | Revise reply brief in support of motion for sanctions regarding original Complaint; correspondence with J. McDevitt and C. Krasik regarding same | Mueller, J | 7.2 |
| 01/09/2017 | revise reply brief in support of motion for sanctions regarding original complaint | Mueller, J | ~~6.8~~ 1.8 |
| 01/10/2017 | Revise and finalize reply brief in support of motion for sanctions regarding original complaint | Mueller, J | ~~7.8~~ 2.8 |

Day Pitney LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/20/2017 | File reply brief in support of motion for sanctions regarding original complaint; prepare letter to Judge Richardson enclosing chambers copy; correspondence with case team regarding same | Mueller, J | ~~7.6~~ 0.6 |

Day Pitney LLP

Invoice: 33932215

Page: 2

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|
| 03/07/2017 | Legal research and correspondence regarding preparation for hearing | Mueller, J | 5.2 |
| 03/08/2017 | Meeting with case team; review presentation and preparation for hearing | Mueller, J | ~~6.2~~ 6.0 |
| 03/09/2017 | attendance at court hearing | Mueller, J | ~~11.8~~ 8.0 |

Day Pitney LLP

Invoice: 33932215

Page: 3

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/17/2017 | Review transcript of sanctions motion hearing and provide summary of key points | Mueller, J | ~~5.8~~<br>1.0 |
| 03/18/2017 | Review and analyze plaintiffs' opposition briefs and correspondence regarding same | Mueller, J | ~~7.2~~<br>3.6 |
| 03/19/2017 | Review and analyze plaintiffs' opposition briefs and correspondence regarding same | Mueller, J | ~~7.8~~<br>3.6 |
| 03/20/2017 | Research for reply briefs; correspondence with case team regarding reply briefs | Mueller, J | ~~8.2~~<br>4.0 |
| 03/21/2017 | Research and correspondence with case team regarding reply briefs; draft reply brief in support of motion for sanctions | Mueller, J | 8.8 |

Day Pitney LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 03/22/2017 | Draft reply brief in support of motion for sanctions regarding First Amended Complaint | Mueller, J | 5.8 |
| 03/23/2017 | draft reply brief in support of motion for sanctions regarding First Amended Complaint; | Mueller, J | ~~9.8~~ 3.0 |
| 03/24/2017 | Draft reply brief in support of motion for sanction regarding First Amended Complaint | Mueller, J | 7.6 |
| 03/27/2017 | Draft reply brief in support of motion for sanctions; prepare exhibits for reply brief; correspondence regarding same | Mueller, J | 8.2 |

Day Pitney LLP

Invoice: 33932215
Page: 5

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| 03/31/2017 | | Mueller, J | ~~2.2~~ |
| | revise reply brief in support of motion for sanctions | | 2.0 |



BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC   WWW.DAYPITNEY.COM

May 12, 2017
Invoice: 33936973

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period
through April 30, 2017, including:

**JOSEPH M. LAURINAITIS V. WORLD WRESTLING ENTERTAINMENT, INC.  (198753-000570)**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 04/03/2017 | Revise reply brief in support of motion for sanctions | Mueller, J | 5.8 |

Day Pitney LLP

Invoice: 33936973
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| 04/07/2017 | revise reply brief in support of motion for sanctions and exhibits | Mueller, J | ~~7.8~~ 2.8 |
| 04/10/2017 | revise and finalize reply in support of motion for sanctions and exhibits | Mueller, J | ~~4.4~~ 1.4 |
| 04/14/2017 | Coordinate filing of reply briefs in support of motion for sanctions and provision of chambers copies; correspondence with case team regarding same | Mueller, J | ~~1.2~~ 0.6 |



## DAY PITNEY LLP

BOSTON  CONNECTICUT  FLORIDA  NEW JERSEY  NEW YORK  WASHINGTON, DC  WWW.DAYPITNEY.COM

June 6, 2017
Invoice: 33939538

WORLD WRESTLING ENTERTAINMENT, INC.
JAMES LANGHAM, ESQ.
VICE PRESIDENT OF CORPORATE LEGAL AFFAIRS
1241 EAST MAIN STREET
STAMFORD,  CT  06902

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period
through May 31, 2017, including:

**JOSEPH M. LAURINAITIS V. WORLD WRESTLING ENTERTAINMENT, INC.  (198753-000570)**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|------|-------------|------|-------|
| 05/17/2017 | Review and analyze plaintiffs' motion to file surreply brief and proposed surreply brief in opposition to motion for sanctions; draft and file opposition to plaintiffs' motion to file surreply brief | Mueller, J | 6.2 |

# EXHIBIT B

**SUMMARY OF DAY PITNEY LLP FEES AND EXPENSES RELATING TO WWE'S MOTIONS FOR SANCTIONS**

| Month | Invoice | Name | Title | Hours | Rate | Amount |
|-------|---------|------|-------|-------|------|--------|
| August 2016 | 33904950 | Jeffrey Mueller | Partner | 22.6 | $415 | $9,379 |
| September 2016 | 33908469 | Jeffrey Mueller | Partner | 47.8 | $415 | $19,837 |
| October 2016 | 33912255 | Jeffrey Mueller | Partner | 32.6 | $415 | $13,529 |
| November 2016 | 33916688 | Jeffrey Mueller | Partner | 14.8 | $415 | $6,142 |
| December 2016 | 33921121 | Jeffrey Mueller | Partner | 70.6 | $415 | $29,299 |
| January 2017 | 33925073 | Jeffrey Mueller | Partner | 38.2 | $465 | $17,763 |
| March 2017 | 33932215 | Jeffrey Mueller | Partner | 66.8 | $465 | $31,062 |
| April 2017 | 33936973 | Jeffrey Mueller | Partner | 10.6 | $465 | $4,929 |
| May 2017 | 33939538 | Jeffrey Mueller | Partner | 6.2 | $465 | $2,883 |
| **TOTAL** | | | | **310.2** | | **$134,823** |