# Exhibit 3

RECENT POSTS     ABOUT US     BOOKS, INFORMATION     WWE EVIDENCE

COURT DOCUMENTS     PLAINTIFFS/FORMER WRESTLERS     WWE LAWSUIT NEWS

CONTACT US

# WWE Concussion Lawsuit

WWE Concussion Lawsuit Blog

## MY FRIENDS: DO NOT DESPAIR. WE ARE APPEALING

September 17, 2018 by Konstantine Kyros Leave a Comment

Today a single Federal Judge ruled against the 60 wrestlers and their families in the Laurinaitis case, and ignored their many personal appeals in dozens of affidavits filed with the court. We will have more to say soon, but please keep positive and know that we are fighting every day to get help for everyone.  Here is a very brief statement:

"I stand for professional wrestlers who face the prospect of losing their identity and consciousness to the effects of a latent occupational disease that robs them of their sanity, comfort of their families and memories of everything they achieved entertaining the millions of people who love them.

The lawsuits include some of the world's most famous athletes including those diagnosed with CTE by the world's foremost expert in CTE, including Jimmy Snuka and Mr. Fuji, whose brains were studied because of our advocacy and dedication to getting help for former WWE performers.

> "People who tell you that the concept of CTE was a novel concept, which began with Omalu's discovery of CTE in football players are not telling you the truth."
>
> —Bennet Omalu, MD

The opinions expressed in today's decision about my strong advocacy are inaccurate, bizarre and unworthy of the court. The reasoning of the opinion itself is flimsy as the court finds, in ignorance of the facts, that there is no reasonable basis for the assertions, despite a substantial body of medical peer reviewed literature going back almost a hundred years. In any event these are Jury issues as the plaintiffs demonstrated that the WWE knew about the risks of head injuries long before the 2007 date the court invents (see Dr. Omalu's Quote above). Additionally the WWE misclassified, exploited, injured these people in violation of labor laws and continues to ignore that CTE even exists in professional wrestling. It is a sad ruling, and we trust the wrestlers claims will be better received in the appeals courts. I will continue to fight and advocate for wrestlers legal rights despite this tragic opinion that attempts to cast down my clients hopes for better lives."

Sincerely,

Konstantine Kyros

Posted in: WWE Concussion Lawsuit

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

## Recent Posts

- NO FEAR. If anyone needs to talk, PLEASE CALL OR TXT ME.
- MY FRIENDS: DO NOT DESPAIR. WE ARE APPEALING
- Suicide Attempts, Murder Suicides, CTE Studies. Court: Not Really our Concern
- Not Forgotten: Former WWF Enhancement Talent, Don Driggers Wins Disability Hearing
- Rockin' Rebel's Legal Dispute with WWE Before his Murder Suicide

## Categories

- WWE Concussion Lawsuit

Sponsored by



## Recent Comments

Copyright © 2018 WWE Concussion Lawsuit .

Sumo WordPress Theme by SumoThemes