# Exhibit 4

Suicide Attempts, Murder Suicides, CTE Studies. Court: Not Really our Concern – WWE Concussion Lawsuit

**Case 3:15-cv-01074-VLB   Document 386-4   Filed 10/04/18   Page 2 of 6**

RECENT POSTS    ABOUT US    BOOKS, INFORMATION    WWE EVIDENCE

COURT DOCUMENTS    PLAINTIFFS/FORMER WRESTLERS    WWE LAWSUIT NEWS

CONTACT US

# WWE Concussion Lawsuit
WWE Concussion Lawsuit Blog

## Suicide Attempts, Murder Suicides, CTE Studies. Court: Not Really our Concern

September 17, 2018 by **Konstantine Kyros** Leave a Comment

Only few days before the Dismissal of the Laurinaitis claim, the plaintiffs in the Singleton, Lograsso case filed this response to WWE's continued attempts to collect $176,000+ dollars against Attorney Kyros for advocating for WWE wrestlers. The WWE's motion accused Mr. Kyros of committing a "fraud on the court," "dishonesty," and "wrongdoing," and pointed to social media of Evan Singleton bodybuilding and competing in a strongman competition.



Kyros' Sur- Reply to WWE's REPLY to Plaintiff's Response in Opposition to WWE's Motion for Fees Read Document here by clicking on text below:

Suicide Attempts, Murder Suicides, CTE Studies. Court: Not Really our Concern – WWE Concussion Lawsuit

Case 3:15-cv-01074-VLB   Document 386-4   Filed 10/04/18   Page 4 of 6

This is not an isolated event. On June 1, 2018, another former client of Mr. Kyros, a 52-year-old wrestler (who resided in Pennsylvania not far from Mr. Singleton) and who had performed in WWF, WCW and ECW events named Charles Donnelly Williams (Rockin' Rebel), was identified by police as having shot and killed his wife before he killed himself in an apparent murder suicide. His brain tissue is currently being studied for signs of CTE.

This tragedy echoes that of former WWE star Christopher Benoit who was diagnosed with CTE after killing his wife and son before hanging himself. Experts studying the issue of Benoit's wrestling induced head trauma linked his violent behavior to his actions. The Williams tragedy like that of Benoit was ignored by WWE which chooses instead to spend its vast resources attacking the credibility of Mr. Kyros.

Plaintiffs' Counsel strongly believes in Mr. Singleton's case, Mr. Lograsso's case, and each of the Plaintiffs' cases in the consolidated actions. The injuries are real, the damages are permanent and life-long, and WWE should be ashamed that it purportedly spent $176,486.74 litigating the propriety of these Plaintiffs'

Posted in: WWE Concussion Lawsuit

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Suicide Attempts, Murder Suicides, CTE Studies. Court: Not Really our Concern – WWE Concussion Lawsuit

Case 3:15-cv-01074-VLB   Document 386-4   Filed 10/04/18   Page 5 of 6

Name *

Email *

Website

## Recent Posts

- NO FEAR. If anyone needs to talk, PLEASE CALL OR TXT ME.
- MY FRIENDS: DO NOT DESPAIR. WE ARE APPEALING
- Suicide Attempts, Murder Suicides, CTE Studies. Court: Not Really our Concern
- Not Forgotten: Former WWF Enhancement Talent, Don Driggers Wins Disability Hearing
- Rockin' Rebel's Legal Dispute with WWE Before his Murder Suicide

## Categories

- WWE Concussion Lawsuit

Sponsored by



## Recent Comments

Copyright © 2018 WWE Concussion Lawsuit .
Sumo WordPress Theme by SumoThemes