# Exhibit 5

RECENT POSTS   ABOUT US   BOOKS, INFORMATION   WWE EVIDENCE

COURT DOCUMENTS   PLAINTIFFS/FORMER WRESTLERS   WWE LAWSUIT NEWS

CONTACT US

# WWE Concussion Lawsuit
WWE Concussion Lawsuit Blog

## NO FEAR. If anyone needs to talk, PLEASE CALL OR TXT ME.

September 18, 2018 by Konstantine Kyros Leave a Comment

This decision will not stand, it is very poorly reasoned, ignores basic facts about the history of CTE science, as well as the rudimentary concepts of employment & labor law and is mostly a personal attack on your advocate and not on you! MARTY, JON!!! Ignore social media trolls. We are still a nation under the rule of law. If anyone is having any concerns I am available, please call me if you need to talk or text me. Thank you for your support, everyone stay strong and trust in our advocacy for your very strong and supported constitutional legal rights to a jury trial. This case is far stronger than the claims brought by NFL, NCAA and NHL athletes. CALL ME! We are appealing the case with the very best lawyers in the country behind us.

Posted in: WWE Concussion Lawsuit

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

## Recent Posts

- NO FEAR. If anyone needs to talk, PLEASE CALL OR TXT ME.
- MY FRIENDS: DO NOT DESPAIR. WE ARE APPEALING
- Suicide Attempts, Murder Suicides, CTE Studies. Court: Not Really our Concern
- Not Forgotten: Former WWF Enhancement Talent, Don Driggers Wins Disability Hearing
- Rockin' Rebel's Legal Dispute with WWE Before his Murder Suicide

## Categories

- WWE Concussion Lawsuit

Sponsored by



## Recent Comments

Copyright © 2018 WWE Concussion Lawsuit .
Sumo WordPress Theme by SumoThemes