# Exhibit 9

RECENT POSTS     ABOUT US     BOOKS, INFORMATION     WWE EVIDENCE

COURT DOCUMENTS     PLAINTIFFS/FORMER WRESTLERS     WWE LAWSUIT NEWS

CONTACT US

# WWE Concussion Lawsuit
### WWE Concussion Lawsuit Blog

## To Protect the Public (not Trees) Kyros Mails Judge's Ruling to Wrestlers

September 29, 2018 by **Konstantine Kyros**  **Leave a Comment**



"Further, in order to protect the public, Attorney Kyros is ordered to send by receipted mail delivery a copy of this ruling to his appearing co-counsel and to each of the Laurinaitis plaintiffs…."

This needs no comment. You can see Court documents here:

The Lawsuit Filed by the Wrestlers is Here.

The Judge's Ruling is Found Here.

Three other related  Court Documents Can Be seen Here:

A) Response to a Show Cause Order Filed by Mr. Kyros Team On Procedural History (Hint: it points to some issues in Judge's Ruling on Basic Facts: ie Billy Jack Haynes Filed the First Case.)

B) Wrestlers Legal Team Response to WWE First Sanctions Motion (Addresses things like NFL and Typos)

C) Wrestlers Legal Team Response to WWE Second Sanctions Motion (Interesting the Court did not engage with many (any?) of the arguments advanced by the lawyers for the wrestlers in this motion. My mom told me at a tender age, that there are two sides to the story.

Posted in: WWE Concussion Lawsuit

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

## Recent Posts

- Marty Jannetty. Are His Ankle Injuries Another "Irrelevant Allegation"? See Excerpts of His Affidavit to the Court
- To Protect the Public (not Trees) Kyros Mails Judge's Ruling to Wrestlers
- Associated Press Story: Judge Throws Out Lawsuit by Former WWE Wrestlers Over Concussions
- McDevitt Versus Kyros. Media on WWE Lawsuit: War of Words Belies Tragic Plight of Wrestlers
- BloodSport: Tossed WWE Concussion Suit Becomes Triple Threat Match

## Categories

- WWE Concussion Lawsuit

Sponsored by



## Recent Comments

Copyright © 2018 WWE Concussion Lawsuit .
Sumo WordPress Theme by SumoThemes