# Exhibit 10





mailing-order.jpg

(click for original)

**Thumbnail**



**Camera**
Apple iPhone X

**GPS Position**
42.245647 degrees N, 70.893150 degrees W

**Date of Creation**
2018:10:01 11:49:54

**Resolution**
432x506

| | |
|---|---|
| Make | Apple |
| Model | iPhone X |
| Aperture | 1.8 |
| Exposure Time | 1/5 (0.2 sec) |
| Focal Length | 4.0 mm |
| Flash | Off, Did not fire |
| File Size | 219 kB |
| File Type | JPEG |
| MIME Type | image/jpeg |
| Image Width | 432 |
| Image Height | 506 |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| X Resolution | 72 |
| Y Resolution | 72 |
| Software | Adobe Photoshop CS6 (Macintosh) |
| YCbCr Sub Sampling | YCbCr4:4:4 (1 1) |
| YCbCr Positioning | Centered |
| Exposure Program | Program AE |
| Date and Time (Original) | 2018:10:01 11:49:54 |
| Metering Mode | Multi-segment |
| Color Space | Uncalibrated |
| Sensing Method | One-chip color area |
| Exposure Mode | Auto |
| White Balance | Auto |
| Focal Length In 35 mm | 28 mm |
| Format | |
| Scene Capture Type | Standard |
| Time Created | 11:49:54+00:00 |
| F Number | 1.8 |
| Exposure Compensation | N/A |
| ISO | 100 |
| Color Mode | 3 |
| Compression | JPEG (old-style) |
| Orientation | Horizontal (normal) |
| XMP Toolkit | Adobe XMP Core 5.3-c011 66.145661, 2012/02/06-14:56:27 |
| Creator Tool | 11.4.1 |