UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:15-cv-001074 (VLB) Lead Case |

## NOTICE OF APPEAL

Following JUDGMENT (Dkt. 385), Notice is hereby given that RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, Plaintiffs in the above-named case, hereby renew their appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 117) and MEMORANDUM OF DECISION GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT BROUGHT BY PLAINTIFFS SINGLETON AND LOGRASSO, [Dkt. 43], GRANTING DEFENDATN'S MOTION TO DISMISS THE AMENDED COMPLAINT BROUGHT BY PLAINTIFF HAYNES [Dkt. 64] AND GRANTING THE DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT BROUGHT BY PLAINTIFFS MUCCULLOUGH, SAKODA, AND WEISE [Dkt. 95] (Dkt. 116) entered in this action March 21 and March 22, 2016 granting Defendant World Wrestling Entertainment, Inc.'s ("WWE") Motion to Dismiss the

Amended Complaint brought by Plaintiffs McCullough, Sakoda, and Wiese (Dkt. 95), and any and all other issues implicated by this Order.

Additionally, Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 89) granting Motion to Stay; and Order (Dkt. 107) ORDER PARTIALLY LIFTING STAY OF DISCOVERY.

Dated:     October 26, 2018.

Respectfully Submitted,

**/s/ Konstantine W. Kyros**
Konstantine W. Kyros
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Anthony M. Norris
KYROS LAW OFFICES
17 Miles Road
Hingham, MA 02043
Telephone: (617) 396-4159
Facsimile: (617) 583-1905
anorris@kyroslaw.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
 Telephone: (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER

350 Fairfield Avenue Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust, Esquire
Pogust Braslow & Millrood,LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com

*Attorneys for Plaintiff Appellants.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of October, 2018, the above Response was served via this Court's electronic case filing system.

/s/ *Konstantine W. Kyros*
**Konstantine W. Kyros**