UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:15-cv-001074 (VLB) <br> Lead Case |
| CASSANDRA FRAZIER, Individually and as next of kin to her deceased husband, NELSON FRAZIER, JR., and as Personal Representative of THE ESTATE OF NELSON FRAZIER, JR., DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:15-CV-01229 (VLB) <br> Consolidated Case |

## NOTICE OF APPEAL

Following JUDGMENT (3:15-cv-001074, Dkt. No. 385; and 3:15-cv-01229, Dkt. No. 49), PLAINTIFFS CASSANDRA FRAZIER, Individually, and as next of kin to her deceased husband, NELSON FRAZIER, JR., and as Personal Representative of THE ESTATE OF NELSON FRAZIER, JR., DECEASED, hereby provide NOTICE that the Plaintiffs in the above-named consolidated case hereby appeal to the United States

1

Court of Appeals for the Second Circuit from the Order (Dkt. No. 253) MEMORANDUM OF DECISION GRANTING DEFENDANTS' MOTION TO DISMISS THE *FRAZIER* ACTION [Dkt. 103] AND GRANTING DEFENDANT'S MOTION TO DISMISS THE *OSBORNE* ACTION [DKT. 104]. MEMORANDUM OF DECISION DENYING DEFENDANT'S MOTION FOR SANCTIONS [DKT. 80], and any and all other issues implicated by this Order.

In addition, the Plaintiffs in the above-named consolidated case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 89) granting Motion to Stay; and Order (Dkt. 107) ORDER PARTIALLY LIFTING STAY OF DISCOVERY.

Dated:      October 26, 2018.

>Respectfully Submitted,
>
>/s/ Konstantine W. Kyros
>Konstantine W. Kyros
>KYROS LAW OFFICES
>17 Miles Rd.
>Hingham, MA 02043
>Telephone: (800) 934-2921
>Facsimile: 617-583-1905
>kon@kyroslaw.com
>
>Anthony M. Norris
>KYROS LAW OFFICES
>17 Miles Road
>Hingham, MA 02043
>Telephone: (617) 396-4159
>Facsimile: (617) 583-1905
>anorris@kyroslaw.com
>
>Michael J. Flannery
>CUNEO GILBERT & LADUCA, LLP
>7733 Forsyth Boulevard, Suite 1675
>St. Louis, MO 63105
> Telephone: (314) 226-1015

**Facsimile: (202) 789-1813
mflannery@cuneolaw.com**

**William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Avenue Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244**

**Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com**

**Harris L. Pogust, Esquire
Pogust Braslow & Millrood,LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com**

**Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com**

**R. Christopher Gilreath
GILREATH & ASSOCIATES, PLLC
200 Jefferson Avenue, Suite 711
Memphis, TN 38103
Telephone: (901) 527-0511
Facsimile: (901) 527-0514
chrisgil@sidgilreath.com**

**Dr. Shezad A. Malik**
**DR. SHEZAD MALIK LAW FIRM**
**4925 Greenville Avenue #320**
**Dallas, Texas 75206**
**Telephone: (214) 390-3189**
**Facsimile: (888) 210-9693**
**DrMalik@ShezadMalik.com**

*Attorneys for Plaintiff Appellants.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2018, the above Response was served via this Court's electronic case filing system.

/s/ *Konstantine W. Kyros*
**Konstantine W. Kyros**