UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-CV-00425 (VLB)<br>Consolidated Case |

## NOTICE OF APPEAL

Following JUDGMENT (3:15-cv-001074, Dkt. 385; and 3:15-cv-00425, Dkt. 82), PLAINTIFFS EVAN SINGLETON and VITO LOGRASSO hereby provide NOTICE that the Plaintiffs in the above-named consolidated case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 374) granting 330 Motion for Summary Judgment to Plaintiffs Singleton and Lograsso, entered in this action March 28, 2018 granting Defendant World Wrestling Entertainment,

1

Inc.'s Motion for Summary Judgment in Accordance with the Court's March 24, 2017 Order (Dkt. 330), and any and all other issues implicated by this Order.

The Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 377) granting in part and denying in part 198 Motion for Sanctions, consistent the Court's 376 Order adopting 371 Recommended Ruling; Order (Dkt. 376) adopting 371 Recommended Ruling; and Order (Dkt. 371) RECOMMENDED RULING: Recommending that 198 Defendant's motion for sanctions be granted in part.

Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 160) granting in part and denying in part Plaintiffs' 141, 142 Motions to Compel Responses to Plaintiffs' First Requests for Production; and Order (Dkt. 144) granting in part and denying in part 122 Motion to Compel Responses by Plaintiffs to Defendant's Interrogatories and Requests for Production.

Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 117) granting 72 Motion to Dismiss; granting 82 Motion for Leave to File; and Order (Dkt. 116) granting in part and denying in part Defendant's 43 Motion to Dismiss the Second Amended Complaint brought by Plaintiffs Singleton and LoGrasso; granting Defendant's 64 Motion to Dismiss the Amended Complaint of Plaintiff Haynes; denying as moot Defendant's 64 Motion to Dismiss the Haynes Complaint for Lack of Jurisdiction; granting Defendant's 95 Motion to Dismiss the Amended Complaint of Plaintiffs McCullough, Sakoda and Weise, entered in this action March 21 and March 22, 2016 granting in part and

denying in part, Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss Plaintiffs Singleton and Lograsso's Second Amended Complaint (Dkt. 43 (consolidated Dkt. 44); 3:15-cv-00425, Dkt. 72).

In addition, the Plaintiffs in the above-named consolidated case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 107) ORDER PARTIALLY LIFTING STAY OF DISCOVERY; and Order (Dkt. 89) granting Motion to Stay.

Dated:      October 26, 2018.

                                                     Respectfully Submitted,

                                                     **/s/ Konstantine W. Kyros**
Konstantine W. Kyros
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Anthony M. Norris
KYROS LAW OFFICES
17 Miles Road
Hingham, MA 02043
Telephone: (617) 396-4159
Facsimile: (617) 583-1905
anorris@kyroslaw.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
 Telephone: (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER

350 Fairfield Avenue Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust, Esquire
Pogust Braslow & Millrood,LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com

*Attorneys for Plaintiff Appellants.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of October, 2018, the above Response was served via this Court's electronic case filing system.

                                      */s/ Konstantine W. Kyros*
                                      Konstantine W. Kyros