UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE,<br>individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| JOSEPH M. LAURINAITIS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:16-CV-01209 (VLB)<br>Consolidated Case |

## NOTICE OF APPEAL

Following JUDGMENT (3:15-cv-001074, Dkt. 385; and 3:15-cv-01209, Dkt. 54), PLAINTIFFS JOSEPH M. LAURINAITIS a/k/a Road Warrior Animal, CAROLE M. SNUKA on behalf of Estate of JAMES W. SNUKA , PAUL ORNDORFF, a/k/a Mr. Wonderful, SALAVADOR GUERRERO IV, a/k/a Chavo Guerrero, Jr., KELLI FUJIWARA SLOAN on behalf of estate of HARRY MASAYOSHI FUJIWARA, BRYAN EMMETT CLARK, JR., a/k/a Adam Bomb, ANTHONY NORRIS, a/k/a Ahmed Johnson, JAMES HARRIS, a/k/a Kamala, DAVE HEBNER, EARL HEBNER, CHRIS

1

PALLIES, a/k/a King Kong Bundy, KEN PATERA, TERRY MICHAEL BRUNK, a/k/a Sabu, BARRY DARSOW, a/k/a Smash, BILL EADIE a/k/a Ax, JOHN NORD, a/k/a The Bezerker, JONATHAN HUGGER a/k/a Johnny The Bull, JAMES BRUNZELL, a/k/a Jumpin' Jim, SUSAN GREEN, a/k/a Sue Green, ANGELO MOSCA, a/k/a King Kong Mosca, JAMES MANLEY, a/k/a Jim Powers, MICHAEL "MIKE" ENOS, a/k/a Blake Beverly, BRUCE "BUTCH" REED, a/k/a The Natural, CARLENE B. MOORE--BEGNAUD, a/k/a Jazz, SYLVAIN GRENIER, OMAR MIJARES a/k/a Omar Atlas, DON LEO HEATON, a/k/a Don Leo Jonathan, TROY MARTIN, a/k/a Shane Douglas, MARC COPANI, a/k/a Muhammad Hassan, MARK CANTERBURY, a/k/a Henry Godwin, VICTORIA OTIS, a/k/a Princess Victoria,  JUDY HARDEE a/k/a Judy Martin, MARK JINDRAK, GAYLE SCHECTER on Behalf of Estate of JON RECHNER a.k.a Balls Mahoney, BARBARA MARIE LEYDIG & BERNARD KNIGHTON as co--representatives of Estate of Brian Knighton, a/k/a Axl Rotten,  MARTY JANNETTY, JON HEIDENREICH, TERRY SZOPINSKI, a/k/a The Warlord, SIONE HAVEA VAILAHI, a/k/a The Barbarian, LARRY OLIVER, a/k/a The Crippler, BOBBI BILLARD, ASHLEY MASSARO, a/k/a Ashley, PERRY SATULLO a/k/a Perry Saturn, DAVID SILVA a/k/a Sylvano Sousa JOHN JETER a/k/a Johnny Jeter, CHARLES BERNARD SCAGGS a.k.a Flash Funk, CHARLES WICKS a.k.a Chad Wicks, SHIRLEY FELLOWS on Behalf of Estate of TIMOTHY ALAN SMITH, a/k/a Rex King, TRACY SMOTHERS, a/k/a Freddie Joe Floyd, MICHAEL R HALAC, a/k/a Mantaur, RICK JONES, a/k/a Black Bart, KEN JOHNSON, a/k/a Slick, GEORGE GRAY, a/k/a One Man Gang, FERRIN JESSE BARR, a/k/a JJ Funk, LOU MARCONI, ROD PRICE, DONALD DRIGGERS, RODNEY BEGNAUD, a/k/a Rodney Mack, RONALD SCOTT

**HEARD on Behalf of Estate of RONALD HEARD, a/k/a Outlaw Ron Bass, and BORIS ZHUKOV,** hereby provide NOTICE that the Plaintiffs in the above-named consolidated case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 383) granting Defendants' Motion for Judgment on the Pleadings 205 and Motions to Dismiss 266 and 269 and granting in part and denying in part Defendants' Motion for Sanctions 262, entered September 19, 2018, and any and all other issues implicated by this Order, and any and all other issues implicated by this Order.

Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 381) denying 368; Order (Dkt. 377) granting in part and denying in part 198 Motion for Sanctions, consistent the Court's 376 Order adopting 371 Recommended Ruling; Order (Dkt. 376) adopting 371 Recommended Ruling; and Order (Dkt. 371) RECOMMENDED RULING: Recommending that 198 Defendant's motion for sanctions be granted in part; and Order (Dkt. 362) re: 205 Motion for Judgment on the Pleadings; 262 Motion for Sanctions, 266 Motion to Dismiss, and 269 Motion to Dismiss; ORDER denying as moot 228 Motion for Sanctions and 291 Motion to Stay; and ORDER denying 326 Motion to Strike and 327 Motion to Strike for the reasons stated in the attached ruling on WWE's Motions to Dismiss, for Sanctions, and for Judgment on the Pleadings.

Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 374) granting 330 Motion for Summary Judgment to Plaintiffs Singleton and Lograsso, entered in this action March 28, 2018 granting Defendant World Wrestling Entertainment, Inc.'s Motion for

Summary Judgment in Accordance with the Court's March 24, 2017 Order (Dkt. 330).

Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 160) granting in part and denying in part Plaintiffs' 141, 142 Motions to Compel Responses to Plaintiffs' First Requests for Production; and Order (Dkt. 144) granting in part and denying in part 122 Motion to Compel Responses by Plaintiffs to Defendant's Interrogatories and Requests for Production.

Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 117) granting 72 Motion to Dismiss; granting 82 Motion for Leave to File; and Order (Dkt. 116) granting in part and denying in part Defendant's 43 Motion to Dismiss the Second Amended Complaint brought by Plaintiffs Singleton and LoGrasso; granting Defendant's 64 Motion to Dismiss the Amended Complaint of Plaintiff Haynes; denying as moot Defendant's 64 Motion to Dismiss the Haynes Complaint for Lack of Jurisdiction; granting Defendant's 95 Motion to Dismiss the Amended Complaint of Plaintiffs McCullough, Sakoda and Weise, entered in this action March 21 and March 22, 2016.

In addition, the Plaintiffs in the above-named consolidated case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 107) ORDER PARTIALLY LIFTING STAY OF DISCOVERY; and Order (Dkt. 89) granting Motion to Stay.

Dated: October 24, 2018.

        **Respectfully Submitted,**

        **/s/ Konstantine W. Kyros**\_\_\_\_
        **Konstantine W. Kyros, Esq.**
        **Bar No. ct30132**
        **KYROS LAW OFFICES**
        **17 Miles Road**
        **Hingham, MA 02043**
        **Telephone: (800) 934-2921**
        **Facsimile: 617-583-1905**
        **kon@kyroslaw.com**

        **Anthony M. Norris**
        **Kyros Law Offices**
        **17 Miles Road**
        **Hingham, MA 02043**
        **Telephone: 617.396.4159**
        **Facsimile: 617.583.1905**
        **anorris@kyroslaw.com**

        **S. James Boumil, Esq.**
        **BOUMIL LAW OFFICES**
        **120 Fairmount Street**
        **Lowell, Massachusetts 01852**
        **Telephone: (978) 458-0507**
        **SJBoumil@Boumil-Law.com**

        **Brenden P. Leydon, Esq.**
        **TOOHER WOCL & LEYDON LLC**
        **80 4th Street**
        **Stamford, Connecticut 06905**
        **Telephone: (203) 517-0456**
        **Facsimile: 203-324-1407**
        **BLeydon@tooherwocl.com**

        **Erica C. Mirabella, Esq.**
        **MIRABELLA LAW LLC**
        **132 Boylston Street, 5th Floor**
        **Boston, Massachusetts 02116**
        **Telephone: (617) 580-8270**
        **Facsimile: (617) 583-1905**
        **erica@mirabellaLLC.com**

        **R. Christopher Gilreath, Esq.**
        **GILREATH & ASSOCIATES**

        **200 Jefferson Avenue, Suite 711**
        **Memphis, Tennessee 38103**
        **Telephone: (901) 527-0511**
        **Facsimile: (901) 527-0514**
        **chrisgil@sidgilreath.com**

        ***Counsel for Plaintiff Appellants.***


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2018, the above Response was served via this Court's electronic case filing system.

                                        */s/ Konstantine W. Kyros*
                                        **Konstantine W. Kyros**