UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:15-cv-001074 (VLB) Lead Case |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:15-CV-00425 (VLB) Consolidated Case |

## NOTICE OF APPEAL

Following JUDGMENT (3:15-cv-001074, Dkt. 385; and 3:15-cv-00425, Dkt. 82), the below-listed Counsel for the above-captioned Plaintiffs hereby provide NOTICE that Attorney Konstantine W. Kyros and Kyros Law Offices, P.C. hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 377) granting in part and denying in part 198 Motion for Sanctions, consistent the Court's 376 Order adopting 371 Recommended Ruling; Order (Dkt. 376) adopting 371 Recommended Ruling; and Order (Dkt. 371) RECOMMENDED RULING:

1

Recommending that 198 Defendant's motion for sanctions be granted in part, and any and all other issues implicated by this Order.[1]

Plaintiffs also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 160) granting in part and denying in part Plaintiffs' 141, 142 Motions to Compel Responses to Plaintiffs' First Requests for Production; and Order (Dkt. 144) granting in part and denying in part 122 Motion to Compel Responses by Plaintiffs to Defendant's Interrogatories and Requests for Production.

Dated: October 26, 2018.

Respectfully Submitted,

/s/ Konstantine W. Kyros
Konstantine W. Kyros
KYROS LAW OFFICES
17 Miles Rd.
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Anthony M. Norris
KYROS LAW OFFICES
17 Miles Road
Hingham, MA 02043
Telephone: (617) 396-4159
Facsimile: (617) 583-1905
anorris@kyroslaw.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
 Telephone: (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

---

[1] **Pending before the Court is a hearing set for 1/8/2019 on Defendants' Motions for Attorney Fees. See Dkt. 388 (setting hearing on Motions for Attorney Fees 378 and 386).**

William M. Bloss
Federal Bar No: CT01008
KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Avenue Bridgeport, CT 06604
Telephone: 203-336-4421
Facsimile: 203-368-3244

Robert K. Shelquist
Scott Moriarity
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
samoriarity@locklaw.com

Harris L. Pogust, Esquire
Pogust Braslow & Millrood,LLC
Eight Tower Bridge
161 Washington Street Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
hpogust@pbmattorneys.com

Erica Mirabella
CT Fed. Bar #: phv07432
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: 617-580-8270
Facsimile: 617-580-8270
Erica@mirabellaLLC.com

*Attorneys for Plaintiff Appellants.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of October, 2018, the above Response was served via this Court's electronic case filing system.

                                       */s/ Konstantine W. Kyros*
                                       **Konstantine W. Kyros**