UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:15-cv-001074 (VLB)<br>Lead Case |
| JOSEPH M. LAURINAITIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>3:16-CV-01209 (VLB)<br>Consolidated Case |

## NOTICE OF APPEAL

Following JUDGMENT (3:15-cv-001074, Dkt. 385; and 3:15-cv-01209, Dkt. 54), the below-listed Counsel for the above-captioned Plaintiffs hereby provide NOTICE that Attorney Konstantine W. Kyros and Kyros Law Offices, P.C. hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 383) granting Defendants' Motion for Judgment on the Pleadings 205 and Motions to Dismiss 266 and 269 and granting in part and denying in part Defendants' Motion

1

for Sanctions 262, entered September 19, 2018, and any and all other issues implicated by this Order.[1]

Attorney Konstantine W. Kyros and Kyros Law Offices, P.C. also hereby appeal to the United States Court of Appeals for the Second Circuit from the Order (Dkt. 362) re: 205 Motion for Judgment on the Pleadings; 262 Motion for Sanctions, 266 Motion to Dismiss, and 269 Motion to Dismiss; ORDER denying as moot 228 Motion for Sanctions and 291 Motion to Stay; and ORDER denying 326 Motion to Strike and 327 Motion to Strike for the reasons stated in the attached ruling on WWE's Motions to Dismiss, for Sanctions, and for Judgment on the Pleadings. Dated: October 26, 2018.

Respectfully Submitted,

/s/ Konstantine W. Kyros\_\_\_\_
Konstantine W. Kyros, Esq.
Bar No. ct30132
KYROS LAW OFFICES
17 Miles Road
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com

Anthony M. Norris
Kyros Law Offices
17 Miles Road
Hingham, MA 02043
Telephone: 617.396.4159
Facsimile: 617.583.1905
anorris@kyroslaw.com

S. James Boumil, Esq.
BOUMIL LAW OFFICES
120 Fairmount Street

---

[1] Pending before the Court is a hearing set for 1/8/2019 on Defendants' Motions for Attorney Fees. *See* Dkt. 388 (setting hearing on Motions for Attorney Fees 378 and 386).

**Lowell, Massachusetts 01852
Telephone: (978) 458-0507
SJBoumil@Boumil-Law.com**

**Brenden P. Leydon, Esq.
TOOHER WOCL & LEYDON LLC
80 4th Street
Stamford, Connecticut 06905
Telephone: (203) 517-0456
Facsimile: 203-324-1407
BLeydon@tooherwocl.com**

**Erica C. Mirabella, Esq.
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Telephone: (617) 580-8270
Facsimile: (617) 583-1905
erica@mirabellaLLC.com**

**R. Christopher Gilreath, Esq.
GILREATH & ASSOCIATES
200 Jefferson Avenue, Suite 711
Memphis, Tennessee 38103
Telephone: (901) 527-0511
Facsimile: (901) 527-0514
chrisgil@sidgilreath.com**

*Counsel for Plaintiff Appellants.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2018, the above Response was served via this Court's electronic case filing system.

*/s/ Konstantine W. Kyros*
**Konstantine W. Kyros**