# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:15−cv−01074−VLB

| | |
|---|---|
| Russ McCullough et al v. World Wrestling Entertainment Inc | Date Filed: 07/13/2015 |
| Assigned to: Judge Vanessa L. Bryant | Date Terminated: 09/27/2018 |
| Referred to: Judge Robert A. Richardson | Jury Demand: Both |
| Member cases: | Nature of Suit: 360 P.I.: Other |
|     3:15−cv−00425−VLB | Jurisdiction: Diversity |

Member cases:
    3:15−cv−00425−VLB
    3:15−cv−00994−VLB
    3:15−cv−01156−VLB
    3:15−cv−01229−VLB
    3:15−cv−01305−VLB
    3:16−cv−01209−VLB

Case in other court:  California Central, 2:15−cv−02662
Cause: 28:1332 Diversity−Personal Injury

## Plaintiff

**Russ McCullough**
*individually and on behalf of all others
similarly situated
TERMINATED: 03/22/2016
also known as*
Big Russ McCullough
*TERMINATED: 03/22/2016*

represented by **Jonas P. Mann**
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
415−568−2555
Fax: 415−576−1776
Email: jmann@audetlaw.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Michael A. McShane**
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
415−568−2555
Fax: 415−576−1776
Email: mmcshane@audetlaw.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**R. Christopher Gilreath**
Gilreath & Associates, PLLC
200 Jefferson Avenue
Suite 711
Memphis, TN 38103
901−527−0511
Fax: 901−527−0514
Email: chrisgil@sidgilreath.com
*LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**William M. Bloss**
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
203−336−4421
Fax: 203−368−3244
Email: bbloss@koskoff.com
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
Kyros Law Offices
17 Miles Road
Hingham,, MA 02043
800−934−2921
Fax: 617−583−1905
Email: kon@kyroslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Sakoda**                                    represented by      **Jonas P. Mann**
*individually and on behalf of all others*                          (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
*TERMINATED: 03/22/2016*                                            *ATTORNEY TO BE NOTICED*

                                                                    **Michael A. McShane**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **R. Christopher Gilreath**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William M. Bloss**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Konstantine Kyros**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Robert Wiese**                           represented by      **Jonas P. Mann**
*individually and on behalf of all others*                          (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
*TERMINATED: 03/22/2016*                                            *ATTORNEY TO BE NOTICED*
*also known as*
Luther Reigns                                                       **Michael A. McShane**
*TERMINATED: 03/22/2016*                                            (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **R. Christopher Gilreath**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William M. Bloss**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Konstantine Kyros**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Fellows**
*on behalf of Estate of Timothy Alan Smith*

*a/k/a Rex King*

V.

**Consol Plaintiff**

**Evan Singleton**
*TERMINATED: 03/28/2018*

represented by   **Anthony M. Norris**
Kyros Law Offices
17 Miles Road
Hingham,, MA 02043
603−995−1792
Fax: 617−583−1905
Email: anorris@kyroslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles LaDuca**
Cuneo Gilbert & LaDuca, LLP−DC
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
202−789−3960
Fax: 202−789−1813
Email: charles@cuneolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Mirabella**
Mirabella Law LLC
132 Boylston St., 5th Floor
Boston,, MA 02116
617−580−8270
Fax: 617−583−1905
Email: Erica@mirabellaLLC.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Harris L. Pogust**
Pogust Braslow Millrood, LLC
161 Washington Street
Suite 940
Conshohocken, PA 19428
610−941−4204
Fax: 610−941−4245
Email: hpogust@pbmattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Van Dyck**
Cuneo Gilbert & LaDuca, LLP−DC
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
(202) 789−3960
Fax: (202) 789−1813
Email: kvandyck@cuneolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Michael O'Brien**
Pogust Braslow Millrood, LLC
161 Washington Street
Suite 940

Conshohocken, PA 19428
610−941−4204
Fax: 610−941−4245
Email: kobrien@pbmattorneys.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Flannery**
Cuneo Gilbert & LaDuca, LLP − MO
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
314−226−1015
Fax: 202−789−1813
Email: mflannery@cuneolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
612−339−6900
Fax: 612−339−0981
Email: rapeterson@locklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert K. Shelquist**
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
612−339−6900
Fax: 612−339−0981
Email: rkshelquist@locklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**S. Clinton Woods**
Audet & Partners, LLP
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
415−568−2555
Fax: 415−568−2556
Email: cwoods@audetlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A. Moriarity**
Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street
Ste 1200
Minneapolis, MN 55402
612−252−3578
Email: samoriarity@baillonthome.com
*TERMINATED: 01/18/2018*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Sciolla**
Pogust Braslow Millrood, LLC
161 Washington Street
Suite 940
Conshohocken, PA 19428
610−941−4202
Fax: 610−941−4245
Email: asciolla@pbmattorneys.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Vito Lograsso**                    represented by   **Anthony M. Norris**
*TERMINATED: 03/28/2018*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Charles LaDuca**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Erica Mirabella**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Harris L. Pogust**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Katherine Van Dyck**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kevin Michael O'Brien**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Konstantine Kyros**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael J. Flannery**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert K. Shelquist**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**S. Clinton Woods**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A. Moriarity**
(See above for address)
*TERMINATED: 01/18/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Sciolla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**William Albert Haynes, III**
*TERMINATED: 03/22/2016*

represented by **Brendan Thompson**
Cuneo Gilbert & LaDuca, LLP−DC
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
202−789−3960
Fax: 202−789−1813
Email: brendant@cuneolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles LaDuca**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua L. Ross**
Stoll Stoll Berne Lokting & Shlachter, PC
209 SW Oak Street
Suite 500
Portland, OR 97204

503−227−1600
Fax: 503−227−6840
Email: jross@stollberne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K. Shelquist**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A. Moriarity**
(See above for address)
*TERMINATED: 01/18/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve D. Larson**
Stoll Stoll Berne Lokting & Shlachter, PC
209 SW Oak Street
Suite 500
Portland, OR 97204
503−227−1600
Fax: 503−227−6840
Email: slarson@stollberne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Taylor Asen**
Cuneo Gilbert & LaDuca, LLP − NY
16 Court Street
Suite 1012
Brooklyn, NY 11241
202−789−3960
Fax: 202−7891813
Email: tasen@cuneolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Cassandra Frazier**
*Individually and as next of kin to her deceased husband, Nelson Lee Frazier, Jr. a/k/a Mabel a/k/a Viscera a/k/a Big Daddy V a/k/a King Mabel and as personal representative of The Estate of Nelson Lee Frazier, Jr., Deceased*
*TERMINATED: 11/10/2016*

represented by **Erica C. Mirabella**
Mirabella LLC
132 Boylston Street
5th Floor
Boston, MA 02110
617−580−8270
Fax: 617−583−1905
Email: erica@mirabellaLLC.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine William Kyros**
KYROS LAW
17 Miles Rd.
Hingham, MA 02043
800−934−2921

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R. Christopher Gilreath**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michelle James**
*as mother and next friend of Matthew
Osborne, a Minor Child and Teagan
Osborne, a Minor Child
TERMINATED: 11/10/2016*

represented by

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R. Christopher Gilreath**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shezad Malik**
Dr Shezad Malik Law Office PC
4925 Greenville Avenue, Suite 320
Dallas, TX 75206
888−210−9693
Fax: 888−210−9693
Email: malik2law@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Joseph M. Laurinaitis**
*also known as*
Road Warrior Animal

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
Wocl Leydon LLC
80 Fourth Street
Stamford, CT 06905
203−333−3339
Email: bleydon@tooherwocl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
120 Fairmount Street
Lowell, MA 01852
978−458−0507
Fax: 978−453−6785
Email: SJBoumil@Boumil−Law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jimmy Snuka**
*"Superfly", by and through his guardian,*
*Carole Snuka*
*TERMINATED: 11/03/2017*

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Paul Ordndorff**
*also known as*
Mr. Wonderful

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Salvador Guerrero, IV**
*also known as*
Chavo Guerrero, Jr.

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chavo Guerrero, Sr.**
*also known as*
Chavo Classic

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bryan Emmett Clark, Jr.**
*also known as*
Adam Bomb

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Anthony Norris**
*also known as*
Ahmed Johnson

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**James Harris**
*also known as*
Kamala

represented by   **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Dave Hebner**

represented by   **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Earl Hebner**                    represented by   **Anthony M. Norris**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brenden P. Leydon**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Erica C. Mirabella**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sylvester J Boumil**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Konstantine Kyros**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chris Pallies**                  represented by   **Anthony M. Norris**
*also known as*                                     (See above for address)
King Kong Bundy                                     *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brenden P. Leydon**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Erica C. Mirabella**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sylvester J Boumil**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Konstantine Kyros**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ken Patera**                     represented by   **Anthony M. Norris**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Terry Michael Brunk**
*also known as*
Sabu

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Barry Darsow**
*also known as*
Smash

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bill Eadie**                    represented by    **Anthony M. Norris**
*also known as*                                     (See above for address)
Ax                                                  *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brenden P. Leydon**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Erica C. Mirabella**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sylvester J Boumil**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Konstantine Kyros**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**John Nord**                     represented by    **Anthony M. Norris**
*also known as*                                     (See above for address)
Bezerker                                            *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brenden P. Leydon**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Erica C. Mirabella**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sylvester J Boumil**
                                                    (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jonathan Hugger**
*also known as*
Johnny the Bull

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**James Brunzell**
*also known as*
Jumpin' Jim

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Susan Green**
*also known as*
Sue Green

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Angelo Mosca**
*also known as*
King Kong Mosca

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**James Manley**
*also known as*
Jim Powers

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael Enos**                    represented by    **Anthony M. Norris**
*also known as*                                       (See above for address)
Mike                                                  *LEAD ATTORNEY*
*also known as*                                       *PRO HAC VICE*
Blake Beverly                                         *ATTORNEY TO BE NOTICED*

                                                      **Brenden P. Leydon**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erica C. Mirabella**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sylvester J Boumil**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Konstantine Kyros**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bruce Reed**                      represented by    **Anthony M. Norris**
*"Butch"*                                             (See above for address)
*also known as*                                       *LEAD ATTORNEY*
Natural                                               *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brenden P. Leydon**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erica C. Mirabella**
                                                      (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carlene B. Moore−Begnaud**          represented by     **Anthony M. Norris**
*also known as*                                          (See above for address)
Jazz                                                     *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brenden P. Leydon**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Erica C. Mirabella**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sylvester J Boumil**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Konstantine Kyros**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sylvain Grenier**                   represented by     **Anthony M. Norris**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brenden P. Leydon**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Erica C. Mirabella**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sylvester J Boumil**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Omar Mijares**
*also known as*
Omar Atlas

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Don Leo Heaton**
*also known as*
Don Leo Jonathan

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Troy Martin**
*also known as*
Shane Douglas

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Marc Copani**
*also known as*
Muhammad Hassan

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mark Canterbury**
*also known as*
Henry Godwin

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Victoria Otis**                    represented by   **Anthony M. Norris**
*also known as*                                       (See above for address)
Princess Victoria                                     *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brenden P. Leydon**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erica C. Mirabella**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sylvester J Boumil**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Konstantine Kyros**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Judy Hardee**                      represented by   **Anthony M. Norris**
*also known as*                                       (See above for address)
Judy Martin                                           *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brenden P. Leydon**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Erica C. Mirabella**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Mark Jindrak**                    represented by   **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Bernard Knighton**                 represented by   **Anthony M. Norris**
*as Personal Representative of Estate of*           (See above for address)
*Brian Knighton, a.k.a. Axl Rotten*                 *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Marty Jannetty**                          represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jon Heidenreich**                          represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Terry Szopinski**                          represented by **Anthony M. Norris**
*also known as*
Warlord
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sione Havea Vailahi**
*also known as*
Barbarian

represented by  **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Larry Oliver**
*also known as*
Crippler

represented by  **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bobbi Billard**                    represented by    **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Timothy Smith**                    represented by    **Anthony M. Norris**
*TERMINATED: 11/03/2017*                               (See above for address)
*also known as*                                        *LEAD ATTORNEY*
Rex King                                               *PRO HAC VICE*
*TERMINATED: 11/03/2017*                               *ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**
**Tracy Smothers**
*also known as*
Freddie Joe Floyd

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**
**Michael R. Halac**
*also known as*
Mantaur

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rick Jones**
*also known as*
Black Bart

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ken Johnson**
*also known as*
Slick

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**George Gray**
*also known as*
One Man Gang

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ferrin Jesse Barr**
*also known as*
J.J. Funk

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lou Marconi**

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rod Price**                     represented by   **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Donald Driggers**                represented by   **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rodney Begnaud**
*also known as*
Rodney Mack

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ronald Scott Heard**
*on behalf of estate of Ronald Heard*
*also known as*
Outlaw Ron Bass

represented by **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Boris Zhukov**       represented by    **Anthony M. Norris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brenden P. Leydon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica C. Mirabella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sylvester J Boumil**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**David Silva**       represented by    **Konstantine Kyros**
*also known as*                            (See above for address)
Sylvano Sousa                         *ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**John Jeter**       represented by    **Konstantine Kyros**
*also known as*                            (See above for address)
Johnny Jeter                          *ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**Gayle Schecter**       represented by    **Konstantine Kyros**
*as Personal Representative of Estate Jon*        (See above for address)
*Rechner a.k.a. Balls Mahoney*            *ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**Ashley Massaro**       represented by    **Konstantine Kyros**
*also known as*                            (See above for address)
Ashley                                *ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**Charles Wicks**       represented by    **Konstantine Kyros**
*also known as*                            (See above for address)
Chad Wicks                          *ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**Perry Satullo**       represented by    **Konstantine Kyros**
*also known as*                            (See above for address)
Perry Saturn                         *ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**Charles Bernard Scaggs**       represented by    **Konstantine Kyros**
*also known as*                            (See above for address)
Flash Funk                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**World Wrestling Entertainment, Inc**  represented by  **Curtis B. Krasik**
K&L Gates, LLP− Ptsbrg PA
K&L Gates Center
210 Sixth Ave
Pittsburgh, PA 15222−2613
412−355−8696
Fax: 412−355−6501
Email: curtis.krasik@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Mueller**
Day Pitney LLP−Htfd−CT
242 Trumbull St.
Hartford, CT 06103−1212
860−275−0164
Email: jmueller@daypitney.com
*ATTORNEY TO BE NOTICED*

**Jerry S. McDevitt**
K&L Gates, LLP− Ptsbrg PA
K&L Gates Center
210 Sixth Ave
Pittsburgh, PA 15222−2613
412−355−8608
Fax: 412−355−6501
Email: jerry.mcdevitt@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Tropp**
Day Pitney LLP−Stmfd
One Canterbury Green
201 Broad Street
Stamford, CT 06901
203−977−7300
Fax: 203−977−7301
Email: jbtropp@daypitney.com
*ATTORNEY TO BE NOTICED*

**Thomas D. Goldberg**
Day Pitney LLP−Stmfd
One Canterbury Green
201 Broad Street
Stamford, CT 06901
203−977−7300
Fax: 203−977−7301
Email: tdgoldberg@daypitney.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bernard Knighton**  represented by  **Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Kelli Fujiwara Sloan**
*on behalf of estate of Harry Masayoshi*
*Fujiwara*  represented by  **Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carole M Snuka**
*on behalf of Estate of James W. Snuka*

represented by **Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Barbara Marie Leydig**

represented by **Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Appellant**

**Konstantine W Kyros**

represented by **Konstantine W Kyros**
PRO SE

V.

**Defendant**

**World Wrestling Entertainment, Inc**

represented by **B. John Casey**
K&L Gates LLP
One SW Columbia Street
Suite 1900
Portland, OR 97258
503−228−3200
Fax: 503−248−9085
Email: john.casey@klgates.com
*TERMINATED: 03/15/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Verdini**
K&L Gates, LLP− Ptsbrg PA
K&L Gates Center
210 Sixth Ave
Pittsburgh, PA 15222−2613
412−355−6766
Fax: 412−355−6501
Email: Christopher.Verdini@KLGates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eugene J. Podesta , Jr.**
Baker, Donelson, Bearman, Caldwell &
Berkovitz, PC
First Tennessee Building
165 Madison Ave
Suite 2000
Memphis, TN 38103
901−577−2213
Fax: 901−577−0761
Email: gpodesta@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
K&L Gates LLP, TX
1717 Main St., Suite 2800
Dallas, TX 75201
214−939−5500
Fax: 214−939−6100
Email: paul.genender@klgates.com

*TERMINATED: 03/15/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bruce Allensworth**
K&L Gates, LLP− MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111−2950
617−261−3100
Email: bruce.allensworth@klgates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan M. Tosi**
K&L Gates, LLP− MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111−2950
617−261−3100
Fax: 617−261−3175
Email: ryan.tosi@klgates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stefanie M. Lacy**
K&L Gates, LLP− Ptsbrg PA
K&L Gates Center
210 Sixth Ave
Pittsburgh, PA 15222−2613
412−355−8691
Fax: 412−355−6501
Email: stefanie.lacy@klgates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terry Budd**
K&L Gates, LLP− Ptsbrg PA
K&L Gates Center
210 Sixth Ave
Pittsburgh, PA 15222−2613
412−355−8672
Fax: 412−355−6501
Email: terry.budd@klgates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curtis B. Krasik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Mueller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jerry S. McDevitt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Tropp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Robert Windham**                represented by    **William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Flannery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Thomas Billington**             represented by    **Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Flannery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**James Ware**                    represented by    **William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Flannery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Oreal Perras**                  represented by    **William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Flannery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**John Doe's**
*Various*
*TERMINATED: 07/21/2016*

represented by **Konstantine Kyros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Vincent K. McMahon**
*Indivdually and as The Trustee of the*
*Vincent K. McMahon Irrevocable Trust*
*U/T/A dtd. June 24, 2004, as the Trustee*
*of the Vincent K. McMahon 2008, and as*
*Special Trustee of the Vincent K.*
*McMahon 2013 Irrev. Trust U/A dtd.*
*December 5, 2013 and as Trust*

represented by **R. Bruce Allensworth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan M. Tosi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curtis B. Krasik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Mueller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jerry S. McDevitt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Tropp**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Kyros Law P.C.**

**Interested Party**

**Christopher Nowinski**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2018 | 396 | NOTICE OF APPEAL as to 383 Order on Motion for Sanctions,, Order on Motion to Dismiss,,,, Order on Motion for Judgment on the Pleadings, 362 Order on Motion for Sanctions,,,, Order on Motion to Dismiss,,,, Order on Motion to Stay,, Order on Motion to Strike,,,, Order on Motion for Judgment on the Pleadings, by Konstantine W Kyros, Kyros Law P.C.. Filing fee $ 505, receipt number ACTDC−5025568. (Kyros, Konstantine) (Entered: 10/26/2018) |
| 10/26/2018 | 395 | NOTICE OF APPEAL as to 376 Order on Recommended Ruling, 144 Order on Motion to Compel,,,,,,, 377 Order on Motion for Sanctions, 160 Order on Sealed Motion,,,,,,,,,,, Order on Motion to Compel,,,,,,,,,,, by Kyros Law P.C., Konstantine W Kyros. Filing fee $ 505, receipt number ACTDC−5025566. (Kyros, Konstantine) (Entered: 10/26/2018) |
| 10/26/2018 | 394 | NOTICE OF APPEAL as to 381 Order on Motion for Miscellaneous Relief,,,, 116 Order on Motion to Dismiss,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,, 376 Order on Recommended Ruling, 383 Order on Motion for Sanctions,, Order on Motion to Dismiss,,,, Order on Motion for Judgment on the Pleadings, 144 Order on |

| | | |
|---|---|---|
| | | Motion to Compel,,,,,,, <u>374</u> Order on Motion for Summary Judgment, 377 Order on Motion for Sanctions, <u>362</u> Order on Motion for Sanctions,,,, Order on Motion to Dismiss,,,, Order on Motion to Stay,, Order on Motion to Strike,,,, Order on Motion for Judgment on the Pleadings, 160 Order on Sealed Motion,,,,,,,,,,,, Order on Motion to Compel,,,,,,,,,, 89 Order on Motion to Stay, 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, 107 Order,,,,, by Ferrin Jesse Barr, Rodney Begnaud, Bobbi Billard, Terry Michael Brunk, James Brunzell, Mark Canterbury, Bryan Emmett Clark, Jr, Marc Copani, Barry Darsow, Donald Driggers, Bill Eadie, Michael Enos, Shirley Fellows, Kelli Fujiwara Sloan, George Gray, Susan Green, Sylvain Grenier, Salvador Guerrero, IV, Michael R. Halac, Judy Hardee, James Harris, Ronald Scott Heard, Don Leo Heaton, Dave Hebner, Earl Hebner, Jon Heidenreich, Jonathan Hugger, Marty Jannetty, John Jeter, Mark Jindrak, Ken Johnson, Rick Jones, Bernard Knighton(as Personal Representative of Estate of Brian Knighton, a.k.a. Axl Rotten), Bernard Knighton, Joseph M. Laurinaitis, Barbara Marie Leydig, James Manley, Lou Marconi, Troy Martin, Ashley Massaro, Omar Mijares, Carlene B. Moore−Begnaud, Angelo Mosca, John Nord, Anthony Norris, Larry Oliver, Paul Orndnorff, Victoria Otis, Chris Pallies, Ken Patera, Rod Price, Bruce Reed, Perry Satullo, Charles Bernard Scaggs, Gayle Schecter, David Silva, Timothy Smith, Tracy Smothers, Carole M Snuka, Jimmy Snuka, Terry Szopinski, Sione Havea Vailahi, Charles Wicks, Boris Zhukov. Filing fee $ 505, receipt number ACTDC−5025564. (Kyros, Konstantine) (Entered: 10/26/2018) |
| 10/26/2018 | <u>393</u> | NOTICE OF APPEAL as to <u>116</u> Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, <u>376</u> Order on Recommended Ruling, 144 Order on Motion to Compel,,,,,,, <u>374</u> Order on Motion for Summary Judgment, 377 Order on Motion for Sanctions, <u>362</u> Order on Motion for Sanctions,,,, Order on Motion to Dismiss,,, Order on Motion to Stay,, Order on Motion to Strike,,,, Order on Motion for Judgment on the Pleadings, 160 Order on Sealed Motion,,,,,,,,,,, Order on Motion to Compel,,,,,,,,,, 89 Order on Motion to Stay, 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, 107 Order,,,,, by Vito Lograsso, Evan Singleton. Filing fee $ 505, receipt number ACTDC−5025562. (Kyros, Konstantine) (Entered: 10/26/2018) |
| 10/26/2018 | <u>392</u> | NOTICE OF APPEAL as to <u>253</u> Order on Motion for Sanctions,, Order on Motion to Dismiss,, Order on Motion to Strike,,,,, 89 Order on Motion to Stay, 107 Order,,,,, by Cassandra Frazier. Filing fee $ 505, receipt number ACTDC−5025560. (Kyros, Konstantine) (Entered: 10/26/2018) |
| 10/26/2018 | <u>391</u> | NOTICE OF APPEAL as to <u>116</u> Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, 89 Order on Motion to Stay, 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, 107 Order,,,,, by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. Filing fee $ 505, receipt number ACTDC−5025558. (Kyros, Konstantine) (Entered: 10/26/2018) |
| 10/26/2018 | <u>390</u> | NOTICE OF APPEAL as to <u>116</u> Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, 89 Order on Motion to Stay, 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, 107 Order,,,,, by William Albert Haynes, III. Filing fee $ 505, receipt number ACTDC−5025556. (Kyros, Konstantine) (Entered: 10/26/2018) |
| 10/24/2018 | <u>389</u> | RESPONSE filed by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 10/24/2018) |
| 10/22/2018 | 388 | ORDER Setting Hearing on Motions for Attorney Fees 378 and 386 : Hearing set for 1/8/2019 at 10:30 AM in Courtroom One, 450 Main St., Hartford, CT before Judge Robert A. Richardson. Signed by Judge Robert A. Richardson on 10/22/2018. (Fries, J.) (Entered: 10/22/2018) |
| 10/16/2018 | 387 | ORDER REFERRING CASE to Magistrate Judge Robert A. Richardson for a ruling on 386 MOTION for Attorney Fees *Application for Attorneys' Fees Ordered by the Court*. <br> Signed by Judge Vanessa L. Bryant on 10/16/2018. (Shafer, J.) (Entered: 10/16/2018) |
| 10/04/2018 | <u>386</u> | MOTION for Attorney Fees *Application for Attorneys' Fees Ordered by the Court* by Vincent K. McMahon, World Wrestling Entertainment, Inc.Responses due by 10/25/2018 (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit |

| | | |
|---|---|---|
| | | 10)(Mueller, Jeffrey) (Entered: 10/04/2018) |
| 09/27/2018 | | JUDICIAL PROCEEDINGS SURVEY − FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: <br><br> https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey <br> (Shafer, J.) (Entered: 09/27/2018) |
| 09/27/2018 | 385 | JUDGMENT. <br> For appeal forms please go to the following website: <br> www.ctd.uscourts.gov/forms/all−forms/appeals_forms. <br> Signed by Clerk on 09/27/2018. (Shafer, J.) (Entered: 09/27/2018) |
| 09/19/2018 | 384 | ORDER REFERRING CASE to Magistrate Judge Robert A. Richardson for a ruling on 378 MOTION for Attorney Fees and 382 MOTION for Leave to File Sur−Reply in Opposition to WWE's Motion for Fees. <br> Signed by Judge Vanessa L. Bryant on 09/19/2018. (Shafer, J.) (Entered: 09/19/2018) |
| 09/17/2018 | 383 | ORDER granting Defendants' Motion for Judgment on the Pleadings 205 and Motions to Dismiss 266 and 269 and granting in part and denying in part Defendants' Motion for Sanctions 262 . Signed by Judge Vanessa L. Bryant on 9/17/2018. (Lindberg, Christina) (Entered: 09/17/2018) |
| 09/14/2018 | 382 | MOTION for Leave to File *Sur−Reply in Opposition to WWE's Motion for Fees (Dkt. 378)* by Vito Lograsso, Evan Singleton. (Attachments: # 1 Sur−Reply to WWE's Motion for Fees)(Kyros, Konstantine) (Entered: 09/14/2018) |
| 09/14/2018 | 381 | ORDER denying 368 . Fed.R.Civ.P. 36(a)(6) sets forth the procedure to challenge the sufficiency of an objection to a request to admit. It provides"[t]he requesting party may move to determine the sufficiency of an answer or objection. Unless the court finds an objection justified, it must order that an answer be served. Only upon a finding that an answer, as distinguished from an objection, does not comply with the rule, may the court order either that the matter is admitted or that an amended answer be served. The court may also defer its final decision until a pretrial conference or a specified time before trial. The Defendant has presented a rational basis for its objection and the rule does not permit the Court to deem a fact admitted where an objection has been filed. The denial is without prejudice to filing a motion to test the sufficiency of the objection after the Court has ruled on the pending Motions for Judgment on the Pleadings [Dkt. No. 205] and to Dismiss [Dkt. Nos. 266, 269] and Defendant's Motion for Sanctions [Dkt. No. 262 in 16−CV−1209 (VLB). Signed by Judge Vanessa L. Bryant on 9−14−18. (Bryant, Vanessa) (Entered: 09/14/2018) |
| 09/06/2018 | 380 | REPLY to Response to 378 MOTION for Attorney Fees *Application for Attorneys' Fees Ordered By The Court* filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 09/06/2018) |
| 08/23/2018 | 379 | RESPONSE re 378 MOTION for Attorney Fees *Application for Attorneys' Fees Ordered By The Court* filed by Vito Lograsso, Evan Singleton. (Kyros, Konstantine) (Entered: 08/23/2018) |
| 08/02/2018 | 378 | MOTION for Attorney Fees *Application for Attorneys' Fees Ordered By The Court* by World Wrestling Entertainment, Inc.Responses due by 8/23/2018 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mueller, Jeffrey) (Entered: 08/02/2018) |
| 07/22/2018 | 377 | ORDER granting in part and denying in part 198 Motion for Sanctions, consistent with the Court's 376 Order Adopting 371 Recommended Ruling. Signed by Judge Vanessa L. Bryant on 7/22/2018. (Hoffman, S) (Entered: 07/22/2018) |
| 07/22/2018 | 376 | ORDER adopting 371 Recommended Ruling. See attached for memorandum of decision. Signed by Judge Vanessa L. Bryant on 7/22/2018. (Hoffman, S) (Entered: 07/22/2018) |

| 04/02/2018 | 375 | REPLY to Response to 371 RECOMMENDED RULING g 198 MOTION for Sanctions filed by World Wrestling Entertainment, Inc 18 Pages. filed by Vito Lograsso, Evan Singleton. (Kyros, Konstantine) (Entered: 04/02/2018) |
| --- | --- | --- |
| 03/28/2018 | 374 | ORDER granting 330 Motion for Summary Judgment to Plaintiffs Singleton and LoGrasso. Signed by Judge Vanessa L. Bryant on 03/28/2018. (Shafer, J.) (Entered: 03/28/2018) |
| 03/22/2018 | 373 | RESPONSE re 372 Objection/Reply/Response to Recommended Ruling filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 03/22/2018) |
| 03/08/2018 | 372 | OBJECTION to 371 Recommended Ruling filed by Vito Lograsso, Evan Singleton. (Kyros, Konstantine) (Entered: 03/08/2018) |
| 02/22/2018 | 371 | RECOMMENDED RULING: Recommending that 198 Defendant's motion for sanctions be granted in part. See attached ruling, 18 Pages. Objections due by 3/8/2018. Signed by Judge Robert A. Richardson on 2/22/2018. (Fries, J.) (Entered: 02/22/2018) |
| 02/07/2018 | 370 | Memorandum in Opposition re 368 MOTION to Deem Defendant's Fed. R. Civ. P. 36 Statements Admitted filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 02/07/2018) |
| 01/18/2018 | 369 | ORDER granting 367 Motion to Withdraw as Attorney. Attorney Scott A. Moriarity terminated. Signed by Judge Vanessa L. Bryant on 1/18/2018. (Hoffman, S) (Entered: 01/18/2018) |
| 01/17/2018 | 368 | MOTION to Deem Defendant's Fed. R. Civ. P. 36 Statements Admitted by Joseph M. Laurinaitis.Responses due by 2/7/2018 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kyros, Konstantine) (Entered: 01/17/2018) |
| 01/17/2018 | 367 | MOTION for Scott Moriarity to Withdraw as Attorney by Vito Lograsso, Evan Singleton. (Moriarity, Scott) (Entered: 01/17/2018) |
| 12/11/2017 | 366 | RESPONSE re 365 Response, filed by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 12/11/2017) |
| 11/17/2017 | 365 | RESPONSE re 363 Amended Complaint,,,,, *and Request for Guidance as to Further Briefing on Defendants Pending Motions to Dismiss, Motion for Judgment on the Pleadings, and Motion for Sanctions and/or Filing a Motion for Involuntary Dismissal Under Fed. R. Civ. P. 41(b)* filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit 1)(Mueller, Jeffrey) (Entered: 11/17/2017) |
| 11/03/2017 | 364 | *SECOND* ANSWER to Complaint with Affirmative Defenses and Special Defenses with Jury Demand by Thomas Billington, Oreal Perras, James Ware, Robert Windham.(Kyros, Konstantine) (Entered: 11/03/2017) |
| 11/03/2017 | 363 | AMENDED COMPLAINT *Laurinaitis, et al.* against Vincent K. McMahon, World Wrestling Entertainment, Inc, filed by Dave Hebner, James Harris, Gayle Schecter, Salvador Guerrero, IV, Bernard Knighton, Victoria Otis, Mark Jindrak, Angelo Mosca, Mark Canterbury, Judy Hardee, Ferrin Jesse Barr, John Jeter, Ken Johnson, Marty Jannetty, Terry Szopinski, Lou Marconi, Boris Zhukov, David Silva, Michael Enos, James Brunzell, Terry Michael Brunk, Earl Hebner, Marc Copani, Anthony Norris, Joseph M. Laurinaitis, Rod Price, John Nord, Ashley Massaro, Susan Green, Troy Martin, Timothy Smith, Bryan Emmett Clark, Jr, Rick Jones, James Manley, Perry Satullo, Bruce Reed, Charles Wicks, Paul Orndndorff, Omar Mijares, Barry Darsow, Donald Driggers, Chris Pallies, Rodney Begnaud, Ken Patera, Sylvain Grenier, Jonathan Hugger, Sione Havea Vailahi, George Gray, Michael R. Halac, Jon Heidenreich, Larry Oliver, Don Leo Heaton, Tracy Smothers, Bill Eadie, Carlene B. Moore−Begnaud, Bobbi Billard, Ronald Scott Heard, Charles Bernard Scaggs, Bernard Knighton, Kelli Fujiwara Sloan, Carole M Snuka, Barbara Marie Leydig. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Kyros, Konstantine) (Entered: 11/03/2017) |
| 09/29/2017 | 362 | ORDER re: 205 Motion for Judgment on the Pleadings, 262 Motion for Sanctions, 266 Motion to Dismiss, and 269 Motion to Dismiss; ORDER denying as moot 228 Motion |

| | | |
|---|---|---|
| | | for Sanctions and <u>291</u> Motion to Stay; and ORDER denying <u>326</u> Motion to Strike and <u>327</u> Motion to Strike for the reasons stated in the attached ruling on WWE's Motions to Dismiss, for Sanctions, and for Judgment on the Pleadings. Signed by Judge Vanessa L. Bryant on 9/29/2017. (Hoffman, S) (Entered: 09/29/2017) |
| 09/20/2017 | <u>361</u> | RESPONSE re <u>360</u> Response *Reply to WWE's Opposition to Plaintiffs' Request for Judicial Notice* filed by Joseph M. Laurinaitis. (Attachments: # <u>1</u> Exhibit A)(Kyros, Konstantine) (Entered: 09/20/2017) |
| 09/15/2017 | <u>360</u> | RESPONSE re <u>359</u> Notice (Other) *Memorandum of Law in Opposition to Plaintiffs' Motion to Take Judicial Notice* filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit A)(Mueller, Jeffrey) (Entered: 09/15/2017) |
| 09/12/2017 | <u>359</u> | NOTICE by Joseph M. Laurinaitis *of WWE Funded CTE Study* (Attachments: # <u>1</u> Exhibit JAMA CTE Study)(Kyros, Konstantine) (Entered: 09/12/2017) |
| 08/28/2017 | 358 | Minute Entry for proceedings held before Judge Thomas P. Smith: Settlement Conference held on 8/28/2017. Case did not settle. Magistrate Judge has invited both sides to contact him anytime in the future if they believe settlement would be possible. Total Time: 5 hours. (Shafer, J.) (Entered: 08/28/2017) |
| 08/22/2017 | 357 | ORDER denying as moot <u>232</u> Motion to Dismiss and <u>235</u> Motion to Dismiss in light of the Plaintiff's <u>252</u> First Amended Complaint. Signed by Judge Vanessa L. Bryant on 8/22/2017. (Hoffman, S) (Entered: 08/22/2017) |
| 08/22/2017 | 356 | ORDER granting <u>342</u> Motion to Seal. Sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 8/22/2017. (Hoffman, S) (Entered: 08/22/2017) |
| 08/22/2017 | 355 | ORDER granting <u>339</u> Motion to Seal. Sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 8/22/2017. (Hoffman, S) (Entered: 08/22/2017) |
| 08/22/2017 | 354 | ORDER granting <u>329</u> Motion to Seal. Sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 8/22/2017. (Hoffman, S) (Entered: 08/22/2017) |
| 08/16/2017 | 353 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement Conference set for 8/28/2017 at 10:00 AM and, if necessary, 8/29/2017 in Chambers Room 125 − Annex, 450 Main St., Hartford, CT before Judge Thomas P. Smith. Ex parte statements no longer than 3 pages in length, setting forth what discussions they have had with regard to settlement; what demand(s) and counter offers there have been; and views on how to resolve the case are due by 8/23/2017 and shall be submitted via fax to 860−240−3211. Ex parte statements should address settlement, not a recitation of the history of the litigation. Counsel in attendance must be empowered with decision−making authority. (Shafer, J.) (Entered: 08/16/2017) |
| 05/30/2017 | <u>352</u> | Joint NOTICE by Vincent K. McMahon, World Wrestling Entertainment, Inc re 348 Order,, *of Compliance* (Tropp, Jonathan) (Entered: 05/30/2017) |
| 05/17/2017 | <u>351</u> | RESPONSE re <u>350</u> Memorandum in Opposition to Motion,,,, filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 05/17/2017) |
| 05/17/2017 | <u>350</u> | Memorandum in Opposition re <u>262</u> MOTION for Sanctions *Regarding the First Amended Complaint* filed by Ferrin Jesse Barr, Rodney Begnaud, Bobbi Billard, Terry Michael Brunk, James Brunzell, Mark Canterbury, Bryan Emmett Clark, Jr, Marc Copani, Barry Darsow, Donald Driggers, Bill Eadie, Michael Enos, George Gray, Susan Green, Sylvain Grenier, Chavo Guerrero, Sr, Salvador Guerrero, IV, Michael R. Halac, Judy Hardee, James Harris, Ronald Scott Heard, Don Leo Heaton, Dave Hebner, Earl Hebner, Jon Heidenreich, Jonathan Hugger, Marty Jannetty, Mark Jindrak, Ken Johnson, Rick Jones, Bernard Knighton, Joseph M. Laurinaitis, James Manley, Lou Marconi, Troy Martin, Omar Mijares, Carlene B. Moore−Begnaud, Angelo Mosca, John Nord, Anthony Norris, Larry Oliver, Paul Orndndorff, Victoria Otis, Chris Pallies, Ken Patera, Rod Price, Bruce Reed, Timothy Smith, Tracy Smothers, Jimmy Snuka, Terry Szopinski, Sione Havea Vailahi, Boris Zhukov. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Notice of Manual Filing − Unredacted Sur−Reply Brief, # 2 Exhibit A − Redacted Sur−Reply Brief, # 3 Exhibit B − Bagwell v. WWE Ruling)(Leydon, Brenden) (Entered: 05/17/2017) |
| 05/12/2017 | 349 | REPLY to Response to 330 MOTION for Summary Judgment filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit A)(Mueller, Jeffrey) (Entered: 05/12/2017) |
| 05/09/2017 | 348 | ORDER: Counsel are ordered to meet with all of their respective clients and discuss possible settlement of these cases, including reasonable offers and demands. Counsel are further ordered to meet and confer with one another and inform this Court within 21 days of the date of this order of the dates in June, July and August of 2017 on which all counsel, parties, and others necessary to commit to a full and final settlement of these matters are available to devote an entire day to settlement discussions with Judge Thomas Smith. Signed by Judge Vanessa L. Bryant on 5/9/2017. (Hoffman, S) (Entered: 05/09/2017) |
| 04/28/2017 | 347 | Statement of Material Facts re 343 SEALED MOTION Memorandum in Opposition to Motion for Summary Judgment by World Wrestling Entertainment, Inc. filed by Vito Lograsso, Evan Singleton. (Attachments: # 1 Table of Contents, # 2 Declaration of Michael J. Flannery, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49)(Flannery, Michael) (Entered: 04/28/2017) |
| 04/28/2017 | 346 | Sealed Document: Corrected Local Rule 56(a)(2) Statement and Confidential Exhibits by Vito Lograsso, Evan Singleton . (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 12, # 10 Exhibit 13, # 11 Exhibit 14, # 12 Exhibit 15, # 13 Exhibit 17, # 14 Exhibit 18, # 15 Exhibit 19, # 16 Exhibit 32, # 17 Exhibit 34, # 18 Exhibit 37, # 19 Exhibit 38, # 20 Exhibit 39, # 21 Exhibit 40, # 22 Exhibit 41, # 23 Exhibit 42, # 24 Exhibit 43, # 25 Exhibit 44, # 26 Exhibit 45, # 27 Exhibit 49)(Flannery, Michael) (Entered: 04/28/2017) |
| 04/28/2017 | 345 | Sealed Document: Local Rule 56(a)(2) Statement and Confidential Exhibits by Vito Lograsso, Evan Singleton . (Flannery, Michael) (Entered: 04/28/2017) |
| 04/28/2017 | 344 | Memorandum in Opposition re 330 MOTION for Summary Judgment filed by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 04/28/2017) |
| 04/28/2017 | 343 | SEALED MOTION Memorandum in Opposition to Motion for Summary Judgment by World Wrestling Entertainment, Inc. by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 04/28/2017) |
| 04/28/2017 | 342 | MOTION to Seal Memorandum in Opposition to Motion for Summary Judgment, Local Rule 56(a)(2) Statement, and Exhibits by Vito Lograsso, Evan Singleton. (Attachments: # 1 Declaration of Michael J. Flannery)(Flannery, Michael) (Entered: 04/28/2017) |
| 04/27/2017 | 341 | Sealed Document: Defendants' Unredacted Consolidated Memorandum of Law in Opposition to Plaintiffs' Motions to Strike or Exclude Exhibits Attached to Motions to Dismiss and for Sanctions by Vincent K. McMahon, World Wrestling Entertainment, Inc re 340 Memorandum in Opposition to Motion, . (Mueller, Jeffrey) (Entered: 04/27/2017) |
| 04/27/2017 | 340 | Memorandum in Opposition re 327 MOTION to Strike 262 MOTION for Sanctions *Regarding the First Amended Complaint 's Exhibits*, 326 MOTION to Strike 266 MOTION to Dismiss *Plaintiffs' First Amended Complaint 's Exhibits* filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mueller, Jeffrey) (Entered: 04/27/2017) |

| 04/27/2017 | <u>339</u> | MOTION to Seal An Unredacted Version of Defendants' Consolidated Memorandum of Law in Opposition to Plaintiffs' Motions to Strike or Exclude Exhibits Attached to Motions to Dismiss and for Sanctions by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 04/27/2017) |
|---|---|---|
| 04/17/2017 | 337 | Docket Entry Correction re <u>330</u> MOTION for Summary Judgment response is due within 14 days. (Fernandez, C.) (Entered: 04/17/2017) |
| 04/14/2017 | <u>338</u> | EXHIBIT/Appendix Tab 1 by World Wrestling Entertainment, Inc re <u>332</u> Statement of Material Facts. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47, # <u>48</u> Exhibit 48, # <u>49</u> Exhibit 49, # <u>50</u> Exhibit 50, # <u>51</u> Exhibit 51, # <u>52</u> Exhibit 52, # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58, # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61, # <u>62</u> Exhibit 62, # <u>63</u> Exhibit 63, # <u>64</u> Exhibit 64, # <u>65</u> Exhibit 65, # <u>66</u> Exhibit 66, # <u>67</u> Exhibit 67, # <u>68</u> Exhibit 68, # <u>69</u> Exhibit 69, # <u>70</u> Exhibit 70, # <u>71</u> Exhibit 71, # <u>72</u> Exhibit 72, # <u>73</u> Exhibit 73, # <u>74</u> Exhibit 74, # <u>75</u> Exhibit 75, # <u>76</u> Exhibit 76, # <u>77</u> Exhibit 77, # <u>78</u> Exhibit 78, # <u>79</u> Exhibit 79, # <u>80</u> Exhibit 80, # <u>81</u> Exhibit 81, # <u>82</u> Exhibit 82, # <u>83</u> Exhibit 83, # <u>84</u> Exhibit 84, # <u>85</u> Exhibit 85, # <u>86</u> Exhibit 86, # <u>87</u> Exhibit 87, # <u>88</u> Exhibit 88, # <u>89</u> Exhibit 89, # <u>90</u> Exhibit 90, # <u>91</u> Exhibit 91, # <u>92</u> Exhibit 92, # <u>93</u> Exhibit 93, # <u>94</u> Exhibit 94, # <u>95</u> Exhibit 95, # <u>96</u> Exhibit 96, # <u>97</u> Exhibit 97, # <u>98</u> Exhibit 98, # <u>99</u> Exhibit 99, # <u>100</u> Exhibit 100, # <u>101</u> Exhibit 101, # <u>102</u> Exhibit 102, # <u>103</u> Exhibit 103) (Shafer, J.) (Entered: 04/20/2017) |
| 04/14/2017 | <u>336</u> | REPLY to Response to <u>235</u> MOTION to Dismiss *Counts III, XVI, and XVII of Plaintiffs' Complaint* filed by Vincent K. McMahon. (Mueller, Jeffrey) (Entered: 04/14/2017) |
| 04/14/2017 | <u>335</u> | REPLY to Response to <u>232</u> MOTION to Dismiss *Plaintiffs' Complaint* filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit A)(Mueller, Jeffrey) (Entered: 04/14/2017) |
| 04/14/2017 | <u>334</u> | REPLY to Response to <u>262</u> MOTION for Sanctions *Regarding the First Amended Complaint* filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F)(Mueller, Jeffrey) (Entered: 04/14/2017) |
| 04/14/2017 | <u>333</u> | Sealed Document: Unredacted Versions of Local Rule 56(a)(1) Statement and Appendix Tabs 2, 4–8, 10, 13–14, 20, 34, 36–40, 43, 45–47, 50, 52–61, 66–70, 72–76, and 78–79 to Local Rule 56(a)(1) Statement by World Wrestling Entertainment, Inc . (Attachments: # <u>1</u> Tab 2, # <u>2</u> Tab 4, # <u>3</u> Tab 5, # <u>4</u> Tab 6, # <u>5</u> Tab 7, # <u>6</u> Tab 8, # <u>7</u> Tab 10, # <u>8</u> Tab 13, # <u>9</u> Tab 14, # <u>10</u> Tab 20, # <u>11</u> Tab 34, # <u>12</u> Tab 36, # <u>13</u> Tab 37, # <u>14</u> Tab 38, # <u>15</u> Tab 39, # <u>16</u> Tab 40, # <u>17</u> Tab 43, # <u>18</u> Tab 45, # <u>19</u> Tab 46, # <u>20</u> Tab 47, # <u>21</u> Tab 50, # <u>22</u> Tab 52, # <u>23</u> Tab 53, # <u>24</u> Tab 54, # <u>25</u> Tab 55, # <u>26</u> Tab 56, # <u>27</u> Tab 57, # <u>28</u> Tab 58, # <u>29</u> Tab 59, # <u>30</u> Tab 60, # <u>31</u> Tab 61, # <u>32</u> Tab 66, # <u>33</u> Tab 67, # <u>34</u> Tab 68, # <u>35</u> Tab 69, # <u>36</u> Tab 70, # <u>37</u> Tab 72, # <u>38</u> Tab 73, # <u>39</u> Tab 74, # <u>40</u> Tab 75, # <u>41</u> Tab 76, # <u>42</u> Tab 78, # <u>43</u> Tab 79)(Mueller, Jeffrey) (Entered: 04/14/2017) |
| 04/14/2017 | <u>332</u> | Statement of Material Facts re <u>330</u> MOTION for Summary Judgment filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Tab 1, # <u>3</u> Tab 2, # <u>4</u> Tab 3, # <u>5</u> Tab 4, # <u>6</u> Tab 5, # <u>7</u> Tab 6, # <u>8</u> Tab 7, # <u>9</u> Tab 8, # <u>10</u> Tab 9, # <u>11</u> Tab 10, # <u>12</u> Tab 11, # <u>13</u> Tab 12, # <u>14</u> Tab 13, # <u>15</u> Tab 14, # <u>16</u> Tab 15, # <u>17</u> Tab 16, # <u>18</u> Tab 17, # <u>19</u> Tab 18, # <u>20</u> Tab 19, # <u>21</u> Tab 20, # <u>22</u> Tab 21, # <u>23</u> Tab 22, # <u>24</u> Tab 23, # <u>25</u> Tab 24, # <u>26</u> Tab 25, # <u>27</u> Tab 26, # <u>28</u> Tab 27, # <u>29</u> Tab 28, # <u>30</u> Tab 29, # <u>31</u> Tab 30, # <u>32</u> Tab 31, # <u>33</u> Tab 32, # <u>34</u> Tab 33, # <u>35</u> Tab 34, # <u>36</u> Tab 35, # <u>37</u> Tab 36, # <u>38</u> Tab 37, # <u>39</u> Tab 38, # <u>40</u> Tab 39, # <u>41</u> Tab 40, # <u>42</u> Tab 41, # <u>43</u> Tab 42, # <u>44</u> Tab 43, # <u>45</u> Tab 44, # <u>46</u> Tab 45, # <u>47</u> Tab 46, # <u>48</u> Tab 47, # <u>49</u> Tab 48, # <u>50</u> Tab 49, # <u>51</u> Tab 50, # <u>52</u> Tab 51, # <u>53</u> Tab 52, # <u>54</u> Tab 53, # <u>55</u> Tab 54, # <u>56</u> Tab 55, # <u>57</u> Tab 56, # <u>58</u> Tab 57, # <u>59</u> Tab 58, # <u>60</u> Tab 59, # <u>61</u> Tab 60, # <u>62</u> Tab 61, # <u>63</u> |

| | | |
|---|---|---|
| | | Tab 62, # 64 Tab 63, # 65 Tab 64, # 66 Tab 65, # 67 Tab 66, # 68 Tab 67, # 69 Tab 68, # 70 Tab 69, # 71 Tab 70, # 72 Tab 71, # 73 Tab 72, # 74 Tab 73, # 75 Tab 74, # 76 Tab 75, # 77 Tab 76, # 78 Tab 77, # 79 Tab 78, # 80 Tab 79, # 81 Tab 80, # 82 Tab 81)(Mueller, Jeffrey) (Entered: 04/14/2017) |
| 04/14/2017 | 331 | Sealed Document: Unredacted Memorandum of Law in Support of Motion for Summary Judgment by World Wrestling Entertainment, Inc . (Mueller, Jeffrey) (Entered: 04/14/2017) |
| 04/14/2017 | 330 | MOTION for Summary Judgment by World Wrestling Entertainment, Inc.Response due within 14 days (Attachments: # 1 Memorandum in Support)(Mueller, Jeffrey) Modified on 04/17/17 to correct response deadline (Fernandez, C.). (Entered: 04/14/2017) |
| 04/14/2017 | 329 | MOTION to Seal Unredacted Versions of Memorandum of Law in Support of Motion for Summary Judgment, Local Rule 56(a)(1) Statement, and Appendix Tabs 2, 4−8, 10, 13−14, 20, 34, 36−61, 66−70, 72−76, and 78−79 to Local Rule 56(a)(1) Statement by World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit)(Mueller, Jeffrey) (Entered: 04/14/2017) |
| 04/06/2017 | 328 | ORDER granting 325 Motion for Leave to File Excess Pages. Signed by Judge Vanessa L. Bryant on 4/6/2017. (Hoffman, S) (Entered: 04/06/2017) |
| 04/06/2017 | 327 | MOTION to Strike 262 MOTION for Sanctions *Regarding the First Amended Complaint 's Exhibits* by Joseph M. Laurinaitis.Responses due by 4/27/2017 (Attachments: # 1 Memorandum in Support)(Kyros, Konstantine) (Entered: 04/06/2017) |
| 04/06/2017 | 326 | MOTION to Strike 266 MOTION to Dismiss *Plaintiffs' First Amended Complaint 's Exhibits* by Joseph M. Laurinaitis.Responses due by 4/27/2017 (Attachments: # 1 Memorandum in Support)(Kyros, Konstantine) (Entered: 04/06/2017) |
| 04/05/2017 | 325 | Consent MOTION for Leave to File Excess Pages *for Reply Brief in Support of Motion to Dismiss* by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 04/05/2017) |
| 04/04/2017 | 324 | ORDER denying 275 Motion to Compel; denying 276 Motion to Unseal Document. See attached. Signed by Judge Vanessa L. Bryant on 4/4/2017. (Hoffman, S) (Entered: 04/04/2017) |
| 04/04/2017 | 323 | ORDER granting 231 Motion to Seal. Signed by Judge Vanessa L. Bryant on 04/04/17. (Fernandez, C.) (Entered: 04/04/2017) |
| 04/04/2017 | 322 | ORDER granting 227 Motion to Seal. Pursuant to Local Rule 5(e)(3), the Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 4/4/2017. (Hoffman, S) (Entered: 04/04/2017) |
| 04/04/2017 | 321 | ORDER granting 261 Motion to Seal. Pursuant to Local Rule 5(e)(3), the Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 4/4/2017. (Hoffman, S) (Entered: 04/04/2017) |
| 04/04/2017 | 320 | ORDER granting 265 Motion to Seal. Pursuant to Local Rule 5(e)(3), the Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 4/4/2017. (Hoffman, S) (Entered: 04/04/2017) |
| 04/04/2017 | 319 | ORDER granting 277 Motion to Seal. Pursuant to Local Rule 5(e)(3), the Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 4/4/2017. (Hoffman, S) (Entered: 04/04/2017) |
| 04/04/2017 | 318 | ORDER granting 278 Motion for Leave to File. Signed by Judge Vanessa L. Bryant on 4/4/17. (Bryant, Vanessa) (Entered: 04/04/2017) |
| 03/31/2017 | 317 | ORDER granting 206 Motion to Withdraw Admissions. See attached ruling, 7 pages. Signed by Judge Robert A. Richardson on 3/31/2017. (Fries, J.) (Entered: 03/31/2017) |

| | | |
|---|---|---|
| 03/29/2017 | <u>316</u> | TRANSCRIPT of Proceedings: Type of Hearing: Oral Argument. Held on March 2, 2017 before Judge R. Richardson. Court Reporter: I. Sanchez−Farnham. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/19/2017. Redacted Transcript Deadline set for 4/29/2017. Release of Transcript Restriction set for 6/27/2017. (Sanchez, I.) (Entered: 03/29/2017) |
| 03/24/2017 | 315 | ORDER granting <u>207</u> Motion to Seal; granting <u>209</u> Motion to Seal. Pursuant to Local Rule 5(e)(3), the Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 3/24/2017. (Hoffman, S) (Entered: 03/24/2017) |
| 03/24/2017 | <u>314</u> | ORDER denying without prejudice <u>188</u> Motion for Summary Judgment. See attached for memorandum of decision. Signed by Judge Vanessa L. Bryant on 3/24/2017. (Hoffman, S) (Entered: 03/24/2017) |
| 03/24/2017 | 313 | ORDER granting <u>303</u> Motion for Leave to File Excess Pages. Signed by Judge Vanessa L. Bryant on 3/24/2017. (Hoffman, S) (Entered: 03/24/2017) |
| 03/24/2017 | 312 | ORDER granting <u>309</u> Motion for Extension of Time. Signed by Judge Vanessa L. Bryant on 3/24/2017. (Hoffman, S) (Entered: 03/24/2017) |
| 03/23/2017 | <u>311</u> | TRANSCRIPT of Proceedings: Type of Hearing: Status Conference. Held on January 24, 2017 before Judge R. Richardson. Court Reporter: K. Telhiard. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/13/2017. Redacted Transcript Deadline set for 4/23/2017. Release of Transcript Restriction set for 6/21/2017. (Sanchez, I.) (Entered: 03/23/2017) |
| 03/23/2017 | <u>310</u> | TRANSCRIPT of Proceedings: Type of Hearing: Oral Argument. Held on March 9, 2017 before Judge R. Richardson. Court Reporter: I. Sanchez−Farnham. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/13/2017. Redacted Transcript Deadline set for 4/23/2017. Release of Transcript Restriction set for 6/21/2017. (Sanchez, I.) (Entered: 03/23/2017) |
| 03/23/2017 | <u>309</u> | Consent MOTION for Extension of Time until April 14, 2017 to File Reply Briefs in Support of WWE's Motion to Dismiss, Vincent McMahon's Motion to Dismiss, and Defendants' Motion for Sanctions Regarding the First Amended Complaint by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 03/23/2017) |

| 03/20/2017 | 308 | ORDER granting 187 Motion to Seal; granting 190 Motion to Seal. Pursuant to Local Rule 5(e)(3), the Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Signed by Judge Vanessa L. Bryant on 3/20/2017. (Hoffman, S) (Entered: 03/20/2017) |
|---|---|---|
| 03/19/2017 | 307 | RESPONSE re 303 MOTION for Leave to File Excess Pages filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit A)(Mueller, Jeffrey) (Entered: 03/19/2017) |
| 03/17/2017 | 306 | Memorandum in Opposition re 262 MOTION for Sanctions *Regarding the First Amended Complaint* filed by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 03/17/2017) |
| 03/17/2017 | 305 | Memorandum in Opposition re 266 MOTION to Dismiss *Plaintiffs' First Amended Complaint* filed by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 03/17/2017) |
| 03/17/2017 | 304 | Memorandum in Opposition re 269 MOTION to Dismiss *Counts II, XVIII, and XIX of Plaintiffs' First Amended Complaint* filed by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 03/17/2017) |
| 03/17/2017 | 303 | MOTION for Leave to File Excess Pages by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 03/17/2017) |
| 03/15/2017 | 302 | ORDER granting 300 Motion to Withdraw as Attorney. Attorney B. John Casey and Paul R. Genender terminated. Signed by Judge Vanessa L. Bryant on 3/15/2017. (Hoffman, S) (Entered: 03/15/2017) |
| 03/15/2017 | 301 | ORDER granting 299 Motion for Extension of Time. Signed by Judge Vanessa L. Bryant on 3/15/2017. (Hoffman, S) (Entered: 03/15/2017) |
| 03/14/2017 | 300 | MOTION for B. John Casey and Paul R. Genender to Withdraw as Attorney by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 03/14/2017) |
| 03/13/2017 | 299 | MOTION for Extension of Time until March 17, 2017 to File Opposition to Motions to Dismiss & for Rule 11 Sanctions Concerning both WWE and Vincent K. McMahon, et al. by Ferrin Jesse Barr, Rodney Begnaud, Bobbi Billard, Terry Michael Brunk, James Brunzell, Mark Canterbury, Bryan Emmett Clark, Jr, Marc Copani, Barry Darsow, Donald Driggers, Bill Eadie, Michael Enos, George Gray, Susan Green, Sylvain Grenier, Chavo Guerrero, Sr, Salvador Guerrero, IV, Michael R. Halac, Judy Hardee, James Harris, Ronald Scott Heard, Don Leo Heaton, Dave Hebner, Earl Hebner, Jon Heidenreich, Jonathan Hugger, Marty Jannetty, Mark Jindrak, Ken Johnson, Rick Jones, Bernard Knighton, Joseph M. Laurinaitis, James Manley, Lou Marconi, Troy Martin, Omar Mijares, Carlene B. Moore−Begnaud, Angelo Mosca, John Nord, Anthony Norris, Larry Oliver, Paul Orndorff, Victoria Otis, Chris Pallies, Ken Patera, Rod Price, Bruce Reed, Timothy Smith, Tracy Smothers, Jimmy Snuka, Terry Szopinski, Sione Havea Vailahi, Boris Zhukov. (Attachments: # 1 Exhibit A)(Leydon, Brenden) (Entered: 03/13/2017) |
| 03/09/2017 | 298 | Minute Entry. Proceedings held before Judge Robert A. Richardson: taking under advisement 228 Motion for Sanctions; Motion Hearing held on 3/9/2017 re 228 MOTION for Sanctions filed by World Wrestling Entertainment, Inc; Total Time: 5 hours and 20 minutes(Court Reporter Falzarano Reporters.) (Blue, A.) (Entered: 03/10/2017) |
| 03/08/2017 | 297 | REPLY to Response to 291 MOTION to Stay *Discovery in the Laurinaitis Action* filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Mueller, Jeffrey) (Entered: 03/08/2017) |
| 03/02/2017 | 296 | ORDER Setting Hearing on 228 Motion for Sanctions: Hearing set for 3/9/2017 at 1:00 PM in South Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. Signed by Judge Robert A. Richardson on 3/2/2016. (Fries, J.) (Entered: 03/02/2017) |
| 03/02/2017 | 295 | Minute Entry. Proceedings held before Judge Robert A. Richardson: taking under advisement 228 Motion for Sanctions; taking under advisement 198 Motion for Sanctions; taking under advisement 206 Motion to Withdraw ; Motion Hearing held on 3/2/2017 re 198 MOTION for Sanctions filed by World Wrestling Entertainment, Inc, |

| | | |
|---|---|---|
| | | 206 MOTION to Withdraw *Admissions* filed by Vito Lograsso, Evan Singleton, 228 MOTION for Sanctions filed by World Wrestling Entertainment, Inc. Total Time: 4 hours and 40 minutes(Court Reporter Falzarano Reporters.) (Blue, A.) (Entered: 03/02/2017) |
| 02/28/2017 | 294 | SECOND AMENDED NOTICE of Hearing on Motion re: 228 MOTION for Sanctions , 198 MOTION for Sanctions , 206 MOTION to Withdraw *Admissions*. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 3/2/2017 @ 10:30 AM in South Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson.(Blue, A.) (Entered: 02/28/2017) |
| 02/28/2017 | 293 | AMENDED NOTICE of Hearing on Motion re: 228 MOTION for Sanctions , 198 MOTION for Sanctions , 206 MOTION to Withdraw *Admissions*. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 2/2/2017 @ 10:30 AM in South Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson.(Blue, A.) (Entered: 02/28/2017) |
| 02/22/2017 | 292 | Memorandum in Opposition re 291 MOTION to Stay *Discovery in the Laurinaitis Action* filed by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 02/22/2017) |
| 02/01/2017 | 291 | MOTION to Stay *Discovery in the Laurinaitis Action* by Vincent K. McMahon, World Wrestling Entertainment, Inc.Responses due by 2/22/2017 (Attachments: # 1 Memorandum in Support)(Mueller, Jeffrey) (Entered: 02/01/2017) |
| 02/01/2017 | 290 | REPORT of Rule 26(f) Planning Meeting. (Mueller, Jeffrey) (Entered: 02/01/2017) |
| 01/27/2017 | 289 | REPLY to Response to 277 MOTION to Seal Exhibits to Motion for Leave to File Additional Exhibits in Support of Defendants' Motion to Dismiss filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mueller, Jeffrey) (Entered: 01/27/2017) |
| 01/27/2017 | 288 | Memorandum in Opposition re 276 MOTION to Unseal Document *Depositions of Paul Levesque, Stephanie McMahon, and Vincent K. McMahon* filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit A)(Mueller, Jeffrey) (Entered: 01/27/2017) |
| 01/27/2017 | 287 | Memorandum in Opposition re 275 MOTION to Compel *Compliance with the Court's October 20 Redaction Order* filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mueller, Jeffrey) (Entered: 01/27/2017) |
| 01/25/2017 | 286 | NOTICE of Hearing on Motion re: 228 MOTION for Sanctions , 198 MOTION for Sanctions , 206 MOTION to Withdraw *Admissions*. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Motion Hearing set for 3/2/2017 @ 1:00 PM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson,<br>Signed by Judge Robert A. Richardson on 1/25/17.(Blue, A.) (Entered: 01/26/2017) |
| 01/25/2017 | 285 | ORDER Setting Hearing on 228 Motion for Sanctions and 198 Motion for Sanctions: Motion Hearing set for 3/2/2017 at 1:00 PM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. Signed by Judge Robert A. Richardson on 1/25/2017. (Fries, J.) (Entered: 01/25/2017) |
| 01/25/2017 | 284 | ORDER Setting Hearing on 206 Motion to Withdraw Admissions: Motion Hearing set for 3/2/2017 at 10:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. Signed by Judge Robert A. Richardson on 1/25/2017. (Fries, J.) (Entered: 01/25/2017) |
| 01/25/2017 | | Set Deadlines/Hearings: Rule 26 Meeting Report due by 2/1/2017. (Fries, J.) (Entered: 01/25/2017) |
| 01/25/2017 | 283 | ORDER: Consistent with the remarks made in open court during the status conference on 1/24/2017, the Court has determined that the stay of discovery in the consolidated cases is not applicable to the Laurinaitis action. The stay was granted before the |

| | | |
|---|---|---|
| | | Laurinaitis action became a part of the consolidated action and the plaintiffs in Laurinaitis had no meaningful opportunity to be heard on the stay. Therefore, the parties are ordered to file a Rule 26(f) report by 2/1/2017. In light of this ruling, 222 Plaintiff's Motion for order regarding 26(f) report is denied as moot. Signed by Judge Robert A. Richardson on 1/25/2017. (Fries, J.) (Entered: 01/25/2017) |
| 01/24/2017 | 282 | Minute Entry for proceedings held before Judge Robert A. Richardson: Status Conference held on 1/24/2017. Total Time: 50 minutes. (Court Reporter Falzarano Court Reporters.) (Fries, J.) (Entered: 01/25/2017) |
| 01/20/2017 | 281 | REPLY to Response to 228 MOTION for Sanctions filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Table of Contents of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Mueller, Jeffrey) (Entered: 01/20/2017) |
| 01/13/2017 | 280 | Memorandum in Opposition re 277 MOTION to Seal Exhibits to Motion for Leave to File Additional Exhibits in Support of Defendants' Motion to Dismiss filed by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 01/13/2017) |
| 01/11/2017 | 279 | Sealed Document: Exhibits to Motion for Leave to File Additional Exhibits in Support of Defendants' Motion to Dismiss by Vincent K. McMahon, World Wrestling Entertainment, Inc re 278 MOTION for Leave to File *Additional Exhibits in Support of Defendants' Motion to Dismiss*, 277 MOTION to Seal Exhibits to Motion for Leave to File Additional Exhibits in Support of Defendants' Motion to Dismiss . (Attachments: # 1 Exhibit 27, # 2 Exhibit 28, # 3 Exhibit 29, # 4 Exhibit 30, # 5 Exhibit 31, # 6 Exhibit 32)(Mueller, Jeffrey) (Entered: 01/11/2017) |
| 01/11/2017 | 278 | MOTION for Leave to File *Additional Exhibits in Support of Defendants' Motion to Dismiss* by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit 27, # 2 Exhibit 28, # 3 Exhibit 29, # 4 Exhibit 30, # 5 Exhibit 31, # 6 Exhibit 32)(Mueller, Jeffrey) (Entered: 01/11/2017) |
| 01/11/2017 | 277 | MOTION to Seal Exhibits to Motion for Leave to File Additional Exhibits in Support of Defendants' Motion to Dismiss by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit)(Mueller, Jeffrey) (Entered: 01/11/2017) |
| 01/10/2017 | 276 | MOTION to Unseal Document *Depositions of Paul Levesque, Stephanie McMahon, and Vincent K. McMahon* by Joseph M. Laurinaitis. (Attachments: # 1 Memorandum in Support)(Kyros, Konstantine) (Entered: 01/10/2017) |
| 01/10/2017 | 275 | MOTION to Compel *Compliance with the Court's October 20 Redaction Order* by Joseph M. Laurinaitis.Responses due by 1/31/2017 (Attachments: # 1 Memorandum in Support)(Kyros, Konstantine) (Entered: 01/10/2017) |
| 01/06/2017 | 274 | ORDER granting 273 Motion for Extension of Time. Signed by Judge Vanessa L. Bryant on 01/06/17. (Fernandez, C.) (Entered: 01/06/2017) |
| 01/05/2017 | 273 | First MOTION for Extension of Time until March 15, 2017 *to Respond to* WWE's and Mr. McMahon's Motion for Sanctions and Motions to Dismiss by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 01/05/2017) |
| 12/27/2016 | 272 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 1/12/2017.* Status Conference is set for 1/24/2017 at 10:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. (Fries, J.) (Entered: 12/27/2016) |
| 12/27/2016 | | Set Deadlines/Hearings: Status Conference is rescheduled for 1/24/2017 at 10:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. (Fries, J.) (Entered: 12/27/2016) |
| 12/27/2016 | 271 | ORDER: Due to a change in the court's schedule the status conference scheduled for 1/12/2017 is rescheduled for 1/24/2017 at 10:30 AM. Please note the change. Signed by Judge Robert A. Richardson on 12/27/2016. (Fries, J.) (Entered: 12/27/2016) |

| 12/23/2016 | 270 | Memorandum in Support re 269 MOTION to Dismiss *Counts II, XVIII, and XIX of Plaintiffs' First Amended Complaint* filed by Vincent K. McMahon. (Mueller, Jeffrey) (Entered: 12/23/2016) |
|---|---|---|
| 12/23/2016 | 269 | MOTION to Dismiss *Counts II, XVIII, and XIX of Plaintiffs' First Amended Complaint* by Vincent K. McMahon.Responses due by 1/13/2017 (Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 268 | Sealed Document: Exhibits 7−26 to Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint by World Wrestling Entertainment, Inc re 265 MOTION to Seal Exhibits 7−26 to Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint, 267 Memorandum in Support of Motion,, . (Attachments: # 1 Exhibit 7, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 14, # 9 Exhibit 15, # 10 Exhibit 16, # 11 Exhibit 17, # 12 Exhibit 18, # 13 Exhibit 19, # 14 Exhibit 20, # 15 Exhibit 21, # 16 Exhibit 22, # 17 Exhibit 23, # 18 Exhibit 24, # 19 Exhibit 25, # 20 Exhibit 26)(Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 267 | Memorandum in Support re 266 MOTION to Dismiss *Plaintiffs' First Amended Complaint* filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Table of Contents of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26)(Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 266 | MOTION to Dismiss *Plaintiffs' First Amended Complaint* by World Wrestling Entertainment, Inc.Responses due by 1/13/2017 (Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 265 | MOTION to Seal Exhibits 7−26 to Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint by World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit)(Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 264 | Sealed Document: Exhibits 5, 36−55, and 74−76 to Memorandum of Law in Support of Defendants' Motion for Sanctions Regarding the First Amended Complaint by Vincent K. McMahon, World Wrestling Entertainment, Inc re 263 Memorandum in Support of Motion,,,,,,, 261 MOTION to Seal Exhibits 5, 36−55, and 74−76 to Memorandum of Law in Support of Defendants' Motion for Sanctions Regarding the First Amended Complaint . (Attachments: # 1 Exhibit 5, # 2 Exhibit 36, # 3 Exhibit 37, # 4 Exhibit 38, # 5 Exhibit 39, # 6 Exhibit 40, # 7 Exhibit 41, # 8 Exhibit 42, # 9 Exhibit 43, # 10 Exhibit 44, # 11 Exhibit 45, # 12 Exhibit 46, # 13 Exhibit 47, # 14 Exhibit 48, # 15 Exhibit 49, # 16 Exhibit 50, # 17 Exhibit 51, # 18 Exhibit 52, # 19 Exhibit 53, # 20 Exhibit 54, # 21 Exhibit 55, # 22 Exhibit 74, # 23 Exhibit 75, # 24 Exhibit 76)(Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 263 | Memorandum in Support re 262 MOTION for Sanctions *Regarding the First Amended Complaint* filed by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Table of Contents of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 Exhibit 67, # 69 Exhibit 68, # 70 Exhibit 69, # 71 Exhibit 70, # 72 Exhibit 71, # 73 Exhibit 72, # 74 Exhibit 73, # 75 Exhibit 74, # 76 Exhibit 75, # 77 Exhibit 76, # 78 Exhibit 77, # 79 Exhibit 78, # 80 |

| | | |
|---|---|---|
| | | Exhibit 79, # 81 Exhibit 80, # 82 Exhibit 81, # 83 Exhibit 82)(Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 262 | MOTION for Sanctions *Regarding the First Amended Complaint* by Vincent K. McMahon, World Wrestling Entertainment, Inc.Responses due by 1/13/2017 (Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/23/2016 | 261 | MOTION to Seal Exhibits 5, 36−55, and 74−76 to Memorandum of Law in Support of Defendants' Motion for Sanctions Regarding the First Amended Complaint by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit)(Mueller, Jeffrey) (Entered: 12/23/2016) |
| 12/20/2016 | 260 | ORDER granting 259 Motion for Leave to File Excess Pages. Signed by Judge Vanessa L. Bryant on 12/20/2016. (Hoffman, S) (Entered: 12/20/2016) |
| 12/19/2016 | 259 | MOTION for Leave to File Excess Pages *for Memorandum of Law in Support of Motion to Dismiss the First Amended Complaint* by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 12/19/2016) |
| 12/07/2016 | 258 | Memorandum in Opposition re 228 MOTION for Sanctions filed by Joseph M. Laurinaitis. (Attachments: # 1 Affidavit Erica C. Mirabella, # 2 Exhibit A)(Kyros, Konstantine) (Entered: 12/07/2016) |
| 11/28/2016 | 257 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 1/12/2017 at 10:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. (Fries, J.) (Entered: 11/28/2016) |
| 11/28/2016 | | Set Deadlines/Hearings: Status Conference is set for 1/12/2017 at 10:30 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. (Fries, J.) (Entered: 11/28/2016) |
| 11/28/2016 | 256 | ORDER granting 221 Motion for a status conference. A status conference is scheduled for 1/12/2017 at 10:30 AM in the West Courtroom, 450 Main St., Hartford, CT before Judge Richardson. Signed by Judge Robert A. Richardson on 11/28/2016. (Fries, J.) (Entered: 11/28/2016) |
| 11/21/2016 | | Answer deadline updated for World Wrestling Entertainment, Inc to 12/23/16 per order 255 . (Fernandez, C.) (Entered: 11/23/2016) |
| 11/21/2016 | 255 | ORDER granting 254 Motion for Extension of Time. Signed by Judge Vanessa L. Bryant on 11/21/2016. (Hoffman, S) (Entered: 11/21/2016) |
| 11/18/2016 | 254 | Consent MOTION for Extension of Time until December 23, 2016 To Respond to Plaintiffs' First Amended Complaint by Vincent K. McMahon, World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 11/18/2016) |
| 11/10/2016 | 253 | ORDER (1) denying 80 Motion for Sanctions; (2) granting 103 Motion to Dismiss; and (3) granting 104 Motion to Dismiss. The Frazier (3:15−cv−1229) and James (3:15−cv−1305) actions are hereby dismissed. See attached memorandum of opinion. Signed by Judge Vanessa L. Bryant on 11/10/2016. (Hoffman, S) (Entered: 11/10/2016) |
| 11/09/2016 | 252 | AMENDED COMPLAINT against Vincent K. McMahon, World Wrestling Entertainment, Inc, filed by Dave Hebner, James Harris, Salvador Guerrero, IV, Bernard Knighton, Victoria Otis, Mark Jindrak, Angelo Mosca, Mark Canterbury, Judy Hardee, Ferrin Jesse Barr, Ken Johnson, Marty Jannetty, Terry Szopinski, Lou Marconi, Boris Zhukov, Michael Enos, James Brunzell, Terry Michael Brunk, Earl Hebner, Marc Copani, Anthony Norris, Joseph M. Laurinaitis, Rod Price, John Nord, Susan Green, Troy Martin, Timothy Smith, Bryan Emmett Clark, Jr, Rick Jones, James Manley, Bruce Reed, Paul Orndorff, Omar Mijares, Chavo Guerrero, Sr, Barry Darsow, Donald Driggers, Chris Pallies, Rodney Begnaud, Ken Patera, Sylvain Grenier, Jonathan Hugger, Sione Havea Vailahi, George Gray, Michael R. Halac, Jon Heidenreich, Larry Oliver, Don Leo Heaton, Tracy Smothers, Bill Eadie, Carlene B. Moore−Begnaud, Bobbi Billiard, Jimmy Snuka, Ronald Scott Heard, David Silva, John Jeter, Gayle Schecter, Ashley Massaro, Charles Wicks, Perry Satullo, Charles Bernard Scaggs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit |

| | | |
|---|---|---|
| | | D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L)(Kyros, Konstantine) (Entered: 11/09/2016) |
| 11/08/2016 | <u>251</u> | EXHIBIT by World Wrestling Entertainment, Inc re <u>233</u> Memorandum in Support of Motion,,,. (Attachments: # <u>1</u> Exhibit B, # <u>2</u> Exhibit D, # <u>3</u> Exhibit E, # <u>4</u> Exhibit F, # <u>5</u> Exhibit G, # <u>6</u> Exhibit H, # <u>7</u> Exhibit I, # <u>8</u> Exhibit J, # <u>9</u> Exhibit K, # <u>10</u> Exhibit L, # <u>11</u> Exhibit M, # <u>12</u> Exhibit N, # <u>13</u> Exhibit O, # <u>14</u> Exhibit P, # <u>15</u> Exhibit Q, # <u>16</u> Exhibit R, # <u>17</u> Exhibit S, # <u>18</u> Exhibit T, # <u>19</u> Exhibit U, # <u>20</u> Exhibit V)(Mueller, Jeffrey) (Entered: 11/08/2016) |
| 11/08/2016 | <u>250</u> | EXHIBIT by Vincent K. McMahon, World Wrestling Entertainment, Inc re <u>229</u> Memorandum in Support of Motion,,,. (Attachments: # <u>1</u> Exhibit 8, # <u>2</u> Exhibit 9, # <u>3</u> Exhibit 10, # <u>4</u> Exhibit 17, # <u>5</u> Exhibit 22, # <u>6</u> Exhibit 23, # <u>7</u> Exhibit 24, # <u>8</u> Exhibit 25, # <u>9</u> Exhibit 26, # <u>10</u> Exhibit 27, # <u>11</u> Exhibit 28, # <u>12</u> Exhibit 29, # <u>13</u> Exhibit 30, # <u>14</u> Exhibit 31, # <u>15</u> Exhibit 32, # <u>16</u> Exhibit 33, # <u>17</u> Exhibit 34, # <u>18</u> Exhibit 35, # <u>19</u> Exhibit 36, # <u>20</u> Exhibit 37, # <u>21</u> Exhibit 38, # <u>22</u> Exhibit 39, # <u>23</u> Exhibit 40)(Mueller, Jeffrey) (Entered: 11/08/2016) |
| 11/04/2016 | 249 | ORDER REFERRING CASE to Magistrate Judge Robert A. Richardson for motions including <u>221</u> MOTION for Status Conference, <u>198</u> MOTION for Sanctions , <u>227</u> MOTION to Seal Exhibits 8−10, 17, and 22 to Memorandum of Law in Support of Defendants' Motion for Sanctions, <u>206</u> MOTION to Withdraw *Admissions*, <u>222</u> MOTION for Re 26(f) Report Order, <u>228</u> MOTION for Sanctions Signed by Judge Vanessa L. Bryant on 11/04/16.Motions referred to Robert A. Richardson(Fernandez, C.) (Entered: 11/07/2016) |
| 11/01/2016 | <u>248</u> | RESPONSE re <u>226</u> Reply to Response to Motion *for Sanctions* filed by Vito Lograsso, Evan Singleton. (Kyros, Konstantine) (Entered: 11/01/2016) |
| 10/31/2016 | 247 | ORDER finding as moot <u>246</u> Motion to Appear pro hac vice. As Mr. Gilreath has already been admitted pro hac vice, he may file a notice of appearance on behalf of plaintiffs in any of the consolidated cases. Signed by Judge Vanessa L. Bryant on 10/31/2016. (Hoffman, S) (Entered: 10/31/2016) |
| 10/28/2016 | <u>246</u> | MOTION for Attorney(s) R. Christopher Gilreath to be Admitted Pro Hac Vice by Ferrin Jesse Barr, Rodney Begnaud, Bobbi Billiard, Terry Michael Brunk, James Brunzell, Mark Canterbury, Bryan Emmett Clark, Jr, Marc Copani, Barry Darsow, Donald Driggers, Bill Eadie, Michael Enos, George Gray, Susan Green, Sylvain Grenier, Chavo Guerrero, Sr, Salvador Guerrero, IV, Michael R. Halac, Judy Hardee, James Harris, Ronald Scott Heard, Don Leo Heaton, Dave Hebner, Earl Hebner, Jon Heidenreich, Jonathan Hugger, Marty Jannetty, Mark Jindrak, Ken Johnson, Rick Jones, Bernard Knighton, Joseph M. Laurinaitis, James Manley, Lou Marconi, Troy Martin, Omar Mijares, Carlene B. Moore−Begnaud, Angelo Mosca, John Nord, Anthony Norris, Larry Oliver, Paul Orndndorff, Victoria Otis, Chris Pallies, Ken Patera, Rod Price, Bruce Reed, Timothy Smith, Tracy Smothers, Jimmy Snuka, Terry Szopinski, Sione Havea Vailahi, Boris Zhukov. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Leydon, Brenden) (Entered: 10/28/2016) |
| 10/28/2016 | 245 | ORDER granting <u>243</u> Motion for Extension of Time. Signed by Judge Vanessa L. Bryant on 10/28/2016. (Hoffman, S) (Entered: 10/28/2016) |
| 10/28/2016 | 244 | ORDER granting <u>242</u> Motion for Leave to File. Signed by Judge Vanessa L. Bryant on 10/28/2016. (Hoffman, S) (Entered: 10/28/2016) |
| 10/27/2016 | <u>243</u> | Joint MOTION for Extension of Time to Respond to WWE's Motion for Sanctions and Motions to Dismiss by Joseph M. Laurinaitis. (Kyros, Konstantine) (Entered: 10/27/2016) |
| 10/27/2016 | <u>242</u> | MOTION for Leave to File *Sur−Reply* by Vito Lograsso, Evan Singleton. (Attachments: # <u>1</u> Memorandum in Support of Opposition to Motion for Sanctions)(Kyros, Konstantine) (Entered: 10/27/2016) |
| 10/27/2016 | <u>241</u> | RESPONSE re <u>220</u> Reply to Response to Motion *for Judgment on the Pleadings* filed by Thomas Billington, Oreal Perras, James Ware, Robert Windham. (Kyros, Konstantine) (Entered: 10/27/2016) |
| 10/25/2016 | 240 | ORDER granting <u>239</u> Motion for Leave to File. Signed by Judge Vanessa L. Bryant on 10/25/16. (Fernandez, C.) (Entered: 10/25/2016) |

| | | |
|---|---|---|
| 10/24/2016 | <u>239</u> | MOTION for Leave to File *Sur−Reply* by Thomas Billington, Oreal Perras, James Ware, Robert Windham. (Attachments: # <u>1</u> Memorandum in Support of Defendants' Opposition to WWE's Motion for Judgment on the Pleadings)(Kyros, Konstantine) (Entered: 10/24/2016) |
| 10/20/2016 | <u>238</u> | MANDATE of USCA dated 10/20/2016 Dismissing <u>123</u> Notice of Appeal filed by Russ McCullough, Matthew Robert Wiese, and Ryan Sakoda; and <u>124</u> Notice of Appeal filed by William Albert Haynes, III. (Shafer, J.) (Entered: 10/24/2016) |
| 10/20/2016 | 237 | ORDER re <u>227</u> Motion to Seal and <u>231</u> Motion to Seal. Upon review of the documents sought to be sealed, the Court finds that redaction is the least restrictive means of balancing the public's First Amendment right to open courts and the Defendant's business interests. Accordingly, the Defendant is hereby ordered to file exhibits redacted to omit proprietary information. *See* Local Rule 5(e). Signed by Judge Vanessa L. Bryant on 10/20/2016. (Hoffman, S) (Entered: 10/20/2016) |
| 10/19/2016 | <u>236</u> | Memorandum in Support re <u>235</u> MOTION to Dismiss *Counts III, XVI, and XVII of Plaintiffs' Complaint* filed by Vincent K. McMahon. (Mueller, Jeffrey) (Entered: 10/19/2016) |
| 10/19/2016 | <u>235</u> | MOTION to Dismiss *Counts III, XVI, and XVII of Plaintiffs' Complaint* by Vincent K. McMahon.Responses due by 11/9/2016 (Mueller, Jeffrey) (Entered: 10/19/2016) |
| 10/19/2016 | <u>234</u> | Sealed Document: Exhibits B and D through V to Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of its Motion to Dismiss by World Wrestling Entertainment, Inc re <u>233</u> Memorandum in Support of Motion,, <u>231</u> MOTION to Seal Exhibits B and D through V to Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of its Motion to Dismiss . (Attachments: # <u>1</u> Exhibit B, # <u>2</u> Exhibit D, # <u>3</u> Exhibit E, # <u>4</u> Exhibit F, # <u>5</u> Exhibit G, # <u>6</u> Exhibit H, # <u>7</u> Exhibit I, # <u>8</u> Exhibit J, # <u>9</u> Exhibit K, # <u>10</u> Exhibit L, # <u>11</u> Exhibit M, # <u>12</u> Exhibit N, # <u>13</u> Exhibit O, # <u>14</u> Exhibit P, # <u>15</u> Exhibit Q, # <u>16</u> Exhibit R, # <u>17</u> Exhibit S, # <u>18</u> Exhibit T, # <u>19</u> Exhibit U, # <u>20</u> Exhibit V)(Mueller, Jeffrey) (Entered: 10/19/2016) |
| 10/19/2016 | <u>233</u> | Memorandum in Support re <u>232</u> MOTION to Dismiss *Plaintiffs' Complaint* filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Table of Contents of Exhibits, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C, # <u>5</u> Exhibit D, # <u>6</u> Exhibit E, # <u>7</u> Exhibit F, # <u>8</u> Exhibit G, # <u>9</u> Exhibit H, # <u>10</u> Exhibit I, # <u>11</u> Exhibit J, # <u>12</u> Exhibit K, # <u>13</u> Exhibit L, # <u>14</u> Exhibit M, # <u>15</u> Exhibit N, # <u>16</u> Exhibit O, # <u>17</u> Exhibit P, # <u>18</u> Exhibit Q, # <u>19</u> Exhibit R, # <u>20</u> Exhibit S, # <u>21</u> Exhibit T, # <u>22</u> Exhibit U, # <u>23</u> Exhibit V)(Mueller, Jeffrey) (Entered: 10/19/2016) |
| 10/19/2016 | <u>232</u> | MOTION to Dismiss *Plaintiffs' Complaint* by World Wrestling Entertainment, Inc.Responses due by 11/9/2016 (Mueller, Jeffrey) (Entered: 10/19/2016) |
| 10/19/2016 | <u>231</u> | MOTION to Seal Exhibits B and D through V to Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of its Motion to Dismiss by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Affidavit)(Mueller, Jeffrey) (Entered: 10/19/2016) |
| 10/17/2016 | <u>230</u> | Sealed Document: Exhibits 8−10, 17, and 22−40 to Memorandum of Law in Support of Motion for Sanctions by World Wrestling Entertainment, Inc re <u>229</u> Memorandum in Support of Motion,,, <u>227</u> MOTION to Seal Exhibits 8−10, 17, and 22 to Memorandum of Law in Support of Defendants' Motion for Sanctions . (Attachments: # <u>1</u> Exhibit 8, # <u>2</u> Exhibit 9, # <u>3</u> Exhibit 10, # <u>4</u> Exhibit 17, # <u>5</u> Exhibit 22, # <u>6</u> Exhibit 23, # <u>7</u> Exhibit 24, # <u>8</u> Exhibit 25, # <u>9</u> Exhibit 26, # <u>10</u> Exhibit 27, # <u>11</u> Exhibit 28, # <u>12</u> Exhibit 29, # <u>13</u> Exhibit 30, # <u>14</u> Exhibit 31, # <u>15</u> Exhibit 32, # <u>16</u> Exhibit 33, # <u>17</u> Exhibit 34, # <u>18</u> Exhibit 35, # <u>19</u> Exhibit 36, # <u>20</u> Exhibit 37, # <u>21</u> Exhibit 38, # <u>22</u> Exhibit 39, # <u>23</u> Exhibit 40)(Mueller, Jeffrey) (Entered: 10/17/2016) |
| 10/17/2016 | <u>229</u> | Memorandum in Support re <u>228</u> MOTION for Sanctions filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Table of Contents of Exhibits, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17, # <u>19</u> Exhibit 18, # <u>20</u> Exhibit 19, # <u>21</u> Exhibit 20, # <u>22</u> Exhibit 21, # <u>23</u> Exhibit 22, # <u>24</u> Exhibit 23, # <u>25</u> Exhibit 24, # <u>26</u> Exhibit 25, # <u>27</u> Exhibit 26, # <u>28</u> Exhibit 27, # <u>29</u> Exhibit 28, # <u>30</u> Exhibit 29, # <u>31</u> Exhibit 30, # <u>32</u> Exhibit 31, # <u>33</u> Exhibit 32, # <u>34</u> |

| | | |
|---|---|---|
| | | Exhibit 33, # <u>35</u> Exhibit 34, # <u>36</u> Exhibit 35, # <u>37</u> Exhibit 36, # <u>38</u> Exhibit 37, # <u>39</u> Exhibit 38, # <u>40</u> Exhibit 39, # <u>41</u> Exhibit 40)(Mueller, Jeffrey) (Entered: 10/17/2016) |
| 10/17/2016 | <u>228</u> | MOTION for Sanctions by World Wrestling Entertainment, Inc.Responses due by 11/7/2016 (Mueller, Jeffrey) (Entered: 10/17/2016) |
| 10/17/2016 | <u>227</u> | MOTION to Seal Exhibits 8−10, 17, and 22 to Memorandum of Law in Support of Defendants' Motion for Sanctions by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Affidavit)(Mueller, Jeffrey) (Entered: 10/17/2016) |
| 10/17/2016 | <u>226</u> | REPLY to Response to <u>198</u> MOTION for Sanctions filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 10/17/2016) |
| 10/13/2016 | <u>225</u> | NOTICE of Appearance by Ryan M. Tosi on behalf of Vincent K. McMahon, World Wrestling Entertainment, Inc (Tosi, Ryan) (Entered: 10/13/2016) |
| 10/13/2016 | <u>224</u> | NOTICE of Appearance by R. Bruce Allensworth on behalf of Vincent K. McMahon, World Wrestling Entertainment, Inc (Allensworth, R.) (Entered: 10/13/2016) |
| 10/13/2016 | <u>220</u> | REPLY to Response to <u>205</u> MOTION for Judgment on the Pleadings *in the Windham Action* filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 10/13/2016) |
| 10/07/2016 | <u>219</u> | REPLY to Response to <u>188</u> MOTION for Summary Judgment filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Mueller, Jeffrey) (Entered: 10/07/2016) |
| 10/03/2016 | <u>223</u> | NOTICE of Consolidation. Signed by Clerk on 10/03/2016. (Shafer, J.) (Entered: 10/13/2016) |
| 09/30/2016 | <u>218</u> | Memorandum in Opposition re <u>206</u> MOTION to Withdraw *Admissions* filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit A)(Mueller, Jeffrey) (Entered: 09/30/2016) |
| 09/29/2016 | <u>217</u> | Memorandum in Opposition re <u>205</u> MOTION for Judgment on the Pleadings filed by Thomas Billington, Oreal Perras, James Ware, Robert Windham. (Attachments: # <u>1</u> Affidavit of Konstantine W. Kyros)(Kyros, Konstantine) (Entered: 09/29/2016) |
| 09/19/2016 | <u>216</u> | Memorandum in Opposition re <u>198</u> MOTION for Sanctions filed by Vito Lograsso, Evan Singleton. (Attachments: # <u>1</u> Declaration of Konstantine Kyros, # <u>2</u> Exhibit A. Deposition of Vito LoGrasso, # <u>3</u> Exhibit B. Deposition of Evan Singleton, # <u>4</u> Exhibit C. Supplemental Interrogatory Responses of Vito LoGrasso, # <u>5</u> Exhibit D. Compilation of Subpoenas)(Kyros, Konstantine) Modified on 9/20/2016 to reflect corrected title of first attachment(Caffrey, A.). (Entered: 09/19/2016) |
| 09/10/2016 | <u>215</u> | Sealed Document: Exhibit 47 by Vito Lograsso, Evan Singleton re <u>210</u> Sealed Document, . (Attachments: # <u>1</u> Exhibit 47)(Flannery, Michael) (Entered: 09/10/2016) |
| 09/10/2016 | <u>214</u> | EXHIBIT *(redacted)* by Vito Lograsso, Evan Singleton re <u>213</u> Statement of Material Facts,. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47)(Flannery, Michael) (Entered: 09/10/2016) |
| 09/10/2016 | <u>213</u> | Statement of Material Facts re <u>208</u> SEALED MOTION Memorandum in Opposition to Defendant's Motion for Summary Judgment *(redacted)* filed by Vito Lograsso, Evan Singleton. (Attachments: # <u>1</u> Declaration of Michael J. Flannery, # <u>2</u> Table of Contents − Exhibits)(Flannery, Michael) (Entered: 09/10/2016) |
| 09/10/2016 | <u>212</u> | Memorandum in Opposition *(redacted)* re <u>188</u> MOTION for Summary Judgment filed by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 09/10/2016) |

| | | |
|---|---|---|
| 09/10/2016 | <u>211</u> | Sealed Document: Plaintiffs Evan Singleton and Vito LoGrasso's Exhibits to Local Rule 56(a)(2) Statement by Vito Lograsso, Evan Singleton re <u>208</u> SEALED MOTION Memorandum in Opposition to Defendant's Motion for Summary Judgment, <u>210</u> Sealed Document, . (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46)(Flannery, Michael) (Entered: 09/10/2016) |
| 09/09/2016 | <u>210</u> | Sealed Document: Plaintiffs Evan Singleton and Vito LoGrasso's Local Rule 56(a)(2) Statement by Vito Lograsso, Evan Singleton re <u>208</u> SEALED MOTION Memorandum in Opposition to Defendant's Motion for Summary Judgment . (Attachments: # <u>1</u> Exhibit Index of Exhibit List, # <u>2</u> Declaration of Katherine Van Dyck)(Flannery, Michael) (Entered: 09/10/2016) |
| 09/09/2016 | <u>209</u> | MOTION to Seal Plaintiffs' Local Rule 56(a)(2) Statement and Exhibits to Local Rule 56(a)(2) Statement by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 09/09/2016) |
| 09/09/2016 | <u>208</u> | SEALED MOTION Memorandum in Opposition to Defendant's Motion for Summary Judgment by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 09/09/2016) |
| 09/09/2016 | <u>207</u> | MOTION to Seal Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 09/09/2016) |
| 09/09/2016 | <u>206</u> | MOTION to Withdraw *Admissions* by Vito Lograsso, Evan Singleton. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of Charles J. LaDuca, # <u>3</u> Exhibit A, Email from K. Van Dyck, # <u>4</u> Exhibit B, Notices of Depositions)(LaDuca, Charles) (Entered: 09/09/2016) |
| 09/08/2016 | <u>205</u> | MOTION for Judgment on the Pleadings by World Wrestling Entertainment, Inc.Responses due by 9/29/2016 (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Exhibit A)(Mueller, Jeffrey) (Entered: 09/08/2016) |
| 09/02/2016 | <u>222</u> | Re−docketed from 3:16−cv−1209: First MOTION for Order Re. 26(f) Report by Joseph M. Laurinaitis. (Attachments: # <u>1</u> Appendix Plaintiffs' proposed 26(f) report) (Shafer, J.) (Entered: 10/13/2016) |
| 08/22/2016 | 204 | ORDER granting <u>203</u> Motion for Extension of Time. All other deadlines remain in effect, and the court does not anticipate granting further extensions. Signed by Judge Vanessa L. Bryant on 8/22/2016. (Hoffman, S) (Entered: 08/22/2016) |
| 08/21/2016 | <u>203</u> | Joint MOTION for Extension of Time until 9/19/16 and 10/17/16 *for* Opposition to and Reply in Support of <u>198</u> MOTION for Sanctions by Vito Lograsso, Evan Singleton, World Wrestling Entertainment, Inc. (Flannery, Michael) (Entered: 08/21/2016) |
| 08/16/2016 | <u>202</u> | CERTIFICATE OF GOOD STANDING re <u>179</u> MOTION for Attorney(s) S. Clinton Woods to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−4033675) by Vito Lograsso, Evan Singleton. (Woods, S.) (Entered: 08/16/2016) |
| 08/15/2016 | 201 | ORDER granting <u>200</u> Motion for Extension of Time. Plaintiffs will file their Opposition to <u>188</u> Motion for Summary Judgment by 9/9/2016. Defendant WWE will file its Reply in Support of <u>188</u> Motion for Summary Judgment by 10/7/2016. Signed by Judge Vanessa L. Bryant on 8/15/2016. (Hoffman, S) (Entered: 08/15/2016) |
| 08/12/2016 | <u>200</u> | Joint MOTION for Extension of Time <u>188</u> MOTION for Summary Judgment by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 08/12/2016) |
| 08/10/2016 | <u>221</u> | Re−docketed from 3:16−cv−1209: Emergency MOTION for Status Conference by Vincent K. McMahon and World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> |

| | | |
|---|---|---|
| | | Exhibit A)(Shafer, J.) (Entered: 10/13/2016) |
| 08/08/2016 | 199 | *Windham, et al.'s* ANSWER to Complaint with Affirmative Defenses and Special Defenses with Jury Demand by Thomas Billington, John Doe's, Oreal Perras, James Ware, Robert Windham.(Kyros, Konstantine) (Entered: 08/08/2016) |
| 08/08/2016 | 198 | MOTION for Sanctions by World Wrestling Entertainment, Inc.Responses due by 8/29/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Mueller, Jeffrey) (Entered: 08/08/2016) |
| 08/04/2016 | 197 | ANSWER to Complaint with Affirmative Defenses *to Second Amended Complaint of Plaintiffs Evan Singleton and Vito LoGrasso* by World Wrestling Entertainment, Inc.(Mueller, Jeffrey) (Entered: 08/04/2016) |
| 08/01/2016 | 196 | Sealed Document: Local Rule 56(a)(1) Statement and Appendix Tabs 5, 6, 8−12, 14, 21, 22, 25−31, 47, 49−74, 80−92 to Local Rule 56(a)(1) Statement by World Wrestling Entertainment, Inc re 191 Statement of Material Facts, 190 MOTION to Seal Defendant's Local Rule 56(a)(1) Statement and Appendix Tabs 5, 6, 8−11, 12, 14, 21, 25−31, 47, 49−74, 80−85, 86−92 to Local Rule 56(a)(1) Statement . (Attachments: # 1 Appendix Tab 5, # 2 Appendix Tab 6, # 3 Appendix Tab 8, # 4 Appendix Tab 9, # 5 Appendix Tab 10, # 6 Appendix Tab 11, # 7 Appendix Tab 12, # 8 Appendix Tab 14, # 9 Appendix Tab 21, # 10 Appendix Tab 22, # 11 Appendix Tab 25, # 12 Appendix Tab 26, # 13 Appendix Tab 27, # 14 Appendix Tab 28, # 15 Appendix Tab 29, # 16 Appendix Tab 30, # 17 Appendix Tab 31, # 18 Appendix Tab 47, # 19 Appendix Tab 49, # 20 Appendix Tab 50, # 21 Appendix Tab 51, # 22 Appendix Tab 52, # 23 Appendix Tab 53, # 24 Appendix Tab 54, # 25 Appendix Tab 55, # 26 Appendix Tab 56, # 27 Appendix Tab 57, # 28 Appendix Tab 58, # 29 Appendix Tab 59, # 30 Appendix Tab 60, # 31 Appendix Tab 61, # 32 Appendix Tab 62, # 33 Appendix Tab 63, # 34 Appendix Tab 64, # 35 Appendix Tab 65, # 36 Appendix Tab 66, # 37 Appendix Tab 67, # 38 Appendix Tab 68, # 39 Appendix Tab 69, # 40 Appendix Tab 70, # 41 Appendix Tab 71, # 42 Appendix Tab 72, # 43 Appendix Tab 73, # 44 Appendix Tab 74, # 45 Appendix Tab 80, # 46 Appendix Tab 81, # 47 Appendix Tab 82, # 48 Appendix Tab 83, # 49 Appendix Tab 84, # 50 Appendix Tab 85, # 51 Appendix Tab 86, # 52 Appendix Tab 87, # 53 Appendix Tab 88, # 54 Appendix Tab 89, # 55 Appendix Tab 90, # 56 Appendix Tab 91, # 57 Appendix Tab 92)(Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 195 | EXHIBIT *Tabs 79 − 95 to Appendix to Local Rule 56(a)(1) Statement* by World Wrestling Entertainment, Inc re 191 Statement of Material Facts. (Attachments: # 1 Appendix Tab 79, # 2 Appendix Tab 80, # 3 Appendix Tab 81, # 4 Appendix Tab 82, # 5 Appendix Tab 83, # 6 Appendix Tab 84, # 7 Appendix Tab 85, # 8 Appendix Tab 86, # 9 Appendix Tab 87, # 10 Appendix Tab 88, # 11 Appendix Tab 89, # 12 Appendix Tab 90, # 13 Appendix Tab 91, # 14 Appendix Tab 92, # 15 Appendix Tab 93, # 16 Appendix Tab 94, # 17 Appendix Tab 95)(Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 194 | EXHIBIT *Tabs 44 − 78 to Appendix to Local Rule 56(a)(1) Statement* by World Wrestling Entertainment, Inc re 191 Statement of Material Facts. (Attachments: # 1 Appendix Tab 44, # 2 Appendix Tab 45, # 3 Appendix Tab 46, # 4 Appendix Tab 47, # 5 Appendix Tab 48, # 6 Appendix Tab 49, # 7 Appendix Tab 50, # 8 Appendix Tab 51, # 9 Appendix Tab 52, # 10 Appendix Tab 53, # 11 Appendix Tab 54, # 12 Appendix Tab 55, # 13 Appendix Tab 56, # 14 Appendix Tab 57, # 15 Appendix Tab 58, # 16 Appendix Tab 59, # 17 Appendix Tab 60, # 18 Appendix Tab 61, # 19 Appendix Tab 62, # 20 Appendix Tab 63, # 21 Appendix Tab 64, # 22 Appendix Tab 65, # 23 Appendix Tab 66, # 24 Appendix Tab 67, # 25 Appendix Tab 68, # 26 Appendix Tab 69, # 27 Appendix Tab 70, # 28 Appendix Tab 71, # 29 Appendix Tab 72, # 30 Appendix Tab 73, # 31 Appendix Tab 74, # 32 Appendix Tab 75, # 33 Appendix Tab 76, # 34 Appendix Tab 77, # 35 Appendix Tab 78)(Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 193 | EXHIBIT *Tabs 3−2 − 43 to Appendix to Local Rule 56(a)(1) Statement* by World Wrestling Entertainment, Inc re 191 Statement of Material Facts. (Attachments: # 1 Appendix Tab 3−2, # 2 Appendix Tab 4, # 3 Appendix Tab 5, # 4 Appendix Tab 6, # 5 Appendix Tab 7, # 6 Appendix Tab 8, # 7 Appendix Tab 9, # 8 Appendix Tab 10, # 9 Appendix Tab 11, # 10 Appendix Tab 12, # 11 Appendix Tab 13, # 12 Appendix Tab 14, # 13 Appendix Tab 15, # 14 Appendix Tab 16, # 15 Appendix Tab 17, # 16 |

| | | |
|---|---|---|
| | | Appendix Tab 18, # 17 Appendix Tab 19, # 18 Appendix Tab 20, # 19 Appendix Tab 21, # 20 Appendix Tab 22, # 21 Appendix Tab 23, # 22 Appendix Tab 24, # 23 Appendix Tab 25, # 24 Appendix Tab 26, # 25 Appendix Tab 27, # 26 Appendix Tab 28, # 27 Appendix Tab 29, # 28 Appendix Tab 30, # 29 Appendix Tab 31, # 30 Appendix Tab 32, # 31 Appendix Tab 33, # 32 Appendix Tab 34, # 33 Appendix Tab 35, # 34 Appendix Tab 36, # 35 Appendix Tab 37, # 36 Appendix Tab 38, # 37 Appendix Tab 39, # 38 Appendix Tab 40, # 39 Appendix Tab 41, # 40 Appendix Tab 42, # 41 Appendix Tab 43)(Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 192 | EXHIBIT *Tabs 1 − 3−1 to Appendix to Local Rule 56(a)(1) Statement* by World Wrestling Entertainment, Inc re 191 Statement of Material Facts. (Attachments: # 1 Appendix Tab 1, # 2 Appendix Tab 2, # 3 Appendix Tab 3−1)(Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 191 | Statement of Material Facts re 188 MOTION for Summary Judgment filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Appendix Index)(Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 190 | MOTION to Seal Defendant's Local Rule 56(a)(1) Statement and Appendix Tabs 5, 6, 8−11, 12, 14, 21, 25−31, 47, 49−74, 80−85, 86−92 to Local Rule 56(a)(1) Statement by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 189 | Sealed Document: Defendant World Wrestling Entertainment, Inc.'s Unredacted Memorandum of Law in Support of Motion for Summary Judgment by World Wrestling Entertainment, Inc re 187 MOTION to Seal Defendant's Memorandum of Law in Support of Motion for Summary Judgment, 188 MOTION for Summary Judgment . (Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 188 | MOTION for Summary Judgment by World Wrestling Entertainment, Inc.Responses due by 8/22/2016 (Attachments: # 1 Memorandum in Support)(Mueller, Jeffrey) (Entered: 08/01/2016) |
| 08/01/2016 | 187 | MOTION to Seal Defendant's Memorandum of Law in Support of Motion for Summary Judgment by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 08/01/2016) |
| 07/21/2016 | 186 | ORDER granting in part and denying in part 72 Motion to Dismiss the Windham action for Lack of Jurisdiction. For the reasons stated in the Court's memorandum of opinion at Docket Number 185, Defendants Motion to Dismiss the Windham Action [Dkt. 72] is GRANTED IN PART AND DENIED IN PART. The John Doe defendants are DISMISSED and are to remain terminated. The Clerk is directed to REINSTATE Messrs. Windham, Billington, Ware and Perras as Consol Defendants in this consolidated action. Signed by Judge Vanessa L. Bryant on 7/21/16. (Shechter, N.) (Entered: 07/21/2016) |
| 07/21/2016 | 185 | ORDER denying 118 Motion for Reconsideration of the Court's Order with respect to Singleton and LoGrasso; granting 119 Motion for Reconsideration of the Court's Order with respect to Windham, et al. See attached Memorandum of Opinion. For the reasons stated in the attached Opinion, the Courts Order at Docket Number 117 dismissing the Windham action is VACATED. Signed by Judge Vanessa L. Bryant on 7/21/16. (Shechter, N.) (Entered: 07/21/2016) |
| 07/21/2016 | 184 | NOTICE by World Wrestling Entertainment, Inc *(Notice of Filing of Notice of Related Cases)* (Attachments: # 1 Exhibit A)(Mueller, Jeffrey) (Entered: 07/21/2016) |
| 06/28/2016 | 183 | ORDER denying 174 Motion for Reconsideration. The standard for granting a motion for reconsideration "is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked − matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Plaintiff has not identified any facts or controlling decisions that the Court overlooked when the Court found that Plaintiff had not demonstrated that the prior discovery deadline could not be met despite the due diligence of counsel, as required by Local Rule 7(b), for the extension of Court deadlines. Moreover, Plaintiffs have not identified facts, beyond mere speculation, that Nowinski has knowledge concerning WWE's own knowledge or lack thereof that is relevant to the Court's discovery Order. If Nowinski indeed undertook research and published a book and made public |

| | | statements concerning head injuries, such facts are publicly available for plaintiff to use in building a case to the extent such facts are relevant to the surviving claim. Plaintiff, however, has offered no facts to suggest that Nowinski's work with "Smackdown Your Vote" during the time period in which he researched and authored the book provides him with any knowledge relevant to the discovery Order, let alone knowledge that necessitates both reopening the discovery period and compelling the appearance of a third party witness. Signed by Judge Vanessa L. Bryant on 6/28/16. (Shechter, N.) (Entered: 06/28/2016) |
|---|---|---|
| 06/21/2016 | 182 | Memorandum in Opposition re 174 First MOTION for Reconsideration re 171 Order on Motion for Leave to File,,,,,,,,,,, filed by Christopher Nowinski. (Attachments: # 1 Exhibit A − Christopher Nowinski Linkedin Profile, # 2 Exhibit B − Affidavit of Christopher Nowinski)(Carroll, Keith) (Entered: 06/21/2016) |
| 06/21/2016 | 181 | Memorandum in Opposition *to Plaintiffs' Motion for Reconsideration of the Court's Order Denying Plaintiffs' Motion for Leave to File Motion to Compel Compliance with Deposition Subpoena* re 174 First MOTION for Reconsideration re 171 Order on Motion for Leave to File,,,,,,,,,,, filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit 1, # 2 Errata 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Mueller, Jeffrey) (Entered: 06/21/2016) |
| 06/15/2016 | 180 | ORDER granting 179 Motion to Appear Pro Hac Vice for S. Clinton Woods. Certificate of Good Standing due by 8/14/2016. Signed by Clerk on 6/15/16. (Sundie, T) (Entered: 06/15/2016) |
| 06/14/2016 | 179 | MOTION for Attorney(s) S. Clinton Woods to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−4033675) by Vito Lograsso, Evan Singleton. (Attachments: # 1 Affidavit)Motions referred to Thomas P. Smith(Bloss, William) (Entered: 06/14/2016) |
| 06/14/2016 | 178 | NOTICE by Vito Lograsso, Evan Singleton re 174 First MOTION for Reconsideration re 171 Order on Motion for Leave to File,,,,,,,,,,, (Attachments: # 1 Exhibit A)(Sciolla, Andrew) (Entered: 06/14/2016) |
| 06/14/2016 | 177 | ORDER: In order to continue moving this case forward, the Court requests WWE's response, if WWE intends to respond, to Plaintiff's 174 Motion for Reconsideration on or before 6/21/16. WWE is, of course, free to stand on the arguments raised in its prior 167 Opposition if it elects to do so. Signed by Judge Vanessa L. Bryant on 6/14/16. (Shechter, N.) (Entered: 06/14/2016) |
| 06/14/2016 | 176 | ORDER denying 140 Motion to Seal without prejudice to re−filing; denying 169 Motion to Seal without prejudice to re−filing. The parties are directed to Paragraph 12 of the 27 Standing Protective Order ("SPO") in this case, which provides for the procedures that the parties must undertake if there is disagreement with respect to the designation of material as "Confidential." If the parties elect not to follow these procedures, the parties are required to comply with Paragraph 14 of the SPO and move to seal such materials pursuant to Local Rule 5. A motion filed pursuant to Local Rule 5 is not filed in good faith and must be rejected if the parties do not make **the particularized showing for the Court's sealing of a document pursuant to Rule 5(e)(3)** . In addition, Paragraph 14 of the SPO states that "[t]his Protective Order does not provide for the automatic sealing of such Designated Material." It is neither sufficient under the Local Rules and the SPO, nor professional practice, to move for the sealing of a document solely on the basis of another party's designation, to which the filing party maintains an unspoken objection. In the future, similar motions to seal may be rejected with prejudice to refiling and the documents immediately unsealed, subjecting the filing counsel to the consequences that may follow a violation of the SPO under Fed. R. Civ. P. 37. Signed by Judge Vanessa L. Bryant on 6/14/16. (Shechter, N.) (Entered: 06/14/2016) |
| 06/14/2016 | 175 | ORDER granting 148 Motion to Seal; granting 157 Motion to Seal; granting 165 Motion to Seal. The Court finds that sealing these documents is necessary to prevent risk of harm to the Defendant through the disclosure of proprietary business information and that the proposed redactions are narrowly tailored to serve that purpose. Signed by Judge Vanessa L. Bryant on 6/14/16. (Shechter, N.) (Entered: 06/14/2016) |

| | | |
|---|---|---|
| 06/10/2016 | <u>174</u> | First MOTION for Reconsideration re 171 Order on Motion for Leave to File,,,,,,,,,,, by Vito Lograsso, Evan Singleton.Responses due by 7/1/2016 (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C, # <u>5</u> Exhibit D, # <u>6</u> Exhibit E)Motions referred to Thomas P. Smith(Sciolla, Andrew) (Entered: 06/10/2016) |
| 06/09/2016 | <u>173</u> | CERTIFICATE OF GOOD STANDING re <u>147</u> MOTION for Attorney(s) Rebecca A. Peterson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−4006648) by Vito Lograsso, Evan Singleton. (Peterson, Rebecca) (Entered: 06/09/2016) |
| 06/09/2016 | 172 | ORDER granting <u>147</u> Motion Attorney Rebecca A. Peterson to be Admitted Pro Hac Vice; granting <u>153</u> Motion for Attorney Andrew J. Sciolla to be Admitted Pro Hac Vice. Certificate of Good Standing due by 8/8/2016. Signed by Clerk on 6/9/2016. (Shafer, J.) (Entered: 06/09/2016) |
| 06/07/2016 | 171 | ORDER denying <u>162</u> Motion and <u>163</u> Amended Motion for Leave to File Motion to Compel Compliance with Deposition Subpoena. Plaintiff does not need the "leave" of this Court to move for a Court in another District to enforce a valid subpoena against a resident of that District. To the extent that the relief Plaintiff's Motion actually seeks is an Order of this Court reopening discovery in this case for the purpose of deposing Mr. Nowinski, such Motion for relief is denied. Plaintiff's Motion has not indicated that Mr. Nowinski has any specific knowledge relevant to the Court's discovery Order. Even if true, the allegations that Mr. Nowinski has both criticized and praised WWE's concussion protocol, given presentations about concussions to wrestlers and accepted a donation from WWE for the Concussion Legacy Foundation are not relevant to the issue of WWE's knowledge or lack thereof and appear aimed at an audience other than this Court. Furthermore, the Motion does not provide good cause pursuant to Local Rule 7(b) for why Plaintiff's counsel, in the exercise of diligence, could not depose Mr. Nowinski or file a Motion to Compel such deposition in the six months prior to the discovery deadline. Signed by Judge Vanessa L. Bryant on 6/7/16. (Shechter, N.) (Entered: 06/07/2016) |
| 06/07/2016 | <u>170</u> | CERTIFICATE OF GOOD STANDING re <u>153</u> MOTION for Attorney(s) Andrew J. Sciolla to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−4011407) by Vito Lograsso, Evan Singleton. (Bloss, William) (Entered: 06/07/2016) |
| 06/06/2016 | <u>169</u> | MOTION to Seal Exhibits 6 and 7 to Reply in Support of Motion for Reconsideration (Documents 150−6 and 150−7) and Exhibits 2 and 11−15 of Memorandum in Opposition to Plaintiffs' Second Emergency Motion to Compel (Documents 158−2, 158−11, 158−12, 158−13, 158−14, and 158−15) by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit 6 to Document 150, # <u>2</u> Exhibit 7 to Document 150, # <u>3</u> Exhibit 2 to Document 158, # <u>4</u> Exhibit 11 to Document 158, # <u>5</u> Exhibit 12 to Document 158, # <u>6</u> Exhibit 13 to Document 158, # <u>7</u> Exhibit 14 to Document 158, # <u>8</u> Exhibit 15 to Document 158)Motions referred to Thomas P. Smith(Mueller, Jeffrey) (Entered: 06/06/2016) |
| 06/03/2016 | <u>168</u> | Memorandum in Opposition re 163 Amended MOTION for Leave to File *Motion to Compel Compliance with Deposition Subpoena* filed by Christopher Nowinski. (Attachments: # <u>1</u> Affidavit of Brian P. Dunphy, # <u>2</u> Exhibit A −To Affidavit of Brian P. Dunphy)(Carroll, Keith) (Entered: 06/03/2016) |
| 06/03/2016 | <u>167</u> | Memorandum in Opposition re 162 MOTION for Leave to File *Motion to Compel Compliance with Deposition Subpoena*, <u>163</u> Amended MOTION for Leave to File *Motion to Compel Compliance with Deposition Subpoena* filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit A)(Mueller, Jeffrey) (Entered: 06/03/2016) |
| 06/03/2016 | <u>166</u> | Sealed Document: Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File Motion to Compel Compliance with Deposition Subpoena by World Wrestling Entertainment, Inc re <u>162</u> MOTION for Leave to File *Motion to Compel Compliance with Deposition Subpoena*, <u>163</u> Amended MOTION for Leave to File *Motion to Compel Compliance with Deposition Subpoena* . (Attachments: # <u>1</u> Exhibit A)(Mueller, Jeffrey) (Entered: 06/03/2016) |

| | | |
|---|---|---|
| 06/03/2016 | 165 | MOTION to Seal Defendant's Memorandum of Law in Opposition to Plaintiff's Motion For Leave to File Motion to Compel Compliance with Deposition Subpoena and Exhibit A to Memorandum of Law by World Wrestling Entertainment, Inc. Motions referred to Thomas P. Smith(Mueller, Jeffrey) (Entered: 06/03/2016) |
| 06/02/2016 | 164 | ORDER granting 161 Motion to Appear Pro Hac Vice for Anthony M. Norris. Certificate of Good Standing due by 8/1/2016. Signed by Clerk on 6/2/16. (Sundie, T) (Entered: 06/02/2016) |
| 06/01/2016 | 163 | Amended MOTION for Leave to File *Motion to Compel Compliance with Deposition Subpoena* by Vito Lograsso, Evan Singleton. (Attachments: # 1 Affidavit of Konstantine Kyros, # 2 Exhibit A − Notice of Deposition, # 3 Exhibit B − Deposition Subpoena, # 4 Exhibit C − Affidavit of Service, # 5 Exhibit D − Letter from Brian Dunphy)Motions referred to Thomas P. Smith(Kyros, Konstantine) (Entered: 06/01/2016) |
| 06/01/2016 | 162 | MOTION for Leave to File *Motion to Compel Compliance with Deposition Subpoena* by Vito Lograsso, Evan Singleton. (Attachments: # 1 Affidavit of Konstantine Kyros)Motions referred to Thomas P. Smith(Kyros, Konstantine) (Entered: 06/01/2016) |
| 06/01/2016 | 161 | MOTION for Attorney(s) Anthony M. Norris to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−4018644) by Vito Lograsso, Russ McCullough, Ryan Sakoda, Evan Singleton, Matthew Robert Wiese. (Attachments: # 1 Affidavit)Motions referred to Thomas P. Smith(Bloss, William) (Entered: 06/01/2016) |
| 05/31/2016 | 160 | ORDER granting in part and denying in part Plaintiffs' 141 , 142 Motions to Compel Responses to Plaintiffs' First Requests for Production. This case is not about concussion prevention. The Court has already found that Defendant owed no negligence−based duty to prevent Plaintiffs from sustaining head trauma in their voluntary and compensated wrestling activities. Discovery of information and production of documents which merely reflect a desire to limit concussions and prevent injury to WWE talent − or specific incidences of head trauma occurring during WWE activities are not relevant, nor would such discovery be proportional.<br><br>Rather, the sole remaining claim concerns an allegation of fraudulent non−disclosure of knowledge of a link between wrestling activity and permanent degenerative neurological conditions. To the extent there are documents within the categories identified by Plaintiffs Motion to Compel including documents related to the use of helmets, the elimination of wrestling moves, the implementation of the wellness program or the hiring of specific personnel and the adoption of specific protocol, or the incidences of concussions among WWE talent which reflect **a specific knowledge of OR an appreciable risk of a link between wrestling activity and permanent degenerative neurological conditions,** then WWE is under an obligation to disclose such documents. However, to the extent information within the identified categories merely reflects a general desire to limit or prevent head injury to WWE talent, or the occurrence of head injuries among WWE talent, such information is irrelevant to the claim at hand and is not discoverable.<br><br>As the Court indicated in its recent telephonic conference with the parties, Plaintiffs have not presented any factual predicate whatsoever entitling them to discover documents or information dated prior to the year 2005 and absent such a factual predicate Plaintiffs motion to compel is denied on that issue. Lastly, Plaintiffs demand for WWE to disclose Plaintiffs own medical files is denied in as much as it seeks production of information within Plaintiffs control and access and permissibly gathered by WWE at Defendants own expense.<br><br>The Court assumes that both parties have gathered, using appropriate litigation holds, and examined, using appropriate diligence, the information at issue in preparing to determine the outcome of this matter on the merits and will not be reviewing such documents for the first time. As such, the Court will permit the parties to supplement their discovery responses no later than fourteen days after the discovery deadline to provide the information they have each been compelled to disclose.<br>Signed by Judge Vanessa L. Bryant on 5/31/2016. (Shechter, N.) (Entered: 05/31/2016) |

| | | |
|---|---|---|
| 05/27/2016 | <u>159</u> | Sealed Document: by World Wrestling Entertainment, Inc re <u>157</u> MOTION to Seal Exhibits 5, 6, 9, & 16 to Memorandum of Law in Opposition to Second Emergency Motion to Compel Defendant World Wrestling Entertainment, Inc.'s Responses to Plaintiffs Evan Singleton and Vito LoGrasso's Corrected First, <u>158</u> Memorandum in Opposition to Motion,, . (Attachments: # <u>1</u> Exhibit 5, # <u>2</u> Exhibit 6, # <u>3</u> Exhibit 9, # <u>4</u> Exhibit 16)(Mueller, Jeffrey) (Entered: 05/27/2016) |
| 05/27/2016 | <u>158</u> | Memorandum in Opposition re <u>142</u> Emergency MOTION to Compel *Defendant World Wrestling Entertainment, Inc.'s Responses to Plaintiffs' Corrected First Requests for Production* filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18)(Mueller, Jeffrey) (Entered: 05/27/2016) |
| 05/27/2016 | <u>157</u> | MOTION to Seal Exhibits 5, 6, 9, & 16 to Memorandum of Law in Opposition to Second Emergency Motion to Compel Defendant World Wrestling Entertainment, Inc.'s Responses to Plaintiffs Evan Singleton and Vito LoGrasso's Corrected First Requests for Production of Documents by World Wrestling Entertainment, Inc. Motions referred to Thomas P. Smith(Mueller, Jeffrey) (Entered: 05/27/2016) |
| 05/26/2016 | 156 | ORDER granting in part and denying in part Plaintiff's <u>135</u> Motion to Compel Compliance with Discovery Order. WWE made Levesque available previously to tetsify before Congress on issues related to the safety of its wrestlers. Although the Court rejected Plaintiff's fraudulent misrepresentation claims on the basis of that testimony, WWE has not demonstrated that Levesque is not an appropriate deponent on the issues of whether WWE had a duty, and whether that duty was breached, to disclose knowledge of long term health risks caused by repeated head trauma. The parties are ordered to work cooperatively to schedule a deposition based on the witness' availability, which may be conducted up to fourteen days after the current discovery deadline. Signed by Judge Vanessa L. Bryant on 5/26/16. (Shechter, N.) (Entered: 05/26/2016) |
| 05/25/2016 | <u>155</u> | NOTICE by World Wrestling Entertainment, Inc re 151 Order, <u>135</u> Emergency MOTION to Compel *Compliance with May 10, 2016 Discovery Order* (Mueller, Jeffrey) (Entered: 05/25/2016) |
| 05/25/2016 | <u>154</u> | TRANSCRIPT of Proceedings: Type of Hearing: Telephone Conference. Held on May 19, 2016 before Judge Vanessa L. Bryant. Court Reporter: Transcriber − Martha Marshall. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/15/2016. Redacted Transcript Deadline set for 6/25/2016. Release of Transcript Restriction set for 8/23/2016. (Marshall, M.) (Entered: 05/25/2016) |
| 05/25/2016 | <u>153</u> | MOTION for Attorney(s) Andrew J. Sciolla to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−4011407) by Vito Lograsso, Evan Singleton. (Attachments: # <u>1</u> Affidavit)Motions referred to Thomas P. Smith(Bloss, William) (Entered: 05/25/2016) |
| 05/24/2016 | <u>152</u> | Memorandum in Support re <u>119</u> MOTION for Reconsideration re 117 Order on Motion to Dismiss,,,, Order on Motion for Leave to File,, filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 05/24/2016) |
| 05/24/2016 | 151 | ORDER: Defendant WWE is directed to respond by tomorrow, 5/25/16, to the Plaintiffs' <u>135</u> Emergency Motion to Compel regarding the depositions discussed in that motion and by Friday, 5/27/16, to the Plaintiffs' <u>142</u> Emergency Motion to Compel the Production of Documents. Signed by Judge Vanessa L. Bryant on 5/24/16. (Shechter, N.) (Entered: 05/24/2016) |

| | | |
|---|---|---|
| 05/23/2016 | 150 | REPLY to Response to 118 MOTION for Reconsideration re 116 Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Mueller, Jeffrey) (Entered: 05/23/2016) |
| 05/23/2016 | 149 | Sealed Document: Exhibit 1 to Defendant World Wrestling Entertainment, Inc.'s Reply in Support of Motion for Reconsideration of March 21, 2016 Order With Respect to Singleton and LoGrasso v. World Wrestling Entertainment, Inc. by World Wrestling Entertainment, Inc re 148 MOTION to Seal Exhibit 1 to Defendant World Wrestling Entertainment Inc.'s Reply in Support of Motion for Reconsideration of March 21, 2016 Order With Respect to Singleton and LoGrasso v. World Wrestling Entertainment, Inc. . (Mueller, Jeffrey) (Entered: 05/23/2016) |
| 05/23/2016 | 148 | MOTION to Seal Exhibit 1 to Defendant World Wrestling Entertainment Inc.'s Reply in Support of Motion for Reconsideration of March 21, 2016 Order With Respect to Singleton and LoGrasso v. World Wrestling Entertainment, Inc. by World Wrestling Entertainment, Inc. Motions referred to Thomas P. Smith(Mueller, Jeffrey) (Entered: 05/23/2016) |
| 05/20/2016 | 147 | MOTION for Attorney(s) Rebecca A. Peterson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−4006648) by Vito Lograsso, Russ McCullough, Ryan Sakoda, Evan Singleton, Matthew Robert Wiese. (Attachments: # 1 Affidavit)Motions referred to Thomas P. Smith(Bloss, William) (Entered: 05/20/2016) |
| 05/19/2016 | 146 | Minute Entry for proceedings held before Judge Vanessa L. Bryant: Telephonic Status Conference held on 5/19/16, 8 minutes.(Court Reporter F. Velez.) (Fernandez, C.) (Entered: 05/20/2016) |
| 05/19/2016 | 145 | ORDER Vacating the Court's 126 referral of this case to Magistrate Judge Smith for settlement and discovery purposes.<br>Signed by Judge Vanessa L. Bryant on 5/19/16. (Shechter, N.) (Entered: 05/19/2016) |
| 05/19/2016 | 144 | ORDER granting in part and denying in part 122 Motion to Compel Responses by Plaintiffs to Defendant's Interrogatories and Requests for Production. Plaintiffs are Ordered to produce a privilege log to the extent they have not done so already and to update that privilege log whenever privilege is asserted in any new discovery responses consistent with professional practice in federal court. The Court's ruling is categorized pursuant to Sections A and B of Defendant's Memorandum in support of the Motion to Compel and the numbered subsections to Sections A and B. As delineated below, documents must be produced that are relevant to the question of Plaintiffs' knowledge of TBI. However, document requests going to the issue of damages, and not liability, are beyond the scope of this Court's Discovery Order. The Motion is granted in part and denied in part as follows:<br>A−1: Granted; A−2: Granted; A−3: Denied as Plaintiff has answered the interrogatory;<br>A−4: Granted; A−5: Granted; A−6: Granted. Where Plaintiff is unable to identify a statement or speaker in response to an interrogatory, Plaintiff must state that fact.<br>A−7: Denied as Defendant is already entitled to appropriate expert disclosure under the Federal Rules of Civil Procedure.<br>A−8: Denied; A−9: Denied; A−10: Denied. All three interrogatories concern damages issues and not liability.<br>A−11: Denied; A−12: Granted; A−13: Denied.<br>B−1 through B−4: Granted to the extent Plaintiffs possess documents in these categories which reflect their knowledge of TBI and the effects of TBI.<br>B−5: Granted; B−6: Granted.<br>B−7 and B−8: Denied as beyond the scope of the current discovery order.<br>B−9: Denied in as much as WWE seeks to impose a duty upon either Plaintiff to conduct research or investigation in order to discover responsive documents. Plaintiff has otherwise answered the interrogatory.<br>B−10: Granted.<br>Signed by Judge Vanessa L. Bryant on 5/19/16. (Shechter, N.) (Entered: 05/19/2016) |
| 05/17/2016 | 143 | Corrected 138 Index to Record on Appeal by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese re 123 Notice of Appeal, 49 Notice, 95 MOTION to Dismiss *Amended Complaint*, 64 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction, 101 Exhibit, 78 Order on Motion for Order, 116 Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, 86 Response, 102 Reply to |

| | | |
|---|---|---|
| | | Response to Motion, <u>84</u> Memorandum in Support of Motion, <u>100</u> Objection, <u>66</u> Affidavit, <u>65</u> Affidavit, <u>73</u> Amended Complaint, <u>5</u> Notice (Other), 1 Complaint, 41 Order, and 117 Order on Motion to Dismiss, Order on Motion for Leave to File. For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Shafer, J.) Modified to show link to <u>138</u> on 5/20/2016 (Shafer, J.). (Entered: 05/18/2016) |
| 05/17/2016 | <u>142</u> | Emergency MOTION to Compel *Defendant World Wrestling Entertainment, Inc.'s Responses to Plaintiffs' Corrected First Requests for Production* by Vito Lograsso, Evan Singleton.Responses due by 6/7/2016 (Attachments: # <u>1</u> Memorandum in Support (redacted), # <u>2</u> Exhibit A, WWE's Responses to Plaintiffs' First Requests for Production, # <u>3</u> Exhibit B, Deposition of Evan Singleton, # <u>4</u> Exhibit C, E−mail from Nicole Dorazio (redacted), # <u>5</u> Exhibit D, E−mail re NXT Visit (redacted), # <u>6</u> Exhibit E, Heavyweight Champions, # <u>7</u> Exhibit F, Talent Wellness Program Summary, # <u>8</u> Exhibit G, Concussion Management Program, # <u>9</u> Exhibit H, Subpoenas Duces Tecum, # <u>10</u> Affidavit of Katherine Van Dyck)Motions referred to Thomas P. Smith(Flannery, Michael) (Entered: 05/17/2016) |
| 05/17/2016 | <u>141</u> | SEALED MOTION Second Emergency Motion to Compel by Vito Lograsso, Evan Singleton. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Exhibit A, WWE's Responses to Plaintiffs' First Requests for Production, # <u>3</u> Exhibit B, Deposition of Evan Singleton, # <u>4</u> Exhibit C, E−mail from Nicole Dorazio, # <u>5</u> Exhibit D, E−mail re NXT Visit, # <u>6</u> Exhibit E, Heavyweight Champions, # <u>7</u> Exhibit F, Talent Wellness Program Summary, # <u>8</u> Exhibit G, Concussion Management Program, # <u>9</u> Exhibit H, Subpoenas Duces Tecum, # <u>10</u> Affidavit of Katherine Van Dyck)Motions referred to Thomas P. Smith(Flannery, Michael) (Entered: 05/17/2016) |
| 05/17/2016 | <u>140</u> | MOTION to Seal Plaintiffs' Second Emergency Motion to Compel and Exhibits by Vito Lograsso, Evan Singleton. Motions referred to Thomas P. Smith(Flannery, Michael) (Entered: 05/17/2016) |
| 05/17/2016 | <u>139</u> | Index to Record on Appeal by William Albert Haynes, III re <u>124</u> Notice of Appeal,. For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Flannery, Michael) **Hyperlinks to documents in case 15CV1156 as outlined in this Index** <u>Doc 1</u> <u>Doc 43</u> <u>Doc 44</u> <u>Doc 45</u> <u>Doc 46</u> <u>Doc 53</u> <u>Doc 54</u> <u>Doc 55</u> <u>Doc 56</u> 15−cv−01156 − scroll down for text order <u>75</u> Modified on 5/20/2016 (Blough, B.). (Entered: 05/17/2016) |
| 05/17/2016 | <u>138</u> | Index to Record on Appeal by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese re <u>123</u> Notice of Appeal,. For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Flannery, Michael) (Entered: 05/17/2016) |
| 05/17/2016 | <u>137</u> | Memorandum in Opposition re <u>135</u> Emergency MOTION to Compel *Compliance with May 10, 2016 Discovery Order* filed by World Wrestling Entertainment, Inc. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Mueller, Jeffrey) (Entered: 05/17/2016) |
| 05/17/2016 | 136 | SCHEDULING ORDER: The parties are directed to call chambers for a telephonic status conference on 5/19/2016 at 04:00 PM before Judge Vanessa L. Bryant. br> Signed by Judge Vanessa L. Bryant on 5/17/16. (Shechter, N.) (Entered: 05/17/2016) |
| 05/16/2016 | <u>135</u> | Emergency MOTION to Compel *Compliance with May 13, 2016 Discovery Order* by Vito Lograsso, Evan Singleton. Responses due by 6/6/2016 (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Exhibit A, Emails Between Counsel, # <u>3</u> Exhibit B, WWE Executive Officers, # <u>4</u> Exhibit C, WWE Medical Director Profile, # <u>5</u> Exhibit D, WWE Talent Wellness Program Summary, # <u>6</u> Exhibit E, WWE Privilege Log, # <u>7</u> Exhibit F, Interview of Stephanie McMahon Levesque, # <u>8</u> Affidavit of Katherine Van Dyck). Motions referred to Thomas P. Smith(Flannery, Michael). Modified to correct date of 134 Order on 5/16/2016 (Shafer, J.). (Entered: 05/16/2016) |
| 05/13/2016 | 134 | ORDER denying <u>132</u> Motion for Protective Order. The Court does not direct discovery. Counsel are expected to civilly and professionally conduct discovery in a consultative manner as provided by Rules 26 and 37 of the Federal Rules of Civil Procedure and within the deadlines set by the Court. Signed by Judge Vanessa L. Bryant on 5/13/16. (Shechter, N.) (Entered: 05/13/2016) |

| 05/11/2016 | 133 | Memorandum in Opposition re 122 MOTION to Compel *Responses to Interrogatories and Requests for Production Directed to Plaintiffs Evan Singleton and Vito LoGrasso* filed by Vito Lograsso, Evan Singleton. (Attachments: # 1 Exhibit A, WWE'S First Requests for Production, # 2 Exhibit B, WWE's First Set of Interrogatories, # 3 Exhibit C, Declaration of Katherine Van Dyck)(Flannery, Michael) (Entered: 05/11/2016) |
|---|---|---|
| 05/11/2016 | 132 | MOTION for Protective Order *with Respect to Unilaterally−Noticed Depositions* by World Wrestling Entertainment, Inc.Responses due by 6/1/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Affidavit Jeffrey P. Mueller)Motions referred to Thomas P. Smith(Mueller, Jeffrey) (Entered: 05/11/2016) |
| 05/10/2016 | 131 | Memorandum in Opposition re 119 MOTION for Reconsideration re 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, filed by Thomas Billington, John Doe's, Oreal Perras, James Ware, Robert Windham. (Kyros, Konstantine) (Entered: 05/10/2016) |
| 05/09/2016 | 129 | ORDER denying 127 Motion for Extension of Time as Plaintiffs have not pursuaded the Court that the existing deadline cannot be met despite the diligent efforts of counsel pursuant to Local Rule 7. Signed by Judge Vanessa L. Bryant on 5/9/16. (Shechter, N.) (Entered: 05/09/2016) |
| 05/09/2016 | 128 | Memorandum in Opposition re 118 MOTION for Reconsideration re 116 Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, filed by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 05/09/2016) |
| 05/06/2016 | 127 | MOTION for Extension of Time until July 15, 2016 *for* Close of Discovery by Vito Lograsso, Evan Singleton. (Attachments: # 1 Exhibit 1, Requests for Production, # 2 Exhibit 2, Notice of Rule 30(b)(6) Deposition, # 3 Exhibit 3, Notices of Rule 30(b)(1) Depositions)Motions referred to Thomas P. Smith(Flannery, Michael) (Entered: 05/06/2016) |
| 04/28/2016 | 126 | VACATED ORDER REFERRING CASE to Magistrate Judge Thomas P. Smith for discovery and settlement purposes including 122 MOTION to Compel *Responses to Interrogatories and Requests for Production Directed to Plaintiffs Evan Singleton and Vito LoGrasso.* Signed by Judge Vanessa L. Bryant on 04/28/16.(Fernandez, C.) Modified on 5/19/16 to VACATE (Fernandez, C.). (Entered: 04/28/2016) |
| 04/21/2016 | 130 | Set/Reset Deadlines as to 118 MOTION for Reconsideration re 116 Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, , 119 MOTION for Reconsideration re 117 Order on Motion to Dismiss, Order on Motion for Leave to File, . Responses due by 5/9/16, Responses due by 5/10/16 (Fernandez, C.) (Entered: 05/10/2016) |
| 04/21/2016 | 125 | ORDER granting 121 Motion for Extension of Time. Signed by Judge Vanessa L. Bryant on 4/21/16. (Shechter, N.) (Entered: 04/21/2016) |
| 04/20/2016 | 124 | NOTICE OF APPEAL as to 116 Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, by William Albert Haynes, III. Filing fee $ 505, receipt number 0205−3972250. (Flannery, Michael) (Entered: 04/20/2016) |
| 04/20/2016 | 123 | NOTICE OF APPEAL as to 116 Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. Filing fee $ 505, receipt number 0205−3972213. (Flannery, Michael) (Entered: 04/20/2016) |
| 04/20/2016 | 122 | MOTION to Compel *Responses to Interrogatories and Requests for Production Directed to Plaintiffs Evan Singleton and Vito LoGrasso* by World Wrestling Entertainment, Inc.Responses due by 5/11/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit List, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Affidavit Jeffrey P. Mueller)(Mueller, Jeffrey) (Entered: 04/20/2016) |
| 04/19/2016 | 121 | First MOTION for Extension of Time until May 9, 2016 *and May 10, 2016 for* Oppositions to 118 MOTION for Reconsideration re 116 Order on Motion to |

| | | |
|---|---|---|
| | | Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, , 119 MOTION for Reconsideration re 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, by Thomas Billington, Vito Lograsso, Oreal Perras, Evan Singleton, James Ware, Robert Windham. (Flannery, Michael) (Entered: 04/19/2016) |
| 04/06/2016 | 120 | Amended Memorandum in Support re 118 MOTION for Reconsideration re 116 Order on Motion to Dismiss,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,, filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 04/06/2016) |
| 04/05/2016 | 119 | MOTION for Reconsideration re 117 Order on Motion to Dismiss,,, Order on Motion for Leave to File,, by World Wrestling Entertainment, Inc.Responses due by 4/26/2016 (Attachments: # 1 Memorandum in Support)(Mueller, Jeffrey) (Entered: 04/05/2016) |
| 04/04/2016 | 118 | MOTION for Reconsideration re 116 Order on Motion to Dismiss,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,, by World Wrestling Entertainment, Inc.Responses due by 4/25/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Mueller, Jeffrey) (Entered: 04/04/2016) |
| 03/22/2016 | 117 | ORDER granting 72 Motion to Dismiss; granting 82 Motion for Leave to File. In light of the Court's 116 memorandum of opinion denying in part WWE's Motion to Dismiss the Second Amended Complaint brough by Singleton and LoGrasso, the Court cannot grant the declaratory relief sought by WWE in the Windham action and that case must be dismissed. As the Windham action is dismissed, WWE's 60 Motion for Expedited Discovery in that action is moot. Signed by Judge Vanessa L. Bryant on 3/22/16. (Shechter, N.) (Entered: 03/22/2016) |
| 03/21/2016 | 116 | ORDER granting in part and denying in part Defendant's 43 Motion to Dismiss the Second Amended Complaint brought by Plaintiffs Singleton and LoGrasso; granting Defendant's 64 Motion to Dismiss the Amended Complaint of Plaintiff Haynes; denying as moot Defendant's 64 Motion to Dismiss the Haynes Complaint for Lack of Jurisdiction; granting Defendant's 95 Motion to Dismiss the Amended Complaint of Plaintiffs McCullough, Sakoda and Weise. See attached memorandum of opinion. Signed by Judge Vanessa L. Bryant on 3/21/16. (Shechter, N.) (Entered: 03/21/2016) |
| 03/11/2016 | 115 | ORDER granting 113 Motion for Extension of Time; granting 114 Motion for Extension of Time. The parties are advised that the Court is not granting these motions simply to provide the parties with additional time to provide extensive, repetitive briefing in support of general objections as to vagueness or breadth. The extension is provided to the parties as a courtesy if either party has a specific objection to a specific request, supported by authority, that the Court can efficiently resolve without waste of judicial resources. Signed by Judge Vanessa L. Bryant on 3/11/16. (Shechter, N.) (Entered: 03/11/2016) |
| 03/11/2016 | 114 | First MOTION for Extension of Time until April 13, 2016 to Respond to Defendant's Requests to Admit by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (Bloss, William) (Entered: 03/11/2016) |
| 03/09/2016 | 113 | Consent MOTION for Extension of Time until April 15, 2016 to object and/or respond to the First Requests for Production of Documents served by Plaintiffs Evan Singleton and Vito Lograsso on February 12, 2016 by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 03/09/2016) |
| 02/01/2016 | 112 | CERTIFICATE OF GOOD STANDING re 110 MOTION for Attorney(s) Christopher M. Verdini to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3878887) by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 02/01/2016) |
| 02/01/2016 | 111 | ORDER granting 110 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 4/1/2016. Signed by Clerk on 02/01/16. (Gould, K.) (Entered: 02/01/2016) |
| 01/29/2016 | 110 | MOTION for Attorney(s) Christopher M. Verdini to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3878887) by World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit)(Mueller, Jeffrey) (Entered: 01/29/2016) |
| 01/22/2016 | 109 | REPLY to Response to 104 MOTION to Dismiss MOTION to Strike 99 Amended Complaint filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 01/22/2016) |

| 01/19/2016 | | Set Deadlines/Hearings: Dispositive Motions due by 8/1/2016 (Blue, A.) (Entered: 01/19/2016) |
|---|---|---|
| 01/15/2016 | 108 | REPLY to Response to 103 MOTION to Dismiss MOTION to Strike 98 Amended Complaint filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 01/15/2016) |
| 01/15/2016 | 107 | ORDER PARTIALLY LIFTING STAY OF DISCOVERY: The parties are Ordered to proceed with discovery as to the claims of Singleton and LoGrasso only until further order of the Court. Discovery is to be bifurcated, with an initial liability phase extending no later than **June 1, 2016.** During this initial liability phase, discovery should be limited to facts relevant to the question of (1) whether WWE had or should have had knowledge of and owed a duty to disclose to those plaintiffs the risks of long−term degenerative neurological conditions resulting from concussions or mild traumatic brain injuries to wrestlers who performed for WWE in the year 2005 or later, (2) whether and when WWE may have breached that duty, and (3) whether such a breach, if any, continued after Singleton and LoGrasso ceased performing for WWE. Dispositive Motions, if any, on the issue of liability are to be filed by August 1, 2016. A decision on the merits of the pending Motions to Dismiss is in progress, and the parties should expect that the scope of discovery may be adjusted based on the outcome of that decision. The parties are further Ordered to read and comply with Chambers Practices regarding discovery disputes during the pendency of this action. Signed by Judge Vanessa L. Bryant on 1/15/16. (Shechter, N.) (Entered: 01/15/2016) |
| 01/11/2016 | 106 | RESPONSE re 104 MOTION to Dismiss MOTION to Strike 99 Amended Complaint filed by Michelle James. (Kyros, Konstantine) (Entered: 01/11/2016) |
| 01/06/2016 | 105 | RESPONSE re 103 MOTION to Dismiss MOTION to Strike 98 Amended Complaint filed by Cassandra Frazier. (Kyros, Konstantine) (Entered: 01/06/2016) |
| 12/21/2015 | 104 | MOTION to Dismiss , MOTION to Strike 99 Amended Complaint by World Wrestling Entertainment, Inc.Responses due by 1/11/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Mueller, Jeffrey) (Entered: 12/21/2015) |
| 12/16/2015 | 103 | MOTION to Dismiss , MOTION to Strike 98 Amended Complaint by World Wrestling Entertainment, Inc.Responses due by 1/6/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Mueller, Jeffrey) (Entered: 12/16/2015) |
| 12/16/2015 | 102 | REPLY to Response to 95 MOTION to Dismiss *Amended Complaint* filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 12/16/2015) |
| 12/08/2015 | 101 | First EXHIBIT *A* by Russ McCullough re 100 Objection. (Kyros, Konstantine) (Entered: 12/08/2015) |
| 12/07/2015 | 100 | Response to 95 MOTION to Dismiss *Amended Complaint* filed by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (Kyros, Konstantine) Modified on 12/8/2015 to change the word from objection to response (Grady, B.). (Entered: 12/07/2015) |
| 11/23/2015 | 99 | AMENDED COMPLAINT *First* against World Wrestling Entertainment, Inc, filed by Michelle James. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kyros, Konstantine) (Entered: 11/23/2015) |
| 11/23/2015 | 98 | AMENDED COMPLAINT *First* against World Wrestling Entertainment, Inc, filed by Cassandra Frazier.(Kyros, Konstantine) (Entered: 11/23/2015) |
| 11/20/2015 | 97 | CERTIFICATE OF GOOD STANDING re 91 MOTION for Attorney(s) Katherine Van Dyck to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3797774) by Vito Lograsso, Evan Singleton. (Van Dyck, Katherine) (Entered: 11/20/2015) |
| 11/20/2015 | 96 | CERTIFICATE OF GOOD STANDING re 90 MOTION for Attorney(s) Michael J. Flannery to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3797769) by Vito Lograsso, Evan Singleton. (Flannery, Michael) (Entered: 11/20/2015) |

| 11/16/2015 | 95 | MOTION to Dismiss 73 *Amended Complaint* by World Wrestling Entertainment, Inc.Responses due by 12/7/2015 (Attachments: # 1 Memorandum in Support)(Mueller, Jeffrey) Modified on 11/18/2015 to link to document (Grady, B.). Modified on 11/18/2015 to create association (Grady, B.). (Entered: 11/16/2015) |
| --- | --- | --- |
| 11/16/2015 | 94 | Memorandum in Opposition re 72 MOTION to Dismiss filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26)(Mueller, Jeffrey) (Entered: 11/16/2015) |
| 11/12/2015 | 93 | ORDER granting 91 MOTION for Attorney Katherine Van Dyck to be admitted pro hac vice. Certificate of Good Standing due by 1/11/2016. Signed by Clerk on 11/12/2015. (Grady, B.) (Entered: 11/12/2015) |
| 11/12/2015 | 92 | ORDER granting 90 MOTION for Attorney Michael J. Flannery to be admitted pro hac vice. Certificate of Good Standing due by 1/11/2016. Signed by Clerk on 11/12/2015. (Grady, B.) (Entered: 11/12/2015) |
| 11/11/2015 | 91 | MOTION for Attorney(s) Katherine Van Dyck to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3797774) by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (Attachments: # 1 Affidavit Exhibit A)(Bloss, William) (Entered: 11/11/2015) |
| 11/11/2015 | 90 | MOTION for Attorney(s) Michael J. Flannery to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3797769) by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (Attachments: # 1 Affidavit Exhibit A)(Bloss, William) (Entered: 11/11/2015) |
| 11/10/2015 | 89 | ORDER granting 87 Motion to Stay. Discovery will be stayed in these consolidated cases until the Court has ruled on the pending motions to dismiss, but not later than January 15, 2015. A Scheduling Order will issue setting forth applicable deadlines for bifurcated discovery as to liability and damages. Signed by Judge Vanessa L. Bryant on 11/10/15. (Shechter, N.) (Entered: 11/10/2015) |
| 11/02/2015 | 88 | NOTICE by World Wrestling Entertainment, Inc re 43 MOTION to Dismiss, 64 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction *Notice of Supplemental Authority* (Attachments: # 1 Exhibit)(Mueller, Jeffrey) (Entered: 11/02/2015) |
| 10/30/2015 | 87 | MOTION to Stay *Discovery* by World Wrestling Entertainment, Inc.Responses due by 11/20/2015 (Attachments: # 1 Memorandum in Support)(Mueller, Jeffrey) (Entered: 10/30/2015) |
| 10/30/2015 | 86 | Supplemental RESPONSE re 64 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction filed by William Albert Haynes, III. (Bloss, William) (Entered: 10/30/2015) |
| 10/30/2015 | 85 | REPORT of Rule 26(f) Planning Meeting. (Bloss, William) (Entered: 10/30/2015) |
| 10/16/2015 | 84 | Memorandum in Support re 64 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction filed by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 10/16/2015) |
| 10/16/2015 | 83 | Memorandum in Support re 80 MOTION for Sanctions filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit 1)(Mueller, Jeffrey) (Entered: 10/16/2015) |
| 10/07/2015 | 82 | MOTION for Leave to File *Reply to Kyros Law P.C.'s Brief in Opposition to WWE's Motion for Expedited Discovery as to the Identities of John Doe Defendants in the Windham Action* by World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit)(Mueller, Jeffrey) (Entered: 10/07/2015) |
| 10/05/2015 | 81 | Notice of Consolidation: Signed by Clerk on 10/05/2015.(Grady, B.) (Entered: 10/05/2015) |

| | | |
|---|---|---|
| 10/05/2015 | | Answer deadline updated for World Wrestling Entertainment, Inc to 11/20/2015., Set/Reset Deadlines as to 72 MOTION to Dismiss .(Responses due by 11/20/2015, ) (Blue, A.) (Entered: 10/05/2015) |
| 10/05/2015 | 79 | ORDER consolidating cases. Case number 15−cv−1229 AND case number 15−cv−1305 shall both be consolidated into this case. This case, docket number 15−cv−1074, shall be the lead case.<br>Signed by Judge Vanessa L. Bryant on 10/5/15. (Shechter, N.) (Entered: 10/05/2015) |
| 10/02/2015 | 78 | ORDER denying 75 Motion for Order. A status conference is not needed at this time. The parties are advised as follows: (1) The Frazier and James (Osborne) actions will be consolidated onto this docket; (2) Defendant WWE is responsible for ensuring that it has properly responded to the Complaints in those actions, or otherwise confirming Plaintiff's intent to prosecute; (3) the parties should undertake to meet and confer with regard to a Rule 26(f) report, in compliance with the Local Rules, that will set forth a discovery timetable and propose a scheduling order to govern these consolidated cases; (4) the Court is aware of Defendant WWE's Motion for Sanctions in the James (Osborne) matter − the parties are instructed not to wait for the Court's ruling on any motion before meeting applicable deadlines; (5) the Court is aware of Defendant WWE's Motion for Expedited Discovery in the Windham matter and the Court will consider that Motion to be pending at this time, should the Court determine expedited discovery in Windham is appropriate, an Order will issue; (6) if Defendant WWE intends to argue for the application of Connecticut law to the claims brought by the Oregon resident in the Haynes matter, WWE may file briefing on the choice−of−law issue no later than 10/16/15 − Plaintiff Haynes may thereafter respond by 10/30/15 on the choice of law issue in Haynes; (7) Defendant WWE may determine the appropriate briefing necessary for a motion to dismiss in McCullough based upon any relevant differences between the McCullough and Singleton claims that necessitate briefing; (8) the Court will assume that the motion to dismiss in the Singleton action is ripe for review and adjudication unless the parties advise otherwise in their Rule 26(f) report; (9) the parties are instructed not to communicate with Chambers staff unless by docketed motion during the pendency of this action. Signed by Judge Vanessa L. Bryant on 10/2/15. (Shechter, N.) (Entered: 10/02/2015) |
| 10/02/2015 | 77 | ORDER granting 76 Motion for Extension of Time. Defendant WWE will respond to the 73 Amended Complaint in this action by 11/20/15. Defendant WWE will respond to the 72 Motion to Dismiss in the Windham action by 11/20/15. Signed by Judge Vanessa L. Bryant on 10/2/15. (Shechter, N.) Modified on 10/5/2015 to edit in the correct motion number. (Blue, A.). (Entered: 10/02/2015) |
| 10/02/2015 | 76 | Consent MOTION for Extension of Time until November 20, 2015 to Respond to Plaintiffs' First Amended Complaint 73 Amended Complaint by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 10/02/2015) |
| 09/24/2015 | 75 | MOTION for *Order (Motion to Reschedule Status Conference Postponed Pursuant to August 21, 2015 Order)* by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 09/24/2015) |
| 09/22/2015 | 74 | ORDER denying 60 Motion to Expedite as moot. The Amended Complaint filed September 21, 2015 does not name any John Doe plaintiffs. Had the complaint not been amended to omit John Doe plaintiffs, the court was inclined to grant the motion for expedited discovery. Signed by Judge Vanessa L. Bryant on 9−22−15. (Bryant, Vanessa) (Entered: 09/22/2015) |
| 09/21/2015 | 73 | AMENDED COMPLAINT against World Wrestling Entertainment, Inc, filed by Matthew Robert Wiese, Ryan Sakoda, Russ McCullough.(Kyros, Konstantine) (Entered: 09/21/2015) |
| 09/21/2015 | 72 | MOTION to Dismiss by Thomas Billington, John Doe's, Oreal Perras, James Ware, Robert Windham.Responses due by 10/12/2015 (Attachments: # 1 Memorandum in Support Motion to Dismiss Plaintiff's Complaint in the Windham Action)(Kyros, Konstantine) (Entered: 09/21/2015) |
| 09/18/2015 | 71 | Memorandum in Opposition re 60 MOTION to Expedite *Discovery as to the Identities of John Doe Defendants in the Windham Action* filed by Kyros Law P.C.. (Bloss, William) (Entered: 09/18/2015) |

| | | |
|---|---|---|
| 09/11/2015 | 80 | MOTION for Sanctions by World Wrestling Entertainment, Inc. Responses due by 10/2/2015 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 Pages 1 − 150, # 3 Exhibit 1 Pages 151 − 300, # 4 Exhibit 1 Pages 301 − 375, # 5 Exhibit 1 Pages 375 − 475, # 6 Exhibit 1 Pages 476 − 575, # 7 Exhibit 1 pages 576 − 670, # 8 Exhibit 2, # 9 Exhibit 2A, # 10 Exhibit 2B, # 11 Exhibit 2C, # 12 Exhibit 2D, # 13 Exhibit 2E, # 14 Exhibit 2F, # 15 Exhibit 2G, # 16 Exhibit 2H)(Grady, B.) (Entered: 10/05/2015) |
| 09/03/2015 | 63 | ORDER granting 62 MOTION for Attorney R. Christopher Gilreath to be admitted pro hac vice. Attorney R. Christopher Gilreath for Russ McCullough, Ryan Sakoda, Matthew Robert Wiese added. Certificate of Good Standing due by 11/2/2015. Signed by Clerk on 09/03/2015. (Grady, B.) (Entered: 09/03/2015) |
| 09/02/2015 | 62 | MOTION for Attorney(s) R. Christopher Gilreath to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3720879) by Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (Attachments: # 1 Affidavit)(Bloss, William) (Entered: 09/02/2015) |
| 09/01/2015 | 61 | NOTICE of Related Case by World Wrestling Entertainment, Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Mueller, Jeffrey) (Entered: 09/01/2015) |
| 08/28/2015 | 60 | MOTION to Expedite *Discovery as to the Identities of John Doe Defendants in the Windham Action* by World Wrestling Entertainment, Inc. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Mueller, Jeffrey) (Entered: 08/28/2015) |
| 08/24/2015 | 59 | REPLY to Response to 43 MOTION to Dismiss *the Claims in the Second Amended Complaint ("SAC") of Vito Lograsso and Evan Singleton* filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit 1)(Mueller, Jeffrey) (Entered: 08/24/2015) |
| 08/21/2015 | | Set Deadlines/Hearings: Amended Pleadings due by 9/20/2015. (Shechter, N.) (Entered: 08/21/2015) |
| 08/21/2015 | 58 | ORDER granting 57 Motion for Extension of Time. The previously−scheduled status conference will be postponed; the Court will advise the parties of a new date and time for the status conference after 9/20/2015. The deadline for responsive pleadings will be extended to 9/20/2015. Further extensions of this deadline will not be permitted. Signed by Judge Vanessa L. Bryant on 8/21/2015. (Shechter, N.) (Entered: 08/21/2015) |
| 08/20/2015 | 57 | MOTION for Extension of Time until on or after September 20, 2015 to hold Status Conference by Vito Lograsso, Russ McCullough, Oreal Perras, Ryan Sakoda, Evan Singleton. (Attachments: # 1 Memorandum in Support)(Bloss, William) (Entered: 08/20/2015) |
| 08/17/2015 | 56 | NOTICE of Related Case by World Wrestling Entertainment, Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Mueller, Jeffrey) (Entered: 08/17/2015) |
| 08/12/2015 | 55 | NOTICE OF HEARING − ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>The Court schedules a Status Conference for **Thursday, 8/27/15 at 02:00 PM** in Courtroom Three, 450 Main St., Hartford, CT before Judge Vanessa L. Bryant, to discuss (1) deadlines for the filing of any amended and responsive pleadings, (2) the Defendant's various requests for expedited discovery and supplemental briefing, and (3) the Plaintiffs' response to this Court's Order to Show Cause and any further motions or briefing on this issue. (Shechter, N.) (Entered: 08/12/2015) |
| 08/12/2015 | 54 | ORDER granting World Wrestling Entertainment's 52 Motion for Conference. By separate Order, the Court will set forth the date and time of the conference. Signed by Judge Vanessa L. Bryant on 8/12/2015. (Shechter, N.) (Entered: 08/12/2015) |
| 08/10/2015 | 53 | Memorandum in Opposition re 43 MOTION to Dismiss filed by Vito Lograsso, Evan Singleton. (Attachments: # 1 Memorandum in Support Declaration, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C)(Bloss, William) (Entered: 08/10/2015) |

| 08/07/2015 | 52 | MOTION for *Status Conference* by World Wrestling Entertainment, Inc. (Attachments: # 1 Table of Cobtents to Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Mueller, Jeffrey) (Entered: 08/07/2015) |
|------------|----|------------------------------------------------------------------------------------------------------------|
| 08/06/2015 | 51 | RESPONSE TO 42 Order to Show Cause, by Russ McCullough filed by Russ McCullough. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Kyros, Konstantine) (Entered: 08/06/2015) |
| 08/06/2015 | 50 | NOTICE by World Wrestling Entertainment, Inc *(Notice of Intent Regarding the Motion to Dismiss the Claims of Evan Singleton and Vito Lograsso Filed by WWE in 3:15cv00425, and the Motion to Dismiss the Claims of William Albert Haynes Filed in 3:15cv01156)* (Attachments: # 1 Table of Contents to Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Mueller, Jeffrey) (Entered: 08/06/2015) |
| 08/04/2015 | 49 | Notice of Consolidation: Signed by Judge Vanessa L. Bryant on 08/04/2015.(Grady, B.) (Entered: 08/04/2015) |
| 07/30/2015 | 48 | NOTICE of Related Case by World Wrestling Entertainment, Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mueller, Jeffrey) (Entered: 07/30/2015) |
| 07/29/2015 |    | Answer deadline updated for Oreal Perras to 8/27/2015; James Ware to 8/27/2015; Robert Windham to 8/27/2015. (Blue, A.) (Entered: 07/29/2015) |
| 07/28/2015 | 47 | ORDER denying as moot 46 Motion for Extension of Time. Per the Court's Order in this consolidated case, responsive pleadings are due by 8/27/15. See Dkt. # 41. Counsel are also reminded that all future filings should be docketed ONLY on this docket sheet. Signed by Judge Vanessa L. Bryant on 7/28/15. (De Palma, C) (Entered: 07/28/2015) |
| 07/27/2015 | 46 | MOTION for extension of time of 30 days to respond to the 1 complaint by Oreal Perras, James Ware, Robert Windham. (Grady, B.) (Entered: 07/27/2015) |
| 07/27/2015 | 45 | NOTICE of Appearance by William M. Bloss on behalf of Russ McCullough, Ryan Sakoda, Matthew Robert Wiese (Bloss, William) (Entered: 07/27/2015) |
| 07/23/2015 | 44 | Notice of Consolidation: Signed by Clerk on 07/23/2015.(Grady, B.) (Entered: 07/23/2015) |
| 07/23/2015 | 42 | ORDER FOR PLAINTIFFS' COUNSEL Konstantine Kyros TO SHOW CAUSE why, in light of the forum selection provision in WWE's employment contracts resulting in multiple orders of transfer, these actions should continue to be filed in other jurisdictions. Show Cause Response due by 8/6/2015. Signed by Judge Vanessa L. Bryant on 07/23/2015. (De Palma, C) (Entered: 07/23/2015) |
| 07/23/2015 | 41 | ORDER CONSOLIDATING CASES: This case shall be consolidated with *Singleton et al v. World Wrestling Entertainment, Inc.*, 3:15−CV−00425−VLB, and *World Wrestling Entertainment, Inc. v. Windham et al*, 3:15−CV−00994−VLB. This case shall be the lead case, and all future filings should be docketed ONLY on this docket sheet. Defendant WWE shall file notice of intent to rely on its Motion to Dismiss filed in 3:15−CV−00425−VLB by **8/6/15**. Any and all additional responsive pleadings in this consolidated action are due by **8/27/15**. Signed by Judge Vanessa L. Bryant on 7/23/15. (De Palma, C) (Entered: 07/23/2015) |
| 07/22/2015 | 40 | ORDER OF TRANSFER. Case reassigned to Judge Vanessa L. Bryant for all further proceedings Signed by Judge Victor A. Bolden on 7/22/2015.(Oliver, T.) (Entered: 07/22/2015) |
| 07/20/2015 | 39 | CERTIFICATE OF GOOD STANDING re 35 MOTION for Attorney(s) Curtis B. Krasik to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3670844) by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 07/20/2015) |
| 07/20/2015 | 38 | CERTIFICATE OF GOOD STANDING re 34 MOTION for Attorney(s) Jerry S. McDevitt to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3670834) by World Wrestling Entertainment, Inc. (Mueller, Jeffrey) (Entered: 07/20/2015) |

| 07/17/2015 | 37 | ORDER granting 35 Motion for Attorney Curtis B. Krasik to Appear Pro Hac Vice. Certificate of Good Standing due by 9/15/2015. Signed by Clerk on 7/17/2015. (Oliver, T.) (Entered: 07/17/2015) |
|---|---|---|
| 07/17/2015 | 36 | ORDER granting 34 Motion for Attorney Jerry S. McDevitt to Appear Pro Hac Vice. Certificate of Good Standing due by 9/15/2015. Signed by Clerk on 7/17/2015. (Oliver, T.) (Entered: 07/17/2015) |
| 07/16/2015 | 35 | MOTION for Attorney(s) Curtis B. Krasik to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3670844) by World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit)(Mueller, Jeffrey) (Entered: 07/16/2015) |
| 07/16/2015 | 34 | MOTION for Attorney(s) Jerry S. McDevitt to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−3670834) by World Wrestling Entertainment, Inc. (Attachments: # 1 Affidavit)(Mueller, Jeffrey) (Entered: 07/16/2015) |
| 07/15/2015 | 33 | NOTICE of Related Case by World Wrestling Entertainment, Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mueller, Jeffrey) (Entered: 07/15/2015) |
| 07/15/2015 | 32 | NOTICE of Appearance by Thomas D. Goldberg on behalf of World Wrestling Entertainment, Inc (Goldberg, Thomas) (Entered: 07/15/2015) |
| 07/15/2015 | 31 | NOTICE of Appearance by Jonathan B. Tropp on behalf of World Wrestling Entertainment, Inc (Tropp, Jonathan) (Entered: 07/15/2015) |
| 07/15/2015 | 30 | NOTICE of Appearance by Jeffrey Mueller on behalf of World Wrestling Entertainment, Inc (Mueller, Jeffrey) (Entered: 07/15/2015) |
| 07/14/2015 | 29 | NOTICE TO COUNSEL IN TRANSFERRED CASE Signed by Clerk on 7/14/2015. (Oliver, T.) (Entered: 07/14/2015) |
| 07/13/2015 | 28 | NOTICE TO COUNSEL NOT ADMITTED TO THE BAR OF THE US DISTRICT COURT OF CONNECTICUT Re: Local Rule 83.1 Admission of Attorneys. The above captioned case has been received and filed in our court. Please see our Local Rule 83.1 regarding Admission of Attorneys that is available on our website at www.ctd.uscourts.gov. We will not accept further filings from your office until you have complied with Local Rule 83.1. If you have any questions about this procedure, please contact the Clerk's Office. ANY MOTIONS PENDING AT THE TIME OF TRANSFER MUST BE REFILED IN OUR DISTRICT. Signed by Clerk on 7/13/2015. (Oliver, T.) (Entered: 07/14/2015) |
| 07/13/2015 | 27 | STANDING PROTECTIVE ORDER Signed by Judge Victor A. Bolden on 7/13/2015. (Oliver, T.) (Entered: 07/14/2015) |
| 07/13/2015 | 26 | ELECTRONIC FILING ORDER − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Victor A. Bolden on 7/13/2015.(Oliver, T.) (Entered: 07/14/2015) |
| 07/13/2015 | 25 | Case electronically transferred in from Central District of California ; Case Number 2:15−cv−02662. Modified on 7/14/2015 TO CORRECT THE DATE FILED (Oliver, T.). (Entered: 07/14/2015) |
| 07/10/2015 | 24 | MINUTES (IN CHAMBERS) by Judge Andre Birotte, Jr: the Court finds that the forum selection clause in § 13.8 of Plaintiffs' contracts is valid and enforceable. Because Plaintiffs agreed that the sole and exclusive venue for any legal action brought in connection with these contracts would be in the District of Connecticut, venue is not proper here. Thus, the Court GRANTS WWE's Motion to transfer. The case will be TRANSFERRED IMMEDIATELY to the District of Connecticut. 28 USC section 1404(a). (MD JS−6. Case Terminated.) (jp) (Entered: 07/13/2015) |
| 07/10/2015 | 23 | (IN CHAMBERS) ORDER TAKING MOTION TO TRANSFER VENUE DUE TO MANDATORY FORUM SELECTION CLAUSES IN THE CONTRACTS BETWEEN THE PARTIES 16 UNDER SUBMISSION by Judge Andre Birotte Jr.: The Court has considered the matters raised with respect to the Motion(s) and has concluded that pursuant to Local Rule 7.15, the matter can be decided without oral argument. The Court advises counsel that the Motion(s), noticed for hearing on July 13, 2015, has been taken under submission and off its motion calendar. No appearance by counsel is necessary. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cb) TEXT ONLY ENTRY (Entered: 07/10/2015) |

| | | |
|---|---|---|
| 06/29/2015 | | Reset deadline as to 43 MOTION to Dismiss. Responses due by 8/10/2015 (Grady, B.) (Entered: 07/23/2015) |
| 06/29/2015 | 43 | MOTION to Dismiss plaintiffs second amended complaint by World Wrestling Entertainment, Inc. Responses due by 8/10/2015 (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Curtis B. Krasik, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Grady, B.) Modified on 7/23/2015 to correct response deadline (Grady, B.). (Entered: 07/23/2015) |
| 06/29/2015 | 22 | REPLY support MOTION to Transfer Case to U.S. District Court for the District of Connecticut 16 filed by Defendant World Wrestling Entertainment Inc. (Attachments: # 1 Declaration of Geoffrey M. Davis, # 2 Exhibit 1 to Geoffrey M. Davis Declaration, # 3 Exhibit 2 to Geoffrey M. Davis Declaration, # 4 Exhibit 3 to Geoffrey M. Davis Declaration)(Davis, Geoffrey) (Entered: 06/29/2015) |
| 06/22/2015 | 21 | OPPOSITION to MOTION to Transfer Case to U.S. District Court for the District of Connecticut 16 filed by Plaintiffs Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (Mann, Jonas) (Entered: 06/22/2015) |
| 05/28/2015 | 70 | REPLY to response to 64 MOTION to Dismiss for Failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction filed by World Wrestling Entertainment, Inc. (Grady, B.) (Entered: 09/17/2015) |
| 05/18/2015 | 20 | ORDER ON APPLICATION OF NON−RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Andre Birotte, Jr: granting 15 Application to Appear Pro Hac Vice by Attorney Curtis B. Krasik on behalf of Defendant, designating Geoffrey M. Davis as local counsel. (lt) (Entered: 05/19/2015) |
| 05/18/2015 | 19 | ORDER ON APPLICATION OF NON−RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Andre Birotte, Jr: granting 14 Application to Appear Pro Hac Vice by Attorney Jerry S. McDevitt on behalf of Defendant, designating Geoffrey M. Davis as local counsel. (lt) (Entered: 05/19/2015) |
| 05/18/2015 | 18 | *Certification and* NOTICE of Interested Parties filed by Defendant World Wrestling Entertainment Inc, identifying Russ McCullough, a/k/a "Big Russ McCullough", Ryan Sakoda, and Matthew R. Wiese, a/k/a "Luther Reigns". (Davis, Geoffrey) (Entered: 05/18/2015) |
| 05/15/2015 | 17 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Motion and Motion to Transfer Venue Due to Mandatory Forum Selection Clauses in the Contracts Between the Parties filed 5/14/2015 16 . The following error(s) was found: Local Rule 7.1−1 No Notice of Interested Parties. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 05/18/2015) |
| 05/14/2015 | 16 | NOTICE OF MOTION AND MOTION to Transfer Case to U.S. District Court for the District of Connecticut filed by Defendant World Wrestling Entertainment Inc. Motion set for hearing on 7/13/2015 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion to Transfer Venue, # 2 Declaration of Geoffrey M. Davis, # 3 Exhibit A to Davis Declaration, # 4 Exhibit B to Davis Declaration, # 5 Exhibit C to Davis Declaration, # 6 Exhibit D to Davis Declaration, # 7 Declaration of James W. Langham, # 8 Exhibit A to Langham Declaration, # 9 Exhibit B to Langham Declaration, # 10 Exhibit C to Langham Declaration, # 11 Proposed Order)(Davis, Geoffrey) (Entered: 05/14/2015) |
| 05/14/2015 | 15 | APPLICATION for attorney Curtis B. Krasik to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−15724004 paid.) filed by Defendant World Wrestling Entertainment Inc. (Attachments: # 1 Proposed Order)(Davis, Geoffrey) (Entered: 05/14/2015) |
| 05/14/2015 | 14 | APPLICATION for attorney Jerry S. McDevitt to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−15723756 paid.) filed by Defendant World Wrestling Entertainment Inc. (Attachments: # 1 Proposed Order)(Davis, Geoffrey) (Entered: 05/14/2015) |

| 05/13/2015 | 13 | NOTICE OF PRO HAC VICE APPLICATION AND FILING FEE DUE on Pro Hac Vice Application mailed to Attorney Curtis B. Krasik for Defendant World Wrestling Entertainment Inc. Pro Hac Vice application has not been received by the court. Please return your completed Application of Non−Resident Attorney to Appear in a Specific Case, form G−64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out−of−state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application;no filing fee is required. You have been removed as counsel of record from this case for failure to submit this filing fee. (gk) (Entered: 05/13/2015) |
|---|---|---|
| 05/13/2015 | 12 | NOTICE OF PRO HAC VICE APPLICATION AND FILING FEE DUE on Pro Hac Vice Application mailed to Attorney Jerry S. McDevitt for Defendant World Wrestling Entertainment Inc. Pro Hac Vice application has not been received by the court. Please return your completed Application of Non−Resident Attorney to Appear in a Specific Case, form G−64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out−of−state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application;no filing fee is required. You have been removed as counsel of record from this case for failure to submit this filing fee. (gk) (Entered: 05/13/2015) |
| 05/13/2015 | 11 | ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT 10 by Judge Andre Birotte Jr. It is hereby ORDERED that WWE's time to answer, move or otherwise plead in response to Plaintiffs' Complaint is extended until thirty (30) days following the Court's entry of an order on WWE's Motion to Transfer Venue. (jloz) (Entered: 05/13/2015) |
| 05/11/2015 | 69 | AFFIDAVIT of Konstantine Kyros in support of opposition to 64 MOTION to Dismiss for Failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction. Signed By Konstantine Kyros filed by William Albert Haynes, III. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Grady, B.) (Entered: 09/17/2015) |
| 05/11/2015 | 68 | AFFIDAVIT of William Albert Haynes, III, in support of opposition to 64 MOTION to Dismiss for Failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction. Signed By William Albert Haynes, III filed by William Albert Haynes, III. (Attachments: # 1 Exhibit A)(Grady, B.) (Entered: 09/17/2015) |
| 05/11/2015 | 67 | Memorandum in Opposition to 64 MOTION to Dismiss for Failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction filed by William Albert Haynes, III. (Grady, B.) (Entered: 09/17/2015) |
| 05/11/2015 | 10 | STIPULATION for Extension of Time to File Answer to 30 days following the Court's entry of an order on Defendant's Motion to Transfer Venue re Complaint (Attorney Civil Case Opening), 1 filed by Defendant World Wrestling Entertainment Inc. (Attachments: # 1 Proposed Order)(Attorney Geoffrey M Davis added to party World Wrestling Entertainment Inc(pty:dft))(Davis, Geoffrey) (Entered: 05/11/2015) |
| 04/21/2015 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant World Wrestling Entertainment Inc. (jp) (Entered: 04/21/2015) |
| 04/10/2015 | 8 | TEXT ONLY ENTRY: Judge Andre Birotte Jr. is participating in a pilot project regarding the submission of SEALED DOCUMENTS. All proposed sealed documents must be submitted, via e−mail, to the Judge's Chambers email at AB_chambers@cacd.uscourts.gov. Please refer to the Judge's procedures and schedules for detailed instructions for submission of sealed documents. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cb) TEXT ONLY ENTRY (Entered: 04/10/2015) |
| 04/10/2015 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (McShane, Michael) (Entered: 04/10/2015) |
| 04/10/2015 | 6 | CERTIFICATE of Interested Parties filed by Plaintiffs All Plaintiffs, identifying None. (McShane, Michael) (Entered: 04/10/2015) |

| 04/10/2015 | 5 | NOTICE OF DEFICIENCIES in Attorney Case Opening. The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7. (jp) (Entered: 04/10/2015) |
|---|---|---|
| 04/10/2015 | 4 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed (jp) (Entered: 04/10/2015) |
| 04/10/2015 | 3 | NOTICE OF ASSIGNMENT to District Judge Andre Birotte, Jr. and Magistrate Judge John E. McDermott. (jp) (Entered: 04/10/2015) |
| 04/09/2015 | 2 | CIVIL COVER SHEET filed by Plaintiffs Russ McCullough, Ryan Sakoda, Matthew Robert Wiese. (McShane, Michael) (Entered: 04/09/2015) |
| 04/09/2015 | 1 | COMPLAINT Receipt No: 0973−15520935 − Fee: $400, filed by Plaintiff Russ McCullough, Matthew Robert Wiese, Ryan Sakoda. (Attorney Michael McShane added to party Russ McCullough(pty:pla), Attorney Michael McShane added to party Ryan Sakoda(pty:pla), Attorney Michael McShane added to party Matthew Robert Wiese(pty:pla))(McShane, Michael) (Entered: 04/09/2015) |
| 03/31/2015 | 66 | AFFIDAVIT of James W. Langham, re: 64 MOTION to Dismiss for Failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction. Signed By James W. Langham filed by World Wrestling Entertainment, Inc. (Grady, B.) (Entered: 09/16/2015) |
| 03/31/2015 | 65 | Declaration of B. John Casey, re: 64 MOTION to Dismiss for failure to State a Claim; MOTION to Dismiss for Lack of Jurisdiction. Signed By B. John Casey filed by World Wrestling Entertainment, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Grady, B.) (Entered: 09/16/2015) |
| 03/31/2015 | 64 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction by World Wrestling Entertainment, Inc. Oral Argument Requested. Responses due by 4/21/2015 (Grady, B.) (Entered: 09/16/2015) |