# EXHIBIT A

RECENT POSTS     ABOUT US- KYROS LAW OFFICES, PC

BOOKS, INFORMATION     WWE EVIDENCE     COURT DOCUMENTS

PLAINTIFFS/FORMER WRESTLERS     WWE LAWSUIT NEWS

CONTACT US

# WWE Concussion Lawsuit
WWE Concussion Lawsuit Blog

## WWE Hits Kyros With $357,000 Bill & WWE Lawyer Jerry McDevitt Reveals He is Avid Reader of This Blog!!

October 5, 2018 by Konstantine Kyros Leave a Comment



Today WWE Defense counsel Mr. Jerry McDevitt sent Mr. Kyros a bill ( an application to the court to award this amount) for a portion WWE's legal fees totaling a cool $357,000+ and change, along with a document that attempts to describe the contents of this very important blog, and criticizes Kyros' comments to the press, see the WWE economic attack on Kyros here: K&L Gates Bill 1, Day Pitney Bill-2 and Accusations about this blog and fee request here.

Kyros Law Offices Official Statement on this latest WWE activity:

"In seeking over $357,000 for my advocacy on behalf of professional wrestlers, the WWE deploys economic warfare as a tactic to silence anyone who dares to speak for them, fight for their rights and be a voice for CTE awareness in professional wrestlers. I will continue to stand for the rights of professional wrestlers injured and exploited by WWE's outrageous misconduct. The case is about them, their rights, their plight and not about me as their voice and advocate.

With respect to the Court's ruling, I have strongly voiced my disagreement on behalf of my clients. I express my opinion that the court in its ruling dismissing the claims of these women and men ignored the wrestlers' legal rights to a safe workplace. The court ignored the wrestlers' rights to be treated under the law as employees. The court ignored the claims of families of some of the most famous athletes ever diagnosed with CTE including Mr. Fuji and Jimmy Snuka. The court ignored the fact that WWE actions and inactions have led to a tragic epidemic of suicides, drug and alcohol addiction, overdoses and total health crisis that has engulfed the wrestling community.

I encourage anyone interested in the plight of the wrestlers to actually read the wrestlers dismissed lawsuit to judge for themselves if it is frivolous or fails to make proper legal and factual arguments about fraudulent nondisclosure, medical monitoring and tolling the SOL. Regarding the Court's order that the public needs protection from my advocacy, it is my opinion that it is in fact, the professional wrestlers I represent who need protection from WWE's exploitation and legacy of neglecting their legal duties.

Substantially similar claims have been invoked and pled in the NFL, NHL and NCAA cases, in my opinion a major difference being that the wrestlers' claims are factually and legally far stronger. The wrestlers under the current ruling have no rights to even the basic protections of labor law. The wrestlers assert facts in their 64 affidavits and pleadings that should bring investigation, legal reform, and Congressional Oversight to the WWE's illicit practices. The wrestlers want a day in court and Trial by Jury.

I have great respect for the process, and I learned a great deal from the Judge and have endeavored to follow all of the courts rules and orders. I have even learned from the fanaticism, belligerence and sharp practice of defense counsel Mr. McDevitt, who seems to believe calling me dishonest enough times will make it true. My candid criticism of the ruling against my clients is a voice for the Justice of their cause. As I have stated the wrestlers will Appeal this tragic ruling that ignores their legal rights, voices and hopes. The WWE will be defeated with Truth and Justice."

Sincerely,
Konstantine Kyros

Posted in: WWE Concussion Lawsuit

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

## Name *

## Email *

## Website

Post Comment

Search …

### Recent Posts

- Konstantine Kyros on WWE Lawsuit: The Cover-Up of CTE Science in Wrestling
- Wrestlers Can't Sue for CTE, but College Football Player from 1970s can Sue for CTE
- CTE. Don Leo Jonathan's Brain Donated for CTE Study in Pro Wrestlers
- Memory of Chris Benoit: CTE, Wrestler Mistreatment Haunt McMahon, WWE Legacy

- Dishonesty? Chris Benoit's Positive Drug Test. Did Vince McMahon & Jerry McDevitt "Bullshit" Congressional Committee?

## Categories

- WWE Concussion Lawsuit

Sponsored by



## Recent Comments

Copyright © 2018 WWE Concussion Lawsuit.
Sumo WordPress Theme by SumoThemes