UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. <br> 3:15-cv-001074 (VLB) <br> Lead Case |
| JOSEPH M. LAURANAITIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 3:16-CV-1209 (VLB) <br> Consolidated Case <br><br> NOVEMBER 14, 2018 |

**PLAINTIFFS' REQUEST TO FILE SUR-REPLY BRIEF IN RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO THE APPLICATION FOR FEES, DKT. NO. 386**

Plaintiffs hereby request the opportunity to file a brief Sur-Reply, attached as Exhibit A, to Defendants Reply to Plaintiffs' Opposition to Defendants' Application for Fees because WWE has mischaracterized out-of-court statements not responsive to the issue before the Court and such defamatory accusations require rebuttal.

1. It is necessary to preserve an accurate record for purposes of appellate review. As the record stands, Defendants' Reply has made factual allegations and

1

accusations against Plaintiffs' Counsel that must be addressed to properly preserve the record.

2.     Defendants chose to include non-pertinent fact issues in a motion about fees.  This is not the first time Defendants have chosen to personally attack Plaintiffs' Counsel through manipulation of the record and mischaracterization of facts.  Once again, Plaintiffs' Counsel deserves the opportunity to correct the record.

3.     Additionally, Defendants have misstated the law in an attempt to broaden the Court's ruling and to mislead the Court into awarding fees beyond the scope of both Rule 11 and the Court's limited fee imposition.

WHEREFORE, Plaintiffs request the opportunity to address the aforementioned misstatements and to file the attached Sur-Reply in Opposition to WWE's and Vincent K. McMahon's Reply Memorandum [Dkt. 398] to Plaintiffs' Response in Opposition to WWE's Motion for Fees.

Respectfully Submitted,

                                                       */s/ Konstantine Kyros*
                                                       Konstantine W. Kyros
                                                       Bar No. ct30132
                                                       Anthony M. Norris
                                                       KYROS LAW OFFICES
                                                       17 Miles Rd.
                                                       Hingham, MA 02043
                                                       Telephone: (800) 934-2921
                                                       Facsimile: 617-583-1905
                                                       kon@kyroslaw.com
                                                       anorris@kyroslaw.com

                                                       Erica C. Mirabella, Esq.
                                                       MIRABELLA LAW LLC
                                                       132 Boylston Street, 5th Floor
                                                       Boston, Massachusetts 02116

        Telephone: (617) 580-8270
        Facsimile: (617) 583-1905
        erica@mirabellaLLC.com

        **S. James Boumil, Esq.**
        **BOUMIL LAW OFFICES**
        **120 Fairmount Street**
        **Lowell, Massachusetts 01852**
        **Telephone: (978) 458-0507**
        **SJBoumil@Boumil-Law.com**

        **R. Christopher Gilreath, Esq.**
        **GILREATH & ASSOCIATES**
        **200 Jefferson Avenue, Suite 711**
        **Memphis, Tennessee 38103**
        **Telephone: (901) 527-0511**
        **Facsimile: (901) 527-0514**
        **chrisgil@sidgilreath.com**

        **Brenden P. Leyden, Esq.**
        **TOOHER WOCL & LEYDON LLC**
        **80 4th Street**
        **Stamford, Connecticut 06905**
        **Telephone: (203) 517-0456**
        **Facsimile: 203-324-1407**
        **BLeydon@tooherwocl.com**

        ***Attorneys for Plaintiffs.***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of November, 2018, a copy of the foregoing was served via this Court's electronic case filing system.

                                            */s/ Konstantine Kyros*
                                            **Konstantine Kyros**