

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
|---|---|---|
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

December 6, 2018

Clerk, U.S. Court of Appeals
U.S. Courthouse
40 Foley Square
New York, NY    10007

Dear Sir/Madam:

    Our Case No.:  15-CV-01074  VLB
    Case Name:  Russ McCullough et al v. World Wrestling Entertainment, Inc.
    USCA No. (if known):   18-3278

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

ROBIN D. TABORA, Clerk

By *Frances Lee*

Deputy Clerk

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGEMENT: _____  DATE: _____