

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

450 Main Street
Hartford, CT 06103
Phone: 860.240.3200
Fax: 860.240.3211

141 Church Street
New Haven, CT 06510
Phone: 203.773.2140
Fax: 203.773.2334

915 Lafayette Boulevard
Bridgeport, CT 06604
Phone: 203.579.5861
Fax: 203.579.5867

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

December 6, 2018

Clerk, U.S. Court of Appeals
U.S. Courthouse
40 Foley Square
New York, NY    10007

Dear Sir/Madam:

    Our Case No.:  15-CV-01074  VLB
    Case Name:  Russ McCullough et al v. World Wrestling Entertainment, Inc.
    USCA No. (if known):  18-3278

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

ROBIN D. TABORA, Clerk

By _____
Deputy Clerk

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGEMENT: _Richard Alcantora_   DATE: _12/11/18_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anna Greenidge
U.S. Court of Appeals
U.S. Court House
400 Foley Square
New York, NY 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7018 0040 0001 1092 4148

PS Form 3811, February 2004    Domestic Return Receipt    10259

