# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, *et al.*, | : NO. 3:15-cv-01074-VLB |
| | : LEAD CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| Defendant. | : |

| | |
|---|---|
| EVAN SINGLETON AND VITO LOGRASSO, | : NO. 3:15-CV-00425-VLB |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | : |
| Defendants. | : |

| | |
|---|---|
| JOSEPH M. LAURINAITIS, *et al.*, | : NO. 3:16-CV-01209-VLB |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | : |
| Defendants. | : MARCH 8, 2021 |

## DEFENDANTS WORLD WRESTLING ENTERTAINMENT INC. AND VINCENT K. MCMAHON'S SUPPLEMENT TO THEIR APPLICATIONS FOR ATTORNEYS' FEES ORDERED BY THE COURT

Defendants World Wrestling Entertainment, Inc. ("WWE") and Vincent K. McMahon ("McMahon") (collectively, "Defendants") hereby supplement their pending Applications for Attorneys' Fees Ordered by the Court ("Applications") (ECF Nos. 384 and 386) prior to the hearing on the Applications that is currently scheduled for March 30, 2021.

1. Defendants filed two Applications for legal fees and costs that Attorney Konstantine Kyros and his law firm were ordered by the Court to pay Defendants as sanctions: (i) an application for $178,486.74 in fees and costs awarded by the Court as Rule 37 sanctions in the *Singleton* case (ECF No. 378); and (ii) an application for $357,439.70 in fees and costs awarded by the court as Rule 11 sanctions in the *Laurinaitis* case (ECF No. 386). These Applications sought a total of $533,926.44 in legal fees and costs ($379,440.44 in fees and costs billed by K&L Gates LLP and $154,486.00 in fees and costs billed by Day Pitney LLP) incurred by Defendants in connection with the three motions for sanctions that were granted by the Court.

2. On September 9, 2020, the Second Circuit issued its decision in favor of Defendants in the appeals filed by Plaintiffs and Attorney Kyros. Specifically, the Second Circuit (i) dismissed the appeals of the merits orders in the *Haynes, McCullough, Frazier, and Singleton* cases; (ii) dismissed the appeals of the sanctions orders in the *Laurinaitis* and *Singleton* cases; and (iii) affirmed the judgment of the District Court in favor of Defendants in all other respects. (Case No. 18-3278, ECF No. 264-1.)

3. Following issuance of the Second Circuit's decision, Defendants have incurred additional legal fees and costs in connection with their Applications. As set forth in the attached Supplemental Declarations of Curtis B. Krasik of K&L Gates LLP and Jeffrey P. Mueller of Day Pitney LLP (the "Supplemental Declarations"), Defendants have incurred an additional $39,844.00 in fees and costs in connection with their Applications following the issuance of the

Second Circuit's decision ($28,532.00 in fees and costs billed by K&L Gates LLP and $11,312.00 in fees and costs billed by Day Pitney LLP). The Supplemental Declarations attest to the reasonableness of the fees and costs billed to Defendants and include copies of the actual invoices sent to Defendants reflecting the time entries for the legal fees and costs being sought.

4. The additional legal fees and costs sought by Defendants in connection with the Applications are recoverable by Defendants. *See J.P. Sedlak Associates v. Connecticut Life & Cas. Ins. Co.*, No. 3:98CV145 DFM, 2000 WL 852331, at *7 (D. Conn. Mar. 30, 2000) (stating that "courts generally award fees for work done on [a fee] application" and that "to decline to award fees in this instance would be unjust") (citing *Gagne v. Maher*, 594 F.2d 336, 344 (2d Cir. 1979)); *Stokes v. Norwich Taxi, LLC*, 289 Conn. 465, 492–94 (2008) (upholding award of attorney's fees in connection with pursuit of fee application).

5. Accordingly, Defendants seek a total of a combined total $573,770.44 in legal fees and costs in their Applications ($407,972.44 in fees and costs billed by K&L Gates LLP and $165,798.00 in fees and costs billed by Day Pitney LLP).

WHEREFORE, the Court should grant the Applications and award Defendants a total of $573,770.44 in attorneys' fees and costs.

DEFENDANTS WORLD WRESTLING
ENTERTAINMENT, INC. and VINCENT K.
McMAHON,

By: */s/ Jerry S. McDevitt*
    Jerry S. McDevitt (*pro hac vice*)
    Curtis B. Krasik *(pro hac vice)*
    K&L GATES LLP
    K&L Gates Center
    210 Sixth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 355-6500
    Fax: (412) 355-6501
    Email: jerry.mcdevitt@klgates.com
    Email: curtis.krasik@klgates.com

    Jeffrey P. Mueller (ct27870)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jmueller@daypitney.com

    Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that, on March 8, 2021, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Jeffrey P. Mueller*
    Jeffrey P. Mueller (ct27870)