# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, *et al.*, | : NO. 3:15-cv-01074-VLB |
| | : LEAD CASE |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| | : |
| Defendant. | : |

| | |
|---|---|
| EVAN SINGLETON and VITO LOGRASSO, | : NO. 3:15-cv-00425-VLB |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| | : |
| Defendant. | : |

| | |
|---|---|
| JOSEPH M. LAURINAITIS, et al., | : NO. 3:16-cv-01209-VLB |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC. and VINCENT K. MCMAHON, | : |
| | : |
| Defendants. | : |

**SUPPLEMENTAL DECLARATION OF CURTIS B. KRASIK
REGARDING ATTORNEYS' FEES DEFENDANTS SEEK TO RECOVER**

I, Curtis B. Krasik, hereby declare under penalty of perjury as follows:

1. I am an attorney and partner at the law firm of K&L Gates LLP and counsel for World Wrestling Entertainment, Inc. ("WWE") and Vincent K. McMahon ("McMahon") (collectively, "Defendants") in this matter.

2. I submit this supplemental declaration in support of Defendants' pending Applications for Attorneys' Fees Ordered by the Court ("Applications") (ECF Nos. 384, 386).

3. Following the issuance of the Second Circuit's decision in this matter on September 9, 2020, K&L Gates LLP has rendered additional services to Defendants in connection with the Applications.

4. The invoices attached as Exhibit A are true and correct copies of K&L Gates LLP's invoices sent to WWE that have been redacted to reflect only the services rendered to Defendants in connection with the Applications after September 9, 2020.

5. The original amount of legal fees and expenses for the services rendered by K&L Gates LLP sought in the Applications was $379,440.44. The supplemental amount of legal fees and expenses for the additional services rendered by K&L Gates LLP reflected in Exhibit A is $28,532.00. Accordingly, the total amount of fees and expenses for the services rendered by K&L Gates LLP that Defendants seek to recover is $407,972.44.

6. Based on my involvement in this matter and knowledge and experience in similar matters, the amount of time spent and fees charged by K&L Gates LLP were reasonable.

I, Curtis B. Krasik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:   March 8, 2021
         Pittsburgh, Pennsylvania

                                        */s/ Curtis B. Krasik*
                                        Curtis B. Krasik

**Exhibit A**

**K&L GATES**

**K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613

T +1 412 355 6500   F +1 412 355 6501   klgates.com

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | November 9, 2020 |
| Brian Nurse | Invoice Number | : | 3845710 |
| Senior Vice President, General Counsel & Secretary | Services Through | : | October 31, 2020 |
| 1241 East Main Street | | | |
| Stamford, CT 06902 | | | |

**0149511.01110     Laurinaitis Mass Action**

**K&L GATES**

Invoice # 3845710
0149511.01110
Page 2 of 3

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/28/20 | J. S. McDevitt | 0.70 | Conference with J. Mueller regarding sanctions hearing tomorrow and case history | 665.00 |
| 10/29/20 | C. B. Krasik | 3.00 | Attend status conference with Judge Meyer; prepare for same; conference with J. McDevitt in preparation for status conference; review filings regarding application for attorneys' fees in preparation for same | 2,295.00 |
| 10/29/20 | J. S. McDevitt | 3.00 | Review sanctions motions to prepare for status conference; attend status conference | 2,850.00 |

**K&L GATES**
Invoice # 3845710
0149511.01110
Page 3 of 3

## TIMEKEEPER SUMMARY

| | |
|---|---|
| C. B. Krasik | 765.00  / hr |
| J. S. McDevitt | 950.00  / hr |

**K&L GATES**  **K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613

T +1 412 355 6500   F +1 412 355 6501   klgates.com

| | |
|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date       :   December 7, 2020 |
| Mr. James Langham, Acting GC | Invoice Number  :   3853996 |
| 1241 East Main Street | Services Through :   November 30, 2020 |
| Stamford, CT 06902 | |

**0149511.01110     Laurinaitis Mass Action**

# K&L GATES

Invoice # 3853996
0149511.01110
Page 2 of 2

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/18/20 | C. B. Krasik | 1.20 | Pre-settlement conference with magistrate; telephone conference with J. McDevitt and J. Mueller in preparation for same; telephone conference with J. McDevitt and J. Mueller regarding same; review correspondence from K. Kyros in follow up to same; telephone conference with J. McDevitt regarding same | 918.00 |

**TIMEKEEPER SUMMARY**

C. B. Krasik                                          765.00  / hr

**K&L GATES**

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com

| | |
|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date      :   January 15, 2021 |
| Mr. James Langham, Acting GC | Invoice Number    :   3867573 |
| 1241 East Main Street | Services Through  :   December 31, 2020 |
| Stamford, CT 06902 | |

**0149511.01100    McCullough CTE Class Action**

K&L GATES

Invoice # 3867573
0149511.01100
Page 2 of 3

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/03/20 | C. B. Krasik | 0.40 | Review K. Kyros' settlement offer on amount of sanctions; telephone conference with J. McDevitt regarding same | 306.00 |
| 12/07/20 | C. B. Krasik | 0.30 | Telephone conference with J. McDevitt regarding mediation statement | 229.50 |
| 12/08/20 | C. B. Krasik | 3.70 | Draft settlement memorandum | 2,830.50 |
| 12/09/20 | C. B. Krasik | 3.50 | Draft settlement memorandum | 2,677.50 |
| 12/10/20 | J. S. McDevitt | 0.50 | Review memorandum to magistrate regarding settlement; edit same | 475.00 |
| 12/11/20 | R. C. Sobolak | 2.20 | Assist in review, revisions to settlement conference memorandum and compile documents referenced in same for use as exhibits | 726.00 |
| 12/14/20 | R. C. Sobolak | 3.40 | Assist in review, revisions to settlement conference memorandum; review, organize documents and respond to | 1,122.00 |

# K&L GATES

Invoice # 3867573
0149511.01100
Page 3 of 3

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | attorney requests regarding same | |
| 12/15/20 | C. B. Krasik | 0.80 | Final review of settlement memorandum; telephone conference with R. Sobolak regarding same; correspondence with J. Mueller regarding same | 612.00 |
| 12/15/20 | R. C. Sobolak | 0.40 | Assist in review, revisions, finalization of settlement conference memorandum and exhibit to same | 132.00 |
| 12/21/20 | C. B. Krasik | 0.80 | Prepare for mediation on amount of attorneys' fees; review applications for attorneys' fees and settlement conference memorandum for same | 612.00 |
| 12/22/20 | C. B. Krasik | 6.80 | Attend mediation on amount of attorneys' fees; prepare for same | 5,202.00 |
| 12/22/20 | J. S. McDevitt | 7.00 | Attend settlement conference with magistrate regarding amount of sanctions to be paid to World Wrestling Entertainment by K. Kyros | 6,650.00 |
| 12/30/20 | C. B. Krasik | 0.30 | Telephone conference with Magistrate regarding mediation | 229.50 |

### TIMEKEEPER SUMMARY

| | |
|---|---|
| C. B. Krasik | 765.00  / hr |
| J. S. McDevitt | 950.00  / hr |
| R. C. Sobolak | 330.00  / hr |