# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, *et al.*, | : NO. 3:15-cv-01074-VLB |
| | : LEAD CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| Defendant. | : |

| | |
|---|---|
| EVAN SINGLETON AND VITO LOGRASSO, | : NO. 3:15-CV-00425-VLB |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | : |
| Defendants. | : |

| | |
|---|---|
| JOSEPH M. LAURINAITIS, *et al.*, | : NO. 3:16-CV-01209-VLB |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | : |
| Defendants. | : |

**SECOND SUPPLEMENTAL DECLARATION OF JEFFREY P. MUELLER REGARDING ATTORNEYS' FEES DEFENDANTS SEEK TO RECOVER**

I, Jeffrey P. Mueller, hereby declare under penalty of perjury as follows:

1. I am an attorney and partner at the law firm of Day Pitney LLP and counsel for Defendants World Wrestling Entertainment, Inc. ("WWE") and Vincent K. McMahon ("McMahon") (collectively, "Defendants") in this matter.

2. I submit this supplemental declaration in support of Defendants' pending Applications for Attorneys' Fees Ordered by the Court ("Applications") (ECF Nos. 384, 386).

3. In my previous declarations, I stated: "Based on my knowledge and experience, the rates charged by K&L Gates LLP are within the range of rates charged by attorneys at Day Pitney LLP and comparable firms in Connecticut." (ECF No. 378-2 ¶ 11; ECF No. 386-2 ¶ 11.)

4. By way of example, the hourly rates of Jerry McDevitt, a litigation partner at K&L Gates LLP with over 40 years of experience, set forth in the invoices submitted in support of the Applications and paid by WWE were $815/hour in 2016, $835/hour in 2017, $855/hour in 2018, and $950/hour in 2021.

5. The standard hourly rates of Stanley Twardy, a litigation partner at Day Pitney LLP, with over 40 years of experience, were $795/hour in 2016, $830/hour in 2017, $850/hour in 2018, $895/hour in 2019, $925/hour in 2020, and $955/hour in 2021. Mr. Twardy billed time to WWE matters in 2017, 2020, and 2021 at the specified hourly rates in those years.

6. The standard hourly rate of Christopher Droney, a litigation partner at Day Pitney LLP, with over 40 years of experience, is $955/hour in 2021. Mr. Droney joined the firm in 2020 when his hourly rate was $925/hour and billed time to WWE matters in 2020 at that rate.

7. All of the cases filed against WWE in these consolidated proceedings prior to the *Laurinaitis* case were originally filed in jurisdictions outside of Connecticut. WWE retained Mr. McDevitt in each of these cases at the time they were filed. Mr. McDevitt then successfully

moved to transfer each of the cases to the District of Connecticut.  Upon transfer to the District of Connecticut, Mr. McDevitt asked Day Pitney LLP to serve as local counsel for each case.

8. No Day Pitney LLP attorney in Connecticut or in any other jurisdiction had the specific prior knowledge and experience of Mr. McDevitt in CTE matters, in providing legal advice to WWE on CTE matters, or in representing WWE in CTE litigation in other jurisdictions prior to the transfer of such cases to the District of Connecticut.

I, Jeffrey P. Mueller, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:	April 5, 2021
	Hartford, Connecticut

*Jeffrey Mueller.*

_____
Jeffrey P. Mueller