# EXHIBIT A

**TIME SPENT RELATED TO POWERPOINT**

**Rule 37 Motion for Sanctions**

| Date | Attorney | Time | Amount |
|---|---|---|---|
| 1/25/2017 | Lacy | 4.5 | 1507.5 |
| 1/26/2017 | Lacy | 8.3 | 2,780.50 |
| 1/27/2017 | Lacy | 8.9 | 2,981.50 |
| 1/30/2017 | Lacy | 1.1 | 368.5 |
| 1/31/2017 | Lacy | 2.8 | 938 |
| 2/10/2017 | Lacy | 1.8 | 603 |
| 2/17/2017 | Lacy | 4.4 | 1,474.00 |
| 2/20/2017 | Lacy | 5.1 | 1,708.50 |
| 2/21/2017 | Lacy | 1.6 | 536 |
| 2/23/2017 | Lacy | 2.4 | 804 |
| 2/24/2017 | Lacy | 2.5 | 837.5 |
| 2/24/2017 | McDevitt | 7.3 | 6095.5 |
| **TOTAL** | | **50.7** | **20634.5** |

**Rule 11 Motions for Sanctions**

| Date | Attorney | Time | Amount | Discount | Time (After Discount) | Amount (After Discount) |
|---|---|---|---|---|---|---|
| 1/26/2017 | McDevitt | 5 | 4,175.00 | 0.5 | 2.5 | 2087.5 |
| 2/1/2017 | McDevitt | 3.2 | 2672 | 0.5 | 1.6 | 1336 |
| 2/3/2017 | Krasik | 3.5 | 2327.5 | 0.5 | 1.75 | 1163.75 |
| 2/3/2017 | McDevitt | 4.6 | 3841 | 0.5 | 2.3 | 1920.5 |
| 2/15/2017 | Lacy | 1.3 | 435.5 | 0.5 | 0.65 | 217.75 |
| 2/17/2017 | Krasik | 3.2 | 2128 | 0.5 | 1.6 | 1064 |
| 2/20/2017 | Krasik | 3.2 | 2,128.00 | | 3.2 | 2,128.00 |
| 2/22/2017 | Krasik | 3.7 | 1,995.00 | | 3.7 | 1,995.00 |
| 2/22/2017 | Lacy | 3.5 | 1,172.50 | | 3.5 | 1,172.50 |
| 2/22/2017 | Lacy | 0.9 | 301.50 | | 0.9 | 301.50 |
| 2/23/2017 | Krasik | 4.4 | 2,926.00 | | 4.4 | 2,926.00 |
| 2/23/2017 | Lacy | 0.8 | 268.00 | | 0.8 | 268.00 |
| 2/23/2017 | Lacy | 2.1 | 703.50 | | 2.1 | 703.50 |
| 2/23/2017 | McDevitt | 6.4 | 5,344.00 | | 6.4 | 5,344.00 |
| 2/24/2017 | Krasik | 3.5 | 2,327.50 | | 3.5 | 2,327.50 |
| 2/24/2017 | Lacy | 2.8 | 938.00 | | 2.8 | 938.00 |
| 2/24/2017 | Lacy | 0.9 | 301.50 | | 0.9 | 301.50 |
| 2/27/2017 | Krasik | 5.3 | 3,524.50 | 0.5 | 2.65 | 1762.25 |
| 2/27/2017 | Lacy | 2.2 | 737.00 | | 2.2 | 737.00 |
| 2/27/2017 | Lacy | 0.9 | 301.50 | | 0.9 | 301.50 |
| 2/27/2017 | Lacy | 0.6 | 201.00 | | 0.6 | 201.00 |
| 2/27/2017 | Lacy | 0.4 | 134.00 | | 0.4 | 134.00 |
| 3/3/2017 | Krasik | 3.5 | 2,327.50 | 0.5 | 1.75 | 1163.75 |
| 3/3/2017 | Lacy | 5.9 | 1,976.50 | | 5.9 | 1,976.50 |
| 3/3/2017 | Lacy | 0.9 | 301.50 | | 0.9 | 301.50 |
| 3/4/2017 | McDevitt | 7 | 5,845.00 | 0.5 | 3.5 | 2922.5 |
| 3/6/2017 | Krasik | 4.5 | 2,992.50 | 0.5 | 2.25 | 1496.25 |
| 3/6/2017 | Lacy | 8 | 2,680.00 | | 8 | 2,680.00 |
| 3/6/2017 | Lacy | 1.1 | 368.50 | | 1.1 | 368.50 |
| 3/7/2017 | Krasik | 8 | 5,320.00 | 0.5 | 4 | 2660 |
| 3/7/2017 | Lacy | 5 | 1,675 | | 5 | 1,675.00 |
| 3/7/2017 | Lacy | 6.6 | 2,211.00 | | 6.6 | 2,211.00 |
| 3/8/2017 | Krasik | 8 | 5,320.00 | 0.5 | 4 | 2660 |
| 3/8/2017 | Lacy | 4.1 | 1,373.50 | | 4.1 | 1,373.50 |
| 3/9/2017 | Krasik | 8 | 5,320.00 | 0.5 | 4 | 5,320.00 |
| 3/9/2017 | Lacy | 0.3 | 100.50 | | 0.3 | 100.50 |
| 3/9/2017 | Lacy | 0.7 | 234.50 | | 0.7 | 234.50 |
| 3/9/2017 | Lacy | 2.1 | 703.50 | | 2.1 | 703.50 |
| **Total** | | **136.1** | | | **103.55** | **57,177.75** |

**OVERALL TOTAL**     77,812.25