UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS MCCULLOUGH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | No. 3:15-cv-01074 <br> LEAD CASE |
| EVAN SINGLETON and VITO LOGRASSO, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | No. 3:15-cv-00425 <br> CONSOLIDATED CASE |
| JOSEPH M. LAURINAITIS, *et al.*, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, <br><br> Defendants. | No. 3:16-cv-01209 <br> CONSOLIDATED CASE |

## NOTICE OF APPEAL

Following the order on November 24, 2021 Dkt. #466 denying the motion by Plaintiffs, Attorney Konstantine W. Kyros, and Kyros Law Offices, P.C. to alter or amend judgment under Fed. R. Civ. P. 59(e)[1] the Plaintiffs hereby provide NOTICE that Plaintiffs, Attorney Konstantine W. Kyros, and Kyros Law Offices, P.C. hereby APPEAL to the United States Court of Appeals

---

[1] Dkt. 466 acts as a final judgment of the sanctions imposed on Counsel for the above-captioned matter.

1

for the Second Circuit from the Order (Dkt. 383 and its judgment Dkt. 385) imposing Rule 11 Sanctions under the court's inherent authority originally entered September 27, 2018.

Plaintiffs, Attorney Konstantine W. Kyros, and Kyros Law Offices, P.C. appealed to the United States Court of Appeals for the Second Circuit. The Second Circuit affirmed the merits of the dismissal order but remanded the sanctions orders back to the District of Connecticut for further proceedings to determine the dollar amount, see *Haynes v. World Wrestling Ent., Inc.,* 827 F. App'x 3 (2d Cir. 2020), cert. denied, 201 WL 1602662 (U.S. Appr. 26, 221). After a magistrate judge settled upon the amount of defendants' fee applications, the District of Connecticut adopted the recommended ruling Dkt. 453 on amount of the sanctions imposed in Dkt. 457 on September 30, 2021. The Plaintiffs, Attorney Konstantine W. Kyros, and Kyros Law Offices, P.C. filed a motion to alter or amend Dkt. 458-1, which was denied in Dkt. 466 on November 24, 2021 rendering the sanctions final and appealable.

Plaintiffs, Attorney Konstantine W. Kyros, and Kyros Law Offices, P.C. also hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Order Dkt. 376 adopting Dkt. 371 recommended ruling imposing Rule 37 sanctions, originally entered July 22, 2018. This award was consolidated and finalized by the court's adoption and determination of the Rule 37 fee award in the same order Dkt. 457 adopting the amount of the Rule 11 sanctions. This was made final and appealable by the denial for Rule 59(e) relief in Dkt. 466. Plaintiffs, Attorney Konstantine W. Kyros, and Kyros Law Offices, P.C. hereby appeal any and all other remaining non-waived issues implicated by these final orders and judgments.

Dated: December 23, 2021

Respectfully Submitted,

/s/ Konstantine W. Kyros
Konstantine W. Kyros
Bar No. ct30132
Kyros Law Offices, P.C.
17 Miles Road
Hingham, Massachusetts 02043
Telephone: (800) 934-2921
kon@kyroslaw.com

Anthony M. Norris
Kyros Law Offices, P.C.
17 Miles Road
Hingham, Massachusetts 02043
Telephone: (617) 396-4159
anorris@kyroslaw.com

*Counsel for Plaintiffs Appellants.*

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2021, the above Notice of Appeal was served via this Court's electronic case filing system.

/s/ Konstantine W. Kyros
Konstantine W. Kyros