# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSS McCULLOUGH, *et al.*, | : NO. 3:15-cv-01074-JAM |
| | : LEAD CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| Defendant. | : |

| | |
|---|---|
| EVAN SINGLETON AND VITO LOGRASSO, | : NO. 3:15-CV-00425-JAM |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | : |
| Defendants. | : |

| | |
|---|---|
| JOSEPH M. LAURINAITIS, *et al.*, | : NO. 3:16-CV-01209-JAM |
| | : CONSOLIDATED CASE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | : |
| Defendants. | : NOVEMBER 27, 2023 |

**RESPONSE TO EMERGENCY MOTION BY PLAINTIFFS' COUNSEL FOR INJUNCTIVE RELIEF TO ENFORCE STAY OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(B)**

Defendant World Wrestling Entertainment, Inc. ("WWE") hereby submits this response to the emergency motion (the "Emergency Motion") (ECF No. 476) filed by Attorney Konstantine Kyros and the Law Offices of Konstantine Kyros (collectively, "Kyros") to prevent WWE from collecting the monetary judgment entered against Kyros while he appeals the sanctions orders against Kyros to the United States Supreme Court.

WWE will not seek to collect the judgment entered against Kyros until after the time period to file a petition for a writ of certiorari to the United States Supreme Court has expired or until after the disposition of any petition for a writ of certiorari that is filed by Kyros.

Accordingly, the Court should deny the Emergency Motion as moot.

DEFENDANT WORLD WRESTLING
ENTERTAINMENT, INC.,

By: */s/ Jerry S. McDevitt*
  Jerry S. McDevitt (*pro hac vice*)
  Curtis B. Krasik *(pro hac vice)*
  K&L GATES LLP
  K&L Gates Center
  210 Sixth Avenue
  Pittsburgh, PA 15222
  Phone: (412) 355-6500
  Fax: (412) 355-6501
  Email: jerry.mcdevitt@klgates.com
  Email: curtis.krasik@klgates.com

  Jeffrey P. Mueller (ct27870)
  DAY PITNEY LLP
  242 Trumbull Street
  Hartford, CT 06103
  Phone: (860) 275-0100
  Fax: (860) 275-0343
  Email: jmueller@daypitney.com

  Their Attorneys

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 27, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Jeffrey P. Mueller*
      Jeffrey P. Mueller (ct27870)