UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December two thousand twenty-three.

Before:     Debra Ann Livingston,
                   *Chief Judge*,
            William J. Nardini,
                   *Circuit Judge*.[*]

---

Kyros Law P.C., Konstantine W. Kyros,

    Appellants-Cross-Appellees,

v.

World Wrestling Entertainment, Inc.,

    Consolidated Plaintiff-Defendant-Appellee-Cross-Appellant,

Vincent K. Mcmahon, individually and as the Trustee of the Vincent K. McMahon Irrevocable Trust u/t/a dtd. June 24, 2004, as the Trustee of the Vincent K. McMahon 2008, and as Special Trustee of the Vincent K. McMahon 2013 Irrev. Trust u/t/a dtd. December 5, 2013 and as Trust,

    Consolidated Defendant-Appellee-Cross-Appellant,

**ORDER**

Docket Nos. 21-3127(L), 21-3136(XAP)

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,343.70 in favor of the Appellees-Cross-Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

[*] Judge Rosemary S. Pooler, originally a member of the panel, died on August 10, 2023. The two remaining members of the panel, who are in agreement, have determined the application for costs. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b); *United States v. Desimone*, 140 F.3d 457, 458-59 (2d Cir. 1998).

CERTIFIED COPY ISSUED ON 12/07/2023